# Exhibit 3

# Preliminary Claim Chart

## *R2 Solutions LLC v. Databricks Inc.*



**U.S. Pat. No. 8,190,610**

**Claim 17**

# Preliminary Infringement Contentions

R2 Solutions LLC ("R2" or "Plaintiff") contends that Databricks Inc. ("Databricks" or "Defendant"), its partners, and its customers have infringed and continue to infringe U.S. Pat. No. 8,190,610 (the "'610 Patent"), at least by making, using, selling, and/or offering to sell within this judicial district and elsewhere in the United States – without license or authority – the "Accused Instrumentalities," which infringe Claim 17 as set forth in this chart. The "Accused Instrumentalities" include the Databricks Data Intelligence Platform/Databricks Lakehouse Platform and any other platforms provided by Databricks that utilize Apache Spark or any other similar functionality.

# U.S. Patent No. 8,190,610



**Title:** MAPREDUCE FOR DISTRIBUTED DATABASE PROCESSING

**Priority Date:** October 5, 2006

**Filing Date:** October 5, 2006

**Issue Date:** May 29, 2012

**Expiration Date:** October 14, 2029

(57)                    **ABSTRACT**

An input data set is treated as a plurality of grouped sets of key/value pairs, which enhances the utility of the MapReduce programming methodology. By utilizing such a grouping, map processing can be carried out independently on two or more related but possibly heterogeneous datasets (e.g., related by being characterized by a common primary key). The intermediate results of the map processing (key/value pairs) for a particular key can be processed together in a single reduce function by applying a different iterator to intermediate values for each group. Different iterators can be arranged inside reduce functions in ways however desired.

# References Cited

The following chart presents R2 Solutions' analysis of the Accused Instrumentalities based on publicly available information. The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein.

This infringement analysis is preliminary, and R2's investigation into Databricks' infringement is ongoing. R2 reserves the right to provide additional theories under which Databricks products/systems infringe this patent.

- "Platform features," https://www.databricks.com/product/pricing/platform-addons.
- "Apache Spark on Databricks," https://docs.databricks.com/en/spark/index.html.
- "Apache Spark FAQ," https://spark.apache.org/faq.html.
- "RDD Programming Guide," http://spark.apache.org/docs/latest/rdd-programming-guide.html.
- "Spark in Action," https://dokumen.pub/qdownload/spark-in-action-2nbsped-9781617295522.html.
- "Learning Spark," https://cs.famaf.unc.edu.ar/~damian/tmp/bib/Learning_Spark_Lightning-Fast_Big_Data_Analysis.pdf.
- "Spark RDD Transformations with examples," https://sparkbyexamples.com/apache-spark-rdd/spark-rdd-transformations/.
- "Apache Spark Quick Start Guide," https://learning.oreilly.com/library/view/apache-spark-quick/9781789349108/0ee1a5e2-09d0-49f0-99f5-9dee8336258d.xhtml.

# References Cited (continued)

- "Spark SQL Shuffle Partitions," https://sparkbyexamples.com/spark/spark-shuffle-partitions/.

- "Apache Spark Map vs. FlatMap Operation," https://data-flair.training/blogs/apache-spark-map-vs-flatmap/.

- "Hints," https://spark.apache.org/docs/latest/sql-ref-syntax-qry-select-hints.html.

- "Spark SQL", https://kks32-courses.gitbook.io/data-analytics/spark/spark-sql.

- "Spark SQL, DataFrames and Datasets Guide," https://spark.apache.org/docs/2.2.0/sql-programming-guide.html.

- "Delta Lake on Databricks," https://www.databricks.com/product/delta-lake-on-databricks

- "ETL," https://www.databricks.com/glossary/extract-transform-load

- "Transform Data with Delta Live Tables," https://docs.databricks.com/en/delta-live-tables/transform.html

# Claim 17

**17[pre]**   A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:

**17[a]**   partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,

**17[b]**   wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and

**17[c]**   reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common.

6

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | Databricks infringes Claim 17 of the '610 Patent. Each of the Accused Instrumentalities includes a computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the operations specified in the claim. For example, the Accused Instrumentalities are based on Apache Spark, Delta Lake, and/or other similar functionality which runs over compute clusters (having at least one processor and memory) to process data of a data set, wherein the data set comprises a plurality of data groups. The particular details are within Databricks' possession, custody, and control. |



# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | For example, the Accused Instrumentalities are based on Apache Spark, Delta Lake, and/or other similar functionality which runs over compute clusters (having at least one processor and memory) to process data of a data set, wherein the data set comprises a plurality of data groups. The particular details are within Databricks' possession, custody, and control. |

**RDD Programming Guide**

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

8

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | The Accused Instrumentalities that implement Spark and/or other similar functionality are configured to process data of a data set, wherein the data set comprises a plurality of data groups. For example, Spark utilizes RDDs which, in one example, are groups of data with, upon information and belief, a mechanism to identify data from that group. The particular details are within Databricks' possession, custody, and control. |

**Apache Spark FAQ**

Spark is a fast and general processing engine compatible with Hadoop data. It can run in Hadoop clusters through YARN or Spark's standalone mode, and it can process data in HDFS, HBase, Cassandra, Hive, and any Hadoop InputFormat. It is designed to perform both batch processing (similar to MapReduce) and new workloads like streaming, interactive queries, and machine learning.

**RDD Programming Guide**

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's main function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

9

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | The Accused Instrumentalities that implement Spark and/or other similar functionality are configured to process data of a data set, wherein the data set comprises a plurality of data groups. For example, Spark utilizes RDDs which, in one example, are groups of data with, upon information and belief, a mechanism to identify data from that group, such as in connection with Sparks "hints" (e.g., partitioning hints, join hints, etc.). The particular details are within Databricks' possession, custody, and control. |



Hints

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | The Accused Instrumentalities that implement Spark and/or other similar functionality are configured to process data of a data set, wherein the data set comprises a plurality of data groups. The particular details are within Databricks' possession, custody, and control. <br><br>  <br> **Platform Features** <br> **Delta Lake on Databricks** |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The Accused Instrumentalities partition the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and provide each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group. For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, a data group is partitioned into a plurality of elements and distributed across nodes. This distribution of elements is called a resilient distributed dataset (RDD). The particular details are within Databricks' possession, custody, and control. |



**Overview**

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

**Resilient Distributed Datasets (RDDs)**

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or *referencing* a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

**RDD Programming Guide**

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, this distribution of elements is called a resilient distributed dataset (RDD). The particular details are within Databricks' possession, custody, and control. |

Each part (piece or slice) of an RDD is called a *partition*.[2] When you load a text file from your local filesystem into Spark, for example, the file's contents are split into partitions, which are evenly distributed to nodes in a cluster. More than one partition may end up on the same node. The sum of all those partitions forms your RDD. This is where the word *distributed* in *resilient distributed dataset* comes from. Figure 4.1 shows the distribution of lines of a text file loaded into an RDD in a five-node cluster. The original file had 15 lines of text, so each RDD partition was formed with 3 lines of text. Each RDD maintains a list of its partitions and an optional list of preferred locations for computing the partitions.

**Spark in Action**



Figure 4.1. Simplified look at partitions of an RDD in a five-node cluster. The RDD was created by loading a text file using the `textFile` method of SparkContext. The loaded text file had 15 lines of text, so each partition was formed with 3 lines of text.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the data partitions each have a plurality of key-value pairs. For example, one form of the RDDs is a pair RDD, which includes key/value pairs. The particular details are within Databricks' possession, custody, and control. |

**Learning Spark**

Spark provides special operations on RDDs containing key/value pairs. These RDDs are called pair RDDs. Pair RDDs are a useful building block in many programs, as they expose operations that allow you to act on each key in parallel or regroup data across the network. For example, pair RDDs have a reduceByKey() method that can aggregate data separately for each key, and a join() method that can merge two RDDs together by grouping elements with the same key. It is common to extract fields from an RDD (representing, for instance, an event time, customer ID, or other identifier) and use those fields as keys in pair RDD operations.

**Spark in Action**

**4.1. WORKING WITH PAIR RDDS**

Storing data as key-value pairs offers a simple, general, and extensible data model because each key-value pair can be stored independently and it's easy to add new types of keys and new types of values. This extensibility and simplicity have made this practice fundamental to several frameworks and applications. For example, many popular caching systems and NoSQL databases, such as memcached and Redis, are key-value stores. Hadoop's MapReduce also operates on key-value pairs (as you can see in appendix A).

Keys and values can be simple types such as integers and strings, as well as more-complex data structures. Data structures traditionally used to represent key-value pairs are *associative arrays*, also called *dictionaries* in Python and *maps* in Scala and Java.

In Spark, RDDs containing key-value tuples are called *pair RDDs*. Although you don't have to use data in Spark in the form of key-value pairs (as you've seen in the previous chapters), pair RDDs are well suited (and indispensable) for many use cases. Having keys along with the data enables you to aggregate, sort, and join the data, as you'll soon see. But before doing any of that, the first step is to create a pair RDD, of course.

14

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, each data partition is provided to a selected one of a plurality of mapping functions. For example, the RDDs support two types of data operations: transformations and actions. Mapping functions are examples of transformation functions. The particular details are within Databricks' possession, custody, and control. |



RDD Programming Guide

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the transformation operations include narrow and wide transformations. Wide transformations (also called "shuffles") operate on data from multiple partitions. Wide transformations include aggregateByKey, reduceByKey, etc. The particular details are within Databricks' possession, custody, and control. |



**Spark RDD Transformations**

16

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the transformation operations include narrow and wide transformations. Wide transformations (also called "shuffles") operate on data from multiple partitions. Wide transformations include aggregateByKey, reduceByKey, etc. The particular details are within Databricks' possession, custody, and control. |

**Apache Spark Quick Start Guide**

## Wide transformations

Wide transformations involve a shuffle of the data between the partitions. The `groupByKey()`, `reduceByKey()`, `join()`, `distinct()`, and `intersect()` are some examples of wide transformations. In the case of these transformations, the result will be computed using data from multiple partitions and thus requires a shuffle. Wide transformations are similar to the shuffle-and-sort phase of MapReduce. Let's understand the concept with the help of the following example:




# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, when executing a shuffle transformation, a map task is first run on all data partitions. The particular details are within Databricks' possession, custody, and control. |

**Spark SQL Shuffle Partitions**

### What is Spark Shuffle?

Shuffling is a mechanism Spark uses to redistribute the data across different executors and even across machines. Spark shuffling triggers when we perform certain transformation operations like `gropByKey()`, `reducebyKey()`, `join()` on RDD and DataFrame.

When creating an RDD or DataFrame, Spark doesn't necessarily store the data for all keys in a partition since at the time of creation there is no way we can set the key for data set.

Hence, when we run the reduceByKey() operation to aggregate the data on keys, Spark does the following. needs to first run tasks to collect all the data from all partitions and

For example, when we perform reduceByKey() operation, Spark does the following

- Spark first runs *map* tasks on all partitions which groups all values for a single key.
- The results of the map tasks are kept in memory.
- When results do not fit in memory, Spark stores the data into a disk.
- Spark shuffles the mapped data across partitions, some times it also stores the shuffled data into a disk for reuse when it needs to recalculate.
- Run the garbage collection
- Finally runs reduce tasks on each partition based on key.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, the Accused Instrumentalities utilize an Extract Transform Load (ETL) process, which includes providing each data partition to a selected one of a plurality of mapping functions. The particular details are within Databricks' possession, custody, and control. |

### Automated and trusted data engineering

Simplify data engineering with Delta Live Tables — an easy way to build and manage data pipelines for fresh, high-quality data on Delta Lake. It helps data engineering teams by simplifying ETL development and management with declarative pipeline development, improved data reliability and cloud-scale production operations to help build the lakehouse foundation.

**Delta Lake on Databricks**

### Transform

The second step consists of transforming the raw data that has been extracted from the sources into a format that can be used by different applications. In this stage, data gets cleansed, mapped and transformed, often to a specific schema, so it meets operational needs. This process entails several types of transformation that ensure the quality and integrity of data. Data is not usually loaded directly into the target data source, but instead it is common to have it uploaded into a staging database. This step ensures a quick roll back in case something does not go as planned. During this stage, you have the possibility to generate audit reports for regulatory compliance, or diagnose and repair any data issues.

**ETL**

You can define a dataset against any query that returns a DataFrame. You can use Apache Spark built-in operations, UDFs, custom logic, and MLflow models as transformations in your Delta Live Tables pipeline. Once data has been ingested into your Delta Live Tables pipeline, you can define new datasets against upstream sources to create new streaming tables, materialized views, and views.

**Transform Data with Delta Live Table**

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the plurality of mapping functions are each user-configurable. For example, when executing a shuffle transformation, a map task, defined by custom business logic, is first run on all data partitions. The particular details are within Databricks' possession, custody, and control.<br><br>**Apache Spark Map vs. FlatMap**<br><br>### i. Spark Map Transformation<br><br>A **map** is a transformation operation in **Apache Spark.** It applies to each element of **RDD** and it returns the result as new RDD. In the Map, operation developer can define his own custom business logic. The same logic will be applied to all the elements of RDD.<br><br>Spark Map function takes one element as input process it according to custom code (specified by the developer) and returns one element at a time. Map transforms an **RDD** of length N into another RDD of length N. The input and output RDDs will typically have the same number of records. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, the Accused Instrumentalities that implement Spark and/or other similar functionality partition the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and provide each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group. For example, when a mapping function is applied, intermediate files are created for that partition, and, upon information and belief, the intermediate data is identifiable to the data group from which it originated. The particular details are within Databricks' possession, custody, and control. |

**Spark in Action**

**4.2.2. Understanding and avoiding unnecessary shuffling**

Physical movement of data between partitions is called *shuffling*. It occurs when data from multiple partitions needs to be combined in order to build partitions for a new RDD. When grouping elements by key, for example, Spark needs to examine all of the RDD's partitions, find elements with the same key, and then physically group them, thus forming new partitions.

To visualize what happens with partitions during a shuffle, we'll use the previous example with the aggregateByKey transformation (from section 4.1.2). The shuffle that occurs during that transformation is illustrated in figure 4.2.

The transform function puts all values of each key in a single partition (partitions P1 to P3) into a list. Spark then writes this data to intermediate files on each node. In the next phase, the merge function is called to merge lists from different partitions, but of the same key, into a single list for each key. The default partitioner (HashPartitioner) then kicks in and puts each key in its proper partition.

Tasks that immediately precede and follow the shuffle are called *map* and *reduce* tasks, respectively. The results of *map* tasks are written to intermediate files (often to the OS's filesystem cache only) and read by reduce tasks. In addition to being written to disk, the data is sent over the network, so it's important to try to minimize the number of shuffles during Spark jobs.

21

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, when a mapping function is applied, intermediate data is created for that partition, and, upon information and belief, the intermediate data is identifiable to the data group from which it originated. In this example, the aggregateByKey transformation operation (shuffle) is performed on three exemplary partitions. The particular details are within Databricks' possession, custody, and control. |

**Spark in Action**





# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, such that the processing architecture can distinguish between intermediate data based on the data group from which it came. The particular details are within Databricks' possession, custody, and control. |

**Hints**

### Join Hints

Join hints allow users to suggest the join strategy that Spark should use. Prior to Spark 3.0, only the `BROADCAST` Join Hint was supported. `MERGE`, `SHUFFLE_HASH` and `SHUFFLE_REPLICATE_NL` Joint Hints support was added in 3.0. When different join strategy hints are specified on both sides of a join, Spark prioritizes hints in the following order: `BROADCAST` over `MERGE` over `SHUFFLE_HASH` over `SHUFFLE_REPLICATE_NL`. When both sides are specified with the `BROADCAST` hint or the `SHUFFLE_HASH` hint, Spark will pick the build side based on the join type and the sizes of the relations. Since a given strategy may not support all join types, Spark is not guaranteed to use the join strategy suggested by the hint.

#### Join Hints Types

- **BROADCAST**

  Suggests that Spark use broadcast join. The join side with the hint will be broadcast regardless of `autoBroadcastJoinThreshold`. If both sides of the join have the broadcast hints, the one with the smaller size (based on stats) will be broadcast. The aliases for `BROADCAST` are `BROADCASTJOIN` and `MAPJOIN`.

- **MERGE**

  Suggests that Spark use shuffle sort merge join. The aliases for `MERGE` are `SHUFFLE_MERGE` and `MERGEJOIN`.

- **SHUFFLE_HASH**

  Suggests that Spark use shuffle hash join. If both sides have the shuffle hash hints, Spark chooses the smaller side (based on stats) as the build side.

- **SHUFFLE_REPLICATE_NL**

  Suggests that Spark use shuffle-and-replicate nested loop join.

23

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** <span style="color:red">wherein the data of a first data group has a different schema than the data of a second data group</span> and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. For example, Spark supports multiple types of structured data, each with its own schema. The particular details are within Databricks' possession, custody, and control. |

**Spark SQL**

**Structured Data with Spark SQL**

Spark SQL is a component added in Spark 1.0 that is quickly becoming Spark's preferred way to work with structured and semistructured data. By structured data, we mean data that has a *schema*—that is, a consistent set of fields across data records. Spark SQL supports multiple structured data sources as input, and because it understands their schema, it can efficiently read only the fields you require from these data sources. We will cover Spark SQL in more detail in **Chapter 9**, but for now, we show how to use it to load data from a few common sources.

**Apache Hive**

One common structured data source on Hadoop is Apache Hive. Hive can store tables in a variety of formats, from plain text to column-oriented formats, inside HDFS or other storage systems. Spark SQL can load any table supported by Hive.

**JSON**

If you have JSON data with a consistent schema across records, Spark SQL can infer their schema and load this data as rows as well, making it very simple to pull out the fields you need. To load JSON data, first create a HiveContext as when using Hive. (No installation of Hive is needed in this case, though—that is, you don't need a *hive-site.xml* file.) Then use the HiveContext.jsonFile method to get an RDD of Row objects for the whole file. Apart from using the whole Row object, you can also register this RDD as a table and select specific fields from it. For example, suppose that we had a JSON file containing tweets in the format shown in **Example 5-33**, one per line.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** <span style="color:red">wherein the data of a first data group has a different schema than the data of a second data group</span> and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | For example, the Accused Instrumentalities support multiple types of structure data, each with its own schema. The particular details are within Databricks' possession, custody, and control. |



**Delta Lake on Databricks**

### File Formats

Spark makes it very simple to load and save data in a large number of file formats. Formats range from unstructured, like text, to semistructured, like JSON, to structured, like SequenceFiles (see Table 5-1). The input formats that Spark wraps all transparently handle compressed formats based on the file extension.

*Table 5-1. Common supported file formats*

| Format name | Structured | Comments |
|---|---|---|
| Text files | No | Plain old text files. Records are assumed to be one per line. |
| JSON | Semi | Common text-based format, semistructured; most libraries require one record per line. |
| CSV | Yes | Very common text-based format, often used with spreadsheet applications. |
| SequenceFiles | Yes | A common Hadoop file format used for key/value data. |
| Protocol buffers | Yes | A fast, space-efficient multilanguage format. |
| Object files | Yes | Useful for saving data from a Spark job to be consumed by shared code. Breaks if you change your classes, as it relies on Java Serialization. |

**Learning Spark**

25

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | For example, Spark supports multiple types of structure data, each with its own schema. The particular details are within Databricks' possession, custody, and control. |

**Spark SQL, DataFrames and Datasets Guide**

### Inferring the Schema Using Reflection

Scala    Java    Python

The Scala interface for Spark SQL supports automatically converting an RDD containing case classes to a DataFrame. The case class defines the schema of the table. The names of the arguments to the case class are read using reflection and become the names of the columns. Case classes can also be nested or contain complex types such as `Seq`s or `Array`s. This RDD can be implicitly converted to a DataFrame and then be registered as a table. Tables can be used in subsequent SQL statements.

### Programmatically Specifying the Schema

Scala    Java    Python

When case classes cannot be defined ahead of time (for example, the structure of records is encoded in a string, or a text dataset will be parsed and fields will be projected differently for different users), a `DataFrame` can be created programmatically with three steps.

1. Create an RDD of `Row`s from the original RDD;
2. Create the schema represented by a `StructType` matching the structure of `Row`s in the RDD created in Step 1.
3. Apply the schema to the RDD of `Row`s via `createDataFrame` method provided by `SparkSession`.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In another example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data. The particular details are within Databricks' possession, custody, and control. |



**Spark in Action**

**LanguageManual Transform**

Transform/Map-Reduce Syntax

Users can also plug in their own custom mappers and reducers in the data stream by using features natively supported in the Hive language. e.g. in order to run a custom mapper script - map_script - and a custom reducer script - reduce_script - the user can issue the following command which uses the TRANSFORM clause to embed the mapper and the reducer scripts.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In another example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the different schema and corresponding different intermediate data have a key in common. The particular details are within Databricks' possession, custody, and control. |

**Spark in Action**



Figure 4.2. A shuffle during the example **aggregateByKey** transformation on an RDD with three partitions. The transform function, passed to **aggregateByKey**, merges values in partitions. The merge function merges values between partitions during the shuffle phase. Intermediate files hold values merged per partition and are used during the shuffle phase.

28

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | The Accused Instrumentalities reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the intermediate data is reduced to an output data group via merging the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

**Spark SQL Shuffle Partitions**

### What is Spark Shuffle?

Shuffling is a mechanism Spark uses to redistribute the data across different executors and even across machines. Spark shuffling triggers when we perform certain transformation operations like `gropByKey()`, `reducebyKey()`, `join()` on RDD and DataFrame.

When creating an RDD or DataFrame, Spark doesn't necessarily store the data for all keys in a partition since at the time of creation there is no way we can set the key for data set.

Hence, when we run the reduceByKey() operation to aggregate the data on keys, Spark does the following. needs to first run tasks to collect all the data from all partitions and

For example, when we perform reduceByKey() operation, Spark does the following

- Spark first runs map tasks on all partitions which groups all values for a single key.
- The results of the map tasks are kept in memory.
- When results do not fit in memory, Spark stores the data into a disk.
- Spark shuffles the mapped data across partitions, some times it also stores the shuffled data into a disk for reuse when it needs to recalculate.
- Run the garbage collection
- Finally runs reduce tasks on each partition based on key.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | For example, in Spark, the intermediate data is reduced to an output data group via merging the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

<strong>Spark in Action</strong>

**4.2.2. Understanding and avoiding unnecessary shuffling**

Physical movement of data between partitions is called *shuffling*. It occurs when data from multiple partitions needs to be combined in order to build partitions for a new RDD. When grouping elements by key, for example, Spark needs to examine all of the RDD's partitions, find elements with the same key, and then physically group them, thus forming new partitions.

To visualize what happens with partitions during a shuffle, we'll use the previous example with the aggregateByKey transformation (from section 4.1.2). The shuffle that occurs during that transformation is illustrated in figure 4.2.

The transform function puts all values of each key in a single partition (partitions P1 to P3) into a list. Spark then writes this data to intermediate files on each node. In the next phase, the merge function is called to merge lists from different partitions, but of the same key, into a single list for each key. The default partitioner (HashPartitioner) then kicks in and puts each key in its proper partition.

Tasks that immediately precede and follow the shuffle are called *map* and *reduce* tasks, respectively. The results of map tasks are written to intermediate files (often to the OS's filesystem cache only) and read by reduce tasks. In addition to being written to disk, the data is sent over the network, so it's important to try to minimize the number of shuffles during Spark jobs.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | For example, in Spark, the intermediate data is reduced to an output data group via merging the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

**Spark in Action**



Figure 4.2. A shuffle during the example aggregateByKey transformation on an RDD with three partitions. The transform function, passed to aggregateByKey, merges values in partitions. The merge function merges values between partitions during the shuffle phase. Intermediate files hold values merged per partition and are used during the shuffle phase.

31

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, and the processing architecture can distinguish between intermediate data based on the data group from which it came to process intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

**Hints**



### Join Hints

Join hints allow users to suggest the join strategy that Spark should use. Prior to Spark 3.0, only the `BROADCAST` Join Hint was supported. `MERGE`, `SHUFFLE_HASH` and `SHUFFLE_REPLICATE_NL` Joint Hints support was added in 3.0. When different join strategy hints are specified on both sides of a join, Spark prioritizes hints in the following order: `BROADCAST` over `MERGE` over `SHUFFLE_HASH` over `SHUFFLE_REPLICATE_NL`. When both sides are specified with the `BROADCAST` hint or the `SHUFFLE_HASH` hint, Spark will pick the build side based on the join type and the sizes of the relations. Since a given strategy may not support all join types, Spark is not guaranteed to use the join strategy suggested by the hint.

#### Join Hints Types

- **BROADCAST**

  Suggests that Spark use broadcast join. The join side with the hint will be broadcast regardless of `autoBroadcastJoinThreshold`. If both sides of the join have the broadcast hints, the one with the smaller size (based on stats) will be broadcast. The aliases for `BROADCAST` are `BROADCASTJOIN` and `MAPJOIN`.

- **MERGE**

  Suggests that Spark use shuffle sort merge join. The aliases for `MERGE` are `SHUFFLE_MERGE` and `MERGEJOIN`.

- **SHUFFLE_HASH**

  Suggests that Spark use shuffle hash join. If both sides have the shuffle hash hints, Spark chooses the smaller side (based on stats) as the build side.

- **SHUFFLE_REPLICATE_NL**

  Suggests that Spark use shuffle-and-replicate nested loop join.

32

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, *including processing the intermediate data for each data group in a manner that is defined to correspond to that data group* so as to result in a merging of the corresponding different intermediate data based on the key in common. | For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, and the processing architecture can distinguish between intermediate data based on the data group from which it came to process intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |



**Spark SQL, DataFrames and Datasets Guide**

END

