IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Databricks, Inc.,<br><br>    Defendant. | Civil Action No. 4:23-cv-01147<br><br>Jury Trial Demanded |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff R2 Solutions LLC files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

The parent company of R2 Solutions LLC is Acacia Research Group LLC. The parent company of Acacia Research Group LLC is Acacia Research Corporation, which is publicly-traded.

**Date:** December 28, 2023

Respectfully submitted,

*/s/ Edward R. Nelson III*
EDWARD R. NELSON III
State Bar No. 00797142
ed@nelbum.com
BRENT N. BUMGARDNER
State Bar No. 00795272
brent@nelbum.com
CHRISTOPHER G. GRANAGHAN
State Bar No. 24078585
chris@nelbum.com
JOHN P. MURPHY
State Bar No. 24056024
murphy@nelbum.com
CARDER W. BROOKS
State Bar No. 24105536

1

carder@nelbum.com
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111

**COUNSEL FOR**
**PLAINTIFF R2 SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 28, 2023.

*/s/ Edward R. Nelson III*

2