UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| R2 SOLUTIONS LLC<br>*Plaintiff(s)*<br><br>VS.<br><br>DATABRICKS, INC.<br>*Defendant(s)* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 423-cv-01147 |

## AFFIDAVIT OF SERVICE

On this day personally appeared Angela Rocha who, being by me duly sworn, deposed, and said:
"The following came to my hand on the 3rd day of January 2024, at 10:30 o'clock A.M.,

**SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT, CIVIL COVER SHEET, EXHIBITS 1-3**

And was executed at 5444 Westheimer # 1000, Houston, TX 77056 within the County of Harris at 3:23 o'clock P.M. on the 3rd day of January 2024, by delivering a true copy to the within named

**DATABRICKS, INC.**
**through Miguel Guzman, authorized to accept on behalf of**
**Registered Agent Corporate Creations Network, Inc.**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age, and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to the service of Process. I am not a party to this suit nor related or affiliated with any herein and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Angela Rocha
Authorized Person PSC: 20269 / Exp: 09/30/2025
Harris County, Texas

**BEFORE ME**, a Notary Public, on this day personally appeared Angela Rocha, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 3rd day of January 2024.

_____
Notary Public, State of Texas


## CORPORATE CREATIONS
Part of the Computershare Group

### Registered Agent Agreement and Authorization of Authority

I, Veronica C. Valega, Operations Director of Corporate Creations Network Inc. and United Agent Group Inc., do hereby authorize Regus, and all of its staff, including but not limited to Maria Newman and Miguel Guzman to accept and mail all documents, including any and all court documents served or delivered by the court, private server, sheriff, courier, or otherwise on behalf of each business and each business entity represented by Corporate Creations Network Inc. and United Agent Group Inc.

This authorization includes signing on behalf of Corporate Creations Network Inc., and United Agent Group Inc. to accept all mail and documents, including court documents served or delivered by the court, private server, sheriff, courier, or otherwise to 5444 Westheimer #1000, Houston, TX 77056.

This affidavit is valid until the next issued affidavit or until December 31, 2023, whichever comes sooner.

HEREBY SEEN AND AGREED:

_____    ____1/3/2023____
Veronica C. Valega                              DATE
Operations Director
Corporate Creations Network Inc.
United Agent Group Inc.

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _3_ day of January, 2023 by the above named signatory, who is personally known to me or who produced a drivers license or passport as identification and who did take an oath.

_____
Signature of Notary Public

Stamp of Notary Public
Notary Public State of Florida
Angela Calderon
My Commission HH...
Expires 02/...2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| R2 Solutions LLC | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:23-cv-01147 |
| Databricks, Inc. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Databricks, Inc.
c/o United Agent Group Inc.
5444 Westheimer
#1000
Houston, TX 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward R. Nelson III
Nelson Bumgardner Conroy PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/28/2023

*Signature of Clerk or Deputy Clerk* — David A. O'Toole

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-01147

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Databricks, Inc.
was received by me on *(date)*  01-03-2024

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Miguel Guzman, Authorized to accept  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Databricks, Inc.
c/o United Agent Group Inc. at 5444 Westheimer #1000, Houston, TX 77056 on *(date)*  01-03-2024 at 3:23 pm  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01-03-2024

_A. R_____  PSC 20269 exp. 09/30/2025
*Server's signature*

Angela Rocha, Authorized Person
*Printed name and title*

1370 Apton St., Houston, TX 77055
*Server's address*

Additional information regarding attempted service, etc:

[Stamp: RETURN / PROOF / AFFIDAVIT / ATTACHED]