IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>        Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT DATABRICKS, INC.'S
MOTION TO TRANSFER VENUE**

Before the Court is the Motion of Defendant Databricks, Inc.'s Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a).  Having reviewed the Motion, the Court finds it is well taken and should be **GRANTED.**

IT IS THEREFORE ORDERED that this case is hereby TRANSFERRED to the United States District Court for the Northern District of California.