# Exhibit A

The Wayback Machine - https://web.archive.org/web/20061006145034/http://docs.yahoo.com:80/info/address/



Media Relations Home - Info Center Home

## Yahoo! - Address and Phone Number

| | |
|---|---|
| **Street Address** | Yahoo! Inc.<br>701 First Avenue<br>Sunnyvale, California 94089 |
| **Phone** | (408) 349-3300 |
| **Fax** | (408) 349-3301 |
| **Office Hours** | 8:30 a.m. to 5:00 p.m. PST |

### Directions

**From San Jose:**
- Take 101 North and exit on Mathilda Avenue.
- Turn right on Mathilda and continue to First Avenue (also marked as Bordeaux on the right).
- Make a left on First Avenue.
- Make first right into Yahoo! parking lot. Building D (701) is the first building on the right side.
- The lobby entrance faces the courtyard.

**From San Francisco:**
- Take 101 South and exit onto 237 east (Alviso/Milpitas exit).
- Merge onto 237 and exit immediately toward Mathilda Avenue.
- Turn left onto Mathilda Avenue and continue to First Avenue (also marked as Bordeaux on the right).
- Make a left on First Avenue.
- Make first right into Yahoo! parking lot. Building D (701) is the first building on the right side.
- The lobby entrance faces the courtyard.

(If you miss the 237 exit off 101 South, continue to Lawrence Expressway North exit. Turn left and continue on Lawrence Expressway North, which turns into Caribbean Way. First Avenue is a few miles up on the right side.)

Copyright © 2004 Yahoo! Inc. All Rights Reserved.