# Exhibit B





## Experience


**EVP, CTO**
ZoomInfo · Full-time
2023 - Present · 1 yr 5 mos

Leading global engineering.


**Atlassian**
Full-time · 4 yrs 1 mo
San Francisco Bay Area

**Head of Engineering, Work Management for All Teams**
2021 - 2023 · 2 yrs

Led engineering for the Work Management unit, responsible for Confluence, Trello, Jira Work Management, …

**Head of Engineering, Confluence Cloud**
2019 - 2021 · 2 yrs

Led engineering for Confluence Cloud


**Head of Engineering and Product**
Poynt
2018 - 2019 · 1 yr
San Francisco Bay Area

Led engineering, product management, program management, technical operations, and recruiting at Poynt.…


**Head/VP of Engineering, Data and Marketing Automation**
Tesco PLC
2016 - 2018 · 2 yrs
London, United Kingdom

Led global engineering, product, program, and technical operations for all things data and marketing automation (including GDPR). Built a solid & hi…


**CTO and VP of Engineering**
Vida Health, Inc.
2016 - 2016 · Less than a year
San Francisco Bay Area

Led engineering, including backend, frontend, mobile, applied science, technical solutions, technical operations, IT, and information security. Hired…

**Show all 11 experiences →**

## Education


**University of Illinois Urbana-Champaign**
PhD, Computer Science

** PhD work: Performance analysis of embedded real-time systems: Proposed a timing-driven co-design methodology targeting the automatic…

**UC Irvine**
Computer Science

** Visiting scholar at Center for Embedded Computer Systems.
** Taught a class on embedded real-time systems to professionals from…

**Show all 4 educations →**

## Volunteering

**Science Fair Judge**
Synopsys Outreach Foundation
Jan 1999 - Jan 2006 · 7 yrs
Science and Technology

Served twice as a judge in the Santa Clara Valley Science Fairs (Sciencepalooza).

## Skills

**Algorithm Design**

1 endorsement

**Data Analysis**

1 endorsement

Show all 50 skills →

## Recommendations

**Received**   Given



**David Henke**
Board of Trustees Member at University of California, Santa Barbara
November 4, 2016, David worked with ali but on different teams

I worked with Ali while he ran Engineering and Operations for Turn, where I am a Board Member. He is not only an excellent engineering leader, he is an excellent engineer. He recruited a very highly talented team, which for me is critical. He scaled the site beautifully, understanding critical challenges for availability, security, and compliance. Ali also took a deep interest in the Product/Services offering as well, balancing the needs of the business with the specific needs of the Engineering organization. I would hire him in any of the companies I represent to lead Engineering and Operations.

## Publications

**From 0.5 Million to 2.5 Million: Efficiently Scaling up Real-Time Bidding**
The International Conference on Data Mining (ICDM) · Jan 1, 2015

Real-Time Bidding allows an advertiser to purchase media inventory through an auction system that unfolds in the order of milliseconds. Media providers are…

**Online Model Evaluation in a Large-Scale Computational Advertising Platform**
The International Conference on Data Mining (ICDM) · Jan 1, 2015

Online media provides opportunities for marketers through which they can deliver effective brand messages to a wide range of audiences at scale. Advertising…

Show all 17 publications →

## Patents

**SYSTEMS, METHODS, AND DEVICES FOR SPEND CONTROL IN ONLINE ADVERTISING**
US ---- · Filed Nov 13, 2015

**Dynamic Bid Price Selection**
US US 14/075,345 · Filed Nov 8, 2013

Show all 4 patents →

## Courses

**Abstract Algebra (Tough class from math department)**

Associated with Bogazici University

**Advanced Algorithms (Prof. Edward Reingold)**
Associated with University of Illinois at Urbana-Champaign

Show all 30 courses →

## Languages

Turkish

## Organizations

ACM

## Interests

**Companies**    Groups    Schools

**University of Illinois Urbana-Champaign**
553,162 followers

+ Follow

**The Ohio State University**
597,808 followers

+ Follow

Show all companies →

Ad  ···
Michael, unlock your full potential with LinkedIn Premium



See who's viewed your profile in the last 90 days

Try for free!

**in LEARNING**

Add new skills with these courses, free for 24 hours

**Digital Marketing Trends**
329,033 viewers

**Marketing on Instagram**
2,540 viewers

**SQL Practice: Basic Queries**
21,675 viewers

See my recommendations

Promoted  ···
**Explore 190+ programs**
We're offering $30 Million in New
Student Scholarships! WSCUC

Student scholarships. WSCUC Accredited.



**5-Week Online Classes**
Earn an online bachelor's degree designed for busy professionals at UAGC.



**$1,989/month extra cash**
That's the average earned on a 3-bedroom US Vrbo listing, 11/2020–12/2021.