# Exhibit C

   Home  My Network  Jobs  Messaging  Notifications  Me  For Business  Learn New with Prem



### Ruey-Lung Hsiao
Chief Scientist

- Alexandria Investment Research and Technology, Inc.
- University of California, Los Angeles

Los Angeles, California, United States · Contact info

86 connections

Connect · Message · More

---

**Activity**
95 followers

Ruey-Lung hasn't posted yet
Recent posts Ruey-Lung shares will be displayed here.

Show all activity →

---

**Experience**

**Chief Scientist & Co-Founder**
Alexandria Investment Research and Technology, Inc. · Full-time
2008 - Present · 16 yrs 5 mos
Greater Los Angeles Area

Chief Scientist
Data Analytics… …see more


**Intern**
Yahoo!
2006 - 2006 · Less than a year

---

**Education**


**UCLA**
Ph.D, Computer Science
2001 - 2010


**National Taiwan University**
Master's degree, Computer Science
1999 - 2001
Grade: 4.0

Show all 3 educations →

## Skills

**Java**

Endorsed by Sudhanshu S. and 1 other who is highly skilled at this

12 endorsements

**Software Development**

Endorsed by 2 colleagues at Alexandria Technology

11 endorsements

Show all 3 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Ruey-Lung receives will appear here.

## Interests

**Companies**   Groups   Schools

**UCLA**
897,063 followers
+ Follow

**Lexalytics, an InMoment Company**
2,123 followers
+ Follow

Show all companies →

Ad ···
Michael, unlock your full potential with LinkedIn Premium

See who's viewed your profile in the last 90 days

Try for Free

**in LEARNING**

Add new skills with these courses, free for 24 hours

**Digital Marketing Trends**
329,033 viewers



**Windows Server 2019: Install and Configure Active Directory**
44,622 viewers



Premiere Pro Essential Training (2022–2024)

82,334 viewers

See my recommendations

Promoted •••



$1,989/Month Extra Cash
That's the average earned on a 3-bedroom Vrbo listing in the US last year.

5-Week Online Classes
Earn an online bachelor's degree designed for busy professionals at UAGC.

Applying for a Job?
Harness the power of generative AI to optimize your productivity. Try now!