# Exhibit D

 



## Hung-chih Yang

Principal Machine Learning Scientist at Microsoft

- Microsoft
- UCLA

Greater Seattle Area · Contact info

207 connections

Connect    Message    More

## About

Developing Big Data Analytics solutions by adapting machine-learning, statistical learning, and data mining algorithms to scale.

Specialties: Developing Big Data Analytics solutions....    ...see more

## Activity

213 followers

**Hung-chih hasn't posted yet**

Recent posts Hung-chih shares will be displayed here.

Show all activity →

## Experience

 **Microsoft**
15 yrs 4 mos

**Principal Machine Learning Scientist**
Full-time
Aug 2017 - Present · 6 yrs 10 mos
Bellevue, Washington, United States

Develop machine learning solutions and data science best practices. Play dual roles and work closely with data scientists and software engineers....

**Senior Software Development Engineer**
Jul 2011 - Aug 2017 · 6 yrs 2 mos
Redmond, WA

Developing Big Data Analytics solutions, including graph mining, text mining, time series analysis, association analysis, classification, cl    ...see more

**Senior Research Software Design Engineer**
Feb 2009 - Jul 2011 · 2 yrs 6 mos

Search Engine research.
Search Engine data mining.... ...see more

**Senior Technical Yahoo!**
Yahoo!
Feb 2006 - Feb 2009 · 3 yrs 1 mo

Parallel data processing using Hadoop MapReduce.
Process and analyze user query log.... ...see more

**Staff**
Jet Propulsion Laboratory
Feb 2002 - Feb 2006 · 4 yrs 1 mo

Oracle RDBMS administration and development.
Solaris UNIX system programming using C++, Java, SQL, PL/SQL, etc.

**Senior Consultant II**
Sabre Airline Solutions
Dec 1996 - Mar 2002 · 5 yrs 4 mos

Solaris UNIX system programming using C++, Java, Oracle.
Airline Solutions on forecasting, capacity planning, revenue management,...

## Education

**UCLA**
Ph.D., Computer Science
2001 - 2006

**Oregon Graduate Institute of Science & Technology**
M.S., Computer Science
1995 - 1996

Show all 4 educations →

## Skills

**Python**
Endorsed by 2 colleagues at Microsoft

5 endorsements

**C++**
Endorsed by 2 colleagues at Microsoft

6 endorsements

Show all 23 skills →

## Languages

**English**
Full professional proficiency

**Mandarin**
Native or bilingual proficiency

## Interests

**Top Voices**     Companies     Groups     Newsletters     Schools

**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
35,312,147 followers

+ Follow

Ad  •••



Michael, explore jobs at **Microsoft** that match your skills

See jobs

Michael, learn what hiring managers look for in answers to top interview questions

Why do you want to leave your current role?

Tell me about a time you were successful on a team.

Tell me about a time you surpassed people's expectations.

See all questions

Promoted  •••

Explore 190+ programs
We're offering $30 Million in New Student Scholarships! WSCUC Accredited.

Use Vrbo to host & earn
It's as simple as that. You could earn when you host your home on Vrbo.

Applying for a Job?
Harness the power of generative AI to optimize your productivity. Try now!

About

Community Guidelines

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent

Market

Advert

Small

Select Language

English (English)

...unt and privacy

...transparency

...ommended Content.

LinkedIn Corporation © 2024