# Exhibit E

An official website of the United States government
Here's how you know

[Back to home]   Pay maintenance fees | Order certified copies | Global Dossier | Download | Print

# 11/539,090 | YAH1P034/Y01708US01:
## MAPREDUCE FOR DISTRIBUTED DATABASE PROCESSING   PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 11/539,090 | 3099 | YAH1P034/Y01708US01 | 8,190,610 ⧉<br>Download PDF ⬇<br>Issued - 05/29/2012 |

| Filing or 371 (c) date | Status | | |
|---|---|---|---|
| 10/05/2006 | Patented Case 05/09/2012 | | |

☰ Show/hide menu

## 9 Assignments found

### Assignment 1

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 018360/0513 | 10/06/2006 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). 📄

| Assignors | Execution date | Correspondent |
|---|---|---|
| DASDAN, ALI<br>YANG, HUNG-CHIH<br>HSIAO, RUEY-LUNG | 10/04/2006<br>10/04/2006<br>10/03/2006 | BEYER WEAVER & THOMAS LLP<br>P.O. BOX 70250<br>OAKLAND, CA 94612-0250 |

**Assignee**
YAHOO! INC.
701 FIRST AVENUE
SUNNYVALE, CALIFORNIA 94089

### Assignment 2

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 038383/0466 | 04/18/2016 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). 📄

| Assignors | Execution date | Correspondent |
|---|---|---|
| YAHOO! INC. | 04/18/2016 | JOHN G. RAUCH<br>BRINKS GILSON & LIONE<br>P.O. BOX 10395<br>CHICAGO, IL 60610 |

**Assignee**

EXCALIBUR IP, LLC
701 FIRST AVENUE
SUNNYVALE, CALIFORNIA 94089

**Assignment 3**

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 038950/0592 | 06/03/2016 | 56 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| YAHOO! INC. | 05/31/2016 | JOHN G. RAUCH<br>BRINKS GILSON & LIONE<br>P.O. BOX 10395<br>CHICAGO, IL 60610 |

**Assignee**
EXCALIBUR IP, LLC
701 FIRST AVENUE
SUNNYVALE, CALIFORNIA 94089

**Assignment 4**

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 038951/0295 | 06/01/2016 | 7 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| EXCALIBUR IP, LLC | 05/31/2016 | JOHN G. RAUCH<br>BRINKS GILSON & LIONE<br>P.O. BOX<br>CHICAGO, IL 60611 |

**Assignee**
YAHOO! INC.
701 FIRST AVENUE
SUNNYVALE, CALIFORNIA 94089

**Assignment 5**

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 053459/0059 | 06/25/2020 | -63 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Execution date | Correspondent |
|---|---|---|
| EXCALIBUR IP, LLC | 04/28/2020 | CONVERGENCE INTELLECTUAL PROPERTY LAW P.C.<br>2251 GRANT RD. SUITE G<br>LOS ALTOS, CA 94024 |

**Assignee**
R2 SOLUTIONS LLC
6136 FRISCO SQUARE BLVD. SUITE 400
FRISCO, TEXAS 75034

### Assignment 6

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 052853/0153 | 06/05/2020 | -4 |

**Conveyance**
PATENT SECURITY AGREEMENT 📄

| Assignors | Execution date | Correspondent |
|---|---|---|
| ACACIA RESEARCH GROUP LLC<br>AMERICAN VEHICULAR SCIENCES LLC<br>BONUTTI SKELETAL INNOVATIONS LLC<br>CELLULAR COMMUNICATIONS EQUIPMENT LLC<br>INNOVATIVE DISPLAY TECHNOLOGIES LLC<br>LIFEPORT SCIENCES LLC<br>LIMESTONE MEMORY SYSTEMS LLC<br>MERTON ACQUISITION HOLDCO LLC<br>MOBILE ENHANCEMENT SOLUTIONS LLC<br>MONARCH NETWORKING SOLUTIONS LLC<br>NEXUS DISPLAY TECHNOLOGIES LLC<br>PARTHENON UNIFIED MEMORY ARCHITECTURE LLC<br>R2 SOLUTIONS LLC<br>SAINT LAWRENCE COMMUNICATIONS LLC<br>STINGRAY IP SOLUTIONS LLC<br>SUPER INTERCONNECT TECHNOLOGIES LLC<br>TELECONFERENCE SYSTEMS LLC<br>UNIFICATION TECHNOLOGIES LLC | 06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020<br>06/04/2020 | S. KAREFF C/O SCHULTE ROTH & ZABEL LLP<br>919 THIRD AVENUE<br>25TH FLOOR<br>NEW YORK, NY 10022 |

**Assignee**
STARBOARD VALUE INTERMEDIATE FUND LP, AS COLLATERAL AGENT
777 THIRD AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10017

### Assignment 7

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 056832/0001 | 03/29/2021 | -28 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE THE ASSIGNOR NAME PREVIOUSLY RECORDED AT REEL: 052853 FRAME: 0153. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT. 📄

| Assignors | Execution date | Correspondent |
|---|---|---|
| R2 SOLUTIONS LLC | 06/04/2020 | S. KAREFF C/O SCHULTE ROTH & ZABEL LLP<br>919 THIRD AVENUE<br>25TH FLOOR<br>NEW YORK, NY 10022 |

**Assignee**
STARBOARD VALUE INTERMEDIATE FUND LP, AS COLLATERAL AGENT
777 THIRD AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10017

### Assignment 8

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 053654/0254 | 07/08/2020 | -20 |

**Conveyance**

RELEASE OF SECURITY INTEREST IN PATENTS 📄

| Assignors | Execution date | Correspondent |
|---|---|---|
| [STARBOARD VALUE INTERMEDIATE FUND LP](#) | 06/30/2020 | S. KAREFF C/O SCHULTE ROTH & ZABEL LLP<br>919 THIRD AVENUE<br>25TH FLOOR<br>NEW YORK, NY 10022 |

**Assignee**

ACACIA RESEARCH GROUP LLC
767 3RD AVE
6TH FLOOR
NEW YORK, NEW YORK 10017

AMERICAN VEHICULAR SCIENCES LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

BONUTTI SKELETAL INNOVATIONS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

CELLULAR COMMUNICATIONS EQUIPMENT LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

INNOVATIVE DISPLAY TECHNOLOGIES LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

LIFEPORT SCIENCES LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

LIMESTONE MEMORY SYSTEMS LLC
4 PARK PLAZA
SUITE 550
IRVINE, CALIFORNIA 92614

MOBILE ENHANCEMENT SOLUTIONS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

MONARCH NETWORKING SOLUTIONS LLC
4 PARK PLAZA
SUITE 550
IRVINE, CALIFORNIA 92614

NEXUS DISPLAY TECHNOLOGIES LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

PARTHENON UNIFIED MEMORY ARCHITECTURE LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

R2 SOLUTIONS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

SAINT LAWRENCE COMMUNICATIONS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

STINGRAY IP SOLUTIONS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

SUPER INTERCONNECT TECHNOLOGIES LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

TELECONFERENCE SYSTEMS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

UNIFICATION TECHNOLOGIES LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

### Assignment 9

| Reel/frame | Date recorded | Pages |
| --- | --- | --- |
| 054981/0377 | 12/30/2020 | -46 |

**Conveyance**
CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE NAME PREVIOUSLY RECORDED ON REEL 053654 FRAME 0254. ASSIGNOR(S) HEREBY CONFIRMS THE RELEASE OF SECURITY INTEREST GRANTED PURSUANT TO THE PATENT SECURITY AGREEMENT PREVIOUSLY RECORDED.

| Assignors | Execution date | Correspondent |
| --- | --- | --- |
| STARBOARD VALUE INTERMEDIATE FUND LP | 06/30/2020 | S. KAREFF C/O SCHULTE ROTH & ZABEL LLP<br>919 THIRD AVENUE<br>25TH FLOOR<br>NEW YORK, NY 10022 |

**Assignee**
R2 SOLUTIONS LLC
6136 FRISCO SQUARE BLVD
SUITE 400
FRISCO, TEXAS 75034

10 per page    Page 1 of 1

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    Subscribe

About the USPTO    •    Search for patents    •    Search for trademarks

US Department of Commerce
Accessibility

Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us