# Exhibit F

# Exhibit 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC, | |
| *Plaintiff*, | Civil Action No. 4:21-cv-00092 |
| v. | |
| TARGET CORPORATION, | |
| *Defendant*. | |

## DECLARATION OF ERIC LUCAS

1. My name is Eric Lucas. I am the President of R2 Solutions LLC. I am also the Senior Vice President, Licensing and Litigation, at Acacia Research Group LLC.

2. I am more than 18 years of age, and I am competent to make this Declaration. I have personal knowledge of the facts contained in this Declaration, and I am competent to testify on the matters set forth below.

3. R2 Solutions LLC is a limited liability company incorporated in Texas. Paul F. Reidy formed and incorporated R2 Solutions LLC in 2016 and served as its Managing Member.

4. R2 Solutions LLC was incorporated with a principal place of business in Austin, Texas. Mr. Reidy resided in Austin, Texas at that time, and he still resides in Austin, Texas today.

5. Mr. Reidy is the President of Excalibur IP, LLC and held that role at least as early as 2020, when I participated in discussions with him regarding the acquisition of his ownership interest in R2 Solutions LLC.

6. On April 25, 2020, Acacia Research Group LLC acquired all of Mr. Reidy's ownership interest in R2 Solutions LLC, and R2 Solutions LLC has since had a place of business located at 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034.

7. On April 27, 2020, Excalibur IP, LLC entered into a patent sale agreement with R2 Solutions LLC. This acquisition included the assignment all rights, title, and interest in, and to, a large patent portfolio (the "Excalibur Portfolio") to R2 Solutions LLC. The Excalibur Portfolio includes U.S. Patent Nos. 8,190,610 ("the '610 patent"), 8,341,157 ("the '157 patent"), and 7,698,329 ("the '329 patent"). I understand that the '610 patent, '157 patent, and '329 patent are the subject of litigation between R2 Solutions LLC and Target Corporation.

8. In the process of R2 Solutions LLC acquiring the Excalibur Portfolio, I came to understand that Excalibur IP, LLC licensed the Excalibur Portfolio to numerous companies between May 2016, when Excalibur IP, LLC acquired the patents in the Excalibur Portfolio from Yahoo!, and April 2020, when R2 Solutions LLC acquired the Excalibur Portfolio. During the period of its ownership, Excalibur IP, LLC licensed the Excalibur Portfolio to ▮ ▮ among others. All of these licenses, except for ▮ were negotiated and consummated without litigation.

9. The '610 patent, '157 patent, and '329 patent were included in the license agreements that Excalibur IP, LLC consummated.

10. Since R2 Solutions LLC acquired the Excalibur Portfolio, it has continued to commercialize the patents without litigation. Within the past year, R2 Solutions LLC negotiated and consummated licensing agreements for the Excalibur Portfolio with ▮ ▮ among others.

11. R2 Solutions LLC currently works to license the Excalibur Portfolio—including the '610 patent, '157 patent, and '329 patent—to dozens of other companies without the necessity of litigation. R2 Solutions' soft licensing efforts are extensive and ongoing.

I declare under penalty of perjury that the statements made in this Declaration are based on my own knowledge and that all opinions given are my own.

Dated: May 19, 2021

Eric Lucas
President, R2 Solutions LLC