# Exhibit G

   Home  My Network  Jobs  Messaging  Notifications  Me  For Business | Get hired with Prem



### Eric Lucas

Senior Vice President, Licensing and Litigation at Acacia Research Group

-  Indiana University Bloomington

Laguna Beach, California, United States · Contact info

Connect    Message    More

---

**Activity**
328 followers

**Eric Lucas** commented on a post • 3mo
Your best memories are working with Eric Lucas and John Norris. I hope all is well.

**Eric Lucas** commented on a post • 4mo
Why does this say "Retired"? I expected to bump into you in Tokyo soon....Congrats.

Show all comments →

---

**Experience**

**Senior Vice President, Licensing and Litigation**
Acacia Research Group
Apr 2012 - Sep 2021 · 9 yrs 6 mos
Newport Beach, CA

◆ Intellectual Property, Licensing and +10 skills

 **Licensing Agent**
Intellectual Ventures
2011 - 2012 · 1 yr
Laguna Beach, CA

 **Director of Licensing**
Open Invention Network
2010 - 2012 · 2 yrs
Laguna Beach

**Attorney**
Independent Intellectual Property Attorney
2008 - 2012 · 4 yrs
Laguna Beach, CA

Director of Licensing for Open Invention Network ("OIN"); Director of Licensing for EpicenterIP (formerly IPotential); Licensing Agent for…

**Assistant GC, Sr. Director (Patent Licensing)**
Alcatel-Lucent
2004 - 2008 · 4 yrs

Show all 7 experiences →

## Education

**Indiana University Bloomington**
JD, Law

**Rose-Hulman Institute of Technology**
BS, Engineering

## Skills

**Business Strategy**
Senior Vice President, Licensing and Litigation at Acacia Research Group

**Strategy**
Senior Vice President, Licensing and Litigation at Acacia Research Group

Show all 12 skills →

## Interests

**Companies**   Groups   Schools

**Indiana University Bloomington**
423,556 followers
+ Follow

**Intellectual Ventures**
34,707 followers
+ Follow

Show all companies →

---

Ad  ···
Michael, unlock your full potential with LinkedIn Premium

See who's viewed your profile in the last 90 days

Try now for $0

---

**in LEARNING**

Add new skills with these courses, free for 24 hours

**Understanding Social Media Algorithms for Creators**
11,879 viewers



Marketing on Instagram

2,540 viewers

Windows Server 2019: Install and Configure Active Directory

44,622 viewers

See my recommendations

Promoted



**Explore 190+ programs**
We're offering $30 Million in New Student Scholarships! WSCUC Accredited.

**5-Week Online Classes**
Earn an online bachelor's degree designed for busy professionals at UAGC.

**We're 25 years strong**
The other guys can't say that. List & rent with an experienced partner.