# Exhibit R

   Home  My Network  Jobs  Messaging  Notifications  Me ▼    For Business ▼    Redeem Pr for $





# Marc Booth

Chief IP Officer at Acacia Research

- Acacia Research
- USC

Newport Beach, California, United States • Contact info

500+ connections

Connect     Message    More

## About

Executive with over 10 years experience in patent monetization and over 25 years in design and development engineering.

Specialties: … …see more

## Activity

962 followers

Posts    Images

Marc Booth posted this • 11mo

 Please join me from 12 - 14 June 2023 at IPBC Global for the world's foremost gathering of senior thought-leaders and decision makers operating in the global IP market. … …show more

 37

Show all posts →

## Experience

**Chief IP Officer**
 Acacia Research
Aug 2018 - Present · 5 yrs 8 mos
Newport Beach, CA

Tasked by Acacia's new Board of Directors with managing and growing Acacia's patent licensing business. Responsible for all aspects of the…

**CEO**
Booth IP
Jun 2017 - Aug 2018 · 1 yr 3 mos
Newport Beach, CA


**Executive Vice President & General Manager, Engineering**
Acacia Research
Jun 2006 - Jun 2017 · 11 yrs 1 mo
Newport Beach, CA

Offering Patent Portfolio Analysis and Valuation Services as well as Licensing Support.

Assist in managing overall Company operations. Lead the Engineering Group, which is responsible for technical analysis of patent portfolios and…

**Director, Systems Engineering**
Nicholas Laboratories
Jun 2005 - Jun 2006 · 1 yr 1 mo

Responsible for development of high-end residential networked entertainment and control systems. Developed robust, standards-based…

**VP Engineering**
Intheairnet, LLC
Jul 2003 - Jun 2005 · 2 yrs

Conceptualized and managed the development of new hardware and software products for the In-Flight Entertainment market

Show all 9 experiences →

## Education


**University of Southern California**
MS, EE
Sep 1979 - Jun 1981


**University of California, Riverside**
BS, Physics
Dec 1975 - Jun 1979

## Skills

**Wireless**

 Endorsed by 4 colleagues at Acacia Research

 32 endorsements

**Program Management**

 Endorsed by Ted H. and 2 others who are highly skilled at this

 Endorsed by 6 colleagues at Acacia Research

 31 endorsements

Show all 23 skills →

## Recommendations

**Received**    Given


**Tony Clark**
Engineering and Cloud Applications Development
January 4, 2005, Tony reported directly to Marc

Marc is an excellent leader and technologist. I've have worked with Marc for over 4 years currently at IntheAirNet and Comarco Wireless Technologies and through out all the challenges that go along with product development, we always developed superior products and had fun.



**Tony Clark**
Engineering and Cloud Applications Development
January 4, 2005, Tony reported directly to Marc

Marc is an excellent leader and technologist. I've have worked with Marc for over 4 years currently at IntheAirNet and Comarco Wireless Technologies and through out all the challenges that go along with product development, we always developed superior products and had fun.

## Interests

**Companies**   Groups   Schools



**University of Southern California**
612,815 followers

+ Follow



**University of California, Riverside**
165,644 followers

+ Follow

Show all companies →



## People also viewed

**Guy Proulx** · 3rd+
CEO/Managing Director at Transpacific IP Group

🔒 Message



**Sharon Lai** · 3rd+
Assistant General Counsel, Micron Technology

+ Follow



**John Lindgren** · 3rd+
President and CEO at IPVALUE

🔒 Message



**Russell Binns** · 3rd+
CEO & General Counsel at AST (Allied Security Trust)

➤ Message



**Noel Egnatios** · 3rd+
CEO & Chief Legal Officer at DivX, LLC

🔒 Message

Show all

**People you may know**
From Marc's school


**Anja Kong**
Associate at Fenwick & West
+ Connect


**Kayla Moore**
Human Biology Student at the University of Southern California
+ Connect


**Hailey Chung**
Student at University of Southern California
+ Connect


**Bryce Savoy**
Psychology Honors Student at University of Southern California
+ Connect


**Ece Dogan**
Civil Engineer | M.S in Civil Engineering @USC
+ Connect

Show all

**You might like**
Pages for you


**NALA - The Paralegal Association**
Non-profit Organizations
40,879 followers
+ Follow


**U.S. Department of Justice**
Law Enforcement
238,807 followers
+ Follow

Show all

