# Exhibit S





Show less

## People you may know

**LinkedIn Member**
Senior Manager - Assurance at EY

**Rob Rasamny**
Chief Administrative Officer at Acacia Research

Message

**LinkedIn Member**
ACACIA RESEARCH CORPORATION

**LinkedIn Member**
Senior Contract Manager at Acacia Technologies Group



**LinkedIn Member**

Vice President at Acacia Research Group



### LinkedIn Member

Account Specialist at ACACIA RESEARCH GROUP LLC

### LinkedIn Member

Vice President, Licensing at ACACIA RESEARCH GROUP LLC

Promoted •••



**Explore 190+ programs**
We're offering $30 Million in New Student Scholarships! WSCUC Accredited.

**$1,989/month extra cash**
That's the average earned on a 3-bedroom US Vrbo listing, 11/2020–12/2021.

**Online Bachelor's Degrees**
Take one 5-week class at a time at UAGC. Apply for free today!

## Pages people also viewed



**Acacia Research**
Venture Capital and Private Equity Principals
1,471 followers

+ Follow



**Reinvent Capital**
Financial Services
519 followers

+ Follow



**Lead Edge Capital**
Financial Services
10,494 followers

+ Follow

Show all →

**People also follow**

Jobs Hub
Technology, Information and Internet
1,347 followers

Follow

K9Heroes4Heroes
Non-profit Organizations
21,170 followers

Follow

Chick-fil-A Corporate Support Center
Restaurants
301,339 followers

Follow

Show all →

Promoted · · ·

Your Writing, at Its Best
Grammarly makes sure everything you type is clear and concise. It's free!

A 62% Interview Rate?!
We built a resume builder that gets a 62% interview rate for our users.

About   Accessibility   Help Center
Privacy & Terms ▾   Ad Choices
Advertising   Business Services ▾
Get the LinkedIn app   More

LinkedIn Corporation © 2024