# Exhibit T



Home    Leadership    Investor Relations    Contact Us

## Investor Relations

**NASDAQ: ACTG**
**$5.56**
0.05
0.91%

Annual Report
Quarterly Report
Current Report
Proxy Statement

Press Releases
Filings & Financials
Stock Information
Events & Presentations
Board of Directors
Corporate Governance
IR Contacts
Email Alerts
Patent Licensing

### Overview

Acacia acquires public and private businesses with a primary focus across the mature technology, industrials, healthcare and business services industries.

### Latest News

**Acacia Research Reports First Quarter 2024 Financial Results**
5/9/24 16:06

**Acacia Research to Release First Quarter 2024 Financial Results on May 9**
4/25/24 8:00

**Acacia Research Announces Closing of Benchmark Energy's Transformative Acquisition in the Western Anadarko Basin**
4/17/24 16:05

View All News

### Recent Events

Acacia Research First Quarter 2024 Financial Results
**Date:** May 09, 2024 (Thursday)
**Time:** 4:30 PM ET
View Webcast

## Contact Us

**New York**
767 Third Avenue, Floor 6
New York , NY 10017
(332) 236-8484

**Irvine**
4 Park Plaza
Irvine, CA 92614
(332) 236-8484

**Press Contact**
Longacre Square Partners
actg@longacresquare.com

© 2008-2024 Acacia Research Corporation | Privacy Policy

