# Exhibit U

# TEXAS SECRETARY of STATE
## JANE NELSON

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |||
|---|---|---|
| **Filing Number:** | 801360610 | **Entity Type:** Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 23, 2010 | **Entity Status:** In existence |
| **Formation Date:** | N/A | |
| **Tax ID:** | 12623856122 | **FEIN:** |
| **Duration:** | Perpetual | |
| **Name:** | Acacia Research Group LLC | |
| **Address:** | 6136 FRISCO SQUARE BLVD STE 400 FRISCO, TX 75034-3251 USA | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| January 6, 2019 | MARK W BOOTH | CHIEF EXECUTIVE OFFICER | 520 NEWPORT CENTER DR. 12TH F NEWPORT BEACH, CA 92660 USA |
| January 6, 2019 | KIRSTEN HOOVER | CHIEF FINANCIAL OFFICER | 520 NEWPORT CENTER DR. 12TH F NEWPORT BEACH, CA 92660 USA |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.