# Exhibit 1

FILE Court Comparison Report

Add New Tab

Table of Contents

Overview
Rankings
Outcomes
Motion Success
Cases (2)
Outcomes (2)
Remedies (2)
New Folder

Overview

COURT COMPARISON REPORT

# Overview

DocketNavigator

2008 2012 2016 2020 2020

HIGHEST PATENTEE WIN RATE
**23.24%**
Texas Eastern District
VIEW ALL OUTCOMES

HIGHEST VENUE TRANSFER RATE
**53.85%**
California Northern District
VIEW MOTION SUCCESS

MOST CASES
**2,352**
Texas Eastern District
MORE RANKINGS

## CASES FILED OVER TIME

YTD Estimate Current Year

Number of Cases: 1000, 900, 800, 700, 600, 500, 400, 300, 200, 100

Filing Date: Jan 2020, Jul 2020, Jan 2021, Jul 2021, Jan 2022, Jul 2022, Jan 2023

Upper line: 393, 449, 471, 629
Lower line: 240, 165, 138, 127

## WORKLOAD

This table uses several court activity metrics to help users gauge the relative workload of each of the selected courts. The "Show All Courts" button shows how the selected courts stack up against all District Courts.

Show Selected Courts | Show All Courts | DOWNLOAD CSV

| Court Name | Total Cases | Active Cases | Recent Orders | Recently Active Judges | Average Days To Trial |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 |
| Texas Eastern District | 2,352 | 775 | 1270 | 8 | 815 |
| California Northern District | 724 | 217 | 395 | 29 | 1,311 |

Binder Information

© 2008 - 2024 Hopkins Bruce Publishers Corp., a Law Business Research Inc. Company Terms of Use Report an Issue