# Exhibit 6

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Ruth R. Hughs  
Secretary of State

# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for R2 Solutions LLC (file number 802458293), a Domestic Limited Liability Company (LLC), was filed in this office on May 16, 2016.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on May 20, 2021.



Ruth R. Hughs  
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10264 | Document: 1052655160003 |