# Exhibit 33

   Home   My Network   Jobs   Messaging   Notifications 3   Me ▾   For Business ▾    Get hired faster Premium free





**Paul Reidy** · 2nd

Transactions Specialist - Intellectual Property, M&A, Real Estate, Capital Formation, Dispute Resolution

-  Celtro
-  Indiana University Robert H. McKinney School of Law

Austin, Texas, United States · **Contact info**

500+ connections

 **Brent Bumgardner**, **Matt Rappaport CFP, CDFA**, and 1 other mutual connection

 Connect    ➤ Message    More

---

**Activity**
2,314 followers

**Posts**    **Comments**

**Paul Reidy** reposted this • 1mo

    Calling all our Amigos in the Bay Area! 💚

We are so excited to share that we're hosting a panel next W …show more

 7

**Paul Reidy** reposted this • 1mo

    How about Panama with **Amigos de las Americas (AMIGOS)**? We still have some spaces left on our programs that start in July! This is a great opportunity for high school students to challenge themselv …show more

 18

**Paul Reidy** reposted this • 1mo

**#hiring**! It takes a village to support all of our teens with their travel throughout the Americas each year! Each summer we hire a seasonal Travel Coordinator …show more

    Houston Travel Coordinator
Job by Amigos de las Americas (AMIGOS)
Houston, Texas, United States (On-site)

 7

**Show all posts →**

---

**Experience**

Senior Adviser
Celtro · Part-time

Sep 2022 - Present · 1 yr 10 mos
Austin, Texas, United States

Celtro is bringing to market breakthrough technology that enables ultra low power implantable devices that last a lifetime.

 **Senior Adviser**
RPX Corporation
Apr 2022 - Present · 2 yrs 3 mos
Austin, TX

 **Managing Member**
Duval Casitas, LLC · Self-employed
Jan 2016 - Present · 8 yrs 6 mos
Austin, Texas, United States

 **President**
Excalibur IP, LLC, an Altaba Company
Nov 2017 - Jun 2020 · 2 yrs 8 mos
San Francisco Bay Area

 **Senior Vice President**
RPX Corporation
Mar 2010 - Mar 2016 · 6 yrs 1 mo

Show all 14 experiences →

## Education

 **Indiana University Robert H. McKinney School of Law**
JD/MBA
1985 - 1989

 **Michigan State University**
BA, Economics
1980 - 1983

Show all 6 educations →

## Volunteering

 **Board Member**
Amigos de las Americas (AMIGOS)
Jan 2020 - Present · 4 yrs 6 mos

Amigos de las Américas inspires leaders through authentic service and immersion experiences.

## Skills

**Licensing**

 Endorsed by Lloyd Sadler and 33 others who are highly skilled at this

 Endorsed by Joshua Meltzer (mutual connection)

99+ endorsements

**Venture Capital**

 Endorsed by 10 colleagues at RPX Corporation

 Endorsed by 9 people who know the skill

74 endorsements

Show all 32 skills →

## Recommendations

**Received**  Given

**Nothing to see for now**
Recommendations that Paul receives will appear here.

## Languages

**English**
Native or bilingual proficiency

**Spanish**
Professional working proficiency

## Interests

**Top Voices**  Companies  Groups  Newsletters  Schools


**Mike Bloomberg** · 3rd
Entrepreneur, philanthropist, UN Secretary-General's Special Envoy for Climate Ambition & Solutions, WHO Global Ambassador for Noncommunicable Diseases and Injuries, mayor of NYC, father, grandfather, and data nerd.
2,641,799 followers

＋ Follow


**Melinda French Gates**
Co-chair of the Bill & Melinda Gates Foundation. Founder of Pivotal Ventures. Author of The Moment of Lift.
6,594,870 followers

＋ Follow

Show all Top Voices →



### Other similar profiles


**Dan McCurdy** · 2nd
Bringing companies together to resolve shared patent issues.

Connect


**Gerd Teepe** · 3rd
Celtro GmbH works on a medical device development program based on Nano-Watt-Technology

View profile



Follow

Show all

