# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>               Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>               Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ABHINAV TANEJA IN SUPPORT OF DEFENDANT'S REPLY TO ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Abhinav Taneja, declares as follows:

1. My name is Abhinav Taneja. I have personal knowledge of and am competent to testify as to the facts herein. I have been an employee at Databricks, Inc. ("Databricks") since 2021. I am currently Vice President of Research & Development Operations ("R&D Operations") of Databricks. In my role as Databricks' Vice President of R&D Operations, I am familiar with Databricks' research, development, design, marketing, distribution, and sales of its products and services. I am based in the San Francisco Bay Area, California.

2. 

3. 

---

[1] The opposition identifies "Giri Raratharajan" and "Giri Varatharajan", but no such individuals are employed at Databricks.

[2]

[3]

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████

4.  ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __Mountain View_____, California, on June 21, 2024.

*Abhinav Taneja*
Abhinav Taneja

2