IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Databricks, Inc.,<br><br>      Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>Jury Trial Demanded |

**JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**

Pursuant to Patent Rule 4-3 and the Court's Patent Scheduling Order (ECF 28), Plaintiff R2 Solutions LLC ("R2" or "Plaintiff") and Defendant Databricks, Inc., ("Databricks" or "Defendant") submit this Joint Claim Construction and Pre-Hearing Statement with respect to U.S. Patent No. 8,190,610 ("the '610 patent").

**Patent Rule 4-3(a)(1)**

The parties have reached an agreement regarding construction of the following claim terms, phrases, and/or clauses for the patent at issue.

| Claim Term | Agreed Construction |
|---|---|
| "A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:"<br>(Claim 1) | Limiting preamble in Claim 1. |
| "A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor | Limiting preamble in Claim 17. |

| Claim Term | Agreed Construction |
|---|---|
| and memory that are operable to perform the following operations:" (Claim 17) | |
| "data group" (Claims 1-5, 17-21) | "a group of data and a mechanism for identifying data from that group" |
| "plurality of mapping functions that are each user-configurable" (Claims 1, 17) | "two or more mapping functions that are each configurable by a user" |

**Patent Rule 4-3(a)(2)**

The parties hereby identify the following terms for construction in this case. The chart attached as Exhibit A provides Plaintiff's proposed constructions. The chart attached as Exhibit B provides Defendant's proposed construction. Exhibits A and B contain an identification of the intrinsic and extrinsic evidence upon which each party intends to rely to support its proposed constructions for the terms listed here. Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party.

| Term # | Claim Term |
|---|---|
| 1 | "processor and memory that are operable to perform the following operations: partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common." (Claim 17) |
| 2 | "mapping" / "map" / "mapped" (Claims 1, 17) |

| 3 | "reducing" / "reduce" (Claims 1, 17) |
|---|---|
| 4 | "providing each data partition to a selected one of a plurality of mapping functions" (Claims 1, 17) |
| 5 | "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to that data group" (Claims 1, 5, 17, 21) |
| 6 | "schema" (Claims 1, 17) |
| 7 | "the different schema and corresponding different intermediate data have a key in common" (Claims 1, 17) |

**Patent Rule 4-3(a)(3)**

The parties respectfully request that the Court hear oral argument on claim construction. The parties have agreed that the parties should be limited to 60 minutes per side (2 hours total) for argument.

**Patent Rule 4-3(a)(4)**

Neither Plaintiff nor Defendant intends to call any live witnesses at the claim construction hearing.

**Patent Rule 4-3(a)(5)**

At present, the parties are unaware of any additional issues that would require the scheduling of a pre-hearing conference prior to a Claim Construction Hearing.

**Patent Rule 4-3(b)**

Plaintiff intends to rely on the expert testimony of Bill Davis to oppose Databricks' proposed claim construction/indefiniteness positions. Disclosure of Mr. Davis's testimony is being served simultaneously with the filing of this Joint Claim Construction and Pre-Hearing Statement. Plaintiff reserves the right to rely on additional expert testimony to respond to any claim construction position not disclosed in this Joint Claim Construction and Pre-Hearing Statement.

Defendant intends to rely on the expert testimony of Dr. Jon Weissman in support of Defendant's proposed claim constructions and indefiniteness positions. Disclosure of Dr. Weissman's testimony is being served on R2 at the same time as the filing of this Joint Claim Construction and Pre-Hearing Statement. Defendant reserves the right to rely on additional expert testimony to respond Mr. Davis's testimony and/or any claim construction position that Plaintiff did not disclose in this Joint Claim Construction and Pre-Hearing Statement or during the claim construction process.

**Patent Scheduling Order – Number of Pages Needed to Brief the Disputed Terms**

The parties agree that consistent with Local Patent Rule 4-5(e) and Local Rule CV-7(a), Plaintiff's opening brief shall not exceed 30 pages, Defendant's response brief shall not exceed 30 pages, and Plaintiff's reply brief shall not exceed 10 pages.

**Dated: September 13, 2024**                                                    Respectfully submitted,

| */s/ Edward R. Nelson III* | */s/ Vigen Salmastlian* |
|---|---|
| Edward R. Nelson III | Michael J. Sacksteder |
| State Bar No. 00797142 | CA Bar No. 191605 (Admitted E.D. Texas) |
| ed@nelbum.com | Email: msacksteder@fenwick.com |
| Brent N. Bumgardner | Gregory Sefian |
| State Bar No. 00795272 | CA Bar No. 341802 (Admitted *Pro Hac Vice*) |
| brent@nelbum.com | Email: gsefian@fenwick.com |
| Christopher G. Granaghan | Su Li |
| State Bar No. 24078585 | CA Bar No. 339374 (Admitted *Pro Hac Vice*) |
| chris@nelbum.com | Email: sli@fenwick.com |
| John P. Murphy | Telecopier: (213) 694-1234 |
| State Bar No. 24056024 | **FENWICK & WEST LLP** |
| murphy@nelbum.com | 555 California Street, 12th Floor |
| Carder W. Brooks | San Francisco, California 94104 |
| State Bar No. 24105536 | Telephone:     415.875.2300 |
| carder@nelbum.com | Facsimile:      415.281.1350 |
| | |
| **NELSON BUMGARDNER CONROY PC** | Vigen Salmastlian |
| 3131 West 7th Street, Suite 300 | CA Bar No. 276846 (Admitted E.D. Texas) |
| Fort Worth, Texas 76107 | Email: vsalmastlian@fenwick.com |
| 817.377.9111 | **FENWICK & WEST LLP** |
| | 801 California Street, |

4

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF**<br>**R2 SOLUTIONS LLC** | Mountain View, CA 94041<br>Telephone:     650.988.8500<br>Facsimile:      650.938.5200<br><br>Dargaye Churnet<br>CA Bar No. 303659 (Admitted E.D. Texas)<br>Email: dchurnet@fenwick.com<br>**FENWICK & WEST LLP**<br>730 Arizona Avenue, 1st Floor<br>Santa Monica, CA 90401<br>Telephone: 310.434.5400<br>Facsimile: 650.938.5200<br><br>Jessica M. Kaempf<br>WA Bar No. 51666 (Admitted E.D. Texas)<br>**FENWICK & WEST LLP**<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Telephone:     206.389.4510<br>Facsimile:      206.389.4511<br>Email: jkaempf@fenwick.com<br><br>**ATTORNEYS FOR DEFENDANT**<br>**DATABRICKS, INC.** |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1, I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on September 13, 2024.

*/s/ Edward R. Nelson III*