# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DATABRICKS, INC.,<br><br>        Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) OF DATABRICKS, INC.**

Defendant Databricks, Inc. ("Databricks") files this notice of supplemental evidence in support of its motion to transfer to the Northern District of California ("NDCA"). (Dkt. 20.) Since this Court held a hearing on Databricks' motion to transfer (Dkts. 47, 59), R2 Solutions LLC ("R2") has identified and subpoenaed four entities[1] with purportedly relevant information—two of which are based in California and none of which are headquartered or incorporated in Texas.

Specifically, R2 has subpoenaed an entity called Abnormal Security Corporation, which as shown by R2's subpoena, is based in San Francisco, California. (Ex. A (R2's Subpoena to Abnormal Security Corporation (annotated)).) R2 has also subpoenaed an entity called Liminex Inc. d/b/a GoGuardian ("GoGuardian"). While the subpoena was served on GoGuardian's registered agent in Texas, GoGuardian is based in the greater Los Angeles area (in El Segundo, California), and the place for compliance of the subpoena is Los Angeles, California. (Ex. B

---

[1] Because R2 did not list of any of these entities or their personnel in its initial disclosures, Databricks could not have raised this evidence during briefing of its transfer motion.

(GoGuardian LinkedIn); Ex. C (R2's Subpoena to Liminex Inc. d/b/a GoGuardian (annotated)).) These entities can be subpoenaed to trial in the NDCA, but not in this Court. Fed. R. Civ. P. 45.

The other two entities that R2 subpoenaed, Comcast Corporation ("Comcast") and Biogen Inc. ("Biogen"), are based in Philadelphia, Pennsylvania and Cambridge, Massachusetts, respectively. (Ex. D (R2's Subpoena to Comcast Corporation (annotated)); Ex. E (R2's Subpoena to Biogen Inc. (annotated)).) While the subpoena on Comcast was served on a registered agent in Texas, Comcast is based in Pennsylvania and the place for compliance of the subpoena is Southampton, Pennsylvania. (Ex. D (R2's Subpoena to Comcast Corporation (annotated)).)

R2's discovery requests thus reinforce the multitude of critical connections to NDCA, and the absence of ties to this District, therefore warranting transfer of venue. (Dkts. 20, 35.)

Dated: November 8, 2024                                Respectfully submitted,

/s/ Jessica M. Kaempf
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Gregory Sefian
CA Bar No. 341802 (Admitted *Pro Hac Vice*)
Email: gsefian@fenwick.com
Su Li
CA Bar No. 339374 (Admitted *Pro Hac Vice*)
Email: sli@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041

Telephone: 650.988.8500
Facsimile: 650.938.5200

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Facsimile: 650.938.5200

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Attorneys for Defendant
Databricks, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on November 8, 2024.

                                                  */s/ Jessica M. Kaempf*
                                                  Jessica M. Kaempf