# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DATABRICKS, INC., <br><br> Defendant. | Civil Action No. 4:23-cv-01147-ALM <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF VIGEN SALMASTLIAN IN SUPPORT OF DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Vigen Salmastlian, declare as follows:

1. I am a licensed attorney admitted in the State of California and admitted to this Court. I am a partner with the law firm of Fenwick & West LLP, counsel of record for defendant Databricks, Inc. ("Databricks"). I have personal knowledge of the facts in this declaration and can competently testify to the same. I make this declaration in support of Databricks' Responsive Claim Construction Brief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Dr. Jon B. Weissman dated September 13, 2024.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a paper titled "MapReduce: Simplified Data Processing on Large Clusters" by Jeffery Dean and Sanjay Ghemawat published in December 2004.

4. Attached hereto as **Exhibit 3** is a true and correct excerpted copy of the file history of U.S. Patent No. 8,190,610.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the 2007 paper titled "MapReduceMerge: Simplified Relational Data Processing on Large Clusters," authored by Hung-Chih Yang, Ali Dasdan, Ruey-Lung Hsiao, and D. Stott Parker.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Patent Owner Preliminary Response filed in *Databricks, Inc. v. R2 Solutions LLC*, PTAB-IPR2024-00659.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the *Markman* Order entered in *R2 Solutions LLC v. Walmart Inc.*, No. 4:21-cv-00091 (E.D. Tex.) on Jan. 4, 2022 as Dkt. 54.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the definition of "schema" from the *Microsoft Computer Dictionary* (5th ed. 2002).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Mountain View, California on November 12, 2024.

*/s/ Vigen Salmastlian*
Vigen Salmastlian