# EXHIBIT 1-3

# EXHIBIT B-1

# Oracle® Database

SQL Reference

10*g* Release 1 (10.1)

**Part No.  B10759-01**

December 2003



Cloudera Exhibit 1020 - Page 1 of 1808

Databricks_R2_PA_00002137

Oracle Database SQL Reference 10*g* Release 1 (10.1)

Part No. B10759-01

Copyright © 1996, 2003 Oracle Corporation. All rights reserved.

Primary Authors:    Diana Lorentz, Joan Gregoire

Contributors: Sundeep Abraham, Angela Amor, Rick Anderson, Vikas Arora, Hermann Baer, Cathy Baird, Anand Baldalker, Cailein Barclay, Ruth Baylis, Eric Belden, Paula Bingham, Tolga Bozkaya, Mark Callaghan, Thomas Chang, Dinesh Das, Souri Das, Jay Davison, Mark Dilman, Mike Feng, Ray Guzman, John Haydu, Wei Hu, Ken Jacobs, Bob Jenkins, Vishy Karra, Thomas Keefe, Jonathan Klein, Vasudha Krishnaswamy, Goutam Kulkarni, Poojan Kumar, Bill Lee, Geoff Lee, Yunrui Li, Likuo Lin, Peter Linsley, Rich Long, Catherine Luu, Qianrong Ma, Vineet Marwah, Susan Mavris, Steve McGee, Michael Moeller, Tony Morales, Ari Mozes, Gopal Mulagund, Sujatha Muthulingam, Muthu Olaggapan, Ananth Raghavan, Jack Raitto, Anitha Ramarao, Siva Ravada, Viv Schupmann, Shrikanth Shankar, Vikram Shukla, Bipul Sinha, Mike Stewart, Sankar Subramanian, Seema Sundara, Andreas Sundquist, Hal Takahara, Ashish Thusoo, Rama Vissapragada, Steve Wertheimer, Andy Witkowski, Daniel Wong, Min Xiao, Aravind Yalamanchi, Wanli Yang, Qin Yu, Tim Yu, Fred Zemke, Weiran Zhang

The Programs (which include both the software and documentation) contain proprietary information of Oracle Corporation; they are provided under a license agreement containing restrictions on use and disclosure and are also protected by copyright, patent and other intellectual and industrial property laws. Reverse engineering, disassembly or decompilation of the Programs, except to the extent required to obtain interoperability with other independently created software or as specified by law, is prohibited.

The information contained in this document is subject to change without notice. If you find any problems in the documentation, please report them to us in writing. Oracle Corporation does not warrant that this document is error-free. Except as may be expressly permitted in your license agreement for these Programs, no part of these Programs may be reproduced or transmitted in any form or by any means, electronic or mechanical, for any purpose, without the express written permission of Oracle Corporation.

If the Programs are delivered to the U.S. Government or anyone licensing or using the programs on behalf of the U.S. Government, the following notice is applicable:

**Restricted Rights Notice**  Programs delivered subject to the DOD FAR Supplement are "commercial computer software" and use, duplication, and disclosure of the Programs, including documentation, shall be subject to the licensing restrictions set forth in the applicable Oracle license agreement. Otherwise, Programs delivered subject to the Federal Acquisition Regulations are "restricted computer software" and use, duplication, and disclosure of the Programs shall be subject to the restrictions in FAR 52.227-19, Commercial Computer Software - Restricted Rights (June, 1987). Oracle Corporation, 500 Oracle Parkway, Redwood City, CA 94065.

The Programs are not intended for use in any nuclear, aviation, mass transit, medical, or other inherently dangerous applications. It shall be the licensee's responsibility to take all appropriate fail-safe, backup, redundancy, and other measures to ensure the safe use of such applications if the Programs are used for such purposes, and Oracle Corporation disclaims liability for any damages caused by such use of the Programs.

Oracle is a registered trademark, and Oracle7, Oracle8, Oracle8i, Oracle9i, Oracle Store, PL/SQL, Pro*C/C++, Pro*COBOL, SQL*Plus, and iSQL*Plus are trademarks or registered trademarks of Oracle Corporation. Other names may be trademarks of their respective owners.

# Contents

**Send Us Your Comments** ................................................................................................ xxiii

**Preface** .................................................................................................................................. xxv
   Audience ............................................................................................................................ xxv
   Organization ..................................................................................................................... xxv
   Related Documentation .................................................................................................. xxvii
   Conventions ...................................................................................................................... xxviii
   Documentation Accessibility ......................................................................................... xxxi

**What's New in the SQL Reference?** ................................................................................. xxxiii
   Oracle Database 10*g* New Features in the SQL Reference ......................................... xxxiii

**1    Introduction to Oracle SQL**
   **History of SQL** ................................................................................................................ 1-1
   **SQL Standards** ................................................................................................................ 1-2
      How SQL Works ........................................................................................................ 1-2
      Common Language for All Relational Databases........................................................ 1-3
   **Recent Enhancements** .................................................................................................. 1-3
   **Nonstandard SQL** .......................................................................................................... 1-4
   **Recursive SQL** ............................................................................................................... 1-5
   **Lexical Conventions** ..................................................................................................... 1-5
   **Tools Support** ................................................................................................................. 1-5

Cloudera Exhibit 1020 - Page 3 of 1808

Databricks_R2_PA_00002139

## 2  Basic Elements of Oracle SQL

**Datatypes** ............................................................................................................................ 2-1

    Oracle Built-in Datatypes .................................................................................................. 2-7

        CHAR Datatype .......................................................................................................... 2-10

        NCHAR Datatype ....................................................................................................... 2-11

        NVARCHAR2 Datatype ............................................................................................. 2-11

        VARCHAR2 Datatype ................................................................................................ 2-12

        VARCHAR Datatype ................................................................................................. 2-12

        NUMBER Datatype ................................................................................................... 2-12

            Scale and Precision ............................................................................................. 2-13

            Negative Scale .................................................................................................... 2-14

            Scale Greater than Precision ............................................................................... 2-14

        Floating-Point Numbers ........................................................................................... 2-14

            BINARY_FLOAT ................................................................................................ 2-15

            BINARY_DOUBLE ............................................................................................ 2-15

        Numeric Precedence ................................................................................................. 2-17

        DATE Datatype .......................................................................................................... 2-20

            Using Julian Days ............................................................................................... 2-23

        TIMESTAMP Datatype .............................................................................................. 2-23

        TIMESTAMP WITH TIME ZONE Datatype .............................................................. 2-24

        TIMESTAMP WITH LOCAL TIME ZONE Datatype ................................................. 2-25

        INTERVAL YEAR TO MONTH Datatype ................................................................. 2-26

        INTERVAL DAY TO SECOND Datatype .................................................................. 2-26

        Datetime/Interval Arithmetic ................................................................................... 2-27

        Support for Daylight Saving Times ........................................................................... 2-29

        Datetime and Interval Example................................................................................. 2-30

        RAW and LONG RAW Datatypes .............................................................................. 2-30

        BFILE Datatype .......................................................................................................... 2-35

        BLOB Datatype .......................................................................................................... 2-36

        CLOB Datatype .......................................................................................................... 2-36

        NCLOB Datatype ....................................................................................................... 2-36

        Restricted Rowids ..................................................................................................... 2-37

        Extended Rowids ....................................................................................................... 2-37

        Compatibility and Migration .................................................................................... 2-38

        UROWID Datatype .................................................................................................... 2-38

Cloudera Exhibit 1020 - Page 4 of 1808

Databricks_R2_PA_00002140

ANSI, DB2, and SQL/DS Datatypes ................................................................................. 2-39
User-Defined Types ........................................................................................................... 2-41
  Object Types .................................................................................................................. 2-41
  REFs ............................................................................................................................... 2-42
  Varrays .......................................................................................................................... 2-42
  Nested Tables ................................................................................................................ 2-42
Oracle-Supplied Types ...................................................................................................... 2-43
Any Types ............................................................................................................................ 2-43
  SYS.ANYTYPE ............................................................................................................ 2-44
  SYS.ANYDATA ........................................................................................................... 2-44
  SYS.ANYDATASET .................................................................................................... 2-44
XML Types .......................................................................................................................... 2-44
  XMLType ....................................................................................................................... 2-44
  URI Datatypes ............................................................................................................... 2-45
  URIFactory Package ..................................................................................................... 2-46
Spatial Types ...................................................................................................................... 2-47
  SDO_GEOMETRY ...................................................................................................... 2-47
  SDO_GEORASTER ...................................................................................................... 2-47
Media Types ........................................................................................................................ 2-48
  ORDAudio ...................................................................................................................... 2-48
  ORDImage ...................................................................................................................... 2-48
  ORDImageSignature ................................................................................................... 2-48
  ORDVideo ...................................................................................................................... 2-48
  ORDDoc .......................................................................................................................... 2-49
  SI_StillImage ................................................................................................................ 2-49
  SI_Color .......................................................................................................................... 2-49
  SI_AverageColor .......................................................................................................... 2-49
  SI_ColorHistogram ...................................................................................................... 2-49
  SI_PositionalColor ....................................................................................................... 2-49
  SI_Texture ...................................................................................................................... 2-49
  SI_FeatureList ............................................................................................................... 2-49
Expression Filter Type ...................................................................................................... 2-50
  Expression ...................................................................................................................... 2-50
Datatype Comparison Rules ............................................................................................. 2-50
Numeric Values .................................................................................................................. 2-50

v

Cloudera Exhibit 1020 - Page 5 of 1808

Date Values ............................................................................................................... 2-51

Character String Values ........................................................................................... 2-51

Single Characters ..................................................................................................... 2-52

Object Values ........................................................................................................... 2-54

Varrays and Nested Tables ...................................................................................... 2-54

Data Conversion ...................................................................................................... 2-54

Implicit and Explicit Data Conversion ............................................................... 2-55

Implicit Data Conversion .................................................................................... 2-55

Implicit Data Conversion Examples.................................................................... 2-57

Explicit Data Conversion .................................................................................... 2-58

**Literals** ........................................................................................................................ 2-60

Text Literals ............................................................................................................. 2-61

Numeric Literals ...................................................................................................... 2-62

Integer Literals .................................................................................................... 2-63

NUMBER and Floating-Point Literals................................................................ 2-63

Interval Literals........................................................................................................ 2-65

INTERVAL YEAR TO MONTH........................................................................ 2-66

INTERVAL DAY TO SECOND.......................................................................... 2-67

**Format Models** .......................................................................................................... 2-70

Number Format Models ........................................................................................... 2-71

Number Format Elements .................................................................................... 2-71

Datetime Format Models .......................................................................................... 2-75

Datetime Format Elements .................................................................................. 2-76

Uppercase Letters in Date Format Elements ................................................... 2-76

Punctuation and Character Literals in Datetime Format Models ....................... 2-76

Datetime Format Elements and Globalization Support ............................... 2-81

ISO Standard Date Format Elements .................................................................. 2-81

The RR Datetime Format Element ...................................................................... 2-81

RR Datetime Format Examples ...................................................................... 2-82

Datetime Format Element Suffixes ..................................................................... 2-83

Format Model Modifiers .......................................................................................... 2-83

Format Model Examples...................................................................................... 2-84

String-to-Date Conversion Rules ............................................................................. 2-87

XML Format Model ................................................................................................. 2-88

**Nulls** ........................................................................................................................... 2-89

vi

Cloudera Exhibit 1020 - Page 6 of 1808

Nulls in SQL Functions ................................................................................................. 2-90
Nulls with Comparison Conditions ............................................................................... 2-90
Nulls in Conditions ....................................................................................................... 2-90
Comments ............................................................................................................................. 2-91
Comments Within SQL Statements ............................................................................. 2-91
Comments on Schema Objects ..................................................................................... 2-93
Hints ............................................................................................................................... 2-93
Database Objects ................................................................................................................. 2-105
Schema Objects ............................................................................................................. 2-106
Nonschema Objects ...................................................................................................... 2-106
Schema Object Names and Qualifiers .............................................................................. 2-107
Schema Object Naming Rules ..................................................................................... 2-107
Schema Object Naming Examples .............................................................................. 2-111
Schema Object Naming Guidelines ............................................................................ 2-111
Syntax for Schema Objects and Parts in SQL Statements ............................................. 2-112
How Oracle Database Resolves Schema Object References ..................................... 2-113
Referring to Objects in Other Schemas ..................................................................... 2-114
Referring to Objects in Remote Databases ................................................................ 2-114
Creating Database Links ........................................................................................ 2-115
Database Link Names ........................................................................................ 2-115
Username and Password ................................................................................... 2-116
Database Connect String ................................................................................... 2-116
Referring to Database Links ................................................................................. 2-116
Referring to Partitioned Tables and Indexes ........................................................... 2-117
Referring to Object Type Attributes and Methods .................................................. 2-119

# 3    Pseudocolumns

Hierarchical Query Pseudocolumns ................................................................................. 3-1
CONNECT_BY_ISCYCLE ............................................................................................ 3-2
CONNECT_BY_ISLEAF ............................................................................................... 3-2
LEVEL ............................................................................................................................ 3-3
Sequence Pseudocolumns ................................................................................................... 3-4
Where to Use Sequence Values .................................................................................... 3-4
How to Use Sequence Values ....................................................................................... 3-5
Version Query Pseudocolumns .......................................................................................... 3-7

Cloudera Exhibit 1020 - Page 7 of 1808

Databricks_R2_PA_00002143

OBJECT_ID ............................................................................................................... 3-7

OBJECT_VALUE ...................................................................................................... 3-8

ORA_ROWSCN .......................................................................................................... 3-8

ROWID ...................................................................................................................... 3-9

ROWNUM ................................................................................................................... 3-10

XMLDATA .................................................................................................................. 3-11

## 4    Operators

About SQL Operators.............................................................................................. 4-1

    Unary and Binary Operators ............................................................................. 4-2

    Operator Precedence ........................................................................................... 4-2

Arithmetic Operators .............................................................................................. 4-3

Concatenation Operator .......................................................................................... 4-4

Hierarchical Query Operators ................................................................................ 4-6

    PRIOR ..................................................................................................................... 4-6

    CONNECT_BY_ROOT ........................................................................................... 4-6

Set Operators ............................................................................................................ 4-6

Multiset Operators ................................................................................................... 4-7

    MULTISET EXCEPT ............................................................................................ 4-8

    MULTISET INTERSECT ...................................................................................... 4-9

    MULTISET UNION ............................................................................................... 4-10

User-Defined Operators .......................................................................................... 4-11

## 5    Expressions

About SQL Expressions ........................................................................................... 5-2

Simple Expressions ................................................................................................. 5-3

Compound Expressions ........................................................................................... 5-5

CASE Expressions .................................................................................................... 5-5

CURSOR Expressions .............................................................................................. 5-8

Datetime Expressions .............................................................................................. 5-10

Function Expressions .............................................................................................. 5-12

Interval Expressions ............................................................................................... 5-12

Object Access Expressions ..................................................................................... 5-13

Scalar Subquery Expressions ................................................................................ 5-14

Model Expressions................................................................................................... 5-15

Cloudera Exhibit 1020 - Page 8 of 1808

Databricks_R2_PA_00002144

Type Constructor Expressions ................................................................................................... 5-16
Variable Expressions .................................................................................................................. 5-18
Expression Lists .......................................................................................................................... 5-19

## 6   Conditions

About SQL Conditions ................................................................................................................ 6-2
    Condition Precedence ........................................................................................................... 6-4
Comparison Conditions .............................................................................................................. 6-4
    Simple Comparison Conditions ............................................................................................ 6-6
    Group Comparison Conditions ............................................................................................. 6-8
Floating-Point Conditions .......................................................................................................... 6-9
Logical Conditions...................................................................................................................... 6-10
Range Conditions ....................................................................................................................... 6-11
Null Conditions .......................................................................................................................... 6-12
Compound Conditions ................................................................................................................ 6-12
EQUALS_PATH ............................................................................................................................ 6-13
EXISTS ......................................................................................................................................... 6-14
IN .................................................................................................................................................. 6-14
IS A SET ....................................................................................................................................... 6-17
IS ANY .......................................................................................................................................... 6-18
IS EMPTY ..................................................................................................................................... 6-19
IS OF type .................................................................................................................................... 6-20
IS PRESENT ................................................................................................................................. 6-21
LIKE .............................................................................................................................................. 6-22
MEMBER ...................................................................................................................................... 6-26
REGEXP_LIKE ............................................................................................................................. 6-27
SUBMULTISET ............................................................................................................................ 6-29
UNDER_PATH .............................................................................................................................. 6-30

## 7   Functions

SQL Functions ............................................................................................................................. 7-1
    Single-Row Functions ........................................................................................................... 7-3
        Numeric Functions ......................................................................................................... 7-3
        Character Functions Returning Character Values ......................................................... 7-4
        Character Functions Returning Number Values ............................................................ 7-5

Cloudera Exhibit 1020 - Page 9 of 1808

Databricks_R2_PA_00002145

Datetime Functions ................................................................................................ 7-5
Conversion Functions ............................................................................................ 7-6
Collection Functions............................................................................................... 7-7
Miscellaneous Single-Row Functions .................................................................. 7-7
Aggregate Functions ..................................................................................................... 7-9
Analytic Functions ........................................................................................................ 7-11
Object Reference Functions ......................................................................................... 7-17
Model Functions ............................................................................................................ 7-18
Alphabetical Listing of SQL Functions....................................................................... 7-18

**ABS** ....................................................................................................................................... 7-18
**ACOS** ................................................................................................................................... 7-19
**ADD_MONTHS** ................................................................................................................. 7-20
**ASCII** ................................................................................................................................... 7-21
**ASCIISTR** ........................................................................................................................... 7-21
**ASIN** .................................................................................................................................... 7-22
**ATAN** .................................................................................................................................. 7-23
**ATAN2** ................................................................................................................................ 7-24
**AVG** ..................................................................................................................................... 7-25
**BFILENAME** ..................................................................................................................... 7-26
**BIN_TO_NUM** ................................................................................................................. 7-27
**BITAND** .............................................................................................................................. 7-28
**CARDINALITY** .................................................................................................................. 7-30
**CAST** ................................................................................................................................... 7-30
**CEIL** ..................................................................................................................................... 7-34
**CHARTOROWID** .............................................................................................................. 7-34
**CHR** ..................................................................................................................................... 7-35
**COALESCE** ......................................................................................................................... 7-37
**COLLECT** ........................................................................................................................... 7-39
**COMPOSE** .......................................................................................................................... 7-39
**CONCAT** ............................................................................................................................. 7-40
**CONVERT** ........................................................................................................................... 7-41
**CORR** ................................................................................................................................... 7-43
**CORR_*** ............................................................................................................................. 7-45
CORR_S ................................................................................................................................ 7-46
CORR_K ............................................................................................................................... 7-47

x

COS ............................................................................................................ 7-47
COSH .......................................................................................................... 7-48
COUNT ....................................................................................................... 7-49
COVAR_POP ............................................................................................. 7-51
COVAR_SAMP .......................................................................................... 7-53
CUME_DIST ............................................................................................... 7-54
CURRENT_DATE ..................................................................................... 7-56
CURRENT_TIMESTAMP .......................................................................... 7-57
CV ............................................................................................................... 7-59
DBTIMEZONE ........................................................................................... 7-60
DECODE ..................................................................................................... 7-61
DECOMPOSE ............................................................................................. 7-63
DENSE_RANK ........................................................................................... 7-64
DEPTH ........................................................................................................ 7-66
DEREF ........................................................................................................ 7-67
DUMP ......................................................................................................... 7-68
EMPTY_BLOB, EMPTY_CLOB ............................................................... 7-69
EXISTSNODE ............................................................................................ 7-70
EXP ............................................................................................................. 7-71
EXTRACT (datetime) ................................................................................. 7-72
EXTRACT (XML) ....................................................................................... 7-74
EXTRACTVALUE ..................................................................................... 7-75
FIRST .......................................................................................................... 7-76
FIRST_VALUE ........................................................................................... 7-79
FLOOR ........................................................................................................ 7-80
FROM_TZ ................................................................................................... 7-81
GREATEST ................................................................................................. 7-82
GROUP_ID .................................................................................................. 7-83
GROUPING ................................................................................................. 7-84
GROUPING_ID ........................................................................................... 7-85
HEXTORAW ............................................................................................... 7-87
INITCAP ..................................................................................................... 7-87
INSTR ......................................................................................................... 7-88
ITERATION_NUMBER .............................................................................. 7-90
LAG ............................................................................................................ 7-92

xi

Cloudera Exhibit 1020 - Page 11 of 1808

LAST ...................................................................................................................... 7-93
LAST_DAY ............................................................................................................. 7-94
LAST_VALUE ......................................................................................................... 7-95
LEAD ...................................................................................................................... 7-97
LEAST .................................................................................................................... 7-98
LENGTH ................................................................................................................. 7-99
LN ........................................................................................................................... 7-100
LNNVL ................................................................................................................... 7-101
LOCALTIMESTAMP ............................................................................................. 7-102
LOG ........................................................................................................................ 7-103
LOWER .................................................................................................................. 7-104
LPAD ...................................................................................................................... 7-105
LTRIM .................................................................................................................... 7-106
MAKE_REF ............................................................................................................ 7-107
MAX ....................................................................................................................... 7-108
MEDIAN ................................................................................................................ 7-110
MIN ........................................................................................................................ 7-112
MOD ....................................................................................................................... 7-113
MONTHS_BETWEEN ............................................................................................ 7-114
NANVL ................................................................................................................... 7-115
NCHR ..................................................................................................................... 7-116
NEW_TIME ............................................................................................................ 7-117
NEXT_DAY ............................................................................................................ 7-118
NLS_CHARSET_DECL_LEN ................................................................................. 7-119
NLS_CHARSET_ID ............................................................................................... 7-120
NLS_CHARSET_NAME ......................................................................................... 7-120
NLS_INITCAP ....................................................................................................... 7-121
NLS_LOWER ......................................................................................................... 7-123
NLSSORT ............................................................................................................... 7-123
NLS_UPPER ........................................................................................................... 7-126
NTILE ..................................................................................................................... 7-127
NULLIF ................................................................................................................... 7-128
NUMTODSINTERVAL .......................................................................................... 7-129
NUMTOYMINTERVAL .......................................................................................... 7-130
NVL ........................................................................................................................ 7-131

Cloudera Exhibit 1020 - Page 12 of 1808

Databricks_R2_PA_00002148

NVL2 ............................................................................................................................ 7-133

ORA_HASH ................................................................................................................ 7-134

PATH ............................................................................................................................ 7-135

PERCENT_RANK ...................................................................................................... 7-136

PERCENTILE_CONT ................................................................................................ 7-138

PERCENTILE_DISC .................................................................................................. 7-141

POWER ........................................................................................................................ 7-143

POWERMULTISET .................................................................................................... 7-144

POWERMULTISET_BY_CARDINALITY ................................................................ 7-145

PRESENTNNV ............................................................................................................ 7-146

PRESENTV .................................................................................................................. 7-148

PREVIOUS .................................................................................................................. 7-149

RANK ........................................................................................................................... 7-151

RATIO_TO_REPORT ................................................................................................ 7-154

RAWTOHEX ................................................................................................................ 7-155

RAWTONHEX .............................................................................................................. 7-155

REF ............................................................................................................................... 7-156

REFTOHEX .................................................................................................................. 7-157

REGEXP_INSTR ........................................................................................................ 7-158

REGEXP_REPLACE .................................................................................................. 7-161

REGEXP_SUBSTR ..................................................................................................... 7-164

REGR_ (Linear Regression) Functions .................................................................... 7-166

REMAINDER ............................................................................................................... 7-175

REPLACE .................................................................................................................... 7-176

ROUND (number) ....................................................................................................... 7-177

ROUND (date) ............................................................................................................. 7-178

ROW_NUMBER .......................................................................................................... 7-179

ROWIDTOCHAR ........................................................................................................ 7-180

ROWIDTONCHAR ...................................................................................................... 7-181

RPAD ........................................................................................................................... 7-182

RTRIM ......................................................................................................................... 7-183

SCN_TO_TIMESTAMP .............................................................................................. 7-184

SESSIONTIMEZONE ................................................................................................. 7-185

SET ............................................................................................................................... 7-186

SIGN ............................................................................................................................ 7-187

Cloudera Exhibit 1020 - Page 13 of 1808

Databricks_R2_PA_00002149

SIN ................................................................................................................. 7-188
SINH .............................................................................................................. 7-188
SOUNDEX ...................................................................................................... 7-189
SQRT ............................................................................................................. 7-190
STATS_BINOMIAL_TEST ................................................................................ 7-191
STATS_CROSSTAB .......................................................................................... 7-193
STATS_F_TEST ................................................................................................ 7-194
STATS_KS_TEST .............................................................................................. 7-196
STATS_MODE .................................................................................................. 7-197
STATS_MW_TEST ............................................................................................ 7-198
STATS_ONE_WAY_ANOVA .............................................................................. 7-200
STATS_T_TEST_* ............................................................................................ 7-202
    STATS_T_TEST_ONE .................................................................................. 7-203
    STATS_T_TEST_PAIRED .............................................................................. 7-203
    STATS_T_TEST_INDEP and STATS_T_TEST_INDEPU .................................... 7-204
STATS_WSR_TEST ........................................................................................... 7-206
STDDEV .......................................................................................................... 7-207
STDDEV_POP .................................................................................................. 7-208
STDDEV_SAMP ................................................................................................ 7-210
SUBSTR .......................................................................................................... 7-212
SUM .............................................................................................................. 7-213
SYS_CONNECT_BY_PATH ............................................................................... 7-215
SYS_CONTEXT ................................................................................................ 7-216
SYS_DBURIGEN ............................................................................................... 7-221
SYS_EXTRACT_UTC ......................................................................................... 7-222
SYS_GUID ...................................................................................................... 7-223
SYS_TYPEID .................................................................................................... 7-224
SYS_XMLAGG .................................................................................................. 7-225
SYS_XMLGEN .................................................................................................. 7-226
SYSDATE ........................................................................................................ 7-227
SYSTIMESTAMP ............................................................................................... 7-228
TAN .............................................................................................................. 7-229
TANH ............................................................................................................. 7-229
TIMESTAMP_TO_SCN ...................................................................................... 7-230
TO_BINARY_DOUBLE ...................................................................................... 7-231

Cloudera Exhibit 1020 - Page 14 of 1808

Databricks_R2_PA_00002150

TO_BINARY_FLOAT ........................................................................................................... 7-233
TO_CHAR (character) ........................................................................................................... 7-234
TO_CHAR (datetime) ........................................................................................................... 7-235
TO_CHAR (number) ............................................................................................................. 7-237
TO_CLOB .............................................................................................................................. 7-239
TO_DATE ............................................................................................................................... 7-240
TO_DSINTERVAL ................................................................................................................ 7-241
TO_LOB .................................................................................................................................. 7-242
TO_MULTI_BYTE .................................................................................................................. 7-243
TO_NCHAR (character) ......................................................................................................... 7-244
TO_NCHAR (datetime) ......................................................................................................... 7-245
TO_NCHAR (number) ........................................................................................................... 7-246
TO_NCLOB ............................................................................................................................ 7-247
TO_NUMBER ......................................................................................................................... 7-247
TO_SINGLE_BYTE ................................................................................................................ 7-248
TO_TIMESTAMP ................................................................................................................... 7-249
TO_TIMESTAMP_TZ ............................................................................................................. 7-250
TO_YMINTERVAL ................................................................................................................. 7-252
TRANSLATE ........................................................................................................................... 7-253
TRANSLATE ... USING ......................................................................................................... 7-254
TREAT ..................................................................................................................................... 7-256
TRIM ........................................................................................................................................ 7-257
TRUNC (number) ................................................................................................................... 7-258
TRUNC (date) ......................................................................................................................... 7-259
TZ_OFFSET ............................................................................................................................ 7-260
UID .......................................................................................................................................... 7-261
UNISTR .................................................................................................................................... 7-261
UPDATEXML .......................................................................................................................... 7-262
UPPER ..................................................................................................................................... 7-264
USER ........................................................................................................................................ 7-264
USERENV ................................................................................................................................ 7-265
VALUE ..................................................................................................................................... 7-267
VAR_POP ................................................................................................................................ 7-268
VAR_SAMP .............................................................................................................................. 7-269
VARIANCE .............................................................................................................................. 7-271

Cloudera Exhibit 1020 - Page 15 of 1808

Databricks_R2_PA_00002151

VSIZE .................................................................................................................................. 7-272

WIDTH_BUCKET ............................................................................................................. 7-273

XMLAGG .......................................................................................................................... 7-275

XMLCOLATTVAL ............................................................................................................. 7-277

XMLCONCAT ................................................................................................................... 7-278

XMLELEMENT.................................................................................................................. 7-279

XMLFOREST .................................................................................................................... 7-282

XMLSEQUENCE................................................................................................................ 7-283

XMLTRANSFORM............................................................................................................. 7-285

ROUND and TRUNC Date Functions ............................................................................ 7-286

User-Defined Functions .................................................................................................. 7-287

    Prerequisites .................................................................................................................. 7-289

    Name Precedence .......................................................................................................... 7-289

        Naming Conventions ............................................................................................... 7-290

## 8    Common SQL DDL Clauses

*allocate_extent_clause* .................................................................................................. 8-2

*constraint* ........................................................................................................................ 8-5

*deallocate_unused_clause* ............................................................................................ 8-35

*file_specification* ............................................................................................................ 8-37

*logging_clause* ............................................................................................................... 8-47

*parallel_clause* ............................................................................................................... 8-51

*physical_attributes_clause* ........................................................................................... 8-54

*storage_clause* ............................................................................................................... 8-58

## 9    SQL Queries and Subqueries

About Queries and Subqueries ....................................................................................... 9-1

Creating Simple Queries ................................................................................................. 9-2

Hierarchical Queries ....................................................................................................... 9-3

    Hierarchical Query Examples........................................................................................ 9-6

The UNION [ALL], INTERSECT, MINUS Operators ...................................................... 9-9

Sorting Query Results ..................................................................................................... 9-12

Joins ................................................................................................................................. 9-13

    Join Conditions ............................................................................................................. 9-13

    Equijoins ....................................................................................................................... 9-14

Cloudera Exhibit 1020 - Page 16 of 1808

Self Joins ............................................................................................................... 9-14
Cartesian Products ............................................................................................... 9-14
Inner Joins ............................................................................................................ 9-14
Outer Joins ........................................................................................................... 9-15
Antijoins ................................................................................................................ 9-17
Semijoins ............................................................................................................... 9-17
**Using Subqueries** ....................................................................................................... 9-17
**Unnesting of Nested Subqueries** ............................................................................ 9-19
**Selecting from the DUAL Table** .............................................................................. 9-19
**Distributed Queries** .................................................................................................... 9-20

## 10   SQL Statements: ALTER CLUSTER to ALTER JAVA

**Types of SQL Statements** ............................................................................................ 10-1
Data Definition Language (DDL) Statements ................................................... 10-2
Data Manipulation Language (DML) Statements ............................................. 10-3
Transaction Control Statements ....................................................................... 10-3
Session Control Statements ............................................................................... 10-4
System Control Statement ................................................................................. 10-4
Embedded SQL Statements ............................................................................... 10-4
**How the SQL Statement Chapters are Organized** ............................................... 10-4
**ALTER CLUSTER** ..................................................................................................... 10-6
**ALTER DATABASE** .................................................................................................. 10-11
**ALTER DIMENSION** ................................................................................................ 10-62
**ALTER DISKGROUP** ............................................................................................... 10-67
**ALTER FUNCTION** ................................................................................................... 10-84
**ALTER INDEX** ........................................................................................................... 10-88
**ALTER INDEXTYPE** ................................................................................................. 10-112
**ALTER JAVA** .............................................................................................................. 10-115

## 11   SQL Statements: ALTER MATERIALIZED VIEW to ALTER SYSTEM

**ALTER MATERIALIZED VIEW** ................................................................................. 11-2
**ALTER MATERIALIZED VIEW LOG** ..................................................................... 11-21
**ALTER OPERATOR** ................................................................................................... 11-29
**ALTER OUTLINE** ...................................................................................................... 11-33
**ALTER PACKAGE** ..................................................................................................... 11-35

Cloudera Exhibit 1020 - Page 17 of 1808

ALTER PROCEDURE ................................................................................................ 11-40
ALTER PROFILE .................................................................................................... 11-44
ALTER RESOURCE COST ..................................................................................... 11-48
ALTER ROLE ......................................................................................................... 11-51
ALTER ROLLBACK SEGMENT ............................................................................. 11-53
ALTER SEQUENCE ............................................................................................... 11-57
ALTER SESSION ................................................................................................... 11-59
    Initialization Parameters and ALTER SESSION ................................................ 11-66
    Session Parameters and ALTER SESSION ..................................................... 11-70
ALTER SYSTEM .................................................................................................... 11-79
    Initialization Parameters and ALTER SYSTEM ................................................. 11-95
    System Parameters and ALTER SYSTEM ....................................................... 11-109
        Shared Server Parameters .......................................................... 11-109

## 12   SQL Statements: ALTER TABLE to ALTER TABLESPACE

ALTER TABLE ....................................................................................................... 12-2
ALTER TABLESPACE ........................................................................................... 12-105

## 13   SQL Statements: ALTER TRIGGER to COMMIT

ALTER TRIGGER ................................................................................................... 13-2
ALTER TYPE .......................................................................................................... 13-7
ALTER USER .......................................................................................................... 13-24
ALTER VIEW .......................................................................................................... 13-33
ANALYZE ............................................................................................................... 13-36
ASSOCIATE STATISTICS ...................................................................................... 13-50
AUDIT .................................................................................................................... 13-54
CALL ...................................................................................................................... 13-68
COMMENT ............................................................................................................. 13-73
COMMIT ................................................................................................................. 13-76

## 14   SQL Statements: CREATE CLUSTER to CREATE JAVA

CREATE CLUSTER .................................................................................................. 14-2
CREATE CONTEXT ................................................................................................. 14-11
CREATE CONTROLFILE ......................................................................................... 14-14

Cloudera Exhibit 1020 - Page 18 of 1808

CREATE DATABASE ..................................................................................................................... 14-22
CREATE DATABASE LINK ........................................................................................................ 14-39
CREATE DIMENSION ................................................................................................................ 14-45
CREATE DIRECTORY ................................................................................................................ 14-52
CREATE DISKGROUP .............................................................................................................. 14-55
CREATE FUNCTION .................................................................................................................. 14-61
CREATE INDEX .......................................................................................................................... 14-75
CREATE INDEXTYPE ................................................................................................................ 14-105
CREATE JAVA ............................................................................................................................ 14-109

## 15    SQL Statements: CREATE LIBRARY to CREATE SPFILE

CREATE LIBRARY ...................................................................................................................... 15-2
CREATE MATERIALIZED VIEW ............................................................................................. 15-5
CREATE MATERIALIZED VIEW LOG .................................................................................... 15-33
CREATE OPERATOR .................................................................................................................. 15-42
CREATE OUTLINE ..................................................................................................................... 15-46
CREATE PACKAGE .................................................................................................................... 15-50
CREATE PACKAGE BODY ....................................................................................................... 15-55
CREATE PFILE ............................................................................................................................ 15-60
CREATE PROCEDURE .............................................................................................................. 15-62
CREATE PROFILE ...................................................................................................................... 15-69
CREATE ROLE ............................................................................................................................ 15-77
CREATE ROLLBACK SEGMENT ............................................................................................ 15-81
CREATE SCHEMA ..................................................................................................................... 15-85
CREATE SEQUENCE ................................................................................................................. 15-88
CREATE SPFILE ......................................................................................................................... 15-93

## 16    SQL Statements: CREATE SYNONYM to CREATE TRIGGER

CREATE SYNONYM .................................................................................................................... 16-2
CREATE TABLE .......................................................................................................................... 16-7
CREATE TABLESPACE .............................................................................................................. 16-80
CREATE TRIGGER ..................................................................................................................... 16-100

Cloudera Exhibit 1020 - Page 19 of 1808

## 17 SQL Statements: CREATE TYPE to DROP ROLLBACK SEGMENT

CREATE TYPE ........................................................................................................ 17-3

CREATE TYPE BODY ........................................................................................... 17-26

CREATE USER ..................................................................................................... 17-32

CREATE VIEW ..................................................................................................... 17-40

DELETE ............................................................................................................... 17-55

DISASSOCIATE STATISTICS ............................................................................. 17-64

DROP CLUSTER ................................................................................................. 17-67

DROP CONTEXT ................................................................................................ 17-69

DROP DATABASE .............................................................................................. 17-70

DROP DATABASE LINK ..................................................................................... 17-71

DROP DIMENSION ............................................................................................ 17-73

DROP DIRECTORY ............................................................................................ 17-75

DROP DISKGROUP ........................................................................................... 17-76

DROP FUNCTION .............................................................................................. 17-78

DROP INDEX ..................................................................................................... 17-80

DROP INDEXTYPE ............................................................................................ 17-82

DROP JAVA ........................................................................................................ 17-84

DROP LIBRARY ................................................................................................. 17-86

DROP MATERIALIZED VIEW............................................................................ 17-87

DROP MATERIALIZED VIEW LOG ................................................................... 17-90

DROP OPERATOR .............................................................................................. 17-92

DROP OUTLINE ................................................................................................. 17-94

DROP PACKAGE ................................................................................................ 17-95

DROP PROCEDURE ........................................................................................... 17-97

DROP PROFILE .................................................................................................. 17-99

DROP ROLE ....................................................................................................... 17-100

DROP ROLLBACK SEGMENT ........................................................................... 17-102

## 18 SQL Statements: DROP SEQUENCE to ROLLBACK

DROP SEQUENCE ............................................................................................... 18-3

DROP SYNONYM ............................................................................................... 18-5

DROP TABLE ...................................................................................................... 18-7

DROP TABLESPACE ........................................................................................... 18-11

DROP TRIGGER ................................................................................................. 18-15

xx

Cloudera Exhibit 1020 - Page 20 of 1808

DROP TYPE ............................................................................................................................ 18-16

DROP TYPE BODY .............................................................................................................. 18-19

DROP USER .......................................................................................................................... 18-21

DROP VIEW .......................................................................................................................... 18-23

EXPLAIN PLAN ................................................................................................................... 18-25

FLASHBACK DATABASE ................................................................................................... 18-30

FLASHBACK TABLE ........................................................................................................... 18-33

GRANT ................................................................................................................................... 18-40

INSERT ................................................................................................................................... 18-65

LOCK TABLE ........................................................................................................................ 18-85

MERGE ................................................................................................................................... 18-89

NOAUDIT .............................................................................................................................. 18-94

PURGE .................................................................................................................................... 18-99

RENAME .............................................................................................................................. 18-102

REVOKE ............................................................................................................................... 18-104

ROLLBACK .......................................................................................................................... 18-115

## 19    SQL Statements: SAVEPOINT to UPDATE

SAVEPOINT ............................................................................................................................. 19-2

SELECT .................................................................................................................................... 19-4

SET CONSTRAINT[S] .......................................................................................................... 19-61

SET ROLE .............................................................................................................................. 19-63

SET TRANSACTION ............................................................................................................. 19-66

TRUNCATE ........................................................................................................................... 19-70

UPDATE ................................................................................................................................. 19-75

## A    How to Read Syntax Diagrams

Graphic Syntax Diagrams ........................................................................................................ A-1

Required Keywords and Parameters ....................................................................................... A-3

Optional Keywords and Parameters ........................................................................................ A-4

Syntax Loops ............................................................................................................................ A-4

Multipart Diagrams .................................................................................................................. A-5

Database Objects ...................................................................................................................... A-5

Cloudera Exhibit 1020 - Page 21 of 1808

Databricks_R2_PA_00002157

# B    Oracle and Standard SQL

**ANSI Standards** ............................................................................................................. B-2

    ISO Standards............................................................................................................. B-3

    Oracle Compliance To Core SQL:2003....................................................................... B-4

    Oracle Support for Optional Features of SQL/Foundation:2003 ....................................... B-11

    Oracle Compliance with SQL/CLI:2003..................................................................... B-17

    Oracle Compliance with SQL/PSM:2003.................................................................... B-17

    Oracle Compliance with SQL/MED:2003.................................................................... B-17

    Oracle Compliance with SQL/XML:2003 .................................................................... B-17

    Oracle Compliance with FIPS 127-2 .......................................................................... B-19

    Oracle Extensions to Standard SQL ........................................................................... B-21

    Character Set Support ................................................................................................ B-21

# C    Oracle Regular Expression Support

**Multilingual Regular Expression Syntax** ......................................................................... C-1

**Regular Expression Operator Multilingual Enhancements** ................................................ C-4

# D    Oracle Database Reserved Words

# E    Examples

**Using Extensible Indexing** ............................................................................................. E-1

**Using XML in SQL Statements** ...................................................................................... E-11

# Index

Cloudera Exhibit 1020 - Page 22 of 1808

Databricks_R2_PA_00002158

# Send Us Your Comments

**Oracle Database SQL Reference, 10*g* Release 1 (10.1)**

**Part No. B10759-01**

Oracle Corporation welcomes your comments and suggestions on the quality and usefulness of this publication. Your input is an important part of the information used for revision.

- Did you find any errors?
- Is the information clearly presented?
- Do you need more information? If so, where?
- Are the examples correct? Do you need more examples?
- What features did you like most about this manual?

If you find any errors or have any other suggestions for improvement, please indicate the title and part number of the documentation and the chapter, section, and page number (if available). You can send comments to us in the following ways:

- Electronic mail: infodev_us@oracle.com
- FAX: (650) 506-7227  Attn: Server Technologies Documentation Manager
- Postal service:
  Oracle Corporation
  Oracle Server Technologies Documentation
  500 Oracle Parkway, Mailstop 4op11
  Redwood Shores, CA  94065
  U.S.A.

If you would like a reply, please give your name, address, telephone number, and (optionally) your electronic mail address.

If you have problems with the software, please contact your local Oracle Support Services.

xxiii

xxiv

Cloudera Exhibit 1020 - Page 24 of 1808

# Preface

This reference contains a complete description of the Structured Query Language (SQL) used to manage information in an Oracle Database. Oracle SQL is a superset of the American National Standards Institute (ANSI) and the International Standards Organization (ISO) SQL:1999 standard.

This preface contains these topics:

- Audience
- Organization
- Related Documentation
- Conventions
- Documentation Accessibility

## Audience

The Oracle Database *SQL Reference* is intended for all users of Oracle SQL.

## Organization

This reference is divided into the following parts:

### Chapter 1, "Introduction to Oracle SQL"

This chapter discusses the history of SQL and describes the advantages of using it to access relational databases.

Cloudera Exhibit 1020 - Page 25 of 1808

Databricks_R2_PA_00002161

### Chapter 2, "Basic Elements of Oracle SQL"

This chapter describes the basic building blocks of an Oracle Database and of Oracle SQL.

### Chapter 3, "Pseudocolumns"

This chapter describes Oracle SQL pseudocolumns.

### Chapter 4, "Operators"

This chapter describes Oracle SQL operators.

### Chapter 5, "Expressions"

This chapter describes Oracle SQL expressions.

### Chapter 6, "Conditions"

This chapter describes Oracle SQL conditions.

### Chapter 7, "Functions"

This chapter describes how to use built-in Oracle SQL functions.

### Chapter 8, "Common SQL DDL Clauses"

This chapter describes a number of DDL clauses that are frequently used in many top-level SQL statements.

### Chapter 9, "SQL Queries and Subqueries"

This chapter describes the different types of SQL queries.

### Chapter 10 Through Chapter 19

These chapters list and describe all Oracle SQL statements in alphabetical order.

### Appendix A, "How to Read Syntax Diagrams"

This appendix describes how to read the syntax diagrams in this reference.

### Appendix B, "Oracle and Standard SQL"

This appendix describes Oracle Database compliance with ANSI and ISO standards.

Cloudera Exhibit 1020 - Page 26 of 1808

Databricks_R2_PA_00002162

### Appendix C, "Oracle Regular Expression Support"

This appendix describes Oracle Database compliance with the POSIX regular expression standard and to the Unicode Regular Expression Guidelines of the Unicode Consortium.

### Appendix D, "Oracle Database Reserved Words"

This appendix lists words that are reserved for internal use by Oracle Database.

### Appendix E, "Examples"

This appendix provides extended examples that use multiple SQL statements and are therefore not appropriate for any single section of the reference.

### Structural Changes in the SQL Reference in Oracle Database 10*g* Release 1

The section on pseudocolumns, formerly part of Chapter 2, is now a separate chapter: Chapter 3, "Pseudocolumns".

The section `CREATE TEMPORARY TABLESPACE` has been combined with the section CREATE TABLESPACE on page 16-80, because temporary tablespaces are a form of tablespace.

## Related Documentation

For more information, see these Oracle resources:

- *PL/SQL User's Guide and Reference* for information on PL/SQL, the procedural language extension to Oracle SQL

- *Pro*C/C++ Programmer's Guide*, *Oracle SQL*Module for Ada Programmer's Guide*, and the *Pro*COBOL Programmer's Guide* for detailed descriptions of Oracle embedded SQL

Many of the examples in this book use the sample schemas of the seed database, which is installed by default when you install Oracle Database. Refer to *Oracle Database Sample Schemas* for information on how these schemas were created and how you can use them yourself.

Printed documentation is available for sale in the Oracle Store at

`http://oraclestore.oracle.com/`

To download free release notes, installation documentation, white papers, or other collateral, please visit the Oracle Technology Network (OTN). You must register online before using OTN; registration is free and can be done at

Cloudera Exhibit 1020 - Page 27 of 1808

Databricks_R2_PA_00002163

```
http://otn.oracle.com/membership/
```

If you already have a username and password for OTN, then you can go directly to the documentation section of the OTN Web site at

```
http://otn.oracle.com/documentation/
```

# Conventions

This section describes the conventions used in the text and code examples of this documentation set. It describes:

- Conventions in Text
- Conventions in Code Examples

## Conventions in Text

We use various conventions in text to help you more quickly identify special terms. The following table describes those conventions and provides examples of their use.

| Convention | Meaning | Example |
|---|---|---|
| **Bold** | Bold typeface indicates terms that are defined in the text or terms that appear in a glossary, or both. | When you specify this clause, you create an **index-organized table**. |
| *Italics* | Italic typeface indicates book titles or emphasis. | *Oracle Database Concepts*<br><br>Ensure that the recovery catalog and target database do *not* reside on the same disk. |
| `UPPERCASE monospace (fixed-width) font` | Uppercase monospace typeface indicates elements supplied by the system. Such elements include parameters, privileges, datatypes, RMAN keywords, SQL keywords, SQL*Plus or utility commands, packages and methods, as well as system-supplied column names, database objects and structures, usernames, and roles. | You can specify this clause only for a `NUMBER` column.<br><br>You can back up the database by using the `BACKUP` command.<br><br>Query the `TABLE_NAME` column in the `USER_TABLES` data dictionary view.<br><br>Use the `DBMS_STATS.GENERATE_STATS` procedure. |

xxviii

Cloudera Exhibit 1020 - Page 28 of 1808

Databricks_R2_PA_00002164

| Convention | Meaning | Example |
|---|---|---|
| `lowercase monospace (fixed-width) font` | Lowercase monospace typeface indicates executables, filenames, directory names, and sample user-supplied elements. Such elements include computer and database names, net service names, and connect identifiers, as well as user-supplied database objects and structures, column names, packages and classes, usernames and roles, program units, and parameter values.<br><br>**Note:** Some programmatic elements use a mixture of UPPERCASE and lowercase. Enter these elements as shown. | Enter `sqlplus` to open SQL*Plus.<br><br>The password is specified in the `orapwd` file.<br><br>Back up the datafiles and control files in the `/disk1/oracle/dbs` directory.<br><br>The `department_id`, `department_name`, and `location_id` columns are in the `hr.departments` table.<br><br>Set the `QUERY_REWRITE_ENABLED` initialization parameter to `true`.<br><br>Connect as `oe` user.<br><br>The `JRepUtil` class implements these methods. |
| `lowercase italic monospace (fixed-width) font` | Lowercase italic monospace font represents placeholders or variables. | You can specify the `parallel_clause`.<br><br>Run `Uold_release.SQL` where `old_release` refers to the release you installed prior to upgrading. |

## Conventions in Code Examples

Code examples illustrate SQL, PL/SQL, SQL*Plus, or other command-line statements. They are displayed in a monospace (fixed-width) font and separated from normal text as shown in this example:

```
SELECT username FROM dba_users WHERE username = 'MIGRATE';
```

The following table describes typographic conventions used in code examples and provides examples of their use.

| Convention | Meaning | Example |
|---|---|---|
| `[ ]` | Brackets enclose one or more optional items. Do not enter the brackets. | `DECIMAL (digits [ , precision ])` |
| `{ }` | Braces enclose two or more items, one of which is required. Do not enter the braces. | `{ENABLE | DISABLE}` |
| `|` | A vertical bar represents a choice of two or more options within brackets or braces. Enter one of the options. Do not enter the vertical bar. | `{ENABLE | DISABLE}`<br>`[COMPRESS | NOCOMPRESS]` |

Cloudera Exhibit 1020 - Page 29 of 1808

Databricks_R2_PA_00002165

| Convention | Meaning | Example |
|---|---|---|
| . . . | Horizontal ellipsis points indicate either:<br><br>■ That we have omitted parts of the code that are not directly related to the example<br><br>■ That you can repeat a portion of the code | ```CREATE TABLE ... AS subquery;```<br><br>```SELECT col1, col2, ... , coln FROM employees;``` |
| .<br>.<br>. | Vertical ellipsis points indicate that we have omitted several lines of code not directly related to the example. | ```SQL> SELECT NAME FROM V$DATAFILE;```<br>```NAME```<br>```---------------------------------```<br>```/fs1/dbs/tbs_01.dbf```<br>```/fs1/dbs/tbs_02.dbf```<br>```.```<br>```.```<br>```.```<br>```/fs1/dbs/tbs_09.dbf```<br>```9 rows selected.``` |
| Other notation | You must enter symbols other than brackets, braces, vertical bars, and ellipsis points as shown. | ```acctbal NUMBER(11,2);```<br>```acct    CONSTANT NUMBER(4) := 3;``` |
| *Italics* | Italicized text indicates placeholders or variables for which you must supply particular values. | ```CONNECT SYSTEM/system_password```<br>```DB_NAME = database_name``` |
| UPPERCASE | Uppercase typeface indicates elements supplied by the system. We show these terms in uppercase in order to distinguish them from terms you define. Unless terms appear in brackets, enter them in the order and with the spelling shown. However, because these terms are not case sensitive, you can enter them in lowercase. | ```SELECT last_name, employee_id FROM employees;```<br>```SELECT * FROM USER_TABLES;```<br>```DROP TABLE hr.employees;``` |
| lowercase | Lowercase typeface indicates programmatic elements that you supply. For example, lowercase indicates names of tables, columns, or files.<br><br>**Note:** Some programmatic elements use a mixture of UPPERCASE and lowercase. Enter these elements as shown. | ```SELECT last_name, employee_id FROM employees;```<br>```sqlplus hr/hr```<br>```CREATE USER mjones IDENTIFIED BY ty3MU9;``` |

Cloudera Exhibit 1020 - Page 30 of 1808

Databricks_R2_PA_00002166

# Documentation Accessibility

Our goal is to make Oracle products, services, and supporting documentation accessible, with good usability, to the disabled community. To that end, our documentation includes features that make information available to users of assistive technology. This documentation is available in HTML format, and contains markup to facilitate access by the disabled community. Standards will continue to evolve over time, and Oracle is actively engaged with other market-leading technology vendors to address technical obstacles so that our documentation can be accessible to all of our customers. For additional information, visit the Oracle Accessibility Program Web site at

`http://www.oracle.com/accessibility/`

**Accessibility of Code Examples in Documentation**   JAWS, a Windows screen reader, may not always correctly read the code examples in this document. The conventions for writing code require that closing braces should appear on an otherwise empty line; however, JAWS may not always read a line of text that consists solely of a bracket or brace.

**Accessibility of Links to External Web Sites in Documentation**   This documentation may contain links to Web sites of other companies or organizations that Oracle does not own or control. Oracle neither evaluates nor makes any representations regarding the accessibility of these Web sites.

Cloudera Exhibit 1020 - Page 31 of 1808

Databricks_R2_PA_00002167

xxxii

Cloudera Exhibit 1020 - Page 32 of 1808

Databricks_R2_PA_00002168

# What's New in the SQL Reference?

This section describes new features of Oracle Database 10*g* and provides pointers to additional information.

For information on features that were new in earlier versions of Oracle Database, please refer to the documentation for the earlier release.

## Oracle Database 10*g* New Features in the SQL Reference

The following datatypes are new in this release:

- The binary floating-point datatypes BINARY_FLOAT on page 2-15 and BINARY_DOUBLE on page 2-15

- The spatial datatype SDO_GEORASTER on page 2-47

- The interMedia datatype SI_StillImage on page 2-49 and six related Still Image object types

The following top-level SQL statements are new or enhanced in this release:

- A number of new top-level SQL statements have been added to support Automatic Storage Management:

  - CREATE DISKGROUP on page 14-55

  - ALTER DISKGROUP on page 10-67

  - DROP DISKGROUP on page 17-76

In addition, the following statements have added syntax in support of Automatic Storage Management:

xxxiii

Cloudera Exhibit 1020 - Page 33 of 1808

Databricks_R2_PA_00002169

- – *file_specification* subclauses, `datafile_tempfile_spec` and `redo_log_file_spec`, let you specify Automatic Storage Management files in the form of *ASM_filename* on page 8-40, as well as file system files
- – CREATE CONTROLFILE on page 14-14 lets you specify Automatic Storage Management files as well as file system files
- – CREATE TABLESPACE on page 16-80 lets you create a tablespace within an Automatic Storage Management disk group using the "DATAFILE | TEMPFILE Clause" on page 16-86

- ■ CREATE DATABASE on page 14-22 has new syntax that let you create a default permanent tablespace for the database.

- ■ ALTER DATABASE on page 10-11 has new syntax that lets you:
  - – Specify multiple temporary tablespaces (a **tablespace group**) as the database default temporary tablespaces
  - – Assign or reassign a tablespace as the database default permanent tablespace (using the `DEFAULT TABLESPACE` clause)
  - – Reset the target recovery incarnation for the database from the current incarnation to the prior incarnation
  - – Begin backup of all the datafiles in the database
  - – Enable block change tracking for incremental backups of the database
  - – Update both global and local partitioned indexes as part of table partition maintenance operations
  - – Revert the entire database, or some tablespaces of the database, to an earlier version
  - – Control the relationship between primary databases and logical and physical standby databases
  - – Assign or reassign a tablespace as the default permanent tablespace for the database
  - – Add a logfile or enable a redo log thread by specifying an instance name rather than a thread number
  - – Instruct Oracle Database to compress archivelog files prior to transmission to a remote site or storage to disk

- ■ ALTER MATERIALIZED VIEW LOG on page 11-21:

Cloudera Exhibit 1020 - Page 34 of 1808

Databricks_R2_PA_00002170

- – Has a new FORCE clause that lets you specify the addition of attributes that the materialized view log already has without causing Oracle to return an error

- – Lets you instruct Oracle Database to record a sequence value in the materialized view log

- ALTER SYSTEM on page 11-79 has new syntax that lets you flush the buffer cache of the system global area (SGA).

- ALTER TABLE on page 12-2 has new syntax that lets you manually compact the table segment, adjust the high water mark, and free the recuperated space.

- ALTER TYPE on page 13-7 has new syntax that lets you modify varrays and nested tables of scalar types.

- ALTER TABLESPACE on page 12-105 has new syntax that lets you:

  - – Rename the tablespace

  - – Guarantee that unexpired undo data will be preserved, even at the expense of ongoing transactions that require undo segment space

- CREATE DATABASE on page 14-22 has new syntax that lets you:

  - – Specify datafiles for the new SYSAUX system tablespace

  - – Specify a bigfile tablespace as the default for the database and override the default for undo and default temporary tablespaces as well. A bigfile tablespace contains a single datafile that can be up to 4GB in size.

  - – Create a default permanent tablespace for the database.

- CREATE DIMENSION on page 14-45 and ALTER DIMENSION on page 10-62 have new syntax that lets you assign a name to a dimension attribute that is different from the level name.

- CREATE INDEX on page 14-75 and ALTER INDEX on page 10-88 have new syntax that lets you create and maintain global hash-partitioned indexes.

- CREATE INDEXTYPE on page 14-105 and ALTER INDEXTYPE on page 10-112 have new syntax that supports array inserts using the ODCIIndexInsert method.

- CREATE MATERIALIZED VIEW on page 15-5 and ALTER MATERIALIZED VIEW on page 11-2 have new syntax that enhances refresh operations.

Cloudera Exhibit 1020 - Page 35 of 1808

Databricks_R2_PA_00002171

- CREATE OPERATOR on page 15-42 and ALTER OPERATOR on page 11-29 have new syntax that lets you pass column information to the functional implementation of the operator.

- CREATE TABLESPACE on page 16-80 has new syntax that lets you create a **bigfile tablespace**. Such a tablespace contains a single datafile that can contain up to $2^{32}$ or 4G blocks, resulting in a datafile of up to 128 terabytes (TB). CREATE DATABASE on page 14-22 has related syntax that lets you specify a bigfile tablespace as the default, undo, and default temporary tablespace for the database.

- CREATE TABLESPACE on page 16-80 and ALTER TABLESPACE on page 12-105 have new syntax that lets you assign or reassign a temporary tablespace to a tablespace group.

- CREATE USER on page 17-32 and ALTER USER on page 13-24 have new syntax that lets you specify multiple temporary tablespaces (a **tablespace group**) to a user.

- DROP TABLE on page 18-7 has a new PURGE clause that lets you drop the table without moving it to the recycle bin.

- FLASHBACK DATABASE on page 18-30 is a new statement that lets you revert the entire database to an earlier version.

- FLASHBACK TABLE on page 18-33 is a new statement that lets you revert one or more tables to an earlier system change number (SCN) or timestamp or retrieve a table that was dropped.

- MERGE on page 18-89 has new syntax that lets you:
  - Specify either the update operation or the insert operation, or both
  - Delete rows from the target table during the update operation

- PURGE on page 18-99 is a new SQL statement that lets you permanently remove previously dropped objects from the recycle bin and release the space that was associated with them.

- SELECT on page 19-4 has new syntax that lets you:
  - Issue a **versions query**, which returns all incarnations of the rows returned by the query within a specified SCN or time range.
  - Perform a query on a partitioned outer join. The new syntax supports **data densification**, the process of querying sparse data along a particular dimension of data and returning rows that otherwise would have been omitted from the data returned by the query.

Cloudera Exhibit 1020 - Page 36 of 1808

Databricks_R2_PA_00002172

  – View the results of a query as a multidimensional array and perform interrow calculations.

The following clauses are modified in this release:

- In the *physical_attributes_clause* on page 8-54, the `MAXTRANS` parameter has been deprecated.

- The name of the `data_segment_compression` clause has been changed to `table_compression` for semantic clarity. The functionality has not changed. This clause appears in a number of SQL statements. For example, see `CREATE TABLE` *table_compression* on page 16-33.

The following built-in functions are new in this release:

- A new aggregate function COLLECT on page 7-39

- A new category of **collection functions** lets you manipulate nested tables and varrays. The collection functions are:

  – CARDINALITY on page 7-30

  – POWERMULTISET on page 7-144

  – POWERMULTISET_BY_CARDINALITY on page 7-145

  – SET on page 7-186

- A new category of **model functions** are for use in interrow calculations and are valid only in the `model_clause` of a query. The model functions are:

  – CV on page 7-59

  – PRESENTNNV on page 7-146

  – PRESENTV on page 7-148

  – PREVIOUS on page 7-149

- Functions to manipulate binary floating-point numbers:

  – TO_BINARY_DOUBLE on page 7-231

  – TO_BINARY_FLOAT on page 7-233

  – NANVL on page 7-115

  – REMAINDER on page 7-175

- ORA_HASH on page 7-134

Cloudera Exhibit 1020 - Page 37 of 1808

Databricks_R2_PA_00002173

- The regular expression functions REGEXP_INSTR on page 7-158, REGEXP_REPLACE on page 7-161, and REGEXP_SUBSTR on page 7-164. The Oracle Database implementation of regular expression support is discussed in Appendix C, "Oracle Regular Expression Support".

- A new set of aggregate functions to support statistical analysis of data:

    - Correlation functions CORR_* on page 7-45

    - MEDIAN on page 7-110

    - STATS_BINOMIAL_TEST

    - STATS_CROSSTAB

    - STATS_F_TEST

    - STATS_KS_TEST

    - STATS_MODE

    - STATS_MW_TEST

    - STATS_ONE_WAY_ANOVA

    - T-test functions STATS_T_TEST_*

    - STATS_WSR_TEST

The following SQL operators are new or enhanced in this release:

- Equality and inequality operators (= and <>) can be used to compare nested tables and varrays.

- The hierarchical operator: CONNECT_BY_ROOT on page 4-6

- The multiset operators: MULTISET EXCEPT on page 4-8, MULTISET INTERSECT on page 4-9, and MULTISET UNION on page 4-10

The following pseudocolumns are new in this release:

- The hierarchical pseudo columns: CONNECT_BY_ISLEAF on page 3-2 and CONNECT_BY_ISCYCLE on page 3-2

- The "Version Query Pseudocolumns" on page 3-7 let you extract information about the rows returned by a version query.

- The pseudocolumn ORA_ROWSCN on page 3-8 lets you obtain the system change number of the most recent operation on a table.

The following conditions are new in this release:

xxxviii

- The [NOT] IN conditions, formerly referred to as "membership condition", are now documented as "IN conditions" to distinguish them from the new MEMBER conditions (see IN on page 6-14)

- The "Floating-Point Conditions" (IS [NOT] NAN and IS [NOT] INFINITE) on page 6-9

- IS A SET on page 6-17

- IS ANY on page 6-18

- IS EMPTY on page 6-19

- IS PRESENT on page 6-21

- MEMBER on page 6-26

- REGEXP_LIKE on page 6-27

- SUBMULTISET on page 6-29

The following miscellaneous features are added:

- New locale-independent format elements have been added to the tables in "Format Models" on page 2-70.

- Oracle Database now performs implicit conversion between CLOB and NCLOB data.

- You can now specify a LOB column in the UPDATE OF clause when creating an update DML trigger.

Cloudera Exhibit 1020 - Page 39 of 1808

Databricks_R2_PA_00002175

xl

Cloudera Exhibit 1020 - Page 40 of 1808

# 1

# Introduction to Oracle SQL

Structured Query Language (SQL) is the set of statements with which all programs and users access data in an Oracle database. Application programs and Oracle tools often allow users access to the database without using SQL directly, but these applications in turn must use SQL when executing the user's request. This chapter provides background information on SQL as used by most database systems.

This chapter contains these topics:

- History of SQL
- SQL Standards
- Recent Enhancements
- Nonstandard SQL
- Recursive SQL
- Lexical Conventions
- Tools Support

## History of SQL

Dr. E. F. Codd published the paper, "A Relational Model of Data for Large Shared Data Banks", in June 1970 in the Association of Computer Machinery (ACM) journal, *Communications of the ACM*. Codd's model is now accepted as the definitive model for relational database management systems (RDBMS). The language, Structured English Query Language (SEQUEL) was developed by IBM Corporation, Inc., to use Codd's model. SEQUEL later became SQL (still pronounced "sequel"). In 1979, Relational Software, Inc. (now Oracle) introduced the first commercially available implementation of SQL. Today, SQL is accepted as the standard RDBMS language.

Cloudera Exhibit 1020 - Page 41 of 1808

Databricks_R2_PA_00002177

# SQL Standards

Oracle strives to comply with industry-accepted standards and participates actively in SQL standards committees. Industry-accepted committees are the American National Standards Institute (ANSI) and the International Standards Organization (ISO), which is affiliated with the International Electrotechnical Commission (IEC). Both ANSI and the ISO/IEC have accepted SQL as the standard language for relational databases. When a new SQL standard is simultaneously published by these organizations, the names of the standards conform to conventions used by the organization, but the standards are technically identical.

The latest SQL standard was adopted in July 1999 and is often called SQL:99. The formal names of this standard are:

- ANSI X3.135-1999, "Database Language SQL", Parts 1 ("Framework"), 2 ("Foundation"), and 5 ("Bindings")

- ISO/IEC 9075:1999, "Database Language SQL", Parts 1 ("Framework"), 2 ("Foundation"), and 5 ("Bindings")

> **See Also:** Appendix B, "Oracle and Standard SQL" for a detailed description of Oracle Database conformance to the SQL:99 standards

At this writing, the next edition of SQL (ISO/IEC 9075:2003) is in the process of final approval as an International Standard, with adoption expected in the final quarter of 2003.

## How SQL Works

The strengths of SQL provide benefits for all types of users, including application programmers, database administrators, managers, and end users. Technically speaking, SQL is a data sublanguage. The purpose of SQL is to provide an interface to a relational database such as Oracle Database, and all SQL statements are instructions to the database. In this SQL differs from general-purpose programming languages like C and BASIC. Among the features of SQL are the following:

- It processes sets of data as groups rather than as individual units.

- It provides automatic navigation to the data.

- It uses statements that are complex and powerful individually, and that therefore stand alone. Flow-control statements were not part of SQL originally, but they are found in the recently accepted optional part of SQL, ISO/IEC

Cloudera Exhibit 1020 - Page 42 of 1808

Databricks_R2_PA_00002178

> 9075-5: 1996. Flow-control statements are commonly known as "persistent stored modules" (PSM), and the PL/SQL extension to Oracle SQL is similar to PSM.

SQL lets you work with data at the logical level. You need to be concerned with the implementation details only when you want to manipulate the data. For example, to retrieve a set of rows from a table, you define a condition used to filter the rows. All rows satisfying the condition are retrieved in a single step and can be passed as a unit to the user, to another SQL statement, or to an application. You need not deal with the rows one by one, nor do you have to worry about how they are physically stored or retrieved. All SQL statements use the **optimizer**, a part of Oracle Database that determines the most efficient means of accessing the specified data. Oracle also provides techniques that you can use to make the optimizer perform its job better.

SQL provides statements for a variety of tasks, including:

- Querying data
- Inserting, updating, and deleting rows in a table
- Creating, replacing, altering, and dropping objects
- Controlling access to the database and its objects
- Guaranteeing database consistency and integrity

SQL unifies all of the preceding tasks in one consistent language.

## Common Language for All Relational Databases

All major relational database management systems support SQL, so you can transfer all skills you have gained with SQL from one database to another. In addition, all programs written in SQL are portable. They can often be moved from one database to another with very little modification.

## Recent Enhancements

The Oracle Database SQL engine is the underpinning of all Oracle Database applications. Oracle SQL continually evolves to meet the growing demands of database applications and to support emerging computing architectures, APIs, and network protocols.

In addition to traditional structured data, SQL is capable of storing, retrieving, and processing more complex data:

Cloudera Exhibit 1020 - Page 43 of 1808

Databricks_R2_PA_00002179

- Object types, collection types, and REF types provide support for complex structured data. A number of standard-compliant multiset operators are now supported for the nested table collection type.

- Large objects (LOBs) provide support for both character and binary unstructured data. A single LOB reach a size of 8 to 128 terabytes, depending on database block size.

- The `XMLType` datatype provides support for semistructured XML data.

Native support of standards-based capabilities includes the following features:

- Native regular expression support lets you perform pattern searches on and manipulate loosely formatted, free-form text within the database.

- Native floating-point datatypes based on the IEEE754 standard improve the floating-point processing common in XML and Java standards and reduce the storage space required for numeric data.

- Built-in SQL aggregate and analytic functions facilitate access to and manipulation of data in data warehouses and data marts.

Ongoing enhancements in Oracle SQL will continue to provide comprehensive support for the development of versatile, scalable, high-performance database applications.

# Nonstandard SQL

Oracle provides extensions to the standard SQL database language with integrity enhancement. The Federal Information Processing Standard for SQL (FIPS 127-2) requires vendors to supply a method for identifying SQL statements that use such extensions. You can identify or flag Oracle extensions in interactive SQL, the Oracle precompilers, or SQL*Module by using the FIPS flagger.

If you are concerned with the portability of your applications to other implementations of SQL, then use the FIPS flagger.

**See Also:**

- FLAGGER on page 11-71 for information on enabling FIPS flagging with the `FLAGGER` session parameter

- "Oracle Support for Optional Features of SQL/Foundation:2003" on page B-11

Databricks_R2_PA_00002180

# Recursive SQL

When you issue a data definition language (DDL) statement, Oracle Database implicitly issues recursive SQL statements that modify data dictionary information. Users need not be concerned with the recursive SQL internally performed by Oracle Database.

# Lexical Conventions

The following lexical conventions for issuing SQL statements apply specifically to the Oracle Database implementation of SQL, but are generally acceptable in other SQL implementations.

When you issue a SQL statement, you can include one or more tabs, carriage returns, spaces, or comments anywhere a space occurs within the definition of the statement. Thus, Oracle Database evaluates the following two statements in the same manner:

```
SELECT last_name,salary*12,MONTHS_BETWEEN(hire_date, SYSDATE)
   FROM employees;

SELECT last_name,
     salary * 12,
         MONTHS_BETWEEN( hire_date, SYSDATE )
FROM employees;
```

Case is insignificant in reserved words, keywords, identifiers and parameters. However, case is significant in text literals and quoted names. Please refer to "Text Literals" on page 2-61 for a syntax description of text literals.

# Tools Support

Oracle provides a number of utilities to facilitate your SQL development process:

- SQL*Plus is an interactive and batch query tool that is installed with every Oracle Database server or client installation. It has a command-line user interface and a web-based user interface called *i*SQL*Plus.

- Oracle JDeveloper is a multiple-platform integrated development environment supporting the complete lifecycle of development for Java, Web services, and SQL. It provides a graphical interface for executing and tuning SQL statements and a visual schema diagrammer (database modeler). It also supports editing, compiling, and debugging PL/SQL applications.

Cloudera Exhibit 1020 - Page 45 of 1808

Databricks_R2_PA_00002181

- Oracle HTML DB is a hosted environment for developing and deploying database-related Web applications. SQL Workshop is a component of Oracle HTML DB that lets you view and manage database objects from a Web browser. SQL Workshop offers quick access to a SQL command processor and a SQL script repository.

> **See Also:** *SQL\*Plus User's Guide and Reference* and *Oracle HTML DB User's Guide* for more information on these products

The Oracle Call Interface and Oracle precompilers let you embed standard SQL statements within a procedure programming language.

- The Oracle Call Interface (OCI) lets you embed SQL statements in C programs.

- The Oracle precompilers, Pro\*C/C++ and Pro\*COBOL, interpret embedded SQL statements and translate them into statements that can be understood by C/C++ and COBOL compilers, respectively.

> **See Also:** *Oracle C++ Call Interface Programmer's Guide*, *Pro\*COBOL Programmer's Guide*, and *Oracle Call Interface Programmer's Guide* for additional information on the embedded SQL statements allowed in each product

Most (but not all) Oracle tools also support all features of Oracle SQL. This reference describes the complete functionality of SQL. If the Oracle tool that you are using does not support this complete functionality, then you can find a discussion of the restrictions in the manual describing the tool, such as *SQL\*Plus User's Guide and Reference.*

Cloudera Exhibit 1020 - Page 46 of 1808

Databricks_R2_PA_00002182

# 2

# Basic Elements of Oracle SQL

This chapter contains reference information on the basic elements of Oracle SQL. These elements are the simplest building blocks of SQL statements. Therefore, before using the statements described in Chapter 10 through Chapter 19, you should familiarize yourself with the concepts covered in this chapter.

This chapter contains these sections:

- Datatypes
- Literals
- Format Models
- Nulls
- Comments
- Database Objects
- Schema Object Names and Qualifiers
- Syntax for Schema Objects and Parts in SQL Statements

## Datatypes

Each value manipulated by Oracle Database has a **datatype**. The datatype of a value associates a fixed set of properties with the value. These properties cause Oracle to treat values of one datatype differently from values of another. For example, you can add values of NUMBER datatype, but not values of RAW datatype.

When you create a table or cluster, you must specify a datatype for each of its columns. When you create a procedure or stored function, you must specify a datatype for each of its arguments. These datatypes define the domain of values that each column can contain or each argument can have. For example, DATE

Cloudera Exhibit 1020 - Page 47 of 1808

Databricks_R2_PA_00002183

Datatypes

columns cannot accept the value February 29 (except for a leap year) or the values 2 or 'SHOE'. Each value subsequently placed in a column assumes the datatype of the column. For example, if you insert `'01-JAN-98'` into a `DATE` column, then Oracle treats the `'01-JAN-98'` character string as a `DATE` value after verifying that it translates to a valid date.

Oracle Database provides a number of built-in datatypes as well as several categories for user-defined types that can be used as datatypes. The syntax of Oracle datatypes appears in the diagrams that follow. The text of this section is divided into the following sections:

- Oracle Built-in Datatypes

- ANSI, DB2, and SQL/DS Datatypes

- User-Defined Types

- Oracle-Supplied Types

- Datatype Comparison Rules

- Data Conversion

The Oracle precompilers recognize other datatypes in embedded SQL programs. These datatypes are called **external datatypes** and are associated with host variables. Do not confuse built-in datatypes and user-defined types with external datatypes. For information on external datatypes, including how Oracle converts between them and built-in datatypes or user-defined types, see *Pro\*COBOL Programmer's Guide*, and *Pro\*C/C++ Programmer's Guide*.

**datatypes::=**



Cloudera Exhibit 1020 - Page 48 of 1808

Databricks_R2_PA_00002184

**Oracle_built_in_datatypes::=**



For descriptions of the Oracle built-in datatypes, please refer to "Oracle Built-in Datatypes" on page 2-7.

**character_datatypes::=**



**number_datatypes::=**



Cloudera Exhibit 1020 - Page 49 of 1808

Databricks_R2_PA_00002185

Datatypes

**long_and_raw_datatypes::=**



**datetime_datatypes::=**



**large_object_datatypes::=**



**rowid_datatypes::=**



The ANSI-supported datatypes appear in the figure that follows. "ANSI, DB2, and SQL/DS Datatypes" on page 2-39 discusses the mapping of ANSI-supported datatypes to Oracle built-in datatypes.

Cloudera Exhibit 1020 - Page 50 of 1808

Databricks_R2_PA_00002186

**ANSI_supported_datatypes::=**



**Oracle_supplied_types::=**



For a description of the *expression_filter_type*, please refer to "Expression Filter Type" on page 2-50. Other Oracle-supplied types follow:

Cloudera Exhibit 1020 - Page 51 of 1808

Databricks_R2_PA_00002187

Datatypes

**any_types::=**



For descriptions of the `Any` types, please refer to "Any Types" on page 2-43.

**XML_types::=**



For descriptions of the XML types, please refer to "XML Types" on page 2-44.

**spatial_types::=**



For descriptions of the spatial types, please refer to "Spatial Types" on page 2-47.

**media_types::=**



Cloudera Exhibit 1020 - Page 52 of 1808

Databricks_R2_PA_00002188

**still_image_object_types::=**



For descriptions of the media types, please refer to "Media Types" on page 2-48.

## Oracle Built-in Datatypes

The table that follows summarizes Oracle built-in datatypes. The codes listed for the datatypes are used internally by Oracle Database. The datatype code of a column or object attribute is returned by the DUMP function.

*Table 2–1    Built-In Datatype Summary*

| Code | Built_in Datatype | Description |
|------|-------------------|-------------|
| 1 | VARCHAR2(*size* [BYTE &#124; CHAR]) | Variable-length character string having maximum length *size* bytes or characters. Maximum *size* is 4000 bytes or characters, and minimum is 1 byte or 1 character. You must specify *size* for VARCHAR2. |
| | | BYTE indicates that the column will have byte length semantics; CHAR indicates that the column will have character semantics. |
| 1 | NVARCHAR2(*size*) | Variable-length character string having maximum length *size* characters. Maximum *size* is determined by the national character set definition, with an upper limit of 4000 bytes. You must specify *size* for NVARCHAR2. |
| 2 | NUMBER(*p*, *s*) | Number having precision *p* and scale *s*. The precision *p* can range from 1 to 38. The scale *s* can range from -84 to 127. |

Cloudera Exhibit 1020 - Page 53 of 1808

Databricks_R2_PA_00002189

Datatypes

*Table 2–1   (Cont.) Built-In Datatype Summary*

| Code | Built_in Datatype | Description |
|------|-------------------|-------------|
| 8 | LONG | Character data of variable length up to 2 gigabytes, or $2^{31}$ -1 bytes. |
| 12 | DATE | Valid date range from January 1, 4712 BC to December 31, 9999 AD. |
| 21 | BINARY_FLOAT | 32-bit floating point number. This datatype requires 5 bytes, including the length byte. |
| 22 | BINARY_DOUBLE | 64-bit floating point number. This datatype requires 9 bytes, including the length byte. |
| 180 | TIMESTAMP (*fractional_ seconds_precision*) | Year, month, and day values of date, as well as hour, minute, and second values of time, where *fractional_seconds_precision* is the number of digits in the fractional part of the SECOND field. Accepted values of *fractional_seconds_ precision* are 0 to 9. The default is 6. |
| 181 | TIMESTAMP (*fractional_ seconds_precision*) WITH TIME ZONE | All values of TIMESTAMP as well as time zone displacement value, where *fractional_seconds_ precision* is the number of digits in the fractional part of the SECOND datetime field. Accepted values are 0 to 9. The default is 6. |
| 231 | TIMESTAMP (*fractional_ seconds_precision*) WITH LOCAL TIME ZONE | All values of TIMESTAMP WITH TIME ZONE, with the following exceptions:<br>■   Data is normalized to the database time zone when it is stored in the database.<br>■   When the data is retrieved, users see the data in the session time zone. |
| 182 | INTERVAL YEAR (*year_precision*) TO MONTH | Stores a period of time in years and months, where *year_precision* is the number of digits in the YEAR datetime field. Accepted values are 0 to 9. The default is 2. |
| 183 | INTERVAL DAY (*day_ precision*) TO SECOND (*fractional_ seconds_precision*) | Stores a period of time in days, hours, minutes, and seconds, where<br>■   *day_precision* is the maximum number of digits in the DAY datetime field. Accepted values are 0 to 9. The default is 2.<br>■   *fractional_seconds_precision* is the number of digits in the fractional part of the SECOND field. Accepted values are 0 to 9. The default is 6. |

Cloudera Exhibit 1020 - Page 54 of 1808

Databricks_R2_PA_00002190

**Table 2–1   (Cont.) Built-In Datatype Summary**

| Code | Built_in Datatype | Description |
|---|---|---|
| 23 | RAW(size) | Raw binary data of length size bytes. Maximum size is 2000 bytes. You must specify size for a RAW value. |
| 24 | LONG RAW | Raw binary data of variable length up to 2 gigabytes. |
| 69 | ROWID | Base 64 string representing the unique address of a row in its table. This datatype is primarily for values returned by the ROWID pseudocolumn. |
| 208 | UROWID [(size)] | Base 64 string representing the logical address of a row of an index-organized table. The optional size is the size of a column of type UROWID. The maximum size and default is 4000 bytes. |
| 96 | CHAR(size [BYTE \| CHAR]) | Fixed-length character data of length size bytes. Maximum size is 2000 bytes or characters. Default and minimum size is 1 byte. |
| | | BYTE and CHAR have the same semantics as for VARCHAR2. |
| 96 | NCHAR(size) | Fixed-length character data of length size characters. Maximum size is determined by the national character set definition, with an upper limit of 2000 bytes. Default and minimum size is 1 character. |
| 112 | CLOB | A character large object containing single-byte or multibyte characters. Both fixed-width and variable-width character sets are supported, both using the database character set. Maximum size is (4 gigabytes - 1) * (database block size). |
| 112 | NCLOB | A character large object containing Unicode characters. Both fixed-width and variable-width character sets are supported, both using the database national character set. Maximum size is (4 gigabytes - 1) * (database block size). Stores national character set data. |
| 113 | BLOB | A binary large object. Maximum size is (4 gigabytes - 1) * (database block size). |
| 114 | BFILE | Contains a locator to a large binary file stored outside the database. Enables byte stream I/O access to external LOBs residing on the database server. Maximum size is 4 gigabytes. |

Cloudera Exhibit 1020 - Page 55 of 1808

Databricks_R2_PA_00002191

Datatypes

**Character Datatypes**

Character datatypes store character (alphanumeric) data, which are words and free-form text, in the database character set or national character set. They are less restrictive than other datatypes and consequently have fewer properties. For example, character columns can store all alphanumeric values, but NUMBER columns can store only numeric values.

Character data is stored in strings with byte values corresponding to one of the character sets, such as 7-bit ASCII or EBCDIC, specified when the database was created. Oracle Database supports both single-byte and multibyte character sets.

These datatypes are used for character data:

- CHAR Datatype
- NCHAR Datatype
- NVARCHAR2 Datatype
- VARCHAR2 Datatype

### CHAR Datatype

The CHAR datatype specifies a fixed-length character string. Oracle ensures that all values stored in a CHAR column have the length specified by *size*. If you insert a value that is shorter than the column length, then Oracle blank-pads the value to column length. If you try to insert a value that is too long for the column, then Oracle returns an error.

The default length for a CHAR column is 1 byte and the maximum allowed is 2000 bytes. A 1-byte string can be inserted into a CHAR(10) column, but the string is blank-padded to 10 bytes before it is stored.

When you create a table with a CHAR column, by default you supply the column length in bytes. The BYTE qualifier is the same as the default. If you use the CHAR qualifier, for example CHAR(10 CHAR), then you supply the column length in characters. A character is technically a code point of the database character set. Its size can range from 1 byte to 4 bytes, depending on the database character set. The BYTE and CHAR qualifiers override the semantics specified by the NLS_LENGTH_SEMANTICS parameter, which has a default of byte semantics. For performance reasons, Oracle recommends that you use the NLS_LENGTH_SEMANTICS parameter to set length semantics and that you use the BYTE and CHAR qualifiers only when necessary to override the parameter.

Cloudera Exhibit 1020 - Page 56 of 1808

Databricks_R2_PA_00002192

To ensure proper data conversion between databases with different character sets, you must ensure that CHAR data consists of well-formed strings. See *Oracle Database Globalization Support Guide* for more information on character set support.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for information on comparison semantics

## NCHAR Datatype

The NCHAR datatype is a Unicode-only datatype. When you create a table with an NCHAR column, you define the column length in characters. You define the national character set when you create your database.

The maximum length of a column is determined by the national character set definition. Width specifications of character datatype NCHAR refer to the number of characters. The maximum column size allowed is 2000 bytes.

If you insert a value that is shorter than the column length, then Oracle blank-pads the value to column length. You cannot insert a CHAR value into an NCHAR column, nor can you insert an NCHAR value into a CHAR column.

The following example compares the translated_description column of the pm.product_descriptions table with a national character set string:

```
SELECT translated_description FROM product_descriptions
   WHERE translated_name = N'LCD Monitor 11/PM';
```

Please refer to *Oracle Database Globalization Support Guide* for information on Unicode datatype support.

## NVARCHAR2 Datatype

The NVARCHAR2 datatype is a Unicode-only datatype. When you create a table with an NVARCHAR2 column, you supply the maximum number of characters it can hold. Oracle subsequently stores each value in the column exactly as you specify it, provided the value does not exceed the maximum length of the column.

The maximum length of the column is determined by the national character set definition. Width specifications of character datatype NVARCHAR2 refer to the number of characters. The maximum column size allowed is 4000 bytes. Please refer to *Oracle Database Globalization Support Guide* for information on Unicode datatype support.

Cloudera Exhibit 1020 - Page 57 of 1808

Databricks_R2_PA_00002193

Datatypes

## VARCHAR2 Datatype

The VARCHAR2 datatype specifies a variable-length character string. When you create a VARCHAR2 column, you supply the maximum number of bytes or characters of data that it can hold. Oracle subsequently stores each value in the column exactly as you specify it, provided the value does not exceed the column's maximum length of the column. If you try to insert a value that exceeds the specified length, then Oracle returns an error.

You must specify a maximum length for a VARCHAR2 column. This maximum must be at least 1 byte, although the actual string stored is permitted to be a zero-length string (' '). You can use the CHAR qualifier, for example VARCHAR2(10 CHAR), to give the maximum length in characters instead of bytes. A character is technically a code point of the database character set. CHAR and BYTE qualifiers override the setting of the NLS_LENGTH_SEMANTICS parameter, which has a default of bytes. For performance reasons, Oracle recommends that you use the NLS_LENGTH_SEMANTICS parameter to set length semantics and that you use the BYTE and CHAR qualifiers only when necessary to override the parameter. The maximum length of VARCHAR2 data is 4000 bytes. Oracle compares VARCHAR2 values using nonpadded comparison semantics.

To ensure proper data conversion between databases with different character sets, you must ensure that VARCHAR2 data consists of well-formed strings. See *Oracle Database Globalization Support Guide* for more information on character set support.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for information on comparison semantics

## VARCHAR Datatype

The VARCHAR datatype is currently synonymous with the VARCHAR2 datatype. Oracle recommends that you use VARCHAR2 rather than VARCHAR. In future releases, VARCHAR might be defined as a separate datatype used for variable-length character strings compared with different comparison semantics.

## Numeric Datatypes

The Oracle Database numeric datatypes store positive and negative fixed and floating-point numbers, zero, infinity, and values that are the undefined result of an operation (that is, is "not a number" or NAN).

## NUMBER Datatype

The NUMBER datatype stores zero as well as positive and negative fixed numbers with absolute values from $1.0 \times 10^{-130}$ to (but not including) $1.0 \times 10^{126}$. If you specify

Cloudera Exhibit 1020 - Page 58 of 1808

Databricks_R2_PA_00002194

an arithmetic expression whose value has an absolute value greater than or equal to $1.0 \times 10^{126}$, then Oracle returns an error. Each NUMBER value requires from 1 to 22 bytes.

Specify a fixed-point number using the following form:

```
NUMBER(p,s)
```

where:

- $p$ is the **precision**, or the total number of digits. Oracle guarantees the portability of numbers with precision of up to 38 digits.
- $s$ is the **scale**, or the number of digits to the right of the decimal point. The scale can range from -84 to 127.

Specify an integer using the following form:

```
NUMBER(p)
```

This represents a fixed-point number with precision $p$ and scale 0 and is equivalent to NUMBER(p,0).

Specify a floating-point number using the following form:

```
NUMBER
```

The absence of precision and scale designators specifies the maximum range and precision for an Oracle number.

> **See Also:** "Floating-Point Numbers" on page 2-14

**Scale and Precision**   Specify the scale and precision of a fixed-point number column for extra integrity checking on input. Specifying scale and precision does not force all values to a fixed length. If a value exceeds the precision, then Oracle returns an error. If a value exceeds the scale, then Oracle rounds it.

Table 2–2 show how Oracle stores data using different precisions and scales.

*Table 2–2   Storage of Scale and Precision*

| Actual Data | Specified As | Stored As |
|---|---|---|
| 7456123.89 | NUMBER | 7456123.89 |
| 7456123.89 | NUMBER(9) | 7456124 |
| 7456123.89 | NUMBER(9,2) | 7456123.89 |

Cloudera Exhibit 1020 - Page 59 of 1808

Databricks_R2_PA_00002195

Datatypes

*Table 2–2   (Cont.) Storage of Scale and Precision*

| Actual Data | Specified As | Stored As |
|---|---|---|
| 7456123.89 | NUMBER(9,1) | 7456123.9 |
| 7456123.89 | NUMBER(6) | exceeds precision |
| 7456123.89 | NUMBER(7,-2) | 7456100 |
| 7456123.89 | NUMBER(7,2) | exceeds precision |

**Negative Scale**  If the scale is negative, then the actual data is rounded to the specified number of places to the left of the decimal point. For example, a specification of (10,-2) means to round to hundreds.

**Scale Greater than Precision**  You can specify a scale that is greater than precision, although it is uncommon. In this case, the precision specifies the maximum number of digits to the right of the decimal point. As with all number datatypes, if the value exceeds the precision, then Oracle returns an error message. If the value exceeds the scale, then Oracle rounds the value. For example, a column defined as NUMBER(4,5) requires a zero for the first digit after the decimal point and rounds all values past the fifth digit after the decimal point. Table 2–3 show the effects of a scale greater than precision:

*Table 2–3   Scale Greater Than Precision*

| Actual Data | Specified As | Stored As |
|---|---|---|
| .01234 | NUMBER(4,5) | .01234 |
| .00012 | NUMBER(4,5) | .00012 |
| .000127 | NUMBER(4,5) | .00013 |
| .0000012 | NUMBER(2,7) | .0000012 |
| .00000123 | NUMBER(2,7) | .0000012 |

### Floating-Point Numbers

Floating-point numbers can have a decimal point anywhere from the first to the last digit or can have no decimal point at all. An exponent may optionally be used following the number to increase the range (for example, $1.777 \ e^{-20}$). A scale value is not applicable to floating-point numbers, because the number of digits that can appear after the decimal point is not restricted.

Cloudera Exhibit 1020 - Page 60 of 1808

Databricks_R2_PA_00002196

Binary floating-point numbers differ from NUMBER in the way the values are stored internally by Oracle Database. Values are stored using decimal precision for NUMBER. All literals that are within the range and precision supported by NUMBER are stored exactly as NUMBER. Literals are stored exactly because literals are expressed using decimal precision (the digits 0 through 9). Binary floating-point numbers are stored using binary precision (the digits 0 and 1). Such a storage scheme cannot represent all values using decimal precision exactly. Frequently, the error that occurs when converting a value from decimal to binary precision is undone when the value is converted back from binary to decimal precision. The literal 0.1 is such an example.

Oracle Database provides two numeric datatypes exclusively for floating-point numbers:

**BINARY_FLOAT** BINARY_FLOAT is a 32-bit, single-precision floating-point number datatype. Each BINARY_FLOAT value requires 5 bytes, including a length byte.

**BINARY_DOUBLE** BINARY_DOUBLE is a 64-bit, double-precision floating-point number datatype. Each BINARY_DOUBLE value requires 9 bytes, including a length byte.

In a NUMBER column, floating point numbers have decimal precision. In a BINARY_FLOAT or BINARY_DOUBLE column, floating-point numbers have binary precision. The binary floating-point numbers support the special values infinity and NaN (not a number).

You can specify floating-point numbers within the limits listed in Table 2–4 on page 2-15. The format for specifying floating-point numbers is defined in "Numeric Literals" on page 2-62.

*Table 2–4   Floating Point Number Limits*

| Value | Binary-Float | Binary-Double |
|---|---|---|
| Maximum finite value | 1.79e308 | 3.4e38 |
| Minimum finite value | -1.79e308 | -3.4e38 |
| Smallest positive value | 2.3e-308 | 1.2e-38 |
| Smallest negative value | -2.3e-308 | -1.2e-38 |

Oracle Database also supports the ANSI datatype FLOAT. You can specify this datatype using one of these syntactic forms:

```
FLOAT
```

Cloudera Exhibit 1020 - Page 61 of 1808

Databricks_R2_PA_00002197

`FLOAT(n)`

The number $n$ indicates the number of bits of precision that the value can store. The value for $n$ can range from 1 to 126. To convert from binary to decimal precision, multiply $n$ by 0.30103. To convert from decimal to binary precision, multiply the decimal precision by 3.32193. The maximum of 126 digits of binary precision is roughly equivalent to 38 digits of decimal precision.

**IEEE754 Conformance**   The Oracle implementation of floating-point datatypes conforms substantially with the Institute of Electrical and Electronics Engineers (IEEE) Standard for Binary Floating-Point Arithmetic, IEEE Standard 754-1985 (IEEE754). The new datatypes conform to IEEE754 in the following areas:

- The SQL function `SQRT` implements square root. See SQRT on page 7-190.

- The SQL function `REMAINDER` implements remainder. See REMAINDER on page 7-175.

- Arithmetic operators conform. See "Arithmetic Operators" on page 4-3.

- Comparison operators conform, except for comparisons with `NaN`. Oracle orders `NaN` greatest with respect to all other values, and evaluates `NaN` equal to `NaN`. See "Floating-Point Conditions" on page 6-9.

- Conversion operators conform. See "Conversion Functions" on page 7-6.

- The default rounding mode is supported.

- The default exception handling mode is supported.

- The special values `INF`, `-INF`, and `NaN` are supported. See "Floating-Point Conditions" on page 6-9.

- Rounding of `BINARY_FLOAT` and `BINARY_DOUBLE` values to integer-valued `BINARY_FLOAT` and `BINARY_DOUBLE` values is provided by the SQL functions `ROUND`, `TRUNC`, `CEIL`, and `FLOOR`.

- Rounding of `BINARY_FLOAT/BINARY_DOUBLE` to decimal and decimal to `BINARY_FLOAT/BINARY_DOUBLE` is provided by the SQL functions `TO_CHAR`, `TO_NUMBER`, `TO_NCHAR`, `TO_BINARY_FLOAT`, `TO_BINARY_DOUBLE`, and `CAST`.

The new datatypes do not conform to IEEE754 in the following areas:

- -0 is coerced to +0.

- Comparison with `NaN` is not supported.

Cloudera Exhibit 1020 - Page 62 of 1808

Databricks_R2_PA_00002198

- All NaN values are coerced to either BINARY_FLOAT_NAN or BINARY_DOUBLE_NAN.

- Non-default rounding modes are not supported.

- Non-default exception handling mode are not supported.

### Numeric Precedence

**Numeric precedence** determines, for operations that support numeric datatypes, the datatype Oracle uses if the arguments to the operation have different datatypes. BINARY_DOUBLE has the highest numeric precedence, followed by BINARY_FLOAT, and finally by NUMBER. Therefore, in any operation on multiple numeric values:

- If any of the operands is BINARY_DOUBLE, then Oracle attempts to convert all the operands implicitly to BINARY_DOUBLE before performing the operation.

- If none of the operands is BINARY_DOUBLE but any of the operands is BINARY_FLOAT, then Oracle attempts to convert all the operands implicitly to BINARY_FLOAT before performing the operation.

- Otherwise, Oracle attempts to convert all the operands to NUMBER before performing the operation.

If any implicit conversion is needed and fails, then the operation fails. Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion.

In the context of other datatypes, numeric datatypes have lower precedence than the datetime/interval datatypes and higher precedence than character and all other datatypes.

## LONG Datatype

LONG columns store variable-length character strings containing up to 2 gigabytes -1, or $2^{31}$-1 bytes. LONG columns have many of the characteristics of VARCHAR2 columns. You can use LONG columns to store long text strings. The length of LONG values may be limited by the memory available on your computer.

Do not create tables with LONG columns. Use LOB columns (CLOB, NCLOB, BLOB) instead. LONG columns are supported only for backward compatibility.

Oracle also recommends that you convert existing LONG columns to LOB columns. LOB columns are subject to far fewer restrictions than LONG columns. Further, LOB functionality is enhanced in every release, whereas LONG functionality has been static for several releases. See the *modify_col_properties* clause of ALTER

Cloudera Exhibit 1020 - Page 63 of 1808

Databricks_R2_PA_00002199

TABLE on page 12-2 and TO_LOB on page 7-242 for more information on converting LONG columns to LOB.

You can reference LONG columns in SQL statements in these places:

- SELECT lists
- SET clauses of UPDATE statements
- VALUES clauses of INSERT statements

The use of LONG values is subject to these restrictions:

- A table can contain only one LONG column.
- You cannot create an object type with a LONG attribute.
- LONG columns cannot appear in WHERE clauses or in integrity constraints (except that they can appear in NULL and NOT NULL constraints).
- LONG columns cannot be indexed.
- LONG data cannot be specified in regular expressions.
- A stored function cannot return a LONG value.
- You can declare a variable or argument of a PL/SQL program unit using the LONG datatype. However, you cannot then call the program unit from SQL.
- Within a single SQL statement, all LONG columns, updated tables, and locked tables must be located on the same database.
- LONG and LONG RAW columns cannot be used in distributed SQL statements and cannot be replicated.
- If a table has both LONG and LOB columns, then you cannot bind more than 4000 bytes of data to both the LONG and LOB columns in the same SQL statement. However, you can bind more than 4000 bytes of data to either the LONG or the LOB column.

In addition, LONG columns cannot appear in these parts of SQL statements:

- GROUP BY clauses, ORDER BY clauses, or CONNECT BY clauses or with the DISTINCT operator in SELECT statements
- The UNIQUE operator of a SELECT statement
- The column list of a CREATE CLUSTER statement
- The CLUSTER clause of a CREATE MATERIALIZED VIEW statement
- SQL built-in functions, expressions, or conditions

Cloudera Exhibit 1020 - Page 64 of 1808

Databricks_R2_PA_00002200

- SELECT lists of queries containing GROUP BY clauses

- SELECT lists of subqueries or queries combined by the UNION, INTERSECT, or MINUS set operators

- SELECT lists of CREATE TABLE ... AS SELECT statements

- ALTER TABLE ... MOVE statements

- SELECT lists in subqueries in INSERT statements

Triggers can use the LONG datatype in the following manner:

- A SQL statement within a trigger can insert data into a LONG column.

- If data from a LONG column can be converted to a constrained datatype (such as CHAR and VARCHAR2), then a LONG column can be referenced in a SQL statement within a trigger.

- Variables in triggers cannot be declared using the LONG datatype.

- :NEW and :OLD cannot be used with LONG columns.

You can use Oracle Call Interface functions to retrieve a portion of a LONG value from the database.

>    **See Also:**   *Oracle Call Interface Programmer's Guide*

### Datetime and Interval Datatypes

The datetime datatypes are DATE, TIMESTAMP, TIMESTAMP WITH TIME ZONE, and TIMESTAMP WITH LOCAL TIME ZONE. Values of datetime datatypes are sometimes called "datetimes". The interval datatypes are INTERVAL YEAR TO MONTH and INTERVAL DAY TO SECOND. Values of interval datatypes are sometimes called **intervals**.

Both datetimes and intervals are made up of fields. The values of these fields determine the value of the datatype. Table 2–5 lists the datetime fields and their possible values for datetimes and intervals.

To avoid unexpected results in your DML operations on datetime data, you can verify the database and session time zones by querying the built-in SQL functions DBTIMEZONE and SESSIONTIMEZONE. If the time zones have not been set manually, Oracle Database uses the operating system time zone by default. If the operating system time zone is not a valid Oracle time zone, then Oracle uses UTC as the default value.

Cloudera Exhibit 1020 - Page 65 of 1808

Databricks_R2_PA_00002201

Datatypes

*Table 2–5    Datetime Fields and Values*

| Datetime Field | Valid Values for Datetime | Valid Values for INTERVAL |
|---|---|---|
| YEAR | -4712 to 9999 (excluding year 0) | Any positive or negative integer |
| MONTH | 01 to 12 | 0 to 11 |
| DAY | 01 to 31 (limited by the values of MONTH and YEAR, according to the rules of the current NLS calendar parameter) | Any positive or negative integer |
| HOUR | 00 to 23 | 0 to 23 |
| MINUTE | 00 to 59 | 0 to 59 |
| SECOND | 00 to 59.9(n), where 9(n) is the precision of time fractional seconds. The 9(n) portion is not applicable for DATE. | 0 to 59.9(n), where 9(n) is the precision of interval fractional seconds |
| TIMEZONE_HOUR | -12 to 14 (This range accommodates daylight saving time changes.) Not applicable for DATE or TIMESTAMP. | Not applicable |
| TIMEZONE_MINUTE (See note at end of table) | 00 to 59. Not applicable for DATE or TIMESTAMP. | Not applicable |
| TIMEZONE_REGION | Query the TZNAME column of the V$TIMEZONE_NAMES data dictionary view. Not applicable for DATE or TIMESTAMP. For a complete listing of all timezone regions, refer to *Oracle Database Globalization Support Guide*. | Not applicable |
| TIMEZONE_ABBR | Query the TZABBREV column of the V$TIMEZONE_NAMES data dictionary view. Not applicable for DATE or TIMESTAMP. | Not applicable |

> **Note:** TIMEZONE_HOUR and TIMEZONE_MINUTE are specified together and interpreted as an entity in the format + | - hh:mm, with values ranging from -12:59 to +14:00. Please refer to *Oracle Data Provider for .NET Developer's Guide* for information on specifying time zone values for that API.

## DATE Datatype

The DATE datatype stores date and time information. Although date and time information can be represented in both character and number datatypes, the DATE datatype has special associated properties. For each DATE value, Oracle stores the following information: century, year, month, date, hour, minute, and second.

Cloudera Exhibit 1020 - Page 66 of 1808

You can specify a date value as a literal, or you can convert a character or numeric value to a date value with the TO_DATE function. To specify a date as a literal, you must use the Gregorian calendar. You can specify an ANSI date literal, as shown in this example:

```
DATE '1998-12-25'
```

The ANSI date literal contains no time portion, and must be specified in exactly this format ('YYYY-MM-DD'). Alternatively you can specify an Oracle date value, as in the following example:

```
TO_DATE('98-DEC-25 17:30','YY-MON-DD HH24:MI')
```

The default date format for an Oracle date value is specified by the initialization parameter NLS_DATE_FORMAT. This example date format includes a two-digit number for the day of the month, an abbreviation of the month name, the last two digits of the year, and a 24-hour time designation.

Oracle automatically converts character values that are in the default date format into date values when they are used in date expressions.

If you specify a date value without a time component, then the default time is midnight (00:00:00 or 12:00:00 for 24-hour and 12-hour clock time, respectively). If you specify a date value without a date, then the default date is the first day of the current month.

Oracle DATE columns always contain both the date and time fields. Therefore, if you query a DATE column, then you must either specify the time field in your query or ensure that the time fields in the DATE column are set to midnight. Otherwise, Oracle may not return the query results you expect. You can use the TRUNC (date) function to set the time field to midnight, or you can include a greater-than or less-than condition in the query instead of an equality or inequality condition.

Here are some examples that assume a table my_table with a number column row_num and a DATE column datecol:

```
INSERT INTO my_table VALUES (1, SYSDATE);
INSERT INTO my_table VALUES (2, TRUNC(SYSDATE));

SELECT * FROM my_table;

   ROW_NUM DATECOL
---------- ---------
         1 03-OCT-02
         2 03-OCT-02
```

Cloudera Exhibit 1020 - Page 67 of 1808

Databricks_R2_PA_00002203

Datatypes

```
SELECT * FROM my_table
   WHERE datecol = TO_DATE('03-OCT-02','DD-MON-YY');

   ROW_NUM DATECOL
---------- ---------
         2 03-OCT-02

SELECT * FROM my_table
   WHERE datecol > TO_DATE('02-OCT-02', 'DD-MON-YY');

   ROW_NUM DATECOL
---------- ---------
         1 03-OCT-02
         2 03-OCT-02
```

If you know that the time fields of your DATE column are set to midnight, then you can query your DATE column as shown in the immediately preceding example, or by using the DATE literal:

```
SELECT * FROM my_table WHERE datecol = DATE '2002-10-03';
```

However, if the DATE column contains values other than midnight, then you must filter out the time fields in the query to get the correct result. For example:

```
SELECT * FROM my_table WHERE TRUNC(datecol) = DATE '2002-10-03';
```

Oracle applies the TRUNC function to each row in the query, so performance is better if you ensure the midnight value of the time fields in your data. To ensure that the time fields are set to midnight, use one of the following methods during inserts and updates:

- Use the TO_DATE function to mask out the time fields:

  ```
  INSERT INTO my_table VALUES
     (3, TO_DATE('3-OCT-2002','DD-MON-YYYY'));
  ```

- Use the DATE literal:

  ```
  INSERT INTO my_table VALUES (4, '03-OCT-02');
  ```

- Use the TRUNC function:

  ```
  INSERT INTO my_table VALUES (5, TRUNC(SYSDATE));
  ```

The date function SYSDATE returns the current system date and time. The function CURRENT_DATE returns the current session date. For information on SYSDATE, the

Cloudera Exhibit 1020 - Page 68 of 1808

Databricks_R2_PA_00002204

`TO_*` datetime functions, and the default date format, see "Datetime Functions" on page 7-5.

**Using Julian Days**  A Julian day number is the number of days since January 1, 4712 BC. Julian days allow continuous dating from a common reference. You can use the date format model "J" with date functions `TO_DATE` and `TO_CHAR` to convert between Oracle `DATE` values and their Julian equivalents.

---

> **Note:**  Oracle Database uses the astronomical system of calculating Julian days, in which the year 4713 BC is specified as -4712. The historical system of calculating Julian days, in contrast, specifies 4713 BC as -4713. If you are comparing Oracle Julian days with values calculated using the historical system, then take care to allow for the 365-day difference in BC dates. For more information, see http://aa.usno.navy.mil/faq/docs/millennium.html.

---

**Example**  This statement returns the Julian equivalent of January 1, 1997:

```
SELECT TO_CHAR(TO_DATE('01-01-1997', 'MM-DD-YYYY'),'J')
    FROM DUAL;

TO_CHAR
--------
2450450
```

> **See Also:**  "Selecting from the DUAL Table" for a description of the `DUAL` table

## TIMESTAMP Datatype

The `TIMESTAMP` datatype is an extension of the `DATE` datatype. It stores the year, month, and day of the `DATE` datatype, plus hour, minute, and second values. This datatype is useful for storing precise time values. Specify the `TIMESTAMP` datatype as follows:

```
TIMESTAMP [(fractional_seconds_precision)]
```

where *fractional_seconds_precision* optionally specifies the number of digits Oracle stores in the fractional part of the `SECOND` datetime field. When you create a column of this datatype, the value can be a number in the range 0 to 9. The default is 6. When you specify `TIMESTAMP` as a literal, the *fractional_seconds_precision* value can be any number of digits up to 9, as follows:

Cloudera Exhibit 1020 - Page 69 of 1808

Databricks_R2_PA_00002205

Datatypes

```
TIMESTAMP'1997-01-31 09:26:50.124'
```

> **See Also:** TO_TIMESTAMP on page 7-249 for information on converting character data to TIMESTAMP data

### TIMESTAMP WITH TIME ZONE Datatype

TIMESTAMP WITH TIME ZONE is a variant of TIMESTAMP that includes a **time zone offset** in its value. The time zone offset is the difference (in hours and minutes) between local time and UTC (Coordinated Universal Time—formerly Greenwich Mean Time). This datatype is useful for collecting and evaluating date information across geographic regions.

Specify the TIMESTAMP WITH TIME ZONE datatype as follows:

```
TIMESTAMP [(fractional_seconds_precision)] WITH TIME ZONE
```

where *fractional_seconds_precision* optionally specifies the number of digits Oracle stores in the fractional part of the SECOND datetime field. When you create a column of this datatype, the value can be a number in the range 0 to 9. The default is 6. When you specify TIMESTAMP WITH TIME ZONE as a literal, the *fractional_seconds_precision* value can be any number of digits up to 9. For example:

```
TIMESTAMP '1997-01-31 09:26:56.66 +02:00'
```

Two TIMESTAMP WITH TIME ZONE values are considered identical if they represent the same instant in UTC, regardless of the TIME ZONE offsets stored in the data. For example,

```
TIMESTAMP '1999-04-15 8:00:00 -8:00'
```

is the same as

```
TIMESTAMP '1999-04-15 11:00:00 -5:00'
```

That is, 8:00 a.m. Pacific Standard Time is the same as 11:00 a.m. Eastern Standard Time.

You can replace the UTC offset with the TZR (time zone region) format element. For example, the following example has the same value as the preceding example:

```
TIMESTAMP '1999-04-15 8:00:00 US/Pacific'
```

To eliminate the ambiguity of boundary cases when the daylight saving time switches, use both the TZR and a corresponding TZD format element. The following

Cloudera Exhibit 1020 - Page 70 of 1808

Databricks_R2_PA_00002206

example ensures that the preceding example will return a daylight saving time value:

```
TIMESTAMP '1999-10-29 01:30:00 US/Pacific PDT'
```

If you do not add the TZD format element, and the datetime value is ambiguous, then Oracle returns an error if you have the ERROR_ON_OVERLAP_TIME session parameter set to TRUE. If that parameter is set to FALSE, then Oracle interprets the ambiguous datetime as standard time.

Oracle time zone data is derived from the public domain information available at ftp://elsie.nci.nih.gov/pub/. Oracle time zone data may not reflect the most recent data available at this site.

> **See Also:**
>
> - *Oracle Database Globalization Support Guide* for more information on Oracle time zone data
>
> - "Support for Daylight Saving Times" on page 2-29 and Table 2–16, " Datetime Format Elements" on page 2-77 for information on daylight saving support
>
> - TO_TIMESTAMP_TZ on page 7-250 for information on converting character data to TIMESTAMP WITH TIME ZONE data
>
> - ALTER SESSION on page 11-59 for information on the ERROR_ON_OVERLAP_TIME session parameter

## TIMESTAMP WITH LOCAL TIME ZONE Datatype

TIMESTAMP WITH LOCAL TIME ZONE is another variant of TIMESTAMP that includes a **time zone offset** in its value. It differs from TIMESTAMP WITH TIME ZONE in that data stored in the database is normalized to the database time zone, and the time zone offset is not stored as part of the column data. When a user retrieves the data, Oracle returns it in the user's local session time zone. The time zone offset is the difference (in hours and minutes) between local time and UTC (Coordinated Universal Time—formerly Greenwich Mean Time). This datatype is useful for displaying date information in the time zone of the client system in a two-tier application.

Specify the TIMESTAMP WITH LOCAL TIME ZONE datatype as follows:

```
TIMESTAMP [(fractional_seconds_precision)] WITH LOCAL TIME ZONE
```

Cloudera Exhibit 1020 - Page 71 of 1808

Databricks_R2_PA_00002207

where *fractional_seconds_precision* optionally specifies the number of digits Oracle stores in the fractional part of the SECOND datetime field. When you create a column of this datatype, the value can be a number in the range 0 to 9. The default is 6.

There is no literal for TIMESTAMP WITH LOCAL TIME ZONE.

Oracle time zone data is derived from the public domain information available at ftp://elsie.nci.nih.gov/pub/. Oracle time zone data may not reflect the most recent data available at this site.

> **See Also:**
>
> ■ *Oracle Database Globalization Support Guide* for more information on Oracle time zone data
>
> ■ *Oracle Database Application Developer's Guide - Fundamentals* for examples of using this datatype and CAST on page 7-30 for information on converting character data to TIMESTAMP WITH LOCAL TIME ZONE

## INTERVAL YEAR TO MONTH Datatype

INTERVAL YEAR TO MONTH stores a period of time using the YEAR and MONTH datetime fields. This datatype is useful for representing the precise difference between two datetime values.

Specify INTERVAL YEAR TO MONTH as follows:

```
INTERVAL YEAR [(year_precision)] TO MONTH
```

where *year_precision* is the number of digits in the YEAR datetime field. The default value of *year_precision* is 2.

You have a great deal of flexibility when specifying interval values as literals. Please refer to "Interval Literals" on page 2-65 for detailed information on specify interval values as literals.

## INTERVAL DAY TO SECOND Datatype

INTERVAL DAY TO SECOND stores a period of time in terms of days, hours, minutes, and seconds. This datatype is useful for representing the difference between two datetime values when only the year and month values are significant.

Specify this datatype as follows:

```
INTERVAL DAY [(day_precision)]
```

Databricks_R2_PA_00002208

```
TO SECOND [(fractional_seconds_precision)]
```

where

- *day_precision* is the number of digits in the DAY datetime field. Accepted values are 0 to 9. The default is 2.

- *fractional_seconds_precision* is the number of digits in the fractional part of the SECOND datetime field. Accepted values are 0 to 9. The default is 6.

You have a great deal of flexibility when specifying interval values as literals. Please refer to "Interval Literals" on page 2-65 for detailed information on specify interval values as literals.

### Datetime/Interval Arithmetic

You can perform a number of arithmetic operations on date (DATE), timestamp (TIMESTAMP, TIMESTAMP WITH TIME ZONE, and TIMESTAMP WITH LOCAL TIME ZONE) and interval (INTERVAL DAY TO SECOND and INTERVAL YEAR TO MONTH) data. Oracle calculates the results based on the following rules:

- You can use NUMBER constants in arithmetic operations on date and timestamp values, but not interval values. Oracle internally converts timestamp values to date values and interprets NUMBER constants in arithmetic datetime and interval expressions as numbers of days. For example, SYSDATE + 1 is tomorrow. SYSDATE - 7 is one week ago. SYSDATE + (10/1440) is ten minutes from now. Subtracting the hiredate column of the sample table employees from SYSDATE returns the number of days since each employee was hired. You cannot multiply or divide date or timestamp values.

- Oracle implicitly converts BINARY_FLOAT and BINARY_DOUBLE operands to NUMBER.

- Each DATE value contains a time component, and the result of many date operations include a fraction. This fraction means a portion of one day. For example, 1.5 days is 36 hours. These fractions are also returned by Oracle built-in functions for common operations on DATE data. For example, the MONTHS_BETWEEN function returns the number of months between two dates. The fractional portion of the result represents that portion of a 31-day month.

- If one operand is a DATE value or a numeric value (neither of which contains time zone or fractional seconds components), then:

  - Oracle implicitly converts the other operand to DATE data. (The exception is multiplication of a numeric value times an interval, which returns an interval.)

Cloudera Exhibit 1020 - Page 73 of 1808

Databricks_R2_PA_00002209

Datatypes

---

-   – If the other operand has a time zone value, then Oracle uses the session time zone in the returned value.

-   – If the other operand has a fractional seconds value, then the fractional seconds value is lost.

- When you pass a timestamp, interval, or numeric value to a built-in function that was designed only for the DATE datatype, Oracle implicitly converts the non-DATE value to a DATE value. Please refer to "Datetime Functions" on page 7-5 for information on which functions cause implicit conversion to DATE.

- Oracle performs all timestamp arithmetic in UTC time. For TIMESTAMP WITH LOCAL TIME ZONE, Oracle converts the datetime value from the database time zone to UTC and converts back to the database time zone after performing the arithmetic. For TIMESTAMP WITH TIME ZONE, the datetime value is always in UTC, so no conversion is necessary.

Table 2–6 is a matrix of datetime arithmetic operations. Dashes represent operations that are not supported.

*Table 2–6    Matrix of Datetime Arithmetic*

| Operand & Operator | DATE | TIMESTAMP | INTERVAL | Numeric |
|---|---|---|---|---|
| **DATE** | | | | |
| + | - - | - - | DATE | DATE |
| - | DATE | DATE | DATE | DATE |
| * | - - | - - | - - | - - |
| / | - - | - - | - - | - - |
| **TIMESTAMP** | | | | |
| + | - - | - - | TIMESTAMP | - - |
| - | INTERVAL | INTERVAL | TIMESTAMP | TIMESTAMP |
| * | - - | - - | - - | - - |
| / | - - | - - | - - | - - |
| **INTERVAL** | | | | |
| + | DATE | TIMESTAMP | INTERVAL | - - |
| - | - - | - - | INTERVAL | - - |
| * | - - | - - | - - | INTERVAL |

Cloudera Exhibit 1020 - Page 74 of 1808

Databricks_R2_PA_00002210

**Table 2–6   (Cont.)  Matrix of Datetime Arithmetic**

| Operand & Operator | DATE | TIMESTAMP | INTERVAL | Numeric |
|---|---|---|---|---|
| / | -- | -- | -- | INTERVAL |
| Numeric | | | | |
| + | DATE | DATE | -- | NA |
| - | -- | -- | -- | NA |
| * | -- | -- | INTERVAL | NA |
| / | -- | -- | -- | NA |

**Examples**   You can add an interval value expression to a start time. Consider the sample table `oe.orders` with a column `order_date`. The following statement adds 30 days to the value of the `order_date` column:

```
SELECT order_id, order_date + INTERVAL '30' DAY FROM orders;
```

### Support for Daylight Saving Times

Oracle Database automatically determines, for any given time zone region, whether daylight saving is in effect and returns local time values accordingly. The datetime value is sufficient for Oracle to determine whether daylight saving time is in effect for a given region in all cases except **boundary cases**. A boundary case occurs during the period when daylight saving goes into or comes out of effect. For example, in the US-Pacific region, when daylight saving goes into effect, the time changes from 2:00 a.m. to 3:00 a.m. The one hour interval between 2 and 3 a.m. does not exist. When daylight saving goes out of effect, the time changes from 2:00 a.m. back to 1:00 a.m., and the one-hour interval between 1 and 2 a.m. is repeated.

To resolve these boundary cases, Oracle uses the `TZR` and `TZD` format elements, as described in Table 2–16. `TZR` represents the time zone region in datetime input strings. Examples are `'Australia/North'`, `'UTC'`, and `'Singapore'`. `TZD` represents an abbreviated form of the time zone region with daylight saving information. Examples are `'PST'` for US/Pacific standard time and `'PDT'` for US/Pacific daylight time. To see a listing of valid values for the `TZR` and `TZD` format elements, query the `TZNAME` and `TZABBREV` columns of the `V$TIMEZONE_NAMES` dynamic performance view.

Timezone region names are needed by the daylight saving feature. The region names are stored in two time zone files. The default time zone file is a small file containing only the most common time zones to maximize performance. If your time zone is not in the default file, then you will not have daylight saving support

Cloudera Exhibit 1020 - Page 75 of 1808

Databricks_R2_PA_00002211

until you provide a path to the complete (larger) file by way of the `ORA_TZFILE` environment variable. Please refer to *Oracle Database Administrator's Guide* for more information about setting the `ORA_TZFILE` environment variable. For a complete listing of the timezone region names in both files, please refer to *Oracle Database Globalization Support Guide*.

Oracle time zone data is derived from the public domain information available at ftp://elsie.nci.nih.gov/pub/. Oracle time zone data may not reflect the most recent data available at this site.

> **See Also:**
>
> ■ "Datetime Format Models" on page 2-75 for information on the format elements and the session parameter ERROR_ON_ OVERLAP_TIME on page 11-71.
>
> ■ *Oracle Database Globalization Support Guide* for more information on Oracle time zone data
>
> ■ *Oracle Database Reference* for information on the dynamic performance views

## Datetime and Interval Example

The following example shows how to declare some datetime and interval datatypes.

```
CREATE TABLE time_table (
   start_time     TIMESTAMP,
   duration_1     INTERVAL DAY (6) TO SECOND (5),
   duration_2     INTERVAL YEAR TO MONTH);
```

The `start_time` column is of type `TIMESTAMP`. The implicit fractional seconds precision of `TIMESTAMP` is 6.

The `duration_1` column is of type `INTERVAL DAY TO SECOND`. The maximum number of digits in field `DAY` is 6 and the maximum number of digits in the fractional second is 5. The maximum number of digits in all other datetime fields is 2.

The `duration_2` column is of type `INTERVAL YEAR TO MONTH`. The maximum number of digits of the value in each field (`YEAR` and `MONTH`) is 2.

## RAW and LONG RAW Datatypes

The `RAW` and `LONG RAW` datatypes store data that is not to be interpreted (that is, not explicitly converted when moving data between different systems) by Oracle

Cloudera Exhibit 1020 - Page 76 of 1808

Databricks_R2_PA_00002212

Database. These datatypes are intended for binary data or byte strings. For example, you can use `LONG RAW` to store graphics, sound, documents, or arrays of binary data, for which the interpretation is dependent on the use.

Oracle strongly recommends that you convert `LONG RAW` columns to binary LOB (`BLOB`) columns. LOB columns are subject to far fewer restrictions than `LONG` columns. See `TO_LOB` on page 7-242 for more information.

`RAW` is a variable-length datatype like `VARCHAR2`, except that Oracle Net (which connects user sessions to the instance) and the Import and Export utilities do not perform character conversion when transmitting `RAW` or `LONG RAW` data. In contrast, Oracle Net and Import/Export automatically convert `CHAR`, `VARCHAR2`, and `LONG` data from the database character set to the user session character set (which you can set with the `NLS_LANGUAGE` parameter of the `ALTER SESSION` statement), if the two character sets are different.

When Oracle automatically converts `RAW` or `LONG RAW` data to and from `CHAR` data, the binary data is represented in hexadecimal form, with one hexadecimal character representing every four bits of `RAW` data. For example, one byte of `RAW` data with bits 11001011 is displayed and entered as `CB`.

## Large Object (LOB) Datatypes

The built-in LOB datatypes `BLOB`, `CLOB`, and `NCLOB` (stored internally) and `BFILE` (stored externally) can store large and unstructured data such as text, image, video, and spatial data. `BLOB`, `CLOB`, and `NCLOB` data can be up to (4 gigabytes -1) * (database block size) in size. `BFILE` data can be up to 4 gigabytes in size.

When creating a table, you can optionally specify different tablespace and storage characteristics for LOB columns or LOB object attributes from those specified for the table.

LOB columns contain LOB locators that can refer to in-line (in the database) or out-of-line (outside the database) LOB values. Selecting a LOB from a table actually returns the LOB locator and not the entire LOB value. The `DBMS_LOB` package and Oracle Call Interface (OCI) operations on LOBs are performed through these locators.

LOBs are similar to `LONG` and `LONG RAW` types, but differ in the following ways:

- LOBs can be attributes of an object type (user-defined datatype).
- The LOB locator is stored in the table column, either with or without the actual LOB value. `BLOB`, `NCLOB`, and `CLOB` values can be stored in separate tablespaces. `BFILE` data is stored in an external file on the server.

- When you access a LOB column, the locator is returned.
- A LOB can be up to (4 gigabytes - 1)*(database block size) in size. BFILE maximum size is operating system dependent but cannot exceed 4 gigabytes.
- LOBs permit efficient, random, piece-wise access to and manipulation of data.
- You can define more than one LOB column in a table.
- With the exception of NCLOB, you can define one or more LOB attributes in an object.
- You can declare LOB bind variables.
- You can select LOB columns and LOB attributes.
- You can insert a new row or update an existing row that contains one or more LOB columns or an object with one or more LOB attributes. In update operations, you can set the internal LOB value to NULL, empty, or replace the entire LOB with data. You can set the BFILE to NULL or make it point to a different file.
- You can update a LOB row-column intersection or a LOB attribute with another LOB row-column intersection or LOB attribute.
- You can delete a row containing a LOB column or LOB attribute and thereby also delete the LOB value. For BFILEs, the actual operating system file is not deleted.

You can access and populate rows of an in-line LOB column (a LOB column stored in the database) simply by issuing an INSERT or UPDATE statement. However, to access and populate a LOB attribute that is part of an object type, you must first initialize the LOB attribute using the EMPTY_CLOB or EMPTY_BLOB function. You can then select the empty LOB attribute and populate it using the DBMS_LOB package or some other appropriate interface.

**Restrictions on LOB Columns**    LOB columns are subject to the following restrictions:

- You cannot specify a LOB as a primary key column.
- Distributed LOBs are not supported. Therefore, you cannot use a remote locator in SELECT or WHERE clauses of queries or in functions of the DBMS_LOB package.

  The following syntax is not supported for LOBs:

```
SELECT lobcol FROM table1@remote_site;
```

Databricks_R2_PA_00002214

```
INSERT INTO lobtable SELECT type1.lobattr FROM
    table1@remote_site;
SELECT DBMS_LOB.getlength(lobcol) FROM table1@remote_site;
```

However, you can use a remote locator in others parts of queries that reference LOBs. The following syntax is supported on remote LOB columns:

```
CREATE TABLE t AS SELECT * FROM table1@remote_site;
INSERT INTO t SELECT * FROM table1@remote_site;
UPDATE t SET lobcol = (SELECT lobcol FROM table1@remote_site);
INSERT INTO table1@remote_site ...
UPDATE table1@remote_site ...
DELETE FROM table1@remote_site ...
```

For the first three types of statement, which contain subqueries, only standalone LOB columns are allowed in the select list. SQL functions or DBMS_LOB APIs on LOBs are not supported. For example, the following statement is supported:

```
CREATE TABLE AS SELECT clob_col FROM tab@dbs2;
```

However, the following statement is not supported:

```
CREATE TABLE AS SELECT dbms_lob.substr(clob_col) from tab@dbs2;
```

- Clusters cannot contain LOBs, either as key or non-key columns.

- The following data structures are supported only as temporary instances. You cannot store these instances in database tables:

    - Varray of any LOB type

    - Varray of any type containing a LOB type, such as an ADT with a LOB attribute.

- You cannot specify LOB columns in the ORDER BY clause of a query, or in the GROUP BY clause of a query or in an aggregate function.

- You cannot specify a LOB column in a SELECT... DISTINCT or SELECT... UNIQUE statement or in a join. However, you can specify a LOB attribute of an object type column in a SELECT... DISTINCT statement or in a query that uses the UNION or MINUS set operator if the column's object type has a MAP or ORDER function defined on it.

- You cannot specify LOB columns in ANALYZE... COMPUTE or ANALYZE... ESTIMATE statements.

Cloudera Exhibit 1020 - Page 79 of 1808

Databricks_R2_PA_00002215

Datatypes

- The first (`INITIAL`) extent of a LOB segment must contain at least three database blocks.

- When creating an `UPDATE` DML trigger, you cannot specify a LOB column in the `UPDATE OF` clause.

- You cannot specify a LOB column as part of an index key. However, you can specify a LOB column in the function of a function-based index or in the indextype specification of a domain index. In addition, Oracle Text lets you define an index on a `CLOB` column.

- In an `INSERT` or `UPDATE` operation, you can bind data of any size to a LOB column, but you cannot bind data to a LOB attribute of an object type. In an `INSERT... AS SELECT` operation, you can bind up to 4000 bytes of data to LOB columns.

- If a table has both `LONG` and LOB columns, you cannot bind more than 4000 bytes of data to both the `LONG` and LOB columns in the same SQL statement. However, you can bind more than 4000 bytes of data to either the `LONG` or the LOB column.

> **Note:** For a table on which you have defined a DML trigger, if you use OCI functions or `DBMS_LOB` routines to change the value of a LOB column or the LOB attribute of an object type column, Oracle does not fire the DML trigger.

**See Also:**

- *Oracle Database Application Developer's Guide - Large Objects* for more information about LOBs, including details about migrating from `LONG` to LOB, the `CACHE READS` setting, restrictions on the first extent of a LOB segment, and LOBs in partitioned index-organized tables.

- EMPTY_BLOB, EMPTY_CLOB on page 7-69

- "Oracle-Supplied Types" on page 2-43 for alternative ways of storing image, audio, video, and spatial data

The following example shows how the sample table `pm.print_media` was created. (This example assumes the existence of the `textdoc_tab` object table, which is nested table in the `print_media` table.)

```
CREATE TABLE print_media
```

Cloudera Exhibit 1020 - Page 80 of 1808

Databricks_R2_PA_00002216

```
( product_id        NUMBER(6)
, ad_id             NUMBER(6)
, ad_composite      BLOB
, ad_sourcetext     CLOB
, ad_finaltext      CLOB
, ad_fltextn        NCLOB
, ad_textdocs_ntab  textdoc_tab
, ad_photo          BLOB
, ad_graphic        BFILE
, ad_header         adheader_typ
) NESTED TABLE ad_textdocs_ntab STORE AS textdocs_nestedtab;
```

> **See Also:**
>
> - *PL/SQL Packages and Types Reference* and *Oracle Call Interface Programmer's Guide* for more information about these interfaces and LOBs
>
> - the `modify_col_properties` clause of ALTER TABLE on page 12-2 and TO_LOB on page 7-242 for more information on converting LONG columns to LOB columns

## BFILE Datatype

The BFILE datatype enables access to binary file LOBs that are stored in file systems outside Oracle Database. A BFILE column or attribute stores a BFILE locator, which serves as a pointer to a binary file on the server file system. The locator maintains the directory name and the filename.

You can change the filename and path of a BFILE without affecting the base table by using the BFILENAME function. Please refer to BFILENAME on page 7-26 for more information on this built-in SQL function.

Binary file LOBs do not participate in transactions and are not recoverable. Rather, the underlying operating system provides file integrity and durability. The maximum file size supported is 4 gigabytes.

The database administrator must ensure that the external file exists and that Oracle processes have operating system read permissions on the file.

The BFILE datatype enables read-only support of large binary files. You cannot modify or replicate such a file. Oracle provides APIs to access file data. The primary interfaces that you use to access file data are the DBMS_LOB package and the Oracle Call Interface (OCI).

Cloudera Exhibit 1020 - Page 81 of 1808

Databricks_R2_PA_00002217

Datatypes

---

**See Also:**   *Oracle Database Application Developer's Guide - Large Objects* and *Oracle Call Interface Programmer's Guide* for more information about LOBs and CREATE DIRECTORY on page 14-52

## BLOB Datatype

The BLOB datatype stores unstructured binary large objects. BLOB objects can be thought of as bitstreams with no character set semantics. BLOB objects can store up to (4 gigabytes-1) * (database block size) of binary data.

BLOB objects have full transactional support. Changes made through SQL, the DBMS_LOB package, or the Oracle Call Interface (OCI) participate fully in the transaction. BLOB value manipulations can be committed and rolled back. However, you cannot save a BLOB locator in a PL/SQL or OCI variable in one transaction and then use it in another transaction or session.

## CLOB Datatype

The CLOB datatype stores single-byte and multibyte character data. Both fixed-width and variable-width character sets are supported, and both use the database character set. CLOB objects can store up to (4 gigabytes-1) * (database block size) of character data.

CLOB objects have full transactional support. Changes made through SQL, the DBMS_LOB package, or the Oracle Call Interface (OCI) participate fully in the transaction. CLOB value manipulations can be committed and rolled back. However, you cannot save a CLOB locator in a PL/SQL or OCI variable in one transaction and then use it in another transaction or session.

## NCLOB Datatype

The NCLOB datatype stores Unicode data. Both fixed-width and variable-width character sets are supported, and both use the national character set. NCLOB objects can store up to (4 gigabytes-1) * (database block size) of character text data.

NCLOB objects have full transactional support. Changes made through SQL, the DBMS_LOB package, or the OCI participate fully in the transaction. NCLOB value manipulations can be committed and rolled back. However, you cannot save an NCLOB locator in a PL/SQL or OCI variable in one transaction and then use it in another transaction or session.

**See Also:**   *Oracle Database Globalization Support Guide* for information on Unicode datatype support

Cloudera Exhibit 1020 - Page 82 of 1808

Databricks_R2_PA_00002218

**ROWID Datatype**

Each row in the database has an address. You can examine a row address by querying the pseudocolumn `ROWID`. Values of this pseudocolumn are strings representing the address of each row. These strings have the datatype `ROWID`. You can also create tables and clusters that contain actual columns having the `ROWID` datatype. Oracle Database does not guarantee that the values of such columns are valid rowids. Please refer to Chapter 3, "Pseudocolumns" for more information on the `ROWID` pseudocolumn.

### Restricted Rowids

Beginning with Oracle8, Oracle SQL incorporated an extended format for rowids to efficiently support partitioned tables and indexes and tablespace-relative data block addresses (DBAs) without ambiguity.

Character values representing rowids in Oracle7 and earlier releases are called **restricted** rowids. Their format is as follows:

```
block.row.file
```

where:

- *block* is a hexadecimal string identifying the data block of the datafile containing the row. The length of this string depends on your operating system.

- *row* is a four-digit hexadecimal string identifying the row in the data block. The first row of the block has a digit of 0.

- *file* is a hexadecimal string identifying the database file containing the row. The first datafile has the number 1. The length of this string depends on your operating system.

### Extended Rowids

The **extended** `ROWID` datatype stored in a user column includes the data in the restricted rowid plus a **data object number**. The data object number is an identification number assigned to every database segment. You can retrieve the data object number from the data dictionary views `USER_OBJECTS`, `DBA_OBJECTS`, and `ALL_OBJECTS`. Objects that share the same segment (clustered tables in the same cluster, for example) have the same object number.

Extended rowids are stored as base 64 values that can contain the characters A-Z, a-z, 0-9, and the plus sign (+) and forward slash (/). Extended rowids are not available directly. You can use a supplied package, `DBMS_ROWID`, to interpret extended rowid contents. The package functions extract and provide information

Cloudera Exhibit 1020 - Page 83 of 1808

Databricks_R2_PA_00002219

that would be available directly from a restricted rowid as well as information specific to extended rowids.

> **See Also:** *PL/SQL Packages and Types Reference* for information on the functions available with the DBMS_ROWID package and how to use them

## Compatibility and Migration

The restricted form of a rowid is still supported in this release for backward compatibility, but all tables return rowids in the extended format.

> **See Also:** *Oracle Database Upgrade Guide* for information regarding compatibility and migration issues

## UROWID Datatype

Each row in a database has an address. However, the rows of some tables have addresses that are not physical or permanent or were not generated by Oracle Database. For example, the row addresses of index-organized tables are stored in index leaves, which can move. Rowids of foreign tables (such as DB2 tables accessed through a gateway) are not standard Oracle rowids.

Oracle uses universal rowids (**urowids**) to store the addresses of index-organized and foreign tables. Index-organized tables have logical urowids and foreign tables have foreign urowids. Both types of urowid are stored in the ROWID pseudocolumn (as are the physical rowids of heap-organized tables).

Oracle creates logical rowids based on the primary key of the table. The logical rowids do not change as long as the primary key does not change. The ROWID pseudocolumn of an index-organized table has a datatype of UROWID. You can access this pseudocolumn as you would the ROWID pseudocolumn of a heap-organized table (that is, using a SELECT ... ROWID statement). If you wish to store the rowids of an index-organized table, then you can define a column of type UROWID for the table and retrieve the value of the ROWID pseudocolumn into that column.

> **Note:** Heap-organized tables have physical rowids. Oracle does not recommend that you specify a column of datatype UROWID for a heap-organized table.

Cloudera Exhibit 1020 - Page 84 of 1808

Databricks_R2_PA_00002220

See Also:    *Oracle Database Concepts* for more information on universal rowids and "ROWID Datatype" on page 2-37 for a discussion of the address of database rows

## ANSI, DB2, and SQL/DS Datatypes

SQL statements that create tables and clusters can also use ANSI datatypes and datatypes from the IBM products SQL/DS and DB2. Oracle recognizes the ANSI or IBM datatype name that differs from the Oracle Database datatype name, records it as the name of the datatype of the column, and then stores the column data in an Oracle datatype based on the conversions shown in the tables that follow.

*Table 2–7    ANSI Datatypes Converted to Oracle Datatypes*

| ANSI SQL Datatype | ANSI SQL Datatype | Notes |
|---|---|---|
| CHARACTER(n)<br>CHAR(n) | CHAR(n) | |
| CHARACTER VARYING(n)<br>CHAR VARYING(n) | VARCHAR(n) | |
| NATIONAL CHARACTER(n)<br>NATIONAL CHAR(n)<br>NCHAR(n) | NCHAR(n) | |
| NATIONAL CHARACTER VARYING(n)<br>NATIONAL CHAR VARYING(n)<br>NCHAR VARYING(n) | NVARCHAR2(n) | |

Cloudera Exhibit 1020 - Page 85 of 1808

Databricks_R2_PA_00002221

Datatypes

*Table 2–7   (Cont.)  ANSI Datatypes Converted to Oracle Datatypes*

| ANSI SQL Datatype | ANSI SQL Datatype | Notes |
|---|---|---|
| NUMERIC(p,s)<br>DECIMAL(p,s)[a] | NUMBER(p,s) | [a]The NUMBERIC and DECIMAL datatypes can specify only fixed-point numbers. For those datatypes, s defaults to 0. |
| INTEGER<br>INT<br>SMALLINT | NUMBER(38) | |
| FLOAT(b)[b]<br>DOUBLE PRECISION[c]<br>REAL[d] | NUMBER | [b]The FLOAT datatype is a floating-point number with a binary precision b. The default precision for this datatypes is 126 binary, or 38 decimal.<br><br>[c]The DOUBLE PRECISION datatype is a floating-point number with binary precision 126.<br><br>[d]The REAL datatype is a floating-point number with a binary precision of 63, or 18 decimal. |

*Table 2–8   SQL/DS and DB2 Datatypes Converted to Oracle Datatypes*

| SQL/DS or DB2 Datatype | Oracle Datatype |
|---|---|
| CHARACTER(n) | CHAR(n) |
| VARCHAR(n) | VARCHAR(n) |
| LONG VARCHAR(n) | LONG |
| DECIMAL(p,s) (Note 1) | NUMBER(p,s) |
| INTEGER<br>SMALLINT | NUMBER(38) |
| FLOAT(b) (Note 2) | NUMBER |

**Note 1:** The DECIMAL datatype can specify only fixed-point numbers. For this datatype, s defaults to 0.

**Note 2:** The FLOAT datatype is a floating-point number with a binary precision b. The default precision for this datatype is 126 binary or 38 decimal.

Cloudera Exhibit 1020 - Page 86 of 1808

Databricks_R2_PA_00002222

Do not define columns with the following SQL/DS and DB2 datatypes, because they have no corresponding Oracle datatype:

- GRAPHIC

- LONG VARGRAPHIC

- VARGRAPHIC

- TIME

Note that data of type TIME can also be expressed as Oracle datetime data.

**See Also:** Datatypes in *Oracle Database SQL Reference*

## User-Defined Types

User-defined datatypes use Oracle built-in datatypes and other user-defined datatypes as the building blocks of object types that model the structure and behavior of data in applications. The sections that follow describe the various categories of user-defined types.

**See Also:**

- *Oracle Database Concepts* for information about Oracle built-in datatypes

- CREATE TYPE on page 17-3 and the CREATE TYPE BODY on page 17-26 for information about creating user-defined types

- *Oracle Database Application Developer's Guide - Fundamentals* for information about using user-defined types

### Object Types

Object types are abstractions of the real-world entities, such as purchase orders, that application programs deal with. An object type is a schema object with three kinds of components:

- A **name**, which identifies the object type uniquely within that schema

- **Attributes**, which are built-in types or other user-defined types. Attributes model the structure of the real-world entity.

- **Methods**, which are functions or procedures written in PL/SQL and stored in the database, or written in a language like C or Java and stored externally. Methods implement operations the application can perform on the real-world entity.

Cloudera Exhibit 1020 - Page 87 of 1808

Databricks_R2_PA_00002223

### REFs

An **object identifier** (OID) uniquely identifies an object and enables you to reference the object from other objects or from relational tables. A datatype category called REF represents such references. A REF is a container for an object identifier. REFs are pointers to objects.

When a REF value points to a nonexistent object, the REF is said to be "dangling". A dangling REF is different from a null REF. To determine whether a REF is dangling or not, use the condition IS [NOT] DANGLING. For example, given object view oc_ orders in the sample schema oe, the column customer_ref is of type REF to type customer_typ, which has an attribute cust_email:

```
SELECT o.customer_ref.cust_email
   FROM oc_orders o
   WHERE o.customer_ref IS NOT DANGLING;
```

### Varrays

An array is an ordered set of data elements. All elements of a given array are of the same datatype. Each element has an **index**, which is a number corresponding to the position of the element in the array.

The number of elements in an array is the size of the array. Oracle arrays are of variable size, which is why they are called **varrays**. You must specify a maximum size when you declare the varray.

When you declare a varray, it does not allocate space. It defines a type, which you can use as:

- The datatype of a column of a relational table
- An object type attribute
- A PL/SQL variable, parameter, or function return type

Oracle normally stores an array object either in line (that is, as part of the row data) or out of line (in a LOB), depending on its size. However, if you specify separate storage characteristics for a varray, then Oracle stores it out of line, regardless of its size. Please refer to the *varray_col_properties* of CREATE TABLE on page 16-44 for more information about varray storage.

### Nested Tables

A nested table type models an unordered set of elements. The elements may be built-in types or user-defined types. You can view a nested table as a single-column

Cloudera Exhibit 1020 - Page 88 of 1808

Databricks_R2_PA_00002224

table or, if the nested table is an object type, as a multicolumn table, with a column for each attribute of the object type.

A nested table definition does not allocate space. It defines a type, which you can use to declare:

■    The datatype of a column of a relational table

■    An object type attribute

■    A PL/SQL variable, parameter, or function return type

When a nested table appears as the type of a column in a relational table or as an attribute of the underlying object type of an object table, Oracle stores all of the nested table data in a single table, which it associates with the enclosing relational or object table.

## Oracle-Supplied Types

Oracle provides SQL-based interfaces for defining new types when the built-in or ANSI-supported types are not sufficient. The behavior for these types can be implemented in C/C++, Java, or PL/ SQL. Oracle Database automatically provides the low-level infrastructure services needed for input-output, heterogeneous client-side access for new datatypes, and optimizations for data transfers between the application and the database.

These interfaces can be used to build user-defined (or object) types and are also used by Oracle to create some commonly useful datatypes. Several such datatypes are supplied with the server, and they serve both broad horizontal application areas (for example, the `Any` types) and specific vertical ones (for example, the spatial types).

The Oracle-supplied types, along with cross-references to the documentation of their implementation and use, are described in the following sections:

■    Any Types

■    XML Types

■    Spatial Types

■    Media Types

## Any Types

The `Any` types provide highly flexible modeling of procedure parameters and table columns where the actual type is not known. These datatypes let you dynamically

Cloudera Exhibit 1020 - Page 89 of 1808

Databricks_R2_PA_00002225

encapsulate and access type descriptions, data instances, and sets of data instances of any other SQL type. These types have OCI and PL/SQL interfaces for construction and access.

### SYS.ANYTYPE

This type can contain a type description of any named SQL type or unnamed transient type.

### SYS.ANYDATA

This type contains an instance of a given type, with data, plus a description of the type. ANYDATA can be used as a table column datatype and lets you store heterogeneous values in a single column. The values can be of SQL built-in types as well as user-defined types.

### SYS.ANYDATASET

This type contains a description of a given type plus a set of data instances of that type. ANYDATASET can be used as a procedure parameter datatype where such flexibility is needed. The values of the data instances can be of SQL built-in types as well as user-defined types.

> **See Also:** *PL/SQL Packages and Types Reference* for information on the AnyType, AnyData, and AnyDataSet types

## XML Types

Extensible Markup Language (XML) is a standard format developed by the World Wide Web Consortium (W3C) for representing structured and unstructured data on the World Wide Web. Universal resource identifiers (URIs) identify resources such as Web pages anywhere on the Web. Oracle provides types to handle XML and URI data, as well as a class of URIs called DBURIRefs to access data stored within the database itself. It also provides a new set of types to store and access both external and internal URIs from within the database.

### XMLType

This Oracle-supplied type can be used to store and query XML data in the database. XMLType has member functions you can use to access, extract, and query the XML data using XPath expressions. XPath is another standard developed by the W3C committee to traverse XML documents. Oracle XMLType functions support many

Cloudera Exhibit 1020 - Page 90 of 1808

Databricks_R2_PA_00002226

W3C XPath expressions. Oracle also provides a set of SQL functions and PL/SQL packages to create `XMLType` values from existing relational or object-relational data.

`XMLType` is a system-defined type, so you can use it as an argument of a function or as the datatype of a table or view column. You can also create tables and views of `XMLType`. When you create an `XMLType` column in a table, you can choose to store the XML data in a `CLOB` column or object relationally.

You can also register the schema (using the `DBMS_XMLSCHEMA` package) and create a table or column conforming to the registered schema. In this case Oracle stores the XML data in underlying object-relational columns by default, but you can specify storage in a `CLOB` column even for schema-based data.

Queries and DML on `XMLType` columns operate the same regardless of the storage mechanism.

> **See Also:** *Oracle XML DB Developer's Guide*

## URI Datatypes

Oracle supplies a family of URI types—`URIType`, `DBURIType`, `XDBURIType`, and `HTTPURIType`—which are related by an inheritance hierarchy. `URIType` is an object type and the others are subtypes of `URIType`. Since `URIType` is the supertype, you can create columns of this type and store `DBURIType` or `HTTPURIType` type instances in this column.

**HTTPURIType**    You can use `HTTPURIType` to store URLs to external Web pages or to files. Oracle accesses these files using HTTP (Hypertext Transfer Protocol).

**XDBURIType**    You can use `XDBURIType` to expose documents in the XML database hierarchy as URIs that can be embedded in any `URIType` column in a table. The `XDBURIType` consists of a URL, which comprises the hierarchical name of the XML document to which it refers and an optional fragment representing the XPath syntax. The fragment is separated from the URL part by a pound sign (#). The following lines are examples of `XDBURIType`:

```
/home/oe/doc1.xml
/home/oe/doc1.xml#/orders/order_item
```

**DBURIType**    `DBURIType` can be used to store `DBURIRef`s, which reference data inside the database. Storing `DBURIRef`s lets you reference data stored inside or outside the database and access the data consistently.

`DBURIRef`s use an XPath-like representation to reference data inside the database. If you imagine the database as an XML tree, then you would see the tables, rows,

Datatypes

and columns as elements in the XML document. For example, the sample human
resources user `hr` would see the following XML tree:

```
<HR>
  <EMPLOYEES>
    <ROW>
      <EMPLOYEE_ID>205</EMPLOYEE_ID>
      <LAST_NAME>Higgins</LAST_NAME>
      <SALARY>12000</SALARY>
      .. <!-- other columns -->
    </ROW>
    ... <!-- other rows -->
  </EMPLOYEES>
  <!-- other tables..-->
</HR>
<!-- other user schemas on which you have some privilege on..-->
```

The `DBURIRef` is an XPath expression over this virtual XML document. So to
reference the `SALARY` value in the `EMPLOYEES` table for the employee with
employee number 205, we can write a `DBURIRef` as,

```
/HR/EMPLOYEES/ROW[EMPLOYEE_ID=205]/SALARY
```

Using this model, you can reference data stored in `CLOB` columns or other columns
and expose them as URLs to the external world.

### URIFactory Package

Oracle also provides the `URIFactory` package, which can create and return
instances of the various subtypes of the `URITypes`. The package analyzes the URL
string, identifies the type of URL (HTTP, `DBURI`, and so on), and creates an instance
of the subtype. To create a `DBURI` instance, the URL must start with the prefix
`/oradb`. For example, `URIFactory.getURI('/oradb/HR/EMPLOYEES')`
would create a `DBURIType` instance and
`URIFactory.getUri('/sys/schema')` would create an `XDBURIType` instance.

Cloudera Exhibit 1020 - Page 92 of 1808

Databricks_R2_PA_00002228

**See Also:**

- *Oracle Database Application Developer's Guide - Object-Relational Features* for general information on object types and type inheritance

- *Oracle XML Developer's Kit Programmer's Guide* for more information about these supplied types and their implementation

- *Oracle Streams Advanced Queuing User's Guide and Reference* for information about using XMLType with Oracle Advanced Queuing

## Spatial Types

Oracle Spatial is designed to make spatial data management easier and more natural to users of location-enabled applications, geographic information system (GIS) applications, and geoimaging applications. Once the spatial data is stored in an Oracle database, you can easily manipulate, retrieve, and relate it to all the other data stored in the database. The following datatypes are not available unless you have installed Oracle Spatial.

### SDO_GEOMETRY

The geometric description of a spatial object is stored in a single row, in a single column of object type SDO_GEOMETRY in a user-defined table. Any table that has a column of type SDO_GEOMETRY must have another column, or set of columns, that defines a unique primary key for that table. Tables of this sort are sometimes called geometry tables.

The SDO_GEOMETRY object type has the following definition:

```
CREATE TYPE SDO_GEOMETRY AS OBJECT (
    SDO_GTYPE        NUMBER,
    SDO_SRID         NUMBER,
    SDO_POINT        SDO_POINT_TYPE,
    SDO_ELEM_INFO    SDO_ELEM_INFO_ARRAY,
    SDO_ORDINATES    SDO_ORDINATE_ARRAY);
```

### SDO_GEORASTER

In the GeoRaster object-relational model, a raster grid or image object is stored in a single row, in a single column of object type SDO_GEORASTER in a user-defined table. Tables of this sort are called GeoRaster tables.

Cloudera Exhibit 1020 - Page 93 of 1808

Databricks_R2_PA_00002229

The SDO_GEORASTER object type has the following definition:

```
CREATE TYPE SDO_GEORASTER AS OBJECT (
    rasterType       NUMBER,
    spatialExtent    SDO_GEOMETRY,
    rasterDataTable  VARCHAR2(32),
    rasterID         NUMBER,
    metadata         XMLType);
```

> **See Also:** *Oracle Spatial User's Guide and Reference* and *Oracle Spatial GeoRaster* for information on the full implementation of the spatial datatypes and guidelines for using them

## Media Types

Oracle *inter*Media uses object types, similar to Java or C++ classes, to describe multimedia data. An instance of these object types consists of attributes, including metadata and the media data, and methods. The *inter*Media datatypes are created in the ORDSYS schema. Public synonyms exist for all the datatypes, so you can access them without specifying the schema name.

> **See Also:** *Oracle interMedia Reference* for information on the implementation of these types and guidelines for using them

### ORDAudio

The ORDAUDIO object type supports the storage and management of audio data.

### ORDImage

The ORDIMAGE object type supports the storage and management of image data.

### ORDImageSignature

The ORDImageSignature object type supports a compact representation of the color, texture, and shape information of image data.

### ORDVideo

The ORDVIDEO object type supports the storage and management of video data.

Cloudera Exhibit 1020 - Page 94 of 1808

Databricks_R2_PA_00002230

## ORDDoc

The `ORDDOC` object type supports storage and management of any type of media data, including audio, image and video data. Use this type when you want all media to be stored in a single column.

The following datatypes provide compliance with the ISO-IEC 13249-5 Still Image standard, commonly referred to as SQL/MM StillImage.

## SI_StillImage

The `SI_StillImage` object type represents digital images with inherent image characteristics such as height, width, and format.

## SI_Color

The `SI_Color` object type encapsulates color values.

## SI_AverageColor

The `SI_AverageColor` object type represents a feature that characterizes an image by its average color.

## SI_ColorHistogram

The `SI_ColorHistogram` object type represents a feature that characterizes an image by the relative frequencies of the colors exhibited by samples of the raw image.

## SI_PositionalColor

Given an image divided into n by m rectangles, the `SI_PositionalColor` object type represents the feature that characterizes an image by the n by m most significant colors of the rectangles.

## SI_Texture

The `SI_Texture` object type represents a feature that characterizes an image by the size of repeating items (coarseness), brightness variations (contrast), and predominant direction (directionality).

## SI_FeatureList

The `SI_FeatureList` object type is a list containing up to four of the image features represented by the preceding object types (`SI_AverageColor`, `SI_`

Cloudera Exhibit 1020 - Page 95 of 1808

Databricks_R2_PA_00002231

ColorHistogram, SI_PositionalColor, and SI_Texture), where each feature is associated with a feature weight.

## Expression Filter Type

The Oracle Expression Filter allows application developers to manage and evaluate conditional expressions that describe users' interests in data. The Expression Filter includes the following datatype:

### Expression

Expression Filter uses a virtual datatype called Expression to manage and evaluate conditional expressions as data in database tables. The Expression Filter creates a column of Expression datatype from a VARCHAR2 column by assigning an attribute set to the column. This assignment enables a data constraint that ensures the validity of expressions stored in the column.

You can define conditions using the EVALUATE operator on an Expression datatype to evaluate the expressions stored in a column for some data. If you are using Enterprise Edition, then you can also define an Expression Filter index on a column of Expression datatype to process queries using the EVALUATE operator.

> **See Also:**   *Oracle Database Application Developer's Guide - Expression Filter* for more information on the Expression Filter

# Datatype Comparison Rules

This section describes how Oracle Database compares values of each datatype.

## Numeric Values

A larger value is considered greater than a smaller one. All negative numbers are less than zero and all positive numbers. Thus, -1 is less than 100; -100 is less than -1.

The floating-point value NaN (not a number) is greater than any other numeric value and is equal to itself.

> **See Also:**   "Numeric Precedence" on page 2-17 and "Floating-Point Numbers" on page 2-14 for more information on comparison semantics

Cloudera Exhibit 1020 - Page 96 of 1808

Databricks_R2_PA_00002232

## Date Values

A later date is considered greater than an earlier one. For example, the date equivalent of '29-MAR-1997' is less than that of '05-JAN-1998' and '05-JAN-1998 1:35pm' is greater than '05-JAN-1998 10:09am'.

## Character String Values

Character values are compared using one of these comparison rules:

- Blank-padded comparison semantics
- Nonpadded comparison semantics

The following sections explain these comparison semantics.

**Blank-Padded Comparison Semantics**    If the two values have different lengths, then Oracle first adds blanks to the end of the shorter one so their lengths are equal. Oracle then compares the values character by character up to the first character that differs. The value with the greater character in the first differing position is considered greater. If two values have no differing characters, then they are considered equal. This rule means that two values are equal if they differ only in the number of trailing blanks. Oracle uses blank-padded comparison semantics only when both values in the comparison are either expressions of datatype CHAR, NCHAR, text literals, or values returned by the USER function.

**Nonpadded Comparison Semantics**    Oracle compares two values character by character up to the first character that differs. The value with the greater character in that position is considered greater. If two values of different length are identical up to the end of the shorter one, then the longer value is considered greater. If two values of equal length have no differing characters, then the values are considered equal. Oracle uses nonpadded comparison semantics whenever one or both values in the comparison have the datatype VARCHAR2 or NVARCHAR2.

The results of comparing two character values using different comparison semantics may vary. The table that follows shows the results of comparing five pairs of character values using each comparison semantic. Usually, the results of blank-padded and nonpadded comparisons are the same. The last comparison in the table illustrates the differences between the blank-padded and nonpadded comparison semantics.

Cloudera Exhibit 1020 - Page 97 of 1808

Databricks_R2_PA_00002233

Datatype Comparison Rules

| Blank-Padded | Nonpadded |
|---|---|
| 'ac' > 'ab' | 'ac' > 'ab' |
| 'ab' > 'a ' | 'ab' > 'a    ' |
| 'ab' > 'a' | 'ab' > 'a' |
| 'ab' = 'ab' | 'ab' = 'ab' |
| 'a    ' = 'a' | 'a    ' > 'a' |

## Single Characters

Oracle compares single characters according to their numeric values in the database character set. One character is greater than another if it has a greater numeric value than the other in the character set. Oracle considers blanks to be less than any character, which is true in most character sets.

These are some common character sets:

- 7-bit ASCII (American Standard Code for Information Interchange)
- EBCDIC Code (Extended Binary Coded Decimal Interchange Code)
- ISO 8859/1 (International Standards Organization)
- JEUC Japan Extended UNIX

Portions of the ASCII and EBCDIC character sets appear in Table 2–9 and Table 2–10. Uppercase and lowercase letters are not equivalent. The numeric values for the characters of a character set may not match the linguistic sequence for a particular language.

*Table 2–9    ASCII Character Set*

| Symbol | Decimal value | Symbol | Decimal value |
|---|---|---|---|
| blank | 32 | ; | 59 |
| ! | 33 | < | 60 |
| " | 34 | = | 61 |
| # | 35 | > | 62 |
| $ | 36 | ? | 63 |
| % | 37 | @ | 64 |
| & | 38 | A-Z | 65-90 |

Cloudera Exhibit 1020 - Page 98 of 1808

Databricks_R2_PA_00002234

**Table 2–9    (Cont.) ASCII Character Set**

| Symbol | Decimal value | Symbol | Decimal value |
|---|---|---|---|
| ' | 39 | [ | 91 |
| ( | 40 | \ | 92 |
| ) | 41 | ] | 93 |
| * | 42 | ^ | 94 |
| + | 43 | _ | 95 |
| , | 44 | ' | 96 |
| – | 45 | a-z | 97–122 |
| . | 46 | { | 123 |
| / | 47 | \| | 124 |
| 0-9 | 48-57 | } | 125 |
| : | 58 | ~ | 126 |

**Table 2–10    EBCDIC Character Set**

| Symbol | Decimal value | Symbol | Decimal value |
|---|---|---|---|
| blank | 64 | % | 108 |
| ¢ | 74 | _ | 109 |
| . | 75 | > | 110 |
| < | 76 | ? | 111 |
| ( | 77 | : | 122 |
| + | 78 | # | 123 |
| \| | 79 | @ | 124 |
| & | 80 | ' | 125 |
| ! | 90 | = | 126 |
| $ | 91 | " | 127 |
| * | 92 | a-i | 129-137 |
| ) | 93 | j-r | 145-153 |
| ; | 94 | s-z | 162-169 |

Cloudera Exhibit 1020 - Page 99 of 1808

Datatype Comparison Rules

*Table 2–10   (Cont.) EBCDIC Character Set*

| Symbol | Decimal value | Symbol | Decimal value |
|--------|---------------|--------|---------------|
| ÿ | 95 | A-I | 193-201 |
| ¬ | 96 | J-R | 209-217 |
| / | 97 | S-Z | 226-233 |

## Object Values

Object values are compared using one of two comparison functions: MAP and ORDER. Both functions compare object type instances, but they are quite different from one another. These functions must be specified as part of any object type that will be compared with other object types.

> **See Also:** CREATE TYPE on page 17-3 for a description of MAP and ORDER methods and the values they return

## Varrays and Nested Tables

You cannot compare varrays. Comparison of nested tables is described in "Comparison Conditions" on page 6-4.

**Datatype Precedence**   Oracle uses datatype precedence to determine implicit datatype conversion, which is discussed in the section that follows. Oracle datatypes take the following precedence:

- Datetime and interval datatypes
- BINARY_DOUBLE
- BINARY_FLOAT
- NUMBER
- Character datatypes
- All other built-in datatypes

## Data Conversion

Generally an expression cannot contain values of different datatypes. For example, an expression cannot multiply 5 by 10 and then add 'JAMES'. However, Oracle supports both implicit and explicit conversion of values from one datatype to another.

Cloudera Exhibit 1020 - Page 100 of 1808

Databricks_R2_PA_00002236

## Implicit and Explicit Data Conversion

Oracle recommends that you specify explicit conversions, rather than rely on implicit or automatic conversions, for these reasons:

- SQL statements are easier to understand when you use explicit datatype conversion functions.

- Implicit datatype conversion can have a negative impact on performance, especially if the datatype of a column value is converted to that of a constant rather than the other way around.

- Implicit conversion depends on the context in which it occurs and may not work the same way in every case. For example, implicit conversion from a datetime value to a VARCHAR2 value may return an unexpected year depending on the value of the NLS_DATE_FORMAT parameter.

- Algorithms for implicit conversion are subject to change across software releases and among Oracle products. Behavior of explicit conversions is more predictable.

## Implicit Data Conversion

Oracle Database automatically converts a value from one datatype to another when such a conversion makes sense. Table 2–11 is a matrix of Oracle implicit conversions. The table shows all possible conversions, without regard to the direction of the conversion or the context in which it is made. The rules governing these details follow the table.

*Table 2–11    Implicit Type Conversion Matrix*

| | CHAR | VARCHAR2 | NCHAR | NVARCHAR | DATE | DATETIME/ INTERVAL | NUMBER | BINARY_FLOAT | BINARY_DOUBLE | LONG | RAW | ROWID | CLOB | BLOB | NCLOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHAR | — | X | X | X | X | X | X | X | X | X | X | — | X | — | — |
| VARCHAR2 | X | — | X | X | X | X | X | X | X | X | X | X | X | — | — |
| DATE | X | X | X | X | — | — | — | — | — | — | — | — | — | — | — |
| DATETIME/ INTERVAL | X | X | X | X | — | — | — | — | — | X | — | — | — | — | — |
| LONG | X | X | X | X | — | X | — | — | — | — | X | — | X | — | X |
| NUMBER | X | X | X | X | — | — | — | X | X | — | — | — | — | — | — |

Cloudera Exhibit 1020 - Page 101 of 1808

Databricks_R2_PA_00002237

Datatype Comparison Rules

*Table 2–11   (Cont.)  Implicit Type Conversion Matrix*

| | CHAR | VARCHAR2 | NCHAR | NVARCHAR | DATE | DATETIME/ INTERVAL | NUMBER | BINARY_FLOAT | BINARY_DOUBLE | LONG | RAW | ROWID | CLOB | BLOB | NCLOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAW | X | X | X | X | — | — | — | — | — | X | — | — | — | X | — |
| ROWID | X | X | X | X | — | — | — | — | — | — | — | — | — | — | — |
| CLOB | X | X | X | X | — | — | — | — | — | X | — | — | X | — | X |
| BLOB | — | — | — | — | — | — | — | — | — | — | X | — | — | — | — |
| NCHAR | X | X | — | X | X | X | X | X | X | X | X | X | — | — | X |
| NVARCHAR2 | X | X | X | — | X | X | X | X | X | X | X | X | — | — | X |
| NCLOB | X | X | X | X | — | — | — | — | — | X | — | — | X | — | — |
| BINARY_ FLOAT | X | X | X | X | — | — | X | — | X | — | — | — | — | — | — |
| BINARY_ DOUBLE | X | X | X | X | — | — | X | X | — | — | — | — | — | — | — |

The following rules govern the direction in which Oracle Database makes implicit datatype conversions:

- During `INSERT` and `UPDATE` operations, Oracle converts the value to the datatype of the affected column.

- During `SELECT FROM` operations, Oracle converts the data from the column to the type of the target variable.

- When comparing a character value with a numeric value, Oracle converts the character data to a numeric value.

- Conversions between character values or `NUMBER` values and floating-point number values can be inexact, because the character types and `NUMBER` use decimal precision to represent the numeric value, and the floating-point numbers use binary precision.

- Conversions from `BINARY_FLOAT` to `BINARY_DOUBLE` are exact.

- Conversions from `BINARY_DOUBLE` to `BINARY_FLOAT` are inexact if the `BINARY_DOUBLE` value uses more bits of precision that supported by the `BINARY_FLOAT`.

Cloudera Exhibit 1020 - Page 102 of 1808

Databricks_R2_PA_00002238

- When comparing a character value with a DATE value, Oracle converts the character data to DATE.

- When you use a SQL function or operator with an argument of a datatype other than the one it accepts, Oracle converts the argument to the accepted datatype.

- When making assignments, Oracle converts the value on the right side of the equal sign (=) to the datatype of the target of the assignment on the left side.

- During concatenation operations, Oracle converts from noncharacter datatypes to CHAR or NCHAR.

- During arithmetic operations on and comparisons between character and noncharacter datatypes, Oracle converts from any character datatype to a numeric, date, or rowid, as appropriate. In arithmetic operations between CHAR/VARCHAR2 and NCHAR/NVARCHAR2, Oracle converts to a NUMBER.

- Comparisons between CHAR and VARCHAR2 and between NCHAR and NVARCHAR2 types may entail different character sets. The default direction of conversion in such cases is from the database character set to the national character set. Table 2–12 shows the direction of implicit conversions between different character types.

- Most SQL character functions are enabled to accept CLOBs as parameters, and Oracle performs implicit conversions between CLOB and character types. Therefore, functions that are not yet enabled for CLOBs can accept CLOBs through implicit conversion. In such cases, Oracle converts the CLOBs to CHAR or VARCHAR2 before the function is invoked. If the CLOB is larger than 4000 bytes, then Oracle converts only the first 4000 bytes to CHAR.

**Table 2–12    Conversion Direction of Different Character Types**

|  | to CHAR | to VARCHAR2 | to NCHAR | to NVARCHAR2 |
|---|---|---|---|---|
| from CHAR | — | VARCHAR2 | NCHAR | NVARCHAR2 |
| from VARCHAR2 | VARCHAR2 | — | NVARCHAR2 | NVARCHAR2 |
| from NCHAR | NCHAR | NCHAR | — | NVARCHAR2 |
| from NVARCHAR2 | NVARCHAR2 | NVARCHAR2 | NVARCHAR2 | — |

## Implicit Data Conversion Examples

**Text Literal Example**    The text literal '10' has datatype CHAR. Oracle implicitly converts it to the NUMBER datatype if it appears in a numeric expression as in the following statement:

Cloudera Exhibit 1020 - Page 103 of 1808

Databricks_R2_PA_00002239

```
SELECT salary + '10'
   FROM employees;
```

**Character and Number Values Example**   When a condition compares a character value and a `NUMBER` value, Oracle implicitly converts the character value to a `NUMBER` value, rather than converting the `NUMBER` value to a character value. In the following statement, Oracle implicitly converts '200' to 200:

```
SELECT last_name
   FROM employees
   WHERE employee_id = '200';
```

**Date Example**   In the following statement, Oracle implicitly converts `'03-MAR-97'` to a `DATE` value using the default date format `'DD-MON-YY'`:

```
SELECT last_name
   FROM employees
   WHERE hire_date = '03-MAR-97';
```

**Rowid Example**   In the following statement, Oracle implicitly converts the text literal `'AAAFYmAAFAAAAFGAAH'` to a rowid value. (Rowids are unique within a database, so to use this example you must know an actual rowid in your database.)

```
SELECT last_name
   FROM employees
   WHERE ROWID = 'AAAFd1AAFAAAABSAAH';
```

## Explicit Data Conversion

You can explicitly specify datatype conversions using SQL conversion functions. Table 2–13 shows SQL functions that explicitly convert a value from one datatype to another.

You cannot specify `LONG` and `LONG RAW` values in cases in which Oracle can perform implicit datatype conversion. For example, `LONG` and `LONG RAW` values cannot appear in expressions with functions or operators. Please refer to "LONG Datatype" on page 2-17 for information on the limitations on `LONG` and `LONG RAW` datatypes.

Cloudera Exhibit 1020 - Page 104 of 1808

Databricks_R2_PA_00002240

**Table 2–13    Explicit Type Conversions**

| | to CHAR, VARCHAR2, NCHAR, NVARCHAR2 | to NUMBER | to Datetime/Interval | to RAW | to ROWID | to LONG, LONG RAW | to CLOB, NCLOB, BLOB | to BINARY_FLOAT | to BINARY_DOUBLE |
|---|---|---|---|---|---|---|---|---|---|
| from CHAR, VARCHAR2, NCHAR, NVARCHAR2 | TO_CHAR (char.) TO_NCHAR (char.) | TO_NUMBER | TO_DATE TO_TIMESTAMP TO_TIMESTAMP_TZ TO_YMINTERVAL TO_DSINTERVAL | HEXTORAW | CHARTO= ROWID | — | TO_CLOB TO_NCLOB | TO_BINARY_FLOAT | TO_BINARY_DOUBLE |
| from NUMBER | TO_CHAR (number) TO_NCHAR (number) | — | TO_DATE NUMTOYM-INTERVAL NUMTODS-INTERVAL | — | — | — | — | TO_BINARY_FLOAT | TO_BINARY_DOUBLE |
| from Datetime/ Interval | TO_CHAR (date) TO_NCHAR (datetime) | — | — | — | — | — | — | — | — |
| from RAW | RAWTOHEX RAWTONHEX | — | — | — | — | — | TO_BLOB | — | — |
| from ROWID | ROWIDTOCHAR | — | — | — | — | — | — | — | — |
| from LONG / LONG RAW | — | — | — | — | — | — | TO_LOB | — | — |
| from CLOB, NCLOB, BLOB | TO_CHAR TO_NCHAR | — | — | — | — | — | TO_CLOB TO_NCLOB | — | — |

Cloudera Exhibit 1020 - Page 105 of 1808

Databricks_R2_PA_00002241

Literals

*Table 2–13    (Cont.)  Explicit Type Conversions*

| | to CHAR, VARCHAR2, NCHAR, NVARCHAR2 | to NUMBER | to Datetime/ Interval | to RAW | to ROWID | to LONG, LONG RAW | to CLOB, NCLOB, BLOB | to BINARY_FLOAT | to BINARY_DOUBLE |
|---|---|---|---|---|---|---|---|---|---|
| **from CLOB, NCLOB, BLOB** | TO_CHAR<br>TO_NCHAR | — | — | — | — | — | TO_CLOB<br>TO_NCLOB | — | — |
| **from BINARY_ FLOAT** | TO_CHAR (char.)<br>TO_NCHAR (char.) | TO_ NUMBER | — | — | — | — | — | TO_ BINARY_ FLOAT | TO_ BINARY_ DOUBLE |
| **from BINARY_ DOUBLE** | TO_CHAR (char.)<br>TO_NCHAR (char.) | TO_ NUMBER | — | — | — | — | — | TO_ BINARY_ FLOAT | TO_ BINARY_ DOUBLE |

**See Also:**  "Conversion Functions" on page 7-6 for details on all of the explicit conversion functions

# Literals

The terms **literal** and **constant value** are synonymous and refer to a fixed data value. For example, 'JACK', 'BLUE ISLAND', and '101' are all character literals; 5001 is a numeric literal. Character literals are enclosed in single quotation marks so that Oracle can distinguish them from schema object names.

This section contains these topics:

- Text Literals
- Integer Literals
- Numeric Literals
- Interval Literals

Many SQL statements and functions require you to specify character and numeric literal values. You can also specify literals as part of expressions and conditions. You can specify character literals with the '*text*' notation, national character literals with the *N*'*text*' notation, and numeric literals with the *integer*, or *number*

Cloudera Exhibit 1020 - Page 106 of 1808

Databricks_R2_PA_00002242

notation, depending on the context of the literal. The syntactic forms of these notations appear in the sections that follow.

To specify a datetime or interval datatype as a literal, you must take into account any optional precisions included in the datatypes. Examples of specifying datetime and interval datatypes as literals are provided in the relevant sections of "Datatypes" on page 2-1.

## Text Literals

Text specifies a text or character literal. You must use this notation to specify values whenever *'text'* or *char* appear in expressions, conditions, SQL functions, and SQL statements in other parts of this reference. This reference uses the terms **text literal** and **character literal** interchangeably.

The syntax of text is as follows:

**text::=**



where

- N or n specifies the literal using the national character set. Text entered using this notation is translated into the national character set by Oracle when used.

In the top branch of the syntax:

- *c* is any member of the user's character set. A single quotation mark (') within the literal must be preceded by an escape character. To represent one single quotation mark within a literal, enter two single quotation marks.

- '' are two single quotation marks that begin and end text literals.

In the bottom branch of the syntax:

- Q or q indicates that the alternative quoting mechanism will be used. This mechanism allows a wide range of delimiters for the text string.

- The outermost ' ' are two single quotation marks that precede and follow, respectively, the opening and closing *quote_delimiter*.

Cloudera Exhibit 1020 - Page 107 of 1808

Databricks_R2_PA_00002243

- *c* is any member of the user's character set. You can include quotation marks (") in the text literal made up of c characters. You can also include the `quote_delimiter`, as long as it is not immediately followed by a single quotation mark.

- *quote_delimiter* is any single- or multibyte character except space, tab, and return. The *quote_delimiter* can be a single quotation mark. However, if the *quote_delimiter* appears in the text literal itself, ensure that it is not immediately followed by a single quotation mark.

  If the opening *quote_delimiter* is one of [, {, <, or (, then the closing *quote_delimiter* must be the corresponding ], }, >, or ). In all other cases, the opening and closing *quote_delimiter* must be the same character.

Text literals have properties of both the CHAR and VARCHAR2 datatypes:

- Within expressions and conditions, Oracle treats text literals as though they have the datatype CHAR by comparing them using blank-padded comparison semantics.

- A text literal can have a maximum length of 4000 bytes.

Here are some valid text literals:

```
'Hello'
'ORACLE.dbs'
'Jackie''s raincoat'
'09-MAR-98'
N'nchar literal'
```

Here are some valid text literals using the alternative quoting mechanism:

```
q'!name LIKE '%DBMS_%%'!'
q'<'So,' she said, 'It's finished.'>'
q'{SELECT * FROM employees WHERE last_name = 'Smith';}'
nq'ï Ÿ1234 ï'
q'"name like '['"'
```

> **See Also:** "Blank-Padded Comparison Semantics" on page 2-51

## Numeric Literals

Use numeric literal notation to specify fixed and floating-point numbers.

Cloudera Exhibit 1020 - Page 108 of 1808

### Integer Literals

You must use the integer notation to specify an integer whenever *integer* appears in expressions, conditions, SQL functions, and SQL statements described in other parts of this reference.

The syntax of *integer* is as follows:

**integer::=**



where *digit* is one of 0, 1, 2, 3, 4, 5, 6, 7, 8, 9.

An integer can store a maximum of 38 digits of precision.

Here are some valid integers:

```
7
+255
```

### NUMBER and Floating-Point Literals

You must use the number or floating-point notation to specify values whenever *number* or *n* appears in expressions, conditions, SQL functions, and SQL statements in other parts of this reference.

The syntax of *number* is as follows:

**number::=**



Cloudera Exhibit 1020 - Page 109 of 1808

where

- + or - indicates a positive or negative value. If you omit the sign, then a positive value is the default.

- `digit` is one of 0, 1, 2, 3, 4, 5, 6, 7, 8 or 9.

- e or E indicates that the number is specified in scientific notation. The digits after the E specify the exponent. The exponent can range from -130 to 125.

- f or F indicates that the number is a 32-bit binary floating point number (of type `BINARY_FLOAT`).

- d or D indicates that the number is a 64-bit binary floating point number (of type `BINARY_DOUBLE`)

  If you omit f or F and d or D, then the number is of type `NUMBER`.

  The suffixes f (F) and d (D) are supported only in floating-point number literals, not in character strings that are to be converted to `NUMBER`. That is, if Oracle is expecting a `NUMBER` and it encounters the string `'9'`, then it converts the string to the number 9. However, if Oracle encounters the string `'9f'`, then conversion fails and an error is returned.

A number of type `NUMBER` can store a maximum of 38 digits of precision. If the literal requires more precision than provided by `NUMBER`, `BINARY_FLOAT`, or `BINARY_DOUBLE`, then Oracle truncates the value. If the range of the literal exceeds the range supported by `NUMBER`, `BINARY_FLOAT`, or `BINARY_DOUBLE`, then Oracle raises an error.

If you have established a decimal character other than a period (.) with the initialization parameter `NLS_NUMERIC_CHARACTERS`, then you must specify numeric literals with `'text'` notation. In these cases, Oracle automatically converts the text literal to a numeric value.

> **Note:** You cannot use this notation for floating-point number literals.

For example, if the `NLS_NUMERIC_CHARACTERS` parameter specifies a decimal character of comma, specify the number 5.123 as follows:

`'5,123'`

> **See Also:** ALTER SESSION on page 11-59 and *Oracle Database Reference*

Cloudera Exhibit 1020 - Page 110 of 1808

Databricks_R2_PA_00002246

Here are some valid NUMBER literals:

```
25
+6.34
0.5
25e-03
-1
```

Here are some valid floating-point number literals:

```
25f
+6.34F
0.5d
-1D
```

You can also use the following supplied floating-point literals in situations where a value cannot be expressed as a numeric literal:

| Literal | Meaning | Example |
|---|---|---|
| binary_float_nan | A value of type BINARY_FLOAT for which the condition IS NAN is true | SELECT COUNT(*)<br>FROM employees<br>WHERE TO_BINARY_FLOAT(commission_pct)<br>IS NOT NAN; |
| binary_float_infinity | Single-precision positive infinity | SELECT COUNT(*)<br>FROM employees<br>WHERE salary < BINARY_FLOAT_INFINITY; |
| binary_double_nan | A value of type BINARY_DOUBLE for which the condition IS NAN is true | SELECT COUNT(*)<br>FROM employees<br>WHERE TO_BINARY_DOUBLE(commission_pct)<br>IS NOT NAN; |
| binary_double_infinity | Double-precision positive infinity | SELECT COUNT(*)<br>FROM employees<br>WHERE salary < BINARY_FLOAT_INFINITY; |

## Interval Literals

An interval literal specifies a period of time. You can specify these differences in terms of years and months, or in terms of days, hours, minutes, and seconds. Oracle Database supports two types of interval literals, YEAR TO MONTH and DAY TO SECOND. Each type contains a leading field and may contain a trailing field. The leading field defines the basic unit of date or time being measured. The trailing field defines the smallest increment of the basic unit being considered. For example, a

Cloudera Exhibit 1020 - Page 111 of 1808

Databricks_R2_PA_00002247

Literals

YEAR TO MONTH interval considers an interval of years to the nearest month. A DAY TO MINUTE interval considers an interval of days to the nearest minute.

If you have date data in numeric form, then you can use the NUMTOYMINTERVAL or NUMTODSINTERVAL conversion function to convert the numeric data into interval values.

Interval literals are used primarily with analytic functions.

> **See Also:** "Analytic Functions" on page 7-11, NUMTODSINTERVAL on page 7-129, NUMTOYMINTERVAL on page 7-130, and *Oracle Data Warehousing Guide*

### INTERVAL YEAR TO MONTH

Specify YEAR TO MONTH interval literals using the following syntax:

**interval_year_to_month::=**



where

- '*integer [-integer]*' specifies integer values for the leading and optional trailing field of the literal. If the leading field is YEAR and the trailing field is MONTH, then the range of integer values for the month field is 0 to 11.

- *precision* is the maximum number of digits in the leading field. The valid range of the leading field precision is 0 to 9 and its default value is 2.

**Restriction on the Leading Field**   If you specify a trailing field, it must be less significant than the leading field. For example, INTERVAL '0-1' MONTH TO YEAR is not valid.

The following INTERVAL YEAR TO MONTH literal indicates an interval of 123 years, 2 months:

```
INTERVAL '123-2' YEAR(3) TO MONTH
```

Cloudera Exhibit 1020 - Page 112 of 1808

Databricks_R2_PA_00002248

Examples of the other forms of the literal follow, including some abbreviated versions:

| Form of Interval Literal | Interpretation |
|---|---|
| `INTERVAL '123-2' YEAR(3) TO MONTH` | An interval of 123 years, 2 months. You must specify the leading field precision if it is greater than the default of 2 digits. |
| `INTERVAL '123' YEAR(3)` | An interval of 123 years 0 months. |
| `INTERVAL '300' MONTH(3)` | An interval of 300 months. |
| `INTERVAL '4' YEAR` | Maps to `INTERVAL '4-0' YEAR TO MONTH` and indicates 4 years. |
| `INTERVAL '50' MONTH` | Maps to `INTERVAL '4-2' YEAR TO MONTH` and indicates 50 months or 4 years 2 months. |
| `INTERVAL '123' YEAR` | Returns an error, because the default precision is 2, and '123' has 3 digits. |

You can add or subtract one `INTERVAL YEAR TO MONTH` literal to or from another to yield another `INTERVAL YEAR TO MONTH` literal. For example:

```
INTERVAL '5-3' YEAR TO MONTH + INTERVAL'20' MONTH =
INTERVAL '6-11' YEAR TO MONTH
```

## INTERVAL DAY TO SECOND

Specify `DAY TO SECOND` interval literals using the following syntax:

Cloudera Exhibit 1020 - Page 113 of 1808

Databricks_R2_PA_00002249

Literals

**interval_day_to_second::=**



where

- *integer* specifies the number of days. If this value contains more digits than the number specified by the leading precision, then Oracle returns an error.

- *time_expr* specifies a time in the format `HH[:MI[:SS[.n]]]` or `MI[:SS[.n]]` or `SS[.n]`, where *n* specifies the fractional part of a second. If *n* contains more digits than the number specified by *fractional_seconds_precision*, then *n* is rounded to the number of digits specified by the *fractional_seconds_precision* value. You can specify *time_expr* following an integer and a space only if the leading field is `DAY`.

- *leading_precision* is the number of digits in the leading field. Accepted values are 0 to 9. The default is 2.

- *fractional_seconds_precision* is the number of digits in the fractional part of the `SECOND` datetime field. Accepted values are 1 to 9. The default is 6.

Cloudera Exhibit 1020 - Page 114 of 1808

Databricks_R2_PA_00002250

**Restriction on the Leading Field:**   If you specify a trailing field, it must be less significant than the leading field. For example, `INTERVAL MINUTE TO DAY` is not valid. As a result of this restriction, if `SECOND` is the leading field, the interval literal cannot have any trailing field.

The valid range of values for the trailing field are as follows:

- `HOUR`: **0 to 23**
- `MINUTE`: **0 to 59**
- `SECOND`: **0 to 59.999999999**

Examples of the various forms of `INTERVAL DAY TO SECOND` literals follow, including some abbreviated versions:

| Form of Interval Literal | Interpretation |
|---|---|
| `INTERVAL '4 5:12:10.222' DAY TO SECOND(3)` | 4 days, 5 hours, 12 minutes, 10 seconds, and 222 thousandths of a second. |
| `INTERVAL '4 5:12' DAY TO MINUTE` | 4 days, 5 hours and 12 minutes. |
| `INTERVAL '400 5' DAY(3) TO HOUR` | 400 days 5 hours. |
| `INTERVAL '400' DAY(3)` | 400 days. |
| `INTERVAL '11:12:10.2222222' HOUR TO SECOND(7)` | 11 hours, 12 minutes, and 10.2222222 seconds. |
| `INTERVAL '11:20' HOUR TO MINUTE` | 11 hours and 20 minutes. |
| `INTERVAL '10' HOUR` | 10 hours. |
| `INTERVAL '10:22' MINUTE TO SECOND` | 10 minutes 22 seconds. |
| `INTERVAL '10' MINUTE` | 10 minutes. |
| `INTERVAL '4' DAY` | 4 days. |
| `INTERVAL '25' HOUR` | 25 hours. |
| `INTERVAL '40' MINUTE` | 40 minutes. |
| `INTERVAL '120' HOUR(3)` | 120 hours |
| `INTERVAL '30.12345' SECOND(2,4)` | 30.1235 seconds. The fractional second '12345' is rounded to '1235' because the precision is 4. |

You can add or subtract one `DAY TO SECOND` interval literal from another `DAY TO SECOND` literal. For example.

Basic Elements of Oracle SQL   **2-69**

Cloudera Exhibit 1020 - Page 115 of 1808

```
INTERVAL'20' DAY - INTERVAL'240' HOUR = INTERVAL'10-0' DAY TO SECOND
```

# Format Models

A **format model** is a character literal that describes the format of datetime or numeric data stored in a character string. A format model does not change the internal representation of the value in the database. When you convert a character string into a date or number, a format model determines how Oracle Database interprets the string. In SQL statements, you can use a format model as an argument of the `TO_CHAR` and `TO_DATE` functions to specify:

- The format for Oracle to use to return a value from the database

- The format for a value you have specified for Oracle to store in the database

For example,

- The datetime format model for the string `'17:45:29'` is `'HH24:MI:SS'`.

- The datetime format model for the string `'11-Nov-1999'` is `'DD-Mon-YYYY'`.

- The number format model for the string `'$2,304.25'` is `'$9,999.99'`.

For lists of number and datetime format model elements, see Table 2–14, " Number Format Elements" on page 2-72 and Table 2–16, " Datetime Format Elements" on page 2-77.

The values of some formats are determined by the value of initialization parameters. For such formats, you can specify the characters returned by these format elements implicitly using the initialization parameter `NLS_TERRITORY`. You can change the default date format for your session with the `ALTER SESSION` statement.

> **See Also:**
>
> - ALTER SESSION on page 11-59 for information on changing the values of these parameters and Format Model Examples on page 2-84 for examples of using format models
>
> - TO_CHAR (datetime) on page 7-235, TO_CHAR (number) on page 7-237, and TO_DATE on page 7-240
>
> - *Oracle Database Reference* and *Oracle Database Globalization Support Guide* for information on these parameters

This remainder of this section describes how to use:

- Number Format Models
- Datetime Format Models
- Format Model Modifiers

## Number Format Models

You can use number format models in the following functions:

- In the `TO_CHAR` function to translate a value of `NUMBER`, `BINARY_FLOAT`, or `BINARY_DOUBLE` datatype to `VARCHAR2` datatype

- In the `TO_NUMBER` function to translate a value of `CHAR` or `VARCHAR2` datatype to `NUMBER` datatype

- In the `TO_BINARY_FLOAT` and `TO_BINARY_DOUBLE` functions to translate `CHAR` and `VARCHAR2` expressions to `BINARY_FLOAT` or `BINARY_DOUBLE` values

All number format models cause the number to be rounded to the specified number of significant digits. If a value has more significant digits to the left of the decimal place than are specified in the format, then pound signs (#) replace the value. This event typically occurs when you are using `TO_CHAR` with a restrictive number format string, causing a rounding operation.

- If a positive `NUMBER` value is extremely large and cannot be represented in the specified format, then the infinity sign (~) replaces the value. Likewise, if a negative `NUMBER` value is extremely small and cannot be represented by the specified format, then the negative infinity sign replaces the value (-~).

- If a `BINARY_FLOAT` or `BINARY_DOUBLE` value is converted to `CHAR` or `NCHAR`, and the input is either infinity or `NaN` (not a number), then Oracle always returns the pound signs to replace the value.

### Number Format Elements

A number format model is composed of one or more number format elements. The tables that follow list the elements of a number format model and provide some examples.

Negative return values automatically contain a leading negative sign and positive values automatically contain a leading space unless the format model contains the `MI`, `S`, or `PR` format element.

Cloudera Exhibit 1020 - Page 117 of 1808

Databricks_R2_PA_00002253

Format Models

*Table 2–14    Number Format Elements*

| Element | Example | Description |
|---|---|---|
| , (comma) | 9,999 | Returns a comma in the specified position. You can specify multiple commas in a number format model. |
| | | **Restrictions:** |
| | | ▪ A comma element cannot begin a number format model. |
| | | ▪ A comma cannot appear to the right of a decimal character or period in a number format model. |
| . (period) | 99.99 | Returns a decimal point, which is a period (.) in the specified position. |
| | | **Restriction:** You can specify only one period in a number format model. |
| $ | $9999 | Returns value with a leading dollar sign. |
| 0 | 0999 | Returns leading zeros. |
| | 9990 | Returns trailing zeros. |
| 9 | 9999 | Returns value with the specified number of digits with a leading space if positive or with a leading minus if negative. |
| | | Leading zeros are blank, except for a zero value, which returns a zero for the integer part of the fixed-point number. |
| B | B9999 | Returns blanks for the integer part of a fixed-point number when the integer part is zero (regardless of zeros in the format model). |
| C | C999 | Returns in the specified position the ISO currency symbol (the current value of the NLS_ISO_CURRENCY parameter). |
| D | 99D99 | Returns in the specified position the decimal character, which is the current value of the NLS_NUMERIC_CHARACTER parameter. The default is a period (.). |
| | | **Restriction:** You can specify only one decimal character in a number format model. |
| EEEE | 9.9EEEE | Returns a value using in scientific notation. |
| G | 9G999 | Returns in the specified position the group separator (the current value of the NLS_NUMERIC_CHARACTER parameter). You can specify multiple group separators in a number format model. |
| | | **Restriction:** A group separator cannot appear to the right of a decimal character or period in a number format model. |
| L | L999 | Returns in the specified position the local currency symbol (the current value of the NLS_CURRENCY parameter). |

Cloudera Exhibit 1020 - Page 118 of 1808

Databricks_R2_PA_00002254

*Table 2–14   (Cont.) Number Format Elements*

| Element | Example | Description |
|---|---|---|
| MI | 9999MI | Returns negative value with a trailing minus sign (-). |
| | | Returns positive value with a trailing blank. |
| | | **Restriction:** The MI format element can appear only in the last position of a number format model. |
| PR | 9999PR | Returns negative value in <angle brackets>. |
| | | Returns positive value with a leading and trailing blank. |
| | | **Restriction:** The PR format element can appear only in the last position of a number format model. |
| RN | RN | Returns a value as Roman numerals in uppercase. |
| rn | rn | Returns a value as Roman numerals in lowercase. |
| | | Value can be an integer between 1 and 3999. |
| S | S9999 | Returns negative value with a leading minus sign (-). |
| | | Returns positive value with a leading plus sign (+). |
| | 9999S | Returns negative value with a trailing minus sign (-). |
| | | Returns positive value with a trailing plus sign (+). |
| | | **Restriction:** The S format element can appear only in the first or last position of a number format model. |
| TM | TM | The text minimum number format model returns (in decimal output) the smallest number of characters possible. This element is case insensitive. |
| | | The default is TM9, which returns the number in fixed notation unless the output exceeds 64 characters. If the output exceeds 64 characters, then Oracle Database automatically returns the number in scientific notation. |
| | | **Restrictions:** |
| | | ▪ You cannot precede this element with any other element. |
| | | ▪ You can follow this element only with one 9 or one E (or e), but not with any combination of these. The following statement returns an error: |
| | | ▪ `SELECT TO_CHAR(1234, 'TM9e') FROM DUAL;` |

Cloudera Exhibit 1020 - Page 119 of 1808

Format Models

*Table 2–14    (Cont.) Number Format Elements*

| Element | Example | Description |
|---------|---------|-------------|
| U | U9999 | Returns in the specified position the Euro (or other) dual currency symbol (the current value of the NLS_DUAL_CURRENCY parameter). |
| V | 999V99 | Returns a value multiplied by $10^n$ (and if necessary, round it up), where $n$ is the number of 9's after the V. |
| X | XXXX<br><br>xxxx | Returns the hexadecimal value of the specified number of digits. If the specified number is not an integer, then Oracle Database rounds it to an integer.<br><br>**Restrictions:**<br><br>■ This element accepts only positive values or 0. Negative values return an error.<br><br>■ You can precede this element only with 0 (which returns leading zeroes) or FM. Any other elements return an error. If you specify neither 0 nor FM with X, then the return always has 1 leading blank. |

Table 2–15 shows the results of the following query for different values of *number* and *'fmt'*:

```
SELECT TO_CHAR(number, 'fmt')
    FROM DUAL;
```

*Table 2–15    Results of Number Conversions*

| number | 'fmt' | Result |
|--------|-------|--------|
| -1234567890 | 9999999999S | '1234567890-' |
| 0 | 99.99 | '   .00' |
| +0.1 | 99.99 | '   .10' |
| -0.2 | 99.99 | '  -.20' |
| 0 | 90.99 | '  0.00' |
| +0.1 | 90.99 | '  0.10' |
| -0.2 | 90.99 | ' -0.20' |
| 0 | 9999 | '    0' |
| 1 | 9999 | '    1' |
| 0 | B9999 | '     ' |
| 1 | B9999 | '    1' |

Cloudera Exhibit 1020 - Page 120 of 1808

Table 2–15   (Cont.)  Results of Number Conversions

| number | 'fmt' | Result |
|---|---|---|
| 0 | B90.99 | '       ' |
| +123.456 | 999.999 | ' 123.456' |
| -123.456 | 999.999 | '-123.456' |
| +123.456 | FM999.009 | '123.456' |
| +123.456 | 9.9EEEE | '  1.2E+02' |
| +1E+123 | 9.9EEEE | ' 1.0E+123' |
| +123.456 | FM9.9EEEE | '1.2E+02' |
| +123.45 | FM999.009 | '123.45' |
| +123.0 | FM999.009 | '123.00' |
| +123.45 | L999.99 | '           $123.45' |
| +123.45 | FML999.99 | '$123.45' |
| +1234567890 | 9999999999S | '1234567890+' |

## Datetime Format Models

You can use datetime format models in the following functions:

- In the TO_* datetime functions to translate a character value that is in a format other than the default format into a datetime value. (The TO_* datetime functions are TO_CHAR, TO_DATE, TO_TIMESTAMP, TO_TIMESTAMP_TZ, TO_YMINTERVAL, and TO_DSINTERVAL.)

- In the TO_CHAR function to translate a datetime value that is in a format other than the default format into a string (for example, to print the date from an application)

The total length of a datetime format model cannot exceed 22 characters.

The default datetime formats are specified either explicitly with the initialization parameter NLS_DATE_FORMAT or implicitly with the initialization parameter NLS_TERRITORY. You can change the default datetime formats for your session with the ALTER SESSION statement.

> **See Also:** ALTER SESSION on page 11-59 and *Oracle Database Globalization Support Guide* for information on the NLS parameters

Cloudera Exhibit 1020 - Page 121 of 1808

## Datetime Format Elements

A datetime format model is composed of one or more datetime format elements as listed in Table 2–16, " Datetime Format Elements" on page 2-77.

- For input format models, format items cannot appear twice, and format items that represent similar information cannot be combined. For example, you cannot use 'SYYYY' and 'BC' in the same format string.

- Some of the datetime format elements cannot be used in the TO_* datetime functions, as noted in Table 2–16.

- The following datetime format elements can be used in timestamp and interval format models, but not in the original DATE format model: FF, TZD, TZH, TZM, and TZR.

- Many datetime format elements are blank padded to a specific length. Please refer to the format model modifier FM on page 2-84 for more information.

**Uppercase Letters in Date Format Elements**   Capitalization in a spelled-out word, abbreviation, or Roman numeral follows capitalization in the corresponding format element. For example, the date format model 'DAY' produces capitalized words like 'MONDAY'; 'Day' produces 'Monday'; and 'day' produces 'monday'.

**Punctuation and Character Literals in Datetime Format Models**   You can include these characters in a date format model:

- Punctuation such as hyphens, slashes, commas, periods, and colons

- Character literals, enclosed in double quotation marks

These characters appear in the return value in the same location as they appear in the format model.

Cloudera Exhibit 1020 - Page 122 of 1808

Databricks_R2_PA_00002258

**Table 2–16    Datetime Format Elements**

| Element | Specify in TO_* datetime functions?[a] | Meaning |
|---|---|---|
| -<br>/<br>,<br>.<br>;<br>:<br>"text" | Yes | Punctuation and quoted text is reproduced in the result. |
| AD<br>A.D. | Yes | AD indicator with or without periods. |
| AM<br>A.M. | Yes | Meridian indicator with or without periods. |
| BC<br>B.C. | Yes | BC indicator with or without periods. |
| CC<br>SCC | No | Century.<br>■ If the last 2 digits of a 4-digit year are between 01 and 99 (inclusive), then the century is one greater than the first 2 digits of that year.<br>■ If the last 2 digits of a 4-digit year are 00, then the century is the same as the first 2 digits of that year.<br>For example, 2002 returns 21; 2000 returns 20. |
| D | Yes | Day of week (1-7). |
| DAY | Yes | Name of day, padded with blanks to length of 9 characters. |
| DD | Yes | Day of month (1-31). |
| DDD | Yes | Day of year (1-366). |
| DL | Yes | Returns a value in the long date format, which is an extention of Oracle Database's DATE format (the current value of the NLS_DATE_FORMAT parameter). Makes the appearance of the date components (day name, month number, and so forth) depend on the NLS_TERRITORY and NLS_LANGUAGE parameters. For example, in the AMERICAN_AMERICA locale, this is equivalent to specifying the format 'fmDay, Month dd, yyyy'. In the GERMAN_GERMANY locale, it is equivalent to specifying the format 'fmDay, dd. Month yyyy'.<br><br>**Restriction:** You can specify this format only with the TS element, separated by white space. |

Cloudera Exhibit 1020 - Page 123 of 1808

Format Models

*Table 2–16   (Cont.) Datetime Format Elements*

| Element | Specify in TO_* datetime functions?[a] | Meaning |
|---|---|---|
| DS | Yes | Returns a value in the short date format. Makes the appearance of the date components (day name, month number, and so forth) depend on the NLS_TERRITORY and NLS_LANGUAGE parameters. For example, in the AMERICAN_AMERICA locale, this is equivalent to specifying the format 'MM/DD/RRRR'. In the ENGLISH_UNITED_KINGDOM locale, it is equivalent to specifying the format 'DD/MM/RRRR'. |
| | | **Restriction:** You can specify this format only with the TS element, separated by white space. |
| DY | Yes | Abbreviated name of day. |
| E | No | Abbreviated era name (Japanese Imperial, ROC Official, and Thai Buddha calendars). |
| EE | No | Full era name (Japanese Imperial, ROC Official, and Thai Buddha calendars). |
| FF [1..9] | Yes | Fractional seconds; no radix character is printed (use the X format element to add the radix character). Use the numbers 1 to 9 after FF to specify the number of digits in the fractional second portion of the datetime value returned. If you do not specify a digit, then Oracle Database uses the precision specified for the datetime datatype or the datatype's default precision. |
| | | **Examples:** 'HH:MI:SS.FF' |
| | | SELECT TO_CHAR(SYSTIMESTAMP, 'SS.FF3') from dual; |
| FM | Yes | Returns a value with no leading or trailing blanks. |
| | | **See Also**: Additional discussion on this format model modifier in the *Oracle Database SQL Reference* |
| FX | Yes | Requires exact matching between the character data and the format model. |
| | | **See Also**: Additional discussion on this format model modifier in the *Oracle Database SQL Reference* |
| HH | Yes | Hour of day (1-12). |
| HH12 | No | Hour of day (1-12). |
| HH24 | Yes | Hour of day (0-23). |
| IW | No | Week of year (1-52 or 1-53) based on the ISO standard. |

Cloudera Exhibit 1020 - Page 124 of 1808

Databricks_R2_PA_00002260

*Table 2–16   (Cont.) Datetime Format Elements*

| Element | Specify in TO_* datetime functions?[a] | Meaning |
|---------|------------------------------------------|---------|
| IYY<br>IY<br>I | No | Last 3, 2, or 1 digit(s) of ISO year. |
| IYYY | No | 4-digit year based on the ISO standard. |
| J | Yes | Julian day; the number of days since January 1, 4712 BC. Number specified with J must be integers. |
| MI | Yes | Minute (0-59). |
| MM | Yes | Month (01-12; January = 01). |
| MON | Yes | Abbreviated name of month. |
| MONTH | Yes | Name of month, padded with blanks to length of 9 characters. |
| PM<br>P.M. | No | Meridian indicator with or without periods. |
| Q | No | Quarter of year (1, 2, 3, 4; January - March = 1). |
| RM | Yes | Roman numeral month (I-XII; January = I). |
| RR | Yes | Lets you store 20th century dates in the 21st century using only two digits.<br><br>**See Also:** Additional discussion on RR datetime format element in the *Oracle Database SQL Reference* |
| RRRR | Yes | Round year. Accepts either 4-digit or 2-digit input. If 2-digit, provides the same return as RR. If you do not want this functionality, then enter the 4-digit year. |
| SS | Yes | Second (0-59). |
| SSSSS | Yes | Seconds past midnight (0-86399). |
| TS | Yes | Returns a value in the short time format. Makes the appearance of the time components (hour, minutes, and so forth) depend on the NLS_TERRITORY and NLS_LANGUAGE initialization parameters.<br><br>**Restriction:** You can specify this format only with the DL or DS element, separated by white space. |

Cloudera Exhibit 1020 - Page 125 of 1808

Databricks_R2_PA_00002261

Format Models

*Table 2–16   (Cont.)  Datetime Format Elements*

| Element | Specify in TO_* datetime functions?[a] | Meaning |
|---------|------------------------------|---------|
| TZD | Yes | Daylight savings information. The TZD value is an abbreviated time zone string with daylight savings information. It must correspond with the region specified in TZR. |
| | | **Example:** PST (for US/Pacific standard time); PDT (for US/Pacific daylight time). |
| TZH | Yes | Time zone hour. (See TZM format element.) |
| | | **Example:** 'HH:MI:SS.FFTZH:TZM'. |
| TZM | Yes | Time zone minute. (See TZH format element.) |
| | | **Example:** 'HH:MI:SS.FFTZH:TZM'. |
| TZR | Yes | Time zone region information. The value must be one of the time zone regions supported in the database. |
| | | **Example:** US/Pacific |
| WW | No | Week of year (1-53) where week 1 starts on the first day of the year and continues to the seventh day of the year. |
| W | No | Week of month (1-5) where week 1 starts on the first day of the month and ends on the seventh. |
| X | Yes | Local radix character. |
| | | **Example:** 'HH:MI:SSXFF'. |
| Y,YYY | Yes | Year with comma in this position. |
| YEAR SYEAR | No | Year, spelled out; S prefixes BC dates with a minus sign (-). |
| YYYY SYYYY | Yes | 4-digit year; S prefixes BC dates with a minus sign. |
| YYY YY Y | Yes | Last 3, 2, or 1 digit(s) of year. |

Oracle returns an error if an alphanumeric character is found in the date string where a punctuation character is found in the format string. For example, the following format string returns an error:

```
TO_CHAR (TO_DATE('0297','MM/YY'), 'MM/YY')
```

Cloudera Exhibit 1020 - Page 126 of 1808

Databricks_R2_PA_00002262

## Datetime Format Elements and Globalization Support

The functionality of some datetime format elements depends on the country and language in which you are using Oracle Database. For example, these datetime format elements return spelled values:

- MONTH
- MON
- DAY
- DY
- BC or AD or B.C. or A.D.
- AM or PM or A.M or P.M.

The language in which these values are returned is specified either explicitly with the initialization parameter NLS_DATE_LANGUAGE or implicitly with the initialization parameter NLS_LANGUAGE. The values returned by the YEAR and SYEAR datetime format elements are always in English.

The datetime format element D returns the number of the day of the week (1-7). The day of the week that is numbered 1 is specified implicitly by the initialization parameter NLS_TERRITORY.

> **See Also:** *Oracle Database Reference* and *Oracle Database Globalization Support Guide* for information on globalization support initialization parameters

## ISO Standard Date Format Elements

Oracle calculates the values returned by the datetime format elements IYYY, IYY, IY, I, and IW according to the ISO standard. For information on the differences between these values and those returned by the datetime format elements YYYY, YYY, YY, Y, and WW, see the discussion of globalization support in *Oracle Database Globalization Support Guide*.

## The RR Datetime Format Element

The RR datetime format element is similar to the YY datetime format element, but it provides additional flexibility for storing date values in other centuries. The RR datetime format element lets you store 20th century dates in the 21st century by specifying only the last two digits of the year.

Cloudera Exhibit 1020 - Page 127 of 1808

Databricks_R2_PA_00002263

Format Models

If you use the `TO_DATE` function with the `YY` datetime format element, then the year returned always has the same first 2 digits as the current year. If you use the `RR` datetime format element instead, then the century of the return value varies according to the specified two-digit year and the last two digits of the current year.

That is:

- If the specified two-digit year is 00 to 49, then

  - If the last two digits of the current year are 00 to 49, then the returned year has the same first two digits as the current year.

  - If the last two digits of the current year are 50 to 99, then the first 2 digits of the returned year are 1 greater than the first 2 digits of the current year.

- If the specified two-digit year is 50 to 99, then

  - If the last two digits of the current year are 00 to 49, then the first 2 digits of the returned year are 1 less than the first 2 digits of the current year.

  - If the last two digits of the current year are 50 to 99, then the returned year has the same first two digits as the current year.

The following examples demonstrate the behavior of the RR datetime format element.

**RR Datetime Format Examples**

Assume these queries are issued between 1950 and 1999:

```
SELECT TO_CHAR(TO_DATE('27-OCT-98', 'DD-MON-RR') ,'YYYY') "Year"
   FROM DUAL;

Year
----
1998

SELECT TO_CHAR(TO_DATE('27-OCT-17', 'DD-MON-RR') ,'YYYY') "Year"
   FROM DUAL;

Year
----
2017
```

Now assume these queries are issued between 2000 and 2049:

```
SELECT TO_CHAR(TO_DATE('27-OCT-98', 'DD-MON-RR') ,'YYYY') "Year"
   FROM DUAL;
```

Cloudera Exhibit 1020 - Page 128 of 1808

Databricks_R2_PA_00002264

```
Year
----
1998

SELECT TO_CHAR(TO_DATE('27-OCT-17', 'DD-MON-RR') ,'YYYY') "Year"
    FROM DUAL;

Year
----
2017
```

Note that the queries return the same values regardless of whether they are issued before or after the year 2000. The RR datetime format element lets you write SQL statements that will return the same values from years whose first two digits are different.

### Datetime Format Element Suffixes

Table 2–17 lists suffixes that can be added to datetime format elements:

*Table 2–17    Date Format Element Suffixes*

| Suffix | Meaning | Example Element | Example Value |
|---|---|---|---|
| TH | Ordinal Number | DDTH | 4TH |
| SP | Spelled Number | DDSP | FOUR |
| SPTH or THSP | Spelled, ordinal number | DDSPTH | FOURTH |

**Notes:**

- When you add one of these suffixes to a datetime format element, the return value is always in English.

- Datetime suffixes are valid only to format output. You cannot use them to insert a date into the database.

## Format Model Modifiers

The FM and FX modifiers, used in format models in the TO_CHAR function, control blank padding and exact format checking.

A modifier can appear in a format model more than once. In such a case, each subsequent occurrence toggles the effects of the modifier. Its effects are enabled for the portion of the model following its first occurrence, and then disabled for the

Cloudera Exhibit 1020 - Page 129 of 1808

Databricks_R2_PA_00002265

portion following its second, and then reenabled for the portion following its third, and so on.

**FM**   Fill mode. Oracle uses blank characters to fill format elements to a constant width equal to the largest element for the relevant format model in the current session language. For example, when NLS_LANGUAGE is AMERICAN, the largest element for MONTH is SEPTEMBER, so all values of the MONTH format element are padded to 9 display characters. This modifier suppresses blank padding in the return value of the TO_CHAR function:

- In a datetime format element of a TO_CHAR function, this modifier suppresses blanks in subsequent character elements (such as MONTH) and suppresses leading zeroes for subsequent number elements (such as MI) in a date format model. Without FM, the result of a character element is always right padded with blanks to a fixed length, and leading zeroes are always returned for a number element. With FM, which suppresses blank padding, the length of the return value may vary.

- In a number format element of a TO_CHAR function, this modifier suppresses blanks added to the left of the number, so that the result is left-justified in the output buffer. Without FM, the result is always right-justified in the buffer, resulting in blank-padding to the left of the number.

**FX**   Format exact. This modifier specifies exact matching for the character argument and datetime format model of a TO_DATE function:

- Punctuation and quoted text in the character argument must exactly match (except for case) the corresponding parts of the format model.

- The character argument cannot have extra blanks. Without FX, Oracle ignores extra blanks.

- Numeric data in the character argument must have the same number of digits as the corresponding element in the format model. Without FX, numbers in the character argument can omit leading zeroes.

  When FX is enabled, you can disable this check for leading zeroes by using the FM modifier as well.

If any portion of the character argument violates any of these conditions, then Oracle returns an error message.

### Format Model Examples

The following statement uses a date format model to return a character expression:

Databricks_R2_PA_00002266

```
SELECT TO_CHAR(SYSDATE, 'fmDDTH')||' of '||TO_CHAR
   (SYSDATE, 'fmMonth')||', '||TO_CHAR(SYSDATE, 'YYYY') "Ides"
    FROM DUAL;

Ides
-----------------
3RD of April, 1998
```

The preceding statement also uses the FM modifier. If FM is omitted, then the month is blank-padded to nine characters:

```
SELECT TO_CHAR(SYSDATE, 'DDTH')||' of '||
   TO_CHAR(SYSDATE, 'Month')||', '||
   TO_CHAR(SYSDATE, 'YYYY') "Ides"
   FROM DUAL;

Ides
-----------------------
03RD of April    , 1998
```

The following statement places a single quotation mark in the return value by using a date format model that includes two consecutive single quotation marks:

```
SELECT TO_CHAR(SYSDATE, 'fmDay')||'''s Special' "Menu"
   FROM DUAL;

Menu
-----------------
Tuesday's Special
```

Two consecutive single quotation marks can be used for the same purpose within a character literal in a format model.

Table 2–18 shows whether the following statement meets the matching conditions for different values of *char* and '*fmt*' using FX (the table named `table` has a column `date_column` of datatype DATE):

```
UPDATE table
  SET date_column = TO_DATE(char, 'fmt');
```

Cloudera Exhibit 1020 - Page 131 of 1808

Databricks_R2_PA_00002267

Format Models

---

**Table 2–18    Matching Character Data and Format Models with the FX Format Model Modifier**

| char | 'fmt' | Match or Error? |
|------|-------|-----------------|
| '15/ JAN /1998' | 'DD-MON-YYYY' | Match |
| ' 15! JAN % /1998' | 'DD-MON-YYYY' | Error |
| '15/JAN/1998' | 'FXDD-MON-YYYY' | Error |
| '15-JAN-1998' | 'FXDD-MON-YYYY' | Match |
| '1-JAN-1998' | 'FXDD-MON-YYYY' | Error |
| '01-JAN-1998' | 'FXDD-MON-YYYY' | Match |
| '1-JAN-1998' | 'FXFMDD-MON-YYYY' | Match |

**Format of Return Values: Examples**    You can use a format model to specify the format for Oracle to use to return values from the database to you.

The following statement selects the salaries of the employees in Department 80 and uses the TO_CHAR function to convert these salaries into character values with the format specified by the number format model '$99,990.99'

```
SELECT last_name employee, TO_CHAR(salary, '$99,990.99')
   FROM employees
   WHERE department_id = 80;
```

Because of this format model, Oracle returns salaries with leading dollar signs, commas every three digits, and two decimal places.

The following statement selects the date on which each employee from Department 20 was hired and uses the TO_CHAR function to convert these dates to character strings with the format specified by the date format model 'fmMonth DD, YYYY':

```
SELECT last_name employee,
    TO_CHAR(hire_date,'fmMonth DD, YYYY') hiredate
    FROM employees
    WHERE department_id = 20;
```

With this format model, Oracle returns the hire dates without blank padding (as specified by fm), two digits for the day, and the century included in the year.

> **See Also:**    "Format Model Modifiers" on page 2-83 for a description of the fm format element

Cloudera Exhibit 1020 - Page 132 of 1808

**Supplying the Correct Format Model: Examples**   When you insert or update a column value, the datatype of the value that you specify must correspond to the column datatype of the column. You can use format models to specify the format of a value that you are converting from one datatype to another datatype required for a column.

For example, a value that you insert into a `DATE` column must be a value of the `DATE` datatype or a character string in the default date format (Oracle implicitly converts character strings in the default date format to the `DATE` datatype). If the value is in another format, then you must use the `TO_DATE` function to convert the value to the `DATE` datatype. You must also use a format model to specify the format of the character string.

The following statement updates `Hunold`'s hire date using the `TO_DATE` function with the format mask 'YYYY MM DD' to convert the character string '1998 05 20' to a `DATE` value:

```
UPDATE employees
  SET hire_date = TO_DATE('1998 05 20','YYYY MM DD')
  WHERE last_name = 'Hunold';
```

## String-to-Date Conversion Rules

The following additional formatting rules apply when converting string values to date values (unless you have used the `FX` or `FXFM` modifiers in the format model to control exact format checking):

- You can omit punctuation included in the format string from the date string if all the digits of the numerical format elements, including leading zeros, are specified. In other words, specify 02 and not 2 for two-digit format elements such as MM, DD, and YY.

- You can omit time fields found at the end of a format string from the date string.

- If a match fails between a datetime format element and the corresponding characters in the date string, then Oracle attempts alternative format elements, as shown in Table 2–19.

**Table 2–19    Oracle Format Matching**

| Original Format Element | Additional Format Elements to Try in Place of the Original |
| --- | --- |
| `'MM'` | `'MON'` and `'MONTH'` |

Cloudera Exhibit 1020 - Page 133 of 1808

Databricks_R2_PA_00002269

Format Models

*Table 2–19   (Cont.)  Oracle Format Matching*

| Original Format Element | Additional Format Elements to Try in Place of the Original |
|---|---|
| `'MON` | `'MONTH'` |
| `'MONTH'` | `'MON'` |
| `'YY'` | `'YYYY'` |
| `'RR'` | `'RRRR'` |

## XML Format Model

The `SYS_XMLGEN` function returns an instance of type `XMLType` containing an XML document. Oracle provides the `XMLFormat` object, which lets you format the output of the `SYS_XMLGEN` function.

Table 2–20 lists and describes the attributes of the `XMLFormat` object. The function that implements this type follows the table.

> **See Also:**
>
> - SYS_XMLGEN on page 7-226 for information on the SYS_XMLGEN function
>
> - *Oracle XML API Reference* and *Oracle XML Developer's Kit Programmer's Guide* for more information on the implementation of the `XMLFormat` object and its use

Cloudera Exhibit 1020 - Page 134 of 1808

Databricks_R2_PA_00002270

*Table 2–20    Attributes of the XMLFormat Object*

| Attribute | Datatype | Purpose |
|---|---|---|
| enclTag | VARCHAR2(100) | The name of the enclosing tag for the result of the SYS_XMLGEN function. If the input to the function is a column name, the default is the column name. Otherwise the default is ROW. When schemaType is set to USE_GIVEN_SCHEMA, this attribute also gives the name of the XMLSchema element. |
| schemaType | VARCHAR2(100) | The type of schema generation for the output document. Valid values are 'NO_SCHEMA' and 'USE_GIVEN_SCHEMA'. The default is 'NO_SCHEMA'. |
| schemaName | VARCHAR2(4000) | The name of the target schema Oracle uses if the value of the schemaType is 'USE_GIVEN_SCHEMA'. If you specify schemaName, then Oracle uses the enclosing tag as the element name. |
| processingIns | VARCHAR2(4000) | User-provided processing instructions, which are appended to the top of the function output before the element. |

The function that implements the XMLFormat object follows:

```
STATIC FUNCTION createFormat(
    enclTag IN varchar2 := 'ROWSET',
    schemaType IN varchar2 := 'NO_SCHEMA',
    schemaName IN varchar2 := null,
    processingIns IN varchar2 := null) RETURN XMLGenFormatType
      deterministic parallel_enable,
  MEMBER PROCEDURE genSchema (spec IN varchar2),
  MEMBER PROCEDURE setSchemaName(schemaName IN varchar2),
  MEMBER PROCEDURE setEnclosingElementName(enclTag IN varchar2),
  MEMBER PROCEDURE setProcessingIns(pi IN varchar2),
  CONSTRUCTOR FUNCTION XMLGenFormatType (
    enclTag IN varchar2 := 'ROWSET',
    schemaType IN varchar2 := 'NO_SCHEMA',
    schemaName IN varchar2 := null,
    processingIns IN varchar2 := null) RETURN SELF AS RESULT
      deterministic parallel_enable,
```

## Nulls

If a column in a row has no value, then the column is said to be **null**, or to contain null. Nulls can appear in columns of any datatype that are not restricted by NOT

Cloudera Exhibit 1020 - Page 135 of 1808

Nulls

NULL or PRIMARY KEY integrity constraints. Use a null when the actual value is not known or when a value would not be meaningful.

Do not use null to represent a value of zero, because they are not equivalent.

> **Note:**   Oracle Database currently treats a character value with a length of zero as null. However, this may not continue to be true in future releases, and Oracle recommends that you do not treat empty strings the same as nulls.

Any arithmetic expression containing a null always evaluates to null. For example, null added to 10 is null. In fact, all operators (except concatenation) return null when given a null operand.

## Nulls in SQL Functions

All scalar functions (except REPLACE, NVL, and CONCAT) return null when given a null argument. You can use the NVL function to return a value when a null occurs. For example, the expression NVL(commission_pct,0) returns 0 if commission_pct is null or the value of commission_pct if it is not null.

Most aggregate functions ignore nulls. For example, consider a query that averages the five values 1000, null, null, null, and 2000. Such a query ignores the nulls and calculates the average to be (1000+2000)/2 = 1500.

## Nulls with Comparison Conditions

To test for nulls, use only the comparison conditions IS NULL and IS NOT NULL. If you use any other condition with nulls and the result depends on the value of the null, then the result is UNKNOWN. Because null represents a lack of data, a null cannot be equal or unequal to any value or to another null. However, Oracle considers two nulls to be equal when evaluating a DECODE function. Please refer to DECODE on page 7-61 for syntax and additional information.

Oracle also considers two nulls to be equal if they appear in compound keys. That is, Oracle considers identical two compound keys containing nulls if all the non-null components of the keys are equal.

## Nulls in Conditions

A condition that evaluates to UNKNOWN acts almost like FALSE. For example, a SELECT statement with a condition in the WHERE clause that evaluates to UNKNOWN

Cloudera Exhibit 1020 - Page 136 of 1808

returns no rows. However, a condition evaluating to UNKNOWN differs from FALSE in that further operations on an UNKNOWN condition evaluation will evaluate to UNKNOWN. Thus, NOT FALSE evaluates to TRUE, but NOT UNKNOWN evaluates to UNKNOWN.

Table 2–21 shows examples of various evaluations involving nulls in conditions. If the conditions evaluating to UNKNOWN were used in a WHERE clause of a SELECT statement, then no rows would be returned for that query.

*Table 2–21    Conditions Containing Nulls*

| Condition | Value of A | Evaluation |
|---|---|---|
| a IS NULL | 10 | FALSE |
| a IS NOT NULL | 10 | TRUE |
| a IS NULL | NULL | TRUE |
| a IS NOT NULL | NULL | FALSE |
| a = NULL | 10 | UNKNOWN |
| a != NULL | 10 | UNKNOWN |
| a = NULL | NULL | UNKNOWN |
| a != NULL | NULL | UNKNOWN |
| a = 10 | NULL | UNKNOWN |
| a != 10 | NULL | UNKNOWN |

For the truth tables showing the results of logical conditions containing nulls, see Table 6–5 on page 6-10, Table 6–6 on page 6-10, and Table 6–7 on page 6-11.

# Comments

You can associate comments with SQL statements and schema objects.

## Comments Within SQL Statements

Comments can make your application easier for you to read and maintain. For example, you can include a comment in a statement that describes the purpose of the statement within your application. With the exception of hints, comments within SQL statements do not affect the statement execution. Please refer to "Hints" on page 2-93 on using this particular form of comment.

Cloudera Exhibit 1020 - Page 137 of 1808

Databricks_R2_PA_00002273

Comments

A comment can appear between any keywords, parameters, or punctuation marks in a statement. You can include a comment in a statement in two ways:

- Begin the comment with a slash and an asterisk (/*). Proceed with the text of the comment. This text can span multiple lines. End the comment with an asterisk and a slash (*/). The opening and terminating characters need not be separated from the text by a space or a line break.

- Begin the comment with -- (two hyphens). Proceed with the text of the comment. This text cannot extend to a new line. End the comment with a line break.

Some of the tools used to enter SQL have additional restrictions. For example, if you are using SQL*Plus, by default you cannot have a blank line inside a multiline comment. For more information, please refer to the documentation for the tool you use as an interface to the database.

A SQL statement can contain multiple comments of both styles. The text of a comment can contain any printable characters in your database character set.

**Example**   These statements contain many comments:

```
SELECT last_name, salary + NVL(commission_pct, 0),
   job_id, e.department_id
/* Select all employees whose compensation is
greater than that of Pataballa.*/
  FROM employees e, departments d
       /*The DEPARTMENTS table is used to get the department name.*/
  WHERE e.department_id = d.department_id
    AND salary + NVL(commission_pct,0) >   /* Subquery:       */
    (SELECT salary + NVL(commission_pct,0)
                /* total compensation is salar + commission_pct */
      FROM employees
      WHERE last_name = 'Pataballa');

SELECT last_name,                      -- select the name
    salary + NVL(commission_pct, 0),-- total compensation
    job_id,                        -- job
    e.department_id                -- and department
  FROM employees e,                -- of all employees
       departments d
  WHERE e.department_id = d.department_id
    AND salary + NVL(commission_pct, 0) > -- whose compensation
                                      -- is greater than
      (SELECT salary + NVL(commission_pct,0)  -- the compensation
      FROM employees
```

Cloudera Exhibit 1020 - Page 138 of 1808

Databricks_R2_PA_00002274

```
    WHERE last_name = 'Pataballa')        -- of Pataballa.
;
```

## Comments on Schema Objects

You can associate a comment with a table, view, materialized view, or column using the COMMENT command. Comments associated with schema objects are stored in the data dictionary. Please refer to COMMENT on page 13-73 for a description of comments.

## Hints

You can use comments in a SQL statement to pass instructions, or **hints**, to the Oracle Database optimizer. The optimizer uses these hints as suggestions for choosing an execution plan for the statement.

A statement block can have only one comment containing hints, and that comment must follow the SELECT, UPDATE, INSERT, or DELETE keyword. The following syntax shows hints contained in both styles of comments that Oracle supports within a statement block.

```
{DELETE|INSERT|SELECT|UPDATE} /*+ hint [text] [hint[text]]... */
```

**or**

```
{DELETE|INSERT|SELECT|UPDATE} --+ hint [text] [hint[text]]...
```

where:

- DELETE, INSERT, SELECT, or UPDATE is a DELETE, INSERT, SELECT, or UPDATE keyword that begins a statement block. Comments containing hints can appear only after these keywords.

- + is a plus sign that causes Oracle to interpret the comment as a list of hints. The plus sign must follow immediately after the comment delimiter (no space is permitted).

- *hint* is one of the hints discussed in this section. The space between the plus sign and the hint is optional. If the comment contains multiple hints, then separate the hints by at least one space.

- *text* is other commenting text that can be interspersed with the hints.

Oracle Database treats misspelled hints as regular comments and does not return an error.

Cloudera Exhibit 1020 - Page 139 of 1808

Databricks_R2_PA_00002275

Comments

---

Many hints can apply both to specific tables or indexes and more globally to tables within a view or to columns that are part of indexes. The syntactic elements `tablespec` and `indexspec` define these **global hints**. For information on when to use global hints and how Oracle interprets them, please refer to *Oracle Database Performance Tuning Guide*.

**tablespec::=**



**indexspec::=**



Table 2–22 lists the hints by functional category and contains cross-references to its syntax. (In HTML and PDF, the cross-references are hyperlinks.) An alphabetical listing of the hints, including syntax, follows the table.

> **See Also:** *Oracle Database Performance Tuning Guide* for more information on using hints to optimize SQL statements and on detailed information about using the `tablespec` and `indexspec` syntax

*Table 2–22    Hints by Functional Category*

| Category | Hint Name | Link to Syntax |
|---|---|---|
| Optimization Goals and Approaches | ALL_ROWS | all_rows_hint::= on page 2-97 |
| | FIRST_ROWS | first_rows_hint::= on page 2-98 |
| | RULE | rule_hint::= on page 2-104 |

Cloudera Exhibit 1020 - Page 140 of 1808

Databricks_R2_PA_00002276

*Table 2–22   (Cont.) Hints by Functional Category*

| Category | Hint Name | Link to Syntax |
|---|---|---|
| Access Path Hints | CLUSTER | cluster_hint::= on page 2-97 |
| | FULL | full_hint::= on page 2-98 |
| | HASH | hash_hint::= on page 2-98 |
| | INDEX | index_hint::= on page 2-98 |
| | NO_INDEX | no_index_hint::= on page 2-101 |
| | INDEX_ASC | index_asc_hint::= on page 2-99 |
| | INDEX_DESC | index_desc_hint::= on page 2-99 |
| | INDEX_COMBINE | index_combine_hint::= on page 2-99 |
| | INDEX_JOIN | index_join_hint::= on page 2-99 |
| | INDEX_FFS | index_ffs_hint::= on page 2-99 |
| | INDEX_SS | index_ss_hint::= on page 2-99 |
| | INDEX_SS_ASC | index_ss_asc_hint::= on page 2-99 |
| | INDEX_SS_DESC | index_ss_desc_hint::= on page 2-100 |
| | NO_INDEX_FSS | no_index_ffs_hint::= on page 2-101 |
| | NO_INDEX_SS | no_index_ss_hint::= on page 2-101 |
| Join Order Hints | ORDERED | ordered_hint::= on page 2-103 |
| | LEADING | leading_hint::= on page 2-100 |
| Join Operation Hints | USE_HASH | use_hash_hint::= on page 2-105 |
| | NO_USE_HASH | no_use_hash_hint::= on page 2-102 |
| | USE_MERGE | use_merge_hint::= on page 2-105 |
| | NO_USE_MERGE | no_use_merge_hint::= on page 2-103 |
| | USE_NL | use_nl_hint::= on page 2-105 |
| | USE_NL_WITH_INDEX | use_nl_with_index_hint::= on page 2-105 |
| | NO_USE_NL | no_use_nl_hint::= on page 2-103 |

Cloudera Exhibit 1020 - Page 141 of 1808

Databricks_R2_PA_00002277

Comments

*Table 2–22   (Cont.) Hints by Functional Category*

| Category | Hint Name | Link to Syntax |
|---|---|---|
| Parallel Execution Hints | PARALLEL | parallel_hint::= on page 2-103 |
| | NO_PARALLEL | no_parallel_hint::= on page 2-101 |
| | PARALLEL_INDEX | parallel_index_hint::= on page 2-103 |
| | NO_PARALLEL_INDEX | no_parallel_index_hint::= on page 2-101 |
| | PQ_DISTRIBUTE | pq_distribute_hint::= on page 2-103 |
| Query Transformation Hints | FACT | fact_hint::= on page 2-98 |
| | NOFACT | no_fact_hint::= on page 2-100 |
| | MERGE | merge_hint::= on page 2-100 |
| | NO_MERGE | no_merge_hint::= on page 2-101 |
| | NO_EXPAND | no_expand_hint::= on page 2-100 |
| | REWRITE | rewrite_hint::= on page 2-104 |
| | NO_REWRITE | no_rewrite_hint::= on page 2-102 |
| | UNNEST | unnest_hint::= on page 2-105 |
| | NO_UNNEST | no_unnest_hint::= on page 2-102 |
| | STAR_TRANSFORMATION | star_transformation_hint::= on page 2-104 |
| | NO_STAR_TRANSFORMATION | no_star_transformation_hint::= on page 2-102 |
| | NO_QUERY_TRANSFORAMTION | no_query_transformation_hint::= |
| | USE_CONCAT | use_concat_hint::= on page 2-105 |

Cloudera Exhibit 1020 - Page 142 of 1808

Databricks_R2_PA_00002278

Comments

*Table 2–22   (Cont.) Hints by Functional Category*

| Category | Hint Name | Link to Syntax |
|---|---|---|
| Other Hints | APPEND | append_hint::= on page 2-97 |
| | NOAPPEND | noappend_hint::= on page 2-100 |
| | CACHE | cache_hint::= on page 2-97 |
| | NOCACHE | nocache_hint::= on page 2-100 |
| | CURSOR_SHARING_EXACT | cursor_sharing_exact_hint::= on page 2-98 |
| | DRIVING_SITE | driving_site_hint::= on page 2-98 |
| | DYNAMIC_SAMPLING | dynamic_sampling_hint::= on page 2-98 |
| | PUSH_PRED | push_pred_hint::= on page 2-104 |
| | NO_PUSH_PRED | no_push_pred_hint::= on page 2-102 |
| | PUSH_SUBQ | push_subq_hint::= on page 2-104 |
| | NO_PUSH_SUBQ | no_push_subq_hint::= on page 2-102 |
| | QB_NAME | qb_name::= on page 2-104 |
| | SPREAD_MIN_ANALYSIS | spread_min_analysis_hint::= on page 2-104 |

**all_rows_hint::=**



**append_hint::=**



**cache_hint::=**



**cluster_hint::=**



Cloudera Exhibit 1020 - Page 143 of 1808

Databricks_R2_PA_00002279

Comments

**cursor_sharing_exact_hint::=**



**driving_site_hint::=**



**dynamic_sampling_hint::=**



**fact_hint::=**



**first_rows_hint::=**



**full_hint::=**



**hash_hint::=**



**index_hint::=**



Cloudera Exhibit 1020 - Page 144 of 1808

Databricks_R2_PA_00002280

**index_asc_hint::=**



**index_combine_hint::=**



**index_desc_hint::=**



**index_ffs_hint::=**



**index_join_hint::=**



**index_ss_hint::=**



**index_ss_asc_hint::=**



Cloudera Exhibit 1020 - Page 145 of 1808

Databricks_R2_PA_00002281

Comments

**index_ss_desc_hint::=**



**leading_hint::=**



**merge_hint::=**



**noappend_hint::=**



**nocache_hint::=**



**no_expand_hint::=**



**no_fact_hint::=**



Cloudera Exhibit 1020 - Page 146 of 1808

Databricks_R2_PA_00002282

Comments

**no_index_hint::=**



**no_index_ffs_hint::=**



**no_index_ss_hint::=**



**no_merge_hint::=**



**no_parallel_hint::=**



**Restriction on NO_PARALLEL**   You cannot parallelize a query involving a nested table.

**no_parallel_index_hint::=**



Cloudera Exhibit 1020 - Page 147 of 1808

Databricks_R2_PA_00002283

Comments

---

**no_push_pred_hint::=**



**no_push_subq_hint::=**



**no_rewrite_hint::=**



**no_query_transformation_hint::=**



**no_star_transformation_hint::=**



**no_unnest_hint::=**



**no_use_hash_hint::=**



Cloudera Exhibit 1020 - Page 148 of 1808

Databricks_R2_PA_00002284

Comments

**no_use_merge_hint::=**



**no_use_nl_hint::=**



**ordered_hint::=**



**parallel_hint::=**



Oracle ignores parallel hints on a temporary table. Please refer to CREATE TABLE on page 16-7 and *Oracle Database Concepts* for more information on parallel execution.

**parallel_index_hint::=**



**pq_distribute_hint::=**



Cloudera Exhibit 1020 - Page 149 of 1808

Databricks_R2_PA_00002285

Comments

---

> **See Also:** *Oracle Database Performance Tuning Guide* for the permitted combinations of distributions for the outer and inner join tables

**push_pred_hint::=**



**push_subq_hint::=**



**qb_name::=**



**rewrite_hint::=**



**rule_hint::=**



**spread_min_analysis_hint::=**



**star_transformation_hint::=**



**2-104** SQL Reference

Cloudera Exhibit 1020 - Page 150 of 1808

Databricks_R2_PA_00002286

**unnest_hint::=**



**use_concat_hint::=**



**use_hash_hint::=**



**use_merge_hint::=**



**use_nl_hint::=**



**use_nl_with_index_hint::=**



# Database Objects

Oracle Database recognizes objects that are associated with a particular schema and objects that are not associated with a particular schema, as described in the sections that follow.

Cloudera Exhibit 1020 - Page 151 of 1808

Databricks_R2_PA_00002287

Database Objects

---

## Schema Objects

A **schema** is a collection of logical structures of data, or schema objects. A schema is owned by a database user and has the same name as that user. Each user owns a single schema. Schema objects can be created and manipulated with SQL and include the following types of objects:

Clusters
Constraints
Database links
Database triggers
Dimensions
External procedure libraries
Index-organized tables
Indexes
Indextypes
Java classes, Java resources, Java sources
Materialized views
Materialized view logs
Object tables
Object types
Object views
Operators
Packages
Sequences
Stored functions, stored procedures
Synonyms
Tables
Views

## Nonschema Objects

Other types of objects are also stored in the database and can be created and manipulated with SQL but are not contained in a schema:

Contexts
Directories
Parameter files (PFILEs) and server parameter files (SPFILEs)
Profiles
Roles
Rollback segments
Tablespaces

Cloudera Exhibit 1020 - Page 152 of 1808

Databricks_R2_PA_00002288

Users

In this reference, each type of object is briefly defined in Chapter 10 through Chapter 19, in the section describing the statement that creates the database object. These statements begin with the keyword CREATE. For example, for the definition of a cluster, see CREATE CLUSTER on page 14-2.

> **See Also:**   *Oracle Database Concepts* for an overview of database objects

You must provide names for most types of database objects when you create them. These names must follow the rules listed in the following sections.

# Schema Object Names and Qualifiers

Some schema objects are made up of parts that you can or must name, such as the columns in a table or view, index and table partitions and subpartitions, integrity constraints on a table, and objects that are stored within a package, including procedures and stored functions. This section provides:

- Rules for naming schema objects and schema object location qualifiers
- Guidelines for naming schema objects and qualifiers

## Schema Object Naming Rules

Every database object has a name. In a SQL statement, you represent the name of an object with a **quoted identifier** or a **nonquoted identifier**.

- A quoted identifier begins and ends with double quotation marks ("). If you name a schema object using a quoted identifier, then you must use the double quotation marks whenever you refer to that object.
- A nonquoted identifier is not surrounded by any punctuation.

You can use either quoted or nonquoted identifiers to name any database object, with one exception: database links must be named with nonquoted identifiers. In addition, Oracle strongly recommends that you not use quotation marks to make usernames and passwords case sensitive. Please refer to CREATE USER on page 17-32 for additional rules for naming users and passwords.

The following list of rules applies to both quoted and nonquoted identifiers unless otherwise indicated:

Cloudera Exhibit 1020 - Page 153 of 1808

Databricks_R2_PA_00002289

1. Names must be from 1 to 30 bytes long with these exceptions:

   ■ Names of databases are limited to 8 bytes.

   ■ Names of database links can be as long as 128 bytes.

2. Nonquoted identifiers cannot be Oracle Database reserved words. Quoted identifiers can be reserved words, although this is not recommended.

   Depending on the Oracle product you plan to use to access a database object, names might be further restricted by other product-specific reserved words.

   > **Note:**   The reserved word ROWID is an exception to this rule. You cannot use the uppercase word ROWID as a name, even in double quotation marks. However, you can use the word with one or more lower case letters (for example, "Rowid" or "rowid").

   **See Also:**

   ■ Appendix D, "Oracle Database Reserved Words" for a listing of all Oracle Database reserved words

   ■ The manual for a specific product, such as *PL/SQL User's Guide and Reference*, for a list of the reserved words of that product

3. The Oracle SQL language contains other words that have special meanings. These words include datatypes, function names, the dummy system table DUAL, and keywords (the uppercase words in SQL statements, such as DIMENSION, SEGMENT, ALLOCATE, DISABLE, and so forth). These words are not reserved. However, Oracle uses them internally in specific ways. Therefore, if you use these words as names for objects and object parts, then your SQL statements may be more difficult to read and may lead to unpredictable results.

   In particular, do not use words beginning with SYS_ as schema object names, and do not use the names of SQL built-in functions for the names of schema objects or user-defined functions.

   **See Also:**   "Datatypes" on page 2-1, "SQL Functions" on page 7-1, and "Selecting from the DUAL Table" on page 9-19

4. You should use ASCII characters in database names, global database names, and database link names, because ASCII characters provide optimal compatibility across different platforms and operating systems.

Cloudera Exhibit 1020 - Page 154 of 1808

Databricks_R2_PA_00002290

> **Note:**  Oracle recommends that user names and passwords be encoded in ASCII or EBCDIC characters only, depending on your platform. Please refer to *Oracle Database Administrator's Guide* for more information about this recommendation.

5. Nonquoted identifiers must begin with an alphabetic character from your database character set. Quoted identifiers can begin with any character.

6. Nonquoted identifiers can contain only alphanumeric characters from your database character set and the underscore (_), dollar sign ($), and pound sign (#). Database links can also contain periods (.) and "at" signs (@). Oracle strongly discourages you from using $ and # in nonquoted identifiers.

   Quoted identifiers can contain any characters and punctuations marks as well as spaces. However, neither quoted nor nonquoted identifiers can contain double quotation marks.

7. Within a namespace, no two objects can have the same name.

   The following schema objects share one namespace:

   - Tables
   - Views
   - Sequences
   - Private synonyms
   - Stand-alone procedures
   - Stand-alone stored functions
   - Packages
   - Materialized views
   - User-defined types

   Each of the following schema objects has its own namespace:

   - Indexes
   - Constraints
   - Clusters
   - Database triggers

Cloudera Exhibit 1020 - Page 155 of 1808

Databricks_R2_PA_00002291

Schema Object Names and Qualifiers

- Private database links
- Dimensions

Because tables and views are in the same namespace, a table and a view in the same schema cannot have the same name. However, tables and indexes are in different namespaces. Therefore, a table and an index in the same schema can have the same name.

Each schema in the database has its own namespaces for the objects it contains. This means, for example, that two tables in different schemas are in different namespaces and can have the same name.

Each of the following nonschema objects also has its own namespace:

- User roles
- Public synonyms
- Public database links
- Tablespaces
- Profiles
- Parameter files (`PFILE`s) and server parameter files (`SPFILE`s)

Because the objects in these namespaces are not contained in schemas, these namespaces span the entire database.

8. Nonquoted identifiers are not case sensitive. Oracle interprets them as uppercase. Quoted identifiers are case sensitive.

By enclosing names in double quotation marks, you can give the following names to different objects in the same namespace:

```
employees
"employees"
"Employees"
"EMPLOYEES"
```

Note that Oracle interprets the following names the same, so they cannot be used for different objects in the same namespace:

```
employees
EMPLOYEES
"EMPLOYEES"
```

Cloudera Exhibit 1020 - Page 156 of 1808

Databricks_R2_PA_00002292

9. Columns in the same table or view cannot have the same name. However, columns in different tables or views can have the same name.

10. Procedures or functions contained in the same package can have the same name, if their arguments are not of the same number and datatypes. Creating multiple procedures or functions with the same name in the same package with different arguments is called **overloading** the procedure or function.

## Schema Object Naming Examples

The following examples are valid schema object names:

```
last_name
horse
hr.hire_date
"EVEN THIS & THAT!"
a_very_long_and_valid_name
```

All of these examples adhere to the rules listed in "Schema Object Naming Rules" on page 2-107. The following example is not valid, because it exceeds 30 characters:

```
a_very_very_long_and_valid_name
```

Although column aliases, table aliases, usernames, and passwords are not objects or parts of objects, they must also follow these naming rules unless otherwise specified in the rules themselves.

## Schema Object Naming Guidelines

Here are several helpful guidelines for naming objects and their parts:

- Use full, descriptive, pronounceable names (or well-known abbreviations).
- Use consistent naming rules.
- Use the same name to describe the same entity or attribute across tables.

When naming objects, balance the objective of keeping names short and easy to use with the objective of making names as descriptive as possible. When in doubt, choose the more descriptive name, because the objects in the database may be used by many people over a period of time. Your counterpart ten years from now may have difficulty understanding a table column with a name like `pmdd` instead of `payment_due_date`.

Cloudera Exhibit 1020 - Page 157 of 1808

Databricks_R2_PA_00002293

Using consistent naming rules helps users understand the part that each table plays in your application. One such rule might be to begin the names of all tables belonging to the `FINANCE` application with `fin_`.

Use the same names to describe the same things across tables. For example, the department number columns of the sample `employees` and `departments` tables are both named `department_id`.

# Syntax for Schema Objects and Parts in SQL Statements

This section tells you how to refer to schema objects and their parts in the context of a SQL statement. This section shows you:

- The general syntax for referring to an object
- How Oracle resolves a reference to an object
- How to refer to objects in schemas other than your own
- How to refer to objects in remote databases
- How to refer to table and index partitions and subpartitions

The following diagram shows the general syntax for referring to an object or a part:

**database_object_or_part::=**



where:

- *object* is the name of the object.
- *schema* is the schema containing the object. The schema qualifier lets you refer to an object in a schema other than your own. You must be granted privileges to refer to objects in other schemas. If you omit *schema*, then Oracle assumes that you are referring to an object in your own schema.

    Only schema objects can be qualified with *schema*. Schema objects are shown with list item 7 on page 2-109. Nonschema objects, also shown with list item 7, cannot be qualified with *schema* because they are not schema objects. An exception is public synonyms, which can optionally be qualified with `"PUBLIC"`. The quotation marks are required.

Cloudera Exhibit 1020 - Page 158 of 1808

Databricks_R2_PA_00002294

- *part* is a part of the object. This identifier lets you refer to a part of a schema object, such as a column or a partition of a table. Not all types of objects have parts.

- *dblink* applies only when you are using the Oracle Database distributed functionality. This is the name of the database containing the object. The *dblink* qualifier lets you refer to an object in a database other than your local database. If you omit *dblink*, then Oracle assumes that you are referring to an object in your local database. Not all SQL statements allow you to access objects on remote databases.

You can include spaces around the periods separating the components of the reference to the object, but it is conventional to omit them.

## How Oracle Database Resolves Schema Object References

When you refer to an object in a SQL statement, Oracle considers the context of the SQL statement and locates the object in the appropriate namespace. After locating the object, Oracle performs the operation specified by the statement on the object. If the named object cannot be found in the appropriate namespace, then Oracle returns an error.

The following example illustrates how Oracle resolves references to objects within SQL statements. Consider this statement that adds a row of data to a table identified by the name departments:

```
INSERT INTO departments VALUES (
    280, 'ENTERTAINMENT_CLERK', 206, 1700);
```

Based on the context of the statement, Oracle determines that departments can be:

- A table in your own schema
- A view in your own schema
- A private synonym for a table or view
- A public synonym

Oracle always attempts to resolve an object reference within the namespaces in your own schema before considering namespaces outside your schema. In this example, Oracle attempts to resolve the name departments as follows:

1. First, Oracle attempts to locate the object in the namespace in your own schema containing tables, views, and private synonyms. If the object is a private synonym, then Oracle locates the object for which the synonym stands. This

Cloudera Exhibit 1020 - Page 159 of 1808

Databricks_R2_PA_00002295

object could be in your own schema, another schema, or on another database. The object could also be another synonym, in which case Oracle locates the object for which this synonym stands.

**2.** If the object is in the namespace, then Oracle attempts to perform the statement on the object. In this example, Oracle attempts to add the row of data to `departments`. If the object is not of the correct type for the statement, then Oracle returns an error. In this example, `departments` must be a table, view, or a private synonym resolving to a table or view. If `departments` is a sequence, then Oracle returns an error.

**3.** If the object is not in any namespace searched in thus far, then Oracle searches the namespace containing public synonyms. If the object is in that namespace, then Oracle attempts to perform the statement on it. If the object is not of the correct type for the statement, then Oracle returns an error. In this example, if `departments` is a public synonym for a sequence, then Oracle returns an error.

If a public synonym has any dependent tables or user-defined types, then you cannot create an object with the same name as the synonym in the same schema as the dependent objects.

If a synonym does not have any dependent tables or user-defined types, then you can create an object with the same name in the same schema as the dependent objects. Oracle invalidates any dependent objects and attempts to revalidate them when they are next accessed.

## Referring to Objects in Other Schemas

To refer to objects in schemas other than your own, prefix the object name with the schema name:

```
schema.object
```

For example, this statement drops the `employees` table in the sample schema `hr`:

```
DROP TABLE hr.employees
```

## Referring to Objects in Remote Databases

To refer to objects in databases other than your local database, follow the object name with the name of the database link to that database. A database link is a schema object that causes Oracle to connect to a remote database to access an object there. This section tells you:

■    How to create database links

Cloudera Exhibit 1020 - Page 160 of 1808

Databricks_R2_PA_00002296

- How to use database links in your SQL statements

### Creating Database Links

You create a database link with the statement CREATE DATABASE LINK on page 14-39. The statement lets you specify this information about the database link:

- The name of the database link

- The database connect string to access the remote database

- The username and password to connect to the remote database

Oracle stores this information in the data dictionary.

**Database Link Names**  When you create a database link, you must specify its name. Database link names are different from names of other types of objects. They can be as long as 128 bytes and can contain periods (.) and the "at" sign (@).

The name that you give to a database link must correspond to the name of the database to which the database link refers and the location of that database in the hierarchy of database names. The following syntax diagram shows the form of the name of a database link:

**dblink::=**



where:

- *database* should specify the *name* portion of the global name of the remote database to which the database link connects. This global name is stored in the data dictionary of the remote database; you can see this name in the GLOBAL_ NAME data dictionary view.

- *domain* should specify the *domain* portion of the global name of the remote database to which the database link connects. If you omit *domain* from the name of a database link, then Oracle qualifies the database link name with the domain of your local database as it currently exists in the data dictionary.

- *connect_descriptor* lets you further qualify a database link. Using connect descriptors, you can create multiple database links to the same database. For example, you can use connect descriptors to create multiple database links to

Cloudera Exhibit 1020 - Page 161 of 1808

Databricks_R2_PA_00002297

different instances of the Real Application Clusters that access the same database.

The combination `database.domain` is sometimes called the **service name**.

> **See Also:**    *Oracle Net Services Administrator's Guide*

**Username and Password**  Oracle uses the username and password to connect to the remote database. The username and password for a database link are optional.

**Database Connect String**  The database connect string is the specification used by Oracle Net to access the remote database. For information on writing database connect strings, see the Oracle Net documentation for your specific network protocol. The database string for a database link is optional.

### Referring to Database Links

Database links are available only if you are using Oracle distributed functionality. When you issue a SQL statement that contains a database link, you can specify the database link name in one of these forms:

- The complete database link name as stored in the data dictionary, including the `database`, `domain`, and optional `connect_descriptor` components.

- The `partial` database link name is the `database` and optional `connect_descriptor` components, but not the `domain` component.

Oracle performs these tasks before connecting to the remote database:

1. If the database link name specified in the statement is partial, then Oracle expands the name to contain the domain of the local database as found in the global database name stored in the data dictionary. (You can see the current global database name in the `GLOBAL_NAME` data dictionary view.)

2. Oracle first searches for a private database link in your own schema with the same name as the database link in the statement. Then, if necessary, it searches for a public database link with the same name.

   - Oracle always determines the username and password from the first matching database link (either private or public). If the first matching database link has an associated username and password, then Oracle uses it. If it does not have an associated username and password, then Oracle uses your current username and password.

   - If the first matching database link has an associated database string, then Oracle uses it. Otherwise Oracle searches for the next matching (public)

Databricks_R2_PA_00002298

database link. If no matching database link is found, or if no matching link has an associated database string, then Oracle returns an error.

3.  Oracle uses the database string to access the remote database. After accessing the remote database, if the value of the GLOBAL_NAMES parameter is true, then Oracle verifies that the *database.domain* portion of the database link name matches the complete global name of the remote database. If this condition is true, then Oracle proceeds with the connection, using the username and password chosen in Step 2. If not, Oracle returns an error.

4.  If the connection using the database string, username, and password is successful, then Oracle attempts to access the specified object on the remote database using the rules for resolving object references and referring to objects in other schemas discussed earlier in this section.

You can disable the requirement that the *database.domain* portion of the database link name must match the complete global name of the remote database by setting to false the initialization parameter GLOBAL_NAMES or the GLOBAL_NAMES parameter of the ALTER SYSTEM or ALTER SESSION statement.

> **See Also:** *Oracle Database Administrator's Guide* for more information on remote name resolution

## Referring to Partitioned Tables and Indexes

Tables and indexes can be partitioned. When partitioned, these schema objects consist of a number of parts called **partitions**, all of which have the same logical attributes. For example, all partitions in a table share the same column and constraint definitions, and all partitions in an index share the same index columns.

Partition-extended and subpartition-extended names let you perform some partition-level and subpartition-level operations, such as deleting all rows from a partition or subpartition, on only one partition or subpartition. Without extended names, such operations would require that you specify a predicate (WHERE clause). For range- and list-partitioned tables, trying to phrase a partition-level operation with a predicate can be cumbersome, especially when the range partitioning key uses more than one column. For hash partitions and subpartitions, using a predicate is more difficult still, because these partitions and subpartitions are based on a system-defined hash function.

Partition-extended names let you use partitions as if they were tables. An advantage of this method, which is most useful for range-partitioned tables, is that you can build partition-level access control mechanisms by granting (or revoking) privileges

Cloudera Exhibit 1020 - Page 163 of 1808

Databricks_R2_PA_00002299

Syntax for Schema Objects and Parts in SQL Statements

on these views to (or from) other users or roles.To use a partition as a table, create a view by selecting data from a single partition, and then use the view as a table.

You can specify partition-extended or subpartition-extended table names for the following DML statements:

- DELETE
- INSERT
- LOCK TABLE
- SELECT
- UPDATE

> **Note:**   For application portability and ANSI syntax compliance, Oracle strongly recommends that you use views to insulate applications from this Oracle proprietary extension.

**Syntax**   The basic syntax for using partition-extended and subpartition-extended table names is:

**partition_extended_name::=**



**Restrictions on Extended Names**   Currently, the use of partition-extended and subpartition-extended table names has the following restrictions:

- No remote tables: A partition-extended or subpartition-extended table name cannot contain a database link (dblink) or a synonym that translates to a table with a dblink. To use remote partitions and subpartitions, create a view at the remote site that uses the extended table name syntax and then refer to the remote view.
- No synonyms: A partition or subpartition extension must be specified with a base table. You cannot use synonyms, views, or any other objects.

Cloudera Exhibit 1020 - Page 164 of 1808

Databricks_R2_PA_00002300

**Example**   In the following statement, `sales` is a partitioned table with partition `sales_q1_2000`. You can create a view of the single partition `sales_q1_2000`, and then use it as if it were a table. This example deletes rows from the partition.

```
CREATE VIEW Q1_2000_sales AS
   SELECT * FROM sales PARTITION (SALES_Q1_2000);

DELETE FROM Q1_2000_sales WHERE amount_sold < 0;
```

## Referring to Object Type Attributes and Methods

To refer to object type attributes or methods in a SQL statement, you must fully qualify the reference with a table alias. Consider the following example from the sample schema `oe`, which contains a type `cust_address_typ` and a table `customers` with a `cust_address` column based on the `cust_address_typ`:

```
CREATE TYPE cust_address_typ
  OID '82A4AF6A4CD1656DE034080020E0EE3D'
  AS OBJECT
    ( street_address      VARCHAR2(40)
    , postal_code         VARCHAR2(10)
    , city                VARCHAR2(30)
    , state_province      VARCHAR2(10)
    , country_id          CHAR(2)
    );
/
CREATE TABLE customers
    ( customer_id         NUMBER(6)
    , cust_first_name     VARCHAR2(20) CONSTRAINT cust_fname_nn NOT NULL
    , cust_last_name      VARCHAR2(20) CONSTRAINT cust_lname_nn NOT NULL
    , cust_address        cust_address_typ
    .
    .
    .
```

In a SQL statement, reference to the `postal_code` attribute must be fully qualified using a table alias, as illustrated in the following example:

```
SELECT c.cust_address.postal_code FROM customers c;

UPDATE customers c SET c.cust_address.postal_code = 'GU13 BE5'
   WHERE c.cust_address.city = 'Fleet';
```

To reference a member method that does not accept arguments, you must provide empty parentheses. For example, the sample schema `oe` contains an object table

Cloudera Exhibit 1020 - Page 165 of 1808

Databricks_R2_PA_00002301

categories_tab, based on catalog_typ, which contains the member function getCatalogName. In order to call this method in a SQL statement, you must provide empty parentheses as shown in this example:

```
SELECT c.getCatalogName() FROM categories_tab c
   WHERE category_id = 90;
```

> **See Also:** *Oracle Database Concepts* for more information on user-defined datatypes

Cloudera Exhibit 1020 - Page 166 of 1808

Databricks_R2_PA_00002302

# 3

# Pseudocolumns

A **pseudocolumn** behaves like a table column, but is not actually stored in the table. You can select from pseudocolumns, but you cannot insert, update, or delete their values.

This chapter contains the following sections:

- Hierarchical Query Pseudocolumns
- Sequence Pseudocolumns
- Version Query Pseudocolumns
- OBJECT_ID
- OBJECT_VALUE
- ORA_ROWSCN
- ROWID
- ROWNUM
- XMLDATA

## Hierarchical Query Pseudocolumns

The hierarchical query pseudocolumns are valid only in hierarchical queries. The hierarchical query pseudocolumns are:

- CONNECT_BY_ISCYCLE
- CONNECT_BY_ISLEAF
- LEVEL

Cloudera Exhibit 1020 - Page 167 of 1808

Databricks_R2_PA_00002303

## CONNECT_BY_ISCYCLE

The CONNECT_BY_ISCYCLE pseudocolumn returns 1 if the current row has a child which is also its ancestor. Otherwise it returns 0.

You can specify CONNECT_BY_ISCYCLE only if you have specified the NOCYCLE parameter of the CONNECT BY clause. NOCYCLE enables Oracle to return the results of a query that would otherwise fail because of a CONNECT BY loop in the data.

> **See Also:** "Hierarchical Queries" on page 9-3 for more information about the NOCYCLE parameter and "Hierarchical Query Examples" on page 9-6 for an example that uses the CONNECT_BY_ISCYCLE pseudocolumn

## CONNECT_BY_ISLEAF

The CONNECT_BY_ISLEAF pseudocolumn returns 1 if the current row is a leaf of the tree defined by the CONNECT BY condition. Otherwise it returns 0. This information indicates whether a given row can be further expanded to show more of the hierarchy.

**CONNECT_BY_ISLEAF Example**   The following example shows the first three levels of the hr.employees table, indicating for each row whether it is a leaf row (indicated by 1 in the IsLeaf column) or whether it has child rows (indicated by 0 in the IsLeaf column):

```
SELECT last_name "Employee", CONNECT_BY_ISLEAF "IsLeaf",
   LEVEL, SYS_CONNECT_BY_PATH(last_name, '/') "Path"
   FROM employees
   WHERE level <= 3 AND department_id = 80
   START WITH last_name = 'King'
   CONNECT BY PRIOR employee_id = manager_id AND LEVEL <= 4;
```

| Employee | IsLeaf | LEVEL | Path |
|----------|--------|-------|------|
| King | 1 | 1 | /King |
| Russell | 0 | 2 | /King/Russell |
| Tucker | 1 | 3 | /King/Russell/Tucker |
| Bernstein | 1 | 3 | /King/Russell/Bernstein |
| Hall | 1 | 3 | /King/Russell/Hall |
| Olsen | 1 | 3 | /King/Russell/Olsen |
| Cambrault | 1 | 3 | /King/Russell/Cambrault |
| Tuvault | 1 | 3 | /King/Russell/Tuvault |
| Partners | 0 | 2 | /King/Partners |
| King | 1 | 3 | /King/Partners/King |

Cloudera Exhibit 1020 - Page 168 of 1808

Databricks_R2_PA_00002304

```
Sully          1          3 /King/Partners/Sully
McEwen         1          3 /King/Partners/McEwen
Smith          1          3 /King/Partners/Smith
Doran          1          3 /King/Partners/Doran
Sewall         1          3 /King/Partners/Sewall
Errazuriz      0          2 /King/Errazuriz
Vishney        1          3 /King/Errazuriz/Vishney
...
```

**See Also:** "Hierarchical Queries" on page 9-3 and SYS_CONNECT_BY_PATH on page 7-215

## LEVEL

For each row returned by a hierarchical query, the LEVEL pseudocolumn returns 1 for a root row, 2 for a child of a root, and so on. A **root row** is the highest row within an inverted tree. A **child row** is any nonroot row. A **parent row** is any row that has children. A **leaf row** is any row without children. Figure 3–1 shows the nodes of an inverted tree with their LEVEL values.

**Figure 3–1  Hierarchical Tree**



To define a hierarchical relationship in a query, you must use the START WITH and CONNECT BY clauses.

**See Also:** "Hierarchical Queries" on page 9-3 for information on hierarchical queries in general and "IN" on page 6-14 for restrictions on using the LEVEL pseudocolumn

Cloudera Exhibit 1020 - Page 169 of 1808

Databricks_R2_PA_00002305

# Sequence Pseudocolumns

A **sequence** is a schema object that can generate unique sequential values. These values are often used for primary and unique keys. You can refer to sequence values in SQL statements with these pseudocolumns:

- CURRVAL: Returns the current value of a sequence

- NEXTVAL: Increments the sequence and returns the next value

You must qualify CURRVAL and NEXTVAL with the name of the sequence:

```
sequence.CURRVAL
sequence.NEXTVAL
```

To refer to the current or next value of a sequence in the schema of another user, you must have been granted either SELECT object privilege on the sequence or SELECT ANY SEQUENCE system privilege, and you must qualify the sequence with the schema containing it:

```
schema.sequence.CURRVAL
schema.sequence.NEXTVAL
```

To refer to the value of a sequence on a remote database, you must qualify the sequence with a complete or partial name of a database link:

```
schema.sequence.CURRVAL@dblink
schema.sequence.NEXTVAL@dblink
```

> **See Also:**   "Referring to Objects in Remote Databases" on page 2-114 for more information on referring to database links

## Where to Use Sequence Values

You can use CURRVAL and NEXTVAL in the following locations:

- The select list of a SELECT statement that is not contained in a subquery, materialized view, or view

- The select list of a subquery in an INSERT statement

- The VALUES clause of an INSERT statement

- The SET clause of an UPDATE statement

**Restrictions on Sequence Values**   You cannot use CURRVAL and NEXTVAL in the following constructs:

Cloudera Exhibit 1020 - Page 170 of 1808

- A subquery in a DELETE, SELECT, or UPDATE statement

- A query of a view or of a materialized view

- A SELECT statement with the DISTINCT operator

- A SELECT statement with a GROUP BY clause or ORDER BY clause

- A SELECT statement that is combined with another SELECT statement with the UNION, INTERSECT, or MINUS set operator

- The WHERE clause of a SELECT statement

- The DEFAULT value of a column in a CREATE TABLE or ALTER TABLE statement

- The condition of a CHECK constraint

Within a single SQL statement that uses CURRVAL or NEXTVAL, all referenced LONG columns, updated tables, and locked tables must be located on the same database.

## How to Use Sequence Values

When you create a sequence, you can define its initial value and the increment between its values. The first reference to NEXTVAL returns the initial value of the sequence. Subsequent references to NEXTVAL increment the sequence value by the defined increment and return the new value. Any reference to CURRVAL always returns the current value of the sequence, which is the value returned by the last reference to NEXTVAL.

Before you use CURRVAL for a sequence in your session, you must first initialize the sequence with NEXTVAL. Please refer to CREATE SEQUENCE on page 15-88 for information on sequences.

Within a single SQL statement containing a reference to NEXTVAL, Oracle increments the sequence only once:

- For each row returned by the outer query block of a SELECT statement. Such a query block can appear in the following places:

- A top-level SELECT statement

- An INSERT ... SELECT statement (either single-table or multitable). For a multitable insert, the reference to NEXTVAL must appear in the VALUES clause, and the sequence is updated once for each row returned by the subquery, even though NEXTVAL may be referenced in multiple branches of the multitable insert.

Cloudera Exhibit 1020 - Page 171 of 1808

Databricks_R2_PA_00002307

- A `CREATE TABLE ... AS SELECT` statement
- A `CREATE MATERIALIZED VIEW ... AS SELECT` statement
- For each row updated in an `UPDATE` statement
- For each `INSERT` statement containing a `VALUES` clause
- For each row either inserted or updated in a `MERGE` statement. The reference to `NEXTVAL` can appear in the `merge_insert_clause` or the `merge_update_clause`.

If any of these locations contains more than one reference to `NEXTVAL`, then Oracle increments the sequence once and returns the same value for all occurrences of `NEXTVAL`.

If any of these locations contains references to both `CURRVAL` and `NEXTVAL`, then Oracle increments the sequence and returns the same value for both `CURRVAL` and `NEXTVAL`.

A sequence can be accessed by many users concurrently with no waiting or locking.

**Finding the next value of a sequence: Example**   This example selects the next value of the employee sequence in the sample schema `hr`:

```
SELECT employees_seq.nextval
    FROM DUAL;
```

**Inserting sequence values into a table: Example**   This example increments the employee sequence and uses its value for a new employee inserted into the sample table `hr.employees`:

```
INSERT INTO employees
    VALUES (employees_seq.nextval, 'John', 'Doe', 'jdoe',
    '555-1212', TO_DATE(SYSDATE), 'PU_CLERK', 2500, null, null,
    30);
```

**Reusing the current value of a sequence: Example**   This example adds a new order with the next order number to the master order table. It then adds suborders with this number to the detail order table:

```
INSERT INTO orders (order_id, order_date, customer_id)
    VALUES (orders_seq.nextval, TO_DATE(SYSDATE), 106);

INSERT INTO order_items (order_id, line_item_id, product_id)
    VALUES (orders_seq.currval, 1, 2359);
```

Cloudera Exhibit 1020 - Page 172 of 1808

Databricks_R2_PA_00002308

```
INSERT INTO order_items (order_id, line_item_id, product_id)
   VALUES (orders_seq.currval, 2, 3290);

INSERT INTO order_items (order_id, line_item_id, product_id)
   VALUES (orders_seq.currval, 3, 2381);
```

## Version Query Pseudocolumns

The version query pseudocolumns are valid only in Oracle Flashback Version Query, which is a form of Oracle Flashback Query. The version query pseudocolumns are:

- VERSIONS_STARTTIME: Returns the timestamp of the first version of the rows returned by the query.

- VERSIONS_STARTSCN: Returns the SCN of the first version of the rows returned by the query.

- VERSIONS_ENDTIME: Returns the timestamp of the last version of the rows returned by the query.

- VERSIONS_ENDSCN: Returns the SCN of the last version of the rows returned by the query.

- VERSIONS_XID: For each version of each row, returns the transaction ID (a RAW number) of the transaction that created that row version.

- VERSIONS_OPERATION: For each version of each row, returns a single character representing the operation that caused that row version. The values returned are I (for an insert operation), U (for an update operation) or D (for a delete operation).

    **See Also:** *flashback_query_clause* on page 19-18 for more information on version queries

## OBJECT_ID

The OBJECT_ID pseudocolumn returns the object identifier of a column of an object table or view. Oracle uses this pseudocolumn as the primary key of an object table. OBJECT_ID is useful in INSTEAD OF triggers on views and for identifying the ID of a substitutable row in an object table.

Cloudera Exhibit 1020 - Page 173 of 1808

Databricks_R2_PA_00002309

OBJECT_VALUE

> **Note:**  In earlier releases, this pseudocolumn was called `SYS_NC_OID$`. That name is still supported for backward compatibility. However, Oracle recommends that you use the more intuitive name `OBJECT_ID`.

> **See Also:**  *Oracle Database Application Developer's Guide - Object-Relational Features* for examples of the use of this pseudocolumn

# OBJECT_VALUE

The `OBJECT_VALUE` pseudocolumn returns system-generated names for the columns of an object table, `XMLType` table, object view, or `XMLType` view. This pseudocolumn is useful for identifying the value of a substitutable row in an object table and for creating object views with the `WITH OBJECT IDENTIFIER` clause.

> **Note:**  In earlier releases, this pseudocolumn was called `SYS_NC_ROWINFO$`. That name is still supported for backward compatibility. However, Oracle recommends that you use the more intuitive name `OBJECT_VALUE`.

> **See Also:**
>
> - *object_table* on page 16-63 and *object_view_clause* on page 17-45 for more information on the use of this pseudocolumn
>
> - *Oracle Database Application Developer's Guide - Object-Relational Features* for examples of the use of this pseudocolumn

# ORA_ROWSCN

For each row, `ORA_ROWSCN` returns the conservative upper bound system change number (SCN) of the most recent change to the row. This pseudocolumn is useful for determining approximately when a row was last updated. It is not absolutely precise, because Oracle tracks SCNs by transaction committed for the block in which the row resides. You can obtain a more fine-grained approximation of the SCN by creating your tables with row-level dependency tracking. Please refer to CREATE TABLE ... NOROWDEPENDENCIES | ROWDEPENDENCIES on page 16-58 for more information on row-level dependency tracking.

Cloudera Exhibit 1020 - Page 174 of 1808

Databricks_R2_PA_00002310

You cannot use this pseudocolumn in a query to a view. However, you can use it to refer to the underlying table when creating a view. You can also use this pseudocolumn in the WHERE clause of an UPDATE or DELETE statement.

ORA_ROWSCN is not supported for Flashback Query. Instead, use the version query pseudocolumns, which are provided explicitly for Flashback Query. Please refer to the SELECT ... *flashback_query_clause* on page 19-18 for information on Flashback Query and "Version Query Pseudocolumns" on page 3-7 for additional information on those pseudocolumns.

**Restriction:** This pseudocolumn is not supported for external tables.

**Example**   The first statement below uses the ORA_ROWSCN pseudocolumn to get the system change number of the last operation on the employees table. The second statement uses the pseudocolumn with the SCN_TO_TIMESTAMP function to determine the timestamp of the operation:

```
SELECT ORA_ROWSCN, last_name FROM employees WHERE employee_id = 188;

SELECT SCN_TO_TIMESTAMP(ORA_ROWSCN), last_name FROM employees
    WHERE employee_id = 188;
```

**See Also:**   SCN_TO_TIMESTAMP on page 7-184

# ROWID

For each row in the database, the ROWID pseudocolumn returns the address of the row. Oracle Database rowid values contain information necessary to locate a row:

- The data object number of the object
- The data block in the datafile in which the row resides
- The position of the row in the data block (first row is 0)
- The datafile in which the row resides (first file is 1). The file number is relative to the tablespace.

Usually, a rowid value uniquely identifies a row in the database. However, rows in different tables that are stored together in the same cluster can have the same rowid.

Values of the ROWID pseudocolumn have the datatype ROWID or UROWID. Please refer to "ROWID Datatype" on page 2-37 and "UROWID Datatype" on page 2-38 for more information.

Rowid values have several important uses:

Cloudera Exhibit 1020 - Page 175 of 1808

Databricks_R2_PA_00002311

ROWNUM

---

- They are the fastest way to access a single row.

- They can show you how the rows in a table are stored.

- They are unique identifiers for rows in a table.

You should not use ROWID as the primary key of a table. If you delete and reinsert a row with the Import and Export utilities, for example, then its rowid may change. If you delete a row, then Oracle may reassign its rowid to a new row inserted later.

Although you can use the ROWID pseudocolumn in the SELECT and WHERE clause of a query, these pseudocolumn values are not actually stored in the database. You cannot insert, update, or delete a value of the ROWID pseudocolumn.

**Example**    This statement selects the address of all rows that contain data for employees in department 20:

```
SELECT ROWID, last_name
   FROM employees
   WHERE department_id = 20;
```

# ROWNUM

For each row returned by a query, the ROWNUM pseudocolumn returns a number indicating the order in which Oracle selects the row from a table or set of joined rows. The first row selected has a ROWNUM of 1, the second has 2, and so on.

You can use ROWNUM to limit the number of rows returned by a query, as in this example:

```
SELECT * FROM employees WHERE ROWNUM < 10;
```

If an ORDER BY clause follows ROWNUM in the same query, then the rows will be reordered by the ORDER BY clause. The results can vary depending on the way the rows are accessed. For example, if the ORDER BY clause causes Oracle to use an index to access the data, then Oracle may retrieve the rows in a different order than without the index. Therefore, the following statement will not have the same effect as the preceding example:

```
SELECT * FROM employees WHERE ROWNUM < 11 ORDER BY last_name;
```

If you embed the ORDER BY clause in a subquery and place the ROWNUM condition in the top-level query, then you can force the ROWNUM condition to be applied after the ordering of the rows. For example, the following query returns the employees with

Cloudera Exhibit 1020 - Page 176 of 1808

Databricks_R2_PA_00002312

the 10 smallest employee numbers. This is sometimes referred to as **top-N reporting**:

```
SELECT * FROM
   (SELECT * FROM employees ORDER BY employee_id)
   WHERE ROWNUM < 11;
```

In the preceding example, the ROWNUM values are those of the top-level SELECT statement, so they are generated after the rows have already been ordered by employee_id in the subquery.

Conditions testing for ROWNUM values greater than a positive integer are always false. For example, this query returns no rows:

```
SELECT * FROM employees
   WHERE ROWNUM > 1;
```

The first row fetched is assigned a ROWNUM of 1 and makes the condition false. The second row to be fetched is now the first row and is also assigned a ROWNUM of 1 and makes the condition false. All rows subsequently fail to satisfy the condition, so no rows are returned.

You can also use ROWNUM to assign unique values to each row of a table, as in this example:

```
UPDATE my_table
   SET column1 = ROWNUM;
```

Please refer to the function ROW_NUMBER on page 7-179 for an alternative method of assigning unique numbers to rows.

> **Note:**   Using ROWNUM in a query can affect view optimization. For more information, see *Oracle Database Concepts*.

# XMLDATA

Oracle stores XMLType data either in LOB or object-relational columns, based on XMLSchema information and how you specify the storage clause. The XMLDATA pseudocolumn lets you access the underlying LOB or object relational column to specify additional storage clause parameters, constraints, indexes, and so forth.

**Example**   The following statements illustrate the use of this pseudocolumn. Suppose you create a simple table of XMLType:

Cloudera Exhibit 1020 - Page 177 of 1808

Databricks_R2_PA_00002313

XMLDATA

```
CREATE TABLE xml_lob_tab of XMLTYPE;
```

The default storage is in a CLOB column. To change the storage characteristics of the underlying LOB column, you can use the following statement:

```
ALTER TABLE xml_lob_tab MODIFY LOB (XMLDATA)
   (STORAGE (BUFFER_POOL DEFAULT) CACHE);
```

Now suppose you have created an XMLSchema-based table like the xwarehouses table created in "Using XML in SQL Statements" on page E-11. You could then use the XMLDATA column to set the properties of the underlying columns, as shown in the following statement:

```
ALTER TABLE xwarehouses ADD (UNIQUE(XMLDATA."WarehouseId"));
```

Cloudera Exhibit 1020 - Page 178 of 1808

Databricks_R2_PA_00002314

# 4

# Operators

An **operator** manipulates data items and returns a result. Syntactically, an operator appears before or after an operand or between two operands.

This chapter contains these sections:

- About SQL Operators
- Arithmetic Operators
- Concatenation Operator
- Hierarchical Query Operators
- Set Operators
- Multiset Operators
- User-Defined Operators

This chapter discusses nonlogical (non-Boolean) operators. These operators cannot by themselves serve as the condition of a WHERE or HAVING clause in queries or subqueries. For information on logical operators, which serve as conditions, please refer to Chapter 6, "Conditions".

## About SQL Operators

Operators manipulate individual data items called **operands** or **arguments**. Operators are represented by special characters or by keywords. For example, the multiplication operator is represented by an asterisk (*).

If you have installed Oracle Text, then you can use the SCORE operator, which is part of that product, in Oracle Text queries. You can also create conditions with the built-in Text operators, including CONTAINS, CATSEARCH, and MATCHES. For more information on these Oracle Text elements, please refer to *Oracle Text Reference*.

Cloudera Exhibit 1020 - Page 179 of 1808

Databricks_R2_PA_00002315

About SQL Operators

If you are using Oracle Expression Filter, then you can create conditions with the built-in `EVALUATE` operator that is part of that product. For more information, please refer to *Oracle Database Application Developer's Guide - Expression Filter.*

## Unary and Binary Operators

The two general classes of operators are:

- **unary**: A unary operator operates on only one operand. A unary operator typically appears with its operand in this format:

  ```
  operator operand
  ```

- **binary**: A binary operator operates on two operands. A binary operator appears with its operands in this format:

  ```
  operand1 operator operand2
  ```

Other operators with special formats accept more than two operands. If an operator is given a null operand, the result is always null. The only operator that does not follow this rule is concatenation (| |).

## Operator Precedence

**Precedence** is the order in which Oracle Database evaluates different operators in the same expression. When evaluating an expression containing multiple operators, Oracle evaluates operators with higher precedence before evaluating those with lower precedence. Oracle evaluates operators with equal precedence from left to right within an expression.

Table 4–1 lists the levels of precedence among SQL operators from high to low. Operators listed on the same line have the same precedence.

*Table 4–1    SQL Operator Precedence*

| Operator | Operation |
|---|---|
| `+, -` (as unary operators), `PRIOR`, `CONNECT_BY_ROOT` | identity, negation, location in hierarchy |
| `*, /` | multiplication, division |
| `+, -` (as binary operators), `\|\|` | addition, subtraction, concatenation |
| SQL conditions are evaluated after SQL operators | See "Condition Precedence" on page 6-4 |

Cloudera Exhibit 1020 - Page 180 of 1808

Databricks_R2_PA_00002316

**Precedence Example**    In the following expression, multiplication has a higher precedence than addition, so Oracle first multiplies 2 by 3 and then adds the result to 1.

```
1+2*3
```

You can use parentheses in an expression to override operator precedence. Oracle evaluates expressions inside parentheses before evaluating those outside.

SQL also supports set operators (UNION, UNION ALL, INTERSECT, and MINUS), which combine sets of rows returned by queries, rather than individual data items. All set operators have equal precedence.

> **See Also:**    "Hierarchical Query Operators" on page 4-6 and "Hierarchical Queries" on page 9-3 for information on the PRIOR operator, which is used only in hierarchical queries

# Arithmetic Operators

You can use an arithmetic operator with one or two arguments to negate, add, subtract, multiply, and divide numeric values. Some of these operators are also used in datetime and interval arithmetic. The arguments to the operator must resolve to numeric datatypes or to any datatype that can be implicitly converted to a numeric datatype.

Unary arithmetic operators return the same datatype as the numeric datatype of the argument. For binary arithmetic operators, Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype. Table 4–2 lists arithmetic operators.

> **See Also:**    Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion, "Numeric Precedence" on page 2-17 for information on numeric precedence, and "Datetime/Interval Arithmetic" on page 2-27

Cloudera Exhibit 1020 - Page 181 of 1808

*Table 4–2   Arithmetic Operators*

| Operator | Purpose | Example |
|---|---|---|
| + - | When these denote a positive or negative expression, they are unary operators. | SELECT * FROM order_items<br>  WHERE quantity = -1;<br>SELECT * FROM employees<br>  WHERE -salary < 0; |
| | When they add or subtract, they are binary operators. | SELECT hire_date<br>  FROM employees<br>  WHERE SYSDATE - hire_date<br>  > 365; |
| * / | Multiply, divide. These are binary operators. | UPDATE employees<br>  SET salary = salary * 1.1; |

Do not use two consecutive minus signs (--) in arithmetic expressions to indicate double negation or the subtraction of a negative value. The characters -- are used to begin comments within SQL statements. You should separate consecutive minus signs with a space or parentheses. Please refer to "Comments" on page 2-91 for more information on comments within SQL statements.

## Concatenation Operator

The concatenation operator manipulates character strings and CLOB data. Table 4–3 describes the concatenation operator.

*Table 4–3   Concatenation Operator*

| Operator | Purpose | Example |
|---|---|---|
| \|\| | Concatenates character strings and CLOB data. | SELECT 'Name is ' \|\| last_name<br>  FROM employees; |

The result of concatenating two character strings is another character string. If both character strings are of datatype CHAR, the result has datatype CHAR and is limited to 2000 characters. If either string is of datatype VARCHAR2, the result has datatype VARCHAR2 and is limited to 4000 characters. If either argument is a CLOB, the result is a temporary CLOB. Trailing blanks in character strings are preserved by concatenation, regardless of the datatypes of the string or CLOB.

Cloudera Exhibit 1020 - Page 182 of 1808

Databricks_R2_PA_00002318

On most platforms, the concatenation operator is two solid vertical bars, as shown in Table 4–3. However, some IBM platforms use broken vertical bars for this operator. When moving SQL script files between systems having different character sets, such as between ASCII and EBCDIC, vertical bars might not be translated into the vertical bar required by the target Oracle Database environment. Oracle provides the CONCAT character function as an alternative to the vertical bar operator for cases when it is difficult or impossible to control translation performed by operating system or network utilities. Use this function in applications that will be moved between environments with differing character sets.

Although Oracle treats zero-length character strings as nulls, concatenating a zero-length character string with another operand always results in the other operand, so null can result only from the concatenation of two null strings. However, this may not continue to be true in future versions of Oracle Database. To concatenate an expression that might be null, use the NVL function to explicitly convert the expression to a zero-length string.

> **See Also:**
>
> - "Character Datatypes" on page 2-10 for more information on the differences between the CHAR and VARCHAR2 datatypes
>
> - The functions CONCAT on page 7-40 and NVL on page 7-131
>
> - *Oracle Database Application Developer's Guide - Large Objects* for more information about CLOBs

**Concatenation Example**   This example creates a table with both CHAR and VARCHAR2 columns, inserts values both with and without trailing blanks, and then selects these values and concatenates them. Note that for both CHAR and VARCHAR2 columns, the trailing blanks are preserved.

```
CREATE TABLE tab1 (col1 VARCHAR2(6), col2 CHAR(6),
        col3 VARCHAR2(6), col4 CHAR(6) );

INSERT INTO tab1 (col1,  col2,     col3,     col4)
        VALUES   ('abc', 'def   ', 'ghi   ', 'jkl');

SELECT col1||col2||col3||col4 "Concatenation"
        FROM tab1;

Concatenation
------------------------
abcdef   ghi   jkl
```

Cloudera Exhibit 1020 - Page 183 of 1808

Databricks_R2_PA_00002319

# Hierarchical Query Operators

Two operators, `PRIOR` and `CONNECT_BY_ROOT`, are valid only in hierarchical queries.

## PRIOR

In a hierarchical query, one expression in the `CONNECT BY` *condition* must be qualified by the `PRIOR` operator. If the `CONNECT BY` *condition* is compound, then only one condition requires the `PRIOR` operator, although you can have multiple `PRIOR` conditions. `PRIOR` evaluates the immediately following expression for the parent row of the current row in a hierarchical query.

`PRIOR` is most commonly used when comparing column values with the equality operator. (The `PRIOR` keyword can be on either side of the operator.) `PRIOR` causes Oracle to use the value of the parent row in the column. Operators other than the equal sign (=) are theoretically possible in `CONNECT BY` clauses. However, the conditions created by these other operators can result in an infinite loop through the possible combinations. In this case Oracle detects the loop at run time and returns an error. Please refer to "Hierarchical Queries" on page 9-3 for more information on this operator, including examples.

## CONNECT_BY_ROOT

`CONNECT_BY_ROOT` is a unary operator that is valid only in hierarchical queries. When you qualify a column with this operator, Oracle returns the column value using data from the root row. This operator extends the functionality of the `CONNECT BY` [`PRIOR`] condition of hierarchical queries.

**Restriction on CONNECT_BY_ROOT**   You cannot specify this operator in the `START WITH` condition or the `CONNECT BY` condition.

> **See Also:**   "CONNECT_BY_ROOT Examples" on page 9-8

# Set Operators

Set operators combine the results of two component queries into a single result. Queries containing set operators are called compound queries. Table 4–4 lists SQL set operators. They are fully described, including examples and restrictions on these operators, in "The UNION [ALL], INTERSECT, MINUS Operators" on page 9-9.

Cloudera Exhibit 1020 - Page 184 of 1808

*Table 4–4  Set Operators*

| Operator | Returns |
| --- | --- |
| UNION | All rows selected by either query |
| UNION ALL | All rows selected by either query, including all duplicates |
| INTERSECT | All distinct rows selected by both queries |
| MINUS | All distinct rows selected by the first query but not the second |

## Multiset Operators

Multiset operators combine the results of two nested tables into a single nested table.

The examples related to multiset operators require that two nested tables be created and loaded with data as follows:

First, make a copy of the `oe.customers` table called `customers_demo`. We will add the nested table columns to `customers_demo`.

```
CREATE TABLE customers_demo AS
  SELECT * FROM customers;
```

Next, create a table type called `cust_address_tab_typ`. This type will be used when creating the nested table columns.

```
CREATE TYPE cust_address_tab_typ AS
  TABLE OF cust_address_typ
/
```

Now, create two nested table columns in the `customers_demo` table:

```
ALTER TABLE customers_demo
  ADD (cust_address_ntab cust_address_tab_typ,
       cust_address2_ntab cust_address_tab_typ)
    NESTED TABLE cust_address_ntab STORE AS cust_address_ntab_store
    NESTED TABLE cust_address2_ntab STORE AS cust_address2_ntab_store;
```

Finally, load data into the two new nested table columns using data from the `cust_address` column of the `oe.customers` table:

```
UPDATE CUSTOMERS_DEMO cd
  SET cust_address_ntab =
    CAST(MULTISET(SELECT cust_address
                    FROM customers c
```

Cloudera Exhibit 1020 - Page 185 of 1808

Multiset Operators

```
                        WHERE c.customer_id =
                              cd.customer_id) as cust_address_tab_typ);

UPDATE CUSTOMERS_DEMO cd
  SET cust_address2_ntab =
    CAST(MULTISET(SELECT cust_address
                    FROM customers c
                    WHERE c.customer_id =
                          cd.customer_id) as cust_address_tab_typ);
```

## MULTISET EXCEPT

MULTISET EXCEPT takes as arguments two nested tables and returns a nested table whose elements are in the first nested table but not in the second nested table. The two input nested tables must be of the same type, and the returned nested table is of the same type as well.

**multiset_except::=**



- The ALL keyword instructs Oracle to return all elements in *nested_table1* that are not in *nested_table2*. For example, if a particular element occurs *m* times in *nested_table1* and *n* times in *nested_table2*, then the result will have *(m-n)* occurrences of the element if *m >n* and 0 occurrences if *m<=n*. ALL is the default.

- The DISTINCT keyword instructs Oracle to eliminate any element in *nested_table1* which is also in *nested_table2*, regardless of the number of occurrences.

- The element types of the nested tables must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

### Example

The following example compares two nested tables and returns a nested table of those elements found in the first nested table but not in the second nested table:

```
SELECT customer_id, cust_address_ntab
  MULTISET EXCEPT DISTINCT cust_address2_ntab multiset_except
```

Cloudera Exhibit 1020 - Page 186 of 1808

Databricks_R2_PA_00002322

```
  FROM customers_demo;

CUSTOMER_ID MULTISET_EXCEPT(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
----------- --------------------------------------------------------------------------------
        101 CUST_ADDRESS_TAB_TYP()
        102 CUST_ADDRESS_TAB_TYP()
        103 CUST_ADDRESS_TAB_TYP()
        104 CUST_ADDRESS_TAB_TYP()
        105 CUST_ADDRESS_TAB_TYP()
. . .
```

The preceding example requires the table `customers_demo` and two nested table columns containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table columns.

## MULTISET INTERSECT

`MULTISET INTERSECT` takes as arguments two nested tables and returns a nested table whose values are common in the two input nested tables. The two input nested tables must be of the same type, and the returned nested table is of the same type as well.

**multiset_intersect::=**



- The `ALL` keyword instructs Oracle to return all common occurrences of elements that are in the two input nested tables, including duplicate common values and duplicate common `NULL` occurrences. For example, if a particular value occurs m times in *nested_table1* and n times in *nested_table2*, then the result would contain the element `min(m,n)` times. `ALL` is the default.

- The `DISTINCT` keyword instructs Oracle to eliminate duplicates from the returned nested table, including duplicates of `NULL`, if they exist.

- The element types of the nested tables must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

### Example

The following example compares two nested tables and returns a nested table of those elements found in both input nested tables:

Cloudera Exhibit 1020 - Page 187 of 1808

Databricks_R2_PA_00002323

Multiset Operators

```
SELECT customer_id, cust_address_ntab
  MULTISET INTERSECT DISTINCT cust_address2_ntab multiset_intersect
  FROM customers_demo;

CUSTOMER_ID MULTISET_INTERSECT(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID
----------- ------------------------------------------------------------------------------------
        101 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US'))
        102 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US'))
        103 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'))
        104 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('6445 Bay Harbor Ln', '46254', 'Indianapolis', 'IN', 'US'))
        105 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('4019 W 3Rd St', '47404', 'Bloomington', 'IN', 'US'))
.
.
.
```

> The preceding example requires the table `customers_demo` and two nested table columns containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table columns.

## MULTISET UNION

`MULTISET UNION` takes as arguments two nested tables and returns a nested table whose values are those of the two input nested tables. The two input nested tables must be of the same type, and the returned nested table is of the same type as well.

**multiset_union::=**



- The `ALL` keyword instructs Oracle to return all elements that are in the two input nested tables, including duplicate values and duplicate `NULL` occurrences. This is the default.

- The `DISTINCT` keyword instructs Oracle to eliminate duplicates from the returned nested table, including duplicates of `NULL`, if they exist.

- The element types of the nested tables must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

Cloudera Exhibit 1020 - Page 188 of 1808

Databricks_R2_PA_00002324

### Example

The following example compares two nested tables and returns a nested table of elements from both input nested tables:

```
SELECT customer_id, cust_address_ntab
  MULTISET UNION cust_address2_ntab multiset_union
  FROM customers_demo;


CUSTOMER_ID MULTISET_UNION(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
----------- --------------------------------------------------------------------------------
        101 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US'),
                                 CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US'))
        102 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US'),
                                 CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN','US'))
        103 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'),
                                 CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'))
        104 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('6445 Bay Harbor Ln', '46254', 'Indianapolis', 'IN', 'US'),
                                 CUST_ADDRESS_TYP('6445 Bay Harbor Ln', '46254', 'Indianapolis', 'IN', 'US'))
        105 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('4019 W 3Rd St', '47404', 'Bloomington', 'IN', 'US'),
                                 CUST_ADDRESS_TYP('4019 W 3Rd St', '47404', 'Bloomington', 'IN', 'US'))
.
.
.
```

The preceding example requires the table `customers_demo` and two nested table columns containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table columns.

## User-Defined Operators

Like built-in operators, user-defined operators take a set of operands as input and return a result. However, you create them with the `CREATE OPERATOR` statement, and they are identified by user-defined names. They reside in the same namespace as tables, views, types, and standalone functions.

Once you have defined a new operator, you can use it in SQL statements like any other built-in operator. For example, you can use user-defined operators in the select list of a `SELECT` statement, the condition of a `WHERE` clause, or in `ORDER BY` clauses and `GROUP BY` clauses. However, you must have `EXECUTE` privilege on the operator to do so, because it is a user-defined object.

For example, if you define an operator `includes`, which takes as input a text column and a keyword and returns 1 if the row contains the specified keyword, you can then write the following SQL query:

```
SELECT * FROM product_descriptions
   WHERE includes (translated_description, 'Oracle and UNIX') = 1;
```

Cloudera Exhibit 1020 - Page 189 of 1808

Databricks_R2_PA_00002325

**See Also:**  CREATE OPERATOR on page 15-42 and *Oracle Data Cartridge Developer's Guide* for more information on user-defined operators

Cloudera Exhibit 1020 - Page 190 of 1808

Databricks_R2_PA_00002326

# 5

# Expressions

This chapter describes how to combine values, operators, and functions into expressions.

This chapter includes these sections:

- About SQL Expressions
- Simple Expressions
- Compound Expressions
- CASE Expressions
- CURSOR Expressions
- Datetime Expressions
- Function Expressions
- Interval Expressions
- Object Access Expressions
- Scalar Subquery Expressions
- Model Expressions
- Type Constructor Expressions
- Variable Expressions
- Expression Lists

Cloudera Exhibit 1020 - Page 191 of 1808

Databricks_R2_PA_00002327

## About SQL Expressions

An **expression** is a combination of one or more values, operators, and SQL functions that evaluates to a value. An expression generally assumes the datatype of its components.

This simple expression evaluates to 4 and has datatype NUMBER (the same datatype as its components):

```
2*2
```

The following expression is an example of a more complex expression that uses both functions and operators. The expression adds seven days to the current date, removes the time component from the sum, and converts the result to CHAR datatype:

```
TO_CHAR(TRUNC(SYSDATE+7))
```

You can use expressions in:

■   The select list of the SELECT statement

■   A condition of the WHERE clause and HAVING clause

■   The CONNECT BY, START WITH, and ORDER BY clauses

■   The VALUES clause of the INSERT statement

■   The SET clause of the UPDATE statement

For example, you could use an expression in place of the quoted string 'Smith' in this UPDATE statement SET clause:

```
SET last_name = 'Smith';
```

This SET clause has the expression INITCAP(last_name) instead of the quoted string 'Smith':

```
SET last_name = INITCAP(last_name);
```

Expressions have several forms, as shown in the following syntax:

Cloudera Exhibit 1020 - Page 192 of 1808

Databricks_R2_PA_00002328

**expr::=**



Oracle Database does not accept all forms of expressions in all parts of all SQL statements. Please refer to the individual SQL statements in Chapter 10 through Chapter 19 for information on restrictions on the expressions in that statement.

You must use appropriate expression notation whenever *expr* appears in conditions, SQL functions, or SQL statements in other parts of this reference. The sections that follow describe and provide examples of the various forms of expressions.

# Simple Expressions

A simple expression specifies a column, pseudocolumn, constant, sequence number, or null.

Cloudera Exhibit 1020 - Page 193 of 1808

Databricks_R2_PA_00002329

Simple Expressions

---

**simple_expression::=**



In addition to the schema of a user, *schema* can also be "PUBLIC" (double quotation marks required), in which case it must qualify a public synonym for a table, view, or materialized view. Qualifying a public synonym with "PUBLIC" is supported only in data manipulation language (DML) statements, not data definition language (DDL) statements.

You can specify ROWID only with a table, not with a view or materialized view. NCHAR and NVARCHAR2 are not valid pseudocolumn datatypes.

> **See Also:**   Chapter 3, "Pseudocolumns" for more information on pseudocolumns and *subquery_factoring_clause* on page 19-14 for information on `query_name`

Some valid simple expressions are:

```
employees.last_name
'this is a text string'
10
N'this is an NCHAR string'
```

Cloudera Exhibit 1020 - Page 194 of 1808

Databricks_R2_PA_00002330

## Compound Expressions

A compound expression specifies a combination of other expressions.

**compound_expression::=**



You can use any built-in function as an expression ("Function Expressions" on page 5-12). However, in a compound expression, some combinations of functions are inappropriate and are rejected. For example, the LENGTH function is inappropriate within an aggregate function.

The PRIOR operator is used in CONNECT BY clauses of hierarchical queries.

> **See Also:** "Operator Precedence" on page 4-2 and "Hierarchical Queries" on page 9-3

Some valid compound expressions are:

```
('CLARK' || 'SMITH')
LENGTH('MOOSE') * 57
SQRT(144) + 72
my_fun(TO_CHAR(sysdate,'DD-MMM-YY'))
```

## CASE Expressions

CASE expressions let you use IF ... THEN ... ELSE logic in SQL statements without having to invoke procedures. The syntax is:

Cloudera Exhibit 1020 - Page 195 of 1808

Databricks_R2_PA_00002331

CASE Expressions

**case_expression::=**



**simple_case_expression::=**



**searched_case_expression::=**



**else_clause::=**



In a simple CASE expression, Oracle searches for the first WHEN ... THEN pair for which *expr* is equal to *comparison_expr* and returns *return_expr*. If none of the WHEN ... THEN pairs meet this condition, and an ELSE clause exists, then Oracle returns *else_expr*. Otherwise, Oracle returns null. You cannot specify the literal NULL for every *return_expr* and the *else_expr*.

In a searched CASE expression, Oracle searches from left to right until it finds an occurrence of *condition* that is true, and then returns *return_expr*. If no *condition* is found to be true, and an ELSE clause exists, Oracle returns *else_expr*. Otherwise, Oracle returns null.

For a simple CASE expression, the *expr* and all *comparison_expr*s must either have the same datatype (CHAR, VARCHAR2, NCHAR, or NVARCHAR2, NUMBER, BINARY_FLOAT, or BINARY_DOUBLE) or must all have a numeric datatype. If all expressions have a numeric datatype, then Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

For both simple and searched CASE expressions, all of the *return_expr*s must either have the same datatype (CHAR, VARCHAR2, NCHAR, or NVARCHAR2, NUMBER, BINARY_FLOAT, or BINARY_DOUBLE) or must all have a numeric datatype. If all return expressions have a numeric datatype, then Oracle determines the argument

Cloudera Exhibit 1020 - Page 196 of 1808

Databricks_R2_PA_00002332

with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

The maximum number of arguments in a `CASE` expression is 255. All expressions count toward this limit, including the initial expression of a simple `CASE` expression and the optional `ELSE` expression. Each `WHEN` ... `THEN` pair counts as two arguments. To avoid exceeding this limit, you can nest `CASE` expressions so that the `return_expr` itself is a `CASE` expression.

> **See Also:**
>
> - Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion
>
> - "Numeric Precedence" on page 2-17 for information on numeric precedence
>
> - COALESCE on page 7-37 and NULLIF on page 7-128 for alternative forms of `CASE` logic
>
> - *Oracle Data Warehousing Guide* for examples using various forms of the `CASE` expression

**Simple CASE Example**    For each customer in the sample `oe.customers` table, the following statement lists the credit limit as "Low" if it equals $100, "High" if it equals $5000, and "Medium" if it equals anything else.

```
SELECT cust_last_name,
   CASE credit_limit WHEN 100 THEN 'Low'
   WHEN 5000 THEN 'High'
   ELSE 'Medium' END
   FROM customers;


CUST_LAST_NAME       CASECR
-------------------- ------
...
Bogart               Medium
Nolte                Medium
Loren                Medium
Gueney               Medium
```

**Searched CASE Example**    The following statement finds the average salary of the employees in the sample table `oe.employees`, using $2000 as the lowest salary possible:

```
SELECT AVG(CASE WHEN e.salary > 2000 THEN e.salary
```

Databricks_R2_PA_00002333

```
    ELSE 2000 END) "Average Salary" from employees e;

Average Salary
--------------
    6461.68224
```

# CURSOR Expressions

A CURSOR expression returns a nested cursor. This form of expression is equivalent to the PL/SQL REF CURSOR and can be passed as a REF CURSOR argument to a function.

**cursor_expression::=**



A nested cursor is implicitly opened when the cursor expression is evaluated. For example, if the cursor expression appears in a select list, a nested cursor will be opened for each row fetched by the query. The nested cursor is closed only when:

- The nested cursor is explicitly closed by the user

- The parent cursor is reexecuted

- The parent cursor is closed

- The parent cursor is cancelled

- An error arises during fetch on one of its parent cursors (it is closed as part of the clean-up)

**Restrictions on CURSOR Expressions**

- If the enclosing statement is not a SELECT statement, nested cursors can appear only as REF CURSOR arguments of a procedure.

- If the enclosing statement is a SELECT statement, nested cursors can also appear in the outermost select list of the query specification or in the outermost select list of another nested cursor.

- Nested cursors cannot appear in views.

- You cannot perform BIND and EXECUTE operations on nested cursors.

**Examples**    The following example shows the use of a CURSOR expression in the select list of a query:

Cloudera Exhibit 1020 - Page 198 of 1808

Databricks_R2_PA_00002334

```
SELECT department_name, CURSOR(SELECT salary, commission_pct
    FROM employees e
    WHERE e.department_id = d.department_id)
    FROM departments d;
```

The next example shows the use of a CURSOR expression as a function argument.
The example begins by creating a function in the sample OE schema that can accept
the REF CURSOR argument. (The PL/SQL function body is shown in italics.)

```
CREATE FUNCTION f(cur SYS_REFCURSOR, mgr_hiredate DATE)
    RETURN NUMBER IS
    emp_hiredate DATE;
    before number :=0;
    after number:=0;
begin
  loop
    fetch cur into emp_hiredate;
    exit when cur%NOTFOUND;
    if emp_hiredate > mgr_hiredate then
      after:=after+1;
    else
      before:=before+1;
    end if;
  end loop;
  close cur;
  if before > after then
    return 1;
  else
    return 0;
  end if;
end;
/
```

The function accepts a cursor and a date. The function expects the cursor to be a
query returning a set of dates. The following query uses the function to find those
managers in the sample employees table, most of whose employees were hired
before the manager.

```
SELECT e1.last_name FROM employees e1
    WHERE f(
    CURSOR(SELECT e2.hire_date FROM employees e2
    WHERE e1.employee_id = e2.manager_id),
    e1.hire_date) = 1;

LAST_NAME
```

Cloudera Exhibit 1020 - Page 199 of 1808

```
-------------------------
De Haan
Mourgos
Cambrault
Zlotkey
Higgens
```

# Datetime Expressions

A datetime expression yields a value of one of the datetime datatypes.

**datetime_expression::=**



A `datetime_value_expr` can be a datetime column or a compound expression that yields a datetime value. Datetimes and intervals can be combined according to the rules defined in Table 2–6 on page 2-28. The three combinations that yield datetime values are valid in a datetime expression.

If you specify `AT LOCAL`, Oracle uses the current session time zone.

The settings for `AT TIME ZONE` are interpreted as follows:

- The string `'(+|-)HH:MM'` specifies a time zone as an offset from UTC.

- `DBTIMEZONE`: Oracle uses the database time zone established (explicitly or by default) during database creation.

- `SESSIONTIMEZONE`: Oracle uses the session time zone established by default or in the most recent `ALTER SESSION` statement.

Cloudera Exhibit 1020 - Page 200 of 1808

Databricks_R2_PA_00002336

- *time_zone_name*: Oracle returns the *datetime_value_expr* in the time zone indicated by *time_zone_name*. For a listing of valid time zone names, query the V$TIMEZONE_NAMES dynamic performance view.

> **Note:** Timezone region names are needed by the daylight savings feature. The region names are stored in two time zone files. The default time zone file is a small file containing only the most common time zones to maximize performance. If your time zone is not in the default file, then you will not have daylight savings support until you provide a path to the complete (larger) file by way of the ORA_TZFILE environment variable.

**See Also:**

- *Oracle Database Administrator's Guide* for more information about setting the ORA_TZFILE environment variable

- *Oracle Database Globalization Support Guide.* for a complete listing of the timezone region names in both files

- *Oracle Database Reference* for information on the dynamic performance views

- *expr*: If *expr* returns a character string with a valid time zone format, Oracle returns the input in that time zone. Otherwise, Oracle returns an error.

**Example**  The following example converts the datetime value of one time zone to another time zone:

```
SELECT FROM_TZ(CAST(TO_DATE('1999-12-01 11:00:00',
     'YYYY-MM-DD HH:MI:SS') AS TIMESTAMP), 'America/New_York')
   AT TIME ZONE 'America/Los_Angeles' "West Coast Time"
   FROM DUAL;

West Coast Time
-------------------------------------------------
01-DEC-99 08.00.00.000000 AM AMERICA/LOS_ANGELES
```

Cloudera Exhibit 1020 - Page 201 of 1808

Databricks_R2_PA_00002337

# Function Expressions

You can use any built-in SQL function or user-defined function as an expression. Some valid built-in function expressions are:

```
LENGTH('BLAKE')
ROUND(1234.567*43)
SYSDATE
```

> **See Also:**   "SQL Functions" on page 7-1 and "Aggregate Functions" on page 7-9 for information on built-in functions

A user-defined function expression specifies a call to:

- A function in an Oracle-supplied package (see *PL/SQL Packages and Types Reference*)

- A function in a user-defined package or type or in a standalone user-defined function (see "User-Defined Functions" on page 7-287)

- A user-defined function or operator (see CREATE OPERATOR on page 15-42, CREATE FUNCTION on page 14-61, and *Oracle Data Cartridge Developer's Guide*)

Some valid user-defined function expressions are:

```
circle_area(radius)
payroll.tax_rate(empno)
hr.employees.comm_pct(dependents, empno)@remote
DBMS_LOB.getlength(column_name)
my_function(DISTINCT a_column)
```

**Restriction on User-Defined Function Expressions**   You cannot pass arguments of object type or XMLType to remote functions and procedures.

# Interval Expressions

An interval expression yields a value of INTERVAL YEAR TO MONTH or INTERVAL DAY TO SECOND.

Cloudera Exhibit 1020 - Page 202 of 1808

Databricks_R2_PA_00002338

**interval_expression::=**



The *interval_value_expr* can be the value of an INTERVAL column or a
compound expression that yields an interval value. Datetimes and intervals can be
combined according to the rules defined in Table 2–6 on page 2-28. The six
combinations that yield interval values are valid in an interval expression.

Both *leading_field_precision* and *fractional_second_precision* can
be any integer from 0 to 9. If you omit the *leading_field_precision* for either
DAY or YEAR, then Oracle Database uses the default value of 2. If you omit the
*fractional_second_precision* for second, then the database uses the default
value of 6. If the value returned by a query contains more digits that the default
precision, then Oracle Database returns an error. Therefore, it is good practice to
specify a precision that you know will be at least as large as any value returned by
the query.

For example, the following statement subtracts the value of the order_date
column in the sample table orders (a datetime value) from the system timestamp
(another datetime value) to yield an interval value expression. Because we do not
know how many days ago the oldest order was placed, we specify the maximum
value of 9 for the DAY lading field precision:

```
SELECT (SYSTIMESTAMP - order_date) DAY(9) TO SECOND from orders
   WHERE order_id = 2458;
```

# Object Access Expressions

An object access expression specifies attribute reference and method invocation.

Cloudera Exhibit 1020 - Page 203 of 1808

Databricks_R2_PA_00002339

Scalar Subquery Expressions

---

**object_access_expression::=**



The column parameter can be an object or REF column. If you specify *expr*, it must resolve to an object type.

When a type's member function is invoked in the context of a SQL statement, if the SELF argument is null, Oracle returns null and the function is not invoked.

**Examples**    The following example creates a table based on the sample oe.order_item_typ object type, and then shows how you would update and select from the object column attributes.

```
CREATE TABLE short_orders (
    sales_rep VARCHAR2(25), item order_item_typ);

UPDATE short_orders s SET sales_rep = 'Unassigned';

SELECT o.item.line_item_id, o.item.quantity FROM short_orders o;
```

# Scalar Subquery Expressions

A scalar subquery expression is a subquery that returns exactly one column value from one row. The value of the scalar subquery expression is the value of the select list item of the subquery. If the subquery returns 0 rows, then the value of the scalar subquery expression is NULL. If the subquery returns more than one row, then Oracle returns an error.

You can use a scalar subquery expression in most syntax that calls for an expression (*expr*). However, scalar subqueries are not valid expressions in the following places:

■   As default values for columns

■   As hash expressions for clusters

Cloudera Exhibit 1020 - Page 204 of 1808

Databricks_R2_PA_00002340

- In the `RETURNING` clause of DML statements

- As the basis of a function-based index

- In `CHECK` constraints

- In `WHEN` conditions of `CASE` expressions

- In `GROUP BY` and `HAVING` clauses

- In `START WITH` and `CONNECT BY` clauses

- In statements that are unrelated to queries, such as `CREATE PROFILE`

## Model Expressions

A model expression is used only in the `model_clause` of a `SELECT` statement and then only on the right-hand side of a model rule. It yields a value for a cell in a measure column previously defined in the `model_clause`. For additional information, please refer to *model_clause* on page 19-30.

**model_expression::=**



When using an aggregate function in a model expression, the argument to the function is a measure column that has been previously defined in the `model_clause`. An aggregate function can be used only on the right-hand side of a model rule.

When `expr` is itself a model expression, it is referred to as a **nested cell reference**.

**Restrictions on Nested Cell References**
- Only one level of nesting is allowed.

- A nested cell reference must be a single-cell reference.

- When `AUTOMATIC ORDER` is specified in the `model_rules_clause`, a nested cell reference can be used on the left-hand side of a model rule only if the measures used in the nested cell reference remain static.

The model expressions shown below are based on the following `model_clause` of the `SELECT` statement:

Cloudera Exhibit 1020 - Page 205 of 1808

Databricks_R2_PA_00002341

```
SELECT country,prod,year,s
  FROM sales_view
  MODEL
    PARTITION BY (country)
    DIMENSION BY (prod, year)
    MEASURES (sale s)
    IGNORE NAV
    UNIQUE DIMENSION
    RULES UPSERT SEQUENTIAL ORDER
    (
      s[prod='Mouse Pad', year=2000] =
        s['Mouse Pad', 1998] + s['Mouse Pad', 1999],
      s['Standard Mouse', 2001] = s['Standard Mouse', 2000]
    )
  ORDER BY country, prod, year;
```

The following model expression represents a single cell reference using symbolic notation. It represents the sales of the Mouse Pad for the year 2000.

```
s[prod='Mouse Pad',year=2000]
```

The following model expression represents a multiple cell reference using positional notation. It represents the sales of the current value of the dimension column `prod` for the year 2001.

```
s[cv(prod), 2001]
```

The following model expression represents an aggregate function. It represents the sum of sales of the Mouse Pad for the years between the current value of the dimension column `year` less two and the current value of the dimension column `year` less one.

```
sum(s)['Mouse Pad',year between cv()-2 and cv()-1]
```

**See Also:**    CV on page 7-59 and *model_clause* on page 19-30

# Type Constructor Expressions

A type constructor expression specifies a call to a type constructor. The argument to the type constructor is any expression.

Cloudera Exhibit 1020 - Page 206 of 1808

**type_constructor_expression::=**



The NEW keyword applies to constructors for object types but not for collection types. It instructs Oracle to construct a new object by invoking an appropriate constructor. The use of the NEW keyword is optional, but it is good practice to specify it.

If *type_name* is an **object type**, then the expressions must be an ordered list, where the first argument is a value whose type matches the first attribute of the object type, the second argument is a value whose type matches the second attribute of the object type, and so on. The total number of arguments to the constructor must match the total number of attributes of the object type.

If *type_name* is a **varray** or **nested table type**, then the expression list can contain zero or more arguments. Zero arguments implies construction of an empty collection. Otherwise, each argument corresponds to an element value whose type is the element type of the collection type.

Type constructors can be invoked anywhere functions are invoked. They also have similar restrictions, such as a limit on the maximum number of arguments.

> **See Also:** *Oracle Database Application Developer's Guide - Object-Relational Features* for additional information on type constructors

**Expression Example**   This example uses the cust_address_typ type in the sample oe schema to show the use of an expression in the call to a type constructor (the PL/SQL is shown in italics):

```
CREATE TYPE address_book_t AS TABLE OF cust_address_typ;
DECLARE
   myaddr cust_address_typ := cust_address_typ(
     '500 Oracle Parkway', 94065, 'Redwood Shores', 'CA','USA');
   alladdr address_book_t := address_book_t();
BEGIN
   INSERT INTO customers VALUES (
     666999, 'Joe', 'Smith', myaddr, NULL, NULL, NULL, NULL,
     NULL, NULL, NULL, NULL, NULL, NULL, NULL);
END;
```

Cloudera Exhibit 1020 - Page 207 of 1808

Databricks_R2_PA_00002343

```
/
```

**Subquery Example** This example uses the `warehouse_typ` type in the sample schema `oe` to illustrate the use of a subquery in the call to the type constructor.

```
CREATE TABLE warehouse_tab OF warehouse_typ;

INSERT INTO warehouse_tab
   VALUES (warehouse_typ(101, 'new_wh', 201));

CREATE TYPE facility_typ AS OBJECT (
   facility_id NUMBER,
   warehouse_ref REF warehouse_typ);

CREATE TABLE buildings (b_id NUMBER, building facility_typ);

INSERT INTO buildings VALUES (10, facility_typ(102,
    (SELECT REF(w) FROM warehouse_tab w
      WHERE warehouse_name = 'new_wh')));

SELECT b.b_id, b.building.facility_id "FAC_ID",
   DEREF(b.building.warehouse_ref) "WH" FROM buildings b;

      B_ID     FAC_ID WH(WAREHOUSE_ID, WAREHOUSE_NAME, LOCATION_ID)
---------- ---------- ----------------------------------------------
        10        102 WAREHOUSE_TYP(101, 'new_wh', 201)
```

## Variable Expressions

A variable expression specifies a host variable with an optional indicator variable. This form of expression can appear only in embedded SQL statements or SQL statements processed in an Oracle Call Interface (OCI) program.

**variable_expression::=**

:
host_variable
INDICATOR
:
indicator_variable

Some valid variable expressions are:

```
:employee_name INDICATOR :employee_name_indicator_var
:department_location
```

# Expression Lists

An expression list is a combination of other expressions.

**expression_list::=**



Expression lists can appear in comparison and membership conditions and in GROUP BY clauses of queries and subqueries.

Comparison and membership conditions appear in the conditions of WHERE clauses. They can contain either one or more comma-delimited expressions or one or more sets of expressions where each set contains one or more comma-delimited expressions. In the latter case (multiple sets of expressions):

- Each set is bounded by parentheses

- Each set must contain the same number of expressions

- The number of expressions in each set must match the number of expressions before the operator in the comparison condition or before the IN keyword in the membership condition.

A comma-delimited list of expressions can contain no more than 1000 expressions. A comma-delimited list of sets of expressions can contain any number of sets, but each set can contain no more than 1000 expressions.

The following are some valid expression lists in conditions:

```
(10, 20, 40)
('SCOTT', 'BLAKE', 'TAYLOR')
( ('Guy', 'Himuro', 'GHIMURO'),('Karen', 'Colmenares', 'KCOLMENA') )
```

In the third example, the number of expressions in each set must equal the number of expressions in the first part of the condition. For example:

```
SELECT * FROM employees
  WHERE (first_name, last_name, email) IN
  (('Guy', 'Himuro', 'GHIMURO'),('Karen', 'Colmenares', 'KCOLMENA'))
```

Cloudera Exhibit 1020 - Page 209 of 1808

Databricks_R2_PA_00002345

> **See Also:** "Comparison Conditions" on page 6-4 and IN conditions on page 6-14

In a simple `GROUP BY` clause, you can use either the upper or lower form of expression list:

```
SELECT department_id, MIN(salary), MAX(salary)
   FROM employees
   GROUP BY department_id, salary;

SELECT department_id, MIN(salary), MAX(salary)
   FROM employees
   GROUP BY (department_id, salary);
```

In `ROLLUP`, `CUBE`, and `GROUPING SETS` clauses of `GROUP BY` clauses, you can combine individual expressions with sets of expressions in the same expression list. The following example shows several valid grouping sets expression lists in one SQL statement:

```
SELECT
prod_category, prod_subcategory, country_id, cust_city, count(*)
   FROM   products, sales, customers
   WHERE sales.prod_id = products.prod_id
   AND sales.cust_id=customers.cust_id
   AND sales.time_id = '01-oct-00'
   AND customers.cust_year_of_birth BETWEEN 1960 and 1970
GROUP BY GROUPING SETS
  (
   (prod_category, prod_subcategory, country_id, cust_city),
   (prod_category, prod_subcategory, country_id),
   (prod_category, prod_subcategory),
    country_id
  );
```

> **See Also:** SELECT on page 19-4

Cloudera Exhibit 1020 - Page 210 of 1808

Databricks_R2_PA_00002346

# 6

# Conditions

A **condition** specifies a combination of one or more expressions and logical (Boolean) operators and returns a value of `TRUE`, `FALSE`, or `UNKNOWN`.

This chapter contains the following sections:

- About SQL Conditions
- Comparison Conditions
- Floating-Point Conditions
- Logical Conditions
- Range Conditions
- Null Conditions
- Compound Conditions
- EQUALS_PATH
- EXISTS
- IN
- IS A SET
- IS ANY
- IS EMPTY
- IS OF type
- IS PRESENT
- LIKE
- MEMBER

Cloudera Exhibit 1020 - Page 211 of 1808

Databricks_R2_PA_00002347

- REGEXP_LIKE
- SUBMULTISET
- UNDER_PATH

## About SQL Conditions

Conditions can have several forms, as shown in the following syntax.

**condition::=**



Cloudera Exhibit 1020 - Page 212 of 1808

Databricks_R2_PA_00002348

If you have installed Oracle Text, then you can create conditions with the built-in operators that are part of that product, including CONTAINS, CATSEARCH, and MATCHES. For more information on these Oracle Text elements, please refer to *Oracle Text Reference.*

If you are using Oracle Expression Filter, then you can create conditions with the built-in EVALUATE operator that is part of that product. For more information, please refer to *Oracle Database Application Developer's Guide - Expression Filter.*

The sections that follow describe the various forms of conditions. You must use appropriate condition syntax whenever *condition* appears in SQL statements.

You can use a condition in the WHERE clause of these statements:

- DELETE

- SELECT

- UPDATE

You can use a condition in any of these clauses of the SELECT statement:

- WHERE

- START WITH

- CONNECT BY

- HAVING

A condition could be said to be of a logical datatype, although Oracle Database does not formally support such a datatype.

The following simple condition always evaluates to TRUE:

```
1 = 1
```

The following more complex condition adds the salary value to the commission_pct value (substituting the value 0 for null) and determines whether the sum is greater than the number constant 25000:

```
NVL(salary, 0) + NVL(salary + (salary*commission_pct, 0) > 25000)
```

Logical conditions can combine multiple conditions into a single condition. For example, you can use the AND condition to combine two conditions:

```
(1 = 1) AND (5 < 7)
```

Here are some valid conditions:

Cloudera Exhibit 1020 - Page 213 of 1808

Databricks_R2_PA_00002349

```
name = 'SMITH'
employees.department_id = departments.department_id
hire_date > '01-JAN-88'
job_id IN ('SA_MAN', 'SA_REP')
salary BETWEEN 5000 AND 10000
commission_pct IS NULL AND salary = 2100
```

**See Also:** The description of each statement in Chapter 10 through Chapter 19 for the restrictions on the conditions in that statement

## Condition Precedence

**Precedence** is the order in which Oracle Database evaluates different conditions in the same expression. When evaluating an expression containing multiple conditions, Oracle evaluates conditions with higher precedence before evaluating those with lower precedence. Oracle evaluates conditions with equal precedence from left to right within an expression.

Table 6–1 lists the levels of precedence among SQL condition from high to low. Conditions listed on the same line have the same precedence. As the table indicates, Oracle evaluates operators before conditions.

*Table 6–1   SQL Condition Precedence*

| Type of Condition | Purpose |
| --- | --- |
| SQL operators are evaluated before SQL conditions | See "Operator Precedence" on page 4-2 |
| =, !=, <, >, <=, >=, | comparison |
| IS [NOT] NULL, LIKE, [NOT] BETWEEN, [NOT] IN, EXISTS, IS OF *type* | comparison |
| NOT | exponentiation, logical negation |
| AND | conjunction |
| OR | disjunction |

# Comparison Conditions

Comparison conditions compare one expression with another. The result of such a comparison can be TRUE, FALSE, or NULL.

Cloudera Exhibit 1020 - Page 214 of 1808

Large objects (LOBs) are not supported in comparison conditions. However, you can use PL/SQL programs for comparisons on CLOB data.

When comparing numeric expressions, Oracle uses numeric precedence to determine whether the condition compares NUMBER, BINARY_FLOAT, or BINARY_DOUBLE values. Please refer to "Numeric Precedence" on page 2-17 for information on numeric precedence.

Two objects of nonscalar type are comparable if they are of the same named type and there is a one-to-one correspondence between their elements. In addition, nested tables of user-defined object types, even if their elements are comparable, must have MAP methods defined on them to be used in equality or IN conditions.

**See Also:**

- *map_order_func_declaration* on page 17-30 for more information on MAP methods

- *PL/SQL User's Guide and Reference* for the requirements for comparing user-defined object types in PL/SQL

Table 6–2 lists comparison conditions.

*Table 6–2    Comparison Conditions*

| Type of Condition | Purpose | Example |
|---|---|---|
| = | Equality test. | SELECT * <br> FROM employees <br> WHERE salary = 2500; |
| != <br> ^= <br> < > <br> ¬= | Inequality test. Some forms of the inequality condition may be unavailable on some platforms. | SELECT * <br> FROM employees <br> WHERE salary != 2500; |
| > <br><br> < | Greater-than and less-than tests. | SELECT * FROM employees <br> WHERE salary > 2500; <br> SELECT * FROM employees <br> WHERE salary < 2500; |

Cloudera Exhibit 1020 - Page 215 of 1808

Databricks_R2_PA_00002351

Comparison Conditions

*Table 6–2    (Cont.)    Comparison Conditions*

| Type of Condition | Purpose | Example |
|---|---|---|
| >= <br> <= | Greater-than-or-equal-to and less-than-or-equal-to tests. | `SELECT * FROM employees`<br>`  WHERE salary >= 2500;`<br>`SELECT * FROM employees`<br>`  WHERE salary <= 2500;` |
| ANY <br> SOME | Compares a value to each value in a list or returned by a query. Must be preceded by =, !=, >, <, <=, >=. Can be followed by any expression or subquery that returns one or more values. <br><br> Evaluates to FALSE if the query returns no rows. | `SELECT * FROM employees`<br>`  WHERE salary = ANY`<br>`  (SELECT salary`<br>`   FROM employees`<br>`  WHERE department_id = 30);` |
| ALL | Compares a value to every value in a list or returned by a query. Must be preceded by =, !=, >, <, <=, >=. Can be followed by any expression or subquery that returns one or more values. <br><br> Evaluates to TRUE if the query returns no rows. | `SELECT * FROM employees`<br>`  WHERE salary >=`<br>`  ALL ( 1400, 3000);` |

## Simple Comparison Conditions

A simple comparison condition specifies a comparison with expressions or subquery results.

Cloudera Exhibit 1020 - Page 216 of 1808

Databricks_R2_PA_00002352

**simple_comparison_condition::=**



**expression_list::=**



If you use the lower form of this condition (with multiple expressions to the left of the operator), then you must use the lower form of the *expression_list*, and the values returned by the subquery must match in number and datatype the expressions in *expression_list*.

> **See Also:** "Expression Lists" on page 5-19 for more information about combining expressions and SELECT on page 19-4 for information about subqueries

Cloudera Exhibit 1020 - Page 217 of 1808

Databricks_R2_PA_00002353

Comparison Conditions

## Group Comparison Conditions

A group comparison condition specifies a comparison with any or all members in a list or subquery.

**group_comparison_condition::=**



**expression_list::=**



If you use the upper form of this condition (with a single expression to the left of the operator), then you must use the upper form of *expression_list*. If you use the lower form of this condition (with multiple expressions to the left of the operator), then you must use the lower form of *expression_list*, and the expressions in each *expression_list* must match in number and datatype the expressions to the left of the operator.

Cloudera Exhibit 1020 - Page 218 of 1808

Databricks_R2_PA_00002354

**See Also:**

■ "Expression Lists" on page 5-19

■ SELECT on page 19-4

# Floating-Point Conditions

The floating-point conditions let you determine whether an expression is infinite or is the undefined result of an operation (that is, is not a number or NaN).

**floating_point_conditions::=**



In both forms of floating-point condition, *expr* must resolve to a numeric datatype or to any datatype that can be implicitly converted to a numeric datatype. Table 6–3 describes the floating-point conditions.

*Table 6–3    Floating-Point Conditions*

| Type of Condition | Operation | Example |
|---|---|---|
| IS [NOT] NAN | Returns TRUE if *expr* is the special value NaN when NOT is not specified. Returns TRUE if *expr* is not the special value NaN when NOT is specified. | SELECT COUNT(*) FROM employees WHERE commission_pct IS NOT NAN; |
| IS [NOT] INFINITE | Returns TRUE if *expr* is the special value +INF or -INF when NOT is not specified. Returns TRUE if *expr* is neither +INF nor -INF when NOT is specified | SELECT last_name FROM employees WHERE salary IS NOT INFINITE; |

**See Also:**

■ "Floating-Point Numbers" on page 2-14 for more information on the Oracle implementation of floating-point numbers

■ "Implicit Data Conversion" on page 2-55 for more information on how Oracle converts floating-point datatypes

Cloudera Exhibit 1020 - Page 219 of 1808

Databricks_R2_PA_00002355

# Logical Conditions

A logical condition combines the results of two component conditions to produce a single result based on them or to invert the result of a single condition. Table 6–4 lists logical conditions.

*Table 6–4    Logical Conditions*

| Type of Condition | Operation | Examples |
|---|---|---|
| NOT | Returns TRUE if the following condition is FALSE. Returns FALSE if it is TRUE. If it is UNKNOWN, then it remains UNKNOWN. | `SELECT *`<br>`  FROM employees`<br>`  WHERE NOT (job_id IS NULL);`<br>`SELECT *`<br>`  FROM employees`<br>`  WHERE NOT`<br>`  (salary BETWEEN 1000 AND 2000);` |
| AND | Returns TRUE if both component conditions are TRUE. Returns FALSE if either is FALSE. Otherwise returns UNKNOWN. | `SELECT *`<br>`  FROM employees`<br>`  WHERE job_id = 'PU_CLERK'`<br>`  AND department_id = 30;` |
| OR | Returns TRUE if either component condition is TRUE. Returns FALSE if both are FALSE. Otherwise returns UNKNOWN. | `SELECT *`<br>`  FROM employees`<br>`  WHERE job_id = 'PU_CLERK'`<br>`  OR department_id = 10;` |

Table 6–5 shows the result of applying the NOT condition to an expression.

*Table 6–5    NOT Truth Table*

| — | TRUE | FALSE | UNKNOWN |
|---|---|---|---|
| **NOT** | FALSE | TRUE | UNKNOWN |

Table 6–6 shows the results of combining the AND condition to two expressions.

*Table 6–6    AND Truth Table*

| AND | TRUE | FALSE | UNKNOWN |
|---|---|---|---|
| **TRUE** | TRUE | FALSE | UNKNOWN |

Cloudera Exhibit 1020 - Page 220 of 1808

**Table 6–6    AND Truth Table**

| AND | TRUE | FALSE | UNKNOWN |
|---|---|---|---|
| FALSE | FALSE | FALSE | FALSE |
| UNKNOWN | UNKNOWN | FALSE | UNKNOWN |

For example, in the WHERE clause of the following SELECT statement, the AND logical condition is used to ensure that only those hired before 1989 and earning more than $2500 a month are returned:

```
SELECT * FROM employees
WHERE hire_date < TO_DATE('01-JAN-1989', 'DD-MON-YYYY')
   AND salary > 2500;
```

Table 6–7 shows the results of applying OR to two expressions.

**Table 6–7    OR Truth Table**

| OR | TRUE | FALSE | UNKNOWN |
|---|---|---|---|
| TRUE | TRUE | TRUE | TRUE |
| FALSE | TRUE | FALSE | UNKNOWN |
| UNKNOWN | TRUE | UNKNOWN | UNKNOWN |

For example, the following query returns employees who have a 40% commission rate or a salary greater than $20,000:

```
SELECT employee_id FROM employees
   WHERE commission_pct = .4 OR salary > 20000;
```

# Range Conditions

A range condition tests for inclusion in a range.

**range_conditions::=**



Table 6–8 describes the range conditions.

Cloudera Exhibit 1020 - Page 221 of 1808

Databricks_R2_PA_00002357

**Table 6–8    Range Conditions**

| Type of Condition | Operation | Example |
|---|---|---|
| [NOT] BETWEEN x AND y | [Not] greater than or equal to x and less than or equal to y. | SELECT * FROM employees<br>  WHERE salary<br>    BETWEEN 2000 AND 3000; |

## Null Conditions

A NULL condition tests for nulls. This is the only condition that you should use to test for nulls.

**null_conditions::=**



Table 6–9 lists the null conditions.

**Table 6–9    Null Conditions**

| Type of Condition | Operation | Example |
|---|---|---|
| IS [NOT] NULL | Tests for nulls.<br>**See Also:** "Nulls" on page 2-89 | SELECT last_name<br>  FROM employees<br>  WHERE commission_pct<br>  IS NULL; |

## Compound Conditions

A compound condition specifies a combination of other conditions.

Cloudera Exhibit 1020 - Page 222 of 1808

Databricks_R2_PA_00002358

**compound_conditions::=**



> **See Also:** "Logical Conditions" on page 6-10 for more information about NOT, AND, and OR conditions

# EQUALS_PATH

The EQUALS_PATH condition determines whether a resource in the Oracle XML database can be found in the database at a specified path.

Use this condition in queries to RESOURCE_VIEW and PATH_VIEW. These public views provide a mechanism for SQL access to data stored in the XML database repository. RESOURCE_VIEW contains one row for each resource in the repository, and PATH_VIEW contains one row for each unique path in the repository.

**equals_path_condition::=**



This condition applies only to the path as specified. It is similar to but more restrictive than UNDER_PATH.

The optional *correlation_integer* argument correlates the EQUALS_PATH condition with its ancillary functions DEPTH and PATH.

> **See Also:** UNDER_PATH on page 6-30, DEPTH on page 7-66, and PATH on page 7-135

### Example

The view RESOURCE_VIEW computes the paths (in the any_path column) that lead to all XML resources (in the res column) in the database repository. The following example queries the RESOURCE_VIEW view to find the paths to the resources in the sample schema oe. The EQUALS_PATH condition causes the query to return only the specified path:

Cloudera Exhibit 1020 - Page 223 of 1808

Databricks_R2_PA_00002359

```
SELECT ANY_PATH FROM RESOURCE_VIEW
    WHERE EQUALS_PATH(res, '/sys/schemas/OE/www.oracle.com')=1;

ANY_PATH
-----------------------------------------------
/sys/schemas/OE/www.oracle.com
```

Compare this example with that for UNDER_PATH on page 6-30.

# EXISTS

An EXISTS condition tests for existence of rows in a subquery.

**exists_condition::=**



Table 6–10 shows the EXISTS condition.

*Table 6–10    EXISTS Condition*

| Type of Condition | Operation | Example |
|---|---|---|
| EXISTS | TRUE if a subquery returns at least one row. | SELECT department_id<br>  FROM departments d<br>  WHERE EXISTS<br>    (SELECT * FROM employees e<br>     WHERE d.department_id<br>     = e.department_id); |

# IN

**in_conditions::=**

An *in_condition* is a membership condition. It tests a value for membership in a list of values or subquery

Cloudera Exhibit 1020 - Page 224 of 1808

Databricks_R2_PA_00002360



**expression_list::=**



If you use the upper form of the *in_condition* condition (with a single expression to the left of the operator), then you must use the upper form of *expression_list*. If you use the lower form of this condition (with multiple expressions to the left of the operator), then you must use the lower form of *expression_list*, and the expressions in each *expression_list* must match in number and datatype the expressions to the left of the operator.

**See Also:** "Expression Lists" on page 5-19

Table 6–11 lists the form of IN condition.

Cloudera Exhibit 1020 - Page 225 of 1808

Databricks_R2_PA_00002361

IN

*Table 6–11    IN Conditions*

| Type of Condition | Operation | Example |
|---|---|---|
| IN | Equal-to-any-member-of test. Equivalent to =ANY. | `SELECT * FROM employees`<br>`   WHERE job_id IN`<br>`   ('PU_CLERK','SH_CLERK');`<br>`SELECT * FROM employees`<br>`   WHERE salary IN`<br>`   (SELECT salary`<br>`    FROM employees`<br>`    WHERE department_id =30);` |
| NOT IN | Equivalent to !=ALL. Evaluates to FALSE if any member of the set is NULL. | `SELECT * FROM employees`<br>`   WHERE salary NOT IN`<br>`   (SELECT salary`<br>`    FROM employees`<br>`    WHERE department_id = 30);`<br>`SELECT * FROM employees`<br>`   WHERE job_id NOT IN`<br>`   ('PU_CLERK', 'SH_CLERK');` |

If any item in the list following a NOT IN operation evaluates to null, then all rows evaluate to FALSE or UNKNOWN, and no rows are returned. For example, the following statement returns the string 'True' for each row:

```
SELECT 'True' FROM employees
   WHERE department_id NOT IN (10, 20);
```

However, the following statement returns no rows:

```
SELECT 'True' FROM employees
    WHERE department_id NOT IN (10, 20, NULL);
```

The preceding example returns no rows because the WHERE clause condition evaluates to:

```
department_id != 10 AND department_id != 20 AND department_id != null
```

Because the third condition compares department_id with a null, it results in an UNKNOWN, so the entire expression results in FALSE (for rows with department_id equal to 10 or 20). This behavior can easily be overlooked, especially when the NOT IN operator references a subquery.

Cloudera Exhibit 1020 - Page 226 of 1808

Databricks_R2_PA_00002362

Moreover, if a `NOT IN` condition references a subquery that returns no rows at all, then all rows will be returned, as shown in the following example:

```
SELECT 'True' FROM employees
   WHERE department_id NOT IN (SELECT 0 FROM DUAL WHERE 1=2);
```

**Restriction on LEVEL in WHERE Clauses**   In a [NOT] IN condition in a WHERE clause, if the right-hand side of the condition is a subquery, you cannot use LEVEL on the left-hand side of the condition. However, you can specify LEVEL in a subquery of the FROM clause to achieve the same result. For example, the following statement is not valid:

```
SELECT employee_id, last_name FROM employees
   WHERE (employee_id, LEVEL)
      IN (SELECT employee_id, 2 FROM employees)
   START WITH employee_id = 2
   CONNECT BY PRIOR employee_id = manager_id;
```

But the following statement is valid because it encapsulates the query containing the LEVEL information in the FROM clause:

```
SELECT v.employee_id, v.last_name, v.lev
   FROM
      (SELECT employee_id, last_name, LEVEL lev
      FROM employees v
      START WITH employee_id = 100
      CONNECT BY PRIOR employee_id = manager_id) v
   WHERE (v.employee_id, v.lev) IN
      (SELECT employee_id, 2 FROM employees);
```

# IS A SET

Use IS A SET conditions to test whether a specified nested table is composed of unique elements. The condition returns TRUE if the nested table is a set, even if it is a nested table of length zero, and FALSE otherwise. It returns NULL if the nested table is empty.

**is_a_set_conditions::=**



Cloudera Exhibit 1020 - Page 227 of 1808

Databricks_R2_PA_00002363

IS ANY

---

### Example

The following example selects from the table `customers_demo` those rows in which the `cust_address_ntab` nested table column contains unique elements:

```
SELECT customer_id, cust_address_ntab
  FROM customers_demo
  WHERE cust_address_ntab IS A SET;

CUSTOMER_ID CUST_ADDRESS_NTAB(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
------------------------------------------------------------------------------------------
        101 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US'))
        102 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US'))
        103 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'))
        104 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('6445 Bay Harbor Ln', '46254', 'Indianapolis', 'IN', 'US'))
        105 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('4019 W 3Rd St', '47404', 'Bloomington', 'IN', 'US'))
```

The preceding example requires the table `customers_demo` and a nested table column containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table column.

## IS ANY

### is_any_condition::=

The `IS ANY` condition is relevant only for interrow calculations, and can be used only in the *model_clause* of a `SELECT` statement. Use this condition to qualify all values of a dimension column, including `NULL`.



The condition always returns a boolean value of `TRUE` in order to qualify all values of the column.

> **See Also:**  *model_clause* on page 19-30 for more information on interrow calculations and "Model Expressions" on page 5-15 for information on model expressions

### Example

The following example sets sales for each product for year 2000 to 0:

```
SELECT country, prod, year, s
  FROM sales_view
  MODEL
```

Cloudera Exhibit 1020 - Page 228 of 1808

Databricks_R2_PA_00002364

```
   PARTITION BY (country)
   DIMENSION BY (prod, year)
   MEASURES (sale s)
   IGNORE NAV
   UNIQUE DIMENSION
   RULES UPSERT SEQUENTIAL ORDER
   (
     s[ANY, 2000] = 0
   )
 ORDER BY country, prod, year;
```

| COUNTRY | PROD | YEAR | S |
|---------|------|------|------|
| France | Mouse Pad | 1998 | 2509.42 |
| France | Mouse Pad | 1999 | 3678.69 |
| France | Mouse Pad | 2000 | 0 |
| France | Mouse Pad | 2001 | 3269.09 |
| France | Standard Mouse | 1998 | 2390.83 |
| France | Standard Mouse | 1999 | 2280.45 |
| France | Standard Mouse | 2000 | 0 |
| France | Standard Mouse | 2001 | 2164.54 |
| Germany | Mouse Pad | 1998 | 5827.87 |
| Germany | Mouse Pad | 1999 | 8346.44 |
| Germany | Mouse Pad | 2000 | 0 |
| Germany | Mouse Pad | 2001 | 9535.08 |
| Germany | Standard Mouse | 1998 | 7116.11 |
| Germany | Standard Mouse | 1999 | 6263.14 |
| Germany | Standard Mouse | 2000 | 0 |
| Germany | Standard Mouse | 2001 | 6456.13 |

```
16 rows selected.
```

The preceding example requires the view `sales_view`. Please refer to "Interrow Calculations: Examples" on page 19-45 to create this view.

# IS EMPTY

Use the `IS [NOT] EMPTY` conditions to test whether a specified nested table is empty, regardless whether any elements of the collection are `NULL`.

Cloudera Exhibit 1020 - Page 229 of 1808

Databricks_R2_PA_00002365

---

The following example uses the sample table `oe.persons`, which is built on a type hierarchy in "Substitutable Table and Column Examples" on page 16-68. The example uses the `IS OF type` condition to restrict the query to specific subtypes:

```
SELECT * FROM persons p
   WHERE VALUE(p) IS OF TYPE (employee_t);

NAME                     SSN
--------------------------
Joe                      32456
Tim                       5678

SELECT * FROM persons p
   WHERE VALUE(p) IS OF (ONLY part_time_emp_t);

NAME                     SSN
--------------------------
Tim                       5678
```

# IS PRESENT

### is_present_condition::=

The `IS PRESENT` condition is relevant only for interrow calculations, and can be used only in the *model_clause* of a `SELECT` statement. Use this condition to test whether the cell referenced is present prior to the execution of the *model_clause*.



The condition returns `TRUE` if the cell exists prior to the execution of the *model_clause* and `FALSE` if it does not.

> **See Also:** *model_clause* on page 19-30 for more information on interrow calculations and "Model Expressions" on page 5-15 for information on model expressions

### Example

In the following example, if sales of the Mouse Pad for year 1999 exist, then sales of the Mouse Pad for year 2000 is set to sales of the Mouse Pad for year 1999. Otherwise, sales of the Mouse Pad for year 2000 is set to 0.

```
SELECT country, prod, year, s
  FROM sales_view
```

Cloudera Exhibit 1020 - Page 231 of 1808

Databricks_R2_PA_00002367

LIKE

---

```
MODEL
  PARTITION BY (country)
  DIMENSION BY (prod, year)
  MEASURES (sale s)
  IGNORE NAV
  UNIQUE DIMENSION
  RULES UPSERT SEQUENTIAL ORDER
  (
    s['Mouse Pad', 2000] =
      CASE WHEN s['Mouse Pad', 1999] IS PRESENT
           THEN s['Mouse Pad', 1999]
           ELSE 0
      END
  )
ORDER BY country, prod, year;
```

| COUNTRY | PROD | YEAR | S |
|---------|------|------|---|
| France | Mouse Pad | 1998 | 2509.42 |
| France | Mouse Pad | 1999 | 3678.69 |
| France | Mouse Pad | 2000 | 3678.69 |
| France | Mouse Pad | 2001 | 3269.09 |
| France | Standard Mouse | 1998 | 2390.83 |
| France | Standard Mouse | 1999 | 2280.45 |
| France | Standard Mouse | 2000 | 1274.31 |
| France | Standard Mouse | 2001 | 2164.54 |
| Germany | Mouse Pad | 1998 | 5827.87 |
| Germany | Mouse Pad | 1999 | 8346.44 |
| Germany | Mouse Pad | 2000 | 8346.44 |
| Germany | Mouse Pad | 2001 | 9535.08 |
| Germany | Standard Mouse | 1998 | 7116.11 |
| Germany | Standard Mouse | 1999 | 6263.14 |
| Germany | Standard Mouse | 2000 | 2637.31 |
| Germany | Standard Mouse | 2001 | 6456.13 |

16 rows selected.

The preceding example requires the view sales_view. Please refer to "Interrow Calculations: Examples" on page 19-45 to create this view.

# LIKE

The LIKE conditions specify a test involving pattern matching. Whereas the equality operator (=) exactly matches one character value to another, the LIKE conditions match a portion of one character value to another by searching the first

Cloudera Exhibit 1020 - Page 232 of 1808

Databricks_R2_PA_00002368

value for the pattern specified by the second. `LIKE` calculates strings using characters as defined by the input character set. `LIKEC` uses Unicode complete characters. `LIKE2` uses UCS2 code points. `LIKE4` uses UCS4 code points.

**like_condition::=**



In this syntax:

- `char1` is a character expression, such as a character column, called the **search value**.

- `char2` is a character expression, usually a literal, called the **pattern**.

- `esc_char` is a character expression, usually a literal, called the **escape character**.

If `esc_char` is not specified, then there is no default escape character. If any of `char1`, `char2`, or `esc_char` is null, then the result is unknown. Otherwise, the escape character, if specified, must be a character string of length 1.

All of the character expressions (`char1`, `char2`, and `esc_char`) can be of any of the datatypes `CHAR`, `VARCHAR2`, `NCHAR`, or `NVARCHAR2`. If they differ, then Oracle converts all of them to the datatype of `char1`.

The pattern can contain special pattern-matching characters:

- An underscore (_) in the pattern matches exactly one character (as opposed to one byte in a multibyte character set) in the value.

- A percent sign (%) in the pattern can match zero or more characters (as opposed to bytes in a multibyte character set) in the value. The pattern '%' cannot match a null.

You can include the actual characters % or _ in the pattern by using the `ESCAPE` clause, which identifies the escape character. If the escape character precedes the character % or _ in the pattern, then Oracle interprets this character literally in the pattern rather than as a special pattern-matching character. You can also search for the escape character itself by repeating it. For example, if @ is the escape character, then you can use @@ to search for @.

Cloudera Exhibit 1020 - Page 233 of 1808

Databricks_R2_PA_00002369

Table 6–12 describes the `LIKE` conditions.

**Table 6–12    LIKE Conditions**

| Type of Condition | Operation | Example |
|---|---|---|
| `x [NOT] LIKE y` `[ESCAPE 'z']` | `TRUE` if x does [not] match the pattern y. Within y, the character % matches any string of zero or more characters except null. The character _ matches any single character. Any character can follow `ESCAPE` except percent (%) and underbar (_). A wildcard character is treated as a literal if preceded by the escape character. | `SELECT last_name`<br>`  FROM employees`<br>`  WHERE last_name`<br>`  LIKE '%A\_B%' ESCAPE '\';` |

To process the `LIKE` conditions, Oracle divides the pattern into subpatterns consisting of one or two characters each. The two-character subpatterns begin with the escape character and the other character is %, or _, or the escape character.

Let $P_1$, $P_2$, ..., $P_n$ be these subpatterns. The like condition is true if there is a way to partition the search value into substrings $S_1$, $S_2$, ..., $S_n$ so that for all i between 1 and n:

- If $P_i$ is _, then $S_i$ is a single character.
- If $P_i$ is %, then $S_i$ is any string.
- If $P_i$ is two characters beginning with an escape character, then $S_i$ is the second character of $P_i$.
- Otherwise, $P_i = S_i$.

With the `LIKE` conditions, you can compare a value to a pattern rather than to a constant. The pattern must appear after the `LIKE` keyword. For example, you can issue the following query to find the salaries of all employees with names beginning with `R`:

```
SELECT salary
    FROM employees
    WHERE last_name LIKE 'R%';
```

The following query uses the = operator, rather than the `LIKE` condition, to find the salaries of all employees with the name 'R%':

```
SELECT salary
```

Cloudera Exhibit 1020 - Page 234 of 1808

Databricks_R2_PA_00002370

```
    FROM employees
    WHERE last_name = 'R%';
```

The following query finds the salaries of all employees with the name 'SM%'. Oracle interprets 'SM%' as a text literal, rather than as a pattern, because it precedes the `LIKE` keyword:

```
SELECT salary
    FROM employees
    WHERE 'SM%' LIKE last_name;
```

### Case Sensitivity

Case is significant in all conditions comparing character expressions that the `LIKE` condition and the equality (=) operators. You can use the `UPPER` function to perform a case-insensitive match, as in this condition:

```
UPPER(last_name) LIKE 'SM%'
```

### Pattern Matching on Indexed Columns

When you use `LIKE` to search an indexed column for a pattern, Oracle can use the index to improve performance of a query if the leading character in the pattern is not % or _. In this case, Oracle can scan the index by this leading character. If the first character in the pattern is % or _, then the index cannot improve performance because Oracle cannot scan the index.

### LIKE Condition: General Examples

This condition is true for all `last_name` values beginning with `Ma`:

```
last_name LIKE 'Ma%'
```

All of these `last_name` values make the condition true:

```
Mallin, Markle, Marlow, Marvins, Marvis, Matos
```

Case is significant, so `last_name` values beginning with `MA`, `ma`, and `mA` make the condition false.

Consider this condition:

```
last_name LIKE 'SMITH_'
```

This condition is true for these `last_name` values:

```
SMITHE, SMITHY, SMITHS
```

Cloudera Exhibit 1020 - Page 235 of 1808

Databricks_R2_PA_00002371

This condition is false for `SMITH` because the special underscore character (_) must match exactly one character of the `last_name` value.

**ESCAPE Clause Example**    The following example searches for employees with the pattern A_B in their name:

```
SELECT last_name
    FROM employees
    WHERE last_name LIKE '%A\_B%' ESCAPE '\';
```

The `ESCAPE` clause identifies the backslash (\) as the escape character. In the pattern, the escape character precedes the underscore (_). This causes Oracle to interpret the underscore literally, rather than as a special pattern matching character.

**Patterns Without % Example**    If a pattern does not contain the `%` character, then the condition can be true only if both operands have the same length. Consider the definition of this table and the values inserted into it:

```
CREATE TABLE ducks (f CHAR(6), v VARCHAR2(6));
INSERT INTO ducks VALUES ('DUCK', 'DUCK');
SELECT '*'||f||'*' "char",
    '*'||v||'*' "varchar"
    FROM ducks;

char      varchar
-------- --------
*DUCK  * *DUCK*
```

Because Oracle blank-pads `CHAR` values, the value of f is blank-padded to 6 bytes. v is not blank-padded and has length 4.

# MEMBER

**member_condition::=**



A `member_condition` is a membership condition that tests whether an element is a member of a nested table. The return value is `TRUE` if `expr` is a member of the

Cloudera Exhibit 1020 - Page 236 of 1808

specified nested table or varray. The return value is NULL if *expr* is null or if the nested table is empty.

- *expr* must be of the same type as the element type of the nested table.

- The OF keyword is optional and does not change the behavior of the condition.

- The NOT keyword reverses the boolean output: Oracle returns FALSE if *expr* is a member of the specified nested table.

- The element types of the nested table must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

### Example

The following example selects from the table customers_demo those rows in which the cust_address_ntab nested table column contains the values specified in the WHERE clause:

```
SELECT customer_id, cust_address_ntab
  FROM customers_demo
  WHERE cust_address_typ('8768 N State Rd 37', 47404,
                         'Bloomington', 'IN', 'US')
  MEMBER OF cust_address_ntab;

CUSTOMER_ID CUST_ADDRESS_NTAB(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
----------- ------------------------------------------------------------------------------------
        103 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'))
```

The preceding example requires the table customers_demo and a nested table column containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table column.

# REGEXP_LIKE

REGEXP_LIKE is similar to the LIKE condition, except REGEXP_LIKE performs regular expression matching instead of the simple pattern matching performed by LIKE. This condition evaluates strings using characters as defined by the input character set.

This condition complies with the POSIX regular expression standard and the Unicode Regular Expression Guidelines. For more information, please refer to Appendix C, "Oracle Regular Expression Support".

Cloudera Exhibit 1020 - Page 237 of 1808

Databricks_R2_PA_00002373

REGEXP_LIKE

**regexp_like_condition::=**



- *source_string* is a character expression that serves as the search value. It is commonly a character column and can be of any of the datatypes `CHAR`, `VARCHAR2`, `NCHAR`, `NVARCHAR2`, `CLOB`, or `NCLOB`.

- *pattern* is the **regular expression**. It is usually a text literal and can be of any of the datatypes `CHAR`, `VARCHAR2`, `NCHAR`, or `NVARCHAR2`. It can contain up to 512 bytes. If the datatype of *pattern* is different from the datatype of *source_string*, Oracle converts *pattern* to the datatype of *source_string*. For a listing of the operators you can specify in *pattern*, please refer to Appendix C, "Oracle Regular Expression Support".

- *match_parameter* is a text literal that lets you change the default matching behavior of the function. You can specify one or more of the following values for *match_parameter*:

  - `'i'` specifies case-insensitive matching.

  - `'c'` specifies case-sensitive matching.

  - `'n'` allows the period (.), which is the match-any-character wildcard character, to match the newline character. If you omit this parameter, the period does not match the newline character.

  - `'m'` treats the source string as multiple lines. Oracle interprets ^ and $ as the start and end, respectively, of any line anywhere in the source string, rather than only at the start or end of the entire source string. If you omit this parameter, Oracle treats the source string as a single line.

  If you specify multiple contradictory values, Oracle uses the last value. For example, if you specify `'ic'`, then Oracle uses case-sensitive matching. If you specify a character other than those shown above, then Oracle returns an error.

  If you omit *match_parameter*, then:

  - The default case sensitivity is determined by the value of the `NLS_SORT` parameter.

  - A period (.) does not match the newline character.

  - The source string is treated as a single line.

    **See Also:**   "LIKE" on page 6-22

Cloudera Exhibit 1020 - Page 238 of 1808

Databricks_R2_PA_00002374

### Examples

The following query returns the first and last names for those employees with a first name of Steven or Stephen (where first_name begins with Ste and ends with en and in between is either v or ph):

```
SELECT first_name, last_name
FROM employees
WHERE REGEXP_LIKE (first_name, '^Ste(v|ph)en$');

FIRST_NAME           LAST_NAME
-------------------- ------------------------
Steven               King
Steven               Markle
Stephen              Stiles
```

The following query returns the last name for those employees with a double vowel in their last name (where last_name contains two adjacent occurrences of either a, e, i, o, or u, regardless of case):

```
SELECT last_name
FROM employees
WHERE REGEXP_LIKE (last_name, '([aeiou])\1', 'i');

LAST_NAME
------------------------
De Haan
Greenberg
Khoo
Gee
Greene
Lee
Bloom
Feeney
```

# SUBMULTISET

The SUBMULTISET condition tests whether a specified nested table is a submultiset of another specified nested table. The operator returns a boolean value: TRUE if *nested_table1* is a submultiset of *nested_table2*.

Cloudera Exhibit 1020 - Page 239 of 1808

Databricks_R2_PA_00002375

UNDER_PATH

---

**submultiset_conditions::=**



- ■  The OF keyword is optional and does not change the behavior of the operator.

- ■  The NOT keyword reverses the boolean output: Oracle returns FALSE if *nested_table1* is a subset of *nested_table2*.

- ■  The element types of the nested table must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

### Example

The following example selects from the customers_demo table those rows in which the cust_address_ntab nested table is a submultiset of the cust_ address2_ntab nested table:

```
SELECT customer_id, cust_address_ntab
  FROM customers_demo
  WHERE cust_address_ntab SUBMULTISET OF cust_address2_ntab;

no rows selected
```

The preceding example requires the table customers_demo and two nested table columns containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table columns.

## UNDER_PATH

The UNDER_PATH condition determines whether resources specified in a column can be found under a particular path specified by *path_string* in the Oracle XML database repository. The path information is computed by the RESOURCE_VIEW view, which you query to use this condition.

Use this condition in queries to RESOURCE_VIEW and PATH_VIEW. These public views provide a mechanism for SQL access to data stored in the XML database repository. RESOURCE_VIEW contains one row for each resource in the repository, and PATH_VIEW contains one row for each unique path in the repository.

Cloudera Exhibit 1020 - Page 240 of 1808

Databricks_R2_PA_00002376

**under_path_condition::=**



The optional *levels* argument indicates the number of levels down from *path_string* Oracle should search. Oracle treats values less than 0 as 0.

The optional *correlation_integer* argument correlates the UNDER_PATH condition with its ancillary functions PATH and DEPTH.

> **See Also:**   The related condition EQUALS_PATH on page 6-13 and the ancillary functions DEPTH on page 7-66 and PATH on page 7-135

### Example

The view RESOURCE_VIEW computes the paths (in the any_path column) that lead to all XML resources (in the res column) in the database repository. The following example queries the RESOURCE_VIEW view to find the paths to the resources in the sample schema oe. The query returns the path of the XML schema that was created in "XMLType Table Examples" on page 16-72:

```
SELECT ANY_PATH FROM RESOURCE_VIEW
   WHERE UNDER_PATH(res, '/sys/schemas/OE/www.oracle.com')=1;

ANY_PATH
----------------------------------------------
/sys/schemas/OE/www.oracle.com/xwarehouses.xsd
```

Cloudera Exhibit 1020 - Page 241 of 1808

Databricks_R2_PA_00002377

UNDER_PATH

Cloudera Exhibit 1020 - Page 242 of 1808

Databricks_R2_PA_00002378

# 7

## Functions

**Functions** are similar to operators in that they manipulate data items and return a result. Functions differ from operators in the format of their arguments. This format enables them to operate on zero, one, two, or more arguments:

```
function(argument, argument, ...)
```

This chapter contains these sections:

- SQL Functions
- User-Defined Functions

## SQL Functions

SQL functions are built into Oracle Database and are available for use in various appropriate SQL statements. Do not confuse SQL functions with user-defined functions written in PL/SQL.

If you call a SQL function with an argument of a datatype other than the datatype expected by the SQL function, then Oracle attempts to convert the argument to the expected datatype before performing the SQL function. If you call a SQL function with a null argument, then the SQL function automatically returns null. The only SQL functions that do not necessarily follow this behavior are CONCAT, NVL, and REPLACE.

In the syntax diagrams for SQL functions, arguments are indicated by their datatypes. When the parameter *function* appears in SQL syntax, replace it with one of the functions described in this section. Functions are grouped by the datatypes of their arguments and their return values.

Cloudera Exhibit 1020 - Page 243 of 1808

Databricks_R2_PA_00002379

SQL Functions

---

> **Note:** When you apply SQL functions to LOB columns, Oracle Database creates temporary LOBs during SQL and PL/SQL processing. You should ensure that temporary tablespace quota is sufficient for storing these temporary LOBs for your application.

**See Also:**

- "User-Defined Functions" on page 7-287 for information on user functions and "Data Conversion" on page 2-54 for implicit conversion of datatypes

- *Oracle Text Reference* for information on functions used with Oracle Text

- *Oracle Data Mining Application Developer's Guide* for information on frequent itemset functions used with Oracle Data Mining

The syntax showing the categories of functions follows:

**function::=**



Cloudera Exhibit 1020 - Page 244 of 1808

Databricks_R2_PA_00002380

**single_row_function::=**



The sections that follow list the built-in SQL functions in each of the groups illustrated in the preceding diagrams except user-defined functions. All of the built-in SQL functions are then described in alphabetical order.

> **See Also:**  "User-Defined Functions" on page 7-287 and CREATE FUNCTION on page 14-61

## Single-Row Functions

Single-row functions return a single result row for every row of a queried table or view. These functions can appear in select lists, WHERE clauses, START WITH and CONNECT BY clauses, and HAVING clauses.

### Numeric Functions

Numeric functions accept numeric input and return numeric values. Most numeric functions that return NUMBER values that are accurate to 38 decimal digits. The transcendental functions COS, COSH, EXP, LN, LOG, SIN, SINH, SQRT, TAN, and TANH are accurate to 36 decimal digits. The transcendental functions ACOS, ASIN, ATAN, and ATAN2 are accurate to 30 decimal digits. The numeric functions are:

ABS
ACOS
ASIN
ATAN
ATAN2
BITAND
CEIL
COS
COSH
EXP

Cloudera Exhibit 1020 - Page 245 of 1808

Databricks_R2_PA_00002381

FLOOR
LN
LOG
MOD
NANVL
POWER
REMAINDER
ROUND (number)
SIGN
SIN
SINH
SQRT
TAN
TANH
TRUNC (number)
WIDTH_BUCKET

## Character Functions Returning Character Values

Character functions that return character values return values of the same datatype as the input argument. The length of the value returned by the function is limited by the maximum length of the datatype returned.

- For functions that return CHAR or VARCHAR2, if the length of the return value exceeds the limit, then Oracle Database truncates it and returns the result without an error message.

- For functions that return CLOB values, if the length of the return values exceeds the limit, then Oracle raises an error and returns no data.

The character functions that return character values are:

CHR
CONCAT
INITCAP
LOWER
LPAD
LTRIM
NLS_INITCAP
NLS_LOWER
NLSSORT
NLS_UPPER
REGEXP_REPLACE
REGEXP_SUBSTR

Cloudera Exhibit 1020 - Page 246 of 1808

Databricks_R2_PA_00002382

REPLACE
RPAD
RTRIM
SOUNDEX
SUBSTR
TRANSLATE
TREAT
TRIM
UPPER

## Character Functions Returning Number Values

Character functions that return number values can take as their argument any character datatype.

The character functions that return number values are:

ASCII
INSTR
LENGTH
REGEXP_INSTR

## Datetime Functions

Datetime functions operate on date (`DATE`), timestamp (`TIMESTAMP`, `TIMESTAMP WITH TIME ZONE`, and `TIMESTAMP WITH LOCAL TIME ZONE`), and interval (`INTERVAL DAY TO SECOND`, `INTERVAL YEAR TO MONTH`) values.

Some of the datetime functions were designed for the Oracle `DATE` datatype (`ADD_MONTHS`, `CURRENT_DATE`, `LAST_DAY`, `NEW_TIME`, and `NEXT_DAY`). If you provide a timestamp value as their argument, Oracle Database internally converts the input type to a `DATE` value and returns a `DATE` value. The exceptions are the `MONTHS_BETWEEN` function, which returns a number, and the `ROUND` and `TRUNC` functions, which do not accept timestamp or interval values at all.

The remaining datetime functions were designed to accept any of the three types of data (date, timestamp, and interval) and to return a value of one of these types.

The datetime functions are:

ADD_MONTHS
CURRENT_DATE
CURRENT_TIMESTAMP
DBTIMEZONE
EXTRACT (datetime)

Cloudera Exhibit 1020 - Page 247 of 1808

Databricks_R2_PA_00002383

FROM_TZ
LAST_DAY
LOCALTIMESTAMP
MONTHS_BETWEEN
NEW_TIME
NEXT_DAY
NUMTODSINTERVAL
NUMTOYMINTERVAL
ROUND (date)
SESSIONTIMEZONE
SYS_EXTRACT_UTC
SYSDATE
SYSTIMESTAMP
TO_CHAR (datetime)
TO_TIMESTAMP
TO_TIMESTAMP_TZ
TO_DSINTERVAL
TO_YMINTERVAL
TRUNC (date)
TZ_OFFSET

## Conversion Functions

Conversion functions convert a value from one datatype to another. Generally, the
form of the function names follows the convention *datatype* TO *datatype*. The
first datatype is the input datatype. The second datatype is the output datatype. The
SQL conversion functions are:

ASCIISTR
BIN_TO_NUM
CAST
CHARTOROWID
COMPOSE
CONVERT
DECOMPOSE
HEXTORAW
NUMTODSINTERVAL
NUMTOYMINTERVAL
RAWTOHEX
RAWTONHEX
ROWIDTOCHAR
ROWIDTONCHAR

Cloudera Exhibit 1020 - Page 248 of 1808

Databricks_R2_PA_00002384

SCN_TO_TIMESTAMP
TIMESTAMP_TO_SCN
TO_BINARY_DOUBLE
TO_BINARY_FLOAT
TO_CHAR (character)
TO_CHAR (datetime)
TO_CHAR (number)
TO_CLOB
TO_DATE
TO_DSINTERVAL
TO_LOB
TO_MULTI_BYTE
TO_NCHAR (character)
TO_NCHAR (datetime)
TO_NCHAR (number)
TO_NCLOB
TO_NUMBER
TO_DSINTERVAL
TO_SINGLE_BYTE
TO_TIMESTAMP
TO_TIMESTAMP_TZ
TO_YMINTERVAL
TO_YMINTERVAL
TRANSLATE ... USING
UNISTR

## Collection Functions

The collection functions operate on nested tables and varrays. The SQL collection functions are:

CARDINALITY
COLLECT
POWERMULTISET
POWERMULTISET_BY_CARDINALITY
SET

## Miscellaneous Single-Row Functions

The following single-row functions do not fall into any of the other single-row function categories:

BFILENAME

Cloudera Exhibit 1020 - Page 249 of 1808

Databricks_R2_PA_00002385

SQL Functions

COALESCE
CV
DECODE
DEPTH
DUMP
EMPTY_BLOB, EMPTY_CLOB
EXISTSNODE
EXTRACT (XML)
EXTRACTVALUE
GREATEST
LEAST
LNNVL
NLS_CHARSET_DECL_LEN
NLS_CHARSET_ID
NLS_CHARSET_NAME
NULLIF
NVL
NVL2
ORA_HASH
PATH
PRESENTNNV
PRESENTV
PREVIOUS
SYS_CONNECT_BY_PATH
SYS_CONTEXT
SYS_DBURIGEN
SYS_EXTRACT_UTC
SYS_GUID
SYS_TYPEID
SYS_XMLAGG
SYS_XMLGEN
UID
UPDATEXML
USER
USERENV
VSIZE
XMLAGG
XMLCOLATTVAL
XMLCONCAT
XMLFOREST
XMLSEQUENCE

Cloudera Exhibit 1020 - Page 250 of 1808

Databricks_R2_PA_00002386

XMLTRANSFORM

## Aggregate Functions

Aggregate functions return a single result row based on groups of rows, rather than on single rows. Aggregate functions can appear in select lists and in ORDER BY and HAVING clauses. They are commonly used with the GROUP BY clause in a SELECT statement, where Oracle Database divides the rows of a queried table or view into groups. In a query containing a GROUP BY clause, the elements of the select list can be aggregate functions, GROUP BY expressions, constants, or expressions involving one of these. Oracle applies the aggregate functions to each group of rows and returns a single result row for each group.

If you omit the GROUP BY clause, then Oracle applies aggregate functions in the select list to all the rows in the queried table or view. You use aggregate functions in the HAVING clause to eliminate groups from the output based on the results of the aggregate functions, rather than on the values of the individual rows of the queried table or view.

> **See Also:** "Using the GROUP BY Clause: Examples" on page 19-42 and the "HAVING Clause" on page 19-30 for more information on the GROUP BY clause and HAVING clauses in queries and subqueries

Many (but not all) aggregate functions that take a single argument accept these clauses:

- DISTINCT causes an aggregate function to consider only distinct values of the argument expression.

- ALL causes an aggregate function to consider all values, including all duplicates.

For example, the DISTINCT average of 1, 1, 1, and 3 is 2. The ALL average is 1.5. If you specify neither, then the default is ALL.

All aggregate functions except COUNT(*) and GROUPING ignore nulls. You can use the NVL function in the argument to an aggregate function to substitute a value for a null. COUNT never returns null, but returns either a number or zero. For all the remaining aggregate functions, if the data set contains no rows, or contains only rows with nulls as arguments to the aggregate function, then the function returns null.

Cloudera Exhibit 1020 - Page 251 of 1808

Databricks_R2_PA_00002387

You can nest aggregate functions. For example, the following example calculates the average of the maximum salaries of all the departments in the sample schema `hr`:

```
SELECT AVG(MAX(salary)) FROM employees GROUP BY department_id;

AVG(MAX(SALARY))
----------------
           10925
```

This calculation evaluates the inner aggregate (`MAX(salary)`) for each group defined by the `GROUP BY` clause (`department_id`), and aggregates the results again.

The aggregate functions are:

AVG
COLLECT
CORR
CORR_*
COUNT
COVAR_POP
COVAR_SAMP
CUME_DIST
DENSE_RANK
FIRST
GROUP_ID
GROUPING
GROUPING_ID
LAST
MAX
MEDIAN
MIN
PERCENTILE_CONT
PERCENTILE_DISC
PERCENT_RANK
RANK
REGR_ (Linear Regression) Functions
STATS_BINOMIAL_TEST
STATS_CROSSTAB
STATS_F_TEST
STATS_KS_TEST
STATS_MODE
STATS_MW_TEST

Cloudera Exhibit 1020 - Page 252 of 1808

Databricks_R2_PA_00002388

STATS_ONE_WAY_ANOVA
STATS_T_TEST_*
STATS_WSR_TEST
STDDEV
STDDEV_POP
STDDEV_SAMP
SUM
VAR_POP
VAR_SAMP
VARIANCE

## Analytic Functions

Analytic functions compute an aggregate value based on a group of rows. They differ from aggregate functions in that they return multiple rows for each group. The group of rows is called a **window** and is defined by the `analytic_clause`. For each row, a sliding window of rows is defined. The window determines the range of rows used to perform the calculations for the current row. Window sizes can be based on either a physical number of rows or a logical interval such as time.

Analytic functions are the last set of operations performed in a query except for the final ORDER BY clause. All joins and all WHERE, GROUP BY, and HAVING clauses are completed before the analytic functions are processed. Therefore, analytic functions can appear only in the select list or ORDER BY clause.

Analytic functions are commonly used to compute cumulative, moving, centered, and reporting aggregates.

**analytic_function::=**



**analytic_clause::=**



Cloudera Exhibit 1020 - Page 253 of 1808

SQL Functions

**query_partition_clause::=**



**order_by_clause::=**



**windowing_clause::=**



The semantics of this syntax are discussed in the sections that follow.

### *analytic_function*

Specify the name of an analytic function (see the listing of analytic functions following this discussion of semantics).

**7-12**    SQL Reference

### arguments

Analytic functions take 0 to 3 arguments. The arguments can be any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence and implicitly converts the remaining arguments to that datatype. The return type is also that datatype, unless otherwise noted for an individual function.

> **See Also:** "Numeric Precedence" on page 2-17 for information on numeric precedence and Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### analytic_clause

Use `OVER analytic_clause` to indicate that the function operates on a query result set. That is, it is computed after the `FROM`, `WHERE`, `GROUP BY`, and `HAVING` clauses. You can specify analytic functions with this clause in the select list or `ORDER BY` clause. To filter the results of a query based on an analytic function, nest these functions within the parent query, and then filter the results of the nested subquery.

**Notes on the analytic_clause:**

- You cannot specify any analytic function in any part of the `analytic_clause`. That is, you cannot nest analytic functions. However, you can specify an analytic function in a subquery and compute another analytic function over it.

- You can specify `OVER analytic_clause` with user-defined analytic functions as well as built-in analytic functions. See CREATE FUNCTION on page 14-61.

### query_partition_clause

Use the `PARTITION BY` clause to partition the query result set into groups based on one or more `value_expr`. If you omit this clause, then the function treats all rows of the query result set as a single group.

To use the `query_partition_clause` in an analytic function, use the upper branch of the syntax (without parentheses). To use this clause in a model query (in the `model_column_clauses`) or a partitioned outer join (in the `outer_join_clause`), use the lower branch of the syntax (with parentheses).

You can specify multiple analytic functions in the same query, each with the same or different `PARTITION BY` keys.

Cloudera Exhibit 1020 - Page 255 of 1808

If the objects being queried have the parallel attribute, and if you specify an analytic function with the `query_partition_clause`, then the function computations are parallelized as well.

Valid values of `value_expr` are constants, columns, nonanalytic functions, function expressions, or expressions involving any of these.

### order_by_clause

Use the `order_by_clause` to specify how data is ordered within a partition. For all analytic functions except PERCENTILE_CONT and PERCENTILE_DISC (which take only a single key), you can order the values in a partition on multiple keys, each defined by a `value_expr` and each qualified by an ordering sequence.

Within each function, you can specify multiple ordering expressions. Doing so is especially useful when using functions that rank values, because the second expression can resolve ties between identical values for the first expression.

Whenever the `order_by_clause` results in identical values for multiple rows, the function returns the same result for each of those rows. Please refer to the analytic example for SUM on page 7-213 for an illustration of this behavior.

**Restriction on the ORDER BY Clause**   When used in an analytic function, the `order_by_clause` must take an expression (`expr`). The SIBLINGS keyword is not valid (it is relevant only in hierarchical queries). Position (`position`) and column aliases (`c_alias`) are also invalid. Otherwise this `order_by_clause` is the same as that used to order the overall query or subquery.

**ASC | DESC**   Specify the ordering sequence (ascending or descending). ASC is the default.

**NULLS FIRST | NULLS LAST**   Specify whether returned rows containing nulls should appear first or last in the ordering sequence.

NULLS LAST is the default for ascending order, and NULLS FIRST is the default for descending order.

Analytic functions always operate on rows in the order specified in the `order_by_clause` of the function. However, the `order_by_clause` of the function does not guarantee the order of the result. Use the `order_by_clause` of the query to guarantee the final result ordering.

> **See Also:**   *order_by_clause* of SELECT on page 19-36 for more information on this clause

Databricks_R2_PA_00002392

#### windowing_clause

Some analytic functions allow the `windowing_clause`. In the listing of analytic functions at the end of this section, the functions that allow the `windowing_clause` are followed by an asterisk (*).

**ROWS | RANGE**   These keywords define for each row a window (a physical or logical set of rows) used for calculating the function result. The function is then applied to all the rows in the window. The window moves through the query result set or partition from top to bottom.

- `ROWS` specifies the window in physical units (rows).

- `RANGE` specifies the window as a logical offset.

You cannot specify this clause unless you have specified the `order_by_clause`.

The value returned by an analytic function with a logical offset is always deterministic. However, the value returned by an analytic function with a physical offset may produce nondeterministic results unless the ordering expression results in a unique ordering. You may have to specify multiple columns in the `order_by_clause` to achieve this unique ordering.

**BETWEEN ... AND**   Use the `BETWEEN ... AND` clause to specify a start point and end point for the window. The first expression (before `AND`) defines the start point and the second expression (after `AND`) defines the end point.

If you omit `BETWEEN` and specify only one end point, then Oracle considers it the start point, and the end point defaults to the current row.

**UNBOUNDED PRECEDING**   Specify `UNBOUNDED PRECEDING` to indicate that the window starts at the first row of the partition. This is the start point specification and cannot be used as an end point specification.

**UNBOUNDED FOLLOWING**   Specify `UNBOUNDED FOLLOWING` to indicate that the window ends at the last row of the partition. This is the end point specification and cannot be used as a start point specification.

**CURRENT ROW**   As a start point, `CURRENT ROW` specifies that the window begins at the current row or value (depending on whether you have specified `ROW` or `RANGE`, respectively). In this case the end point cannot be `value_expr` `PRECEDING`.

Cloudera Exhibit 1020 - Page 257 of 1808

Databricks_R2_PA_00002393

As an end point, CURRENT ROW specifies that the window ends at the current row or value (depending on whether you have specified ROW or RANGE, respectively). In this case the start point cannot be *value_expr* FOLLOWING.

***value_expr* PRECEDING or *value_expr* FOLLOWING**   For RANGE or ROW:

- If *value_expr* FOLLOWING is the start point, then the end point must be *value_expr* FOLLOWING.

- If *value_expr* PRECEDING is the end point, then the start point must be *value_expr* PRECEDING.

If you are defining a logical window defined by an interval of time in numeric format, then you may need to use conversion functions.

> **See Also:**   NUMTOYMINTERVAL on page 7-130 and NUMTODSINTERVAL on page 7-129 for information on converting numeric times into intervals

If you specified ROWS:

- *value_expr* is a physical offset. It must be a constant or expression and must evaluate to a positive numeric value.

- If *value_expr* is part of the start point, then it must evaluate to a row before the end point.

If you specified RANGE:

- *value_expr* is a logical offset. It must be a constant or expression that evaluates to a positive numeric value or an interval literal. Please refer to "Literals" on page 2-60 for information on interval literals.

- You can specify only one expression in the *order_by_clause*

- If *value_expr* evaluates to a numeric value, then the ORDER BY *expr* must be a numeric or DATE datatype.

- If *value_expr* evaluates to an interval value, then the ORDER BY *expr* must be a DATE datatype.

If you omit the *windowing_clause* entirely, then the default is RANGE BETWEEN UNBOUNDED PRECEDING AND CURRENT ROW.

Analytic functions are commonly used in data warehousing environments. In the list of analytic functions that follows, functions followed by an asterisk (*) allow the full syntax, including the *windowing_clause*.

Cloudera Exhibit 1020 - Page 258 of 1808

Databricks_R2_PA_00002394

AVG *
CORR *
COVAR_POP *
COVAR_SAMP *
COUNT *
CUME_DIST
DENSE_RANK
FIRST
FIRST_VALUE *
LAG
LAST
LAST_VALUE *
LEAD
MAX *
MIN *
NTILE
PERCENT_RANK
PERCENTILE_CONT
PERCENTILE_DISC
RANK
RATIO_TO_REPORT
REGR_ (Linear Regression) Functions *
ROW_NUMBER
STDDEV *
STDDEV_POP *
STDDEV_SAMP *
SUM *
VAR_POP *
VAR_SAMP *
VARIANCE *

**See Also:**    *Oracle Data Warehousing Guide* for more information on these functions and for scenarios illustrating their use

## Object Reference Functions

Object reference functions manipulate REFs, which are references to objects of specified object types. The object reference functions are:

DEREF
MAKE_REF
REF

Cloudera Exhibit 1020 - Page 259 of 1808

Databricks_R2_PA_00002395

ABS

REFTOHEX
VALUE

**See Also:** *Oracle Database Concepts* for more information about REFs

## Model Functions

Model functions are relevant only for interrow calculations and can be used only in the *model_clause* of the SELECT statement. They are nonrecursive. The model functions are:

CV
ITERATION_NUMBER
PRESENTNNV
PRESENTV
PREVIOUS

## Alphabetical Listing of SQL Functions

The SQL functions are described in alphabetical order.

## ABS

### Syntax

**abs::=**



### Purpose

ABS returns the absolute value of $n$.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

**See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

Cloudera Exhibit 1020 - Page 260 of 1808

Databricks_R2_PA_00002396

### Examples

The following example returns the absolute value of -15:

```
SELECT ABS(-15) "Absolute" FROM DUAL;

  Absolute
----------
        15
```

## ACOS

### Syntax

**acos::=**



### Purpose

ACOS returns the arc cosine of $n$. The argument $n$ must be in the range of -1 to 1, and the function returns a value in the range of 0 to *pi*, expressed in radians.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, "Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the arc cosine of .3:

```
SELECT ACOS(.3)"Arc_Cosine" FROM DUAL;

Arc_Cosine
----------
1.26610367
```

Cloudera Exhibit 1020 - Page 261 of 1808

Databricks_R2_PA_00002397

ADD_MONTHS

---

# ADD_MONTHS

### Syntax

**add_months::=**



### Purpose

ADD_MONTHS returns the date *date* plus *integer* months. The date argument can be a datetime value or any value that can be implicitly converted to DATE. The *integer* argument can be an integer or any value that can be implicitly converted to an integer. The return type is always DATE, regardless of the datatype of *date*. If *date* is the last day of the month or if the resulting month has fewer days than the day component of *date*, then the result is the last day of the resulting month. Otherwise, the result has the same day component as *date*.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the month after the *hire_date* in the sample table employees:

```
SELECT TO_CHAR(
    ADD_MONTHS(hire_date,1),
    'DD-MON-YYYY') "Next month"
    FROM employees
    WHERE last_name = 'Baer';

Next Month
-----------
07-JUL-1994
```

Cloudera Exhibit 1020 - Page 262 of 1808

Databricks_R2_PA_00002398

# ASCII

## Syntax

**ascii::=**



## Purpose

ASCII returns the decimal representation in the database character set of the first character of *char*.

*char* can be of datatype CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The value returned is of datatype NUMBER. If your database character set is 7-bit ASCII, then this function returns an ASCII value. If your database character set is EBCDIC Code, then this function returns an EBCDIC value. There is no corresponding EBCDIC character function.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

## Examples

The following example returns the ASCII decimal equivalent of the letter Q:

```
SELECT ASCII('Q') FROM DUAL;

ASCII('Q')
----------
        81
```

# ASCIISTR

## Syntax

**asciistr::=**



Cloudera Exhibit 1020 - Page 263 of 1808

Databricks_R2_PA_00002399

ASIN

---

### Purpose

ASCIISTR takes as its argument a string in any character set and returns an ASCII version of the string. Non-ASCII characters are converted to the form \xxxx, where xxxx represents a UTF-16 code unit.

> **See Also:** *Oracle Database Globalization Support Guide* for information on Unicode character sets and character semantics

### Examples

The following example returns the ASCII string equivalent of the text string "ABÄCDE":

```
SELECT ASCIISTR('ABÄCDE') FROM DUAL;

ASCIISTR('
----------
AB\00C4CDE
```

# ASIN

### Syntax

**asin::=**



### Purpose

ASIN returns the arc sine of *n*. The argument *n* must be in the range of -1 to 1, and the function returns a value in the range of -*pi*/2 to *pi*/2, expressed in radians.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the arc sine of .3:

Cloudera Exhibit 1020 - Page 264 of 1808

```
SELECT ASIN(.3) "Arc_Sine" FROM DUAL;

 Arc_Sine
----------
.304692654
```

# ATAN

### Syntax

**atan::=**



### Purpose

ATAN returns the arc tangent of $n$. The argument $n$ can be in an unbounded range and returns a value in the range of $-pi/2$ to $pi/2$, expressed in radians.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the arc tangent of .3:

```
SELECT ATAN(.3) "Arc_Tangent" FROM DUAL;

Arc_Tangent
----------
.291456794
```

Cloudera Exhibit 1020 - Page 265 of 1808

Databricks_R2_PA_00002401

# ATAN2

## Syntax

**atan2::=**



## Purpose

ATAN2 returns the arc tangent of $n$ and $m$. The argument $n$ can be in an unbounded range and returns a value in the range of *-pi* to *pi*, depending on the signs of $n$ and $m$, expressed in radians. ATAN2($n$, $m$) is the same as ATAN($n/m$).

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If any argument is BINARY_FLOAT or BINARY_DOUBLE, then the function returns BINARY_DOUBLE. Otherwise the function returns NUMBER.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns the arc tangent of .3 and .2:

```
SELECT ATAN2(.3, .2) "Arc_Tangent2" FROM DUAL;

Arc_Tangent2
------------
  .982793723
```

Cloudera Exhibit 1020 - Page 266 of 1808

Databricks_R2_PA_00002402

# AVG

### Syntax

**avg::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on
> syntax, semantics, and restrictions

### Purpose

AVG returns average value of *expr*.

This function takes as an argument any numeric datatype or any nonnumeric
datatype that can be implicitly converted to a numeric datatype. The function
returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on
> page 2-55 for more information on implicit conversion

If you specify DISTINCT, then you can specify only the *query_partition_
clause* of the *analytic_clause*. The *order_by_clause* and *windowing_
clause* are not allowed.

> **See Also:** "About SQL Expressions" on page 5-2 for information
> on valid forms of *expr* and "Aggregate Functions" on page 7-9

### Aggregate Example

The following example calculates the average salary of all employees in the
hr.employees table:

```
SELECT AVG(salary) "Average" FROM employees;

 Average
--------
    6425
```

Cloudera Exhibit 1020 - Page 267 of 1808

Databricks_R2_PA_00002403

### Analytic Example

The following example calculates, for each employee in the `employees` table, the average salary of the employees reporting to the same manager who were hired in the range just before through just after the employee:

```
SELECT manager_id, last_name, hire_date, salary,
   AVG(salary) OVER (PARTITION BY manager_id ORDER BY hire_date
   ROWS BETWEEN 1 PRECEDING AND 1 FOLLOWING) AS c_mavg
   FROM employees;
```

| MANAGER_ID | LAST_NAME | HIRE_DATE | SALARY | C_MAVG |
|---|---|---|---|---|
| 100 | Kochhar | 21-SEP-89 | 17000 | 17000 |
| 100 | De Haan | 13-JAN-93 | 17000 | 15000 |
| 100 | Raphaely | 07-DEC-94 | 11000 | 11966.6667 |
| 100 | Kaufling | 01-MAY-95 | 7900 | 10633.3333 |
| 100 | Hartstein | 17-FEB-96 | 13000 | 9633.33333 |
| 100 | Weiss | 18-JUL-96 | 8000 | 11666.6667 |
| 100 | Russell | 01-OCT-96 | 14000 | 11833.3333 |

. . .

# BFILENAME

### Syntax

**bfilename::=**



### Purpose

`BFILENAME` returns a `BFILE` locator that is associated with a physical LOB binary file on the server file system.

- `'directory'` is a database object that serves as an alias for a full path name on the server file system where the files are actually located.

- `'filename'` is the name of the file in the server file system.

You must create the directory object and associate a `BFILE` value with a physical file before you can use them as arguments to `BFILENAME` in a SQL or PL/SQL statement, `DBMS_LOB` package, or OCI operation.

You can use this function in two ways:

Cloudera Exhibit 1020 - Page 268 of 1808

Databricks_R2_PA_00002404

■  In a DML statement to initialize a `BFILE` column

■  In a programmatic interface to access `BFILE` data by assigning a value to the
`BFILE` locator.

The directory argument is case sensitive. That is, you must ensure that you specify
the directory object name exactly as it exists in the data dictionary. For example, if
an `"Admin"` directory object was created using mixed case and a quoted identifier
in the `CREATE DIRECTORY` statement, then when using the `BFILENAME` function
you must refer to the directory object as `'Admin'`. You must specify the filename
argument according to the case and punctuation conventions for your operating
system.

> **See Also:**
>
> ■  *Oracle Database Application Developer's Guide - Large Objects* and
> *Oracle Call Interface Programmer's Guide* for more information on
> LOBs and for examples of retrieving `BFILE` data
>
> ■  CREATE DIRECTORY on page 14-52

### Examples

The following example inserts a row into the sample table `pm.print_media`. The
example uses the `BFILENAME` function to identify a binary file on the server file
system:

```
CREATE DIRECTORY media_dir AS '/demo/schema/product_media';

INSERT INTO print_media (product_id, ad_id, ad_graphic)
   VALUES (3000, 31001,
      bfilename('MEDIA_DIR', 'modem_comp_ad.gif'));
```

# BIN_TO_NUM

### Syntax

**bin_to_num::=**



Cloudera Exhibit 1020 - Page 269 of 1808

Databricks_R2_PA_00002405

BITAND

## Purpose

`BIN_TO_NUM` converts a bit vector to its equivalent number. Each argument to this function represents a bit in the bit vector. This function takes as arguments any numeric datatype, or any nonnumeric datatype that can be implicitly converted to `NUMBER`. Each *expr* must evaluate to 0 or 1. This function returns Oracle `NUMBER`.

`BIN_TO_NUM` is useful in data warehousing applications for selecting groups of interest from a materialized view using grouping sets.

> **See Also:**
>
> - *group_by_clause* on page 19-28 for information on `GROUPING SETS` syntax
>
> - Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion
>
> - *Oracle Data Warehousing Guide* for information on data aggregation in general

## Examples

The following example converts a binary value to a number:

```
SELECT BIN_TO_NUM(1,0,1,0) FROM DUAL;

BIN_TO_NUM(1,0,1,0)
-------------------
                 10
```

# BITAND

## Syntax

**bitand::=**



## Purpose

`BITAND` computes an `AND` operation on the bits of *expr1* and *expr2*, both of which must resolve to nonnegative integers, and returns an integer. This function is commonly used with the `DECODE` function, as illustrated in the example that follows.

Cloudera Exhibit 1020 - Page 270 of 1808

Databricks_R2_PA_00002406

Both arguments can be any numeric datatype, or any nonnumeric datatype that can be implicitly converted to NUMBER. The function returns NUMBER.

> **Note:** This function does not determine the datatype of the value returned. Therefore, in SQL*Plus, you must specify BITAND in a wrapper, such as TO_NUMBER, which returns a datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following represents each order_status in the sample table oe.orders by individual bits. (The example specifies options that can total only 7, so rows with order_status greater than 7 are eliminated.)

```
SELECT order_id, customer_id,
  DECODE(BITAND(order_status, 1), 1, 'Warehouse', 'PostOffice')
    Location,
  DECODE(BITAND(order_status, 2), 2, 'Ground', 'Air') Method,
  DECODE(BITAND(order_status, 4), 4, 'Insured', 'Certified') Receipt
  FROM orders
  WHERE order_status < 8;

  ORDER_ID CUSTOMER_ID LOCATION   MET RECEIPT
---------- ----------- ---------- --- ---------
      2458         101 Postoffice Air Certified
      2397         102 Warehouse  Air Certified
      2454         103 Warehouse  Air Certified
      2354         104 Postoffice Air Certified
      2358         105 Postoffice G   Certified
      2381         106 Warehouse  G   Certified
      2440         107 Warehouse  G   Certified
      2357         108 Warehouse  Air Insured
      2394         109 Warehouse  Air Insured
      2435         144 Postoffice G   Insured
      2455         145 Warehouse  G   Insured
. . .
```

Cloudera Exhibit 1020 - Page 271 of 1808

Databricks_R2_PA_00002407

# CARDINALITY

### Syntax

**cardinality::=**



### Purpose

CARDINALITY returns the number of elements in a nested table. The return type is NUMBER. If the nested table is empty, or is a null collection, then CARDINALITY returns NULL.

### Examples

The following example shows the number of elements in the nested table column ad_textdocs_ntab of the sample table pm.print_media:

```
SELECT product_id, CARDINALITY(ad_textdocs_ntab)
   FROM print_media;

PRODUCT_ID CARDINALITY(AD_TEXTDOCS_NTAB)
---------- -----------------------------
      3060                             3
      2056                             3
      3106                             3
      2268                             3
```

# CAST

### Syntax

**cast::=**



Cloudera Exhibit 1020 - Page 272 of 1808

Databricks_R2_PA_00002408

## Purpose

CAST converts one built-in datatype or collection-typed value into another built-in datatype or collection-typed value.

CAST lets you convert built-in datatypes or collection-typed values of one type into another built-in datatype or collection type. You can cast an unnamed operand (such as a date or the result set of a subquery) or a named collection (such as a varray or a nested table) into a type-compatible datatype or named collection. The *type_name* must be the name of a built-in datatype or collection type and the operand must be a built-in datatype or must evaluate to a collection value.

For the operand, *expr* can be either a built-in datatype, a collection type, or an instance of an AnyData type. If *expr* is an instance of an AnyData type, CAST will try to extract the value of the AnyData instance and return it if it matches the cast target type, otherwise null will be returned. MULTISET informs Oracle Database to take the result set of the subquery and return a collection value. Table 7–1 shows which built-in datatypes can be cast into which other built-in datatypes. (CAST does not support LONG, LONG RAW, any of the LOB datatypes, or the Oracle-supplied types.)

**Table 7–1    Casting Built-In Datatypes**

| | from BINARY_ FLOAT, BINARY_ DOUBLE | from CHAR, VARCHAR2 | from NUMBER | from DATETIME / INTERVAL (Note 1) | from RAW | from ROWID, UROWID (Note 2) | from NCHAR, NVARCHAR2 |
|---|---|---|---|---|---|---|---|
| to BINARY_FLOAT, BINARY_DOUBLE | X | X | X | — | — | — | X |
| to CHAR, VARCHAR2 | X | X | X | X | X | X | — |
| to NUMBER | X | X | X | — | — | — | X |
| to DATE, TIMESTAMP, INTERVAL | — | X | — | X | — | — | — |
| to RAW | — | X | — | — | X | — | — |
| to ROWID, UROWID | — | X | — | — | — | Xa | — |
| to NCHAR, NVARCHAR2 | X | — | X | X | X | X | X |

**Note 1:** Datetime/interval includes DATE, TIMESTAMP, TIMESTAMP WITH TIMEZONE, INTERVAL DAY TO SECOND, and INTERVAL YEAR TO MONTH.

Cloudera Exhibit 1020 - Page 273 of 1808

**Note 2:** You cannot cast a `UROWID` to a `ROWID` if the `UROWID` contains the value of a `ROWID` of an index-organized table.

If you want to cast a named collection type into another named collection type, then the elements of both collections must be of the same type.

If the result set of *subquery* can evaluate to multiple rows, then you must specify the `MULTISET` keyword. The rows resulting from the subquery form the elements of the collection value into which they are cast. Without the `MULTISET` keyword, the subquery is treated as a scalar subquery.

### Built-In Datatype Examples

The following examples use the `CAST` function with scalar datatypes:

```
SELECT CAST('22-OCT-1997' AS TIMESTAMP WITH LOCAL TIME ZONE)
   FROM dual;

SELECT product_id,
   CAST(ad_sourcetext AS VARCHAR2(30))
   FROM print_media;
```

### Collection Examples

The `CAST` examples that follow build on the `cust_address_typ` found in the sample order entry schema, `oe`.

```
CREATE TYPE address_book_t AS TABLE OF cust_address_typ;
/
CREATE TYPE address_array_t AS VARRAY(3) OF cust_address_typ;
/
CREATE TABLE cust_address (
   custno            NUMBER,
   street_address    VARCHAR2(40),
   postal_code       VARCHAR2(10),
   city              VARCHAR2(30),
   state_province    VARCHAR2(10),
   country_id        CHAR(2));

CREATE TABLE cust_short (custno NUMBER, name VARCHAR2(31));

CREATE TABLE states (state_id NUMBER, addresses address_array_t);
```

This example casts a subquery:

Cloudera Exhibit 1020 - Page 274 of 1808

Databricks_R2_PA_00002410

```
SELECT s.custno, s.name,
   CAST(MULTISET(SELECT ca.street_address,
                        ca.postal_code,
                        ca.city,
                        ca.state_province,
                        ca.country_id
              FROM cust_address ca
              WHERE s.custno = ca.custno)
   AS address_book_t)
FROM cust_short s;
```

CAST converts a varray type column into a nested table:

```
SELECT CAST(s.addresses AS address_book_t)
   FROM states s
   WHERE s.state_id = 111;
```

The following objects create the basis of the example that follows:

```
CREATE TABLE projects
   (employee_id NUMBER, project_name VARCHAR2(10));

CREATE TABLE emps_short
   (employee_id NUMBER, last_name VARCHAR2(10));

CREATE TYPE project_table_typ AS TABLE OF VARCHAR2(10);
   /
```

The following example of a MULTISET expression uses these objects:

```
SELECT e.last_name,
   CAST(MULTISET(SELECT p.project_name
   FROM projects p
   WHERE p.employee_id = e.employee_id
   ORDER BY p.project_name)
   AS project_table_typ)
FROM emps_short e;
```

Cloudera Exhibit 1020 - Page 275 of 1808

Databricks_R2_PA_00002411

---

# CEIL

## Syntax

**ceil::=**



## Purpose

CEIL returns smallest integer greater than or equal to $n$.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns the smallest integer greater than or equal to 15.7:

```
SELECT CEIL(15.7) "Ceiling" FROM DUAL;

   Ceiling
----------
        16
```

# CHARTOROWID

## Syntax

**chartorowid::=**



## Purpose

CHARTOROWID converts a value from CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype to ROWID datatype.

Cloudera Exhibit 1020 - Page 276 of 1808

Databricks_R2_PA_00002412

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following example converts a character rowid representation to a rowid. (The function will return a different rowid on different databases).

```
SELECT last_name FROM employees
   WHERE ROWID = CHARTOROWID('AAAFd1AAFAAAABSAA/');

LAST_NAME
------------------------
Greene
```

# CHR

### Syntax

**chr::=**



### Purpose

CHR returns the character having the binary equivalent to *n* as a VARCHAR2 value in either the database character set or, if you specify USING NCHAR_CS, the national character set.

For single-byte character sets, if n > 256, then Oracle Database returns the binary equivalent of n mod 256. For multibyte character sets, n must resolve to one entire code point. Invalid code points are not validated, and the result of specifying invalid code points is indeterminate.

This function takes as an argument a NUMBER value, or any value that can be implicitly converted to NUMBER, and returns a character.

Cloudera Exhibit 1020 - Page 277 of 1808

Databricks_R2_PA_00002413

> **Note:**   Use of the CHR function (either with or without the optional
> USING NCHAR_CS clause) results in code that is not portable
> between ASCII- and EBCDIC-based machine architectures.

> **See Also:**   NCHR on page 7-116 and Table 2–11, " Implicit Type
> Conversion Matrix" on page 2-55 for more information on implicit
> conversion

### Examples

The following example is run on an ASCII-based machine with the database
character set defined as WE8ISO8859P1:

```
SELECT CHR(67)||CHR(65)||CHR(84) "Dog" FROM DUAL;

Dog
---
CAT
```

To produce the same results on an EBCDIC-based machine with the
WE8EBCDIC1047 character set, the preceding example would have to be modified
as follows:

```
SELECT CHR(195)||CHR(193)||CHR(227) "Dog"
   FROM DUAL;

Dog
---
CAT
```

For multibyte character sets, this sort of concatenation gives different results. For
example, given a multibyte character whose hexadecimal value is a1a2 (a1
representing the first byte and a2 the second byte), you must specify for n the
decimal equivalent of 'a1a2', or 41378. That is, you must specify:

```
SELECT CHR(41378) FROM DUAL;
```

You cannot specify the decimal equivalent of a1 concatenated with the decimal
equivalent of a2, as in the following example:

```
SELECT CHR(161)||CHR(162) FROM DUAL;
```

Cloudera Exhibit 1020 - Page 278 of 1808

Databricks_R2_PA_00002414

However, you can concatenate whole multibyte code points, as in the following example, which concatenates the multibyte characters whose hexadecimal values are a1a2 and a1a3:

```
SELECT CHR(41378)||CHR(41379) FROM DUAL;
```

The following example uses the UTF8 character set:

```
SELECT CHR (50052 USING NCHAR_CS) FROM DUAL;

CH
--
Ã
```

# COALESCE

## Syntax

**coalesce::=**



## Purpose

COALESCE returns the first non-null *expr* in the expression list. At least one *expr* must not be the literal NULL. If all occurrences of *expr* evaluate to null, then the function returns null.

If all occurrences of *expr* are numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype, then Oracle Database determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

This function is a generalization of the NVL function.

You can also use COALESCE as a variety of the CASE expression. For example,

Cloudera Exhibit 1020 - Page 279 of 1808

Databricks_R2_PA_00002415

COALESCE

```
COALESCE (expr1, expr2)
```

**is equivalent to:**

```
CASE WHEN expr1 IS NOT NULL THEN expr1 ELSE expr2 END
```

**Similarly,**

```
COALESCE (expr1, expr2, ..., exprn), for n>=3
```

**is equivalent to:**

```
CASE WHEN expr1 IS NOT NULL THEN expr1
  ELSE COALESCE (expr2, ..., exprn) END
```

> **See Also:** NVL on page 7-131 and "CASE Expressions" on page 5-5

## Examples

The following example uses the sample oe.product_information table to organize a clearance sale of products. It gives a 10% discount to all products with a list price. If there is no list price, then the sale price is the minimum price. If there is no minimum price, then the sale price is "5":

```
SELECT product_id, list_price, min_price,
  COALESCE(0.9*list_price, min_price, 5) "Sale"
  FROM product_information
  WHERE supplier_id = 102050;
```

| PRODUCT_ID | LIST_PRICE | MIN_PRICE | Sale |
|---|---|---|---|
| 2382 | 850 | 731 | 765 |
| 3355 | | | 5 |
| 1770 | | 73 | 73 |
| 2378 | 305 | 247 | 274.5 |
| 1769 | 48 | | 43.2 |

Cloudera Exhibit 1020 - Page 280 of 1808

Databricks_R2_PA_00002416

# COLLECT

### Syntax

**collect::=**



### Purpose

COLLECT takes as its argument a column of any type and creates a nested table of the input type out of the rows selected. To get the results of this function you must use it within a CAST function.

If *column* is itself a collection, then the output of COLLECT is a nested table of collections.

> **See Also:** CAST on page 7-30

### Examples

The following example creates a nested table from the varray column of phone numbers in the sample table oe.customers:

```
CREATE TYPE phone_book_t AS TABLE OF phone_list_typ;
/
SELECT CAST(COLLECT(phone_numbers) AS phone_book_t)
   FROM customers;
```

# COMPOSE

### Syntax

**compose::=**



### Purpose

COMPOSE takes as its argument a string in any datatype, and returns a Unicode string in its fully normalized form in the same character set as the input. *char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. For

Cloudera Exhibit 1020 - Page 281 of 1808

Databricks_R2_PA_00002417

example, an o code point qualified by an umlaut code point will be returned as the o-umlaut code point.

> **See Also:** *Oracle Database Globalization Support Guide* for information on Unicode character sets and character semantics

### Examples

The following example returns the o-umlaut code point:

```
SELECT COMPOSE ( 'o' || UNISTR('\0308') ) FROM DUAL;

CO
--
ö
```

> **See Also:** UNISTR on page 7-261

# CONCAT

### Syntax

**concat::=**



### Purpose

CONCAT returns *char1* concatenated with *char2*. Both *char1* and *char2* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is in the same character set as *char1*. Its datatype depends on the datatypes of the arguments.

In concatenations of two different datatypes, Oracle Database returns the datatype that results in a lossless conversion. Therefore, if one of the arguments is a LOB, then the returned value is a LOB. If one of the arguments is a national datatype, then the returned value is a national datatype. For example:

- CONCAT(CLOB, NCLOB) returns NCLOB
- CONCAT(NCLOB, NCHAR) returns NCLOB
- CONCAT(NCLOB, CHAR) returns NCLOB
- CONCAT(NCHAR, CLOB) returns NCLOB

Cloudera Exhibit 1020 - Page 282 of 1808

Databricks_R2_PA_00002418

This function is equivalent to the concatenation operator (| |). The function is useful when there are spaces in the values to be concatenated. The concatenation operator does not permit spaces.

> **See Also:** "Concatenation Operator" on page 4-4 for information on the CONCAT operator

### Examples

This example uses nesting to concatenate three character strings:

```
SELECT CONCAT(CONCAT(last_name, '''s job category is '),
    job_id) "Job"
  FROM employees
  WHERE employee_id = 152;

Job
------------------------------------------------------
Hall's job category is SA_REP
```

## CONVERT

### Syntax

**convert::=**



### Purpose

CONVERT converts a character string from one character set to another. The datatype of the returned value is VARCHAR2.

- The *char* argument is the value to be converted. It can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB.

- The *dest_char_set* argument is the name of the character set to which *char* is converted.

- The *source_char_set* argument is the name of the character set in which *char* is stored in the database. The default value is the database character set.

Cloudera Exhibit 1020 - Page 283 of 1808

Databricks_R2_PA_00002419

Both the destination and source character set arguments can be either literals or columns containing the name of the character set.

For complete correspondence in character conversion, it is essential that the destination character set contains a representation of all the characters defined in the source character set. Where a character does not exist in the destination character set, a replacement character appears. Replacement characters can be defined as part of a character set definition.

### Examples

The following example illustrates character set conversion by converting a Latin-1 string to ASCII. The result is the same as importing the same string from a WE8ISO8859P1 database to a US7ASCII database.

```
SELECT CONVERT('Ä Ê Í Õ Ø A B C D E ', 'US7ASCII', 'WE8ISO8859P1')
   FROM DUAL;

CONVERT('ÄÊÍÕØABCDE'
---------------------
A E I ? ? A B C D E ?
```

Common character sets include:

- US7ASCII: US 7-bit ASCII character set
- WE8DEC: West European 8-bit character set
- F7DEC: DEC French 7-bit character set
- WE8EBCDIC500: IBM West European EBCDIC Code Page 500
- WE8ISO8859P1: ISO 8859-1 West European 8-bit character set
- UTF8: Unicode 3.0 UTF-8 Universal character set, CESU-8 compliant
- AL32UTF8: Unicode 3.1 UTF-8 Universal character set

Cloudera Exhibit 1020 - Page 284 of 1808

Databricks_R2_PA_00002420

# CORR

### Syntax

**corr::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

### Purpose

CORR returns the coefficient of correlation of a set of number pairs. You can use it as an aggregate or analytic function.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

Oracle Database applies the function to the set of (*expr1*, *expr2*) after eliminating the pairs for which either *expr1* or *expr2* is null. Then Oracle makes the following computation:

```
COVAR_POP(expr1, expr2) / (STDDEV_POP(expr1) * STDDEV_POP(expr2))
```

The function returns a value of type NUMBER. If the function is applied to an empty set, then it returns null.

> **Note:** The CORR function calculates the Pearson's correlation coefficient, which requires numeric expressions as arguments. Oracle also provides the CORR_S (Spearman's rho coefficient) and CORR_K (Kendall's tau-b coefficient) to support nonparametric or rank correlation.

Cloudera Exhibit 1020 - Page 285 of 1808

CORR

**See Also:**  "Aggregate Functions" on page 7-9, "About SQL Expressions" on page 5-2 for information on valid forms of *expr*, and CORR_* on page 7-45 and CORR_S on page 7-46

### Aggregate Example

The following example calculates the coefficient of correlation between the list prices and minimum prices of products by weight class in the sample table `oe.product_information`:

```
SELECT weight_class, CORR(list_price, min_price)
   FROM product_information
   GROUP BY weight_class;

WEIGHT_CLASS CORR(LIST_PRICE,MIN_PRICE)
------------ --------------------------
           1                  .99914795
           2                .999022941
           3                .998484472
           4                .999359909
           5                .999536087
```

### Analytic Example

The following example returns the cumulative coefficient of correlation of monthly sales revenues and monthly units sold from the sample tables `sh.sales` and `sh.times` for year 1998:

```
SELECT t.calendar_month_number,
   CORR (SUM(s.amount_sold), SUM(s.quantity_sold))
   OVER (ORDER BY t.calendar_month_number) as CUM_CORR
   FROM sales s, times t
      WHERE s.time_id = t.time_id AND calendar_year = 1998
      GROUP BY t.calendar_month_number
      ORDER BY t.calendar_month_number;

CALENDAR_MONTH_NUMBER   CUM_CORR
--------------------- ----------
                    1
                    2          1
                    3 .994309382
                    4 .852040875
                    5 .846652204
                    6 .871250628
                    7 .910029803
                    8 .917556399
```

Cloudera Exhibit 1020 - Page 286 of 1808

Databricks_R2_PA_00002422

```
 9 .920154356
10  .86720251
11 .844864765
12 .903542662
```

Correlation functions require more than one row on which to operate, so the first row in the preceding example has no value calculated for it.

# CORR_*

The CORR_* functions are:

- CORR_S
- CORR_K

## Syntax

**correlation::=**



## Purpose

The CORR function (see CORR on page 7-43) calculates the Pearson's correlation coefficient and requires numeric expressions as input. The CORR_* functions support nonparametric or rank correlation. They let you find correlations between expressions that are ordinal scaled (where ranking of the values is possible). Correlation coefficients take on a value ranging from -1 to 1, where 1 indicates a perfect relationship, -1 a perfect inverse relationship (when one variable increases as the other decreases), and a value close to 0 means no relationship.

These functions takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle Database determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, makes the calculation, and returns NUMBER.

Cloudera Exhibit 1020 - Page 287 of 1808

Databricks_R2_PA_00002423

CORR_*
_____

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

*expr1* and *expr2* are the two variables being analyzed. The third argument is a return value of type VARCHAR2. If you omit the third argument, the default is COEFFICIENT. The meaning of the return values is shown in the table that follows:

*Table 7–2   CORR_* Return Values*

| Return Value | Meaning |
|---|---|
| COEFFICIENT | Coefficient of correlation |
| ONE_SIDED_SIG | One-tailed significance of the correlation |
| TWO_SIDED_SIG | Two-tailed significance of the correlation |

## CORR_S

CORR_S calculates the Spearman's rho correlation coefficient. The input expressions should be a set of $(x_i, y_i)$ pairs of observations. The function first replaces each value with a rank. Each value of $x_i$ is replaced with its rank among all the other $x_i$s in the sample, and each value of $y_i$ is replaced with its rank among all the other $y_i$s. Thus, each $x_i$ and $y_i$ take on a value from 1 to $n$, where $n$ is the total number of pairs of values. Ties are assigned the average of the ranks they would have had if their values had been slightly different. Then the function calculates the linear correlation coefficient of the ranks.

**CORR_S Example**   Using Spearman's rho correlation coefficient, the following example determines whether a correlation exists between an employee's salary and commission percent:

```
SELECT CORR_S(salary, commission_pct, 'COEFFICIENT') coefficient,
       CORR_S(salary, commission_pct, 'TWO_SIDED_SIG') two_sided_p_value
  FROM hr.employees;

COEFFICIENT TWO_SIDED_P_VALUE
----------- -----------------
 .735837022       4.7362E-07
```

Cloudera Exhibit 1020 - Page 288 of 1808

## CORR_K

CORR_K calculates the Kendall's tau-b correlation coefficient. As for CORR_S, the input expressions are a set of $(x_i, y_i)$ pairs of observations. To calculate the coefficient, the function counts the number of concordant and discordant pairs. A pair of observations is concordant if the observation with the larger x also has a larger value of y. A pair of observations is discordant if the observation with the larger x has a smaller y.

The significance of tau-b is the probability that the correlation indicated by tau-b was due to chance—a value of 0 to 1. A small value indicates a significant correlation for positive values of tau-b (or anticorrelation for negative values of tau-b).

**CORR_K Example**   Using Kendall's tau-b correlation coefficient, the following example determines whether a correlation exists between an employee's salary and commission percent:

```
SELECT CORR_K(salary, commission_pct, 'COEFFICIENT') coefficient,
       CORR_K(salary, commission_pct, 'TWO_SIDED_SIG') two_sided_p_value
  FROM hr.employees;

COEFFICIENT TWO_SIDED_P_VALUE
----------- -----------------
 .603079768        3.4702E-07
```

## COS

### Syntax

**cos::=**



### Purpose

COS returns the cosine of $n$ (an angle expressed in radians).

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

Functions   **7-47**

COSH

See Also:   Table 2–11, " Implicit Type Conversion Matrix" on
page 2-55 for more information on implicit conversion

### Examples

The following example returns the cosine of 180 degrees:

```
SELECT COS(180 * 3.14159265359/180)
   "Cosine of 180 degrees" FROM DUAL;

Cosine of 180 degrees
---------------------
                   -1
```

# COSH

### Syntax

**cosh::=**



### Purpose

COSH returns the hyperbolic cosine of $n$.

This function takes as an argument any numeric datatype or any nonnumeric
datatype that can be implicitly converted to a numeric datatype. If the argument is
BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the
function returns the same numeric datatype as the argument.

See Also:   Table 2–11, " Implicit Type Conversion Matrix" on
page 2-55 for more information on implicit conversion

### Examples

The following example returns the hyperbolic cosine of zero:

```
SELECT COSH(0) "Hyperbolic cosine of 0" FROM DUAL;

Hyperbolic cosine of 0
----------------------
                     1
```

Cloudera Exhibit 1020 - Page 290 of 1808

Databricks_R2_PA_00002426

# COUNT

## Syntax

**count::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

COUNT returns the number of rows returned by the query. You can use it as an aggregate or analytic function.

If you specify DISTINCT, then you can specify only the *query_partition_ clause* of the *analytic_clause*. The *order_by_clause* and *windowing_ clause* are not allowed.

If you specify *expr*, then COUNT returns the number of rows where *expr* is not null. You can count either all rows, or only distinct values of *expr*.

If you specify the asterisk (*), then this function returns all rows, including duplicates and nulls. COUNT never returns null.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and "Aggregate Functions" on page 7-9

## Aggregate Examples

The following examples use COUNT as an aggregate function:

```
SELECT COUNT(*) "Total" FROM employees;

     Total
----------
       107

SELECT COUNT(*) "Allstars" FROM employees
```

Cloudera Exhibit 1020 - Page 291 of 1808

Databricks_R2_PA_00002427

```
   WHERE commission_pct > 0;

 Allstars
 ---------
       35

SELECT COUNT(commission_pct) "Count" FROM employees;

     Count
 ----------
        35

SELECT COUNT(DISTINCT manager_id) "Managers" FROM employees;

  Managers
 ----------
        18
```

## Analytic Example

The following example calculates, for each employee in the `employees` table, the moving count of employees earning salaries in the range 50 less than through 150 greater than the employee's salary.

```
SELECT last_name, salary,
   COUNT(*) OVER (ORDER BY salary RANGE BETWEEN 50 PRECEDING
      AND 150 FOLLOWING) AS mov_count FROM employees;
```

| LAST_NAME | SALARY | MOV_COUNT |
|---|---|---|
| Olson | 2100 | 3 |
| Markle | 2200 | 2 |
| Philtanker | 2200 | 2 |
| Landry | 2400 | 8 |
| Gee | 2400 | 8 |
| Colmenares | 2500 | 10 |
| Patel | 2500 | 10 |

. . .

Cloudera Exhibit 1020 - Page 292 of 1808

Databricks_R2_PA_00002428

# COVAR_POP

### Syntax

**covar_pop::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

### Purpose

COVAR_POP returns the population covariance of a set of number pairs. You can use it as an aggregate or analytic function.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

Oracle Database applies the function to the set of (*expr1*, *expr2*) pairs after eliminating all pairs for which either *expr1* or *expr2* is null. Then Oracle makes the following computation:

```
(SUM(expr1 * expr2) - SUM(expr2) * SUM(expr1) / n) / n
```

where $n$ is the number of (*expr1*, *expr2*) pairs where neither *expr1* nor *expr2* is null.

The function returns a value of type NUMBER. If the function is applied to an empty set, then it returns null.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and "Aggregate Functions" on page 7-9

Cloudera Exhibit 1020 - Page 293 of 1808

Databricks_R2_PA_00002429

COVAR_POP

## Aggregate Example

The following example calculates the population covariance for the sales revenue amount and the units sold for each year from the sample table sh.sales:

```
SELECT t.calendar_month_number,
   COVAR_POP(s.amount_sold, s.quantity_sold) AS covar_pop,
   COVAR_SAMP(s.amount_sold, s.quantity_sold) AS covar_samp
   FROM sales s, times t
   WHERE s.time_id = t.time_id
   AND t.calendar_year = 1998
   GROUP BY t.calendar_month_number;
```

| CALENDAR_MONTH_NUMBER | COVAR_POP | COVAR_SAMP |
| --- | --- | --- |
| 1 | 5437.68586 | 5437.88704 |
| 2 | 5923.72544 | 5923.99139 |
| 3 | 6040.11777 | 6040.38623 |
| 4 | 5946.67897 | 5946.92754 |
| 5 | 5986.22483 | 5986.4463 |
| 6 | 5726.79371 | 5727.05703 |
| 7 | 5491.65269 | 5491.9239 |
| 8 | 5672.40362 | 5672.66882 |
| 9 | 5741.53626 | 5741.80025 |
| 10 | 5050.5683 | 5050.78195 |
| 11 | 5256.50553 | 5256.69145 |
| 12 | 5411.2053 | 5411.37709 |

## Analytic Example

The following example calculates cumulative sample covariance of the list price and minimum price of the products in the sample schema oe:

```
SELECT product_id, supplier_id,
   COVAR_POP(list_price, min_price)
      OVER (ORDER BY product_id, supplier_id)
         AS CUM_COVP,
   COVAR_SAMP(list_price, min_price)
      OVER (ORDER BY product_id, supplier_id)
         AS CUM_COVS
   FROM product_information p
   WHERE category_id = 29
   ORDER BY product_id, supplier_id;
```

| PRODUCT_ID | SUPPLIER_ID | CUM_COVP | CUM_COVS |
| --- | --- | --- | --- |
| 1774 | 103088 | 0 | |

Cloudera Exhibit 1020 - Page 294 of 1808

Databricks_R2_PA_00002430

```
1775      103087    1473.25       2946.5
1794      103096 1702.77778  2554.16667
1825      103093   1926.25  2568.33333
2004      103086    1591.4      1989.25
2005      103086    1512.5         1815
2416      103088 1475.97959  1721.97619
. . .
```

# COVAR_SAMP

### Syntax

covar_samp::=



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

### Purpose

COVAR_SAMP returns the sample covariance of a set of number pairs. You can use it as an aggregate or analytic function.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

Oracle Database applies the function to the set of (*expr1*, *expr2*) pairs after eliminating all pairs for which either *expr1* or *expr2* is null. Then Oracle makes the following computation:

```
(SUM(expr1 * expr2) - SUM(expr1) * SUM(expr2) / n) / (n-1)
```

Cloudera Exhibit 1020 - Page 295 of 1808

Databricks_R2_PA_00002431

where $n$ is the number of ($expr1$, $expr2$) pairs where neither $expr1$ nor $expr2$ is null.

The function returns a value of type NUMBER. If the function is applied to an empty set, then it returns null.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of $expr$ and "Aggregate Functions" on page 7-9

### Aggregate Example

Please refer to the aggregate example for COVAR_POP on page 7-51.

### Analytic Example

Please refer to the analytic example for COVAR_POP on page 7-51.

# CUME_DIST

### Aggregate Syntax

**cume_dist_aggregate::=**



### Analytic Syntax

**cume_dist_analytic::=**



Cloudera Exhibit 1020 - Page 296 of 1808

Databricks_R2_PA_00002432

**See Also:**  "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

CUME_DIST calculates the cumulative distribution of a value in a group of values. The range of values returned by CUME_DIST is >0 to <=1. Tie values always evaluate to the same cumulative distribution value.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle Database determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, makes the calculation, and returns NUMBER.

**See Also:**  Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

- As an aggregate function, CUME_DIST calculates, for a hypothetical row $r$ identified by the arguments of the function and a corresponding sort specification, the relative position of row $r$ among the rows in the aggregation group. Oracle makes this calculation as if the hypothetical row $r$ were inserted into the group of rows to be aggregated over. The arguments of the function identify a single hypothetical row within each aggregate group. Therefore, they must all evaluate to constant expressions within each aggregate group. The constant argument expressions and the expressions in the ORDER BY clause of the aggregate match by position. Therefore, the number of arguments must be the same and their types must be compatible.

- As an analytic function, CUME_DIST computes the relative position of a specified value in a group of values. For a row $r$, assuming ascending ordering, the CUME_DIST of $r$ is the number of rows with values lower than or equal to the value of $r$, divided by the number of rows being evaluated (the entire query result set or a partition).

## Aggregate Example

The following example calculates the cumulative distribution of a hypothetical employee with a salary of $15,500 and commission rate of 5% among the employees in the sample table oe.employees:

```
SELECT CUME_DIST(15500, .05) WITHIN GROUP
```

Cloudera Exhibit 1020 - Page 297 of 1808

Databricks_R2_PA_00002433

CURRENT_DATE

```
        (ORDER BY salary, commission_pct) "Cume-Dist of 15500"
        FROM employees;

Cume-Dist of 15500
------------------
        .972222222
```

### Analytic Example

The following example calculates the salary percentile for each employee in the purchasing division. For example, 40% of clerks have salaries less than or equal to Himuro.

```
SELECT job_id, last_name, salary, CUME_DIST()
    OVER (PARTITION BY job_id ORDER BY salary) AS cume_dist
    FROM employees
    WHERE job_id LIKE 'PU%';
```

| JOB_ID | LAST_NAME | SALARY | CUME_DIST |
|--------|-----------|--------|-----------|
| PU_CLERK | Colmenares | 2500 | .2 |
| PU_CLERK | Himuro | 2600 | .4 |
| PU_CLERK | Tobias | 2800 | .6 |
| PU_CLERK | Baida | 2900 | .8 |
| PU_CLERK | Khoo | 3100 | 1 |
| PU_MAN | Raphaely | 11000 | 1 |

# CURRENT_DATE

### Syntax

**current_date::=**



### Purpose

CURRENT_DATE returns the current date in the session time zone, in a value in the Gregorian calendar of datatype DATE.

Cloudera Exhibit 1020 - Page 298 of 1808

Databricks_R2_PA_00002434

### Examples

The following example illustrates that CURRENT_DATE is sensitive to the session time zone:

```
ALTER SESSION SET TIME_ZONE = '-5:0';
ALTER SESSION SET NLS_DATE_FORMAT = 'DD-MON-YYYY HH24:MI:SS';
SELECT SESSIONTIMEZONE, CURRENT_DATE FROM DUAL;

SESSIONTIMEZONE CURRENT_DATE
--------------- --------------------
-05:00          29-MAY-2000 13:14:03

ALTER SESSION SET TIME_ZONE = '-8:0';
SELECT SESSIONTIMEZONE, CURRENT_DATE FROM DUAL;

SESSIONTIMEZONE CURRENT_DATE
--------------- --------------------
-08:00          29-MAY-2000 10:14:33
```

# CURRENT_TIMESTAMP

### Syntax

**current_timestamp::=**



### Purpose

CURRENT_TIMESTAMP returns the current date and time in the session time zone, in a value of datatype TIMESTAMP WITH TIME ZONE. The time zone offset reflects the current local time of the SQL session. If you omit precision, then the default is 6. The difference between this function and LOCALTIMESTAMP is that CURRENT_TIMESTAMP returns a TIMESTAMP WITH TIME ZONE value while LOCALTIMESTAMP returns a TIMESTAMP value.

In the optional argument, *precision* specifies the fractional second precision of the time value returned.

**See Also:** LOCALTIMESTAMP on page 7-102

Cloudera Exhibit 1020 - Page 299 of 1808

Databricks_R2_PA_00002435

## Examples

The following example illustrates that CURRENT_TIMESTAMP is sensitive to the session time zone:

```
ALTER SESSION SET TIME_ZONE = '-5:0';
ALTER SESSION SET NLS_DATE_FORMAT = 'DD-MON-YYYY HH24:MI:SS';
SELECT SESSIONTIMEZONE, CURRENT_TIMESTAMP FROM DUAL;

SESSIONTIMEZONE CURRENT_TIMESTAMP
--------------- ---------------------------------------------------
-05:00          04-APR-00 01.17.56.917550 PM -05:00

ALTER SESSION SET TIME_ZONE = '-8:0';
SELECT SESSIONTIMEZONE, CURRENT_TIMESTAMP FROM DUAL;

SESSIONTIMEZONE CURRENT_TIMESTAMP
--------------- ---------------------------------------------------
-08:00          04-APR-00 10.18.21.366065 AM -08:00
```

If you use the CURRENT_TIMESTAMP with a format mask, take care that the format mask matches the value returned by the function. For example, consider the following table:

```
CREATE TABLE current_test (col1 TIMESTAMP WITH TIME ZONE);
```

The following statement fails because the mask does not include the TIME ZONE portion of the type returned by the function:

```
INSERT INTO current_test VALUES
  (TO_TIMESTAMP_TZ(CURRENT_TIMESTAMP, 'DD-MON-RR HH.MI.SSXFF PM'));
```

The following statement uses the correct format mask to match the return type of CURRENT_TIMESTAMP:

```
INSERT INTO current_test VALUES (TO_TIMESTAMP_TZ
    (CURRENT_TIMESTAMP, 'DD-MON-RR HH.MI.SSXFF PM TZH:TZM'));
```

Cloudera Exhibit 1020 - Page 300 of 1808

Databricks_R2_PA_00002436

# CV

### Syntax

**cv::=**



### Purpose

The CV function is relevant only for interrow calculations. It can be used only in the *model_clause* of a SELECT statement and then only on the right-hand side of a model rule. It returns the current value of a dimension column carried from the left-hand side to the right-hand side of a rule. This function is used in the *model_clause* to provide relative indexing with respect to the dimension column. The return type is that of the datatype of the dimension column. If you omit the argument, it defaults to the dimension column associated with the relative position of the function within the cell reference.

The CV function may be used outside a cell reference. In this case, *dimension_column* is required.

> **See Also:** *model_clause* on page 19-30 and "Model Expressions" on page 5-15 for the syntax and semantics of interrow calculations

### Example

The following example assigns the sum of the sales of the product represented by the current value of the dimension column (Mouse Pad or Standard Mouse) for years 1999 and 2000 to the sales of that product for year 2001:

```
SELECT country, prod, year, s
  FROM sales_view
  MODEL
    PARTITION BY (country)
    DIMENSION BY (prod, year)
    MEASURES (sale s)
    IGNORE NAV
    UNIQUE DIMENSION
    RULES UPSERT SEQUENTIAL ORDER
    (
      s[FOR prod in ('Mouse Pad', 'Standard Mouse'), 2001] =
```

Functions    **7-59**

Cloudera Exhibit 1020 - Page 301 of 1808

DBTIMEZONE

```
        s[CV( ), 1999] + s[CV( ), 2000]
    )
  ORDER BY country, prod, year;
```

| COUNTRY | PROD | YEAR | S |
|---------|------|------|---|
| France | Mouse Pad | 1998 | 2509.42 |
| France | Mouse Pad | 1999 | 3678.69 |
| France | Mouse Pad | 2000 | 3000.72 |
| France | Mouse Pad | 2001 | 6679.41 |
| France | Standard Mouse | 1998 | 2390.83 |
| France | Standard Mouse | 1999 | 2280.45 |
| France | Standard Mouse | 2000 | 1274.31 |
| France | Standard Mouse | 2001 | 3554.76 |
| Germany | Mouse Pad | 1998 | 5827.87 |
| Germany | Mouse Pad | 1999 | 8346.44 |
| Germany | Mouse Pad | 2000 | 7375.46 |
| Germany | Mouse Pad | 2001 | 15721.9 |
| Germany | Standard Mouse | 1998 | 7116.11 |
| Germany | Standard Mouse | 1999 | 6263.14 |
| Germany | Standard Mouse | 2000 | 2637.31 |
| Germany | Standard Mouse | 2001 | 8900.45 |

16 rows selected.

The preceding example requires the view `sales_view`. Refer to "Interrow Calculations: Examples" on page 19-45 to create this view.

# DBTIMEZONE

## Syntax

### dbtimezone::=



## Purpose

DBTIMEZONE returns the value of the database time zone. The return type is a time zone offset (a character type in the format `'[+|-]TZH:TZM'`) or a time zone region name, depending on how the user specified the database time zone value in the most recent CREATE DATABASE or ALTER DATABASE statement.

Cloudera Exhibit 1020 - Page 302 of 1808

Databricks_R2_PA_00002438

### Examples

The following example assumes that the database time zone is set to UTC time zone:

```
SELECT DBTIMEZONE FROM DUAL;

DBTIME
------
+00:00
```

# DECODE

### Syntax

**decode::=**



### Purpose

DECODE compares *expr* to each *search* value one by one. If *expr* is equal to a *search*, then Oracle Database returns the corresponding *result*. If no match is found, then Oracle returns *default*. If *default* is omitted, then Oracle returns null.

The arguments can be any of the numeric types (NUMBER, BINARY_FLOAT, or BINARY_DOUBLE) or character types.

- If *expr* and *search* are character data, then Oracle compares them using nonpadded comparison semantics. *expr*, *search*, and *result* can be any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The string returned is of VARCHAR2 datatype and is in the same character set as the first *result* parameter.

- If the first *search-result* pair are numeric, then Oracle compares all *search-result*-result expressions and the first *expr* to determine the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

The *search*, *result*, and *default* values can be derived from expressions. Oracle evaluates each *search* value only before comparing it to *expr*, rather than

Cloudera Exhibit 1020 - Page 303 of 1808

Databricks_R2_PA_00002439

evaluating all *search* values before comparing any of them with *expr*. Consequently, Oracle never evaluates a *search* if a previous *search* is equal to *expr*.

Oracle automatically converts *expr* and each *search* value to the datatype of the first *search* value before comparing. Oracle automatically converts the return value to the same datatype as the first *result*. If the first *result* has the datatype CHAR or if the first *result* is null, then Oracle converts the return value to the datatype VARCHAR2.

In a DECODE function, Oracle considers two nulls to be equivalent. If *expr* is null, then Oracle returns the *result* of the first *search* that is also null.

The maximum number of components in the DECODE function, including *expr*, *searches*, *results*, and *default*, is 255.

> **See Also:**   "Datatype Comparison Rules" on page 2-50 for information on comparison semantics, "Data Conversion" on page 2-54 for information on datatype conversion in general, "Floating-Point Numbers" on page 2-14 for information on floating-point comparison semantics, and "Implicit and Explicit Data Conversion" on page 2-55 for information on the drawbacks of implicit conversion

### Examples

This example decodes the value warehouse_id. If warehouse_id is 1, then the function returns 'Southlake'; if warehouse_id is 2, then it returns 'San Francisco'; and so forth. If warehouse_id is not 1, 2, 3, or 4, then the function returns 'Non domestic'.

```
SELECT product_id,
       DECODE (warehouse_id, 1, 'Southlake',
                             2, 'San Francisco',
                             3, 'New Jersey',
                             4, 'Seattle',
                                'Non domestic')
       "Location of inventory" FROM inventories
       WHERE product_id < 1775;
```

Cloudera Exhibit 1020 - Page 304 of 1808

Databricks_R2_PA_00002440

# DECOMPOSE

### Syntax

**decompose::=**



### Purpose

DECOMPOSE is valid only for Unicode characters. DECOMPOSE takes as its argument a string in any datatype and returns a Unicode string after decomposition in the same character set as the input. For example, an o-umlaut code point will be returned as the "o" code point followed by an umlaut code point.

- *string* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB.

- CANONICAL causes canonical decomposition, which allows recomposition (for example, with the COMPOSE function) to the original string. This is the default.

- COMPATIBILITY causes decomposition in compatibility mode. In this mode, recomposition is not possible. This mode is useful, for example, when decomposing half-width and full-width *katakana* characters, where recomposition might not be desirable without external formatting or style information.

> **See Also:** *Oracle Database Globalization Support Guide* for information on Unicode character sets and character semantics

### Examples

The following example decomposes the string "Châteaux" into its component code points:

```
SELECT DECOMPOSE ('Châteaux') FROM DUAL;

DECOMPOSE
---------
Cha^teaux
```

Cloudera Exhibit 1020 - Page 305 of 1808

Databricks_R2_PA_00002441

# DENSE_RANK

## Aggregate Syntax

**dense_rank_aggregate::=**



## Analytic Syntax

**dense_rank_analytic::=**



**See Also:**    "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

DENSE_RANK computes the rank of a row in an ordered group of rows and returns the rank as a NUMBER. The ranks are consecutive integers beginning with 1. The largest rank value is the number of unique values returned by the query. Rank values are not skipped in the event of ties. Rows with equal values for the ranking criteria receive the same rank. This function is useful for top-N and bottom-N reporting.

This function accepts as arguments any numeric datatype and returns NUMBER.

- As an aggregate function, DENSE_RANK calculates the dense rank of a hypothetical row identified by the arguments of the function with respect to a given sort specification. The arguments of the function must all evaluate to constant expressions within each aggregate group, because they identify a

Cloudera Exhibit 1020 - Page 306 of 1808

Databricks_R2_PA_00002442

single row within each group. The constant argument expressions and the expressions in the `order_by_clause` of the aggregate match by position. Therefore, the number of arguments must be the same and types must be compatible.

- As an analytic function, `DENSE_RANK` computes the rank of each row returned from a query with respect to the other rows, based on the values of the `value_exprs` in the `order_by_clause`.

### Aggregate Example

The following example computes the ranking of a hypothetical employee with the salary $15,500 and a commission of 5% in the sample table `oe.employees`:

```
SELECT DENSE_RANK(15500, .05) WITHIN GROUP
   (ORDER BY salary DESC, commission_pct) "Dense Rank"
   FROM employees;


        Dense Rank
-------------------
                 3
```

### Analytic Example

The following statement selects the department name, employee name, and salary of all employees who work in the human resources or purchasing department, and then computes a rank for each unique salary in each of the two departments. The salaries that are equal receive the same rank. Compare this example with the example for RANK on page 7-151.

```
SELECT d.department_name, e.last_name, e.salary, DENSE_RANK()
   OVER (PARTITION BY e.department_id ORDER BY e.salary) as drank
   FROM employees e, departments d
   WHERE e.department_id = d.department_id
   AND d.department_id IN ('30', '40');
```

| DEPARTMENT_NAME | LAST_NAME | SALARY | DRANK |
|-----------------|-----------|--------|-------|
| Purchasing | Colmenares | 2500 | 1 |
| Purchasing | Himuro | 2600 | 2 |
| Purchasing | Tobias | 2800 | 3 |
| Purchasing | Baida | 2900 | 4 |
| Purchasing | Khoo | 3100 | 5 |
| Purchasing | Raphaely | 11000 | 6 |
| Human Resources | Marvis | 6500 | |

Cloudera Exhibit 1020 - Page 307 of 1808

Databricks_R2_PA_00002443

# DEPTH

## Syntax

**depth::=**



## Purpose

DEPTH is an ancillary function used only with the UNDER_PATH and EQUALS_PATH conditions. It returns the number of levels in the path specified by the UNDER_PATH condition with the same correlation variable.

The *correlation_integer* can be any NUMBER integer. Use it to correlate this ancillary function with its primary condition if the statement contains multiple primary conditions. Values less than 1 are treated as 1.

> **See Also:** EQUALS_PATH on page 6-13, UNDER_PATH on page 6-30, and the related function PATH on page 7-135

## Examples

The EQUALS_PATH and UNDER_PATH conditions can take two ancillary functions, DEPTH and PATH. The following example shows the use of both ancillary functions. The example assumes the existence of the XMLSchema warehouses.xsd (created in "Using XML in SQL Statements" on page E-11).

```
SELECT PATH(1), DEPTH(2)
   FROM RESOURCE_VIEW
   WHERE UNDER_PATH(res, '/sys/schemas/OE', 1)=1
     AND UNDER_PATH(res, '/sys/schemas/OE', 2)=1;


PATH(1)                          DEPTH(2)
-------------------------------- --------
/www.oracle.com                         1

/www.oracle.com/xwarehouses.xsd         2
```

Cloudera Exhibit 1020 - Page 308 of 1808

Databricks_R2_PA_00002444

# DEREF

### Syntax

**deref::=**



### Purpose
DEREF returns the object reference of argument *expr*, where *expr* must return a REF to an object. If you do not use this function in a query, then Oracle Database returns the object ID of the REF instead, as shown in the example that follows.

> **See Also:**  MAKE_REF on page 7-107

### Examples
The sample schema oe contains an object type cust_address_typ. The "REF Constraint Examples" on page 8-32 create a similar type, cust_address_typ_new, and a table with one column that is a REF to the type. The following example shows how to insert into such a column and how to use DEREF to extract information from the column:

```
INSERT INTO address_table VALUES
   ('1 First', 'G45 EU8', 'Paris', 'CA', 'US');

INSERT INTO customer_addresses
  SELECT 999, REF(a) FROM address_table a;

SELECT address FROM customer_addresses;

ADDRESS
--------------------------------------------------------------------------------
000022020876B2245DBE325C5FE03400400B40DCB176B2245DBE305C5FE03400400B40DCB1

SELECT DEREF(address) FROM customer_addresses;

DEREF(ADDRESS)(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
--------------------------------------------------------------------------------
CUST_ADDRESS_TYP('1 First', 'G45 EU8', 'Paris', 'CA', 'US')
```

Cloudera Exhibit 1020 - Page 309 of 1808

Databricks_R2_PA_00002445

DUMP

___

# DUMP

## Syntax

**dump::=**



## Purpose

DUMP returns a VARCHAR2 value containing the datatype code, length in bytes, and internal representation of *expr*. The returned result is always in the database character set. For the datatype corresponding to each code, see Table 2–1, " Built-In Datatype Summary" on page 2-7.

The argument *return_fmt* specifies the format of the return value and can have any of the following values:

- 8 returns result in octal notation.

- 10 returns result in decimal notation.

- 16 returns result in hexadecimal notation.

- 17 returns result as single characters.

By default, the return value contains no character set information. To retrieve the character set name of *expr*, add 1000 to any of the preceding format values. For example, a *return_fmt* of 1008 returns the result in octal and provides the character set name of *expr*.

The arguments *start_position* and *length* combine to determine which portion of the internal representation to return. The default is to return the entire internal representation in decimal notation.

If *expr* is null, then this function returns null.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:**   "Datatype Comparison Rules" on page 2-50 for more information.

Cloudera Exhibit 1020 - Page 310 of 1808

Databricks_R2_PA_00002446

## Examples

The following examples show how to extract dump information from a string expression and a column:

```
SELECT DUMP('abc', 1016)
   FROM DUAL;

DUMP('ABC',1016)
-------------------------------------------
Typ=96 Len=3 CharacterSet=WE8DEC: 61,62,63

SELECT DUMP(last_name, 8, 3, 2) "OCTAL"
   FROM employees
   WHERE last_name = 'Hunold';

OCTAL
-------------------------------------------------------------------
Typ=1 Len=6: 156,157

SELECT DUMP(last_name, 10, 3, 2) "ASCII"
   FROM employees
   WHERE last_name = 'Hunold';

ASCII
-------------------------------------------------------------------
Typ=1 Len=6: 110,111
```

# EMPTY_BLOB, EMPTY_CLOB

## Syntax

**empty_LOB::=**



## Purpose

EMPTY_BLOB and EMPTY_CLOB return an empty LOB locator that can be used to initialize a LOB variable or, in an INSERT or UPDATE statement, to initialize a LOB column or attribute to EMPTY. EMPTY means that the LOB is initialized, but not

Cloudera Exhibit 1020 - Page 311 of 1808

Databricks_R2_PA_00002447

populated with data. You must initialize a LOB attribute that is part of an object type before you can access and populate it.

**Restriction on LOB Locators**   You cannot use the locator returned from this function as a parameter to the `DBMS_LOB` package or the OCI.

### Examples

The following example initializes the `ad_photo` column of the sample `pm.print_media` table to `EMPTY`:

```
UPDATE print_media SET ad_photo = EMPTY_BLOB();
```

# EXISTSNODE

### Syntax

**existsnode::=**



### Purpose

`EXISTSNODE` determines whether traversal of an XML document using a specified path results in any nodes. It takes as arguments the `XMLType` instance containing an XML document and a `VARCHAR2` XPath string designating a path. The optional *namespace_string* must resolve to a `VARCHAR2` value that specifies a default mapping or namespace mapping for prefixes, which Oracle Database uses when evaluating the XPath expression(s).

The return value is `NUMBER`:

- 0 if no nodes remain after applying the XPath traversal on the document
- 1 if any nodes remain

### Examples

The following example tests for the existence of the `/Warehouse/Dock` node in the XML path of the `warehouse_spec` column of the sample table `oe.warehouses`:

```
SELECT warehouse_id, warehouse_name
   FROM warehouses
```

Cloudera Exhibit 1020 - Page 312 of 1808

```
       WHERE EXISTSNODE(warehouse_spec, '/Warehouse/Docks') = 1;

WAREHOUSE_ID WAREHOUSE_NAME
------------ ----------------------------------
           1 Southlake, Texas
           2 San Francisco
           4 Seattle, Washington
```

# EXP

## Syntax

**exp::=**



## Purpose

EXP returns e raised to the $n$th power, where $e = 2.71828183$ ... The function returns a value of the same type as the argument.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns e to the 4th power:

```
SELECT EXP(4) "e to the 4th power" FROM DUAL;

e to the 4th power
------------------
         54.59815
```

Cloudera Exhibit 1020 - Page 313 of 1808

Databricks_R2_PA_00002449

# EXTRACT (datetime)

### Syntax

**extract_datetime::=**



### Purpose

`EXTRACT` extracts and returns the value of a specified datetime field from a datetime or interval value expression. When you extract a `TIMEZONE_REGION` or `TIMEZONE_ABBR` (abbreviation), the value returned is a string containing the appropriate time zone name or abbreviation. When you extract any of the other values, the value returned is in the Gregorian calendar. When extracting from a datetime with a time zone value, the value returned is in UTC. For a listing of time zone names and their corresponding abbreviations, query the `V$TIMEZONE_NAMES` dynamic performance view.

Cloudera Exhibit 1020 - Page 314 of 1808

Databricks_R2_PA_00002450

---

> **Note:**   Timezone region names are needed by the daylight savings feature. The region names are stored in two time zone files. The default time zone file is a small file containing only the most common time zones to maximize performance. If your time zone is not in the default file, then you will not have daylight savings support until you provide a path to the complete (larger) file by way of the `ORA_TZFILE` environment variable.

---

Some combinations of datetime field and datetime or interval value expression result in ambiguity. In these cases, Oracle Database returns `UNKNOWN` (see the examples that follow for additional information).

The field you are extracting must be a field of the *datetime_value_expr* or *interval_value_expr*. For example, you can extract only `YEAR`, `MONTH`, and `DAY`  from a `DATE` value. Likewise, you can extract `TIMEZONE_HOUR` and `TIMEZONE_MINUTE` only from the `TIMESTAMP WITH TIME ZONE` datatype.

**See Also:**

- *Oracle Database Administrator's Guide* for more information about setting the `ORA_TZFILE` environment variable

- *Oracle Database Globalization Support Guide*. for a complete listing of the timezone region names in both files

- "Datetime/Interval Arithmetic" on page 2-27 for a description of *datetime_value_expr* and *interval_value_expr*

- *Oracle Database Reference* for information on the dynamic performance views

## Examples

The following example returns the year 1998.

```
SELECT EXTRACT(YEAR FROM DATE '1998-03-07') FROM DUAL;

EXTRACT(YEARFROMDATE'1998-03-07')
---------------------------------
                             1998
```

The following example selects from the sample table `hr.employees` all employees who were hired after 1998:

Cloudera Exhibit 1020 - Page 315 of 1808

```
SELECT last_name, employee_id, hire_date
   FROM employees
   WHERE EXTRACT(YEAR FROM
   TO_DATE(hire_date, 'DD-MON-RR')) > 1998
   ORDER BY hire_date;

LAST_NAME                 EMPLOYEE_ID HIRE_DATE
------------------------- ----------- ---------
Landry                            127 14-JAN-99
Lorentz                           107 07-FEB-99
Cabrio                            187 07-FEB-99
. . .
```

The following example results in ambiguity, so Oracle returns UNKNOWN:

```
SELECT EXTRACT(TIMEZONE_REGION
       FROM TIMESTAMP '1999-01-01 10:00:00 -08:00')
   FROM DUAL;

EXTRACT(TIMEZONE_REGIONFROMTIMESTAMP'1999-01-0110:00:00-08:00')
----------------------------------------------------------------
UNKNOWN
```

The ambiguity arises because the time zone numerical offset is provided in the expression, and that numerical offset may map to more than one time zone region.

# EXTRACT (XML)

## Syntax

**extract_xml::=**



## Purpose

EXTRACT (XML) is similar to the EXISTSNODE function. It applies a VARCHAR2 XPath string and returns an XMLType instance containing an XML fragment. The optional *namespace_string* must resolve to a VARCHAR2 value that specifies a default mapping or namespace mapping for prefixes, which Oracle Database uses when evaluating the XPath expression(s).

Cloudera Exhibit 1020 - Page 316 of 1808

### Examples

The following example extracts the value of the `/Warehouse/Dock` node of the XML path of the `warehouse_spec` column in the sample table `oe.warehouses`:

```
SELECT warehouse_name, EXTRACT(warehouse_spec, '/Warehouse/Docks')
   "Number of Docks"
   FROM warehouses
   WHERE warehouse_spec IS NOT NULL;


WAREHOUSE_NAME      Number of Docks
------------------- -------------------
Southlake, Texas        <Docks>2</Docks>
San Francisco           <Docks>1</Docks>
New Jersey              <Docks/>
Seattle, Washington     <Docks>3</Docks>
```

Compare this example with the example for EXTRACTVALUE on page 7-75, which returns the scalar value of the XML fragment.

# EXTRACTVALUE

### Syntax

**extractvalue::=**



The `EXTRACTVALUE` function takes as arguments an `XMLType` instance and an XPath expression and returns a scalar value of the resultant node. The result must be a single node and be either a text node, attribute, or element. If the result is an element, then the element must have a single text node as its child, and it is this value that the function returns. If the specified XPath points to a node with more than one child, or if the node pointed to has a non-text node child, then Oracle returns an error. The optional *namespace_string* must resolve to a `VARCHAR2` value that specifies a default mapping or namespace mapping for prefixes, which Oracle uses when evaluating the XPath expression(s).

For documents based on XML schemas, if Oracle can infer the type of the return value, then a scalar value of the appropriate type is returned. Otherwise, the result

Cloudera Exhibit 1020 - Page 317 of 1808

Databricks_R2_PA_00002453

FIRST

___

is of type VARCHAR2. For documents that are not based on XML schemas, the return type is always VARCHAR2.

### Examples

The following example takes as input the same arguments as the example for EXTRACT (XML) on page 7-74. Instead of returning an XML fragment, as does the EXTRACT function, it returns the scalar value of the XML fragment:

```
SELECT warehouse_name,
   EXTRACTVALUE(e.warehouse_spec, '/Warehouse/Docks')
   "Docks"
   FROM warehouses e
   WHERE warehouse_spec IS NOT NULL;

WAREHOUSE_NAME       Docks
-------------------- ------------
Southlake, Texas     2
San Francisco        1
New Jersey
Seattle, Washington  3
```

# FIRST

## Syntax

**first::=**



Cloudera Exhibit 1020 - Page 318 of 1808

Databricks_R2_PA_00002454

> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions of the ORDER BY clause and OVER clause

## Purpose

FIRST and LAST are very similar functions. Both are aggregate and analytic functions that operate on a set of values from a set of rows that rank as the FIRST or LAST with respect to a given sorting specification. If only one row ranks as FIRST or LAST, the aggregate operates on the set with only one element.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

When you need a value from the first or last row of a sorted group, but the needed value is not the sort key, the FIRST and LAST functions eliminate the need for self joins or views and enable better performance.

- The *aggregate_function* is any one of the MIN, MAX, SUM, AVG, COUNT, VARIANCE, or STDDEV functions. It operates on values from the rows that rank either FIRST or LAST. If only one row ranks as FIRST or LAST, the aggregate operates on a singleton (nonaggregate) set.

- DENSE_RANK FIRST or DENSE_RANK LAST indicates that Oracle Database will aggregate over only those rows with the minimum (FIRST) or the maximum (LAST) dense rank (also called olympic rank).

You can use the FIRST and LAST functions as analytic functions by specifying the OVER clause. The *query_partitioning_clause* is the only part of the OVER clause valid with these functions.

> **See Also:** Table 2–11, "Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and LAST on page 7-93

## Aggregate Example

The following example returns, within each department of the sample table hr.employees, the minimum salary among the employees who make the lowest commission and the maximum salary among the employees who make the highest commission:

```
SELECT department_id,
MIN(salary) KEEP (DENSE_RANK FIRST ORDER BY commission_pct) "Worst",
```

Cloudera Exhibit 1020 - Page 319 of 1808

Databricks_R2_PA_00002455

```
MAX(salary) KEEP (DENSE_RANK LAST ORDER BY commission_pct) "Best"
   FROM employees
   GROUP BY department_id;
```

| DEPARTMENT_ID | Worst | Best |
|---|---|---|
| 10 | 4400 | 4400 |
| 20 | 6000 | 13000 |
| 30 | 2500 | 11000 |
| 40 | 6500 | 6500 |
| 50 | 2100 | 8200 |
| 60 | 4200 | 9000 |
| 70 | 10000 | 10000 |
| 80 | 6100 | 14000 |
| 90 | 17000 | 24000 |
| 100 | 6900 | 12000 |
| 110 | 8300 | 12000 |
| | 7000 | 7000 |

## Analytic Example

The next example makes the same calculation as the previous example but returns the result for each employee within the department:

```
SELECT last_name, department_id, salary,
   MIN(salary) KEEP (DENSE_RANK FIRST ORDER BY commission_pct)
      OVER (PARTITION BY department_id) "Worst",
   MAX(salary) KEEP (DENSE_RANK LAST ORDER BY commission_pct)
      OVER (PARTITION BY department_id) "Best"
    FROM employees
    ORDER BY department_id, salary;
```

| LAST_NAME | DEPARTMENT_ID | SALARY | Worst | Best |
|---|---|---|---|---|
| Whalen | 10 | 4400 | 4400 | 4400 |
| Fay | 20 | 6000 | 6000 | 13000 |
| Hartstein | 20 | 13000 | 6000 | 13000 |
| . . . | | | | |
| Gietz | 110 | 8300 | 8300 | 12000 |
| Higgins | 110 | 12000 | 8300 | 12000 |
| Grant | | 7000 | 7000 | 7000 |

Cloudera Exhibit 1020 - Page 320 of 1808

Databricks_R2_PA_00002456

# FIRST_VALUE

### Syntax

**first_value::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions, including valid forms of *expr*

### Purpose

`FIRST_VALUE` is an analytic function. It returns the first value in an ordered set of values. If the first value in the set is null, then the function returns `NULL` unless you specify `IGNORE NULLS`. This setting is useful for data densification. If you specify `IGNORE NULLS`, then `FIRST_VALUE` returns the fist non-null value in the set, or `NULL` if all values are null. Please refer to "Using Partitioned Outer Joins: Examples" on page 19-52 for an example of data densification.

You cannot use `FIRST_VALUE` or any other analytic function for *expr*. That is, you cannot nest analytic functions, but you can use other built-in function expressions for *expr*. Please refer to "About SQL Expressions" on page 5-2 for information on valid forms of *expr*.

### Examples

The following example selects, for each employee in Department 90, the name of the employee with the lowest salary.

```
SELECT department_id, last_name, salary, FIRST_VALUE(last_name)
  OVER (ORDER BY salary ASC ROWS UNBOUNDED PRECEDING) AS lowest_sal
  FROM (SELECT * FROM employees WHERE department_id = 90
    ORDER BY employee_id);

DEPARTMENT_ID LAST_NAME         SALARY LOWEST_SAL
------------- ------------- ---------- -------------------------
           90 Kochhar            17000 Kochhar
           90 De Haan            17000 Kochhar
           90 King               24000 Kochhar
```

Cloudera Exhibit 1020 - Page 321 of 1808

Databricks_R2_PA_00002457

FLOOR
_____

The example illustrates the nondeterministic nature of the FIRST_VALUE function. Kochhar and DeHaan have the same salary, so are in adjacent rows. Kochhar appears first because the rows returned by the subquery are ordered by employee_id. However, if the rows returned by the subquery are ordered by employee_id in descending order, as in the next example, then the function returns a different value:

```
SELECT department_id, last_name, salary, FIRST_VALUE(last_name)
  OVER (ORDER BY salary ASC ROWS UNBOUNDED PRECEDING) as fv
    FROM (SELECT * FROM employees WHERE department_id = 90
      ORDER by employee_id DESC);

DEPARTMENT_ID LAST_NAME        SALARY FV
------------- ------------- ---------- -------------------------
           90 De Haan            17000 De Haan
           90 Kochhar            17000 De Haan
           90 King               24000 De Haan
```

The following example shows how to make the FIRST_VALUE function deterministic by ordering on a unique key.

```
SELECT department_id, last_name, salary, hire_date,
  FIRST_VALUE(last_name) OVER
  (ORDER BY salary ASC, hire_date ROWS UNBOUNDED PRECEDING) AS fv
  FROM (SELECT * FROM employees
  WHERE department_id = 90 ORDER BY employee_id DESC);

DEPARTMENT_ID LAST_NAME        SALARY HIRE_DATE FV
------------- ------------- ---------- --------- --------------
           90 Kochhar            17000 21-SEP-89 Kochhar
           90 De Haan            17000 13-JAN-93 Kochhar
           90 King               24000 17-JUN-87 Kochhar
```

# FLOOR

### Syntax

**floor::=**



Cloudera Exhibit 1020 - Page 322 of 1808

Databricks_R2_PA_00002458

## Purpose

FLOOR returns largest integer equal to or less than *n*.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns the largest integer equal to or less than 15.7:

```
SELECT FLOOR(15.7) "Floor" FROM DUAL;

     Floor
----------
        15
```

# FROM_TZ

## Syntax

**from_tz::=**



## Purpose

FROM_TZ converts a timestamp value and a time zone to a TIMESTAMP WITH TIME ZONE value. *time_zone_value* is a character string in the format 'TZH:TZM' or a character expression that returns a string in TZR with optional TZD format.

## Examples

The following example returns a timestamp value to TIMESTAMP WITH TIME ZONE:

```
SELECT FROM_TZ(TIMESTAMP '2000-03-28 08:00:00', '3:00')
    FROM DUAL;

FROM_TZ(TIMESTAMP'2000-03-2808:00:00','3:00')
----------------------------------------------------------------
28-MAR-00 08.00.00 AM +03:00
```

Cloudera Exhibit 1020 - Page 323 of 1808

Databricks_R2_PA_00002459

# GREATEST

**Syntax**

**greatest::=**



**Purpose**

GREATEST returns the greatest of the list of one or more expressions. Oracle Database uses the first *expr* to determine the return type. If the first *expr* is numeric, then Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype before the comparison, and returns that datatype. If the first *expr* is not numeric, then each *expr* after the first is implicitly converted to the datatype of the first *expr* before the comparison.

Oracle Database compares each *expr* using nonpadded comparison semantics. Character comparison is based on the value of the character in the database character set. One character is greater than another if it has a higher character set value. If the value returned by this function is character data, then its datatype is always VARCHAR2.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion, "Floating-Point Numbers" on page 2-14 for information on binary-float comparison semantics, and "Datatype Comparison Rules" on page 2-50

**Examples**

The following statement selects the string with the greatest value:

```
SELECT GREATEST ('HARRY', 'HARRIOT', 'HAROLD')
   "Greatest" FROM DUAL;

Greatest
--------
HARRY
```

Cloudera Exhibit 1020 - Page 324 of 1808

Databricks_R2_PA_00002460

# GROUP_ID

### Syntax

**group_id::=**



### Purpose

GROUP_ID distinguishes duplicate groups resulting from a GROUP BY specification. It is useful in filtering out duplicate groupings from the query result. It returns an Oracle NUMBER to uniquely identify duplicate groups. This function is applicable only in a SELECT statement that contains a GROUP BY clause.

If $n$ duplicates exist for a particular grouping, then GROUP_ID returns numbers in the range 0 to $n$-1.

### Examples

The following example assigns the value 1 to the duplicate co.country_region grouping from a query on the sample tables sh.countries and sh.sales:

```
SELECT co.country_region, co.country_subregion,
    SUM(s.amount_sold) "Revenue",
    GROUP_ID() g
FROM sales s, customers c, countries co
WHERE s.cust_id = c.cust_id AND
    c.country_id = co.country_id AND
    s.time_id = '1-JAN-00' AND
    co.country_region IN ('Americas', 'Europe')
GROUP BY co.country_region,
    ROLLUP (co.country_region, co.country_subregion);
```

```
COUNTRY_REGION       COUNTRY_SUBREGION      Revenue           G
-------------------  --------------------  ----------  ----------
Americas             Northern America        220844           0
Americas             Southern America         10872           0
Europe               Eastern Europe           12751           0
Europe               Western Europe          558686           0
Americas                                      231716           0
Europe                                        571437           0
Americas                                      231716           1
Europe                                        571437           1
```

Cloudera Exhibit 1020 - Page 325 of 1808

Databricks_R2_PA_00002461

To ensure that only rows with GROUP_ID < 1 are returned, add the following HAVING clause to the end of the statement :

```
HAVING GROUP_ID() < 1
```

# GROUPING

### Syntax

**grouping::=**



### Purpose

GROUPING distinguishes superaggregate rows from regular grouped rows. GROUP BY extensions such as ROLLUP and CUBE produce superaggregate rows where the set of all values is represented by null. Using the GROUPING function, you can distinguish a null representing the set of all values in a superaggregate row from a null in a regular row.

The *expr* in the GROUPING function must match one of the expressions in the GROUP BY clause. The function returns a value of 1 if the value of *expr* in the row is a null representing the set of all values. Otherwise, it returns zero. The datatype of the value returned by the GROUPING function is Oracle NUMBER. Please refer to the SELECT *group_by_clause* on page 19-28 for a discussion of these terms.

### Examples

In the following example, which uses the sample tables hr.departments and hr.employees, if the GROUPING function returns 1 (indicating a superaggregate row rather than a regular row from the table), then the string "All Jobs" appears in the "JOB" column instead of the null that would otherwise appear:

```
SELECT DECODE(GROUPING(department_name), 1, 'All Departments',
   department_name) AS department,
   DECODE(GROUPING(job_id), 1, 'All Jobs', job_id) AS job,
   COUNT(*) "Total Empl", AVG(salary) * 12 "Average Sal"
   FROM employees e, departments d
   WHERE d.department_id = e.department_id
   GROUP BY ROLLUP (department_name, job_id);
```

Cloudera Exhibit 1020 - Page 326 of 1808

Databricks_R2_PA_00002462

```
DEPARTMENT                      JOB          Total Empl Average Sal
------------------------------  ----------   ---------- -----------
Accounting                      AC_ACCOUNT            1       99600
Accounting                      AC_MGR                1      144000
Accounting                      All Jobs              2      121800
Administration                  AD_ASST               1       52800
Administration                  All Jobs              1       52800
Executive                       AD_PRES               1      288000
Executive                       AD_VP                 2      204000
Executive                       All Jobs              3      232000
Finance                         FI_ACCOUNT            5       95040
Finance                         FI_MGR                1      144000
Finance                         All Jobs              6      103200
. . .
```

# GROUPING_ID

### Syntax

**grouping_id::=**



### Purpose

GROUPING_ID returns a number corresponding to the GROUPING bit vector associated with a row. GROUPING_ID is applicable only in a SELECT statement that contains a GROUP BY extension, such as ROLLUP or CUBE, and a GROUPING function. In queries with many GROUP BY expressions, determining the GROUP BY level of a particular row requires many GROUPING functions, which leads to cumbersome SQL. GROUPING_ID is useful in these cases.

GROUPING_ID is functionally equivalent to taking the results of multiple GROUPING functions and concatenating them into a bit vector (a string of ones and zeros). By using GROUPING_ID you can avoid the need for multiple GROUPING functions and make row filtering conditions easier to express. Row filtering is easier with GROUPING_ID because the desired rows can be identified with a single condition of GROUPING_ID = $n$. The function is especially useful when storing multiple levels of aggregation in a single table.

Cloudera Exhibit 1020 - Page 327 of 1808

Databricks_R2_PA_00002463

GROUPING_ID

## Examples

The following example shows how to extract grouping IDs from a query of the sample table `sh.sales`:

```
SELECT channel_id, promo_id, sum(amount_sold) s_sales,
    GROUPING(channel_id) gc,
    GROUPING(promo_id) gp,
    GROUPING_ID(channel_id, promo_id) gcp,
    GROUPING_ID(promo_id, channel_id) gpc
    FROM sales
    WHERE promo_id > 496
    GROUP BY CUBE(channel_id, promo_id);
```

| C | PROMO_ID | S_SALES | GC | GP | GCP | GPC |
|---|----------|---------|----|----|-----|-----|
| C | 497 | 26094.35 | 0 | 0 | 0 | 0 |
| C | 498 | 22272.4 | 0 | 0 | 0 | 0 |
| C | 499 | 19616.8 | 0 | 0 | 0 | 0 |
| C | 9999 | 87781668 | 0 | 0 | 0 | 0 |
| C | | 87849651.6 | 0 | 1 | 1 | 2 |
| I | 497 | 50325.8 | 0 | 0 | 0 | 0 |
| I | 498 | 52215.4 | 0 | 0 | 0 | 0 |
| I | 499 | 58445.85 | 0 | 0 | 0 | 0 |
| I | 9999 | 169497409 | 0 | 0 | 0 | 0 |
| I | | 169658396 | 0 | 1 | 1 | 2 |
| P | 497 | 31141.75 | 0 | 0 | 0 | 0 |
| P | 498 | 46942.8 | 0 | 0 | 0 | 0 |
| P | 499 | 24156 | 0 | 0 | 0 | 0 |
| P | 9999 | 70890248 | 0 | 0 | 0 | 0 |
| P | | 70992488.6 | 0 | 1 | 1 | 2 |
| S | 497 | 110629.75 | 0 | 0 | 0 | 0 |
| S | 498 | 82937.25 | 0 | 0 | 0 | 0 |
| S | 499 | 80999.15 | 0 | 0 | 0 | 0 |
| S | 9999 | 267205791 | 0 | 0 | 0 | 0 |
| S | | 267480357 | 0 | 1 | 1 | 2 |
| T | 497 | 8319.6 | 0 | 0 | 0 | 0 |
| T | 498 | 5347.65 | 0 | 0 | 0 | 0 |
| T | 499 | 19781 | 0 | 0 | 0 | 0 |
| T | 9999 | 28095689 | 0 | 0 | 0 | 0 |
| T | | 28129137.3 | 0 | 1 | 1 | 2 |
| | 497 | 226511.25 | 1 | 0 | 2 | 1 |
| | 498 | 209715.5 | 1 | 0 | 2 | 1 |
| | 499 | 202998.8 | 1 | 0 | 2 | 1 |
| | 9999 | 623470805 | 1 | 0 | 2 | 1 |
| | | 624110031 | 1 | 1 | 3 | 3 |

Cloudera Exhibit 1020 - Page 328 of 1808

Databricks_R2_PA_00002464

# HEXTORAW

## Syntax

**hextoraw::=**



## Purpose

HEXTORAW converts *char* containing hexadecimal digits in the CHAR, VARCHAR2, NCHAR, or NVARCHAR2 character set to a raw value.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

## Examples

The following example creates a simple table with a raw column, and inserts a hexadecimal value that has been converted to RAW:

```
CREATE TABLE test (raw_col RAW(10));

INSERT INTO test VALUES (HEXTORAW('7D'));
```

> **See Also:** "RAW and LONG RAW Datatypes" on page 2-30 and RAWTOHEX on page 7-155

# INITCAP

## Syntax

**initcap::=**



Cloudera Exhibit 1020 - Page 329 of 1808

Databricks_R2_PA_00002465

INSTR

---

### Purpose

INITCAP returns *char*, with the first letter of each word in uppercase, all other letters in lowercase. Words are delimited by white space or characters that are not alphanumeric.

*char* can be of any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The return value is the same datatype as *char*.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:**    "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following example capitalizes each word in the string:

```
SELECT INITCAP('the soap') "Capitals" FROM DUAL;

Capitals
---------
The Soap
```

# INSTR

### Syntax

**instr::=**



### Purpose

The INSTR functions search *string* for *substring*. The function returns an integer indicating the position of the character in *string* that is the first character

Cloudera Exhibit 1020 - Page 330 of 1808

Databricks_R2_PA_00002466

of this occurrence. INSTR calculates strings using characters as defined by the input character set. INSTRB uses bytes instead of characters. INSTRC uses Unicode complete characters. INSTR2 uses UCS2 code points. INSTR4 uses UCS4 code points.

- *position* is an nonzero integer indicating the character of *string* where Oracle Database begins the search. If *position* is negative, then Oracle counts *and* searches backward from the end of *string*.

- *occurrence* is an integer indicating which occurrence of *string* Oracle should search for. The value of *occurrence* must be positive.

Both *string* and *substring* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The value returned is of NUMBER datatype.

Both *position* and *occurrence* must be of datatype NUMBER, or any datatype that can be implicitly converted to NUMBER, and must resolve to an integer. The default values of both *position* and *occurrence* are 1, meaning Oracle begins searching at the first character of *string* for the first occurrence of *substring*. The return value is relative to the beginning of *string*, regardless of the value of *position*, and is expressed in characters. If the search is unsuccessful (if *substring* does not appear *occurrence* times after the *position* character of *string*), then the return value is 0.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example searches the string CORPORATE FLOOR, beginning with the third character, for the string "OR". It returns the position in CORPORATE FLOOR at which the second occurrence of "OR" begins:

```
SELECT INSTR('CORPORATE FLOOR','OR', 3, 2)
  "Instring" FROM DUAL;

 Instring
----------
        14
```

In the next example, Oracle counts backward from the last character to the third character from the end, which is the first O in FLOOR. Oracle then searches backward for the second occurrence of OR, and finds that this second occurrence begins with the second character in the search string :

Cloudera Exhibit 1020 - Page 331 of 1808

Databricks_R2_PA_00002467

ITERATION_NUMBER

```
SELECT INSTR('CORPORATE FLOOR','OR', -3, 2)
"Reversed Instring"
    FROM DUAL;

Reversed Instring
-----------------
                2
```

The next example assumes a double-byte database character set.

```
SELECT INSTRB('CORPORATE FLOOR','OR',5,2) "Instring in bytes"
   FROM DUAL;

Instring in bytes
-----------------
                27
```

# ITERATION_NUMBER

## Syntax

**iteration_number::=**



## Purpose

The ITERATION_NUMBER function is relevant only for interrow calculations. It can be used only in the *model_clause* of the SELECT statement and then only when ITERATE(*number*) is specified in the *model_rules_clause*. It returns an integer representing the completed iteration through the model rules. The ITERATION_NUMBER function returns 0 during the first iteration. For each subsequent iteration, the ITERATION_NUMBER function returns the equivalent of *iteration_number* plus one.

> **See Also:**  *model_clause* on page 19-30 and "Model Expressions" on page 5-15 for the syntax and semantics of interrow calculations

## Examples

The following example assigns the sales of the Mouse Pad for the years 1998 and 1999 to the sales of the Mouse Pad for the years 2001 and 2002 respectively:

```
SELECT country, prod, year, s
```

Cloudera Exhibit 1020 - Page 332 of 1808

Databricks_R2_PA_00002468

```
FROM sales_view
MODEL
  PARTITION BY (country)
  DIMENSION BY (prod, year)
  MEASURES (sale s)
  IGNORE NAV
  UNIQUE DIMENSION
  RULES UPSERT SEQUENTIAL ORDER ITERATE(2)
    (
      s['Mouse Pad', 2001 + ITERATION_NUMBER] =
        s['Mouse Pad', 1998 + ITERATION_NUMBER]
    )
ORDER BY country, prod, year;
```

| COUNTRY | PROD | YEAR | S |
|---------|------|------|---|
| France | Mouse Pad | 1998 | 2509.42 |
| France | Mouse Pad | 1999 | 3678.69 |
| France | Mouse Pad | 2000 | 3000.72 |
| France | Mouse Pad | 2001 | 2509.42 |
| France | Mouse Pad | 2002 | 3678.69 |
| France | Standard Mouse | 1998 | 2390.83 |
| France | Standard Mouse | 1999 | 2280.45 |
| France | Standard Mouse | 2000 | 1274.31 |
| France | Standard Mouse | 2001 | 2164.54 |
| Germany | Mouse Pad | 1998 | 5827.87 |
| Germany | Mouse Pad | 1999 | 8346.44 |
| Germany | Mouse Pad | 2000 | 7375.46 |
| Germany | Mouse Pad | 2001 | 5827.87 |
| Germany | Mouse Pad | 2002 | 8346.44 |
| Germany | Standard Mouse | 1998 | 7116.11 |
| Germany | Standard Mouse | 1999 | 6263.14 |
| Germany | Standard Mouse | 2000 | 2637.31 |
| Germany | Standard Mouse | 2001 | 6456.13 |

18 rows selected.

The preceding example requires the view sales_view. Please refer to "Interrow Calculations: Examples" on page 19-45 to create this view.

Cloudera Exhibit 1020 - Page 333 of 1808

Databricks_R2_PA_00002469

# LAG

### Syntax

**lag::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions, including valid forms of `value_expr`

### Purpose

`LAG` is an analytic function. It provides access to more than one row of a table at the same time without a self join. Given a series of rows returned from a query and a position of the cursor, `LAG` provides access to a row at a given physical offset prior to that position.

If you do not specify `offset`, then its default is 1. The optional `default` value is returned if the offset goes beyond the scope of the window. If you do not specify `default`, then its default is null.

You cannot use `LAG` or any other analytic function for `value_expr`. That is, you cannot nest analytic functions, but you can use other built-in function expressions for `value_expr`.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of `expr` and LEAD on page 7-97

### Examples

The following example provides, for each salesperson in the `employees` table, the salary of the employee hired just before:

```
SELECT last_name, hire_date, salary,
   LAG(salary, 1, 0) OVER (ORDER BY hire_date) AS prev_sal
   FROM employees
   WHERE job_id = 'PU_CLERK';
```

Cloudera Exhibit 1020 - Page 334 of 1808

```
LAST_NAME                 HIRE_DATE   SALARY    PREV_SAL
------------------------  ---------  ----------  ---------
Khoo                      18-MAY-95       3100          0
Tobias                    24-JUL-97       2800       3100
Baida                     24-DEC-97       2900       2800
Himuro                    15-NOV-98       2600       2900
Colmenares                10-AUG-99       2500       2600
```

# LAST

### Syntax

**last::=**





**See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions of the *query_partitioning_ clause*

### Purpose

FIRST and LAST are very similar functions. Both are aggregate and analytic functions that operate on a set of values from a set of rows that rank as the FIRST or LAST with respect to a given sorting specification. If only one row ranks as FIRST or LAST, the aggregate operates on the set with only one element.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

Functions   **7-93**

Cloudera Exhibit 1020 - Page 335 of 1808

Databricks_R2_PA_00002471

LAST_DAY

---

**See Also:**   Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

Please refer to FIRST on page 7-76 for complete information on this function and for examples of its use.

# LAST_DAY

## Syntax

**last_day::=**



## Purpose

LAST_DAY returns the date of the last day of the month that contains *date*. The return type is always DATE, regardless of the datatype of *date*.

## Examples

The following statement determines how many days are left in the current month.

```
SELECT SYSDATE,
   LAST_DAY(SYSDATE) "Last",
   LAST_DAY(SYSDATE) - SYSDATE "Days Left"
   FROM DUAL;

SYSDATE   Last        Days Left
--------- --------- ----------
30-MAY-01 31-MAY-01         1
```

The following example adds 5 months to the hire date of each employee to give an evaluation date:

```
SELECT last_name, hire_date, TO_CHAR(
   ADD_MONTHS(LAST_DAY(hire_date), 5)) "Eval Date"
   FROM employees;

LAST_NAME                HIRE_DATE Eval Date
------------------------ --------- ---------
King                     17-JUN-87 30-NOV-87
```

Cloudera Exhibit 1020 - Page 336 of 1808

Databricks_R2_PA_00002472

```
Kochhar                    21-SEP-89 28-FEB-90
De Haan                    13-JAN-93 30-JUN-93
Hunold                     03-JAN-90 30-JUN-90
Ernst                      21-MAY-91 31-OCT-91
Austin                     25-JUN-97 30-NOV-97
Pataballa                  05-FEB-98 31-JUL-98
Lorentz                    07-FEB-99 31-JUL-99
. . .
```

# LAST_VALUE

### Syntax

**last_value::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on
> syntax, semantics, and restrictions, including valid forms of *expr*

### Purpose

LAST_VALUE is an analytic function. It returns the last value in an ordered set of
values. If the last value in the set is null, then the function returns NULL unless you
specify IGNORE NULLS. This setting is useful for data densification. If you specify
IGNORE NULLS, then LAST_VALUE returns the fist non-null value in the set, or
NULL if all values are null. Please refer to "Using Partitioned Outer Joins: Examples"
on page 19-52 for an example of data densification.

You cannot use LAST_VALUE or any other analytic function for *expr*. That is, you
cannot nest analytic functions, but you can use other built-in function expressions
for *expr*. Please refer to "About SQL Expressions" on page 5-2 for information on
valid forms of *expr*.

### Examples

The following example returns, for each row, the hire date of the employee earning
the highest salary:

```
SELECT last_name, salary, hire_date, LAST_VALUE(hire_date) OVER
  (ORDER BY salary
  ROWS BETWEEN UNBOUNDED PRECEDING AND UNBOUNDED FOLLOWING) AS lv
```

Cloudera Exhibit 1020 - Page 337 of 1808

Databricks_R2_PA_00002473

LAST_VALUE

```
FROM (SELECT * FROM employees WHERE department_id = 90
   ORDER BY hire_date);

LAST_NAME                SALARY HIRE_DATE LV
------------------------ ---------- --------- ---------
Kochhar                   17000 21-SEP-89 17-JUN-87
De Haan                   17000 13-JAN-93 17-JUN-87
King                      24000 17-JUN-87 17-JUN-87
```

This example illustrates the nondeterministic nature of the LAST_VALUE function. Kochhar and De Haan have the same salary, so they are in adjacent rows. Kochhar appears first because the rows in the subquery are ordered by hire_date. However, if the rows are ordered by hire_date in descending order, as in the next example, then the function returns a different value:

```
SELECT last_name, salary, hire_date, LAST_VALUE(hire_date) OVER
   (ORDER BY salary
   ROWS BETWEEN UNBOUNDED PRECEDING AND UNBOUNDED FOLLOWING) AS lv
FROM (SELECT * FROM employees WHERE department_id = 90
   ORDER BY hire_date DESC);

LAST_NAME                SALARY HIRE_DATE LV
------------------------ ---------- --------- ---------
De Haan                   17000 13-JAN-93 17-JUN-87
Kochhar                   17000 21-SEP-89 17-JUN-87
King                      24000 17-JUN-87 17-JUN-87
```

The following two examples show how to make the LAST_VALUE function deterministic by ordering on a unique key. By ordering within the function by both salary and hire_date, you can ensure the same result regardless of the ordering in the subquery

```
SELECT last_name, salary, hire_date, LAST_VALUE(hire_date) OVER
(ORDER BY salary, hire_date
  ROWS BETWEEN UNBOUNDED PRECEDING AND UNBOUNDED FOLLOWING) AS lv
FROM (SELECT * FROM employees WHERE department_id = 90
   ORDER BY hire_date);

LAST_NAME                SALARY HIRE_DATE LV
------------------------ ---------- --------- ---------
Kochhar                   17000 21-SEP-89 17-JUN-87
De Haan                   17000 13-JAN-93 17-JUN-87
King                      24000 17-JUN-87 17-JUN-87

SELECT last_name, salary, hire_date, LAST_VALUE(hire_date) OVER
```

Cloudera Exhibit 1020 - Page 338 of 1808

Databricks_R2_PA_00002474

```
   (ORDER BY salary, hire_date
   ROWS BETWEEN UNBOUNDED PRECEDING AND UNBOUNDED FOLLOWING) AS lv
FROM (SELECT * FROM employees WHERE department_id = 90
   ORDER BY hire_date DESC);


LAST_NAME                     SALARY HIRE_DATE LV
------------------------- ---------- --------- ---------
Kochhar                        17000 21-SEP-89 17-JUN-87
De Haan                        17000 13-JAN-93 17-JUN-87
King                           24000 17-JUN-87 17-JUN-87
```

# LEAD

## Syntax

**lead::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on
> syntax, semantics, and restrictions, including valid forms of
> *value_expr*

## Purpose

LEAD is an analytic function. It provides access to more than one row of a table at
the same time without a self join. Given a series of rows returned from a query and
a position of the cursor, LEAD provides access to a row at a given physical offset
beyond that position.

If you do not specify *offset*, then its default is 1. The optional *default* value is
returned if the offset goes beyond the scope of the table. If you do not specify
*default*, then its default value is null.

You cannot use LEAD or any other analytic function for *value_expr*. That is, you
cannot nest analytic functions, but you can use other built-in function expressions
for *value_expr*.

Cloudera Exhibit 1020 - Page 339 of 1808

Databricks_R2_PA_00002475

LEAST

---

**See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and LAG on page 7-92

### Examples

The following example provides, for each employee in the `employees` table, the hire date of the employee hired just after:

```
SELECT last_name, hire_date,
   LEAD(hire_date, 1) OVER (ORDER BY hire_date) AS "NextHired"
   FROM employees WHERE department_id = 30;
```

```
LAST_NAME                HIRE_DATE NextHired
------------------------ --------- ---------
Raphaely                 07-DEC-94 18-MAY-95
Khoo                     18-MAY-95 24-JUL-97
Tobias                   24-JUL-97 24-DEC-97
Baida                    24-DEC-97 15-NOV-98
Himuro                   15-NOV-98 10-AUG-99
Colmenares               10-AUG-99
```

# LEAST

### Syntax

**least::=**



### Purpose

LEAST returns the least of the list of *expr*s. All *expr*s after the first are implicitly converted to the datatype of the first *expr* before the comparison. Oracle Database compares the *expr*s using nonpadded comparison semantics. If the value returned by this function is character data, then its datatype is always VARCHAR2.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion, "Floating-Point Numbers" on page 2-14 for information on binary-float comparison semantics, and "Datatype Comparison Rules" on page 2-50

Cloudera Exhibit 1020 - Page 340 of 1808

Databricks_R2_PA_00002476

### Examples

The following statement selects the string with the least value:

```
SELECT LEAST('HARRY','HARRIOT','HAROLD') "LEAST"
    FROM DUAL;

LEAST
------
HAROLD
```

# LENGTH

### Syntax

**length::=**



### Purpose

The LENGTH functions return the length of *char*. LENGTH calculates length using characters as defined by the input character set. LENGTHB uses bytes instead of characters. LENGTHC uses Unicode complete characters. LENGTH2 uses UCS2 code points. LENGTH4 uses UCS4 code points.

*char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The return value is of datatype NUMBER. If *char* has datatype CHAR, then the length includes all trailing blanks. If *char* is null, then this function returns null.

### Examples

The following example uses the LENGTH function using a single-byte database character set:

```
SELECT LENGTH('CANDIDE') "Length in characters"
```

Cloudera Exhibit 1020 - Page 341 of 1808

Databricks_R2_PA_00002477

```
   FROM DUAL;

Length in characters
-------------------
                  7
```

The next example assumes a double-byte database character set.

```
SELECT LENGTHB ('CANDIDE') "Length in bytes"
   FROM DUAL;

Length in bytes
---------------
             14
```

# LN

## Syntax

**ln::=**



## Purpose

LN returns the natural logarithm of *n*, where *n* is greater than 0.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns the natural logarithm of 95:

```
SELECT LN(95) "Natural log of 95" FROM DUAL;

Natural log of 95
-----------------
        4.55387689
```

Cloudera Exhibit 1020 - Page 342 of 1808

Databricks_R2_PA_00002478

# LNNVL

## Syntax

**lnnvl::=**



## Purpose

LNNVL provides a concise way to evaluate a condition when one or both operands of the condition may be null. The function can be used only in the WHERE clause of a query. It takes as an argument a condition and returns TRUE if the condition is FALSE or UNKNOWN and FALSE if the condition is TRUE. LNNVL can be used anywhere a scalar expression can appear, even in contexts where the IS [NOT] NULL, AND, or OR conditions are not valid but would otherwise be required to account for potential nulls. Oracle Database sometimes uses the LNNVL function internally in this way to rewrite NOT IN conditions as NOT EXISTS conditions. In such cases, output from EXPLAIN PLAN shows this operation in the plan table output. The *condition* can evaluate any scalar values but cannot be a compound condition containing AND, OR, or BETWEEN.

The table that follows shows what LNNVL returns given that a = 2 and b is null.

| Condition | Truth of Condition | LNNVL Return Value |
|---|---|---|
| a = 1 | FALSE | TRUE |
| a = 2 | TRUE | FALSE |
| a IS NULL | FALSE | TRUE |
| b = 1 | UNKNOWN | TRUE |
| b IS NULL | TRUE | FALSE |
| a = b | UNKNOWN | TRUE |

## Examples

Suppose that you want to know the number of employees with commission rates of less than 20%, including employees who do not receive commissions. The following query returns only employees who actually receive a commission of less than 20%:

```
SELECT COUNT(*) FROM employees WHERE commission_pct < .2;
```

Cloudera Exhibit 1020 - Page 343 of 1808

Databricks_R2_PA_00002479

```
    COUNT(*)
----------
        11
```

To include the 72 employees who receive no commission at all, you could rewrite the query using the LNNVL function as follows:

```
SELECT COUNT(*) FROM employees WHERE LNNVL(commission_pct >= .2);
```

```
    COUNT(*)
----------
        83
```

# LOCALTIMESTAMP

## Syntax

**localtimestamp::=**



## Purpose

LOCALTIMESTAMP returns the current date and time in the session time zone in a value of datatype TIMESTAMP. The difference between this function and CURRENT_TIMESTAMP is that LOCALTIMESTAMP returns a TIMESTAMP value while CURRENT_TIMESTAMP returns a TIMESTAMP WITH TIME ZONE value.

The optional argument *timestamp_precision* specifies the fractional second precision of the time value returned.

> **See Also:** CURRENT_TIMESTAMP on page 7-57

## Examples

This example illustrates the difference between LOCALTIMESTAMP and CURRENT_TIMESTAMP:

```
ALTER SESSION SET TIME_ZONE = '-5:00';
SELECT CURRENT_TIMESTAMP, LOCALTIMESTAMP FROM DUAL;

CURRENT_TIMESTAMP                    LOCALTIMESTAMP
```

Cloudera Exhibit 1020 - Page 344 of 1808

Databricks_R2_PA_00002480

```
-------------------------------------------------------------------
04-APR-00 01.27.18.999220 PM -05:00  04-APR-00 01.27.19 PM

ALTER SESSION SET TIME_ZONE = '-8:00';
SELECT CURRENT_TIMESTAMP, LOCALTIMESTAMP FROM DUAL;

CURRENT_TIMESTAMP                    LOCALTIMESTAMP
-----------------------------------  -----------------------------
04-APR-00 10.27.45.132474 AM -08:00  04-APR-00 10.27.451 AM
```

If you use the LOCALTIMESTAMP with a format mask, take care that the format mask matches the value returned by the function. For example, consider the following table:

```
CREATE TABLE local_test (col1 TIMESTAMP WITH LOCAL TIME ZONE);
```

The following statement fails because the mask does not include the TIME ZONE portion of the return type of the function:

```
INSERT INTO local_test VALUES
   (TO_TIMESTAMP(LOCALTIMESTAMP, 'DD-MON-RR HH.MI.SSXFF'));
```

The following statement uses the correct format mask to match the return type of LOCALTIMESTAMP:

```
INSERT INTO local_test VALUES
   (TO_TIMESTAMP(LOCALTIMESTAMP, 'DD-MON-RR HH.MI.SSXFF PM'));
```

# LOG

### Syntax

**log::=**



### Purpose

LOG returns the logarithm, base $m$, of $n$. The base $m$ can be any positive value other than 0 or 1 and $n$ can be any positive value.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If any argument is

Cloudera Exhibit 1020 - Page 345 of 1808

Databricks_R2_PA_00002481

BINARY_FLOAT or BINARY_DOUBLE, then the function returns BINARY_DOUBLE. Otherwise the function returns NUMBER.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the log of 100:

```
SELECT LOG(10,100) "Log base 10 of 100" FROM DUAL;

Log base 10 of 100
------------------
                 2
```

# LOWER

### Syntax

**lower::=**



### Purpose

LOWER returns *char*, with all letters lowercase. *char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The return value is the same datatype as *char*.

### Examples

The following example returns a string in lowercase:

```
SELECT LOWER('MR. SCOTT MCMILLAN') "Lowercase"
   FROM DUAL;

Lowercase
--------------------
mr. scott mcmillan
```

Cloudera Exhibit 1020 - Page 346 of 1808

Databricks_R2_PA_00002482

# LPAD

### Syntax

**lpad::=**



### Purpose

LPAD returns *expr1*, left-padded to length *n* characters with the sequence of characters in *expr2*. This function is useful for formatting the output of a query.

Both *expr1* and *expr2* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is of VARCHAR2 datatype and is in the same character set as *expr1*. The argument *n* must be a NUMBER integer or a value that can be implicitly converted to a NUMBER integer.

If you do not specify *expr2*, then the default is a single blank. If *expr1* is longer than *n*, then this function returns the portion of *expr1* that fits in *n*.

The argument *n* is the total length of the return value as it is displayed on your terminal screen. In most character sets, this is also the number of characters in the return value. However, in some multibyte character sets, the display length of a character string can differ from the number of characters in the string.

### Examples

The following example left-pads a string with the asterisk (*) and period (.) characters:

```
SELECT LPAD('Page 1',15,'*.') "LPAD example"
   FROM DUAL;

LPAD example
---------------
*.*.*.*.*Page 1
```

Cloudera Exhibit 1020 - Page 347 of 1808

Databricks_R2_PA_00002483

# LTRIM

## Syntax

**ltrim::=**



## Purpose

LTRIM removes from the left end of *char* all of the characters contained in *set*. If you do not specify *set*, it defaults to a single blank. If *char* is a character literal, then you must enclose it in single quotes. Oracle Database begins scanning *char* from its first character and removes all characters that appear in *set* until reaching a character not in *set* and then returns the result.

Both *char* and *set* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is of VARCHAR2 datatype and is in the same character set as *char*.

> **See Also:** RTRIM on page 7-183

## Examples

The following example trims all of the left-most x's and y's from a string:

```
SELECT LTRIM('xyxXxyLAST WORD','xy') "LTRIM example"
   FROM DUAL;

LTRIM example
------------
XxyLAST WORD
```

Cloudera Exhibit 1020 - Page 348 of 1808

Databricks_R2_PA_00002484

# MAKE_REF

### Syntax

**make_ref::=**



### Purpose

MAKE_REF creates a REF to a row of an object view or a row in an object table whose object identifier is primary key based.

> **See Also:** *Oracle Database Application Developer's Guide - Object-Relational Features* for more information about object views and DEREF on page 7-67

### Examples

The sample schema oe contains an object view oc_inventories based on inventory_typ. The object identifier is product_id. The following example creates a REF to the row in the oc_inventories object view with a product_id of 3003:

```
SELECT MAKE_REF (oc_inventories, 3003) FROM DUAL;

MAKE_REF(OC_INVENTORIES,3003)
-----------------------------------------------------------------
00004A038A0046857C14617141109EE034080020825436000000014260100010001
00290090606002A00078401FE0000000B03C21F0400000000000000000000000000
0000000000
```

Cloudera Exhibit 1020 - Page 349 of 1808

Databricks_R2_PA_00002485

# MAX

## Syntax

**max::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

MAX returns maximum value of *expr*. You can use it as an aggregate or analytic function.

If you specify DISTINCT, then you can specify only the *query_partition_clause* of the *analytic_clause*. The *order_by_clause* and *windowing_clause* are not allowed.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr*, "Floating-Point Numbers" on page 2-14 for information on binary-float comparison semantics, and "Aggregate Functions" on page 7-9

## Aggregate Example

The following example determines the highest salary in the hr.employees table:

```
SELECT MAX(salary) "Maximum" FROM employees;

   Maximum
----------
     24000
```

## Analytic Example

The following example calculates, for each employee, the highest salary of the employees reporting to the same manager as the employee.

```
SELECT manager_id, last_name, salary,
  MAX(salary) OVER (PARTITION BY manager_id) AS mgr_max
```

Cloudera Exhibit 1020 - Page 350 of 1808

Databricks_R2_PA_00002486

```
     FROM employees;

MANAGER_ID LAST_NAME                          SALARY   MGR_MAX
---------- ------------------------- ---------- ----------
       100 Kochhar                            17000      17000
       100 De Haan                            17000      17000
       100 Raphaely                           11000      17000
       100 Kaufling                            7900      17000
       100 Fripp                               8200      17000
       100 Weiss                               8000      17000
. . .
```

If you enclose this query in the parent query with a predicate, then you can determine the employee who makes the highest salary in each department:

```
SELECT manager_id, last_name, salary
   FROM (SELECT manager_id, last_name, salary,
      MAX(salary) OVER (PARTITION BY manager_id) AS rmax_sal
      FROM employees) WHERE salary = rmax_sal;

MANAGER_ID LAST_NAME                          SALARY
---------- ------------------------- ----------
       100 Kochhar                            17000
       100 De Haan                            17000
       101 Greenberg                          12000
       101 Higgens                            12000
       102 Hunold                              9000
       103 Ernst                               6000
       108 Faviet                              9000
       114 Khoo                                3100
       120 Nayer                               3200
       120 Taylor                              3200
       121 Sarchand                            4200
       122 Chung                               3800
       123 Bell                                4000
       124 Rajs                                3500
       145 Tucker                             10000
       146 King                               10000
       147 Vishney                            10500
       148 Ozer                               11500
       149 Abel                               11000
       201 Goyal                               6000
       205 Gietz                               8300
           King                               24000
```

Cloudera Exhibit 1020 - Page 351 of 1808

Databricks_R2_PA_00002487

# MEDIAN

## Syntax

**median::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

MEDIAN is an inverse distribution function that assumes a continuous distribution model. It takes a numeric or datetime value and returns the middle value or an interpolated value that would be the middle value once the values are sorted. Nulls are ignored in the calculation.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If you specify only *expr*, then the function returns the same datatype as the numeric datatype of the argument. if you specify the OVER clause, then Oracle Database determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

The result of MEDIAN is computed by first ordering the rows. Using N as the number of rows in the group, Oracle calculates the row number (RN) of interest with the formula RN = $(1 + (0.5*(N-1)))$. The final result of the aggregate function is computed by linear interpolation between the values from rows at row numbers CRN = CEILING(RN) and FRN = FLOOR(RN).

The final result will be:

```
if (CRN = FRN = RN) then
    (value of expression from row at RN)
else
    (CRN - RN) * (value of expression for row at FRN) +
```

Cloudera Exhibit 1020 - Page 352 of 1808

Databricks_R2_PA_00002488

```
(RN - FRN) * (value of expression for row at CRN)
```

You can use MEDIAN as an analytic function. You can specify only the *query_partition_clause* in its OVER clause. It returns, for each row, the value that would fall in the middle among a set of values within each partition.

Compare this function with these functions:

- PERCENTILE_CONT on page 7-138, which returns, for a given percentile, the value that corresponds to that percentile by way of interpolation. MEDIAN is the specific case of PERCENTILE_CONT where the percentile value defaults to 0.5.

- PERCENTILE_DISC on page 7-141, which is useful for finding values for a given percentile without interpolation.

### Examples

The following query returns the median salary for each department in the hr.employees table:

```
SELECT department_id, MEDIAN(salary)
   FROM employees
   GROUP BY department_id;


DEPARTMENT_ID MEDIAN(SALARY)
------------- --------------
           10           4400
           20           9500
           30           2850
           40           6500
           50           3100
           60           4800
           70          10000
           80           8900
           90          17000
          100           8000
          110          10150
                        7000
```

Cloudera Exhibit 1020 - Page 353 of 1808

Databricks_R2_PA_00002489

# MIN

### Syntax

**min::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

### Purpose

MIN returns minimum value of *expr*. You can use it as an aggregate or analytic function.

If you specify DISTINCT, then you can specify only the *query_partition_clause* of the *analytic_clause*. The *order_by_clause* and *windowing_clause* are not allowed.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr*, "Floating-Point Numbers" on page 2-14 for information on binary-float comparison semantics, and "Aggregate Functions" on page 7-9

### Aggregate Example

The following statement returns the earliest hire date in the hr.employees table:

```
SELECT MIN(hire_date) "Earliest" FROM employees;

Earliest
---------
17-JUN-87
```

### Analytic Example

The following example determines, for each employee, the employees who were hired on or before the same date as the employee. It then determines the subset of employees reporting to the same manager as the employee, and returns the lowest salary in that subset.

Cloudera Exhibit 1020 - Page 354 of 1808

Databricks_R2_PA_00002490

```
SELECT manager_id, last_name, hire_date, salary,
  MIN(salary) OVER(PARTITION BY manager_id ORDER BY hire_date
  RANGE UNBOUNDED PRECEDING) as p_cmin
  FROM employees;

MANAGER_ID LAST_NAME                HIRE_DATE   SALARY    P_CMIN
---------- ------------------------ --------- ---------- ----------
       100 Kochhar                  21-SEP-89    17000     17000
       100 De Haan                  13-JAN-93    17000     17000
       100 Raphaely                 07-DEC-94    11000     11000
       100 Kaufling                 01-MAY-95     7900      7900
       100 Hartstein                17-FEB-96    13000      7900
       100 Weiss                    18-JUL-96     8000      7900
       100 Russell                  01-OCT-96    14000      7900
       100 Partners                 05-JAN-97    13500      7900
       100 Errazuriz                10-MAR-97    12000      7900
. . .
```

# MOD

### Syntax

**mod::=**



### Purpose

MOD returns the remainder of $m$ divided by $n$. Returns $m$ if $n$ is 0.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

### Examples

The following example returns the remainder of 11 divided by 4:

Cloudera Exhibit 1020 - Page 355 of 1808

Databricks_R2_PA_00002491

MONTHS_BETWEEN

```
SELECT MOD(11,4) "Modulus" FROM DUAL;

   Modulus
----------
         3
```

This function behaves differently from the classical mathematical modulus function when *m* is negative. The classical modulus can be expressed using the MOD function with this formula:

```
m - n * FLOOR(m/n)
```

The following table illustrates the difference between the MOD function and the classical modulus:

| m | n | MOD(m,n) | Classical Modulus |
|----|----|----------|-------------------|
| 11 | 4 | 3 | 3 |
| 11 | -4 | 3 | -1 |
| -11 | 4 | -3 | 1 |
| -11 | -4 | -3 | -3 |

> **See Also:**   FLOOR on page 7-80 and REMAINDER on page 7-175, which is similar to MOD, but uses ROUND in its formula instead of FLOOR

# MONTHS_BETWEEN

### Syntax

**months_between::=**



### Purpose

MONTHS_BETWEEN returns number of months between dates *date1* and *date2*. If *date1* is later than *date2*, then the result is positive. If *date1* is earlier than *date2*, then the result is negative. If *date1* and *date2* are either the same days of the month or both last days of months, then the result is always an integer.

Cloudera Exhibit 1020 - Page 356 of 1808

Databricks_R2_PA_00002492

Otherwise Oracle Database calculates the fractional portion of the result based on a 31-day month and considers the difference in time components *date1* and *date2*.

### Examples

The following example calculates the months between two dates:

```
SELECT MONTHS_BETWEEN
    (TO_DATE('02-02-1995','MM-DD-YYYY'),
     TO_DATE('01-01-1995','MM-DD-YYYY') ) "Months"
     FROM DUAL;

    Months
----------
1.03225806
```

# NANVL

### Syntax

**nanvl::=**



### Purpose

The NANVL function is useful only for floating-point numbers of type BINARY_ FLOAT or BINARY_DOUBLE. It instructs Oracle Database to return an alternative value *n* if the input value *m* is NaN (not a number). If *m* is not NaN, then Oracle returns *m*. This function is useful for mapping NaN values to NULL.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion, "Floating-Point Numbers" on page 2-14 for information on binary-float comparison semantics, and "Numeric Precedence" on page 2-17 for information on numeric precedence

Cloudera Exhibit 1020 - Page 357 of 1808

Databricks_R2_PA_00002493

## Examples

Using table `float_point_demo` created for TO_BINARY_DOUBLE on page 7-231, insert a second entry into the table:

```
Insert INTO float_point_demo
  VALUES (0,'NaN','NaN');

SELECT * FROM float_point_demo;

   DEC_NUM BIN_DOUBLE  BIN_FLOAT
---------- ---------- ----------
   1234.56 1.235E+003 1.235E+003
         0        Nan        Nan
```

The following example returns *bin_float* if it is not a number. Otherwise, 0 is returned.

```
SELECT bin_float, NANVL(bin_float,0)
  FROM float_point_demo;

 BIN_FLOAT NANVL(BIN_FLOAT,0)
---------- ------------------
1.235E+003         1.235E+003
       Nan                  0
```

# NCHR

## Syntax

**nchr::=**



## Purpose

NCHR returns the character having the binary equivalent to *number* in the national character set. This function is equivalent to using the CHR function with the USING NCHAR_CS clause.

This function takes as an argument a NUMBER value, or any value that can be implicitly converted to NUMBER, and returns a character.

> **See Also:** CHR on page 7-35

Cloudera Exhibit 1020 - Page 358 of 1808

Databricks_R2_PA_00002494

### Examples

The following examples return the nchar character 187:

```
SELECT NCHR(187) FROM DUAL;

NC
--
>

SELECT CHR(187 USING NCHAR_CS) FROM DUAL;

CH
--
>
```

# NEW_TIME

### Syntax

**new_time::=**



### Purpose

NEW_TIME returns the date and time in time zone `timezone2` when date and time in time zone `timezone1` are `date`. Before using this function, you must set the NLS_DATE_FORMAT parameter to display 24-hour time. The return type is always DATE, regardless of the datatype of `date`.

> **Note:**   This function takes as input only a limited number of time zones. You can have access to a much greater number of time zones by combining the FROM_TZ function and the datetime expression. See FROM_TZ on page 7-81 and the example for "Datetime Expressions" on page 5-10.

The arguments `timezone1` and `timezone2` can be any of these text strings:

- AST, ADT: Atlantic Standard or Daylight Time
- BST, BDT: Bering Standard or Daylight Time

Cloudera Exhibit 1020 - Page 359 of 1808

Databricks_R2_PA_00002495

- CST, CDT: Central Standard or Daylight Time

- EST, EDT: Eastern Standard or Daylight Time

- GMT: Greenwich Mean Time

- HST, HDT: Alaska-Hawaii Standard Time or Daylight Time.

- MST, MDT: Mountain Standard or Daylight Time

- NST: Newfoundland Standard Time

- PST, PDT: Pacific Standard or Daylight Time

- YST, YDT: Yukon Standard or Daylight Time

### Examples

The following example returns an Atlantic Standard time, given the Pacific Standard time equivalent:

```
ALTER SESSION SET NLS_DATE_FORMAT =
   'DD-MON-YYYY HH24:MI:SS';

SELECT NEW_TIME(TO_DATE(
   '11-10-99 01:23:45', 'MM-DD-YY HH24:MI:SS'),
   'AST', 'PST') "New Date and Time" FROM DUAL;

New Date and Time
--------------------
09-NOV-1999 21:23:45
```

# NEXT_DAY

### Syntax

**next_day::=**



### Purpose

NEXT_DAY returns the date of the first weekday named by `char` that is later than the date `date`. The return type is always DATE, regardless of the datatype of `date`. The argument `char` must be a day of the week in the date language of your session, either the full name or the abbreviation. The minimum number of letters required is

Cloudera Exhibit 1020 - Page 360 of 1808

the number of letters in the abbreviated version. Any characters immediately following the valid abbreviation are ignored. The return value has the same hours, minutes, and seconds component as the argument *date*.

### Examples

This example returns the date of the next Tuesday after February 2, 2001:

```
SELECT NEXT_DAY('02-FEB-2001','TUESDAY') "NEXT DAY"
     FROM DUAL;

NEXT DAY
-----------
06-FEB-2001
```

# NLS_CHARSET_DECL_LEN

### Syntax

**nls_charset_decl_len::=**



### Purpose

NLS_CHARSET_DECL_LEN returns the declaration length (in number of characters) of an NCHAR column. The *byte_count* argument is the width of the column. The *char_set_id* argument is the character set ID of the column.

### Examples

The following example returns the number of characters that are in a 200-byte column when you are using a multibyte character set:

```
SELECT NLS_CHARSET_DECL_LEN
  (200, nls_charset_id('ja16eucfixed'))
   FROM DUAL;

NLS_CHARSET_DECL_LEN(200,NLS_CHARSET_ID('JA16EUCFIXED'))
--------------------------------------------------------
                                                     100
```

Cloudera Exhibit 1020 - Page 361 of 1808

Databricks_R2_PA_00002497

# NLS_CHARSET_ID

### Syntax

**nls_charset_id::=**



### Purpose

NLS_CHARSET_ID returns the character set ID number corresponding to character set name `text`. The `text` argument is a run-time VARCHAR2 value. The `text` value 'CHAR_CS' returns the database character set ID number of the server. The `text` value 'NCHAR_CS' returns the national character set ID number of the server.

Invalid character set names return null.

### Examples

The following example returns the character set ID of a character set:

```
SELECT NLS_CHARSET_ID('ja16euc')
  FROM DUAL;

NLS_CHARSET_ID('JA16EUC')
-------------------------
                      830
```

> **See Also:**  *Oracle Database Globalization Support Guide* for a list of character set names

# NLS_CHARSET_NAME

### Syntax

**nls_charset_name::=**



Cloudera Exhibit 1020 - Page 362 of 1808

Databricks_R2_PA_00002498

## Purpose

NLS_CHARSET_NAME returns the name of the character set corresponding to ID number *number*. The character set name is returned as a VARCHAR2 value in the database character set.

If *number* is not recognized as a valid character set ID, then this function returns null.

## Examples

The following example returns the character set corresponding to character set ID number 2:

```
SELECT NLS_CHARSET_NAME(2)
  FROM DUAL;

NLS_CH
------
WE8DEC
```

> **See Also:** *Oracle Database Globalization Support Guide* for a list of character set IDs

# NLS_INITCAP

## Syntax

**nls_initcap::=**



## Purpose

NLS_INITCAP returns *char*, with the first letter of each word in uppercase, all other letters in lowercase. Words are delimited by white space or characters that are not alphanumeric.

Both *char* and *'nlsparam'* can be any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The string returned is of VARCHAR2 datatype and is in the same character set as *char*.

The value of *'nlsparam'* can have this form:

Cloudera Exhibit 1020 - Page 363 of 1808

Databricks_R2_PA_00002499

```
'NLS_SORT = sort'
```

where *sort* is either a linguistic sort sequence or BINARY. The linguistic sort sequence handles special linguistic requirements for case conversions. These requirements can result in a return value of a different length than the *char*. If you omit *'nlsparam'*, then this function uses the default sort sequence for your session.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following examples show how the linguistic sort sequence results in a different return value from the function:

```
SELECT NLS_INITCAP
    ('ijsland') "InitCap" FROM DUAL;

InitCap
-------
Ijsland

SELECT NLS_INITCAP
    ('ijsland', 'NLS_SORT = XDutch') "InitCap"
    FROM DUAL;

InitCap
-------
IJsland
```

> **See Also:** *Oracle Database Globalization Support Guide* for information on sort sequences

Cloudera Exhibit 1020 - Page 364 of 1808

Databricks_R2_PA_00002500

# NLS_LOWER

### Syntax

**nls_lower::=**



### Purpose

NLS_LOWER returns *char*, with all letters lowercase.

Both *char* and *'nlsparam'* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is of VARCHAR2 datatype and is in the same character set as *char*.

The *'nlsparam'* can have the same form and serve the same purpose as in the NLS_INITCAP function.

### Examples

The following statement returns the character string 'citta'' using the XGerman linguistic sort sequence:

```
SELECT NLS_LOWER
   ('CITTA''', 'NLS_SORT = XGerman') "Lowercase"
   FROM DUAL;

Lowerc
------
citta'
```

# NLSSORT

### Syntax

**nlssort::=**



Cloudera Exhibit 1020 - Page 365 of 1808

Databricks_R2_PA_00002501

## Purpose

NLSSORT returns the string of bytes used to sort *char*.

Both *char* and *'nlsparam'* can be any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The string returned is of RAW datatype.

The value of *'nlsparam'* can have the form

```
'NLS_SORT = sort'
```

where *sort* is a linguistic sort sequence or BINARY. If you omit *'nlsparam'*, then this function uses the default sort sequence for your session. If you specify BINARY, then this function returns *char*.

If you specify *'nlsparam'*, then you can append to the linguistic sort name the suffix _ai to request an accent-insensitive sort or _ci to request a case-insensitive sort. Please refer to *Oracle Database Globalization Support Guide* for more information on accent- and case-insensitive sorting.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

## Examples

This function can be used to specify sorting and comparison operations based on a linguistic sort sequence rather than on the binary value of a string. The following example creates a test table containing two values and shows how the values returned can be ordered by the NLSSORT function:

```
CREATE TABLE test (name VARCHAR2(15));
INSERT INTO test VALUES ('Gaardiner');
INSERT INTO test VALUES ('Gaberd');
INSERT INTO test VALUES ('Gaasten');

SELECT * FROM test ORDER BY name;

NAME
---------------
Gaardiner
Gaasten
Gaberd

SELECT * FROM test ORDER BY NLSSORT(name, 'NLS_SORT = XDanish');
```

Cloudera Exhibit 1020 - Page 366 of 1808

Databricks_R2_PA_00002502

```
NAME
---------------
Gaberd
Gaardiner
Gaasten
```

The following example shows how to use the NLSSORT function in comparison operations:

```
SELECT * FROM test WHERE name > 'Gaberd';

no rows selected

SELECT * FROM test WHERE NLSSORT(name, 'NLS_SORT = XDanish') >
   NLSSORT('Gaberd', 'NLS_SORT = XDanish');

NAME
---------------
Gaardiner
Gaasten
```

If you frequently use NLSSORT in comparison operations with the same linguistic sort sequence, then consider this more efficient alternative: Set the NLS_COMP parameter (either for the database or for the current session) to ANSI, and set the NLS_SORT parameter for the session to the desired sort sequence. Oracle Database will use that sort sequence by default for all sorting and comparison operations during the current session:

```
ALTER SESSION SET NLS_COMP = 'ANSI';
ALTER SESSION SET NLS_SORT = 'XDanish';

SELECT * FROM test WHERE name > 'Gaberd';

NAME
---------------
Gaardiner
Gaasten
```

> **See Also:**   *Oracle Database Globalization Support Guide* for information on sort sequences

Cloudera Exhibit 1020 - Page 367 of 1808

Databricks_R2_PA_00002503

# NLS_UPPER

### Syntax

**nls_upper::=**



### Purpose

NLS_UPPER returns *char*, with all letters uppercase.

Both *char* and *'nlsparam'* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is of VARCHAR2 datatype and is in the same character set as *char*.

The *'nlsparam'* can have the same form and serve the same purpose as in the NLS_INITCAP function.

### Examples

The following example returns a string with all the letters converted to uppercase:

```
SELECT NLS_UPPER ('große') "Uppercase"
    FROM DUAL;

Upper
-----
GROßE

SELECT NLS_UPPER ('große', 'NLS_SORT = XGerman') "Uppercase"
   FROM DUAL;

Upperc
------
GROSSE
```

> **See Also:** NLS_INITCAP on page 7-121

Cloudera Exhibit 1020 - Page 368 of 1808

Databricks_R2_PA_00002504

# NTILE

## Syntax

**ntile::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions, including valid forms of *expr*

## Purpose

NTILE is an analytic function. It divides an ordered data set into a number of buckets indicated by *expr* and assigns the appropriate bucket number to each row. The buckets are numbered 1 through *expr*. The *expr* value must resolve to a positive constant for each partition. Oracle Database expects an integer, and if *expr* is a noninteger constant, then Oracle truncates the value to an integer. The return value is NUMBER.

The number of rows in the buckets can differ by at most 1. The remainder values (the remainder of number of rows divided by buckets) are distributed one for each bucket, starting with bucket 1.

If *expr* is greater than the number of rows, then a number of buckets equal to the number of rows will be filled, and the remaining buckets will be empty.

You cannot use NTILE or any other analytic function for *expr*. That is, you cannot nest analytic functions, but you can use other built-in function expressions for *expr*.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example divides into 4 buckets the values in the salary column of the oe.employees table from Department 100. The salary column has 6 values in this department, so the two extra values (the remainder of 6 / 4) are allocated to buckets 1 and 2, which therefore have one more value than buckets 3 or 4.

Cloudera Exhibit 1020 - Page 369 of 1808

Databricks_R2_PA_00002505

```
SELECT last_name, salary, NTILE(4) OVER (ORDER BY salary DESC)
   AS quartile FROM employees
   WHERE department_id = 100;

LAST_NAME                    SALARY   QUARTILE
------------------------ ---------- ----------
Greenberg                     12000          1
Faviet                         9000          1
Chen                           8200          2
Urman                          7800          2
Sciarra                        7700          3
Popp                           6900          4
```

# NULLIF

## Syntax

**nullif::=**



## Purpose

NULLIF compares *expr1* and *expr2*. If they are equal, then the function returns null. If they are not equal, then the function returns *expr1*. You cannot specify the literal NULL for *expr1*.

If both arguments are numeric datatypes, then Oracle Database determines the argument with the higher numeric precedence, implicitly converts the other argument to that datatype, and returns that datatype. If the arguments are not numeric, then they must be of the same datatype, or Oracle returns an error.

The NULLIF function is logically equivalent to the following CASE expression:

```
CASE WHEN expr1 = expr 2 THEN NULL ELSE expr1 END
```

> **See Also:** "CASE Expressions" on page 5-5

## Examples

The following example selects those employees from the sample schema hr who have changed jobs since they were hired, as indicated by a job_id in the job_history table different from the current job_id in the employees table:

Cloudera Exhibit 1020 - Page 370 of 1808

Databricks_R2_PA_00002506

```
SELECT e.last_name, NULLIF(e.job_id, j.job_id) "Old Job ID"
  FROM employees e, job_history j
  WHERE e.employee_id = j.employee_id
  ORDER BY last_name;

LAST_NAME                Old Job ID
------------------------ ----------
De Haan                  AD_VP
Hartstein                MK_MAN
Kaufling                 ST_MAN
Kochhar                  AD_VP
Kochhar                  AD_VP
Raphaely                 PU_MAN
Taylor                   SA_REP
Taylor
Whalen                   AD_ASST
Whalen
```

# NUMTODSINTERVAL

## Syntax

**numtodsinterval::=**



## Purpose

NUMTODSINTERVAL converts *n* to an INTERVAL DAY TO SECOND literal. The argument *n* can be any NUMBER value or an expression that can be implicitly converted to a NUMBER value. The argument *interval_unit* can be of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype. The value for *interval_unit* specifies the unit of *n* and must resolve to one of the following string values:

- 'DAY'

- 'HOUR'

- 'MINUTE'

- 'SECOND'

*interval_unit* is case insensitive. Leading and trailing values within the parentheses are ignored. By default, the precision of the return is 9.

Cloudera Exhibit 1020 - Page 371 of 1808

Databricks_R2_PA_00002507

**See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example calculates, for each employee, the number of employees hired by the same manager within the past 100 days from his or her hire date:

```
SELECT manager_id, last_name, hire_date,
   COUNT(*) OVER (PARTITION BY manager_id ORDER BY hire_date
   RANGE NUMTODSINTERVAL(100, 'day') PRECEDING) AS t_count
   FROM employees;

MANAGER_ID LAST_NAME                        HIRE_DATE   T_COUNT
---------- ------------------------------ --------- ----------
       100 Kochhar                          21-SEP-89         1
       100 De Haan                          13-JAN-93         1
       100 Raphaely                         07-DEC-94         1
       100 Kaufling                         01-MAY-95         1
       100 Hartstein                        17-FEB-96         1
. . .
       149 Grant                            24-MAY-99         1
       149 Johnson                          04-JAN-00         1
       201 Goyal                            17-AUG-97         1
       205 Gietz                            07-JUN-94         1
           King                             17-JUN-87         1
```

# NUMTOYMINTERVAL

### Syntax

**numtoyminterval::=**



### Purpose

NUMTOYMINTERVAL converts number $n$ to an INTERVAL YEAR TO MONTH literal. The argument $n$ can be any NUMBER value or an expression that can be implicitly converted to a NUMBER value. The argument *interval_unit* can be of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype. The value for *interval_unit* specifies the unit of $n$ and must resolve to one of the following string values:

Cloudera Exhibit 1020 - Page 372 of 1808

Databricks_R2_PA_00002508

- 'YEAR'

- 'MONTH'

*interval_unit* is case insensitive. Leading and trailing values within the parentheses are ignored. By default, the precision of the return is 9.

> **See Also:** Table 2–11, "Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example calculates, for each employee, the total salary of employees hired in the past one year from his or her hire date.

```
SELECT last_name, hire_date, salary, SUM(salary)
   OVER (ORDER BY hire_date
   RANGE NUMTOYMINTERVAL(1,'year') PRECEDING) AS t_sal
   FROM employees;


LAST_NAME                   HIRE_DATE    SALARY    T_SAL
------------------------- --------- ---------- ----------
King                        17-JUN-87    24000    24000
Whalen                      17-SEP-87     4400    28400
Kochhar                     21-SEP-89    17000    17000
. . .
Markle                      08-MAR-00     2200   112400
Ande                        24-MAR-00     6400   106500
Banda                       21-APR-00     6200   109400
Kumar                       21-APR-00     6100   109400
```

# NVL

### Syntax

**nvl::=**



### Purpose

NVL lets you replace null (returned as a blank) with a string in the results of a query. If *expr1* is null, then NVL returns *expr2*. If *expr1* is not null, then NVL returns *expr1*.

Functions   **7-131**

Cloudera Exhibit 1020 - Page 373 of 1808

The arguments *expr1* and *expr2* can have any datatype. If their datatypes are different, then:

- If *expr1* is character data, then Oracle Database converts *expr2* to the datatype of *expr1* before comparing them and returns VARCHAR2 in the character set of *expr1*.

- If *expr1* is numeric, then Oracle determines which argument has the highest numeric precedence, implicitly converts the other argument to that datatype, and returns that datatype.

    **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

## Examples

The following example returns a list of employee names and commissions, substituting "Not Applicable" if the employee receives no commission:

```
SELECT last_name, NVL(TO_CHAR(commission_pct), 'Not Applicable')
   "COMMISSION" FROM employees
   WHERE last_name LIKE 'B%'
   ORDER BY last_name;

LAST_NAME               COMMISSION
----------------------- -------------------------------------
Baer                    Not Applicable
Baida                   Not Applicable
Banda                   .1
Bates                   .15
Bell                    Not Applicable
Bernstein               .25
Bissot                  Not Applicable
Bloom                   .2
Bull                    Not Applicable
```

Cloudera Exhibit 1020 - Page 374 of 1808

Databricks_R2_PA_00002510

# NVL2

## Syntax

**nvl2::=**



## Purpose

NVL2 lets you determine the value returned by a query based on whether a specified expression is null or not null. If *expr1* is not null, then NVL2 returns *expr2*. If *expr1* is null, then NVL2 returns *expr3*.

The argument *expr1* can have any datatype. The arguments *expr2* and *expr3* can have any datatypes except LONG.

If the datatypes of *expr2* and *expr3* are different:

- If *expr2* is character data, then Oracle Database converts *expr3* to the datatype of *expr2* before comparing them unless *expr3* is a null constant. In that case, a datatype conversion is not necessary. Oracle returns VARCHAR2 in the character set of *expr2*.

- If *expr2* is numeric, then Oracle determines which argument has the highest numeric precedence, implicitly converts the other argument to that datatype, and returns that datatype.

  **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

## Examples

The following example shows whether the income of some employees is made up of salary plus commission, or just salary, depending on whether the commission_pct column of employees is null or not.

```
SELECT last_name, salary, NVL2(commission_pct,
   salary + (salary * commission_pct), salary) income
   FROM employees WHERE last_name like 'B%'
   ORDER BY last_name;
```

Cloudera Exhibit 1020 - Page 375 of 1808

Databricks_R2_PA_00002511

ORA_HASH

```
LAST_NAME                          SALARY     INCOME
------------------------           ----------  ----------
Baer                                  10000      10000
Baida                                  2900       2900
Banda                                  6200       6882
Bates                                  7300       8468
Bell                                   4000       4000
Bernstein                              9500      11970
Bissot                                 3300       3300
Bloom                                 10000      12100
Bull                                   4100       4100
```

# ORA_HASH

### Syntax

**ora_hash::=**



### Purpose

`ORA_HASH` is a function that computes a hash value for a given expression. This function is useful for operations such as analyzing a subset of data and generating a random sample.

- The *expr* argument determines the data for which you want Oracle Database to compute a hash value. There are no restrictions on the type or length of data represented by *expr*, which commonly resolves to a column name.

- The optional *max_bucket* argument determines the maximum bucket value returned by the hash function. You can specify any value between 0 and 4294967295. The default is 4294967295.

- The optional *seed_value* argument enables Oracle to produce many different results for the same set of data. Oracle applies the hash function to the combination of *expr* and *seed_value*. You can specify any value between 0 and 4294967295. The default is 0.

The function returns a `NUMBER` value.

Cloudera Exhibit 1020 - Page 376 of 1808

Databricks_R2_PA_00002512

## Examples

The following example creates a hash value for each combination of customer ID and product ID in the `sh.sales` table, divides the hash values into a maximum of 100 buckets, and returns the sum of the `amount_sold` values in the first bucket (bucket 0). The third argument (5) provides a seed value for the hash function. You can obtain different hash results for the same query by changing the seed value.

```
SELECT SUM(amount_sold) FROM sales
   WHERE ORA_HASH(CONCAT(cust_id, prod_id), 99, 5) = 0;

SUM(AMOUNT_SOLD)
----------------
            7315
```

The following example retrieves a subset of the data in the `sh.sales` table by specifying 10 buckets (0 to 9) and then returning the data from bucket 1. The expected subset is about 10% of the rows (the `sales` table has 960 rows):

```
SELECT * FROM sales
   WHERE ORA_HASH(cust_id, 9) = 1;

   PROD_ID    CUST_ID TIME_ID   C  PROMO_ID QUANTITY_SOLD AMOUNT_SOLD
---------- ---------- --------- - ---------- ------------- -----------
      2510       6950 01-FEB-98 S      9999             2          78
      9845       9700 04-FEB-98 C      9999            17         561
      3445      33530 07-FEB-98 T      9999             2         170
. . .
       740      22200 13-NOV-00 S      9999             4         156
      9425       4750 29-NOV-00 I      9999            11         979
      1675      46750 29-NOV-00 S      9999            19        1121
97 rows selected.
```

# PATH

## Syntax

**path::=**



Cloudera Exhibit 1020 - Page 377 of 1808

Databricks_R2_PA_00002513

PERCENT_RANK

---

**Purpose**

PATH is an ancillary function used only with the UNDER_PATH and EQUALS_PATH conditions. It returns the relative path that leads to the resource specified in the parent condition.

The *correlation_integer* can be any NUMBER integer and is used to correlate this ancillary function with its primary condition. Values less than 1 are treated as 1.

> **See Also:** EQUALS_PATH on page 6-13 and UNDER_PATH on page 6-30

**Example**

Please refer to the related function DEPTH on page 7-66 for an example using both of these ancillary functions of the EQUALS_PATH and UNDER_PATH conditions.

# PERCENT_RANK

**Aggregate Syntax**

**percent_rank_aggregate::=**



**Analytic Syntax**

**percent_rank_analytic::=**



Cloudera Exhibit 1020 - Page 378 of 1808

Databricks_R2_PA_00002514

See Also:   "Analytic Functions" on page 7-11 for information on
syntax, semantics, and restrictions

## Purpose

PERCENT_RANK is similar to the CUME_DIST (cumulative distribution) function.
The range of values returned by PERCENT_RANK is 0 to 1, inclusive. The first row in
any set has a PERCENT_RANK of 0. The return value is NUMBER.

See Also:   Table 2–11, " Implicit Type Conversion Matrix" on
page 2-55 for more information on implicit conversion

- As an aggregate function, PERCENT_RANK calculates, for a hypothetical row $r$
  identified by the arguments of the function and a corresponding sort
  specification, the rank of row $r$ minus 1 divided by the number of rows in the
  aggregate group. This calculation is made as if the hypothetical row $r$ were
  inserted into the group of rows over which Oracle Database is to aggregate. The
  arguments of the function identify a single hypothetical row within each
  aggregate group. Therefore, they must all evaluate to constant expressions
  within each aggregate group. The constant argument expressions and the
  expressions in the ORDER BY clause of the aggregate match by position.
  Therefore the number of arguments must be the same and their types must be
  compatible.

- As an analytic function, for a row $r$, PERCENT_RANK calculates the rank of $r$
  minus 1, divided by 1 less than the number of rows being evaluated (the entire
  query result set or a partition).

## Aggregate Example

The following example calculates the percent rank of a hypothetical employee in the
sample table hr.employees with a salary of $15,500 and a commission of 5%:

```
SELECT PERCENT_RANK(15000, .05) WITHIN GROUP
   (ORDER BY salary, commission_pct) "Percent-Rank"
   FROM employees;

Percent-Rank
------------
  .971962617
```

Cloudera Exhibit 1020 - Page 379 of 1808

Databricks_R2_PA_00002515

PERCENTILE_CONT

**Analytic Example**

The following example calculates, for each employee, the percent rank of the employee's salary within the department:

```
SELECT department_id, last_name, salary,
   PERCENT_RANK()
     OVER (PARTITION BY department_id ORDER BY salary DESC) AS pr
   FROM employees
   ORDER BY pr, salary;
```

```
DEPARTMENT_ID LAST_NAME                     SALARY         PR
------------- -----------------------  ----------  ----------
           10 Whalen                         4400           0
           40 Marvis                         6500           0
. . . .
           80 Vishney                       10500 .176470588
           50 Everett                        3900 .181818182
           30 Khoo                           3100          .2
. . . .
           80 Johnson                        6200 .941176471
           50 Markle                         2200 .954545455
           50 Philtanker                     2200 .954545455
           50 Olson                          2100           1
. . . .
```

# PERCENTILE_CONT

### Syntax

**percentile_cont::=**



**See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions of the OVER clause

Cloudera Exhibit 1020 - Page 380 of 1808

Databricks_R2_PA_00002516

## Purpose

PERCENTILE_CONT is an inverse distribution function that assumes a continuous distribution model. It takes a percentile value and a sort specification, and returns an interpolated value that would fall into that percentile value with respect to the sort specification. Nulls are ignored in the calculation.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

The first *expr* must evaluate to a numeric value between 0 and 1, because it is a percentile value. This *expr* must be constant within each aggregation group. The ORDER BY clause takes a single expression that must be a numeric or datetime value, as these are the types over which Oracle can perform interpolation.

The result of PERCENTILE_CONT is computed by linear interpolation between values after ordering them. Using the percentile value (P) and the number of rows (N) in the aggregation group, we compute the row number we are interested in after ordering the rows with respect to the sort specification. This row number (RN) is computed according to the formula RN = (1+ (P*(N-1)). The final result of the aggregate function is computed by linear interpolation between the values from rows at row numbers CRN = CEILING(RN) and FRN = FLOOR(RN).

The final result will be:

```
If (CRN = FRN = RN) then the result is
   (value of expression from row at RN)
Otherwise the result is
   (CRN - RN) * (value of expression for row at FRN) +
   (RN - FRN) * (value of expression for row at CRN)
```

You can use the PERCENTILE_CONT function as an analytic function. You can specify only the *query_partitioning_clause* in its OVER clause. It returns, for each row, the value that would fall into the specified percentile among a set of values within each partition.

The MEDIAN function is a specific case of PERCENTILE_CONT where the percentile value defaults to 0.5. For more information, please refer to MEDIAN on page 7-110.

Cloudera Exhibit 1020 - Page 381 of 1808

Databricks_R2_PA_00002517

## Aggregate Example

The following example computes the median salary in each department:

```
SELECT department_id,
   PERCENTILE_CONT(0.5) WITHIN GROUP (ORDER BY salary DESC)
      "Median cont",
   PERCENTILE_DISC(0.5) WITHIN GROUP (ORDER BY salary DESC)
      "Median disc"
   FROM employees
   GROUP BY department_id;

DEPARTMENT_ID Median-cont Median-disc
------------- ----------- -----------
          10        4400        4400
          20        9500       13000
          30        2850        2900
          40        6500        6500
          50        3100        3100
          60        4800        4800
          70       10000       10000
          80        8800        8800
          90       17000       17000
         100        8000        8200
         110       10150       12000
```

PERCENTILE_CONT and PERCENTILE_DISC may return different results. PERCENTILE_CONT returns a computed result after doing linear interpolation. PERCENTILE_DISC simply returns a value from the set of values that are aggregated over. When the percentile value is 0.5, as in this example, PERCENTILE_CONT returns the average of the two middle values for groups with even number of elements, whereas PERCENTILE_DISC returns the value of the first one among the two middle values. For aggregate groups with an odd number of elements, both functions return the value of the middle element.

## Analytic Example

In the following example, the median for Department 60 is 4800, which has a corresponding percentile (Percent_Rank) of 0.5. None of the salaries in Department 30 have a percentile of 0.5, so the median value must be interpolated between 2900 (percentile 0.4) and 2800 (percentile 0.6), which evaluates to 2850.

```
SELECT last_name, salary, department_id,
   PERCENTILE_CONT(0.5) WITHIN GROUP (ORDER BY salary DESC)
      OVER (PARTITION BY department_id) "Percentile_Cont",
   PERCENT_RANK()
```

Cloudera Exhibit 1020 - Page 382 of 1808

Databricks_R2_PA_00002518

```
       OVER (PARTITION BY department_id ORDER BY salary DESC) "Percent_Rank"
FROM employees WHERE department_id IN (30, 60);
```

| LAST_NAME | SALARY | DEPARTMENT_ID | Percentile_Cont | Percent_Rank |
|-----------|--------|---------------|-----------------|--------------|
| Raphaely | 11000 | 30 | 2850 | 0 |
| Khoo | 3100 | 30 | 2850 | .2 |
| Baida | 2900 | 30 | 2850 | .4 |
| Tobias | 2800 | 30 | 2850 | .6 |
| Himuro | 2600 | 30 | 2850 | .8 |
| Colmenares | 2500 | 30 | 2850 | 1 |
| Hunold | 9000 | 60 | 4800 | 0 |
| Ernst | 6000 | 60 | 4800 | .25 |
| Austin | 4800 | 60 | 4800 | .5 |
| Pataballa | 4800 | 60 | 4800 | .5 |
| Lorentz | 4200 | 60 | 4800 | 1 |

# PERCENTILE_DISC

## Syntax

**percentile_disc::=**



See Also:    "Analytic Functions" on page 7-11 for information on
syntax, semantics, and restrictions of the OVER clause

## Purpose

PERCENTILE_DISC is an inverse distribution function that assumes a discrete
distribution model. It takes a percentile value and a sort specification and returns an
element from the set. Nulls are ignored in the calculation.

Cloudera Exhibit 1020 - Page 383 of 1808

Databricks_R2_PA_00002519

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:**  Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

The first *expr* must evaluate to a numeric value between 0 and 1, because it is a percentile value. This expression must be constant within each aggregate group. The ORDER BY clause takes a single expression that can be of any type that can be sorted.

For a given percentile value P, PERCENTILE_DISC sorts the values of the expression in the ORDER BY clause and returns the value with the smallest CUME_DIST value (with respect to the same sort specification) that is greater than or equal to P.

### Aggregate Example

See aggregate example for PERCENTILE_CONT on page 7-138.

### Analytic Example

The following example calculates the median discrete percentile of the salary of each employee in the sample table hr.employees:

```
SELECT last_name, salary, department_id,
   PERCENTILE_DISC(0.5) WITHIN GROUP (ORDER BY salary DESC)
      OVER (PARTITION BY department_id) "Percentile_Disc",
   CUME_DIST() OVER (PARTITION BY department_id
      ORDER BY salary DESC) "Cume_Dist"
FROM employees where department_id in (30, 60);
```

| LAST_NAME | SALARY | DEPARTMENT_ID | Percentile_Disc | Cume_Dist |
|-----------|--------|---------------|-----------------|-----------|
| Raphaely | 11000 | 30 | 2900 | .166666667 |
| Khoo | 3100 | 30 | 2900 | .333333333 |
| Baida | 2900 | 30 | 2900 | .5 |
| Tobias | 2800 | 30 | 2900 | .666666667 |
| Himuro | 2600 | 30 | 2900 | .833333333 |
| Colmenares | 2500 | 30 | 2900 | 1 |
| Hunold | 9000 | 60 | 4800 | .2 |
| Ernst | 6000 | 60 | 4800 | .4 |
| Austin | 4800 | 60 | 4800 | .8 |
| Pataballa | 4800 | 60 | 4800 | .8 |

Cloudera Exhibit 1020 - Page 384 of 1808

Databricks_R2_PA_00002520

| Lorentz | 4200 | 60 | 4800 | 1 |

The median value for Department 30 is 2900, which is the value whose corresponding percentile (Cume_Dist) is the smallest value greater than or equal to 0.5. The median value for Department 60 is 4800, which is the value whose corresponding percentile is the smallest value greater than or equal to 0.5.

# POWER

## Syntax

**power::=**



## Purpose

POWER returns $m$ raised to the $n$th power. The base $m$ and the exponent $n$ can be any numbers, but if $m$ is negative, then $n$ must be an integer.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If any argument is BINARY_FLOAT or BINARY_DOUBLE, then the function returns BINARY_DOUBLE. Otherwise the function returns NUMBER.

> **See Also:** Table 2–11, "Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns 3 squared:

```
SELECT POWER(3,2) "Raised" FROM DUAL;

    Raised
----------
         9
```

Cloudera Exhibit 1020 - Page 385 of 1808

Databricks_R2_PA_00002521

# POWERMULTISET

### Syntax

**powermultiset::=**



### Purpose

POWERMULTISET takes as input a nested table and returns a nested table of nested tables containing all nonempty subsets (called submultisets) of the input nested table.

- *expr* can be any expression that evaluates to a nested table.

- If *expr* resolves to null, then Oracle Database returns NULL.

- If *expr* resolves to a nested table that is empty, then Oracle returns an error.

- The element types of the nested table must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

> **Note:** This function is not supported in PL/SQL.

### Examples

First, create a datatype that is a nested table of the cust_address_tab_type datatype:

```
CREATE TYPE cust_address_tab_tab_typ
  AS TABLE OF cust_address_tab_typ;
```

Now, select the nested table column cust_address_ntab from the customers_demo table using the POWERMULTISET function:

```
SELECT CAST(POWERMULTISET(cust_address_ntab)
       AS cust_address_tab_tab_typ)
  FROM customers_demo;

CAST(POWERMULTISET(CUST_ADDRESS_NTAB) AS CUST_ADDRESS_TAB_TAB_TYP)
  (STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
-------------------------------------------------------------------
```

Cloudera Exhibit 1020 - Page 386 of 1808

Databricks_R2_PA_00002522

```
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TYP
  ('514 W Superior St', '46901', 'Kokomo', 'IN', 'US')))
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TYP
  ('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US')))
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TYP
  ('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US')))
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TYP
  ('6445 Bay Harbor Ln', '46254', 'Indianapolis', 'IN', 'US')))
. . .
```

The preceding example requires the `customers_demo` table and a nested table column containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table columns.

# POWERMULTISET_BY_CARDINALITY

### Syntax

**powermultiset_by_cardnlty::=**



### Purpose

`POWERMULTISET_BY_CARDINALITY` takes as input a nested table and a cardinality and returns a nested table of nested tables containing all nonempty subsets (called submultisets) of the nested table of the specified cardinality.

- *expr* can be any expression that evaluates to a nested table.

- *cardinality* can be any positive integer.

- If *expr* resolves to null, Oracle Database returns NULL.

- If *expr* resolves to a nested table that is empty, then Oracle returns an error.

- The element types of the nested table must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

> **Note:** This function is not supported in PL/SQL.

Cloudera Exhibit 1020 - Page 387 of 1808

Databricks_R2_PA_00002523

## Examples

First, duplicate the elements in all the nested table rows to increase the cardinality of the nested table rows to 2:

```
UPDATE customers_demo
  SET cust_address_ntab = cust_address_ntab MULTISET UNION cust_address_ntab;
```

Now, select the nested table column `cust_address_ntab` from the `customers_demo` table using the `POWERMULTISET_BY_CARDINALITY` function:

```
SELECT CAST(POWERMULTISET_BY_CARDINALITY(cust_address_ntab, 2)
         AS cust_address_tab_tab_typ)
  FROM customers_demo;

CAST(POWERMULTISET_BY_CARDINALITY(CUST_ADDRESS_NTAB,2) AS CUST_ADDRESS_TAB_TAB_TYP)
  (STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
--------------------------------------------------------------------------------------
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TYP
  (CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US'),
   CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US')))
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TYP
  (CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US'),
   CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US')))
CUST_ADDRESS_TAB_TAB_TYP(CUST_ADDRESS_TAB_TYP
  (CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'),
   CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US')))
. . .
```

The preceeding example requires the `customers_demo` table and a nested table column containing data. Please refer to "Multiset Operators" on page 4-7 to create this table and nested table columns.

# PRESENTNNV

## Syntax

**presentnnv::=**



## Purpose

The `PRESENTNNV` function is relevant only for interrow calculations. It can be used only in the *model_clause* of the `SELECT` statement and then only on the

Cloudera Exhibit 1020 - Page 388 of 1808

Databricks_R2_PA_00002524

right-hand side of a model rule. It returns $expr1$ when, prior to the execution of the
$model\_clause$, $cell\_reference$ exists and is not null. Otherwise it returns
$expr2$.

> **See Also:** *model_clause* on page 19-30 and "Model Expressions" on
> page 5-15 for the syntax and semantics of interrow calculations

### Examples

In the following example, if a row containing sales for the Mouse Pad for the year
2002 exists, and the sales value is not null, then the sales value remains unchanged.
If the row exists and the sales value is null, then the sales value is set to 10. If the
row does not exist, then the row is created with the sales value set to 10.

```
SELECT country, prod, year, s
  FROM sales_view
  MODEL
    PARTITION BY (country)
    DIMENSION BY (prod, year)
    MEASURES (sale s)
    IGNORE NAV
    UNIQUE DIMENSION
    RULES UPSERT SEQUENTIAL ORDER
    (
      s['Mouse Pad', 2002] =
        PRESENTNNV(s['Mouse Pad', 2002], s['Mouse Pad', 2002], 10)
    )
  ORDER BY country, prod, year;
```

| COUNTRY | PROD | YEAR | S |
|---------|------|------|---|
| France | Mouse Pad | 1998 | 2509.42 |
| France | Mouse Pad | 1999 | 3678.69 |
| France | Mouse Pad | 2000 | 3000.72 |
| France | Mouse Pad | 2001 | 3269.09 |
| France | Mouse Pad | 2002 | 10 |
| France | Standard Mouse | 1998 | 2390.83 |
| France | Standard Mouse | 1999 | 2280.45 |
| France | Standard Mouse | 2000 | 1274.31 |
| France | Standard Mouse | 2001 | 2164.54 |
| Germany | Mouse Pad | 1998 | 5827.87 |
| Germany | Mouse Pad | 1999 | 8346.44 |
| Germany | Mouse Pad | 2000 | 7375.46 |
| Germany | Mouse Pad | 2001 | 9535.08 |
| Germany | Mouse Pad | 2002 | 10 |

Cloudera Exhibit 1020 - Page 389 of 1808

Databricks_R2_PA_00002525

```
Germany          Standard Mouse                           1998      7116.11
Germany          Standard Mouse                           1999      6263.14
Germany          Standard Mouse                           2000      2637.31
Germany          Standard Mouse                           2001      6456.13

18 rows selected.
```

The preceding example requires the view `sales_view`. Please refer to "Examples" on page 19-38 to create this view.

# PRESENTV

## Syntax

**presentv::=**



## Purpose

The `PRESENTV` function is relevant only for interrow calculations. It can be used only within the `model_clause` of the `SELECT` statement and then only on the right-hand side of a model rule. It returns `expr1` when, prior to the execution of the `model_clause`, `cell_reference` exists. Otherwise it returns `expr2`.

> **See Also:** *model_clause* on page 19-30 and "Model Expressions" on page 5-15 for the syntax and semantics of interrow calculations

## Examples

In the following example, if a row containing sales for the Mouse Pad for the year 2000 exists, then the sales value for the Mouse Pad for the year 2001 is set to the sales value for the Mouse Pad for the year 2000. If the row does not exist, then a row is created with the sales value for the Mouse Pad for year 20001 set to 0.

```
SELECT country, prod, year, s
  FROM sales_view
  MODEL
    PARTITION BY (country)
    DIMENSION BY (prod, year)
    MEASURES (sale s)
    IGNORE NAV
    UNIQUE DIMENSION
```

Cloudera Exhibit 1020 - Page 390 of 1808

```
    RULES UPSERT SEQUENTIAL ORDER
    (
      s['Mouse Pad', 2001] =
        PRESENTV(s['Mouse Pad', 2000], s['Mouse Pad', 2000], 0)
    )
  ORDER BY country, prod, year;
```

```
COUNTRY      PROD                                 YEAR         S
-----------  -----------------------------------  --------  ---------
France       Mouse Pad                            1998      2509.42
France       Mouse Pad                            1999      3678.69
France       Mouse Pad                            2000      3000.72
France       Mouse Pad                            2001      3000.72
France       Standard Mouse                       1998      2390.83
France       Standard Mouse                       1999      2280.45
France       Standard Mouse                       2000      1274.31
France       Standard Mouse                       2001      2164.54
Germany      Mouse Pad                            1998      5827.87
Germany      Mouse Pad                            1999      8346.44
Germany      Mouse Pad                            2000      7375.46
Germany      Mouse Pad                            2001      7375.46
Germany      Standard Mouse                       1998      7116.11
Germany      Standard Mouse                       1999      6263.14
Germany      Standard Mouse                       2000      2637.31
Germany      Standard Mouse                       2001      6456.13
```

16 rows selected.

The preceding example requires the view sales_view. Please refer to "Interrow Calculations: Examples" on page 19-45 to create this view.

# PREVIOUS

## Syntax

previous::=



Cloudera Exhibit 1020 - Page 391 of 1808

Databricks_R2_PA_00002527

## Purpose

The PREVIOUS function is relevant only for interrow calculations. It can be used only in the *model_clause* of the SELECT statement and then only in the ITERATE ... [ UNTIL ] clause of the *model_rules_clause*. It returns the value of *cell_ reference* at the beginning of each iteration.

> **See Also:** *model_clause* on page 19-30 and "Model Expressions" on page 5-15 for the syntax and semantics of interrow calculations

## Examples

The following example repeats the rules, up to 1000 times, until the difference between the values of cur_val at the beginning and at the end of an iteration is less than one:

```
SELECT dim_col, cur_val, num_of_iterations
  FROM (SELECT 1 AS dim_col, 10 AS cur_val FROM dual)
  MODEL
    DIMENSION BY (dim_col)
    MEASURES (cur_val, 0 num_of_iterations)
    IGNORE NAV
    UNIQUE DIMENSION
    RULES ITERATE (1000) UNTIL (PREVIOUS(cur_val[1]) - cur_val[1] < 1)
    (
      cur_val[1] = cur_val[1]/2,
      num_of_iterations[1] = num_of_iterations[1] + 1
    );

  DIM_COL    CUR_VAL NUM_OF_ITERATIONS
---------- ---------- ----------------
        1      .625                 4
```

Databricks_R2_PA_00002528

# RANK

## Aggregate Syntax

**rank_aggregate::=**



## Analytic Syntax

**rank_analytic::=**



**See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

RANK calculates the rank of a value in a group of values. The return type is NUMBER.

**See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

Rows with equal values for the ranking criteria receive the same rank. Oracle Database then adds the number of tied rows to the tied rank to calculate the next rank. Therefore, the ranks may not be consecutive numbers. This function is useful for top-N and bottom_N reporting.

Cloudera Exhibit 1020 - Page 393 of 1808

Databricks_R2_PA_00002529

- As an aggregate function, `RANK` calculates the rank of a hypothetical row identified by the arguments of the function with respect to a given sort specification. The arguments of the function must all evaluate to constant expressions within each aggregate group, because they identify a single row within each group. The constant argument expressions and the expressions in the `ORDER BY` clause of the aggregate match by position. Therefore, the number of arguments must be the same and their types must be compatible.

- As an analytic function, `RANK` computes the rank of each row returned from a query with respect to the other rows returned by the query, based on the values of the *value_exprs* in the *order_by_clause*.

### Aggregate Example

The following example calculates the rank of a hypothetical employee in the sample table `hr.employees` with a salary of $15,500 and a commission of 5%:

```
SELECT RANK(15500, .05) WITHIN GROUP
   (ORDER BY salary, commission_pct) "Rank"
   FROM employees;

     Rank
----------
     105
```

Similarly, the following query returns the rank for a $15,500 salary among the employee salaries:

```
SELECT RANK(15500) WITHIN GROUP
   (ORDER BY salary DESC) "Rank of 15500"
   FROM employees;

Rank of 15500
--------------
            4
```

### Analytic Example

The following statement ranks the employees in the sample `hr` schema in department 80 based on their salary and commission. Identical salary values receive the same rank and cause nonconsecutive ranks. Compare this example with the example for DENSE_RANK on page 7-64.

```
SELECT department_id, last_name, salary, commission_pct,
   RANK() OVER (PARTITION BY department_id
   ORDER BY salary DESC, commission_pct) "Rank"
```

Databricks_R2_PA_00002530

```
              FROM employees WHERE department_id = 80;

DEPARTMENT_ID LAST_NAME                        SALARY COMMISSION_PCT       Rank
------------- ------------------------- ---------- -------------- ----------
           80 Russell                        14000             .4          1
           80 Partners                       13500             .3          2
           80 Errazuriz                      12000             .3          3
           80 Ozer                           11500            .25          4
           80 Cambrault                      11000             .3          5
           80 Abel                           11000             .3          5
           80 Zlotkey                        10500             .2          7
           80 Vishney                        10500            .25          8
           80 Bloom                          10000             .2          9
           80 Tucker                         10000             .3         10
           80 King                           10000            .35         11
           80 Fox                             9600             .2         12
           80 Greene                          9500            .15         13
           80 Bernstein                       9500            .25         14
           80 Sully                           9500            .35         15
           80 Hall                            9000            .25         16
           80 McEwen                          9000            .35         17
           80 Hutton                          8800            .25         18
           80 Taylor                          8600             .2         19
           80 Livingston                      8400             .2         20
           80 Olsen                           8000             .2         21
           80 Smith                           8000             .3         22
           80 Cambrault                       7500             .2         23
           80 Doran                           7500             .3         24
           80 Smith                           7400            .15         25
           80 Bates                           7300            .15         26
           80 Marvins                         7200             .1         27
           80 Tuvault                         7000            .15         28
           80 Sewall                          7000            .25         29
           80 Lee                             6800             .1         30
           80 Ande                            6400             .1         31
           80 Banda                           6200             .1         32
           80 Johnson                         6200             .1         32
           80 Kumar                           6100             .1         34
```

Functions    **7-153**

Cloudera Exhibit 1020 - Page 395 of 1808

Databricks_R2_PA_00002531

# RATIO_TO_REPORT

## Syntax

**ratio_to_report::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions, including valid forms of *expr*

## Purpose

`RATIO_TO_REPORT` is an analytic function. It computes the ratio of a value to the sum of a set of values. If *expr* evaluates to null, then the ratio-to-report value also evaluates to null.

The set of values is determined by the *query_partition_clause*. If you omit that clause, then the ratio-to-report is computed over all rows returned by the query.

You cannot use `RATIO_TO_REPORT` or any other analytic function for *expr*. That is, you cannot nest analytic functions, but you can use other built-in function expressions for *expr*. Please refer to "About SQL Expressions" on page 5-2 for information on valid forms of *expr*.

## Examples

The following example calculates the ratio-to-report value of each purchasing clerk's salary to the total of all purchasing clerks' salaries:

```
SELECT last_name, salary, RATIO_TO_REPORT(salary) OVER () AS rr
   FROM employees
   WHERE job_id = 'PU_CLERK';


LAST_NAME                    SALARY         RR
------------------------- ---------- ----------
Khoo                           3100 .223021583
Baida                          2900 .208633094
Tobias                         2800 .201438849
Himuro                         2600  .18705036
Colmenares                     2500 .179856115
```

Cloudera Exhibit 1020 - Page 396 of 1808

Databricks_R2_PA_00002532

# RAWTOHEX

## Syntax

**rawtohex::=**



## Purpose

RAWTOHEX converts *raw* to a character value containing its hexadecimal equivalent. The *raw* argument must be RAW datatype.

You can specify a BLOB argument for this function if it is called from within a PL/SQL block.

## Examples

The following hypothetical example returns the hexadecimal equivalent of a RAW column value:

```
SELECT RAWTOHEX(raw_column) "Graphics"
   FROM graphics;

Graphics
--------
7D
```

**See Also:**  "RAW and LONG RAW Datatypes" on page 2-30 and HEXTORAW on page 7-87

# RAWTONHEX

## Syntax

**rawtonhex::=**



Cloudera Exhibit 1020 - Page 397 of 1808

Databricks_R2_PA_00002533

### Purpose

RAWTONHEX converts *raw* to an NVARCHAR2 character value containing its
hexadecimal equivalent.

### Examples

The following hypothetical example returns the hexadecimal equivalent of a RAW
column value:

```
SELECT RAWTONHEX(raw_column),
   DUMP ( RAWTONHEX (raw_column) ) "DUMP"
   FROM graphics;
```

```
RAWTONHEX(RA)           DUMP
---------------------   -----------------------------
7D                      Typ=1 Len=4: 0,55,0,68
```

# REF

### Syntax

**ref::=**



### Purpose

REF takes as its argument a correlation variable (table alias) associated with a row
of an object table or an object view. A REF value is returned for the object instance
that is bound to the variable or row.

### Examples

The sample schema oe contains a type called cust_address_typ, described as
follows:

```
Attribute                       Type
-----------------------------   ----------------
STREET_ADDRESS                  VARCHAR2(40)
POSTAL_CODE                     VARCHAR2(10)
CITY                            VARCHAR2(30)
STATE_PROVINCE                  VARCHAR2(10)
COUNTRY_ID                         CHAR(2)
```

Cloudera Exhibit 1020 - Page 398 of 1808

Databricks_R2_PA_00002534

The following example creates a table based on the sample type `oe.cust_address_typ`, inserts a row into the table, and retrieves a REF value for the object instance of the type in the addresses table:

```
CREATE TABLE addresses OF cust_address_typ;

INSERT INTO addresses VALUES (
   '123 First Street', '4GF H1J', 'Our Town', 'Ourcounty', 'US');

SELECT REF(e) FROM addresses e;

REF(E)
--------------------------------------------------------------------------------
00002802097CD1261E51925B60E0340800020825436 7CD1261E51905B60E034080002082543 6010101820000
```

**See Also:**    *Oracle Database Concepts* for information on REFs

# REFTOHEX

### Syntax

**reftohex::=**



### Purpose

REFTOHEX converts argument *expr* to a character value containing its hexadecimal equivalent. *expr* must return a REF.

### Examples

The sample schema oe contains a `warehouse_typ`. The following example builds on that type to illustrate how to convert the REF value of a column to a character value containing its hexadecimal equivalent:

```
CREATE TABLE warehouse_table OF warehouse_typ
   (PRIMARY KEY (warehouse_id));

CREATE TABLE location_table
   (location_number NUMBER, building REF warehouse_typ
   SCOPE IS warehouse_table);
```

Cloudera Exhibit 1020 - Page 399 of 1808

Databricks_R2_PA_00002535

```
INSERT INTO warehouse_table VALUES (1, 'Downtown', 99);

INSERT INTO location_table SELECT 10, REF(w) FROM warehouse_table w;

SELECT REFTOHEX(building) FROM location_table;

REFTOHEX(BUILDING)
-----------------------------------------------------------------------
0000220208859B5E9255C31760E034080020825436859B5E9255C21760E034080020825436
```

# REGEXP_INSTR

## Syntax

### regexp_instr::=



## Purpose

REGEXP_INSTR extends the functionality of the INSTR function by letting you search a string for a regular expression pattern. The function evaluates strings using characters as defined by the input character set. It returns an integer indicating the beginning or ending position of the matched substring, depending on the value of the *return_option* argument. If no match is found, the function returns 0.

This function complies with the POSIX regular expression standard and the Unicode Regular Expression Guidelines. For more information, please refer to Appendix C, "Oracle Regular Expression Support".

- *source_string* is a character expression that serves as the search value. It is commonly a character column and can be of any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB.

Cloudera Exhibit 1020 - Page 400 of 1808

Databricks_R2_PA_00002536

- *pattern* is the regular expression. It is usually a text literal and can be of any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. It can contain up to 512 bytes. If the datatype of *pattern* is different from the datatype of *source_string*, Oracle Database converts *pattern* to the datatype of *source_string*. For a listing of the operators you can specify in *pattern*, please refer to Appendix C, "Oracle Regular Expression Support".

- *position* is a positive integer indicating the character of *source_string* where Oracle should begin the search. The default is 1, meaning that Oracle begins the search at the first character of *source_string*.

- *occurrence* is a positive integer indicating which occurrence of *pattern* in *source_string* Oracle should search for. The default is 1, meaning that Oracle searches for the first occurrence of *pattern*.

- *return_option* lets you specify what Oracle should return in relation to the occurrence:

  - If you specify 0, then Oracle returns the position of the first character of the occurrence. This is the default.

  - If you specify 1, then Oracle returns the position of the character following the occurrence.

- *match_parameter* is a text literal that lets you change the default matching behavior of the function. You can specify one or more of the following values for *match_parameter*:

  - 'i' specifies case-insensitive matching.

  - 'c' specifies case-sensitive matching.

  - 'n' allows the period (.), which is the match-any-character character, to match the newline character. If you omit this parameter, the period does not match the newline character.

  - 'm' treats the source string as multiple lines. Oracle interprets ^ and $ as the start and end, respectively, of any line anywhere in the source string, rather than only at the start or end of the entire source string. If you omit this parameter, Oracle treats the source string as a single line.

If you specify multiple contradictory values, Oracle uses the last value. For example, if you specify 'ic', then Oracle uses case-sensitive matching. If you specify a character other than those shown above, then Oracle returns an error.

If you omit *match_parameter*, then:

Cloudera Exhibit 1020 - Page 401 of 1808

Databricks_R2_PA_00002537

- The default case sensitivity is determined by the value of the NLS_SORT parameter.
- A period (.) does not match the newline character.
- The source string is treated as a single line.

**See Also:** INSTR on page 7-88 and REGEXP_SUBSTR on page 7-164

### Examples

The following example examines the string, looking for occurrences of one or more non-blank characters. Oracle begins searching at the first character in the string and returns the starting position (default) of the sixth occurrence of one or more non-blank characters.

```
SELECT
  REGEXP_INSTR('500 Oracle Parkway, Redwood Shores, CA',
               '[^ ]+', 1, 6) "REGEXP_INSTR"
  FROM DUAL;

REGEXP_INSTR
------------
          37
```

The following example examines the string, looking for occurrences of words beginning with s, r, or p, regardless of case, followed by any six alphabetic characters. Oracle begins searching at the third character in the string and returns the position in the string of the character following the second occurrence of a seven letter word beginning with s, r, or p, regardless of case.

```
SELECT
  REGEXP_INSTR('500 Oracle Parkway, Redwood Shores, CA',
               '[s|r|p][[:alpha:]]{6}', 3, 2, 1, 'i') "REGEXP_INSTR"
  FROM DUAL;

REGEXP_INSTR
------------
          28
```

Cloudera Exhibit 1020 - Page 402 of 1808

Databricks_R2_PA_00002538

# REGEXP_REPLACE

### Syntax

**regexp_replace::=**



### Purpose

REGEXP_REPLACE extends the functionality of the REPLACE function by letting you search a string for a regular expression pattern. By default, the function returns *source_string* with every occurrence of the regular expression pattern replaced with *replace_string*. The string returned is n the same character set as *source_string*. The function returns VARCHAR2 if the first argument is not a LOB and returns CLOB if the first argument is a LOB.

This function complies with the POSIX regular expression standard and the Unicode Regular Expression Guidelines. For more information, please refer to Appendix C, "Oracle Regular Expression Support".

- *source_string* is a character expression that serves as the search value. It is commonly a character column and can be of any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB or NCLOB.

- *pattern* is the regular expression. It is usually a text literal and can be of any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. It can contain up to 512 bytes. If the datatype of *pattern* is different from the datatype of *source_string*, Oracle Database converts *pattern* to the datatype of *source_string*. For a listing of the operators you can specify in *pattern*, please refer to Appendix C, "Oracle Regular Expression Support".

- *replace_string* can be of any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. If *replace_string* is a CLOB or NCLOB, then Oracle truncates *replace_string* to 32K. The *replace_string* can contain up to 500 backreferences to subexpressions in the form \n, where n is a number

Cloudera Exhibit 1020 - Page 403 of 1808

Databricks_R2_PA_00002539

from 1 to 9. If n is the blackslash character in `replace_string`, then you must precede it with the escape character (\\). For more information on backreference expressions, please refer to the notes to "Oracle Regular Expression Support", Table C–1 on page C-1.

- `position` is a positive integer indicating the character of `source_string` where Oracle should begin the search. The default is 1, meaning that Oracle begins the search at the first character of `source_string`.

- `occurrence` is a nonnegative integer indicating the occurrence of the replace operation:

    - If you specify 0, then Oracle replaces all occurrences of the match.

    - If you specify a positive integer n, then Oracle replaces the nth occurrence.

- `match_parameter` is a text literal that lets you change the default matching behavior of the function. This argument affects only the matching process and has no effect on `replace_string`. You can specify one or more of the following values for `match_parameter`:

    - `'i'` specifies case-insensitive matching.

    - `'c'` specifies case-sensitive matching.

    - `'n'` allows the period (.), which is the match-any-character character, to match the newline character. If you omit this parameter, the period does not match the newline character.

    - `'m'` treats the source string as multiple lines. Oracle interprets ^ and $ as the start and end, respectively, of any line anywhere in the source string, rather than only at the start or end of the entire source string. If you omit this parameter, Oracle treats the source string as a single line.

If you specify multiple contradictory values, Oracle uses the last value. For example, if you specify `'ic'`, then Oracle uses case-sensitive matching. If you specify a character other than those shown above, then Oracle returns an error.

If you omit `match_parameter`, then:

- The default case sensitivity is determined by the value of the NLS_SORT parameter.

- A period (.) does not match the newline character.

- The source string is treated as a single line.

    **See Also:** REPLACE on page 7-176

Cloudera Exhibit 1020 - Page 404 of 1808

## Examples

The following example examines phone_number, looking for the pattern *xxx.xxx.xxxx*. Oracle reformats this pattern with (*xxx*) *xxx-xxxx*.

```
SELECT
  REGEXP_REPLACE(phone_number,
                 '([[:digit:]]{3})\.([[:digit:]]{3})\.([[:digit:]]{4})',
                 '(\1) \2-\3') "REGEXP_REPLACE"
  FROM employees;

REGEXP_REPLACE
--------------------------------------------------------------------------------
(515) 123-4567
(515) 123-4568
(515) 123-4569
(590) 423-4567
. . .
```

The following example examines country_name. Oracle puts a space after each non-null character in the string.

```
SELECT
  REGEXP_REPLACE(country_name, '(.)', '\1 ') "REGEXP_REPLACE"
  FROM countries;

REGEXP_REPLACE
--------------------------------------------------------------------------------
A r g e n t i n a
A u s t r a l i a
B e l g i u m
B r a z i l
C a n a d a
. . .
```

The following example examines the string, looking for two or more spaces. Oracle replaces each occurrence of two or more spaces with a single space.

```
SELECT
  REGEXP_REPLACE('500   Oracle     Parkway,    Redwood  Shores, CA',
                 '( ){2,}', ' ') "REGEXP_REPLACE"
  FROM DUAL;

REGEXP_REPLACE
-------------------------------------
500 Oracle Parkway, Redwood Shores, CA
```

Cloudera Exhibit 1020 - Page 405 of 1808

Databricks_R2_PA_00002541

# REGEXP_SUBSTR

## Syntax

**regexp_substr::=**



## Purpose

`REGEXP_SUBSTR` extends the functionality of the `SUBSTR` function by letting you search a string for a regular expression pattern. It is also similar to `REGEXP_INSTR`, but instead of returning the position of the substring, it returns the substring itself. This function is useful if you need the contents of a match string but not its position in the source string. The function returns the string as `VARCHAR2` or `CLOB` data in the same character set as `source_string`.

This function complies with the POSIX regular expression standard and the Unicode Regular Expression Guidelines. For more information, please refer to Appendix C, "Oracle Regular Expression Support".

- `source_string` is a character expression that serves as the search value. It is commonly a character column and can be of any of the datatypes `CHAR`, `VARCHAR2`, `NCHAR`, `NVARCHAR2`, `CLOB`, or `NCLOB`.

- `pattern` is the **regular expression**. It is usually a text literal and can be of any of the datatypes `CHAR`, `VARCHAR2`, `NCHAR`, or `NVARCHAR2`. It can contain up to 512 bytes. If the datatype of `pattern` is different from the datatype of `source_string`, Oracle Database converts `pattern` to the datatype of `source_string`. For a listing of the operators you can specify in `pattern`, please refer to Appendix C, "Oracle Regular Expression Support".

- `position` is a positive integer indicating the character of `source_string` where Oracle should begin the search. The default is 1, meaning that Oracle begins the search at the first character of `source_string`.

Cloudera Exhibit 1020 - Page 406 of 1808

Databricks_R2_PA_00002542

- *occurrence* is a positive integer indicating which occurrence of *pattern* in *source_string* Oracle should search for. The default is 1, meaning that Oracle searches for the first occurrence of *pattern*.

- *match_parameter* is a text literal that lets you change the default matching behavior of the function. You can specify one or more of the following values for *match_parameter*:

  - `'i'` specifies case-insensitive matching.

  - `'c'` specifies case-sensitive matching.

  - `'n'` allows the period (.), which is the match-any-character character, to match the newline character. If you omit this parameter, the period does not match the newline character.

  - `'m'` treats the source string as multiple lines. Oracle interprets ^ and $ as the start and end, respectively, of any line anywhere in the source string, rather than only at the start or end of the entire source string. If you omit this parameter, Oracle treats the source string as a single line.

  If you specify multiple contradictory values, Oracle uses the last value. For example, if you specify `'ic'`, then Oracle uses case-sensitive matching. If you specify a character other than those shown above, then Oracle returns an error.

  If you omit *match_parameter*, then:

  - The default case sensitivity is determined by the value of the NLS_SORT parameter.

  - A period (.) does not match the newline character.

  - The source string is treated as a single line.

    **See Also:** SUBSTR on page 7-212 and REGEXP_INSTR on page 7-158

### Examples

The following example examines the string, looking for the first substring bounded by commas. Oracle Database searches for a comma followed by one or more occurrences of non-comma characters followed by a comma. Oracle returns the substring, including the leading and trailing commas.

```
SELECT
  REGEXP_SUBSTR('500 Oracle Parkway, Redwood Shores, CA',
                ',[^,]+,') "REGEXPR_SUBSTR"
  FROM DUAL;
```

Cloudera Exhibit 1020 - Page 407 of 1808

Databricks_R2_PA_00002543

```
REGEXPR_SUBSTR
-----------------
, Redwood Shores,
```

The following example examines the string, looking for `http://` followed by a substring of one or more alphanumeric characters and optionally, a period (.). Oracle searches for a minimum of three and a maximum of four occurrences of this substring between `http://` and either a slash (/) or the end of the string.

```
SELECT
  REGEXP_SUBSTR('http://www.oracle.com/products',
                'http://([[:alnum:]]+\.?){3,4}/?') "REGEXP_SUBSTR"
  FROM DUAL;

REGEXP_SUBSTR
----------------------
http://www.oracle.com/
```

# REGR_ (Linear Regression) Functions

The linear regression functions are:

- REGR_SLOPE

- REGR_INTERCEPT

- REGR_COUNT

- REGR_R2

- REGR_AVGX

- REGR_AVGY

- REGR_SXX

- REGR_SYY

- REGR_SXY

Cloudera Exhibit 1020 - Page 408 of 1808

Databricks_R2_PA_00002544

## Syntax

**linear_regr::=**



**See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

The linear regression functions fit an ordinary-least-squares regression line to a set of number pairs. You can use them as both aggregate and analytic functions.

**See Also:** "Aggregate Functions" on page 7-9 and "About SQL Expressions" on page 5-2 for information on valid forms of *expr*

These functions take as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

**See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

Cloudera Exhibit 1020 - Page 409 of 1808

Databricks_R2_PA_00002545

Oracle applies the function to the set of (*expr1*, *expr2*) pairs after eliminating all pairs for which either *expr1* or *expr2* is null. Oracle computes all the regression functions simultaneously during a single pass through the data.

*expr1* is interpreted as a value of the dependent variable (a y value), and *expr2* is interpreted as a value of the independent variable (an x value).

- REGR_SLOPE returns the slope of the line. The return value is a numeric datatype and can be null. After the elimination of null (*expr1*, *expr2*) pairs, it makes the following computation:

```
COVAR_POP(expr1, expr2) / VAR_POP(expr2)
```

- REGR_INTERCEPT returns the y-intercept of the regression line. The return value is a numeric datatype and can be null. After the elimination of null (*expr1*, *expr2*) pairs, it makes the following computation:

```
AVG(expr1) - REGR_SLOPE(expr1, expr2) * AVG(expr2)
```

- REGR_COUNT returns an integer that is the number of non-null number pairs used to fit the regression line.

- REGR_R2 returns the coefficient of determination (also called R-squared or goodness of fit) for the regression. The return value is a numeric datatype and can be null. VAR_POP(*expr1*) and VAR_POP(*expr2*) are evaluated after the elimination of null pairs. The return values are:

```
              NULL if VAR_POP(expr2)  = 0

                 1 if VAR_POP(expr1)  = 0 and
                      VAR_POP(expr2) != 0

POWER(CORR(expr1,expr),2) if VAR_POP(expr1)  > 0 and
                      VAR_POP(expr2  != 0
```

All of the remaining regression functions return a numeric datatype and can be null:

- REGR_AVGX evaluates the average of the independent variable (*expr2*) of the regression line. It makes the following computation after the elimination of null (*expr1*, *expr2*) pairs:

```
AVG(expr2)
```

- REGR_AVGY evaluates the average of the dependent variable (*expr1*) of the regression line. It makes the following computation after the elimination of null (*expr1*, *expr2*) pairs:

Cloudera Exhibit 1020 - Page 410 of 1808

```
AVG(expr1)
```

REGR_SXY, REGR_SXX, REGR_SYY are auxiliary functions that are used to compute various diagnostic statistics.

■   REGR_SXX makes the following computation after the elimination of null (*expr1*, *expr2*) pairs:

```
REGR_COUNT(expr1, expr2) * VAR_POP(expr2)
```

■   REGR_SYY makes the following computation after the elimination of null (*expr1*, *expr2*) pairs:

```
REGR_COUNT(expr1, expr2) * VAR_POP(expr1)
```

■   REGR_SXY makes the following computation after the elimination of null (*expr1*, *expr2*) pairs:

```
REGR_COUNT(expr1, expr2) * COVAR_POP(expr1, expr2)
```

The following examples are based on the sample tables `sh.sales` and `sh.products`.

### General Linear Regression Example

The following example provides a comparison of the various linear regression functions:

```
SELECT
s.channel_id,
REGR_SLOPE(s.quantity_sold, p.prod_list_price)  SLOPE ,
REGR_INTERCEPT(s.quantity_sold, p.prod_list_price)  INTCPT ,
REGR_R2(s.quantity_sold, p.prod_list_price)  RSQR ,
REGR_COUNT(s.quantity_sold, p.prod_list_price)  COUNT ,
REGR_AVGX(s.quantity_sold, p.prod_list_price)  AVGLISTP ,
REGR_AVGY(s.quantity_sold, p.prod_list_price)  AVGQSOLD
FROM  sales s, products p
WHERE s.prod_id=p.prod_id AND
p.prod_category='Men'  AND
s.time_id=to_DATE('10-OCT-2000')
GROUP BY s.channel_id;

C     SLOPE     INTCPT      RSQR      COUNT   AVGLISTP   AVGQSOLD
- ---------- ---------- ---------- ---------- ---------- ----------
C -.03529838 16.4548382 .217277422         17 87.8764706 13.3529412
I  -.0108044 13.3082392 .028398018         43  116.77907 12.0465116
```

Cloudera Exhibit 1020 - Page 411 of 1808

Databricks_R2_PA_00002547

REGR_ (Linear Regression) Functions

```
P -.01729665 11.3634927 .026191191        33 80.5818182 9.96969697
S -.01277499 13.488506 .000473089         71 52.571831 12.8169014
T -.01026734 5.01019929 .064283727        21      75.2 4.23809524
```

### REGR_SLOPE and REGR_INTERCEPT Examples

The following example determines the slope and intercept of the regression line for the amount of sales and sale profits for each fiscal year:

```
SELECT t.fiscal_year,
   REGR_SLOPE(s.amount_sold, s.quantity_sold) "Slope",
   REGR_INTERCEPT(s.amount_sold, s.quantity_sold) "Intercept"
   FROM sales s, times t
   WHERE s.time_id = t.time_id
   GROUP BY t.fiscal_year;

FISCAL_YEAR     Slope  Intercept
----------- ---------- ----------
       1998 49.3934247 71.6015479
       1999 49.3443482 70.1502601
       2000 49.2262135 75.0287476
```

The following example determines the cumulative slope and cumulative intercept of the regression line for the amount of and quantity of sales for two products (270 and 260) for weekend transactions (day_number_in_week = 6 or 7) during the last three weeks (fiscal_week_number of 50, 51, or 52) of 1998:

```
SELECT t.fiscal_month_number "Month", t.day_number_in_month "Day",
   REGR_SLOPE(s.amount_sold, s.quantity_sold)
     OVER (ORDER BY t.fiscal_month_desc, t.day_number_in_month) AS CUM_SLOPE,
   REGR_INTERCEPT(s.amount_sold, s.quantity_sold)
     OVER (ORDER BY t.fiscal_month_desc, t.day_number_in_month) AS CUM_ICPT
   FROM sales s, times t
   WHERE s.time_id = t.time_id
     AND s.prod_id IN (270, 260)
     AND t.fiscal_year=1998
     AND t.fiscal_week_number IN (50, 51, 52)
     AND t.day_number_in_week IN (6,7)
   ORDER BY t.fiscal_month_desc, t.day_number_in_month;

        Month        Day  CUM_SLOPE   CUM_ICPT
   ---------- ---------- ---------- ----------
           12         12        -68       1872
           12         12        -68       1872
           12         13 -20.244898 1254.36735
           12         13 -20.244898 1254.36735
```

Cloudera Exhibit 1020 - Page 412 of 1808

Databricks_R2_PA_00002548

```
12          19 -18.826087        1287
12          20 62.4561404  125.28655
12          20 62.4561404  125.28655
12          20 62.4561404  125.28655
12          20 62.4561404  125.28655
12          26 67.2658228 58.9712313
12          26 67.2658228 58.9712313
12          27 37.5245541 284.958221
12          27 37.5245541 284.958221
12          27 37.5245541 284.958221
```

## REGR_COUNT Examples

The following example returns the number of customers in the `customers` table (out of a total of 319) who have account managers.

```
SELECT REGR_COUNT(customer_id, account_mgr_id) FROM customers;

REGR_COUNT(CUSTOMER_ID,ACCOUNT_MGR_ID)
--------------------------------------
                                   231
```

The following example computes the cumulative number of transactions for each day in April of 1998:

```
SELECT UNIQUE t.day_number_in_month,
   REGR_COUNT(s.amount_sold, s.quantity_sold)
      OVER (PARTITION BY t.fiscal_month_number
   ORDER BY t.day_number_in_month) "Regr_Count"
FROM sales s, times t
WHERE s.time_id = t.time_id
AND t.fiscal_year = 1998 AND t.fiscal_month_number = 4;

DAY_NUMBER_IN_MONTH Regr_Count
------------------- ----------
                  1        825
                  2       1650
                  3       2475
                  4       3300
. . .
                 26      21450
                 30      22200
```

Cloudera Exhibit 1020 - Page 413 of 1808

Databricks_R2_PA_00002549

REGR_ (Linear Regression) Functions

### REGR_R2 Examples

The following example computes the coefficient of determination of the regression line for amount of sales greater than 5000 and quantity sold:

```
SELECT REGR_R2(amount_sold, quantity_sold) FROM sales
   WHERE amount_sold > 5000;

REGR_R2(AMOUNT_SOLD,QUANTITY_SOLD)
----------------------------------
                        .024087453
```

The following example computes the cumulative coefficient of determination of the regression line for monthly sales amounts and quantities for each month during 1998:

```
SELECT t.fiscal_month_number,
      REGR_R2(SUM(s.amount_sold), SUM(s.quantity_sold))
      OVER (ORDER BY t.fiscal_month_number) "Regr_R2"
   FROM sales s, times t
   WHERE s.time_id = t.time_id
   AND t.fiscal_year = 1998
   GROUP BY t.fiscal_month_number
   ORDER BY t.fiscal_month_number;

FISCAL_MONTH_NUMBER    Regr_R2
------------------- ----------
                  1
                  2          1
                  3 .927372984
                  4 .807019972
                  5 .932745567
                  6  .94682861
                  7 .965342011
                  8 .955768075
                  9 .959542618
                 10 .938618575
                 11 .880931415
                 12 .882769189
```

### REGR_AVGY and REGR_AVGX Examples

The following example calculates the regression average for the amount and quantity of sales for each year:

```
SELECT t.fiscal_year,
   REGR_AVGY(s.amount_sold, s.quantity_sold) "Regr_AvgY",
```

Cloudera Exhibit 1020 - Page 414 of 1808

Databricks_R2_PA_00002550

```
    REGR_AVGX(s.amount_sold, s.quantity_sold) "Regr_AvgX"
FROM sales s, times t
WHERE s.time_id = t.time_id
GROUP BY t.fiscal_year;

FISCAL_YEAR  Regr_AvgY  Regr_AvgX
-----------  ---------- ----------
       1998 716.602044 13.0584283
       1999 714.910831 13.0665536
       2000 717.331304 13.0479781
```

The following example calculates the cumulative averages for the amount and quantity of sales profits for product 260 during the last two weeks of December 1998:

```
SELECT t.day_number_in_month,
    REGR_AVGY(s.amount_sold, s.quantity_sold)
       OVER (ORDER BY t.fiscal_month_desc, t.day_number_in_month)
       "Regr_AvgY",
    REGR_AVGX(s.amount_sold, s.quantity_sold)
       OVER (ORDER BY t.fiscal_month_desc, t.day_number_in_month)
       "Regr_AvgX"
    FROM sales s, times t
    WHERE s.time_id = t.time_id
       AND s.prod_id = 260
       AND t.fiscal_month_desc = '1998-12'
       AND t.fiscal_week_number IN (51, 52)
    ORDER BY t.day_number_in_month;

DAY_NUMBER_IN_MONTH  Regr_AvgY  Regr_AvgX
-------------------  ---------- ----------
                 14         882       24.5
                 14         882       24.5
                 15         801      22.25
                 15         801      22.25
                 16       777.6       21.6
                 18 642.857143 17.8571429
                 18 642.857143 17.8571429
                 20       589.5     16.375
                 21         544 15.1111111
                 22 592.363636 16.4545455
                 22 592.363636 16.4545455
                 24 553.846154 15.3846154
                 24 553.846154 15.3846154
                 26         522       14.5
```

Cloudera Exhibit 1020 - Page 415 of 1808

Databricks_R2_PA_00002551

```
               27      578.4 16.0666667
```

### REGR_SXY, REGR_SXX, and REGR_SYY Examples

The following example computes the REGR_SXY, REGR_SXX, and REGR_SYY values for the regression analysis of amount and quantity of sales for each year in the sample sh.sales table:

```
SELECT t.fiscal_year,
   REGR_SXY(s.amount_sold, s.quantity_sold) "Regr_sxy",
   REGR_SYY(s.amount_sold, s.quantity_sold) "Regr_syy",
   REGR_SXX(s.amount_sold, s.quantity_sold) "Regr_sxx"
FROM sales s, times t
WHERE s.time_id = t.time_id
GROUP BY t.fiscal_year;

FISCAL_YEAR   Regr_sxy   Regr_syy   Regr_sxx
----------- ---------- ---------- ----------
       1998 1620591607 2.3328E+11 32809865.2
       1999 1955866724 2.7695E+11 39637097.2
       2000 2127877398 3.0630E+11 43226509.7
```

The following example computes the cumulative REGR_SXY, REGR_SXX, and REGR_SYY statistics for amount and quantity of weekend sales for products 270 and 260 for each year-month value in 1998:

```
SELECT t.day_number_in_month,
   REGR_SXY(s.amount_sold, s.quantity_sold)
      OVER (ORDER BY t.fiscal_year, t.fiscal_month_desc) "Regr_sxy",
   REGR_SYY(s.amount_sold, s.quantity_sold)
      OVER (ORDER BY t.fiscal_year, t.fiscal_month_desc) "Regr_syy",
   REGR_SXX(s.amount_sold, s.quantity_sold)
      OVER (ORDER BY t.fiscal_year, t.fiscal_month_desc) "Regr_sxx"
FROM sales s, times t
WHERE s.time_id = t.time_id
   AND prod_id IN (270, 260)
   AND t.fiscal_month_desc = '1998-02'
   AND t.day_number_in_week IN (6,7)
ORDER BY t.day_number_in_month;

DAY_NUMBER_IN_MONTH   Regr_sxy   Regr_syy   Regr_sxx
------------------- ---------- ---------- ----------
                  1 130973783 1.8916E+10 2577797.94
. . .
                 30 130973783 1.8916E+10 2577797.94
```

Cloudera Exhibit 1020 - Page 416 of 1808

Databricks_R2_PA_00002552

# REMAINDER

## Syntax

**remainder::=**



## Purpose

`REMAINDER` returns the remainder of *m* divided by *n*.

This function takes as arguments any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. Oracle determines the argument with the highest numeric precedence, implicitly converts the remaining arguments to that datatype, and returns that datatype.

The `MOD` function is similar to `REMAINDER` except that it uses `FLOOR` in its formula, whereas `REMAINDER` uses ROUND. Please refer to MOD on page 7-113.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

- If *n* = 0 or *m* = infinity, then Oracle returns
  - An error if the arguments are of type `NUMBER`
  - NaN if the arguments are `BINARY_FLOAT` or `BINARY_DOUBLE`.
- If *n* != 0, then the remainder is *m* - (*n\*N*) where *N* is the integer nearest *m*/*n*.
- If *m* is a floating-point number, and if the remainder is 0, then the sign of the remainder is the sign of *m*. Remainders of 0 are unsigned for `NUMBER` values.

## Examples

Using table `float_point_demo`, created for the `TO_BINARY_DOUBLE` "Examples" on page 7-232, the following example divides two floating-point numbers and returns the remainder of that operation:

```
SELECT bin_float, bin_double, REMAINDER(bin_float, bin_double)
  FROM float_point_demo;
```

Cloudera Exhibit 1020 - Page 417 of 1808

Databricks_R2_PA_00002553

```
 BIN_FLOAT BIN_DOUBLE REMAINDER(BIN_FLOAT,BIN_DOUBLE)
---------- ---------- ------------------------------
1.235E+003 1.235E+003                       5.859E-005
```

# REPLACE

## Syntax

**replace::=**



## Purpose

REPLACE returns *char* with every occurrence of *search_string* replaced with *replacement_string*. If *replacement_string* is omitted or null, then all occurrences of *search_string* are removed. If *search_string* is null, then *char* is returned.

Both *search_string* and *replacement_string*, as well as *char*, can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is in the same character set as *char*. The function returns VARCHAR2 if the first argument is not a LOB and returns CLOB if the first argument is a LOB.

REPLACE provides functionality related to that provided by the TRANSLATE function. TRANSLATE provides single-character, one-to-one substitution. REPLACE lets you substitute one string for another as well as to remove character strings.

> **See Also:** TRANSLATE on page 7-253

## Examples

The following example replaces occurrences of J with BL:

```
SELECT REPLACE('JACK and JUE','J','BL') "Changes"
     FROM DUAL;

Changes
--------------
BLACK and BLUE
```

Cloudera Exhibit 1020 - Page 418 of 1808

Databricks_R2_PA_00002554

# ROUND (number)

### Syntax

**round_number::=**



### Purpose

ROUND returns $n$ rounded to *integer* places to the right of the decimal point. If you omit *integer*, then $n$ is rounded to 0 places. The argument *integer* can be negative to round off digits left of the decimal point.

$n$ can be any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The argument *integer* must be an integer. If you omit *integer*, then the function returns the same datatype as the numeric datatype of the argument. If you include *integer*, then the function returns NUMBER.

For NUMBER values, the value $n$ is rounded away from 0 (for example, to $x+1$ when $x.5$ is positive and to $x-1$ when $x.5$ is negative). For BINARY_FLOAT and BINARY_DOUBLE values, the function rounds to the nearest even value. Please refer to the examples that follow.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example rounds a number to one decimal point:

```
SELECT ROUND(15.193,1) "Round" FROM DUAL;

     Round
----------
      15.2
```

The following example rounds a number one digit to the left of the decimal point:

```
SELECT ROUND(15.193,-1) "Round" FROM DUAL;

     Round
```

Cloudera Exhibit 1020 - Page 419 of 1808

Databricks_R2_PA_00002555

```
----------
        20
```

The following examples illustrate the difference between rounding NUMBER and floating-point number values. NUMBER values are rounded up (for positive values), whereas floating-point numbers are rounded toward the nearest even value:

```
SELECT ROUND(1.5), ROUND(2.5) FROM DUAL;

ROUND(1.5) ROUND(2.5)
---------- ----------
         2          3

SELECT ROUND(1.5f), ROUND(2.5f) FROM DUAL;

ROUND(1.5F) ROUND(2.5F)
----------- -----------
   2.0E+000    2.0E+000
```

# ROUND (date)

## Syntax

**round_date::=**



## Purpose

ROUND returns *date* rounded to the unit specified by the format model *fmt*. The value returned is always of datatype DATE, even if you specify a different datetime datatype for *date*. If you omit *fmt*, then *date* is rounded to the nearest day. The *date* expression must resolve to a DATE value.

> **See Also:** "ROUND and TRUNC Date Functions" on page 7-286 for the permitted format models to use in *fmt*

## Examples

The following example rounds a date to the first day of the following year:

```
SELECT ROUND (TO_DATE ('27-OCT-00'),'YEAR')
```

Cloudera Exhibit 1020 - Page 420 of 1808

Databricks_R2_PA_00002556

```
    "New Year" FROM DUAL;

New Year
---------
01-JAN-01
```

# ROW_NUMBER

### Syntax

**row_number::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

### Purpose

ROW_NUMBER is an analytic function. It assigns a unique number to each row to which it is applied (either each row in the partition or each row returned by the query), in the ordered sequence of rows specified in the *order_by_clause*, beginning with 1.

By nesting a subquery using ROW_NUMBER inside a query that retrieves the ROW_NUMBER values for a specified range, you can find a precise subset of rows from the results of the inner query. This use of the function lets you implement top-N, bottom-N, and inner-N reporting. For consistent results, the query must ensure a deterministic sort order.

You cannot use ROW_NUMBER or any other analytic function for *expr*. That is, you cannot nest analytic functions, but you can use other built-in function expressions for *expr*. Please refer to "About SQL Expressions" on page 5-2 for information on valid forms of *expr*.

### Examples

For each department in the sample table oe.employees, the following example assigns numbers to each row in order of employee's hire date:

```
SELECT department_id, last_name, employee_id, ROW_NUMBER()
  OVER (PARTITION BY department_id ORDER BY employee_id) AS emp_id
```

Cloudera Exhibit 1020 - Page 421 of 1808

Databricks_R2_PA_00002557

```
   FROM employees;

DEPARTMENT_ID LAST_NAME                 EMPLOYEE_ID    EMP_ID
------------- ------------------------- ----------- ----------
           10 Whalen                            200          1
           20 Hartstein                         201          1
           20 Fay                               202          2
           30 Raphaely                          114          1
           30 Khoo                              115          2
           30 Baida                             116          3
           30 Tobias                            117          4
           30 Himuro                            118          5
           30 Colmenares                        119          6
           40 Mavris                            203          1
. . .
          100 Popp                              113          6
          110 Higgins                           205          1
          110 Gietz                             206          2
```

ROW_NUMBER is a nondeterministic function. However, employee_id is a unique key, so the results of this application of the function are deterministic.

> **See Also:** FIRST_VALUE on page 7-79 and LAST_VALUE on page 7-95 for examples of nondeterministic behavior

The following inner-N query selects all rows from the employees table but returns only the fifty-first through one-hundredth row:

```
SELECT last_name FROM
   (SELECT last_name, ROW_NUMBER() over (order by last_name) R FROM employees)
   WHERE R BETWEEN 51 and 100;
```

# ROWIDTOCHAR

## Syntax

**rowidtochar::=**



Cloudera Exhibit 1020 - Page 422 of 1808

Databricks_R2_PA_00002558

**Purpose**

ROWIDTOCHAR converts a rowid value to VARCHAR2 datatype. The result of this conversion is always 18 characters long.

**Examples**

The following example converts a rowid value in the employees table to a character value. (Results vary for each build of the sample database.)

```
SELECT ROWID FROM employees
   WHERE ROWIDTOCHAR(ROWID) LIKE '%SAAb%';

ROWID
------------------
AAAFfIAAFAAAABSAAb
```

# ROWIDTONCHAR

**Syntax**

**rowidtonchar::=**



**Purpose**

ROWIDTONCHAR converts a rowid value to NVARCHAR2 datatype. The result of this conversion is always 18 characters long.

**Examples**

The following example converts a rowid value to an NVARCHAR2 string:

```
SELECT LENGTHB( ROWIDTONCHAR(ROWID) ), ROWIDTONCHAR(ROWID)
   FROM employees;

LENGTHB(ROWIDTONCHAR(ROWID)) ROWIDTONCHAR(ROWID
---------------------------- ------------------
                          36 AAAFfIAAFAAAABSAAA
. . .
```

Cloudera Exhibit 1020 - Page 423 of 1808

Databricks_R2_PA_00002559

# RPAD

### Syntax

**rpad::=**



### Purpose

RPAD returns $expr1$, right-padded to length $n$ characters with $expr2$, replicated as many times as necessary. This function is useful for formatting the output of a query.

Both $expr1$ and $expr2$ can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is of VARCHAR2 datatype and is in the same character set as $expr1$. The argument $n$ must be a NUMBER integer or a value that can be implicitly converted to a NUMBER integer.

If you do not specify $expr2$, then it defaults to a single blank. If $expr1$ is longer than $n$, then this function returns the portion of $expr1$ that fits in $n$.

The argument $n$ is the total length of the return value as it is displayed on your terminal screen. In most character sets, this is also the number of characters in the return value. However, in some multibyte character sets, the display length of a character string can differ from the number of characters in the string.

### Examples

The following example creates a simple chart of salary amounts by padding a null string with asterisks:

```
SELECT last_name, RPAD(' ', salary/1000/1, '*') "Salary"
   FROM employees
   WHERE department_id = 80
   ORDER BY last_name;

LAST_NAME               Salary
----------------------- ---------------
Abel                    **********
Ande                    *****
Banda                   *****
Bates                   ******
```

Cloudera Exhibit 1020 - Page 424 of 1808

```
Bernstein              ********
Bloom                  *********
Cambrault              **********
Cambrault              ******
Doran                  ******
Errazuriz              ***********
Fox                    ********
Greene                 ********
Hall                   ********
Hutton                 *******
Johnson                *****
King                   *********
. . .
```

# RTRIM

## Syntax

**rtrim::=**



## Purpose

RTRIM removes from the right end of *char* all of the characters that appear in *set*. This function is useful for formatting the output of a query.

If you do not specify *set*, then it defaults to a single blank. If *char* is a character literal, then you must enclose it in single quotes. RTRIM works similarly to LTRIM.

Both *char* and *set* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The string returned is of VARCHAR2 datatype and is in the same character set as *char*.

> **See Also:** LTRIM on page 7-106

## Examples

The following example trims all the right-most occurrences of period, slash, and equal sign from a string:

```
SELECT RTRIM('BROWNING: ./=./=./=./=./=.=','/=.') "RTRIM example" FROM DUAL;
```

Cloudera Exhibit 1020 - Page 425 of 1808

Databricks_R2_PA_00002561

```
RTRIM exam
----------
BROWNING:
```

# SCN_TO_TIMESTAMP

## Syntax

**scn_to_timestamp::=**



## Purpose

SCN_TO_TIMESTAMP takes as an argument a number that evaluates to a system change number (SCN), and returns the approximate timestamp associated with that SCN. The returned value is of TIMESTAMP datatype. This function is useful any time you want to know the timestamp associated with an SCN. For example, it can be used in conjunction with the ORA_ROWSCN pseudocolumn to associate a timestamp with the most recent change to a row.

> **See Also:**  ORA_ROWSCN on page 3-8 and TIMESTAMP_TO_ SCN on page 7-230

## Examples

The following example uses the ORA_ROWSCN pseudocolumn to determine the system change number of the last update to a row and uses SCN_TO_TIMESTAMP to convert that SCN to a timestamp:

```
SELECT SCN_TO_TIMESTAMP(ORA_ROWSCN) FROM employees
   WHERE employee_id = 188;
```

You could use such a query to convert a system change number to a timestamp for use in an Oracle Flashback Query:

```
SELECT salary FROM employees WHERE employee_id = 188;
    SALARY
----------
      3800

UPDATE employees SET salary = salary*10 WHERE employee_id = 188;
COMMIT;
```

Cloudera Exhibit 1020 - Page 426 of 1808

Databricks_R2_PA_00002562

```
SELECT salary FROM employees WHERE employee_id = 188;
    SALARY
----------
     38000

SELECT SCN_TO_TIMESTAMP(ORA_ROWSCN) FROM employees
   WHERE employee_id = 188;
SCN_TO_TIMESTAMP(ORA_ROWSCN)
---------------------------------------------------------------------------
28-AUG-03 01.58.01.000000000 PM

FLASHBACK TABLE employees TO TIMESTAMP
   TO_TIMESTAMP('28-AUG-03 01.00.00.000000000 PM');

SELECT salary FROM employees WHERE employee_id = 188;
    SALARY
----------
      3800
```

# SESSIONTIMEZONE

## Syntax

**sessiontimezone::=**

→ SESSIONTIMEZONE →

## Purpose

SESSIONTIMEZONE returns the time zone of the current session. The return type is a time zone offset (a character type in the format ' [+|] TZH:TZM') or a time zone region name, depending on how the user specified the session time zone value in the most recent ALTER SESSION statement.

> **Note:** You can set the default client session time zone using the ORA_SDTZ environment variable. Please refer to *Oracle Database Globalization Support Guide* for more information on this variable.

Cloudera Exhibit 1020 - Page 427 of 1808

Databricks_R2_PA_00002563

### Examples

The following example returns the time zone of the current session:

```
SELECT SESSIONTIMEZONE FROM DUAL;

SESSION
-------
-08:00
```

# SET

### Syntax

**set::=**



### Purpose

SET converts a nested table into a set by eliminating duplicates. The function returns a nested table whose elements are distinct from one another. The returned nested table is of the same type as the input nested table.

The element types of the nested table must be comparable. Please refer to "Comparison Conditions" on page 6-4 for information on the comparability of nonscalar types.

### Example

The following example selects from the customers_demo table the unique elements of the cust_address_ntab nested table column:

```
SELECT customer_id, SET(cust_address_ntab) address
  FROM customers_demo;

CUSTOMER_ID ADDRESS(STREET_ADDRESS, POSTAL_CODE, CITY, STATE_PROVINCE, COUNTRY_ID)
----------- ---------------------------------------------------------------------------
        101 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('514 W Superior St', '46901', 'Kokomo', 'IN', 'US'))
        102 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('2515 Bloyd Ave', '46218', 'Indianapolis', 'IN', 'US'))
        103 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('8768 N State Rd 37', '47404', 'Bloomington', 'IN', 'US'))
        104 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('6445 Bay Harbor Ln', '46254', 'Indianapolis', 'IN', 'US'))
        105 CUST_ADDRESS_TAB_TYP(CUST_ADDRESS_TYP('4019 W 3Rd St', '47404', 'Bloomington', 'IN', 'US'))
. . .
```

Cloudera Exhibit 1020 - Page 428 of 1808

The preceding example requires the table `customers_demo` and a nested table column containing data. Please refer to "Multiset Operators" on page 4-1 to create this table and nested table column.

# SIGN

### Syntax

**sign::=**



### Purpose

`SIGN` returns the sign of $n$. This function takes as an argument any numeric datatype, or any nonnumeric datatype that can be implicitly converted to `NUMBER`, and returns `NUMBER`.

For value of `NUMBER` type, the sign is:

- -1 if $n<0$
- 0 if $n=0$
- 1 if $n>0$

For binary floating-point numbers (`BINARY_FLOAT` and `BINARY_DOUBLE`), this function returns the sign bit of the number. The sign bit is:

- -1 if $n<0$
- +1 if $n>=0$ or $n=$NaN

### Examples

The following example indicates that the argument of the function (-15) is <0:

```
SELECT SIGN(-15) "Sign" FROM DUAL;

      Sign
----------
        -1
```

Cloudera Exhibit 1020 - Page 429 of 1808

Databricks_R2_PA_00002565

# SIN

## Syntax

**sin::=**



## Purpose

SIN returns the sine of $n$ (an angle expressed in radians).

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:**    Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

## Examples

The following example returns the sine of 30 degrees:

```
SELECT SIN(30 * 3.14159265359/180)
 "Sine of 30 degrees" FROM DUAL;

Sine of 30 degrees
------------------
                .5
```

# SINH

## Syntax

**sinh::=**



## Purpose

SINH returns the hyperbolic sine of $n$.

Cloudera Exhibit 1020 - Page 430 of 1808

Databricks_R2_PA_00002566

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is `BINARY_FLOAT`, then the function returns `BINARY_DOUBLE`. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the hyperbolic sine of 1:

```
SELECT SINH(1) "Hyperbolic sine of 1" FROM DUAL;

Hyperbolic sine of 1
--------------------
          1.17520119
```

# SOUNDEX

### Syntax

**soundex::=**



### Purpose

`SOUNDEX` returns a character string containing the phonetic representation of `char`. This function lets you compare words that are spelled differently, but sound alike in English.

The phonetic representation is defined in *The Art of Computer Programming*, Volume 3: Sorting and Searching, by Donald E. Knuth, as follows:

1. Retain the first letter of the string and remove all other occurrences of the following letters: a, e, h, i, o, u, w, y.

2. Assign numbers to the remaining letters (after the first) as follows:

```
b, f, p, v = 1
c, g, j, k, q, s, x, z = 2
d, t = 3
l = 4
```

Cloudera Exhibit 1020 - Page 431 of 1808

Databricks_R2_PA_00002567

```
m, n = 5
r = 6
```

3.  If two or more letters with the same number were adjacent in the original name (before step 1), or adjacent except for any intervening h and w, then omit all but the first.

4.  Return the first four bytes padded with 0.

*char* can be of any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The return value is the same datatype as *char*.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following example returns the employees whose last names are a phonetic representation of "Smyth":

```
SELECT last_name, first_name
    FROM hr.employees
    WHERE SOUNDEX(last_name)
        = SOUNDEX('SMYTHE');

LAST_NAME  FIRST_NAME
---------- ----------
Smith      Lindsey
Smith      William
```

# SQRT

### Syntax

**sqrt::=**



### Purpose

SQRT returns the square root of *n*.

Cloudera Exhibit 1020 - Page 432 of 1808

Databricks_R2_PA_00002568

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

**See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

- If $n$ resolves to a NUMBER, then the value $n$ cannot be negative. SQRT returns a real number.

- If $n$ resolves to a binary floating-point number (BINARY_FLOAT or BINARY_DOUBLE):

  - If $n >= 0$, the result is positive.

  - If $n = -0$, the result is -0.

  - If $n < 0$, the result is NaN.

### Examples
The following example returns the square root of 26:

```
SELECT SQRT(26) "Square root" FROM DUAL;

Square root
-----------
5.09901951
```

# STATS_BINOMIAL_TEST

### Syntax

**stats_binomial_test::=**



Cloudera Exhibit 1020 - Page 433 of 1808

Databricks_R2_PA_00002569

STATS_BINOMIAL_TEST

## Purpose

STATS_BINOMIAL_TEST is an exact probability test used for dichotomous variables, where only two possible values exist. It tests the difference between a sample proportion and a given proportion. The sample size in such tests is usually small.

This function takes four arguments: *expr1* is the sample being examined. *expr2* contains the values for which the proportion is expected to be, and *p* is a proportion to test against. The fourth argument is a return value of type VARCHAR2. If you omit the fourth argument, the default is TWO_SIDED_PROB. The meaning of the return values is shown in Table 7–3.

*Table 7–3   STATS_BINOMIAL Return Values*

| Return Value | Meaning |
|---|---|
| TWO_SIDED_PROB | The probability that the given population proportion, *p*, could result in the observed proportion or a more extreme one. |
| EXACT_PROB | The probability that the given population proportion, *p*, could result in exactly the observed proportion. |
| ONE_SIDED_PROB_OR_MORE | The probability that the given population proportion, *p*, could result in the observed proportion or a larger one. |
| ONE_SIDED_PROB_OR_LESS | The probability that the given population proportion, *p*, could result in the observed proportion or a smaller one. |

EXACT_PROB gives the probability of getting exactly proportion *p*. In cases where you want to test whether the proportion found in the sample is significantly different from a 50-50 split, *p* would normally be 0.50. If you want to test only whether the proportion is different, then use the return value TWO_SIDED_PROB. If your test is whether the proportion is more than the value of *expr2*, then use the return value ONE_SIDED_PROB_OR_MORE. If the test is to determine whether the proportion of *expr2* is less, then use the return value ONE_SIDED_PROB_OR_LESS.

**STATS_BINOMIAL_TEST Example**   The following example determines the probability that reality exactly matches the number of men observed under the assumption that 69% of the population is composed of men:

```
SELECT AVG(DECODE(cust_gender, 'M', 1, 0)) real_proportion,
       STATS_BINOMIAL_TEST
          (cust_gender, 'M', 0.68, 'EXACT_PROB') exact,
       STATS_BINOMIAL_TEST
```

Cloudera Exhibit 1020 - Page 434 of 1808

Databricks_R2_PA_00002570

```
            (cust_gender, 'M', 0.68, 'ONE_SIDED_PROB_OR_LESS') prob_or_less
    FROM sh.customers;
```

# STATS_CROSSTAB

### Syntax

**stats_crosstab::=**



### Purpose

Crosstabulation (commonly called crosstab) is a method used to analyze two
nominal variables. The STATS_CROSSTAB function takes three arguments: two
expressions and a return value of type VARCHAR2. *expr1* and *expr2* are the two
variables being analyzed. The function returns one number, determined by the
value of the third argument. If you omit the third argument, the default is CHISQ_
SIG. The meaning of the return values is shown in Table 7–4.

*Table 7–4    STATS_CROSSTAB Return Values*

| Return Value | Meaning |
| --- | --- |
| CHISQ_OBS | Observed value of chi-squared |
| CHISQ_SIG | Significance of observed chi-squared |
| CHISQ_DF | Degree of freedom for chi-squared |
| PHI_COEFFICIENT | Phi coefficient |
| CRAMERS_V | Cramer's V statistic |

Cloudera Exhibit 1020 - Page 435 of 1808

STATS_F_TEST

*Table 7–4   STATS_CROSSTAB Return Values*

| Return Value | Meaning |
|---|---|
| CONT_COEFFICIENT | Contingency coefficient |
| COHENS_K | Cohen's kappa |

**STATS_CROSSTAB Example**   The following example determines the strength of the association between gender and income level:

```
SELECT STATS_CROSSTAB
        (cust_gender, cust_income_level, 'CHISQ_OBS') chi_squared,
      STATS_CROSSTAB
        (cust_gender, cust_income_level, 'CHISQ_SIG') p_value,
      STATS_CROSSTAB
        (cust_gender, cust_income_level, 'PHI_COEFFICIENT') phi_coefficient
  FROM sh.customers;

CHI_SQUARED   P_VALUE PHI_COEFFICIENT
----------- --------- ---------------
 251.690705 1.2364E-47      .067367056
```

# STATS_F_TEST

## Syntax

**stats_f_test::=**



Cloudera Exhibit 1020 - Page 436 of 1808

## Purpose

`STATS_F_TEST` tests whether two variances are significantly different. The observed value of $f$ is the ratio of one variance to the other, so values very different from 1 usually indicate significant differences.

This function takes three arguments: $expr1$ is the grouping or independent variable and $expr2$ is the sample of values. The function returns one number, determined by the value of the third argument. If you omit the third argument, the default is `TWO_SIDED_SIG`. The meaning of the return values is shown in Table 7–5.

*Table 7–5   STATS_F_TEST Return Values*

| Return Value | Meaning |
|---|---|
| STATISTIC | The observed value of $f$ |
| DF_NUM | Degree of freedom for the numerator |
| DF_DEN | Degree of freedom for the denominator |
| ONE_SIDED_SIG | One-tailed significance of $f$ |
| TWO_SIDED_SIG | Two-tailed significance of $f$ |

The observed value of $f$ is the ratio of the variance of one group to the variance of the second group. The significance of the observed value of $f$ is the probability that the variances are different just by chance—a number between 0 and 1. A small value for the significance indicates that the variances are significantly different. The degree of freedom for each of the variances is the number of observations in the sample minus 1.

**STATS_F_TEST Example**    The following example determines whether the variance in credit limit between men and women is significantly different. The results, a p_value not close to zero, and an f_statistic close to 1, indicate that the difference between credit limits for men and women are not significant.

```
SELECT VARIANCE(DECODE(cust_gender, 'M', cust_credit_limit, null)) var_men,
       VARIANCE(DECODE(cust_gender, 'F', cust_credit_limit, null)) var_women,
       STATS_F_TEST(cust_gender, cust_credit_limit, 'STATISTIC') f_statistic,
       STATS_F_TEST(cust_gender, cust_credit_limit) two_sided_p_value
  FROM sh.customers;

   VAR_MEN   VAR_WOMEN F_STATISTIC TWO_SIDED_P_VALUE
---------- ---------- ----------- -----------------
12879896.7   13046865  1.01296348        .311928071
```

Cloudera Exhibit 1020 - Page 437 of 1808

Databricks_R2_PA_00002573

# STATS_KS_TEST

### Syntax

**stats_ks_test::=**



### Purpose

STATS_KS_TEST is a Kolmogorov-Smirnov function that compares two samples to test whether they are from the same population or from populations that have the same distribution. It does not assume that the population from which the samples were taken is normally distributed.

This function takes three arguments: two expressions and a return value of type VARCHAR2. *expr1* classifies the data into groups. *expr2* contains the values for each of the groups. The function returns one value determined by the third argument. If you omit the third argument, then the default is SIG. The meaning of the return values is shown in Table 7–6.

*Table 7–6  STATS_KS_TEST Return Values*

| Return Value | Meaning |
|---|---|
| STATISTIC | Observed value of $D$ |
| SIG | Significance of $D$ |

**STATS_KS_TEST Example**   Using the Kolmogorov Smirnov test, the following example determines whether the distribution of sales between men and women is due to chance:

```
SELECT stats_ks_test(cust_gender, amount_sold, 'STATISTIC') ks_statistic,
       stats_ks_test(cust_gender, amount_sold) p_value
  FROM sh.customers c, sh.sales s
  WHERE c.cust_id = s.cust_id;


KS_STATISTIC     P_VALUE
```

Cloudera Exhibit 1020 - Page 438 of 1808

Databricks_R2_PA_00002574

```
------------ ----------
 .003841396 .004080006
```

# STATS_MODE

## Syntax

**stats_mode::=**



## Purpose

STATS_MODE takes as its argument a set of values and returns the value that occurs with the greatest frequency. If more than one mode exists, Oracle Database chooses one and returns only that one value.

To obtain multiple modes (if multiple modes exist), you must use a combination of other functions, as shown in the hypothetical query:

```
SELECT x FROM (SELECT x, COUNT(x) AS cnt1
   FROM t GROUP BY x)
   WHERE cnt1 =
      (SELECT MAX(cnt2) FROM (SELECT COUNT(x) AS cnt2 FROM t GROUP BY x));
```

## Examples

The following example returns the mode of salary per department in the hr.employees table:

```
SELECT department_id, STATS_MODE(salary) FROM employees
   GROUP BY department_id;

DEPARTMENT_ID STATS_MODE(SALARY)
------------- ------------------
          10               4400
          20               6000
          30               2500
          40               6500
          50               2500
          60               4800
          70              10000
          80               9500
```

Cloudera Exhibit 1020 - Page 439 of 1808

Databricks_R2_PA_00002575

```
      90        17000
     100         6900
     110         8300
                 7000
```

If you need to retrieve all of the modes (in cases with multiple modes), you can do so using a combination of other functions, as shown in the next example:

```
SELECT commission_pct FROM
    (SELECT commission_pct, COUNT(commission_pct) AS cnt1 FROM employees
       GROUP BY commission_pct)
    WHERE cnt1 =
       (SELECT MAX (cnt2) FROM
           (SELECT COUNT(commission_pct) AS cnt2
            FROM employees GROUP BY commission_pct));


COMMISSION_PCT
--------------
            .2
            .3
```

# STATS_MW_TEST

### Syntax

**stats_mw_test::=**



### Purpose

A Mann Whitney test compares two independent samples to test the null hypothesis that two populations have the same distribution function against the alternative hypothesis that the two distribution functions are different.

The STATS_MW_TEST does not assume that the differences between the samples are normally distributed, as do the STATS_T_TEST_* functions. This function takes

Databricks_R2_PA_00002576

three arguments and a return value of type VARCHAR2. `expr1` classifies the data into groups. `expr2` contains the values for each of the groups. The function returns one value, determined by the third argument. If you omit the third argument, the default is TWO_SIDED_SIG. The meaning of the return values is shown in the table that follows.

*Table 7–7   STATS_MW_TEST Return Values*

| Return Value | Meaning |
|---|---|
| STATISTIC | The observed value of $Z$ |
| U_STATISTIC | The observed value of $U$ |
| ONE_SIDED_SIG | One-tailed significance of $Z$ |
| TWO_SIDED_SIG | Two-tailed significance of $Z$ |

STATS_MW_TEST computes the probability that the samples are from the same distribution by checking the differences in the sums of the ranks of the values. If the samples come from the same distribution, then the sums should be close in value.

**STATS_MW_TEST Example**   Using the Mann Whitney test, the following example determines whether the distribution of sales between men and women is due to chance:

```
SELECT STATS_MW_TEST
         (cust_gender, amount_sold, 'STATISTIC') z_statistic,
       STATS_MW_TEST
         (cust_gender, amount_sold, 'ONE_SIDED_SIG') one_sided_p_value
  FROM sh.customers c, sh.sales s
  WHERE c.cust_id = s.cust_id;

Z_STATISTIC ONE_SIDED_P_VALUE
----------- -----------------
 -1.4011509        .080584471
```

Cloudera Exhibit 1020 - Page 441 of 1808

Databricks_R2_PA_00002577

# STATS_ONE_WAY_ANOVA

## Syntax

**stats_one_way_anova::=**



## Purpose

The one-way analysis of variance function (STATS_ONE_WAY_ANOVA) tests
differences in means (for groups or variables) for statistical significance by
comparing two different estimates of variance. One estimate is based on the
variances within each group or category. This is known as the **mean squares within**
or **mean square error**. The other estimate is based on the variances among the
means of the groups. This is known as the **mean squares between**. If the means of
the groups are significantly different, then the mean squares between will be larger
than expected and will not match the mean squares within. If the mean squares of
the groups are consistent, then the two variance estimates will be about the same.

STATS_ONE_WAY_ANOVA takes three arguments: two expressions and a return
value of type VARCHAR2. *expr1* is an independent or grouping variable that
divides the data into a set of groups. *expr2* is a dependent variable (a numeric
expression) containing the values corresponding to each member of a group. The
function returns one number, determined by the value of the third argument. If you
omit the third argument, the default is SIG. The meaning of the return values is
shown in Table 7–8.

Cloudera Exhibit 1020 - Page 442 of 1808

Databricks_R2_PA_00002578

*Table 7–8   STATS_ONE_WAY_ANOVA Return Values*

| Return Value | Meaning |
|---|---|
| SUM_SQUARES_BETEEN | Sum of squares between groups |
| SUM_SQUARES_WITHIN | Sum of squares within groups |
| DF_BETWEEN | Degree of freedom for between groups |
| DF_WITHIN | Degree of freedom for within groups |
| MEAN_SQUARES_BETWEEN | Mean squares between groups |
| MEAN_SQUARES_WITHIN | Mean squares within groups |
| F_RATIO | Ratio of the mean squares between to the mean squares within (MSB/MSW) |
| SIG | Significance |

The significance of one-way analysis of variance is determined by obtaining the one-tailed significance of an *f*-test on the ratio of the mean squares between and the mean squares within. The *f*-test should use one-tailed significance, because the mean squares between can be only equal to or larger than the mean squares within. Therefore, the significance returned by STATS_ONE_WAY_ANOVA is the probability that the differences between the groups happened by chance—a number between 0 and 1. The smaller the number, the greater the significance of the difference between the groups. Please refer to the STATS_F_TEST on page 7-194 for information on performing an *f*-test.

**STATS_ONE_WAY_ANOVA Example**   The following example determines the significance of the differences in mean sales within an income level and differences in mean sales between income levels. The results, p_values close to zero, indicate that, for both men and women, the difference in the amount of goods sold across different income levels is significant.

```
SELECT cust_gender,
       STATS_ONE_WAY_ANOVA(cust_income_level, amount_sold, 'F_RATIO') f_ratio,
       STATS_ONE_WAY_ANOVA(cust_income_level, amount_sold, 'SIG') p_value
  FROM sh.customers c, sh.sales s
  WHERE c.cust_id = s.cust_id
  GROUP BY cust_gender;

C    F_RATIO    P_VALUE
- ---------- ----------
F 5.59536943 4.7840E-09
```

Cloudera Exhibit 1020 - Page 443 of 1808

Databricks_R2_PA_00002579

```
M  9.2865001 6.7139E-17
```

# STATS_T_TEST_*

The *t*-test functions are:

■ STATS_T_TEST_ONE: A one-sample *t*-test

■ STATS_T_TEST_PAIRED: A two-sample, paired *t*-test (also known as a crossed *t*-test)

■ STATS_T_TEST_INDEP: A *t*-test of two independent groups with the same variance (pooled variances)

■ STATS_T_TEST_INDEPU: A *t*-test of two independent groups with unequal variance (unpooled variances)

## Syntax

**stats_t_test::=**



## Purpose

The *t*-test measures the significance of a difference of means. You can use it to compare the means of two groups or the means of one group with a constant. The STATS_T_TEST_* functions take three arguments: two expressions and a return value of type VARCHAR2. The functions return one number, determined by the value of the third argument. If you omit the third argument, the default is TWO_SIDED_SIG. The meaning of the return values is shown in Table 7–9.

*Table 7–9   STATS_T_TEST_* Return Values*

| Return Value | Meaning |
|---|---|
| STATISTIC | The observed value of *t* |
| DF | Degree of freedom |
| ONE_SIDED_SIG | One-tailed significance of *t* |
| TWO_SIDED_SIG | Two-tailed significance of *t* |

The significance of the observed value of *t* is the probability that the value of *t* would have been obtained by chance—a number between 0 and 1. The smaller the value, the more significant the difference between the means.

The degree of freedom depends on the type of *t*-test that resulted in the observed value of *t*. For example, for a one-sample *t*-test (STATS_T_TEST_ONE), the degree of freedom is the number of observations in the sample minus 1.

## STATS_T_TEST_ONE

In the STATS_T_TEST_ONE function, *expr1* is the sample and *expr2* is the constant mean against which the sample mean is compared. This function obtains the value of *t* by dividing the difference between the sample mean and the known mean by the standard error of the mean (rather than the standard error of the difference of the means, as for STATS_T_TEST_PAIRED).

**STATS_T_TEST_ONE Example**   The following example determines the significance of the difference between the average list price and the constant value 60:

```
SELECT AVG(prod_list_price) group_mean,
       STATS_T_TEST_ONE(prod_list_price, 60, 'STATISTIC') t_observed,
       STATS_T_TEST_ONE(prod_list_price, 60) two_sided_p_value
  FROM sh.products;

GROUP_MEAN T_OBSERVED TWO_SIDED_P_VALUE
---------- ---------- -----------------
139.545556 2.32107746       .023158537
```

## STATS_T_TEST_PAIRED

In the STATS_T_TEST_PAIRED function, *expr1* and *expr2* are the two samples whose means are being compared. This function obtains the value of *t* by dividing

Cloudera Exhibit 1020 - Page 445 of 1808

Databricks_R2_PA_00002581

STATS_T_TEST_*

the difference between the sample means by the standard error of the difference of the means (rather than the standard error of the mean, as for STATS_T_TEST_ONE).

## STATS_T_TEST_INDEP and STATS_T_TEST_INDEPU

In the STATS_T_TEST_INDEP and STATS_T_TEST_INDEPU functions, *expr1* is the grouping column and *expr2* is the sample of values. The pooled variances version (STATS_T_TEST_INDEP) tests whether the means are the same or different for two distributions that have similar variances. The unpooled variances version (STATS_T_TEST_INDEPU) tests whether the means are the same or different even if the two distributions are known to have significantly different variances.

Before using these functions, it is advisable to determine whether the variances of the samples are significantly different. If they are, then the data may come from distributions with different shapes, and the difference of the means may not be very useful. You can perform an *f*-test to determine the difference of the variances. If they are not significantly different, use STATS_T_TEST_INDEP. If they are significantly different, use STATS_T_TEST_INDEPU. Please refer to STATS_F_TEST on page 7-194 for information on performing an *f*-test.

**STATS_T_TEST_INDEP Example**   The following example determines the significance of the difference between the average sales to men and women where the distributions are assumed to have similar (pooled) variances:

```
SELECT SUBSTR(cust_income_level, 1, 22) income_level,
       AVG(DECODE(cust_gender, 'M', amount_sold, null)) sold_to_men,
       AVG(DECODE(cust_gender, 'F', amount_sold, null)) sold_to_women,
       STATS_T_TEST_INDEP(cust_gender, amount_sold, 'STATISTIC') t_observed,
       STATS_T_TEST_INDEP(cust_gender, amount_sold) two_sided_p_value
  FROM sh.customers c, sh.sales s
  WHERE c.cust_id = s.cust_id
  GROUP BY ROLLUP(cust_income_level);
```

| INCOME_LEVEL | SOLD_TO_MEN | SOLD_TO_WOMEN | T_OBSERVED | TWO_SIDED_P_VALUE |
|---|---|---|---|---|
| A: Below 30,000 | 105.28349 | 99.4281447 | -1.9880629 | .046811482 |
| B: 30,000 - 49,999 | 102.59651 | 109.829642 | 3.04330875 | .002341053 |
| C: 50,000 - 69,999 | 105.627588 | 110.127931 | 2.36148671 | .018204221 |
| D: 70,000 - 89,999 | 106.630299 | 110.47287 | 2.28496443 | .022316997 |
| E: 90,000 - 109,999 | 103.396741 | 101.610416 | -1.2544577 | .209677823 |
| F: 110,000 - 129,999 | 106.76476 | 105.981312 | -.60444998 | .545545304 |
| G: 130,000 - 149,999 | 108.877532 | 107.31377 | -.85298245 | .393671218 |
| H: 150,000 - 169,999 | 110.987258 | 107.152191 | -1.9062363 | .056622983 |
| I: 170,000 - 189,999 | 102.808238 | 107.43556 | 2.18477851 | .028908566 |

Cloudera Exhibit 1020 - Page 446 of 1808

Databricks_R2_PA_00002582

```
J: 190,000 - 249,999    108.040564    115.343356 2.58313425    .009794516
K: 250,000 - 299,999    112.377993    108.196097 -1.4107871    .158316973
L: 300,000 and above    120.970235    112.216342 -2.0642868    .039003862
                        107.121845    113.80441 .686144393      .492670059
                        106.663769    107.276386 1.08013499     .280082357
```

14 rows selected.

**STATS_T_TEST_INDEPU Example**   The following example determines the
significance of the difference between the average sales to men and women where
the distributions are known to have significantly different (unpooled) variances:

```
SELECT SUBSTR(cust_income_level, 1, 22) income_level,
    AVG(DECODE(cust_gender, 'M', amount_sold, null)) sold_to_men,
    AVG(DECODE(cust_gender, 'F', amount_sold, null)) sold_to_women,
    STATS_T_TEST_INDEPU(cust_gender, amount_sold, 'STATISTIC') t_observed,
    STATS_T_TEST_INDEPU(cust_gender, amount_sold) two_sided_p_value
  FROM sh.customers c, sh.sales s
  WHERE c.cust_id = s.cust_id
  GROUP BY ROLLUP(cust_income_level);
```

```
INCOME_LEVEL            SOLD_TO_MEN SOLD_TO_WOMEN T_OBSERVED TWO_SIDED_P_VALUE
---------------------- ----------- ------------- ---------- -----------------
A: Below 30,000          105.28349  99.4281447 -2.0542592    .039964704
B: 30,000 - 49,999      102.59651  109.829642 2.96922332     .002987742
C: 50,000 - 69,999      105.627588 110.127931 2.3496854      .018792277
D: 70,000 - 89,999      106.630299  110.47287 2.26839281     .023307831
E: 90,000 - 109,999     103.396741 101.610416 -1.2603509     .207545662
F: 110,000 - 129,999     106.76476 105.981312 -.60580011     .544648553
G: 130,000 - 149,999    108.877532  107.31377 -.85219781     .394107755
H: 150,000 - 169,999    110.987258 107.152191 -1.9451486     .051762624
I: 170,000 - 189,999    102.808238  107.43556 2.14966921     .031587875
J: 190,000 - 249,999    108.040564 115.343356 2.54749867     .010854966
K: 250,000 - 299,999    112.377993 108.196097 -1.4115514     .158091676
L: 300,000 and above    120.970235 112.216342 -2.0726194     .038225611
                        107.121845  113.80441 .689462437     .490595765
                        106.663769 107.276386 1.07853782     .280794207
```

14 rows selected.

Cloudera Exhibit 1020 - Page 447 of 1808

Databricks_R2_PA_00002583

# STATS_WSR_TEST

## Syntax

**stats_wsr_test::=**



## Purpose

STATS_WSR_TEST is a Wilcoxon Signed Ranks test of paired samples to determine whether the median of the differences between the samples is significantly different from zero. The absolute values of the differences are ordered and assigned ranks. Then the null hypothesis states that the sum of the ranks of the positive differences is equal to the sum of the ranks of the negative differences.

This function takes three arguments: *expr1* and *expr2* are the two samples being analyzed, and the third argument is a return value of type VARCHAR2. If you omit the third argument, the default is TWO_SIDED_SIG. The meaning of the return values is shown in Table 7–10.

*Table 7–10   STATS_WSR_TEST_* Return Values*

| Return Value | Meaning |
| --- | --- |
| STATISTIC | The observed value of $Z$ |
| ONE_SIDED_SIG | One-tailed significance of $Z$ |
| TWO_SIDED_SIG | Two-tailed significance of $Z$ |

Cloudera Exhibit 1020 - Page 448 of 1808

Databricks_R2_PA_00002584

# STDDEV

### Syntax

**stddev::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

### Purpose

STDDEV returns the sample standard deviation of *expr*, a set of numbers. You can use it as both an aggregate and analytic function. It differs from STDDEV_SAMP in that STDDEV returns zero when it has only 1 row of input data, whereas STDDEV_SAMP returns null.

Oracle Database calculates the standard deviation as the square root of the variance defined for the VARIANCE aggregate function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

If you specify DISTINCT, then you can specify only the *query_partition_clause* of the *analytic_clause*. The *order_by_clause* and *windowing_clause* are not allowed.

> **See Also:**
>
> - "Aggregate Functions" on page 7-9, VARIANCE on page 7-271, and STDDEV_SAMP on page 7-210
> - "About SQL Expressions" on page 5-2 for information on valid forms of *expr*

Cloudera Exhibit 1020 - Page 449 of 1808

Databricks_R2_PA_00002585

## Aggregate Examples

The following example returns the standard deviation of the salaries in the sample `hr.employees` table:

```
SELECT STDDEV(salary) "Deviation"
  FROM employees;

 Deviation
----------
3909.36575
```

## Analytic Examples

The query in the following example returns the cumulative standard deviation of the salaries in Department 80 in the sample table `hr.employees`, ordered by `hire_date`:

```
SELECT last_name, salary,
   STDDEV(salary) OVER (ORDER BY hire_date) "StdDev"
   FROM employees
   WHERE department_id = 30;
```

| LAST_NAME | SALARY | StdDev |
|-----------|--------|--------|
| Raphaely | 11000 | 0 |
| Khoo | 3100 | 5586.14357 |
| Tobias | 2800 | 4650.0896 |
| Baida | 2900 | 4035.26125 |
| Himuro | 2600 | 3649.2465 |
| Colmenares | 2500 | 3362.58829 |

# STDDEV_POP

## Syntax

**stddev_pop::=**



**See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

Cloudera Exhibit 1020 - Page 450 of 1808

Databricks_R2_PA_00002586

## Purpose

STDDEV_POP computes the population standard deviation and returns the square root of the population variance. You can use it as both an aggregate and analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:**  Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

This function is the same as the square root of the VAR_POP function. When VAR_POP returns null, this function returns null.

> **See Also:**
> - "Aggregate Functions" on page 7-9 and VAR_POP on page 7-268
> - "About SQL Expressions" on page 5-2 for information on valid forms of expr

## Aggregate Example

The following example returns the population and sample standard deviations of the amount of sales in the sample table sh.sales:

```
SELECT STDDEV_POP(amount_sold) "Pop",
   STDDEV_SAMP(amount_sold) "Samp"
   FROM sales;

      Pop        Samp
---------- ----------
896.355151 896.355592
```

## Analytic Example

The following example returns the population standard deviations of salaries in the sample hr.employees table by department:

```
SELECT department_id, last_name, salary,
   STDDEV_POP(salary) OVER (PARTITION BY department_id) AS pop_std
   FROM employees;

DEPARTMENT_ID LAST_NAME                       SALARY    POP_STD
```

Cloudera Exhibit 1020 - Page 451 of 1808

Databricks_R2_PA_00002587

```
-------------  -------------------------  ----------  ----------
           10  Whalen                           4400           0
           20  Hartstein                       13000        3500
           20  Goyal                            6000        3500
. . .
          100  Sciarra                          7700 1644.18166
          100  Urman                            7800 1644.18166
          100  Popp                             6900 1644.18166
          110  Higgens                         12000        1850
          110  Gietz                            8300        1850
```

# STDDEV_SAMP

## Syntax

**stddev_samp::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

STDDEV_SAMP computes the cumulative sample standard deviation and returns the square root of the sample variance. You can use it as both an aggregate and analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

This function is same as the square root of the VAR_SAMP function. When VAR_SAMP returns null, this function returns null.

Cloudera Exhibit 1020 - Page 452 of 1808

Databricks_R2_PA_00002588

**See Also:**

- "Aggregate Functions" on page 7-9 and VAR_SAMP on page 7-269

- "About SQL Expressions" on page 5-2 for information on valid forms of *expr*

## Aggregate Example

Please refer to the aggregate example for STDDEV_POP on page 7-208.

## Analytic Example

The following example returns the sample standard deviation of salaries in the employees table by department:

```
SELECT department_id, last_name, hire_date, salary,
   STDDEV_SAMP(salary) OVER (PARTITION BY department_id
      ORDER BY hire_date
      ROWS BETWEEN UNBOUNDED PRECEDING AND CURRENT ROW) AS cum_sdev
   FROM employees;
```

| DEPARTMENT_ID | LAST_NAME | HIRE_DATE | SALARY | CUM_SDEV |
|---|---|---|---|---|
| 10 | Whalen | 17-SEP-87 | 4400 | |
| 20 | Hartstein | 17-FEB-96 | 13000 | |
| 20 | Goyal | 17-AUG-97 | 6000 | 4949.74747 |
| 30 | Raphaely | 07-DEC-94 | 11000 | |
| 30 | Khoo | 18-MAY-95 | 3100 | 5586.14357 |
| 30 | Tobias | 24-JUL-97 | 2800 | 4650.0896 |
| 30 | Baida | 24-DEC-97 | 2900 | 4035.26125 |
| . . . | | | | |
| 100 | Chen | 28-SEP-97 | 8200 | 2003.33056 |
| 100 | Sciarra | 30-SEP-97 | 7700 | 1925.91969 |
| 100 | Urman | 07-MAR-98 | 7800 | 1785.49713 |
| 100 | Popp | 07-DEC-99 | 6900 | 1801.11077 |
| 110 | Higgens | 07-JUN-94 | 12000 | |
| 110 | Gietz | 07-JUN-94 | 8300 | 2616.29509 |

Cloudera Exhibit 1020 - Page 453 of 1808

Databricks_R2_PA_00002589

# SUBSTR

### Syntax

**substr::=**



### Purpose

The SUBSTR functions return a portion of *string*, beginning at character *position*, *substring_length* characters long. SUBSTR calculates lengths using characters as defined by the input character set. SUBSTRB uses bytes instead of characters. SUBSTRC uses Unicode complete characters. SUBSTR2 uses UCS2 code points. SUBSTR4 uses UCS4 code points.

- If *position* is 0, then it is treated as 1.

- If *position* is positive, then Oracle Database counts from the beginning of *string* to find the first character.

- If *position* is negative, then Oracle counts backward from the end of *string*.

- If *substring_length* is omitted, then Oracle returns all characters to the end of *string*. If *substring_length* is less than 1, then Oracle returns null.

*string* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. Both *position* and *substring_length* must be of datatype NUMBER, or any datatype that can be implicitly converted to NUMBER, and must resolve to an integer. The return value is the same datatype as *string*. Floating-point numbers passed as arguments to SUBSTR are automatically converted to integers.

> **See Also:** *Oracle Database Globalization Support Guide* for more information about SUBSTR functions and length semantics in different locales

Cloudera Exhibit 1020 - Page 454 of 1808

Databricks_R2_PA_00002590

## Examples

The following example returns several specified substrings of "ABCDEFG":

```
SELECT SUBSTR('ABCDEFG',3,4) "Substring"
     FROM DUAL;

Substring
---------
CDEF

SELECT SUBSTR('ABCDEFG',-5,4) "Substring"
     FROM DUAL;

Substring
---------
CDEF
```

Assume a double-byte database character set:

```
SELECT SUBSTRB('ABCDEFG',5,4.2) "Substring with bytes"
     FROM DUAL;

Substring with bytes
--------------------
CD
```

# SUM

## Syntax

**sum::=**



**See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

Cloudera Exhibit 1020 - Page 455 of 1808

Databricks_R2_PA_00002591

SUM

## Purpose

SUM returns the sum of values of *expr*. You can use it as an aggregate or analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, "Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

If you specify DISTINCT, then you can specify only the *query_partition_ clause* of the *analytic_clause*. The *order_by_clause* and *windowing_ clause* are not allowed.

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and "Aggregate Functions" on page 7-9

## Aggregate Example

The following example calculates the sum of all salaries in the sample hr.employees table:

```
SELECT SUM(salary) "Total"
     FROM employees;

     Total
----------
    691400
```

## Analytic Example

The following example calculates, for each manager in the sample table hr.employees, a cumulative total of salaries of employees who answer to that manager that are equal to or less than the current salary. You can see that Raphaely and Cambrault have the same cumulative total. This is because Raphaely and Cambrault have the identical salaries, so Oracle Database adds together their salary values and applies the same cumulative total to both rows.

```
SELECT manager_id, last_name, salary,
   SUM(salary) OVER (PARTITION BY manager_id ORDER BY salary
   RANGE UNBOUNDED PRECEDING) l_csum
   FROM employees;

MANAGER_ID LAST_NAME              SALARY     L_CSUM
```

Cloudera Exhibit 1020 - Page 456 of 1808

Databricks_R2_PA_00002592

```
---------- ---------------- ---------- ----------
    100 Mourgos            5800       5800
    100 Vollman            6500      12300
    100 Kaufling           7900      20200
    100 Weiss              8000      28200
    100 Fripp              8200      36400
    100 Zlotkey           10500      46900
    100 Raphaely          11000      68900
    100 Cambrault         11000      68900
    100 Errazuriz         12000      80900
. . .
    149 Taylor             8600      30200
    149 Hutton             8800      39000
    149 Abel              11000      50000
    201 Fay                6000       6000
    205 Gietz              8300       8300
        King              24000      24000
```

# SYS_CONNECT_BY_PATH

## Syntax

**sys_connect_by_path::=**



## Purpose

SYS_CONNECT_BY_PATH is valid only in hierarchical queries. It returns the path of a column value from root to node, with column values separated by *char* for each row returned by CONNECT BY condition.

Both *column* and *char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The string returned is of VARCHAR2 datatype and is in the same character set as *column*.

> **See Also:** "Hierarchical Queries" on page 9-3 for more information about hierarchical queries and CONNECT BY conditions

## Examples

The following example returns the path of employee names from employee Kochhar to all employees of Kochhar (and their employees):

Cloudera Exhibit 1020 - Page 457 of 1808

Databricks_R2_PA_00002593

```
SELECT LPAD(' ', 2*level-1)||SYS_CONNECT_BY_PATH(last_name, '/') "Path"
   FROM employees
   START WITH last_name = 'Kochhar'
   CONNECT BY PRIOR employee_id = manager_id;

Path
-----------------------------------------------------------------
 /Kochhar
   /Kochhar/Greenberg
     /Kochhar/Greenberg/Faviet
     /Kochhar/Greenberg/Chen
     /Kochhar/Greenberg/Sciarra
     /Kochhar/Greenberg/Urman
     /Kochhar/Greenberg/Popp
   /Kochhar/Whalen
   /Kochhar/Mavris
   /Kochhar/Baer
   /Kochhar/Higgins
     /Kochhar/Higgins/Gietz
```

# SYS_CONTEXT

## Syntax

**sys_context::=**



## Purpose

SYS_CONTEXT returns the value of *parameter* associated with the context *namespace*. You can use this function in both SQL and PL/SQL statements.

For *namespace* and *parameter*, you can specify either a string or an expression that resolves to a string designating a namespace or an attribute. The context *namespace* must already have been created, and the associated *parameter* and its value must also have been set using the DBMS_SESSION.set_context procedure. The *namespace* must be a valid SQL identifier. The *parameter* name can be any string. It is not case sensitive, but it cannot exceed 30 bytes in length.

The datatype of the return value is VARCHAR2. The default maximum size of the return value is 256 bytes. You can override this default by specifying the optional

Cloudera Exhibit 1020 - Page 458 of 1808

*length* parameter, which must be a NUMBER or a value that can be implicitly converted to NUMBER. The valid range of values is 1 to 4000 bytes. If you specify an invalid value, then Oracle Database ignores it and uses the default.

Oracle provides a built-in namespace called USERENV, which describes the current session. The predefined parameters of namespace USERENV are listed in Table 7–11 on page 7-218, along with the lengths of their return strings.

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for information on using the application context feature in your application development
>
> - CREATE CONTEXT on page 14-11 for information on creating user-defined context namespaces
>
> - *PL/SQL Packages and Types Reference* for information on the DBMS_SESSION.set_context procedure

## Examples

The following statement returns the name of the user who logged onto the database:

```
CONNECT OE/OE
SELECT SYS_CONTEXT ('USERENV', 'SESSION_USER')
   FROM DUAL;

SYS_CONTEXT ('USERENV', 'SESSION_USER')
-------------------------------------------------------
OE
```

The following hypothetical example returns the group number that was set as the value for the attribute group_no in the PL/SQL package that was associated with the context hr_apps when hr_apps was created:

```
SELECT SYS_CONTEXT ('hr_apps', 'group_no') "User Group"
   FROM DUAL;
```

Cloudera Exhibit 1020 - Page 459 of 1808

Databricks_R2_PA_00002595

SYS_CONTEXT

*Table 7–11    Predefined Parameters of Namespace USERENV*

| Parameter | Return Value | Return Length (bytes) |
|---|---|---|
| ACTION | Identifies the position in the module (application name) and is set through the DBMS_APPLICATION_INFO package or OCI. | 32 |
| AUDITED_CURSORID | Returns the cursor ID of the SQL that triggered the audit. This parameter is not valid in a fine-grained auditing environment. If you specify it in such an environment, Oracle Database always returns NULL. | NA |
| AUTHENTICATION_DATA | Data being used to authenticate the login user. For X.503 certificate authenticated sessions, this field returns the context of the certificate in HEX2 format.<br><br>**Note:** You can change the return value of the AUTHENTICATION_DATA attribute using the *length* parameter of the syntax. Values of up to 4000 are accepted. This is the only attribute of USERENV for which Oracle Database implements such a change. | 256 |
| AUTHENTICATION_TYPE | How the user was authenticated:<br><br>■  DATABASE: user name/password authentication<br><br>■  OS: operating system external user authentication<br><br>■  NETWORK: network protocol or ANO authentication<br><br>■  PROXY: OCI proxy connection authentication | 30 |
| BG_JOB_ID | Job ID of the current session if it was established by an Oracle Database background process. Null if the session was not established by a background process. | 64 |
| CLIENT_IDENTIFIER | Returns an identifier that is set by the application through the DBMS_SESSION.SET_IDENTIFIER procedure, the OCI attribute OCI_ATTR_CLIENT_IDENTIFIER, or the Java class Oracle.jdbc.OracleConnection.setClientIdentifier. This attribute is used by various database components to identify lightweight application users who authenticate as the same database user. | 64 |
| CLIENT_INFO | Returns up to 64 bytes of user session information that can be stored by an application using the DBMS_APPLICATION_INFO package. | 64 |
| CURRENT_SCHEMA | Name of the default schema being used in the current schema. This value can be changed during the session with an ALTER SESSION SET CURRENT_SCHEMA statement. | 30 |
| CURRENT_SCHEMAID | Identifier of the default schema being used in the current session. | 30 |

Cloudera Exhibit 1020 - Page 460 of 1808

Databricks_R2_PA_00002596

*Table 7–11   (Cont.) Predefined Parameters of Namespace USERENV*

| Parameter | Return Value | Return Length (bytes) |
|---|---|---|
| CURRENT_SQL<br>CURRENT_SQL*n* | CURRENT_SQL returns the first 4K bytes of the current SQL that triggered the fine-grained auditing event. The CURRENT_SQL*n* attributes return subsequent 4K-byte increments, where *n* can be an integer from 1 to 7, inclusive. CURRENT_SQL1 returns bytes 4K to 8K; CURRENT_SQL2 returns bytes 8K to 12K, and so forth. You can specify these attributes only inside the event handler for the fine-grained auditing feature. | 4 |
| CURRENT_USER | This attribute is being deprecated. Use the SESSION_USER attribute instead. | 30 |
| CURRENT_USERID | This attribute is being deprecated. Use the SESSION_USERID attribute instead. | 30 |
| DB_DOMAIN | Domain of the database as specified in the DB_DOMAIN initialization parameter. | 256 |
| DB_NAME | Name of the database as specified in the DB_NAME initialization parameter. | 30 |
| DB_UNIQUE_NAME | Name of the database as specified in the DB_UNIQUE_NAME initialization parameter. | 30 |
| ENTRYID | The current audit entry number. The audit entryid sequence is shared between fine-grained audit records and regular audit records. You cannot use this attribute in distributed SQL statements. | 30 |
| EXTERNAL_NAME | External name of the database user. For SSL authenticated sessions using v.503 certificates, this parameter returns the distinguished name (DN) stored in the user certificate. | 256 |
| FG_JOB_ID | Job ID of the current session if it was established by a client foreground process. Null if the session was not established by a foreground process. | 30 |
| GLOBAL_CONTEXT_MEMORY | Returns the number being used in the System Global Area by the globally accessed context. | NA |
| HOST | Name of the host machine from which the client has connected. | 54 |
| INSTANCE | The instance identification number of the current instance. | 30 |
| IP_ADDRESS | IP address of the machine from which the client is connected. | 30 |
| ISDBA | Returns TRUE if the user has been authenticated as having DBA privileges either through the operating system or through a password file. | 30 |

Functions   **7-219**

Cloudera Exhibit 1020 - Page 461 of 1808

Databricks_R2_PA_00002597

SYS_CONTEXT

*Table 7–11    (Cont.)  Predefined Parameters of Namespace USERENV*

| Parameter | Return Value | Return Length (bytes) |
|---|---|---|
| LANG | The ISO abbreviation for the language name, a shorter form than the existing 'LANGUAGE' parameter. | 62 |
| LANGUAGE | The language and territory currently used by your session, along with the database character set, in this form:<br><br>language_territory.characterset | 52 |
| MODULE | The application name (module) set through the DBMS_APPLICATION_ INFO package or OCI. | 48 |
| NETWORK_PROTOCOL | Network protocol being used for communication, as specified in the 'PROTOCOL=*protocol*' portion of the connect string. | 256 |
| NLS_CALENDAR | The current calendar of the current session. | 62 |
| NLS_CURRENCY | The currency of the current session. | 62 |
| NLS_DATE_FORMAT | The date format for the session. | 62 |
| NLS_DATE_LANGUAGE | The language used for expressing dates. | 62 |
| NLS_SORT | BINARY or the linguistic sort basis. | 62 |
| NLS_TERRITORY | The territory of the current session. | 62 |
| OS_USER | Operating system user name of the client process that initiated the database session. | 30 |
| PROXY_USER | Name of the database user who opened the current session on behalf of SESSION_USER. | 30 |
| PROXY_USERID | Identifier of the database user who opened the current session on behalf of SESSION_USER. | 30 |
| SERVICE_NAME | The name of the service to which a given session is connected. | 64 |
| SESSION_USER | Database user name by which the current user is authenticated. This value remains the same throughout the duration of the session. | 30 |
| SESSION_USERID | Identifier of the database user name by which the current user is authenticated. | 30 |

Cloudera Exhibit 1020 - Page 462 of 1808

Databricks_R2_PA_00002598

*Table 7–11    (Cont.) Predefined Parameters of Namespace USERENV*

| Parameter | Return Value | Return Length (bytes) |
|---|---|---|
| SESSIONID | The auditing session identifier. You cannot use this attribute in distributed SQL statements. | 30 |
| STATEMENTID | The auditing statement identifier. STATEMENTID represents the number of SQL statements audited in a given session. | NA |
| TERMINAL | The operating system identifier for the client of the current session. In distributed SQL statements, this attribute returns the identifier for your local session. In a distributed environment, this is supported only for remote SELECT statements, not for remote INSERT, UPDATE, or DELETE operations. (The return length of this parameter may vary by operating system.) | 10 |

# SYS_DBURIGEN

## Syntax

**sys_dburigen::=**



## Purpose

SYS_DBURIGen takes as its argument one or more columns or attributes, and optionally a rowid, and generates a URL of datatype DBURIType to a particular column or row object. You can then use the URL to retrieve an XML document from the database.

All columns or attributes referenced must reside in the same table. They must perform the function of a primary key. That is, they need not actually match the primary key of the table, but they must reference a unique value. If you specify multiple columns, then all but the final column identify the row in the database, and the last column specified identifies the column within the row.

Cloudera Exhibit 1020 - Page 463 of 1808

Databricks_R2_PA_00002599

By default the URL points to a formatted XML document. If you want the URL to point only to the text of the document, then specify the optional 'text()'. (In this XML context, the lowercase text is a keyword, not a syntactic placeholder.)

If the table or view containing the columns or attributes does not have a schema specified in the context of the query, then Oracle Database interprets the table or view name as a public synonym.

> **See Also:** *Oracle XML API Reference* and *Oracle XML Developer's Kit Programmer's Guide* for information on the URIType datatype and XML documents in the database

### Examples

The following example uses the SYS_DBURIGen function to generate a URL of datatype DBURIType to the email column of the row in the sample table hr.employees where the employee_id = 206:

```
SELECT SYS_DBURIGEN(employee_id, email)
   FROM employees
   WHERE employee_id = 206;

SYS_DBURIGEN(EMPLOYEE_ID,EMAIL)(URL, SPARE)
-------------------------------------------------------------------
DBURITYPE('/PUBLIC/EMPLOYEES/ROW[EMPLOYEE_ID=''206'']/EMAIL', NULL)
```

# SYS_EXTRACT_UTC

### Syntax

**sys_extract_utc::=**



### Purpose

SYS_EXTRACT_UTC extracts the UTC (Coordinated Universal Time—formerly Greenwich Mean Time) from a datetime value with time zone offset or time zone region name.

### Examples

The following example extracts the UTC from a specified datetime:

Cloudera Exhibit 1020 - Page 464 of 1808

Databricks_R2_PA_00002600

```
SELECT SYS_EXTRACT_UTC(TIMESTAMP '2000-03-28 11:30:00.00 -08:00')
   FROM DUAL;

SYS_EXTRACT_UTC(TIMESTAMP'2000-03-2811:30:00.00-08:00')
----------------------------------------------------------------
28-MAR-00 07.30.00 PM
```

# SYS_GUID

### Syntax

**sys_guid::=**



### Purpose

SYS_GUID generates and returns a globally unique identifier (RAW value) made up of 16 bytes. On most platforms, the generated identifier consists of a host identifier, a process or thread identifier of the process or thread invoking the function, and a nonrepeating value (sequence of bytes) for that process or thread.

### Examples

The following example adds a column to the sample table hr.locations, inserts unique identifiers into each row, and returns the 32-character hexadecimal representation of the 16-byte RAW value of the global unique identifier:

```
ALTER TABLE locations ADD (uid_col RAW(32));

UPDATE locations SET uid_col = SYS_GUID();

SELECT location_id, uid_col FROM locations;

LOCATION_ID UID_COL
----------- ----------------------------------------
       1000 7CD5B7769DF75CEFE034080020825436
       1100 7CD5B7769DF85CEFE034080020825436
       1200 7CD5B7769DF95CEFE034080020825436
       1300 7CD5B7769DFA5CEFE034080020825436
. . .
```

Cloudera Exhibit 1020 - Page 465 of 1808

Databricks_R2_PA_00002601

# SYS_TYPEID

## Syntax

**sys_typeid::=**



## Purpose

SYS_TYPEID returns the typeid of the most specific type of the operand. This value is used primarily to identify the type-discriminant column underlying a substitutable column. For example, you can use the value returned by SYS_TYPEID to build an index on the type-discriminant column.

You can use this function only on object type operands. All final root object types—that is, final types not belonging to a type hierarchy—have a null typeid. Oracle Database assigns to all types belonging to a type hierarchy a unique non-null typeid.

> **See Also:** *Oracle Database Application Developer's Guide - Object-Relational Features* for more information on typeids

## Examples

The following examples use the tables persons and books, which are created in "Substitutable Table and Column Examples" on page 16-68. Both tables in turn use the person_t type, which is created in "Type Hierarchy Example" on page 17-22. The first query returns the most specific types of the object instances stored in the persons table.

```
SELECT name, SYS_TYPEID(VALUE(p)) "Type_id" FROM persons p;

NAME                      Type_id
------------------------- -------------------------------
Bob                       01
Joe                       02
Tim                       03
```

The next query returns the most specific types of authors stored in the table books:

```
SELECT b.title, b.author.name, SYS_TYPEID(author)
   "Type_ID" FROM books b;
```

Cloudera Exhibit 1020 - Page 466 of 1808

Databricks_R2_PA_00002602

```
TITLE                     AUTHOR.NAME          Type_ID
------------------------  -------------------- -------------------
An Autobiography          Bob                  01
Business Rules            Joe                  02
Mixing School and Work    Tim                  03
```

You can use the SYS_TYPEID function to create an index on the type-discriminant column of a table. For an example, see "Indexing on Substitutable Columns: Examples" on page 14-103.

# SYS_XMLAGG

### Syntax

**sys_xmlagg::=**



### Purpose

SYS_XMLAgg aggregates all of the XML documents or fragments represented by *expr* and produces a single XML document. It adds a new enclosing element with a default name ROWSET. If you want to format the XML document differently, then specify *fmt*, which is an instance of the XMLFormat object.

> **See Also:**
>
> - SYS_XMLGEN on page 7-226 and "XML Format Model" on page 2-88 for using the attributes of the XMLFormat type to format SYS_XMLAgg results
>
> - *Oracle Database Concepts*, Oracle XML API Reference and *Oracle XML Developer's Kit Programmer's Guide* for information on XML types and their use

### Examples

The following example uses the SYS_XMLGen function to generate an XML document for each row of the sample table employees where the employee's last name begins with the letter R, and then aggregates all of the rows into a single XML document in the default enclosing element ROWSET:

Cloudera Exhibit 1020 - Page 467 of 1808

Databricks_R2_PA_00002603

```
SELECT SYS_XMLAGG(SYS_XMLGEN(last_name))
   FROM employees
   WHERE last_name LIKE 'R%';

SYS_XMLAGG(SYS_XMLGEN(LAST_NAME))
--------------------------------------------------------------------
<ROWSET>
  <LAST_NAME>Raphaely</LAST_NAME>
  <LAST_NAME>Rogers</LAST_NAME>
  <LAST_NAME>Rajs</LAST_NAME>
  <LAST_NAME>Russell</LAST_NAME>
</ROWSET>
```

# SYS_XMLGEN

### Syntax

### sys_xmlgen::=



### Purpose

SYS_XMLGen takes an expression that evaluates to a particular row and column of the database, and returns an instance of type XMLType containing an XML document. The *expr* can be a scalar value, a user-defined type, or an XMLType instance.

- If *expr* is a scalar value, then the function returns an XML element containing the scalar value.

- If *expr* is a type, then the function maps the user-defined type attributes to XML elements.

- If *expr* is an XMLType instance, then the function encloses the document in an XML element whose default tag name is ROW.

By default the elements of the XML document match the elements of *expr*. For example, if *expr* resolves to a column name, then the enclosing XML element will be the same column name. If you want to format the XML document differently, then specify *fmt*, which is an instance of the XMLFormat object.

Cloudera Exhibit 1020 - Page 468 of 1808

Databricks_R2_PA_00002604

**See Also:**

- "XML Format Model" on page 2-88 for a description of the
  `XMLFormat` type and how to use its attributes to format `SYS_XMLGen` results

- *Oracle Database Concepts, Oracle XML API Reference* and *Oracle XML Developer's Kit Programmer's Guide* for information on XML types and their use

### Examples

The following example retrieves the employee email ID from the sample table `oe.employees` where the `employee_id` value is 205, and generates an instance of an `XMLType` containing an XML document with an `EMAIL` element.

```
SELECT SYS_XMLGEN(email)
   FROM employees
   WHERE employee_id = 205;

SYS_XMLGEN(EMAIL)
-----------------------------------------------------------------
<EMAIL>SHIGGINS</EMAIL>
```

# SYSDATE

### Syntax

**sysdate::=**

 SYSDATE

### Purpose

`SYSDATE` returns the current date and time set for the operating system on which the database resides. The datatype of the returned value is `DATE`, and the format returned depends on the value of the `NLS_DATE_FORMAT` initialization parameter. The function requires no arguments. In distributed SQL statements, this function returns the date and time set for the operating system of your local database. You cannot use this function in the condition of a `CHECK` constraint.

Cloudera Exhibit 1020 - Page 469 of 1808

Databricks_R2_PA_00002605

### Examples

The following example returns the current operating system date and time:

```
SELECT TO_CHAR
    (SYSDATE, 'MM-DD-YYYY HH24:MI:SS') "NOW"
     FROM DUAL;

NOW
------------------
04-13-2001 09:45:51
```

# SYSTIMESTAMP

### Syntax

**systimestamp::=**

→ SYSTIMESTAMP →

### Purpose

SYSTIMESTAMP returns the system date, including fractional seconds and time zone, of the system on which the database resides. The return type is TIMESTAMP WITH TIME ZONE.

### Examples

The following example returns the system timestamp:

```
SELECT SYSTIMESTAMP FROM DUAL;

SYSTIMESTAMP
-----------------------------------------------------------------
28-MAR-00 12.38.55.538741 PM -08:00
```

The following example shows how to explicitly specify fractional seconds:

```
SELECT TO_CHAR(SYSTIMESTAMP, 'SSSSS.FF') FROM DUAL;

TO_CHAR(SYSTIME
---------------
55615.449255
```

Cloudera Exhibit 1020 - Page 470 of 1808

Databricks_R2_PA_00002606

# TAN

### Syntax

**tan::=**



### Purpose

TAN returns the tangent of $n$ (an angle expressed in radians).

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is BINARY_FLOAT, then the function returns BINARY_DOUBLE. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the tangent of 135 degrees:

```
SELECT TAN(135 * 3.14159265359/180)
   "Tangent of 135 degrees"  FROM DUAL;

Tangent of 135 degrees
----------------------
                  - 1
```

# TANH

### Syntax

**tanh::=**



### Purpose

TANH returns the hyperbolic tangent of $n$.

Cloudera Exhibit 1020 - Page 471 of 1808

Databricks_R2_PA_00002607

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If the argument is `BINARY_FLOAT`, then the function returns `BINARY_DOUBLE`. Otherwise the function returns the same numeric datatype as the argument.

> **See Also:**  Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following example returns the hyperbolic tangent of .5:

```
SELECT TANH(.5) "Hyperbolic tangent of .5"
   FROM DUAL;

Hyperbolic tangent of .5
------------------------
               .462117157
```

# TIMESTAMP_TO_SCN

### Syntax

**timestamp_to_scn::=**



### Purpose

`TIMESTAMP_TO_SCN` takes as an argument a timestamp value and returns the approximate system change number (SCN) associated with that timestamp. The returned value is of datatype `NUMBER`. This function is useful any time you want to know the SCN associated with a particular timestamp.

> **See Also:**  SCN_TO_TIMESTAMP on page 7-184 for information on converting SCNs to timestamp

### Examples

The following example inserts a row into the `oe.orders` table and then uses `TIMESTAMP_TO_SCN` to determine the system change number of the insert operation. (The actual SCN returned will differ on each system.)

Cloudera Exhibit 1020 - Page 472 of 1808

Databricks_R2_PA_00002608

```
INSERT INTO orders (order_id, order_date, customer_id, order_total)
   VALUES (5000, SYSTIMESTAMP, 188, 2345);
1 row created.

COMMIT;
Commit complete.

SELECT TIMESTAMP_TO_SCN(order_date) FROM orders
   WHERE order_id = 5000;

TIMESTAMP_TO_SCN(ORDER_DATE)
----------------------------
                      574100
```

# TO_BINARY_DOUBLE

### Syntax

**to_binary_double::=**



### Purpose

TO_BINARY_DOUBLE returns a double-precision floating-point number.

- *expr* can be a character string or a numeric value of type NUMBER, BINARY_FLOAT, or BINARY_DOUBLE. If *expr* is BINARY_DOUBLE, then the function returns *expr*.

- The optional '*fmt*' and '*nlsparam*' arguments are valid only if *expr* is a character string. They serve the same purpose as for the TO_CHAR (number) function.

  – The case-insensitive string 'INF' is converted to positive infinity.

  – The case-insensitive string '-INF' is converted to negative identity.

  – The case-insensitive string 'NaN' is converted to NaN (not a number).

You cannot use a floating-point number format element (F, f, D, or d) in a character string *expr*.

Cloudera Exhibit 1020 - Page 473 of 1808

Databricks_R2_PA_00002609

Conversions from character strings or NUMBER to BINARY_DOUBLE can be inexact, because the NUMBER and character types use decimal precision to represent the numeric value, and BINARY_DOUBLE uses binary precision.

Conversions from BINARY_FLOAT to BINARY_DOUBLE are exact.

> **See Also:** TO_CHAR (number) on page 7-237 and "Floating-Point Numbers" on page 2-14

### Examples

The examples that follow are based on a table with three columns, each with a different numeric datatype:

```
CREATE TABLE float_point_demo
  (dec_num NUMBER(10,2), bin_double BINARY_DOUBLE, bin_float BINARY_FLOAT);

INSERT INTO float_point_demo
  VALUES (1234.56,1234.56,1234.56);

SELECT * FROM float_point_demo;

   DEC_NUM BIN_DOUBLE  BIN_FLOAT
---------- ---------- ----------
   1234.56 1.235E+003 1.235E+003
```

The following example converts a value of datatype NUMBER to a value of datatype BINARY_DOUBLE:

```
SELECT dec_num, TO_BINARY_DOUBLE(dec_num)
  FROM float_point_demo;

   DEC_NUM TO_BINARY_DOUBLE(DEC_NUM)
---------- -------------------------
   1234.56               1.235E+003
```

The following example compares extracted dump information from the dec_num and bin_double columns:

```
SELECT DUMP(dec_num) "Decimal",
   DUMP(bin_double) "Double"
   FROM float_point_demo;

Decimal                     Double
-------------------------   -------------------------------------------
Typ=2 Len=4: 194,13,35,57   Typ=101 Len=8: 192,147,74,61,112,163,215,10
```

Cloudera Exhibit 1020 - Page 474 of 1808

Databricks_R2_PA_00002610

# TO_BINARY_FLOAT

### Syntax

**to_binary_float::=**



### Purpose

TO_BINARY_FLOAT returns a single-precision floating-point number.

- *expr* can be a character string or a numeric value of type NUMBER, BINARY_FLOAT, or BINARY_DOUBLE. If *expr* is BINARY_FLOAT, then the function returns *expr*.

- The optional '*fmt*' and '*nlsparam*' arguments are valid only if *expr* is a character string. They serve the same purpose as for the TO_CHAR (number) function.

  – The incase-sensitive string 'INF' is converted to positive infinity.

  – The incase-sensitive string '-INF' is converted to negative identity.

  – The incase-sensitive string 'NaN' is converted to NaN (not a number).

You cannot use a floating-point number format element (F, f, D, or d) in a character string *expr*.

Conversions from character strings or NUMBER to BINARY_FLOAT can be inexact, because the NUMBER and character types use decimal precision to represent the numeric value and BINARY_FLOAT uses binary precision.

Conversions from BINARY_DOUBLE to BINARY_FLOAT are inexact if the BINARY_DOUBLE value uses more bits of precision than supported by the BINARY_FLOAT.

> **See Also:**  TO_CHAR (number) on page 7-237 and "Floating-Point Numbers" on page 2-14

Cloudera Exhibit 1020 - Page 475 of 1808

Databricks_R2_PA_00002611

TO_CHAR (character)

---

### Examples

Using table `float_point_demo` created for TO_BINARY_DOUBLE on page 7-231, the following example converts a value of datatype NUMBER to a value of datatype BINARY_FLOAT:

```
SELECT dec_num, TO_BINARY_FLOAT(dec_num)
  FROM float_point_demo;

   DEC_NUM TO_BINARY_FLOAT(DEC_NUM)
---------- ------------------------
   1234.56                1.235E+003
```

# TO_CHAR (character)

### Syntax

**to_char_char::=**



### Purpose

TO_CHAR (character) converts NCHAR, NVARCHAR2, CLOB, or NCLOB data to the database character set.

### Examples

The following example interprets a simple string as character data:

```
SELECT TO_CHAR('01110') FROM DUAL;

TO_CH
-----
01110
```

Compare this example with the first example for TO_CHAR (number) on page 7-237.

The following example converts some CLOB data from the pm.print_media table to the database character set:

Cloudera Exhibit 1020 - Page 476 of 1808

Databricks_R2_PA_00002612

```
SELECT TO_CHAR(ad_sourcetext) FROM print_media
      WHERE product_id = 2268;

TO_CHAR(AD_SOURCETEXT)
--------------------------------------------------------------------
******************************
TIGER2 2268...Standard Hayes Compatible Modem
Product ID: 2268
The #1 selling modem in the universe! Tiger2's modem includes call management
and Internet voicing. Make real-time full duplex phone calls at the same time
you're online.
***********************************
```

# TO_CHAR (datetime)

### Syntax

**to_char_date::=**



### Purpose

TO_CHAR (datetime) converts a datetime or interval value of DATE, TIMESTAMP, TIMESTAMP WITH TIME ZONE, or TIMESTAMP WITH LOCAL TIME ZONE datatype to a value of VARCHAR2 datatype in the format specified by the date format *fmt*. If you omit *fmt*, then *date* is converted to a VARCHAR2 value as follows:

- DATE values are converted to values in the default date format.

- TIMESTAMP and TIMESTAMP WITH LOCAL TIME ZONE values are converted to values in the default timestamp format.

- TIMESTAMP WITH TIME ZONE values are converted to values in the default timestamp with time zone format.

Please refer to "Format Models" on page 2-70 for information on datetime formats.

The *'nlsparam'* argument specifies the language in which month and day names and abbreviations are returned. This argument can have this form:

Cloudera Exhibit 1020 - Page 477 of 1808

```
'NLS_DATE_LANGUAGE = language'
```

If you omit `'nlsparam'`, then this function uses the default date language for your session.

## Examples

The following example uses this table:

```
CREATE TABLE date_tab (
    ts_col      TIMESTAMP,
    tsltz_col   TIMESTAMP WITH LOCAL TIME ZONE,
    tstz_col    TIMESTAMP WITH TIME ZONE);
```

The example shows the results of applying TO_CHAR to different TIMESTAMP datatypes. The result for a TIMESTAMP WITH LOCAL TIME ZONE column is sensitive to session time zone, whereas the results for the TIMESTAMP and TIMESTAMP WITH TIME ZONE columns are not sensitive to session time zone:

```
ALTER SESSION SET TIME_ZONE = '-8:00';
INSERT INTO date_tab VALUES (
    TIMESTAMP'1999-12-01 10:00:00',
    TIMESTAMP'1999-12-01 10:00:00',
    TIMESTAMP'1999-12-01 10:00:00');
INSERT INTO date_tab VALUES (
    TIMESTAMP'1999-12-02 10:00:00 -8:00',
    TIMESTAMP'1999-12-02 10:00:00 -8:00',
    TIMESTAMP'1999-12-02 10:00:00 -8:00');

SELECT TO_CHAR(ts_col, 'DD-MON-YYYY HH24:MI:SSxFF'),
    TO_CHAR(tstz_col, 'DD-MON-YYYY HH24:MI:SSxFF TZH:TZM')
    FROM date_tab;

TO_CHAR(TS_COL,'DD-MON-YYYYHH2 TO_CHAR(TSTZ_COL,'DD-MON-YYYYHH24:MI:
----------------------------- ------------------------------------
01-DEC-1999 10:00:00          01-DEC-1999 10:00:00.000000 -08:00
02-DEC-1999 10:00:00          02-DEC-1999 10:00:00.000000 -08:00

SELECT SESSIONTIMEZONE,
    TO_CHAR(tsltz_col, 'DD-MON-YYYY HH24:MI:SSxFF')
    FROM date_tab;

SESSIONTIMEZONE  TO_CHAR(TSLTZ_COL,'DD-MON-YYYY
---------------  -----------------------------
-08:00           01-DEC-1999 10:00:00.000000
-08:00           02-DEC-1999 10:00:00.000000
```

Cloudera Exhibit 1020 - Page 478 of 1808

Databricks_R2_PA_00002614

```
ALTER SESSION SET TIME_ZONE = '-5:00';
SELECT TO_CHAR(ts_col, 'DD-MON-YYYY HH24:MI:SSxFF'),
    TO_CHAR(tstz_col, 'DD-MON-YYYY HH24:MI:SSxFF TZH:TZM')
    FROM date_tab;

TO_CHAR(TS_COL,'DD-MON-YYYYHH2 TO_CHAR(TSTZ_COL,'DD-MON-YYYYHH24:MI:
---------------------------- ------------------------------------
01-DEC-1999 10:00:00.000000   01-DEC-1999 10:00:00.000000 -08:00
02-DEC-1999 10:00:00.000000   02-DEC-1999 10:00:00.000000 -08:00

SELECT SESSIONTIMEZONE,
    TO_CHAR(tsltz_col, 'DD-MON-YYYY HH24:MI:SSxFF')
    FROM date_tab;

SESSIONTIMEZONE            TO_CHAR(TSLTZ_COL,'DD-MON-YYYY
----------------------- -----------------------------
-05:00                    01-DEC-1999 13:00:00.000000
-05:00                    02-DEC-1999 13:00:00.000000
```

# TO_CHAR (number)

## Syntax

**to_char_number::=**



## Purpose

TO_CHAR (number) converts $n$ to a value of VARCHAR2 datatype, using the optional number format $fmt$. The value $n$ can be of type NUMBER, BINARY_FLOAT, or BINARY_DOUBLE. If you omit $fmt$, then $n$ is converted to a VARCHAR2 value exactly long enough to hold its significant digits.

Please refer to "Format Models" on page 2-70 for information on number formats.

The '*nlsparam*' argument specifies these characters that are returned by number format elements:

- Decimal character

Cloudera Exhibit 1020 - Page 479 of 1808

Databricks_R2_PA_00002615

TO_CHAR (number)

- Group separator
- Local currency symbol
- International currency symbol

This argument can have this form:

```
'NLS_NUMERIC_CHARACTERS = ''dg''
   NLS_CURRENCY = ''text''
   NLS_ISO_CURRENCY = territory '
```

The characters $d$ and $g$ represent the decimal character and group separator, respectively. They must be different single-byte characters. Within the quoted string, you must use two single quotation marks around the parameter values. Ten characters are available for the currency symbol.

If you omit `'nlsparam'` or any one of the parameters, then this function uses the default parameter values for your session.

### Examples

The following statement uses implicit conversion to combine a string and a number into a number:

```
SELECT TO_CHAR('01110' + 1) FROM dual;

TO_C
----
1111
```

Compare this example with the first example for TO_CHAR (character) on page 7-234.

In the next example, the output is blank padded to the left of the currency symbol.

```
SELECT TO_CHAR(-10000,'L99G999D99MI') "Amount"
     FROM DUAL;

Amount
--------------
  $10,000.00-

SELECT TO_CHAR(-10000,'L99G999D99MI',
   'NLS_NUMERIC_CHARACTERS = '',.''
   NLS_CURRENCY = ''AusDollars'' ') "Amount"
     FROM DUAL;
```

Cloudera Exhibit 1020 - Page 480 of 1808

Databricks_R2_PA_00002616

```
Amount
-------------------
AusDollars10.000,00-
```

In the optional number format *fmt*, L designates local currency symbol and MI designates a trailing minus sign. See Table 2–14, " Number Format Elements" on page 2-72 for a complete listing of number format elements.

# TO_CLOB

## Syntax

**to_clob::=**



## Purpose

TO_CLOB converts NCLOB values in a LOB column or other character strings to CLOB values. *char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. Oracle Database executes this function by converting the underlying LOB data from the national character set to the database character set.

## Examples

The following statement converts NCLOB data from the sample pm.print_media table to CLOB and inserts it into a CLOB column, replacing existing data in that column.

```
UPDATE PRINT_MEDIA
   SET AD_FINALTEXT = TO_CLOB (AD_FLTEXTN);
```

Cloudera Exhibit 1020 - Page 481 of 1808

Databricks_R2_PA_00002617

# TO_DATE

## Syntax

**to_date::=**



## Purpose

TO_DATE converts *char* of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype to a value of DATE datatype. The *fmt* is a datetime model format specifying the format of *char*. If you omit *fmt*, then *char* must be in the default date format. If *fmt* is J, for Julian, then *char* must be an integer.

> **Note:** This function does not convert data to any of the other datetime datatypes. For information on other datetime conversions, please refer to TO_TIMESTAMP on page 7-249, TO_TIMESTAMP_ TZ on page 7-250, TO_DSINTERVAL on page 7-241, and TO_ YMINTERVAL on page 7-252.

The default date format is determined implicitly by the NLS_TERRITORY initialization parameter or can be set explicitly by the NLS_DATE_FORMAT parameter.

The *'nlsparam'* argument has the same purpose in this function as in the TO_ CHAR function for date conversion.

Do not use the TO_DATE function with a DATE value for the *char* argument. The first two digits of the returned DATE value can differ from the original *char*, depending on *fmt* or the default date format.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datetime Format Models" on page 2-75 and "Datatype Comparison Rules" on page 2-50 for more information

Cloudera Exhibit 1020 - Page 482 of 1808

Databricks_R2_PA_00002618

## Examples

The following example converts a character string into a date:

```
SELECT TO_DATE(
    'January 15, 1989, 11:00 A.M.',
    'Month dd, YYYY, HH:MI A.M.',
     'NLS_DATE_LANGUAGE = American')
     FROM DUAL;

TO_DATE('
---------
15-JAN-89
```

The value returned reflects the default date format if the NLS_TERRITORY parameter is set to 'AMERICA'. Different NLS_TERRITORY values result in different default date formats:

```
ALTER SESSION SET NLS_TERRITORY = 'KOREAN';

SELECT TO_DATE(
    'January 15, 1989, 11:00 A.M.',
    'Month dd, YYYY, HH:MI A.M.',
     'NLS_DATE_LANGUAGE = American')
     FROM DUAL;

TO_DATE(
--------
89/01/15
```

# TO_DSINTERVAL

## Syntax

**to_dsinterval::=**



## Purpose

TO_DSINTERVAL converts a character string of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype to an INTERVAL DAY TO SECOND value.

Cloudera Exhibit 1020 - Page 483 of 1808

Databricks_R2_PA_00002619

- *char* is the character string to be converted.

- The only valid *nlsparam* you can specify in this function is NLS_NUMERIC_ CHARACTERS. This argument can have the form:

  NLS_NUMERIC_CHARACTERS = "*dg*"

  where *d* and *g* represent the decimal character and group separator respectively.

### Examples

The following example selects from the employees table the employees who had worked for the company for at least 100 days on January 1, 1990:

```
SELECT employee_id, last_name FROM employees
   WHERE hire_date + TO_DSINTERVAL('100 10:00:00')
   <= DATE '1990-01-01';

EMPLOYEE_ID LAST_NAME
----------- ---------------
        100 King
        101 Kochhar
        200 Whalen
```

# TO_LOB

### Syntax

### to_LOB::=



### Purpose

TO_LOB converts LONG or LONG RAW values in the column *long_column* to LOB values. You can apply this function only to a LONG or LONG RAW column, and only in the select list of a subquery in an INSERT statement.

Before using this function, you must create a LOB column to receive the converted LONG values. To convert LONGs, create a CLOB column. To convert LONG RAWs, create a BLOB column.

Cloudera Exhibit 1020 - Page 484 of 1808

Databricks_R2_PA_00002620

You cannot use the TO_LOB function to convert a LONG column to a LOB column in the subquery of a CREATE TABLE ... AS SELECT statement if you are creating an index-organized table. Instead, create the index-organized table without the LONG column, and then use the TO_LOB function in an INSERT ... AS SELECT statement.

**See Also:**

- the *modify_col_properties* clause of ALTER TABLE on page 12-2 for an alternative method of converting LONG columns to LOB

- INSERT on page 18-65 for information on the subquery of an INSERT statement

### Example

The following syntax shows how to use the TO_LOB function on your LONG data in a hypothetical table *old_table*:

```
CREATE TABLE new_table (col1, col2, ... lob_col CLOB);
INSERT INTO new_table (select o.col1, o.col2, ... TO_LOB(o.old_long_col)
   FROM old_table o;
```

# TO_MULTI_BYTE

### Syntax

**to_multi_byte::=**



### Purpose

TO_MULTI_BYTE returns *char* with all of its single-byte characters converted to their corresponding multibyte characters. *char* can be of datatype CHAR, VARCHAR2, NCHAR, or NVARCHAR2. The value returned is in the same datatype as *char*.

Any single-byte characters in *char* that have no multibyte equivalents appear in the output string as single-byte characters. This function is useful only if your database character set contains both single-byte and multibyte characters.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

Cloudera Exhibit 1020 - Page 485 of 1808

Databricks_R2_PA_00002621

TO_NCHAR (character)

---

**See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following example illustrates converting from a single byte A to a multibyte A in UTF8:

```
SELECT dump(TO_MULTI_BYTE( 'A')) FROM DUAL;

DUMP(TO_MULTI_BYTE('A'))
------------------------
Typ=1 Len=3: 239,188,161
```

# TO_NCHAR (character)

### Syntax

**to_nchar_char::=**



### Purpose

TO_NCHAR (character) converts a character string, CLOB, or NCLOB value from the database character set to the national character set. This function is equivalent to the TRANSLATE ... USING function with a USING clause in the national character set.

> **See Also:** "Data Conversion" on page 2-54 and TRANSLATE ... USING on page 7-254

### Examples

The following example converts NCLOB data from the pm.print_media table to the national character set:

```
SELECT TO_NCHAR(ad_fltextn) FROM print_media
   WHERE product_id = 3106;

TO_NCHAR(AD_FLTEXTN)
```

Cloudera Exhibit 1020 - Page 486 of 1808

```
------------------------------------------------------------------------
TIGER2  Tastaturen...weltweit fuehrend in Computer-Ergonomie.
TIGER2 3106 Tastatur
Product Nummer: 3106
Nur 39 EURO!
Die Tastatur KB 101/CH-DE ist eine Standard PC/AT Tastatur mit 102 Tasten. Tasta
turbelegung: Schweizerdeutsch.
. NEU: Kommt mit ergonomischer Schaumstoffunterlage.
. Extraflache und ergonimisch-geknickte Versionen verfugbar auf Anfrage.
. Lieferbar in Elfenbein, Rot oder Schwarz.
```

# TO_NCHAR (datetime)

## Syntax

**to_nchar_date::=**



## Purpose

TO_NCHAR (datetime) converts a datetime or interval value of DATE, TIMESTAMP, TIMESTAMP WITH TIME ZONE, TIMESTAMP WITH LOCAL TIME ZONE, INTERVAL MONTH TO YEAR, or INTERVAL DAY TO SECOND datatype from the database character set to the national character set.

## Examples

The following example converts the order_date of all orders whose status is 9 to the national character set:

```
SELECT TO_NCHAR(order_date) FROM orders
   WHERE order_status > 9;

TO_NCHAR(ORDER_DATE)
----------------------------
14-SEP-99 08.53.40.223345 AM
13-SEP-99 09.19.00.654279 AM
27-JUN-00 08.53.32.335522 PM
26-JUN-00 09.19.43.190089 PM
```

Cloudera Exhibit 1020 - Page 487 of 1808

Databricks_R2_PA_00002623

TO_NCHAR (number)

```
06-DEC-99 01.22.34.225609 PM
```

# TO_NCHAR (number)

### Syntax

**to_nchar_number::=**



### Purpose

TO_NCHAR (number) converts $n$ to a string in the national character set. The value $n$ can be of type NUMBER, BINARY_FLOAT, or BINARY_DOUBLE. The function returns a value of the same type as the argument. The optional *fmt* and *'nlsparam'* corresponding to $n$ can be of DATE, TIMESTAMP, TIMESTAMP WITH TIME ZONE, TIMESTAMP WITH LOCAL TIME ZONE, INTERVAL MONTH TO YEAR, or INTERVAL DAY TO SECOND datatype.

### Examples

The following example converts the customer_id values from the sample table oe.orders to the national character set:

```
SELECT TO_NCHAR(customer_id) "NCHAR_Customer_ID"  FROM orders
   WHERE order_status > 9;

NCHAR_Customer_ID
-----------------
102
103
148
149
148
```

Cloudera Exhibit 1020 - Page 488 of 1808

Databricks_R2_PA_00002624

# TO_NCLOB

### Syntax

**to_nclob::=**



### Purpose

TO_NCLOB converts CLOB values in a LOB column or other character strings to NCLOB values. *char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. Oracle Database implements this function by converting the character set of *char* from the database character set to the national character set.

### Examples

The following example inserts some character data into an NCLOB column of the pm.print_media table by first converting the data with the TO_NCLOB function:

```
INSERT INTO print_media (product_id, ad_id, ad_fltextn)
   VALUES (3502, 31001,
      TO_NCLOB('Placeholder for new product description'));
```

# TO_NUMBER

### Syntax

**to_number::=**



### Purpose

TO_NUMBER converts *expr* to a value of NUMBER datatype. The *expr* can be a BINARY_FLOAT or BINARY_DOUBLE value or a value of CHAR, VARCHAR2, NCHAR,

Cloudera Exhibit 1020 - Page 489 of 1808

Databricks_R2_PA_00002625

or `NVARCHAR2` datatype containing a number in the format specified by the optional format model `fmt`.

This function does not support `CLOB` data directly. However, `CLOB`s can be passed in as arguments through implicit data conversion.

> **See Also:**   "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following examples convert character string data into a number:

```
UPDATE employees SET salary = salary +
   TO_NUMBER('100.00', '9G999D99')
   WHERE last_name = 'Perkins';
```

The `'nlsparam'` argument in this function has the same purpose as it does in the `TO_CHAR` function for number conversions. Please refer to TO_CHAR (number) on page 7-237 for more information.

```
SELECT TO_NUMBER('-AusDollars100','L9G999D99',
   ' NLS_NUMERIC_CHARACTERS = ''.,''
     NLS_CURRENCY           = ''AusDollars''
   ') "Amount"
     FROM DUAL;

   Amount
----------
     -100
```

# TO_SINGLE_BYTE

### Syntax

**to_single_byte::=**



### Purpose

`TO_SINGLE_BYTE` returns `char` with all of its multibyte characters converted to their corresponding single-byte characters. `char` can be of datatype `CHAR`,

Cloudera Exhibit 1020 - Page 490 of 1808

Databricks_R2_PA_00002626

VARCHAR2, NCHAR, or NVARCHAR2. The value returned is in the same datatype as *char*.

Any multibyte characters in *char* that have no single-byte equivalents appear in the output as multibyte characters. This function is useful only if your database character set contains both single-byte and multibyte characters.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:**    "Datatype Comparison Rules" on page 2-50 for more information.

### Examples
The following example illustrates going from a multibyte A in UTF8 to a single byte ASCII A:

```
SELECT TO_SINGLE_BYTE( CHR(15711393)) FROM DUAL;

T
-
A
```

# TO_TIMESTAMP

### Syntax

**to_timestamp::=**



### Purpose

TO_TIMESTAMP converts *char* of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype to a value of TIMESTAMP datatype.

The optional *fmt* specifies the format of *char*. If you omit *fmt*, then *char* must be in the default format of the TIMESTAMP datatype, which is determined by the NLS_TIMESTAMP_FORMAT initialization parameter. The optional *'nlsparam'* argument

Cloudera Exhibit 1020 - Page 491 of 1808

Databricks_R2_PA_00002627

has the same purpose in this function as in the `TO_CHAR` function for date conversion.

This function does not support `CLOB` data directly. However, `CLOB`s can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information.

### Examples

The following example converts a character string to a timestamp. The character string is not in the default `TIMESTAMP` format, so the format mask must be specified:

```
SELECT TO_TIMESTAMP ('10-Sep-02 14:10:10.123000', 'DD-Mon-RR HH24:MI:SS.FF')
    FROM DUAL;

TO_TIMESTAMP('10-SEP-0214:10:10.123000','DD-MON-RRHH24:MI:SS.FF')
--------------------------------------------------------------------------
10-SEP-02 02.10.10.123000000 PM
```

> **See Also:** `NLS_TIMESTAMP_FORMAT` parameter for information on the default `TIMESTAMP` format and "Datetime Format Models" on page 2-75 for information on specifying the format mask

## TO_TIMESTAMP_TZ

### Syntax

**to_timestamp_tz::=**



### Purpose

`TO_TIMESTAMP_TZ` converts *char* of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype to a value of `TIMESTAMP WITH TIME ZONE` datatype.

Databricks_R2_PA_00002628

> **Note:** This function does not convert character strings to TIMESTAMP WITH LOCAL TIME ZONE. To do this, use a CAST function, as shown in CAST on page 7-30.

The optional *fmt* specifies the format of *char*. If you omit *fmt*, then *char* must be in the default format of the TIMESTAMP WITH TIME ZONE datatype. The optional *'nlsparam'* has the same purpose in this function as in the TO_CHAR function for date conversion.

### Examples

The following example converts a character string to a value of TIMESTAMP WITH TIME ZONE:

```
SELECT TO_TIMESTAMP_TZ('1999-12-01 11:00:00 -8:00',
   'YYYY-MM-DD HH:MI:SS TZH:TZM') FROM DUAL;

TO_TIMESTAMP_TZ('1999-12-0111:00:00-08:00','YYYY-MM-DDHH:MI:SSTZH:TZM')
---------------------------------------------------------------------
01-DEC-99 11.00.00.000000000 AM -08:00
```

The following example casts a null column in a UNION operation as TIMESTAMP WITH LOCAL TIME ZONE using the sample tables oe.order_items and oe.orders:

```
SELECT order_id, line_item_id,
   CAST(NULL AS TIMESTAMP WITH LOCAL TIME ZONE) order_date
   FROM order_items
UNION
SELECT order_id, to_number(null), order_date
   FROM orders;

  ORDER_ID LINE_ITEM_ID ORDER_DATE
---------- ------------ -----------------------------------
      2354            1
      2354            2
      2354            3
      2354            4
      2354            5
      2354            6
      2354            7
      2354            8
      2354            9
```

Cloudera Exhibit 1020 - Page 493 of 1808

Databricks_R2_PA_00002629

```
2354        10
2354        11
2354        12
2354        13
2354           14-JUL-00 05.18.23.234567 PM
2355         1
2355         2
```
...

# TO_YMINTERVAL

**Syntax**

**to_yminterval::=**



**Purpose**

TO_YMINTERVAL converts a character string of CHAR, VARCHAR2, NCHAR, or NVARCHAR2 datatype to an INTERVAL YEAR TO MONTH type, where *char* is the character string to be converted.

**Examples**

The following example calculates for each employee in the sample hr.employees table a date one year two months after the hire date:

```
SELECT hire_date, hire_date + TO_YMINTERVAL('01-02') "14 months"
   FROM employees;

HIRE_DATE 14 months
--------- ---------
17-JUN-87 17-AUG-88
21-SEP-89 21-NOV-90
13-JAN-93 13-MAR-94
03-JAN-90 03-MAR-91
21-MAY-91 21-JUL-92
. . .
```

Cloudera Exhibit 1020 - Page 494 of 1808

Databricks_R2_PA_00002630

# TRANSLATE

## Syntax

**translate::=**



## Purpose

TRANSLATE returns *expr* with all occurrences of each character in *from_string* replaced by its corresponding character in *to_string*. Characters in *expr* that are not in *from_string* are not replaced. If *expr* is a character string, then you must enclose it in single quotation marks. The argument *from_string* can contain more characters than *to_string*. In this case, the extra characters at the end of *from_string* have no corresponding characters in *to_string*. If these extra characters appear in *char*, then they are removed from the return value.

You cannot use an empty string for *to_string* to remove all characters in *from_string* from the return value. Oracle Database interprets the empty string as null, and if this function has a null argument, then it returns null.

TRANSLATE provides functionality related to that provided by the REPLACE function. REPLACE lets you substitute a single string for another single string, as well as remove character strings. TRANSLATE lets you make several single-character, one-to-one substitutions in one operation.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information and REPLACE on page 7-176

## Examples

The following statement translates a book title into a string that could be used (for example) as a filename. The *from_string* contains four characters: a space, asterisk, slash, and apostrophe (with an extra apostrophe as the escape character). The *to_string* contains only three underscores. This leaves the fourth character in the *from_string* without a corresponding replacement, so apostrophes are dropped from the returned value.

```
SELECT TRANSLATE('SQL*Plus User''s Guide', ' */''', '___') FROM DUAL;
```

Cloudera Exhibit 1020 - Page 495 of 1808

Databricks_R2_PA_00002631

TRANSLATE ... USING

```
TRANSLATE('SQL*PLUSU
--------------------
SQL_Plus_Users_Guide
```

# TRANSLATE ... USING

## Syntax

**translate_using::=**



## Purpose

TRANSLATE ... USING converts *text* into the character set specified for conversions between the database character set and the national character set.

> **Note:**  The TRANSLATE ... USING function is supported primarily for ANSI compatibility. Oracle recommends that you use the TO_CHAR and TO_NCHAR functions, as appropriate, for converting data to the database or national character set. TO_CHAR and TO_NCHAR can take as arguments a greater variety of datatypes than TRANSLATE ... USING, which accepts only character data.

The *text* argument is the expression to be converted.

- Specifying the USING CHAR_CS argument converts *text* into the database character set. The output datatype is VARCHAR2.

- Specifying the USING NCHAR_CS argument converts *text* into the national character set. The output datatype is NVARCHAR2.

This function is similar to the Oracle CONVERT function, but must be used instead of CONVERT if either the input or the output datatype is being used as NCHAR or NVARCHAR2. If the input contains UCS2 code points or backslash characters (\), then use the UNISTR function.

> **See Also:**  CONVERT on page 7-41 and UNISTR on page 7-261

Cloudera Exhibit 1020 - Page 496 of 1808

Databricks_R2_PA_00002632

## Examples

The following statements use data from the sample table `oe.product_descriptions` to show the use of the TRANSLATE ... USING function:

```
CREATE TABLE translate_tab (char_col  VARCHAR2(100),
                            nchar_col NVARCHAR2(50));

INSERT INTO translate_tab
   SELECT NULL, translated_name
      FROM product_descriptions
      WHERE product_id = 3501;


SELECT * FROM translate_tab;

CHAR_COL                 NCHAR_COL
------------------------ ------------------------
. . .
                         C per a SPNIX4.0 - Sys
                         C pro SPNIX4.0 - Sys
                         C for SPNIX4.0 - Sys
                         C til SPNIX4.0 - Sys
. . .

UPDATE translate_tab
   SET char_col = TRANSLATE (nchar_col USING CHAR_CS);

SELECT * FROM translate_tab;

CHAR_COL                 NCHAR_COL
------------------------ ------------------------
. . .
C per a SPNIX4.0 - Sys   C per a SPNIX4.0 - Sys
C pro SPNIX4.0 - Sys     C pro SPNIX4.0 - Sys
C for SPNIX4.0 - Sys     C for SPNIX4.0 - Sys
C til SPNIX4.0 - Sys     C til SPNIX4.0 - Sys
. . .
```

Cloudera Exhibit 1020 - Page 497 of 1808

Databricks_R2_PA_00002633

# TREAT

## Syntax

**treat::=**



## Purpose

TREAT changes the declared type of an expression.

You must have the EXECUTE object privilege on *type* to use this function.

- *type* must be some supertype or subtype of the declared type of *expr*. If the most specific type of *expr* is *type* (or some subtype of *type*), then TREAT returns *expr*. If the most specific type of *expr* is not *type* (or some subtype of *type*), then TREAT returns NULL.

- You can specify REF only if the declared type of *expr* is a REF type.

- If the declared type of *expr* is a REF to a source type of *expr*, then *type* must be some subtype or supertype of the source type of *expr*. If the most specific type of DEREF(*expr*) is *type* (or a subtype of *type*), then TREAT returns *expr*. If the most specific type of DEREF(*expr*) is not *type* (or a subtype of *type*), then TREAT returns NULL.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information

## Examples

The following statement uses the table oe.persons, which is created in "Substitutable Table and Column Examples" on page 16-68. That table is based on the person_t type, which is created in "Type Hierarchy Example" on page 17-22. The example retrieves the salary attribute of all people in the persons table, the value being null for instances of people that are not employees.

```
SELECT name, TREAT(VALUE(p) AS employee_t).salary salary
   FROM persons p;
```

Cloudera Exhibit 1020 - Page 498 of 1808

Databricks_R2_PA_00002634

```
NAME                        SALARY
-------------------------   ----------
Bob
Joe                         100000
Tim                         1000
```

You can use the TREAT function to create an index on the subtype attributes of a substitutable column. For an example, see "Indexing on Substitutable Columns: Examples" on page 14-103 on page 14-98.

# TRIM

## Syntax

**trim::=**



## Purpose

TRIM enables you to trim leading or trailing characters (or both) from a character string. If *trim_character* or *trim_source* is a character literal, then you must enclose it in single quotes.

- If you specify LEADING, then Oracle Database removes any leading characters equal to *trim_character*.

- If you specify TRAILING, then Oracle removes any trailing characters equal to *trim_character*.

- If you specify BOTH or none of the three, then Oracle removes leading and trailing characters equal to *trim_character*.

- If you do not specify *trim_character*, then the default value is a blank space.

- If you specify only *trim_source*, then Oracle removes leading and trailing blank spaces.

Cloudera Exhibit 1020 - Page 499 of 1808

Databricks_R2_PA_00002635

- The function returns a value with datatype `VARCHAR2`. The maximum length of the value is the length of `trim_source`.

- If either `trim_source` or `trim_character` is null, then the `TRIM` function returns null.

Both `trim_character` and `trim_source` can be any of the datatypes `CHAR`, `VARCHAR2`, `NCHAR`, `NVARCHAR2`, `CLOB`, or `NCLOB`. The string returned is of `VARCHAR2` datatype and is in the same character set as `trim_source`.

### Examples

This example trims leading zeroes from the hire date of the employees in the `hr` schema:

```
SELECT employee_id,
      TO_CHAR(TRIM(LEADING 0 FROM hire_date))
      FROM employees
      WHERE department_id = 60;

EMPLOYEE_ID TO_CHAR(T
----------- ---------
        103 3-JAN-90
        104 21-MAY-91
        105 25-JUN-97
        106 5-FEB-98
        107 7-FEB-99
```

# TRUNC (number)

### Syntax

**trunc_number::=**



### Purpose

The `TRUNC` (number) function returns $n$ truncated to $m$ decimal places. If $m$ is omitted, then $n$ is truncated to 0 places. $m$ can be negative to truncate (make zero) $m$ digits left of the decimal point.

Cloudera Exhibit 1020 - Page 500 of 1808

Databricks_R2_PA_00002636

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. If you omit *m*, then the function returns the same datatype as the numeric datatype of the argument. If you include *m*, then the function returns NUMBER.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

### Examples

The following examples truncate numbers:

```
SELECT TRUNC(15.79,1) "Truncate" FROM DUAL;

  Truncate
----------
     15.7


SELECT TRUNC(15.79,-1) "Truncate" FROM DUAL;

  Truncate
----------
       10
```

# TRUNC (date)

### Syntax

**trunc_date::=**



### Purpose

The TRUNC (date) function returns *date* with the time portion of the day truncated to the unit specified by the format model *fmt*. The value returned is always of datatype DATE, even if you specify a different datetime datatype for *date*. If you omit *fmt*, then *date* is truncated to the nearest day. Please refer to "ROUND and TRUNC Date Functions" on page 7-286 for the permitted format models to use in *fmt*.

Cloudera Exhibit 1020 - Page 501 of 1808

Databricks_R2_PA_00002637

### Examples

The following example truncates a date:

```
SELECT TRUNC(TO_DATE('27-OCT-92','DD-MON-YY'), 'YEAR')
  "New Year" FROM DUAL;

New Year
---------
01-JAN-92
```

# TZ_OFFSET

### Syntax

**tz_offset::=**



### Purpose

TZ_OFFSET returns the time zone offset corresponding to the argument based on the date the statement is executed. You can enter a valid time zone name, a time zone offset from UTC (which simply returns itself), or the keyword SESSIONTIMEZONE or DBTIMEZONE. For a listing of valid values for *time_zone_name*, query the TZNAME column of the V$TIMEZONE_NAMES dynamic performance view.

Cloudera Exhibit 1020 - Page 502 of 1808

Databricks_R2_PA_00002638

> **Note:**   Timezone region names are needed by the daylight savings
> feature. The region names are stored in two time zone files. The
> default time zone file is a small file containing only the most
> common time zones to maximize performance. If your time zone is
> not in the default file, then you will not have daylight savings
> support until you provide a path to the complete (larger) file by
> way of the ORA_TZFILE environment variable.

# UID

## Syntax

uid::=



## Purpose

UID returns an integer that uniquely identifies the session user (the user who logged on).

## Examples

The following example returns the UID of the current user:

```
SELECT UID FROM DUAL;
```

# UNISTR

## Syntax

unistr::=



Cloudera Exhibit 1020 - Page 503 of 1808

Databricks_R2_PA_00002639

UPDATEXML

---

**Purpose**

`UNISTR` takes as its argument a text string and returns it in the national character set. The national character set of the database can be either AL16UTF16 or UTF8. `UNISTR` provides support for Unicode string literals by letting you specify the Unicode encoding value of characters in the string. This is useful, for example, for inserting data into `NCHAR` columns.

The Unicode encoding value has the form '\xxxx' where **xxxx** is the hexadecimal value of a character in UCS-2 encoding format. To include the backslash in the string itself, precede it with another backslash (\\).

For portability and data preservation, Oracle recommends that in the `UNISTR` string argument you specify only ASCII characters and the Unicode encoding values.

> **See Also:** *Oracle Database Globalization Support Guide* for information on Unicode and national character sets

**Examples**

The following example passes both ASCII characters and Unicode encoding values to the `UNISTR` function, which returns the string in the national character set:

```
SELECT UNISTR('abc\00e5\00f1\00f6') FROM DUAL;

UNISTR
------
abcåñö
```

# UPDATEXML

**Syntax**

**updatexml::=**



**Purpose**

`UPDATEXML` takes as arguments an `XMLType` instance and an XPath-value pair and returns an `XMLType` instance with the updated value. If *XPath_string* is an XML element, then the corresponding *value_expr* must be an `XMLType` instance. If

Cloudera Exhibit 1020 - Page 504 of 1808

Databricks_R2_PA_00002640

*XPath_string* is an attribute or text node, then the *value_expr* can be any scalar datatype. The datatypes of the target of each *XPath_string* and its corresponding *value_expr* must match. The optional *namespace_string* must resolve to a VARCHAR2 value that specifies a default mapping or namespace mapping for prefixes, which Oracle Database uses when evaluating the XPath expression(s).

If you update an XML element to null, Oracle removes the attributes and children of the element, and the element becomes empty. If you update the text node of an element to null, Oracle removes the text value of the element, and the element itself remains but is empty.

In most cases, this function materializes an XML document in memory and updates the value. However, UPDATEXML is optimized for UPDATE statements on object-relational columns so that the function updates the value directly in the column. This optimization requires the following conditions:

- The *XMLType_instance* must be the same as the column in the UPDATE ... SET clause.

- The *XPath_string* must resolve to scalar content.

### Examples

The following example updates to 4 the number of docks in the San Francisco warehouse in the sample schema OE, which has a warehouse_spec column of type XMLType:

```
SELECT warehouse_name,
   EXTRACT(warehouse_spec, '/Warehouse/Docks')
   "Number of Docks"
   FROM warehouses
   WHERE warehouse_name = 'San Francisco';

WAREHOUSE_NAME       Number of Docks
-------------------- --------------------
San Francisco        <Docks>1</Docks>

UPDATE warehouses SET warehouse_spec =
   UPDATEXML(warehouse_spec,
   '/Warehouse/Docks/text()',4)
   WHERE warehouse_name = 'San Francisco';

1 row updated.

SELECT warehouse_name,
```

Cloudera Exhibit 1020 - Page 505 of 1808

Databricks_R2_PA_00002641

```
EXTRACT(warehouse_spec, '/Warehouse/Docks')
"Number of Docks"
FROM warehouses
WHERE warehouse_name = 'San Francisco';

WAREHOUSE_NAME      Number of Docks
------------------- -------------------
San Francisco       <Docks>4</Docks>
```

# UPPER

### Syntax

**upper::=**



### Purpose

UPPER returns *char*, with all letters uppercase. *char* can be any of the datatypes CHAR, VARCHAR2, NCHAR, NVARCHAR2, CLOB, or NCLOB. The return value is the same datatype as *char*.

### Examples

The following example returns a string in uppercase:

```
SELECT UPPER('Large') "Uppercase"
   FROM DUAL;

Upper
-----
LARGE
```

# USER

### Syntax

**user::=**



Cloudera Exhibit 1020 - Page 506 of 1808

Databricks_R2_PA_00002642

### Purpose

USER returns the name of the session user (the user who logged on) with the datatype VARCHAR2. Oracle Database compares values of this function with blank-padded comparison semantics.

In a distributed SQL statement, the UID and USER functions together identify the user on your local database. You cannot use these functions in the condition of a CHECK constraint.

### Examples

The following example returns the current user and the user's UID:

```
SELECT USER, UID FROM DUAL;
```

# USERENV

### Syntax

**userenv::=**



### Purpose

> **Note:** USERENV is a legacy function that is retained for backward compatibility. Oracle recommends that you use the SYS_CONTEXT function with the built-in USERENV namespace for current functionality. See SYS_CONTEXT on page 7-216 for more information.

USERENV returns information about the current session. This information can be useful for writing an application-specific audit trail table or for determining the language-specific characters currently used by your session. You cannot use USERENV in the condition of a CHECK constraint. Table 7–12 describes the values for the *parameter* argument.

All calls to USERENV return VARCHAR2 data except for calls with the SESSIONID, ENTRYID, and COMMITSCN parameters, which return NUMBER.

Cloudera Exhibit 1020 - Page 507 of 1808

Databricks_R2_PA_00002643

USERENV

*Table 7–12    Parameters of the USERENV Function*

| Parameter | Return Value |
| --- | --- |
| CLIENT_INFO | CLIENT_INFO returns up to 64 bytes of user session information that can be stored by an application using the DBMS_APPLICATION_INFO package. |
| | **Caution:** Some commercial applications may be using this context value. Please refer to the applicable documentation for those applications to determine what restrictions they may impose on use of this context area. |
| | **See Also:** |
| | ■ *Oracle Database Concepts* for more information on application context |
| | ■ CREATE CONTEXT on page 14-11 and SYS_CONTEXT on page 7-216 |
| ENTRYID | The current audit entry number. The audit entryid sequence is shared between fine-grained audit records and regular audit records. You cannot use this attribute in distributed SQL statements. |
| ISDBA | ISDBA returns 'TRUE' if the user has been authenticated as having DBA privileges either through the operating system or through a password file. |
| LANG | LANG returns the ISO abbreviation for the language name, a shorter form than the existing 'LANGUAGE' parameter. |
| LANGUAGE | LANGUAGE returns the language and territory used by the current session along with the database character set in this form: |
| | language_territory.characterset |
| SESSIONID | SESSIONID returns the auditing session identifier. You cannot specify this parameter in distributed SQL statements. |
| TERMINAL | TERMINAL returns the operating system identifier for the terminal of the current session. In distributed SQL statements, this parameter returns the identifier for your local session. In a distributed environment, this parameter is supported only for remote SELECT statements, not for remote INSERT, UPDATE, or DELETE operations. |

**Examples**

The following example returns the LANGUAGE parameter of the current session:

```
SELECT USERENV('LANGUAGE') "Language" FROM DUAL;
```

Cloudera Exhibit 1020 - Page 508 of 1808

Databricks_R2_PA_00002644

```
Language
----------------------------------
AMERICAN_AMERICA.WE8ISO8859P1
```

# VALUE

## Syntax

**value::=**



## Purpose

VALUE takes as its argument a correlation variable (table alias) associated with a row of an object table and returns object instances stored in the object table. The type of the object instances is the same type as the object table.

## Examples

The following example uses the sample table oe.persons, which is created in "Substitutable Table and Column Examples" on page 16-68:

```
SELECT VALUE(p) FROM persons p;

VALUE(P)(NAME, SSN)
------------------------------------------------------------
PERSON_T('Bob', 1234)
EMPLOYEE_T('Joe', 32456, 12, 100000)
PART_TIME_EMP_T('Tim', 5678, 13, 1000, 20)
```

> **See Also:** "IS OF type" on page 6-20 for information on using IS OF type conditions with the VALUE function

Cloudera Exhibit 1020 - Page 509 of 1808

Databricks_R2_PA_00002645

# VAR_POP

## Syntax

**var_pop::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

VAR_POP returns the population variance of a set of numbers after discarding the nulls in this set. You can use it as both an aggregate and analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

If the function is applied to an empty set, then it returns null. The function makes the following calculation:

$$(SUM(expr^2) - SUM(expr)^2 / COUNT(expr)) / COUNT(expr)$$

> **See Also:** "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and "Aggregate Functions" on page 7-9

## Aggregate Example

The following example returns the population variance of the salaries in the employees table:

```
SELECT VAR_POP(salary) FROM employees;

VAR_POP(SALARY)
---------------
     15140307.5
```

Cloudera Exhibit 1020 - Page 510 of 1808

## Analytic Example

The following example calculates the cumulative population and sample variances in the sh.sales table of the monthly sales in 1998:

```
SELECT t.calendar_month_desc,
  VAR_POP(SUM(s.amount_sold))
    OVER (ORDER BY t.calendar_month_desc) "Var_Pop",
  VAR_SAMP(SUM(s.amount_sold))
    OVER (ORDER BY t.calendar_month_desc) "Var_Samp"
  FROM sales s, times t
  WHERE s.time_id = t.time_id AND t.calendar_year = 1998
  GROUP BY t.calendar_month_desc;

CALENDAR   Var_Pop    Var_Samp
--------  ---------- ----------
1998-01          0
1998-02  6.1321E+11 1.2264E+12
1998-03  4.7058E+11 7.0587E+11
1998-04  4.6929E+11 6.2572E+11
1998-05  1.5524E+12 1.9405E+12
1998-06  2.3711E+12 2.8453E+12
1998-07  3.7464E+12 4.3708E+12
1998-08  3.7852E+12 4.3260E+12
1998-09  3.5753E+12 4.0222E+12
1998-10  3.4343E+12 3.8159E+12
1998-11  3.4245E+12 3.7669E+12
1998-12  4.8937E+12 5.3386E+12
```

# VAR_SAMP

## Syntax

**var_samp::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

Cloudera Exhibit 1020 - Page 511 of 1808

Databricks_R2_PA_00002647

VAR_SAMP

### Purpose

`VAR_SAMP` returns the sample variance of a set of numbers after discarding the nulls in this set. You can use it as both an aggregate and analytic function.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:**   Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

If the function is applied to an empty set, then it returns null. The function makes the following calculation:

```
(SUM(expr²) - SUM(expr)² / COUNT(expr)) / (COUNT(expr) - 1)
```

This function is similar to `VARIANCE`, except that given an input set of one element, `VARIANCE` returns 0 and `VAR_SAMP` returns null.

> **See Also:**   "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and "Aggregate Functions" on page 7-9

### Aggregate Example

The following example returns the sample variance of the salaries in the sample `employees` table.

```
SELECT VAR_SAMP(salary) FROM employees;

VAR_SAMP(SALARY)
----------------
       15283140.5
```

### Analytic Example

Please refer to the analytic example for VAR_POP on page 7-268.

Cloudera Exhibit 1020 - Page 512 of 1808

Databricks_R2_PA_00002648

# VARIANCE

## Syntax

**variance::=**



> **See Also:** "Analytic Functions" on page 7-11 for information on syntax, semantics, and restrictions

## Purpose

`VARIANCE` returns the variance of *expr*. You can use it as an aggregate or analytic function.

Oracle Database calculates the variance of *expr* as follows:

- 0 if the number of rows in *expr* = 1

- `VAR_SAMP` if the number of rows in *expr* > 1

If you specify `DISTINCT`, then you can specify only the *query_partition_clause* of the *analytic_clause*. The *order_by_clause* and *windowing_clause* are not allowed.

This function takes as an argument any numeric datatype or any nonnumeric datatype that can be implicitly converted to a numeric datatype. The function returns the same datatype as the numeric datatype of the argument.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion, "About SQL Expressions" on page 5-2 for information on valid forms of *expr* and "Aggregate Functions" on page 7-9

## Aggregate Example

The following example calculates the variance of all salaries in the sample `employees` table:

```
SELECT VARIANCE(salary) "Variance"
   FROM employees;
```

Cloudera Exhibit 1020 - Page 513 of 1808

Databricks_R2_PA_00002649

```
   Variance
----------
15283140.5
```

### Analytic Example

The following example returns the cumulative variance of salary values in Department 30 ordered by hire date.

```
SELECT last_name, salary, VARIANCE(salary)
     OVER (ORDER BY hire_date) "Variance"
   FROM employees
   WHERE department_id = 30;
```

```
LAST_NAME           SALARY   Variance
--------------- ---------- ----------
Raphaely             11000          0
Khoo                  3100   31205000
Tobias                2800 21623333.3
Baida                 2900 16283333.3
Himuro                2600   13317000
Colmenares            2500   11307000
```

# VSIZE

### Syntax

**vsize::=**



### Purpose

VSIZE returns the number of bytes in the internal representation of *expr*. If *expr* is null, then this function returns null.

This function does not support CLOB data directly. However, CLOBs can be passed in as arguments through implicit data conversion.

> **See Also:** "Datatype Comparison Rules" on page 2-50 for more information

Cloudera Exhibit 1020 - Page 514 of 1808

Databricks_R2_PA_00002650

### Examples

The following example returns the number of bytes in the `last_name` column of the employees in department 10:

```
SELECT last_name, VSIZE (last_name) "BYTES"
  FROM employees
  WHERE department_id = 10;


LAST_NAME           BYTES
--------------- ----------
Whalen                   6
```

# WIDTH_BUCKET

### Syntax

**width_bucket::=**



### Purpose

`WIDTH_BUCKET` lets you construct equiwidth histograms, in which the histogram range is divided into intervals that have identical size. (Compare this function with `NTILE`, which creates equiheight histograms.) Ideally each bucket is a closed-open interval of the real number line. For example, a bucket can be assigned to scores between 10.00 and 19.999... to indicate that 10 is included in the interval and 20 is excluded. This is sometimes denoted [10, 20).

For a given expression, `WIDTH_BUCKET` returns the bucket number into which the value of this expression would fall after being evaluated.

- *expr* is the expression for which the histogram is being created. This expression must evaluate to a numeric or datetime value or to a value that can be implicitly converted to a numeric or datetime value. If *expr* evaluates to null, then the expression returns null.

- *min_value* and *max_value* are expressions that resolve to the end points of the acceptable range for *expr*. Both of these expressions must also evaluate to numeric or datetime values, and neither can evaluate to null.

- *num_buckets* is an expression that resolves to a constant indicating the number of buckets. This expression must evaluate to a positive integer.

Cloudera Exhibit 1020 - Page 515 of 1808

Databricks_R2_PA_00002651

WIDTH_BUCKET

**See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion

When needed, Oracle Database creates an underflow bucket numbered 0 and an overflow bucket numbered *num_buckets*+1. These buckets handle values less than *min_value* and more than *max_value* and are helpful in checking the reasonableness of endpoints.

## Examples

The following example creates a ten-bucket histogram on the `credit_limit` column for customers in Switzerland in the sample table `oe.customers` and returns the bucket number ("Credit Group") for each customer. Customers with credit limits greater than the maximum value are assigned to the overflow bucket, 11:

```
SELECT customer_id, cust_last_name, credit_limit,
   WIDTH_BUCKET(credit_limit, 100, 5000, 10) "Credit Group"
   FROM customers WHERE nls_territory = 'SWITZERLAND'
   ORDER BY "Credit Group";
```

| CUSTOMER_ID | CUST_LAST_NAME | CREDIT_LIMIT | Credit Group |
| --- | --- | --- | --- |
| 825 | Dreyfuss | 500 | 1 |
| 826 | Barkin | 500 | 1 |
| 853 | Palin | 400 | 1 |
| 827 | Siegel | 500 | 1 |
| 843 | Oates | 700 | 2 |
| 844 | Julius | 700 | 2 |
| 835 | Eastwood | 1200 | 3 |
| 840 | Elliott | 1400 | 3 |
| 842 | Stern | 1400 | 3 |
| 841 | Boyer | 1400 | 3 |
| 837 | Stanton | 1200 | 3 |
| 836 | Berenger | 1200 | 3 |
| 848 | Olmos | 1800 | 4 |
| 849 | Kaurusmdki | 1800 | 4 |
| 828 | Minnelli | 2300 | 5 |
| 829 | Hunter | 2300 | 5 |
| 852 | Tanner | 2300 | 5 |
| 851 | Brown | 2300 | 5 |
| 850 | Finney | 2300 | 5 |
| 830 | Dutt | 3500 | 7 |
| 831 | Bel Geddes | 3500 | 7 |

Cloudera Exhibit 1020 - Page 516 of 1808

Databricks_R2_PA_00002652

```
832  Spacek                    3500               7
838  Nicholson                 3500               7
839  Johnson                   3500               7
833  Moranis                   3500               7
834  Idle                      3500               7
845  Fawcett                   5000              11
846  Brando                    5000              11
847  Streep                    5000              11
```

# XMLAGG

### Syntax

**XMLAgg::=**



### Purpose

XMLAgg is an aggregate function. It takes a collection of XML fragments and returns an aggregated XML document. Any arguments that return null are dropped from the result.

XMLAgg is similar to SYS_XMLAgg except that XMLAgg returns a collection of nodes but it does not accept formatting using the XMLFormat object. Also, XMLAgg does not enclose the output in an element tag as does SYS_XMLAgg.

Within the order_by_clause, Oracle Database does not interpret number literals as column positions, as it does in other uses of this clause, but simply as number literals.

> **See Also:** XMLELEMENT on page 7-279 and SYS_XMLAGG on page 7-225

### Examples

The following example produces a Department element containing Employee elements with employee job ID and last name as the contents of the elements:

```
SELECT XMLELEMENT("Department",
   XMLAGG(XMLELEMENT("Employee",
   e.job_id||' '||e.last_name)
```

Cloudera Exhibit 1020 - Page 517 of 1808

Databricks_R2_PA_00002653

```
  ORDER BY last_name))
  as "Dept_list"
  FROM employees e
  WHERE e.department_id = 30;

Dept_list
--------------------------------------------------------------
<Department>
 <Employee>PU_CLERK Baida</Employee>
 <Employee>PU_CLERK Colmenares</Employee>
 <Employee>PU_CLERK Himuro</Employee>
 <Employee>PU_CLERK Khoo</Employee>
 <Employee>PU_MAN Raphaely</Employee>
 <Employee>PU_CLERK Tobias</Employee>
</Department>
```

The result is a single row, because XMLAgg aggregates the rows. You can use the GROUP BY clause to group the returned set of rows into multiple groups:

```
SELECT XMLELEMENT("Department",
     XMLAGG(XMLELEMENT("Employee", e.job_id||' '||e.last_name)))
  AS "Dept_list"
  FROM employees e
  GROUP BY e.department_id;

Dept_list
---------------------------------------------------------
<Department>
 <Employee>AD_ASST Whalen</Employee>
</Department>

<Department>
 <Employee>MK_MAN Hartstein</Employee>
 <Employee>MK_REP Fay</Employee>
</Department>

<Department>
 <Employee>PU_MAN Raphaely</Employee>
 <Employee>PU_CLERK Khoo</Employee>
 <Employee>PU_CLERK Tobias</Employee>
 <Employee>PU_CLERK Baida</Employee>
 <Employee>PU_CLERK Colmenares</Employee>
 <Employee>PU_CLERK Himuro</Employee>
</Department>
. . .
```

Cloudera Exhibit 1020 - Page 518 of 1808

Databricks_R2_PA_00002654

# XMLCOLATTVAL

**Syntax**

**XMLColattval::=**



**Purpose**

`XMLColAttVal` creates an XML fragment and then expands the resulting XML so that each XML fragment has the name `column` with the attribute `name`. You can use the `AS c_alias` clause to change the value of the `name` attribute to something other than the column name.

You must specify a value for `value_expr`. If `value_expr` is null, then no element is returned.

**Restriction on XMLColAttVal**    You cannot specify an object type column for `value_expr`.

**Examples**

The following example creates an `Emp` element for a subset of employees, with nested `employee_id`, `last_name`, and `salary` elements as the contents of `Emp`. Each nested element is named `column` and has a `name` attribute with the column name as the attribute value:

```
SELECT XMLELEMENT("Emp",
   XMLCOLATTVAL(e.employee_id, e.last_name, e.salary)) "Emp Element"
   FROM employees e
   WHERE employee_id = 204;

Emp Element
--------------------------------------------------------------------
<Emp>
  <column name="EMPLOYEE_ID">204</column>
  <column name="LAST_NAME">Baer</column>
  <column name="SALARY">10000</column>
</Emp>
```

Cloudera Exhibit 1020 - Page 519 of 1808

Databricks_R2_PA_00002655

Please refer to the example for **XMLFOREST** on page 7-282 to compare the output of these two functions.

# XMLCONCAT

### Syntax

**XMLConcat::=**



### Purpose

XMLConcat takes as input a series of XMLType instances, concatenates the series of elements for each row, and returns the concatenated series. XMLConcat is the inverse of XMLSequence.

Null expressions are dropped from the result. If all the value expressions are null, then the function returns null.

> **See Also:** **XMLSEQUENCE** on page 7-283

### Examples

The following example creates XML elements for the first and last names of a subset of employees, and then concatenates and returns those elements:

```
SELECT XMLCONCAT(XMLELEMENT("First", e.first_name),
    XMLELEMENT("Last", e.last_name)) AS "Result"
    FROM employees e
    WHERE e.employee_id > 202;

Result
----------------------------------------------------------------
<First>Susan</First>
<Last>Mavris</Last>

<First>Hermann</First>
<Last>Baer</Last>

<First>Shelley</First>
<Last>Higgins</Last>
```

Cloudera Exhibit 1020 - Page 520 of 1808

```
<First>William</First>
<Last>Gietz</Last>

4 rows selected.
```

# XMLELEMENT

### Syntax

**XMLElement::=**



**XML_attributes_clause::=**



### Purpose

XMLElement takes an element name for *identifier*, an optional collection of attributes for the element, and arguments that make up the content of the element. It returns an instance of type XMLType. XMLElement is similar to SYS_XMLGen except that XMLElement can include attributes in the XML returned, but it does not accept formatting using the XMLFormat object.

The XMLElement function is typically nested to produce an XML document with a nested structure, as in the example in the following section.

You must specify a value for *identifier*, which Oracle Database uses as the enclosing tag. The identifier does not have to be a column name or column reference. It cannot be an expression or null.

In the *XML_attributes_clause*, if the *value_expr* is null, then no attribute is created for that value expression. The type of *value_expr* cannot be an object type or collection.

Cloudera Exhibit 1020 - Page 521 of 1808

Databricks_R2_PA_00002657

The objects that make up the element content follow the `XMLATTRIBUTES` keyword.

- If `value_expr` is a scalar expression, then you can omit the `AS` clause, and Oracle uses the column name as the element name.

- If `value_expr` is an object type or collection, then the `AS` clause is mandatory, and Oracle uses the specified `c_alias` as the enclosing tag.

- If `value_expr` is null, then no element is created for that value expression.

> **See Also:**  SYS_XMLGEN on page 7-226

### Examples

The following example produces an `Emp` element for a series of employees, with nested elements that provide the employee's name and hire date:

```
SELECT XMLELEMENT("Emp", XMLELEMENT("Name",
   e.job_id||' '||e.last_name),
   XMLELEMENT("Hiredate", e.hire_date)) as "Result"
   FROM employees e WHERE employee_id > 200;

Result
---------------------------------------------------------------------
<Emp>
  <Name>MK_MAN Hartstein</Name>
  <Hiredate>17-FEB-96</Hiredate>
</Emp>

<Emp>
  <Name>MK_REP Fay</Name>
  <Hiredate>17-AUG-97</Hiredate>
</Emp>

<Emp>
  <Name>HR_REP Mavris</Name>
  <Hiredate>07-JUN-94</Hiredate>
</Emp>

<Emp>
  <Name>PR_REP Baer</Name>
  <Hiredate>07-JUN-94</Hiredate>
</Emp>

<Emp>
```

Cloudera Exhibit 1020 - Page 522 of 1808

Databricks_R2_PA_00002658

```
  <Name>AC_MGR Higgins</Name>
  <Hiredate>07-JUN-94</Hiredate>
</Emp>

<Emp>
  <Name>AC_ACCOUNT Gietz</Name>
  <Hiredate>07-JUN-94</Hiredate>
</Emp>

6 rows selected.
```

The following similar example uses the XMLElement function with the *XML_
attributes_clause* to create nested XML elements with attribute values for the
top-level element:

```
SELECT XMLELEMENT("Emp",
       XMLATTRIBUTES(e.employee_id AS "ID", e.last_name),
       XMLELEMENT("Dept", e.department_id),
       XMLELEMENT("Salary", e.salary)) AS "Emp Element"
  FROM employees e
  WHERE e.employee_id = 206;

Emp Element
----------------------------------------------------------------
<Emp ID="206" LAST_NAME="Gietz">
  <Dept>110</Dept>
  <Salary>8300</Salary>
</Emp>
```

Notice that the AS *identifier* clause was not specified for the last_name
column. As a result, the XML returned uses the column name last_name as the
default.

Finally, the next example uses a subquery within the *XML_attributes_clause* to
retrieve information from another table into the attributes of an element:

```
SELECT XMLELEMENT("Emp", XMLATTRIBUTES(e.employee_id, e.last_name),
   XMLELEMENT("Dept", XMLATTRIBUTES(e.department_id,
   (SELECT d.department_name FROM departments d
   WHERE d.department_id = e.department_id) as "Dept_name")),
   XMLELEMENT("salary", e.salary),
   XMLELEMENT("Hiredate", e.hire_date)) AS "Emp Element"
   FROM employees e
   WHERE employee_id = 205;
```

Cloudera Exhibit 1020 - Page 523 of 1808

Databricks_R2_PA_00002659

```
Emp Element
----------------------------------------------------------------------
<Emp EMPLOYEE_ID="205" LAST_NAME="Higgins">
  <Dept DEPARTMENT_ID="110" Dept_name="Accounting"/>
  <salary>12000</salary>
  <Hiredate>07-JUN-94</Hiredate>
</Emp>
```

# XMLFOREST

## Syntax

**XMLForest::=**



## Purpose

XMLForest converts each of its argument parameters to XML, and then returns an XML fragment that is the concatenation of these converted arguments.

- If *value_expr* is a scalar expression, then you can omit the AS clause, and Oracle Database uses the column name as the element name.

- If *value_expr* is an object type or collection, then the AS clause is mandatory, and Oracle uses the specified *c_alias* as the enclosing tag.

- If *value_expr* is null, then no element is created for that *value_expr*.

## Examples

The following example creates an Emp element for a subset of employees, with nested employee_id, last_name, and salary elements as the contents of Emp:

```
SELECT XMLELEMENT("Emp",
   XMLFOREST(e.employee_id, e.last_name, e.salary))
   "Emp Element"
   FROM employees e WHERE employee_id = 204;

Emp Element
----------------------------------------------------------------
```

Cloudera Exhibit 1020 - Page 524 of 1808

Databricks_R2_PA_00002660

```
<Emp>
  <EMPLOYEE_ID>204</EMPLOYEE_ID>
  <LAST_NAME>Baer</LAST_NAME>
  <SALARY>10000</SALARY>
</Emp>
```

Please refer to the example for XMLCOLATTVAL on page 7-277 to compare the output of these two functions.

# XMLSEQUENCE

### Syntax

**XMLSequence::=**



### Purpose

XMLSequence has two forms:

- The first form takes as input an XMLType instance and returns a varray of the top-level nodes in the XMLType.

- The second form takes as input a REFCURSOR instance, with an optional instance of the XMLFormat object, and returns as an XMLSequence type an XML document for each row of the cursor.

Because XMLSequence returns a collection of XMLType, you can use this function in a TABLE clause to unnest the collection values into multiple rows, which can in turn be further processed in the SQL query.

> **See Also:**  *Oracle XML API Reference* for more information on this function

### Examples

The following example shows how XMLSequence divides up an XML document with multiple elements into VARRAY single-element documents. In this example, the

Cloudera Exhibit 1020 - Page 525 of 1808

Databricks_R2_PA_00002661

`TABLE` keyword instructs Oracle Database to consider the collection a table value that can be used in the `FROM` clause of the subquery:

```
SELECT EXTRACT(warehouse_spec, '/Warehouse') as "Warehouse"
   FROM warehouses WHERE warehouse_name = 'San Francisco';

Warehouse
-------------------------------------------------------------
<Warehouse>
  <Building>Rented</Building>
  <Area>50000</Area>
  <Docks>1</Docks>
  <DockType>Side load</DockType>
  <WaterAccess>Y</WaterAccess>
  <RailAccess>N</RailAccess>
  <Parking>Lot</Parking>
  <VClearance>12 ft</VClearance>
</Warehouse>

1 row selected.

SELECT VALUE(p)
   FROM warehouses w,
   TABLE(XMLSEQUENCE(EXTRACT(warehouse_spec, '/Warehouse/*'))) p
   WHERE w.warehouse_name = 'San Francisco';

VALUE(P)
----------------------------------------------------------------
<Building>Rented</Building>
<Area>50000</Area>
<Docks>1</Docks>
<DockType>Side load</DockType>
<WaterAccess>Y</WaterAccess>
<RailAccess>N</RailAccess>
<Parking>Lot</Parking>
<VClearance>12 ft</VClearance>

8 rows selected.
```

Cloudera Exhibit 1020 - Page 526 of 1808

Databricks_R2_PA_00002662

# XMLTRANSFORM

### Syntax

**XMLTransform::=**



### Purpose

`XMLTransform` takes as arguments an `XMLType` instance and an XSL style sheet, which is itself a form of `XMLType` instance. It applies the style sheet to the instance and returns an `XMLType`.

This function is useful for organizing data according to a style sheet as you are retrieving it from the database.

> **See Also:** *Oracle XML API Reference* for more information on this function

### Examples

The `XMLTransform` function requires the existence of an XSL style sheet. Here is an example of a very simple style sheet that alphabetizes elements within a node:

```
CREATE TABLE xsl_tab (col1 XMLTYPE);

INSERT INTO xsl_tab VALUES (
   XMLTYPE.createxml(
   '<?xml version="1.0"?>
   <xsl:stylesheet version="1.0" xmlns:xsl="http://www.w3.org/1999/XSL/Transform" >
     <xsl:output encoding="utf-8"/>
     <!-- alphabetizes an xml tree -->
     <xsl:template match="*">
       <xsl:copy>
         <xsl:apply-templates select="*|text()">
           <xsl:sort select="name(.)" data-type="text" order="ascending"/>
         </xsl:apply-templates>
       </xsl:copy>
     </xsl:template>
     <xsl:template match="text()">
       <xsl:value-of select="normalize-space(.)"/>
     </xsl:template>
   </xsl:stylesheet>  '));
```

Cloudera Exhibit 1020 - Page 527 of 1808

Databricks_R2_PA_00002663

```
1 row created.
```

The next example uses the `xsl_tab` XSL style sheet to alphabetize the elements in one `warehouse_spec` of the sample table `oe.warehouses`:

```
SELECT XMLTRANSFORM(w.warehouse_spec, x.col1).GetClobVal()
   FROM warehouses w, xsl_tab x
   WHERE w.warehouse_name = 'San Francisco';

XMLTRANSFORM(W.WAREHOUSE_SPEC,X.COL1).GETCLOBVAL()
--------------------------------------------------------------------------------
<Warehouse>
  <Area>50000</Area>
  <Building>Rented</Building>
  <DockType>Side load</DockType>
  <Docks>1</Docks>
  <Parking>Lot</Parking>
  <RailAccess>N</RailAccess>
  <VClearance>12 ft</VClearance>
  <WaterAccess>Y</WaterAccess>
</Warehouse>
```

# ROUND and TRUNC Date Functions

Table 7–13 lists the format models you can use with the ROUND and TRUNC date functions and the units to which they round and truncate dates. The default model, 'DD', returns the date rounded or truncated to the day with a time of midnight.

*Table 7–13   Date Format Models for the ROUND and TRUNC Date Functions*

| Format Model | Rounding or Truncating Unit |
|---|---|
| CC<br>SCC | One greater than the first two digits of a four-digit year |
| SYYYY<br>YYYY<br>YEAR<br>SYEAR<br>YYY<br>YY<br>Y | Year (rounds up on July 1) |

Cloudera Exhibit 1020 - Page 528 of 1808

**Table 7–13   (Cont.) Date Format Models for the ROUND and TRUNC Date Functions**

| Format Model | Rounding or Truncating Unit |
| --- | --- |
| IYYY<br>IY<br>IY<br>I | ISO Year |
| Q | Quarter (rounds up on the sixteenth day of the second month of the quarter) |
| MONTH<br>MON<br>MM<br>RM | Month (rounds up on the sixteenth day) |
| WW | Same day of the week as the first day of the year |
| IW | Same day of the week as the first day of the ISO year |
| W | Same day of the week as the first day of the month |
| DDD<br>DD<br>J | Day |
| DAY<br>DY<br>D | Starting day of the week |
| HH<br>HH12<br>HH24 | Hour |
| MI | Minute |

The starting day of the week used by the format models DAY, DY, and D is specified implicitly by the initialization parameter NLS_TERRITORY.

> **See Also:** *Oracle Database Reference* and *Oracle Database Globalization Support Guide* for information on this parameter

# User-Defined Functions

You can write user-defined functions in PL/SQL or Java to provide functionality that is not available in SQL or SQL built-in functions. User-defined functions can

Cloudera Exhibit 1020 - Page 529 of 1808

Databricks_R2_PA_00002665

appear in a SQL statement anywhere SQL functions can appear, that is, wherever an expression can occur.

For example, user-defined functions can be used in the following:

- The select list of a SELECT statement

- The condition of a WHERE clause

- CONNECT BY, START WITH, ORDER BY, and GROUP BY clauses

- The VALUES clause of an INSERT statement

- The SET clause of an UPDATE statement

> **Note:** Oracle SQL does not support calling of functions with boolean parameters or returns. Therefore, if your user-defined functions will be called from SQL statements, you must design them to return numbers (0 or 1) or character strings ('TRUE' or 'FALSE').

**user_defined_function::=**



The optional expression list must match attributes of the function, package, or operator.

**Restriction on User-defined Functions**   The DISTINCT and ALL keywords are valid only with a user-defined aggregate function.

Cloudera Exhibit 1020 - Page 530 of 1808

Databricks_R2_PA_00002666

**See Also:**

- CREATE FUNCTION on page 14-61 for information on creating functions, including restrictions on user-defined functions

- *Oracle Database Application Developer's Guide - Fundamentals* for a complete discussion of the creation and use of user functions

## Prerequisites

User-defined functions must be created as top-level functions or declared with a package specification before they can be named within a SQL statement.

To use a user function in a SQL expression, you must own or have EXECUTE privilege on the user function. To query a view defined with a user function, you must have SELECT privileges on the view. No separate EXECUTE privileges are needed to select from the view.

> **See Also:**  CREATE FUNCTION on page 14-61 for information on creating top-level functions and CREATE PACKAGE on page 15-50 for information on specifying packaged functions

## Name Precedence

Within a SQL statement, the names of database columns take precedence over the names of functions with no parameters. For example, if the Human Resources manager creates the following two objects in the hr schema:

```
CREATE TABLE new_emps (new_sal NUMBER, ...);
CREATE FUNCTION new_sal RETURN NUMBER IS BEGIN ... END;
```

then in the following two statements, the reference to new_sal refers to the column new_emps.new_sal:

```
SELECT new_sal FROM new_emps;
SELECT new_emps.new_sal FROM new_emps;
```

To access the function new_sal, you would enter:

```
SELECT hr.new_sal FROM new_emps;
```

Here are some sample calls to user functions that are allowed in SQL expressions:

```
circle_area (radius)
payroll.tax_rate (empno)
hr.employees.tax_rate (dependent, empno)@remote
```

Cloudera Exhibit 1020 - Page 531 of 1808

Databricks_R2_PA_00002667

**Example**   To call the `tax_rate` user function from schema `hr`, execute it against the `ss_no` and `sal` columns in `tax_table`, specify the following:

```
SELECT hr.tax_rate (ss_no, sal)
    INTO income_tax
    FROM tax_table
    WHERE ss_no = tax_id;
```

The `INTO` clause is PLSQL that lets you place the results into the variable `income_tax`.

### Naming Conventions

If only one of the optional schema or package names is given, then the first identifier can be either a schema name or a package name. For example, to determine whether `PAYROLL` in the reference `PAYROLL.TAX_RATE` is a schema or package name, Oracle Database proceeds as follows:

1. Check for the `PAYROLL` package in the current schema.

2. If a `PAYROLL` package is not found, then look for a schema name `PAYROLL` that contains a top-level `TAX_RATE` function. If no such function is found, then return an error.

3. If the `PAYROLL` package is found in the current schema, then look for a `TAX_RATE` function in the `PAYROLL` package. If no such function is found, then return an error.

You can also refer to a stored top-level function using any synonym that you have defined for it.

Cloudera Exhibit 1020 - Page 532 of 1808

Databricks_R2_PA_00002668

# 8

# Common SQL DDL Clauses

This chapter describes some SQL data definition clauses that appear in multiple SQL statements.

This chapter contains these sections:

- *allocate_extent_clause*
- *constraint*
- *deallocate_unused_clause*
- *file_specification*
- *logging_clause*
- *parallel_clause*
- *physical_attributes_clause*
- *storage_clause*

Cloudera Exhibit 1020 - Page 533 of 1808

Databricks_R2_PA_00002669

allocate_extent_clause

## *allocate_extent_clause*

### Purpose

Use the `allocate_extent_clause` clause to explicitly allocate a new extent for a database object.

Explicitly allocating an extent with this clause does not change the values of the NEXT and PCTINCREASE storage parameters, so does not affect the size of the next extent to be allocated implicitly by Oracle Database. Please refer to *storage_clause* on page 8-58 for information about the NEXT and PCTINCREASE storage parameters.

You can allocate an extent in the following SQL statements:

- ALTER CLUSTER (see ALTER CLUSTER on page 10-6)

- ALTER INDEX: to allocate an extent to the index, an index partition, or an index subpartition (see ALTER INDEX on page 10-88)

- ALTER MATERIALIZED VIEW: to allocate an extent to the materialized view, one of its partitions or subpartitions, or the overflow segment of an index-organized materialized view (see ALTER MATERIALIZED VIEW on page 11-2)

- ALTER MATERIALIZED VIEW LOG (see ALTER MATERIALIZED VIEW LOG on page 11-21)

- ALTER TABLE: to allocate an extent to the table, a table partition, a table subpartition, the mapping table of an index-organized table, the overflow segment of an index-organized table, or a LOB storage segment (see ALTER TABLE on page 12-2)

### Syntax

**allocate_extent_clause::=**



Cloudera Exhibit 1020 - Page 534 of 1808

Databricks_R2_PA_00002670

allocate_extent_clause

**size_clause::=**



## Semantics

This section describes the parameters of the `allocate_extent_clause`. For additional information, refer to the SQL statement in which you set or reset these parameters for a particular database object.

You cannot specify the `allocate_extent_clause` and the `deallocate_unused_clause` in the same statement.

### SIZE

Specify the size of the extent in bytes. The value of `integer` can be 0 through 2147483647. To specify a larger extent size, use an integer within this range with `K`, `M`, `G`, or `T` to specify the extent size in kilobytes, megabytes, gigabytes, or terabytes.

For a table, index, materialized view, or materialized view log, if you omit `SIZE`, then Oracle Database determines the size based on the values of the storage parameters of the object. However, for a cluster, Oracle does not evaluate the cluster's storage parameters, so you must specify `SIZE` if you do not want Oracle to use a default value.

### DATAFILE '*filename*'

Specify one of the datafiles in the tablespace of the table, cluster, index, materialized view, or materialized view log to contain the new extent. If you omit `DATAFILE`, then Oracle chooses the datafile.

### INSTANCE *integer*

Use this parameter only if you are using Oracle with Real Application Clusters.

Specifying `INSTANCE integer` makes the new extent available to the freelist group associated with the specified instance. If the instance number exceeds the maximum number of freelist groups, then Oracle divides the specified number by the maximum number and uses the remainder to identify the freelist group to be used.

Common SQL DDL Clauses   **8-3**

Databricks_R2_PA_00002671

An instance is identified by the value of its initialization parameter INSTANCE_NUMBER.

If you omit this parameter, then the space is allocated to the table, cluster, index, materialized view, or materialized view log but is not drawn from any particular freelist group. Instead, Oracle uses the master freelist and allocates space as needed.

**Note:** If you are using automatic segment-space management, then the INSTANCE parameter of the *allocate_extent_clause* may not reserve the newly allocated space for the specified instance, because automatic segment-space management does not maintain rigid affinity between extents and instances.

**See Also:** *Real Application Clusters Administration* for more information on setting the INSTANCE parameter of *allocate_extent_clause*

## *constraint*

### Purpose

Use a *constraint* to define an **integrity constraint**—a rule that restricts the values in a database. Oracle Database lets you create six types of constraints and lets you declare them in two ways.

The six types of integrity constraint are described briefly here and more fully in "Semantics" on page 8-10:

- A **NOT NULL constraint** prohibits a database value from being null.

- A **unique constraint** prohibits multiple rows from having the same value in the same column or combination of columns but allows some values to be null.

- A **primary key constraint** combines a NOT NULL constraint and a unique constraint in a single declaration. That is, it prohibits multiple rows from having the same value in the same column or combination of columns and prohibits values from being null.

- A **foreign key constraint** requires values in one table to match values in another table.

- A **check constraint** requires a value in the database to comply with a specified condition.

- A REF column by definition references an object in another object type or in a relational table. A **REF constraint** lets you further describe the relationship between the REF column and the object it references.

You can define constraints syntactically in two ways:

- As part of the definition of an individual column or attribute. This is called **inline** specification.

- As part of the table definition. This is called **out-of-line** specification.

NOT NULL constraints must be declared inline. All other constraints can be declared either inline or out of line.

Constraint clauses can appear in the following statements:

- CREATE TABLE (see CREATE TABLE on page 16-7)

- ALTER TABLE (see ALTER TABLE on page 12-2)

Cloudera Exhibit 1020 - Page 537 of 1808

Databricks_R2_PA_00002673

constraint

- CREATE VIEW (see CREATE VIEW on page 17-40)

- ALTER VIEW (see ALTER VIEW on page 13-33)

**View Constraints**    Oracle Database does not enforce view constraints. However, you can enforce constraints on views through constraints on base tables.

You can specify only unique, primary key, and foreign key constraints on views, and they are supported only in DISABLE NOVALIDATE mode. You cannot define view constraints on attributes of an object column.

> **See Also:**    "View Constraints" on page 8-24 for additional information on view constraints and "DISABLE Clause" on page 8-21 for information on DISABLE NOVALIDATE mode

## Prerequisites

You must have the privileges necessary to issue the statement in which you are defining the constraint.

To create a foreign key constraint, in addition, the parent table or view must be in your own schema or you must have the REFERENCES privilege on the columns of the referenced key in the parent table or view.

## Syntax

**constraint::=**



(*inline_constraint*::= on page 8-7, *out_of_line_constraint*::= on page 8-7, *inline_ref_constraint*::= on page 8-7, *out_of_line_ref_constraint*::= on page 8-8)

Cloudera Exhibit 1020 - Page 538 of 1808

Databricks_R2_PA_00002674

**inline_constraint::=**



(*references_clause::=* on page 8-8)

**out_of_line_constraint::=**



(*references_clause::=* on page 8-8, *constraint_state::=* on page 8-8)

**inline_ref_constraint::=**



(*references_clause::=* on page 8-8, *constraint_state::=* on page 8-8)

Cloudera Exhibit 1020 - Page 539 of 1808

Databricks_R2_PA_00002675

constraint

---

**out_of_line_ref_constraint::=**



(*references_clause::=* on page 8-8, *constraint_state::=* on page 8-8)

**references_clause::=**



**constraint_state::=**



Cloudera Exhibit 1020 - Page 540 of 1808

Databricks_R2_PA_00002676

constraint

(*using_index_clause::=* on page 8-9, *exceptions_clause::=* on page 8-10)

**using_index_clause::=**



(*create_index::=* on page 14-76, *index_properties::=* on page 8-9)

**index_properties::=**



(*global_partitioned_index::=* on page 14-79, *local_partitioned_index::=* on
page 14-81—part of CREATE INDEX, *index_attributes::=* on page 8-10, *domain_index_clause*: not supported in *using_index_clause*)

Common SQL DDL Clauses    **8-9**

Cloudera Exhibit 1020 - Page 541 of 1808

constraint

---

**index_attributes::=**



(*physical_attributes_clause::=* on page 14-3, *logging_clause::=* on page 8-47, *key_compression::=* on page 14-79—all part of CREATE INDEX, `parallel_clause`: not supported in `using_index_clause`)

**exceptions_clause::=**



## Semantics

This section describes the semantics of `constraint`. For additional information, refer to the SQL statement in which you define or redefine a constraint for a table or view.

Oracle Database does not support constraints on columns or attributes whose type is a user-defined object, nested table, VARRAY, REF, or LOB, with two exceptions:

- NOT NULL constraints are supported for a column or attribute whose type is user-defined object, VARRAY, REF, or LOB.

Cloudera Exhibit 1020 - Page 542 of 1808

Databricks_R2_PA_00002678

■    NOT NULL, foreign key, and REF constraints are supported on a column of type REF.

**CONSTRAINT *constraint_name*** Specify a name for the constraint. If you omit this identifier, then Oracle Database generates a name with the form SYS_C*n*. Oracle stores the name and the definition of the integrity constraint in the USER_, ALL_, and DBA_CONSTRAINTS data dictionary views (in the CONSTRAINT_NAME and SEARCH_CONDITION columns, respectively).

> **See Also:** *Oracle Database Reference* for information on the data dictionary views

### NOT NULL Constraints

A NOT NULL constraint prohibits a column from containing nulls. The NULL keyword by itself does not actually define an integrity constraint, but you can specify it to explicitly permit a column to contain nulls. You must define NOT NULL and NULL using inline specification. If you specify neither NOT NULL nor NULL, then the default is NULL.

NOT NULL constraints are the only constraints you can specify inline on XMLType and VARRAY columns.

To satisfy a NOT NULL constraint, every row in the table must contain a value for the column.

> **Note:** Oracle Database does not index table rows in which all key columns are null except in the case of bitmap indexes. Therefore, if you want an index on all rows of a table, then you must either specify NOT NULL constraints for at least one of the index key columns or create a bitmap index.

#### Restrictions on NOT NULL Constraints

■    You cannot specify NULL or NOT NULL in a view constraint.

■    You cannot specify NULL or NOT NULL for an attribute of an object. Instead, use a CHECK constraint with the IS [NOT] NULL condition.

> **See Also:** "Attribute-Level Constraints Example" on page 8-32 and "NOT NULL Example" on page 8-27

Cloudera Exhibit 1020 - Page 543 of 1808

Databricks_R2_PA_00002679

constraint

---

### Unique Constraints

A **unique** constraint designates a column as a unique key. A **composite unique key** designates a combination of columns as the unique key. When you define a unique constraint inline, you need only the `UNIQUE` keyword. When you define a unique constraint out of line, you must also specify one or more columns. You must define a composite unique key out of line.

To satisfy a unique constraint, no two rows in the table can have the same value for the unique key. However, the unique key made up of a single column can contain nulls. To satisfy a composite unique key, no two rows in the table or view can have the same combination of values in the key columns. Any row that contains nulls in all key columns automatically satisfies the constraint. However, two rows that contain nulls for one or more key columns and the same combination of values for the other key columns violate the constraint.

When you specify a unique constraint on one or more columns, Oracle implicitly creates an index on the unique key. If you are defining uniqueness for purposes of query performance, then Oracle recommends that you instead create the unique index explicitly using a `CREATE UNIQUE INDEX` statement. See CREATE INDEX on page 14-75 for more information.

#### Restrictions on Unique Constraints

- None of the columns in the unique key can be of LOB, `LONG`, `LONG RAW`, `VARRAY`, `NESTED TABLE`, `OBJECT`, `REF`, `TIMESTAMP WITH TIME ZONE,` or user-defined type. However, the unique key can contain a column of `TIMESTAMP WITH LOCAL TIME ZONE`.

- A composite unique key cannot have more than 32 columns.

- You cannot designate the same column or combination of columns as both a primary key and a unique key.

- You cannot specify a unique key when creating a subview in an inheritance hierarchy. The unique key can be specified only for the top-level (root) view.

> **See Also:** "Unique Key Example" on page 8-25 and Composite Unique Key Example on page 8-26

### Primary Key Constraints

A **primary key** constraint designates a column as the primary key of a table or view. A **composite primary key** designates a combination of columns as the primary key. When you define a primary key constraint inline, you need only the `PRIMARY KEY`

Cloudera Exhibit 1020 - Page 544 of 1808

Databricks_R2_PA_00002680

keywords. When you define a primary key constraint out of line, you must also specify one or more columns. You must define a composite primary key out of line.

A primary key constraint combines a `NOT NULL` and unique constraint in one declaration. Therefore, to satisfy a primary key constraint:

- No primary key value can appear in more than one row in the table.
- No column that is part of the primary key can contain a null.

**Restrictions on Primary Key Constraints**
- A table or view can have only one primary key.
- None of the columns in the primary key can be LOB, `LONG`, `LONG RAW`, `VARRAY`, `NESTED TABLE`, `BFILE`, `REF`, `TIMESTAMP WITH TIME ZONE`, or user-defined type. However, the primary key can contain a column of `TIMESTAMP WITH LOCAL TIME ZONE`.
- The size of the primary key cannot exceed approximately one database block.
- A composite primary key cannot have more than 32 columns.
- You cannot designate the same column or combination of columns as both a primary key and a unique key.
- You cannot specify a primary key when creating a subview in an inheritance hierarchy. The primary key can be specified only for the top-level (root) view.

> **See Also:** "Primary Key Example" on page 8-26 and "Composite Primary Key Example" on page 8-27

### Foreign Key Constraints

A **foreign key constraint** (also called a **referential integrity constraint**) designates a column as the foreign key and establishes a relationship between that foreign key and a specified primary or unique key, called the **referenced key**. A **composite foreign key** designates a combination of columns as the foreign key.

The table or view containing the foreign key is called the **child** object, and the table or view containing the referenced key is called the **parent** object. The foreign key and the referenced key can be in the same table or view. In this case, the parent and child tables are the same. If you identify only the parent table or view and omit the column name, then the foreign key automatically references the primary key of the parent table or view. The corresponding column or columns of the foreign key and the referenced key must match in order and datatype.

Cloudera Exhibit 1020 - Page 545 of 1808

Databricks_R2_PA_00002681

You can define a foreign key constraint on a single key column either inline or out of line. You must specify a composite foreign key and a foreign key on an attribute out of line.

To satisfy a composite foreign key constraint, the composite foreign key must refer to a composite unique key or a composite primary key in the parent table or view, or the value of at least one of the columns of the foreign key must be null.

You can designate the same column or combination of columns as both a foreign key and a primary or unique key. You can also designate the same column or combination of columns as both a foreign key and a cluster key.

You can define multiple foreign keys in a table or view. Also, a single column can be part of more than one foreign key.

**Restrictions on Foreign Key Constraints**

- None of the columns in the foreign key can be of LOB, `LONG`, `LONG RAW`, `VARRAY`, `NESTED TABLE`, `BFILE`, `REF`, `TIMESTAMP WITH TIME ZONE`, or user-defined type. However, the primary key can contain a column of `TIMESTAMP WITH LOCAL TIME ZONE`.

- The referenced unique or primary key constraint on the parent table or view must already be defined.

- A composite foreign key cannot have more than 32 columns.

- The child and parent tables must be on the same database. To enable referential integrity constraints across nodes of a distributed database, you must use database triggers. See CREATE TRIGGER on page 16-100.

- If either the child or parent object is a view, then the constraint is subject to all restrictions on view constraints. See "View Constraints" on page 8-24.

- You cannot define a foreign key constraint in a `CREATE TABLE` statement that contains an `AS` *subquery* clause. Instead, you must create the table without the constraint and then add it later with an `ALTER TABLE` statement.

    **See Also:**

    - *Oracle Database Application Developer's Guide - Fundamentals* for more information on using constraints

    - "Foreign Key Constraint Example" on page 8-27 and "Composite Foreign Key Constraint Example" on page 8-29

Cloudera Exhibit 1020 - Page 546 of 1808

Databricks_R2_PA_00002682

***references_clause***   Foreign key constraints use the *references_clause* syntax. When you specify a foreign key constraint inline, you need only the *references_clause*. When you specify a foreign key constraint out of line, you must also specify the `FOREIGN KEY` keywords and one or more columns.

**ON DELETE Clause**   The `ON DELETE` clause lets you determine how Oracle Database automatically maintains referential integrity if you remove a referenced primary or unique key value. If you omit this clause, then Oracle does not allow you to delete referenced key values in the parent table that have dependent rows in the child table.

- Specify `CASCADE` if you want Oracle to remove dependent foreign key values.

- Specify `SET NULL` if you want Oracle to convert dependent foreign key values to `NULL`.

**Restriction on ON DELETE**   You cannot specify this clause for a view constraint.

> **See Also:**   "ON DELETE Example" on page 8-29

### Check Constraints

A **check constraint** lets you specify a condition that each row in the table must satisfy. To satisfy the constraint, each row in the table must make the condition either `TRUE` or unknown (due to a null). When Oracle evaluates a check constraint condition for a particular row, any column names in the condition refer to the column values in that row.

The syntax for inline and out-of-line specification of check constraints is the same. However, inline specification can refer only to the column (or the attributes of the column if it is an object column) currently being defined, whereas out-of-line specification can refer to multiple columns or attributes.

Oracle does not verify that conditions of check constraints are not mutually exclusive. Therefore, if you create multiple check constraints for a column, design them carefully so their purposes do not conflict. Do not assume any particular order of evaluation of the conditions.

> **See Also:**
>
> - Chapter 6, "Conditions" for additional information and syntax
>
> - "Check Constraint Examples" on page 8-30 and "Attribute-Level Constraints Example" on page 8-32

Cloudera Exhibit 1020 - Page 547 of 1808

Databricks_R2_PA_00002683

**Restrictions on Check Constraints**

- You cannot specify a check constraint for a view. However, you can define the view using the `WITH CHECK OPTION` clause, which is equivalent to specifying a check constraint for the view.

- The condition of a check constraint can refer to any column in the table, but it cannot refer to columns of other tables.

- Conditions of check constraints cannot contain the following constructs:

    - Subqueries and scalar subquery expressions

    - Calls to the functions that are not deterministic (`CURRENT_DATE`, `CURRENT_TIMESTAMP`, `DBTIMEZONE`, `LOCALTIMESTAMP`, `SESSIONTIMEZONE`, `SYSDATE`, `SYSTIMESTAMP`, `UID`, `USER`, and `USERENV`)

    - Calls to user-defined functions

    - Dereferencing of `REF` columns (for example, using the `DEREF` function)

    - Nested table columns or attributes

    - The pseudocolumns `CURRVAL`, `NEXTVAL`, `LEVEL`, or `ROWNUM`

    - Date constants that are not fully specified

## REF Constraints

`REF` constraints let you describe the relationship between a column of type `REF` and the object it references.

***ref_constraint***  `REF` constraints use the *ref_constraint* syntax. You define a `REF` constraint either inline or out of line. Out-of-line specification requires you to specify the `REF` column or attribute you are further describing.

- For *ref_column*, specify the name of a `REF` column of an object or relational table.

- For *ref_attribute*, specify an embedded `REF` attribute within an object column of a relational table.

Both inline and out-of-line specification let you define a scope constraint, a rowid constraint, or a referential integrity constraint on a `REF` column.

If the scope table or referenced table of the `REF` column has a primary-key-based object identifier, then the `REF` column is a **user-defined `REF` column**.

Cloudera Exhibit 1020 - Page 548 of 1808

Databricks_R2_PA_00002684

**See Also:**

- *Oracle Database Concepts* for more information on REFs
- "Foreign Key Constraints" on page 8-13, and "REF Constraint Examples" on page 8-32

### SCOPE REF Constraints

In a table with a REF column, each REF value in the column can conceivably reference a row in a different object table. The SCOPE clause restricts the scope of references to a single table, *scope_table*. The values in the REF column or attribute point to objects in *scope_table*, in which object instances of the same type as the REF column are stored.

Specify the SCOPE clause to restrict the scope of references in the REF column to a single table. For you to specify this clause, *scope_table* must be in your own schema or you must have SELECT privileges on *scope_table* or SELECT ANY TABLE system privileges. You can specify only one scope table for each REF column.

#### Restrictions on Scope Constraints

- You cannot add a scope constraint to an existing column unless the table is empty.
- You cannot specify a scope constraint for the REF elements of a VARRAY column.
- You must specify this clause if you specify AS *subquery* and the subquery returns user-defined REFs.
- You cannot subsequently drop a scope constraint from a REF column.

#### Rowid REF Constraints

Specify WITH ROWID to store the rowid along with the REF value in *ref_column* or *ref_attribute*. Storing the rowid with the REF value can improve the performance of dereferencing operations, but will also use more space. Default storage of REF values is without rowids.

> **See Also:** the function DEREF on page 7-67 for an example of dereferencing

#### Restrictions on Rowid Constraints

- You cannot define a rowid constraint for the REF elements of a VARRAY column.

Databricks_R2_PA_00002685

- You cannot subsequently drop a rowid constraint from a REF column.

- If the REF column or attribute is scoped, then this clause is ignored and the rowid is not stored with the REF value.

### Referential Integrity Constraints on REF Columns

The *references_clause* of the *ref_constraint* syntax lets you define a foreign key constraint on the REF column. This clause also implicitly restricts the scope of the REF column or attribute to the referenced table. However, whereas a foreign key constraint on a non-REF column references an actual column in the parent table, a foreign key constraint on a REF column references the implicit object identifier (OID) column of the parent table.

If you do not specify a constraint name, then Oracle generates a system name for the constraint of the form SYS_C*n*.

If you add a referential integrity constraint to an existing REF column that is already scoped, then the referenced table must be the same as the scope table of the REF column. If you later drop the referential integrity constraint, then the REF column will remain scoped to the referenced table.

As is the case for foreign key constraints on other types of columns, you can use the *references_clause* alone for inline declaration. For out-of-line declaration you must also specify the FOREIGN KEY keywords plus one or more REF columns or attributes.

> **See Also:** *Oracle Database Application Developer's Guide - Object-Relational Features* for more information on object identifiers

### Restrictions on Foreign Key Constraints on REF Columns

- Oracle implicitly adds a scope constraint when you add a referential integrity constraint to an existing unscoped REF column. Therefore, all the restrictions that apply for scope constraints also apply in this case.

- You cannot specify a column after the object name in the *references_clause*.

### Specifying Constraint State

As part of constraint definition, you can specify how and when Oracle should enforce the constraint.

Cloudera Exhibit 1020 - Page 550 of 1808

Databricks_R2_PA_00002686

***constraint_state***    You can use the `constraint_state` with both inline and out-of-line specification. You can specify the clauses of `constraint_state` in any order, but you can specify each clause only once.

**DEFERRABLE Clause**    The `DEFERRABLE` and `NOT DEFERRABLE` parameters indicate whether or not, in subsequent transactions, constraint checking can be deferred until the end of the transaction using the `SET CONSTRAINT(S)` statement. If you omit this clause, then the default is `NOT DEFERRABLE`.

- Specify `NOT DEFERRABLE` to indicate that in subsequent transactions you cannot use the `SET CONSTRAINT[S]` clause to defer checking of this constraint until the transaction is committed. The checking of a `NOT DEFERRABLE` constraint can never be deferred to the end of the transaction.

    If you declare a new constraint `NOT DEFERRABLE`, then it must be valid at the time the `CREATE TABLE` or `ALTER TABLE` statement is committed or the statement will fail.

- Specify `DEFERRABLE` to indicate that in subsequent transactions you can use the `SET CONSTRAINT[S]` clause to defer checking of this constraint until after the transaction is committed. This setting in effect lets you disable the constraint temporarily while making changes to the database that might violate the constraint until all the changes are complete.

You cannot alter the deferrability of a constraint. That is, whether you specify either of these parameters, or make the constraint `NOT DEFERRABLE` implicitly by specifying neither of them, you cannot specify this clause in an `ALTER TABLE` statement. You must drop the constraint and re-create it.

> **See Also:**
>
> - SET CONSTRAINT[S] on page 19-61 for information on setting constraint checking for a transaction
>
> - *Oracle Database Administrator's Guide* and *Oracle Database Concepts* for more information about deferred constraints
>
> - "DEFERRABLE Constraint Examples" on page 8-34

**Restriction on [NOT] DEFERRABLE**    You cannot specify either of these parameters for a view constraint.

**INITIALLY Clause**    The `INITIALLY` clause establishes the default checking behavior for constraints that are `DEFERRABLE`. The `INITIALLY` setting can be overridden by a `SET CONSTRAINT(S)` statement in a subsequent transaction.

Cloudera Exhibit 1020 - Page 551 of 1808

Databricks_R2_PA_00002687

- Specify `INITIALLY IMMEDIATE` to indicate that Oracle should check this constraint at the end of each subsequent SQL statement. If you do not specify `INITIALLY` at all, then the default is `INITIALLY IMMEDIATE`.

  If you declare a new constraint `INITIALLY IMMEDIATE`, then it must be valid at the time the `CREATE TABLE` or `ALTER TABLE` statement is committed or the statement will fail.

- Specify `INITIALLY DEFERRED` to indicate that Oracle should check this constraint at the end of subsequent transactions.

This clause is not valid if you have declared the constraint to be `NOT DEFERRABLE`, because a `NOT DEFERRABLE` constraint is automatically `INITIALLY IMMEDIATE` and cannot ever be `INITIALLY DEFERRED`.

**VALIDATE | NOVALIDATE**   The behavior of `VALIDATE` and `NOVALIDATE` always depends on whether the constraint is enabled or disabled, either explicitly or by default. Therefore they are described in the context of "ENABLE Clause" on page 8-20 and "DISABLE Clause" on page 8-21.

**ENABLE Clause**   Specify `ENABLE` if you want the constraint to be applied to the data in the table.

If you enable a unique or primary key constraint, and if no index exists on the key, then Oracle Database creates a unique index. Unless you specify `KEEP INDEX` when subsequently disabling the constraint, this index is dropped and the database rebuilds the index every time the constraint is reenabled.

You can also avoid rebuilding the index and eliminate redundant indexes by creating new primary key and unique constraints initially disabled. Then create (or use existing) nonunique indexes to enforce the constraint. Oracle does not drop a nonunique index when the constraint is disabled, so subsequent `ENABLE` operations are facilitated.

- `ENABLE VALIDATE` specifies that all old and new data also complies with the constraint. An enabled validated constraint guarantees that all data is and will continue to be valid.

  If any row in the table violates the integrity constraint, the constraint remains disabled and Oracle returns an error. If all rows comply with the constraint, Oracle enables the constraint. Subsequently, if new data violates the constraint, Oracle does not execute the statement and returns an error indicating the integrity constraint violation.

Cloudera Exhibit 1020 - Page 552 of 1808

Databricks_R2_PA_00002688

If you place a primary key constraint in ENABLE VALIDATE mode, the validation process will verify that the primary key columns contain no nulls. To avoid this overhead, mark each column in the primary key NOT NULL before entering data into the column and before enabling the primary key constraint of the table.

- ENABLE NOVALIDATE ensures that all new DML operations on the constrained data comply with the constraint. This clause does not ensure that existing data in the table complies with the constraint and therefore does not require a table lock.

If you specify neither VALIDATE nor NOVALIDATE, the default is VALIDATE.

If you change the state of any single constraint from ENABLE NOVALIDATE to ENABLE VALIDATE, the operation can be performed in parallel, and does not block reads, writes, or other DDL operations.

**Restriction on the ENABLE Clause**   You cannot enable a foreign key that references a disabled unique or primary key.

**DISABLE Clause**   Specify DISABLE to disable the integrity constraint. Disabled integrity constraints appear in the data dictionary along with enabled constraints. If you do not specify this clause when creating a constraint, Oracle automatically enables the constraint.

- DISABLE VALIDATE disables the constraint and drops the index on the constraint, but keeps the constraint valid. This feature is most useful in data warehousing situations, because it lets you load large amounts of data while also saving space by not having an index. This setting lets you load data from a nonpartitioned table into a partitioned table using the *exchange_partition_ clause* of the ALTER TABLE statement or using SQL*Loader. All other modifications to the table (inserts, updates, and deletes) by other SQL statements are disallowed.

    **See Also:**   *Oracle Data Warehousing Guide* for more information on using this setting

- DISABLE NOVALIDATE signifies that Oracle makes no effort to maintain the constraint (because it is disabled) and cannot guarantee that the constraint is true (because it is not being validated).

    You cannot drop a table whose primary key is being referenced by a foreign key even if the foreign key constraint is in DISABLE NOVALIDATE state. Further, the optimizer can use constraints in DISABLE NOVALIDATE state.

Cloudera Exhibit 1020 - Page 553 of 1808

Databricks_R2_PA_00002689

> **See Also:**  *Oracle Database Performance Tuning Guide* for information on when to use this setting

If you specify neither VALIDATE nor NOVALIDATE, then the default is NOVALIDATE.

If you disable a unique or primary key constraint that is using a unique index, then Oracle drops the unique index. Please refer to the CREATE TABLE *enable_disable_clause* on page 16-59 for additional notes and restrictions.

**RELY Clause**   RELY and NORELY are valid only when you are modifying an existing constraint (that is, in the ALTER TABLE ... MODIFY constraint syntax). These parameters specify whether a constraint in NOVALIDATE mode is to be taken into account for query rewrite. Specify RELY to activate an existing constraint in NOVALIDATE mode for query rewrite in an unenforced query rewrite integrity mode. The constraint is in NOVALIDATE mode, so Oracle does not enforce it. The default is NORELY.

Unenforced constraints are generally useful only with materialized views and query rewrite. Depending on the QUERY_REWRITE_INTEGRITY mode, query rewrite can use only constraints that are in VALIDATE mode, or that are in NOVALIDATE mode with the RELY parameter set, to determine join information.

**Restriction on the RELY Clause**   You cannot set a nondeferrable NOT NULL constraint to RELY.

> **See Also:**  *Oracle Data Warehousing Guide* for more information on materialized views and query rewrite

**Using Indexes to Enforce Constraints**
When defining the state of a unique or primary key constraint, you can specify an index for Oracle to use to enforce the constraint, or you can instruct Oracle to create the index used to enforce the constraint.

***using_index_clause***   You can specify the *using_index_clause* only when enabling unique or primary key constraints. You can specify the clauses of the *using_index_clause* in any order, but you can specify each clause only once.

■   If you specify *schema.index*, then Oracle attempts to enforce the constraint using the specified index. If Oracle cannot find the index or cannot use the index to enforce the constraint, then Oracle returns an error.

Cloudera Exhibit 1020 - Page 554 of 1808

Databricks_R2_PA_00002690

- If you specify the `create_index_statement`, then Oracle attempts to create the index and use it to enforce the constraint. If Oracle cannot create the index or cannot use the index to enforce the constraint, then Oracle returns an error.

- If you neither specify an existing index nor create a new index, then Oracle creates the index. In this case:

  - The index receives the same name as the constraint.

  - If `table` is partitioned, then you can specify a locally or globally partitioned index for the unique or primary key constraint.

**Restrictions on the *using_index_clause***
- You cannot specify this clause for a view constraint.

- You cannot specify this clause for a `NOT NULL`, foreign key, or check constraint.

- You cannot specify an index (`schema.index`) or create an index (`create_index_statement`) when enabling the primary key of an index-organized table.

- You cannot specify the `domain_index_clause` of `index_properties` or the `parallel_clause` of `index_attributes`.

    **See Also:**

    - CREATE INDEX on page 14-75 for a description of *index_attributes*, the *global_partitioned_index* and *local_partitioned_index* clauses, and for a description of `NOSORT` and the `logging_clause` in relation to indexes

    - *physical_attributes_clause* on page 8-54 and `PCTFREE` parameters and *storage_clause* on page 8-58

    - "Explicit Index Control Example" on page 8-33

### Handling Constraint Exceptions
When defining the state of a constraint, you can specify a table into which Oracle places the rowids of all rows violating the constraint.

***exceptions_clause***    Use the `exceptions_clause` syntax to define exception handling. If you omit `schema`, then Oracle assumes the exceptions table is in your own schema. If you omit this clause altogether, then Oracle assumes that the table is named `EXCEPTIONS`. The `EXCEPTIONS` table or the table you specify must exist on your local database.

Cloudera Exhibit 1020 - Page 555 of 1808

Databricks_R2_PA_00002691

constraint

---

You can create the EXCEPTIONS table using one of these scripts:

- UTLEXCPT.SQL uses physical rowids. Therefore it can accommodate rows from conventional tables but not from index-organized tables. (See the Note that follows.)

- UTLEXPT1.SQL uses universal rowids, so it can accommodate rows from both conventional and index-organized tables.

If you create your own exceptions table, then it must follow the format prescribed by one of these two scripts.

If you are collecting exceptions from index-organized tables based on primary keys (rather than universal rowids), then you must create a separate exceptions table for each index-organized table to accommodate its primary-key storage. You create multiple exceptions tables with different names by modifying and resubmitting the script.

**Restrictions on the *exceptions_clause***
- You cannot specify this clause for a view constraint.

- You cannot specify this clause in a CREATE TABLE statement, because no rowids exist until *after* the successful completion of the statement.

> **See Also:**
>
> - *Oracle Database Upgrade Guide* for compatibility issues related to the use of these scripts
>
> - The DBMS_IOT package in *PL/SQL Packages and Types Reference* for information on the SQL scripts
>
> - *Oracle Database Performance Tuning Guide* for information on eliminating migrated and chained rows

**View Constraints**
Oracle does not enforce view constraints. However, operations on views are subject to the integrity constraints defined on the underlying base tables. This means that you can enforce constraints on views through constraints on base tables.

**Restrictions on View Constraints**   View constraints are a subset of table constraints and are subject to the following restrictions:

- You can specify only unique, primary key, and foreign key constraints on views. However, you can define the view using the WITH CHECK OPTION clause, which is equivalent to specifying a check constraint for the view.

Cloudera Exhibit 1020 - Page 556 of 1808

Databricks_R2_PA_00002692

- Because view constraints are not enforced directly, you cannot specify
  `INITIALLY DEFERRED` or `DEFERRABLE`.

- View constraints are supported only in `DISABLE NOVALIDATE` mode. You must
  specify the keywords `DISABLE NOVALIDATE` when you declare the view
  constraint, and you cannot specify any other mode.

- You cannot specify the *using_index_clause*, the *exceptions_clause*
  clause, or the `ON DELETE` clause of the *references_clause*.

- You cannot define view constraints on attributes of an object column.

## Examples

**Unique Key Example**   The following statement is a variation of the statement that
created the sample table `sh.promotions`. It defines inline and implicitly enables a
unique key on the `promo_id` column (other constraints are not shown):

```
CREATE TABLE promotions_var1
    ( promo_id          NUMBER(6)
                        CONSTRAINT promo_id_u  UNIQUE
    , promo_name        VARCHAR2(20)
    , promo_category    VARCHAR2(15)
    , promo_cost        NUMBER(10,2)
    , promo_begin_date DATE
    , promo_end_date    DATE
    ) ;
```

The constraint `promo_id_u` identifies the `promo_id` column as a unique key. This
constraint ensures that no two promotions in the table have the same ID. However,
the constraint does allow promotions without identifiers.

Alternatively, you can define and enable this constraint out of line:

```
CREATE TABLE promotions_var2
    ( promo_id          NUMBER(6)
    , promo_name        VARCHAR2(20)
    , promo_category    VARCHAR2(15)
    , promo_cost        NUMBER(10,2)
    , promo_begin_date DATE
    , promo_end_date    DATE
    , CONSTRAINT promo_id_u UNIQUE (promo_id)
    USING INDEX PCTFREE 20
        TABLESPACE stocks
        STORAGE (INITIAL 8K  NEXT 6K) );
```

Cloudera Exhibit 1020 - Page 557 of 1808

Databricks_R2_PA_00002693

constraint

The preceding statement also contains the *using_index_clause*, which specifies
storage characteristics for the index that Oracle creates to enable the constraint.

**Composite Unique Key Example**   The following statement defines and enables a
composite unique key on the combination of the `warehouse_id` and `warehouse_`
`name` columns of the `oe.warehouses` table:

```
ALTER TABLE warehouses
   ADD CONSTRAINT wh_unq UNIQUE (warehouse_id, warehouse_name)
   USING INDEX PCTFREE 5
   EXCEPTIONS INTO wrong_id;
```

The `wh_unq` constraint ensures that the same combination of `warehouse_id` and
`warehouse_name` values does not appear in the table more than once.

The `ADD CONSTRAINT` clause also specifies other properties of the constraint:

- The `USING INDEX` clause specifies storage characteristics for the index Oracle
  creates to enable the constraint.

- The `EXCEPTIONS INTO` clause causes Oracle to write to the `wrong_id` table
  information about any rows currently in the `warehouses` table that violate the
  constraint. If the `wrong_id` exceptions table does not already exist, then this
  statement will fail.

**Primary Key Example**   The following statement is a variation of the statement that
created the sample table `hr.locations`. It creates the `locations_demo` table
and defines and enables a primary key on the `location_id` column (other
constraints from the `hr.locations` table are omitted):

```
CREATE TABLE locations_demo
    ( location_id    NUMBER(4) CONSTRAINT loc_id_pk PRIMARY KEY
    , street_address VARCHAR2(40)
    , postal_code    VARCHAR2(12)
    , city           VARCHAR2(30)
    , state_province VARCHAR2(25)
    , country_id     CHAR(2)
    ) ;
```

The `loc_id_pk` constraint, specified inline, identifies the `location_id` column as
the primary key of the `locations_demo` table. This constraint ensures that no two
locations in the table have the same location number and that no location identifier
is `NULL`.

Alternatively, you can define and enable this constraint out of line:

Cloudera Exhibit 1020 - Page 558 of 1808

Databricks_R2_PA_00002694

```
CREATE TABLE locations_demo
    ( location_id     NUMBER(4)
    , street_address VARCHAR2(40)
    , postal_code     VARCHAR2(12)
    , city            VARCHAR2(30)
    , state_province VARCHAR2(25)
    , country_id      CHAR(2)
    , CONSTRAINT loc_id_pk PRIMARY KEY (location_id));
```

**NOT NULL Example**   The following statement alters the `locations_demo` table (created in "Primary Key Example" on page 8-26) to define and enable a `NOT NULL` constraint on the `country_id` column:

```
ALTER TABLE locations_demo
   MODIFY (country_id CONSTRAINT country_nn NOT NULL);
```

The constraint `country_nn` ensures that no location in the table has a null `country_id`.

**Composite Primary Key Example**   The following statement defines a composite primary key on the combination of the `prod_id` and `cust_id` columns of the sample table `sh.sales`:

```
ALTER TABLE sales
   ADD CONSTRAINT sales_pk PRIMARY KEY (prod_id, cust_id) DISABLE;
```

This constraint identifies the combination of the `prod_id` and `cust_id` columns as the primary key of the `sales` table. The constraint ensures that no two rows in the table have the same combination of values for the `prod_id` column and `cust_id` columns.

The constraint clause (`PRIMARY KEY`) also specifies the following properties of the constraint:

- The constraint definition does not include a constraint name, so Oracle generates a name for the constraint.

- The `DISABLE` clause causes Oracle to define the constraint but not enable it.

**Foreign Key Constraint Example**   The following statement creates the `dept_20` table and defines and enables a foreign key on the `department_id` column that references the primary key on the `department_id` column of the `departments` table:

```
CREATE TABLE dept_20
```

Common SQL DDL Clauses   **8-27**

Cloudera Exhibit 1020 - Page 559 of 1808

Databricks_R2_PA_00002695

constraint

```
(employee_id      NUMBER(4),
last_name         VARCHAR2(10),
job_id            VARCHAR2(9),
manager_id        NUMBER(4),
hire_date         DATE,
salary            NUMBER(7,2),
commission_pct    NUMBER(7,2),
department_id     CONSTRAINT fk_deptno
                  REFERENCES departments(department_id) );
```

The constraint `fk_deptno` ensures that all departments given for employees in the `dept_20` table are present in the `departments` table. However, employees can have null department numbers, meaning they are not assigned to any department. To ensure that all employees are assigned to a department, you could create a `NOT NULL` constraint on the `department_id` column in the `dept_20` table in addition to the `REFERENCES` constraint.

Before you define and enable this constraint, you must define and enable a constraint that designates the `department_id` column of the `departments` table as a primary or unique key.

The foreign key constraint definition does not use the `FOREIGN KEY` clause, because the constraint is defined inline. The datatype of the *department_id* column is not needed, because Oracle automatically assigns to this column the datatype of the referenced key.

The constraint definition identifies both the parent table and the columns of the referenced key. Because the referenced key is the primary key of the parent table, the referenced key column names are optional.

Alternatively, you can define this foreign key constraint out of line:

```
CREATE TABLE dept_20
  (employee_id      NUMBER(4),
  last_name         VARCHAR2(10),
  job_id            VARCHAR2(9),
  manager_id        NUMBER(4),
  hire_date         DATE,
  salary            NUMBER(7,2),
  commission_pct    NUMBER(7,2),
  department_id,
  CONSTRAINT fk_deptno
    FOREIGN  KEY (department_id)
    REFERENCES  departments(department_id) );
```

Cloudera Exhibit 1020 - Page 560 of 1808

Databricks_R2_PA_00002696

The foreign key definitions in both variations of this statement omit the `ON DELETE` clause, causing Oracle to prevent the deletion of a department if any employee works in that department.

**ON DELETE Example**    This statement creates the `dept_20` table, defines and enables two referential integrity constraints, and uses the `ON DELETE` clause:

```
CREATE TABLE dept_20
   (employee_id    NUMBER(4) PRIMARY KEY,
    last_name      VARCHAR2(10),
    job_id         VARCHAR2(9),
    manager_id     NUMBER(4) CONSTRAINT fk_mgr
                   REFERENCES employees ON DELETE SET NULL,
    hire_date      DATE,
    salary         NUMBER(7,2),
    commission_pct NUMBER(7,2),
    department_id  NUMBER(2)   CONSTRAINT fk_deptno
                   REFERENCES departments(department_id)
                   ON DELETE CASCADE );
```

Because of the first `ON DELETE` clause, if manager number 2332 is deleted from the `employees` table, then Oracle sets to null the value of `manager_id` for all employees in the `dept_20` table who previously had manager 2332.

Because of the second `ON DELETE` clause, Oracle cascades any deletion of a `department_id` value in the `departments` table to the `department_id` values of its dependent rows of the `dept_20` table. For example, if Department 20 is deleted from the `departments` table, then Oracle deletes all of the employees in Department 20 from the `dept_20` table.

**Composite Foreign Key Constraint Example**    The following statement defines and enables a foreign key on the combination of the `employee_id` and `hire_date` columns of the `dept_20` table:

```
ALTER TABLE dept_20
   ADD CONSTRAINT fk_empid_hiredate
   FOREIGN KEY (employee_id, hire_date)
   REFERENCES hr.job_history(employee_id, start_date)
   EXCEPTIONS INTO wrong_emp;
```

The constraint `fk_empid_hiredate` ensures that all the employees in the `dept_20` table have `employee_id` and `hire_date` combinations that exist in the `employees` table. Before you define and enable this constraint, you must define

Common SQL DDL Clauses    **8-29**

Databricks_R2_PA_00002697

constraint

and enable a constraint that designates the combination of the `employee_id` and `hire_date` columns of the `employees` table as a primary or unique key.

The `EXCEPTIONS INTO` clause causes Oracle to write information to the `wrong_emp` table about any rows in the `dept_20` table that violate the constraint. If the `wrong_emp` exceptions table does not already exist, then this statement will fail.

**Check Constraint Examples**   The following statement creates a `offices` table and defines a `check` constraint in each column of the table:

```
CREATE TABLE divisions
    (div_no    NUMBER  CONSTRAINT check_divno
               CHECK (div_no BETWEEN 10 AND 99)
               DISABLE,
    div_name  VARCHAR2(9)  CONSTRAINT check_divname
               CHECK (div_name = UPPER(div_name))
               DISABLE,
    office    VARCHAR2(10)  CONSTRAINT check_office
               CHECK (office IN ('DALLAS','BOSTON',
               'PARIS','TOKYO'))
               DISABLE);
```

Each constraint restricts the values of the column in which it is defined:

- `check_ofcno` ensures that no office numbers are less than 10 or greater than 99.

- `check_ofcname` ensures that all office names are in uppercase.

- `check_office` restricts office locations to Dallas, Boston, Paris, or Tokyo.

Because each `CONSTRAINT` clause contains the `DISABLE` clause, Oracle only defines the constraints and does not enable them.

The following statement creates the `dept_20` table, defining out of line and implicitly enabling a check constraint:

```
CREATE TABLE dept_20
    (employee_id    NUMBER(4) PRIMARY KEY,
    last_name       VARCHAR2(10),
    job_id          VARCHAR2(9),
    manager_id      NUMBER(4),
    salary          NUMBER(7,2),
    commission_pct  NUMBER(7,2),
    department_id   NUMBER(2),
    CONSTRAINT check_sal CHECK (salary * commission_pct <= 5000));
```

Cloudera Exhibit 1020 - Page 562 of 1808

Databricks_R2_PA_00002698

This constraint uses an inequality condition to limit an employee's total commission, the product of `salary` and `commission_pct`, to $5000:

- If an employee has non-null values for both salary and commission, then the product of these values must not exceed $5000 to satisfy the constraint.

- If an employee has a null salary or commission, then the result of the condition is unknown and the employee automatically satisfies the constraint.

Because the constraint clause in this example does not supply a constraint name, Oracle generates a name for the constraint.

The following statement defines and enables a primary key constraint, two foreign key constraints, a `NOT NULL` constraint, and two check constraints:

```
CREATE TABLE order_detail
  (CONSTRAINT pk_od PRIMARY KEY (order_id, part_no),
  order_id    NUMBER
    CONSTRAINT fk_oid
      REFERENCES oe.orders(order_id),
  part_no    NUMBER
    CONSTRAINT fk_pno
      REFERENCES oe.product_information(product_id),
  quantity    NUMBER
    CONSTRAINT nn_qty NOT NULL
    CONSTRAINT check_qty CHECK (quantity > 0),
  cost        NUMBER
    CONSTRAINT check_cost CHECK (cost > 0) );
```

The constraints enable the following rules on table data:

- `pk_od` identifies the combination of the `order_id` and `part_no` columns as the primary key of the table. To satisfy this constraint, no two rows in the table can contain the same combination of values in the `order_id` and the `part_no` columns, and no row in the table can have a null in either the `order_id` or the `part_no` column.

- `fk_oid` identifies the `order_id` column as a foreign key that references the `order_id` column in the `orders` table in the sample schema `oe`. All new values added to the column `order_detail.order_id` must already appear in the column `oe.orders.order_id`.

- `fk_pno` identifies the `product_id` column as a foreign key that references the `product_id` column in the `product_information` table owned by `oe`. All new values added to the column `order_detail.product_id` must already appear in the column `oe.product_information.product_id`.

Cloudera Exhibit 1020 - Page 563 of 1808

Databricks_R2_PA_00002699

- `nn_qty` forbids nulls in the `quantity` column.
- `check_qty` ensures that values in the `quantity` column are always greater than zero.
- `check_cost` ensures the values in the cost column are always greater than zero.

This example also illustrates the following points about constraint clauses and column definitions:

- Out-of-line constraint definition can appear before or after the column definitions. In this example, the out-of-line definition of the `pk_od` constraint precedes the column definitions.
- A column definition can contain multiple inline constraint definitions. In this example, the definition of the `quantity` column contains the definitions of both the `nn_qty` and `check_qty` constraints.
- A table can have multiple `CHECK` constraints. Multiple `CHECK` constraints, each with a simple condition enforcing a single business rule, are preferable to a single `CHECK` constraint with a complicated condition enforcing multiple business rules. When a constraint is violated, Oracle returns an error identifying the constraint. Such an error more precisely identifies the violated business rule if the identified constraint enables a single business rule.

**Attribute-Level Constraints Example**   The following example guarantees that a value exists for both the `first_name` and `last_name` attributes of the `name` column in the `students` table:

```
CREATE TYPE person_name AS OBJECT
   (first_name VARCHAR2(30), last_name VARCHAR2(30));
/

CREATE TABLE students (name person_name, age INTEGER,
   CHECK (name.first_name IS NOT NULL AND
          name.last_name IS NOT NULL));
```

**REF Constraint Examples**   The following example creates a duplicate of the sample schema object type `cust_address_typ`, and then creates a table containing a `REF` column with a `SCOPE` constraint:

```
CREATE TYPE cust_address_typ_new AS OBJECT
    ( street_address     VARCHAR2(40)
    , postal_code        VARCHAR2(10)
    , city               VARCHAR2(30)
```

Cloudera Exhibit 1020 - Page 564 of 1808

Databricks_R2_PA_00002700

```
    , state_province    VARCHAR2(10)
    , country_id        CHAR(2)
    );
/
CREATE TABLE address_table OF cust_address_typ_new;

CREATE TABLE customer_addresses (
    add_id NUMBER,
    address REF cust_address_typ_new
    SCOPE IS address_table);
```

The following example creates the same table but with a referential integrity constraint on the REF column that references the OID column of the parent table:

```
CREATE TABLE customer_addresses (
    add_id NUMBER,
    address REF cust_address_typ REFERENCES address_table);
```

The following example uses the type department_typ and the table departments_obj_t, created in "Creating Object Tables: Examples" on page 16-78. A table with a scoped REF is then created.

```
CREATE TABLE employees_obj
   ( e_name   VARCHAR2(100),
     e_number NUMBER,
     e_dept   REF department_typ SCOPE IS departments_obj_t );
```

The following statement creates a table with a REF column which has a referential integrity constraint defined on it:

```
CREATE TABLE employees_obj
   ( e_name   VARCHAR2(100),
     e_number NUMBER,
     e_dept   REF department_typ REFERENCES departments_obj_t);
```

**Explicit Index Control Example**   The following statement shows another way to create a unique (or primary key) constraint that gives you explicit control over the index (or indexes) Oracle uses to enforce the constraint:

```
CREATE TABLE promotions_var3
    ( promo_id        NUMBER(6)
    , promo_name      VARCHAR2(20)
    , promo_category  VARCHAR2(15)
    , promo_cost      NUMBER(10,2)
    , promo_begin_date DATE
    , promo_end_date  DATE
```

Cloudera Exhibit 1020 - Page 565 of 1808

Databricks_R2_PA_00002701

```
, CONSTRAINT promo_id_u UNIQUE (promo_id, promo_cost)
    USING INDEX (CREATE UNIQUE INDEX promo_ix1
       ON promotions_var3 (promo_id, promo_cost))
, CONSTRAINT promo_id_u2 UNIQUE (promo_cost, promo_id)
    USING INDEX promo_ix1);
```

This example also shows that you can create an index for one constraint and use that index to create and enable another constraint in the same statement.

**DEFERRABLE Constraint Examples**   The following statement creates table `games` with a `NOT DEFERRABLE INITIALLY IMMEDIATE` constraint check (by default) on the `scores` column:

```
CREATE TABLE games (scores NUMBER CHECK (scores >= 0));
```

To define a unique constraint on a column as `INITIALLY DEFERRED DEFERRABLE`, issue the following statement:

```
CREATE TABLE games
  (scores NUMBER, CONSTRAINT unq_num UNIQUE (scores)
   INITIALLY DEFERRED DEFERRABLE);
```

Cloudera Exhibit 1020 - Page 566 of 1808

Databricks_R2_PA_00002702

## deallocate_unused_clause

### Purpose

Use the `deallocate_unused_clause` to explicitly deallocate unused space at the end of a database object segment and make the space available for other segments in the tablespace.

You can deallocate unused space using the following statements:

- `ALTER CLUSTER` (see ALTER CLUSTER on page 10-6)

- `ALTER INDEX`: to deallocate unused space from the index, an index partition, or an index subpartition (see ALTER INDEX on page 10-88)

- `ALTER MATERIALIZED VIEW`: to deallocate unused space from the overflow segment of an index-organized materialized view (see ALTER MATERIALIZED VIEW on page 11-2)

- `ALTER TABLE`: to deallocate unused space from the table, a table partition, a table subpartition, the mapping table of an index-organized table, the overflow segment of an index-organized table, or a LOB storage segment (see ALTER TABLE on page 12-2)

### Syntax

**deallocate_unused_clause::=**



**size_clause::=**



Cloudera Exhibit 1020 - Page 567 of 1808

Databricks_R2_PA_00002703

deallocate_unused_clause

## Semantics

This section describes the semantics of the `deallocate_unused_clause`. For additional information, refer to the SQL statement in which you set or reset this clause for a particular database object.

You cannot specify both the `deallocate_unused_clause` and the `allocate_extent_clause` in the same statement.

Oracle Database frees only unused space above the high water mark (that is, the point beyond which database blocks have not yet been formatted to receive data). Oracle deallocates unused space beginning from the end of the object and moving toward the beginning of the object to the high water mark.

If an extent is completely contained in the deallocation, then the whole extent is freed for reuse. If an extent is partially contained in the deallocation, then the used part up to the high water mark becomes the extent, and the remaining unused space is freed for reuse.

Oracle credits the amount of the released space to the user quota for the tablespace in which the deallocation occurs.

The exact amount of space freed depends on the values of the `INITIAL`, `MINEXTENTS`, and `NEXT` storage parameters. Please refer to the *storage_clause* on page 8-58 for a description of these parameters.

### KEEP *integer*

Specify the number of bytes above the high water mark that the segment of the database object is to have after deallocation.

- If you omit `KEEP` and the high water mark is above the size of `INITIAL` and `MINEXTENTS`, then all unused space above the high water mark is freed. When the high water mark is less than the size of `INITIAL` or `MINEXTENTS`, then all unused space above `MINEXTENTS` is freed.

- If you specify `KEEP`, then the specified amount of space is kept and the remaining space is freed. When the remaining number of extents is less than `MINEXTENTS`, then Oracle adjusts `MINEXTENTS` to the new number of extents. If the initial extent becomes smaller than `INITIAL`, then Oracle adjusts `INITIAL` to the new size.

- In either case, Oracle sets the value of the `NEXT` storage parameter to the size of the last extent that was deallocated.

Cloudera Exhibit 1020 - Page 568 of 1808

Databricks_R2_PA_00002704

file_specification

## *file_specification*

### Purpose

Use one of the `file_specification` forms to specify a file as a datafile or tempfile, or to specify a group of one or more files as a redo log file group. If you are storing your files in Automatic Storage Management disk groups, then you can further specify the file as a disk group file.

A `file_specification` can appear in the following statements:

- CREATE CONTROLFILE (see CREATE CONTROLFILE on page 14-14)

- CREATE DATABASE (see CREATE DATABASE on page 14-22)

- ALTER DATABASE (see ALTER DATABASE on page 10-11)

- CREATE TABLESPACE (see CREATE TABLESPACE on page 16-80)

- ALTER TABLESPACE (see ALTER TABLESPACE on page 12-105)

- ALTER DISKGROUP (see ALTER DISKGROUP on page 10-67)

### Prerequisites

You must have the privileges necessary to issue the statement in which the file specification appears.

### Syntax

**file_specification::=**



**datafile_tempfile_spec::=**



Cloudera Exhibit 1020 - Page 569 of 1808

Databricks_R2_PA_00002705

file_specification

## redo_log_file_spec::=



## size_clause::=



## ASM_filename::=



## fully_qualified_file_name::=



## numeric_file_name::=



**8-38** SQL Reference

Cloudera Exhibit 1020 - Page 570 of 1808

Databricks_R2_PA_00002706

**incomplete_file_name::=**



**alias_file_name::=**



**autoextend_clause::=**



**maxsize_clause::=**



## Semantics

This section describes the semantics of `file_specification`. For additional information, refer to the SQL statement in which you specify a datafile, tempfile, redo log file, or Automatic Storage Management disk group or disk group file.

### datafile_tempfile_spec

Use this clause to specify the attributes of datafiles and tempfiles if your database storage is in a file system or on raw devices or in Automatic Storage Management disk groups.

### redo_log_file_spec

Use this clause to specify the attributes of redo log files if your database storage is in a file system or on raw devices or in Automatic Storage Management disk groups.

Common SQL DDL Clauses    **8-39**

file_specification

### filename

Use `filename` for files stored in a file system or on raw devices. For a *new* file, `filename` is the name of the new file. If you are not using Oracle-managed files, then you must specify `filename` or the statement fails. However, if you are using Oracle-managed files, then `filename` is optional, as are the remaining clauses of the specification. In this case, Oracle Database creates a unique name for the file and saves it in the directory specified by either the DB_RECOVERY_FILE_DEST (for logfiles and control files), the DB_CREATE_FILE_DEST initialization parameter (for any type of file) or by the DB_CREATE_ONLINE_LOG_DEST_*n* initialization parameter (which takes precedence over DB_CREATE_FILE_DEST and DB_ RECOVERY_FILE_DEST for log files).

> **See Also:** *Oracle Database Administrator's Guide* for more information on Oracle-managed files, "Specifying a Datafile: Example" on page 8-46, and "Specifying a Log File: Example" on page 8-45

For an *existing* file, you must specify a filename. Specify the name of either a datafile, tempfile, or a redo log file member. The `filename` can contain only single-byte characters from 7-bit ASCII or EBCDIC character sets. Multibyte characters are not valid.

A redo log file group can have one or more members (copies). Each `filename` must be fully specified according to the conventions for your operating system.

### ASM_filename

Use a form of ASM_filename for files stored in Automatic Storage Management disk groups. You can create or refer to datafiles, tempfiles, and redo log files with this syntax.

All forms of ASM_filename begin with the plus sign (+) followed by the name of the disk group. You can determine the names of all Automatic Storage Management disk groups by querying the V$OSM_DISKGROUP view.

> **See Also:** *Oracle Database Administrator's Guide* for information on using Automatic Storage Management

### fully_qualified_file_name

When you create a file in an Automatic Storage Management disk group, the file receives a system-generated fully qualified Automatic Storage Management filename. You can use this form only when referring to an existing Automatic

Cloudera Exhibit 1020 - Page 572 of 1808

Databricks_R2_PA_00002708

Storage Management file. Therefore, if you are using this form during file creation, you must also specify REUSE.

- *db_name* is the value of the DB_UNIQUE_NAME initialization parameter. This name is equivalent to the name of the database on which the file resides, but the parameter distinguishes between primary and standby databases, if both exist.

- *file_type* and *file_type_tag* indicate the type of database file. The table that follows lists all of the file types and their corresponding Automatic Storage Management tags.

- *filenumber* and *incarnation_number* are system-generated identifiers to guarantee uniqueness.

You can determine the fully qualified names of Automatic Storage Management files by querying the dynamic performance view appropriate for the file type (for example V$DATAFILE for datafiles, V$CONTROLFILE for control files, and so on). You can also obtain the *filenumber* and *incarnation_number* portions of the fully qualified names by querying the V$OSM_FILE view.

*Table 8–1    Oracle File Types and Automatic Storage Management File Type Tags*

| Automatic Storage Management *file_type* | Description | Automatic Storage Management *file_type_tag* | Comments |
|---|---|---|---|
| CONTROLFILE | Control files and backup control files | Current<br>Backup | — |
| DATAFILE | Datafiles and datafile copies | *tsname* | Tablespace into which the file is added |
| ONLINELOG | Online logs | group_*group#* | — |
| ARCHIVELOG | Archive logs | thread_*thread#*_seq_*sequence#* | — |
| TEMPFILE | Tempfiles | *tsname* | Tablespace into which the file is added |
| BACKUPSET | Datafile and archive log backup pieces; datafile incremental backup pieces | *hasspfile_timestamp* | *hasspfile* can take one of two values: *s* indicates that the backup set includes the spfile; *n* indicates that the backup set does not include the spfile. |
| PARAMETERFILE | Persistent parameter files | spfile | — |

Cloudera Exhibit 1020 - Page 573 of 1808

Databricks_R2_PA_00002709

file_specification

---

*Table 8–1   (Cont.)  Oracle File Types and Automatic Storage Management File Type Tags*

| Automatic Storage Management *file_type* | Description | Automatic Storage Management *file_type_tag* | Comments |
|---|---|---|---|
| DAATAGUARDCONFIG | Data Guard configuration file | *db_unique_name* | Data Guard tries to use the service provider name if it is set. Otherwise the tag defaults to *DRCname*. |
| FLASHBACK | Flashback logs | log_log# | — |
| CHANGETRACKING | Block change tracking data | ctf | Used during incremental backups |
| DUMPSET | Data Pump dumpset | user_obj#_file# | Dump set files encode the user name, the job number that created the dump set, and the file number as part of the tag. |
| XTRANSPORT | Datafile convert | *tsname* | — |
| AUTOBACKUP | Automatic backup files | *hasspfile_timestamp* | *hasspfile* can take one of two values: *s* indicates that the backup set includes the spfile; *n* indicates that the backup set does not include the spfile. |

### numeric_file_name

A numeric Automatic Storage Management filename is similar to a fully qualified filename except that it uses only the unique *filenumber.incarnation_number* string. You can use this form only to refer to an existing file. Therefore, if you are using this form during file creation, you must also specify REUSE.

### incomplete_file_name

Incomplete Automatic Storage Management filenames are used during file creation only. If you specify the disk group name alone, Automatic Storage Management uses the appropriate default template for the file type. For example, if you are creating a datafile in a CREATE TABLESPACE statement, Automatic Storage Management uses the default DATAFILE template to create an Automatic Storage Management datafile. If you specify the disk group name with a template, Automatic Storage Management uses the specified template to create the file. In both cases, Automatic Storage Management also creates a fully qualified filename.

Cloudera Exhibit 1020 - Page 574 of 1808

Databricks_R2_PA_00002710

***template_name***   A template is a named collection of attributes. You can create templates and apply them to files in a disk group. You can determine the names of all Automatic Storage Management template names by querying the `V$OSM_TEMPLATE` data dictionary view. Please refer to *diskgroup_template_clauses* on page 10-76 for instructions on creating Automatic Storage Management templates.

You can specify `template` only during file creation. It appears in the incomplete and alias name forms of the `ASM_filename` diagram:

- If you specify `template` immediately after the disk group name, then Automatic Storage Management uses the specified template to create the file, and gives the file a fully qualified filename.

- If you specify template after specifying an alias, then Automatic Storage Management uses the specified template to create the file, gives the file a fully qualified filename, and also creates the alias so that you can subsequently use it to refer to the file. If the alias you specify refers to an existing file, then Automatic Storage Management ignores the template specification unless you also specify `REUSE`.

> **See Also:**   *diskgroup_template_clauses* on page 10-76 for information about the default templates

### alias_file_name

An alias is a user-friendly name for an Automatic Storage Management file. You can use alias filenames during file creation or reference. You can specify a template with an alias, but only during file creation. To determine the alias names for Automatic Storage Management files, query the `V$OSM_ALIAS` data dictionary view.

If you are specifying an alias during file creation, please refer to *diskgroup_directory_clauses* on page 10-78 and *diskgroup_alias_clauses* on page 10-79 for instructions on specifying the full alias name.

### SIZE Clause

Specify the size of the file in bytes. Use `K`, `M`, `G`, or `T` to specify the size in kilobytes, megabytes, gigabytes, or terabytes.

- For undo tablespaces, you must specify the `SIZE` clause for each datafile. For other tablespaces, you can omit this parameter if the file already exists, or if you are creating an Oracle-managed file.

- If you omit this clause when creating an Oracle-managed file, then Oracle creates a 100M file.

Cloudera Exhibit 1020 - Page 575 of 1808

Databricks_R2_PA_00002711

■   The size of a tablespace must be one block greater than the sum of the sizes of the objects contained in it.

> **See Also:**   *Oracle Database Administrator's Guide* for information on Automatic Undo Management and undo tablespaces and "Adding a Log File: Example" on page 8-46

### REUSE

Specify REUSE to allow Oracle to reuse an existing file. You must specify REUSE if you specify a *filename* that already exists.

■   If the file already exists, then Oracle reuses the filename and applies the new size (if you specify SIZE) or retains the original size.

■   If the file does not exist, then Oracle ignores this clause and creates the file.

**Restriction on the REUSE Clause**    You cannot specify REUSE unless you have specified *filename*.

Whenever Oracle uses an existing file, the previous contents of the file are lost.

> **See Also:**   "Adding a Datafile: Example" on page 8-46 and "Adding a Log File: Example" on page 8-46

### autoextend_clause

The *autoextend_clause* is valid for datafiles and tempfiles but not for redo log files. Use this clause to enable or disable the automatic extension of a new or existing datafile or tempfile. If you omit this clause:

■   For Oracle-managed files:

– If you specify SIZE, then Oracle Database creates a file of the specified size with AUTOEXTEND disabled.

– If you do not specify SIZE, then the database creates a 100M file with AUTOEXTEND enabled. When autoextension is required, the database extends the file by its original size or 100MB, whichever is smaller. You can override this default behavior by specifying the NEXT clause.

■   For user-managed files, with or without SIZE specified, Oracle creates a file with AUTOEXTEND disabled.

**ON**   Specify ON to enable autoextend.

Cloudera Exhibit 1020 - Page 576 of 1808

Databricks_R2_PA_00002712

**OFF**  Specify `OFF` to turn off autoextend if is turned on. When you turn off autoextend, the values of `NEXT` and `MAXSIZE` are set to zero. If you turn autoextend back on in a subsequent statement, you must reset these values.

**NEXT**  Use the `NEXT` clause to specify the size in bytes of the next increment of disk space to be allocated automatically when more extents are required. The default is the size of one data block.

**MAXSIZE**  Use the `MAXSIZE` clause to specify the maximum disk space allowed for automatic extension of the datafile.

**UNLIMITED**  Use the `UNLIMITED` clause if you do not want to limit the disk space that Oracle can allocate to the datafile or tempfile.

**Restriction on the *autoextend_clause***  You cannot specify this clause as part of the `datafile_tempfile_spec` in a `CREATE CONTROLFILE` statement or in an `ALTER DATABASE CREATE DATAFILE` clause.

## Examples

**Specifying a Log File: Example**  The following statement creates a database named `payable` that has two redo log file groups, each with two members, and one datafile:

```
CREATE DATABASE payable
   LOGFILE GROUP 1 ('diska:log1.log', 'diskb:log1.log') SIZE 50K,
           GROUP 2 ('diska:log2.log', 'diskb:log2.log') SIZE 50K
   DATAFILE 'diskc:dbone.dat' SIZE 30M;
```

The first file specification in the `LOGFILE` clause specifies a redo log file group with the `GROUP` value 1. This group has members named `'diska:log1.log'` and `'diskb:log1.log'`, each 50 kilobytes in size.

The second file specification in the `LOGFILE` clause specifies a redo log file group with the `GROUP` value 2. This group has members named `'diska:log2.log'` and `'diskb:log2.log'`, also 50 kilobytes in size.

The file specification in the `DATAFILE` clause specifies a datafile named `'diskc:dbone.dat'`, 30 megabytes in size.

Each file specification specifies a value for the `SIZE` parameter and omits the `REUSE` clause, so none of these files can already exist. Oracle must create them.

Cloudera Exhibit 1020 - Page 577 of 1808

Databricks_R2_PA_00002713

**Adding a Log File: Example**   The following statement adds another redo log file group with two members to the `payable` database:

```
ALTER DATABASE payable
   ADD LOGFILE GROUP 3 ('diska:log3.log', 'diskb:log3.log')
   SIZE 50K REUSE;
```

The file specification in the `ADD LOGFILE` clause specifies a new redo log file group with the `GROUP` value 3. This new group has members named `'diska:log3.log'` and `'diskb:log3.log'`, each 50 kilobytes in size. Because the file specification specifies the `REUSE` clause, each member can (but need not) already exist.

**Specifying a Datafile: Example**   The following statement creates a tablespace named `stocks` that has three datafiles:

```
CREATE TABLESPACE stocks
   DATAFILE 'stock1.dat' SIZE 10M,
            'stock2.dat' SIZE 10M,
            'stock3.dat' SIZE 10M;
```

The file specifications for the datafiles specify files named `'diskc:stock1.dat'`, `'diskc:stock2.dat'`, and `'diskc:stock3.dat'`.

**Adding a Datafile: Example**   The following statement alters the `stocks` tablespace and adds a new datafile:

```
ALTER TABLESPACE stocks
   ADD DATAFILE 'stock4.dat' SIZE 10M REUSE;
```

The file specification specifies a datafile named `'stock4.dat'`. If the filename does not exist, then Oracle simply ignores the `REUSE` keyword.

**Using a Fully Qualified Automatic Storage Management Datafile Name: Example**
When using Automatic Storage Management, he following syntax shows how to use the *fully_qualified_file_name* clause to bring online a datafile in a hypothetical database, `testdb`:

```
ALTER DATABASE testdb
   DATAFILE '+dgroup_01/testdb/datafile/system.261.1' ONLINE;
```

Cloudera Exhibit 1020 - Page 578 of 1808

Databricks_R2_PA_00002714

## *logging_clause*

### Purpose

The `logging_clause` lets you specify whether creation of a database object will be logged in the redo log file (`LOGGING`) or not (`NOLOGGING`).

You can specify the `logging_clause` in the following statements:

- `CREATE TABLE` and `ALTER TABLE`: for logging of the table, a table partition, a LOB segment, or the overflow segment of an index-organized table (see CREATE TABLE on page 16-7 and ALTER TABLE on page 12-2).

- `CREATE INDEX` and `ALTER INDEX`: for logging of the index or an index partition (see CREATE INDEX on page 14-75 and ALTER INDEX on page 10-88).

- `CREATE MATERIALIZED VIEW` and `ALTER MATERIALIZED VIEW`: for logging of the materialized view, one of its partitions, or a LOB segment (see CREATE MATERIALIZED VIEW on page 15-5 and ALTER MATERIALIZED VIEW on page 11-2).

- `CREATE MATERIALIZED VIEW LOG` and `ALTER MATERIALIZED VIEW LOG`: for logging of the materialized view log or one of its partitions (see CREATE MATERIALIZED VIEW LOG on page 15-33 and ALTER MATERIALIZED VIEW LOG on page 11-21.)

- `CREATE TABLESPACE` and `ALTER TABLESPACE`: to set or modify the default logging characteristics for all objects created in the tablespace (see CREATE TABLESPACE on page 16-80 and ALTER TABLESPACE on page 12-105.)

You can also specify `LOGGING` or `NOLOGGING` for the following operations:

- Rebuilding an index (using `CREATE INDEX ... REBUILD`)

- Moving a table (using `ALTER TABLE ... MOVE`)

### Syntax

**logging_clause::=**



Cloudera Exhibit 1020 - Page 579 of 1808

logging_clause

## Semantics

This section describes the semantics of the *logging_clause*. For additional information, refer to the SQL statement in which you set or reset logging characteristics for a particular database object.

Specify LOGGING if you want the creation of a database object, as well as subsequent inserts into the object, to be logged in the redo log file.

Specify NOLOGGING if you do not want these operations to be logged.

- For a **nonpartitioned object**, the value specified for this clause is the actual physical attribute of the segment associated with the object.

- For **partitioned objects**, the value specified for this clause is the default physical attribute of the segments associated with all partitions specified in the CREATE statement (and in subsequent ALTER ... ADD PARTITION statements), unless you specify the logging attribute in the PARTITION description.

If the object for which you are specifying the logging attributes resides in a database or tablespace in force logging mode, then Oracle Database ignores any NOLOGGING setting until the database or tablespace is taken out of force logging mode.

If the database is run in archivelog mode, then media recovery from a backup made before the LOGGING operation re-creates the object. However, media recovery from a backup made before the NOLOGGING operation does not re-create the object.

The size of a redo log generated for an operation in NOLOGGING mode is significantly smaller than the log generated in LOGGING mode.

In NOLOGGING mode, data is modified with minimal logging (to mark new extents INVALID and to record dictionary changes). When applied during media recovery, the extent invalidation records mark a range of blocks as logically corrupt, because the redo data is not fully logged. Therefore, if you cannot afford to lose the database object, then you should take a backup after the NOLOGGING operation.

NOLOGGING is supported in only a subset of the locations that support LOGGING. Only the following operations support the NOLOGGING mode:

**DML:**

- Direct-path INSERT (serial or parallel) resulting either from an INSERT or a MERGE statement. NOLOGGING is not applicable to any UPDATE operations resulting from the MERGE statement.

- Direct Loader (SQL*Loader)

Cloudera Exhibit 1020 - Page 580 of 1808

Databricks_R2_PA_00002716