# EXHIBIT 1-4

**DDL:**

- CREATE TABLE ... AS SELECT

- CREATE TABLE ... *LOB_storage_clause* ... *LOB_parameters* ... NOCACHE | CACHE READS

- ALTER TABLE ... *LOB_storage_clause* ... *LOB_parameters* ... NOCACHE | CACHE READS (to specify logging of newly created LOB columns)

- ALTER TABLE ... *modify_LOB_storage_clause* ... *modify_LOB_ parameters* ... NOCACHE | CACHE READS (to change logging of existing LOB columns)

- ALTER TABLE ... MOVE

- ALTER TABLE ... [all partition operations that involve data movement]

  - ALTER TABLE ... ADD PARTITION (hash partition only)

  - ALTER TABLE ... MERGE PARTITIONS

  - ALTER TABLE ... SPLIT PARTITION

  - ALTER TABLE ... MOVE PARTITION

  - ALTER TABLE ... MODIFY PARTITION ... ADD SUBPARTITION

  - ALTER TABLE ... MODIFY PARTITION ... COALESCE SUBPARTITION

  - ALTER TABLE ... MODIFY PARTITION ... REBUILD UNUSABLE INDEXES

- CREATE INDEX

- ALTER INDEX ... REBUILD

- ALTER INDEX ... REBUILD PARTITION

- ALTER INDEX ... SPLIT PARTITION

For **objects other than LOBs**, if you omit this clause, then the logging attribute of the object defaults to the logging attribute of the tablespace in which it resides.

For **LOBs**, if you omit this clause:

- If you specify CACHE, then LOGGING is used (because you cannot have CACHE NOLOGGING).

- If you specify NOCACHE or CACHE READS, then the logging attribute defaults to the logging attribute of the tablespace in which it resides.

Cloudera Exhibit 1020 - Page 581 of 1808

Databricks_R2_PA_00002717

logging_clause

NOLOGGING does not apply to LOBs that are stored inline with row data. That is, if you specify NOLOGGING for LOBs with values less than 4000 bytes and you have not disabled STORAGE IN ROW, then Oracle ignores the NOLOGGING specification and treats the LOB data the same as other table data.

> **See Also:**   *Oracle Database Concepts* and *Oracle Database Administrator's Guide* for more information about logging and parallel DML

## *parallel_clause*

### Purpose

The `parallel_clause` lets you parallelize the creation of a database object and set the default degree of parallelism for subsequent queries of and DML operations on the object.

You can specify the `parallel_clause` in the following statements:

- `CREATE TABLE`: to set parallelism for the table (see CREATE TABLE on page 16-7).

- `ALTER TABLE` (see ALTER TABLE on page 12-2):

  - To change parallelism for the table

  - To parallelize the operations of adding, coalescing, exchanging, merging, splitting, truncating, dropping, or moving a table partition

- `CREATE CLUSTER` and `ALTER CLUSTER`: to set or alter parallelism for a cluster (see CREATE CLUSTER on page 14-2 and ALTER CLUSTER on page 10-6).

- `CREATE INDEX`: to set parallelism for the index (see CREATE INDEX on page 14-75).

- `ALTER INDEX` (see ALTER INDEX on page 10-88):

  - To change parallelism for the index

  - To parallelize the rebuilding of the index or the splitting of an index partition

- `CREATE MATERIALIZED VIEW`: to set parallelism for the materialized view (see CREATE MATERIALIZED VIEW on page 15-5).

- `ALTER MATERIALIZED VIEW` (see ALTER MATERIALIZED VIEW on page 11-2):

  - To change parallelism for the materialized view

  - To parallelize the operations of adding, coalescing, exchanging, merging, splitting, truncating, dropping, or moving a materialized view partition

  - To parallelize the operations of adding or moving materialized view subpartitions

Cloudera Exhibit 1020 - Page 583 of 1808

Databricks_R2_PA_00002719

- `CREATE MATERIALIZED VIEW LOG`: to set parallelism for the materialized view log (see CREATE MATERIALIZED VIEW LOG on page 15-33).

- `ALTER MATERIALIZED VIEW LOG` (see ALTER MATERIALIZED VIEW LOG on page 11-21):

  – To change parallelism for the materialized view log

  – To parallelize the operations of adding, coalescing, exchanging, merging, splitting, truncating, dropping, or moving a materialized view log partition

- `ALTER DATABASE ... RECOVER`: to recover the database (see ALTER DATABASE on page 10-11).

- `ALTER DATABASE ...` *standby_database_clauses*: to parallelize operations on the standby database (see ALTER DATABASE on page 10-11).

## Syntax

**parallel_clause::=**



## Semantics

This section describes the semantics of the *parallel_clause*. For additional information, refer to the SQL statement in which you set or reset parallelism for a particular database object or operation.

> **Note:** The syntax of the *parallel_clause* supersedes syntax appearing in earlier releases of Oracle. Superseded syntax is still supported for backward compatibility but may result in slightly different behavior from that documented.

**NOPARALLEL**    Specify `NOPARALLEL` for serial execution. This is the default.

**PARALLEL**    Specify `PARALLEL` if you want Oracle to select a degree of parallelism equal to the number of CPUs available on all participating instances times the value of the `PARALLEL_THREADS_PER_CPU` initialization parameter.

Cloudera Exhibit 1020 - Page 584 of 1808

Databricks_R2_PA_00002720

**PARALLEL** *integer*   Specification of $integer$ indicates the **degree of parallelism**, which is the number of parallel threads used in the parallel operation. Each parallel thread may use one or two parallel execution servers. Normally Oracle calculates the optimum degree of parallelism, so it is not necessary for you to specify $integer$.

Cloudera Exhibit 1020 - Page 585 of 1808

Databricks_R2_PA_00002721

## physical_attributes_clause

### Purpose

The `physical_attributes_clause` lets you specify the value of the `PCTFREE`, `PCTUSED`, and `INITRANS` parameters and the storage characteristics of a table, cluster, index, or materialized view.

You can specify the `physical_attributes_clause` in the following statements:

- `CREATE CLUSTER` and `ALTER CLUSTER`: to set or change the physical attributes of the cluster and all tables in the cluster (see CREATE CLUSTER on page 14-2 and ALTER CLUSTER on page 10-6).

- `CREATE TABLE`: to set the physical attributes of the table, a table partition, the `OIDINDEX` of an object table, or the overflow segment of an index-organized table (see CREATE TABLE on page 16-7).

- `ALTER TABLE`: to change the physical attributes of the table, the default physical attributes of future table partitions, or the physical attributes of existing table partitions (see ALTER TABLE on page 12-2). The following restrictions apply:

  - You cannot specify physical attributes for a temporary table.

  - You cannot specify physical attributes for a clustered table. Tables in a cluster inherit the physical attributes of the cluster.

- `CREATE INDEX`: to set the physical attributes of an index or index partition (see CREATE INDEX on page 14-75).

- `ALTER INDEX`: to change the physical attributes of the index, the default physical attributes of future index partitions, or the physical attributes of existing index partitions (see ALTER INDEX on page 10-88).

- `CREATE MATERIALIZED VIEW`: to set the physical attributes of the materialized view, one of its partitions, or the index Oracle Database generates to maintain the materialized view (see CREATE MATERIALIZED VIEW on page 15-5).

- `ALTER MATERIALIZED VIEW`: to change the physical attributes of the materialized view, the default physical attributes of future partitions, the physical attributes of an existing partition, or the index Oracle creates to maintain the materialized view (see ALTER MATERIALIZED VIEW on page 11-2).

Cloudera Exhibit 1020 - Page 586 of 1808

Databricks_R2_PA_00002722

- CREATE MATERIALIZED VIEW LOG and ALTER MATERIALIZED VIEW LOG: to set or change the physical attributes of the materialized view log (see CREATE MATERIALIZED VIEW LOG on page 15-33 and ALTER MATERIALIZED VIEW LOG on page 11-21).

## Syntax

**physical_attributes_clause::=**



(*storage_clause::=* on page 8-60)

## Semantics

This section describes the parameters of the *physical_attributes_clause*. For additional information, refer to the SQL statement in which you set or reset these parameters for a particular database object.

### PCTFREE *integer*

Specify a whole number representing the percentage of space in each data block of the database object reserved for future updates to rows of the object. The value of PCTFREE must be a value from 0 to 99. A value of 0 means that the entire block can be filled by inserts of new rows. The default value is 10. This value reserves 10% of each block for updates to existing rows and allows inserts of new rows to fill a maximum of 90% of each block.

PCTFREE has the same function in the statements that create and alter tables, partitions, clusters, indexes, materialized views, and materialized view logs. The combination of PCTFREE and PCTUSED determines whether new rows will be inserted into existing data blocks or into new blocks.

**Restriction on the PCTFREE Clause**    When altering an index, you can specify this parameter only in the *modify_index_default_attrs* clause and the *split_partition_clause*.

Cloudera Exhibit 1020 - Page 587 of 1808

Databricks_R2_PA_00002723

### PCTUSED *integer*

Specify a whole number representing the minimum percentage of used space that Oracle maintains for each data block of the database object. A block becomes a candidate for row insertion when its used space falls below PCTUSED. PCTUSED is specified as a positive integer from 0 to 99 and defaults to 40.

PCTUSED has the same function in the statements that create and alter tables, partitions, clusters, materialized views, and materialized view logs.

PCTUSED is not a valid table storage characteristic for an index-organized table.

The sum of PCTFREE and PCTUSED must be equal to or less than 100. You can use PCTFREE and PCTUSED together to utilize space within a database object more efficiently.

**Restrictions on the PCTUSED Clause**    You cannot specify this parameter for an index or for the index segment of an index-organized table.

> **See Also:**    *Oracle Database Performance Tuning Guide* for information on the performance effects of different values of PCTUSED and PCTFREE

### INITRANS *integer*

Specify the initial number of concurrent transaction entries allocated within each data block allocated to the database object. This value can range from 1 to 255 and defaults to 1, with the following exceptions:

- The default INITRANS value for a cluster is 2 or the default INITRANS value of the tablespace in which the cluster resides, whichever is greater.

- The default value for an index is 2.

In general, you should not change the INITRANS value from its default.

Each transaction that updates a block requires a transaction entry in the block. The size of a transaction entry depends on your operating system. This parameter ensures that a minimum number of concurrent transactions can update the block and helps avoid the overhead of dynamically allocating a transaction entry.

The INITRANS parameter serves the same purpose in the statements that create and alter tables, partitions, clusters, indexes, materialized views, and materialized view logs.

Cloudera Exhibit 1020 - Page 588 of 1808

Databricks_R2_PA_00002724

## MAXTRANS Parameter

In earlier releases, the `MAXTRANS` parameter determined the maximum number of concurrent update transactions allowed for each data block in the segment. This parameter has been deprecated. Oracle now automatically allows up to 255 concurrent update transactions for any data block, depending on the available space in the block.

Existing objects for which a value of `MAXTRANS` has already been set retain that setting. However, if you attempt to change the value for `MAXTRANS`, Oracle ignores the new specification and substitutes the value 255 without returning an error.

### *storage_clause*

The `storage_clause` lets you specify storage characteristics for the table, object table OID index, partition, LOB data segment, LOB index segment, or index-organized table overflow data segment. This clause has performance ramifications for large tables. Storage should be allocated to minimize dynamic allocation of additional space. Please refer to the *storage_clause* on page 8-58 for more information.

Cloudera Exhibit 1020 - Page 589 of 1808

Databricks_R2_PA_00002725

storage_clause

---

## *storage_clause*

### Purpose

The `storage_clause` lets you specify how Oracle Database should store a database object. Storage parameters affect both how long it takes to access data stored in the database and how efficiently space in the database is used.

> **See Also:**    *Oracle Database Performance Tuning Guide* for a discussion of the effects of the storage parameters

When you create a cluster, index, materialized view, materialized view log, rollback segment, table, or partition, you can specify values for the storage parameters for the segments allocated to these objects. If you omit any storage parameter, then Oracle uses the value of that parameter specified for the tablespace in which the object resides.

> **Note:**    The specification of storage parameters for objects in locally managed tablespaces is supported for backward compatibility. If you are using locally managed tablespaces, you can omit these storage parameter when creating objects in those tablespaces.

When you alter a cluster, index, materialized view, materialized view log, rollback segment, table, or partition, you can change the values of storage parameters. The new values affect only future extent allocations.

The `storage_clause` is part of the `physical_attributes_clause`, so you can specify this clause in any of the statements where you can specify the physical attributes clause (see *physical_attributes_clause* on page 8-54). In addition, you can specify the `storage_clause` in the following statements:

- `CREATE CLUSTER` and `ALTER CLUSTER`: to set or change the storage characteristics of the cluster and all tables in the cluster (see CREATE CLUSTER on page 14-2 and ALTER CLUSTER on page 10-6).

- `CREATE INDEX` and `ALTER INDEX`: to set or change the storage characteristics of an index or index partition (see CREATE INDEX on page 14-75 and ALTER INDEX on page 10-88).

- `CREATE MATERIALIZED VIEW` and `ALTER MATERIALIZED VIEW`: to set or change the storage characteristics of a materialized view, one of its partitions, or

Cloudera Exhibit 1020 - Page 590 of 1808

Databricks_R2_PA_00002726

the index Oracle generates to maintain the materialized view (see CREATE MATERIALIZED VIEW on page 15-5 and ALTER MATERIALIZED VIEW on page 11-2).

- CREATE MATERIALIZED VIEW LOG and ALTER MATERIALIZED VIEW LOG: to set or change the storage characteristics of the materialized view log (see CREATE MATERIALIZED VIEW LOG on page 15-33 and ALTER MATERIALIZED VIEW LOG on page 11-21).

- CREATE ROLLBACK SEGMENT and ALTER ROLLBACK SEGMENT: to set or change the storage characteristics of a rollback segment (see CREATE ROLLBACK SEGMENT on page 15-81 and ALTER ROLLBACK SEGMENT on page 11-53).

- CREATE TABLE and ALTER TABLE: to set the storage characteristics of a LOB data segment of the table or one of its partitions or subpartitions (see CREATE TABLE on page 16-7 and ALTER TABLE on page 12-2).

- CREATE TABLESPACE and ALTER TABLESPACE: to set or change the default storage characteristics for objects created in the tablespace (see CREATE TABLESPACE on page 16-80 and ALTER TABLESPACE on page 12-105).

- *constraint*: to specify storage for the index (and its partitions, if it is a partitioned index) used to enforce the constraint (see *constraint* on page 8-5).

## Prerequisites

To change the value of a STORAGE parameter, you must have the privileges necessary to use the appropriate CREATE or ALTER statement.

Cloudera Exhibit 1020 - Page 591 of 1808

Databricks_R2_PA_00002727

storage_clause

---

## Syntax

**storage_clause::=**



## Semantics

This section describes the parameters of the *storage_clause*. For additional information, refer to the SQL statement in which you set or reset these parameters for a particular database object.

Cloudera Exhibit 1020 - Page 592 of 1808

Databricks_R2_PA_00002728

---

> **Note:**  The `storage_clause` is interpreted differently for locally
> managed tablespaces. At creation, Oracle ignores `MAXEXTENTS` and
> uses the remaining parameter values to calculate the initial size of
> the segment. For more information, see CREATE TABLESPACE on
> page 16-80.

---

> **See Also:**  "Specifying Table Storage Attributes: Example" on
> page 8-66

## INITIAL

Specify in bytes the size of the first extent of the object. Oracle allocates space for
this extent when you create the schema object. Use `K` or `M` to specify this size in
kilobytes or megabytes.

The default value is the size of 5 data blocks. In tablespaces with manual
segment-space management, the minimum value is the size of 2 data blocks plus
one data block for each free list group you specify. In tablespaces with automatic
segment-space management, the minimum value is 5 data blocks. The maximum
value depends on your operating system. Please refer to FREELIST GROUPS on
page 8-63 for information on freelist groups for more information.

In dictionary-managed tablespaces, if `MINIMUM EXTENT` was specified for the
tablespace when it was created, then Oracle rounds the value of `INITIAL` up to the
specified `MINIMUM EXTENT` size if necessary. If `MINIMUM EXTENT` was not specified,
then Oracle rounds the `INITIAL` extent size for segments created in that tablespace
up to the minimum value (see preceding paragraph), or to multiples of 5 blocks if
the requested size is greater than 5 blocks.

In locally managed tablespaces, Oracle uses the value of `INITIAL` in conjunction
with the size of extents specified for the tablespace to determine the first extent of
the object. For example, in a uniform locally managed tablespace with 5M extents, if
you specify an `INITIAL` value of 1M, then Oracle creates five 1M extents.

**Restriction on INITIAL**   You cannot specify `INITIAL` in an `ALTER` statement.

## NEXT

Specify in bytes the size of the next extent to be allocated to the object. Use `K` or `M` to
specify the size in kilobytes or megabytes. The default value is the size of 5 data
blocks. The minimum value is the size of 1 data block. The maximum value
depends on your operating system. Oracle rounds values up to the next multiple of

Cloudera Exhibit 1020 - Page 593 of 1808

Databricks_R2_PA_00002729

storage_clause

the data block size for values less than 5 data blocks. For values greater than 5 data blocks, Oracle rounds up to a value that minimizes fragmentation, as described in *Oracle Database Administrator's Guide.*

If you change the value of the NEXT parameter (that is, if you specify it in an ALTER statement), then the next allocated extent will have the specified size, regardless of the size of the most recently allocated extent and the value of the PCTINCREASE parameter.

> **See Also:** *Oracle Database Administrator's Guide* for information on how Oracle minimizes fragmentation

### PCTINCREASE

Specify the percent by which the third and subsequent extents grow over the preceding extent. The default value is 50, meaning that each subsequent extent is 50% larger than the preceding extent. The minimum value is 0, meaning all extents after the first are the same size. The maximum value depends on your operating system.

Oracle rounds the calculated size of each new extent to the nearest multiple of the data block size.

If you change the value of the PCTINCREASE parameter (that is, if you specify it in an ALTER statement), then Oracle calculates the size of the next extent using this new value and the size of the most recently allocated extent.

> **Suggestion:** If you wish to keep all extents the same size, you can prevent the SMON background process from coalescing extents by setting the value of PCTINCREASE to 0. In general, Oracle recommends a setting of 0 as a way to minimize fragmentation and avoid the possibility of very large temporary segments during processing.

**Restriction on PCTINCREASE**   You cannot specify PCTINCREASE for rollback segments. Rollback segments always have a PCTINCREASE value of 0.

### MINEXTENTS

Specify the total number of extents to allocate when the object is created. This parameter lets you allocate a large amount of space when you create an object, even if the space available is not contiguous. The default and minimum value is 1, meaning that Oracle allocates only the initial extent, except for rollback segments,

Cloudera Exhibit 1020 - Page 594 of 1808

Databricks_R2_PA_00002730

for which the default and minimum value is 2. The maximum value depends on your operating system.

If the `MINEXTENTS` value is greater than 1, then Oracle calculates the size of subsequent extents based on the values of the `INITIAL`, `NEXT`, and `PCTINCREASE` storage parameters.

When changing the value of `MINEXTENTS` (that is, in an `ALTER` statement), you can reduce the value from its current value, but you cannot increase it. Resetting `MINEXTENTS` to a smaller value might be useful, for example, before a `TRUNCATE` ... `DROP STORAGE` statement, if you want to ensure that the segment will maintain a minimum number of extents after the `TRUNCATE` operation.

**Restriction on MINEXTENTS**   You cannot change the value of `MINEXTENTS` for an object that resides in a locally managed tablespace.

## MAXEXTENTS
Specify the total number of extents, including the first, that Oracle can allocate for the object. The minimum value is 1 except for rollback segments, which always have a minimum of 2. The default value depends on your data block size.

**Restriction on MAXEXTENTS**   You cannot change the value of `MAXEXTENTS` for an object that resides in a locally managed tablespace.

**UNLIMITED**   Specify `UNLIMITED` if you want extents to be allocated automatically as needed. Oracle recommends this setting as a way to minimize fragmentation.

Do not use this clause for rollback segments. Doing so allows the possibility that long-running rogue DML transactions will continue to create new extents until a disk is full.

> **Caution:**  A rollback segment that you create without specifying the `storage_clause` has the same storage parameters as the tablespace in which the rollback segment is created. Thus, if you create a tablespace with `MAXEXTENTS UNLIMITED`, then the rollback segment will have this same default.

## FREELIST GROUPS
Specify the number of groups of free lists for the database object you are creating. The default and minimum value for this parameter is 1. Oracle uses the instance

Common SQL DDL Clauses   **8-63**

Databricks_R2_PA_00002731

number of Real Application Clusters instances to map each instance to one free list group.

Each free list group uses one database block. Therefore:

- If you do not specify a large enough value for `INITIAL` to cover the minimum value plus one data block for each free list group, then Oracle increases the value of `INITIAL` the necessary amount.

- If you are creating an object in a uniform locally managed tablespace, and the extent size is not large enough to accommodate the number of freelist groups, then the create operation will fail.

  Oracle ignores a setting of `FREELIST GROUPS` if the tablespace in which the object resides is in automatic segment-space management mode. If you are running your database in this mode, please refer to the `FREEPOOLS` parameter of the *LOB_storage_clause* on page 16-41.

**Restriction on FREELIST GROUPS**    You can specify the `FREELIST GROUPS` parameter only in `CREATE TABLE`, `CREATE CLUSTER`, `CREATE MATERIALIZED VIEW`, `CREATE MATERIALIZED VIEW LOG`, and `CREATE INDEX` statements.

> **See Also:**    *Real Application Clusters Administration* for information on associating instances with free list groups

### FREELISTS

For objects other than tablespaces and rollback segments, specify the number of free lists for each of the free list groups for the table, partition, cluster, or index. The default and minimum value for this parameter is 1, meaning that each free list group contains one free list. The maximum value of this parameter depends on the data block size. If you specify a `FREELISTS` value that is too large, then Oracle returns an error indicating the maximum value.

Oracle ignores a setting of `FREELISTS` if the tablespace in which the object resides is in automatic segment-space management mode. If you are running your database in this mode, please refer to the `FREEPOOLS` parameter of the *LOB_storage_clause* on page 16-41.

**Restriction on FREELISTS**    You can specify `FREELISTS` in the `storage_clause` of any statement except when creating or altering a tablespace or rollback segment.

Cloudera Exhibit 1020 - Page 596 of 1808

Databricks_R2_PA_00002732

## BUFFER_POOL

The `BUFFER_POOL` clause lets you specify a default buffer pool or cache for a
schema object. All blocks for the object are stored in the specified cache.

- If you define a buffer pool for a partitioned table or index, then the partitions
  inherit the buffer pool from the table or index definition unless overridden by a
  partition-level definition.

- For an index-organized table, you can specify a buffer pool separately for the
  index segment and the overflow segment.

### Restrictions on the BUFFER_POOL Parameter
- You cannot specify this clause for a cluster table. However, you can specify it for
  a cluster.

- You cannot specify this clause for a tablespace or a rollback segment.

**KEEP**    Specify `KEEP` to put blocks from the segment into the `KEEP` buffer pool.
Maintaining an appropriately sized `KEEP` buffer pool lets Oracle retain the schema
object in memory to avoid I/O operations. `KEEP` takes precedence over any
`NOCACHE` clause you specify for a table, cluster, materialized view, or materialized
view log.

**RECYCLE**    Specify `RECYCLE` to put blocks from the segment into the `RECYCLE`
pool. An appropriately sized `RECYCLE` pool reduces the number of objects whose
default pool is the `RECYCLE` pool from taking up unnecessary cache space.

**DEFAULT**    Specify `DEFAULT` to indicate the default buffer pool. This is the default
for objects not assigned to `KEEP` or `RECYCLE`.

> **See Also:**    *Oracle Database Performance Tuning Guide* for more
> information about using multiple buffer pools

## OPTIMAL

The `OPTIMAL` keyword is relevant only to rollback segments. It specifies an optimal
size in bytes for a rollback segment. Use K or M to specify this size in kilobytes or
megabytes. Oracle tries to maintain this size for the rollback segment by
dynamically deallocating extents when their data is no longer needed for active
transactions. Oracle deallocates as many extents as possible without reducing the
total size of the rollback segment below the `OPTIMAL` value.

The value of `OPTIMAL` cannot be less than the space initially allocated by the
`MINEXTENTS`, `INITIAL`, `NEXT`, and `PCTINCREASE` parameters. The maximum

Cloudera Exhibit 1020 - Page 597 of 1808

Databricks_R2_PA_00002733

value depends on your operating system. Oracle rounds values up to the next multiple of the data block size.

**NULL**   Specify NULL for no optimal size for the rollback segment, meaning that Oracle never deallocates the extents of the rollback segment. This is the default behavior.

## Example

**Specifying Table Storage Attributes: Example**   The following statement creates a table and provides storage parameter values:

```
CREATE TABLE divisions
    (div_no    NUMBER(2),
     div_name  VARCHAR2(14),
     location  VARCHAR2(13) )
     STORAGE  ( INITIAL 100K  NEXT     50K
                MINEXTENTS 1  MAXEXTENTS 50  PCTINCREASE 5);
```

Oracle allocates space for the table based on the STORAGE parameter values as follows:

- The MINEXTENTS value is 1, so Oracle allocates 1 extent for the table upon creation.

- The INITIAL value is 100K, so the size of the first extent is 100 kilobytes.

- If the table data grows to exceed the first extent, then Oracle allocates a second extent. The NEXT value is 50K, so the size of the second extent will be 50 kilobytes.

- If the table data subsequently grows to exceed the first two extents, then Oracle allocates a third extent. The PCTINCREASE value is 5, so the calculated size of the third extent is 5% larger than the second extent, or 52.5 kilobytes. If the data block size is 2 kilobytes, then Oracle rounds this value to 52 kilobytes.

  If the table data continues to grow, then Oracle allocates more extents, each 5% larger than the previous one.

- The MAXEXTENTS value is 50, so Oracle can allocate as many as 50 extents for the table.

Databricks_R2_PA_00002734

# 9

# SQL Queries and Subqueries

This chapter describes SQL queries and subqueries.

This chapter contains these sections:

- About Queries and Subqueries
- Creating Simple Queries
- Hierarchical Queries
- The UNION [ALL], INTERSECT, MINUS Operators
- Sorting Query Results
- Joins
- Using Subqueries
- Unnesting of Nested Subqueries
- Selecting from the DUAL Table
- Distributed Queries

## About Queries and Subqueries

A **query** is an operation that retrieves data from one or more tables or views. In this reference, a top-level SELECT statement is called a **query**, and a query nested within another SQL statement is called a **subquery**.

This section describes some types of queries and subqueries and how to use them. The top level of the syntax is shown in this chapter. Please refer to SELECT on page 19-4 for the full syntax of all the clauses and the semantics of this statement.

Cloudera Exhibit 1020 - Page 599 of 1808

Databricks_R2_PA_00002735

Creating Simple Queries

---

**select::=**



**subquery::=**



# Creating Simple Queries

The list of expressions that appears after the SELECT keyword and before the FROM clause is called the **select list**. Within the select list, you specify one or more columns in the set of rows you want Oracle Database to return from one or more tables, views, or materialized views. The number of columns, as well as their datatype and length, are determined by the elements of the select list.

If two or more tables have some column names in common, then you must qualify column names with names of tables. Otherwise, fully qualified column names are optional. However, it is always a good idea to qualify table and column references explicitly. Oracle often does less work with fully qualified table and column names.

Cloudera Exhibit 1020 - Page 600 of 1808

Databricks_R2_PA_00002736

You can use a column alias, `c_alias`, to label the immediately preceding expression in the select list so that the column is displayed with a new heading. The alias effectively renames the select list item for the duration of the query. The alias can be used in the ORDER BY clause, but not other clauses in the query.

You can use comments in a SELECT statement to pass instructions, or **hints**, to the Oracle Database optimizer. The optimizer uses hints to choose an execution plan for the statement. Please refer to "Hints" on page 2-93 and *Oracle Database Performance Tuning Guide* for more information on hints.

## Hierarchical Queries

If a table contains hierarchical data, then you can select rows in a hierarchical order using the hierarchical query clause:

**hierarchical_query_clause::=**



START WITH specifies the root row(s) of the hierarchy.

CONNECT BY specifies the relationship between parent rows and child rows of the hierarchy.

- The NOCYCLE parameter instructs Oracle Database to return rows from a query even if a CONNECT BY LOOP exists in the data. Use this parameter along with the CONNECT_BY_ISCYCLE pseudocolumn to see which rows contain the loop. Please refer to CONNECT_BY_ISCYCLE on page 3-2 for more information.

- In a hierarchical query, one expression in `condition` must be qualified with the PRIOR operator to refer to the parent row. For example,

```
... PRIOR expr = expr
or
... expr = PRIOR expr
```

If the CONNECT BY `condition` is compound, then only one condition requires the PRIOR operator, although you can have multiple PRIOR conditions. For example:

```
CONNECT BY last_name != 'King' AND PRIOR employee_id = manager_id ...
CONNECT BY PRIOR employee_id = manager_id and
           PRIOR account_mgr_id = customer_id ...
```

Cloudera Exhibit 1020 - Page 601 of 1808

Databricks_R2_PA_00002737

Hierarchical Queries

---

PRIOR is a unary operator and has the same precedence as the unary + and - arithmetic operators. It evaluates the immediately following expression for the parent row of the current row in a hierarchical query.

PRIOR is most commonly used when comparing column values with the equality operator. (The PRIOR keyword can be on either side of the operator.) PRIOR causes Oracle to use the value of the parent row in the column. Operators other than the equal sign (=) are theoretically possible in CONNECT BY clauses. However, the conditions created by these other operators can result in an infinite loop through the possible combinations. In this case Oracle detects the loop at run time and returns an error.

Both the CONNECT BY condition and the PRIOR expression can take the form of an uncorrelated subquery. However, the PRIOR expression cannot refer to a sequence. That is, CURRVAL and NEXTVAL are not valid PRIOR expressions.

You can further refine a hierarchical query by using the CONNECT_BY_ROOT operator to qualify a column in the select list. This operator extends the functionality of the CONNECT BY [PRIOR] condition of hierarchical queries by returning not only the immediate parent row but all ancestor rows in the hierarchy.

> **See Also:** CONNECT_BY_ROOT on page 4-6 for more information about this operator and "Hierarchical Query Examples" on page 9-6

Oracle processes hierarchical queries as follows:

- A join, if present, is evaluated first, whether the join is specified in the FROM clause or with WHERE clause predicates.

- The CONNECT BY condition is evaluated.

- Any remaining WHERE clause predicates are evaluated.

Oracle then uses the information from these evaluations to form the hierarchy using the following steps:

1. Oracle selects the root row(s) of the hierarchy—those rows that satisfy the START WITH condition.

2. Oracle selects the child rows of each root row. Each child row must satisfy the condition of the CONNECT BY condition with respect to one of the root rows.

3. Oracle selects successive generations of child rows. Oracle first selects the children of the rows returned in step 2, and then the children of those children,

Cloudera Exhibit 1020 - Page 602 of 1808

Databricks_R2_PA_00002738

and so on. Oracle always selects children by evaluating the CONNECT BY condition with respect to a current parent row.

4.  If the query contains a WHERE clause without a join, then Oracle eliminates all rows from the hierarchy that do not satisfy the condition of the WHERE clause. Oracle evaluates this condition for each row individually, rather than removing all the children of a row that does not satisfy the condition.

5.  Oracle returns the rows in the order shown in Figure 9–1. In the diagram, children appear below their parents. For an explanation of hierarchical trees, see Figure 3–1, "Hierarchical Tree" on page 3-3.

*Figure 9–1  Hierarchical Queries*



To find the children of a parent row, Oracle evaluates the PRIOR expression of the CONNECT BY condition for the parent row and the other expression for each row in the table. Rows for which the condition is true are the children of the parent. The CONNECT BY condition can contain other conditions to further filter the rows selected by the query. The CONNECT BY condition cannot contain a subquery.

If the CONNECT BY condition results in a loop in the hierarchy, then Oracle returns an error. A loop occurs if one row is both the parent (or grandparent or direct ancestor) and a child (or a grandchild or a direct descendent) of another row.

> **Note:**   In a hierarchical query, do not specify either ORDER BY or GROUP BY, as they will destroy the hierarchical order of the CONNECT BY results. If you want to order rows of siblings of the same parent, then use the ORDER SIBLINGS BY clause. See *order_by_clause* on page 19-36.

Cloudera Exhibit 1020 - Page 603 of 1808

Databricks_R2_PA_00002739

## Hierarchical Query Examples

**CONNECT BY Example**   The following hierarchical query uses the `CONNECT BY` clause to define the relationship between employees and managers:

```
SELECT employee_id, last_name, manager_id
   FROM employees
   CONNECT BY PRIOR employee_id = manager_id;

EMPLOYEE_ID LAST_NAME                MANAGER_ID
----------- ------------------------ ----------
        101 Kochhar                         100
        108 Greenberg                       101
        109 Faviet                          108
        110 Chen                            108
        111 Sciarra                         108
        112 Urman                           108
        113 Popp                            108
        200 Whalen                          101
...
```

**LEVEL Example**   The next example is similar to the preceding example, but uses the `LEVEL` pseudocolumn to show parent and child rows:

```
SELECT employee_id, last_name, manager_id, LEVEL
   FROM employees
   CONNECT BY PRIOR employee_id = manager_id;

EMPLOYEE_ID LAST_NAME                MANAGER_ID      LEVEL
----------- ------------------------ ---------- ----------
        101 Kochhar                         100          1
        108 Greenberg                       101          2
        109 Faviet                          108          3
        110 Chen                            108          3
        111 Sciarra                         108          3
        112 Urman                           108          3
        113 Popp                            108          3
...
```

**START WITH Examples**   The next example adds a `START WITH` clause to specify a root row for the hierarchy and an `ORDER BY` clause using the `SIBLINGS` keyword to preserve ordering within the hierarchy:

```
SELECT last_name, employee_id, manager_id, LEVEL
     FROM employees
```

Cloudera Exhibit 1020 - Page 604 of 1808

Databricks_R2_PA_00002740

```
START WITH employee_id = 100
CONNECT BY PRIOR employee_id = manager_id
ORDER SIBLINGS BY last_name;
```

```
LAST_NAME                EMPLOYEE_ID MANAGER_ID      LEVEL
------------------------ ----------- ---------- ----------
King                             100                     1
Cambrault                        148        100          2
Bates                            172        148          3
Bloom                            169        148          3
Fox                              170        148          3
Kumar                            173        148          3
Ozer                             168        148          3
Smith                            171        148          3
De Haan                          102        100          2
Hunold                           103        102          3
Austin                           105        103          4
Ernst                            104        103          4
Lorentz                          107        103          4
Pataballa                        106        103          4
Errazuriz                        147        100          2
Ande                             166        147          3
Banda                            167        147          3
...
```

In the `hr.employees` table, the employee Steven King is the head of the company and has no manager. Among his employees is John Russell, who is the manager of department 80. If we update the `employees` table to set Russell as King's manager, we will create a loop in the data:

```
UPDATE employees SET manager_id = 145
   WHERE employee_id = 100;

SELECT last_name "Employee",
   LEVEL, SYS_CONNECT_BY_PATH(last_name, '/') "Path"
   FROM employees
   WHERE level <= 3 AND department_id = 80
   START WITH last_name = 'King'
   CONNECT BY PRIOR employee_id = manager_id AND LEVEL <= 4;
 2    3    4    5    6    7  ERROR:
ORA-01436: CONNECT BY loop in user data
```

The `NOCYCLE` parameter in the `CONNECT BY` condition causes Oracle to return the rows in spite of the loop. The `CONNECT_BY_ISCYCLE` pseudocolumn shows you which rows contain the cycle:

Cloudera Exhibit 1020 - Page 605 of 1808

Databricks_R2_PA_00002741

```
SELECT last_name "Employee", CONNECT_BY_ISCYCLE "Cycle",
   LEVEL, SYS_CONNECT_BY_PATH(last_name, '/') "Path"
   FROM employees
   WHERE level <= 3 AND department_id = 80
   START WITH last_name = 'King'
   CONNECT BY NOCYCLE PRIOR employee_id = manager_id AND LEVEL <= 4;
```

| Employee | Cycle | LEVEL | Path |
|----------|-------|-------|------|
| Russell | 1 | 2 | /King/Russell |
| Tucker | 0 | 3 | /King/Russell/Tucker |
| Bernstein | 0 | 3 | /King/Russell/Bernstein |
| Hall | 0 | 3 | /King/Russell/Hall |
| Olsen | 0 | 3 | /King/Russell/Olsen |
| Cambrault | 0 | 3 | /King/Russell/Cambrault |
| Tuvault | 0 | 3 | /King/Russell/Tuvault |
| Partners | 0 | 2 | /King/Partners |
| King | 0 | 3 | /King/Partners/King |
| Sully | 0 | 3 | /King/Partners/Sully |
| McEwen | 0 | 3 | /King/Partners/McEwen |
| ... | | | |

**CONNECT_BY_ROOT Examples**   The following example returns the last name of each employee in department 110, each manager above that employee in the hierarchy, the number of levels between manager and employee, and the path between the two:

```
SELECT last_name "Employee", CONNECT_BY_ROOT last_name "Manager",
   LEVEL-1 "Pathlen", SYS_CONNECT_BY_PATH(last_name, '/') "Path"
   FROM employees
   WHERE LEVEL > 1 and department_id = 110
   CONNECT BY PRIOR employee_id = manager_id;
```

| Employee | Manager | Pathlen | Path |
|----------|---------|---------|------|
| Higgins | Kochhar | 1 | /Kochhar/Higgins |
| Gietz | Kochhar | 2 | /Kochhar/Higgins/Gietz |
| Gietz | Higgins | 1 | /Higgins/Gietz |
| Higgins | King | 2 | /King/Kochhar/Higgins |
| Gietz | King | 3 | /King/Kochhar/Higgins/Gietz |

The following example uses a GROUP BY clause to return the total salary of each employee in department 110 and all employees below that employee in the hierarchy:

Cloudera Exhibit 1020 - Page 606 of 1808

Databricks_R2_PA_00002742

```
SELECT name, SUM(salary) "Total_Salary" FROM (
   SELECT CONNECT_BY_ROOT last_name as name, Salary
      FROM employees
      WHERE department_id = 110
      CONNECT BY PRIOR employee_id = manager_id)
      GROUP BY name;


NAME                      Total_Salary
------------------------  ------------
Gietz                             8300
Higgins                          20300
King                             20300
Kochhar                          20300
```

**See Also:**

- LEVEL on page 3-3 and CONNECT_BY_ISCYCLE on page 3-2 for a discussion of how these pseudocolumns operate in a hierarchical query

- SYS_CONNECT_BY_PATH on page 7-215 for information on retrieving the path of column values from root to node

- *order_by_clause* on page 19-36 for more information on the SIBLINGS keyword of ORDER BY clauses

## The UNION [ALL], INTERSECT, MINUS Operators

You can combine multiple queries using the set operators UNION, UNION ALL, INTERSECT, and MINUS. All set operators have equal precedence. If a SQL statement contains multiple set operators, then Oracle Database evaluates them from the left to right unless parentheses explicitly specify another order.

The corresponding expressions in the select lists of the component queries of a compound query must match in number and must be in the same datatype group (such as numeric or character).

If component queries select character data, then the datatype of the return values are determined as follows:

- If both queries select values of datatype CHAR, then the returned values have datatype CHAR.

- If either or both of the queries select values of datatype VARCHAR2, then the returned values have datatype VARCHAR2.

Cloudera Exhibit 1020 - Page 607 of 1808

Databricks_R2_PA_00002743

If component queries select numeric data, then the datatype of the return values is determined by numeric precedence:

- If any query selects values of type `BINARY_DOUBLE`, then the returned values have datatype `BINARY_DOUBLE`.

- If no query selects values of type `BINARY_DOUBLE` but any query selects values of type `BINARY_FLOAT`, then the returned values have datatype `BINARY_FLOAT`.

- If all queries select values of type `number`, then the returned values have datatype `NUMBER`.

In queries using set operators, Oracle does not perform implicit conversion across datatype groups. Therefore, if the corresponding expressions of component queries resolve to both character data and numeric data, Oracle returns an error.

> **See Also:** Table 2–11, " Implicit Type Conversion Matrix" on page 2-55 for more information on implicit conversion and "Numeric Precedence" on page 2-17 for information on numeric precedence

**Examples**   The following query is valid:

```
SELECT 3 FROM DUAL
    INTERSECT
SELECT 3f FROM DUAL;
```

This is implicitly converted to the following compound query:

```
SELECT TO_BINARY_FLOAT(3) FROM DUAL
    INTERSECT
SELECT 3f FROM DUAL;
```

The following query returns an error:

```
SELECT '3' FROM DUAL
    INTERSECT
SELECT 3f FROM DUAL;
```

**Restrictions on the Set Operators**
- The set operators are not valid on columns of type `BLOB`, `CLOB`, `BFILE`, `VARRAY`, or nested table.

- The `UNION`, `INTERSECT`, and `MINUS` operators are not valid on `LONG` columns.

Cloudera Exhibit 1020 - Page 608 of 1808

Databricks_R2_PA_00002744

- If the select list preceding the set operator contains an expression, then you must provide a column alias for the expression in order to refer to it in the *order_by_clause*.

- You cannot also specify the *for_update_clause* with the set operators.

- You cannot specify the *order_by_clause* in the *subquery* of these operators.

- You cannot use these operators in SELECT statements containing TABLE collection expressions.

> **Note:** To comply with emerging SQL standards, a future release of Oracle will give the INTERSECT operator greater precedence than the other set operators. Therefore, you should use parentheses to specify order of evaluation in queries that use the INTERSECT operator with other set operators.

**UNION Example**   The following statement combines the results of two queries with the UNION operator, which eliminates duplicate selected rows. This statement shows that you must match datatype (using the TO_CHAR function) when columns do not exist in one or the other table:

```
SELECT location_id, department_name "Department",
   TO_CHAR(NULL) "Warehouse"  FROM departments
   UNION
   SELECT location_id, TO_CHAR(NULL) "Department", warehouse_name
   FROM warehouses;

LOCATION_ID Department            Warehouse
----------- --------------------- --------------------------
       1400 IT
       1400                       Southlake, Texas
       1500 Shipping
       1500                       San Francisco
       1600                       New Jersey
       1700 Accounting
       1700 Administration
       1700 Benefits
       1700 Construction
...
```

Cloudera Exhibit 1020 - Page 609 of 1808

Databricks_R2_PA_00002745

**UNION ALL Example**   The UNION operator returns only distinct rows that appear in either result, while the UNION ALL operator returns all rows. The UNION ALL operator does not eliminate duplicate selected rows:

```
SELECT product_id FROM order_items
UNION
SELECT product_id FROM inventories;

SELECT location_id  FROM locations
UNION ALL
SELECT location_id  FROM departments;
```

A location_id value that appears multiple times in either or both queries (such as '1700') is returned only once by the UNION operator, but multiple times by the UNION ALL operator.

**INTERSECT Example**   The following statement combines the results with the INTERSECT operator, which returns only those rows returned by both queries:

```
SELECT product_id FROM inventories
INTERSECT
SELECT product_id FROM order_items;
```

**MINUS Example**   The following statement combines results with the MINUS operator, which returns only rows returned by the first query but not by the second:

```
SELECT product_id FROM inventories
MINUS
SELECT product_id FROM order_items;
```

# Sorting Query Results

Use the ORDER BY clause to order the rows selected by a query. Sorting by position is useful in the following cases:

- To order by a lengthy select list expression, you can specify its position in the ORDER BY clause rather than duplicate the entire expression.

- For compound queries containing set operators UNION, INTERSECT, MINUS, or UNION ALL, the ORDER BY clause must use positions rather than explicit expressions. Also, the ORDER BY clause can appear only in the last component query. The ORDER BY clause orders all rows returned by the entire compound query.

Cloudera Exhibit 1020 - Page 610 of 1808

Databricks_R2_PA_00002746

The mechanism by which Oracle Database sorts values for the ORDER BY clause is specified either explicitly by the NLS_SORT initialization parameter or implicitly by the NLS_LANGUAGE initialization parameter. You can change the sort mechanism dynamically from one linguistic sort sequence to another using the ALTER SESSION statement. You can also specify a specific sort sequence for a single query by using the NLSSORT function with the NLS_SORT parameter in the ORDER BY clause.

> **See Also:** NLSSORT on page 7-123 and *Oracle Database Globalization Support Guide* for information on the NLS parameters

# Joins

A **join** is a query that combines rows from two or more tables, views, or materialized views. Oracle Database performs a join whenever multiple tables appear in the FROM clause of the query. The select list of the query can select any columns from any of these tables. If any two of these tables have a column name in common, then you must qualify all references to these columns throughout the query with table names to avoid ambiguity.

## Join Conditions

Most join queries contain WHERE clause conditions that compare two columns, each from a different table. Such a condition is called a **join condition**. To execute a join, Oracle Database combines pairs of rows, each containing one row from each table, for which the join condition evaluates to TRUE. The columns in the join conditions need not also appear in the select list.

To execute a join of three or more tables, Oracle first joins two of the tables based on the join conditions comparing their columns and then joins the result to another table based on join conditions containing columns of the joined tables and the new table. Oracle continues this process until all tables are joined into the result. The optimizer determines the order in which Oracle joins tables based on the join conditions, indexes on the tables, and, any available statistics for the tables.

In addition to join conditions, the WHERE clause of a join query can also contain other conditions that refer to columns of only one table. These conditions can further restrict the rows returned by the join query.

Cloudera Exhibit 1020 - Page 611 of 1808

Databricks_R2_PA_00002747

> **Note:**   You cannot specify LOB columns in the WHERE clause if the WHERE clause contains any joins. The use of LOBs in WHERE clauses is also subject to other restrictions. See *Oracle Database Application Developer's Guide - Large Objects* for more information.

## Equijoins

An **equijoin** is a join with a join condition containing an equality operator. An equijoin combines rows that have equivalent values for the specified columns. Depending on the internal algorithm the optimizer chooses to execute the join, the total size of the columns in the equijoin condition in a single table may be limited to the size of a data block minus some overhead. The size of a data block is specified by the initialization parameter DB_BLOCK_SIZE.

> **See Also:**   "Using Join Queries: Examples" on page 19-48

## Self Joins

A **self join** is a join of a table to itself. This table appears twice in the FROM clause and is followed by table aliases that qualify column names in the join condition. To perform a self join, Oracle Database combines and returns rows of the table that satisfy the join condition.

> **See Also:**   "Using Self Joins: Example" on page 19-50

## Cartesian Products

If two tables in a join query have no join condition, then Oracle Database returns their **Cartesian product**. Oracle combines each row of one table with each row of the other. A Cartesian product always generates many rows and is rarely useful. For example, the Cartesian product of two tables, each with 100 rows, has 10,000 rows. Always include a join condition unless you specifically need a Cartesian product. If a query joins three or more tables and you do not specify a join condition for a specific pair, then the optimizer may choose a join order that avoids producing an intermediate Cartesian product.

## Inner Joins

An **inner join** (sometimes called a **simple join**) is a join of two or more tables that returns only those rows that satisfy the join condition.

Cloudera Exhibit 1020 - Page 612 of 1808

Databricks_R2_PA_00002748

## Outer Joins

An **outer join** extends the result of a simple join. An outer join returns all rows that satisfy the join condition and also returns some or all of those rows from one table for which no rows from the other satisfy the join condition.

- To write a query that performs an outer join of tables A and B and returns all rows from A (a **left outer join**), use the LEFT [OUTER] JOIN syntax in the FROM clause, or apply the outer join operator (+) to all columns of B in the join condition in the WHERE clause. For all rows in A that have no matching rows in B, Oracle Database returns null for any select list expressions containing columns of B.

- To write a query that performs an outer join of tables A and B and returns all rows from B (a **right outer join**), use the RIGHT [OUTER] JOIN syntax in the FROM clause, or apply the outer join operator (+) to all columns of A in the join condition in the WHERE clause. For all rows in B that have no matching rows in A, Oracle returns null for any select list expressions containing columns of A.

- To write a query that performs an outer join and returns all rows from A and B, extended with nulls if they do not satisfy the join condition (a **full outer join**), use the FULL [OUTER] JOIN syntax in the FROM clause.

You can use outer joins to fill gaps in sparse data. Such a join is called a **partitioned outer join** and is formed using the *query_partition_clause* of the *join_clause* syntax. Sparse data is data that does not have rows for all possible values of a dimension such as time or department. For example, tables of sales data typically do not have rows for products that had no sales on a given date. Filling data gaps is useful in situations where data sparsity complicates analytic computation or where some data might be missed if the sparse data is queried directly.

### See Also:

- *join_clause* on page 19-23 for more information about using outer joins to fill gaps in sparse data

- *Oracle Data Warehousing Guide* for a complete discussion of group outer joins and filling gaps in sparse data

Oracle recommends that you use the FROM clause OUTER JOIN syntax rather than the Oracle join operator. Outer join queries that use the Oracle join operator (+) are subject to the following rules and restrictions, which do not apply to the FROM clause OUTER JOIN syntax:

Cloudera Exhibit 1020 - Page 613 of 1808

Databricks_R2_PA_00002749

Joins

- You cannot specify the (+) operator in a query block that also contains `FROM` clause join syntax.

- The (+) operator can appear only in the `WHERE` clause or, in the context of left-correlation (that is, when specifying the `TABLE` clause) in the `FROM` clause, and can be applied only to a column of a table or view.

- If A and B are joined by multiple join conditions, then you must use the (+) operator in all of these conditions. If you do not, then Oracle Database will return only the rows resulting from a simple join, but without a warning or error to advise you that you do not have the results of an outer join.

- The (+) operator does not produce an outer join if you specify one table in the outer query and the other table in an inner query.

- You cannot use the (+) operator to outer-join a table to itself, although self joins are valid. For example, the following statement is **not** valid:

```
-- The following statement is not valid:
SELECT employee_id, manager_id
   FROM employees
   WHERE employees.manager_id(+) = employees.employee_id;
```

However, the following self join is valid:

```
SELECT e1.employee_id, e1.manager_id, e2.employee_id
   FROM employees e1, employees e2
   WHERE e1.manager_id(+) = e2.employee_id;
```

- The (+) operator can be applied only to a column, not to an arbitrary expression. However, an arbitrary expression can contain one or more columns marked with the (+) operator.

- A `WHERE` condition containing the (+) operator cannot be combined with another condition using the `OR` logical operator.

- A `WHERE` condition cannot use the `IN` comparison condition to compare a column marked with the (+) operator with an expression.

- A `WHERE` condition cannot compare any column marked with the (+) operator with a subquery.

If the `WHERE` clause contains a condition that compares a column from table B with a constant, then the (+) operator must be applied to the column so that Oracle returns the rows from table A for which it has generated nulls for this column. Otherwise Oracle returns only the results of a simple join.

Cloudera Exhibit 1020 - Page 614 of 1808

Databricks_R2_PA_00002750

In a query that performs outer joins of more than two pairs of tables, a single table can be the null-generated table for only one other table. For this reason, you cannot apply the (+) operator to columns of B in the join condition for A and B and the join condition for B and C. Please refer to SELECT on page 19-4 for the syntax for an outer join.

## Antijoins

An antijoin returns rows from the left side of the predicate for which there are no corresponding rows on the right side of the predicate. That is, it returns rows that fail to match (NOT IN) the subquery on the right side.

**See Also:**   "Using Antijoins: Example" on page 19-54

## Semijoins

A semijoin returns rows that match an EXISTS subquery without duplicating rows from the left side of the predicate when multiple rows on the right side satisfy the criteria of the subquery.

Semijoin and antijoin transformation cannot be done if the subquery is on an OR branch of the WHERE clause.

**See Also:**   "Using Semijoins: Example" on page 19-54

# Using Subqueries

A **subquery** answers multiple-part questions. For example, to determine who works in Taylor's department, you can first use a subquery to determine the department in which Taylor works. You can then answer the original question with the parent SELECT statement. A subquery in the FROM clause of a SELECT statement is also called an **inline view**. A subquery in the WHERE clause of a SELECT statement is also called a **nested subquery**.

A subquery can contain another subquery. Oracle Database imposes no limit on the number of subquery levels in the FROM clause of the top-level query. You can nest up to 255 levels of subqueries in the WHERE clause.

If columns in a subquery have the same name as columns in the containing statement, then you must prefix any reference to the column of the table from the containing statement with the table name or alias. To make your statements easier to read, always qualify the columns in a subquery with the name or alias of the table, view, or materialized view.

Cloudera Exhibit 1020 - Page 615 of 1808

Databricks_R2_PA_00002751

Oracle performs a **correlated subquery** when a nested subquery references a column from a table referred to a parent statement any number of levels above the subquery. The parent statement can be a SELECT, UPDATE, or DELETE statement in which the subquery is nested. A correlated subquery is evaluated once for each row processed by the parent statement. Oracle resolves unqualified columns in the subquery by looking in the tables named in the subquery and then in the tables named in the parent statement.

A correlated subquery answers a multiple-part question whose answer depends on the value in each row processed by the parent statement. For example, you can use a correlated subquery to determine which employees earn more than the average salaries for their departments. In this case, the correlated subquery specifically computes the average salary for each department.

> **See Also:** "Using Correlated Subqueries: Examples" on page 19-58

Use subqueries for the following purposes:

- To define the set of rows to be inserted into the target table of an INSERT or CREATE TABLE statement
- To define the set of rows to be included in a view or materialized view in a CREATE VIEW or CREATE MATERIALIZED VIEW statement
- To define one or more values to be assigned to existing rows in an UPDATE statement
- To provide values for conditions in a WHERE clause, HAVING clause, or START WITH clause of SELECT, UPDATE, and DELETE statements
- To define a table to be operated on by a containing query

  You do this by placing the subquery in the FROM clause of the containing query as you would a table name. You may use subqueries in place of tables in this way as well in INSERT, UPDATE, and DELETE statements.

  Subqueries so used can employ correlation variables, but only those defined within the subquery itself, not outer references. Please refer to *table_collection_expression* on page 19-21 for more information.

  Scalar subqueries, which return a single column value from a single row, are a valid form of expression. You can use scalar subquery expressions in most of the places where *expr* is called for in syntax. Please refer to "Scalar Subquery Expressions" on page 5-14 for more information.

Cloudera Exhibit 1020 - Page 616 of 1808

Databricks_R2_PA_00002752

## Unnesting of Nested Subqueries

Subqueries are **nested** when they appear in the WHERE clause of the parent statement. When Oracle Database evaluates a statement with a nested subquery, it must evaluate the subquery portion multiple times and may overlook some efficient access paths or joins.

**Subquery unnesting** unnests and merges the body of the subquery into the body of the statement that contains it, allowing the optimizer to consider them together when evaluating access paths and joins. The optimizer can unnest most subqueries, with some exceptions. Those exceptions include hierarchical subqueries and subqueries that contain a ROWNUM pseudocolumn, one of the set operators, a nested aggregate function, or a correlated reference to a query block that is not the immediate outer query block of the subquery.

Assuming no restrictions exist, the optimizer automatically unnests some (but not all) of the following nested subqueries:

- Uncorrelated IN subqueries

- IN and EXISTS correlated subqueries, as long as they do not contain aggregate functions or a GROUP BY clause

You can enable **extended subquery unnesting** by instructing the optimizer to unnest additional types of subqueries:

- You can unnest an uncorrelated NOT IN subquery by specifying the HASH_AJ or MERGE_AJ hint in the subquery.

- You can unnest other subqueries by specifying the UNNEST hint in the subquery.

> **See Also:**   *Oracle Database Performance Tuning Guide* for information on hints

## Selecting from the DUAL Table

DUAL is a table automatically created by Oracle Database along with the data dictionary. DUAL is in the schema of the user SYS but is accessible by the name DUAL to all users. It has one column, DUMMY, defined to be VARCHAR2(1), and contains one row with a value X. Selecting from the DUAL table is useful for computing a constant expression with the SELECT statement. Because DUAL has only one row, the constant is returned only once. Alternatively, you can select a constant, pseudocolumn, or expression from any table, but the value will be returned as many times as there are rows in the table. Please refer to "SQL Functions" on page 7-1 for many examples of selecting a constant value from DUAL.

Cloudera Exhibit 1020 - Page 617 of 1808

Databricks_R2_PA_00002753

# Distributed Queries

The Oracle distributed database management system architecture lets you access data in remote databases using Oracle Net and an Oracle Database server. You can identify a remote table, view, or materialized view by appending @*dblink* to the end of its name. The *dblink* must be a complete or partial name for a database link to the database containing the remote table, view, or materialized view.

> **See Also:**
>
> - "Referring to Objects in Remote Databases" on page 2-114 for more information on referring to database links
>
> - *Oracle Net Services Administrator's Guide* for information on accessing remote databases

**Restrictions on Distributed Queries**    Distributed queries are currently subject to the restriction that all tables locked by a FOR UPDATE clause and all tables with LONG columns selected by the query must be located on the same database. For example, the following statement raises an error because it selects press_ release, a LONG value, from the print_media table on the remote database and locks the print_media table on the local database:

```
SELECT r.product_id, l.ad_id, r.press_release
   FROM pm.print_media@remote r, pm.print_media l
   FOR UPDATE OF l.ad_id;
```

In addition, Oracle Database currently does not support distributed queries that select user-defined types or object REFs on remote tables.

Cloudera Exhibit 1020 - Page 618 of 1808

Databricks_R2_PA_00002754

# 10

# SQL Statements: ALTER CLUSTER to ALTER JAVA

This chapter lists the various types of SQL statements and then describes the first set (in alphabetical order) of SQL statements. The remaining SQL statements appear in alphabetical order in Chapter 11 through Chapter 19.

This chapter contains the following sections:

- Types of SQL Statements
- How the SQL Statement Chapters are Organized
- ALTER CLUSTER
- ALTER DATABASE
- ALTER DIMENSION
- ALTER DISKGROUP
- ALTER FUNCTION
- ALTER INDEX
- ALTER INDEXTYPE
- ALTER JAVA

## Types of SQL Statements

The tables in the following sections provide a functional summary of SQL statements and are divided into these categories:

- Data Definition Language (DDL) Statements

Cloudera Exhibit 1020 - Page 619 of 1808

Databricks_R2_PA_00002755

Types of SQL Statements

- Data Manipulation Language (DML) Statements
- Transaction Control Statements
- Session Control Statements
- System Control Statement
- Embedded SQL Statements

## Data Definition Language (DDL) Statements

Data definition language (DDL) statements let you to perform these tasks:

- Create, alter, and drop schema objects
- Grant and revoke privileges and roles
- Analyze information on a table, index, or cluster
- Establish auditing options
- Add comments to the data dictionary

The `CREATE`, `ALTER`, and `DROP` commands require exclusive access to the specified object. For example, an `ALTER TABLE` statement fails if another user has an open transaction on the specified table.

The `GRANT`, `REVOKE`, `ANALYZE`, `AUDIT`, and `COMMENT` commands do not require exclusive access to the specified object. For example, you can analyze a table while other users are updating the table.

Oracle Database implicitly commits the current transaction before and after every DDL statement.

Many DDL statements may cause Oracle Database to recompile or reauthorize schema objects. For information on how Oracle Database recompiles and reauthorizes schema objects and the circumstances under which a DDL statement would cause this, see *Oracle Database Concepts*.

DDL statements are supported by PL/SQL with the use of the `DBMS_SQL` package.

**See Also:** *PL/SQL Packages and Types Reference*

The DDL statements are:

```
ALTER ... (All statements beginning with ALTER)
ANALYZE
ASSOCIATE STATISTICS
```

Cloudera Exhibit 1020 - Page 620 of 1808

Databricks_R2_PA_00002756

```
AUDIT
COMMENT
CREATE ... (All statements beginning with CREATE)
DISASSOCIATE STATISTICS
DROP ... (All statements beginning with DROP)
FLASHBACK ... (All statements beginning with FLASHBACK)
GRANT
NOAUDIT
PURGE
RENAME
REVOKE
TRUNCATE
UNDROP
```

## Data Manipulation Language (DML) Statements

Data manipulation language (DML) statements access and manipulate data in existing schema objects. These statements do not implicitly commit the current transaction. The data manipulation language statements are:

```
CALL
DELETE
EXPLAIN PLAN
INSERT
LOCK TABLE
MERGE
SELECT
UPDATE
```

The SELECT statement is a limited form of DML statement in that it can only access data in the database. It cannot manipulate data in the database, although it can operate on the accessed data before returning the results of the query.

The CALL and EXPLAIN PLAN statements are supported in PL/SQL only when executed dynamically. All other DML statements are fully supported in PL/SQL.

## Transaction Control Statements

Transaction control statements manage changes made by DML statements. The transaction control statements are:

```
COMMIT
ROLLBACK
```

SQL Statements: ALTER CLUSTER to ALTER JAVA   **10-3**

Databricks_R2_PA_00002757

How the SQL Statement Chapters are Organized

---

SAVEPOINT
SET TRANSACTION

All transaction control statements, except certain forms of the COMMIT and ROLLBACK commands, are supported in PL/SQL. For information on the restrictions, see COMMIT on page 13-76 and ROLLBACK on page 18-115.

## Session Control Statements

Session control statements dynamically manage the properties of a user session. These statements do not implicitly commit the current transaction.

PL/SQL does not support session control statements. The session control statements are:

ALTER SESSION
SET ROLE

## System Control Statement

The single system control statement, ALTER SYSTEM, dynamically manages the properties of an Oracle Database instance. This statement does not implicitly commit the current transaction and is not supported in PL/SQL.

## Embedded SQL Statements

Embedded SQL statements place DDL, DML, and transaction control statements within a procedural language program. Embedded SQL is supported by the Oracle precompilers and is documented in the following books:

- *Pro*COBOL Programmer's Guide*
- *Pro*C/C++ Programmer's Guide*
- *Oracle SQL*Module for Ada Programmer's Guide*

# How the SQL Statement Chapters are Organized

All SQL statements in this chapter, as well as in Chapter 11 through Chapter 19, are organized into the following sections:

**Syntax**   The syntax diagrams show the keywords and parameters that make up the statement.

Cloudera Exhibit 1020 - Page 622 of 1808

Databricks_R2_PA_00002758

> **Caution:**   Not all keywords and parameters are valid in all circumstances. Be sure to refer to the "Semantics" section of each statement and clause to learn about any restrictions on the syntax.

**Purpose**   The "Purpose" section describes the basic uses of the statement.

**Prerequisites**   The "Prerequisites" section lists privileges you must have and steps that you must take before using the statement. In addition to the prerequisites listed, most statements also require that the database be opened by your instance, unless otherwise noted.

**Semantics**   The "Semantics" section describes the purpose of the keywords, parameter, and clauses that make up the syntax, as well as restrictions and other usage notes that may apply to them. (The conventions for keywords and parameters used in this chapter are explained in the Preface of this reference.)

**Examples**   The "Examples" section shows how to use the various clauses and parameters of the statement.

Cloudera Exhibit 1020 - Page 623 of 1808

Databricks_R2_PA_00002759

# ALTER CLUSTER

## Purpose

Use the ALTER CLUSTER statement to redefine storage and parallelism characteristics of a cluster.

> **Note:**   You cannot use this statement to change the number or the name of columns in the cluster key, and you cannot change the tablespace in which the cluster is stored.

> **See Also:**   CREATE CLUSTER on page 14-2 for information on creating a cluster, DROP CLUSTER on page 17-67 and DROP TABLE on page 18-7 for information on removing tables from a cluster, and CREATE TABLE ... *physical_properties* on page 16-31 for information on adding a table to a cluster

## Prerequisites

The cluster must be in your own schema or you must have the ALTER ANY CLUSTER system privilege.

Cloudera Exhibit 1020 - Page 624 of 1808

Databricks_R2_PA_00002760

## Syntax

**alter_cluster::=**



physical_attributes_clause::= on page 10-7, size_clause::= on page 10-8, allocate_extent_ clause::= on page 10-8, deallocate_unused_clause::= on page 10-8, parallel_clause::= on page 10-8

**physical_attributes_clause::=**



storage_clause::= on page 8-60

Cloudera Exhibit 1020 - Page 625 of 1808

ALTER CLUSTER

**allocate_extent_clause::=**



*size_clause::=* on page 10-8

**deallocate_unused_clause::=**



*size_clause::=* on page 10-8

**size_clause::=**



**parallel_clause::=**



## Semantics

### schema

Specify the schema containing the cluster. If you omit *schema*, Oracle Database assumes the cluster is in your own schema.

Cloudera Exhibit 1020 - Page 626 of 1808

Databricks_R2_PA_00002762

### cluster

Specify the name of the cluster to be altered.

### physical_attributes_clause

Use this clause to change the values of the PCTUSED, PCTFREE, and INITRANS parameters of the cluster. Please refer to *physical_attributes_clause* on page 8-54 for information on these parameters.

Use the STORAGE clause to change the storage characteristics of the cluster. Please refer to *storage_clause* on page 8-57 for a full description of these clause.

**Restriction on Physical Attributes**   You cannot change the values of the storage parameters INITIAL and MINEXTENTS for a cluster.

### SIZE *integer*

Use the SIZE clause to specify the number of cluster keys that will be stored in data blocks allocated to the cluster.

**Restriction on SIZE**   You can change the SIZE parameter only for an indexed cluster, not for a hash cluster.

> **See Also:**   CREATE CLUSTER on page 14-2 for a description of the SIZE parameter and "Modifying a Cluster: Example" on page 10-10

### allocate_extent_clause

Specify the *allocate_extent_clause* to explicitly allocate a new extent for the cluster.

When you explicitly allocate an extent with this clause, Oracle Database does not evaluate the storage parameters of the cluster and determine a new size for the next extent to be allocated (as it does when you create a table). Therefore, specify SIZE if you do not want Oracle Database to use a default value.

**Restriction on Allocating Extents**   You can allocate a new extent only for an indexed cluster, not for a hash cluster.

> **See Also:**   *allocate_extent_clause* on page 8-2 for a full description of this clause and "Deallocating Unused Space: Example" on page 10-10

Cloudera Exhibit 1020 - Page 627 of 1808

Databricks_R2_PA_00002763

ALTER CLUSTER

### deallocate_unused_clause

Use the `deallocate_unused_clause` to explicitly deallocate unused space at the end of the cluster and make the freed space available for other segments. Please refer to *deallocate_unused_clause* on page 8-35 for a full description of this clause.

## CACHE | NOCACHE

This clause has the same behavior in CREATE CLUSTER and ALTER CLUSTER statements. Please refer to "CACHE | NOCACHE" on page 14-9 for information on this clause.

### parallel_clause

Specify the `parallel_clause` to change the default degree of parallelism for queries and DML on the cluster.

**Restriction on Parallelized Clusters**   If the tables in `cluster` contain any columns of LOB or user-defined object type, this statement as well as subsequent INSERT, UPDATE, or DELETE operations on `cluster` are executed serially without notification.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on CREATE TABLE.

## Examples

The following examples modify the clusters that were created in the "Examples" section of CREATE CLUSTER on on page 14-9.

**Modifying a Cluster: Example**   The next statement alters the `personnel` cluster:

```
ALTER CLUSTER personnel
   SIZE 1024 CACHE;
```

Oracle Database allocates 1024 bytes for each cluster key value and enables the cache attribute. Assuming a data block size of 2 kilobytes, future data blocks within this cluster contain 2 cluster keys in each data block, or 2 kilobytes divided by 1024 bytes.

**Deallocating Unused Space: Example**   The following statement deallocates unused space from the `language` cluster, keeping 30 kilobytes of unused space for future use:

```
ALTER CLUSTER language
   DEALLOCATE UNUSED KEEP 30 K;
```

Cloudera Exhibit 1020 - Page 628 of 1808

Databricks_R2_PA_00002764

# ALTER DATABASE

## Purpose

Use the `ALTER DATABASE` statement to modify, maintain, or recover an existing database.

---

**Note:**   In earlier versions of Oracle Database, you could use the `ALTER DATABASE` for two conversion operations:

- The `RESET COMPATIBILITY` clause let you reset the database to an earlier version at the next instance startup.
- The `CONVERT` clause let you upgrade an Oracle7 data dictionary to an Oracle8*i* or Oracle9*i* data dictionary.

These clauses are no longer supported. Please refer to *Oracle Database Upgrade Guide* for more information on migration and interoperability issues.

---

**See Also:**

- *Oracle Database Backup and Recovery Basics* for examples of performing media recovery
- *Oracle Data Guard Concepts and Administration* for additional information on using the `ALTER DATABASE` statement to maintain standby databases
- CREATE DATABASE on page 14-22 for information on creating a database

## Prerequisites

You must have the `ALTER DATABASE` system privilege.

To specify the `RECOVER` clause, you must also have the `SYSDBA` system privilege.

Cloudera Exhibit 1020 - Page 629 of 1808

Databricks_R2_PA_00002765

ALTER DATABASE

## Syntax

**alter_database::=**



### Groups of ALTER DATABASE syntax:

- *startup_clauses::=* on page 10-13
- *recovery_clauses::=* on page 10-13
- *database_file_clauses::=* on page 10-17
- *logfile_clauses::=* on page 10-19
- *controlfile_clauses::=* on page 10-21
- *standby_database_clauses::=* on page 10-22
- *default_settings_clauses::=* on page 10-24
- *redo_thread_clauses::=* on page 10-24
- *security_clause::=* on page 10-25

Cloudera Exhibit 1020 - Page 630 of 1808

Databricks_R2_PA_00002766

**startup_clauses::=**



**recovery_clauses::=**



(*general_recovery::=* on page 10-13, *managed_standby_recovery::=* on page 10-15)

**general_recovery::=**



Cloudera Exhibit 1020 - Page 631 of 1808

ALTER DATABASE

(*full_database_recovery::=* on page 10-14, *partial_database_recovery::=* on page 10-14, *parallel_clause::=* on page 10-14)

**full_database_recovery::=**



**partial_database_recovery::=**



**parallel_clause::=**



Cloudera Exhibit 1020 - Page 632 of 1808

Databricks_R2_PA_00002768

**managed_standby_recovery::=**



(*recover_clause::=* on page 10-16, *cancel_clause::=* on page 10-16, *finish_clause::=* on page 10-17)

Cloudera Exhibit 1020 - Page 633 of 1808

Databricks_R2_PA_00002769

ALTER DATABASE

**recover_clause::=**



(*parallel_clause::=* on page 10-14)

**cancel_clause::=**



Cloudera Exhibit 1020 - Page 634 of 1808

Databricks_R2_PA_00002770

**finish_clause::=**



(*parallel_clause::=* on page 10-14)

**database_file_clauses::=**



(*create_datafile_clause::=* on page 10-17, *alter_datafile_clause::=* on page 10-18, *alter_tempfile_clause::=* on page 10-18)

**create_datafile_clause::=**



(*file_specification::=* on page 8-37)

Cloudera Exhibit 1020 - Page 635 of 1808

Databricks_R2_PA_00002771

ALTER DATABASE

**alter_datafile_clause::=**



(*autoextend_clause::=* on page 10-19, *size_clause::=* on page 10-18)

**size_clause::=**



**alter_tempfile_clause::=**



(*autoextend_clause::=* on page 10-19, *size_clause::=* on page 10-18)

Cloudera Exhibit 1020 - Page 636 of 1808

Databricks_R2_PA_00002772

**autoextend_clause::=**



**maxsize_clause::=**



(*size_clause::=* on page 10-18)

**logfile_clauses::=**



(*logfile_descriptor::=* on page 10-21, *add_logfile_clauses::=* on page 10-20, *drop_logfile_clauses::=* on page 10-20, *supplemental_db_logging::=* on page 10-20)

Cloudera Exhibit 1020 - Page 637 of 1808

Databricks_R2_PA_00002773

ALTER DATABASE

---

## add_logfile_clauses::=



(*redo_log_file_spec::=* on page 8-38, *logfile_descriptor::=* on page 10-21)

## drop_logfile_clauses::=



(*logfile_descriptor::=* on page 10-21)

## supplemental_db_logging::=



(*supplemental_id_key_clause::=* on page 10-21)

**10-20**  SQL Reference

Cloudera Exhibit 1020 - Page 638 of 1808

Databricks_R2_PA_00002774

**supplemental_id_key_clause::=**



**logfile_descriptor::=**



**controlfile_clauses::=**



(*trace_file_clause::=* on page 10-21)

**trace_file_clause::=**



Cloudera Exhibit 1020 - Page 639 of 1808

Databricks_R2_PA_00002775

ALTER DATABASE

**standby_database_clauses::=**



(*activate_standby_db_clause*::= on page 10-22, *maximize_standby_db_clause*::= on page 10-22, *register_logfile_clause*::= on page 10-22, *commit_switchover_clause*::= on page 10-23, *start_standby_clause*::= on page 10-23, *stop_standby_clause*::= on page 10-23, *parallel_clause*::= on page 10-14)

**activate_standby_db_clause::=**



**maximize_standby_db_clause::=**



**register_logfile_clause::=**



Cloudera Exhibit 1020 - Page 640 of 1808

Databricks_R2_PA_00002776

ALTER DATABASE

(*file_specification::=* on page 8-37)

**commit_switchover_clause::=**





**start_standby_clause::=**



**stop_standby_clause::=**



Cloudera Exhibit 1020 - Page 641 of 1808

Databricks_R2_PA_00002777

ALTER DATABASE

**default_settings_clauses::=**



(*flashback_mode_clause::=* on page 10-24, *set_time_zone_clause::=* on page 10-24)

**set_time_zone_clause::=**



**flashback_mode_clause::=**



**redo_thread_clauses::=**



Cloudera Exhibit 1020 - Page 642 of 1808

**security_clause::=**



## Semantics

### *database*

Specify the name of the database to be altered. The database name can contain only ASCII characters. If you omit *database*, Oracle Database alters the database identified by the value of the initialization parameter DB_NAME. You can alter only the database whose control files are specified by the initialization parameter CONTROL_FILES. The database identifier is not related to the Oracle Net database specification.

### *startup_clauses*

The *startup_clauses* let you mount and open the database so that it is accessible to users.

### MOUNT Clause

Use the MOUNT clause to mount the database. Do not use this clause when the database is already mounted.

**MOUNT STANDBY DATABASE**   You can specify MOUNT STANDBY DATABASE to mount a physical standby database. The keywords STANDBY DATABASE are optional, because Oracle Database determines automatically whether the database to be mounted is a primary or standby database. As soon as this statement executes, the standby instance can receive archived redo logs from the primary instance and can archive the logs to the STANDBY_ARCHIVE_DEST location.

> **See Also:**   *Oracle Data Guard Concepts and Administration* for more information on standby databases

**MOUNT CLONE DATABASE**   Specify MOUNT CLONE DATABASE to mount the clone database.

Cloudera Exhibit 1020 - Page 643 of 1808

Databricks_R2_PA_00002779

ALTER DATABASE

### OPEN Clause

Use the OPEN clause to make the database available for normal use. You must mount the database before you can open it.

If you specify only OPEN, without any other keywords, the default is OPEN READ WRITE NORESETLOGS on a primary database and OPEN READ ONLY on a standby database.

**OPEN READ WRITE**    Specify OPEN READ WRITE to open the database in read/write mode, allowing users to generate redo logs. This is the default if you are opening a primary database. You cannot specify this clause for a physical standby database.

> **See Also:**   "READ ONLY / READ WRITE: Example" on
> page 10-57

**RESETLOGS | NORESETLOGS**    This clause determines whether Oracle Database resets the current log sequence number to 1, archives any unarchived logs (including the current log), and discards any redo information that was not applied during recovery, ensuring that it will never be applied. Oracle Database uses NORESETLOGS automatically except in the following specific situations, which require a setting for this clause:

- You must specify RESETLOGS:
    - After performing incomplete media recovery or media recovery using a backup controlfile
    - After a previous OPEN RESETLOGS operation that did not complete
    - After a FLASHBACK DATABASE operation
- If a created controlfile is mounted, then you must specify RESETLOGS if the online logs are lost, or you must specify NORESETLOGS if they are not lost.

**UPGRADE | DOWNGRADE**    Use these OPEN clause parameters only if you are upgrading or downgrading a database. This clause instructs Oracle Database to modify system parameters dynamically as required for upgrade and downgrade, respectively. You can achieve the same result using the SQL*Plus STARTUP UPGRADE or STARTUP DOWNGRADE command.

Cloudera Exhibit 1020 - Page 644 of 1808

Databricks_R2_PA_00002780

**See Also:**

- *Oracle Database Upgrade Guide* for information on the steps required to upgrade or downgrade a database from one release to another

- *SQL\*Plus User's Guide and Reference* for information on the SQL\*Plus STARTUP command

**OPEN READ ONLY**   Specify OPEN READ ONLY to restrict users to read-only transactions, preventing them from generating redo logs. This setting is the default when you are opening a physical standby database, so that the physical standby database is available for queries even while archive logs are being copied from the primary database site.

**Restrictions on Opening a Database**

- You cannot open a database in READ ONLY mode if it is currently opened in READ WRITE mode by another instance.

- You cannot open a database in READ ONLY mode if it requires recovery.

- You cannot take tablespaces offline while the database is open in READ ONLY mode. However, you can take datafiles offline and online, and you can recover offline datafiles and tablespaces while the database is open in READ ONLY mode.

### recovery_clauses

The recovery_clauses include post-backup operations. For all of these clauses, Oracle Database recovers the database using any incarnations of datafiles and log files that are known to the current control file.

> **See Also:** *Oracle Database Backup and Recovery Basics* for information on backing up the database and "Database Recovery: Examples" on page 10-60

### general_recovery

The general_recovery clause lets you control media recovery for the database or standby database or for specified tablespaces or files. You can use this clause when your instance has the database mounted, open or closed, and the files involved are not in use.

**Restrictions on General Database Recovery**

- You can recover the entire database only when the database is closed.

Cloudera Exhibit 1020 - Page 645 of 1808

Databricks_R2_PA_00002781

ALTER DATABASE

- Your instance must have the database mounted in exclusive mode.

- You can recover tablespaces or datafiles when the database is open or closed, if the tablespaces or datafiles to be recovered are offline.

- You cannot perform media recovery if you are connected to Oracle Database through the shared server architecture.

> **Note:** If you do not have special media requirements, Oracle recommends that you use the SQL*Plus RECOVER command rather than the *general_recovery_clause*.

**See Also:**

- *Oracle Database Backup and Recovery Basics* for more information on RMAN media recovery and user-defined media recovery

- *SQL*Plus User's Guide and Reference* for information on the SQL*Plus RECOVER command

**AUTOMATIC**

Specify AUTOMATIC if you want Oracle Database to automatically generate the name of the next archived redo log file needed to continue the recovery operation. If the LOG_ARCHIVE_DEST_*n* parameters are defined, Oracle Database scans those that are valid and enabled for the first local destination. It uses that destination in conjunction with LOG_ARCHIVE_FORMAT to generate the target redo log filename. If the LOG_ARCHIVE_DEST_*n* parameters are not defined, Oracle Database uses the value of the LOG_ARCHIVE_DEST parameter instead.

If the resulting file is found, Oracle Database applies the redo contained in that file. If the file is not found, Oracle Database prompts you for a filename, displaying the generated filename as a suggestion.

If you specify neither AUTOMATIC nor LOGFILE, Oracle Database prompts you for a filename, displaying the generated filename as a suggestion. You can then accept the generated filename or replace it with a fully qualified filename. If you know that the archived filename differs from what Oracle Database would generate, you can save time by using the LOGFILE clause.

**FROM *'location'***

Specify FROM *'location'* to indicate the location from which the archived redo log file group is read. The value of *location* must be a fully specified file location

Cloudera Exhibit 1020 - Page 646 of 1808

Databricks_R2_PA_00002782

following the conventions of your operating system. If you omit this parameter, Oracle Database assumes that the archived redo log file group is in the location specified by the initialization parameter `LOG_ARCHIVE_DEST` or `LOG_ARCHIVE_DEST_1`.

### *full_database_recovery*

The `full_database_recovery` clause lets you recover an entire database.

**DATABASE**   Specify the `DATABASE` clause to recover the entire database. This is the default. You can use this clause only when the database is closed.

**STANDBY DATABASE**   Specify the `STANDBY DATABASE` clause to manually recover a physical standby database using the control file and archived redo log files copied from the primary database. The standby database must be mounted but not open.

This clause recovers only online datafiles.

- Use the `UNTIL` clause to specify the duration of the recovery operation.

    - `CANCEL` indicates cancel-based recovery. This clause recovers the database until you issue the `ALTER DATABASE` statement with the `RECOVER CANCEL` clause.

    - `TIME` indicates time-based recovery. This parameter recovers the database to the time specified by the date. The date must be a character literal in the format `'YYYY-MM-DD:HH24:MI:SS'`.

    - `CHANGE` indicates change-based recovery. This parameter recovers the database to a transaction-consistent state immediately before the system change number specified by *integer*.

- Specify `USING BACKUP CONTROLFILE` if you want to use a backup control file instead of the current control file.

### *partial_database_recovery*

The `partial_database_recovery` clause lets you recover individual tablespaces and datafiles.

**TABLESPACE**   Specify the `TABLESPACE` clause to recover only the specified tablespaces. You can use this clause if the database is open or closed, provided the tablespaces to be recovered are offline.

Cloudera Exhibit 1020 - Page 647 of 1808

Databricks_R2_PA_00002783

ALTER DATABASE

---

**See Also:** "Using Parallel Recovery Processes: Example" on page 10-57

**DATAFILE**   Specify the `DATAFILE` clause to recover the specified datafiles. You can use this clause when the database is open or closed, provided the datafiles to be recovered are offline.

You can identify the datafile by name or by number. If you identify it by number, then `filenumber` is an integer representing the number found in the `FILE#` column of the `V$DATAFILE` dynamic performance view or in the `FILE_ID` column of the `DBA_DATA_FILES` data dictionary view.

**STANDBY TABLESPACE**   Specify `STANDBY TABLESPACE` to reconstruct a lost or damaged tablespace in the standby database using archived redo log files copied from the primary database and a control file.

**STANDBY DATAFILE**   Specify `STANDBY DATAFILE` to manually reconstruct a lost or damaged datafile in the physical standby database using archived redo log files copied from the primary database and a control file. You can identify the file by name or by number, as described for the DATAFILE clause.

Specify `UNTIL [CONSISTENT WITH] CONTROLFILE` if you want the recovery of an old standby datafile or tablespace to use the current standby database control file. However, any redo in advance of the standby controlfile will not be applied. The keywords `CONSISTENT WITH` are optional and are provided for semantic clarity.

**LOGFILE**

Specify the `LOGFILE 'filename'` to continue media recovery by applying the specified redo log file.

**TEST**

Use the `TEST` clause to conduct a trial recovery. A trial recovery is useful if a normal recovery procedure has encountered some problem. It lets you look ahead into the redo stream to detect possible additional problems. The trial recovery applies redo in a way similar to normal recovery, but it does not write changes to disk, and it rolls back its changes at the end of the trial recovery.

You can use this clause only if you have restored a backup taken since the last `RESETLOGS` operation. Otherwise, Oracle Database returns an error.

Cloudera Exhibit 1020 - Page 648 of 1808

Databricks_R2_PA_00002784

### ALLOW ... CORRUPTION

The `ALLOW` *integer* `CORRUPTION` clause lets you specify, in the event of logfile corruption, the number of corrupt blocks that can be tolerated while allowing recovery to proceed.

When you use this clause during trial recovery (that is, in conjunction with the `TEST` clause), *integer* can exceed 1. When using this clause during normal recovery, *integer* cannot exceed 1.

> **See Also:**
>
> ■ *Oracle Database Backup and Recovery Basics* for information on database recovery in general
>
> ■ *Oracle Data Guard Concepts and Administration* for information on managed recovery of standby databases

### parallel_clause

Use the `PARALLEL` clause to specify whether the recovery of media will be parallelized.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on `CREATE TABLE`.

### CONTINUE

Specify `CONTINUE` to continue multi-instance recovery after it has been interrupted to disable a thread.

Specify `CONTINUE DEFAULT` to continue recovery using the redo log file that Oracle Database would automatically generate if no other logfile were specified. This clause is equivalent to specifying `AUTOMATIC`, except that Oracle Database does not prompt for a filename.

### CANCEL

Specify `CANCEL` to terminate cancel-based recovery.

### managed_standby_recovery

The `managed_standby_recovery` clause applies to physical standby only. Use it to specify managed standby recovery mode. This mode assumes that the managed standby database is an active component of an overall standby database architecture. A primary database actively archives its redo log files to the standby site. As these archived redo logs arrive at the standby site, they become available for

Cloudera Exhibit 1020 - Page 649 of 1808

Databricks_R2_PA_00002785

ALTER DATABASE

use by a managed standby recovery operation. Managed standby recovery is
restricted to media recovery. You can use this clause when your instance has the
database mounted, open or closed, and the files involved are not in use.

**Restrictions on Managed Standby Recovery**    The same restrictions apply as are
listed under *general_recovery* on page 10-27.

> **See Also:**    *Oracle Data Guard Concepts and Administration* for more
> information on the parameters of this clause "Recovering a
> Managed Standby Database: Examples" on page 10-61

**DISCONNECT**    Specify DISCONNECT to indicate that the managed redo process
(MRP), an Oracle Database background process, should apply archived redo files as
a detached background process. Doing so leaves the current session available for
other tasks. The FROM SESSION keywords are optional and are provided for
semantic clarity.

**Restrictions on DISCONNECT**
- You can specify DISCONNECT only when you are initiating managed standby
  recovery. You cannot specify it after the operation has started.
- You cannot specify both TIMEOUT and DISCONNECT [FROM SESSION].
  TIMEOUT applies only to foreground recovery operations, whereas the
  DISCONNECT clause initiates background recovery operations.

**TIMEOUT *integer***    Specify in minutes the wait period of the managed recovery
operation. The recovery process waits for *integer* minutes for a requested
archived log redo to be available for writing to the managed standby database. If
the redo log file does not become available within that time, the recovery process
terminates with an error message. You can then issue the statement again to return
to managed standby recovery mode.

If you omit TIMEOUT or if you specify NOTIMEOUT, the database remains in
managed standby recovery mode until you reissue the statement with the RECOVER
CANCEL clause or until instance shutdown or failure.

**Restrictions on TIMEOUT**
- If you specify TIMEOUT, you cannot also specify FINISH.
- You cannot specify both TIMEOUT and DISCONNECT [FROM SESSION].
  TIMEOUT applies only to foreground recovery operations, whereas the
  DISCONNECT clause initiates background recovery operations.

Cloudera Exhibit 1020 - Page 650 of 1808

Databricks_R2_PA_00002786

**NODELAY | DEFAULT DELAY | DELAY *integer***   Specify DELAY to instruct Oracle Database to wait the specified interval (in minutes) before applying the archived redo logs. The delay interval begins after the archived redo logs have been selected for recovery.

- Specify NODELAY if the need arises to apply a delayed archivelog immediately on the standby database.

- Specify DEFAULT DELAY to revert to the number of minutes specified in the LOG_ARCHIVE_DEST_*n* initialization parameter on the primary database.

Both of these parameters override any setting of DELAY in the LOG_ARCHIVE_DEST_*n* parameter on the primary database. If you specify neither of these parameters, application of the archivelog is delayed according to the LOG_ARCHIVE_DEST_*n* setting. If DELAY was not specified in that parameter, the archivelog is applied immediately.

**Restrictions on DELAY**
- You cannot specify both NODELAY and DELAY.

- If you specify DELAY, you cannot also specify FINISH.

> **See Also:**   *Oracle Database Reference* for detailed information on the LOG_ARCHIVE_DEST_*n* parameter

**NEXT *integer***   Use the NEXT parameter to apply the specified number of archived redo logs as soon as possible after they have been archived. This parameter temporarily overrides any delay setting in the LOG_ARCHIVE_DEST_*n* initialization parameter on the primary database and any DELAY values specified in an earlier ALTER DATABASE ... *managed_standby_recovery* statement. Once the *integer* archived redo logs are processed, any such delay again takes effect.

**Restriction on NEXT**   If you specify NEXT, you cannot also specify FINISH.

> **See Also:**   *Oracle Database Reference* for detailed information on the LOG_ARCHIVE_DEST_*n* parameter

**EXPIRE *integer***   Specify the number of minutes from the current time after which the managed recovery operation terminates automatically. The process may actually expire after the interval specified, because Oracle Database will finish processing any archived redo log that is being processed at the expiration time.

Specify NOEXPIRE to disable a previously specified EXPIRE option.

Cloudera Exhibit 1020 - Page 651 of 1808

Databricks_R2_PA_00002787

ALTER DATABASE

Expiration is always relative to the time the current statement is issued rather than to the start time of the managed recovery process. To terminate an existing managed recovery operation, use the CANCEL parameter.

**Restriction on EXPIRE**   If you specify EXPIRE, you cannot also specify FINISH.

***parallel_clause***   Use the *parallel_clause* to indicate whether Oracle Database should parallelize the managed recovery processes. If you specify NOPARALLEL or omit this clause entirely, Oracle Database performs the managed standby recovery operation serially. Please refer to the *parallel_clause* on page 8-51 for more information on this clause.

> **See Also:**   *Oracle Data Guard Concepts and Administration* for guidelines on determining whether parallel managed standby recovery will result in performance gains

**UNTIL CHANGE Clause**   Use this clause to instruct Oracle Database to conduct managed recovery up to but not including the specified system change number.

**USING CURRENT LOGFILE Clause**   Specify USING CURRENT LOGFILE to invoke **real time apply**, which lets you recover redo from standby online logs as they are being filled up, without requiring them first to be archived at the standby database.

> **See Also:**   *Oracle Data Guard Concepts and Administration* for more information on real time apply

**THROUGH Clause**   Use this clause to instruct Oracle Database when to terminate managed recovery.

- THROUGH ... SEQUENCE: Specify this clause if you want Oracle Database to terminate managed recovery based on thread number and sequence number of an archivelog. Once the corresponding archivelog has been applied, managed recovery terminates. If you omit the THREAD clause, Oracle Database assumes thread 1.

- THROUGH ALL ARCHIVELOG: Specify this clause if you want Oracle Database to continue the managed standby process until all archivelogs have been recovered. You can use this statement to override an earlier statement that specified THROUGH ... SEQUENCE. If you omit the THROUGH clause entirely, this is the default.

- THROUGH ... SWITCHOVER: The managed standby recovery process normally stops when it encounters a switchover operation, because such operations

Cloudera Exhibit 1020 - Page 652 of 1808

Databricks_R2_PA_00002788

produce an end-of-redo archival indicator. This clause is useful if you have more than one standby database, all but one of which will remain in the standby role after the switchover. This clause keeps the managed standby recovery process operational. It lets these secondary standby databases wait to receive the redo stream from the new primary database, rather than stopping the recovery process and then starting it again after the new primary database is activated.

– Specify `ALL` to keep managed standby recovery operational through all switchover operations.

– Specify `LAST` to cancel managed standby recovery operations after the final end-of-redo archival indicator.

– Specify `NEXT` to cancel managed standby recovery after recovering the next end-of-redo archival indicator encountered. This is the default.

**CANCEL**    Specify `CANCEL` to terminate the managed standby recovery operation after applying all the redo in the current archived redo file. If you specify only the `CANCEL` keyword, session control returns when the recovery process actually terminates.

- Specify `CANCEL IMMEDIATE` to terminate the managed recovery operation after applying all the redo in the current archived redo file or after the next redo log file read, whichever comes first. Session control returns when the recovery process actually terminates.

- `CANCEL IMMEDIATE NOWAIT` is the same as `CANCEL IMMEDIATE` except that session control returns immediately, not after the recovery process terminates.

- `CANCEL NOWAIT` terminates the managed recovery operation after the next redo log file read and returns session control immediately.

**Restriction on CANCEL IMMEDIATE**    The `CANCEL IMMEDIATE` clause cannot be issued from the same session that issued the `RECOVER MANAGED STANDBY DATABASE` statement.

**FINISH**    The `FINISH` clause applies only to physical standby databases. Specify `FINISH` to recover the current standby online redo logfiles of the standby database. Use this clause only in the event of the failure of the primary database, when the logwriter (LGWR) process has been transmitting redo to the standby current logs. This clause overrides any delay intervals specified for the archivelogs. Oracle Database applies the logs immediately.

Cloudera Exhibit 1020 - Page 653 of 1808

Databricks_R2_PA_00002789

ALTER DATABASE

After the `FINISH` operation, you must open the standby database as the primary database.

Specify `NOWAIT` to have control returned immediately rather than after the recovery process is complete.

**Restriction on FINISH**   You cannot specify `FINISH` if you have also specified `TIMEOUT`, `DELAY`, `EXPIRE`, or `NEXT`.

## BACKUP Clauses

Use these clauses to move all the datafiles in the database into or out of online backup mode (also called hot backup mode).

> **See Also:**   ALTER TABLESPACE on page 12-105 for information on moving all datafiles in an individual tablespace into and out of online backup mode

### BEGIN BACKUP Clause

Specify `BEGIN BACKUP` to move all datafiles in the database into online backup mode. The database must be mounted and open, and media recovery must be enabled (the database must be in archivelog mode).

While the database is in online backup mode, you cannot shut down the instance normally, begin backup of an individual tablespace, or take any tablespace offline or make it read only.

This clause has no effect on datafiles that are in offline or on read-only tablespaces.

### END BACKUP Clause

Specify `END BACKUP` to take out of online backup mode any datafiles in the database currently in online backup mode. The database must be mounted (either open or closed) when you perform this operation.

After a system failure, instance failure, or `SHUTDOWN ABORT` operation, Oracle Database does not know whether the files in online backup mode match the files at the time the system crashed. If you know the files are consistent, you can take either individual datafiles or all datafiles out of online backup mode. Doing so avoids media recovery of the files upon startup.

- To take an individual datafile out of online backup mode, use the `ALTER DATABASE DATAFILE ... END BACKUP` statement. See *database_file_clauses* on page 10-37.

Cloudera Exhibit 1020 - Page 654 of 1808

Databricks_R2_PA_00002790

- To take all datafiles in a tablespace out of online backup mode, use an `ALTER TABLESPACE` ... `END BACKUP` statement.

### database_file_clauses

The `database_file_clauses` let you modify datafiles and tempfiles. You can use any of the following clauses when your instance has the database mounted, open or closed, and the files involved are not in use.

### RENAME FILE Clause

Use the `RENAME FILE` clause to rename datafiles or redo log file members. You must create each filename using the conventions for filenames on your operating system before specifying this clause. This clause is not valid for renaming tempfiles.

- To use this clause for datafiles, the database must be mounted. The database can also be open, but the datafile being renamed must be offline.

- To use this clause for logfiles, the database must be mounted but not open.

- If you have enabled block change tracking, you can use this clause to rename the block change tracking file. The database must be mounted but not open when you rename the block change tracking file.

This clause renames only files in the control file. It does not actually rename them on your operating system. The operating system files continue to exist, but Oracle Database no longer uses them.

> **See Also:** "Renaming a Log File Member: Example" on page 10-58

### create_datafile_clause

Use the `CREATE DATAFILE` clause to create a new empty datafile in place of an old one. You can use this clause to re-create a datafile that was lost with no backup. The `filename` or `filenumber` must identify a file that is or was once part of the database. If you identify the file by number, then `filenumber` is an integer representing the number found in the `FILE#` column of the `V$DATAFILE` dynamic performance view or in the `FILE_ID` column of the `DBA_DATA_FILES` data dictionary view.

- Specify `AS NEW` to create an Oracle-managed datafile with a system-generated filename, the same size as the file being replaced, in the default file system location for datafiles.

- Specify `AS file_specification` to assign a file name (and optional size) to the new datafile. Use the `datafile_tempfile_spec` form of `file_`

Cloudera Exhibit 1020 - Page 655 of 1808

---

*specification* (see *file_specification* on page 8-37) to list regular datafiles and tempfiles in an operating system file system or to list Automatic Storage Management disk group files.

If the original file (`filename` or `filenumber`) is an existing Oracle-managed datafile, then Oracle Database attempts to delete the original file after creating the new file. If the original file is an existing user-managed datafile, Oracle Database does not attempt to delete the original file.

If you omit the `AS` clause entirely, Oracle Database creates the new file with the same name and size as the file specified by `filename` or `filenumber`.

During recovery, all archived redo logs written to since the original datafile was created must be applied to the new, empty version of the lost datafile.

Oracle Database creates the new file in the same state as the old file when it was created. You must perform media recovery on the new file to return it to the state of the old file at the time it was lost.

**Restrictions on Creating New Datafiles**

- You cannot create a new file based on the first datafile of the `SYSTEM` tablespace.

- You cannot specify the *autoextend_clause* of *datafile_tempfile_spec* in this `CREATE DATAFILE` clause.

    **See Also:**

    - "DATAFILE Clause" on page 14-18 of `CREATE DATABASE` for information on the result of this clause if you do not specify a name for the new datafile

    - *file_specification* on page 8-37 for a full description of the file specification (*datafile_tempfile_spec*) and "Creating a New Datafile: Example" on page 10-59

**alter_datafile_clause**

The `DATAFILE` clause lets you manipulate a file that you identify by name or by number. If you identify it by number, then *filenumber* is an integer representing the number found in the `FILE#` column of the `V$DATAFILE` dynamic performance view or in the `FILE_ID` column of the `DBA_DATA_FILES` data dictionary view. The `DATAFILE` clauses affect your database files as follows:

**ONLINE**   Specify `ONLINE` to bring the datafile online.

Cloudera Exhibit 1020 - Page 656 of 1808

Databricks_R2_PA_00002792

**OFFLINE**   Specify `OFFLINE` to take the datafile offline. If the database is open, you must perform media recovery on the datafile before bringing it back online, because a checkpoint is not performed on the datafile before it is taken offline.

**FOR DROP**   If the database is in noarchivelog mode, you must specify `FOR DROP` clause to take a datafile offline. However, this clause does not remove the datafile from the database. To do that, you must use an operating system command or drop the tablespace in which the datafile resides. Until you do so, the datafile remains in the data dictionary with the status `RECOVER` or `OFFLINE`.

If the database is in archivelog mode, Oracle Database ignores the `FOR DROP` clause.

In earlier releases, the `OFFLINE FOR DROP` clause was documented as `OFFLINE DROP`, with the same semantics. That syntax is still supported for back ward compatibility. However, Oracle recommends that you use the more semantically correct `OFFLINE FOR DROP` syntax.

**RESIZE**   Specify `RESIZE` if you want Oracle Database to attempt to increase or decrease the size of the datafile to the specified absolute size in bytes. There is no default, so you must specify a size.

If sufficient disk space is not available for the increased size, or if the file contains data beyond the specified decreased size, Oracle Database returns an error.

> **See Also:**   "Resizing a Datafile: Example" on page 10-60

**END BACKUP**   Specify `END BACKUP` to take the datafile out of online backup mode. The `END BACKUP` clause is described more fully at the top level of the syntax of `ALTER DATABASE`. See "END BACKUP Clause" on page 10-36.

### alter_tempfile_clause

Use the `TEMPFILE` clause to resize your temporary datafile or specify the *autoextend_clause*, with the same effect as for a permanent datafile. The database must be open. You can identify the tempfile by name or by number. If you identify it by number, then *filenumber* is an integer representing the number found in the `FILE#` column of the `V$TEMPFILE` dynamic performance view.

Cloudera Exhibit 1020 - Page 657 of 1808

Databricks_R2_PA_00002793

ALTER DATABASE

> **Note:** On some operating systems, Oracle does not allocate space for a tempfile until the tempfile blocks are actually accessed. This delay in space allocation results in faster creation and resizing of tempfiles, but it requires that sufficient disk space is available when the tempfiles are later used. To avoid potential problems, before you create or resize a tempfile, ensure that the available disk space exceeds the size of the new tempfile or the increased size of a resized tempfile. The excess space should allow for anticipated increases in disk space use by unrelated operations as well. Then proceed with the creation or resizing operation.

**DROP**   Specify `DROP` to drop `tempfile` from the database. The tablespace remains.

If you specify `INCLUDING DATAFILES`, Oracle Database also deletes the associated operating system files and writes a message to the alert log for each such deleted file.

### autoextend_clause

Use the `autoextend_clause` to enable or disable the automatic extension of a new or existing datafile or tempfile. Please refer to *file_specification* on page 8-37 for information about this clause.

### logfile_clauses

The logfile clauses let you add, drop, or modify log files.

### ARCHIVELOG

Specify `ARCHIVELOG` if you want the contents of a redo log file group to be archived before the group can be reused. This mode prepares for the possibility of media recovery. Use this clause only after shutting down your instance normally, or immediately with no errors, and then restarting it and mounting the database, Real Application Clusters must be disabled.

**MANUAL**   Specify `MANUAL` to indicate that Oracle Database should create redo log files, but the archiving of the redo log files is controlled entirely by the user. This clause is provided for backward compatibility, for example for users who archive directly to tape. If you specify `MANUAL`, then:

Cloudera Exhibit 1020 - Page 658 of 1808

Databricks_R2_PA_00002794

- Oracle Database does not archive redo log files when a log switch occurs. You must handle this manually.

- You cannot have specified a standby database as an archivelog destinations. As a result, the database cannot be in MAXIMUM PROTECTION or MAXIMUM AVAILABILITY standby protection mode.

If you omit this clause, Oracle Database automatically archives the redo log files to the destination specified in the LOG_ARCHIVE_DEST_*n* initialization parameters.

### NOARCHIVELOG

Specify NOARCHIVELOG if you do not want the contents of a redo log file group to be archived so that the group can be reused. This mode does not prepare for recovery after media failure. Use this clause only if your instance has the database mounted but not open, and Real Application Clusters must be disabled.

### [NO] FORCE LOGGING

Use this clause to put the database into or take the database out of FORCE LOGGING mode. The database must be mounted or open.

In FORCE LOGGING mode, Oracle Database logs all changes in the database except changes in temporary tablespaces and temporary segments. This setting takes precedence over and is independent of any NOLOGGING or FORCE LOGGING settings you specify for individual tablespaces and any NOLOGGING settings you specify for individual database objects.

If you specify FORCE LOGGING, Oracle Database waits for all ongoing unlogged operations to finish.

> **See Also:** *Oracle Database Administrator's Guide* for information on when to use FORCE LOGGING mode

### RENAME FILE Clause

This clause has the same function for logfiles that it has for datafiles and tempfiles. See "RENAME FILE Clause" on page 10-37.

### CLEAR LOGFILE Clause

Use the CLEAR LOGFILE clause to reinitialize an online redo log, optionally without archiving the redo log. CLEAR LOGFILE is similar to adding and dropping a redo log, except that the statement may be issued even if there are only two logs for the thread and may be issued for the current redo log of a closed thread.

Cloudera Exhibit 1020 - Page 659 of 1808

Databricks_R2_PA_00002795

ALTER DATABASE

For a standby database, if the `STANDBY_FILE_MANAGEMENT` initialization parameter is set to `AUTO`, and if any of the log files are Oracle-managed files, Oracle Database will create as many Oracle-managed log files as are in the control file. The log file members will reside in the current default log file destination.

- You must specify `UNARCHIVED` if you want to reuse a redo log that was not archived.

> **Caution:**   Specifying `UNARCHIVED` makes backups unusable if the redo log is needed for recovery.

- You must specify `UNRECOVERABLE DATAFILE` if you have taken the datafile offline with the database in archivelog mode (that is, you specified `ALTER DATABASE ... DATAFILE OFFLINE` without the `DROP` keyword), and if the unarchived log to be cleared is needed to recover the datafile before bringing it back online. In this case, you must drop the datafile and the entire tablespace once the `CLEAR LOGFILE` statement completes.

  Do not use `CLEAR LOGFILE` to clear a log needed for media recovery. If it is necessary to clear a log containing redo after the database checkpoint, you must first perform incomplete media recovery. The current redo log of an open thread can be cleared. The current log of a closed thread can be cleared by switching logs in the closed thread.

  If the `CLEAR LOGFILE` statement is interrupted by a system or instance failure, then the database may hang. In this case, reissue the statement after the database is restarted. If the failure occurred because of I/O errors accessing one member of a log group, then that member can be dropped and other members added.

  > **See Also:**   "Clearing a Log File: Example" on page 10-60

### add_logfile_clauses
Use these clauses to add redo log file groups to the database and to add new members to existing redo log file groups.

**ADD LOGFILE Clause**   Use the `ADD LOGFILE` clause to add one or more redo log file groups to the specified thread or instance, making them available to the instance to which the thread is assigned.

To learn whether a logfile has been designated for online or standby database use, query the `TYPE` column of the `V$LOGFILE` dynamic performance view.

Cloudera Exhibit 1020 - Page 660 of 1808

Databricks_R2_PA_00002796

**See Also:**

- "LOGFILE Clause" on page 14-28 of CREATE DATABASE for information on the result of this clause for Oracle-managed files if you do not specify a name for the new log file group

- "Adding Redo Log File Groups: Examples" on page 10-58

- *Oracle Database Reference* for more information on V$LOGFILE

**INSTANCE**    The INSTANCE clause is applicable only if you are using Oracle Database with the Real Application Clusters option in parallel mode. Specify the name of the instance for which you want to add a logfile. The instance name is a string of up to 80 characters. Oracle Database automatically uses the thread that is mapped to the specified instance. If no thread is mapped to the specified instance, then Oracle Database automatically acquires an available unmapped thread and assigns it to that instance. If you specify neither this clause nor the THREAD clause, then Oracle Database executes the command as if you had specified the current instance. If the specified instance has no current thread mapping and there are no available unmapped threads, then Oracle Database returns an error.

**THREAD**    The THREAD clause has been deprecated. The INSTANCE clause achieves the same purpose and is easier to use. The THREAD clause is supported for backward compatibility. *integer* is the thread number. The number of threads you can create is limited by the value of the MAXINSTANCES parameter specified in the CREATE DATABASE statement.

**GROUP**    The GROUP clause uniquely identifies the redo log file group among all groups in all threads and can range from 1 to the value specified for MAXLOGFILES in the CREATE DATABASE statement. You cannot add multiple redo log file groups having the same GROUP value. If you omit this parameter, Oracle Database generates its value automatically. You can examine the GROUP value for a redo log file group through the dynamic performance view V$LOG.

***redo_log_file_spec***    Each *redo_log_file_spec* specifies a redo log file group containing one or more members (that is, one or more copies). If you do not specify a filename for the new log file, then Oracle Database creates Oracle-managed files according to the rules described in the "LOGFILE Clause" on page 14-28 of CREATE DATABASE.

Cloudera Exhibit 1020 - Page 661 of 1808

Databricks_R2_PA_00002797

ALTER DATABASE

**See Also:**

- *file_specification* on page 8-37
- *Oracle Database Reference* for information on dynamic performance views

**ADD [STANDBY] LOGFILE MEMBER Clause**    Use the `ADD LOGFILE MEMBER` clause to add new members to existing redo log file groups. Each new member is specified by `'filename'`. If the file already exists, it must be the same size as the other group members, and you must specify `REUSE`. If the file does not exist, Oracle Database creates a file of the correct size. You cannot add a member to a group if all of the members of the group have been lost through media failure.

You can specify `STANDBY` for symmetry, to indicate that the logfile member is for use only by a physical standby database. However, this keyword is not required. If group `integer` was added for standby database use, all of its members will be used only for standby databases as well.

You can specify an existing redo log file group in one of two ways:

**GROUP *integer***    Specify the value of the `GROUP` parameter that identifies the redo log file group.

***filename*(s)**    List all members of the redo log file group. You must fully specify each filename according to the conventions of your operating system.

**See Also:**

- "LOGFILE Clause" on page 14-28 of `CREATE DATABASE` for information on the result of this clause for Oracle-managed files if you do not specify a name for the new log file group
- "Adding Redo Log File Group Members: Example" on page 10-58

***drop_logfile_clauses***
Use these clauses to drop redo log file groups or redo log file members.

**DROP LOGFILE Clause**    Use the `DROP LOGFILE` clause to drop all members of a redo log file group. If you use this clause to drop Oracle-managed files, then Oracle Database also removes all log file members from disk. Specify a redo log file group as indicated for the `ADD LOGFILE MEMBER` clause.

Cloudera Exhibit 1020 - Page 662 of 1808

Databricks_R2_PA_00002798

- To drop the current log file group, you must first issue an `ALTER SYSTEM SWITCH LOGFILE` statement.

- You cannot drop a redo log file group if it needs archiving.

- You cannot drop a redo log file group if doing so would cause the redo thread to contain less than two redo log file groups.

> **See Also:** ALTER SYSTEM on page 11-79 and "Dropping Log File Members: Example" on page 10-58

**DROP LOGFILE MEMBER Clause**   Use the `DROP LOGFILE MEMBER` clause to drop one or more redo log file members. Each `'filename'` must fully specify a member using the conventions for filenames on your operating system.

- To drop a log file in the current log, you must first issue an `ALTER SYSTEM SWITCH LOGFILE` statement. Please refer to ALTER SYSTEM on page 11-79 for more information.

- You cannot use this clause to drop all members of a redo log file group that contains valid data. To perform that operation, use the `DROP LOGFILE` clause.

> **See Also:** "Dropping Log File Members: Example" on page 10-58

### supplemental_db_logging

Use these clauses to instruct Oracle Database to add or stop adding supplemental data into the log stream.

**ADD SUPPLEMENTAL LOG Clause**   Specify `ADD SUPPLEMENTAL LOG DATA` to enable **minimal supplemental logging**. Specify `ADD SUPPLEMENTAL LOG` `supplemental_id_key_clause` to enable column data logging in addition to minimal supplemental logging. Oracle Database does not enable either minimal supplemental logging or supplemental logging by default.

Minimal supplemental logging ensures that LogMiner (and any products building on LogMiner technology) will have sufficient information to support chained rows and various storage arrangements such as cluster tables.

If the redo generated on one database is to be the source of changes (to be mined and applied) at another database, as is the case with logical standby, then the affected rows need to be identified using column data (as opposed to rowids). In this case, you should specify the `supplemental_id_key_clause`.

Cloudera Exhibit 1020 - Page 663 of 1808

Databricks_R2_PA_00002799

You can query the appropriate columns in the V$DATABASE view to determine whether any supplemental logging has already been enabled.

You can issue this statement when the database is open. However, Oracle Database will invalidate all DML cursors in the cursor cache, which will have an effect on performance until the cache is repopulated.

For a full discussion of the *supplemental_id_clause*, please refer to *supplemental_id_key_clause* on page 16-30 in the documentation on CREATE TABLE.

> **See Also:** *Oracle Data Guard Concepts and Administration* for information on supplemental logging

### DROP SUPPLEMENTAL LOG Clause

Use this clause to stop supplemental logging.

- Specify DROP SUPPLEMENTAL LOG DATA to instruct Oracle Database to stop placing minimal additional log information into the redo log stream whenever an update operation occurs. If Oracle Database is doing column data supplemental logging specified with the *supplemental_id_key_clause*, then you must first stop the column data supplemental logging with the DROP SUPPLEMENTAL LOG *supplemental_id_key_clause* and then specify this clause.

- Specify DROP SUPPLEMENTAL LOG *supplemental_id_key_clause* to drop some or all of the system-generated supplemental log groups. You must specify the *supplemental_id_key_clause* if the supplemental log groups you want to drop were added using that clause.

> **See Also:** *Oracle Data Guard Concepts and Administration* for information on supplemental logging

### *controlfile_clauses*

The *controlfile_clauses* let you create or back up a control file.

### CREATE STANDBY CONTROLFILE Clause

The CREATE STANDBY CONTROLFILE clause lets you create a control file to be used to maintain a physical or logical standby database. If the file already exists, you must specify REUSE.

> **See Also:** *Oracle Data Guard Concepts and Administration*

Databricks_R2_PA_00002800

## BACKUP CONTROLFILE Clause

Use the `BACKUP CONTROLFILE` clause to back up the current control file. The database must be open or mounted when you specify this clause.

**TO '*filename*'**    Specify the file to which the control file is backed up. You must fully specify the `filename` using the conventions for your operating system. If the specified file already exists, you must specify `REUSE`.

**TO TRACE**    Specify `TO TRACE` if you want Oracle Database to write SQL statements to a trace file rather than making a physical backup of the control file. You can use SQL statements written to the trace file to start up the database, re-create the control file, and recover and open the database appropriately, based on the created control file. If you issue an `ALTER DATABASE BACKUP CONTROLFILE TO TRACE` statement while block change tracking is enabled, the resulting script will contain a command to reenable block change tracking.

This statement issues an implicit `ALTER DATABASE REGISTER LOGFILE` statement, which creates incarnation records if the archived log files reside in the current archivelog destinations.

You can copy the statements from the trace file into a script file, edit the statements as necessary, and use the script if all copies of the control file are lost (or to change the size of the control file).

- Specify `AS` `filename` if you want Oracle Database to place the script into a file called `filename` rather than into the standard trace file.

- Specify `REUSE` to allow Oracle Database to overwrite any existing file called `filename`.

- `RESETLOGS` indicates that the SQL statement written to the trace file for starting the database is `ALTER DATABASE OPEN RESETLOGS`. This setting is valid only if the online logs are unavailable.

- `NORESETLOGS` indicates that the SQL statement written to the trace file for starting the database is `ALTER DATABASE OPEN NORESETLOGS`. This setting is valid only if all the online logs are available.

If you cannot predict the future state of the online logs, specify neither `RESETLOGS` nor `NORESETLOGS`. In this case, Oracle Database puts both versions of the script into the trace file, and you can choose which version is appropriate when the script becomes necessary.

Cloudera Exhibit 1020 - Page 665 of 1808

Databricks_R2_PA_00002801

### *standby_database_clauses*

Use these clauses to activate the standby database or to specify whether it is in protected or unprotected mode.

> **See Also:** *Oracle Data Guard Concepts and Administration* for descriptions of physical and logical the standby database and for information on maintaining and using standby databases

### *activate_standby_db_clause*

The `ACTIVATE STANDBY DATABASE` clause changes the state of a standby database to an active database and prepares it to become the primary database. The database must be mounted before you can specify this clause.

**PHYSICAL**   Specify `PHYSICAL` to activate a physical standby database. This is the default.

**LOGICAL**   Specify `LOGICAL` to activate a logical standby database. If you have more than one logical standby database, you should first ensure that the same log data is available on all the standby systems.

**SKIP [STANDBY LOGFILE]**   This clause applies only to physical standby databases. Use this clause to force the operation to proceed even if standby redo logfiles contain data that could be recovered using the `RECOVER MANAGED STANDBY DATABASE FINISH` command.

> **Note:**   Oracle recommends that you always use the `RECOVER MANAGED STANDBY DATABASE FINISH` statement for physical standby even if you do not use standby redo logfiles. Use the `SKIP` clause only if it is acceptable to discard the contents of the standby redo log.

### *maximize_standby_db_clause*

Use this clause to specify the level of protection for the data in your database environment. You specify this clause from the primary database, which must be mounted but not open.

Cloudera Exhibit 1020 - Page 666 of 1808

Databricks_R2_PA_00002802

> **Note:** The `PROTECTED` and `UNPROTECTED` keywords have been replaced for clarity but are still supported. `PROTECTED` is equivalent to `TO MAXIMIZE PROTECTION`. `UNPROTECTED` is equivalent to `TO MAXIMIZE PERFORMANCE`.

**TO MAXIMIZE PROTECTION**    This setting establishes **maximum protection mode** and offers the highest level of data protection. A transaction does not commit until all data needed to recover that transaction has been written to at least one physical standby database that is configured to use the `SYNC` log transport mode. If the primary database is unable to write the redo records to at least one such standby database, the primary database is shut down. This mode guarantees zero data loss, but it has the greatest potential impact on the performance and availability of the primary database.

**TO MAXIMIZE AVAILABILITY**    This setting establishes **maximum availability mode** and offers the next highest level of data protection. A transaction does not commit until all data needed to recover that transaction has been written to at least one physical or logical standby database that is configured to use the `SYNC` log transport mode. Unlike maximum protection mode, the primary database does not shut down if it is unable to write the redo records to at least one such standby database. Instead, the protection is lowered to maximum performance mode until the fault has been corrected and the standby database has caught up with the primary database. This mode guarantees zero data loss unless the primary database fails while in maximum performance mode. Maximum availability mode provides the highest level of data protection that is possible without affecting the availability of the primary database.

**TO MAXIMIZE PERFORMANCE**    This setting establishes **maximum performance mode** and is the default setting. A transaction commits before the data needed to recover that transaction has been written to a standby database. Therefore, some transactions may be lost if the primary database fails and you are unable to recover the redo records from the primary database. This mode provides the highest level of data protection that is possible without affecting the performance of the primary database.

To determine the current mode of the database, query the `PROTECTION_MODE` column of the `V$DATABASE` dynamic performance view.

> **See Also:** *Oracle Data Guard Concepts and Administration* for full information on using these standby database settings

Cloudera Exhibit 1020 - Page 667 of 1808

Databricks_R2_PA_00002803

### register_logfile_clause

Specify the REGISTER LOGFILE clause from the standby database to manually register log files from the failed primary. Use the redo_log_file_spec form of `file_specification` (see *file_specification* on page 8-37) to list regular redo log files in an operating system file system or to list Automatic Storage Management disk group redo log files.

When a log file is from an unknown incarnation, the REGISTER LOGFILE clause causes an incarnation record to be added to the V$DATABASE_INCARNATION view. If the newly registered log file belongs to an incarnation having a higher RESETLOGS_TIME than the current RECOVERY_TARGET_INCARNATION#, the REGISTER LOGFILE clause also causes RECOVERY_TARGET_INCARNATION# to be changed to correspond to the newly added incarnation record.

**OR REPLACE**  Specify OR REPLACE to allow an existing archivelog entry in the standby database to be updated, for example, when its location or file specification changes. The system change numbers of the entries must match exactly, and the original entry must have been created by the managed standby log transmittal mechanism.

**FOR *logminer_session_name***  This clause is useful in a Streams environment. It lets you register the log file with one specified LogMiner session.

### commit_switchover_clause

Use this clause to perform a graceful switchover, in which the current primary database takes on standby status, and one standby database becomes the primary database. In a Real Application Clusters environment, all instances other than the instance from which you issue this statement must be shut down normally.

**PREPARE TO SWITCHOVER**  The PREPARE TO SWITCHOVER clause prepares the primary and standby databases to begin exchanging log files in preparation for the switchover.

- From the primary database, specify PREPARE TO SWITCHOVER TO STANDBY to enable the primary database to begin accepting log files from one of its logical standby databases.

- From the logical standby database, specify this clause to build and send its LogMiner dictionary to the primary before the switchover is committed.

**COMMIT TO SWITCHOVER**  The COMMIT TO SWITCHOVER completes the switchover operation.

Cloudera Exhibit 1020 - Page 668 of 1808

Databricks_R2_PA_00002804

- On the primary database, specify `COMMIT TO SWITCHOVER TO STANDBY` to perform a graceful database switchover of the primary database to standby database status. The primary database must be open.

- On one of the standby databases, issue a `COMMIT TO SWITCHOVER TO PRIMARY` statement to perform a graceful switchover of this standby database to primary status. The standby database must be mounted or open in `READ ONLY` mode.

- Specify `PHYSICAL` to prepare the primary database to run in the role of a physical standby database.

  - If you specify `WITH SESSION SHUTDOWN`, Oracle Database shuts down any open application sessions and rolls back uncommitted transactions as part of the execution of this statement. If you omit this clause or specify `WITHOUT SESSION SHUTDOWN` (which is the default), the statement fails if any application sessions are open.

    **Restriction on `WITH SESSION SHUTDOWN`**: This clause is not necessary or supported for a logical database.

  - Specify `WAIT` if you want Oracle Database to return control after the completion of the `SWITCHOVER` command. Specify `NOWAIT` if you want Oracle Database to return control before the switchover operation is complete. The default is `WAIT`.

- Specify `LOGICAL` to prepare the primary database to run in the role of a logical standby database. If you specify `LOGICAL`, you must then issue an `ALTER DATABASE START LOGICAL STANDBY APPLY` statement.

**CANCEL**    Specify `CANCEL` to cancel the switchover from primary to standby database. This clause is necessary to stop the shipping of log files from the standby database to the primary database.

> **See Also:** *Oracle Data Guard Concepts and Administration* for full information on graceful switchover between primary and standby databases

### start_standby_clause

Specify the `START LOGICAL STANDBY APPLY` clause to begin applying redo logs to a logical standby database.

- Specify `IMMEDIATE` to let LogMiner read the redo data out of the standby redo log files.

Cloudera Exhibit 1020 - Page 669 of 1808

Databricks_R2_PA_00002805

- Specify `NODELAY` if you want Oracle Database to ignore a delay for this apply. This is useful if the primary database is no longer present, which would otherwise require a PL/SQL call to be made.

- Specify `INITIAL` the first time you apply the logs to the standby database.

- Specify `NEW PRIMARY` after the `ALTER DATABASE COMMIT TO SWITCHOVER TO LOGICAL STANDBY` statement or when a standby database has completed processing logs from one primary and now a new database becomes the primary.

- Specify `SKIP FAILED` [`TRANSACTION`] to skip the last transaction in the events table and restart the apply.

- Specify `FINISH` to force the standby redo logfile information into archived logs. If the primary database becomes disabled, you can then apply the data in the redo log files.

### stop_standby_clause
Use this clause to stop the log apply services. This clause applies only to logical standby databases, not to physical standby databases. Use the `STOP` clause to stop the apply in an orderly fashion.

### default_settings_clauses
Use these clauses to modify the default settings of the database.

### CHARACTER SET, NATIONAL CHARACTER SET
You can no longer change the database character set or the national character set using the `ALTER DATABASE` statement. Please refer to *Oracle Database Globalization Support Guide* for information on database character set migration.

### SET DEFAULT TABLESPACE Clause
Use this clause to specify or change the default type of subsequently created tablespaces. Specify `BIGFILE` or `SMALLFILE` to indicate whether the tablespaces should be bigfile or smallfile tablespaces.

- A **bigfile tablespace** contains only one datafile or tempfile, which can contain up to $2^{32}$ or 4G blocks. The maximum size of the single datafile or tempfile is 128 terabytes (TB) for a tablespace with 32K blocks and 32TB for a tablespace with 8K blocks.

- A **smallfile tablespace** is a traditional Oracle tablespace, which can contain 1022 datafiles or tempfiles, each of which can contain up to $2^{22}$ or 4M blocks.

Cloudera Exhibit 1020 - Page 670 of 1808

Databricks_R2_PA_00002806

**See Also:**

- *Oracle Database Administrator's Guide* for more information about bigfile tablespaces

- "Setting the Default Type of Tablespaces: Example" on page 10-59

### DEFAULT TABLESPACE Clause

Specify this clause to establish or change the default permanent tablespace of the database. The tablespace you specify must already have been created. After this operation completes, Oracle Database automatically reassigns to the new default tablespace all non-SYSTEM users who have not explicitly been assigned a default tablespace. All objects subsequently created by those users will be stored in the new default tablespace. If you are replacing a previously specified default tablespace, you can move the previously created objects from the old to the new default tablespace, and then drop the old default tablespace if you wish.

### DEFAULT TEMPORARY TABLESPACE Clause

Specify this clause to change the default temporary tablespace of the database to a new tablespace or tablespace group.

- Specify `tablespace` to indicate the new default temporary tablespace of the database. After this operation completes, Oracle Database automatically reassigns to the new default temporary tablespace all users who had been assigned to the old default temporary tablespace. You can then drop the old default temporary tablespace if you wish.

- Specify `tablespace_group_name` to indicate that all tablespaces in the tablespace group specified by `tablespace_group_name` are now default temporary tablespace for the database. After this operation completes, users who have not been explicitly assigned a default temporary tablespace can create temporary segments in any of the tablespaces that are part of `tablespace_group_name`. You cannot drop the old default temporary tablespace if it is part of the default temporary tablespace group.

To learn the name of the current default temporary tablespace or default temporary tablespace group, query the `TEMPORARY_TABLESPACE` column of the `ALL_`, `DBA-`, or `USER_USERS` data dictionary views.

### Restrictions on Default Temporary Tablespaces

- The tablespace you assign or reassign as the default temporary tablespace must have a standard block size.

Cloudera Exhibit 1020 - Page 671 of 1808

Databricks_R2_PA_00002807

ALTER DATABASE

___

- If the SYSTEM tablespace is locally managed, the tablespace you specify as the default temporary tablespace must also be locally managed.

  **See Also:**

  - *Oracle Database Administrator's Guide* for information on tablespace groups

  - "Changing the Default Temporary Tablespace: Examples" on page 10-59

### *redo_thread_clauses*

Use these clauses to enable and disable a thread of redo or log file group.

### ENABLE | DISABLE INSTANCE Clause

In an Oracle Real Application Clusters environment, specify ENABLE INSTANCE to enable the thread that is mapped to the specified database instance. The thread must have at least two redo log file groups, and the database must be open.

Specify DISABLE INSTANCE to disable the thread that is mapped to the specified database instance. The name of the instance is a string of up to 80 characters. If no thread is currently mapped to the specified instance, then Oracle Database returns an error. The database must be open, but you cannot disable a thread if an instance using it has the database mounted.

### ENABLE | DISABLE THREAD Clause

This clause has been deprecated, because the ENABLE | DISABLE INSTANCE clause achieves the same purpose and is easier to use. The ENABLE | DISABLE THREAD clause is supported for backward compatibility. Specify ENABLE THREAD to enable the specified thread of redo log file groups. The thread must have at least two redo log file groups before you can enable it. The database must be open.

**PUBLIC**   Specify PUBLIC to make the enabled thread available to any instance that does not explicitly request a specific thread with the initialization parameter THREAD. The PUBLIC keyword is not valid with DISABLE THREAD. If you omit PUBLIC, then the thread is available only to the instance that explicitly requests it with the initialization parameter THREAD.

Specify DISABLE THREAD to disable the specified thread, making it unavailable to all instances. The database must be open, but you cannot disable a thread if an instance using it has the database mounted.

Cloudera Exhibit 1020 - Page 672 of 1808

Databricks_R2_PA_00002808

> **See Also:**  *Real Application Clusters Administration* for more
> information on enabling and disabling threads and "Disabling and
> Enabling a Real Application Clusters Thread: Examples" on
> page 10-59

### RENAME GLOBAL_NAME Clause

Specify `RENAME GLOBAL_NAME` to change the global name of the database. The
*database* is the new database name and can be as long as eight bytes. The optional
*domain* specifies where the database is effectively located in the network hierarchy.
The database must be open.

> **Note:**  Renaming your database does not change global references
> to your database from existing database links, synonyms, and
> stored procedures and functions on remote databases. Changing
> such references is the responsibility of the administrator of the
> remote databases.

> **See Also:**  *Oracle Database Heterogeneous Connectivity
> Administrator's Guide* for more information on global names and
> "Changing the Global Database Name: Example" on page 10-60

### BLOCK CHANGE TRACKING Clauses

The **block change tracking** feature causes Oracle Database to keep track of the
physical locations of all database updates. This information is maintained in a
separate file called the block change tracking file. If you are using Oracle-managed
files, Oracle Database automatically creates the block change tracking file in the
location specified by `DB_CREATE_FILE_DEST`. If you are not using
Oracle-managed files, you must specify the change tracking filename. Oracle
Database uses change tracking data for some internal tasks, such as increasing the
performance of incremental backups. You can enable or disable block change
tracking with the database either open or mounted, in either archivelog or
noarchivelog mode.

**ENABLE BLOCK CHANGE TRACKING**    This clause enables block change tracking
and causes Oracle Database to create a block change tracking file.

■    Specify `USING FILE '`*filename*`'` if you want to name the block change tracking
file instead of letting Oracle Database generate a name for it. You must specify
this clause if you are not using Oracle-managed files.

Cloudera Exhibit 1020 - Page 673 of 1808

Databricks_R2_PA_00002809

- Specify `REUSE` to allow Oracle Database to overwrite an existing block change tracking file of the same name.

**DISABLE BLOCK CHANGE TRACKING**  Specify this clause if you want Oracle Database to stop tracking changes and delete the existing block change tracking file.

> **See Also:**  *Oracle Database Backup and Recovery Basics* for information on setting up block change tracking and "Enabling and Disabling Block Change Tracking: Examples" on page 10-60

### flashback_mode_clause

Use this clause to put the database in or take the database out of `FLASHBACK` mode. You can specify this clause only if the database is in archivelog mode and you have already prepared a flash recovery area for the database.You can specify this clause when the database is mounted in exclusive mode but not open.

> **See Also:**  *Oracle Database Backup and Recovery Basics* for information on preparing the flash recovery area for Flashback operations

**FLASHBACK ON**  Use this clause to put the database in `FLASHBACK` mode. When the database is in `FLASHBACK` mode, Oracle Database automatically creates and manages Flashback Database logs in the flash recovery area. Users with SYSDBA system privilege can then issue a `FLASHBACK DATABASE` statement.

**FLASHBACK OFF**  Use this clause to take the database out of `FLASHBACK` mode. Oracle Database stops logging Flashback data and deletes all existing Flashback Database logs. Any attempt to issue a `FLASHBACK DATABASE` will fail with an error.

### set_time_zone_clause

This clause has the same semantics in `CREATE DATABASE` and `ALTER DATABASE` statements. When used in with `ALTER DATABASE`, this clause resets the time zone of the database. To determine the time zone of the database, query the built-in function DBTIMEZONE on page 7-60. After setting or changing the time zone with this clause, you must restart the database for the new time zone to take effect.

Oracle Database normalizes all new `TIMESTAMP WITH LOCAL TIME ZONE` data to the time zone of the database when the data is stored on disk.Oracle Database does not automatically update existing data in the database to the new time zone. Therefore, you cannot reset the database time zone if there is any `TIMESTAMP WITH LOCAL TIME ZONE` data in the database. You must first delete or export the

Cloudera Exhibit 1020 - Page 674 of 1808

Databricks_R2_PA_00002810

`TIMESTAMP WITH LOCAL TIME ZONE` data and then reset the database time zone. For this reason, Oracle does not encourage you to change the time zone of a database that contains data.

For a full description of this clause, please refer to *set_time_zone_clause* on page 14-37 in the documentation on `CREATE DATABASE`.

### security_clause

Use the `security_clause` (`GUARD`) to protect data in the database from being changed. You can override this setting for a current session using the `ALTER SESSION DISABLE GUARD` statement. Please refer to ALTER SESSION on page 11-59 for more information.

**ALL**   Specify `ALL` to prevent all users other than `SYS` from making changes to any data in the database.

**STANDBY**   Specify `STANDBY` to prevent all users other than `SYS` from making changes to any database object being maintained by logical standby. This setting is useful if you want report operations to be able to modify data as long as it is not being replicated by logical standby.

> **See Also:**   *Oracle Data Guard Concepts and Administration* for information on logical standby

**NONE**   Specify `NONE` if you want normal security for all data in the database.

## Examples

**READ ONLY / READ WRITE: Example**   The following statement opens the database in read-only mode:

```
ALTER DATABASE OPEN READ ONLY;
```

The following statement opens the database in read/write mode and clears the online redo logs:

```
ALTER DATABASE OPEN READ WRITE RESETLOGS;
```

**Using Parallel Recovery Processes: Example**   The following statement performs tablespace recovery using parallel recovery processes:

```
ALTER DATABASE
   RECOVER TABLESPACE tbs_03
```

Cloudera Exhibit 1020 - Page 675 of 1808

Databricks_R2_PA_00002811

ALTER DATABASE

```
    PARALLEL;
```

**Adding Redo Log File Groups: Examples**    The following statement adds a redo log file group with two members and identifies it with a GROUP parameter value of 3:

```
ALTER DATABASE
  ADD LOGFILE GROUP 3
    ('diska:log3.log' ,
     'diskb:log3.log') SIZE 50K;
```

The following statement adds a redo log file group containing two members to thread 5 (in a Real Application Clusters environment) and assigns it a GROUP parameter value of 4:

```
ALTER DATABASE
    ADD LOGFILE THREAD 5 GROUP 4
        ('diska:log4.log',
         'diskb:log4.log');
```

**Adding Redo Log File Group Members: Example**    The following statement adds a member to the redo log file group added in the previous example:

```
ALTER DATABASE
  ADD LOGFILE MEMBER 'diskc:log3.log'
  TO GROUP 3;
```

**Dropping Log File Members: Example**    The following statement drops one redo log file member added in the previous example:

```
ALTER DATABASE
    DROP LOGFILE MEMBER 'diskb:log3.log';
```

The following statement drops all members of the redo log file group 3:

```
ALTER DATABASE DROP LOGFILE GROUP 3;
```

**Renaming a Log File Member: Example**    The following statement renames a redo log file member:

```
ALTER DATABASE
    RENAME FILE 'diskc:log3.log' TO 'diskb:log3.log';
```

The preceding statement only changes the member of the redo log group from one file to another. The statement does not actually change the name of the file

Cloudera Exhibit 1020 - Page 676 of 1808

Databricks_R2_PA_00002812

`diskc:log3.log` to `diskb:log3.log`. You must perform this operation through your operating system.

**Setting the Default Type of Tablespaces: Example**   The following statement specifies that subsequently created tablespaces be created as bigfile tablespaces by default:

```
ALTER DATABASE
    SET DEFAULT BIGFILE TABLESPACE;
```

**Changing the Default Temporary Tablespace: Examples**   The following statement makes the `tbs_5` tablespace (created in "Creating a Temporary Tablespace: Example" on page 16-97) the default temporary tablespace of the database. This statement either establishes a default temporary tablespace if none was specified at create time, or replaces an existing default temporary tablespace with `tbs_05`:

```
ALTER DATABASE
    DEFAULT TEMPORARY TABLESPACE tbs_05;
```

Alternatively, a group of tablespaces can be defined as the default temporary tablespace by using a tablespace group. The following statement makes the tablespaces in the tablespace group `tbs_group_01` (created in "Adding a Temporary Tablespace to a Tablespace Group: Example" on page 16-97) the default temporary tablespaces of the database:

```
ALTER DATABASE
    DEFAULT TEMPORARY TABLESPACE tbs_grp_01;
```

**Disabling and Enabling a Real Application Clusters Thread: Examples**   The following statement disables thread 5 in a Real Application Clusters environment:

```
ALTER DATABASE
    DISABLE THREAD 5;
```

The following statement enables thread 5 in a Real Application Clusters environment, making it available to any Oracle Database instance that does not explicitly request a specific thread:

```
ALTER DATABASE
    ENABLE PUBLIC THREAD 5;
```

**Creating a New Datafile: Example**   The following statement creates a new datafile `tbs_f04.dbf` based on the file `tbs_f03.dbf`. Before creating the new datafile, you must take the existing datafile (or the tablespace in which it resides) offline.

Cloudera Exhibit 1020 - Page 677 of 1808

Databricks_R2_PA_00002813

ALTER DATABASE

```
ALTER DATABASE
    CREATE DATAFILE 'tbs_f03.dbf'
                AS 'tbs_f04.dbf';
```

**Changing the Global Database Name: Example**   The following statement changes the global name of the database and includes both the database name and domain:

```
ALTER DATABASE
    RENAME GLOBAL_NAME TO demo.world.oracle.com;
```

**Enabling and Disabling Block Change Tracking: Examples**   The following statement enables block change tracking and causes Oracle Database to create a block change tracking file named `tracking_file` and overwrite the file if it already exists:

```
ALTER DATABASE
  ENABLE BLOCK CHANGE TRACKING
    USING FILE 'tracking_file' REUSE;
```

The following statement disables block change tracking and deletes the existing block change tracking file:

```
ALTER DATABASE
  DISABLE BLOCK CHANGE TRACKING;
```

**Resizing a Datafile: Example**   The following statement attempts to change the size of datafile `disk1:db1.dat`:

```
ALTER DATABASE
    DATAFILE 'disk1:db1.dat' RESIZE 10 M;
```

**Clearing a Log File: Example**   The following statement clears a log file:

```
ALTER DATABASE
    CLEAR LOGFILE 'diskc:log3.log';
```

**Database Recovery: Examples**   The following statement performs complete recovery of the entire database, letting Oracle Database generate the name of the next archived redo log file needed:

```
ALTER DATABASE
  RECOVER AUTOMATIC DATABASE;
```

The following statement explicitly names a redo log file for Oracle Database to apply:

Cloudera Exhibit 1020 - Page 678 of 1808

Databricks_R2_PA_00002814

```
ALTER DATABASE
    RECOVER LOGFILE 'diskc:log3.log';
```

The following statement recovers the standby datafile /finance/stbs_21.f, using the corresponding datafile in the original standby database, plus all relevant archived logs and the current standby database control file:

```
ALTER DATABASE
   RECOVER STANDBY DATAFILE '/finance/stbs_21.f'
   UNTIL CONTROLFILE;
```

The following statement performs time-based recovery of the database:

```
ALTER DATABASE
    RECOVER AUTOMATIC UNTIL TIME '2001-10-27:14:00:00';
```

Oracle Database recovers the database until 2:00 p.m. on October 27, 2001.

For an example of recovering a tablespace, see "Using Parallel Recovery Processes: Example" on page 10-57.

**Recovering a Managed Standby Database: Examples**   The following statement recovers the standby database in managed standby recovery mode:

```
ALTER DATABASE
   RECOVER MANAGED STANDBY DATABASE;
```

The following statement puts the database in managed standby recovery mode. The managed recovery process will wait up to 60 minutes for the next archive log:

```
ALTER DATABASE
   RECOVER MANAGED STANDBY DATABASE TIMEOUT 60;
```

 If each subsequent log arrives within 60 minutes of the last log, recovery continues indefinitely or until manually terminated.

The following statement terminates the managed recovery operation:

```
ALTER DATABASE
   RECOVER MANAGED STANDBY DATABASE CANCEL IMMEDIATE;
```

The managed recovery operation terminates before the next group of redo is read from the current redo log file. Media recovery ends during the process of applying redo from the current redo log file.

Cloudera Exhibit 1020 - Page 679 of 1808

Databricks_R2_PA_00002815

ALTER DIMENSION

# ALTER DIMENSION

## Purpose

Use the `ALTER DIMENSION` statement to change the hierarchical relationships or dimension attributes of a dimension.

> **See Also:** CREATE DIMENSION on page 14-45 and DROP DIMENSION on page 17-73

## Prerequisites

The dimension must be in your schema or you must have the `ALTER ANY DIMENSION` system privilege to use this statement.

A dimension is always altered under the rights of the owner.

Cloudera Exhibit 1020 - Page 680 of 1808

Databricks_R2_PA_00002816

## Syntax

**alter_dimension::=**



(*level_clause::=* on page 10-63, *hierarchy_clause::=* on page 10-64, *attribute_clause::=* on page 10-64, *extended_attribute_clause::=* on page 10-64)

**level_clause::=**



Cloudera Exhibit 1020 - Page 681 of 1808

Databricks_R2_PA_00002817

ALTER DIMENSION

**hierarchy_clause::=**



(*dimension_join_clause::=* on page 10-64)

**dimension_join_clause::=**



**attribute_clause::=**



**extended_attribute_clause::=**



## Semantics

The following keywords, parameters, and clauses have meaning unique to ALTER DIMENSION. Keywords, parameters, and clauses that do not appear here have the same functionality that they have in the CREATE DIMENSION statement. Please refer to CREATE DIMENSION on page 14-45 for more information.

### schema

Specify the schema of the dimension you want to modify. If you do not specify *schema*, Oracle Database assumes the dimension is in your own schema.

Cloudera Exhibit 1020 - Page 682 of 1808

Databricks_R2_PA_00002818

### *dimension*

Specify the name of the dimension. This dimension must already exist.

### ADD

The `ADD` clauses let you add a level, hierarchy, or attribute to the dimension. Adding one of these elements does not invalidate any existing materialized view.

Oracle Database processes `ADD LEVEL` clauses prior to any other `ADD` clauses.

### DROP

The `DROP` clauses let you drop a level, hierarchy, or attribute from the dimension. Any level, hierarchy, or attribute you specify must already exist.

Within one attribute, you can drop one or more level-to-column relationships associated with one level.

**Restriction on DROP**   If any attributes or hierarchies reference a level, you cannot drop the level until you either drop all the referencing attributes and hierarchies or specify `CASCADE`.

**CASCADE**   Specify `CASCADE` if you want Oracle Database to drop any attributes or hierarchies that reference the level, along with the level itself.

**RESTRICT**   Specify `RESTRICT` if you want to prevent Oracle Database from dropping a level that is referenced by any attributes or hierarchies. This is the default.

### COMPILE

Specify `COMPILE` to explicitly recompile an invalidated dimension. Oracle Database automatically compiles a dimension when you issue an `ADD` clause or `DROP` clause. However, if you alter an object referenced by the dimension (for example, if you drop and then re-create a table referenced in the dimension), Oracle Database invalidates, and you must recompile it explicitly.

## Example

**Modifying a Dimension: Examples**   The following examples modify the `customers_dim` dimension in the sample schema `sh`:

```
ALTER DIMENSION customers_dim
   DROP ATTRIBUTE country;
```

Cloudera Exhibit 1020 - Page 683 of 1808

Databricks_R2_PA_00002819

ALTER DIMENSION

```
ALTER DIMENSION customers_dim
   ADD LEVEL zone IS customers.cust_postal_code
   ADD ATTRIBUTE zone DETERMINES (cust_city);
```

Cloudera Exhibit 1020 - Page 684 of 1808

# ALTER DISKGROUP

> **Note:** This SQL statement is valid only if you are using Automatic Storage Management and you have started an Automatic Storage Management instance. You must issue this statement from within the Automatic Storage Management instance, not from a normal database instance. For information on starting an Automatic Storage Management instance, please refer to *Oracle Database Administrator's Guide*.

## Purpose

The `ALTER DISKGROUP` statement lets you perform a number of operations on a disk group or on the disks in a disk group.

**See Also:**

- CREATE DISKGROUP on page 14-55 for information on creating disk groups

- *Oracle Database Administrator's Guide* for information on Automatic Storage Management and using disk groups to simplify database administration

## Prerequisites

You must have the `SYSDBA` system privilege to issue this statement, and you must have an Automatic Storage Management instance started from which you issue this statement. The disk group to be modified must be mounted.

The `SYSOPER` role permits the following subset of the `ALTER DISKGROUP` operations: `diskgroup_availability_clause`, `balance_diskgroup_clause`, `check_diskgroup_clause`.

Cloudera Exhibit 1020 - Page 685 of 1808

Databricks_R2_PA_00002821

ALTER DISKGROUP

## Syntax

**alter_diskgroup::=**



(*disk_clauses::=* on page 10-68, *diskgroup_clauses::=* on page 10-68)

**disk_clauses::=**



(*add_disk_clause::=* on page 10-69, *drop_disk_clauses::=* on page 10-70, *resize_disk_clauses::=* on page 10-70, *undrop_disk_clause::=* on page 10-70)

**diskgroup_clauses::=**



(*rebalance_diskgroup_clause::=* on page 10-70, *check_diskgroup_clauses::=* on page 10-71, *diskgroup_template_clauses::=* on page 10-71, *diskgroup_directory_clauses::=* on

Cloudera Exhibit 1020 - Page 686 of 1808

Databricks_R2_PA_00002822

page 10-72, *diskgroup_alias_clauses::=* on page 10-72, *drop_diskgroup_file_clause::=* on page 10-72, *diskgroup_availability::=* on page 10-72)

**add_disk_clause::=**



(*qualified_disk_clause::=* on page 10-69)

**qualified_disk_clause::=**



(*size_clause::=* on page 10-69)

**size_clause::=**



Cloudera Exhibit 1020 - Page 687 of 1808

Databricks_R2_PA_00002823

ALTER DISKGROUP

**drop_disk_clauses::=**



**resize_disk_clauses::=**



(*size_clause::=* on page 10-69)

**undrop_disk_clause::=**



**rebalance_diskgroup_clause::=**



Cloudera Exhibit 1020 - Page 688 of 1808

Databricks_R2_PA_00002824

**check_diskgroup_clauses::=**



**diskgroup_template_clauses::=**



(*qualified_template_clause::=* on page 10-71)

**qualified_template_clause::=**



Cloudera Exhibit 1020 - Page 689 of 1808

Databricks_R2_PA_00002825

ALTER DISKGROUP

**diskgroup_directory_clauses::=**



**diskgroup_alias_clauses::=**



**drop_diskgroup_file_clause::=**



**diskgroup_availability::=**



Cloudera Exhibit 1020 - Page 690 of 1808

Databricks_R2_PA_00002826

## Semantics

### *disk_clauses*
Use these clauses to operate on one or more disks within a disk group.

### *diskgroup_name*
Specify the name of the disk group you want to modify. To determine the names of existing disk groups, query the V$OSM_DISKGROUP dynamic performance view.

### *add_disk_clause*
Use this clause to add one or more disks to the disk group and specify attributes for the newly added disk. Automatic Storage Management automatically rebalances the disk group as part of this operation.

You cannot use this clause to change the failure group of a disk. Instead you must drop the disk from the disk group and then add the disk back into the disk group as part of the new failure group.

To determine the names of the disks already in this disk group, query the V$OSM_ DISK dynamic performance view.

**FAILGROUP Clause**   Use this clause to assign the newly added disk to a failure group. If you omit this clause and you are adding the disk to a normal or high redundancy disk group, then Oracle Database automatically adds the newly added disk to its own failure group. The implicit name of the failure group is the same as the operating system independent disk name (see "NAME Clause" on page 14-59)

You cannot specify this clause if you are creating an external redundancy disk group.

### *qualified_disk_clause*
This clause has the same semantics in CREATE DISKGROUP and ALTER DISKGROUP statements. For complete information on this clause, please refer to *qualified_disk_ clause* on page 14-58 in the documentation on CREATE DISKGROUP.

### *drop_disk_clauses*
Use this clause to drop one or more disks from the disk group.

**DROP DISK**   The DROP DISK clause lets you drop one or more disks from the disk group and automatically rebalance the disk group. When you drop a disk,

Cloudera Exhibit 1020 - Page 691 of 1808

Databricks_R2_PA_00002827

Automatic Storage Management relocates all the data from the disk and clears the disk header so that it no longer is part of the disk group.

**DROP DISKS IN FAILGROUP**   The `DROP DISKS IN FAILGROUP` clause lets you drop all the disks in the specified failure group. The behavior is otherwise the same as that for the `DROP DISK` clause.

**FORCE | NOFORCE**   These keywords let you specify when the disk is considered to be no longer part of the disk group. The default and recommended setting is `NOFORCE`.

- When you specify `NOFORCE`, Automatic Storage Management reallocates all of the extents of the disk to other disks and then expels the disk from the disk group and rebalances the disk group.

- When you specify `FORCE`, Oracle Database expels the disk from the disk group immediately. It then reconstructs the data from the redundant copies on other disks, reallocates the data to other disks, and rebalances the disk group.

  The `FORCE` clause can be useful, for example, if Automatic Storage Management can no longer read the disk to be dropped. However, it is more time consuming than a `NOFORCE` drop, and it can leave portions of a file with reduced protection. You cannot specify `FORCE` for an external redundancy disk group at all, because in the absence of redundant data on the disk, Automatic Storage Management must read the data from the disk before it can be dropped.

The rebalance operation invoked when a disk is dropped is time consuming, regardless whether you specify `FORCE` or `NOFORCE`. You can monitor the progress by querying the `V$OSM_OPERATION` dynamic performance view. Please refer to *rebalance_diskgroup_clause* on page 10-75 for more information on rebalance operations.

### resize_disk_clauses
Use these clauses to specify a new size for one or more disks in the disk group. These clauses let you override the size being returned by the operating system or the size you specified previously for the disks.

**RESIZE ALL**   Specify this clause to perform a resize operation on every disk in the disk group.

**RESIZE DISK**   Specify this clause to resize only the specified disk.

Cloudera Exhibit 1020 - Page 692 of 1808

Databricks_R2_PA_00002828

**RESIZE DISKS IN FAILGROUP**  Specify this clause to resize every disk in the specified failure group.

**SIZE**  Specify the size of the disk in kilobytes, megabytes, gigabytes, or terabytes. You cannot specify a size greater than the capacity of the disk. If you specify a size smaller than the disk capacity, then you limit the amount of disk space Automatic Storage Management will use. If you omit this clause, then Automatic Storage Management uses the size being returned by the operating system.

### undrop_disk_clause
Use this clause to cancel the drop of disks from the disk group. You can cancel the pending drop of all the disks in one or more disk groups (by specifying *diskgroup_name*) or of all the disks in all disk groups (by specifying ALL).

This clause is not relevant for disks that have already been completely dropped from the disk group or for disk groups that have been completely dropped. This clause results in a long-running operation. You can see the status of the operation by querying the V$OSM_OPERATION dynamic performance view.

> **See Also:**  V$OSM_OPERATION for more information on the details of long-running Automatic Storage Management operations

### diskgroup_clauses
Use these clauses to operate on entire disk groups.

### rebalance_diskgroup_clause
Use this clause to manually rebalance the disk group. Automatic Storage Management redistributes datafiles evenly across all drives. This clause is rarely necessary, because Automatic Storage Management allocates files evenly and automatically rebalances diskgroups when the load changes. However it is useful if you want to use the POWER clause to control the speed of what would otherwise be an automatic rebalance operation. In the POWER clause, specify a value from 0 to 11, where 0 stops the rebalance operation and 11 permits Automatic Storage Management to execute the rebalance as fast as possible. The value you specify in the POWER clause is limited by the value of the OSM_POWER_LIMIT initialization parameter.

If you omit the POWER clause, Automatic Storage Management executes both automatic and specified rebalance operations as fast as possible.

You can monitor the progress of the rebalance operation by querying the V$OSM_OPERATION dynamic performance view.

Cloudera Exhibit 1020 - Page 693 of 1808

Databricks_R2_PA_00002829

> **See Also:** `OSM_POWER_LIMIT` and *Oracle Database Administrator's Guide* for more information on rebalancing disk groups

### check_diskgroup_clauses

The `check_diskgroup_clauses` let you verify the internal consistency of Automatic Storage Management disk group metadata. The disk group must be mounted. Automatic Storage Management displays summary errors and writes the details of the detected errors in the alert file.

**ALL**   Use this clause to check all disks and files in the disk group.

**DISK**   Use this clause to check one or more specified disks in the disk group.

**DISKS IN FAILGROUP**   Use this clause to check all disks in a specified failure group.

**FILE**   Use this clause to check one or more specified files in the disk group. You must use one of the reference forms of the filename. Please refer to *ASM_filename* on page 8-40 for information on the reference forms of Automatic Storage Management filenames.

**REPAIR | NOREPAIR**   This clause lets you instruct Automatic Storage Management whether or not to attempt to repair any errors found during the consistency check. The default is `REPAIR`. The `NOREPAIR` setting is useful if you want to be alerted to any inconsistencies but do not want Automatic Storage Management to take any automatic action to resolve them.

### diskgroup_template_clauses

A template is a named collection of attributes. When you create a disk group, Automatic Storage Management associates a set of initial system default templates with that disk group. The attributes defined by the template are applied to all files in the disk group. The table that follows lists the system default templates and the attributes they apply to the various file types. The `diskgroup_template_ clauses` described following the table let you change the template attributes and create new templates.

You cannot use this clause to change the attributes of a disk group file after it has been created. Instead, you must use Recovery Manager (RMAN) to copy the file into a new file with the new attributes.

Cloudera Exhibit 1020 - Page 694 of 1808

Databricks_R2_PA_00002830

**Table 10–1    *Automatic Storage Management System Default File Group Templates***

| Template Name | File Type | External Redundancy | Normal Redundancy | High Redundancy | Striped |
|---|---|---|---|---|---|
| CONTROL | Control files | Unprotected | 2-way mirror | 3-way mirror | Fine |
| DATAFILE | Datafiles and copies | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| ONLINELOG | Online logs | Unprotected | 2-way mirror | 3-way mirror | Fine |
| ARCHIVELOG | Archive logs | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| TEMPFILE | Tempfiles | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| BACKUPSET | Datafile backup pieces, datafile incremental backup pieces, and archive log backup pieces | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| PARAMETERFILE | SPFILEs | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| DATAGUARDCONFIG | Disaster recovery configurations (used in standby databases) | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| FLASHBACK | Flashback logs | Unprotected | 2-way mirror | 3-way mirror | Fine |
| CHANGETRACKING | Block change tracking data (used during incremental backups) | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| DUMPSET | Data Pump dumpset | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| XTRANSPORT | Cross-platform converted datafile | Unprotected | 2-way mirror | 3-way mirror | Coarse |
| AUTOBACKUP | Automatic backup files | Unprotected | 2-way mirror | 3-way mirror | Coarse |

**ADD TEMPLATE**    Use this clause to add one or more named templates to a disk group. To determine the names of existing templates, query the V$OSM_TEMPLATE dynamic performance view.

**ALTER TEMPLATE**    Use this clause to modify the attributes of a system default or user-defined disk group template. Only the specified attributes are altered. Unspecified properties retain their current values.

***template_name***    Specify the name of the template to be added or modified. Template names are subject to the same naming conventions and restrictions as

Cloudera Exhibit 1020 - Page 695 of 1808

Databricks_R2_PA_00002831

database schema objects. Please refer to "Schema Object Naming Rules" on page 2-107 for information on database object names.

**Redundancy Level**    Specify the redundancy level of the newly added or modified template:

- `UNPROTECTED`: Files to which this template are applied are not protected by Automated Storage Management from media failures. Disks taken offline, either through system action or by user command, can cause loss of unprotected files. `UNPROTECTED` is the only valid setting for external redundancy disk groups. `UNPROTECTED` may not be specified for templates in high redundancy disk groups. Oracle discourages the use of unprotected files in high and normal redundancy disk groups.

- `MIRROR`: Files to which this template are applied are protected by mirroring their data blocks. In normal redundancy disk groups, each primary extent has one mirror extent (2-way mirroring). For high redundancy disk groups, each primary extent has two mirror extents (3-way mirroring). MIRROR may not be specified for templates in external redundancy disk groups.

**Disk Striping**    Specify how the files to which this template are applied will be striped:

- `FINE`: Files to which this template are applied are striped every 128KB.

- `COARSE`: Files to which this template are applied are striped every 1MB.

**DROP TEMPLATE**    Use this clause to drop one or more templates from the disk group. You can use this clause to drop only user-defined templates, not system default templates.

### diskgroup_directory_clauses

Before you can create alias names for Automatic Storage Management filenames (see *diskgroup_alias_clauses* on page 10-79), you must specify the full directory structure in which the alias name will reside. The `diskgroup_directory_clauses` let you create and manipulate such a directory structure.

**ADD DIRECTORY**    Use this clause to create a new directory path for hierarchically named aliases. Use a slash (/) to separate components of the directory. Each directory component can be up to 48 bytes in length and must not contain the slash character. You cannot use a space for the first or last character of any component. The total length of the directory path cannot exceed 256 bytes minus the length of

Cloudera Exhibit 1020 - Page 696 of 1808

Databricks_R2_PA_00002832

any alias name you intend to create in this directory (see *diskgroup_alias_clauses* on page 10-79).

**DROP DIRECTORY**   Use this clause to drop a directory for hierarchically named aliases. Automatic Storage Management will not drop the directory if it contains any alias definitions unless you also specify FORCE. This clause is not valid for dropping directories created as part of a system alias. Such directories are labeled with the value Y in the SYSTEM_CREATED column of the V$OSM_ALIAS dynamic performance view.

**RENAME DIRECTORY**   Use this clause to change the name of a directory for hierarchically named aliases. This clause is not valid for renaming directories created as part of a system alias. Such directories are labeled with the value Y in the SYSTEM_CREATED column of the V$OSM_ALIAS dynamic performance view.

### diskgroup_alias_clauses

When an Automatic Storage Management file is created, either implicitly or by user specification, Automatic Storage Management assigns to the file a fully qualified name ending in a dotted pair of numbers (see *file_specification* on page 8-37). The diskgroup_alias_clauses let you create more user-friendly alias names for the Automatic Storage Management filenames. You cannot specify an alias name that ends in a dotted pair of numbers, as this format is indistinguishable from an Automatic Storage Management filename.

Before specifying this clause, you must first create the directory structure appropriate for your naming conventions (see *diskgroup_directory_clauses* on page 10-78). The total length of the alias name, including the directory prefix, is limited to 256 bytes. Alias names are case insensitive but case retentive.

**ADD ALIAS**   Use this clause to create an alias name for an Automatic Storage Management filename. The alias_name consists of the full directory path and the alias itself. To determine the names of existing Automatic Storage Management aliases, query the V$OSM_ALIAS dynamic performance view. Please refer to *ASM_ filename* on page 8-40 for information on Automatic Storage Management filenames.

**DROP ALIAS**   Use this clause to remove an alias name from the disk group directory. Each alias name consists of the full directory path and the alias itself. The underlying file to which the alias refers remains unchanged.

**RENAME ALIAS**   Use this clause to change the name of an existing alias. The alias_name consists of the full directory path and the alias itself.

Cloudera Exhibit 1020 - Page 697 of 1808

Databricks_R2_PA_00002833

**Restriction on Dropping and Renaming Aliases**    You cannot drop or rename a system-generated alias. To determine whether an alias was system generated, query the SYSTEM_CREATED column of the V$OSM_ALIAS dynamic performance view.

### drop_diskgroup_file_clause

Use this clause to drop a file from the disk group. Automatic Storage Management also drops all aliases associated with the file being dropped. You must use one of the reference forms of the filename. Most Automatic Storage Management files do not need to be manually deleted because, as Oracle managed files, they are removed automatically when they are no longer needed. Please refer to *ASM_filename* on page 8-40 for information on the reference forms of Automatic Storage Management filenames.

### diskgroup_availability

Use this clause to make one or more disk groups available or unavailable to the database instances running on the same node as the Automatic Storage Management instance. This clause does not affect the status of the disk group on other nodes in a cluster.

**MOUNT**    Specify MOUNT to mount the disk groups in the local Automatic Storage Management instance. Specify ALL MOUNT to mount all disk groups specified in the OSM_DISKGROUPS initialization parameter. File operations can only be performed when a disk group is mounted.

> **See Also:**  OSM_DISKGROUPS for more information about adding disk group names to the initialization parameter file

**DISMOUNT**    Specify DISMOUNT to dismount the specified disk groups. Automatic Storage Management returns an error if any file in the disk group is open unless you also specify FORCE. Specify ALL DISMOUNT to dismount all currently mounted disk groups. File operations can only be performed when a disk group is mounted.

**FORCE**    Specify FORCE if you want Automatic Storage Management to dismount the disks even if some files in the disk group are open.

## Examples

The following examples require a disk group called dgroup_01. They assume that OSM_DISKSTRING is set to $ORACLE_HOME/disks/*. In addition, they assume the Oracle user has read/write permission to $ORACLE_HOME/disks/d100.

Cloudera Exhibit 1020 - Page 698 of 1808

Please refer to "Creating a Diskgroup: Example" on page 14-60 to create dgroup_01.

**Adding a Disk to a Disk Group: Example**    To add a disk, d100, to a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  ADD DISK '$ORACLE_HOME/disks/d100';
```

**Dropping a Disk from a Disk Group: Example**    To drop a disk, dgroup_01_0000, from a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  DROP DISK dgroup_01_0000;
```

**Undropping a Disk from a Disk Group: Example**    To cancel the drop of disks from a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  UNDROP DISKS;
```

**Resizing a Disk Group: Example**    To resize every disk in a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  RESIZE ALL
  SIZE 36G;
```

**Rebalancing a Disk Group: Example**    To manually rebalance a disk group, dgroup_01, and permit Automatic Storage Management to execute the rebalance as fast as possible, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  REBALANCE POWER 11;
```

**Verifying the Internal Consistency of Disk Group Metadata: Example**    To verify the internal consistency of Automatic Storage Management disk group metadata and instruct Automatic Storage Management to repair any errors found, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  CHECK ALL
  REPAIR;
```

Cloudera Exhibit 1020 - Page 699 of 1808

Databricks_R2_PA_00002835

**Adding a Named Template to a Disk Group: Example**   To add a named template, template_01 to a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  ADD TEMPLATE template_01
    ATTRIBUTES (UNPROTECTED COARSE);
```

**Changing the Attributes of a Disk Group Template: Example**   To modify the attributes of a system default or user-defined disk group template, template_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  ALTER TEMPLATE template_01
    ATTRIBUTES (FINE);
```

**Dropping a User-Defined Template from a Disk Group: Example**   To drop a user-defined template, template_01, from a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  DROP TEMPLATE template_01;
```

**Creating a Directory Path for Hierarchically Named Aliases: Example**   To specify the directory structure in which alias names will reside, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  ADD DIRECTORY '+dgroup_01/alias_dir';
```

**Creating an Alias Name for an Automatic Storage Management Filename: Example**   To create a user alias by specifying the numeric Automatic Storage Management filename, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  ADD ALIAS '+dgroup_01/alias_dir/datafile.dbf'
    FOR '+dgroup_01.261.1';
```

**Dismounting a Disk Group: Example**   To dismount a disk group, dgroup_01, issue the following statement:

```
ALTER DISKGROUP dgroup_01
  DISMOUNT NOFORCE;
```

**Mounting a Disk Group: Example**   To mount a disk group, dgroup_01, issue the following statement:

Cloudera Exhibit 1020 - Page 700 of 1808

```
ALTER DISKGROUP dgroup_01
   MOUNT;
```

Cloudera Exhibit 1020 - Page 701 of 1808

Databricks_R2_PA_00002837

# ALTER FUNCTION

## Purpose

Use the `ALTER FUNCTION` statement to recompile an invalid standalone stored function. Explicit recompilation eliminates the need for implicit run-time recompilation and prevents associated run-time compilation errors and performance overhead.

The `ALTER FUNCTION` statement is similar to ALTER PROCEDURE on page 11-40. For information on how Oracle Database recompiles functions and procedures, see *Oracle Database Concepts*.

This statement does not change the declaration or definition of an existing function. To redeclare or redefine a function, use the `CREATE FUNCTION` statement with the `OR REPLACE` clause. See CREATE FUNCTION on page 14-61.

## Prerequisites

The function must be in your own schema or you must have `ALTER ANY PROCEDURE` system privilege.

## Syntax

**alter_function::=**



**compiler_parameters_clause::=**



Cloudera Exhibit 1020 - Page 702 of 1808

Databricks_R2_PA_00002838

## Semantics

### *schema*

Specify the schema containing the function. If you omit *schema*, Oracle Database assumes the function is in your own schema.

### *function*

Specify the name of the function to be recompiled.

### COMPILE

Specify `COMPILE` to cause Oracle Database to recompile the function. The `COMPILE` keyword is required. If Oracle Database does not compile the function successfully, you can see the associated compiler error messages with the SQL*Plus command `SHOW ERRORS`.

During recompilation, Oracle Database drops all persistent compiler switch settings, retrieves them again from the session, and stores them at the end of compilation. To avoid this process, specify the `REUSE SETTINGS` clause.

### DEBUG

Specify `DEBUG` to instruct the PL/SQL compiler to generate and store the code for use by the PL/SQL debugger. Specifying this clause has the same effect as specifying `PLSQL_DEBUG = TRUE` in the *compiler_parameters_clause*.

### *compiler_parameters_clause*

Use this clause to specify a value for one of the PL/SQL compiler parameters. The parameters you can specify in this clause are `PLSQL_OPTIMIZE_LEVEL`, `PLSQL_CODE_TYPE`, `PLSQL_DEBUG`, `PLSQL_WARNINGS`, and `NLS_LENGTH_SEMANTICS`.

You can specify each parameter only once in each statement. Each setting is valid only for the current library unit being compiled and does not affect other compilations in this session or system. To affect the entire session or system, you must set a value for the parameter using the `ALTER SESSION` or `ALTER SYSTEM` statement.

If you omit any parameter from this clause and you specify `REUSE SETTINGS`, then if a value was specified for the parameter in an earlier compilation of this library unit, Oracle Database uses that earlier value. If you omit any parameter and either you do not specify `REUSE SETTINGS` or no value has been specified for the

Cloudera Exhibit 1020 - Page 703 of 1808

Databricks_R2_PA_00002839

parameter in an earlier compilation, then the database obtains the value for that parameter from the session environment.

**Restriction on the *compiler_parameters_clause***    You cannot set a value for the `PLSQL_DEBUG` parameter if you also specify `DEBUG`, because both clauses set the `PLSQL_DEBUG` parameter, and you can specify a value for each parameter only once.

> **See Also:**    *Oracle Database Reference* for the valid values and semantics of each of these parameters

**REUSE SETTINGS**

Specify `REUSE SETTINGS` to prevent Oracle from dropping and reacquiring compiler switch settings. With this clause, Oracle preserves the existing settings and uses them for the recompilation of any parameters for which values are not specified elsewhere in this statement.

For backward compatibility, Oracle Database sets the persistently stored value of the `PLSQL_COMPILER_FLAGS` initialization parameter to reflect the values of the `PLSQL_CODE_TYPE` and `PLSQL_DEBUG` parameters that result from this statement.

> **See Also:**    *Oracle Database Reference* for the valid values and semantics of each of these parameters and *PL/SQL User's Guide and Reference* and *Oracle Database Application Developer's Guide - Fundamentals* for more information on the interaction of the `PLSQL_COMPILER_FLAGS` initialization parameter with the `COMPILE` clause

## Example

**Recompiling a Function: Example**    To explicitly recompile the function `get_bal` owned by the sample user `oe`, issue the following statement:

```
ALTER FUNCTION oe.get_bal
   COMPILE;
```

If Oracle Database encounters no compilation errors while recompiling `get_bal`, then `get_bal` becomes valid. Oracle Database can subsequently execute it without recompiling it at run time. If recompiling `get_bal` results in compilation errors, then Oracle Database returns an error, and `get_bal` remains invalid.

Cloudera Exhibit 1020 - Page 704 of 1808

Databricks_R2_PA_00002840

Oracle Database also invalidates all objects that depend upon `get_bal`. If you subsequently reference one of these objects without explicitly recompiling it first, then Oracle Database recompiles it implicitly at run time.

Cloudera Exhibit 1020 - Page 705 of 1808

Databricks_R2_PA_00002841

# ALTER INDEX

## Purpose

Use the `ALTER INDEX` statement to change or rebuild an existing index.

> **See Also:** CREATE INDEX on page 14-75 for information on creating an index

## Prerequisites

The index must be in your own schema or you must have `ALTER ANY INDEX` system privilege.

To execute the `MONITORING USAGE` clause, the index must be in your own schema.

To modify a domain index, you must have `EXECUTE` object privilege on the indextype of the index.

Schema object privileges are granted on the parent index, not on individual index partitions or subpartitions.

You must have tablespace quota to modify, rebuild, or split an index partition or to modify or rebuild an index subpartition.

> **See Also:** CREATE INDEX on page 14-75 and *Oracle Data Cartridge Developer's Guide* for information on domain indexes

Cloudera Exhibit 1020 - Page 706 of 1808

## Syntax

**alter_index::=**



(*deallocate_unused_clause::=* on page 10-90, *allocate_extent_clause::=* on page 10-90, *shrink_clause::=* on page 10-90, *parallel_clause::=* on page 10-90, *physical_attributes_ clause::=* on page 10-91, *logging_clause::=* on page 8-47, *rebuild_clause::=* on page 10-91, *alter_index_partitioning::=* on page 10-92)

Cloudera Exhibit 1020 - Page 707 of 1808

Databricks_R2_PA_00002843

Case 4:23-cv-01147-ALM    Document 62-5    Filed 11/12/24    Page 129 of 543 PageID #: 3420

ALTER INDEX

---

**deallocate_unused_clause::=**



(*size_clause::=* on page 10-90)

**allocate_extent_clause::=**



(*size_clause::=* on page 10-90)

**size_clause::=**



**shrink_clause::=**



**parallel_clause::=**



**10-90**   SQL Reference

Cloudera Exhibit 1020 - Page 708 of 1808

Databricks_R2_PA_00002844

**physical_attributes_clause::=**



(*storage_clause::=* on page 8-60)

**logging_clause::=**



**rebuild_clause::=**



Cloudera Exhibit 1020 - Page 709 of 1808

Databricks_R2_PA_00002845

ALTER INDEX

(*parallel_clause*::= on page 10-90, *physical_attributes_clause*::= on page 10-91, *key_compression*::= on page 10-92, *logging_clause*::= on page 8-47)

**key_compression::=**



**alter_index_partitioning::=**



(*modify_index_default_attrs*::= on page 10-93, *add_hash_index_partition*::= on page 10-93, *modify_index_partition*::= on page 10-94, *rename_index_partition*::= on page 10-94, *drop_index_partition*::= on page 10-94, *split_index_partition*::= on page 10-94, *coalesce_index_partition*::= on page 10-93, *modify_index_subpartition*::= on page 10-95)

Cloudera Exhibit 1020 - Page 710 of 1808

Databricks_R2_PA_00002846

**modify_index_default_attrs::=**



(*physical_attributes_clause::=* on page 10-91, *logging_clause::=* on page 8-47)

**add_hash_index_partition::=**



(*parallel_clause::=* on page 10-90)

**coalesce_index_partition::=**



(*parallel_clause::=* on page 10-90)

Cloudera Exhibit 1020 - Page 711 of 1808

Databricks_R2_PA_00002847

ALTER INDEX

**modify_index_partition::=**



(*deallocate_unused_clause::=* on page 10-90, *allocate_extent_clause::=* on page 10-90, *physical_attributes_clause::=* on page 10-91, *logging_clause::=* on page 8-47, *key_compression::=* on page 10-92)

**rename_index_partition::=**



**drop_index_partition::=**



**split_index_partition::=**



(*parallel_clause::=* on page 10-90)

**10-94**   SQL Reference

Cloudera Exhibit 1020 - Page 712 of 1808

**index_partition_description::=**



(*segment_attributes_clause::=* on page 10-95, *key_compression::=* on page 10-92)

**segment_attributes_clause::=**



(*physical_attributes_clause::=* on page 10-91, *logging_clause::=* on page 8-47)

**modify_index_subpartition::=**



(*allocate_extent_clause::=* on page 10-90, *deallocate_unused_clause::=* on page 10-90)

## Semantics

### schema
Specify the schema containing the index. If you omit *schema*, Oracle Database assumes the index is in your own schema.

### index
Specify the name of the index to be altered.

Cloudera Exhibit 1020 - Page 713 of 1808

Databricks_R2_PA_00002849

**Restrictions on Modifying Indexes**

- If `index` is a domain index, you can specify only the `PARAMETERS` clause, the `RENAME` clause, the `rebuild_clause` (with or without the `PARAMETERS` clause), the `parallel_clause`, or the `UNUSABLE` clause. No other clauses are valid.

- You cannot alter or rename a domain index that is marked `LOADING` or `FAILED`. If an index is marked `FAILED`, the only clause you can specify is `REBUILD`.

> **See Also:**  *Oracle Data Cartridge Developer's Guide* for information on the `LOADING` and `FAILED` states of domain indexes

### deallocate_unused_clause

Use the `deallocate_unused_clause` to explicitly deallocate unused space at the end of the index and make the freed space available for other segments in the tablespace.

If `index` is range-partitioned or hash-partitioned, then Oracle Database deallocates unused space from each index partition. If `index` is a local index on a composite-partitioned table, Oracle Database deallocates unused space from each index subpartition.

**Restrictions on Deallocating Space**

- You cannot specify this clause for an index on a temporary table.

- You cannot specify this clause and also specify the `rebuild_clause`.

Please refer to *deallocate_unused_clause* on page 8-35 for a full description of this clause.

**KEEP** *integer*    The `KEEP` clause lets you specify the number of bytes above the high water mark that the index will have after deallocation. If the number of remaining extents is less than `MINEXTENTS`, then `MINEXTENTS` is set to the current number of extents. If the initial extent becomes smaller than `INITIAL`, then `INITIAL` is set to the value of the current initial extent. If you omit `KEEP`, all unused space is freed.

Please refer to ALTER TABLE on page 12-2 for a complete description of this clause.

Cloudera Exhibit 1020 - Page 714 of 1808

Databricks_R2_PA_00002850

### allocate_extent_clause

The `allocate_extent_clause` lets you explicitly allocate a new extent for the index. For a local index on a hash-partitioned table, Oracle Database allocates a new extent for each partition of the index.

**Restriction on Allocating Extents**   You cannot specify this clause for an index on a temporary table or for a range-partitioned or composite-partitioned index.

Please refer to *allocate_extent_clause* on page 8-2 for a full description of this clause.

### shrink_clause

Use this clause to compact the index segments. Specifying `ALTER INDEX ... SHRINK SPACE COMPACT` is equivalent to specifying `ALTER INDEX ... COALESCE`.

For complete information on this clause, please refer to *shrink_clause* on page 12-39 in the documentation on `CREATE TABLE`.

### parallel_clause

Use the `PARALLEL` clause to change the default degree of parallelism for queries and DML on the index.

**Restriction on Parallelizing Indexes**   You cannot specify this clause for an index on a temporary table.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on `CREATE TABLE`.

> **See Also:**   "Enabling Parallel Queries: Example" on page 10-110

### physical_attributes_clause

Use the `physical_attributes_clause` to change the values of parameters for a nonpartitioned index, all partitions and subpartitions of a partitioned index, a specified partition, or all subpartitions of a specified partition.

> **See Also:**
> - the physical attributes parameters in CREATE TABLE on page 16-7
> - "Modifying Real Index Attributes: Example" on page 10-109 and "Changing MAXEXTENTS: Example" on page 10-110

Cloudera Exhibit 1020 - Page 715 of 1808

Databricks_R2_PA_00002851

ALTER INDEX

**Restrictions on Index Physical Attributes**
- You cannot specify this clause for an index on a temporary table.

- You cannot specify the PCTUSED parameter at all when altering an index.

- You can specify the PCTFREE parameter only as part of the *rebuild_clause*, the *modify_index_default_attrs* clause, or the *split_partition_ clause*.

### *storage_clause*

Use the *storage_clause* to change the storage parameters for a nonpartitioned index, index partition, or all partitions of a partitioned index, or default values of these parameters for a partitioned index. Please refer to *storage_clause* on page 8-57 for complete information on this clause.

### *logging_clause*

Use the *logging_clause* to change the logging attribute of the index. If you also specify the REBUILD clause, then this new setting affects the rebuild operation. If you specify a different value for logging in the REBUILD clause, then Oracle Database uses the last logging value specified as the logging attribute of the index and of the rebuild operation.

An index segment can have logging attributes different from those of the base table and different from those of other index segments for the same base table.

**Restriction on Index Logging**   You cannot specify this clause for an index on a temporary table.

**See Also:**

- *logging_clause* on page 8-47 for a full description of this clause

- *Oracle Database Concepts* and the *Oracle Data Warehousing Guide* for more information about LOGGING and parallel DML

### RECOVERABLE | UNRECOVERABLE

These keywords are deprecated and have been replaced with LOGGING and NOLOGGING, respectively. Although RECOVERABLE and UNRECOVERABLE are supported for backward compatibility, Oracle strongly recommends that you use the LOGGING and NOLOGGING keywords.

RECOVERABLE is not a valid keyword for creating partitioned tables or LOB storage characteristics. UNRECOVERABLE is not a valid keyword for creating partitioned or

Cloudera Exhibit 1020 - Page 716 of 1808

Databricks_R2_PA_00002852

index-organized tables. Also, it can be specified only with the AS subquery clause of CREATE INDEX.

### rebuild_clause

Use the `rebuild_clause` to re-create an existing index or one of its partitions or subpartitions. If index is marked UNUSABLE, a successful rebuild will mark it USABLE. For a function-based index, this clause also enables the index. If the function on which the index is based does not exist, the rebuild statement will fail.

> **Note:**   When you rebuild the secondary index of an index-organized table, Oracle Database preserves the primary key columns contained in the logical rowid when the index was created. Therefore, if the index was created with the COMPATIBLE initialization parameter set to less than 10.0.0, the rebuilt index will contain the index key and any of the primary key columns of the table that are not also in the index key. If the index was created with the COMPATIBLE initialization parameter set to 10.0.0 or greater, then the rebuilt index will contain the index key and all the primary key columns of the table, including those also in the index key.

**Restrictions on Rebuilding Indexes**

- You cannot rebuild an index on a temporary table.

- You cannot rebuild a bitmap index that is marked INVALID. Instead, you must drop and then re-create it.

- You cannot rebuild an entire partitioned index. You must rebuild each partition or subpartition, as described for the PARTITION clause.

- You cannot specify the `deallocate_unused_clause` in the same statement as the `rebuild_clause`.

- You cannot change the value of the PCTFREE parameter for the index as a whole (ALTER INDEX) or for a partition (ALTER INDEX ... MODIFY PARTITION). You can specify PCTFREE in all other forms of the ALTER INDEX statement.

- For a domain index:

  - You can specify only the PARAMETERS clause (either for the index or for a partition of the index) or the `parallel_clause`. No other rebuild clauses are valid.

  - You can rebuild an index only if the index is not marked IN_PROGRESS.

Cloudera Exhibit 1020 - Page 717 of 1808

Databricks_R2_PA_00002853

- You can rebuild an index partition only if the index is not marked IN_ PROGRESS or FAILED and the partition is not marked IN_PROGRESS.
- You cannot rebuild a local index, but you can rebuild a partition of a local index (ALTER INDEX ... REBUILD PARTITION).
- For a local index on a hash partition or subpartition, the only parameter you can specify is TABLESPACE.

### PARTITION Clause

Use the PARTITION clause to rebuild one partition of an index. You can also use this clause to move an index partition to another tablespace or to change a create-time physical attribute.

The storage of partitioned database entities in tablespaces of different block sizes is subject to several restrictions. Please refer to *Oracle Database Administrator's Guide* for a discussion of these restrictions.

**Restriction on Rebuilding Partitions**   You cannot specify this clause for a local index on a composite-partitioned table. Instead, use the REBUILD SUBPARTITION clause.

> **See Also:**   *Oracle Database Administrator's Guide* for more
> information about partition maintenance operations and
> "Rebuilding Unusable Index Partitions: Example" on page 10-110

### SUBPARTITION Clause

Use the SUBPARTITION clause to rebuild one subpartition of an index. You can also use this clause to move an index subpartition to another tablespace. If you do not specify TABLESPACE, the subpartition is rebuilt in the same tablespace.

The storage of partitioned database entities in tablespaces of different block sizes is subject to several restrictions. Please refer to *Oracle Database Administrator's Guide* for a discussion of these restrictions.

**Restrictions on Modifying Index Subpartitions**
- The only parameters you can specify for a subpartition are TABLESPACE and the *parallel_clause*.
- You cannot rebuild the subpartition of a list partition.

### REVERSE | NOREVERSE

Indicate whether the bytes of the index block are stored in reverse order:

Cloudera Exhibit 1020 - Page 718 of 1808

Databricks_R2_PA_00002854

- REVERSE stores the bytes of the index block in reverse order and excludes the rowid when the index is rebuilt.

- NOREVERSE stores the bytes of the index block without reversing the order when the index is rebuilt. Rebuilding a REVERSE index without the NOREVERSE keyword produces a rebuilt, reverse-keyed index.

**Restrictions on Reverse Indexes**

- You cannot reverse a bitmap index or an index-organized table.

- You cannot specify REVERSE or NOREVERSE for a partition or subpartition.

> **See Also:** "Storing Index Blocks in Reverse Order: Example" on page 10-109

### *parallel_clause*

Use the *parallel_clause* to parallelize the rebuilding of the index.

> **See Also:** "Rebuilding an Index in Parallel: Example" on page 10-109

### TABLESPACE Clause

Specify the tablespace where the rebuilt index, index partition, or index subpartition will be stored. The default is the default tablespace where the index or partition resided before you rebuild it.

### *key_compression*

Specify COMPRESS to enable key compression, which eliminates repeated occurrence of key column values. Use *integer* to specify the prefix length (number of prefix columns to compress).

- For unique indexes, the range of valid prefix length values is from 1 to the number of key columns minus 1. The default prefix length is the number of key columns minus 1.

- For nonunique indexes, the range of valid prefix length values is from 1 to the number of key columns. The default prefix length is number of key columns.

Oracle Database compresses only nonpartitioned indexes that are nonunique or unique indexes of at least two columns.

Specify NOCOMPRESS to disable key compression. This is the default.

Cloudera Exhibit 1020 - Page 719 of 1808

Databricks_R2_PA_00002855

ALTER INDEX

---

**Restriction on Key Compression**  You cannot specify `COMPRESS` for a bitmap index.

### ONLINE Clause

Specify `ONLINE` to allow DML operations on the table or partition during rebuilding of the index.

#### Restrictions on Online Indexes
- Parallel DML is not supported during online index building. If you specify `ONLINE` and then issue parallel DML statements, Oracle Database returns an error.

- You cannot specify `ONLINE` for a bitmap index or a cluster index.

- For a nonunique secondary index on an index-organized table, the number of index key columns plus the number of primary key columns that are included in the logical rowid in the index-organized table cannot exceed 32. The logical rowid excludes columns that are part of the index key.

### COMPUTE STATISTICS Clause

This clause has been deprecated. Oracle Database now automatically collects statistics during index creation and rebuild. This clause is supported for backward compatibility and will not cause errors.

**Restriction on COMPUTE STATISTICS Clause**  You cannot specify this clause for a domain index.

### logging_clause

Specify whether the `ALTER INDEX ... REBUILD` operation will be logged.

Please refer to the *logging_clause* on page 8-47 for a full description of this clause.

### PARAMETERS Clause

The `PARAMETERS` clause applies only to domain indexes. This clause specifies the parameter string that is passed uninterpreted to the appropriate ODCI indextype routine. The maximum length of the parameter string is 1000 characters.

If you are altering or rebuilding an entire index, then the string must refer to index-level parameters. If you are rebuilding a partition of the index, then the string must refer to partition-level parameters.

Cloudera Exhibit 1020 - Page 720 of 1808

Databricks_R2_PA_00002856

If *index* is marked `UNUSABLE`, then modifying the parameters alone does not make it `USABLE`. You must also rebuild the `UNUSABLE` index to make it usable.

If you have installed Oracle Text, then you can rebuild your Oracle Text domain indexes using parameters specific to that product. For more information on those parameters, please refer to *Oracle Text Reference*.

**Restrictions on the PARAMETERS Clause**

- You can specify this clause only for a domain index.

- You can modify index partitions only if *index* is not marked `IN_PROGRESS` or `FAILED`, no index partitions are marked `IN_PROGRESS`, and the partition being modified is not marked `FAILED`.

> **See Also:**
>
> - *Oracle Data Cartridge Developer's Guide* for more information on indextype routines.
>
> - CREATE INDEX on page 14-75 for more information on domain indexes

## ENABLE Clause

`ENABLE` applies only to a function-based index that has been disabled because a user-defined function used by the index was dropped or replaced. This clause enables such an index if these conditions are true:

- The function is currently valid

- The signature of the current function matches the signature of the function when the index was created

- The function is currently marked as `DETERMINISTIC`

**Restriction on Enabling Function-based Indexes**   You cannot specify any other clauses of `ALTER INDEX` in the same statement with `ENABLE`.

## DISABLE Clause

`DISABLE` applies only to a function-based index. This clause lets you disable the use of a function-based index. You might want to do so, for example, while working on the body of the function. Afterward you can either rebuild the index or specify another `ALTER INDEX` statement with the `ENABLE` keyword.

Cloudera Exhibit 1020 - Page 721 of 1808

Databricks_R2_PA_00002857

ALTER INDEX

___

### UNUSABLE Clause

Specify `UNUSABLE` to mark the index or index partition(s) or index subpartition(s) `UNUSABLE`. An unusable index must be rebuilt, or dropped and re-created, before it can be used. While one partition is marked `UNUSABLE`, the other partitions of the index are still valid. You can execute statements that require the index if the statements do not access the unusable partition. You can also split or rename the unusable partition before rebuilding it.

**Restriction on Marking Indexes Unusable**    You cannot specify this clause for an index on a temporary table.

### RENAME Clause

Use this clause to rename an index. The *new_index_name* is a single identifier and does not include the schema name.

**Restriction on Renaming Indexes**    For a domain index, neither *index* nor any partitions of *index* can be marked `IN_PROGRESS` or `FAILED`.

> **See Also:**   "Renaming an Index: Example" on page 10-110

### COALESCE Clause

Specify `COALESCE` to instruct Oracle Database to merge the contents of index blocks where possible to free blocks for reuse.

**Restrictions on Coalescing Index Blocks**
- You cannot specify this clause for an index on a temporary table.
- Do not specify this clause for the primary key index of an index-organized table. Instead use the `COALESCE` clause of `ALTER TABLE`.

> **See Also:**
> - *Oracle Database Administrator's Guide* for more information on space management and coalescing indexes
> - COALESCE Clause on page 12-44 for information on coalescing the space of an index-organized table
> - *shrink_clause* on page 12-39 for an alternative method of compacting index segments

Cloudera Exhibit 1020 - Page 722 of 1808

Databricks_R2_PA_00002858

## MONITORING USAGE | NOMONITORING USAGE

Use this clause to determine whether Oracle Database should monitor index use.

- Specify MONITORING USAGE to begin monitoring the index. Oracle Database first clears existing information on index use, and then monitors the index for use until a subsequent ALTER INDEX ... NOMONITORING USAGE statement is executed.

- To terminate monitoring of the index, specify NOMONITORING USAGE.

To see whether the index has been used since this ALTER INDEX ... NOMONITORING USAGE statement was issued, query the USED column of the V$OBJECT_USAGE dynamic performance view.

> **See Also:** *Oracle Database Reference* for information on the data dictionary and dynamic performance views

### UPDATE BLOCK REFERENCES Clause

The UPDATE BLOCK REFERENCES clause is valid only for normal and domain indexes on index-organized tables. Specify this clause to update all the stale guess data block addresses stored as part of the index row with the correct database address for the corresponding block identified by the primary key.

For a domain index, Oracle Database executes the ODCIIndexAlter routine with the alter_option parameter set to AlterIndexUpdBlockRefs. This routine enables the cartridge code to update the stale guess data block addresses in the index.

**Restriction on UPDATE BLOCK REFERENCES**    You cannot combine this clause with any other clause of ALTER INDEX.

### *alter_index_partitioning*

The partitioning clauses of the ALTER INDEX statement are valid only for partitioned indexes.

The storage of partitioned database entities in tablespaces of different block sizes is subject to several restrictions. Please refer to *Oracle Database Administrator's Guide* for a discussion of these restrictions.

**Restrictions on Modifying Index Partitions**
- You cannot specify any of these clauses for an index on a temporary table.

Cloudera Exhibit 1020 - Page 723 of 1808

Databricks_R2_PA_00002859

- You can combine several operations on the base index into one `ALTER INDEX` statement (except `RENAME` and `REBUILD`), but you cannot combine partition operations with other partition operations or with operations on the base index.

### *modify_index_default_attrs*

Specify new values for the default attributes of a partitioned index.

**Restriction on Modifying Partition Default Attributes**   The only attribute you can specify for a hash-partitioned global index or for an index on a hash-partitioned or composite-partitioned table is `TABLESPACE`.

**TABLESPACE**   Specify the default tablespace for new partitions of an index or subpartitions of an index partition.

### *logging_clause*   Specify the default logging attribute of a partitioned index or an index partition.

Please refer to *logging_clause* on page 8-47 for a full description of this clause.

**FOR PARTITION**   Use the `FOR PARTITION` clause to specify the default attributes for the subpartitions of a partition of a local index on a composite-partitioned table.

**Restriction on FOR PARTITION**   You cannot specify `FOR PARTITION` for a list partition.

> **See Also:**   "Modifying Default Attributes: Example" on page 10-111

### *add_hash_index_partition*

Use this clause to add a partition to a global hash-partitioned index. Oracle Database adds hash partitions and populated them with index entries rehashed from an existing hash partition of the index, as determined by the hash function. If you omit the partition name, then Oracle Database assigns a name of the form `SYS_Pn`. If you omit the `TABLESPACE` clause, then Oracle Database places the partition in the tablespace specified for the index. If no tablespace is specified for the index, then Oracle Database places the partition in the default tablespace of the user, if one has been specified, or in the system default tablespace.

### *modify_index_partition*

Use the `modify_index_partition` clause to modify the real physical attributes, logging attribute, or storage characteristics of index partition `partition` or its

Cloudera Exhibit 1020 - Page 724 of 1808

Databricks_R2_PA_00002860

subpartitions. For a hash-partitioned global index, the only subclause of this clause you can specify is UNUSABLE.

**COALESCE**  Specify this clause to merge the contents of index partition blocks where possible to free blocks for reuse.

**UPDATE BLOCK REFERENCES**  The UPDATE BLOCK REFERENCES clause is valid only for normal indexes on index-organized tables. Use this clause to update all stale guess data block addresses stored in the secondary index partition.

**Restrictions on UPDATE BLOCK REFERENCES**
- You cannot specify the *physical_attributes_clause* for an index on a hash-partitioned table.
- You cannot specify UPDATE BLOCK REFERENCES with any other clause in ALTER INDEX.

> **Note:**  If the index is a local index on a composite-partitioned table, the changes you specify here will override any attributes specified earlier for the subpartitions of index, as well as establish default values of attributes for future subpartitions of that partition. To change the default attributes of the partition without overriding the attributes of subpartitions, use ALTER TABLE ... MODIFY DEFAULT ATTRIBUTES OF PARTITION.

> **See Also:**  "Marking an Index Unusable: Examples" on page 10-110

**UNUSABLE Clause**  This clause has the same function for index partitions that it has for the index as a whole. Please refer to "UNUSABLE Clause" on page 10-104.

*key_compression*  This clause is relevant for composite-partitioned indexes. Use this clause to change the compression attribute for the partition and every subpartition in that partition. Oracle Database marks each index subpartition in the partition UNUSABLE and you must then rebuild these subpartitions. Key compression must already have been specified for the table before you can specify key compression for a partition. You can specify this clause only at the partition level. You cannot change the compression attribute for an individual subpartition.

Databricks_R2_PA_00002861

You can use this clause for noncomposite index partitions. However, it is more efficient to use the *rebuild_clause* for noncomposite partitions, which lets you rebuild and set the compression attribute in one step.

### rename_index_partition

Use the *rename_index_partition* clauses to rename index *partition* or *subpartition* to *new_name*.

**Restrictions on Renaming Index Partitions**
- You cannot rename the subpartition of a list partition.
- For a partition of a domain index, *index* cannot be marked IN_PROGRESS or FAILED, none of the partitions can be marked IN_PROGRESS, and the partition you are renaming cannot be marked FAILED.

> **See Also:** "Renaming an Index Partition: Example" on page 10-111

### drop_index_partition

Use the *drop_index_partition* clause to remove a partition and the data in it from a partitioned global index. When you drop a partition of a global index, Oracle Database marks the next index partition UNUSABLE. You cannot drop the highest partition of a global index.

> **See Also:** "Dropping an Index Partition: Example" on page 10-111

### split_index_partition

Use the *split_index_partition* clause to split a partition of a global range-partitioned index into two partitions, adding a new partition to the index. This clause is not valid for hash-partitioned global indexes. Instead, use the *add_hash_index_partition* clause.

Splitting a partition marked UNUSABLE results in two partitions, both marked UNUSABLE. You must rebuild the partitions before you can use them.

Splitting a usable partition results in two partitions populated with index data. Both new partitions are usable.

**AT Clause**    Specify the new noninclusive upper bound for *split_partition_1*. The *value_list* must evaluate to less than the presplit partition bound for *partition_name_old* and greater than the partition bound for the next lowest partition (if there is one).

Cloudera Exhibit 1020 - Page 726 of 1808

Databricks_R2_PA_00002862

**INTO Clause**   Specify (optionally) the name and physical attributes of each of the two partitions resulting from the split.

> **See Also:**   "Splitting a Partition: Example" on page 10-111

### coalesce_index_partition

This clause is valid only for hash-partitioned global indexes. Oracle Database reduces by one the number of index partitions. Oracle Database selects the partition to coalesce based on the requirements of the hash function. Use this clause if you want to distribute index entries of a selected partition into one of the remaining partitions and then remove the selected partition.

### modify_index_subpartition

Use the `modify_index_subpartition` clause to mark `UNUSABLE` or allocate or deallocate storage for a subpartition of a local index on a composite-partitioned table. All other attributes of such a subpartition are inherited from partition-level default attributes.

## Examples

**Storing Index Blocks in Reverse Order: Example**   The following statement rebuilds index `ord_customer_ix` (created in "Creating an Index: Example" on page 14-98) so that the bytes of the index block are stored in reverse order:

```
ALTER INDEX ord_customer_ix REBUILD REVERSE;
```

**Rebuilding an Index in Parallel: Example**   The following statement causes the index to be rebuilt from the existing index by using parallel execution processes to scan the old and to build the new index:

```
ALTER INDEX ord_customer_ix REBUILD PARALLEL;
```

**Modifying Real Index Attributes: Example**   The following statement alters the `oe.cust_lname_ix` index so that future data blocks within this index use 5 initial transaction entries and an incremental extent of 100 kilobytes:

```
/* Unless you change the default tablespace of sample user oe,
   or specify different tablespace storage for the index, this
   example fails because the default tablespace originally assigned
   to oe is locally managed.
*/
ALTER INDEX oe.cust_lname_ix
    INITRANS 5
```

Cloudera Exhibit 1020 - Page 727 of 1808

Databricks_R2_PA_00002863

```
    STORAGE (NEXT 100K);
```

If the `oe.cust_lname_ix` index were partitioned, this statement would also alter the default attributes of future partitions of the index. Partitions added in the future would then use 5 initial transaction entries and an incremental extent of 100K.

**Enabling Parallel Queries: Example**    The following statement sets the parallel attributes for index `upper_ix` (created in "Creating a Function-Based Index: Example" on page 14-99) so that scans on the index will be parallelized:

```
ALTER INDEX upper_ix PARALLEL;
```

**Renaming an Index: Example**    The following statement renames an index:

```
ALTER INDEX upper_ix RENAME TO upper_name_ix;
```

**Marking an Index Unusable: Examples**    The following statements use the `cost_ix` index, which was created in "Creating a Range-Partitioned Global Index: Example" on page 14-101. Partition `p1` of that index was dropped in "Dropping an Index Partition: Example" on page 10-111. The first statement marks index partition `p2` as UNUSABLE:

```
ALTER INDEX cost_ix
   MODIFY PARTITION p2 UNUSABLE;
```

The next statement marks the entire index `cost_ix` as UNUSABLE:

```
ALTER INDEX cost_ix UNUSABLE;
```

**Rebuilding Unusable Index Partitions: Example**    The following statements rebuild partitions `p2` and `p3` of the `cost_ix` index, making the index once more usable: The rebuilding of partition `p3` will not be logged:

```
ALTER INDEX cost_ix
   REBUILD PARTITION p2;
ALTER INDEX cost_ix
   REBUILD PARTITION p3 NOLOGGING;
```

**Changing MAXEXTENTS: Example**    The following statement changes the maximum number of extents for partition `p3` and changes the logging attribute:

```
/* This example will fail if the tablespace in which partition p3
   resides is locally managed.
*/
ALTER INDEX cost_ix MODIFY PARTITION p3
   STORAGE(MAXEXTENTS 30) LOGGING;
```

Cloudera Exhibit 1020 - Page 728 of 1808

Databricks_R2_PA_00002864

**Renaming an Index Partition: Example**   The following statement renames an index partition of the `cost_ix` index (created in "Creating a Range-Partitioned Global Index: Example" on page 14-101):

```
ALTER INDEX cost_ix
   RENAME PARTITION p3 TO p3_Q3;
```

**Splitting a Partition: Example**   The following statement splits partition `p2` of index `cost_ix` (created in "Creating a Range-Partitioned Global Index: Example" on page 14-101) into `p2a` and `p2b`:

```
ALTER INDEX cost_ix
   SPLIT PARTITION p2 AT (1500)
   INTO ( PARTITION p2a TABLESPACE tbs_01 LOGGING,
          PARTITION p2b TABLESPACE tbs_02);
```

**Dropping an Index Partition: Example**   The following statement drops index partition `p1` from the `cost_ix` index:

```
ALTER INDEX cost_ix
   DROP PARTITION p1;
```

**Modifying Default Attributes: Example**   The following statement alters the default attributes of local partitioned index `prod_idx`, which was created in "Creating an Index on a Hash-Partitioned Table: Example." on page 14-102 on page 14-98. Partitions added in the future will use 5 initial transaction entries and an incremental extent of 100K:

```
ALTER INDEX prod_idx
     MODIFY DEFAULT ATTRIBUTES INITRANS 5 STORAGE (NEXT 100K);
```

Cloudera Exhibit 1020 - Page 729 of 1808

Databricks_R2_PA_00002865

ALTER INDEXTYPE

---

# ALTER INDEXTYPE

## Purpose

Use the `ALTER INDEXTYPE` statement to add or drop an operator of the indextype or to modify the implementation type or change the properties of the indextype.

## Prerequisites

The indextype must be in your own schema or you must have the `ALTER ANY INDEXTYPE` system privilege.

To add a new operator, you must have the `EXECUTE` object privilege on the operator.

To change the implementation type, you must have the `EXECUTE` object privilege on the new implementation type.

## Syntax

**alter_indextype::=**



(*using_type_clause::=* on page 10-112)

**using_type_clause::=**



(*array_DML_clause::=* on page 10-113)

Cloudera Exhibit 1020 - Page 730 of 1808

Databricks_R2_PA_00002866

**array_DML_clause::=**



## Semantics

### schema

Specify the name of the schema in which the indextype resides. If you omit *schema*, Oracle Database assumes the indextype is in your own schema.

### indextype

Specify the name of the indextype to be modified.

### ADD | DROP

Use the `ADD` or `DROP` clause to add or drop an operator.

No special privilege needed to drop.

- For *schema*, specify the schema containing the operator. If you omit *schema*, then Oracle assumes the operator is in your own schema.

- For *operator*, specify the name of the operator supported by the indextype.

  All the operators listed in this clause must be valid operators.

- For *parameter_type*, list the types of parameters to the operator.

### using_type_clause

The `USING` clause lets you specify a new type to provide the implementation for the indextype.

Cloudera Exhibit 1020 - Page 731 of 1808

Databricks_R2_PA_00002867

***array_DML_clause***

Use this clause to modify the indextype to support the array interface for the `ODCIIndexInsert` method.

***type* and *varray_type***    If the datatype of the column to be indexed is a user-defined object type, then you must specify this clause to identify the varray `varray_type` that Oracle should use to hold column values of `type`. If the indextype supports a list of types, then you can specify a corresponding list of varray types. If you omit `schema` for either `type` or `varray_type`, then Oracle assumes the type is in your own schema.

If the datatype of the column to be indexed is a built-in system type, then any varray type specified for the indextype takes precedence over the ODCI types defined by the system.

> **See Also:**   *Oracle Data Cartridge Developer's Guide* for more information on the ODCI array interface

### COMPILE

Use this clause to recompile the indextype explicitly. This clause is required only after some upgrade operations, because Oracle Database normally recompiles the indextype automatically.

## Examples

**Altering an Indextype: Example**    The following example adds another operator binding to the `position_indextype` indextype created in "Creating an Indextype: Example" on page 14-107. `position_indextype` can now support a new operator `lob_contains` with the bindings (CLOB, CLOB):

```
ALTER INDEXTYPE position_indextype
  ADD lob_contains(CLOB, CLOB);
```

Cloudera Exhibit 1020 - Page 732 of 1808

Databricks_R2_PA_00002868

## ALTER JAVA

### Purpose

Use the `ALTER JAVA` statement to force the resolution of a Java class schema object or compilation of a Java source schema object. (You cannot call the methods of a Java class before all its external references to Java names are associated with other classes.)

> **See Also:** *Oracle Database Java Developer's Guide* for more information on resolving Java classes and compiling Java sources

### Prerequisites

The Java source or class must be in your own schema, or you must have the `ALTER ANY PROCEDURE` system privilege. You must also have the `EXECUTE` object privilege on Java classes.

### Syntax

**alter_java::=**



(*invoker_rights_clause::=* on page 10-115)

**invoker_rights_clause::=**



Cloudera Exhibit 1020 - Page 733 of 1808

Databricks_R2_PA_00002869

ALTER JAVA

## Semantics

### JAVA SOURCE

Use ALTER JAVA SOURCE to compile a Java source schema object.

### JAVA CLASS

Use ALTER JAVA CLASS to resolve a Java class schema object.

### *object_name*

Specify a previously created Java class or source schema object. Use double quotation marks to preserve lower- or mixed-case names.

### RESOLVER

The RESOLVER clause lets you specify how schemas are searched for referenced fully specified Java names, using the mapping pairs specified when the Java class or source was created.

> **See Also:**   CREATE JAVA on page 14-109 and "Resolving a Java Class: Example" on page 10-117

### RESOLVE | COMPILE

RESOLVE and COMPILE are synonymous keywords. They let you specify that Oracle Database should attempt to resolve the primary Java class schema object.

- When applied to a class, resolution of referenced names to other class schema objects occurs.

- When applied to a source, source compilation occurs.

### *invoker_rights_clause*

The *invoker_rights_clause* lets you specify whether the methods of the class execute with the privileges and in the schema of the user who defined it or with the privileges and in the schema of CURRENT_USER.

This clause also determines how Oracle Database resolves external names in queries, DML operations, and dynamic SQL statements in the member functions and procedures of the type.

Cloudera Exhibit 1020 - Page 734 of 1808

Databricks_R2_PA_00002870

**AUTHID CURRENT_USER**   Specify CURRENT_USER if you want the methods of the class to execute with the privileges of CURRENT_USER. This clause is the default and creates an **invoker-rights class**.

This clause also specifies that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of CURRENT_USER. External names in all other statements resolve in the schema in which the methods reside.

**AUTHID DEFINER**   Specify DEFINER if you want the methods of the class to execute with the privileges of the user who defined the class.

This clause also specifies that external names resolve in the schema where the methods reside.

> **See Also:**
>
> - *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how CURRENT_USER is determined
> - *Oracle Database Java Developer's Guide*

## Example

**Resolving a Java Class: Example**   The following statement forces the resolution of a Java class:

```
ALTER JAVA CLASS "Agent"
   RESOLVER (("/home/java/bin/*" pm)(* public))
   RESOLVE;
```

Cloudera Exhibit 1020 - Page 735 of 1808

Databricks_R2_PA_00002871

ALTER JAVA

Cloudera Exhibit 1020 - Page 736 of 1808

Databricks_R2_PA_00002872

# 11

# SQL Statements: ALTER MATERIALIZED VIEW to ALTER SYSTEM

This chapter contains the following SQL statements:

- ALTER MATERIALIZED VIEW
- ALTER MATERIALIZED VIEW LOG
- ALTER OPERATOR
- ALTER OUTLINE
- ALTER PACKAGE
- ALTER PROCEDURE
- ALTER PROFILE
- ALTER RESOURCE COST
- ALTER ROLE
- ALTER ROLLBACK SEGMENT
- ALTER SEQUENCE
- ALTER SESSION
- ALTER SYSTEM

Cloudera Exhibit 1020 - Page 737 of 1808

Databricks_R2_PA_00002873

# ALTER MATERIALIZED VIEW

## Purpose

A materialized view is a database object that contains the results of a query. The FROM clause of the query can name tables, views, and other materialized views. Collectively these source objects are called **master tables** (a replication term) or **detail tables** (a data warehousing term). This reference uses the term master tables for consistency. The databases containing the master tables are called the **master databases**.

Use the ALTER MATERIALIZED VIEW statement to modify an existing materialized view in one or more of the following ways:

- To change its storage characteristics

- To change its refresh method, mode, or time

- To alter its structure so that it is a different type of materialized view

- To enable or disable query rewrite.

> **Note:**  The keyword SNAPSHOT is supported in place of MATERIALIZED VIEW for backward compatibility.

**See Also:**

- CREATE MATERIALIZED VIEW on page 15-5 for more information on creating materialized views

- *Oracle Database Advanced Replication* for information on materialized views in a replication environment

- *Oracle Data Warehousing Guide* for information on materialized views in a data warehousing environment

## Prerequisites

The privileges required to alter a materialized view should be granted directly, as follows:

The materialized view must be in your own schema, or you must have the ALTER ANY MATERIALIZED VIEW system privilege.

Cloudera Exhibit 1020 - Page 738 of 1808

Databricks_R2_PA_00002874

To enable a materialized view for query rewrite:

- If all of the master tables in the materialized view are in your schema, you must have the QUERY REWRITE privilege.

- If any of the master tables are in another schema, you must have the GLOBAL QUERY REWRITE privilege.

- If the materialized view is in another user's schema, both you and the owner of that schema must have the appropriate QUERY REWRITE privilege, as described in the preceding two items. In addition, the owner of the materialized view must have SELECT access to any master tables that the materialized view owner does not own.

Cloudera Exhibit 1020 - Page 739 of 1808

Databricks_R2_PA_00002875

ALTER MATERIALIZED VIEW

## Syntax

**alter_materialized_view::=**



Cloudera Exhibit 1020 - Page 740 of 1808

Databricks_R2_PA_00002876

(*physical_attributes_clause::=* on page 11-5, *table_compression::=* on page 11-5, *LOB_storage_clause::=* on page 11-5, *modify_LOB_storage_clause::=* on page 11-6, *alter_table_partitioning::=* on page 12-19 (part of ALTER TABLE), *parallel_clause::=* on page 11-7, *logging_clause::=* on page 11-7, *allocate_extent_clause::=* on page 11-8, *alter_iot_clauses::=* on page 11-8, *scoped_table_ref_constraint::=* on page 11-10, *alter_mv_refresh::=* on page 11-10)

## physical_attributes_clause::=



(*storage_clause::=* on page 8-60)

## table_compression::=



## LOB_storage_clause::=



Cloudera Exhibit 1020 - Page 741 of 1808

Databricks_R2_PA_00002877

ALTER MATERIALIZED VIEW

**LOB_parameters::=**



(*storage_clause::=* on page 8-60, *logging_clause::=* on page 8-47)

**modify_LOB_storage_clause::=**



(*modify_LOB_parameters::=* on page 11-7)

Cloudera Exhibit 1020 - Page 742 of 1808

Databricks_R2_PA_00002878

**modify_LOB_parameters::=**



(*storage_clause*::= on page 8-60, *logging_clause*::= on page 8-47, *allocate_extent_clause*::= on page 11-8, *deallocate_unused_clause*::= on page 11-8)

**parallel_clause::=**



**logging_clause::=**



Cloudera Exhibit 1020 - Page 743 of 1808

Databricks_R2_PA_00002879

ALTER MATERIALIZED VIEW

**allocate_extent_clause::=**



(*size_clause::=* on page 11-8)

**deallocate_unused_clause::=**



(*size_clause::=* on page 11-8)

**size_clause::=**



**shrink_clause::=**



**alter_iot_clauses::=**



Cloudera Exhibit 1020 - Page 744 of 1808

Databricks_R2_PA_00002880

(*index_org_table_clause::=* on page 11-9, *alter_overflow_clause::=* on page 11-9, `alter_mapping_table_clauses`: not supported with materialized views)

**index_org_table_clause::=**



(`mapping_table_clause`: not supported with materialized views, `key_compression`: not supported with materialized views, *index_org_overflow_clause::=* on page 11-9)

**index_org_overflow_clause::=**



(*segment_attributes_clause::=* on page 12-8--part of `ALTER TABLE`)

**alter_overflow_clause::=**



(*allocate_extent_clause::=* on page 11-8, *deallocate_unused_clause::=* on page 11-8)

Cloudera Exhibit 1020 - Page 745 of 1808

Databricks_R2_PA_00002881

ALTER MATERIALIZED VIEW

**add_overflow_clause::=**



(*segment_attributes_clause::=* on page 12-8--part of ALTER TABLE)

**scoped_table_ref_constraint::=**



**alter_mv_refresh::=**



Cloudera Exhibit 1020 - Page 746 of 1808

Databricks_R2_PA_00002882

## Semantics

### schema

Specify the schema containing the materialized view. If you omit *schema*, Oracle
Database assumes the materialized view is in your own schema.

### materialized_view

Specify the name of the materialized view to be altered.

### physical_attributes_clause

Specify new values for the PCTFREE, PCTUSED, and INITRANS parameters (or,
when used in the USING INDEX clause, for the INITRANS parameter only) and the
storage characteristics for the materialized view. Please refer to ALTER TABLE on
page 12-2 for information on the PCTFREE, PCTUSED, and INITRANS parameters
and to *storage_clause* on page 8-57 for information about storage characteristics.

### table_compression

Use the `table_compression` clause to instruct Oracle Database whether to
compress data segments to reduce disk and memory use. The COMPRESS keyword
enables table compression. The NOCOMPRESS keyword disables table compression.
Please refer to the *table_compression* clause of CREATE TABLE on page 16-33 for more
information on table compression.

### LOB_storage_clause

The `LOB_storage_clause` lets you specify the storage characteristics of a new
LOB. LOB storage behaves for materialized views exactly as it does for tables.
Please refer to the *LOB_storage_clause* on page 16-41 (in CREATE TABLE) for
information on the LOB storage parameters.

### modify_LOB_storage_clause

The `modify_LOB_storage_clause` lets you modify the physical attributes of the
LOB attribute `lob_item` or the LOB object attribute. Modification of LOB storage
behaves for materialized views exactly as it does for tables.

> **See Also:**   the *modify_LOB_storage_clause* of ALTER TABLE on
> page 12-59 for information on the LOB storage parameters that can
> be modified

Cloudera Exhibit 1020 - Page 747 of 1808

Databricks_R2_PA_00002883

### alter_table_partitioning

The syntax and general functioning of the partitioning clauses for materialized views is the same as for partitioned tables. Please refer to *alter_table_partitioning* on page 12-62 in the documentation for `ALTER TABLE`.

**Restriction on Altering Materialized View Partitions**   You cannot specify the `LOB_storage_clause` or `modify_LOB_storage_clause` within any of the `partitioning_clauses`.

> **Note:**   If you wish to keep the contents of the materialized view synchronized with those of the master table, Oracle recommends that you manually perform a complete refresh of all materialized views dependent on the table after dropping or truncating a table partition.

**MODIFY PARTITION UNUSABLE LOCAL INDEXES**   Use this clause to mark `UNUSABLE` all the local index partitions associated with `partition`.

**MODIFY PARTITION REBUILD UNUSABLE LOCAL INDEXES**   Use this clause to rebuild the unusable local index partitions associated with `partition`.

### parallel_clause

The `parallel_clause` lets you change the default degree of parallelism for the materialized view.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on `CREATE TABLE`.

### logging_clause

Specify or change the logging characteristics of the materialized view. Please refer to the *logging_clause* on page 8-47 for a full description of this clause.

### allocate_extent_clause

The `allocate_extent_clause` lets you explicitly allocate a new extent for the materialized view. Please refer to the *allocate_extent_clause* on page 8-2 for a full description of this clause.

Cloudera Exhibit 1020 - Page 748 of 1808

Databricks_R2_PA_00002884

### shrink_clause

Use this clause to compact the materialized view segments. For complete information on this clause, please refer to *shrink_clause* on page 12-39 in the documentation on `CREATE TABLE`.

### CACHE | NOCACHE

For data that will be accessed frequently, `CACHE` specifies that the blocks retrieved for this table are placed at the most recently used end of the LRU list in the buffer cache when a full table scan is performed. This attribute is useful for small lookup tables. `NOCACHE` specifies that the blocks are placed at the least recently used end of the LRU list. Please refer to "CACHE | NOCACHE | CACHE READS" on page 16-56 in the documentation on `CREATE TABLE` for more information about this clause.

### alter_iot_clauses

Use the `alter_iot_clauses` to change the characteristics of an index-organized materialized view. The keywords and parameters of the components of the `alter_iot_clauses` have the same semantics as in `ALTER TABLE`, with the restrictions that follow.

**Restrictions on Altering Index-organized Materialized Views**   You cannot specify the `mapping_table_clause` or the `key_compression` clause of the `index_org_table_clause`.

> **See Also:**   *index_org_table_clause* on page 15-18 of `CREATE MATERIALIZED VIEW` for information on creating an index-organized materialized view

### USING INDEX Clause

Use this clause to change the value of `INITRANS` and `STORAGE` parameters for the index Oracle Database uses to maintain the materialized view data.

**Restriction on the USING INDEX clause**   You cannot specify the `PCTUSED` or `PCTFREE` parameters in this clause.

### MODIFY scoped_table_ref_constraint

Use the `MODIFY scoped_table_ref_constraint` clause to rescope a `REF` column or attribute to a new table or to an alias for a new column.

Cloudera Exhibit 1020 - Page 749 of 1808

Databricks_R2_PA_00002885

**Restrictions on Rescoping REF Columns**  You can rescope only one REF column or attribute in each ALTER MATERIALIZED VIEW statement, and this must be the only clause in this statement.

### *alter_mv_refresh*

Use the `alter_mv_refresh` clause to change the default method and mode and the default times for automatic refreshes. If the contents of the master tables of a materialized view are modified, the data in the materialized view must be updated to make the materialized view accurately reflect the data currently in its master table(s). This clause lets you schedule the times and specify the method and mode for Oracle Database to refresh the materialized view.

> **Note:**  This clause only sets the default refresh options. For instructions on actually implementing the refresh, refer to *Oracle Database Advanced Replication* and *Oracle Data Warehousing Guide*.

### FAST Clause

Specify FAST for the incremental refresh method, which performs the refresh according to the changes that have occurred to the master tables. The changes are stored either in the materialized view log associated with the master table (for conventional DML changes) or in the direct loader log (for direct-path INSERT operations).

For both conventional DML changes and for direct-path INSERT operations, other conditions may restrict the eligibility of a materialized view for fast refresh.

> **See Also:**
>
> ■ *Oracle Database Advanced Replication* for restrictions on fast refresh in replication environments
>
> ■ *Oracle Data Warehousing Guide* for restrictions on fast refresh in data warehouse environments
>
> ■ "Automatic Refresh: Examples" on page 11-19

### Restrictions on FAST Refresh

■ When you specify FAST refresh at create time, Oracle Database verifies that the materialized view you are creating is eligible for fast refresh. When you change the refresh method to FAST in an ALTER MATERIALIZED VIEW statement, Oracle Database does not perform this verification. If the materialized view is

Databricks_R2_PA_00002886

not eligible for fast refresh, Oracle Database returns an error when you attempt to refresh this view.

■ Materialized views are not eligible for fast refresh if the defining query contains an analytic function.

> **See Also:** "Analytic Functions" on page 7-11

### COMPLETE Clause

Specify COMPLETE for the complete refresh method, which is implemented by executing the defining query of the materialized view. If you specify a complete refresh, Oracle Database performs a complete refresh even if a fast refresh is possible.

> **See Also:** "Complete Refresh: Example" on page 11-20

### FORCE Clause

Specify FORCE if, when a refresh occurs, you want Oracle Database to perform a fast refresh if one is possible or a complete refresh otherwise.

### ON COMMIT Clause

Specify ON COMMIT if you want a fast refresh to occur whenever Oracle Database commits a transaction that operates on a master table of the materialized view.

**Restriction on ON COMMIT** This clause is supported only for materialized join views and single-table materialized aggregate views.

> **See Also:** *Oracle Database Advanced Replication* and *Oracle Data Warehousing Guide*

### ON DEMAND Clause

Specify ON DEMAND if you want the materialized view to be refreshed on demand by calling one of the three DBMS_MVIEW refresh procedures. If you omit both ON COMMIT and ON DEMAND, ON DEMAND is the default.

If you specify ON COMMIT or ON DEMAND, you cannot also specify START WITH or NEXT.

Cloudera Exhibit 1020 - Page 751 of 1808

Databricks_R2_PA_00002887

**See Also:**

- *PL/SQL Packages and Types Reference* for information on these procedures

- *Oracle Data Warehousing Guide* on the types of materialized views you can create by specifying REFRESH ON DEMAND

### START WITH Clause

Specify START WITH *date* to indicate a date for the first automatic refresh time.

### NEXT Clause

Specify NEXT to indicate a date expression for calculating the interval between automatic refreshes.

Both the START WITH and NEXT values must evaluate to a time in the future. If you omit the START WITH value, Oracle Database determines the first automatic refresh time by evaluating the NEXT expression with respect to the creation time of the materialized view. If you specify a START WITH value but omit the NEXT value, Oracle Database refreshes the materialized view only once. If you omit both the START WITH and NEXT values, or if you omit the *alter_mv_refresh* entirely, Oracle Database does not automatically refresh the materialized view.

### WITH PRIMARY KEY Clause

Specify WITH PRIMARY KEY to change a rowid materialized view to a primary key materialized view. Primary key materialized views allow materialized view master tables to be reorganized without affecting the ability of the materialized view to continue to fast refresh.

For you to specify this clause, the master table must contain an enabled primary key constraint and must have defined on it a materialized view log that logs primary key information.

**See Also:**

- *Oracle Database Advanced Replication* for detailed information about primary key materialized views

- "Primary Key Materialized View: Example" on page 11-20

### USING ROLLBACK SEGMENT Clause

This clause is not valid if your database is in automatic undo mode, because in that mode Oracle Database uses undo tablespaces instead of rollback segments. Oracle

Databricks_R2_PA_00002888

strongly recommends that you use automatic undo mode. This clause is supported for backward compatibility with replication environments containing older versions of Oracle Database that still use rollback segments.

For complete information on this clause, please refer to `CREATE MATERIALIZED VIEW` ... "USING ROLLBACK SEGMENT Clause" on page 15-24.

## USING ... CONSTRAINTS Clause

This clause has the same semantics in `CREATE MATERIALIZED VIEW` and `ALTER MATERIALIZED VIEW` statements. For complete information, please refer to "USING ... CONSTRAINTS Clause" on page 15-25 in the documentation on `CREATE MATERIALIZED VIEW`.

## QUERY REWRITE Clause

Use this clause to determine whether the materialized view is eligible to be used for query rewrite.

### ENABLE Clause

Specify `ENABLE` to enable the materialized view for query rewrite.

>    **See Also:**   "Enabling Query Rewrite: Example" on page 11-20

#### Restrictions on Enabling Materialized Views

- If the materialized view is in an invalid or unusable state, it is not eligible for query rewrite in spite of the `ENABLE` mode.

- You cannot enable query rewrite if the materialized view was created totally or in part from a view.

- You can enable query rewrite only if all user-defined functions in the materialized view are `DETERMINISTIC`.

>    **See Also:**   CREATE FUNCTION on page 14-61

- You can enable query rewrite only if expressions in the statement are repeatable. For example, you cannot include `CURRENT_TIME` or `USER`.

>    **See Also:**   *Oracle Data Warehousing Guide* for more information on query rewrite

Cloudera Exhibit 1020 - Page 753 of 1808

Databricks_R2_PA_00002889

**DISABLE Clause**

Specify `DISABLE` if you do not want the materialized view to be eligible for use by query rewrite. If a materialized view is in the invalid state, it is not eligible for use by query rewrite, whether or not it is disabled. However, a disabled materialized view can be refreshed.

**COMPILE**

Specify `COMPILE` to explicitly revalidate a materialized view. If an object upon which the materialized view depends is dropped or altered, the materialized view remains accessible, but it is invalid for query rewrite. You can use this clause to explicitly revalidate the materialized view to make it eligible for query rewrite.

If the materialized view fails to revalidate, it cannot be refreshed or used for query rewrite.

> **See Also:** "Compiling a Materialized View: Example" on page 11-20

**CONSIDER FRESH**

This clause lets you manage the staleness state of a materialized view after changes have been made to its master tables. `CONSIDER FRESH` directs Oracle Database to consider the materialized view fresh and therefore eligible for query rewrite in the `TRUSTED` or `STALE_TOLERATED` modes. Because Oracle Database cannot guarantee the freshness of the materialized view, query rewrite in `ENFORCED` mode is not supported. This clause also sets the staleness state of the materialized view to `UNKNOWN`. The staleness state is displayed in the `STALENESS` column of the `ALL_MVIEWS`, `DBA_MVIEWS`, and `USER_MVIEWS` data dictionary views.

A materialized view is stale if changes have been made to the contents of any of its master tables. This clause directs Oracle Database to assume that the materialized view is fresh and that no such changes have been made. Therefore, actual updates to those tables pending refresh are purged with respect to the materialized view.

> **See Also:**
> - *Oracle Data Warehousing Guide* for more information on query rewrite and the implications of performing partition maintenance operations on master tables
> - "CONSIDER FRESH: Example" on page 11-19

## Examples

**Automatic Refresh: Examples**   The following statement changes the default
refresh method for the `sales_by_month_by_state` materialized view (created in
"Creating Materialized Aggregate Views: Example" on page 15-28) to FAST:

```
ALTER MATERIALIZED VIEW sales_by_month_by_state
   REFRESH FAST;
```

The next automatic refresh of the materialized view will be a fast refresh provided it
is a simple materialized view and its master table has a materialized view log that
was created before the materialized view was created or last refreshed.

Because the `REFRESH` clause does not specify `START WITH` or `NEXT` values, Oracle
Database will use the refresh intervals established by the `REFRESH` clause when the
`sales_by_month_by_state` materialized view was created or last altered.

The following statement establishes a new interval between automatic refreshes for
the `sales_by_month_by_state` materialized view:

```
ALTER MATERIALIZED VIEW sales_by_month_by_state
   REFRESH NEXT SYSDATE+7;
```

Because the `REFRESH` clause does not specify a `START WITH` value, the next
automatic refresh occurs at the time established by the `START WITH` and `NEXT`
values specified when the `sales_by_month_by_state` materialized view was
created or last altered.

At the time of the next automatic refresh, Oracle Database refreshes the materialized
view, evaluates the `NEXT` expression `SYSDATE+7` to determine the next automatic
refresh time, and continues to refresh the materialized view automatically once a
week. Because the `REFRESH` clause does not explicitly specify a refresh method,
Oracle Database continues to use the refresh method specified by the `REFRESH`
clause of the `CREATE MATERIALIZED VIEW` or most recent `ALTER MATERIALIZED
VIEW` statement.

**CONSIDER FRESH: Example**   The following statement instructs Oracle Database
that materialized view `sales_by_month_by_state` should be considered fresh.
This statement allows `sales_by_month_by_state` to be eligible for query
rewrite in `TRUSTED` mode even after you have performed partition maintenance
operations on the master tables of `sales_by_month_by_state`:

```
ALTER MATERIALIZED VIEW sales_by_month_by_state CONSIDER FRESH;
```

Cloudera Exhibit 1020 - Page 755 of 1808

Databricks_R2_PA_00002891

> **See Also:** "Splitting Table Partitions: Examples" on page 12-96 for a partitioning maintenance example that would require this `ALTER MATERIALIZED VIEW` example

**Complete Refresh: Example**   The following statement specifies a new refresh method, a new `NEXT` refresh time, and a new interval between automatic refreshes of the `emp_data` materialized view (created in "Periodic Refresh of Materialized Views: Example" on page 15-30):

```
ALTER MATERIALIZED VIEW emp_data
   REFRESH COMPLETE
   START WITH TRUNC(SYSDATE+1) + 9/24
   NEXT SYSDATE+7;
```

The `START WITH` value establishes the next automatic refresh for the materialized view to be 9:00 a.m. tomorrow. At that point, Oracle Database performs a complete refresh of the materialized view, evaluates the `NEXT` expression, and subsequently refreshes the materialized view every week.

**Enabling Query Rewrite: Example**   The following statement enables query rewrite on the materialized view `emp_data` and implicitly revalidates it:

```
ALTER MATERIALIZED VIEW emp_data
   ENABLE QUERY REWRITE;
```

**Primary Key Materialized View: Example**   The following statement changes the rowid materialized view `order_data` (created in "Creating Rowid Materialized Views: Example" on page 15-30) to a primary key materialized view. This example requires that you have already defined a materialized view log with a primary key on `order_data`.

```
ALTER MATERIALIZED VIEW order_data
   REFRESH WITH PRIMARY KEY;
```

**Compiling a Materialized View: Example**   The following statement revalidates the materialized view `store_mv`:

```
ALTER MATERIALIZED VIEW order_data COMPILE;
```

Cloudera Exhibit 1020 - Page 756 of 1808

Databricks_R2_PA_00002892

# ALTER MATERIALIZED VIEW LOG

## Purpose

A **materialized view log** is a table associated with the master table of a materialized view. Use the `ALTER MATERIALIZED VIEW LOG` statement to alter the storage characteristics or type of an existing materialized view log.

> **Note:** The keyword `SNAPSHOT` is supported in place of `MATERIALIZED VIEW` for backward compatibility.

**See Also:**

- CREATE MATERIALIZED VIEW LOG on page 15-33 for information on creating a materialized view log
- ALTER MATERIALIZED VIEW on page 11-2 for more information on materialized views, including refreshing them
- CREATE MATERIALIZED VIEW on page 15-5 for a description of the various types of materialized views

## Prerequisites

You must be the owner of the master table or you must have the `SELECT` privilege on the master table and the `ALTER` privilege on the materialized view log.

> **See Also:** *Oracle Database Advanced Replication* for detailed information about the prerequisites for `ALTER MATERIALIZED VIEW LOG`

Cloudera Exhibit 1020 - Page 757 of 1808

Databricks_R2_PA_00002893

ALTER MATERIALIZED VIEW LOG

## Syntax

**alter_materialized_view_log::=**



*physical_attributes_clause::=* on page 11-23, *alter_table_partitioning::=* on page 12-19 (in
ALTER TABLE), *parallel_clause::=* on page 11-24, *logging_clause::=* on page 8-47,
*allocate_extent_clause::=allocate_extent_clause::=,* on page 11-24, *new_values_clause::=*
on page 11-23

Cloudera Exhibit 1020 - Page 758 of 1808

Databricks_R2_PA_00002894

**new_values_clause::=**



**physical_attributes_clause::=**



*storage_clause::=* on page 8-60

**allocate_extent_clause::=**



*size_clause::=* on page 11-23

**size_clause::=**



Cloudera Exhibit 1020 - Page 759 of 1808

Databricks_R2_PA_00002895

ALTER MATERIALIZED VIEW LOG

**shrink_clause::=**



**parallel_clause::=**



## Semantics

### FORCE

If you specify FORCE and any items specified with the ADD clause have already been specified for the materialized view log, Oracle Database does not return an error, but silently ignores the existing elements and adds to the materialized view log any items that do not already exist in the log. Likewise, if you specify INCLUDING NEW VALUES and that attribute has already been specified for the materialized view log, Oracle Database ignores the redundancy and does not return an error.

### *schema*

Specify the schema containing the master table. If you omit *schema*, Oracle Database assumes the materialized view log is in your own schema.

### *table*

Specify the name of the master table associated with the materialized view log to be altered.

### *physical_attributes_clause*

The *physical_attributes_clause* lets you change the value of the PCTFREE, PCTUSED, and INITRANS parameters and the storage characteristics for the materialized view log, the partition, the overflow data segment, or the default characteristics of a partitioned materialized view log.

**Restriction on Materialized View Log Physical Attributes**  You cannot use the *storage_clause* to modify extent parameters if the materialized view log resides

Cloudera Exhibit 1020 - Page 760 of 1808

Databricks_R2_PA_00002896

in a locally managed tablespace. Please refer to CREATE TABLE on page 16-7 for a description of these parameters.

### alter_table_partitioning

The syntax and general functioning of the partitioning clauses is the same as described for the ALTER TABLE statement. Please refer to *alter_table_partitioning* on page 12-62 in the documentation for ALTER TABLE.

**Restrictions on Altering Materialized View Log Partitions**

- You cannot use the `LOB_storage_clause` or `modify_LOB_storage_clause` when modifying partitions of a materialized view log.

- If you attempt to drop, truncate, or exchange a materialized view log partition, Oracle Database raises an error.

### parallel_clause

The `parallel_clause` lets you specify whether parallel operations will be supported for the materialized view log.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on CREATE TABLE.

### logging_clause

Specify the logging attribute of the materialized view log. Please refer to the *logging_clause* on page 8-47 for a full description of this clause.

### allocate_extent_clause

Use the `allocate_extent_clause` to explicitly allocate a new extent for the materialized view log. Please refer to *allocate_extent_clause* on page 8-2 for a full description of this clause.

### shrink_clause

Use this clause to compact the materialized view log segments. For complete information on this clause, please refer to *shrink_clause* on page 12-39 in the documentation on CREATE TABLE.

## CACHE | NOCACHE Clause

For data that will be accessed frequently, CACHE specifies that the blocks retrieved for this log are placed at the most recently used end of the LRU list in the buffer cache when a full table scan is performed. This attribute is useful for small lookup

Cloudera Exhibit 1020 - Page 761 of 1808

Databricks_R2_PA_00002897

tables. `NOCACHE` specifies that the blocks are placed at the least recently used end of the LRU list. Please refer to "CACHE | NOCACHE | CACHE READS" on page 16-56 in the documentation on `CREATE TABLE` for more information about this clause.

## ADD Clause

The `ADD` clause lets you augment the materialized view log so that it records the primary key values, rowid values, object ID values, or a sequence when rows in the materialized view master table are changed. This clause can also be used to record additional columns.

To stop recording any of this information, you must first drop the materialized view log and then re-create it. Dropping the materialized view log and then re-creating it forces a complete refresh for each of the existing materialized views that depend on the master table on its next refresh.

**Restriction on Augmenting Materialized View Logs**   You can specify only one `PRIMARY KEY`, one `ROWID`, one `OBJECT ID`, one `SEQUENCE`, and each column in the column list once for each materialized view log. You can specify only a single occurrence of `PRIMARY KEY`, `ROWID`, `OBJECT ID`, `SEQUENCE`, and column list within this `ALTER` statement. Also, if any of these values was specified at create time (either implicitly or explicitly), you cannot specify that value in this `ALTER` statement unless you use the `FORCE` option.

**OBJECT ID**   Specify `OBJECT ID` if you want the appropriate object identifier of all rows that are changed to be recorded in the materialized view log.

**Restriction on the OBJECT ID clause**   You can specify `OBJECT ID` only for logs on object tables, and you cannot specify it for storage tables.

**PRIMARY KEY**   Specify `PRIMARY KEY` if you want the primary key values of all rows that are changed to be recorded in the materialized view log.

**ROWID**   Specify `ROWID` if you want the rowid values of all rows that are changed to be recorded in the materialized view log.

**SEQUENCE**   Specify `SEQUENCE` to indicate that a sequence value providing additional ordering information should be recorded in the materialized view log.

*column*   Specify the additional columns whose values you want to be recorded in the materialized view log for all rows that are changed. Typically these columns are

Cloudera Exhibit 1020 - Page 762 of 1808

filter columns (non-primary-key columns referenced by subquery materialized views) and join columns (non-primary-key columns that define a join in the `WHERE` clause of the subquery).

**See Also:**

- CREATE MATERIALIZED VIEW on page 15-5 for details on explicit and implicit inclusion of materialized view log values

- *Oracle Database Advanced Replication* for more information about filter columns and join columns

- "Rowid Materialized View Log: Example" on page 11-27

## NEW VALUES Clause

The `NEW VALUES` clause lets you specify whether Oracle Database saves both old and new values for update DML operations in the materialized view log. The value you set in this clause applies to all columns in the log, not only to columns you may have added in this `ALTER MATERIALIZED VIEW LOG` statement.

**INCLUDING**    Specify `INCLUDING` to save both new and old values in the log. If this log is for a table on which you have a single-table materialized aggregate view, and if you want the materialized view to be eligible for fast refresh, you must specify `INCLUDING`.

**EXCLUDING**    Specify `EXCLUDING` to disable the recording of new values in the log. You can use this clause to avoid the overhead of recording new values.

If you have a fast-refreshable single-table materialized aggregate view defined on this table, do not specify `EXCLUDING NEW VALUES` unless you first change the refresh mode of the materialized view to something other than `FAST`.

**See Also:**    "Materialized View Log EXCLUDING NEW VALUES: Example" on page 11-28

## Examples

**Rowid Materialized View Log: Example**    The following statement alters an existing primary key materialized view log to also record rowid information:

```
ALTER MATERIALIZED VIEW LOG ON order_items ADD ROWID;
```

Cloudera Exhibit 1020 - Page 763 of 1808

Databricks_R2_PA_00002899

**Materialized View Log EXCLUDING NEW VALUES: Example**   The following statement alters the materialized view log on hr.employees by adding a filter column and excluding new values. Any materialized aggregate views that use this log will no longer be fast refreshable. However, if fast refresh is no longer needed, this action avoids the overhead of recording new values:

```
ALTER MATERIALIZED VIEW LOG ON employees
   ADD (commission_pct)
   EXCLUDING NEW VALUES;
```

Databricks_R2_PA_00002900

# ALTER OPERATOR

## Purpose

Use the ALTER OPERATOR statement to add bindings to, drop bindings from, or compile an existing operator.

**See Also:** CREATE OPERATOR on page 15-42

## Prerequisites

The operator must already have been created by a previous CREATE OPERTOR statement. The operator must be in your own schema or you must have the ALTER ANY OPERATOR system privilege. You must have the EXECUTE object privilege on the operators and functions referenced in the ALTER OPERATOR statement.

## Syntax

**alter_operator::=**



(*add_binding_clause*::= on page 11-29, *drop_binding_clause*::= on page 11-30)

**add_binding_clause::=**



(*implementation_clause*::= on page 11-30, *using_function_clause*::= on page 11-30)

Cloudera Exhibit 1020 - Page 765 of 1808

Databricks_R2_PA_00002901

ALTER OPERATOR

**implementation_clause::=**



(*context_clause::=* on page 11-30)

**context_clause::=**



**using_function_clause::=**



**drop_binding_clause::=**



## Semantics

### schema
Specify the schema containing the operator. If you omit this clause, then Oracle Database assumes the operator is in your own schema.

### operator
Specify the name of the operator to be altered.

Cloudera Exhibit 1020 - Page 766 of 1808

Databricks_R2_PA_00002902

### add_binding_clause

Use this clause to add an operator binding and specify its parameter datatypes and return type. The signature must be different from the signature of any existing binding for this operator.

If a binding of an operator is associated with an indextype and you add another binding to the operator, Oracle Database does not automatically associate the new binding with the indextype. If you wish to make such an association, you must issue an explicit ALTER INDEXTYPE ... ADD OPERATOR statement.

### implementation_clause

This clause has the same semantics in CREATE OPERATOR and ALTER OPERATOR statements. For full information, please refer to *implementation_clause* on page 15-44 in the documentation on CREATE OPERATOR.

### context_clause

This clause has the same semantics in CREATE OPERATOR and ALTER OPERATOR statements. For full information, please refer to *context_clause* on page 15-44 in the documentation on CREATE OPERATOR.

### using_function_clause

This clause has the same semantics in CREATE OPERATOR and ALTER OPERATOR statements. For full information, please refer to *using_function_clause* on page 15-45 in the documentation on CREATE OPERATOR.

### drop_binding_clause

Use this clause to specify the list of parameter datatypes of the binding you want to drop from the operator. You must specify FORCE if the binding has any dependent objects, such as an indextype or an ancillary operator binding. If you specify FORCE, then Oracle Database marks INVALID all objects that are dependent on the binding. The dependent objects are revalidated the next time they are referenced in a DDL or DML statement or a query.

You cannot use this clause to drop the only binding associated with this operator. Instead you must use the DROP OPERATOR statement. Please refer to DROP OPERATOR on page 17-92 for more information.

### COMPILE

Specify COMPILE to cause Oracle Database to recompile the operator.

Cloudera Exhibit 1020 - Page 767 of 1808

Databricks_R2_PA_00002903

ALTER OPERATOR

## Examples

**Compiling a User-defined Operator: Example**   The following example compiles the operator eq_op (which was created in "Creating User-Defined Operators: Example" on page 15-45):

```
ALTER OPERATOR eq_op COMPILE;
```

Cloudera Exhibit 1020 - Page 768 of 1808

Databricks_R2_PA_00002904

# ALTER OUTLINE

## Purpose

Use the `ALTER OUTLINE` statement to rename a stored outline, reassign it to a different category, or regenerate it by compiling the outline's SQL statement and replacing the old outline data with the outline created under current conditions.

> **See Also:** CREATE OUTLINE on page 15-46 and *Oracle Database Performance Tuning Guide* for more information on outlines

## Prerequisites

To modify an outline, you must have the `ALTER ANY OUTLINE` system privilege.

## Syntax

**alter_outline::=**



## Semantics

### PUBLIC | PRIVATE

Specify `PUBLIC` if you want to modify the public version of this outline. This is the default.

Specify `PRIVATE` if you want to modify an outline that is private to the current session and whose data is stored in the current parsing schema.

### outline

Specify the name of the outline to be modified.

Cloudera Exhibit 1020 - Page 769 of 1808

Databricks_R2_PA_00002905

### REBUILD

Specify REBUILD to regenerate the execution plan for *outline* using current conditions.

> **See Also:** "Rebuilding an Outline: Example" on page 11-34

### RENAME TO Clause

Use the RENAME TO clause to specify an outline name to replace *outline*.

### CHANGE CATEGORY TO Clause

Use the CHANGE CATEGORY TO clause to specify the name of the category into which the *outline* will be moved.

### ENABLE | DISABLE

Use this clause to selectively enable or disable this outline. Outlines are enabled by default. The DISABLE keyword lets you disable one outline without affecting the use of other outlines.

## Example

**Rebuilding an Outline: Example**   The following statement regenerates a stored outline called salaries by compiling the text of the outline and replacing the old outline data with the outline created under current conditions.

```
ALTER OUTLINE salaries REBUILD;
```

Cloudera Exhibit 1020 - Page 770 of 1808

Databricks_R2_PA_00002906

# ALTER PACKAGE

## Purpose

Use the ALTER PACKAGE statement to explicitly recompile a package specification, body, or both. Explicit recompilation eliminates the need for implicit run-time recompilation and prevents associated run-time compilation errors and performance overhead.

Because all objects in a package are stored as a unit, the ALTER PACKAGE statement recompiles all package objects together. You cannot use the ALTER PROCEDURE statement or ALTER FUNCTION statement to recompile individually a procedure or function that is part of a package.

> **Note:** This statement does not change the declaration or definition of an existing package. To redeclare or redefine a package, use the CREATE PACKAGE or the CREATE PACKAGE BODY on page 15-50 statement with the OR REPLACE clause.

## Prerequisites

For you to modify a package, the package must be in your own schema or you must have ALTER ANY PROCEDURE system privilege.

Cloudera Exhibit 1020 - Page 771 of 1808

Databricks_R2_PA_00002907

ALTER PACKAGE

## Syntax

**alter_package::=**



**compiler_parameters_clause::=**



## Semantics

### *schema*

Specify the schema containing the package. If you omit *schema*, then Oracle Database assumes the package is in your own schema.

### *package*

Specify the name of the package to be recompiled.

### COMPILE

You must specify COMPILE to recompile the package specification or body. The COMPILE keyword is required.

During recompilation, Oracle Database drops all persistent compiler switch settings, retrieves them again from the session, and stores them at the end of compilation. To avoid this process, specify the REUSE SETTINGS clause.

Cloudera Exhibit 1020 - Page 772 of 1808

If recompiling the package results in compilation errors, then Oracle Database returns an error and the body remains invalid. You can see the associated compiler error messages with the SQL*Plus command SHOW ERRORS.

> **See Also:** "Recompiling a Package: Examples" on page 11-38

### SPECIFICATION

Specify SPECIFICATION to recompile only the package specification, regardless of whether it is invalid. You might want to recompile a package specification to check for compilation errors after modifying the specification.

When you recompile a package specification, Oracle Database invalidates any local objects that depend on the specification, such as procedures that call procedures or functions in the package. The body of a package also depends on its specification. If you subsequently reference one of these dependent objects without first explicitly recompiling it, Oracle Database recompiles it implicitly at run time.

### BODY

Specify BODY to recompile only the package body regardless of whether it is invalid. You might want to recompile a package body after modifying it. Recompiling a package body does not invalidate objects that depend upon the package specification.

When you recompile a package body, Oracle Database first recompiles the objects on which the body depends, if any of those objects are invalid. If Oracle Database recompiles the body successfully, the body becomes valid.

### PACKAGE

Specify PACKAGE to recompile both the package specification and the package body if one exists, regardless of whether they are invalid. This is the default. The recompilation of the package specification and body lead to the invalidation and recompilation of dependent objects as described for SPECIFICATION and BODY.

> **See Also:** *Oracle Database Concepts* for information on how Oracle Database maintains dependencies among schema objects, including remote objects

### DEBUG

Specify DEBUG to instruct the PL/SQL compiler to generate and store the code for use by the PL/SQL debugger. Specifying this clause has the same effect as specifying PLSQL_DEBUG = TRUE in the *compiler_parameters_clause.*

Cloudera Exhibit 1020 - Page 773 of 1808

Databricks_R2_PA_00002909

ALTER PACKAGE

───────────────────────────────────────────────

> **See Also:** *PL/SQL Packages and Types Reference* for information on debugging packages

### *compiler_parameters_clause*

Use this clause to specify a value for one of the PL/SQL compiler parameters. The parameters you can specify in this clause are `PLSQL_OPTIMIZE_LEVEL`, `PLSQL_CODE_TYPE`, `PLSQL_DEBUG`, `PLSQL_WARNINGS`, and `NLS_LENGTH_SEMANTICS`.

You can specify each parameter only once in each statement. Each setting is valid only for the current library unit being compiled and does not affect other compilations in this session or system. To affect the entire session or system, you must set a value for the parameter using the `ALTER SESSION` or `ALTER SYSTEM` statement.

If you omit any parameter from this clause and you specify `REUSE SETTINGS`, then if a value was specified for the parameter in an earlier compilation of this library unit, Oracle Database uses that earlier value. If you omit any parameter and either you do not specify `REUSE SETTINGS` or no value has been specified for the parameter in an earlier compilation, then the database obtains the value for that parameter from the session environment.

**Restriction on the *compiler_parameters_clause***   You cannot set a value for the `PLSQL_DEBUG` parameter if you also specify `DEBUG`, because both clauses set the `PLSQL_DEBUG` parameter, and you can specify a value for each parameter only once.

### REUSE SETTINGS

Specify `REUSE SETTINGS` to prevent Oracle from dropping and reacquiring compiler switch settings. With this clause, Oracle preserves the existing settings and uses them for the recompilation of any parameters for which values are not specified elsewhere in this statement.

For backward compatibility, Oracle Database sets the persistently stored value of the `PLSQL_COMPILER_FLAGS` initialization parameter to reflect the values of the `PLSQL_CODE_TYPE` and `PLSQL_DEBUG` parameters that result from this statement.

## Examples

**Recompiling a Package: Examples**   This statement explicitly recompiles the specification and body of the `hr.emp_mgmt` package, which was created in "Creating a Package: Example" on page 15-53:

Cloudera Exhibit 1020 - Page 774 of 1808

Databricks_R2_PA_00002910

```
ALTER PACKAGE emp_mgmt
   COMPILE PACKAGE;
```

If Oracle Database encounters no compilation errors while recompiling the emp_mgmt specification and body, then emp_mgmt becomes valid. The user hr can subsequently call or reference all package objects declared in the specification of emp_mgmt without run-time recompilation. If recompiling emp_mgmt results in compilation errors, then Oracle Database returns an error and emp_mgmt remains invalid.

Oracle Database also invalidates all objects that depend upon emp_mgmt. If you subsequently reference one of these objects without explicitly recompiling it first, then Oracle Database recompiles it implicitly at run time.

To recompile the body of the emp_mgmt package in the schema hr, issue the following statement:

```
ALTER PACKAGE hr.emp_mgmt
   COMPILE BODY;
```

If Oracle Database encounters no compilation errors while recompiling the package body, then the body becomes valid. The user hr can subsequently call or reference all package objects declared in the specification of emp_mgmt without run-time recompilation. If recompiling the body results in compilation errors, then Oracle Database returns an error message and the body remains invalid.

Because this statement recompiles the body and not the specification of emp_mgmt, Oracle Database does not invalidate dependent objects.

Cloudera Exhibit 1020 - Page 775 of 1808

Databricks_R2_PA_00002911

# ALTER PROCEDURE

## Purpose

Use the ALTER PROCEDURE statement to explicitly recompile a standalone stored procedure. Explicit recompilation eliminates the need for implicit run-time recompilation and prevents associated run-time compilation errors and performance overhead.

To recompile a procedure that is part of a package, recompile the entire package using the ALTER PACKAGE statement (see ALTER PACKAGE on page 11-35).

> **Note:** This statement does not change the declaration or definition of an existing procedure. To redeclare or redefine a procedure, use the CREATE PROCEDURE statement with the OR REPLACE clause (see CREATE PROCEDURE on page 15-62).

The ALTER PROCEDURE statement is quite similar to the ALTER FUNCTION statement. Please refer to ALTER FUNCTION on page 10-84 for more information.

## Prerequisites

The procedure must be in your own schema or you must have ALTER ANY PROCEDURE system privilege.

## Syntax

**alter_procedure::=**



Cloudera Exhibit 1020 - Page 776 of 1808

Databricks_R2_PA_00002912

**compiler_parameters_clause::=**



## Semantics

### schema

Specify the schema containing the procedure. If you omit `schema`, then Oracle Database assumes the procedure is in your own schema.

### procedure

Specify the name of the procedure to be recompiled.

### COMPILE

Specify `COMPILE` to recompile the procedure. The `COMPILE` keyword is required. Oracle Database recompiles the procedure regardless of whether it is valid or invalid.

- Oracle Database first recompiles objects upon which the procedure depends, if any of those objects are invalid.

- Oracle Database also invalidates any local objects that depend upon the procedure, such as procedures that call the recompiled procedure or package bodies that define procedures that call the recompiled procedure.

- If Oracle Database recompiles the procedure successfully, then the procedure becomes valid. If recompiling the procedure results in compilation errors, then Oracle Database returns an error and the procedure remains invalid. You can see the associated compiler error messages with the SQL*Plus command `SHOW ERRORS`.

During recompilation, Oracle Database drops all persistent compiler switch settings, retrieves them again from the session, and stores them at the end of compilation. To avoid this process, specify the `REUSE SETTINGS` clause.

> **See Also:** *Oracle Database Concepts* for information on how Oracle Database maintains dependencies among schema objects, including remote objects and "Recompiling a Procedure: Example" on page 11-43

Cloudera Exhibit 1020 - Page 777 of 1808

Databricks_R2_PA_00002913

### DEBUG

Specify DEBUG to instruct the PL/SQL compiler to generate and store the code for
use by the PL/SQL debugger. Specifying this clause is the same as specifying
PLSQL_DEBUG = TRUE in the *compiler_parameters_clause*.

> **See Also:** *Oracle Database Application Developer's Guide -
> Fundamentals* for information on debugging procedures

### *compiler_parameters_clause*

Use this clause to specify a value for one of the PL/SQL compiler parameters. The
parameters you can specify in this clause are PLSQL_OPTIMIZE_LEVEL, PLSQL_
CODE_TYPE, PLSQL_DEBUG, PLSQL_WARNINGS, and NLS_LENGTH_SEMANTICS.

You can specify each parameter only once in each statement. Each setting is valid
only for the current library unit being compiled and does not affect other
compilations in this session or system. To affect the entire session or system, you
must set a value for the parameter using the ALTER SESSION or ALTER SYSTEM
statement.

If you omit any parameter from this clause and you specify REUSE SETTINGS,
then if a value was specified for the parameter in an earlier compilation of this
library unit, Oracle Database uses that earlier value. If you omit any parameter and
either you do not specify REUSE SETTINGS or no value has been specified for the
parameter in an earlier compilation, then the database obtains the value for that
parameter from the session environment.

> **Restriction on the *compiler_parameters_clause***    You cannot set a value for the
> PLSQL_DEBUG parameter if you also specify DEBUG, because both clauses set the
> PLSQL_DEBUG parameter, and you can specify a value for each parameter only
> once.

### REUSE SETTINGS

Specify REUSE SETTINGS to prevent Oracle from dropping and reacquiring
compiler switch settings. With this clause, Oracle preserves the existing settings and
uses them for the recompilation of any parameters for which values are not
specified elsewhere in this statement.

For backward compatibility, Oracle Database sets the persistently stored value of
the PLSQL_COMPILER_FLAGS initialization parameter to reflect the values of the
PLSQL_CODE_TYPE and PLSQL_DEBUG parameters that result from this statement.

Databricks_R2_PA_00002914

## Example

**Recompiling a Procedure: Example**   To explicitly recompile the procedure
remove_emp owned by the user hr, issue the following statement:

```
ALTER PROCEDURE hr.remove_emp
   COMPILE;
```

If Oracle Database encounters no compilation errors while recompiling credit,
then credit becomes valid. Oracle Database can subsequently execute it without
recompiling it at run time. If recompiling credit results in compilation errors, then
Oracle Database returns an error and credit remains invalid.

Oracle Database also invalidates all dependent objects. These objects include any
procedures, functions, and package bodies that call credit. If you subsequently
reference one of these objects without first explicitly recompiling it, then Oracle
Database recompiles it implicitly at run time.

Cloudera Exhibit 1020 - Page 779 of 1808

Databricks_R2_PA_00002915

# ALTER PROFILE

### Purpose

Use the `ALTER PROFILE` statement to add, modify, or remove a resource limit or password management parameter in a profile.

Changes made to a profile with an `ALTER PROFILE` statement affect users only in their subsequent sessions, not in their current sessions.

> **See Also:** CREATE PROFILE on page 15-69 for information on creating a profile

### Prerequisites

You must have `ALTER PROFILE` system privilege to change profile resource limits. To modify password limits and protection, you must have `ALTER PROFILE` and `ALTER USER` system privileges.

### Syntax

**alter_profile::=**



(*resource_parameters*::= on page 11-45, *password_parameters*::= on page 11-45)

Cloudera Exhibit 1020 - Page 780 of 1808

Databricks_R2_PA_00002916

**resource_parameters::=**



**password_parameters::=**



Cloudera Exhibit 1020 - Page 781 of 1808

Databricks_R2_PA_00002917

ALTER PROFILE

## Semantics

The keywords, parameters, and clauses in the `ALTER PROFILE` statement all have the same meaning as in the `CREATE PROFILE` statement.

You cannot remove a limit from the `DEFAULT` profile.

Please refer to CREATE PROFILE on page 15-69 and to the examples in the next section for more information.

## Examples

**Making a Password Unavailable: Example**   The following statement makes the password of the `new_profile` profile (created in "Creating a Profile: Example" on page 15-75) unavailable for reuse for 90 days:

```
ALTER PROFILE new_profile
   LIMIT PASSWORD_REUSE_TIME 90
   PASSWORD_REUSE_MAX UNLIMITED;
```

**Setting Default Password Values: Example**   The following statement defaults the `PASSWORD_REUSE_TIME` value of the `app_user` profile (created in "Setting Profile Resource Limits: Example" on page 15-75) to its defined value in the `DEFAULT` profile:

```
ALTER PROFILE app_user
   LIMIT PASSWORD_REUSE_TIME DEFAULT
   PASSWORD_REUSE_MAX UNLIMITED;
```

**Limiting Login Attempts and Password Lock Time: Example**   The following statement alters profile `app_user` with `FAILED_LOGIN_ATTEMPTS` set to 5 and `PASSWORD_LOCK_TIME` set to 1:

```
ALTER PROFILE app_user LIMIT
   FAILED_LOGIN_ATTEMPTS 5
   PASSWORD_LOCK_TIME 1;
```

This statement causes the `app_user` account to become locked for one day after five unsuccessful login attempts.

**Changing Password Lifetime and Grace Period: Example**   The following statement modifies the profile `app_user2` `PASSWORD_LIFE_TIME` to 90 days and `PASSWORD_GRACE_TIME` to 5 days:

```
ALTER PROFILE app_user2 LIMIT
   PASSWORD_LIFE_TIME 90
```

**11-46**   SQL Reference

```
PASSWORD_GRACE_TIME 5;
```

**Limiting Concurrent Sessions: Example**    This statement defines a new limit of 5 concurrent sessions for the `app_user` profile:

```
ALTER PROFILE app_user LIMIT SESSIONS_PER_USER 5;
```

If the `app_user` profile does not currently define a limit for `SESSIONS_PER_USER`, the preceding statement adds the limit of 5 to the profile. If the profile already defines a limit, the preceding statement redefines it to 5. Any user assigned the `app_user` profile is subsequently limited to 5 concurrent sessions.

**Removing Profile Limits: Example**    This statement removes the `IDLE_TIME` limit from the `app_user` profile:

```
ALTER PROFILE app_user LIMIT IDLE_TIME DEFAULT;
```

Any user assigned the `app_user` profile is subject in their subsequent sessions to the `IDLE_TIME` limit defined in the `DEFAULT` profile.

**Limiting Profile Idle Time: Example**    This statement defines a limit of 2 minutes of idle time for the `DEFAULT` profile:

```
ALTER PROFILE default LIMIT IDLE_TIME  2;
```

This `IDLE_TIME` limit applies to these users:

- Users who are not explicitly assigned any profile
- Users who are explicitly assigned a profile that does not define an `IDLE_TIME` limit

This statement defines unlimited idle time for the `app_user2` profile:

```
ALTER PROFILE app_user2 LIMIT IDLE_TIME UNLIMITED;
```

Any user assigned the `app_user2` profile is subsequently permitted unlimited idle time.

Cloudera Exhibit 1020 - Page 783 of 1808

Databricks_R2_PA_00002919

# ALTER RESOURCE COST

## Purpose

Use the `ALTER RESOURCE COST` statement to specify or change the formula by which Oracle Database calculates the total resource cost used in a session.

Although Oracle Database monitors the use of other resources, only the four resources shown in the syntax can contribute to the total resource cost for a session.

This statement lets you apply weights to the four resources. Oracle Database then applies the weights to the value of these resources that were specified for a profile to establish a formula for calculating total resource cost. You can limit this cost for a session with the `COMPOSITE_LIMIT` parameter of the `CREATE PROFILE` statement. If the resource cost of a session exceeds the limit, then Oracle Database aborts the session and returns an error. If you use the `ALTER RESOURCE COST` statement to change the weight assigned to each resource, then Oracle Database uses these new weights to calculate the total resource cost for all current and subsequent sessions.

> **See Also:** CREATE PROFILE on page 15-69 for information on all resources and on establishing resource limits

## Prerequisites

You must have the `ALTER RESOURCE COST` system privilege.

## Syntax

**alter_resource_cost::=**



## Semantics

Oracle Database calculates the total resource cost by first multiplying the amount of each resource used in the session by the weight of the resource, and then

summing the products for all four resources. For any session, this cost is limited by the value of the COMPOSITE_LIMIT parameter in the user's profile. Both the products and the total cost are expressed in units called **service units**.

### CPU_PER_SESSION

Use this keyword to apply a weight to the CPU_PER_SESSION resource.

### CONNECT_TIME

Use this keyword to apply a weight to the CONNECT_TIME resource.

### LOGICAL_READS_PER_SESSION

Use this clause to apply a weight to the LOGICAL_READS_PER_SESSION resource. Logical reads include blocks read from both memory and disk.

### PRIVATE_SGA

Use this clause to apply a weight to the PRIVATE_SGA resource. This limit applies only if you are using Shared Server architecture and allocating private space in the SGA for your session.

#### *integer*

Specify the weight of each resource. The weight that you assign to each resource determines how much the use of that resource contributes to the total resource cost. If you do not assign a weight to a resource, then the weight defaults to 0, and use of the resource subsequently does not contribute to the cost. The weights you assign apply to all subsequent sessions in the database.

## Example

**Altering Resource Costs: Examples**    The following statement assigns weights to the resources CPU_PER_SESSION and CONNECT_TIME:

```
ALTER RESOURCE COST
   CPU_PER_SESSION 100
   CONNECT_TIME      1;
```

The weights establish this cost formula for a session:

```
cost = (100 * CPU_PER_SESSION) + (1 * CONNECT_TIME)
```

Cloudera Exhibit 1020 - Page 785 of 1808

Databricks_R2_PA_00002921

where the values of `CPU_PER_SESSION` and `CONNECT_TIME` are either values in the `DEFAULT` profile or in the profile of the user of the session.

Because the preceding statement assigns no weight to the resources `LOGICAL_READS_PER_SESSION` and `PRIVATE_SGA`, these resources do not appear in the formula.

If a user is assigned a profile with a `COMPOSITE_LIMIT` value of 500, then a session exceeds this limit whenever `cost` exceeds 500. For example, a session using 0.04 seconds of CPU time and 101 minutes of elapsed time exceeds the limit. A session using 0.0301 seconds of CPU time and 200 minutes of elapsed time also exceeds the limit.

You can subsequently change the weights with another `ALTER RESOURCE` statement:

```
ALTER RESOURCE COST
   LOGICAL_READS_PER_SESSION 2
   CONNECT_TIME 0;
```

These new weights establish a new cost formula:

```
cost = (100 * CPU_PER_SESSION) + (2 * LOGICAL_READ_PER_SECOND)
```

where the values of `CPU_PER_SESSION` and `LOGICAL_READS_PER_SECOND` are either the values in the `DEFAULT` profile or in the profile of the user of this session.

This `ALTER RESOURCE COST` statement changes the formula in these ways:

- The statement omits a weight for the `CPU_PER_SESSION` resource. That resource was already assigned a weight, so the resource remains in the formula with its original weight.

- The statement assigns a weight to the `LOGICAL_READS_PER_SESSION` resource, so this resource now appears in the formula.

- The statement assigns a weight of 0 to the `CONNECT_TIME` resource, so this resource no longer appears in the formula.

- The statement omits a weight for the `PRIVATE_SGA` resource. That resource was not already assigned a weight, so the resource still does not appear in the formula.

Cloudera Exhibit 1020 - Page 786 of 1808

Databricks_R2_PA_00002922

## ALTER ROLE

### Purpose

Use the `ALTER ROLE` statement to change the authorization needed to enable a role.

> **See Also:**
>
> - CREATE ROLE on page 15-77 for information on creating a role
> - SET ROLE on page 19-63 for information on enabling or disabling a role for your session

### Prerequisites

You must either have been granted the role with the `ADMIN OPTION` or have `ALTER ANY ROLE` system privilege.

Before you alter a role to `IDENTIFIED GLOBALLY`, you must:

- Revoke all grants of roles identified externally to the role and
- Revoke the grant of the role from all users, roles, and `PUBLIC`.

The one exception to this rule is that you should not revoke the role from the user who is currently altering the role.

### Syntax

**alter_role::=**



Cloudera Exhibit 1020 - Page 787 of 1808

Databricks_R2_PA_00002923

## Semantics

The keywords, parameters, and clauses in the `ALTER ROLE` statement all have the same meaning as in the `CREATE ROLE` statement.

**Notes on Altering a Role**

- User sessions in which the role is already enabled are not affected.

- If you change a role identified by password to an application role (with the `USING` *package* clause), then password information associated with the role is lost. Oracle Database will use the new authentication mechanism the next time the role is to be enabled.

- If you have the `ALTER ANY ROLE` system privilege and you change a role that is `IDENTIFIED GLOBALLY` to `IDENTIFIED BY` *password*, `IDENTIFIED EXTERNALLY`, or `NOT IDENTIFIED`, then Oracle Database grants you the altered role with the `ADMIN OPTION`, as it would have if you had created the role identified nonglobally.

For more information, please refer to CREATE ROLE on page 15-77 and to the examples that follow.

## Examples

**Changing Role Identification: Example**   The following statement changes the role `warehouse_user` (created in "Creating a Role: Example" on page 15-79) to `NOT IDENTIFIED`:

```
ALTER ROLE warehouse_user NOT IDENTIFIED;
```

**Changing a Role Password: Example**   This statement changes the password on the `dw_manager` role (created in "Creating a Role: Example" on page 15-79) to `data`:

```
ALTER ROLE dw_manager
   IDENTIFIED BY data;
```

Users granted the `dw_manager` role must subsequently enter the new password `data` to enable the role.

**Application Roles: Example**   The following example changes the `dw_manager` role to an application role using the `hr.admin` package:

```
ALTER ROLE dw_manager IDENTIFIED USING hr.admin;
```

Cloudera Exhibit 1020 - Page 788 of 1808

Databricks_R2_PA_00002924

# ALTER ROLLBACK SEGMENT

> **Note:**   Oracle recommends that you run your database in automatic undo management mode instead of using rollback segments. Please refer to *Oracle Database Administrator's Guide* for information on automatic undo management.

Use the ALTER ROLLBACK SEGMENT statement to bring a rollback segment online or offline, change its storage characteristics, or shrink it to an optimal or specified size.

The information in this section assumes that your database is running in rollback undo mode (the UNDO_MANAGEMENT initialization parameter is set to MANUAL or not set at all). If your database is running in Automatic Undo Management mode (the UNDO_MANAGEMENT initialization parameter is set to AUTO), then user-created rollback segments are irrelevant.

**See Also:**

- CREATE ROLLBACK SEGMENT on page 15-81 for information on creating a rollback segment.

- *Oracle Database Reference* for information on the UNDO_ MANAGEMENT parameter

## Prerequisites

You must have the ALTER ROLLBACK SEGMENT system privilege.

Cloudera Exhibit 1020 - Page 789 of 1808

Databricks_R2_PA_00002925

ALTER ROLLBACK SEGMENT

## Syntax

**alter_rollback_segment::=**



(*storage_clause* on page 8-58)

## Semantics

### *rollback_segment*
Specify the name of an existing rollback segment.

### ONLINE
Specify ONLINE to bring the rollback segment online. When you create a rollback segment, it is initially offline and not available for transactions. This clause brings the rollback segment online, making it available for transactions by your instance. You can also bring a rollback segment online when you start your instance with the initialization parameter ROLLBACK_SEGMENTS.

> **See Also:** "Bringing a Rollback Segment Online: Example" on page 11-56

### OFFLINE
Specify OFFLINE to take the rollback segment offline.

■ If the rollback segment does not contain any information needed to roll back an active transaction, then Oracle Database takes it offline immediately.

■ If the rollback segment does contain information for active transactions, then the database makes the rollback segment unavailable for future transactions and takes it offline after all the active transactions are committed or rolled back.

Cloudera Exhibit 1020 - Page 790 of 1808

Databricks_R2_PA_00002926

Once the rollback segment is offline, it can be brought online by any instance.

To see whether a rollback segment is online or offline, query `STATUS` column of the data dictionary view `DBA_ROLLBACK_SEGS`. Online rollback segments have a value of `IN_USE`. Offline rollback segments have a value of `AVAILABLE`.

**Restriction on Taking Rollback Segments Offline**    You cannot take the `SYSTEM` rollback segment offline.

> **See Also:**    *Oracle Database Administrator's Guide* for more information on making rollback segments available and unavailable

### storage_clause

Use the `storage_clause` to change the storage characteristics of the rollback segment.

**Restriction on Rollback Segment Storage**    You cannot change the values of the `INITIAL` and `MINEXTENTS` for an existing rollback segment.

> **See Also:**
>
> - *storage_clause* on page 8-58 for syntax and additional information
> - "Changing Rollback Segment Storage: Example" on page 11-56

### SHRINK Clause

Specify `SHRINK` if you want Oracle Database to attempt to shrink the rollback segment to an optimal or specified size. The success and amount of shrinkage depend on the available free space in the rollback segment and how active transactions are holding space in the rollback segment.

The value of integer is in bytes, unless you specify K or M for kilobytes or megabytes.

If you do not specify `TO` *integer*, then the size defaults to the `OPTIMAL` value of the `storage_clause` of the `CREATE ROLLBACK SEGMENT` statement that created the rollback segment. If `OPTIMAL` was not specified, then the size defaults to the `MINEXTENTS` value of the `storage_clause` of the `CREATE ROLLBACK SEGMENT` statement.

Regardless of whether you specify `TO` *integer*:

Cloudera Exhibit 1020 - Page 791 of 1808

Databricks_R2_PA_00002927

- ■ The value to which Oracle Database shrinks the rollback segment is valid for the execution of the statement. Thereafter, the size reverts to the OPTIMAL value of the CREATE ROLLBACK SEGMENT statement.

- ■ The rollback segment cannot shrink to less than two extents.

To determine the actual size of a rollback segment after attempting to shrink it, query the BYTES, BLOCKS, and EXTENTS columns of the DBA_SEGMENTS view.

**Restriction on Shrinking Rollback Segments**   In a Real Application Clusters environment, you can shrink only rollback segments that are online to your instance.

> **See Also:**   "Resizing a Rollback Segment: Example" on page 11-56

## Examples

The following examples use the rbs_one rollback segment, which was created in "Creating a Rollback Segment: Example" on page 15-83.

**Bringing a Rollback Segment Online: Example**   This statements brings the rollback segment rbs_one online:

```
ALTER ROLLBACK SEGMENT rbs_one ONLINE;
```

**Changing Rollback Segment Storage: Example**   This statement changes the STORAGE parameters for rbs_one:

```
ALTER ROLLBACK SEGMENT rbs_one
   STORAGE (NEXT 1000 MAXEXTENTS 20);
```

**Resizing a Rollback Segment: Example**   This statements shrinks the rollback segment rbs_one:

```
ALTER ROLLBACK SEGMENT rbs_one
   SHRINK TO 100 M;
```

Cloudera Exhibit 1020 - Page 792 of 1808

Databricks_R2_PA_00002928

# ALTER SEQUENCE

## Purpose

Use the ALTER SEQUENCE statement to change the increment, minimum and maximum values, cached numbers, and behavior of an existing sequence. This statement affects only future sequence numbers.

> **See Also:** CREATE SEQUENCE on page 15-88 for additional information on sequences

## Prerequisites

The sequence must be in your own schema, or you must have the ALTER object privilege on the sequence, or you must have the ALTER ANY SEQUENCE system privilege.

## Syntax

**alter_sequence::=**



Cloudera Exhibit 1020 - Page 793 of 1808

Databricks_R2_PA_00002929

ALTER SEQUENCE

## Semantics

The keywords and parameters in this statement serve the same purposes they serve when you create a sequence.

- To restart the sequence at a different number, you must drop and re-create it.

- If you change the INCREMENT BY value before the first invocation of NEXTVAL, some sequence numbers will be skipped. Therefore, if you want to retain the original START WITH value, you must drop the sequence and re-create it with the original START WITH value and the new INCREMENT BY value.

- Oracle Database performs some validations. For example, a new MAXVALUE cannot be imposed that is less than the current sequence number.

    **See Also:** CREATE SEQUENCE on page 15-88 for information on creating a sequence and DROP SEQUENCE on page 18-3 for information on dropping and re-creating a sequence

## Examples

**Modifying a Sequence: Examples**    This statement sets a new maximum value for the customers_seq sequence, which was created in "Creating a Sequence: Example" on page 15-92:

```
ALTER SEQUENCE customers_seq
    MAXVALUE 1500;
```

This statement turns on CYCLE and CACHE for the customers_seq sequence:

```
ALTER SEQUENCE customers_seq
    CYCLE
    CACHE 5;
```

Cloudera Exhibit 1020 - Page 794 of 1808

Databricks_R2_PA_00002930

# ALTER SESSION

## Purpose

Use the ALTER SESSION statement to set or modify any of the conditions or parameters that affect your connection to the database. The statement stays in effect until you disconnect from the database.

## Prerequisites

To enable and disable the SQL trace facility, you must have ALTER SESSION system privilege.

To enable or disable resumable space allocation, you must have the RESUMABLE system privilege.

You do not need any privileges to perform the other operations of this statement unless otherwise indicated.

Cloudera Exhibit 1020 - Page 795 of 1808

Databricks_R2_PA_00002931

ALTER SESSION

## Syntax

**alter_session::=**



**alter_session_set_clause::=**



## Semantics

### ADVISE Clause

The ADVISE clause sends advice to a remote database to force a distributed transaction. The advice appears in the ADVICE column of the DBA_2PC_PENDING view on the remote database (the values are 'C' for COMMIT, 'R' for ROLLBACK, and ' ' for NOTHING). If the transaction becomes in doubt, then the administrator of that

Cloudera Exhibit 1020 - Page 796 of 1808

Databricks_R2_PA_00002932

database can use this advice to decide whether to commit or roll back the transaction.

You can send different advice to different remote databases by issuing multiple ALTER SESSION statements with the ADVISE clause in a single transaction. Each such statement sends advice to the databases referenced in the following statements in the transaction until another such statement is issued.

> **See Also:** "Forcing a Distributed Transaction: Example" on page 11-75

### CLOSE DATABASE LINK Clause

Specify CLOSE DATABASE LINK to close the database link *dblink*. When you issue a statement that uses a database link, Oracle Database creates a session for you on the remote database using that link. The connection remains open until you end your local session or until the number of database links for your session exceeds the value of the initialization parameter OPEN_LINKS. If you want to reduce the network overhead associated with keeping the link open, then use this clause to close the link explicitly if you do not plan to use it again in your session.

> **See Also:** Closing a Database Link: Example on page 11-76

### ENABLE | DISABLE COMMIT IN PROCEDURE

Procedures and stored functions written in PL/SQL can issue COMMIT and ROLLBACK statements. If your application would be disrupted by a COMMIT or ROLLBACK statement not issued directly by the application itself, then specify DISABLE COMMIT IN PROCEDURE clause to prevent procedures and stored functions called during your session from issuing these statements.

You can subsequently allow procedures and stored functions to issue COMMIT and ROLLBACK statements in your session by issuing the ENABLE COMMIT IN PROCEDURE.

Some applications automatically prohibit COMMIT and ROLLBACK statements in procedures and stored functions. Refer to your application documentation for more information.

### ENABLE | DISABLE GUARD

The *security_clause* of ALTER DATABASE lets you prevent anyone other than the SYS user from making any changes to data or database objects on the primary or standby database. This clause lets you override that setting for the current session.

Cloudera Exhibit 1020 - Page 797 of 1808

Databricks_R2_PA_00002933

> **See Also:** *security_clause* on page 10-57 for more information on the `GUARD` setting

## PARALLEL DML | DDL | QUERY

The `PARALLEL` parameter determines whether all subsequent DML, DDL, or query statements in the session will be considered for parallel execution. This clause enables you to override the degree of parallelism of tables during the current session without changing the tables themselves. Uncommitted transactions must either be committed or rolled back prior to executing this clause for DML.

> **See Also:** "Enabling Parallel DML: Example" on page 11-75

### ENABLE Clause

Specify `ENABLE` to execute subsequent statements in the session in parallel. This is the default for DDL and query statements.

- `DML`: DML statements are executed in parallel mode if a parallel hint or a parallel clause is specified.

- `DDL`: DDL statements are executed in parallel mode if a parallel clause is specified.

- `QUERY`: Queries are executed in parallel mode if a parallel hint or a parallel clause is specified

**Restriction on the ENABLE clause**    You cannot specify the optional `PARALLEL` *integer* with `ENABLE`.

### DISABLE Clause

Specify `DISABLE` to execute subsequent statements in the session serially. This is the default for DML statements.

- `DML`: DML statements are executed serially.

- `DDL`: DDL statements are executed serially.

- `QUERY`: Queries are executed serially.

**Restriction on the DISABLE clause**    You cannot specify the optional `PARALLEL` *integer* with `DISABLE`.

Cloudera Exhibit 1020 - Page 798 of 1808

Databricks_R2_PA_00002934

### FORCE Clause

FORCE forces parallel execution of subsequent statements in the session. If no parallel clause or hint is specified, then a default degree of parallelism is used. This clause overrides any `parallel_clause` specified in subsequent statements in the session but is overridden by a parallel hint.

- DML: Provided no parallel DML restrictions are violated, subsequent DML statements in the session are executed with the default degree of parallelism, unless a degree is specified in this clause.

- DDL: Subsequent DDL statements in the session are executed with the default degree of parallelism, unless a degree is specified in this clause. Resulting database objects will have associated with them the prevailing degree of parallelism.

    Specifying FORCE DDL automatically causes all tables created in this session to be created with a default level of parallelism. The effect is the same as if you had specified the `parallel_clause` (with the default degree) in the CREATE TABLE statement.

- QUERY: Subsequent queries are executed with the default degree of parallelism, unless a degree is specified in this clause.

**PARALLEL** *integer*    Specify an integer to explicitly specify a degree of parallelism:

- For FORCE DDL, the degree overrides any parallel clause in subsequent DDL statements.

- For FORCE DML and QUERY, the degree overrides the degree currently stored for the table in the data dictionary.

- A degree specified in a statement through a hint will override the degree being forced.

The following types of DML operations are not parallelized regardless of this clause:

- Operations on cluster tables

- Operations with embedded functions that either write or read database or package states

- Operations on tables with triggers that could fire

- Operations on tables or schema objects containing object types, or LONG or LOB datatypes.

SQL Statements: ALTER MATERIALIZED VIEW to ALTER SYSTEM    **11-63**

## RESUMABLE Clauses

These clauses let you enable and disable resumable space allocation. This feature allows an operation to be suspended in the event of an out-of-space error condition and to resume automatically from the point of interruption when the error condition is fixed.

> **Note:** Resumable space allocation is fully supported for operations on locally managed tablespaces. Some restrictions apply if you are using dictionary-managed tablespaces. For information on these restrictions, please refer to *Oracle Database Administrator's Guide*.

### ENABLE RESUMABLE

This clause enables resumable space allocation for the session.

**TIMEOUT**   `TIMEOUT` lets you specify (in seconds) the time during which an operation can remain suspended while waiting for the error condition to be fixed. If the error condition is not fixed within the `TIMEOUT` period, then Oracle Database aborts the suspended operation.

**NAME**   `NAME` lets you specify a user-defined text string to help users identify the statements issued during the session while the session is in resumable mode. Oracle Database inserts the text string into the `USER_RESUMABLE` and `DBA_RESUMABLE` data dictionary views. If you do not specify `NAME`, then Oracle Database inserts the default string `'User username(userid), Session sessionid, Instance instanceid'`.

> **See Also:** *Oracle Database Reference* for information on the data dictionary views

### DISABLE RESUMABLE

This clause disables resumable space allocation for the session.

### *alter_session_set_clause*

Use the `alter_session_set_clause` to set parameter values. You can set two types of parameters using this clause:

- Initialization parameters that are dynamic in the scope of the `ALTER SESSION` statement (listed in "Initialization Parameters and ALTER SESSION" on page 11-66)

Cloudera Exhibit 1020 - Page 800 of 1808

Databricks_R2_PA_00002936

■   Session parameters (listed in "Session Parameters and ALTER SESSION" on
    page 11-70)

You can set values for multiple parameters in the same *alter_session_set_*
*clause*.

Cloudera Exhibit 1020 - Page 801 of 1808

Databricks_R2_PA_00002937

Initialization Parameters and ALTER SESSION

# Initialization Parameters and ALTER SESSION

A list of the initialization parameters that are dynamic in the scope of ALTER SESSION appears in Table 11–1. In PDF and HTML, the parameters are hyperlinks that take you to their full descriptions in *Oracle Database Reference*. In print, for a description of each parameter, please refer to *Oracle Database Reference*.

When you set these parameters using ALTER SESSION, the value you set persists only for the duration of the current session.

A number of parameters that can be set using ALTER SESSION are not initialization parameters. That is, you can set them only with ALTER SESSION, not in an initialization parameter file. Those session parameters are described in "Session Parameters and ALTER SESSION" on page 11-70.

> **Caution:**   Before changing the values of initialization parameters, please refer to their full description in *Oracle Database Reference*.

*Table 11–1   Initialization Parameters You Can Set with ALTER SESSION*

| Parameter | Comments |
|---|---|
| CREATE_STORED_OUTLINES | In earlier releases, CREATE_STORED_OUTLINES was a session parameter only. |
| CURSOR_SHARING | See also *Oracle Database Performance Tuning Guide* for information on setting this parameter in these and other environments. |
| DB_BLOCK_CHECKING | The setting made by ALTER SESSION SET DB_BLOCK_CHECKING will be overridden by any subsequent ALTER SYSTEM SET DB_BLOCK_CHECKING statement. |
| DB_CREATE_FILE_DEST | — |
| DB_CREATE_ONLINE_LOG_DEST_n | — |
| DB_FILE_MULTIBLOCK_READ_COUNT | — |
| DB_FILE_NAME_CONVERT | — |
| DDL_WAIT_FOR_LOCKS | — |
| FILESYSTEMIO_OPTIONS | — |

Cloudera Exhibit 1020 - Page 802 of 1808

Databricks_R2_PA_00002938

*Table 11–1    (Cont.) Initialization Parameters You Can Set with ALTER SESSION*

| Parameter | Comments |
|---|---|
| GLOBAL_NAMES | See "Referring to Objects in Remote Databases" on page 2-114 and *Oracle Database Heterogeneous Connectivity Administrator's Guide* for more information on global name resolution and how Oracle Database enforces it. |
| HASH_AREA_SIZE | — |
| LOG_ARCHIVE_DEST_n | — |
| LOG_ARCHIVE_DEST_STATE_n | — |
| LOG_ARCHIVE_MIN_SUCCEED_DEST | — |
| MAX_DUMP_FILE_SIZE | — |

**Globalization Support (NLS_) Parameters:**

When you start an instance, Oracle Database establishes globalization support based on the values of initialization parameters that begin with "NLS". You can query the dynamic performance table V$NLS_PARAMETERS to see the current globalization attributes for your session. For more information about NLS parameters, see *Oracle Database Globalization Support Guide*.

| | |
|---|---|
| NLS_CALENDAR | — |
| NLS_COMP | — |
| NLS_CURRENCY | — |
| NLS_DATE_FORMAT | See "Datetime Format Models" on page 2-75 for information on valid date format models. |
| NLS_DATE_LANGUAGE | — |
| NLS_DUAL_CURRENCY | See "Number Format Models" on page 2-71 for information on number format elements. |
| NLS_ISO_CURRENCY | — |
| NLS_LANGUAGE | — |
| NLS_LENGTH_SEMANTICS | — |
| NLS_NCHAR_CONV_EXCP | — |
| NLS_NUMERIC_CHARACTERS | — |
| NLS_SORT | — |

Cloudera Exhibit 1020 - Page 803 of 1808

Databricks_R2_PA_00002939

Initialization Parameters and ALTER SESSION

*Table 11–1   (Cont.)  Initialization Parameters You Can Set with ALTER SESSION*

| Parameter | Comments |
|---|---|
| NLS_TERRITORY | — |
| NLS_TIMESTAMP_FORMAT | — |
| NLS_TIMESTAMP_TZ_FORMAT | — |
| OBJECT_CACHE_MAX_SIZE_PERCENT | — |
| OBJECT_CACHE_OPTIMAL_SIZE | — |
| OLAP_PAGE_POOL_SIZE | — |
| OPTIMIZER_DYNAMIC_SAMPLING | See *Oracle Database Performance Tuning Guide* for information on how to set this parameter. |
| OPTIMIZER_FEATURES_ENABLE | — |
| OPTIMIZER_INDEX_CACHING | — |
| OPTIMIZER_INDEX_COST_ADJ | — |
| OPTIMIZER_MODE | See *Oracle Database Concepts* and *Oracle Database Performance Tuning Guide* for information on how to choose a goal for the cost-based approach based on the characteristics of your application. |
| OSM_POWER_LIMIT | — |
| PARALLEL_INSTANCE_GROUP | — |
| PARALLEL_MIN_PERCENT | — |
| PLSQL_CODE_TYPE | |
| PLSQL_COMPILER_FLAGS | — |
| PLSQL_DEBUG | — |
| PLSQL_OPTIMIZE_LEVEL | — |
| PLSQL_V2_COMPATIBILITY | — |
| PLSQL_WARNINGS | — |
| QUERY_REWRITE_ENABLED | — |
| QUERY_REWRITE_INTEGRITY | — |
| REMOTE_DEPENDENCIES_MODE | — |
| RESUMABLE_TIMEOUT | — |

Cloudera Exhibit 1020 - Page 804 of 1808

Databricks_R2_PA_00002940

*Table 11–1   (Cont.) Initialization Parameters You Can Set with ALTER SESSION*

| Parameter | Comments |
|---|---|
| SESSION_CACHED_CURSORS | — |
| SKIP_UNUSABLE_INDEXES | — |
| SORT_AREA_RETAINED_SIZE | — |
| SORT_AREA_SIZE | — |
| SQL_TRACE | — |
| SQLTUNE_CATEGORY | |
| STAR_TRANSFORMATION_ENABLED | — |
| STATISTICS_LEVEL | — |
| TIMED_OS_STATISTICS | — |
| TIMED_STATISTICS | — |
| TRACEFILE_IDENTIFIER | — |
| WORKAREA_SIZE_POLICY | — |

Cloudera Exhibit 1020 - Page 805 of 1808

Databricks_R2_PA_00002941

# Session Parameters and ALTER SESSION

The following parameters are session parameters only, not initialization parameters:

## CONSTRAINT[S]

**Syntax:**
```
CONSTRAINT[S] = { IMMEDIATE | DEFERRED | DEFAULT }
```

The `CONSTRAINT[S]` parameter determines when conditions specified by a deferrable constraint are enforced.

- `IMMEDIATE` indicates that the conditions specified by the deferrable constraint are checked immediately after each DML statement. This setting is equivalent to issuing the `SET CONSTRAINTS ALL IMMEDIATE` statement at the beginning of each transaction in your session.

- `DEFERRED` indicates that the conditions specified by the deferrable constraint are checked when the transaction is committed. This setting is equivalent to issuing the `SET CONSTRAINTS ALL DEFERRED` statement at the beginning of each transaction in your session.

- `DEFAULT` restores all constraints at the beginning of each transaction to their initial state of `DEFERRED` or `IMMEDIATE`.

## CREATE_STORED_OUTLINES

In earlier releases, `CREATE_STORED_OUTLINES` was a session parameter only. It is now an initialization parameter. Please refer to `CREATE_STORED_OUTLINES` in the *Oracle Database Reference*.

## CURRENT_SCHEMA

**Syntax:**
```
CURRENT_SCHEMA = schema
```

The `CURRENT_SCHEMA` parameter changes the current schema of the session to the specified schema. Subsequent unqualified references to schema objects during the session will resolve to objects in the specified schema. The setting persists for the duration of the session or until you issue another `ALTER SESSION SET CURRENT_SCHEMA` statement.

Cloudera Exhibit 1020 - Page 806 of 1808

Databricks_R2_PA_00002942

This setting offers a convenient way to perform operations on objects in a schema other than that of the current user without having to qualify the objects with the schema name. This setting changes the current schema, but it does not change the session user or the current user, nor does it give the session user any additional system or object privileges for the session.

## ERROR_ON_OVERLAP_TIME

**Syntax:**
```
ERROR_ON_OVERLAP_TIME = {TRUE | FALSE}
```

The `ERROR_ON_OVERLAP_TIME` determines how Oracle Database should handle an ambiguous boundary datetime value—that is, a case in which it is not clear whether the datetime is in standard or daylight savings time.

- Specify `TRUE` to return an error for the ambiguous overlap timestamp.
- Specify `FALSE` to default the ambiguous overlap timestamp to the standard time. This is the default.

Please refer to "Support for Daylight Saving Times" on page 2-29 for more information on boundary datetime values.

## FLAGGER

**Syntax:**
```
FLAGGER = { ENTRY | INTERMEDIATE | FULL | OFF }
```

The `FLAGGER` parameter specifies FIPS flagging, which causes an error message to be generated when a SQL statement issued is an extension of ANSI SQL92. `FLAGGER` is a session parameter only, not an initialization parameter.

In Oracle Database, there is currently no difference between entry, intermediate, or full level flagging. Once flagging is set in a session, a subsequent `ALTER SESSION SET FLAGGER` statement will work, but generates the message, ORA-00097. This allows FIPS flagging to be altered without disconnecting the session. `OFF` turns off flagging.

> **See Also:** Appendix B, "Oracle and Standard SQL", for more information about Oracle compliance with current ANSI SQL standards

Cloudera Exhibit 1020 - Page 807 of 1808

Databricks_R2_PA_00002943

## INSTANCE

**Syntax:**
```
INSTANCE = integer
```

Setting the `INSTANCE` parameter lets you access another instance as if you were connected to your own instance. `INSTANCE` is a session parameter only, not an initialization parameter. In a Real Application Clusters environment, each RAC instance retains static or dynamic ownership of disk space for optimal DML performance based on the setting of this parameter.

## ISOLATION_LEVEL

**Syntax:**
```
ISOLATION_LEVEL = {SERIALIZABLE | READ COMMITTED}
```

The `ISOLATION_LEVEL` parameter specifies how transactions containing database modifications are handled. `ISOLATION_LEVEL` is a session parameter only, not an initialization parameter.

- `SERIALIZABLE` indicates that transactions in the session use the serializable transaction isolation mode as specified in SQL92. That is, if a serializable transaction attempts to execute a DML statement that updates rows currently being updated by another uncommitted transaction at the start of the serializable transaction, then the DML statement fails. A serializable transaction can see its own updates.

- `READ COMMITTED` indicates that transactions in the session will use the default Oracle Database transaction behavior. That is, if the transaction contains DML that requires row locks held by another transaction, then the DML statement will wait until the row locks are released.

## PLSQL_DEBUG

In earlier releases, `PLSQL_DEBUG` was a session parameter only. It is now an initialization parameter. Please refer to `PLSQL_DEBUG` in the *Oracle Database Reference*.

## SKIP_UNUSABLE_INDEXES

In earlier releases, `SKIP_UNUSABLE_INDEXES` was a session parameter only. It is now an initialization parameter. Please refer to `SKIP_UNUSABLE_INDEXES` in the *Oracle Database Reference*.

Cloudera Exhibit 1020 - Page 808 of 1808

Databricks_R2_PA_00002944

## SQL_TRACE

In earlier releases, `SQL_TRACE` was a session parameter only. It is now an initialization parameter. Please refer to `SQL_TRACE` in the *Oracle Database Reference*.

## TIME_ZONE

### Syntax:

```
TIME_ZONE = '[+ | -] hh:mm'
            | LOCAL
            | DBTIMEZONE
            | 'time_zone_region'
```

The `TIME_ZONE` parameter specifies the default local time zone offset or region name for the current SQL session. `TIME_ZONE` is a session parameter only, not an initialization parameter. To determine the time zone of the current session, query the built-in function `SESSIONTIMEZONE` (see SESSIONTIMEZONE on page 7-185).

- Specify a format mask (`'[+|-]hh:mm'`) indicating the hours and minutes before or after UTC (Coordinated Universal Time—formerly Greenwich Mean Time). The valid range for `hh:mm` is -12:00 to +14:00.

- Specify `LOCAL` to set the default local time zone offset of the current SQL session to the original default local time zone offset that was established when the current SQL session was started.

- Specify `DBTIMEZONE` to set the current session time zone to match the value set for the database time zone. If you specify this setting, then the `DBTIMEZONE` function will return the database time zone as a UTC offset or a time zone region, depending on how the database time zone has been set.

- Specify a valid `time_zone_region`. To see a listing of valid region names, query the `TZNAME` column of the `V$TIMEZONE_NAMES` dynamic performance view. If you specify this setting, then the `SESSIONTIMEZONE` function will return the region name.

Cloudera Exhibit 1020 - Page 809 of 1808

Databricks_R2_PA_00002945

---

**Note:**  Timezone region names are needed by the daylight savings feature. The region names are stored in two time zone files. The default time zone file is a small file containing only the most common time zones to maximize performance. If your time zone is not in the default file, then you will not have daylight savings support until you provide a path to the complete (larger) file by way of the `ORA_TZFILE` environment variable.

---

**See Also:**

- *Oracle Database Administrator's Guide* for more information about setting the `ORA_TZFILE` environment variable

- *Oracle Database Globalization Support Guide.* for a complete listing of the timezone region names in both files

---

**Note:**  You can also set the default client session time zone using the `ORA_SDTZ` environment variable. Please refer to *Oracle Database Globalization Support Guide* for more information on this variable.

---

## USE_PRIVATE_OUTLINES

**Syntax:**
```
USE_PRIVATE_OUTLINES = { TRUE | FALSE | category_name }
```

The `USE_PRIVATE_OUTLINES` parameter lets you control the use of private outlines. When this parameter is enabled and an outlined SQL statement is issued, the optimizer retrieves the outline from the session private area rather than the public area used when `USE_STORED_OUTLINES` is enabled. If no outline exists in the session private area, then the optimizer will not use an outline to compile the statement. `USE_PRIVATE_OUTLINES` is not an initialization parameter.

- `TRUE` causes the optimizer to use private outlines stored in the `DEFAULT` category when compiling requests.

- `FALSE` specifies that the optimizer should not use stored private outlines. This is the default. If `USE_STORED_OUTLINES` is enabled, then the optimizer will use stored public outlines.

- ■ *category_name* causes the optimizer to use outlines stored in the *category_name* category when compiling requests.

**Restriction on USE_PRIVATE_OUTLINES**  You cannot enable this parameter if USE_STORED_OUTLINES is enabled.

## USE_STORED_OUTLINES

### Syntax:

```
USE_STORED_OUTLINES = { TRUE | FALSE | category_name }
```

The USE_STORED_OUTLINES parameter determines whether the optimizer will use stored public outlines to generate execution plans. USE_STORED_OUTLINES is not an initialization parameter.

- ■ TRUE causes the optimizer to use outlines stored in the DEFAULT category when compiling requests.

- ■ FALSE specifies that the optimizer should not use stored outlines. This is the default.

- ■ *category_name* causes the optimizer to use outlines stored in the *category_name* category when compiling requests.

**Restriction on USED_STORED_OUTLINES**  You cannot enable this parameter if USE_PRIVATE_OUTLINES is enabled.

## Examples

**Enabling Parallel DML: Example**  Issue the following statement to enable parallel DML mode for the current session:

```
ALTER SESSION ENABLE PARALLEL DML;
```

**Forcing a Distributed Transaction: Example**  The following transaction inserts an employee record into the employees table on the database identified by the database link remote and deletes an employee record from the employees table on the database identified by local:

```
ALTER SESSION
   ADVISE COMMIT;

INSERT INTO employees@remote
```

Cloudera Exhibit 1020 - Page 811 of 1808

Databricks_R2_PA_00002947

```
      VALUES (8002, 'Juan', 'Fernandez', 'juanf@hr.com', NULL,
      TO_DATE('04-OCT-1992', 'DD-MON-YYYY'), 'SA_CLERK', 3000,
      NULL, 121, 20);

ALTER SESSION
   ADVISE ROLLBACK;

DELETE FROM employees@local
   WHERE employee_id = 8002;

COMMIT;
```

This transaction has two `ALTER SESSION` statements with the `ADVISE` clause. If the transaction becomes in doubt, then `remote` is sent the advice 'COMMIT' by virtue of the first `ALTER SESSION` statement and `local` is sent the advice 'ROLLBACK' by virtue of the second statement.

**Closing a Database Link: Example**   This statement updates the `jobs` table on the `local` database using a database link, commits the transaction, and explicitly closes the database link:

```
UPDATE jobs@local SET min_salary = 3000
   WHERE job_id = 'SH_CLERK';

COMMIT;

ALTER SESSION
   CLOSE DATABASE LINK local;
```

**Changing the Date Format Dynamically: Example**   The following statement dynamically changes the default date format for your session to 'YYYY MM DD-HH24:MI:SS':

```
ALTER SESSION
   SET NLS_DATE_FORMAT = 'YYYY MM DD HH24:MI:SS';
```

Oracle Database uses the new default date format:

```
SELECT TO_CHAR(SYSDATE) Today
   FROM DUAL;

TODAY
-------------------
2001 04 12 12:30:38
```

Cloudera Exhibit 1020 - Page 812 of 1808

Databricks_R2_PA_00002948

**Changing the Date Language Dynamically: Example**   The following statement changes the language for date format elements to French:

```
ALTER SESSION
   SET NLS_DATE_LANGUAGE = French;

SELECT TO_CHAR(SYSDATE, 'Day DD Month YYYY') Today
   FROM DUAL;

TODAY
---------------------------
Jeudi    12 Avril     2001
```

**Changing the ISO Currency: Example**   The following statement dynamically changes the ISO currency symbol to the ISO currency symbol for the territory America:

```
ALTER SESSION
   SET NLS_ISO_CURRENCY = America;

SELECT TO_CHAR( SUM(salary), 'C999G999D99') Total
   FROM employees;

TOTAL
------------------
     USD694,900.00
```

**Changing the Decimal Character and Group Separator: Example**   The following statement dynamically changes the decimal character to comma (,) and the group separator to period (.):

```
ALTER SESSION SET NLS_NUMERIC_CHARACTERS = ',.' ;
```

Oracle Database returns these new characters when you use their number format elements:

```
ALTER SESSION SET NLS_CURRENCY = 'FF';

SELECT TO_CHAR( SUM(salary), 'L999G999D99') Total FROM employees;

TOTAL
---------------------
        FF694.900,00
```

Cloudera Exhibit 1020 - Page 813 of 1808

Databricks_R2_PA_00002949

**Changing the NLS Currency: Example**   The following statement dynamically changes the local currency symbol to 'DM':

```
ALTER SESSION
   SET NLS_CURRENCY = 'DM';

SELECT TO_CHAR( SUM(salary), 'L999G999D99') Total
   FROM employees;

TOTAL
---------------------
         DM694.900,00
```

**Changing the NLS Language: Example**   The following statement dynamically changes to French the language in which error messages are displayed:

```
ALTER SESSION
   SET NLS_LANGUAGE = FRENCH;

Session modifiee.

SELECT * FROM DMP;

ORA-00942: Table ou vue inexistante
```

**Changing the Linguistic Sort Sequence: Example**   The following statement dynamically changes the linguistic sort sequence to Spanish:

```
ALTER SESSION
   SET NLS_SORT = XSpanish;
```

Oracle Database sorts character values based on their position in the Spanish linguistic sort sequence.

**Enabling SQL Trace: Example**   To enable the SQL trace facility for your session, issue the following statement:

```
ALTER SESSION
   SET SQL_TRACE = TRUE;
```

**Enabling Query Rewrite: Example**   This statement enables query rewrite in the current session for all materialized views that have not been explicitly disabled:

```
ALTER SESSION SET QUERY_REWRITE_ENABLED = TRUE;
```

Cloudera Exhibit 1020 - Page 814 of 1808

Databricks_R2_PA_00002950

## ALTER SYSTEM

### Purpose

Use the ALTER SYSTEM statement to dynamically alter your Oracle Database instance. The settings stay in effect as long as the database is mounted.

### Prerequisites

You must have ALTER SYSTEM system privilege.

Cloudera Exhibit 1020 - Page 815 of 1808

Databricks_R2_PA_00002951

ALTER SYSTEM

## Syntax

**alter_system::=**



(*archive_log_clause*::= on page 11-81, *checkpoint_clause*::= on page 11-81, *check_datafiles_clause*::= on page 11-81, *distributed_recov_clauses*::= on page 11-82, *restricted_session_clauses*::= on page 11-82, *end_session_clauses*::= on page 11-82, *quiesce_clauses*::= on page 11-82, *shutdown_dispatcher_clause*::= on page 11-82, *alter_system_set_clause*::= on page 11-82, *alter_system_reset_clause*::= on page 11-83)

Cloudera Exhibit 1020 - Page 816 of 1808

Databricks_R2_PA_00002952

**archive_log_clause::=**



**checkpoint_clause::=**



**check_datafiles_clause::=**



Cloudera Exhibit 1020 - Page 817 of 1808

Databricks_R2_PA_00002953

ALTER SYSTEM

---

**distributed_recov_clauses::=**



**restricted_session_clauses::=**



**end_session_clauses::=**



**quiesce_clauses::=**



**shutdown_dispatcher_clause::=**



**alter_system_set_clause::=**



Cloudera Exhibit 1020 - Page 818 of 1808

Databricks_R2_PA_00002954

**alter_system_reset_clause::=**



## Semantics

### *archive_log_clause*

The `archive_log_clause` manually archives redo log files or enables or disables automatic archiving. To use this clause, your instance must have the database mounted. The database can be either open or closed unless otherwise noted.

#### INSTANCE Clause

This clause is relevant only if you are using Oracle Database with the Real Application Clusters option. Specify the name of the instance for which you want the redo log file group to be archived. The instance name is a string of up to 80 characters. Oracle Database automatically determines the thread that is mapped to the specified instance and archives the corresponding redo log file group. If no thread is mapped to the specified instance, then Oracle Database returns an error.

#### THREAD Clause

This clause has been deprecated, because the `INSTANCE` clause achieves the same purpose and is easier to use. The `THREAD` clause is supported for backward compatibility. Specify the number of the thread containing the redo log file group to be archived.

#### SEQUENCE Clause

Specify `SEQUENCE` to manually archive the online redo log file group identified by the log sequence number `integer` in the specified thread. If you omit the `THREAD` parameter, then Oracle Database archives the specified group from the thread assigned to your instance.

#### CHANGE Clause

Specify `CHANGE` to manually archive the online redo log file group containing the redo log entry with the system change number (SCN) specified by `integer` in the specified thread. If the SCN is in the current redo log file group, then Oracle

Cloudera Exhibit 1020 - Page 819 of 1808

Databricks_R2_PA_00002955

Database performs a log switch. If you omit the `THREAD` parameter, then Oracle Database archives the groups containing this SCN from all enabled threads.

You can use this clause only when your instance has the database open.

### CURRENT Clause

Specify `CURRENT` to manually archive the current redo log file group of the specified thread, forcing a log switch. If you omit the `THREAD` parameter, then Oracle Database archives all redo log file groups from all enabled threads, including logs previous to current logs. You can specify `CURRENT` only when the database is open.

**NOSWITCH**   Specify `NOSWITCH` if you want to manually archive the current redo log file group without forcing a log switch. This setting is used primarily with standby databases to prevent data divergence when the primary database shuts down. Divergence implies the possibility of data loss in case of primary database failure.

You can use the `NOSWITCH` clause only when your instance has the database mounted but not open. If the database is open, then this operation closes the database automatically. You must then manually shut down the database before you can reopen it.

### GROUP Clause

Specify `GROUP` to manually archive the online redo log file group with the `GROUP` value specified by _integer_. You can determine the `GROUP` value for a redo log file group by querying the data dictionary view `DBA_LOG_GROUPS`. If you specify both the `THREAD` and `GROUP` parameters, then the specified redo log file group must be in the specified thread.

### LOGFILE Clause

Specify `LOGFILE` to manually archive the online redo log file group containing the redo log file member identified by '_filename_'. If you specify both the `THREAD` and `LOGFILE` parameters, then the specified redo log file group must be in the specified thread.

If the database was mounted with a backup controlfile, then specify `USING BACKUP CONTROLFILE` to permit archiving of all online logfiles, including the current logfile.

**Restriction on the LOGFILE clause**   You must archive redo log file groups in the order in which they are filled. If you specify a redo log file group for archiving with

Cloudera Exhibit 1020 - Page 820 of 1808

Databricks_R2_PA_00002956

the `LOGFILE` parameter, and earlier redo log file groups are not yet archived, then Oracle Database returns an error.

### NEXT Clause

Specify `NEXT` to manually archive the next online redo log file group from the specified thread that is full but has not yet been archived. If you omit the `THREAD` parameter, then Oracle Database archives the earliest unarchived redo log file group from any enabled thread.

### ALL Clause

Specify `ALL` to manually archive all online redo log file groups from the specified thread that are full but have not been archived. If you omit the `THREAD` parameter, then Oracle Database archives all full unarchived redo log file groups from all enabled threads.

### START Clause

In earlier releases, this clause enabled automatic archiving of redo log file groups for the thread assigned to your instance. This clause has been deprecated, because Oracle Database automatically enables automatic archiving of redo log file groups. This clause has no effect. If you specify it, Oracle Database writes a message to the alert log.

### TO *location* Clause

Specify `TO '`*location*`'` to indicate the primary location to which the redo log file groups are archived. The value of this parameter must be a fully specified file location following the conventions of your operating system. If you omit this parameter, then Oracle Database archives the redo log file group to the location specified by the initialization parameters `LOG_ARCHIVE_DEST` or `LOG_ARCHIVE_DEST_`*n*.

### STOP Clause

In earlier releases, this clause disabled automatic archiving of redo log file groups for the thread assigned to your instance. This clause has been deprecated. It has no effect, and if you specify it, Oracle Database writes a message to the alert log.

### *checkpoint_clause*

Specify `CHECKPOINT` to explicitly force Oracle Database to perform a checkpoint, ensuring that all changes made by committed transactions are written to datafiles

Cloudera Exhibit 1020 - Page 821 of 1808

Databricks_R2_PA_00002957

on disk. You can specify this clause only when your instance has the database open. Oracle Database does not return control to you until the checkpoint is complete.

**GLOBAL**   In a Real Application Clusters environment, this setting causes Oracle Database to perform a checkpoint for all instances that have opened the database. This is the default.

**LOCAL**   In a Real Application Clusters environment, this setting causes Oracle Database to perform a checkpoint only for the thread of redo log file groups for the instance from which you issue the statement.

> **See Also:**  "Forcing a Checkpoint: Example" on page 11-110

### check_datafiles_clause

In a distributed database system, such as a Real Application Clusters environment, this clause updates an instance's SGA from the database control file to reflect information on all online datafiles.

- Specify `GLOBAL` to perform this synchronization for all instances that have opened the database. This is the default.

- Specify `LOCAL` to perform this synchronization only for the local instance.

Your instance should have the database open.

### end_session_clauses

The `end_session_clauses` give you several ways to end the current session.

### DISCONNECT SESSION Clause

Use the `DISCONNECT SESSION` clause to disconnect the current session by destroying the dedicated server process (or virtual circuit if the connection was made by way of a Shared Server). To use this clause, your instance must have the database open. You must identify the session with both of the following values from the `V$SESSION` view:

- For `integer1`, specify the value of the `SID` column.

- For `integer2`, specify the value of the `SERIAL#` column.

If system parameters are appropriately configured, then application failover will take effect.

Cloudera Exhibit 1020 - Page 822 of 1808

Databricks_R2_PA_00002958

- The POST_TRANSACTION setting allows ongoing transactions to complete before the session is disconnected. If the session has no ongoing transactions, then this clause has the same effect described for as KILL SESSION.

- The IMMEDIATE setting disconnects the session and recovers the entire session state immediately, without waiting for ongoing transactions to complete.

  - If you also specify POST_TRANSACTION and the session has ongoing transactions, then the IMMEDIATE keyword is ignored.

  - If you do not specify POST_TRANSACTION, or you specify POST_TRANSACTION but the session has no ongoing transactions, then this clause has the same effect as described for KILL SESSION IMMEDIATE.

  **See Also:** "Disconnecting a Session: Example" on page 11-113

### KILL SESSION Clause

The KILL SESSION clause lets you mark a session as terminated, roll back ongoing transactions, release all session locks, and partially recover session resources. To use this clause, your instance must have the database open, and your session and the session to be terminated must be on the same instance. You must identify the session with both of the following values from the V$SESSION view:

- For *integer1*, specify the value of the SID column.

- For *integer2*, specify the value of the SERIAL# column.

If the session is performing some activity that must be completed, such as waiting for a reply from a remote database or rolling back a transaction, then Oracle Database waits for this activity to complete, marks the session as terminated, and then returns control to you. If the waiting lasts a minute, then Oracle Database marks the session to be terminated and returns control to you with a message that the session is marked to be terminated. The PMON background process then marks the session as terminated when the activity is complete.

Whether or not the session has an ongoing transaction, Oracle Database does not recover the entire session state until the session user issues a request to the session and receives a message that the session has been terminated.

  **See Also:** "Terminating a Session: Example" on page 11-113

**IMMEDIATE**   Specify IMMEDIATE to instruct Oracle Database to roll back ongoing transactions, release all session locks, recover the entire session state, and return control to you immediately.

Cloudera Exhibit 1020 - Page 823 of 1808

Databricks_R2_PA_00002959

ALTER SYSTEM

## DUMP ACTIVE SESSION HISTORY Clause

This clause lets you record in-memory active session history data into the process trace file. The data is then available for subsequent analysis by the Automatic Database Diagnostic Monitor. The default time period during which the data is collected is 10 minutes. You can override this default using the MINUTES clause.

> **See Also:**   *Oracle Database Performance Tuning Guide* for more information on the Automatic Database Diagnostic Monitor and active session history

### distributed_recovery_clause

The DISTRIBUTED RECOVERY clause lets you enable or disable distributed recovery. To use this clause, your instance must have the database open.

**ENABLE**    Specify ENABLE to enable distributed recovery. In a single-process environment, you must use this clause to initiate distributed recovery.

You may need to issue the ENABLE DISTRIBUTED RECOVERY statement more than once to recover an in-doubt transaction if the remote node involved in the transaction is not accessible. In-doubt transactions appear in the data dictionary view DBA_2PC_PENDING.

> **See Also:**   "Enabling Distributed Recovery: Example" on page 11-112

**DISABLE**    Specify DISABLE to disable distributed recovery.

### restricted_session_clause

The RESTRICTED SESSION clause lets you restrict logon to Oracle Database.

You can use this clause regardless of whether your instance has the database dismounted or mounted, open or closed.

**ENABLE**    Specify ENABLE to allow only users with RESTRICTED SESSION system privilege to log on to Oracle Database. Existing sessions are not terminated.

This clause applies only to the current instance. Therefore, in a Real Application Clusters environment, authorized users without the RESTRICTED SESSION system privilege can still access the database by way of other instances.

Cloudera Exhibit 1020 - Page 824 of 1808

Databricks_R2_PA_00002960

**DISABLE**    Specify `DISABLE` to reverse the effect of the `ENABLE RESTRICTED SESSION` clause, allowing all users with `CREATE SESSION` system privilege to log on to Oracle Database. This is the default.

> **See Also:**  "Restricting Sessions: Example" on page 11-110

### FLUSH SHARED_POOL Clause

The `FLUSH SHARED POOL` clause lets you clear all data from the shared pool in the system global area (SGA). The shared pool stores

- Cached data dictionary information and
- Shared SQL and PL/SQL areas for SQL statements, stored procedures, function, packages, and triggers.

This statement does not clear shared SQL and PL/SQL areas for items that are currently being executed. You can use this clause regardless of whether your instance has the database dismounted or mounted, open or closed.

> **See Also:**  "Clearing the Shared Pool: Example" on page 11-110

### FLUSH BUFFER_CACHE Clause

The `FLUSH BUFFER_CACHE` clause lets you clear all data from the buffer cache in the system global area (SGA).

> **Caution:**    This clause is intended for use only on a test database. Do not use this clause on a production database, because as a result of this statement, subsequent queries will have no hits, only misses.

This clause is useful if you need to measure the performance of rewritten queries or a suite of queries from identical starting points.

### SWITCH LOGFILE Clause

The `SWITCH LOGFILE` clause lets you explicitly force Oracle Database to begin writing to a new redo log file group, regardless of whether the files in the current redo log file group are full. When you force a log switch, Oracle Database begins to perform a checkpoint but returns control to you immediately rather than when the checkpoint is complete. To use this clause, your instance must have the database open.

Cloudera Exhibit 1020 - Page 825 of 1808

Databricks_R2_PA_00002961

**See Also:** "Forcing a Log Switch: Example" on page 11-112

## SUSPEND | RESUME

The SUSPEND clause lets you suspend all I/O (datafile, control file, and file header) as well as queries, in all instances, enabling you to make copies of the database without having to handle ongoing transactions.

### Restrictions on SUSPEND and RESUME

- Do not use this clause unless you have put the database tablespaces in hot backup mode.

- If you start a new instance while the system is suspended, then that new instance will not be suspended.

The RESUME clause lets you make the database available once again for queries and I/O.

### quiesce_clauses

Use the QUIESCE RESTRICTED and UNQUIESCE clauses to put the database in and take it out of the **quiesced state**. This state enables database administrators to perform administrative operations that cannot be safely performed in the presence of concurrent transactions, queries, or PL/SQL operations.

> **Note:** The QUIESCE RESTRICTED clause is valid only if the database resource manager feature is installed and only if the resource manager has been on continuously since database startup in any instances that have opened the database.

If multiple QUIESCE RESTRICTED or UNQUIESCE statements issue at the same time from different sessions or instances, then all but one will receive an error.

### QUIESCE RESTRICTED

Specify QUIESCE RESTRICTED to put the database in the quiesced state. For all instances with the database open, this clause has the following effect:

- Oracle Database instructs the database resource manager in all instances to prevent all inactive sessions (other than SYS and SYSTEM) from becoming active. No user other than SYS and SYSTEM can start a new transaction, a new query, a new fetch, or a new PL/SQL operation.

Cloudera Exhibit 1020 - Page 826 of 1808

Databricks_R2_PA_00002962

- Oracle Database waits for all existing transactions in all instances that were initiated by a user other than SYS or SYSTEM to finish (either commit or abort). Oracle Database also waits for all running queries, fetches, and PL/SQL procedures in all instances that were initiated by users other than SYS or SYSTEM and that are not inside transactions to finish. If a query is carried out by multiple successive OCI fetches, then Oracle Database does not wait for all fetches to finish. It waits for the current fetch to finish and then blocks the next fetch. Oracle Database also waits for all sessions (other than those of SYS or SYSTEM) that hold any shared resources (such as enqueues) to release those resources. After all these operations finish, Oracle Database places the database into quiesced state and finishes executing the QUIESCE RESTRICTED statement.

- If an instance is running in shared server mode, then Oracle Database instructs the database resource manager to block logins (other than SYS or SYSTEM) on that instance. If an instance is running in non-shared-server mode, then Oracle Database does not impose any restrictions on user logins in that instance.

During the quiesced state, you cannot change the Resource Manager plan in any instance.

### UNQUIESCE

Specify UNQUIESCE to take the database out of quiesced state. Doing so permits transactions, queries, fetches, and PL/SQL procedures that were initiated by users other than SYS or SYSTEM to be undertaken once again. The UNQUIESCE statement does not have to originate in the same session that issued the QUIESCE RESTRICTED statement.

### shutdown_dispatcher_clause

The SHUTDOWN clause is relevant only if your system is using the shared server architecture of Oracle Database. It shuts down a dispatcher identified by *dispatcher_name*.

> **Note:** Do not confuse this clause with the SQL*Plus command SHUTDOWN, which is used to shut down the entire database.

The *dispatcher_name* must be a string of the form 'D*xxx*', where *xxx* indicates the number of the dispatcher. For a listing of dispatcher names, query the NAME column of the V$DISPATCHER dynamic performance view.

Cloudera Exhibit 1020 - Page 827 of 1808

Databricks_R2_PA_00002963

- If you specify IMMEDIATE, then the dispatcher stops accepting new connections immediately and Oracle Database terminates all existing connections through that dispatcher. After all sessions are cleaned up, the dispatcher process shuts down.

- If you do not specify IMMEDIATE, then the dispatcher stops accepting new connections immediately but waits for all its users to disconnect and for all its database links to terminate. Then it shuts down.

### REGISTER Clause

Specify REGISTER to instruct the PMON background process to register the instance with the listeners immediately. If you do not specify this clause, then registration of the instance does not occur until the next time PMON executes the discovery routine. As a result, clients may not be able to access the services for as long as 60 seconds after the listener is started.

> **See Also:** *Oracle Database Concepts* and *Oracle Net Services Administrator's Guide* for information on the PMON background process and listeners

### alter_system_set_clause

The *alter_system_set_clause* lets you set or reset the value of any initialization parameter. The parameters are described in "Initialization Parameters and ALTER SYSTEM" on page 11-95.

The ability to change initialization parameter values depends on whether you have started up the database with a traditional client-side initialization parameter file (pfile) or with a server parameter file (spfile). To determine whether you can change the value of a particular parameter, query the ISSYS_MODIFIABLE column of the V$PARAMETER dynamic performance view.

When setting a parameter value, you can specify additional settings as follows:

### COMMENT

The COMMENT clause lets you associate a comment string with this change in the value of the parameter. If you also specify SPFILE, then this comment will appear in the parameter file to indicate the most recent change made to this parameter.

### DEFERRED

The DEFERRED keyword sets or modifies the value of the parameter for future sessions that connect to the database. Current sessions retain the old value.

Cloudera Exhibit 1020 - Page 828 of 1808

Databricks_R2_PA_00002964

You must specify DEFERRED if the value of the ISSYS_MODIFIABLE column of V$PARAMETER for this parameter is DEFERRED. If the value of that column is IMMEDIATE, then the DEFERRED keyword in this clause is optional. If the value of that column is FALSE, then you cannot specify DEFERRED in this ALTER SYSTEM statement.

> **See Also:** *Oracle Database Reference* for information on the V$PARAMETER dynamic performance view

### SCOPE

The SCOPE clause lets you specify when the change takes effect. Scope depends on whether you started up the database using a client-side parameter file (pfile) or server parameter file (spfile).

**MEMORY** MEMORY indicates that the change is made in memory, takes effect immediately, and persists until the database is shut down. If you started up the database using a parameter file (pfile), then this is the only scope you can specify.

**SPFILE** SPFILE indicates that the change is made in the server parameter file. The new setting takes effect when the database is next shut down and started up again. You must specify SPFILE when changing the value of a static parameter that is described as not modifiable in *Oracle Database Reference*.

**BOTH** BOTH indicates that the change is made in memory and in the server parameter file. The new setting takes effect immediately and persists after the database is shut down and started up again.

If a server parameter file was used to start up the database, then BOTH is the default. If a parameter file was used to start up the database, then MEMORY is the default, as well as the only scope you can specify.

### SID

The SID clause is relevant only in a Real Application Clusters environment. This clause lets you specify the SID of the instance where the value will take effect.

- Specify SID = '*' if you want Oracle Database to change the value of the parameter for all instances.

- Specify SID = 'sid' if you want Oracle Database to change the value of the parameter only for the instance sid. This setting takes precedence over previous and subsequent ALTER SYSTEM SET statements that specify SID = '*'.

Cloudera Exhibit 1020 - Page 829 of 1808

Databricks_R2_PA_00002965

If you do not specify this clause:

- If the instance was started up with a pfile (client-side initialization parameter file), then Oracle Database assumes the SID of the current instance.

- If the instance was started up with an spfile (server parameter file), then Oracle Database assumes `SID = '*'`.

If you specify an instance other than the current instance, then Oracle Database sends a message to that instance to change the parameter value in the memory of that instance.

> **See Also:**  *Oracle Database Reference* for information about the `V$PARAMETER` view

### alter_system_reset_clause

The `alter_system_reset_clause` is for use in a Real Application Clusters environment. It gives you separate control for an individual instance over parameters that may have been set for all instances in a server parameter file. The `SCOPE` clause has the same behavior as described for the `alter_system_set_clause`.

**SID**    Specify the `SID` clause to remove a previously specified setting of this parameter for your instance—that is, a previous `ALTER SYSTEM SET ... SID = 'sid'` statement. (In a non-RAC environment, you can specify `SID = '*'` for this clause.) Your instance will assume the value of the parameter as specified in a previous or subsequent `ALTER SYSTEM SET ... SID = '*'` statement.

> **See Also:**  *Real Application Clusters Deployment and Performance* for information on setting parameter values for an individual instance in a Real Application Clusters environment

Cloudera Exhibit 1020 - Page 830 of 1808

Databricks_R2_PA_00002966

## Initialization Parameters and ALTER SYSTEM

You can change the value of many initialization parameters for the current instance, whether you have started the database with a traditional client-side parameter file (pfile) or with a server parameter file (spfile). *Oracle Database Reference* indicates these parameters in the "Modifiable" category of each parameter description. If you are using a pfile, then the change will persist only for the duration of the instance. However, if you have started the database with an spfile, then you can change the value of the parameter in the spfile itself, so that the new value will occur in subsequent instances.

Three lists follow:

- The first is a list of basic parameters. Database administrators should be familiar with and consider the setting for all of the basic parameters.

- The second list shows the initialization parameters by their functional category.

- The third list includes all initialization parameters in alphabetical order.

For a description of these parameters, please refer to *Oracle Database Reference*.

> **See Also:**   the following examples of using the ALTER SYSTEM statement: "Changing Licensing Parameters: Examples" on page 11-111, "Enabling Query Rewrite: Example" on page 11-110, "Enabling Resource Limits: Example" on page 11-111, "Shared Server Parameters" on page 11-109, and "Changing Shared Server Settings: Examples" on page 11-111

### Basic Parameters

```
CLUSTER_DATABASE
COMPATIBLE
CONTROL_FILES
DB_BLOCK_SIZE
DB_CREATE_FILE_DEST
DB_CREATE_ONLINE_LOG_DEST_n
DB_DOMAIN
DB_NAME
DB_RECOVERY_FILE_DEST
DB_RECOVERY_FILE_DEST_SIZE
DB_UNIQUE_NAME
INSTANCE_NUMBER
```

Cloudera Exhibit 1020 - Page 831 of 1808

Databricks_R2_PA_00002967

```
JOB_QUEUE_PROCESSES
LOG_ARCHIVE_DEST_n
LOG_ARCHIVE_DEST_STATE_n
NLS_LANGUAGE
NLS_TERRITORY
OPEN_CURSORS
PGA_AGGREGATE_TARGET
PROCESSES
REMOTE_LISTENER
REMOTE_LOGIN_PASSWORDFILE
ROLLBACK_SEGMENTS
SESSIONS
SGA_TARGET
SHARED_SERVERS
STAR_TRANSFORMATION_ENABLED
UNDO_MANAGEMENT
UNDO_TABLESPACE
```

## Parameters by Functional Category

- **ANSI Compliance**

  ```
  BLANK_TRIMMING
  ```

- **Backup and Restore**

  ```
  BACKUP_TAPE_IO_SLAVES
  TAPE_ASYNCH_IO
  ```

- **BFILEs**

  ```
  SESSION_MAX_OPEN_FILES
  ```

- **Buffer Cache and I/O**

  ```
  DB_nK_CACHE_SIZE
  DB_BLOCK_SIZE
  DB_CACHE_ADVICE
  DB_CACHE_SIZE
  DB_FILE_MULTIBLOCK_READ_COUNT
  DB_KEEP_CACHE_SIZE
  DB_RECYCLE_CACHE_SIZE
  DB_WRITER_PROCESSES
  DBWR_IO_SLAVES
  ```

Cloudera Exhibit 1020 - Page 832 of 1808

Databricks_R2_PA_00002968

```
DISK_ASYNCH_IO
FILESYSTEMIO_OPTIONS
READ_ONLY_OPEN_DELAYED
USE_INDIRECT_DATA_BUFFERS
```

- **Cursors and Library Cache**

```
CURSOR_SHARING
CURSOR_SPACE_FOR_TIME
OPEN_CURSORS
SERIAL_REUSE
SESSION_CACHED_CURSORS
```

- **Database/Instance Identification**

```
DB_DOMAIN
DB_NAME
INSTANCE_NAME
```

- **Diagnostics and Statistics**

```
BACKGROUND_CORE_DUMP
BACKGROUND_DUMP_DEST
CORE_DUMP_DEST
DB_BLOCK_CHECKING
DB_BLOCK_CHECKSUM
EVENT
MAX_DUMP_FILE_SIZE
SHADOW_CORE_DUMP
SQL_TRACE
STATISTICS_LEVEL
TIMED_OS_STATISTICS
TIMED_STATISTICS
TRACE_ENABLED
TRACEFILE_IDENTIFIER
USER_DUMP_DEST
```

- **Distributed, Replication**

```
COMMIT_POINT_STRENGTH
DISTRIBUTED_LOCK_TIMEOUT
GLOBAL_NAMES
HS_AUTOREGISTER
```

Cloudera Exhibit 1020 - Page 833 of 1808

Databricks_R2_PA_00002969

```
OPEN_LINKS
OPEN_LINKS_PER_INSTANCE
REPLICATION_DEPENDENCY_TRACKING
```

■ **File Locations, Names, and Sizes**

```
AUDIT_FILE_DEST
BACKGROUND_CORE_DUMP
BACKGROUND_DUMP_DEST
CONTROL_FILES
CORE_DUMP_DEST
DB_CREATE_FILE_DEST
DB_CREATE_ONLINE_LOG_DEST_n
DB_FILES
DB_RECOVERY_FILE_DEST
DB_RECOVERY_FILE_DEST_SIZE
FILE_MAPPING
IFILE
LOG_ARCHIVE_DEST_n
SPFILE
```

■ **Globalization**

```
NLS_CALENDAR
NLS_COMP
NLS_CURRENCY
NLS_DATE_FORMAT
NLS_DATE_LANGUAGE
NLS_DUAL_CURRENCY
NLS_ISO_CURRENCY
NLS_LANGUAGE
NLS_LENGTH_SEMANTICS
NLS_NCHAR_CONV_EXCP
NLS_NUMERIC_CHARACTERS
NLS_SORT
NLS_TERRITORY
NLS_TIMESTAMP_FORMAT
NLS_TIMESTAMP_TZ_FORMAT
```

■ **Java**

```
JAVA_MAX_SESSIONSPACE_SIZE
JAVA_POOL_SIZE
```

Cloudera Exhibit 1020 - Page 834 of 1808

Databricks_R2_PA_00002970

```
JAVA_SOFT_SESSIONSPACE_LIMIT
```

- **Job Queues**

```
JOB_QUEUE_PROCESSES
```

- **License Limits**

```
LICENSE_MAX_SESSIONS
LICENSE_MAX_USERS
LICENSE_SESSIONS_WARNING
```

- **Miscellaneous**

```
AQ_TM_PROCESSES
COMPATIBLE
FIXED_DATE
LOGMNR_MAX_PERSISTENT_SESSIONS
```

- **Networking**

```
LOCAL_LISTENER
REMOTE_LISTENER
SERVICE_NAMES
```

- **Objects and LOBs**

```
OBJECT_CACHE_MAX_SIZE_PERCENT
OBJECT_CACHE_OPTIMAL_SIZE
```

- **OLAP**

```
OLAP_PAGE_POOL_SIZE
```

- **Optimizer**

```
OPTIMIZER_DYNAMIC_SAMPLING
OPTIMIZER_FEATURES_ENABLE
OPTIMIZER_INDEX_CACHING
OPTIMIZER_INDEX_COST_ADJ
OPTIMIZER_MODE
QUERY_REWRITE_ENABLED
QUERY_REWRITE_INTEGRITY
STAR_TRANSFORMATION_ENABLED
```

Cloudera Exhibit 1020 - Page 835 of 1808

Databricks_R2_PA_00002971

- **Parallel Execution**

  ```
  PARALLEL_ADAPTIVE_MULTI_USER
  PARALLEL_AUTOMATIC_TUNING
  PARALLEL_EXECUTION_MESSAGE_SIZE
  PARALLEL_MAX_SERVERS
  PARALLEL_MIN_PERCENT
  PARALLEL_MIN_SERVERS
  PARALLEL_THREADS_PER_CPU
  ```

- **PL/SQL**

  ```
  PLSQL_CODE_TYPE
  PLSQL_DEBUG
  PLSQL_NATIVE_LIBRARY_DIR
  PLSQL_NATIVE_LIBRARY_SUBDIR_COUNT
  PLSQL_OPTIMIZE_LEVEL
  PLSQL_V2_COMPATIBILITY
  PLSQL_WARNINGS
  REMOTE_DEPENDENCIES_MODE
  UTL_FILE_DIR
  ```

- **Memory**

  ```
  LARGE_POOL_SIZE
  SHARED_POOL_RESERVED_SIZE
  SHARED_POOL_SIZE
  ```

- **SGA Memory**

  ```
  DB_nK_CACHE_SIZE
  DB_CACHE_ADVICE
  DB_CACHE_SIZE
  HI_SHARED_MEMORY_ADDRESS
  JAVA_POOL_SIZE
  LOCK_SGA
  OLAP_PAGE_POOL_SIZE
  PGA_AGGREGATE_TARGET
  PRE_PAGE_SGA
  SGA_MAX_SIZE
  SHARED_MEMORY_ADDRESS
  ```

- **Real Application Clusters**

Cloudera Exhibit 1020 - Page 836 of 1808

Databricks_R2_PA_00002972

```
ACTIVE_INSTANCE_COUNT
CLUSTER_DATABASE
CLUSTER_DATABASE_INSTANCES
CLUSTER_INTERCONNECTS
GC_FILES_TO_LOCKS
INSTANCE_GROUPS
INSTANCE_NUMBER
LOCK_NAME_SPACE
MAX_COMMIT_PROPAGATION_DELAY
PARALLEL_INSTANCE_GROUP
THREAD
```

- **Redo Logs, Archiving, and Recovery**

```
CONTROL_FILE_RECORD_KEEP_TIME
DB_CREATE_ONLINE_LOG_DEST_n
DB_RECOVERY_FILE_DEST
DB_RECOVERY_FILE_DEST_SIZE
FAST_START_IO_TARGET
FAST_START_MTTR_TARGET
LOG_BUFFER
LOG_CHECKPOINT_INTERVAL
LOG_CHECKPOINT_TIMEOUT
LOG_CHECKPOINTS_TO_ALERT
LOG_ARCHIVE_CONFIG
LOG_ARCHIVE_DEST_n
LOG_ARCHIVE_DEST_STATE_n
LOG_ARCHIVE_DUPLEX_DEST
LOG_ARCHIVE_FORMAT
LOG_ARCHIVE_MAX_PROCESSES
LOG_ARCHIVE_MIN_SUCCEED_DEST
LOG_ARCHIVE_TRACE
RECOVERY_PARALLELISM
```

- **Resource Manager**

```
RESOURCE_LIMIT
RESOURCE_MANAGER_PLAN
```

- **Security and Auditing**

```
AUDIT_FILE_DEST
AUDIT_SYS_OPERATIONS
```

Cloudera Exhibit 1020 - Page 837 of 1808

Databricks_R2_PA_00002973

```
AUDIT_TRAIL
O7_DICTIONARY_ACCESSIBILITY
OS_AUTHENT_PREFIX
OS_ROLES
RDBMS_SERVER_DN
REMOTE_LOGIN_PASSWORDFILE
REMOTE_OS_AUTHENT
REMOTE_OS_ROLES
SQL92_SECURITY
```

■ **Sessions and Processes**

```
CPU_COUNT
PROCESSES
SESSIONS
```

■ **Shared Server Architecture**

```
CIRCUITS
DISPATCHERS
MAX_DISPATCHERS
MAX_SHARED_SERVERS
SHARED_SERVER_SESSIONS
SHARED_SERVERS
```

■ **Standby Database**

```
ARCHIVE_LAG_TARGET
DB_FILE_NAME_CONVERT
DB_UNIQUE_NAME
DG_BROKER_CONFIG_FILEn
DG_BROKER_START
FAL_CLIENT
FAL_SERVER
LOG_FILE_NAME_CONVERT
REMOTE_ARCHIVE_ENABLE
STANDBY_ARCHIVE_DEST
STANDBY_FILE_MANAGEMENT
```

■ **Undo Management**

```
RESUMABLE_TIMEOUT
ROLLBACK_SEGMENTS
```

Cloudera Exhibit 1020 - Page 838 of 1808

Databricks_R2_PA_00002974

```
TRANSACTIONS_PER_ROLLBACK_SEGMENT
UNDO_MANAGEMENT
UNDO_RETENTION
UNDO_TABLESPACE
```

- **Temporary Sort Space**

```
BITMAP_MERGE_AREA_SIZE
CREATE_BITMAP_AREA_SIZE
HASH_AREA_SIZE
PGA_AGGREGATE_TARGET
SORT_AREA_RETAINED_SIZE
SORT_AREA_SIZE
WORKAREA_SIZE_POLICY
```

- **Transactions**

```
DML_LOCKS
ENQUEUE_RESOURCES
FAST_START_PARALLEL_ROLLBACK
TRANSACTIONS
```

## All Parameters in Alphabetical Order

```
ACTIVE_INSTANCE_COUNT
AQ_TM_PROCESSES
ARCHIVE_LAG_TARGET
AUDIT_FILE_DEST
AUDIT_SYS_OPERATIONS
AUDIT_TRAIL
BACKGROUND_CORE_DUMP
BACKGROUND_DUMP_DEST
BACKUP_TAPE_IO_SLAVES
BITMAP_MERGE_AREA_SIZE
BLANK_TRIMMING
CIRCUITS
CLUSTER_DATABASE
CLUSTER_DATABASE_INSTANCES
CLUSTER_INTERCONNECTS
COMMIT_POINT_STRENGTH
COMPATIBLE
CONTROL_FILE_RECORD_KEEP_TIME
```

Cloudera Exhibit 1020 - Page 839 of 1808

Databricks_R2_PA_00002975

Initialization Parameters and ALTER SYSTEM

```
CONTROL_FILES
CORE_DUMP_DEST
CPU_COUNT
CREATE_BITMAP_AREA_SIZE
CREATE_STORED_OUTLINES
CURSOR_SHARING
CURSOR_SPACE_FOR_TIME
DB_nK_CACHE_SIZE
DB_BLOCK_CHECKING
DB_BLOCK_CHECKSUM
DB_BLOCK_SIZE
DB_CACHE_ADVICE
DB_CACHE_SIZE
DB_CREATE_FILE_DEST
DB_CREATE_ONLINE_LOG_DEST_n
DB_DOMAIN
DB_FLASHBACK_RETENTION_TARGET
DB_FILE_MULTIBLOCK_READ_COUNT
DB_FILE_NAME_CONVERT
DB_FILES
DB_KEEP_CACHE_SIZE
DB_NAME
DB_RECOVERY_FILE_DEST
DB_RECOVERY_FILE_DEST_SIZE
DB_RECYCLE_CACHE_SIZE
DB_UNIQUE_NAME
DB_WRITER_PROCESSES
DBWR_IO_SLAVES
DDL_WAIT_FOR_LOCKS
DG_BROKER_CONFIG_FILEn
DG_BROKER_START
DISK_ASYNCH_IO
DISPATCHERS
DISTRIBUTED_LOCK_TIMEOUT
DML_LOCKS
ENQUEUE_RESOURCES
EVENT
FAL_CLIENT
FAL_SERVER
FAST_START_MTTR_TARGET
FAST_START_PARALLEL_ROLLBACK
```

Cloudera Exhibit 1020 - Page 840 of 1808

Databricks_R2_PA_00002976

```
FILE_MAPPING
FILEIO_NETWORK_ADAPTERS
FILESYSTEMIO_OPTIONS
FIXED_DATE
GC_FILES_TO_LOCKS
GCS_SERVER_PROCESSES
GLOBAL_NAMES
HASH_AREA_SIZE
HI_SHARED_MEMORY_ADDRESS
HS_AUTOREGISTER
IFILE
INSTANCE_GROUPS
INSTANCE_NAME
INSTANCE_NUMBER
INSTANCE_TYPE
JAVA_MAX_SESSIONSPACE_SIZE
JAVA_POOL_SIZE
JAVA_SOFT_SESSIONSPACE_LIMIT
JOB_QUEUE_PROCESSES
LARGE_POOL_SIZE
LDAP_DIRECTORY_ACCESS
LICENSE_MAX_SESSIONS
LICENSE_MAX_USERS
LICENSE_SESSIONS_WARNING
LOCAL_LISTENER
LOCK_SGA
LOG_ARCHIVE_CONFIG
LOG_ARCHIVE_DEST
LOG_ARCHIVE_DEST_n
LOG_ARCHIVE_DEST_STATE_n
LOG_ARCHIVE_DUPLEX_DEST
LOG_ARCHIVE_FORMAT
LOG_ARCHIVE_LOCAL_FIRST
LOG_ARCHIVE_MAX_PROCESSES
LOG_ARCHIVE_MIN_SUCCEED_DEST
LOG_ARCHIVE_TRACE
LOG_BUFFER
LOG_CHECKPOINT_INTERVAL
LOG_CHECKPOINT_TIMEOUT
LOG_CHECKPOINTS_TO_ALERT
LOG_FILE_NAME_CONVERT
```

Cloudera Exhibit 1020 - Page 841 of 1808

Databricks_R2_PA_00002977

```
LOGMNR_MAX_PERSISTENT_SESSIONS
MAX_COMMIT_PROPAGATION_DELAY
MAX_DISPATCHERS
MAX_DUMP_FILE_SIZE
MAX_SHARED_SERVERS
NLS_CALENDAR
NLS_COMP
NLS_CURRENCY
NLS_DATE_FORMAT
NLS_DATE_LANGUAGE
NLS_DUAL_CURRENCY
NLS_ISO_CURRENCY
NLS_LANGUAGE
NLS_LENGTH_SEMANTICS
NLS_NCHAR_CONV_EXCP
NLS_NUMERIC_CHARACTERS
NLS_SORT
NLS_TERRITORY
NLS_TIMESTAMP_FORMAT
NLS_TIMESTAMP_TZ_FORMAT
O7_DICTIONARY_ACCESSIBILITY
OBJECT_CACHE_MAX_SIZE_PERCENT
OBJECT_CACHE_OPTIMAL_SIZE
OLAP_PAGE_POOL_SIZE
OPEN_CURSORS
OPEN_LINKS
OPEN_LINKS_PER_INSTANCE
OPTIMIZER_DYNAMIC_SAMPLING
OPTIMIZER_FEATURES_ENABLE
OPTIMIZER_INDEX_CACHING
OPTIMIZER_INDEX_COST_ADJ
OPTIMIZER_MODE
OS_AUTHENT_PREFIX
OS_ROLES
OSM_DISKGROUPS
OSM_DISKSTRING
OSM_POWER_LIMIT
PARALLEL_ADAPTIVE_MULTI_USER
PARALLEL_EXECUTION_MESSAGE_SIZE
PARALLEL_INSTANCE_GROUP
PARALLEL_MAX_SERVERS
```

Cloudera Exhibit 1020 - Page 842 of 1808

Databricks_R2_PA_00002978

```
PARALLEL_MIN_PERCENT
PARALLEL_MIN_SERVERS
PARALLEL_THREADS_PER_CPU
PGA_AGGREGATE_TARGET
PLSQL_CODE_TYPE
PLSQL_DEBUG
PLSQL_NATIVE_LIBRARY_DIR
PLSQL_NATIVE_LIBRARY_SUBDIR_COUNT
PLSQL_OPTIMIZE_LEVEL
PLSQL_V2_COMPATIBILITY
PLSQL_WARNINGS
PRE_PAGE_SGA
PROCESSES
QUERY_REWRITE_ENABLED
QUERY_REWRITE_INTEGRITY
RDBMS_SERVER_DN
READ_ONLY_OPEN_DELAYED
RECOVERY_PARALLELISM
REMOTE_ARCHIVE_ENABLE
REMOTE_DEPENDENCIES_MODE
REMOTE_LISTENER
REMOTE_LOGIN_PASSWORDFILE
REMOTE_OS_AUTHENT
REMOTE_OS_ROLES
REPLICATION_DEPENDENCY_TRACKING
RESOURCE_LIMIT
RESOURCE_MANAGER_PLAN
RESUMABLE_TIMEOUT
ROLLBACK_SEGMENTS
SERIAL_REUSE
SERVICE_NAMES
SESSION_CACHED_CURSORS
SESSION_MAX_OPEN_FILES
SESSIONS
SGA_MAX_SIZE
SGA_TARGET
SHADOW_CORE_DUMP
SHARED_MEMORY_ADDRESS
SHARED_POOL_RESERVED_SIZE
SHARED_POOL_SIZE
SHARED_SERVER_SESSIONS
```

Cloudera Exhibit 1020 - Page 843 of 1808

Databricks_R2_PA_00002979

Initialization Parameters and ALTER SYSTEM

```
SHARED_SERVERS
SKIP_UNUSABLE_INDEXES
SMTP_OUT_SERVER
SORT_AREA_RETAINED_SIZE
SORT_AREA_SIZE
SPFILE
SQL_TRACE
SQL92_SECURITY
SQLTUNE_CATEGORY
STANDBY_ARCHIVE_DEST
STANDBY_FILE_MANAGEMENT
STAR_TRANSFORMATION_ENABLED
STATISTICS_LEVEL
STREAMS_POOL_SIZE
TAPE_ASYNCH_IO
THREAD
TIMED_OS_STATISTICS
TIMED_STATISTICS
TRACE_ENABLED
TRACEFILE_IDENTIFIER
TRANSACTIONS
TRANSACTIONS_PER_ROLLBACK_SEGMENT
UNDO_MANAGEMENT
UNDO_RETENTION
UNDO_TABLESPACE
USER_DUMP_DEST
USE_INDIRECT_DATA_BUFFERS
UTL_FILE_DIR
WORKAREA_SIZE_POLICY
```

Cloudera Exhibit 1020 - Page 844 of 1808

Databricks_R2_PA_00002980

## System Parameters and ALTER SYSTEM

This section describes system parameters. These parameters are not initialization parameters, so you cannot set them in a pfile or spfile. However, you can set them using an `ALTER SYSTEM` statement.

### USE_STORED_OUTLINES

**Syntax:**
```
USE_STORED_OUTLINES = { TRUE | FALSE | category_name }
```

The `USE_STORED_OUTLINES` parameter determines whether the optimizer will use stored public outlines to generate execution plans. `USE_STORED_OUTLINES` is not an initialization parameter.

- `TRUE` causes the optimizer to use outlines stored in the `DEFAULT` category when compiling requests.

- `FALSE` specifies that the optimizer should not use stored outlines. This is the default.

- *category_name* causes the optimizer to use outlines stored in the *category_name* category when compiling requests.

### Shared Server Parameters

When you start your instance, Oracle Database creates shared server processes and dispatcher processes for the shared server architecture based on the values of the `SHARED_SERVERS` and `DISPATCHERS` initialization parameters. You can also set the `SHARED_SERVERS` and `DISPATCHERS` parameters with `ALTER SYSTEM` to perform one of the following operations while the instance is running:

- Create additional shared server processes by increasing the minimum number of shared server processes.

- Terminate existing shared server processes after their current calls finish processing.

- Create more dispatcher processes for a specific protocol, up to a maximum across all protocols specified by the initialization parameter `MAX_DISPATCHERS`.

- Terminate existing dispatcher processes for a specific protocol after their current user processes disconnect from the instance.

Cloudera Exhibit 1020 - Page 845 of 1808

Databricks_R2_PA_00002981

System Parameters and ALTER SYSTEM

## Examples

**Archiving Redo Logs Manually: Examples**   The following statement manually archives the redo log file group containing the redo log entry with the SCN 9356083:

```
ALTER SYSTEM ARCHIVE LOG CHANGE 9356083;
```

The following statement manually archives the redo log file group containing a member named 'disk1:log6.log' to an archived redo log file in the location 'diska:[arch$]':

```
ALTER SYSTEM ARCHIVE LOG
    LOGFILE 'disk1:log6.log'
    TO 'diska:[arch$]';
```

**Enabling Query Rewrite: Example**   This statement enables query rewrite in all sessions for all materialized views for which query rewrite has not been explicitly disabled:

```
ALTER SYSTEM SET QUERY_REWRITE_ENABLED = TRUE;
```

**Restricting Sessions: Example**   You might want to restrict sessions if you are performing application maintenance and you want only application developers with RESTRICTED SESSION system privilege to log on. To restrict sessions, issue the following statement:

```
ALTER SYSTEM
   ENABLE RESTRICTED SESSION;
```

You can then terminate any existing sessions using the KILL SESSION clause of the ALTER SYSTEM statement.

After performing maintenance on your application, issue the following statement to allow any user with CREATE SESSION system privilege to log on:

```
ALTER SYSTEM
   DISABLE RESTRICTED SESSION;
```

**Clearing the Shared Pool: Example**   You might want to clear the shared pool before beginning performance analysis. To clear the shared pool, issue the following statement:

```
ALTER SYSTEM FLUSH SHARED_POOL;
```

**Forcing a Checkpoint: Example**   The following statement forces a checkpoint:

Cloudera Exhibit 1020 - Page 846 of 1808

Databricks_R2_PA_00002982

```
ALTER SYSTEM CHECKPOINT;
```

**Enabling Resource Limits: Example**    This `ALTER SYSTEM` statement dynamically enables resource limits:

```
ALTER SYSTEM SET RESOURCE_LIMIT = TRUE;
```

**Changing Shared Server Settings: Examples**    The following statement changes the minimum number of shared server processes to 25:

```
ALTER SYSTEM SET SHARED_SERVERS = 25;
```

If there are currently fewer than 25 shared server processes, then Oracle Database creates more. If there are currently more than 25, then Oracle Database terminates some of them when they are finished processing their current calls if the load could be managed by the remaining 25.

The following statement dynamically changes the number of dispatcher processes for the TCP/IP protocol to 5 and the number of dispatcher processes for the ipc protocol to 10:

```
ALTER SYSTEM
   SET DISPATCHERS =
      '(INDEX=0)(PROTOCOL=TCP)(DISPATCHERS=5)',
      '(INDEX=1)(PROTOCOL=ipc)(DISPATCHERS=10)';
```

If there are currently fewer than 5 dispatcher processes for TCP, then Oracle Database creates new ones. If there are currently more than 5, then Oracle Database terminates some of them after the connected users disconnect.

If there are currently fewer than 10 dispatcher processes for ipc, then Oracle Database creates new ones. If there are currently more than 10, then Oracle Database terminates some of them after the connected users disconnect.

If there are currently existing dispatchers for another protocol, then the preceding statement does not affect the number of dispatchers for that protocol.

**Changing Licensing Parameters: Examples**    The following statement dynamically changes the limit on sessions for your instance to 64 and the warning threshold for sessions on your instance to 54:

```
ALTER SYSTEM
   SET LICENSE_MAX_SESSIONS = 64
   LICENSE_SESSIONS_WARNING = 54;
```

Cloudera Exhibit 1020 - Page 847 of 1808

Databricks_R2_PA_00002983

System Parameters and ALTER SYSTEM

If the number of sessions reaches 54, then Oracle Database writes a warning message to the `ALERT` file for each subsequent session. Also, users with `RESTRICTED SESSION` system privilege receive warning messages when they begin subsequent sessions.

If the number of sessions reaches 64, then only users with `RESTRICTED SESSION` system privilege can begin new sessions until the number of sessions falls below 64 again.

The following statement dynamically disables the limit for sessions on your instance. After you issue this statement, Oracle Database no longer limits the number of sessions on your instance.

```
ALTER SYSTEM SET LICENSE_MAX_SESSIONS = 0;
```

The following statement dynamically changes the limit on the number of users in the database to 200. After you issue the preceding statement, Oracle Database prevents the number of users in the database from exceeding 200.

```
ALTER SYSTEM SET LICENSE_MAX_USERS = 200;
```

**Forcing a Log Switch: Example**    You might want to force a log switch to drop or rename the current redo log file group or one of its members, because you cannot drop or rename a file while Oracle Database is writing to it. The forced log switch affects only the redo log thread of your instance. The following statement forces a log switch:

```
ALTER SYSTEM SWITCH LOGFILE;
```

**Enabling Distributed Recovery: Example**    The following statement enables distributed recovery:

```
ALTER SYSTEM ENABLE DISTRIBUTED RECOVERY;
```

You might want to disable distributed recovery for demonstration or testing purposes. You can disable distributed recovery in both single-process and multiprocess mode with the following statement:

```
ALTER SYSTEM DISABLE DISTRIBUTED RECOVERY;
```

When your demonstration or testing is complete, you can then enable distributed recovery again by issuing an `ALTER SYSTEM` statement with the `ENABLE DISTRIBUTED RECOVERY` clause.

Cloudera Exhibit 1020 - Page 848 of 1808

Databricks_R2_PA_00002984

**Terminating a Session: Example**   You might want to terminate the session of a user that is holding resources needed by other users. The user receives an error message indicating that the session has been terminated. That user can no longer make calls to the database without beginning a new session. Consider this data from the V$SESSION dynamic performance table:

```
SELECT sid, serial#, username
  FROM v$session;

  SID   SERIAL# USERNAME
----- --------- ----------------
    1         1
    2         1
    3         1
    4         1
    5         1
    7         1
    8        28 OPS$BQUIGLEY
   10       211 OPS$SWIFT
   11        39 OPS$OBRIEN
   12        13 SYSTEM
   13         8 SCOTT
```

The following statement terminates the session of the user scott using the SID and SERIAL# values from V$SESSION:

```
ALTER SYSTEM KILL SESSION '13, 8';
```

**Disconnecting a Session: Example**   The following statement disconnects user scott's session, using the SID and SERIAL# values from V$SESSION:

```
ALTER SYSTEM DISCONNECT SESSION '13, 8' POST_TRANSACTION;
```

Cloudera Exhibit 1020 - Page 849 of 1808

Databricks_R2_PA_00002985

System Parameters and ALTER SYSTEM

Cloudera Exhibit 1020 - Page 850 of 1808

Databricks_R2_PA_00002986

# 12

# SQL Statements: ALTER TABLE to ALTER TABLESPACE

This chapter contains the following SQL statements:

- ALTER TABLE
- ALTER TABLESPACE

Cloudera Exhibit 1020 - Page 851 of 1808

Databricks_R2_PA_00002987

# ALTER TABLE

## Purpose

Use the `ALTER TABLE` statement to alter the definition of a nonpartitioned table, a partitioned table, a table partition, or a table subpartition. For object tables or relational tables with object columns, use `ALTER TABLE` to convert the table to the latest definition of its referenced type after the type has been altered.

**See Also:**

- CREATE TABLE on page 16-7 for information on creating tables

- *Oracle Text Reference* for information on `ALTER TABLE` statements in conjunction with Oracle Text

## Prerequisites

The table must be in your own schema, or you must have `ALTER` object privilege on the table, or you must have `ALTER ANY TABLE` system privilege.

**Additional Prerequisites for Partitioning Operations**   If you are not the owner of the table, then you need the `DROP ANY TABLE` privilege in order to use the *drop_table_partition* or *truncate_table_partition* clause.

You must also have space quota in the tablespace in which space is to be acquired in order to use the *add_table_partition*, *modify_table_partition*, *move_table_partition*, and *split_table_partition* clauses.

**Additional Prerequisites for Constraints and Triggers**   To enable a unique or primary key constraint, you must have the privileges necessary to create an index on the table. You need these privileges because Oracle Database creates an index on the columns of the unique or primary key in the schema containing the table.

To enable or disable triggers, the triggers must be in your schema or you must have the `ALTER ANY TRIGGER` system privilege.

**Additional Prerequisites When Using Object Types**   To use an object type in a column definition when modifying a table, either that object must belong to the same schema as the table being altered, or you must have either the `EXECUTE ANY TYPE` system privilege or the `EXECUTE` schema object privilege for the object type.

Cloudera Exhibit 1020 - Page 852 of 1808

Databricks_R2_PA_00002988

**See Also:** CREATE INDEX on page 14-75 for information on the privileges needed to create indexes

## Syntax

**alter_table::=**



> **Note:** You must specify some clause after `table`. That is, none of the clauses after `table` are required, but you must specify at least one of them.

### Groups of ALTER TABLE syntax:

- *alter_table_properties::=* on page 12-4
- *column_clauses::=* on page 12-10
- *constraint_clauses::=* on page 12-12
- *alter_table_partitioning::=* on page 12-19
- *alter_external_table_clauses::=* on page 12-18
- *move_table_clause::=* on page 12-32
- *enable_disable_clause::=* on page 12-33

After each clause you will find links to its component subclauses.

Cloudera Exhibit 1020 - Page 853 of 1808

Databricks_R2_PA_00002989

ALTER TABLE

**alter_table_properties::=**



(*physical_attributes_clause*::= on page 12-4, *logging_clause*::= on page 8-47, *table_ compression*::= on page 12-5, *supplemental_table_logging*::= on page 12-5, *allocate_ extent_clause*::= on page 12-6, *deallocate_unused_clause*::= on page 12-6, *shrink_ clause*::= on page 12-6, *upgrade_table_clause*::= on page 12-7, *records_per_block_ clause*::= on page 12-7, *parallel_clause*::= on page 12-7, *row_movement_clause*::= on page 12-7, *alter_iot_clauses*::= on page 12-7)

**physical_attributes_clause::=**



**12-4**   SQL Reference

Cloudera Exhibit 1020 - Page 854 of 1808

Databricks_R2_PA_00002990

(*storage_clause::=* on page 8-60)

**logging_clause::=**



**table_compression::=**



**supplemental_table_logging::=**



**supplemental_log_grp_clause::=**



Cloudera Exhibit 1020 - Page 855 of 1808

Databricks_R2_PA_00002991

ALTER TABLE

**supplemental_id_key_clause::=**



**allocate_extent_clause::=**



**deallocate_unused_clause::=**



**size_clause::=**



**shrink_clause::=**



Cloudera Exhibit 1020 - Page 856 of 1808

Databricks_R2_PA_00002992

**upgrade_table_clause::=**



(*column_properties::=* on page 12-13)

**records_per_block_clause::=**



**parallel_clause::=**



**row_movement_clause::=**



**alter_iot_clauses::=**



(*alter_overflow_clause::=* on page 12-9, *alter_mapping_table_clauses::=* on page 12-9)

Cloudera Exhibit 1020 - Page 857 of 1808

Databricks_R2_PA_00002993

ALTER TABLE

---

**index_org_table_clause::=**



**mapping_table_clauses::=**



**key_compression::=**



**index_org_overflow_clause::=**



(*segment_attributes_clause::=* on page 12-8)

**segment_attributes_clause::=**



(*physical_attributes_clause::=* on page 12-4, *logging_clause::=* on page 8-47)

Cloudera Exhibit 1020 - Page 858 of 1808

Databricks_R2_PA_00002994

**alter_overflow_clause::=**



(*segment_attributes_clause::=* on page 12-8, *allocate_extent_clause::=* on page 12-6, *deallocate_unused_clause::=* on page 12-6)

**add_overflow_clause::=**



(*segment_attributes_clause::=* on page 12-8)

**alter_mapping_table_clauses::=**



(*allocate_extent_clause::=* on page 12-6, *deallocate_unused_clause::=* on page 12-6)

Cloudera Exhibit 1020 - Page 859 of 1808

Databricks_R2_PA_00002995

ALTER TABLE

**column_clauses::=**



(*add_column_clause::=* on page 12-10, *modify_column_clauses::=* on page 12-10, *drop_column_clause::=* on page 12-11, *rename_column_clause::=* on page 12-11, *modify_collection_retrieval::=* on page 12-12, *modify_LOB_storage_clause::=* on page 12-16, *alter_varray_col_properties::=* on page 12-17)

**add_column_clause::=**



(`inline_constraint` and `inline_ref_constraint`: *constraint::=* on page 8-6, *column_properties::=* on page 12-13,)

**modify_column_clauses::=**



Cloudera Exhibit 1020 - Page 860 of 1808

Databricks_R2_PA_00002996

**modify_col_properties::=**



(inline_constraint: constraint::= on page 8-6)

**modify_col_substitutable::=**



**drop_column_clause::=**



**rename_column_clause::=**



Cloudera Exhibit 1020 - Page 861 of 1808

Databricks_R2_PA_00002997

ALTER TABLE

**modify_collection_retrieval::=**



**constraint_clauses::=**



*(constraint_state*: *constraint::=* on page 8-6)

**drop_constraint_clause::=**



Cloudera Exhibit 1020 - Page 862 of 1808

Databricks_R2_PA_00002998

## column_properties::=



## object_type_col_properties::=



## substitutable_column_clause::=



## nested_table_col_properties::=



Cloudera Exhibit 1020 - Page 863 of 1808

Databricks_R2_PA_00002999

ALTER TABLE

**object_properties::=**



      (*inline_constraint*, *inline_ref_constraint*, *out_of_line_constraint*, *out_of_line_ref_constraint*: *constraint::=* on page 8-6)

**supplemental_logging_props::=**



      (*supplemental_log_grp_clause::=* on page 12-5, *supplemental_id_key_clause::=* on page 12-6)

**physical_properties::=**



      (*segment_attributes_clause::=* on page 12-8, *index_org_table_clause::=* on page 12-8, *external_data_properties::=* on page 12-19)

Cloudera Exhibit 1020 - Page 864 of 1808

Databricks_R2_PA_00003000

ALTER TABLE

## varray_col_properties::=



(*substitutable_column_clause::=* on page 12-13)

## LOB_storage_clause::=



Cloudera Exhibit 1020 - Page 865 of 1808

Databricks_R2_PA_00003001

ALTER TABLE

**LOB_parameters::=**



(*storage_clause::=* on page 8-60, *logging_clause::=* on page 8-47)

**modify_LOB_storage_clause::=**



Cloudera Exhibit 1020 - Page 866 of 1808

**modify_LOB_parameters::=**



(*storage_clause::=* on page 8-60, *logging_clause::=* on page 8-47, *allocate_extent_clause::=* on page 12-6, *deallocate_unused_clause::=* on page 12-6)

**alter_varray_col_properties::=**



**LOB_partition_storage::=**



(*LOB_storage_clause::=* on page 12-15, *varray_col_properties::=* on page 12-15)

Cloudera Exhibit 1020 - Page 867 of 1808

Databricks_R2_PA_00003003

ALTER TABLE

## XMLType_column_properties::=



## XMLType_storage::=



## XMLSchema_spec::=



## alter_external_table_clauses::=



(*add_column_clause*::= on page 12-10, *modify_column_clauses*::= on page 12-10, *drop_column_clause*::= on page 12-11, *drop_constraint_clause*::= on page 12-12, *parallel_clause*::= on page 12-7)

Cloudera Exhibit 1020 - Page 868 of 1808

Databricks_R2_PA_00003004

**external_data_properties::=**



**alter_table_partitioning::=**



Cloudera Exhibit 1020 - Page 869 of 1808

ALTER TABLE

---

(*modify_table_default_attrs*::= on page 12-20, *set_subpartition_template*::= on page 12-20, *modify_table_partition*::= on page 12-21, *modify_table_subpartition*::= on page 12-22, *move_table_partition*::= on page 12-23, *move_table_subpartition*::= on page 12-23, *add_table_partition*::= on page 12-23, *coalesce_table_partition*::= on page 12-24, *drop_table_partition*::= on page 12-24, *drop_table_subpartition*::= on page 12-24, *rename_partition_subpart*::= on page 12-25, *truncate_partition_subpart*::= on page 12-25, *split_table_partition*::= on page 12-25, *split_table_subpartition*::= on page 12-26, *merge_table_partitions*::= on page 12-26, *merge_table_subpartitions*::= on page 12-26, *exchange_partition_subpart*::= on page 12-27

## modify_table_default_attrs::=



(*segment_attributes_clause*::= on page 12-8, *table_compression*::= on page 12-5, *key_compression*::= on page 12-8, *LOB_parameters*::= on page 12-16, *alter_overflow_clause*::= on page 12-9)

## set_subpartition_template::=



Cloudera Exhibit 1020 - Page 870 of 1808

Databricks_R2_PA_00003006

(*list_values_clause::=* on page 12-27, *partitioning_storage_clause::=* on page 12-28)

**modify_table_partition::=**



(*modify_range_partition::=* on page 12-21, *modify_hash_partition::=* on page 12-22, *modify_list_partition::=* on page 12-22)

**modify_range_partition::=**



(*partition_attributes::=* on page 12-28, *update_index_clauses::=* on page 12-31, *alter_mapping_table_clauses::=* on page 12-9)

Cloudera Exhibit 1020 - Page 871 of 1808

Databricks_R2_PA_00003007

ALTER TABLE

## modify_hash_partition::=



(*partition_attributes*::= on page 12-28, *add_hash_subpartition*::= on page 12-28, *parallel_clause* on page 8-51, *alter_mapping_table_clauses*::= on page 12-9)

## modify_list_partition::=



(*partition_attributes*::= on page 12-28, *add_list_subpartition*::= on page 12-29)

## modify_table_subpartition::=



(*modify_hash_subpartition*::= on page 12-29, *modify_list_subpartition*::= on page 12-29)

Cloudera Exhibit 1020 - Page 872 of 1808

Databricks_R2_PA_00003008

ALTER TABLE

**move_table_partition::=**



(*table_partition_description::=* on page 12-30, *update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

**move_table_subpartition::=**



(*subpartition_spec::=* on page 12-31, *update_index_clauses::=* on page 12-31, *parallel_ clause::=* on page 12-7)

**add_table_partition::=**



**add_range_partition_clause::=**



(*range_values_clause::=* on page 12-27, *table_partition_description::=* on page 12-30, *update_index_clauses::=* on page 12-31)

SQL Statements: ALTER TABLE to ALTER TABLESPACE    **12-23**

Cloudera Exhibit 1020 - Page 873 of 1808

Databricks_R2_PA_00003009

(processing)

ALTER TABLE

---

## add_hash_partition_clause::=



($partitioning\_storage\_clause$::= on page 12-28, $update\_index\_clauses$::= on page 12-31, $parallel\_clause$::= on page 12-7)

## add_list_partition_clause::=



($list\_values\_clause$::= on page 12-27, $table\_partition\_description$::= on page 12-30, $update\_index\_clauses$::= on page 12-31)

## coalesce_table_partition::=



($update\_index\_clauses$::= on page 12-31, $parallel\_clause$::= on page 12-7)

## drop_table_partition::=



($update\_index\_clauses$::= on page 12-31, $parallel\_clause$::= on page 12-7)

## drop_table_subpartition::=



Cloudera Exhibit 1020 - Page 874 of 1808

Databricks_R2_PA_00003010

(*update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

**rename_partition_subpart::=**



**truncate_partition_subpart::=**



(*update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

**split_table_partition::=**



(*partition_spec::=* on page 12-30, *update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

Cloudera Exhibit 1020 - Page 875 of 1808

Databricks_R2_PA_00003011

ALTER TABLE

**split_table_subpartition::=**



(*subpartition_spec::=* on page 12-31, *update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

**merge_table_partitions::=**



(*partition_spec::=* on page 12-30, *update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

**merge_table_subpartitions::=**



(*subpartition_spec::=* on page 12-31, *parallel_clause::=* on page 12-7)

Cloudera Exhibit 1020 - Page 876 of 1808

Databricks_R2_PA_00003012

**exchange_partition_subpart::=**



(*update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

**exceptions_clause::=**



**list_values_clause::=**



**range_values_clause::=**



Cloudera Exhibit 1020 - Page 877 of 1808

Databricks_R2_PA_00003013

ALTER TABLE

---

**partitioning_storage_clause::=**



**partition_attributes::=**



(*physical_attributes_clause::=* on page 12-4, *logging_clause::=* on page 8-47, *allocate_extent_clause::=* on page 12-6, *deallocate_unused_clause::=* on page 12-6, *shrink_clause::=* on page 12-6, *table_compression::=* on page 12-5, *modify_LOB_parameters::=* on page 12-17)

**add_hash_subpartition::=**



(*subpartition_spec::=* on page 12-31, *update_index_clauses::=* on page 12-31, *parallel_clause::=* on page 12-7)

Cloudera Exhibit 1020 - Page 878 of 1808

Databricks_R2_PA_00003014

**add_list_subpartition::=**



(*subpartition_spec::=* on page 12-31, *update_index_clauses::=* on page 12-31)

**modify_hash_subpartition::=**



(*allocate_extent_clause::=* on page 12-6, *deallocate_unused_clause::=* on page 12-6, *shrink_clause::=* on page 12-6, *modify_LOB_parameters::=* on page 12-17)

**modify_list_subpartition::=**



Cloudera Exhibit 1020 - Page 879 of 1808

Databricks_R2_PA_00003015

ALTER TABLE

(*allocate_extent_clause::=* on page 12-6, *deallocate_unused_clause::=* on page 12-6, *shrink_clause::=* on page 12-6, *modify_LOB_parameters::=* on page 12-17)

**table_partition_description::=**



(*segment_attributes_clause::=* on page 12-8, *table_compression::=* on page 12-5, *key_compression::=* on page 12-8, *LOB_storage_clause::=* on page 12-15, *varray_col_properties::=* on page 12-15)

**partition_level_subpartition::=**



(*subpartition_spec::=* on page 12-31)

**partition_spec::=**



(*table_partition_description::=* on page 12-30)

Cloudera Exhibit 1020 - Page 880 of 1808

Databricks_R2_PA_00003016

ALTER TABLE

**subpartition_spec::=**



(*list_values_clause*::= on page 12-27, *partitioning_storage_clause*::= on page 12-28)

**update_index_clauses::=**



**update_global_index_clause::=**



**update_all_indexes_clause::=**



**update_index_partition::=**



**update_index_subpartition::=**



SQL Statements: ALTER TABLE to ALTER TABLESPACE   **12-31**

Cloudera Exhibit 1020 - Page 881 of 1808

Databricks_R2_PA_00003017

ALTER TABLE

**index_partition_description::=**



**index_subpartition_clause::=**



**parallel_clause::=**



**move_table_clause::=**



(*segment_attributes_clause::=* on page 12-8, *table_compression::=* on page 12-5, *index_org_table_clause::=* on page 12-8, *LOB_storage_clause::=* on page 12-15, *varray_col_properties::=* on page 12-15)

Cloudera Exhibit 1020 - Page 882 of 1808

Databricks_R2_PA_00003018

**enable_disable_clause::=**



(*using_index_clause::=* on page 12-33, *exceptions_clause::=* on page 12-27,)

**using_index_clause::=**



(*create_index::=* on page 14-76, *index_properties::=* on page 12-33)

**index_properties::=**



(*global_partitioned_index::=* on page 14-79, *local_partitioned_index::=* on page 14-81—part of CREATE INDEX, *index_attributes::=* on page 12-34, *domain_index_clause*: not supported in *using_index_clause*)

Cloudera Exhibit 1020 - Page 883 of 1808

Databricks_R2_PA_00003019

ALTER TABLE

**index_attributes::=**



(*physical_attributes_clause::=* on page 12-4, *logging_clause::=* on page 8-47, *key_ compression::=* on page 12-8, `parallel_clause`: not supported in `using_index_ clause`)

## Semantics

Many clauses of the ALTER TABLE statement have the same functionality they have in a CREATE TABLE statement. For more information on such clauses, please see CREATE TABLE on page 16-7.

> **Note:**  Operations performed by the ALTER TABLE statement can cause Oracle Database to invalidate procedures and stored functions that access the table. For information on how and when the database invalidates such objects, see *Oracle Database Concepts.*

### schema

Specify the schema containing the table. If you omit `schema`, then Oracle Database assumes the table is in your own schema.

Cloudera Exhibit 1020 - Page 884 of 1808

Databricks_R2_PA_00003020

### table

Specify the name of the table to be altered.

---

**Note:**   If you alter a table that is a master table for one or more materialized views, then Oracle Database marks the materialized views INVALID. Invalid materialized views cannot be used by query rewrite and cannot be refreshed. For information on revalidating a materialized view, see ALTER MATERIALIZED VIEW on page 11-2.

---

**See Also:**   *Oracle Data Warehousing Guide* for more information on materialized views in general

**Restrictions on Altering Temporary Tables**   You can modify, drop columns from, or rename a temporary table. However, for a temporary table you cannot:

- Add columns of nested table type. You can add columns of other types.
- Specify referential integrity (foreign key) constraints for an added or modified column.
- Specify the following clauses of the `LOB_storage_clause` for an added or modified LOB column: TABLESPACE, `storage_clause`, `logging_clause`, `allocate_extent_clause`, or `deallocate_unused_clause`.
- Specify the `physical_attributes_clause`, `nested_table_col_properties`, `parallel_clause`, `allocate_extent_clause`, `deallocate_unused_clause`, or any of the index organized table clauses.
- Exchange partitions between a partition and a temporary table.
- Specify the `logging_clause`.
- Specify MOVE.

**Restrictions on Altering External Tables**   You can add, drop, or modify the columns of an external table. However, for an external table you cannot:

- Add a LONG, LOB, or object type column or change the datatype of an external table column to any of these datatypes.
- Add a constraint to an external table.
- Modify the storage parameters of an external table.

Cloudera Exhibit 1020 - Page 885 of 1808

Databricks_R2_PA_00003021

- Specify the `logging_clause`.
- Specify `MOVE`.

### *alter_table_properties*

Use the `alter_table_clauses` to modify a database table.

#### *physical_attributes_clause*

The `physical_attributes_clause` lets you change the value of the `PCTFREE`, `PCTUSED`, and `INITRANS` parameters and storage characteristics. Please refer to *physical_attributes_clause* on page 8-54 and *storage_clause* on page 8-57 for a full description of these parameters and characteristics.

**Restrictions on Altering Table Physical Attributes**

- You cannot specify the `PCTUSED` parameter for the index segment of an index-organized table.

- If you attempt to alter the storage attributes of tables in locally managed tablespaces, then Oracle Database raises an error. However, if some segments of a partitioned table reside in a locally managed tablespace and other segments reside in a dictionary-managed tablespace, then the database alters the storage attributes of the segments in the dictionary-managed tablespace but does not alter the attributes of the segments in the locally managed tablespace, and does not raise an error.

- For segments with automatic segment-space management, the database ignores attempts to change the `PCTUSED` setting. If you alter the `PCTFREE` setting, then you must subsequently run the `DBMS_REPAIR.SEGMENT_FIX_STATUS` procedure to implement the new setting on blocks already allocated to the segment.

**Cautions on Altering Tables Physical Attributes**   The values you specify in this clause affect the table as follows:

- For a nonpartitioned table, the values you specify override any values specified for the table at create time.

- For a range-, list-, or hash-partitioned table, the values you specify are the default values for the table and the actual values for every existing partition, overriding any values already set for the partitions. To change default table attributes without overriding existing partition values, use the `modify_table_default_attrs` clause.

Cloudera Exhibit 1020 - Page 886 of 1808

■  For a composite-partitioned table, the values you specify are the default values for the table and all partitions of the table and the actual values for all subpartitions of the table, overriding any values already set for the subpartitions. To change default partition attributes without overriding existing subpartition values, use the *modify_table_default_attrs* clause with the FOR PARTITION clause.

### logging_clause

Use the *logging_clause* to change the logging attribute of the table. The *logging_clause* specifies whether subsequent ALTER TABLE ... MOVE and ALTER TABLE ... SPLIT operations will be logged or not logged.

When used with the *modify_table_default_attrs* clause, this clause affects the logging attribute of a partitioned table.

> **See Also:**
>
> ■  *logging_clause* on page 8-47 for a full description of this clause
>
> ■  *Oracle Data Warehousing Guide* for more information about the *logging_clause* and parallel DML

### table_compression

The *table_compression* clause is valid only for heap-organized tables. Use this clause to instruct Oracle Database whether to compress data segments to reduce disk and memory use. The COMPRESS keyword enables table compression. The NOCOMPRESS keyword disables table compression.

> **Note:**   The first time a table is altered in such a way that compressed data will be added, all bitmap indexes and bitmap index partitions on that table must be marked UNUSABLE.

> **See Also:**
>
> ■  *Oracle Database Performance Tuning Guide* for information on calculating the compression ratio and to *Oracle Data Warehousing Guide* for information on table compression usage scenarios
>
> ■  *table_compression* clause of CREATE TABLE on page 16-33 information on creating objects with table compression

Cloudera Exhibit 1020 - Page 887 of 1808

Databricks_R2_PA_00003023

### supplemental_table_logging

Use the `supplemental_table_logging` clause to add or drop a redo log group or one or more supplementally logged columns in a redo log group.

- In the ADD clause, use `supplemental_log_grp_clause` to create named supplemental log group. Use the `supplemental_id_key_clause` to create system-generated log group.

- On the DROP clause, use GROUP `log_group` syntax to drop a named supplemental log group and use the `supplemental_id_key_clause` to drop a system-generated log group.

The `supplemental_log_grp_clause` and the `supplemental_id_key_clause` have the same semantics in CREATE TABLE and ALTER TABLE statements. For full information on these clauses, please refer to *supplemental_log_grp_clause* on page 16-30 and *supplemental_id_key_clause* on page 16-30 in the documentation on CREATE TABLE.

> **See Also:**   *Oracle Data Guard Concepts and Administration* for information on supplemental redo log groups

### allocate_extent_clause

Use the `allocate_extent_clause` to explicitly allocate a new extent for the table, the partition or subpartition, the overflow data segment, the LOB data segment, or the LOB index.

**Restriction on Allocating Table Extents**   You cannot allocate an extent for a temporary table or for a range- or composite-partitioned table.

> **See Also:**   *allocate_extent_clause* on page 8-2 for a full description of this clause and "Allocating Extents: Example" on page 12-100

### deallocate_unused_clause

Use the `deallocate_unused_clause` to explicitly deallocate unused space at the end of the table, partition or subpartition, overflow data segment, LOB data segment, or LOB index and make the space available for other segments in the tablespace.

> **See Also:**   *deallocate_unused_clause* on page 8-35 for a full description of this clause and "Deallocating Unused Space: Example" on page 12-94

Cloudera Exhibit 1020 - Page 888 of 1808

Databricks_R2_PA_00003024

### *shrink_clause*

The shrink clause lets you manually shrink space in a table, index-organized table, index, partition, subpartition, materialized view, or materialized view log. This clause is valid only for segments in tablespaces with automatic segment management. By default, Oracle Database compacts the segment, adjusts the high water mark, and releases the recuperated space immediately.

Compacting the segment requires row movement. Therefore, you must enable row movement for the object you want to shrink before specifying this clause. Further, if your application has any rowid-based triggers, you should disable them before issuing this clause.

**COMPACT**   If you specify COMPACT, then Oracle Database only defragments the segment space and compacts the table rows for subsequent release. The database does not readjust the high water mark and does not release the space immediately. You must issue another ALTER TABLE ... SHRINK SPACE statement later to complete the operation. This clause is useful if you want to accomplish the shrink operation in two shorter steps rather than one longer step.

For an index or index-organized table, specifying ALTER [INDEX | TABLE] ... SHRINK SPACE COMPACT is equivalent to specifying ALTER [INDEX | TABLE ... COALESCE. The *shrink_clause* can be cascaded (please refer to the CASCADE clause, which follows) and compacts the segment more densely than does a coalesce operation, which can improve performance. However, if you do not wish to release the unused space, then you can use the appropriate COALESCE clause.

**CASCADE**   If you specify CASCADE, then Oracle Database performs the same operations on all dependent objects of *table*, including secondary indexes on index-organized tables.

### Restrictions on the *shrink_clause*

- You cannot specify this clause for a cluster, a clustered table, or any object with a LONG column.

- Segment shrink is not supported for LOB segments even if CASCADE is specified.

- Segment shrink is not supported for tables with function-based indexes.

- This clause does not shrink mapping tables or overflow segments of index-organized tables, even if you specify CASCADE.

- You cannot shrink a table that is the master table of an ON COMMIT materialized view. Rowid materialized views must be rebuilt after the shrink operation.

Databricks_R2_PA_00003025

## CACHE | NOCACHE

The `CACHE` and `NOCACHE` clauses have the same semantics in `CREATE TABLE` and `ALTER TABLE` statements. For complete information on these clauses, please refer to "CACHE | NOCACHE | CACHE READS" on page 16-56 in the documentation on `CREATE TABLE`. If you omit both of these clauses in an `ALTER TABLE` statement, then the existing value is unchanged.

### upgrade_table_clause

The `upgrade_table_clause` is relevant for object tables and for relational tables with object columns. It lets you instruct Oracle Database to convert the metadata of the target table to conform with the latest version of each referenced type. If table is already valid, then the table metadata remains unchanged.

**Restriction on Upgrading Object Tables and Columns**   Within this clause, you cannot specify `object_type_col_properties` as a clause of `column_properties`.

**INCLUDING DATA**   Specify `INCLUDING DATA` if you want Oracle Database to convert the data in the table to the latest type version format. You can define the storage for any new column while upgrading the table by using the `column_properties` and the `LOB_partition_storage`. This is the default.

You can convert data in the table at the time you upgrade the type by specifying `CASCADE INCLUDING TABLE DATA` in the `dependent_handling_clause` of the `ALTER TYPE` statement. See `dependent_handling_clause` on page 13-20. For information on whether a table contains data based on an older type version, refer to the `DATA_UPGRADED` column of the `USER_TAB_COLUMNS` data dictionary view.

**NOT INCLUDING DATA**   Specify `NOT INCLUDING DATA` if you want Oracle Database to leave column data unchanged.

**Restriction on NOT INCLUDING DATA**   You cannot specify `NOT INCLUDING DATA` if the table contains columns in Oracle8 release 8.0.x image format. To determine whether the table contains such columns, refer to the `V80_FMT_IMAGE` column of the `USER_TAB_COLUMNS` data dictionary view.

Cloudera Exhibit 1020 - Page 890 of 1808

Databricks_R2_PA_00003026

**See Also:**

- *Oracle Database Reference* for information on the data dictionary views

- ALTER TYPE on page 13-7 for information on converting dependent table data when modifying a type upon which the table depends

- *Oracle Database Application Developer's Guide - Object-Relational Features* for more information on the implications of not converting table data to the latest type version format

### *records_per_block_clause*

The `records_per_block_clause` lets you specify whether Oracle Database restricts the number of records that can be stored in a block. This clause ensures that any bitmap indexes subsequently created on the table will be as compressed as possible.

**Restrictions on Records in a Block**
- You cannot specify either `MINIMIZE` or `NOMINIMIZE` if a bitmap index has already been defined on table. You must first drop the bitmap index.

- You cannot specify this clause for an index-organized table or a nested table.

**MINIMIZE**   Specify `MINIMIZE` to instruct Oracle Database to calculate the largest number of records in any block in the table and to limit future inserts so that no block can contain more than that number of records.

Oracle recommends that a representative set of data already exist in the table before you specify `MINIMIZE`. If you are using table compression (see *table_compression* on page 12-37), then a representative set of compressed data should already exist in the table.

**Restriction on MINIMIZE**   You cannot specify `MINIMIZE` for an empty table.

**NOMINIMIZE**   Specify `NOMINIMIZE` to disable the `MINIMIZE` feature. This is the default.

### *row_movement_clause*

This clause has the same semantics in `CREATE TABLE` and `ALTER TABLE` statements. For complete information on these clauses, please refer to *row_movement_clause* on page 16-60 in the documentation on `CREATE TABLE`.

Cloudera Exhibit 1020 - Page 891 of 1808

Databricks_R2_PA_00003027

ALTER TABLE

## RENAME TO

Use the RENAME clause to rename *table* to *new_table_name*.

> **Note:**  Using this clause invalidates any dependent materialized views. For more information on materialized views, see CREATE MATERIALIZED VIEW on page 15-5 and *Oracle Data Warehousing Guide*.

### *alter_iot_clauses*

#### *index_org_table_clause*

See *index_org_table_clause* on page 16-35 in the context of CREATE TABLE.

> **See Also:**  "Modifying Index-Organized Tables: Examples" on page 12-95

#### *key_compression*

This clause is relevant only if *table* is index organized. Specify COMPRESS to instruct Oracle Database to combine the primary key index blocks of the index-organized table where possible to free blocks for reuse. You can specify this clause with the *parallel_clause*.

#### *alter_overflow_clause*

The *alter_overflow_clause* lets you change the definition of an index-organized table. Index-organized tables keep data sorted on the primary key and are therefore best suited for primary-key-based access and manipulation.

> **Note:**  When you add a column to an index-organized table, Oracle Database evaluates the maximum size of each column to estimate the largest possible row. If an overflow segment is needed but you have not specified OVERFLOW, then the database raises an error and does not execute the ALTER TABLE statement. This checking function guarantees that subsequent DML operations on the index-organized table will not fail because an overflow segment is lacking.

**PCTTHRESHOLD *integer***   Please refer to "PCTTHRESHOLD integer" on page 16-36 in the documentation of CREATE TABLE.

Cloudera Exhibit 1020 - Page 892 of 1808

Databricks_R2_PA_00003028

**INCLUDING *column_name***    Please refer to "INCLUDING column_name" on page 16-37 in the documentation of `CREATE TABLE`.

***overflow_attributes***

The `overflow_attributes` let you specify the overflow data segment physical storage and logging attributes to be modified for the index-organized table. Parameter values specified in this clause apply only to the overflow data segment.

> **See Also:**   CREATE TABLE on page 16-7

***add_overflow_clause***    The `add_overflow_clause` lets you add an overflow data segment to the specified index-organized table. You can also use this clause to explicitly allocate an extent to or deallocate unused space from an existing overflow segment.

Use the `STORE IN tablespace` clause to specify tablespace storage for the entire overflow segment. Use the `PARTITION` clause to specify tablespace storage for the segment by partition.

For a partitioned index-organized table:

- If you do not specify `PARTITION`, then Oracle Database automatically allocates an overflow segment for each partition. The physical attributes of these segments are inherited from the table level.

- If you wish to specify separate physical attributes for one or more partitions, then you must specify such attributes for *every* partition in the table. You need not specify the name of the partitions, but you must specify their attributes in the order in which they were created.

You can find the order of the partitions by querying the `PARTITION_NAME` and `PARTITION_POSITION` columns of the `USER_IND_PARTITIONS` view.

If you do not specify `TABLESPACE` for a particular partition, then the database uses the tablespace specified for the table. If you do not specify `TABLESPACE` at the table level, then the database uses the tablespace of the partition primary key index segment.

> **See Also:**   *allocate_extent_clause* on page 8-2 and *deallocate_unused_ clause* on page 8-35 for full descriptions of these clauses of the `add_ overflow_clause`

Cloudera Exhibit 1020 - Page 893 of 1808

Databricks_R2_PA_00003029

### alter_mapping_table_clauses

The `alter_mapping_table_clauses` is valid only if `table` is index organized and has a mapping table.

**allocate_extent_clause**   Use the `allocate_extent_clause` to allocate a new extent at the end of the mapping table for the index-organized table. Please refer to *allocate_extent_clause* on page 8-2 for a full description of this clause.

**deallocate_unused_clause**   Specify the `deallocate_unused_clause` to deallocate unused space at the end of the mapping table of the index-organized table. Please refer to *deallocate_unused_clause* on page 8-35 for a full description of this clause.

Oracle Database automatically maintains all other attributes of the mapping table or its partitions.

### COALESCE Clause

Specify COALESCE to instruct Oracle Database to merge the contents of index blocks of the index the database uses to maintain the index-organized table where possible to free blocks for reuse. Please refer to the *shrink_clause* on page 12-39 for information on the relationship between these two clauses.

### column_clauses

Use these clauses to add, drop, or otherwise modify a column.

### add_column_clause

The `add_column_clause` lets you add a column to a table.

> **See Also:**   CREATE TABLE on page 16-7 for a description of the keywords and parameters of this clause and "Adding a Table Column: Example" on page 12-99

If you add a column, then the initial value of each row for the new column is null unless you specify the DEFAULT clause. In this case, Oracle Database updates each row in the new column with the value you specify for DEFAULT. This update operation, in turn, fires any AFTER UPDATE triggers defined on the table.

Cloudera Exhibit 1020 - Page 894 of 1808

Databricks_R2_PA_00003030

> **Note:** If a column has a default value, then you can use the
> DEFAULT clause to change the default to NULL, but you cannot
> remove the default value completely. That is, if a column has ever
> had a default value assigned to it, then the DATA_DEFAULT column
> of the USER_TAB_COLUMNS data dictionary view will always
> display either a default value or NULL.

You can add an overflow data segment to each partition of a partitioned index-organized table.

You can add LOB columns to nonpartitioned and partitioned tables. You can specify LOB storage at the table and at the partition or subpartition level.

If you previously created a view with a query that used the SELECT * syntax to select all columns from table, and you now add a column to *table*, then the database does not automatically add the new column to the view. To add the new column to the view, re-create the view using the CREATE VIEW statement with the OR REPLACE clause. Please refer to CREATE VIEW on page 17-40 for more information.

**Restrictions on Adding Columns**
- You cannot add a LOB column to a cluster table.

- If you add a LOB column to a hash-partitioned table, then the only attribute you can specify for the new partition is TABLESPACE.

- You cannot add a column with a NOT NULL constraint if *table* has any rows unless you also specify the DEFAULT clause.

- If you specify this clause for an index-organized table, then you cannot specify any other clauses in the same statement.

**DEFAULT**
Use the DEFAULT clause to specify a default for a new column or a new default for an existing column. Oracle Database assigns this value to the column if a subsequent INSERT statement omits a value for the column. If you are adding a new column to the table and specify the default value, then the database inserts the default column value into all rows of the table.

The datatype of the default value must match the datatype specified for the column. The column must also be large enough to hold the default value.

Cloudera Exhibit 1020 - Page 895 of 1808

Databricks_R2_PA_00003031

**Restrictions on Default Column Values**

- A `DEFAULT` expression cannot contain references to other columns, the pseudocolumns `CURRVAL`, `NEXTVAL`, `LEVEL`, and `ROWNUM`, or date constants that are not fully specified.

- The expression can be of any form except a scalar subquery expression.

> **See Also:** "Specifying Default Column Value: Examples" on page 12-100

### inline_constraint

Use `inline_constraint` to add a constraint to the new column

### inline_ref_constraint

This clause lets you describe a new column of type `REF`. Please refer to *constraint* on page 8-5 for syntax and description of this type of constraint, including restrictions.

### column_properties

The `column_properties` determine the storage characteristics of an object type, nested table, varray, or LOB column.

**object_type_col_properties**   This clause is valid only when you are adding a new object type column or attribute. To modify the properties of an existing object type column, use the `modify_column_clauses`. The semantics of this clause are the same as for `CREATE TABLE` unless otherwise noted.

Use the `object_type_col_properties` to specify storage characteristics for a new object column or attribute or an element of a collection column or attribute.

For complete information on this clause, please refer to *object_type_col_properties* on page 16-40 in the documentation on `CREATE TABLE`.

**nested_table_col_properties**   The `nested_table_col_properties` clause lets you specify separate storage characteristics for a nested table, which in turn lets you define the nested table as an index-organized table. You must include this clause when creating a table with columns or column attributes whose type is a nested table. (Clauses within this clause that function the same way they function for parent object tables are not repeated here.)

- For `nested_item`, specify the name of a column (or a top-level attribute of the nested table object type) whose type is a nested table.

Databricks_R2_PA_00003032

If the nested table is a multilevel collection, and the inner nested table does not have a name, then specify COLUMN_VALUE in place of the *nested_item* name.

■ For *storage_table*, specify the name of the table where the rows of *nested_item* reside. The storage table is created in the same schema and the same tablespace as the parent table.

**Restrictions on Nested Table Column Properties**
■ You cannot specify the *parallel_clause*.

■ You cannot specify CLUSTER as part of the *physical_properties* clause.

      **See Also:**   "Nested Tables: Examples" on page 12-102

***varray_col_properties***   The *varray_col_properties* clause lets you specify separate storage characteristics for the LOB in which a varray will be stored. If you specify this clause, then Oracle Database will always store the varray in a LOB, even if it is small enough to be stored inline. If *varray_item* is a multilevel collection, then the database stores all collection items nested within *varray_item* in the same LOB in which *varray_item* is stored.

**Restriction on Varray Column Properties**   You cannot specify TABLESPACE as part of *LOB_parameters* for a varray column. The LOB tablespace for a varray defaults to the tablespace of the containing table.

***LOB_storage_clause***   Use the *LOB_storage_clause* to specify the LOB storage characteristics for a newly added LOB column, partition, or subpartition, or when you are converting a LONG column into a LOB column. You cannot use this clause to modify an existing LOB. Instead, you must use the *modify_LOB_storage_clause*.

**CACHE READS Clause**   CACHE READS applies only to LOB storage. It indicates that LOB values are brought into the buffer only during read operations but not during write operations.

■ For *LOB_item*, specify the LOB column name or LOB object attribute for which you are explicitly defining tablespace and storage characteristics that are different from those of the table.

■ For *LOB_segname*, specify the name of the LOB data segment. You cannot use *LOB_segname* if more than one *LOB_item* is specified.

When you add a new LOB column, you can specify the logging attribute with CACHE READS, as you can when defining a LOB column at create time.

Cloudera Exhibit 1020 - Page 897 of 1808

Databricks_R2_PA_00003033

When you modify a LOB column from CACHE or NOCACHE to CACHE READS, or from CACHE READS to CACHE or NOCACHE, you can change the logging attribute. If you do not specify LOGGING or NOLOGGING, then this attribute defaults to the current logging attribute of the LOB column.

For existing LOBs, if you do not specify CACHE, NOCACHE, or CACHE READS, then Oracle Database retains the existing values of the LOB attributes.

**Restriction on LOB Parameters**   The only parameter of *LOB_parameters* you can specify for a hash partition or hash subpartition is TABLESPACE.

**ENABLE | DISABLE STORAGE IN ROW**   Specify whether the LOB value is to be stored in the row (inline) or outside of the row (out of line). The LOB locator is always stored inline regardless of where the LOB value is stored.

- ENABLE specifies that the LOB value is stored inline if its length is less than approximately 4000 bytes minus system control information. This is the default.

- DISABLE specifies that the LOB value is stored out of line regardless of the length of the LOB value.

**Restrictions on Enabling Storage in Row**   You cannot change STORAGE IN ROW once it is set. Therefore, you cannot specify this clause as part of the *modify_col_properties* clause. However, you can change this setting when adding a new column (*add_column_clause*) or when moving the table (*move_table_clause*).

**CHUNK *integer***   Specify the number of bytes to be allocated for LOB manipulation. If *integer* is not a multiple of the database block size, then Oracle Database rounds up (in bytes) to the next multiple. For example, if the database block size is 2048 and *integer* is 2050, then the database allocates 4096 bytes (2 blocks).The maximum value is 32768 (32 K), which is the largest Oracle Database block size allowed. The default CHUNK size is one Oracle Database block.

**Restrictions on CHUNK**
- You cannot change the value of CHUNK once it is set.

- The value of CHUNK must be less than or equal to the value of NEXT (either the default value or that specified in the storage clause). If CHUNK exceeds the value of NEXT, then Oracle Database returns an error.

**PCTVERSION *integer***   Specify the maximum percentage of overall LOB storage space to be used for maintaining old versions of the LOB. The default value is 10,

meaning that older versions of the LOB data are not overwritten until 10% of the overall LOB storage space is used.

**RETENTION**   If the database is in automatic undo mode, then you can specify `RETENTION` instead of `PCTVERSION` to instruct Oracle Database to retain old versions of this LOB. This clause overrides any prior setting of `PCTVERSION`.

**Restriction on RETENTION**   You cannot specify `RETENTION` if the database is running in manual undo mode. Please refer to *LOB_parameters* on page 16-42 for a full description of the `RETENTION` parameter.

**FREEPOOLS** *integer*   If the database is in automatic undo mode, then you can use this clause to specify the number of freelist groups for this LOB. This clause overrides any prior setting of `FREELIST GROUPS`.

**Restriction on FREEPOOLS**   You cannot specify `FREEPOOLS` if the database is running in manual undo mode. Please refer to *LOB_parameters* on page 16-42 for a full description of the `FREEPOOLS` parameter.

### LOB_partition_storage

The `LOB_partition_storage` clause lets you specify a separate `LOB_storage_clause` or `varray_col_properties` clause for each partition. You must specify the partitions in the order of partition position. You can find the order of the partitions by querying the `PARTITION_NAME` and `PARTITION_POSITION` columns of the `USER_IND_PARTITIONS` view.

If you do not specify a `LOB_storage_clause` or `varray_col_properties` clause for a particular partition, then the storage characteristics are those specified for the LOB item at the table level. If you also did not specify any storage characteristics for the LOB item at the table level, then Oracle Database stores the LOB data partition in the same tablespace as the table partition to which it corresponds.

**Restriction on LOB Partition Storage**   You can specify only one list of `LOB_partition_storage` clauses in a single `ALTER TABLE` statement, and all `LOB_storage_clauses` and `varray_col_properties` clause must precede the list of `LOB_partition_storage` clauses.

**XMLType_column_properties**   Please refer to the complete description of this clause in *XMLType_column_properties* on page 16-47 in the documentation on `CREATE TABLE`.

Cloudera Exhibit 1020 - Page 899 of 1808

Databricks_R2_PA_00003035

***XMLSchema_spec***   Please refer to the complete description of this clause in *XMLSchema_spec* on page 16-65 in the documentation on CREATE TABLE.

> **See Also:**
>
> - *LOB_storage_clause* on page 12-47 for information on the LOB_ segname and LOB_parameters clauses
>
> - "XMLType Column Examples" on page 16-73 for an example of XMLType columns in object-relational tables and "Using XML in SQL Statements" on page E-11 for an example of creating an XMLSchema
>
> - *Oracle XML DB Developer's Guide* for more information on XMLType columns and tables and on creating an XMLSchema

### modify_column_clauses

Use the modify_column_clauses to modify the properties of an existing column or the substitutability of an existing object type column.

> **See Also:**   "Modifying Table Columns: Examples" on page 12-99

### modify_col_properties

Use this clause to modify the properties of the column. Any of the optional parts of the column definition (datatype, default value, or constraint) that you omit from this clause remain unchanged.

***datatype***   You can change the datatype of any column if all rows of the column contain nulls. However, if you change the datatype of a column in a materialized view container table, then Oracle Database invalidates the corresponding materialized view.

You can omit the datatype only if the statement also designates the column as part of the foreign key of a referential integrity constraint. The database automatically assigns the column the same datatype as the corresponding column of the referenced key of the referential integrity constraint.

You can always increase the size of a character or raw column or the precision of a numeric column, whether or not all the rows contain nulls. You can reduce the size of a datatype of a column as long as the change does not require data to be modified.The database scans existing data and returns an error if data exists that exceeds the new length limit.

Cloudera Exhibit 1020 - Page 900 of 1808

Databricks_R2_PA_00003036

You can modify a DATE column to TIMESTAMP or TIMESTAMP WITH LOCAL TIME ZONE. You can modify any TIMESTAMP WITH LOCAL TIME ZONE to a DATE column.

> **Note:** When you modify a TIMESTAMP WITH LOCAL TIME ZONE column to a DATE column, the fractional seconds and time zone adjustment data is lost.
>
> - If the TIMESTAMP WITH LOCAL TIME ZONE data has fractional seconds, then Oracle Database updates the row data for the column by rounding the fractional seconds.
> - If the TIMESTAMP WITH LOCAL TIME ZONE data has the minute field greater than or equal to 60 (which can occur in a boundary case when the daylight savings rule switches), then Oracle Database updates the row data for the column by subtracting 60 from its minute field.

If the table is empty, then you can increase or decrease the leading field or the fractional second value of a datetime or interval column. If the table is not empty, then you can only increase the leading field or fractional second of a datetime or interval column.

You can change a LONG column to a CLOB or NCLOB column, and a LONG RAW column to a BLOB column.

- The modified LOB column inherits all constraints and triggers that were defined on the original LONG column. If you wish to change any constraints, then you must do so in a subsequent ALTER TABLE statement.
- If any domain indexes are defined on the LONG column, then you must drop them before modifying the column to a LOB.
- After the modification, you will have to rebuild all other indexes on all columns of the table.

Cloudera Exhibit 1020 - Page 901 of 1808

Databricks_R2_PA_00003037

ALTER TABLE

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for information on `LONG` and LOB columns
> - *Oracle Database Application Developer's Guide - Large Objects* for information on `LONG` to LOB migration
> - ALTER INDEX on page 10-88 for information on dropping and rebuilding indexes
> - "Converting LONG Columns to LOB: Example" on page 12-100

For `CHAR` and `VARCHAR2` columns, you can change the length semantics by specifying `CHAR` (to indicate character semantics for a column that was originally specified in bytes) or `BYTE` (to indicate byte semantics for a column that was originally specified in characters). To learn the length semantics of existing columns, query the `CHAR_USED` column of the `ALL_`, `USER_`, or `DBA_TAB_COLUMNS` data dictionary view.

> **See Also:**
>
> - *Oracle Database Globalization Support Guide* for information on byte and character semantics
> - *Oracle Database Reference* for information on the data dictionary views

***inline_constraint***   This clause lets you add a constraint to a column you are modifying. To change the state of existing constraints on existing columns, use the `constraint_clauses`.

***LOB_storage_clause***   The `LOB_storage_clause` is permitted within `modify_col_properties` only if you are converting a `LONG` column to a LOB column. In this case only, you can specify LOB storage for the column using the `LOB_storage_clause`. However, you can specify only the single column as a `LOB_item`. Default LOB storage attributes are used for any attributes you omit in the `LOB_storage_clause`.

**Restrictions on Modifying Column Properties**
- You cannot change the datatype of a LOB column.
- You cannot modify a column of a table if a domain index is defined on the column. You must first drop the domain index and then modify the column.

Cloudera Exhibit 1020 - Page 902 of 1808

Databricks_R2_PA_00003038

- You cannot modify the datatype or length of a column that is part of the partitioning or subpartitioning key of a table or index.

- You can change a CHAR column to VARCHAR2 (or VARCHAR) and a VARCHAR2 (or VARCHAR) column to CHAR only if the BLANK_TRIMMING initialization parameter is set to TRUE and the column size stays the same or increases. If the BLANK_TRIMMING initialization parameter is set to TRUE, then you can also reduce the column size to any size greater than or equal to the maximum trimmed data value.

- You cannot change a LONG or LONG RAW column to a LOB if the table is part of a cluster. If you do change a LONG or LONG RAW column to a LOB, then the only other clauses you can specify in this ALTER TABLE statement are the DEFAULT clause and the *LOB_storage_clause*.

- You can specify the *LOB_storage_clause* as part of *modify_col_ properties* only when you are changing a LONG or LONG RAW column to a LOB.

- You cannot specify a column of datatype ROWID for an index-organized table, but you can specify a column of type UROWID.

- You cannot change the datatype of a column to REF.

> **See Also:** ALTER MATERIALIZED VIEW on page 11-2 for information on revalidating a materialized view

### modify_col_substitutable

Use this clause to set or change the substitutability of an existing object type column.

The FORCE keyword drops any hidden columns containing typeid information or data for subtype attributes. You must specify FORCE if the column or any attributes of its type are not FINAL.

**Restrictions on Modifying Column Substitutability**

- You can specify this clause only once in any ALTER TABLE statement.

- You cannot modify the substitutability of a column in an object table if the substitutability of the table itself has been set.

- You cannot specify this clause if the column was created or added using the IS OF TYPE syntax, which limits the range of subtypes permitted in an object column or attribute to a particular subtype. Please refer to *substitutable_column_*

Cloudera Exhibit 1020 - Page 903 of 1808

Databricks_R2_PA_00003039

*clause* on page 16-40 in the documentation on CREATE TABLE for information on the IS OF TYPE syntax.

- You cannot change a varray column to NOT SUBSTITUTABLE, even by specifying FORCE, if any of its attributes are nested object types that are not FINAL.

### drop_column_clause

The `drop_column_clause` lets you free space in the database by dropping columns you no longer need or by marking them to be dropped at a future time when the demand on system resources is less.

- If you drop a nested table column, then its storage table is removed.

- If you drop a LOB column, then the LOB data and its corresponding LOB index segment are removed.

- If you drop a BFILE column, then only the locators stored in that column are removed, not the files referenced by the locators.

- If you drop or mark unused a column defined as an INCLUDING column, then the column stored immediately before this column will become the new INCLUDING column.

### SET UNUSED Clause

Specify SET UNUSED to mark one or more columns as unused. Specifying this clause does not actually remove the target columns from each row in the table. That is, it does not restore the disk space used by these columns. Therefore, the response time is faster than when you execute the DROP clause.

You can view all tables with columns marked UNUSED in the data dictionary views USER_UNUSED_COL_TABS, DBA_UNUSED_COL_TABS, and ALL_UNUSED_COL_TABS.

> **See Also:** *Oracle Database Reference* for information on the data dictionary views

Unused columns are treated as if they were dropped, even though their column data remains in the table rows. After a column has been marked UNUSED, you have no access to that column. A SELECT * query will not retrieve data from unused columns. In addition, the names and types of columns marked UNUSED will not be displayed during a DESCRIBE, and you can add to the table a new column with the same name as an unused column.

Databricks_R2_PA_00003040

> **Note:** Until you actually drop these columns, they continue to count toward the absolute limit of 1000 columns in a single table. However, as with all DDL statements, you cannot roll back the results of this clause. That is, you cannot issue SET USED counterpart to retrieve a column that you have SET UNUSED. Please refer to CREATE TABLE on page 16-7 for more information on the 1000-column limit.
>
> Also, if you mark a LONG column as UNUSED, then you cannot add another LONG column to the table until you actually drop the unused LONG column.

### DROP Clause

Specify DROP to remove the column descriptor and the data associated with the target column from each row in the table. If you explicitly drop a particular column, then all columns currently marked UNUSED in the target table are dropped at the same time.

When the column data is dropped:

- All indexes defined on any of the target columns are also dropped.
- All constraints that reference a target column are removed.
- If any statistics types are associated with the target columns, then Oracle Database disassociates the statistics from the column with the FORCE option and drops any statistics collected using the statistics type.

> **Note:** If the target column is a parent key of a nontarget column, or if a check constraint references both the target and nontarget columns, then Oracle Database returns an error and does not drop the column unless you have specified the CASCADE CONSTRAINTS clause. If you have specified that clause, then the database removes all constraints that reference any of the target columns.

> **See Also:** DISASSOCIATE STATISTICS on page 17-64 for more information on disassociating statistics types

Cloudera Exhibit 1020 - Page 905 of 1808

Databricks_R2_PA_00003041

### DROP UNUSED COLUMNS Clause

Specify DROP UNUSED COLUMNS to remove from the table all columns currently marked as unused. Use this statement when you want to reclaim the extra disk space from unused columns in the table. If the table contains no unused columns, then the statement returns with no errors.

*column*    Specify one or more columns to be set as unused or dropped. Use the COLUMN keyword only if you are specifying only one column. If you specify a column list, then it cannot contain duplicates.

**CASCADE CONSTRAINTS**    Specify CASCADE CONSTRAINTS if you want to drop all foreign key constraints that refer to the primary and unique keys defined on the dropped columns as well as all multicolumn constraints defined on the dropped columns. If any constraint is referenced by columns from other tables or remaining columns in the target table, then you must specify CASCADE CONSTRAINTS. Otherwise, the statement aborts and an error is returned.

**INVALIDATE**    The INVALIDATE keyword is optional. Oracle Database automatically invalidates all dependent objects, such as views, triggers, and stored program units. Object invalidation is a recursive process. Therefore, all directly dependent and indirectly dependent objects are invalidated. However, only local dependencies are invalidated, because the database manages remote dependencies differently from local dependencies.

An object invalidated by this statement is automatically revalidated when next referenced. You must then correct any errors that exist in that object before referencing it.

> **See Also:**    *Oracle Database Concepts* for more information on dependencies

**CHECKPOINT**    Specify CHECKPOINT if you want Oracle Database to apply a checkpoint for the DROP COLUMN operation after processing *integer* rows; *integer* is optional and must be greater than zero. If *integer* is greater than the number of rows in the table, then the database applies a checkpoint after all the rows have been processed. If you do not specify *integer*, then the database sets the default of 512. Checkpointing cuts down the amount of undo logs accumulated during the DROP COLUMN operation to avoid running out of undo space. However, if this statement is interrupted after a checkpoint has been applied, then the table remains in an unusable state. While the table is unusable, the only operations allowed on it are DROP TABLE, TRUNCATE TABLE, and ALTER TABLE DROP ... COLUMNS CONTINUE (described in sections that follow).

Cloudera Exhibit 1020 - Page 906 of 1808

Databricks_R2_PA_00003042

You cannot use this clause with `SET UNUSED`, because that clause does not remove column data.

### DROP COLUMNS CONTINUE Clause

Specify `DROP COLUMNS CONTINUE` to continue the drop column operation from the point at which it was interrupted. Submitting this statement while the table is in a valid state results in an error.

### Restrictions on Dropping Columns

- Each of the parts of this clause can be specified only once in the statement and cannot be mixed with any other `ALTER TABLE` clauses. For example, the following statements are not allowed:

```
ALTER TABLE t1 DROP COLUMN f1 DROP (f2);
ALTER TABLE t1 DROP COLUMN f1 SET UNUSED (f2);
ALTER TABLE t1 DROP (f1) ADD (f2 NUMBER);
ALTER TABLE t1 SET UNUSED (f3)
    ADD (CONSTRAINT ck1 CHECK (f2 > 0));
```

- You can drop an object type column only as an entity. To drop an attribute from an object type column, use the `ALTER TYPE ... DROP ATTRIBUTE` statement with the `CASCADE INCLUDING TABLE DATA` clause. Be aware that dropping an attribute affects all dependent objects. See DROP ATTRIBUTE on page 13-18 for more information.

- You can drop a column from an index-organized table only if it is not a primary key column. The primary key constraint of an index-organized table can never be dropped, so you cannot drop a primary key column even if you have specified `CASCADE CONSTRAINTS`.

- You can export tables with dropped or unused columns. However, you can import a table only if all the columns specified in the export files are present in the table (that is, none of those columns has been dropped or marked unused). Otherwise, Oracle Database returns an error.

- You cannot drop a column on which a domain index has been built.

- You cannot drop a `SCOPE` table constraint or a `WITH ROWID` constraint on a `REF` column.

- You cannot use this clause to drop:

    – A pseudocolumn, cluster column, or partitioning column. You can drop nonpartitioning columns from a partitioned table if all the tablespaces where the partitions were created are online and in read/write mode.

Cloudera Exhibit 1020 - Page 907 of 1808

Databricks_R2_PA_00003043

– A column from: a nested table, an object table, or a table owned by SYS.

> **See Also:** "Dropping a Column: Example" on page 12-95

### rename_column_clause

Use the `rename_column_clause` to rename a column of `table`. The new column name must not be the same as any other column name in `table`.

When you rename a column, Oracle Database handles dependent objects as follows:

- Function-based indexes and check constraints that depend on the renamed column remain valid.
- Dependent views, triggers, domain indexes, functions, procedures, and packages are invalidated. Oracle Database attempts to revalidate them when they are next accessed, but you may need to alter these objects with the new column name if revalidation fails.

**Restrictions on Renaming Columns**

- You cannot combine this clause with any of the other `column_clauses` in the same statement.
- You cannot rename a column that is used to define a join index. Instead you must drop the index, rename the column, and re-create the index.

> **See Also:** "Renaming a Column: Example" on page 12-95

### modify_collection_retrieval

Use the `modify_collection_retrieval` clause to change what Oracle Database returns when a collection item is retrieved from the database.

**collection_item**   Specify the name of a column-qualified attribute whose type is nested table or varray.

**RETURN AS**   Specify what Oracle Database should return as the result of a query:

- LOCATOR specifies that a unique locator for the nested table is returned.
- VALUE specifies that a copy of the nested table itself is returned.

> **See Also:** "Collection Retrieval: Example" on page 12-92

Cloudera Exhibit 1020 - Page 908 of 1808

Databricks_R2_PA_00003044

### modify_LOB_storage_clause

The `modify_LOB_storage_clause` lets you change the physical attributes of `LOB_item`. You can specify only one `LOB_item` for each `modify_LOB_storage_clause`.

The `REBUILD FREEPOOLS` clause removes all the old data from the LOB column. This clause is useful only if you reverting to `PCTVERSION` for management of LOBs. You might want to do this to manage older data blocks.

#### Restrictions on Modifying LOB Storage
- You cannot modify the value of the `INITIAL` parameter in the `storage_clause` when modifying the LOB storage attributes.

- You cannot specify both the `allocate_extent_clause` and the `deallocate_unused_clause` in the same statement.

- You cannot specify both the `PCTVERSION` and `RETENTION` parameters.

> **See Also:** *LOB_storage_clause* on page 16-41 (in `CREATE TABLE`) for information on setting LOB parameters and "LOB Columns: Examples" on page 12-102

### alter_varray_col_properties

The `alter_varray_col_properties` clause lets you change the storage characteristics of an existing LOB in which a varray is stored.

#### Restriction on Altering Varray Column Properties
You cannot specify the `TABLESPACE` clause of `LOB_parameters` as part of this clause. The LOB tablespace for a varray defaults to the tablespace of the containing table.

### constraint_clauses

Use the `constraint_clauses` to add a new constraint using out-of-line declaration, modify the state of an existing constraint, or drop a constraint. Please refer to *constraint* on page 8-5 for a description of all the keywords and parameters of out-of-line constraints and `constraint_state`.

#### Adding a Constraint

The `ADD` clause lets you add a new out-of-line constraint or out-of-line `REF` constraint to the table.

Cloudera Exhibit 1020 - Page 909 of 1808

Databricks_R2_PA_00003045

> **See Also:**  "Disabling a CHECK Constraint: Example" on page 12-94, "Specifying Object Identifiers: Example" on page 12-99, and "REF Columns: Examples" on page 12-103

### Modifying a Constraint

The `MODIFY CONSTRAINT` clause lets you change the state of an existing constraint.

#### Restrictions on Modifying Constraints

- You cannot change the state of a `NOT DEFERRABLE` constraint to `INITIALLY DEFERRED`.

- If you specify this clause for an index-organized table, then you cannot specify any other clauses in the same statement.

> **See Also:**  "Changing the State of a Constraint: Examples" on page 12-93

### Renaming a Constraint

The `RENAME CONSTRAINT` clause lets you rename any existing constraint on *table*. The new constraint name cannot be the same as any existing constraint on any object in the same schema. All objects that are dependent on the constraint remain valid.

> **See Also:**  "Renaming Constraints: Example" on page 12-101

### *drop_constraint_clause*

The *drop_constraint_clause* lets you drop an integrity constraint from the database. Oracle Database stops enforcing the constraint and removes it from the data dictionary. You can specify only one constraint for each *drop_constraint_clause*, but you can specify multiple *drop_constraint_clauses* in one statement.

**PRIMARY KEY**   Specify `PRIMARY KEY` to drop the primary key constraint of *table*.

**UNIQUE**   Specify `UNIQUE` to drop the unique constraint on the specified columns.

If you drop the primary key or unique constraint from a column on which a bitmap join index is defined, then Oracle Database invalidates the index. See CREATE INDEX on page 14-75 for information on bitmap join indexes.

Cloudera Exhibit 1020 - Page 910 of 1808

Databricks_R2_PA_00003046

**CONSTRAINT**   Specify `CONSTRAINT` `constraint` to drop an integrity constraint other than a primary key or unique constraint.

**CASCADE**   Specify `CASCADE` if you want all other integrity constraints that depend on the dropped integrity constraint to be dropped as well.

**KEEP INDEX | DROP INDEX**   Specify `KEEP INDEX` or `DROP INDEX` to indicate whether Oracle Database should preserve or drop the index it has been using to enforce the `PRIMARY KEY` or `UNIQUE` constraint.

**Restrictions on Dropping Constraints**
- You cannot drop a primary key or unique key constraint that is part of a referential integrity constraint without also dropping the foreign key. To drop the referenced key and the foreign key together, use the `CASCADE` clause. If you omit `CASCADE`, then Oracle Database does not drop the primary key or unique constraint if any foreign key references it.

- You cannot drop a primary key constraint (even with the `CASCADE` clause) on a table that uses the primary key as its object identifier (OID).

- If you drop a referential integrity constraint on a `REF` column, then the `REF` column remains scoped to the referenced table.

- You cannot drop the scope of a `REF` column.

> **See Also:**   "Dropping Constraints: Examples" on page 12-101

### alter_external_table_clauses

Use the `alter_external_table_clause` to change the characteristics of an external table. This clause has no affect on the external data itself. The syntax and semantics of the `parallel_clause`, `enable_disable_clause`, `external_data_properties`, and `REJECT LIMIT` clause are the same as described for `CREATE TABLE`. See the *external_table_clause* on page 16-37 (in `CREATE TABLE`).

**PROJECT COLUMN Clause**   This clause lets you determine how the access driver validates the rows of an external table in subsequent queries. The default is `PROJECT COLUMN REFERENCED`, which means that the access driver processes only those columns in the select list. If you specify `PROJECT COLUMN ALL`, then the access driver processes all column values, regardless of which columns are selected, and validates only those rows with fully valid column entries. If any column value would raise an error, such as a datatype conversion error, the row is rejected even if that column was not referenced in the select list.

Cloudera Exhibit 1020 - Page 911 of 1808

Databricks_R2_PA_00003047

ALTER TABLE

The `ALL` setting guarantees consistent result sets. The `REFERENCED` setting can result in different numbers of rows returned, depending on the columns referenced in subsequent queries, but is faster than the `ALL` setting. If a subsequent query selects all columns of the external table, then the settings behave identically.

**Restrictions on Altering External Tables**
- You cannot modify an external table using any clause outside of this clause.
- You cannot add a `LONG`, varray, or object type column to an external table, nor can you change the datatype of an external table column to any of these datatypes.
- You cannot add a constraint to an external table.
- You cannot modify the storage parameters of an external table.

### *alter_table_partitioning*

The clauses in this section apply only to partitioned tables. You cannot combine partition operations with other partition operations or with operations on the base table in the same `ALTER TABLE` statement.

**Notes on Changing Table Partitioning**
- If you drop, exchange, truncate, move, modify, or split a partition on a table that is a master table for one or more materialized views, then existing bulk load information about the table will be deleted. Therefore, be sure to refresh all dependent materialized views before performing any of these operations.
- If a bitmap join index is defined on *table*, then any operation that alters a partition of *table* causes Oracle Database to mark the index `UNUSABLE`.

For additional information on partition operations on tables with an associated `CONTEXT` domain index, please refer to *Oracle Text Reference.*

The storage of partitioned database entities in tablespaces of different block sizes is subject to several restrictions. Please refer to *Oracle Database Administrator's Guide* for a discussion of these restrictions.

### *modify_table_default_attrs*

The *modify_table_default_attrs* clause lets you specify new default values for the attributes of *table*. Partitions and LOB partitions you create subsequently will inherit these values unless you override them explicitly when creating the partition or LOB partition. Existing partitions and LOB partitions are not affected by this clause.

Cloudera Exhibit 1020 - Page 912 of 1808

Databricks_R2_PA_00003048

Only attributes named in the statement are affected, and the default values specified are overridden by any attributes specified at the individual partition or LOB partition level.

- `FOR PARTITION` applies only to composite-partitioned tables. This clause specifies new default values for the attributes of *partition*. Subpartitions and LOB subpartitions of *partition* that you create subsequently will inherit these values unless you override them explicitly when creating the subpartition or LOB subpartition. Existing subpartitions are not affected by this clause.

- `PCTTHRESHOLD`, *key_compression*, and the *alter_overflow_clause* are valid only for partitioned index-organized tables. In addition, in the *key_compression* clause, you cannot specify an integer after the `COMPRESS` keyword. Key compression length can be specified only when you create the table.

- You cannot specify the `PCTUSED` parameter in *segment_attributes* for the index segment of an index-organized table.

- You can specify the key compression only if key compression is already specified at the table level.

### set_subpartition_template

Use the *set_subpartition_template* clause to create or replace existing default list or hash subpartition definitions for each table partition. This clause is valid only for composite-partitioned tables. It replaces the existing subpartition template or creates a new template if you have not previously created one. Existing subpartitions are not affected, nor are existing local and global indexes. However, subsequent partitioning operations (such as add and merge operations) will use the new template.

You can drop an existing subpartition template by specifying `ALTER TABLE` *table* `SET SUBPARTITION TEMPLATE ().`

Cloudera Exhibit 1020 - Page 913 of 1808

ALTER TABLE

---

> **Note:**   When you specify tablespace storage for the subpartition template, it does not override any tablespace storage you have specified explicitly for the partitions of `table`. To specify tablespace storage for subpartitions, do one of these things:
>
> - Omit tablespace storage at the partition level and specify tablespace storage in the subpartition template.
>
> - Define individual subpartitions with specific tablespace storage.

---

**Restrictions on Subpartition Templates**   Please refer to "Restrictions on Subpartition Templates" on page 16-53 in the documentation on `CREATE TABLE`.

### modify_table_partition

The `modify_table_partition` clause lets you change the real physical attributes of a range, hash, or list partition. This clause optionally modifies the storage attributes of one or more LOB items for the partition. You can specify new values for physical attributes (with some restrictions, as noted in the sections that follow), logging, and storage parameters.

You can also specify how Oracle Database should handle local indexes that become unusable as a result of the modification to the partition. See "UNUSABLE LOCAL INDEXES Clauses" on page 12-86.

In the `partition_attribute` clause, the `shrink_clause` lets you compact an individual partition segment. Please refer to *shrink_clause* on page 12-39 for additional information on this clause.

For partitioned index-organized tables, you can also update the mapping table in conjunction with partition changes. See the *alter_mapping_table_clauses* on page 12-44.

> **See Also:**   "Modifying Table Partitions: Examples" on page 12-98

### modify_range_partition

When modifying a range partition, if `table` is composite partitioned:

- If you specify the `allocate_extent_clause`, then Oracle Database allocates an extent for each subpartition of `partition`.

Cloudera Exhibit 1020 - Page 914 of 1808

- If you specify the `deallocate_unused_clause`, then Oracle Database deallocates unused storage from each subpartition of `partition`.

- Any other attributes changed in this clause will be changed in subpartitions of `partition` as well, overriding existing values. To avoid changing the attributes of existing subpartitions, use the `FOR PARTITION` clause of `modify_table_default_attrs`.

**Restriction on Modifying Range Partitions**    If you specify `UNUSABLE LOCAL INDEXES`, then you cannot specify any other clause of `modify_range_partition`.

**add_hash_subpartition**    This clause is valid only for range-hash composite partitions. The `add_hash_subpartition` clause lets you add a hash subpartition to `partition`. Oracle Database populates the new subpartition with rows rehashed from the other subpartition(s) of `partition` as determined by the hash function. For optimal load balancing, the total number of subpartitions should be a power of 2.

- If you do not specify `subpartition`, then Oracle Database assigns a name in the form `SYS_SUBP`n.

- The `list_values_clause` is not valid for this operation.

- In the `partitioning_storage_clause`, the only clause you can specify for subpartitions is the `TABLESPACE` clause. If you do not specify `TABLESPACE`, then the new subpartition will reside in the default tablespace of `partition`.

Oracle Database adds local index partitions corresponding to the selected partition.

Oracle Database marks `UNUSABLE` the local index partitions corresponding to the added partitions. The database invalidates any indexes on heap-organized tables. You can update these indexes during this operation using the *update_index_clauses*.

The `update_index_clauses` are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes `USABLE` during operations that move data but do not change its value.

**add_list_subpartition**    the `add_list_subpartition` clause lets you add a list subpartition to partition. This clause is valid only for range-list composite partitions, and only if you have not already created a `DEFAULT` subpartition.

- If you do not specify `subpartition`, then Oracle Database assigns a name in the form `SYS_SUBP`n.

Cloudera Exhibit 1020 - Page 915 of 1808

Databricks_R2_PA_00003051

- The *list_values_clause* is required in this operation, and the values you specify in the *list_values_clause* cannot exist in any other subpartition of *partition*. However, these values can duplicate values found in subpartitions of other partitions.

- In the *partitioning_storage_clause*, the only clause you can specify for subpartitions is the TABLESPACE clause. If you do not specify TABLESPACE, then Oracle Database stores the new subpartition in the default tablespace of *partition*. If partition has no default tablespace, then the database uses the default tablespace of table. If table has no default tablespace, then the database uses the default tablespace of the user.

Oracle Database also adds a subpartition with the same value list to all local index partitions of the table. The status of existing local and global index partitions of *table* are not affected.

**Restriction on Adding List Subpartitions**    You cannot specify this clause if you have already created a DEFAULT subpartition for this partition. Instead you must split the DEFAULT partition using the *split_list_subpartition* clause.

### *modify_hash_partition*
When modifying a hash partition, in the *partition_attributes* clause, you can specify only the *allocate_extent_clause* and *deallocate_unused_clause*. All other attributes of the partition are inherited from the table-level defaults except TABLESPACE, which stays the same as it was at create time.

**COALESCE SUBPARTITION**    COALESCE SUBPARTITION applies only to hash subpartitions. Use the COALESCE SUBPARTITION clause if you want Oracle Database to select the last hash subpartition, distribute its contents into one or more remaining subpartitions (determined by the hash function), and then drop the last subpartition.

Oracle Database drops local index partitions corresponding to the selected partition.

Oracle Database marks UNUSABLE the local index partitions corresponding to one or more absorbing partitions. The database invalidates any global indexes on heap-organized tables. You can update these indexes during this operation using the *update_index_clauses*.

The *update_index_clauses* are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes USABLE during operations that move data but do not change its value.

Databricks_R2_PA_00003052

**Restrictions on Modifying Hash Partitions**

- If you specify UNUSABLE LOCAL INDEXES, then you cannot specify any other clause of `modify_hash_partition`.

- If you update global indexes using the `update_all_indexes_clause`, you can specify only the keywords UPDATE INDEXES, not the subclause.

### modify_list_partition

When modifying a list partition, the following additional clauses are available:

**Restriction on Modifying List Partitions**    If you specify UNUSABLE LOCAL INDEXES, then you cannot specify any other clause of `modify_list_partition`.

**ADD | DROP VALUES Clauses**    These clauses are valid only when you are modifying list partitions. Local and global indexes on the table are not affected by either of these clauses.

- Use the ADD VALUES clause to extend the `partition_value` list of `partition` to include additional values. The added partition values must comply with all rules and restrictions listed in the *list_partitioning* of CREATE TABLE on page 16-51.

- Use the DROP VALUES clause to reduce the `partition_value` list of `partition` by eliminating one or more `partition_value`. When you specify this clause, Oracle Database checks to ensure that no rows with this value exist. If such rows do exist, then Oracle Database returns an error.

---

> **Note:**  ADD VALUES and DROP VALUES operations on a table with a DEFAULT list partition are enhanced if you have defined a local prefixed index on the table.

---

**Restrictions on Adding and Dropping List Values**

- You cannot add values to a default list partition. If `table` contains a default partition and you attempt to add values to a nondefault partition, then Oracle Database will check that the values being added do not already exist in the default partition. If the values do exist in the default partition, then Oracle Database returns an error.

- You cannot drop values from a default partition.

Cloudera Exhibit 1020 - Page 917 of 1808

Databricks_R2_PA_00003053

### modify_table_subpartition

This clause applies only to composite-partitioned tables.

### modify_hash_subpartition

The `modify_hash_subpartition` clause lets you allocate or deallocate storage for an individual subpartition of `table`. This clause is valid only for range-hash composite-partitioned tables.

The `shrink_clause` lets you compact an individual subpartition segment. Please refer to *shrink_clause* on page 12-39 for additional information on this clause.

You can also specify how Oracle Database should handle local indexes that become unusable as a result of the modification to the partition. See "UNUSABLE LOCAL INDEXES Clauses" on page 12-86.

**Restriction on Modifying Hash Subpartitions**    The only `modify_LOB_parameters` you can specify for `subpartition` are the `allocate_extent_clause` and `deallocate_unused_clause`.

### modify_list_subpartition

The `modify_list_subpartition` clause lets you make the same changes to a list subpartition that you can make to a hash subpartition. In addition, it lets you add or remove values from the value list of a list subpartition. This clause is valid only for range-list composite-partitioned tables.

The `shrink_clause` lets you compact an individual subpartition segment. Please refer to *shrink_clause* on page 12-39 for additional information on this clause.

**ADD VALUES**    Specify ADD VALUES to extend the value list of `subpartition`.

- The values you specify cannot already exist in the value list of `subpartition` or of any other subpartition of the same partition. However, the values can exist in the value lists of subpartitions of other partitions.

- If you have defined a DEFAULT subpartition, then Oracle Database verifies that none of the values you are adding exist in rows of the DEFAULT subpartition. If the added values do exist in the DEFAULT subpartition, then the statement fails.

- Oracle Database adds corresponding values to the value list of any local index subpartitions. The status of local and global index partitions is not affected by this operation.

Cloudera Exhibit 1020 - Page 918 of 1808

Databricks_R2_PA_00003054

**DROP VALUES**    Specify `DROP VALUES` to remove one or more values from the
value list of `subpartition`.

- The values you specify must be a subset of existing values in `subpartition`.

- You cannot use this clause to drop all values in a subpartition. Instead you must
  use an `ALTER TABLE` ... `DROP SUBPARTITION` statement.

- If `subpartition` contains any rows containing one of the values being
  dropped, then the operation fails and Oracle Database returns an error. You
  must first delete any rows containing the values you wish to drop before
  reissuing the statement.

- Oracle Database updates the value list of any corresponding local index
  subpartitions. The status of local and global index partitions is not affected by
  this operation.

You can also specify how Oracle Database should handle local indexes that become
unusable as a result of the modification to the partition. See "UNUSABLE LOCAL
INDEXES Clauses" on page 12-86.

**Restriction on Modifying List Subpartitions**    The only `modify_LOB_parameters`
you can specify for `subpartition` are the `allocate_extent_clause` and
`deallocate_unused_clause`.

### move_table_partition

Use the `move_table_partition` clause to move `partition` to another segment.
You can move partition data to another tablespace, recluster data to reduce
fragmentation, or change create-time physical attributes.

If the table contains LOB columns, then you can use the `LOB_storage_clause` to
move the LOB data and LOB index segments associated with this partition. Only
the LOBs named are affected. If you do not specify the `LOB_storage_clause` for
a particular LOB column, then its LOB data and LOB index segments are not
moved.

Oracle Database moves local index partitions corresponding to the specified
partition. If the moved partitions are not empty, then the database marks them
`UNUSABLE`. The database invalidates global indexes on heap-organized tables. You
can update these indexes during this operation using the *update_index_clauses*.

The `update_index_clauses` are not needed, and is not valid, for partitioned
index-organized tables. Index-organized tables are primary key based, so Oracle
can keep global indexes `USABLE` during operations that move data but do not
change its value.

Cloudera Exhibit 1020 - Page 919 of 1808

Databricks_R2_PA_00003055

When you move a LOB data segment, Oracle Database drops the old data segment and corresponding index segment and creates new segments even if you do not specify a new tablespace.

The move operation obtains its parallel attribute from the *parallel_clause*, if specified. If not specified, the default parallel attributes of the table, if any, are used. If neither is specified, then Oracle Database performs the move serially.

Specifying the *parallel_clause* in MOVE PARTITION does not change the default parallel attributes of *table*.

> **Note:** For index-organized tables, Oracle Database uses the address of the primary key, as well as its value, to construct logical rowids. The logical rowids are stored in the secondary index of the table. If you move a partition of an index-organized table, then the address portion of the rowids will change, which can hamper performance. To ensure optimal performance, rebuild the secondary index(es) on the moved partition to update the rowids.

> **See Also:** *Oracle Database Concepts* for more information on logical rowids and "Moving Table Partitions: Example" on page 12-98

**MAPPING TABLE**   The MAPPING TABLE clause is relevant only for an index-organized table that already has a mapping table defined for it. Oracle Database moves the mapping table along with the moved index-organized table partition. The mapping table partition inherits the physical attributes of the moved index-organized table partition. This is the only way you can change the attributes of the mapping table partition. If you omit this clause, the mapping table partition retains its original attributes.

Oracle Database marks UNUSABLE all corresponding bitmap index partitions.

Please refer to the *mapping_table_clauses* on page 16-36 (in CREATE TABLE) for more information on this clause.

**Restrictions on Moving Table Partitions**
- If *partition* is a hash partition, then the only attribute you can specify in this clause is TABLESPACE.
- You cannot specify this clause for a partition containing subpartitions. However, you can move subpartitions using the *move_table_subpartition_clause*.

Cloudera Exhibit 1020 - Page 920 of 1808

Databricks_R2_PA_00003056

### move_table_subpartition

Use the `move_table_subpartition` clause to move `subpartition` to another segment. If you do not specify `TABLESPACE`, then the subpartition remains in the same tablespace.

If the subpartition is not empty, then Oracle Database marks `UNUSABLE` all local index subpartitions corresponding to the subpartition being moved. You can update all indexes on heap-organized tables during this operation using the *update_index_clauses*.

The `update_index_clauses` are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes `USABLE` during operations that move data but do not change its value.

If the table contains LOB columns, then you can use the `LOB_storage_clause` to move the LOB data and LOB index segments associated with this subpartition. Only the LOBs specified are affected. If you do not specify the `LOB_storage_clause` for a particular LOB column, then its LOB data and LOB index segments are not moved.

When you move a LOB data segment, Oracle Database drops the old data segment and corresponding index segment and creates new segments even if you do not specify a new tablespace.

**Restriction on Moving Table Subpartitions**    In `subpartition_spec`, the only clause of the `partitioning_storage_clause` you can specify is the `TABLESPACE` clause.

### add_table_partition

Use the `add_table_partition` clause to add a hash, range, or list partition to `table`.

Oracle Database adds to any local index defined on `table` a new partition with the same name as that of the base table partition. If the index already has a partition with such a name, then Oracle Database generates a partition name of the form `SYS_Pn`.

If `table` is index organized, then Oracle Database adds a partition to any mapping table and overflow area defined on the table as well.

> **See Also:**    "Adding a Table Partition with a LOB: Examples" on page 12-96

Cloudera Exhibit 1020 - Page 921 of 1808

Databricks_R2_PA_00003057

### add_range_partition_clause

The `add_range_partition_clause` lets you add a new range partition to the high end of a partitioned table (after the last existing partition). You can specify any create-time physical attributes for the new partition. If the table contains LOB columns, then you can also specify partition-level attributes for one or more LOB items.

If you do not specify a new `partition_name`, then Oracle Database assigns a name of the form SYS_P*n*. If you add a range partition to a composite-partitioned table and do not describe the subpartitions, then the database assigns subpartition names as described in *partition_level_subpartition* on page 12-72.

If a domain index is defined on `table`, then the index must not be marked IN_PROGRESS or FAILED.

A table can have up to 64K-1 partitions.

**Restrictions on Adding Range Partitions**
- If the upper partition bound of each partitioning key in the existing high partition is MAXVALUE, then you cannot add a partition to the table. Instead, use the `split_table_partition` clause to add a partition at the beginning or the middle of the table.

- The `key_compression` and OVERFLOW clauses are valid only for a partitioned index-organized table. You can specify OVERFLOW only if the partitioned table already has an overflow segment. You can specify key compression only if key compression is enabled at the table level.

- You cannot specify the PCTUSED parameter for the index segment of an index-organized table.

**range_values_clause**   Specify the upper bound for the new partition. The `value_list` is a comma-delimited, ordered list of literal values corresponding to `column_list`. The `value_list` must collate greater than the partition bound for the highest existing partition in the table.

**partition_level_subpartition**   The `partition_level_subpartition` clause (in `table_partition_description`) is valid only for a composite-partitioned table. This clause lets you specify hash or list subpartitions for a new range-hash or range-list composite partition. This clause overrides any subpartition descriptions defined in `subpartition_template` at the table level.

Databricks_R2_PA_00003058

**Notes on Composite Partitions**   Please refer to *partition_level_subpartition* on page 16-55 in the documentation of CREATE TABLE for additional notes on this clause. Please refer to CREATE TABLE on page 16-7 for more information.

Oracle Database adds a new index partition with the same subpartition descriptions to all local indexes defined on *table*. Global indexes defined on *table* are not affected.

### add_hash_partition_clause

The *add_hash_partition_clause* lets you add a new hash partition to the high end of a partitioned table. Oracle Database populates the new partition with rows rehashed from other partitions of *table* as determined by the hash function. For optimal load balancing, the total number of partitions should be a power of 2.

You can specify a name for the partition, and optionally a tablespace where it should be stored. If you do not specify a name, then the database assigns a partition name of the form SYS_P*n*. If you do not specify TABLESPACE, then the new partition is stored in the default tablespace of the table. Other attributes are always inherited from table-level defaults.

If this operation causes data to be rehashed among partitions, then the database marks UNUSABLE any corresponding local index partitions. You can update all indexes on heap-organized tables during this operation using the *update_index_clauses*.

The *update_index_clauses* are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes USABLE during operations that move data but do not change its value.

Use the *parallel_clause* to specify whether to parallelize the creation of the new partition.

> **See Also:**   CREATE TABLE on page 16-7 and *Oracle Database Concepts* for more information on hash partitioning

**Restriction on Adding Hash Partitions**   In *table_partition_description*, you cannot specify *partition_level_subpartition*.

### add_list_partition_clause

The *add_list_partition_clause* lets you add a new partition to *table* using a new set of partition values. You can specify any create-time physical attributes for

Cloudera Exhibit 1020 - Page 923 of 1808

Databricks_R2_PA_00003059

the new partition. If the table contains LOB columns, then you can also specify partition-level attributes for one or more LOB items.

When you add a list partition to a table, Oracle Database adds a corresponding index partition with the same value list to all local indexes defined on the table. Global indexes are not affected.

**Restrictions on Adding List Partitions**

- In `table_partition_description`, you cannot specify `partition_level_subpartition`.

- You cannot add a list partition if you have already defined a `DEFAULT` partition for the table. Instead you must use the `split_table_partition` clause to split the `DEFAULT` partition.

> **See Also:**
>
> - *list_partitioning* of `CREATE TABLE` on page 16-51 for more information and restrictions on list partitions
> - "Working with Default List Partitions: Example" on page 12-97

### coalesce_table_partition

`COALESCE` applies only to hash partitions. Use the `coalesce_table_partition` clause to indicate that Oracle Database should select the last hash partition, distribute its contents into one or more remaining partitions as determined by the hash function, and then drop the last partition.

Oracle Database drops local index partitions corresponding to the selected partition. The database marks `UNUSABLE` the local index partitions corresponding to one or more absorbing partitions. The database invalidates any indexes on heap-organized tables. You can update all indexes during this operation using the *update_index_clauses*.

The `update_index_clauses` are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes `USABLE` during operations that move data but do not change its value.

**Restriction on Coalescing Table Partitions**    If you update global indexes using the `update_all_indexes_clause`, then you can specify only the keywords `UPDATE INDEXES`, not the subclause.

Cloudera Exhibit 1020 - Page 924 of 1808

Databricks_R2_PA_00003060

### drop_table_partition

The `drop_table_partition` clause removes `partition`, and the data in that partition, from a partitioned table. If you want to drop a partition but keep its data in the table, then you must merge the partition into one of the adjacent partitions.

> **See Also:**  *merge_table_partitions* on page 12-81

If `table` has LOB columns, then Oracle Database also drops the LOB data and LOB index partitions and any subpartitions corresponding to `partition`.

If `table` is index organized and has a mapping table defined on it, then the database drops the corresponding mapping table partition as well.

Oracle Database drops local index partitions and subpartitions corresponding to `partition`, even if they are marked UNUSABLE.

You can update indexes on `table` during this operation using the *update_index_clauses*. If you specify the `parallel_clause` with the `update_index_clauses`, then the database parallelizes the index update, not the drop operation.

If you drop a range partition and later insert a row that would have belonged to the dropped partition, then the database stores the row in the next higher partition. However, if that partition is the highest partition, then the insert will fail, because the range of values represented by the dropped partition is no longer valid for the table.

**Restrictions on Dropping Table Partitions**

- You cannot drop a partition of a hash-partitioned table. Instead, use the `coalesce_table_partition` clause.

- If `table` contains only one partition, then you cannot drop the partition. You must drop the table.

- If you update global indexes using the *update_index_clauses*, then you can specify only the UPDATE INDEXES keywords but not the subclause.

> **See Also:**  "Dropping a Table Partition: Example" on page 12-97

### drop_table_subpartition

Use this clause to drop a list subpartition from a range-list composite-partitioned table. Oracle Database deletes any rows in the dropped subpartition.

Oracle Database drops the corresponding subpartition of any local index. Other index subpartitions are not affected. Any global indexes are marked UNUSABLE

Cloudera Exhibit 1020 - Page 925 of 1808

Databricks_R2_PA_00003061

ALTER TABLE

___

unless you specify the *update_global_index_clause* or *update_all_ indexes_clause*.

**Restrictions on Dropping Table Subpartitions**

- You cannot drop a hash subpartition. Instead use the MODIFY PARTITION ... COALESCE SUBPARTITION syntax.

- You cannot drop the last subpartition of a partition. Instead use the *drop_ table_partition* clause.

- If you update the global indexes, you cannot specify the optional subclause of the *update_all_indexes_clause*.

### rename_partition_subpart

Use the *rename_table_partition* clause to rename a table partition or subpartition *current_name* to *new_name*. For both partitions and subpartitions, *new_name* must be different from all existing partitions and subpartitions of the same table.

If *table* is index organized, then Oracle Database assigns the same name to the corresponding primary key index partition as well as to any existing overflow partitions and mapping table partitions.

> **See Also:** "Renaming Table Partitions: Examples" on page 12-98

### truncate_partition_subpart

Specify TRUNCATE PARTITION to remove all rows from *partition* or, if the table is composite partitioned, all rows from the subpartitions of *partition*. Specify TRUNCATE SUBPARTITION to remove all rows from *subpartition*. If *table* is index organized, then Oracle Database also truncates any corresponding mapping table partitions and overflow area partitions.

If the partition or subpartition to be truncated contains data, then you must first disable any referential integrity constraints on the table. Alternatively, you can delete the rows and then truncate the partition.

If *table* contains any LOB columns, then the LOB data and LOB index segments for this partition are also truncated. If *table* is composite partitioned, then the LOB data and LOB index segments for the subpartitions of the partition are truncated.

If a domain index is defined on *table*, then the index must not be marked IN_ PROGRESS or FAILED, and the index partition corresponding to the table partition being truncated must not be marked IN_PROGRESS.

Cloudera Exhibit 1020 - Page 926 of 1808

For each partition or subpartition truncated, Oracle Database also truncates corresponding local index partitions and subpartitions. If those index partitions or subpartitions are marked `UNUSABLE`, then the database truncates them and resets the `UNUSABLE` marker to `VALID`.

You can update global indexes on `table` during this operation using the *update_ global_index_clause* or the *update_all_indexes_clause*. If you specify the `parallel_ clause` with one of these clauses, then the database parallelizes the index update, not the truncate operation.

**DROP STORAGE**   Specify `DROP STORAGE` to deallocate space from the deleted rows and make it available for use by other schema objects in the tablespace.

**REUSE STORAGE**   Specify `REUSE STORAGE` to keep space from the deleted rows allocated to the partition or subpartition. The space is subsequently available only for inserts and updates to the same partition or subpartition.

> **See Also:**   "Truncating Table Partitions: Example" on page 12-98

**Restriction on Truncating Table Partitions and Subpartitions**   If you update global indexes using the `update_all_indexes_clause`, then you can specify only the `UPDATE INDEXES` keywords, not the subclause.

### split_table_partition

The `split_table_partition` clause lets you create, from `current_ partition`, two new partitions, each with a new segment and new physical attributes, and new initial extents. The segment associated with `current_ partition` is discarded.

The new partitions inherit all unspecified physical attributes from `current_ partition`.

> **Note:**   Oracle Database can optimize and speed up `SPLIT PARTITION` and `SPLIT SUBPARTITION` operations if specific conditions are met. Please refer to *Oracle Database Administrator's Guide* for information on optimizing these operations.

If you split a `DEFAULT` list partition, then the first of the resulting partitions will have the split values, and the second resulting partition will have the `DEFAULT` value.

Cloudera Exhibit 1020 - Page 927 of 1808

Databricks_R2_PA_00003063

If `table` is index organized, then Oracle Database splits any corresponding mapping table partition and places it in the same tablespace as the parent index-organized table partition. The database also splits any corresponding overflow area, and you can use the `OVERFLOW` clause to specify segment attributes for the new overflow areas.

Oracle Database splits the corresponding local index partition, even if it is marked `UNUSABLE`. The database marks `UNUSABLE`, and you must rebuild, the local index partitions corresponding to the split partitions. The new index partitions inherit their attributes from the partition being split. The database stores the new index partitions in the default tablespace of the index partition being split. If that index partition has no default tablespace, then the database uses the tablespace of the new underlying table partitions.

If `table` contains LOB columns, then you can use the `LOB_storage_clause` to specify separate LOB storage attributes for the LOB data segments resulting from the split. The database drops the LOB data and LOB index segments of `current_partition` and creates new segments for each LOB column, for each partition, even if you do not specify a new tablespace.

**AT Clause**   The `AT` clause applies only to range partitions. Specify the new noninclusive upper bound for the first of the two new partitions. The value list must compare less than the original partition bound for `current_partition` and greater than the partition bound for the next lowest partition (if there is one).

**VALUES Clause**   The `VALUES` clause applies only to list partitions. Specify the partition values you want to include in the first of the two new partitions. Oracle Database creates the first new partition using the partition value list you specify and creates the second new partition using the remaining partition values from `current_partition`. Therefore, the value list cannot contain all of the partition values of `current_partition`, nor can it contain any partition values that do not already exist for `current_partition`.

**INTO Clause**   The `INTO` clause lets you describe the two partitions resulting from the split. In `partition_spec`, the keyword `PARTITION` is required even if you do not specify the optional names and physical attributes of the two partitions resulting from the split. If you do not specify new partition names, then Oracle Database assigns names of the form `SYS_Pn`. Any attributes you do not specify are inherited from `current_partition`.

For range-hash composite-partitioned tables, if you specify subpartitioning for the new partitions, then you can specify only `TABLESPACE` for the subpartitions. All other attributes are inherited from `current_partition`. If you do not specify

Cloudera Exhibit 1020 - Page 928 of 1808

Databricks_R2_PA_00003064

subpartitioning for the new partitions, then their tablespace is also inherited from *current_partition*.

For range-list composite-partitioned tables, you cannot specify subpartitions for the new partitions at all (using the *partition_level_subpartition* clause of *table_partition_description*). The subpartitions of the split partition will inherit the number of subpartitions and value lists from c*urrent_partition*.

For all range-list composite-partitioned tables, and for range-hash composite-partitioned tables for which you do not specify subpartition names for the newly created subpartitions, the newly created subpartitions inherit their names from the parent partition as follows:

- For those subpartitions in the parent partition with names of the form *partition_name* underscore (_) *subpartition_name* (for example, P1_ SUBP1), Oracle Database generates corresponding names in the newly created subpartitions using the new partition names (for example P1A_SUB1 and P1B_ SUB1).

- For those subpartitions in the parent partition with names of any other form, Oracle Database generates subpartition names of the form SYS_SUBP*n*.

Oracle Database splits the corresponding partition in each local index defined on *table*, even if the index is marked UNUSABLE.

Oracle Database invalidates any indexes on heap-organized tables. You can update these indexes during this operation using the *update_index_clauses*.

The *update_index_clauses* are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes USABLE during operations that move data but do not change its value.

The *parallel_clause* lets you parallelize the split operation but does not change the default parallel attributes of the table.

**Restrictions on Splitting Table Partitions**
- You cannot specify this clause for a hash subpartition.

- In *subpartition_spec*, the only clause of *partitioning_storage_ clause* you can specify is TABLESPACE.

### *split_table_subpartition*
Use this clause to split a list subpartition into two separate subpartitions with nonoverlapping value lists.

Cloudera Exhibit 1020 - Page 929 of 1808

Databricks_R2_PA_00003065

> **Note:** Oracle Database can optimize and speed up SPLIT
> PARTITION and SPLIT SUBPARTITION operations if specific
> conditions are met. Please refer to *Oracle Database Administrator's
> Guide* for information on optimizing these operations.

- In the VALUES clause, specify the subpartition values you want to include in the first of the two new subpartitions. You can specify NULL if you have not already specified NULL for another subpartition in the same partition. Oracle Database creates the first new subpartition using the subpartition value list you specify and creates the second new partition using the remaining partition values from the current subpartition. Therefore, the value list cannot contain all of the partition values of the current subpartition, nor can it contain any partition values that do not already exist for the current subpartition.

- The INTO clause lets you describe the two subpartitions resulting from the split. In *subpartition_spec*, the keyword SUBPARTITION is required even if you do not specify the optional names and attributes of the two new subpartitions. If you do not specify new subpartition names, or if you omit this clause entirely, then Oracle Database assigns names of the form SYS_SUBP*n*. Any attributes you do not specify are inherited from the current subpartition.

Oracle Database splits any corresponding local subpartition index, even if it is marked UNUSABLE. The new index subpartitions inherit the names of the new table subpartitions unless those names are already held by index subpartitions. In that case, the database assigns new index subpartition names of the form SYS_SUBPn. The new index subpartitions inherit physical attributes from the parent subpartition. However, if the parent subpartition does not have a default TABLESPACE attribute, then the new subpartitions inherit the tablespace of the corresponding new table subpartitions.

Oracle Database invalidates indexes on heap-organized tables. You can update these indexes by using the *update_index_clauses*.

The *update_index_clauses* are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes USABLE during operations that move data but do not change its value.

**Restrictions on Splitting Table Subpartitions**
- You cannot specify this clause for a hash subpartition.

Cloudera Exhibit 1020 - Page 930 of 1808

Databricks_R2_PA_00003066

■   In *subpartition_spec*, the only clause of *partitioning_storage_
    clause* you can specify is TABLESPACE.

### merge_table_partitions

The *merge_table_partitions* clause lets you merge the contents of two
partitions of *table* into one new partition and then drop the original two
partitions.

■   The two partitions to be merged must be adjacent if they are range partitions.
    The new partition inherits the partition bound of the higher of the two original
    partitions.

■   List partitions need not be adjacent in order to be merged. When you merge two
    list partitions, the resulting partition value list is the union of the set of the two
    partition values lists of the partitions being merged. If you merge a DEFAULT
    list partition with another list partition, then the resulting partition will be the
    DEFAULT partition and will have the DEFAULT value.

■   When you merge two range-list composite partitions, you cannot specify the
    *partition_level_subpartition*. Oracle Database obtains the
    subpartitioning information from any subpartition template. If you have not
    specified a subpartition template, then the database creates one DEFAULT
    subpartition.

Any attributes not specified in the *segment_attributes_clause* are inherited
from table-level defaults.

If you do not specify a new *partition_name*, then Oracle Database assigns a
name of the form SYS_P*n*. If the new partition has subpartitions, then the database
assigns subpartition names as described in *partition_level_subpartition* on page 12-72.

Oracle Database drops local index partitions corresponding to the selected
partitions and marks UNUSABLE the local index partition corresponding to merged
partition. The database also marks UNUSABLE any global indexes on heap-
organized tables. You can update all these indexes during this operation using the
*update_index_clauses*.

The *update_index_clauses* are not needed, and is not valid, for partitioned
index-organized tables. Index-organized tables are primary key based, so Oracle
can keep global indexes USABLE during operations that move data but do not
change its value.

**Restriction on Merging Table Partitions**   You cannot specify this clause for a hash-
partitioned table. Instead, use the *coalesce_table_partition* clause.

Cloudera Exhibit 1020 - Page 931 of 1808

Databricks_R2_PA_00003067

**See Also:**   "Merging Two Table Partitions: Example" on page 12-97 and "Working with Default List Partitions: Example" on page 12-97

***partition_level_subpartition***   The `partition_level_subpartition` clause is valid only when you are merging range-hash composite partitions. This clause lets you specify subpartitioning attributes for the newly merged partition. Any attributes not specified in this clause are inherited from table-level values. If you do not specify this clause, then the new merged partition inherits subpartitioning attributes from table-level defaults.

If you omit this clause, then the new partition inherits the subpartition descriptions from any subpartition template you have defined. If you have not defined a subpartition template, then Oracle Database creates one subpartition in the newly merged partition.

Specify the `parallel_clause` to parallelize the merge operation.

**Restriction on the *partition_level_subpartition* Clause**   You cannot specify this clause for a range-list composite partition.

### merge_table_subpartitions
The `merge_table_subpartitions` clause lets you merge the contents of two list subpartitions of `table` into one new subpartition and then drop the original two subpartitions. The two subpartitions to be merged must belong to the same partition, but they do not have to be adjacent. The data in the resulting subpartition consists of the combined data from the merged subpartitions.

- If you do not specify a new subpartition name, or if you omit the `INTO` clause entirely, then Oracle Database assigns a name of the form SYS_SUBP*n*.

- If you do specify the `INTO` clause, then the keyword `SUBPARTITION` in `subpartition_spec` is required, you cannot specify the `list_values_ clause`, and the only clause you can specify in the `partitioning_storage_ clause` is the `TABLESPACE` clause.

Any attributes you do not specify explicitly for the new subpartition are inherited from partition-level values. If you reuse one of the subpartition names for the new subpartition, then the new subpartition inherits values from the subpartition whose name is being reused rather than from partition-level default values.

Oracle Database merges corresponding local index subpartitions and marks the resulting index subpartition `UNUSABLE`. The database also marks `UNUSABLE` both

Cloudera Exhibit 1020 - Page 932 of 1808

Databricks_R2_PA_00003068

partitioned and nonpartitioned global indexes on heap-organized tables. You can update all indexes during this operation using the *update_index_clauses*.

The `update_index_clauses` are not needed, and is not valid, for partitioned index-organized tables. Index-organized tables are primary key based, so Oracle can keep global indexes `USABLE` during operations that move data but do not change its value.

**Restriction on Merging Table Subpartitions**    You cannot specify this clause for a hash subpartition.

### *exchange_partition_subpart*

Use the `EXCHANGE PARTITION` or `EXCHANGE SUBPARTITION` clause to exchange the data and index segments of:

■    One nonpartitioned table with:

    –    one hash, list, or range partition

    –    one hash or list subpartition

■    One hash-partitioned table with the hash subpartitions of a range partition of a range-hash composite-partitioned table

■    One list-partitioned table with the list subpartitions of a range partition of a range-list composite-partitioned table.

In all cases, the structure of the table and the partition or subpartition being exchanged, including their partitioning keys, must be identical. In the case of list partitions and subpartitions, the corresponding value lists must also match.

This clause facilitates high-speed data loading when used with transportable tablespaces.

> **See Also:**    *Oracle Database Administrator's Guide* for information on transportable tablespaces

If `table` contains LOB columns, then for each LOB column Oracle Database exchanges LOB data and LOB index partition or subpartition segments with corresponding LOB data and LOB index segments of `table`.

All of the segment attributes of the two objects (including tablespace and logging) are also exchanged.

Cloudera Exhibit 1020 - Page 933 of 1808

Databricks_R2_PA_00003069

All statistics of the table and partition are exchanged, including table, column, index statistics, and histograms. Oracle Database recalculates the aggregate statistics of the table receiving the new partition.

Oracle Database invalidates any global indexes on the objects being exchanged. You can update the global indexes on the table whose partition is being exchanged by using either the *update_global_index_clause* or the *update_all_indexes_clause* clause. For the `update_all_indexes_clause`, you can specify only the keywords `UPDATE INDEXES`, not the subclause. Global indexes on the table being exchanged remain invalidated. If you specify the `parallel_clause` with the either of these clauses, then the database parallelizes the index update, not the exchange operation.

> **See Also:** "Notes on Exchanging Partitions and Subpartitions" on page 12-84

**WITH TABLE *table***   Specify the table with which the partition or subpartition will be exchanged.

**INCLUDING INDEXES**   Specify `INCLUDING INDEXES` if you want local index partitions or subpartitions to be exchanged with the corresponding table index (for a nonpartitioned table) or local indexes (for a hash-partitioned table).

**EXCLUDING INDEXES**   Specify `EXCLUDING INDEXES` if you want all index partitions or subpartitions corresponding to the partition and all the regular indexes and index partitions on the exchanged table to be marked `UNUSABLE`.

**WITH VALIDATION**   Specify `WITH VALIDATION` if you want Oracle Database to return an error if any rows in the exchanged table do not map into partitions or subpartitions being exchanged.

**WITHOUT VALIDATION**   Specify `WITHOUT VALIDATION` if you do not want Oracle Database to check the proper mapping of rows in the exchanged table.

**Notes on Exchanging Partitions and Subpartitions**
- Both tables involved in the exchange must have the same primary key, and no validated foreign keys can be referencing either of the tables unless the referenced table is empty.
- When exchanging between a partitioned table and the range partition of a composite-partitioned table:
  - The partitioning key of the partitioned table must be identical to the subpartitioning key of the composite-partitioned table.

Cloudera Exhibit 1020 - Page 934 of 1808

Databricks_R2_PA_00003070

- The number of partitions in the partitioned table must be identical to the number of subpartitions in the range partition of the composite-partitioned table.

- If you are exchanging a list-partitioned table with a range-list partition of a composite-partitioned table, then the values list of the list partitions must exactly match the values list of the range-list subpartitions.

- When exchanging partitioned index-organized tables:

  - The source and target table or partition must have their primary key set on the same columns, in the same order.

  - If key compression is enabled, then it must be enabled for both the source and the target, and with the same prefix length.

  - Both the source and target must be index organized.

  - Both the source and target must have overflow segments, or neither can have overflow segments. Also, both the source and target must have mapping tables, or neither can have a mapping table.

  - Both the source and target must have identical storage attributes for any LOB columns.

  **See Also:**   "Exchanging Table Partitions: Example" on page 12-98

***exceptions_clause***    This clause is valid only if the partitioned table has been defined with a UNIQUE constraint, and that constraint must be in `DISABLE VALIDATE` state. Specify a table into which Oracle Database places the rowids of all rows violating the constraint. If you omit *schema*, then the database assumes the exceptions table is in your own schema. If you omit this clause altogether, then the database assumes that the table is named `EXCEPTIONS`. The exceptions table must be on your local database.

You can create the `EXCEPTIONS` table using one of these scripts:

- `UTLEXCPT.SQL` uses physical rowids. Therefore it can accommodate rows from conventional tables but not from index-organized tables. (See the Note that follows.)

- `UTLEXPT1.SQL` uses universal rowids, so it can accommodate rows from both heap-organized and index-organized tables.

If you create your own exceptions table, then it must follow the format prescribed by one of these two scripts.

Cloudera Exhibit 1020 - Page 935 of 1808

Databricks_R2_PA_00003071

If you are collecting exceptions from index-organized tables based on primary keys (rather than universal rowids), then you must create a separate exceptions table for each index-organized table to accommodate its primary key storage. You create multiple exceptions tables with different names by modifying and resubmitting the script.

**Restriction on Specifying an Exceptions Table**    This clause is not valid exchanging subpartitions.

> **See Also:**
>
> - The `DBMS_IOT` package in *PL/SQL Packages and Types Reference* for information on the SQL scripts
>
> - *Oracle Database Performance Tuning Guide* for information on eliminating migrated and chained rows
>
> - *Oracle Database Upgrade Guide* for compatibility issues related to the use of these scripts
>
> - *constraint* on page 8-5 for more information on constraint checking and "Creating an Exceptions Table for Index-Organized Tables: Example" on page 12-94

## UNUSABLE LOCAL INDEXES Clauses

These two clauses modify the attributes of local index partitions and index subpartitions corresponding to `partition`, depending on whether you are modifying a partition or subpartition.

- `UNUSABLE LOCAL INDEXES` marks `UNUSABLE` the local index partition or index subpartition associated with `partition`.

- `REBUILD UNUSABLE LOCAL INDEXES` rebuilds the unusable local index partition or index subpartition associated with `partition`.

**Restrictions on UNUSABLE LOCAL INDEXES**

- You cannot specify this clause with any other clauses of the `modify_table_partition` clause.

- You cannot specify this clause in the `modify_table_partition` clause for a partition that has subpartitions. However, you can specify this clause in the `modify_hash_subpartition` or `modify_list_subpartition` clause.

Databricks_R2_PA_00003072

### update_index_clauses

Use the `update_index_clauses` to update the indexes on `table` as part of the table partitioning operation. When you perform DDL on a table partition, if an index is defined on `table`, then Oracle Database invalidates the entire index, not just the partitions undergoing DDL. This clause lets you update the index partition you are changing during the DDL operation, eliminating the need to rebuild the index after the DDL.

### update_all_indexes_clause

Use this clause to update all indexes on `table`.

**update_index_partition**   This clause is valid only for operations on table partitions and affects only local indexes.

■   The `index_partition_description` lets you specify physical attributes, tablespace storage, and logging for each partition of each local index. If you specify only the `PARTITION` keyword, then Oracle Database updates the index partition as follows:

   –   For operations on a single table partition (such as `MOVE PARTITION` and `SPLIT PARTITION`), the corresponding index partition inherits the attributes of the affected index partition. Oracle Database does not generate names for new index partitions, so any new index partitions resulting from this operation inherit their names from the corresponding new table partition.

   –   For `MERGE PARTITION` operations, the resulting local index partition inherits its name from the resulting table partition and inherits its attributes from the local index.

■   For a composite-partitioned index, the `index_subpartition_clause` lets you specify tablespace storage for each subpartition. Please refer to the *index_subpartition_clause* on page 14-95 (in `CREATE INDEX`) for more information on this component of the `update_index_partition` clause.

**update_index_subpartition**   This clause is valid only for operations on subpartitions of composite-partitioned tables and affects only local indexes on composite-partitioned tables. It lets you specify tablespace storage for one or more subpartitions.

**Restriction on Updating All Indexes**   You cannot specify this clause for index-organized tables.

Cloudera Exhibit 1020 - Page 937 of 1808

Databricks_R2_PA_00003073

***update_global_index_clause***

Use this clause to update only global indexes on `table`. Oracle Database marks `UNUSABLE` all local indexes on `table`.

**UPDATE GLOBAL INDEXES**   Specify `UPDATE GLOBAL INDEXES` to update the global indexes defined on `table`.

**Restriction on Updating Global Indexes**   If the global index is a global domain index defined on a LOB column, then Oracle Database marks the domain index `UNUSABLE` instead of updating it.

**INVALIDATE GLOBAL INDEXES**   Specify `INVALIDATE GLOBAL INDEXES` to invalidate the global indexes defined on `table`.

If you specify neither, then Oracle Database invalidates the global indexes.

**Restrictions on Invalidating Global Indexes**   This clause is supported only for global indexes. It is not supported for index-organized tables. In addition, this clause updates only indexes that are `USABLE` and `VALID`. `UNUSABLE` indexes are left unusable, and `INVALID` global indexes are ignored.

> **See Also:**   "Updating Global Indexes: Example" on page 12-99

***parallel_clause***

The `parallel_clause` lets you change the default degree of parallelism for queries and DML on the table.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on `CREATE TABLE`.

**Restrictions on Changing Table Parallelization**
- If `table` contains any columns of LOB or user-defined object type, then subsequent `INSERT`, `UPDATE`, and `DELETE` operations on `table` are executed serially without notification. Subsequent queries, however, are executed in parallel.
- If you specify the `parallel_clause` in conjunction with the `move_table_clause`, then the parallelism applies only to the move, not to subsequent DML and query operations on the table.

> **See Also:**   "Specifying Parallel Processing: Example" on page 12-92

Cloudera Exhibit 1020 - Page 938 of 1808

Databricks_R2_PA_00003074

### move_table_clause

The `move_table_clause` lets you relocate data of a nonpartitioned table or of a partition of a partitioned table into a new segment, optionally in a different tablespace, and optionally modify any of its storage attributes.

You can also move any LOB data segments associated with the table or partition using the `LOB_storage_clause` and `varray_col_properties` clause. LOB items not specified in this clause are not moved.

If you move the table to a different tablespace and the `COMPATIBLE` parameter is set to 10.0 or higher, Oracle Database leaves the storage table of any nested table columns in the tablespace in which it was created. If `COMPATIBLE` is set to any value less than 10.0, then the database silently moves the storage table to the new tablespace along with the table.

#### index_org_table_clause

For an index-organized table, the `index_org_table_clause` of the `move_table_clause` lets you additionally specify overflow segment attributes. The `move_table_clause` rebuilds the primary key index of the index-organized table. The overflow data segment is not rebuilt unless the `OVERFLOW` keyword is explicitly stated, with two exceptions:

- If you alter the values of `PCTTHRESHOLD` or the `INCLUDING` column as part of this `ALTER TABLE` statement, then the overflow data segment is rebuilt.

- If you explicitly move any of out-of-line columns (LOBs, varrays, nested table columns) in the index-organized table, then the overflow data segment is also rebuilt.

The index and data segments of LOB columns are not rebuilt unless you specify the LOB columns explicitly as part of this `ALTER TABLE` statement.

**ONLINE Clause**   This clause is valid only for index-organized tables. Specify `ONLINE` if you want DML operations on the index-organized table to be allowed during rebuilding of the primary key index of the table.

#### Restrictions on Moving Tables Online
- You cannot combine this clause with any other clause in the same statement.

- You cannot specify this clause for a partitioned index-organized table.

- Parallel DML is not supported during online `MOVE`. If you specify `ONLINE` and then issue parallel DML statements, then Oracle Database returns an error.

Cloudera Exhibit 1020 - Page 939 of 1808

Databricks_R2_PA_00003075

***mapping_table_clause***   Specify MAPPING TABLE if you want Oracle Database to create a mapping table if one does not already exist. If it does exist, then the database moves the mapping table along with the index-organized table, and marks any bitmapped indexes UNUSABLE. The new mapping table is created in the same tablespace as the parent table.

Specify NOMAPPING to instruct the database to drop an existing mapping table.

Please refer to *mapping_table_clauses* on page 16-36 (in CREATE TABLE) for more information on this clause.

**Restriction on Mapping Tables**   You cannot specify NOMAPPING if any bitmapped indexes have been defined on *table*.

***key_compression***   Use the *key_compression* clause to enable or disable key compression in an index-organized table.

- COMPRESS enables key compression, which eliminates repeated occurrence of primary key column values in index-organized tables. Use *integer* to specify the prefix length (number of prefix columns to compress).

  The valid range of prefix length values is from 1 to the number of primary key columns minus 1. The default prefix length is the number of primary key columns minus 1.

- NOCOMPRESS disables key compression in index-organized tables. This is the default.

**TABLESPACE *tablespace***   Specify the tablespace into which the rebuilt index-organized table is to be stored.

**Restrictions on Moving Tables**
- If you specify MOVE, then it must be the first clause in the ALTER TABLE statement, and the only clauses outside this clause that are allowed are the *physical_attributes_clause*, the *parallel_clause*, and the *LOB_storage_clause*.

- You cannot move a table containing a LONG or LONG RAW column.

- You cannot MOVE an entire partitioned table (either heap or index organized). You must move individual partitions or subpartitions.

Databricks_R2_PA_00003076

---

**Notes Regarding LOBs:**    For any LOB columns you specify in a
*move_table_clause*:

- Oracle Database drops the old LOB data segment and
  corresponding index segment and creates new segments, even
  if you do not specify a new tablespace.

- If the LOB index in *table* resided in a different tablespace
  from the LOB data, then Oracle Database collocates the LOB
  index in the same tablespace with the LOB data after the move.

---

**See Also:**    *move_table_partition* on page 12-69 and *move_table_
subpartition* on page 12-71

## enable_disable_clause

The *enable_disable_clause* lets you specify whether and how Oracle Database
should apply an integrity constraint. The DROP and KEEP clauses are valid only
when you are disabling a unique or primary key constraint.

**See Also:**

- The *enable_disable_clause* on page 16-59 (in CREATE TABLE) for a
  complete description of this clause, including notes and
  restrictions that relate to this statement

- "Using Indexes to Enforce Constraints" on page 8-22 for
  information on using indexes to enforce constraints

## TABLE LOCK

Oracle Database permits DDL operations on a table only if the table can be locked
during the operation. Such table locks are not required during DML operations.

---

**Note:**    Table locks are not acquired on temporary tables.

---

**ENABLE TABLE LOCK**    Specify ENABLE TABLE LOCK to enable table locks, thereby
allowing DDL operations on the table. All currently executing transactions must
commit or roll back before Oracle Database enables the table lock.

Cloudera Exhibit 1020 - Page 941 of 1808

Databricks_R2_PA_00003077

---

**Caution:**    Oracle Database waits until active DML transactions in the database have completed before locking the table. Sometimes the resulting delay is considerable.

---

**DISABLE TABLE LOCK**    Specify `DISABLE TABLE LOCK` to disable table locks, thereby preventing DDL operations on the table.

### ALL TRIGGERS

Use the `ALL TRIGGERS` clause to enable or disable all triggers associated with the table.

**ENABLE ALL TRIGGERS**    Specify `ENABLE ALL TRIGGERS` to enable all triggers associated with the table. Oracle Database fires the triggers whenever their triggering condition is satisfied.

To enable a single trigger, use the *enable_clause* of `ALTER TRIGGER`.

**See Also:**    CREATE TRIGGER on page 16-100, ALTER TRIGGER on page 13-2, and "Enabling Triggers: Example" on page 12-94

**DISABLE ALL TRIGGERS**    Specify `DISABLE ALL TRIGGERS` to disable all triggers associated with the table. Oracle Database does not fire a disabled trigger even if the triggering condition is satisfied.

## Examples

**Collection Retrieval: Example**    The following statement modifies nested table column `ad_textdocs_ntab` in the sample table `sh.print_media` so that when queried it returns actual values instead of locators:

```
ALTER TABLE print_media MODIFY NESTED TABLE ad_textdocs_ntab
   RETURN AS VALUE;
```

**Specifying Parallel Processing: Example**    The following statement specifies parallel processing for queries to the sample table `oe.customers`:

```
ALTER TABLE customers
   PARALLEL;
```

Cloudera Exhibit 1020 - Page 942 of 1808

Databricks_R2_PA_00003078

**Changing the State of a Constraint: Examples**    The following statement places in `ENABLE VALIDATE` state an integrity constraint named `emp_manager_fk` in the `employees` table:

```
ALTER TABLE employees
   ENABLE VALIDATE CONSTRAINT emp_manager_fk
   EXCEPTIONS INTO exceptions;
```

Each row of the `employees` table must satisfy the constraint for Oracle Database to enable the constraint. If any row violates the constraint, then the constraint remains disabled. The database lists any exceptions in the table `exceptions`. You can also identify the exceptions in the `employees` table with the following statement:

```
SELECT e.*
   FROM employees e, exceptions ex
   WHERE e.rowid = ex.row_id
      AND ex.table_name = 'EMPLOYEES'
      AND ex.constraint = 'EMP_MANAGER_FK';
```

The following statement tries to place in `ENABLE NOVALIDATE` state two constraints on the `employees` table:

```
ALTER TABLE employees
   ENABLE NOVALIDATE PRIMARY KEY
   ENABLE NOVALIDATE CONSTRAINT emp_last_name_nn;
```

This statement has two `ENABLE` clauses:

- The first places a primary key constraint on the table in `ENABLE NOVALIDATE` state.

- The second places the constraint named `emp_last_name_nn` in `ENABLE NOVALIDATE` state.

In this case, Oracle Database enables the constraints only if both are satisfied by each row in the table. If any row violates either constraint, then the database returns an error and both constraints remain disabled.

Consider a referential integrity constraint involving a foreign key on the combination of the `areaco` and `phoneno` columns of a hypothetical `phone_calls` table. The foreign key references a unique key on the combination of the `areaco` and `phoneno` columns of the `customers` table. The following statement disables the unique key on the combination of the `areaco` and `phoneno` columns of the `customers` table:

```
ALTER TABLE customers
```

Cloudera Exhibit 1020 - Page 943 of 1808

Databricks_R2_PA_00003079

```
DISABLE UNIQUE (areaco, phoneno) CASCADE;
```

The unique key in the `customers` table is referenced by the foreign key in the `phone_calls` table, so you must specify `CASCADE` to disable the unique key. This clause disables the foreign key as well.

**Creating an Exceptions Table for Index-Organized Tables: Example**   The following example creates the `except_table` table to hold rows from the index-organized table `hr.countries` that violate the primary key constraint:

```
EXECUTE DBMS_IOT.BUILD_EXCEPTIONS_TABLE ('hr', 'countries', 'except_table');
ALTER TABLE countries
   ENABLE PRIMARY KEY
   EXCEPTIONS INTO except_table;
```

To specify an exception table, you must have the privileges necessary to insert rows into the table. To examine the identified exceptions, you must have the privileges necessary to query the exceptions table.

> **See Also:**   INSERT on page 18-65 and SELECT on page 19-4 for information on the privileges necessary to insert rows into tables

**Disabling a CHECK Constraint: Example**   The following statement defines and disables a `CHECK` constraint on the `employees` table:

```
ALTER TABLE employees ADD CONSTRAINT check_comp
   CHECK (salary + (commission_pct*salary) <= 5000)
   DISABLE;
```

The constraint `check_comp` ensures that no employee's total compensation exceeds $5000. The constraint is disabled, so you can increase an employee's compensation above this limit.

**Enabling Triggers: Example**   The following statement enables all triggers associated with the `employees` table:

```
ALTER TABLE employees
   ENABLE ALL TRIGGERS;
```

**Deallocating Unused Space: Example**   The following statement frees all unused space for reuse in table `employees`, where the high water mark is above `MINEXTENTS`:

```
ALTER TABLE employees
    DEALLOCATE UNUSED;
```

Cloudera Exhibit 1020 - Page 944 of 1808

Databricks_R2_PA_00003080

**Renaming a Column: Example**   The following example renames the `credit_limit` column of the sample table `oe.customers` to `credit_amount`:

```
ALTER TABLE customers
   RENAME COLUMN credit_limit TO credit_amount;
```

**Dropping a Column: Example**   This statement illustrates the *drop_column_clause* with `CASCADE CONSTRAINTS`. Assume table `t1` is created as follows:

```
CREATE TABLE t1 (
   pk NUMBER PRIMARY KEY,
   fk NUMBER,
   c1 NUMBER,
   c2 NUMBER,
   CONSTRAINT ri FOREIGN KEY (fk) REFERENCES t1,
   CONSTRAINT ck1 CHECK (pk > 0 and c1 > 0),
   CONSTRAINT ck2 CHECK (c2 > 0)
);
```

An error will be returned for the following statements:

```
/* The next two statements return errors:
ALTER TABLE t1 DROP (pk); -- pk is a parent key
ALTER TABLE t1 DROP (c1); -- c1 is referenced by multicolumn
                          -- constraint ck1
```

Submitting the following statement drops column `pk`, the primary key constraint, the foreign key constraint, `ri`, and the check constraint, `ck1`:

```
ALTER TABLE t1 DROP (pk) CASCADE CONSTRAINTS;
```

If all columns referenced by the constraints defined on the dropped columns are also dropped, then `CASCADE CONSTRAINTS` is not required. For example, assuming that no other referential constraints from other tables refer to column `pk`, then it is valid to submit the following statement without the `CASCADE CONSTRAINTS` clause:

```
ALTER TABLE t1 DROP (pk, fk, c1);
```

**Modifying Index-Organized Tables: Examples**   This statement modifies the `INITRANS` parameter for the index segment of index-organized table `hr.countries`:

```
ALTER TABLE countries INITRANS 4;
```

Cloudera Exhibit 1020 - Page 945 of 1808

Databricks_R2_PA_00003081

The following statement adds an overflow data segment to index-organized table `countries`:

```
ALTER TABLE countries ADD OVERFLOW;
```

This statement modifies the `INITRANS` parameter for the overflow data segment of index-organized table `countries`:

```
ALTER TABLE countries OVERFLOW INITRANS 4;
```

**Splitting Table Partitions: Examples**    The following statement splits the old partition `sales_q4_2000` in the sample table `sh.sales`, creating two new partitions, naming one `sales_q4_2000b` and reusing the name of the old partition for the other:

```
ALTER TABLE sales SPLIT PARTITION SALES_Q4_2000
   AT (TO_DATE('15-NOV-2000','DD-MON-YYYY'))
   INTO (PARTITION SALES_Q4_2000, PARTITION SALES_Q4_2000b);
```

Assume that the sample table `pm.print_media` was range partitioned into partitions p1 and p2. (You would have to convert the `LONG` column in `print_media` to LOB before partitioning the table.) The following statement splits partition p2 of that table into partitions p2a and p2b:

```
ALTER TABLE print_media_part
   SPLIT PARTITION p2 AT (150) INTO
   (PARTITION p2a TABLESPACE omf_ts1
      LOB ad_photo, ad_composite) STORE AS (TABLESPACE omf_ts2),
   PARTITION p2b
      LOB (ad_photo, ad_composite) STORE AS (TABLESPACE omf_ts2));
```

In both partitions p2a and p2b, Oracle Database creates the LOB segments for columns `ad_photo` and `ad_composite` in tablespace `omb_ts2`. The LOB segments for the remaining columns in partition p2a are stored in tablespace omf_ts1. The LOB segments for the remaining columns in partition p2b remain in the tablespaces in which they resided prior to this `ALTER` statement. However, the database creates new segments for all the LOB data and LOB index segments, even if they are not moved to a new tablespace.

**Adding a Table Partition with a LOB: Examples**    The following statement adds a partition p3 to the `print_media_part` table (see preceding example) and specifies storage characteristics for the `BLOB` and `CLOB` columns of that table:

```
ALTER TABLE print_media_part ADD PARTITION p3 VALUES LESS THAN (MAXVALUE)
   LOB (ad_photo, ad_composite) STORE AS (TABLESPACE omf_ts2)
```

Cloudera Exhibit 1020 - Page 946 of 1808

Databricks_R2_PA_00003082

```
    LOB (ad_sourcetext, ad_finaltext) STORE AS (TABLESPACE omf_ts1);
```

The LOB data and LOB index segments for columns `ad_photo` and `ad_composite` in partition `p3` will reside in tablespace `omf_ts2`. The remaining attributes for these LOB columns will be inherited first from the table-level defaults, and then from the tablespace defaults.

The LOB data segments for columns `ad_source_text` and `ad_finaltext` will reside in the `omf_ts1` tablespace, and will inherit all other attributes from the table-level defaults and then from the tablespace defaults.

**Working with Default List Partitions: Example**   The following statements use the list partitioned table created in "List Partitioning Example" on page 16-74. The first statement splits the existing default partition into a new `south` partition and a default partition:

```
ALTER TABLE list_customers SPLIT PARTITION rest
   VALUES ('MEXICO', 'COLOMBIA')
   INTO (PARTITION south, PARTITION rest);
```

The next statement merges the resulting default partition with the `asia` partition:

```
ALTER TABLE list_customers
   MERGE PARTITIONS asia, rest INTO PARTITION rest;
```

The next statement re-creates the `asia` partition by splitting the default partition:

```
ALTER TABLE list_customers SPLIT PARTITION rest
   VALUES ('CHINA', 'THAILAND')
   INTO (PARTITION east, partition rest);
```

**Merging Two Table Partitions: Example**   The following statement merges back into one partition the partitions created in "Splitting Table Partitions: Examples" on page 12-96:

```
ALTER TABLE sales
   MERGE PARTITIONS sales_q4_2000, sales_q4_2000b
   INTO PARTITION sales_q4_2000;
```

**Dropping a Table Partition: Example**   The following statement drops partition `p3` created in "Adding a Table Partition with a LOB: Examples" on page 12-96:

```
ALTER TABLE print_media_part DROP PARTITION p3;
```

Cloudera Exhibit 1020 - Page 947 of 1808

Databricks_R2_PA_00003083

ALTER TABLE

**Exchanging Table Partitions: Example**   The following statement converts partition `feb97` to table `sales_feb97` without exchanging local index partitions with corresponding indexes on `sales_feb97` and without verifying that data in `sales_feb97` falls within the bounds of partition `feb97`:

```
ALTER TABLE sales
   EXCHANGE PARTITION feb97 WITH TABLE sales_feb97
   WITHOUT VALIDATION;
```

**Modifying Table Partitions: Examples**   The following statement marks all the local index partitions corresponding to the `nov96` partition of the `sales` table UNUSABLE:

```
ALTER TABLE sales MODIFY PARTITION nov96
   UNUSABLE LOCAL INDEXES;
```

The following statement rebuilds all the local index partitions that were marked UNUSABLE:

```
ALTER TABLE sales MODIFY PARTITION jan97
   REBUILD UNUSABLE LOCAL INDEXES;
```

The following statement changes the MAXEXTENTS and logging attributes for partition `branch_ny`:

```
ALTER TABLE branch MODIFY PARTITION branch_ny
   STORAGE (MAXEXTENTS 75) LOGGING;
```

**Moving Table Partitions: Example**   The following statement moves partition `p2b` (from "Splitting Table Partitions: Examples" on page 12-96) to tablespace `omf_ts1`:

```
ALTER TABLE print_media_part
   MOVE PARTITION p2b TABLESPACE omf_ts1;
```

**Renaming Table Partitions: Examples**   The following statement renames a table:

```
ALTER TABLE employees RENAME TO employee;
```

In the following statement, partition `emp3` is renamed:

```
ALTER TABLE employee RENAME PARTITION emp3 TO employee3;
```

**Truncating Table Partitions: Example**   The following statement deletes all the data in the `sys_p017` partition and deallocates the freed space:

```
ALTER TABLE deliveries
   TRUNCATE PARTITION sys_p017 DROP STORAGE;
```

Cloudera Exhibit 1020 - Page 948 of 1808

Databricks_R2_PA_00003084

**Updating Global Indexes: Example**  The following statement splits partition `sales_q1_2000` of the sample table `sh.sales` and updates any global indexes defined on it:

```
ALTER TABLE sales SPLIT PARTITION sales_q1_2000
   AT (TO_DATE('16-FEB-2000','DD-MON-YYYY'))
   INTO (PARTITION q1a_2000, PARTITION q1b_2000)
   UPDATE GLOBAL INDEXES;
```

**Specifying Object Identifiers: Example**  The following statements create an object type, a corresponding object table with a primary-key-based object identifier, and a table having a user-defined `REF` column:

```
CREATE TYPE emp_t AS OBJECT (empno NUMBER, address CHAR(30));

CREATE TABLE emp OF emp_t (
   empno PRIMARY KEY)
   OBJECT IDENTIFIER IS PRIMARY KEY;

CREATE TABLE dept (dno NUMBER, mgr_ref REF emp_t SCOPE is emp);
```

The next statements add a constraint and a user-defined `REF` column, both of which reference table `emp`

```
ALTER TABLE dept ADD CONSTRAINT mgr_cons FOREIGN KEY (mgr_ref)
   REFERENCES emp;
ALTER TABLE dept ADD sr_mgr REF emp_t REFERENCES emp;
```

**Adding a Table Column: Example**  The following statement adds a column named `duty_pct` of datatype `NUMBER` and a column named `visa_needed` of datatype `VARCHAR2` with a size of 3 and a `CHECK` integrity constraint:

```
ALTER TABLE countries
   ADD (duty_pct     NUMBER(2,2)  CHECK (duty_pct < 10.5),
        visa_needed  VARCHAR2(3));
```

**Modifying Table Columns: Examples**  The following statement increases the size of the `duty_pct` column:

```
ALTER TABLE countries
   MODIFY (duty_pct NUMBER(3,2));
```

Because the `MODIFY` clause contains only one column definition, the parentheses around the definition are optional.

Cloudera Exhibit 1020 - Page 949 of 1808

Databricks_R2_PA_00003085

ALTER TABLE

The following statement changes the values of the PCTFREE and PCTUSED
parameters for the employees table to 30 and 60, respectively:

```
ALTER TABLE employees
    PCTFREE 30
    PCTUSED 60;
```

**Converting LONG Columns to LOB: Example**   The following example modifies the
press_release column of the sample table pm.print_media from LONG to
CLOB datatype:

```
ALTER TABLE print_media MODIFY (press_release CLOB);
```

**Allocating Extents: Example**   The following statement allocates an extent of 5
kilobytes for the employees table and makes it available to instance 4:

```
ALTER TABLE employees
  ALLOCATE EXTENT (SIZE 5K INSTANCE 4);
```

Because this statement omits the DATAFILE parameter, Oracle Database allocates
the extent in one of the datafiles belonging to the tablespace containing the table.

**Specifying Default Column Value: Examples**   This statement modifies the min_
price column of the product_information table so that it has a default value
of 10:

```
ALTER TABLE product_information
  MODIFY (min_price DEFAULT 10);
```

If you subsequently add a new row to the product_information table and do
not specify a value for the min_price column, then the value of the min_price
column is automatically 0:

```
INSERT INTO product_information (product_id, product_name,
   list_price)
   VALUES (300, 'left-handed mouse', 40.50);

SELECT product_id, product_name, list_price, min_price
    FROM product_information
    WHERE product_id = 300;

PRODUCT_ID PRODUCT_NAME          LIST_PRICE  MIN_PRICE
---------- -------------------- ---------- ----------
       300 left-handed mouse          40.5         10
```

Cloudera Exhibit 1020 - Page 950 of 1808

Databricks_R2_PA_00003086

To discontinue previously specified default values, so that they are no longer automatically inserted into newly added rows, replace the values with NULL, as shown in this statement:

```
ALTER TABLE product_information
   MODIFY (min_price DEFAULT NULL);
```

The MODIFY clause need only specify the column name and the modified part of the definition, rather than the entire column definition. This statement has no effect on any existing values in existing rows.

**Adding a Constraint to an XMLType Table: Example**   The following example adds a primary key constraint to the xwarehouses table, created in "XMLType Examples" on page 16-72:

```
ALTER TABLE xwarehouses
   ADD (PRIMARY KEY(XMLDATA."WarehouseID"));
```

Please refer to XMLDATA on page 3-11 for information about this pseudocolumn.

**Renaming Constraints: Example**   The following statement renames the cust_ fname_nn constraint on the sample table oe.customers to cust_firstname_ nn:

```
ALTER TABLE customers RENAME CONSTRAINT cust_fname_nn
   TO cust_firstname_nn;
```

**Dropping Constraints: Examples**   The following statement drops the primary key of the departments table:

```
ALTER TABLE departments
   DROP PRIMARY KEY CASCADE;
```

If you know that the name of the PRIMARY KEY constraint is pk_dept, then you could also drop it with the following statement:

```
ALTER TABLE departments
   DROP CONSTRAINT pk_dept CASCADE;
```

The CASCADE clause causes Oracle Database to drop any foreign keys that reference the primary key.

The following statement drops the unique key on the email column of the employees table:

```
ALTER TABLE employees
```

Cloudera Exhibit 1020 - Page 951 of 1808

Databricks_R2_PA_00003087

ALTER TABLE

```
    DROP UNIQUE (email);
```

The `DROP` clause in this statement omits the `CASCADE` clause. Because of this omission, Oracle Database does not drop the unique key if any foreign key references it.

**LOB Columns: Examples**    The following statement adds `CLOB` column `resume` to the `employee` table and specifies LOB storage characteristics for the new column:

```
ALTER TABLE employees ADD (resume CLOB)
  LOB (resume) STORE AS resume_seg (TABLESPACE example);
```

To modify the LOB column `resume` to use caching, enter the following statement:

```
ALTER TABLE employees MODIFY LOB (resume) (CACHE);
```

**Nested Tables: Examples**    The following statement adds the nested table column `skills` to the `employee` table:

```
ALTER TABLE employees ADD (skills skill_table_type)
    NESTED TABLE skills STORE AS nested_skill_table;
```

You can also modify nested table storage characteristics. Use the name of the storage table specified in the `nested_table_col_properties` to make the modification. You cannot query or perform DML statements on the storage table. Use the storage table only to modify the nested table column storage characteristics.

 The following statement creates table `vetservice` with nested table column `client` and storage table `client_tab`. Nested table `vetservice` is modified to specify constraints:

```
CREATE TYPE pet_table AS OBJECT
    (pet_name VARCHAR2(10), pet_dob DATE);

CREATE TABLE vetservice (vet_name VARCHAR2(30),
                          client   pet_table)
  NESTED TABLE client STORE AS client_tab;

ALTER TABLE client_tab ADD UNIQUE (ssn);
```

The following statement adds a `UNIQUE` constraint to nested table `nested_skill_ table`:

```
ALTER TABLE nested_skill_table ADD UNIQUE (a);
```

Cloudera Exhibit 1020 - Page 952 of 1808

Databricks_R2_PA_00003088

The following statement alters the storage table for a nested table of REF values to specify that the REF is scoped:

```
CREATE TYPE emp_t AS OBJECT (eno number, ename char(31));
CREATE TYPE emps_t AS TABLE OF REF emp_t;
CREATE TABLE emptab OF emp_t;
CREATE TABLE dept (dno NUMBER, employees emps_t)
   NESTED TABLE employees STORE AS deptemps;
ALTER TABLE deptemps ADD (SCOPE FOR (column_value) IS emptab);
```

Similarly, to specify storing the REF with rowid:

```
ALTER TABLE deptemps ADD (REF(column_value) WITH ROWID);
```

In order to execute these ALTER TABLE statements successfully, the storage table deptemps must be empty. Also, because the nested table is defined as a table of scalars (REFs), Oracle Database implicitly provides the column name COLUMN_VALUE for the storage table.

> **See Also:**
>
> - CREATE TABLE on page 16-7 for more information about nested table storage
> - *Oracle Database Application Developer's Guide - Fundamentals* for more information about nested tables

**REF Columns: Examples**   In the following statement assumes that an object type dept_t has been previously defined. Now, create table staff as follows:

```
CREATE TABLE staff
   (name    VARCHAR(100),
    salary NUMBER,
    dept    REF dept_t);
```

An object table offices is created as:

```
CREATE TABLE offices OF dept_t;
```

The dept column can store references to objects of dept_t stored in any table. If you would like to restrict the references to point only to objects stored in the departments table, then you could do so by adding a scope constraint on the dept column as follows:

```
ALTER TABLE staff
   ADD (SCOPE FOR (dept) IS offices);
```

Cloudera Exhibit 1020 - Page 953 of 1808

Databricks_R2_PA_00003089

ALTER TABLE

The preceding ALTER TABLE statement will succeed only if the staff table is empty.

If you want the REF values in the dept column of staff to also store the rowids, issue the following statement:

```
ALTER TABLE staff
   ADD (REF(dept) WITH ROWID);
```

**Additional Examples**    For examples of defining integrity constraints with the ALTER TABLE statement, see the *constraint* on page 8-5.

For examples of changing the storage parameters of a table, see the *storage_clause* on page 8-57.

Cloudera Exhibit 1020 - Page 954 of 1808

Databricks_R2_PA_00003090

# ALTER TABLESPACE

## Purpose

Use the `ALTER TABLESPACE` statement to alter an existing tablespace or one or more of its datafiles or tempfiles.

You cannot use this statement to convert a dictionary-managed tablespace to a locally managed tablespace. For that purpose, use the `DBMS_SPACE_ADMIN` package, which is documented in *PL/SQL Packages and Types Reference*.

> **See Also:** *Oracle Database Administrator's Guide* and CREATE TABLESPACE on page 16-80 for information on creating a tablespace

## Prerequisites

To alter the `SYSAUX` tablespace, you must have the `SYSDBA` system privilege.

If you have `ALTER TABLESPACE` system privilege, then you can perform any `ALTER TABLESPACE` operation. If you have `MANAGE TABLESPACE` system privilege, then you can only perform the following operations:

- Take the tablespace online or offline
- Begin or end a backup
- Make the tablespace read only or read write

Before you can make a tablespace read only, the following conditions must be met:

- The tablespace must be online.
- The tablespace must not contain any active rollback segments. For this reason, the `SYSTEM` tablespace can never be made read only, because it contains the `SYSTEM` rollback segment. Additionally, because the rollback segments of a read-only tablespace are not accessible, Oracle recommends that you drop the rollback segments before you make a tablespace read only.
- The tablespace must not be involved in an open backup, because the end of a backup updates the header file of all datafiles in the tablespace.

Performing this function in restricted mode may help you meet these restrictions, because only users with `RESTRICTED SESSION` system privilege can be logged on.

Cloudera Exhibit 1020 - Page 955 of 1808

Databricks_R2_PA_00003091

ALTER TABLESPACE

## Syntax

**alter_tablespace::=**



(*table_compression*::= on page 12-5—part of ALTER TABLE, *storage_clause*::= on page 8-60, *size_clause*::= on page 12-107, *datafile_tempfile_clauses*::= on page 12-107, *tablespace_logging_clauses*::= on page 12-107, *tablespace_group_clause*::= on page 12-107, *tablespace_state_clauses*::= on page 12-108, *autoextend_clause*::= on page 12-108, *flashback_mode_clause*::= on page 12-108, *tablespace_retention_clause*::= on page 12-109)

Cloudera Exhibit 1020 - Page 956 of 1808

Databricks_R2_PA_00003092

**size_clause::=**



**datafile_tempfile_clauses::=**



(*file_specification*::= on page 8-37).

**tablespace_logging_clauses::=**



(*logging_clause*::= on page 8-47)

**tablespace_group_clause::=**



Cloudera Exhibit 1020 - Page 957 of 1808

Databricks_R2_PA_00003093

**tablespace_state_clauses::=**

ONLINE
NORMAL
TEMPORARY
IMMEDIATE
OFFLINE
READ
ONLY
WRITE
PERMANENT
TEMPORARY

**autoextend_clause::=**

AUTOEXTEND
OFF
ON
NEXT
size_clause
maxsize_clause

(*size_clause::=* on page 12-107)

**maxsize_clause::=**

MAXSIZE
UNLIMITED
size_clause

(*size_clause::=* on page 12-107)

**flashback_mode_clause::=**

FLASHBACK
ON
OFF

**tablespace_retention_clause::=**



## Semantics

### *tablespace*

Specify the name of the tablespace to be altered.

#### Restrictions on Altering Tablespaces

- If `tablespace` is an undo tablespace, then the only other clauses you can specify in this statement are ADD DATAFILE, RENAME DATAFILE, RENAME TO (renaming the tablespace), DATAFILE ... ONLINE, DATAFILE ... OFFLINE, BEGIN BACKUP, and END BACKUP.

- You cannot make the SYSTEM tablespace read only or temporary and you cannot take it offline.

- For locally managed temporary tablespaces, the only clause you can specify in this statement is the ADD clause.

> **See Also:**   *Oracle Database Administrator's Guide* for information on Automatic Undo Management and undo tablespaces

### DEFAULT *storage_clause*

DEFAULT `storage_clause` lets you specify the new default storage parameters for objects subsequently created in the tablespace. For a dictionary-managed temporary table, Oracle Database considers only the NEXT parameter of the `storage_clause`.

Please refer to the *storage_clause* on page 8-57 for more information.

**Restriction on Default Tablespace Storage**   You cannot specify this clause for a locally managed tablespace.

### MINIMUM EXTENT

This clause is valid only for permanent dictionary managed tablespaces. The MINIMUM EXTENT clause lets you control free space fragmentation in the tablespace by ensuring that every used or free extent in a tablespace is at least as large as, and is a multiple of, `integer`.

Cloudera Exhibit 1020 - Page 959 of 1808

Databricks_R2_PA_00003095

ALTER TABLESPACE

**Restriction on MINIMUM EXTENT**   You cannot specify this clause for a locally managed tablespace or for a dictionary-managed temporary tablespace.

> **See Also:**   *Oracle Database Administrator's Guide* for more information about using MINIMUM EXTENT to control space fragmentation and "Changing Tablespace Extent Allocation: Example" on page 12-119

## RESIZE Clause

This clause is valid only for bigfile tablespaces. It lets you increase or decrease the size of the single datafile to an absolute size. Use K, M, G, or T to specify the size in kilobytes, megabytes, gigabytes, or terabytes, respectively.

To change the size of a newly added datafile or tempfile in smallfile tablespaces, use the ALTER DATABASE ... *autoextend_clause* (see *database_file_clauses* on page 10-37).

> **See Also:**   BIGFILE | SMALLFILE on page 16-85 for information on bigfile tablespaces

## COALESCE

For each datafile in the tablespace, this clause combines all contiguous free extents into larger contiguous extents.

## RENAME Clause

Use this clause to rename *tablespace*. This clause is valid only if *tablespace* and all its datafiles are online and the COMPATIBLE parameter is set to 10.0.0 or greater. You can rename both permanent and temporary tablespaces.

If *tablespace* is read only, then Oracle Database does not update the datafile headers to reflect the new name. The alert log will indicate that the datafile headers have not been updated.

> **Note:**   If you re-create the control file, and if the datafiles that Oracle Database uses for this purpose are restored backups whose headers reflect the old tablespace name, then the re-created control file will also reflect the old tablespace name. However, after the database is fully recovered, the control file will reflect the new name.

Cloudera Exhibit 1020 - Page 960 of 1808

Databricks_R2_PA_00003096

If `tablespace` has been designated as the undo tablespace for any instance in a Real Application Clusters environment, and if a server parameter file was used to start up the database, then Oracle Database changes the value of the UNDO_ TABLESPACE parameter for that instance in the server parameter file (SPFILE) to reflect the new tablespace name. If a single-instance database is using a parameter file (pfile) instead of an spfile, then the database puts a message in the alert file advising the database administrator to change the value manually in the pfile.

**Restriction on Renaming Tablespaces**    You cannot rename the SYSTEM or SYSAUX tablespaces.

## BACKUP Clauses
Use these clauses to move all datafiles in a tablespace into or out of online (sometimes called hot) backup mode.

> **See Also:**
>
> - *Oracle Database Administrator's Guide* for information on restarting the database without media recovery
>
> - ALTER DATABASE "BACKUP Clauses" on page 10-36 for information on moving all datafiles in the database into and out of online backup mode
>
> - ALTER DATABASE *alter_datafile_clause* on page 10-38 for information on taking individual datafiles out of online backup mode

### BEGIN BACKUP
Specify BEGIN BACKUP to indicate that an open backup is to be performed on the datafiles that make up this tablespace. This clause does not prevent users from accessing the tablespace. You must use this clause before beginning an open backup.

**Restrictions on Beginning Tablespace Backup**
- You cannot specify this clause for a read-only tablespace or for a temporary locally managed tablespace.
- While the backup is in progress, you cannot take the tablespace offline normally, shut down the instance, or begin another backup of the tablespace.

> **See Also:**    "Backing Up Tablespaces: Examples" on page 12-118

Cloudera Exhibit 1020 - Page 961 of 1808

Databricks_R2_PA_00003097

### END BACKUP

Specify `END BACKUP` to indicate that an online backup of the tablespace is complete. Use this clause as soon as possible after completing an online backup. Otherwise, if an instance failure or `SHUTDOWN ABORT` occurs, then Oracle Database assumes that media recovery (possibly requiring archived redo log) is necessary at the next instance startup.

**Restriction on Ending Tablespace Backup**   You cannot use this clause on a read-only tablespace.

### *datafile_tempfile_clauses*

The tablespace file clauses let you add or modify a datafile or tempfile.

### ADD Clause

Specify `ADD` to add to the tablespace a datafile or tempfile specified by *file_ specification*. Use the datafile_tempfile_spec form of *file_specification* (see *file_specification* on page 8-37) to list regular datafiles and tempfiles in an operating system file system or to list Automatic Storage Management disk group files.

For locally managed temporary tablespaces, this is the only clause you can specify at any time.

If you omit *file_specification*, then Oracle Database creates an Oracle-managed file of 100M with `AUTOEXTEND` enabled.

You can add a datafile or tempfile to a locally managed tablespace that is online or to a dictionary managed tablespace that is online or offline. Ensure the file is not in use by another database.

**Restriction on Adding Datafiles and Tempfiles**   You cannot specify this clause for a bigfile (single-file) tablespace, as such a tablespace has only one datafile or tempfile.

Cloudera Exhibit 1020 - Page 962 of 1808

Databricks_R2_PA_00003098

> **Note:** On some operating systems, Oracle does not allocate space for a tempfile until the tempfile blocks are actually accessed. This delay in space allocation results in faster creation and resizing of tempfiles, but it requires that sufficient disk space is available when the tempfiles are later used. To avoid potential problems, before you create or resize a tempfile, ensure that the available disk space exceeds the size of the new tempfile or the increased size of a resized tempfile. The excess space should allow for anticipated increases in disk space use by unrelated operations as well. Then proceed with the creation or resizing operation.

> **See Also:** *file_specification* on page 8-37, "Adding a Datafile: Example" on page 12-119, and "Adding an Oracle-managed Datafile: Example" on page 12-119

### RENAME DATAFILE Clause

Specify `RENAME DATAFILE` to rename one or more of the tablespace datafiles. The database must be open, and you must take the tablespace offline before renaming it. Each `filename` must fully specify a datafile using the conventions for filenames on your operating system.

This clause merely associates the tablespace with the new file rather than the old one. This clause does not actually change the name of the operating system file. You must change the name of the file through your operating system.

> **See Also:** "Moving and Renaming Tablespaces: Example" on page 12-118

### ONLINE | OFFLINE Clauses

Use these clauses to take all datafiles or tempfiles in the tablespace offline or put them online. These clauses have no effect on the `ONLINE` or `OFFLINE` status of the tablespace itself.

The database must be mounted. If `tablespace` is `SYSTEM`, or an undo tablespace, or the default temporary tablespace, then the database must not be open.

### tablespace_logging_clauses

Use these clauses to set or change the logging characteristics of the tablespace.

Cloudera Exhibit 1020 - Page 963 of 1808

Databricks_R2_PA_00003099

### logging_clause

Specify LOGGING if you want logging of all tables, indexes, and partitions within the tablespace. The tablespace-level logging attribute can be overridden by logging specifications at the table, index, and partition levels.

When an existing tablespace logging attribute is changed by an ALTER TABLESPACE statement, all tables, indexes, and partitions created *after* the statement will have the new default logging attribute (which you can still subsequently override). The logging attribute of existing objects is not changed.

If the tablespace is in FORCE LOGGING mode, then you can specify NOLOGGING in this statement to set the default logging mode of the tablespace to NOLOGGING, but this will not take the tablespace out of FORCE LOGGING mode.

## [NO] FORCE LOGGING

Use this clause to put the tablespace in force logging mode or take it out of force logging mode. The database must be open and in READ WRITE mode. Neither of these settings changes the default LOGGING or NOLOGGING mode of the tablespace.

**Restriction on Force Logging Mode**   You cannot specify FORCE LOGGING for an undo or a temporary tablespace.

> **See Also:**   *Oracle Database Administrator's Guide* for information on when to use FORCE LOGGING mode and "Changing Tablespace Logging Attributes: Example" on page 12-119

### tablespace_group_clause

This clause is valid only for locally managed temporary tablespaces. Use this clause to add *tablespace* to or remove it from the *tablespace_group_name* tablespace group.

- Specify a group name to indicate that *tablespace* is a member of this tablespace group. If *tablespace_group_name* does not already exist, then Oracle Database implicitly creates it when you alter tablespace to be a member of it.

- Specify an empty string (' ') to remove *tablespace* from the *tablespace_group_name* tablespace group.

**Restriction on Tablespace Groups**   You cannot specify a tablespace group for a permanent tablespace or for a dictionary-managed temporary tablespace.

Cloudera Exhibit 1020 - Page 964 of 1808

Databricks_R2_PA_00003100

> **See Also:**   *Oracle Database Administrator's Guide* for more
> information on tablespace groups and "Assigning a Tablespace
> Group: Example" on page 13-31

### tablespace_state_clauses

Use these clauses to set or change the state of the tablespace.

### ONLINE | OFFLINE

Specify `ONLINE` to bring the tablespace online. Specify `OFFLINE` to take the
tablespace offline and prevent further access to its segments. When you take a
tablespace offline, all of its datafiles are also offline.

> **Suggestion:**   Before taking a tablespace offline for a long time,
> consider changing the tablespace allocation of any users who have
> been assigned the tablespace as either a default or temporary
> tablespace. While the tablespace is offline, such users cannot
> allocate space for objects or sort areas in the tablespace. See ALTER
> USER on page 13-24 for more information on allocating tablespace
> quota to users.

**Restriction on Taking Tablespaces Offline**   You cannot take a temporary
tablespace offline.

**OFFLINE NORMAL**   Specify `NORMAL` to flush all blocks in all datafiles in the
tablespace out of the system global area (SGA). You need not perform media
recovery on this tablespace before bringing it back online. This is the default.

**OFFLINE TEMPORARY**   If you specify `TEMPORARY`, then Oracle Database performs
a checkpoint for all online datafiles in the tablespace but does not ensure that all
files can be written. Files that are offline when you issue this statement may require
media recovery before you bring the tablespace back online.

**OFFLINE IMMEDIATE**   If you specify `IMMEDIATE`, then Oracle Database does not
ensure that tablespace files are available and does not perform a checkpoint. You
must perform media recovery on the tablespace before bringing it back online.

Cloudera Exhibit 1020 - Page 965 of 1808

Databricks_R2_PA_00003101

ALTER TABLESPACE

---

> **Note:** The `FOR RECOVER` setting for `ALTER TABLESPACE` ... `OFFLINE` has been deprecated. The syntax is supported for backward compatibility. However, Oracle recommends that you use the transportable tablespaces feature for tablespace recovery.

**See Also:** *Oracle Database Backup and Recovery Advanced User's Guide* for information on using transportable tablespaces to perform media recovery

### READ ONLY | READ WRITE

Specify `READ ONLY` to place the tablespace in **transition read-only mode**. In this state, existing transactions can complete (commit or roll back), but no further DML operations are allowed to the tablespace except for rollback of existing transactions that previously modified blocks in the tablespace. You cannot make the `SYSAUX` tablespace `READ ONLY`.

Once a tablespace is read only, you can copy its files to read-only media. You must then rename the datafiles in the control file to point to the new location by using the SQL statement `ALTER DATABASE` ... `RENAME`.

> **See Also:**
>
> - *Oracle Database Concepts* for more information on read-only tablespaces
> - ALTER DATABASE on page 10-11

Specify `READ WRITE` to indicate that write operations are allowed on a previously read-only tablespace.

### PERMANENT | TEMPORARY

Specify `PERMANENT` to indicate that the tablespace is to be converted from a temporary to a permanent tablespace. A permanent tablespace is one in which permanent database objects can be stored. This is the default when a tablespace is created.

Specify `TEMPORARY` to indicate that the tablespace is to be converted from a permanent to a temporary tablespace. A temporary tablespace is one in which no permanent database objects can be stored. Objects in a temporary tablespace persist only for the duration of the session.

Cloudera Exhibit 1020 - Page 966 of 1808

Databricks_R2_PA_00003102

**Restrictions on Temporary Tablespaces**

■  You cannot specify TEMPORARY for the SYSAUX tablespace.

■  If `tablespace` was not created with a standard block size, then you cannot change it from permanent to temporary.

■  You cannot specify TEMPORARY for a tablespace in FORCE LOGGING mode.

### autoextend_clause

This clause is valid only for bigfile (single-file) tablespaces. Use this clause to enable or disable autoextension of the single datafile in the tablespace. To enable or disable autoextension of a newly added datafile or tempfile in smallfile tablespaces, use the `autoextend_clause` of the *database_file_clauses* on page 10-37 in the ALTER DATABASE statement.

> **See Also:**
>
> ■  *Oracle Database Administrator's Guide* for information about bigfile (single-file) tablespaces
>
> ■  *file_specification* on page 8-37 for more information about the `autoextend_clause`

### flashback_mode_clause

Use this clause to specify whether this tablespace should participate in any subsequent FLASHBACK DATABASE operation.

■  For you to turn FLASHBACK mode on, the database must be mounted, either open or closed

■  For you to turn FLASHBACK mode off, the database must be mounted and closed.

This clause is not valid for temporary tablespaces.

Please refer to CREATE TABLESPACE on page 16-80 for more complete information on this clause.

> **See Also:**  *Oracle Database Backup and Recovery Advanced User's Guide* for more information about Flashback Database

Cloudera Exhibit 1020 - Page 967 of 1808

Databricks_R2_PA_00003103

ALTER TABLESPACE

### *tablespace_retention_clause*

This clause has the same semantics in `CREATE TABLESPACE` and `ALTER TABLESPACE` statements. Please refer to *tablespace_retention_clause* on page 16-96 in the documentation on `CREATE TABLESPACE`.

## Examples

**Backing Up Tablespaces: Examples**   The following statement signals to the database that a backup is about to begin:

```
ALTER TABLESPACE tbs_01
   BEGIN BACKUP;
```

The following statement signals to the database that the backup is finished:

```
ALTER TABLESPACE tbs_01
  END BACKUP;
```

**Moving and Renaming Tablespaces: Example**   This example moves and renames a datafile associated with the `tbs_02` tablespace, created in Enabling Autoextend for a Tablespace: Example on page 16-98, from `diskb:tbs_f5.dat` to `diska:tbs_f5.dat`:

1. Take the tablespace offline using an `ALTER TABLESPACE` statement with the `OFFLINE` clause:

```
ALTER TABLESPACE tbs_02 OFFLINE NORMAL;
```

1. Copy the file from `diskb:tbs_f5.dat` to `diska:tbs_f5.dat` using your operating system commands.

2. Rename the datafile using an `ALTER TABLESPACE` statement with the `RENAME DATAFILE` clause:

```
ALTER TABLESPACE tbs_02
  RENAME DATAFILE 'diskb:tbs_f5.dat'
  TO            'diska:tbs_f5.dat';
```

1. Bring the tablespace back online using an `ALTER TABLESPACE` statement with the `ONLINE` clause:

```
ALTER TABLESPACE tbs_02 ONLINE;
```

Cloudera Exhibit 1020 - Page 968 of 1808

Databricks_R2_PA_00003104

**Adding a Datafile: Example**    The following statement adds a datafile to the tablespace. When more space is needed, new 10-kilobytes extents will be added up to a maximum of 100 kilobytes:

```
ALTER TABLESPACE tbs_03
    ADD DATAFILE 'tbs_f04.dbf'
    SIZE 100K
    AUTOEXTEND ON
    NEXT 10K
    MAXSIZE 100K;
```

**Adding an Oracle-managed Datafile: Example**    The following example adds an Oracle-managed datafile to the `omf_ts1` tablespace (see "Creating Oracle-managed Files: Examples" on page 16-98 for the creation of this tablespace). The new datafile is 100M and is autoextensible with unlimited maximum size:

```
ALTER TABLESPACE omf_ts1 ADD DATAFILE;
```

**Changing Tablespace Logging Attributes: Example**    The following example changes the default logging attribute of a tablespace to `NOLOGGING`:

```
ALTER TABLESPACE tbs_03 NOLOGGING;
```

Altering a tablespace logging attribute has no affect on the logging attributes of the existing schema objects within the tablespace. The tablespace-level logging attribute can be overridden by logging specifications at the table, index, and partition levels.

**Changing Tablespace Extent Allocation: Example**    The following statement changes the allocation of every extent of `tbs_03` to a multiple of 128K:

```
ALTER TABLESPACE tbs_03 MINIMUM EXTENT 128K;
```

**Changing Undo Data Retention: Examples**    The following statement changes the undo data retention for tablespace `undots1` to normal undo data behavior:

```
ALTER TABLESPACE undots1
  RETENTION NOGUARANTEE;
```

The following statement changes the undo data retention for tablespace `undots1` to behavior that preserves unexpired undo data:

```
ALTER TABLESPACE undots1
  RETENTION GUARANTEE;
```

Cloudera Exhibit 1020 - Page 969 of 1808

Databricks_R2_PA_00003105

ALTER TABLESPACE

Cloudera Exhibit 1020 - Page 970 of 1808

Databricks_R2_PA_00003106

# 13

# SQL Statements: ALTER TRIGGER to COMMIT

This chapter contains the following SQL statements:

- ALTER TRIGGER
- ALTER TYPE
- ALTER USER
- ALTER VIEW
- ANALYZE
- ASSOCIATE STATISTICS
- AUDIT
- CALL
- COMMENT
- COMMIT

Cloudera Exhibit 1020 - Page 971 of 1808

Databricks_R2_PA_00003107

# ALTER TRIGGER

## Purpose

Use the `ALTER TRIGGER` statement to enable, disable, or compile a database trigger.

> **Note:**   This statement does not change the declaration or definition of an existing trigger. To redeclare or redefine a trigger, use the `CREATE TRIGGER` statement with the `OR REPLACE` keywords.

**See Also:**

- CREATE TRIGGER on page 16-100 for information on creating a trigger

- DROP TRIGGER on page 18-15 for information on dropping a trigger

- *Oracle Database Concepts* for general information on triggers

## Prerequisites

The trigger must be in your own schema or you must have `ALTER ANY TRIGGER` system privilege.

In addition, to alter a trigger on `DATABASE`, you must have the `ADMINISTER` database events system privilege.

**See Also:**   CREATE TRIGGER on page 16-100 for more information on triggers based on `DATABASE` triggers

Cloudera Exhibit 1020 - Page 972 of 1808

Databricks_R2_PA_00003108

## Syntax

**alter_trigger::=**



**compiler_parameters_clause::=**



## Semantics

### *schema*

Specify the schema containing the trigger. If you omit *schema*, then Oracle
Database assumes the trigger is in your own schema.

### *trigger*

Specify the name of the trigger to be altered.

### ENABLE | DISABLE

Specify `ENABLE` to enable the trigger. You can also use the `ENABLE ALL TRIGGERS`
clause of `ALTER TABLE` to enable all triggers associated with a table. See ALTER
TABLE on page 12-2.

Specify `DISABLE` to disable the trigger. You can also use the `DISABLE ALL`
`TRIGGERS` clause of `ALTER TABLE` to disable all triggers associated with a table.

> **See Also:**  "Enabling Triggers: Example" on page 13-6 and
> "Disabling Triggers: Example" on page 13-5

Cloudera Exhibit 1020 - Page 973 of 1808

Databricks_R2_PA_00003109

ALTER TRIGGER

### RENAME Clause

Specify `RENAME TO` *new_name* to rename the trigger. Oracle Database renames the trigger and leaves it in the same state it was in before being renamed.

When you rename a trigger, the database rebuilds the remembered source of the trigger in the `USER_SOURCE`, `ALL_SOURCE`, and `DBA_SOURCE` data dictionary views. As a result, comments and formatting may change in the `TEXT` column of those views even though the trigger source did not change.

### COMPILE Clause

Specify `COMPILE` to explicitly compile the trigger, whether it is valid or invalid. Explicit recompilation eliminates the need for implicit run-time recompilation and prevents associated run-time compilation errors and performance overhead.

Oracle Database first recompiles objects upon which the trigger depends, if any of these objects are invalid. If the database recompiles the trigger successfully, then the trigger becomes valid.

During recompilation, the database drops all persistent compiler switch settings, retrieves them again from the session, and stores them at the end of compilation. To avoid this process, specify the `REUSE SETTINGS` clause.

If recompiling the trigger results in compilation errors, then the database returns an error and the trigger remains invalid. You can see the associated compiler error messages with the SQL*Plus command `SHOW ERRORS`.

### DEBUG

Specify `DEBUG` to instruct the PL/SQL compiler to generate and store the code for use by the PL/SQL debugger. Specifying this clause has the same effect as specifying `PLSQL_DEBUG` = `TRUE` in the *compiler_parameters_clause*.

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for information on debugging procedures
> - *Oracle Database Concepts* for information on how Oracle Database maintains dependencies among schema objects, including remote objects

Cloudera Exhibit 1020 - Page 974 of 1808

Databricks_R2_PA_00003110

**compiler_parameters_clause**

Use this clause to specify a value for one of the PL/SQL compiler parameters. The parameters you can specify in this clause are PLSQL_OPTIMIZE_LEVEL, PLSQL_CODE_TYPE, PLSQL_DEBUG, PLSQL_WARNINGS, and NLS_LENGTH_SEMANTICS.

You can specify each parameter only once in each statement. Each setting is valid only for the current library unit being compiled and does not affect other compilations in this session or system. To affect the entire session or system, you must set a value for the parameter using the ALTER SESSION or ALTER SYSTEM statement.

If you omit any parameter from this clause and you specify REUSE SETTINGS, then if a value was specified for the parameter in an earlier compilation of this library unit, Oracle Database uses that earlier value. If you omit any parameter and either you do not specify REUSE SETTINGS or no value has been specified for the parameter in an earlier compilation, then the database obtains the value for that parameter from the session environment.

**Restriction on the *compiler_parameters_clause*** You cannot set a value for the PLSQL_DEBUG parameter if you also specify DEBUG, because both clauses set the PLSQL_DEBUG parameter, and you can specify a value for each parameter only once.

### REUSE SETTINGS

Specify REUSE SETTINGS to prevent Oracle from dropping and reacquiring compiler switch settings. With this clause, Oracle preserves the existing settings and uses them for the recompilation of any parameters for which values are not specified elsewhere in this statement.

For backward compatibility, Oracle Database sets the persistently stored value of the PLSQL_COMPILER_FLAGS initialization parameter to reflect the values of the PLSQL_CODE_TYPE and PLSQL_DEBUG parameters that result from this statement.

## Examples

**Disabling Triggers: Example** The sample schema hr has a trigger named update_job_history created on the employees table. The trigger is fired whenever an UPDATE statement changes an employee's job_id. The trigger inserts into the job_history table a row that contains the employee's ID, begin and end date of the last job, and the job ID and department.

Cloudera Exhibit 1020 - Page 975 of 1808

Databricks_R2_PA_00003111

When this trigger is created, Oracle Database enables it automatically. You can subsequently disable the trigger with the following statement:

```
ALTER TRIGGER update_job_history DISABLE;
```

When the trigger is disabled, the database does not fire the trigger when an UPDATE statement changes an employee's job.

**Enabling Triggers: Example**   After disabling the trigger, you can subsequently enable it with the following statement:

```
ALTER TRIGGER update_job_history ENABLE;
```

After you reenable the trigger, Oracle Database fires the trigger whenever an employee's job changes as a result of an UPDATE statement. If an employee's job is updated while the trigger is disabled, then the database does not automatically fire the trigger for this employee until another transaction changes the job_id again.

**13-6**   SQL Reference

Cloudera Exhibit 1020 - Page 976 of 1808

Databricks_R2_PA_00003112

# ALTER TYPE

## Purpose

Use the `ALTER TYPE` statement to add or drop member attributes or methods. You can change the existing properties (`FINAL` or `INSTANTIABLE`) of an object type, and you can modify the scalar attributes of the type.

You can also use this statement to recompile the specification or body of the type or to change the specification of an object type by adding new object member subprogram specifications.

## Prerequisites

The object type must be in your own schema and you must have `CREATE TYPE` or `CREATE ANY TYPE` system privilege, or you must have `ALTER ANY TYPE` system privileges.

## Syntax

**alter_type::=**



(*compile_type_clause::=* on page 13-8, *replace_type_clause::=* on page 13-8, *alter_method_spec::=* on page 13-10, *alter_attribute_definition::=* on page 13-11, *alter_collection_clauses::=* on page 13-11, *dependent_handling_clause::=* on page 13-11)

Cloudera Exhibit 1020 - Page 977 of 1808

Databricks_R2_PA_00003113

ALTER TYPE

**compile_type_clause::=**



**compiler_parameters_clause::=**



**replace_type_clause::=**



**invoker_rights_clause::=**



**element_spec::=**



Cloudera Exhibit 1020 - Page 978 of 1808

Databricks_R2_PA_00003114

(*inheritance_clauses::=* on page 13-9, *subprogram_spec::=* on page 13-9, *constructor_
spec::=* on page 13-10, *map_order_function_spec::=* on page 13-10, *pragma_clause::=* on
page 13-10)

**inheritance_clauses::=**



**subprogram_spec::=**



(*procedure_spec::=* on page 13-9, *function_spec::=* on page 13-9)

**procedure_spec::=**



**function_spec::=**



Cloudera Exhibit 1020 - Page 979 of 1808

Databricks_R2_PA_00003115

ALTER TYPE

**constructor_spec::=**



**map_order_function_spec::=**



(*function_spec::=* on page 13-9)

**pragma_clause::=**



**alter_method_spec::=**



Cloudera Exhibit 1020 - Page 980 of 1808

Databricks_R2_PA_00003116

(*map_order_function_spec::=* on page 13-10, *subprogram_spec::=* on page 13-9)

**alter_attribute_definition::=**



**alter_collection_clauses::=**



**dependent_handling_clause::=**



**exceptions_clause::=**



## Semantics

### schema

Specify the schema that contains the type. If you omit *schema*, then Oracle Database assumes the type is in your current schema.

Cloudera Exhibit 1020 - Page 981 of 1808

Databricks_R2_PA_00003117

ALTER TYPE

___

### type

Specify the name of an object type, a nested table type, or a varray type.

### compile_type_clause

Specify COMPILE to compile the object type specification and body. This is the default if neither SPECIFICATION nor BODY is specified.

During recompilation, Oracle Database drops all persistent compiler switch settings, retrieves them again from the session, and stores them at the end of compilation. To avoid this process, specify the REUSE SETTINGS clause.

If recompiling the type results in compilation errors, then the database returns an error and the type remains invalid. You can see the associated compiler error messages with the SQL*Plus command SHOW ERRORS.

> **See Also:**   "Recompiling a Type: Example" on page 13-23 and "Recompiling a Type Specification: Example" on page 13-23

### DEBUG

Specify DEBUG to instruct the PL/SQL compiler to generate and store the code for use by the PL/SQL debugger. Specifying this clause has the same effect as specifying PLSQL_DEBUG = TRUE in the *compiler_parameters_clause*.

### SPECIFICATION

Specify SPECIFICATION to compile only the object type specification.

### BODY

Specify BODY to compile only the object type body.

### compiler_parameters_clause

Use this clause to specify a value for one of the PL/SQL compiler parameters. The parameters you can specify in this clause are PLSQL_OPTIMIZE_LEVEL, PLSQL_CODE_TYPE, PLSQL_DEBUG, PLSQL_WARNINGS, and NLS_LENGTH_SEMANTICS.

You can specify each parameter only once in each statement. Each setting is valid only for the current library unit being compiled and does not affect other compilations in this session or system. To affect the entire session or system, you must set a value for the parameter using the ALTER SESSION or ALTER SYSTEM statement.

Cloudera Exhibit 1020 - Page 982 of 1808

Databricks_R2_PA_00003118

If you omit any parameter from this clause and you specify REUSE SETTINGS, then if a value was specified for the parameter in an earlier compilation of this library unit, Oracle Database uses that earlier value. If you omit any parameter and either you do not specify REUSE SETTINGS or no value has been specified for the parameter in an earlier compilation, then the database obtains the value for that parameter from the session environment.

**Restriction on the *compiler_parameters_clause*** You cannot set a value for the PLSQL_DEBUG parameter if you also specify DEBUG, because both clauses set the PLSQL_DEBUG parameter, and you can specify a value for each parameter only once.

### REUSE SETTINGS
Specify REUSE SETTINGS to prevent Oracle from dropping and reacquiring compiler switch settings. With this clause, Oracle preserves the existing settings and uses them for the recompilation of any parameters for which values are not specified elsewhere in this statement.

For backward compatibility, Oracle Database sets the persistently stored value of the PLSQL_COMPILER_FLAGS initialization parameter to reflect the values of the PLSQL_CODE_TYPE and PLSQL_DEBUG parameters that result from this statement.

### *replace_type_clause*
The REPLACE clause lets you add new member subprogram specifications. This clause is valid only for object types, not for nested tables or varrays.

### *attribute*
Specify an object attribute name. Attributes are data items with a name and a type specifier that form the structure of the object.

### *element_spec*
Specify the elements of the redefined object.

***inheritance_clauses*** The inheritance_clauses have the same semantics in CREATE TYPE and ALTER TYPE statements. Please refer to *inheritance_clauses* on page 17-14 in the documentation on CREATE TYPE.

***subprogram_spec*** The MEMBER and STATIC clauses let you specify for the object type a function or procedure subprogram which is referenced as an attribute.

Cloudera Exhibit 1020 - Page 983 of 1808

Databricks_R2_PA_00003119

You must specify a corresponding method body in the object type body for each procedure or function specification.

> **See Also:**
>
> - CREATE TYPE on page 17-3 for a description of the difference between member and static methods, and for examples
>
> - *PL/SQL User's Guide and Reference* for information about overloading subprogram names within a package
>
> - CREATE TYPE BODY on page 17-26

***procedure_spec***   Enter the specification of a procedure subprogram.

***function_spec***   Enter the specification of a function subprogram.

***pragma_clause***   The `pragma_clause` is a compiler directive that denies member functions read/write access to database tables, packaged variables, or both, and thereby helps to avoid side effects.

Oracle recommends that you avoid using this clause unless you must do so for backward compatibility of your applications. This clause has been deprecated. Oracle Database now runs purity checks at run time. If you must use this clause for backward compatibility of your applications, you can find its description in *pragma_ clause* on page 17-16 (under `CREATE TYPE`).

**Restriction on Pragmas**   The `pragma_clause` is not valid when dropping a method.

> **See Also:**   *Oracle Database Application Developer's Guide - Fundamentals*

***map_order_function_spec***   You can declare either one `MAP` method or one `ORDER` method, regardless how many `MEMBER` or `STATIC` methods you declare. However, a subtype can override a `MAP` method if the supertype defines a `NOT FINAL MAP` method. If you declare either method, then you can compare object instances in SQL.

If you do not declare either method, then you can compare object instances only for equality or inequality. Instances of the same type definition are equal only if each pair of their corresponding attributes is equal. No comparison method needs to be specified to determine the equality of two object types.

Cloudera Exhibit 1020 - Page 984 of 1808

Databricks_R2_PA_00003120

**See Also:** "Object Values" on page 2-54 for more information about object value comparisons

- For `MAP`, specify a member function (`MAP` method) that returns the relative position of a given instance in the ordering of all instances of the object. A map method is called implicitly and induces an ordering of object instances by mapping them to values of a predefined scalar type. Oracle Database uses the ordering for comparison conditions and `ORDER BY` clauses.

  If `type` will be referenced in queries involving sorts (through `ORDER BY`, `GROUP BY`, `DISTINCT`, or `UNION` clauses) or joins, and you want those queries to be parallelized, then you must specify a `MAP` member function.

  If the argument to the `MAP` method is null, then the `MAP` method returns null and the method is not invoked.

  An object specification can contain only one `MAP` method, which must be a function. The result type must be a predefined SQL scalar type, and the `MAP` function can have no arguments other than the implicit `SELF` argument.

  A subtype cannot define a new `MAP` method. However, it can override an inherited `MAP` method.

- For `ORDER`, specify a member function (`ORDER` method) that takes an instance of an object as an explicit argument and the implicit `SELF` argument and returns either a negative, zero, or positive integer. The negative, zero, or positive value indicates that the implicit `SELF` argument is less than, equal to, or greater than the explicit argument.

  If either argument to the `ORDER` method is null, then the `ORDER` method returns null and the method is not invoked.

  When instances of the same object type definition are compared in an `ORDER BY` clause, the `ORDER` method function is invoked.

  An object specification can contain only one `ORDER` method, which must be a function having the return type `NUMBER`.

  A subtype cannot define an `ORDER` method, nor can it override an inherited `ORDER` method.

### invoker_rights_clause

The `invoker_rights_clause` lets you specify whether the member functions and procedures of the object type execute with the privileges and in the schema of

Cloudera Exhibit 1020 - Page 985 of 1808

Databricks_R2_PA_00003121

ALTER TYPE

the user who owns the object type or with the privileges and in the schema of CURRENT_USER. This specification applies to the corresponding type body as well.

This clause also determines how Oracle Database resolves external names in queries, DML operations, and dynamic SQL statements in the member functions and procedures of the type.

**Restriction on Invoker Rights**    You can specify this clause only for an object type, not for a nested table or varray.

**AUTHID CURRENT_USER Clause**    Specify CURRENT_USER if you want the member functions and procedures of the object type to execute with the privileges of CURRENT_USER. This clause creates an **invoker-rights type**.

You must specify this clause to maintain invoker-rights status for the type if you created it with this status. Otherwise the status will revert to definer rights.

This clause also specifies that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of CURRENT_USER. External names in all other statements resolve in the schema in which the type resides.

**AUTHID DEFINER Clause**    Specify DEFINER if you want the member functions and procedures of the object type to execute with the privileges of the owner of the schema in which the functions and procedures reside, and that external names resolve in the schema where the member functions and procedures reside. This is the default.

> **See Also:**
>
> ■  *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how CURRENT_USER is determined
>
> ■  *PL/SQL User's Guide and Reference*

### alter_method_spec

The *alter_method_spec* lets you add a method to or drop a method from *type*. Oracle Database disables any function-based indexes that depend on the type.

In one ALTER TYPE statement you can add or drop multiple methods, but you can reference each method only once.

**ADD**    When you add a method, its name must not conflict with any existing attributes in its type hierarchy.

Cloudera Exhibit 1020 - Page 986 of 1808

Databricks_R2_PA_00003122

**See Also:** "Adding a Member Function: Example" on page 13-21

**DROP**   When you drop a method, Oracle Database removes the method from the target type.

**Restriction on Dropping Methods**   You cannot drop from a subtype a method inherited from its supertype. Instead you must drop the method from the supertype.

***subprogram_spec***   The MEMBER and STATIC clauses let you add a procedure subprogram to or drop it from the object type.

**Restriction on Subprograms**   You cannot define a STATIC method on a subtype that redefines a MEMBER method in its supertype, or vice versa. Please refer to the description of the *subprogram_spec* in CREATE TYPE on page 17-13 for more information.

***map_order_function_spec***   If you declare either a MAP or ORDER method, then you can compare object instances in SQL.

**Restriction on MAP and ORDER Methods**   You cannot add an ORDER method to a subtype. Please refer to the description of *constructor_spec* in CREATE TYPE on page 17-17 for more information.

### *alter_attribute_definition*

The `alter_attribute_definition` clause lets you add, drop, or modify an attribute of an object type. In one ALTER TYPE statement, you can add, drop, or modify multiple member attributes or methods, but you can reference each attribute or method only once.

**ADD ATTRIBUTE**   The name of the new attribute must not conflict with existing attributes or methods in the type hierarchy. Oracle Database adds the new attribute to the end of the locally defined attribute list.

If you add the attribute to a supertype, then it is inherited by all of its subtypes. In subtypes, inherited attributes always precede declared attributes. Therefore, you may need to update the mappings of the implicitly altered subtypes after adding an attribute to a supertype.

**See Also:** "Adding a Collection Attribute: Example" on page 13-22

Cloudera Exhibit 1020 - Page 987 of 1808

Databricks_R2_PA_00003123

**DROP ATTRIBUTE**  When you drop an attribute from a type, Oracle Database drops the column corresponding to the dropped attribute as well as any indexes, statistics, and constraints referencing the dropped attribute.

You need not specify the datatype of the attribute you are dropping.

**Restrictions on Dropping Type Attributes**
- You cannot drop an attribute inherited from a supertype. Instead you must drop the attribute from the supertype.

- You cannot drop an attribute that is part of a partitioning, subpartitioning, or cluster key.

- You cannot drop an attribute of a primary-key-based object identifier of an object table or a primary key of an index-organized table.

- You cannot drop all of the attributes of a root type. Instead you must drop the type. However, you can drop all of the locally declared attributes of a subtype.

**MODIFY ATTRIBUTE**  This clause lets you modify the datatype of an existing scalar attribute. For example, you can increase the length of a VARCHAR2 or RAW attribute, or you can increase the precision or scale of a numeric attribute.

**Restriction on Modifying Attributes**  You cannot expand the size of an attribute referenced in a function-based index, domain index, or cluster key.

### [NOT] FINAL

Use this clause to indicate whether any further subtypes can be created for this type:

- Specify FINAL if no further subtypes can be created for this type.

- Specify NOT FINAL if further subtypes can be created under this type.

If you change the property between FINAL and NOT FINAL, then you must specify the CASCADE clause of the *dependent_handling_clause* on page 13-20 to convert data in dependent columns and tables.

- If you change a type from NOT FINAL to FINAL, then you must specify CASCADE [INCLUDING TABLE DATA]. You cannot defer data conversion with CASCADE NOT INCLUDING TABLE DATA.

- If you change a type from FINAL to NOT FINAL:
  - Specify CASCADE INCLUDING TABLE DATA if you want to create new substitutable tables and columns of that type, but you are not concerned

Cloudera Exhibit 1020 - Page 988 of 1808

Databricks_R2_PA_00003124

about the substitutability of the existing dependent tables and columns. Oracle Database marks all existing dependent columns and tables NOT SUBSTITUTABLE AT ALL LEVELS, so you cannot insert the new subtype instances of the altered type into these existing columns and tables.

- Specify CASCADE CONVERT TO SUBSTITUTABLE if you want to create new substitutable tables and columns of the type and also store new subtype instances of the altered type in existing dependent tables and columns. Oracle Database marks all existing dependent columns and tables SUBSTITUTABLE AT ALL LEVELS except those that are explicitly marked NOT SUBSTITUTABLE AT ALL LEVELS.

> **See Also:** *Oracle Database Application Developer's Guide - Object-Relational Features* for a full discussion of object type evolution

**Restriction on FINAL**   You cannot change a user-defined type from NOT FINAL to FINAL if the type has any subtypes.

## [NOT] INSTANTIABLE

Use this clause to indicate whether any object instances of this type can be constructed:

- Specify INSTANTIABLE if object instances of this type can be constructed.
- Specify NOT INSTANTIABLE if no constructor (default or user-defined) exists for this object type. You must specify these keywords for any type with noninstantiable methods and for any type that has no attributes (either inherited or specified in this statement).

**Restriction on NOT INSTANTIABLE**   You cannot change a user-defined type from INSTANTIABLE to NOT INSTANTIABLE if the type has any table dependents.

### *alter_collection_clauses*

These clauses are valid only for collection types.

**MODIFY LIMIT *integer***   This clause lets you increase the number of elements in a varray. It is not valid for nested tables. Specify an integer greater than the current maximum number of elements in the varray.

> **See Also:**   "Increasing the Number of Elements of a Collection Type: Example" on page 13-22

Cloudera Exhibit 1020 - Page 989 of 1808

Databricks_R2_PA_00003125

**ELEMENT TYPE *datatype*** This clause lets you increase the precision, size, or length of a scalar datatype of a varray or nested table. This clause is not valid for collections of object types.

- For a collection of NUMBER, you can increase the precision or scale.

- For a collection of RAW, you can increase the maximum size.

- For a collection of VARCHAR2 or NVARCHAR2, you can increase the maximum length.

> **See Also:** "Increasing the Length of a Collection Type: Example" on page 13-22

### *dependent_handling_clause*

The *dependent_handling_clause* lets you instruct Oracle Database how to handle objects that are dependent on the modified type. If you omit this clause, then the ALTER TYPE statement will abort if *type* has any dependent type or table.

### INVALIDATE Clause

Specify INVALIDATE to invalidate all dependent objects without any checking mechanism.

> **Note:** Oracle Database does not validate the type change, so you should use this clause with caution. For example, if you drop an attribute that is a partitioning or cluster key, then you will be unable to write to the table.

### CASCADE Clause

Specify the CASCADE clause if you want to propagate the type change to dependent types and tables. Oracle Database aborts the statement if any errors are found in the dependent types or tables unless you also specify FORCE.

If you change the property of the type between FINAL and NOT FINAL, you must specify this clause to convert data in dependent columns and tables. Please refer to [NOT] FINAL on page 13-18.

**INCLUDING TABLE DATA** Specify INCLUDING TABLE DATA to convert data stored in all user-defined columns to the most recent version of the column type. This is the default.

Cloudera Exhibit 1020 - Page 990 of 1808

Databricks_R2_PA_00003126

> **Note:**   You must specify this clause if your column data is in Oracle8 release 8.0 image format. This clause is also required if you are changing the type property between FINAL and NOT FINAL

- For each attribute added to the column type, Oracle Database adds a new attribute to the data and initializes it to null.

- For each attribute dropped from the referenced type, Oracle Database removes the corresponding attribute data from each row in the table.

If you specify INCLUDING TABLE DATA, then all of the tablespaces containing the table data must be in read/write mode.

If you specify NOT INCLUDING TABLE DATA, then the database upgrades the metadata of the column to reflect the changes to the type but does not scan the dependent column and update the data as part of this ALTER TYPE statement. However, the dependent column data remains accessible, and the results of subsequent queries of the data will reflect the type modifications.

> **See Also:**   *Oracle Database Application Developer's Guide - Object-Relational Features* for more information on the implications of not including table data when modifying type attribute

**CONVERT TO SUBSTITUTABLE**   Specify this clause if you are changing the type from FINAL to NOT FINAL and you want to create new substitutable tables and columns of the type and also store new subtype instances of the altered type in existing dependent tables and columns. See [NOT] FINAL on page 13-18 for more information.

**FORCE**   Specify FORCE if you want Oracle Database to ignore the errors from dependent tables and indexes and log all errors in the specified exception table. The exception table must already have been created by executing the DBMS_UTILITY.CREATE_ALTER_TYPE_ERROR_TABLE procedure.

## Examples

**Adding a Member Function: Example**   The following example uses the data_typ object type, which was created in "Object Type Examples" on page 17-20. A method is added to data_typ and its type body is modified to correspond. The date formats are consistent with the order_date column of the oe.orders sample table:

Cloudera Exhibit 1020 - Page 991 of 1808

Databricks_R2_PA_00003127

ALTER TYPE

```
ALTER TYPE data_typ
   ADD MEMBER FUNCTION qtr(der_qtr DATE)
   RETURN CHAR CASCADE;

CREATE OR REPLACE TYPE BODY data_typ IS
  MEMBER FUNCTION prod (invent NUMBER) RETURN NUMBER IS
  BEGIN
  RETURN (year + invent);
  END;
     MEMBER FUNCTION qtr(der_qtr DATE) RETURN CHAR IS
     BEGIN
       IF (der_qtr < TO_DATE('01-APR', 'DD-MON')) THEN
         RETURN 'FIRST';
       ELSIF (der_qtr < TO_DATE('01-JUL', 'DD-MON')) THEN
         RETURN 'SECOND';
       ELSIF (der_qtr < TO_DATE('01-OCT', 'DD-MON')) THEN
         RETURN 'THIRD';
       ELSE
         RETURN 'FOURTH';
       END IF;
     END;
   END;
/
```

**Adding a Collection Attribute: Example**   The following example adds the `phone_list_typ` varray from the sample oe schema to the `cust_address_typ` object column of the `customers` table:

```
ALTER TYPE cust_address_typ
   ADD ATTRIBUTE (phone phone_list_typ) CASCADE;
```

**Increasing the Number of Elements of a Collection Type: Example**   The following example increases the maximum number of elements in the varray `phone_list_typ`:

```
ALTER TYPE phone_list_typ
  MODIFY LIMIT 1000 CASCADE;
```

**Increasing the Length of a Collection Type: Example**   The following example increases the length of the varray element type `phone_list_typ`:

```
ALTER TYPE phone_list_typ
  MODIFY ELEMENT TYPE VARCHAR(64) CASCADE;
```

Cloudera Exhibit 1020 - Page 992 of 1808

Databricks_R2_PA_00003128

**Recompiling a Type: Example**   The following example recompiles type
`customer_address_typ`:

```
ALTER TYPE customer_address_typ COMPILE;
```

**Recompiling a Type Specification: Example**   The following example compiles the
type specification of `link2`.

```
CREATE TYPE link1 AS OBJECT
  (a NUMBER);
/
CREATE TYPE link2 AS OBJECT
  (a NUMBER,
   b link1,
   MEMBER FUNCTION p(c1 NUMBER) RETURN NUMBER);
/
CREATE TYPE BODY link2 AS
   MEMBER FUNCTION p(c1 NUMBER) RETURN NUMBER IS
      BEGIN
         dbms_output.put_line(c1);
         RETURN c1;
      END;
   END;
/
```

In the following example, both the specification and body of `link2` are invalidated
because `link1`, which is an attribute of `link2`, is altered.

```
ALTER TYPE link1 ADD ATTRIBUTE (b NUMBER) INVALIDATE;
```

You must recompile the type by recompiling the specification and body in separate
statements:

```
ALTER TYPE link2 COMPILE SPECIFICATION;
```

```
ALTER TYPE link2 COMPILE BODY;
```

Alternatively, you can compile both specification and body at the same time:

```
ALTER TYPE link2 COMPILE;
```

Cloudera Exhibit 1020 - Page 993 of 1808

Databricks_R2_PA_00003129

# ALTER USER

## Purpose

Use the `ALTER USER` statement:

- To change the authentication or database resource characteristics of a database user

- To permit a proxy server to connect as a client without authentication

    **See Also:** *Oracle Database Security Guide* for detailed information about user authentication methods

## Prerequisites

You must have the `ALTER USER` system privilege. However, you can change your own password without this privilege.

Databricks_R2_PA_00003130

## Syntax

**alter_user::=**



Cloudera Exhibit 1020 - Page 995 of 1808

Databricks_R2_PA_00003131

ALTER USER

**proxy_clause::=**



**proxy_authentication::=**



## Semantics

The keywords, parameters, and clauses described in this section are unique to ALTER USER or have different semantics than they have in CREATE USER. Keywords, parameters, and clauses that do not appear here have the same meaning as in the CREATE USER statement.

> **Note:** Oracle Corporation recommends that user names and passwords be encoded in ASCII or EBCDIC characters only, depending on your platform. Please refer to *Oracle Database Administrator's Guide* for more information about this recommendation.

Cloudera Exhibit 1020 - Page 996 of 1808

Databricks_R2_PA_00003132

See Also:   CREATE USER on page 17-32 for information on the keywords and parameters and CREATE PROFILE on page 15-69 for information on assigning limits on database resources to a user

## IDENTIFIED Clause

- Specify BY *password* to specify a new password for the user.

> **Note:**   Oracle Database expects a different timestamp for each resetting of a particular password. If you reset one password multiple times within one second (for example, by cycling through a set of passwords using a script), then the database may return an error message that the password cannot be reused. For this reason, Oracle recommends that you avoid using scripts to reset passwords.

You can omit the REPLACE clause if you are setting your own password for the first time or you have the ALTER USER system privilege and you are changing another user's password. However, unless you have the ALTER USER system privilege, you must always specify the REPLACE clause if a password complexity verification function has been enabled, either by running the UTLPWDMG.SQL script or by specifying such a function in the PASSWORD_VERIFY_FUNCTION parameter of a profile that has been assigned to the user.

Oracle Database does not check the old password, even if you provide it in the REPLACE clause, unless you are changing your own existing password. If such a check is important in other cases (for example, when a privileged user changes another user's password), then ensure that the password complexity verification function prohibits password changes in which the old password is null, or use the OCIPasswordChange() call instead of ALTER USER. For more information, see *Oracle Call Interface Programmer's Guide*.

> See Also:   *Oracle Database Administrator's Guide* for information on the password complexity verification function

- Specify GLOBALLY AS '*external_name*' to indicate that the user must be authenticated by way of an LDAP V3 compliant directory service such as Oracle Internet Directory.

Cloudera Exhibit 1020 - Page 997 of 1808

Databricks_R2_PA_00003133

ALTER USER
___

You can change a user's access verification method to `IDENTIFIED GLOBALLY AS '`*`external_name`*`'` only if all external roles granted directly to the user are revoked.

You can change a user created as `IDENTIFIED GLOBALLY AS '`*`external_name`*`'` to `IDENTIFIED BY` *`password`* or `IDENTIFIED EXTERNALLY`.

> **See Also:** CREATE USER on page 17-32, "Changing User Identification: Example" on page 13-30, and "Changing User Authentication: Examples" on page 13-31

### DEFAULT TABLESPACE Clause

Use this clause to assign or reassign a tablespace for the user's permanent segments. This clause overrides any default tablespace that has been specified for the database.

### TEMPORARY TABLESPACE Clause

Use this clause to assign or reassign a tablespace or tablespace group for the user's temporary segments.

- Specify *`tablespace`* to indicate the user's temporary tablespace.
- Specify *`tablespace_group_name`* to indicate that the user can save temporary segments in any tablespace in the tablespace group specified by *`tablespace_group_name`*.

**Restriction on User Temporary Tablespace**   Any individual tablespace you assign or reassign as the user's temporary tablespace must be a temporary tablespace and must have a standard block size.

> **See Also:** "Assigning a Tablespace Group: Example" on page 13-31

### DEFAULT ROLE Clause

Specify the roles granted by default to the user at logon. This clause can contain only roles that have been granted directly to the user with a `GRANT` statement. You cannot use the `DEFAULT ROLE` clause to enable:

- Roles not granted to the user
- Roles granted through other roles

Cloudera Exhibit 1020 - Page 998 of 1808

Databricks_R2_PA_00003134

■   Roles managed by an external service (such as the operating system), or by the Oracle Internet Directory

Oracle Database enables default roles at logon without requiring the user to specify their passwords or otherwise be authenticated. If you have granted an application role to the user, you should use the `DEFAULT ROLE ALL EXCEPT role` clause to ensure that, in subsequent logons by the user, the role will not be enabled except by applications using the authorized package.

> **See Also:**  CREATE ROLE on page 15-77

### proxy_clause

The `proxy_clause` lets you control the ability of a **proxy** (an application or application server) to connect as the specified database or enterprise user and to activate all, some, or none of the user's roles.

The `proxy_clause` provides several varieties of proxy authentication of database and enterprise users. For information on proxy authentication of application users, see *Oracle Database Application Developer's Guide - Fundamentals*.

> **See Also:**  *Oracle Database Concepts* for more information on proxies and their use of the database and "Proxy Users: Examples" on page 13-31

### GRANT | REVOKE

Specify `GRANT` to allow the connection. Specify `REVOKE` to prohibit the connection.

### CONNECT THROUGH Clause

Identify the proxy connecting to Oracle Database. Oracle Database expects the proxy to authenticate the user unless you specify the `AUTHENTICATED USING` clause.

**WITH ROLE**   `WITH ROLE role_name` permits the proxy to connect as the specified user and to activate only the roles that are specified by `role_name`.

**WITH ROLE ALL EXCEPT**   `WITH ROLE ALL EXCEPT role_name` permits the proxy to connect as the specified user and to activate all roles associated with that user except those specified for `role_name`.

Cloudera Exhibit 1020 - Page 999 of 1808

Databricks_R2_PA_00003135

**WITH NO ROLES**    `WITH NO ROLES` permits the proxy to connect as the specified user, but prohibits the proxy from activating any of that user's roles after connecting.

If you do not specify any of these `WITH` clauses, then Oracle Database activates all roles granted to the specified user automatically.

### proxy_authentication

Use this clause to indicate how you want the proxy authenticated. This clause is valid only as part of the `GRANT CONNECT THROUGH proxy` clause (not `REVOKE CONNECT THROUGH proxy`).

**AUTHENTICATION REQUIRED Clause**    Specify `AUTHENTICATION REQUIRED` to ensure that authentication credentials for the user must be presented when the user is authenticated through the specified proxy. The credential is a password.

**AUTHENTICATED USING**    This clause has been deprecated and is ignored if you use it in your code. Oracle recommends that you specify the proxy clause either with or without the `AUTHENTICATION REQUIRED` clause.

> **See Also:**
>
> - *Oracle Security Overview* for an overview of database security
> - *Oracle Database Administrator's Guide* and *Oracle Database Application Developer's Guide - Fundamentals* for information on middle-tier systems and proxy authentication

## Examples

**Changing User Identification: Example**    The following statement changes the password of the user `sidney` (created in "Creating a Database User: Example" on page 17-37) `second_2nd_pwd` and default tablespace to the tablespace `example`:

```
ALTER USER sidney
    IDENTIFIED BY second_2nd_pwd
    DEFAULT TABLESPACE example;
```

The following statement assigns the `new_profile` profile (created in "Creating a Profile: Example" on page 15-75) to the sample user `sh`:

```
ALTER USER sh
    PROFILE new_profile;
```

Cloudera Exhibit 1020 - Page 1000 of 1808

Databricks_R2_PA_00003136

In subsequent sessions, `sh` is restricted by limits in the `new_profile` profile.

The following statement makes all roles granted directly to `sh` default roles, except the `dw_manager` role:

```
ALTER USER sh
    DEFAULT ROLE ALL EXCEPT dw_manager;
```

At the beginning of `sh`'s next session, Oracle Database enables all roles granted directly to `sh` except the `dw_manager` role.

**Changing User Authentication: Examples**   The following statement changes the authentication mechanism of user `app_user1` (created in "Creating a Database User: Example" on page 17-37) :

```
ALTER USER app_user1 IDENTIFIED GLOBALLY AS 'CN=tom,O=oracle,C=US';
```

The following statement causes user `sidney`'s password to expire:

```
ALTER USER sidney PASSWORD EXPIRE;
```

If you cause a database user's password to expire with `PASSWORD EXPIRE`, then the user (or the DBA) must change the password before attempting to log in to the database following the expiration. However, tools such as SQL*Plus allow the user to change the password on the first attempted login following the expiration.

**Assigning a Tablespace Group: Example**   The following statement assigns `tbs_grp_01` (created in "Adding a Temporary Tablespace to a Tablespace Group: Example" on page 16-97) as the tablespace group for user `sh`:

```
ALTER USER sh
  TEMPORARY TABLESPACE tbs_grp_01;
```

**Proxy Users: Examples**   The following statement alters the user `app_user1`. The example permits the `app_user1` to connect through the proxy user `sh`. The example also allows `app_user1` to enable its `warehouse_user` role (created in "Creating a Role: Example" on page 15-79) when connected through the proxy `sh`:

```
ALTER USER app_user1
   GRANT CONNECT THROUGH sh
   WITH ROLE warehouse_user;
```

To show basic syntax, this example uses the sample database Sales History user (`sh`) as the proxy. Normally a proxy user would be an application server or middle-tier entity. For information on creating the interface between an application user and a

Cloudera Exhibit 1020 - Page 1001 of 1808

Databricks_R2_PA_00003137

database by way of an application server, please refer to *Oracle Call Interface Programmer's Guide*.

**See Also:**

- "Creating External Database Users: Examples" on page 17-38 to see how to create the `app_user` user
- "Creating a Role: Example" on page 15-79 to see how to create the `dw_user` role

The following statement takes away the right of user `app_user1` to connect through the proxy user `sh`:

```
ALTER USER app_user1 REVOKE CONNECT THROUGH sh;
```

The following hypothetical examples shows another method of proxy authentication:

```
ALTER USER sully GRANT CONNECT THROUGH OAS1
  AUTHENTICATED USING PASSWORD;
```

Cloudera Exhibit 1020 - Page 1002 of 1808

Databricks_R2_PA_00003138

# ALTER VIEW

## Purpose

Use the `ALTER VIEW` statement to explicitly recompile a view that is invalid or to modify view constraints. Explicit recompilation lets you locate recompilation errors before run time. You may want to recompile a view explicitly after altering one of its base tables to ensure that the alteration does not affect the view or other objects that depend on it.

You can also use `ALTER VIEW` to define, modify, or drop view constraints.

This statement does not change the definition of an existing view. To redefine a view, you must use `CREATE VIEW` with the `OR REPLACE` keywords.

When you issue an `ALTER VIEW` statement, Oracle Database recompiles the view regardless of whether it is valid or invalid. The database also invalidates any local objects that depend on the view.

If you alter a view that is referenced by one or more materialized views, then those materialized views are invalidated. Invalid materialized views cannot be used by query rewrite and cannot be refreshed.

> **See Also:**
>
> ■ CREATE VIEW on page 17-40 for information on redefining a view and ALTER MATERIALIZED VIEW on page 11-2 for information on revalidating an invalid materialized view
>
> ■ *Oracle Data Warehousing Guide* for general information on data warehouses
>
> ■ *Oracle Database Concepts* for more about dependencies among schema objects

## Prerequisites

The view must be in your own schema or you must have `ALTER ANY TABLE` system privilege.

ALTER VIEW

## Syntax

**alter_view::=**



(*out_of_line_constraint::=* on page 8-7—part of constraint::= syntax)

## Semantics

### schema

Specify the schema containing the view. If you omit *schema*, then Oracle Database assumes the view is in your own schema.

### view

Specify the name of the view to be recompiled.

### ADD Clause

Use the ADD clause to add a constraint to *view*. Please refer to *constraint* on page 8-5 for information on view constraints and their restrictions.

### MODIFY CONSTRAINT Clause

Use the MODIFY CONSTRAINT clause to change the RELY or NORELY setting of an existing view constraint. Please refer to "RELY Clause" on page 8-22 for information on the uses of these settings.

Cloudera Exhibit 1020 - Page 1004 of 1808

Databricks_R2_PA_00003140

**Restriction on Modifying Constraints**   You cannot change the setting of a unique or primary key constraint if it is part of a referential integrity constraint without dropping the foreign key or changing its setting to match that of `view`.

### DROP Clause

Use the `DROP` clause to drop an existing view constraint.

**Restriction on Dropping Constraints**   You cannot drop a unique or primary key constraint if it is part of a referential integrity constraint on a view.

### COMPILE

The `COMPILE` keyword directs Oracle Database to recompile the view.

## Example

**Altering a View: Example**   To recompile the view `customer_ro` (created in "Creating a Read-Only View: Example" on page 17-52), issue the following statement:

```
ALTER VIEW customer_ro
    COMPILE;
```

If Oracle Database encounters no compilation errors while recompiling `customer_ro`, then `customer_ro` becomes valid. If recompiling results in compilation errors, then the database returns an error and `customer_ro` remains invalid.

Oracle Database also invalidates all dependent objects. These objects include any procedures, functions, package bodies, and views that reference `customer_ro`. If you subsequently reference one of these objects without first explicitly recompiling it, then the database recompiles it implicitly at run time.

Cloudera Exhibit 1020 - Page 1005 of 1808

Databricks_R2_PA_00003141

# ANALYZE

## Purpose

Use the `ANALYZE` statement to collect statistics, for example, to:

- Collect or delete statistics about an index or index partition, table or table partition, index-organized table, cluster, or scalar object attribute.

- Validate the structure of an index or index partition, table or table partition, index-organized table, cluster, or object reference (`REF`).

- Identify migrated and chained rows of a table or cluster.

> **Note:**  Do not use the `COMPUTE` and `ESTIMATE` clauses of `ANALYZE` to collect optimizer statistics. These clauses are supported for backward compatibility. Instead, use the `DBMS_STATS` package, which lets you collect statistics in parallel, collect global statistics for partitioned objects, and fine tune your statistics collection in other ways. The cost-based optimizer, which depends upon statistics, will eventually use only statistics that have been collected by `DBMS_STATS`. See *PL/SQL Packages and Types Reference* for more information on the `DBMS_STATS` package.
>
> You must use the `ANALYZE` statement (rather than `DBMS_STATS`) for statistics collection not related to the cost-based optimizer, such as:
>
> - To use the `VALIDATE` or `LIST CHAINED ROWS` clauses
> - To collect information on freelist blocks

## Prerequisites

The schema object to be analyzed must be local, and it must be in your own schema or you must have the `ANALYZE ANY` system privilege.

If you want to list chained rows of a table or cluster into a list table, then the list table must be in your own schema, or you must have `INSERT` privilege on the list table, or you must have `INSERT ANY TABLE` system privilege.

Cloudera Exhibit 1020 - Page 1006 of 1808

Databricks_R2_PA_00003142

If you want to validate a partitioned table, then you must have the INSERT object privilege on the table into which you list analyzed rowids, or you must have the INSERT ANY TABLE system privilege.

## Syntax

**analyze::=**



**validation_clauses::=**



Cloudera Exhibit 1020 - Page 1007 of 1808

Databricks_R2_PA_00003143

ANALYZE

___

**for_clause::=**



**into_clause::=**



**compute_statistics_clause::=**



**estimate_statistics_clause::=**



## Semantics

### *schema*

Specify the schema containing the table, index, or cluster. If you omit *schema*, then Oracle Database assumes the table, index, or cluster is in your own schema.

Cloudera Exhibit 1020 - Page 1008 of 1808

Databricks_R2_PA_00003144

### TABLE *table*

Specify a table to be analyzed. When you collect statistics for a table, Oracle Database also automatically collects the statistics for each conventional and domain index of the table unless you specify the `for_clause`.

When you analyze a table, the database collects statistics about expressions occurring in any function-based indexes as well. Therefore, be sure to create function-based indexes on the table before analyzing the table. Please refer to CREATE INDEX on page 14-75 for more information about function-based indexes.

When analyzing a table, the database skips all domain indexes marked `LOADING` or `FAILED`.

For an index-organized table, the database also analyzes any mapping table and calculates its `PCT_ACCESSS_DIRECT` statistics. These statistics estimate the accuracy of guess data block addresses stored as part of the local rowids in the mapping table.

Oracle Database collects the following statistics for a table. Statistics marked with an asterisk are always computed exactly. Table statistics, including the status of domain indexes, appear in the data dictionary views `USER_TABLES`, `ALL_TABLES`, and `DBA_TABLES` in the columns shown in parentheses.

- Number of rows (`NUM_ROWS`)
- * Number of data blocks below the high water mark—that is, the number of data blocks that have been formatted to receive data, regardless whether they currently contain data or are empty (`BLOCKS`)
- * Number of data blocks allocated to the table that have never been used (`EMPTY_BLOCKS`)
- Average available free space in each data block in bytes (`AVG_SPACE`)
- Number of chained rows (`CHAIN_COUNT`)
- Average row length, including the row overhead, in bytes (`AVG_ROW_LEN`)

#### Restrictions on Analyzing Tables

- You cannot use `ANALYZE` to collect statistics on data dictionary tables.
- You cannot use `ANALYZE` to collect statistics on an external table. Instead, you must use the `DBMS_STATS` package.
- You cannot use `ANALYZE` to collect default statistics on a temporary table. However, if you have already created an association between one or more

Cloudera Exhibit 1020 - Page 1009 of 1808

Databricks_R2_PA_00003145

columns of a temporary table and a user-defined statistics type, then you can use `ANALYZE` to collect the user-defined statistics on the temporary table.

■    You cannot compute or estimate statistics for the following column types: `REF`s, varrays, nested tables, LOBs (LOBs are not analyzed, they are skipped), `LONG`s, or object types. However, if a statistics type is associated with such a column, then Oracle Database collects user-defined statistics.

> **See Also:**
>
> ■    ASSOCIATE STATISTICS on page 13-50
>
> ■    *Oracle Database Reference* for information on the data dictionary views

### PARTITION | SUBPARTITION

Specify the *partition* or *subpartition* on which you want statistics to be gathered. You cannot use this clause when analyzing clusters.

If you specify `PARTITION` and *table* is composite-partitioned, then Oracle Database analyzes all the subpartitions within the specified partition.

### INDEX *index*

Specify an index to be analyzed.

Oracle Database collects the following statistics for an index. Statistics marked with an asterisk are always computed exactly. For conventional indexes, the statistics appear in the data dictionary views `USER_INDEXES`, `ALL_INDEXES`, and `DBA_INDEXES` in the columns shown in parentheses.

■    *Depth of the index from its root block to its leaf blocks (`BLEVEL`)

■    Number of leaf blocks (`LEAF_BLOCKS`)

■    Number of distinct index values (`DISTINCT_KEYS`)

■    Average number of leaf blocks for each index value (`AVG_LEAF_BLOCKS_PER_KEY`)

■    Average number of data blocks for each index value (for an index on a table) (`AVG_DATA_BLOCKS_PER_KEY`)

■    Clustering factor (how well ordered the rows are about the indexed values) (`CLUSTERING_FACTOR`)

For domain indexes, this statement invokes the user-defined statistics collection function specified in the statistics type associated with the index (see ASSOCIATE

Cloudera Exhibit 1020 - Page 1010 of 1808

Databricks_R2_PA_00003146

STATISTICS on page 13-50). If no statistics type is associated with the domain index, then the statistics type associated with its indextype is used. If no statistics type exists for either the index or its indextype, then no user-defined statistics are collected. User-defined index statistics appear in the STATISTICS column of the data dictionary views USER_USTATS, ALL_USTATS, and DBA_USTATS.

**Restriction on Analyzing Indexes**   You cannot analyze a domain index that is marked IN_PROGRESS or FAILED.

> **See Also:**
>
> - CREATE INDEX on page 14-75 for more information on domain indexes
> - *Oracle Database Reference* for information on the data dictionary views
> - "Analyzing an Index: Example" on page 13-48

## CLUSTER *cluster*

Specify a cluster to be analyzed. When you collect statistics for a cluster, Oracle Database also automatically collects the statistics for all the tables in the cluster and all their indexes, including the cluster index.

For both indexed and hash clusters, the database collects the average number of data blocks taken up by a single cluster key (AVG_BLOCKS_PER_KEY). These statistics appear in the data dictionary views ALL_CLUSTERS, USER_CLUSTERS and DBA_CLUSTERS.

> **See Also:**   *Oracle Database Reference* for information on the data dictionary views and "Analyzing a Cluster: Example" on page 13-49

## VALIDATE REF UPDATE Clause

Specify VALIDATE REF UPDATE to validate the REFs in the specified table, check the rowid portion in each REF, compare it with the true rowid, and correct it, if necessary. You can use this clause only when analyzing a table.

If the owner of the table does not have SELECT object privilege on the referenced objects, then Oracle Database will consider them invalid and set them to null. Subsequently these REFs will not be available in a query, even if it is issued by a user with appropriate privileges on the objects.

Cloudera Exhibit 1020 - Page 1011 of 1808

Databricks_R2_PA_00003147

**SET DANGLING TO NULL**    SET DANGLING TO NULL sets to null any REFs (whether or not scoped) in the specified table that are found to point to an invalid or nonexistent object.

**VALIDATE STRUCTURE**

Specify VALIDATE STRUCTURE to validate the structure of the analyzed object. The statistics collected by this clause are not used by the Oracle Database optimizer, as are statistics collected by the COMPUTE STATISTICS and ESTIMATE STATISTICS clauses.

> **See Also:**    "Validating a Table: Example" on page 13-48

- For a table, Oracle Database verifies the integrity of each of the data blocks and rows. For an index-organized table, the database also generates compression statistics (optimal prefix compression count) for the primary key index on the table.

- For a cluster, Oracle Database automatically validates the structure of the cluster tables.

- For a partitioned table, Oracle Database also verifies that each row belongs to the correct partition. If a row does not collate correctly, then its rowid is inserted into the INVALID_ROWS table.

- For a temporary table, Oracle Database validates the structure of the table and its indexes during the current session.

- For an index, Oracle Database verifies the integrity of each data block in the index and checks for block corruption. This clause does not confirm that each row in the table has an index entry or that each index entry points to a row in the table. You can perform these operations by validating the structure of the table with the CASCADE clause.

  Oracle Database also computes compression statistics (optimal prefix compression count) for all normal indexes.

  Oracle Database stores statistics about the index in the data dictionary views INDEX_STATS and INDEX_HISTOGRAM.

> **See Also:**    *Oracle Database Reference* for information on these views

If Oracle Database encounters corruption in the structure of the object, then an error message is returned to you. In this case, drop and re-create the object.

Cloudera Exhibit 1020 - Page 1012 of 1808

Databricks_R2_PA_00003148

**INTO**   The `INTO` clause of `VALIDATE STRUCTURE` is valid only for partitioned tables. Specify a table into which Oracle Database lists the rowids of the partitions whose rows do not collate correctly. If you omit *schema*, then the database assumes the list is in your own schema. If you omit this clause altogether, then the database assumes that the table is named `INVALID_ROWS`. The SQL script used to create this table is `UTLVALID.SQL`.

**CASCADE**   Specify `CASCADE` if you want Oracle Database to validate the structure of the indexes associated with the table or cluster. If you use this clause when validating a table, then the database also validates the indexes defined on the table. If you use this clause when validating a cluster, then the database also validates all the cluster tables indexes, including the cluster index.

If you use this clause to validate an enabled (but previously disabled) function-based index, then validation errors may result. In this case, you must rebuild the index.

**ONLINE | OFFLINE**   Specify `ONLINE` to enable Oracle Database to run the validation while DML operations are ongoing within the object. The database reduces the amount of validation performed to allow for concurrency.

---

> **Note:**   When you validate the structure of an object `ONLINE`, Oracle Database does not collect any statistics, as it does when you validate the structure of the object `OFFLINE`.

---

Specify `OFFLINE`, to maximize the amount of validation performed. This setting prevents `INSERT`, `UPDATE`, and `DELETE` statements from concurrently accessing the object during validation but allows queries. This is the default.

**Restriction on ONLINE**   You cannot specify `ONLINE` when analyzing a cluster or index.

### LIST CHAINED ROWS
`LIST CHAINED ROWS` lets you identify migrated and chained rows of the analyzed table or cluster. You cannot use this clause when analyzing an index.

In the `INTO` clause, specify a table into which Oracle Database lists the migrated and chained rows. If you omit *schema*, then the database assumes the chained-rows table is in your own schema. If you omit this clause altogether, then the database assumes that the table is named `CHAINED_ROWS`. The chained-rows table must be on your local database.

Cloudera Exhibit 1020 - Page 1013 of 1808

Databricks_R2_PA_00003149

You can create the `CHAINED_ROWS` table using one of these scripts:

- `UTLCHAIN.SQL` uses physical rowids. Therefore it can accommodate rows from conventional tables but not from index-organized tables. (See the Note that follows.)
- `UTLCHN1.SQL` uses universal rowids, so it can accommodate rows from both conventional and index-organized tables.

If you create your own chained-rows table, then it must follow the format prescribed by one of these two scripts.

If you are analyzing index-organized tables based on primary keys (rather than universal rowids), then you must create a separate chained-rows table for each index-organized table to accommodate its primary-key storage. Use the SQL scripts `DBMSIOTC.SQL` and `PRVTIOTC.PLB` to define the `BUILD_CHAIN_ROWS_TABLE` procedure, and then execute this procedure to create an `IOT_CHAINED_ROWS` table for each such index-organized table.

> **See Also:**
>
> - *Oracle Database Upgrade Guide* for compatibility issues related to the use of the `UTL*` scripts
> - The `DBMS_IOT` package in *PL/SQL Packages and Types Reference* for information on the packaged SQL scripts
> - *Oracle Database Administrator's Guide* for information on eliminating migrated and chained rows
> - "Listing Chained Rows: Example" on page 13-49

### DELETE STATISTICS

Specify `DELETE STATISTICS` to delete any statistics about the analyzed object that are currently stored in the data dictionary. Use this statement when you no longer want Oracle Database to use the statistics.

When you use this clause on a table, the database also automatically removes statistics for all the indexes defined on the table. When you use this clause on a cluster, the database also automatically removes statistics for all the cluster tables and all their indexes, including the cluster index.

Specify `SYSTEM` if you want Oracle Database to delete only system (not user-defined) statistics. If you omit `SYSTEM`, and if user-defined column or index statistics were collected for an object, then the database also removes the

Databricks_R2_PA_00003150

user-defined statistics by invoking the statistics deletion function specified in the statistics type that was used to collect the statistics.

**See Also:** "Deleting Statistics: Example" on page 13-48

### compute_statistics_clause

This clause is supported for backward compatibility only. Please refer to the note in "Purpose" on page 13-36.

COMPUTE STATISTICS instructs Oracle Database to compute exact statistics about the analyzed object and store them in the data dictionary. When you analyze a table, both table and column statistics are collected.

Both computed and estimated statistics are used by the Oracle Database optimizer to choose the execution plan for SQL statements that access analyzed objects. These statistics may also be useful to application developers who write such statements.

Specify SYSTEM if you want Oracle Database to compute only system (not user-defined) statistics. If you omit SYSTEM, then the database collects both system-generated statistics and statistics generated by the collection functions declared in a statistics type.

**See Also:**

- *Oracle Data Cartridge Developer's Guide* for information on creating statistics collection functions

- *Oracle Database Performance Tuning Guide* for information on how these statistics are used

### for_clause

The for_clause lets you specify whether an entire table or index, or just particular columns, will be analyzed. The following clauses apply only to the ANALYZE TABLE version of this statement.

**FOR TABLE**   Specify FOR TABLE to restrict the statistics collected to only table statistics rather than table and column statistics.

**FOR COLUMNS**   Specify FOR COLUMNS to restrict the statistics collected to only column statistics for the specified columns and scalar object attributes, rather than for all columns and attributes. For attribute, specify the qualified column name of an item in an object.

Cloudera Exhibit 1020 - Page 1015 of 1808

Databricks_R2_PA_00003151

**FOR ALL COLUMNS**  Specify `FOR ALL COLUMNS` to collect column statistics for all columns and scalar object attributes.

**FOR ALL INDEXED COLUMNS**  Specify `FOR ALL INDEXED COLUMNS` to collect column statistics for all indexed columns in the table. Column statistics can be based on the entire column or can use a histogram by specifying SIZE.

Oracle Database collects the following column statistics:

- Number of distinct values in the column as a whole

- Maximum and minimum values in each band

> **See Also:**  *Oracle Database Performance Tuning Guide* for more information on histograms

Column statistics appear in the data dictionary views `USER_TAB_COLUMNS`, `ALL_TAB_COLUMNS`, and `DBA_TAB_COLUMNS`. Histograms appear in the data dictionary views `USER_TAB_HISTOGRAMS`, `DBA_TAB_HISTOGRAMS`, and `ALL_TAB_HISTOGRAMS`; `USER_PART_HISTOGRAMS`, `DBA_PART_HISTOGRAMS`, and `ALL_PART_HISTOGRAMS`; and `USER_SUBPART_HISTOGRAMS`, `DBA_SUBPART_HISTOGRAMS`, and `ALL_SUBPART_HISTOGRAMS`.

> **Note:**  The `MAXVALUE` and `MINVALUE` columns of `USER_`, `DBA_`, and `ALL_TAB_COLUMNS` have a length of 32 bytes. If you analyze columns with a length >32 bytes, and if the columns are padded with leading blanks, then Oracle Database may take into account only the leading blanks and return unexpected statistics.

If a user-defined statistics type has been associated with any columns, then the `for_clause` collects user-defined statistics using that statistics type. If no statistics type is associated with a column, then Oracle Database checks to see if any statistics type has been associated with the type of the column, and uses that statistics type. If no statistics type has been associated with either the column or its user-defined type, then no user-defined statistics are collected. User-defined column statistics appear in the `STATISTICS` column of the data dictionary views `USER_USTATS`, `ALL_USTATS`, and `DBA_USTATS`.

If you want to collect statistics on both the table as a whole and on one or more columns, then be sure to generate the statistics for the table first, and then for the columns. Otherwise, the table-only `ANALYZE` will overwrite the histograms generated by the column `ANALYZE`. For example, issue the following statements:

Databricks_R2_PA_00003152

```
ANALYZE TABLE emp ESTIMATE STATISTICS;
ANALYZE TABLE emp ESTIMATE STATISTICS
   FOR ALL COLUMNS;
```

**FOR ALL INDEXES**   Specify FOR ALL INDEXES if you want all indexes associated with the table to be analyzed.

**FOR ALL LOCAL INDEXES**   Specify FOR ALL LOCAL INDEXES if you want all local index partitions to be analyzed. You must specify the keyword LOCAL if the PARTITION clause and INDEX are specified.

**SIZE**   Specify the maximum number of buckets in the histogram. The default value is 75, minimum value is 1, and maximum value is 254.

Oracle Database does not create a histogram with more buckets than the number of rows in the sample. Also, if the sample contains any values that are very repetitious, then Oracle Database creates the specified number of buckets, but the value indicated by the NUM_BUCKETS column of the ALL_, DBA_, and USER_TAB_ COLUMNS views may be smaller because of an internal compression algorithm.

### estimate_statistics_clause

This clause is supported for backward compatibility only. Please refer to the note in "Purpose" on page 13-36.

ESTIMATE STATISTICS instructs Oracle Database to estimate statistics about the analyzed object and store them in the data dictionary.

Both computed and estimated statistics are used by the Oracle Database optimizer to choose the execution plan for SQL statements that access analyzed objects. These statistics may also be useful to application developers who write such statements.

Specify SYSTEM if you want Oracle Database to estimate only system (not user-defined) statistics. If you omit SYSTEM, then the database estimates both system-generated statistics and statistics generated by the collection functions declared in a statistics type.

> **See Also:**   *Oracle Data Cartridge Developer's Guide* for information on creating statistics collection functions

*for_clause*   Please refer to the description under *compute_statistics_clause* on page 13-45.

Cloudera Exhibit 1020 - Page 1017 of 1808

Databricks_R2_PA_00003153

**SAMPLE**   Specify the amount of data from the analyzed object Oracle Database should sample to estimate statistics. If you omit this parameter, then the database samples 1064 rows.

The default sample value is adequate for tables up to a few thousand rows. If your tables are larger, then specify a higher value for SAMPLE. If you specify more than half of the data, then the database reads all the data and computes the statistics.

- ROWS causes Oracle Database to sample *integer* rows of the table or cluster or *integer* entries from the index. The integer must be at least 1.

- PERCENT causes Oracle Database to sample *integer* percent of the rows from the table or cluster or *integer* percent of the index entries. The integer can range from 1 to 99.

> **See Also:**   *Oracle Database Performance Tuning Guide* for information on how these statistics are used

### validation_clauses

The validation clauses let you validate REFs and the structure of the analyzed object.

## Examples

**Deleting Statistics: Example**   The following statement deletes statistics about the sample table oe.orders and all its indexes from the data dictionary:

```
ANALYZE TABLE orders DELETE STATISTICS;
```

**Analyzing an Index: Example**   The following statement validates the structure of the sample index oe.inv_product_ix:

```
ANALYZE INDEX inv_product_ix VALIDATE STRUCTURE;
```

**Validating a Table: Example**   The following statement analyzes the sample table hr.employees and all of its indexes:

```
ANALYZE TABLE employees VALIDATE STRUCTURE CASCADE;
```

For a table, the VALIDATE REF UPDATE clause verifies the REFs in the specified table, checks the rowid portion of each REF, and then compares it with the true rowid. If the result is an incorrect rowid, then the REF is updated so that the rowid portion is correct.

The following statement validates the REFs in the sample table oe.customers:

```
ANALYZE TABLE customers VALIDATE REF UPDATE;
```

The following statement validates the structure of the sample table `oe.customers` while allowing simultaneous DML:

```
ANALYZE TABLE customers VALIDATE STRUCTURE ONLINE;
```

**Analyzing a Cluster: Example**   The following statement analyzes the `personnel` cluster (created in "Creating a Cluster: Example" on page 14-9), all of its tables, and all of their indexes, including the cluster index:

```
ANALYZE CLUSTER personnel
   VALIDATE STRUCTURE CASCADE;
```

**Listing Chained Rows: Example**   The following statement collects information about all the chained rows in the table `orders`:

```
ANALYZE TABLE orders
  LIST CHAINED ROWS INTO chained_rows;
```

The preceding statement places the information into the table `chained_rows`. You can then examine the rows with this query (no rows will be returned if the table contains no chained rows):

```
SELECT owner_name, table_name, head_rowid, analyze_timestamp
   FROM chained_rows;
```

| OWNER_NAME | TABLE_NAME | HEAD_ROWID | ANALYZE_TIMESTAMP |
|------------|------------|------------------|-----------------|
| OE | ORDERS | AAAAZzAABAAABrXAAA | 25-SEP-2000 |

Cloudera Exhibit 1020 - Page 1019 of 1808

Databricks_R2_PA_00003155

ASSOCIATE STATISTICS

# ASSOCIATE STATISTICS

## Purpose

Use the `ASSOCIATE STATISTICS` statement to associate a statistics type (or default statistics) containing functions relevant to statistics collection, selectivity, or cost with one or more columns, standalone functions, packages, types, domain indexes, or indextypes.

For a listing of all current statistics type associations, query the `USER_ASSOCIATIONS` data dictionary view. If you analyze the object with which you are associating statistics, then you can also query the associations in the `USER_USTATS` view.

> **See Also:** ANALYZE on page 13-36 for information on the order of precedence with which `ANALYZE` uses associations

## Prerequisites

To issue this statement, you must have the appropriate privileges to alter the base object (table, function, package, type, domain index, or indextype). In addition, unless you are associating only default statistics, you must have execute privilege on the statistics type. The statistics type must already have been defined.

> **See Also:** CREATE TYPE on page 17-3 for information on defining types

## Syntax

**associate_statistics::=**



**column_association::=**



Cloudera Exhibit 1020 - Page 1020 of 1808

Databricks_R2_PA_00003156

## function_association::=



## using_statistics_type::=



## default_cost_clause::=



## default_selectivity_clause::=



Cloudera Exhibit 1020 - Page 1021 of 1808

Databricks_R2_PA_00003157

## Semantics

### column_association

Specify one or more table columns. If you do not specify *schema*, then Oracle Database assumes the table is in your own schema.

### function_association

Specify one or more standalone functions, packages, user-defined datatypes, domain indexes, or indextypes. If you do not specify *schema*, then Oracle Database assumes the object is in your own schema.

- `FUNCTIONS` refers only to standalone functions, not to method types or to built-in functions.

- `TYPES` refers only to user-defined types, not to built-in SQL datatypes.

**Restriction on *function_association*** You cannot specify an object for which you have already defined an association. You must first disassociate the statistics from this object.

> **See Also:** DISASSOCIATE STATISTICS on page 17-64
> "Associating Statistics: Example" on page 13-53

### using_statistics_type

Specify the statistics type (or a synonym for the type) being associated with column, function, package, type, domain index, or indextype. The *statistics_type* must already have been created.

The `NULL` keyword is valid only when you are associating statistics with a column or an index. When you associate a statistics type with an object type, columns of that object type inherit the statistics type. Likewise, when you associate a statistics type with an indextype, index instances of the indextype inherit the statistics type.You can override this inheritance by associating a different statistics type for the column or index. Alternatively, if you do not want to associate any statistics type for the column or index, then you can specify `NULL` in the *using_ statistics_type* clause.

**Restriction on Specifying Statistics Type** You cannot specify `NULL` for functions, packages, types, or indextypes.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for information on creating statistics collection functions

Cloudera Exhibit 1020 - Page 1022 of 1808

Databricks_R2_PA_00003158

### default_cost_clause

Specify default costs for standalone functions, packages, types, domain indexes, or indextypes. If you specify this clause, then you must include one number each for CPU cost, I/O cost, and network cost, in that order. Each cost is for a single execution of the function or method or for a single domain index access. Accepted values are integers of zero or greater.

### default_selectivity_clause

Specify as a percent the default selectivity for predicates with standalone functions, types, packages, or user-defined operators. The `default_selectivity` must be a number between 0 and 100. Values outside this range are ignored.

**Restriction on the *default_selectivity_clause*** You cannot specify DEFAULT SELECTIVITY for domain indexes or indextypes.

> **See Also:** "Specifying Default Cost: Example" on page 13-53

## Examples

**Associating Statistics: Example** This statement creates an association for the standalone package emp_mgmt (created in "Creating a Package: Example" on page 15-53):

```
ASSOCIATE STATISTICS WITH PACKAGES emp_mgmt DEFAULT SELECTIVITY 10;
```

**Specifying Default Cost: Example** This statement specifies that using the domain index t_a to implement a given predicate always has a CPU cost of 100, I/O cost of 5, and network cost of 0.

```
ASSOCIATE STATISTICS WITH INDEXES t_a DEFAULT COST (100,5,0);
```

The optimizer will use these default costs instead of calling a cost function.

Cloudera Exhibit 1020 - Page 1023 of 1808

Databricks_R2_PA_00003159

# AUDIT

## Purpose

Use the AUDIT statement to:

- Track the occurrence of SQL statements in subsequent user sessions. You can track the occurrence of a specific SQL statement or of all SQL statements authorized by a particular system privilege. Auditing operations on SQL statements apply only to subsequent sessions, not to current sessions.
- Track operations on a specific schema object. Auditing operations on schema objects apply to current sessions as well as to subsequent sessions.

**See Also:**

- *Oracle Database Security Guide* for general information about auditing
- *PL/SQL Packages and Types Reference* for information on the DBMS_FGA package, which lets you create and administer value-based auditing policies
- NOAUDIT on page 18-94 for information on disabling auditing

## Prerequisites

To audit occurrences of a SQL statement, you must have AUDIT SYSTEM system privilege.

To audit operations on a schema object, the object you choose for auditing must be in your own schema or you must have AUDIT ANY system privilege. In addition, if the object you choose for auditing is a directory object, even if you created it, then you must have AUDIT ANY system privilege.

To collect auditing results, you must set the initialization parameter AUDIT_TRAIL to DB. You can specify auditing options regardless of whether auditing is enabled. However, Oracle Database does not generate audit records until you enable auditing.

**See Also:** *Oracle Database Reference* for information on the AUDIT_TRAIL parameter

## Syntax

**audit::=**

**sql_statement_clause::=**

**auditing_by_clause::=**

**schema_object_clause::=**

AUDIT

**auditing_on_clause::=**



## Semantics

### *sql_statement_clause*

Use the `sql_statement_clause` to audit SQL statements.

### *statement_option*

Specify a statement option to audit specific SQL statements.

For each audited operation, Oracle Database produces an audit record containing this information:

- The user performing the operation
- The type of operation
- The object involved in the operation
- The date and time of the operation

Oracle Database writes audit records to the audit trail, which is a database table containing audit records. You can review database activity by examining the audit trail through data dictionary views.

> **See Also:**
>
> - Table 13–1 on page 13-60 and Table 13–2 on page 13-63 for a list of statement options and the SQL statements they audit
> - *Oracle Database Security Guide* for a listing of the audit trail data dictionary views
> - *Oracle Database Reference* for detailed descriptions of the data dictionary views
> - "Auditing SQL Statements Relating to Roles: Example" on page 13-65

Cloudera Exhibit 1020 - Page 1026 of 1808

Databricks_R2_PA_00003162

### system_privilege

Specify a system privilege to audit SQL statements that are authorized by the specified system privilege.

Rather than specifying many individual system privileges, you can specify the roles CONNECT, RESOURCE, and DBA. Doing so is equivalent to auditing all of the system privileges granted to those roles.

Oracle Database also provides two shortcuts for specifying groups of system privileges and statement options at once:

**ALL**   Specify ALL to audit all statements options shown in Table 13–1 but not the additional statement options shown in Table 13–2.

**ALL PRIVILEGES**   Specify ALL PRIVILEGES to audit system privileges.

> **Note:**   Oracle recommends that you specify individual system privileges and statement options for auditing rather than roles or shortcuts. The specific system privileges and statement options encompassed by roles and shortcuts change from one release to the next and may not be supported in future versions of Oracle Database.

> **See Also:**
> - Table 18–1, " System Privileges" on page 18-48 for a list of all system privileges and the SQL statements that they authorize
> - GRANT on page 18-40 for more information on the CONNECT, RESOURCE, and DBA roles
> - "Auditing Query and Update SQL Statements: Example" on page 13-65, "Auditing Deletions: Example" on page 13-66, and "Auditing Statements Relating to Directories: Examples" on page 13-66

### auditing_by_clause

Specify the *auditing_by_clause* to audit only those SQL statements issued by particular users. If you omit this clause, then Oracle Database audits all users' statements.

Cloudera Exhibit 1020 - Page 1027 of 1808

Databricks_R2_PA_00003163

**BY user**    Use this clause to restrict auditing to only SQL statements issued by the specified users.

**BY proxy**    Use this clause to restrict auditing to only SQL statements issued by the specified proxies.

> **See Also:**    *Oracle Database Concepts* for more information on proxies and their use of the database

### schema_object_clause

Use the `schema_object_clause` to audit operations on schema objects.

### object_option

Specify the particular operation for auditing. Table 13–3 on page 13-64 shows each object option and the types of objects to which it applies. The name of each object option specifies a SQL statement to be audited. For example, if you choose to audit a table with the `ALTER` option, then Oracle Database audits all `ALTER TABLE` statements issued against the table. If you choose to audit a sequence with the `SELECT` option, then the database audits all statements that use any values of the sequence.

### ALL

Specify `ALL` as a shortcut equivalent to specifying all object options applicable for the type of object.

### auditing_on_clause

The `auditing_on_clause` lets you specify the particular schema object to be audited.

> **See Also:**    "Auditing Queries on a Table: Example" on page 13-66, "Auditing Inserts and Updates on a Table: Example" on page 13-67, and "Auditing Operations on a Sequence: Example" on page 13-67

**schema**    Specify the schema containing the object chosen for auditing. If you omit `schema`, then Oracle Database assumes the object is in your own schema.

**object**    Specify the name of the object to be audited. The object must be a table, view, sequence, stored procedure, function, package, materialized view, or library.

You can also specify a synonym for a table, view, sequence, procedure, stored function, package, materialized view, or user-defined type.

Cloudera Exhibit 1020 - Page 1028 of 1808

Databricks_R2_PA_00003164

**ON DEFAULT**    Specify `ON DEFAULT` to establish the specified object options as default object options for subsequently created objects. Once you have established these default auditing options, any subsequently created object is automatically audited with those options. The default auditing options for a view are always the union of the auditing options for the base tables of the view. You can see the current default auditing options by querying the `ALL_DEF_AUDIT_OPTS` data dictionary view.

When you change the default auditing options, the auditing options for previously created objects remain the same. You can change the auditing options for an existing object only by specifying the object in the `ON` clause of the `AUDIT` statement.

> **See Also:**    "Setting Default Auditing Options: Example" on page 13-67

**ON DIRECTORY *directory_name***    The `ON DIRECTORY` clause lets you specify the name of a directory chosen for auditing.

### BY SESSION

Specify `BY SESSION` if you want Oracle Database to write a single record for all SQL statements of the same type issued and operations of the same type executed on the same schema objects in the same session.

Oracle Database can write to an operating system audit file but cannot read it to detect whether an entry has already been written for a particular operation. Therefore, if you are using an operating system file for the audit trail (that is, the `AUDIT_FILE_DEST` initialization parameter is set to `OS`), then the database may write multiple records to the audit trail file even if you specify `BY SESSION`.

### BY ACCESS

Specify `BY ACCESS` if you want Oracle Database to write one record for each audited statement and operation.

If you specify statement options or system privileges that audit data definition language (DDL) statements, then the database automatically audits by access regardless of whether you specify the `BY SESSION` clause or `BY ACCESS` clause.

For statement options and system privileges that audit SQL statements other than DDL, you can specify either `BY SESSION` or `BY ACCESS`. `BY SESSION` is the default.

Cloudera Exhibit 1020 - Page 1029 of 1808

Databricks_R2_PA_00003165

AUDIT

**WHENEVER [NOT] SUCCESSFUL**

Specify WHENEVER SUCCESSFUL to audit only SQL statements and operations that succeed.

Specify WHENEVER NOT SUCCESSFUL to audit only statements and operations that fail or result in errors.

If you omit this clause, then Oracle Database performs the audit regardless of success or failure.

## Tables of Auditing Options

*Table 13–1    Statement Auditing Options for Database Objects*

| Statement Option | SQL Statements and Operations |
|---|---|
| CLUSTER | CREATE CLUSTER |
| | ALTER CLUSTER |
| | DROP CLUSTER |
| | TRUNCATE CLUSTER |
| CONTEXT | CREATE CONTEXT |
| | DROP CONTEXT |
| DATABASE LINK | CREATE DATABASE LINK |
| | DROP DATABASE LINK |
| DIMENSION | CREATE DIMENSION |
| | ALTER DIMENSION |
| | DROP DIMENSION |
| DIRECTORY | CREATE DIRECTORY |
| | DROP DIRECTORY |
| INDEX | CREATE INDEX |
| | ALTER INDEX |
| | DROP INDEX |
| MATERIALIZED VIEW | CREATE MATERIALIZED VIEW |
| | ALTER MATERIALIZED VIEW |
| | DROP MATERIALIZED VIEW |
| NOT EXISTS | All SQL statements that fail because a specified object does not exist. |

Cloudera Exhibit 1020 - Page 1030 of 1808

Databricks_R2_PA_00003166

*Table 13–1   (Cont.)  Statement Auditing Options for Database Objects*

| Statement Option | SQL Statements and Operations |
|---|---|
| PROCEDURE (See note at end of table) | CREATE FUNCTION |
| | CREATE LIBRARY |
| | CREATE PACKAGE |
| | CREATE PACKAGE BODY |
| | CREATE PROCEDURE |
| | DROP FUNCTION |
| | DROP LIBRARY |
| | DROP PACKAGE |
| | DROP PROCEDURE |
| PROFILE | CREATE PROFILE |
| | ALTER PROFILE |
| | DROP PROFILE |
| PUBLIC DATABASE LINK | CREATE PUBLIC DATABASE LINK |
| | DROP PUBLIC DATABASE LINK |
| PUBLIC SYNONYM | CREATE PUBLIC SYNONYM |
| | DROP PUBLIC SYNONYM |
| ROLE | CREATE ROLE |
| | ALTER ROLE |
| | DROP ROLE |
| | SET ROLE |
| ROLLBACK SEGMENT | CREATE ROLLBACK SEGMENT |
| | ALTER ROLLBACK SEGMENT |
| | DROP ROLLBACK SEGMENT |
| SEQUENCE | CREATE SEQUENCE |
| | DROP SEQUENCE |
| SESSION | **Logons** |
| SYNONYM | CREATE SYNONYM |
| | DROP SYNONYM |

Cloudera Exhibit 1020 - Page 1031 of 1808

Databricks_R2_PA_00003167

**Table 13–1   (Cont.)  Statement Auditing Options for Database Objects**

| Statement Option | SQL Statements and Operations |
|---|---|
| SYSTEM AUDIT | AUDIT *sql_statements* |
| | NOAUDIT *sql_statements* |
| SYSTEM GRANT | GRANT *system_privileges_and_roles* |
| | REVOKE *system_privileges_and_roles* |
| TABLE | CREATE TABLE |
| | DROP TABLE |
| | TRUNCATE TABLE |
| TABLESPACE | CREATE TABLESPACE |
| | ALTER TABLESPACE |
| | DROP TABLESPACE |
| TRIGGER | CREATE TRIGGER |
| | ALTER TRIGGER |
| | with ENABLE and DISABLE clauses |
| | DROP TRIGGER |
| | ALTER TABLE |
| | with ENABLE ALL TRIGGERS clause |
| | and DISABLE ALL TRIGGERS clause |
| TYPE | CREATE TYPE |
| | CREATE TYPE BODY |
| | ALTER TYPE |
| | DROP TYPE |
| | DROP TYPE BODY |
| USER | CREATE USER |
| | ALTER USER |
| | DROP USER |
| VIEW | CREATE VIEW |
| | DROP VIEW |

Cloudera Exhibit 1020 - Page 1032 of 1808

Databricks_R2_PA_00003168

*Table 13–1   (Cont.)  Statement Auditing Options for Database Objects*

| Statement Option | SQL Statements and Operations |
| --- | --- |
| CLUSTER | CREATE CLUSTER |
| | ALTER CLUSTER |
| | DROP CLUSTER |
| | TRUNCATE CLUSTER |
| CONTEXT | CREATE CONTEXT |
| | DROP CONTEXT |

> **Note:**  Java schema objects (sources, classes, and resources) are
> considered the same as procedures for purposes of auditing SQL
> statements.

*Table 13–2   Additional Statement Auditing Options for SQL Statements*

| Statement Option | SQL Statements and Operations |
| --- | --- |
| ALTER SEQUENCE | ALTER SEQUENCE |
| ALTER TABLE | ALTER TABLE |
| COMMENT TABLE | COMMENT ON TABLE *table*, *view*, *materialized view* |
| | COMMENT ON COLUMN *table.column*, *view.column*, *materialized view.column* |
| DELETE TABLE | DELETE FROM *table*, *view* |
| EXECUTE PROCEDURE | CALL |
| | Execution of any procedure or function or access to any variable, library, or cursor inside a package. |
| GRANT DIRECTORY | GRANT privilege ON directory |
| | REVOKE privilege ON directory |
| GRANT PROCEDURE | GRANT privilege ON procedure, function, package |
| | REVOKE privilege ON procedure, function, package |
| GRANT SEQUENCE | GRANT privilege ON sequence |
| | REVOKE privilege ON sequence |

Cloudera Exhibit 1020 - Page 1033 of 1808

Databricks_R2_PA_00003169

AUDIT

**Table 13–2   (Cont.)  Additional Statement Auditing Options for SQL Statements**

| Statement Option | SQL Statements and Operations |
|---|---|
| GRANT TABLE | GRANT privilege ON table, view, materialized view. |
| | REVOKE privilege ON table, view, materialized view |
| GRANT TYPE | GRANT privilege ON TYPE |
| | REVOKE privilege ON TYPE |
| INSERT TABLE | INSERT INTO table, view |
| LOCK TABLE | LOCK TABLE table, view |
| SELECT SEQUENCE | Any statement containing sequence.CURRVAL or sequence.NEXTVAL |
| SELECT TABLE | SELECT FROM table, view, materialized view |
| UPDATE TABLE | UPDATE table, view |

**Table 13–3   Object Auditing Options**

| Object Option | Table | View | Sequence | Procedure, Function, Package[1] | Materialized View[2] | Directory | Library | Object Type | Context |
|---|---|---|---|---|---|---|---|---|---|
| ALTER | X | — | X | — | X | — | — | X | — |
| AUDIT | X | X | X | X | X | X | — | X | X |
| COMMENT | X | X | — | — | X | — | — | — | — |
| DELETE | X | X | — | — | X | — | — | — | — |
| EXECUTE | — | — | — | X | — | — | X | — | — |
| FLASHBACK [3] | X | X | — | — | — | — | — | — | — |
| GRANT | X | X | X | X | — | X | X | X | X |
| INDEX | X | — | — | — | X | — | — | — | — |
| INSERT | X | X | — | — | X | — | — | — | — |
| LOCK | X | X | — | — | X | — | — | — | — |

Cloudera Exhibit 1020 - Page 1034 of 1808

Databricks_R2_PA_00003170

*Table 13–3    (Cont.)  Object Auditing Options*

| Object Option | Table | View | Sequence | Procedure, Function, Package[1] | Materialized View[2] | Directory | Library | Object Type | Context |
|---|---|---|---|---|---|---|---|---|---|
| READ | — | — | — | — | — | X | — | — | — |
| RENAME | X | X | — | X | — | — | — | — | — |
| SELECT | X | X | X | — | X | — | — | — | — |
| UPDATE | X | X | — | — | X | — | — | — | — |

[1]  Java schema objects (sources, classes, and resources) are considered the same as procedures, functions, and packages for purposes of auditing options.

[2]  You can audit INSERT, UPDATE, and DELETE operations only on updatable materialized views.

[3]  The FLASHBACK audit object option applies only to flashback queries.

## Examples

**Auditing SQL Statements Relating to Roles: Example**    To choose auditing for every SQL statement that creates, alters, drops, or sets a role, regardless of whether the statement completes successfully, issue the following statement:

```
AUDIT ROLE;
```

To choose auditing for every statement that successfully creates, alters, drops, or sets a role, issue the following statement:

```
AUDIT ROLE
    WHENEVER SUCCESSFUL;
```

To choose auditing for every CREATE ROLE, ALTER ROLE, DROP ROLE, or SET ROLE statement that results in an Oracle Database error, issue the following statement:

```
AUDIT ROLE
    WHENEVER NOT SUCCESSFUL;
```

**Auditing Query and Update SQL Statements: Example**    To choose auditing for any statement that queries or updates any table, issue the following statement:

```
AUDIT SELECT TABLE, UPDATE TABLE;
```

To choose auditing for statements issued by the users hr and oe that query or update a table or view, issue the following statement

Cloudera Exhibit 1020 - Page 1035 of 1808

Databricks_R2_PA_00003171

AUDIT

```
AUDIT SELECT TABLE, UPDATE TABLE
    BY hr, oe;
```

**Auditing Deletions: Example**    To choose auditing for statements issued using the `DELETE ANY TABLE` system privilege, issue the following statement:

```
AUDIT DELETE ANY TABLE;
```

**Auditing Statements Relating to Directories: Examples**    To choose auditing for statements issued using the `CREATE ANY DIRECTORY` system privilege, issue the following statement:

```
AUDIT CREATE ANY DIRECTORY;
```

To choose auditing for `CREATE DIRECTORY` (and `DROP DIRECTORY`) statements that do not use the `CREATE ANY DIRECTORY` system privilege, issue the following statement:

```
AUDIT DIRECTORY;
```

To choose auditing for every statement that reads files from the `bfile_dir` directory, issue the following statement:

```
AUDIT READ ON DIRECTORY bfile_dir;
```

**Auditing Queries on a Table: Example**    To choose auditing for every SQL statement that queries the `employees` table in the schema `hr`, issue the following statement:

```
AUDIT SELECT
    ON hr.employees;
```

To choose auditing for every statement that successfully queries the `employees` table in the schema `hr`, issue the following statement:

```
AUDIT SELECT
    ON hr.employees
    WHENEVER SUCCESSFUL;
```

To choose auditing for every statement that queries the `employees` table in the schema `hr` and results in an Oracle Database error, issue the following statement:

```
AUDIT SELECT
    ON hr.employees
    WHENEVER NOT SUCCESSFUL;
```

Cloudera Exhibit 1020 - Page 1036 of 1808

Databricks_R2_PA_00003172

**Auditing Inserts and Updates on a Table: Example**    To choose auditing for every statement that inserts or updates a row in the customers table in the schema oe, issue the following statement:

```
AUDIT INSERT, UPDATE
    ON oe.customers;
```

**Auditing Operations on a Sequence: Example**    To choose auditing for every statement that performs any operation on the employees_seq sequence in the schema hr, issue the following statement:

```
AUDIT ALL
    ON hr.employees_seq;
```

The preceding statement uses the ALL shortcut to choose auditing for the following statements that operate on the sequence:

- ALTER SEQUENCE

- AUDIT

- GRANT

- any statement that accesses the values of the sequence using the pseudocolumns CURRVAL or NEXTVAL

**Setting Default Auditing Options: Example**    The following statement specifies default auditing options for objects created in the future:

```
AUDIT ALTER, GRANT, INSERT, UPDATE, DELETE
    ON DEFAULT;
```

Any objects created later are automatically audited with the specified options that apply to them, if auditing has been enabled:

- If you create a table, then Oracle Database automatically audits any ALTER, GRANT, INSERT, UPDATE, or DELETE statements issued against the table.

- If you create a view, then Oracle Database automatically audits any GRANT, INSERT, UPDATE, or DELETE statements issued against the view.

- If you create a sequence, then Oracle Database automatically audits any ALTER or GRANT statements issued against the sequence.

- If you create a procedure, package, or function, then Oracle Database automatically audits any ALTER or GRANT statements issued against it.

Cloudera Exhibit 1020 - Page 1037 of 1808

Databricks_R2_PA_00003173

# CALL

## Purpose

Use the CALL statement to execute a **routine** (a standalone procedure or function, or a procedure or function defined within a type or package) from within SQL.

> **Note:** The restrictions on user-defined function expressions specified in "Function Expressions" on page 5-12 apply to the CALL statement as well.

> **See Also:** *PL/SQL User's Guide and Reference* for information on creating such routine

## Prerequisites

You must have EXECUTE privilege on the standalone routine or on the type or package in which the routine is defined.

## Syntax

**call::=**



**routine_clause::=**



**object_access_expression::=**



## Semantics

You can execute a routine in two ways. You can issue a call to the routine itself by name, by using the *routine_clause*, or you can invoke a routine inside the type of an expression, by using an *object_access_expression*.

### schema

Specify the schema in which the standalone routine, or the package or type containing the routine, resides. If you do not specify *schema*, then Oracle Database assumes the routine is in your own schema.

### type or package

Specify the type or package in which the routine is defined.

Cloudera Exhibit 1020 - Page 1039 of 1808

Databricks_R2_PA_00003175

CALL

**routine_clause**

Specify the name of the function or procedure being called, or a synonym that resolves to a function or procedure.

When you call a member function or procedure of a type, if the first argument (SELF) is a null IN OUT argument, then Oracle Database returns an error. If SELF is a null IN argument, then the database returns null. In both cases, the function or procedure is not invoked.

**Restriction on Functions**   If the routine is a function, then the INTO clause is required.

**@dblink**

In a distributed database system, specify the name of the database containing the standalone routine, or the package or function containing the routine. If you omit *dblink*, then Oracle Database looks in your local database.

> **See Also:**   "Calling a Procedure: Example" on page 13-71 for an example of calling a routine directly

**object_access_expression**

If you have an expression of an object type, such as a type constructor or a bind variable, you can use this form of expression to call a routine defined within the type. In this context, the *object_access_expression* is limited to method invocations.

> **See Also:**   "Object Access Expressions" on page 5-13 for syntax and semantics of this form of expression, and "Calling a Procedure Using an Expression of an Object Type: Example" on page 13-71 for an example of calling a routine using an expression of an object type

**argument**

Specify one or more arguments to the routine, if the routine takes arguments.

**Restrictions on Applying Arguments to Routines**
- An *argument* cannot be a pseudocolumn or either of the object reference functions VALUE or REF.
- Any *argument* that is an IN OUT or OUT argument of the routine must correspond to a host variable expression.

Cloudera Exhibit 1020 - Page 1040 of 1808

Databricks_R2_PA_00003176

- The number of arguments, including any return argument, is limited to 1000.
- You cannot bind arguments of character and raw datatypes (CHAR, VARCHAR2, NCHAR, NVARCHAR2, RAW, LONG RAW) that are larger than 4K.

### INTO :*host_variable*

The INTO clause applies only to calls to functions. Specify which host variable will store the return value of the function.

### :*indicator_variable*

Specify the value or condition of the host variable.

> **See Also:**  *Pro*C/C++ Programmer's Guide* for more information on host variables and indicator variables

## Example

**Calling a Procedure: Example**   The following statement uses the remove_dept procedure (created in "Creating a Package Body: Example" on page 15-57) to remove the Entertainment department (created in "Inserting Sequence Values: Example" on page 18-79):

```
CALL remove_dept(162);
```

**Calling a Procedure Using an Expression of an Object Type: Example**   The following examples show how call a procedure by using an expression of an object type in the CALL statement. The example uses the warehouse_typ object type in the order entry sample schema OE:

```
ALTER TYPE warehouse_typ
     ADD MEMBER FUNCTION ret_name
     RETURN VARCHAR2
     CASCADE;

CREATE OR REPLACE TYPE BODY warehouse_typ
     AS MEMBER FUNCTION ret_name
     RETURN VARCHAR2
     IS
       BEGIN
          RETURN self.warehouse_name;
       END;
     END;
/
```

Cloudera Exhibit 1020 - Page 1041 of 1808

Databricks_R2_PA_00003177

CALL

```
VARIABLE x VARCHAR2(25);

CALL warehouse_typ(456, 'Warehouse 456', 2236).ret_name()
    INTO :x;

PRINT x;
X
-------------------------------
Warehouse 456
```

The next example shows how to use an external function to achieve the same thing:

```
CREATE OR REPLACE FUNCTION ret_warehouse_typ(x warehouse_typ)
  RETURN warehouse_typ
  IS
    BEGIN
      RETURN x;
    END;
/
CALL ret_warehouse_typ(warehouse_typ(234, 'Warehouse 234',
  2235)).ret_name()
    INTO :x;

PRINT x;

X
-------------------------------
Warehouse 234
```

Cloudera Exhibit 1020 - Page 1042 of 1808

Databricks_R2_PA_00003178

# COMMENT

## Purpose

Use the COMMENT statement to add a comment about a table, view, materialized view, or column into the data dictionary.

To drop a comment from the database, set it to the empty string ' '.

**See Also:**

- "Comments" on page 2-91 for more information on associating comments with SQL statements and schema objects

- *Oracle Database Reference* for information on the data dictionary views that display comments

## Prerequisites

The object about which you are adding a comment must be in your own schema or:

- You must have COMMENT ANY TABLE system privilege to add a comment to a table, view, or materialized view.

- You must have the COMMENT ANY INDEXTYPE system privilege to add a comment to an indextype.

- You must have the COMMENT ANY OPERATOR system privilege to add a comment to an operator.

Cloudera Exhibit 1020 - Page 1043 of 1808

Databricks_R2_PA_00003179

COMMENT

## Syntax

**comment::=**



## Semantics

### TABLE Clause

Specify the schema and name of the table or materialized view to be commented. If you omit *schema*, then Oracle Database assumes the table or materialized view is in your own schema.

> **Note:** In earlier releases, you could use this clause to create a comment on a materialized view. You should now use the COMMENT ON MATERIALIZED VIEW clause for materialized views.

### COLUMN Clause

Specify the name of the column of a table, view, or materialized view to be commented. If you omit *schema*, then Oracle Database assumes the table, view, or materialized view is in your own schema.

You can view the comments on a particular table or column by querying the data dictionary views USER_TAB_COMMENTS, DBA_TAB_COMMENTS, or ALL_TAB_COMMENTS or USER_COL_COMMENTS, DBA_COL_COMMENTS, or ALL_COL_COMMENTS.

Cloudera Exhibit 1020 - Page 1044 of 1808

Databricks_R2_PA_00003180

### OPERATOR Clause

Specify the name of the operator to be commented. If you omit *schema*, then Oracle Database assumes the operator is in your own schema.

You can view the comments on a particular operator by querying the data dictionary views USER_OPERATOR_COMMENTS, DBA_OPERATOR_COMMENTS, or ALL_OPERATOR_COMMENTS.

### INDEXTYPE Clause

Specify the name of the indextype to be commented. If you omit *schema*, then Oracle Database assumes the indextype is in your own schema.

You can view the comments on a particular indextype by querying the data dictionary views USER_INDEXTYPE_COMMENTS, DBA_INDEXTYPE_COMMENTS, or ALL_INDEXTYPE_COMMENTS.

### MATERIALIZED VIEW Clause

Specify the name of the materialized view to be commented. If you omit *schema*, then Oracle Database assumes the materialized view is in your own schema.

You can view the comments on a particular materialized view by querying the data dictionary views USER_MVIEW_COMMENTS, DBA_MVIEW_COMMENTS, or ALL_MVIEW_COMMENTS.

### IS '*text*'

Specify the text of the comment. Please refer to "Text Literals" on page 2-61 for a syntax description of '*text*'.

## Example

**Creating Comments: Example**   To insert an explanatory remark on the job_id column of the employees table, you might issue the following statement:

```
COMMENT ON COLUMN employees.job_id
   IS 'abbreviated job title';
```

To drop this comment from the database, issue the following statement:

```
COMMENT ON COLUMN employees.job_id IS ' ';
```

Cloudera Exhibit 1020 - Page 1045 of 1808

Databricks_R2_PA_00003181

# COMMIT

## Purpose

Use the COMMIT statement to end your current transaction and make permanent all changes performed in the transaction. A **transaction** is a sequence of SQL statements that Oracle Database treats as a single unit. This statement also erases all savepoints in the transaction and releases transaction locks.

Oracle Database issues an implicit COMMIT before and after any data definition language (DDL) statement.

You can also use this statement to

- Commit an in-doubt distributed transaction manually
- Terminate a read-only transaction begun by a SET TRANSACTION statement

Oracle recommends that you explicitly end every transaction in your application programs with a COMMIT or ROLLBACK statement, including the last transaction, before disconnecting from Oracle Database. If you do not explicitly commit the transaction and the program terminates abnormally, then the last uncommitted transaction is automatically rolled back.

A normal exit from most Oracle utilities and tools causes the current transaction to be committed. A normal exit from an Oracle precompiler program does not commit the transaction and relies on Oracle Database to roll back the current transaction.

> **See Also:**
>
> - *Oracle Database Concepts* for more information on transactions
> - SET TRANSACTION on page 19-66 for more information on specifying characteristics of a transaction

## Prerequisites

You need no privileges to commit your current transaction.

To manually commit a distributed in-doubt transaction that you originally committed, you must have FORCE TRANSACTION system privilege. To manually commit a distributed in-doubt transaction that was originally committed by another user, you must have FORCE ANY TRANSACTION system privilege.

Cloudera Exhibit 1020 - Page 1046 of 1808

Databricks_R2_PA_00003182

## Syntax

**commit::=**



## Semantics

### WORK

The WORK keyword is supported for compliance with standard SQL. The statements COMMIT and COMMIT WORK are equivalent.

### COMMENT Clause

Specify a comment to be associated with the current transaction. The '`text`' is a quoted literal of up to 255 bytes that Oracle Database stores in the data dictionary view DBA_2PC_PENDING along with the transaction ID if the transaction becomes in doubt.

> **See Also:** COMMENT on page 13-73 for more information on adding comments to SQL statements

### FORCE Clause

In a distributed database system, the FORCE clause lets you manually commit an in-doubt distributed transaction. The transaction is identified by the '`text`' containing its local or global transaction ID. To find the IDs of such transactions, query the data dictionary view DBA_2PC_PENDING. You can use `integer` to specifically assign the transaction a system change number (SCN). If you omit `integer`, then the transaction is committed using the current SCN.

> **Note:** A COMMIT statement with a FORCE clause commits only the specified transaction. Such a statement does not affect your current transaction.

Cloudera Exhibit 1020 - Page 1047 of 1808

Databricks_R2_PA_00003183

COMMIT

**Restriction on FORCE**    COMMIT statements using the FORCE clause are not supported in PL/SQL.

> **See Also:**    *Oracle Database Heterogeneous Connectivity Administrator's Guide* for more information on these topics

## Examples

**Committing an Insert: Example**    This statement inserts a row into the hr.regions table and commits this change:

```
INSERT INTO regions VALUES (5, 'Antarctica');

COMMIT WORK;
```

**Commenting on COMMIT: Example**    The following statement commits the current transaction and associates a comment with it:

```
COMMIT
    COMMENT 'In-doubt transaction Code 36, Call (415) 555-2637';
```

If a network or machine failure prevents this distributed transaction from committing properly, then Oracle Database stores the comment in the data dictionary along with the transaction ID. The comment indicates the part of the application in which the failure occurred and provides information for contacting the administrator of the database where the transaction was committed.

**Forcing an In-Doubt Transaction: Example**    The following statement manually commits an in-doubt distributed transaction:

```
COMMIT FORCE '22.57.53';
```

Cloudera Exhibit 1020 - Page 1048 of 1808

Databricks_R2_PA_00003184

# 14

# SQL Statements: CREATE CLUSTER to CREATE JAVA

This chapter contains the following SQL statements:

- CREATE CLUSTER
- CREATE CONTEXT
- CREATE CONTROLFILE
- CREATE DATABASE
- CREATE DATABASE LINK
- CREATE DIMENSION
- CREATE DIRECTORY
- CREATE DISKGROUP
- CREATE FUNCTION
- CREATE INDEX
- CREATE INDEXTYPE
- CREATE JAVA

Cloudera Exhibit 1020 - Page 1049 of 1808

Databricks_R2_PA_00003185

# CREATE CLUSTER

## Purpose

Use the CREATE CLUSTER statement to create a cluster. A **cluster** is a schema object that contains data from one or more tables, all of which have one or more columns in common. Oracle Database stores together all the rows from all the tables that share the same cluster key.

For information on existing clusters, query the USER_CLUSTERS, ALL_CLUSTERS, and DBA_CLUSTERS data dictionary views.

> **See Also:**
>
> - *Oracle Database Concepts* for general information on clusters
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for information on performance considerations of clusters
>
> - *Oracle Database Performance Tuning Guide* for suggestions on when to use clusters
>
> - *Oracle Database Reference* for information on the data dictionary views

## Prerequisites

To create a cluster in your own schema, you must have CREATE CLUSTER system privilege. To create a cluster in another user's schema, you must have CREATE ANY CLUSTER system privilege. Also, the owner of the schema to contain the cluster must have either space quota on the tablespace containing the cluster or the UNLIMITED TABLESPACE system privilege.

Oracle Database does not automatically create an index for a cluster when the cluster is initially created. Data manipulation language (DML) statements cannot be issued against cluster tables in an indexed cluster until you create a cluster index with a CREATE INDEX statement.

Databricks_R2_PA_00003186

## Syntax

**create_cluster::=**



(*physical_attributes_clause::=* on page 14-3)

**physical_attributes_clause::=**



(*storage_clause::=* on page 8-60)

Cloudera Exhibit 1020 - Page 1051 of 1808

Databricks_R2_PA_00003187

CREATE CLUSTER

**size_clause::=**



**parallel_clause::=**



## Semantics

### *schema*

Specify the schema to contain the cluster. If you omit *schema*, Oracle Database creates the cluster in your current schema.

### *cluster*

Specify is the name of the cluster to be created.

After you create a cluster, you add tables to it. A cluster can contain a maximum of 32 tables. After you create a cluster and add tables to it, the cluster is transparent. You can access clustered tables with SQL statements just as you can access nonclustered tables.

> **See Also:** CREATE TABLE on page 16-7 for information on adding tables to a cluster, "Creating a Cluster: Example" on page 14-9, and "Adding Tables to a Cluster: Example" on page 14-9

### *column*

Specify one or more names of columns in the cluster key. You can specify up to 16 cluster key columns. These columns must correspond in both datatype and size to columns in each of the clustered tables, although they need not correspond in name.

Cloudera Exhibit 1020 - Page 1052 of 1808

Databricks_R2_PA_00003188

You cannot specify integrity constraints as part of the definition of a cluster key column. Instead, you can associate integrity constraints with the tables that belong to the cluster.

> **See Also:** "Cluster Keys: Example" on page 14-9

### *datatype*

Specify the datatype of each cluster key column.

**Restrictions on Cluster Datatypes**
- You cannot specify a cluster key column of datatype LONG, LONG RAW, REF, nested table, varray, BLOB, CLOB, BFILE, or user-defined object type.

- You cannot use the HASH IS clause if any column datatype is not INTEGER or NUMBER with scale 0.

- You can specify a column of type ROWID, but Oracle Database does not guarantee that the values in such columns are valid rowids.

> **See Also:** "Datatypes" on page 2-1 for information on datatypes

### SORT

The SORT keyword is valid only if you are creating a hash cluster. This clause instructs Oracle Database to sort the rows of the cluster on this column before applying the hash function. Doing so may improve response time during subsequent operations on the clustered data. See "HASHKEYS Clause" on page 14-6 for information on creating a hash cluster.

### *physical_attributes_clause*

The *physical_attributes_clause* lets you specify the storage characteristics of the cluster. Each table in the cluster uses these storage characteristics as well. If you do not specify values for these parameters, Oracle Database uses the following defaults:

- PCTFREE: **10**

- PCTUSED: **40**

- INITRANS: **2** or the default value of the tablespace to contain the cluster, whichever is greater

> **See Also:** *physical_attributes_clause* on page 8-54 and *storage_clause* on page 8-57 for a complete description of these clauses

Cloudera Exhibit 1020 - Page 1053 of 1808

Databricks_R2_PA_00003189

### SIZE

Specify the amount of space in bytes reserved to store all rows with the same cluster key value or the same hash value. This space determines the maximum number of cluster or hash values stored in a data block. If SIZE is not a divisor of the data block size, then Oracle Database uses the next largest divisor. If SIZE is larger than the data block size, then the database uses the operating system block size, reserving at least one data block for each cluster or hash value.

The database also considers the length of the cluster key when determining how much space to reserve for the rows having a cluster key value. Larger cluster keys require larger sizes. To see the actual size, query the KEY_SIZE column of the USER_CLUSTERS data dictionary view. (This value does not apply to hash clusters, because hash values are not actually stored in the cluster.)

If you omit this parameter, then the database reserves one data block for each cluster key value or hash value.

### TABLESPACE

Specify the tablespace in which the cluster is to be created.

### INDEX Clause

Specify INDEX to create an **indexed cluster**. In an indexed cluster, Oracle Database stores together rows having the same cluster key value. Each distinct cluster key value is stored only once in each data block, regardless of the number of tables and rows in which it occurs. If you specify neither INDEX nor HASHKEYS, then Oracle Database creates an indexed cluster by default.

After you create an indexed cluster, you must create an index on the cluster key before you can issue any data manipulation language (DML) statements against a table in the cluster. This index is called the **cluster index**.

You cannot create a cluster index for a hash cluster, and you need not create an index on a hash cluster key.

> **See Also:** CREATE INDEX on page 14-75 for information on creating a cluster index and *Oracle Database Concepts* for general information in indexed clusters

### HASHKEYS Clause

Specify the HASHKEYS clause to create a **hash cluster** and specify the number of hash values for the hash cluster. In a hash cluster, Oracle Database stores together

Databricks_R2_PA_00003190

rows that have the same hash key value. The hash value for a row is the value returned by the hash function of the cluster.

Oracle Database rounds up the HASHKEYS value to the nearest prime number to obtain the actual number of hash values. The minimum value for this parameter is 2. If you omit both the INDEX clause and the HASHKEYS parameter, the database creates an indexed cluster by default.

When you create a hash cluster, the database immediately allocates space for the cluster based on the values of the SIZE and HASHKEYS parameters.

> **See Also:** *Oracle Database Concepts* for more information on how Oracle Database allocates space for clusters and "Hash Clusters: Examples" on page 14-10

**SINGLE TABLE**   SINGLE TABLE indicates that the cluster is a type of hash cluster containing only one table. This clause can provide faster access to rows than would result if the table were not part of a cluster.

**Restriction on Single-table Clusters**   Only one table can be present in the cluster at a time. However, you can drop the table and create a different table in the same cluster.

> **See Also:**   "Single-Table Hash Clusters: Example" on page 14-10

**HASH IS *expr***   Specify an expression to be used as the hash function for the hash cluster. The expression:

- Must evaluate to a positive value

- Must contain at least one column with referenced columns of any datatype as long as the entire expression evaluates to a number of scale 0. For example: NUM_COLUMN * length(VARCHAR2_COLUMN)

- Cannot reference user-defined PL/SQL functions

- Cannot reference the pseudocolumns LEVEL or ROWNUM

- Cannot reference the user-related functions USERENV, UID, or USER or the datetime functions CURRENT_DATE, CURRENT_TIMESTAMP, DBTIMEZONE, EXTRACT (datetime), FROM_TZ, LOCALTIMESTAMP, NUMTODSINTERVAL, NUMTOYMINTERVAL, SESSIONTIMEZONE, SYSDATE, SYSTIMESTAMP, TO_DSINTERVAL, TO_TIMESTAMP, TO_DATE, TO_TIMESTAMP_TZ, TO_YMINTERVAL, and TZ_OFFSET.

Cloudera Exhibit 1020 - Page 1055 of 1808

Databricks_R2_PA_00003191

- Cannot evaluate to a constant

- Cannot be a scalar subquery expression

- Cannot contain columns qualified with a schema or object name (other than the cluster name)

If you omit the HASH IS clause, then Oracle Database uses an internal hash function for the hash cluster.

For information on existing hash functions, query the USER_, ALL_, and DBA_ CLUSTER_HASH_EXPRESSIONS data dictionary tables.

The cluster key of a hash cluster can have one or more columns of any datatype. Hash clusters with composite cluster keys or cluster keys made up of noninteger columns must use the internal hash function.

> **See Also:** *Oracle Database Reference* for information on the data dictionary views

### parallel_clause

The `parallel_clause` lets you parallelize the creation of the cluster.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on CREATE TABLE.

**Restriction on Parallelizing Cluster Creation**    If the tables in `cluster` contain any columns of LOB or user-defined object type, this statement as well as subsequent INSERT, UPDATE, or DELETE operations on `cluster` are executed serially without notification.

### NOROWDEPENDENCIES | ROWDEPENDENCIES

This clause lets you specify whether `cluster` will use **row-level dependency tracking**. With this feature, each row in the tables that make up the cluster has a system change number (SCN) that represents a time greater than or equal to the commit time of the last transaction that modified the row. You cannot change this setting after `cluster` is created.

**ROWDEPENDENCIES**    Specify ROWDEPENDENCIES if you want to enable row-level dependency tracking. This setting is useful primarily to allow for parallel propagation in replication environments. It increases the size of each row by 6 bytes.

**NOROWDEPENDENCIES**    Specify NOROWDEPENDENCIES if you do not want to use the row-level dependency tracking feature. This is the default.

> **See Also:**    *Oracle Database Advanced Replication* for information about the use of row-level dependency tracking in replication environments

## CACHE | NOCACHE

**CACHE**    Specify CACHE if you want the blocks retrieved for this cluster to be placed at the most recently used end of the least recently used (LRU) list in the buffer cache when a full table scan is performed. This clause is useful for small lookup tables.

**NOCACHE**    Specify NOCACHE if you want the blocks retrieved for this cluster to be placed at the least recently used end of the LRU list in the buffer cache when a full table scan is performed. This is the default behavior.

NOCACHE has no effect on clusters for which you specify KEEP in the *storage_ clause*.

## Examples

**Creating a Cluster: Example**    The following statement creates a cluster named personnel with the cluster key column department, a cluster size of 512 bytes, and storage parameter values:

```
CREATE CLUSTER personnel
   (department NUMBER(4))
SIZE 512
STORAGE (initial 100K next 50K);
```

**Cluster Keys: Example**    The following statement creates the cluster index on the cluster key of personnel:

```
CREATE INDEX idx_personnel ON CLUSTER personnel;
```

After creating the cluster index, you can add tables to the index and perform DML operations on those tables.

**Adding Tables to a Cluster: Example**    The following statements create some departmental tables from the sample hr.employees table and add them to the personnel cluster created in the earlier example:

Cloudera Exhibit 1020 - Page 1057 of 1808

Databricks_R2_PA_00003193

CREATE CLUSTER

```
CREATE TABLE dept_10
   CLUSTER personnel (department_id)
   AS SELECT * FROM employees WHERE department_id = 10;

CREATE TABLE dept_20
   CLUSTER personnel (department_id)
   AS SELECT * FROM employees WHERE department_id = 20;
```

**Hash Clusters: Examples**   The following statement creates a hash cluster named `language` with the cluster key column `cust_language`, a maximum of 10 hash key values, each of which is allocated 512 bytes, and storage parameter values:

```
CREATE CLUSTER language (cust_language VARCHAR2(3))
   SIZE 512 HASHKEYS 10
   STORAGE (INITIAL 100k next 50k);
```

Because the preceding statement omits the `HASH IS` clause, Oracle Database uses the internal hash function for the cluster.

The following statement creates a hash cluster named `address` with the cluster key made up of the columns `postal_code` and `country_id`, and uses a SQL expression containing these columns for the hash function:

```
CREATE CLUSTER address
   (postal_code NUMBER, country_id CHAR(2))
   HASHKEYS 20
   HASH IS MOD(postal_code + country_id, 101);
```

**Single-Table Hash Clusters: Example**   The following statement creates a single-table hash cluster named `cust_orders` with the cluster key `customer_id` and a maximum of 100 hash key values, each of which is allocated 512 bytes:

```
CREATE CLUSTER cust_orders (customer_id NUMBER(6))
   SIZE 512 SINGLE TABLE HASHKEYS 100;
```

Cloudera Exhibit 1020 - Page 1058 of 1808

Databricks_R2_PA_00003194

## CREATE CONTEXT

### Purpose

Use the `CREATE CONTEXT` statement to:

- Create a namespace for a **context** (a set of application-defined attributes that validates and secures an application) and

- Associate the namespace with the externally created package that sets the context

You can use the `DBMS_SESSION.SET_CONTEXT` procedure in your designated package to set or reset the attributes of the context.

> **See Also:**
>
> - *Oracle Database Security Guide* for a discussion of contexts
>
> - *PL/SQL Packages and Types Reference* for information on the `DBMS_SESSION.SET_CONTEXT` procedure

### Prerequisites

To create a context namespace, you must have `CREATE ANY CONTEXT` system privilege.

### Syntax

**create_context::=**



Cloudera Exhibit 1020 - Page 1059 of 1808

Databricks_R2_PA_00003195

CREATE CONTEXT

## Semantics

### OR REPLACE

Specify OR REPLACE to redefine an existing context namespace using a different package.

### *namespace*

Specify the name of the context namespace to create or modify. Context namespaces are always stored in the schema SYS.

> **See Also:** "Schema Object Naming Rules" on page 2-107 for guidelines on naming a context namespace

### *schema*

Specify the schema owning *package*. If you omit *schema*, then Oracle Database uses the current schema.

### *package*

Specify the PL/SQL package that sets or resets the context attributes under the namespace for a user session.

To provide some design flexibility, Oracle Database does not verify the existence of the schema or the validity of the package at the time you create the context.

### INITIALIZED Clause

The INITIALIZED clause lets you specify an entity other than Oracle Database that can initialize the context namespace.

**EXTERNALLY**  EXTERNALLY indicates that the namespace can be initialized using an OCI interface when establishing a session.

> **See Also:** *Oracle Call Interface Programmer's Guide* for information on using OCI to establish a session

**GLOBALLY**  GLOBALLY indicates that the namespace can be initialized by the LDAP directory when a global user connects to the database.

After the session is established, only the designated PL/SQL package can issue commands to write to any attributes inside the namespace.

Cloudera Exhibit 1020 - Page 1060 of 1808

Databricks_R2_PA_00003196

**See Also:**

- *Oracle Database Application Developer's Guide - Fundamentals* for information on establishing globally initialized contexts

- *Oracle Internet Directory Administrator's Guide* for information on the connecting to the database through the LDAP directory

### ACCESSED GLOBALLY

This clause indicates that any application context set in `namespace` is accessible throughout the entire instance. This setting lets multiple sessions share application attributes.

## Examples

**Creating an Application Context: Example**   This example uses the PL/SQL package `emp_mgmt`, created in "Creating a Package: Example" on page 15-53, which validates and secures the `hr` application. The following statement creates the context namespace `hr_context` and associates it with the package `emp_mgmt`:

```
CREATE CONTEXT hr_context USING emp_mgmt;
```

You can control data access based on this context using the `SYS_CONTEXT` function. For example, suppose your `emp_mgmt` package has defined an attribute `new_empno` as a particular employee identifier. You can secure the base table `employees` by creating a view that restricts access based on the value of `new_empno`, as follows:

```
CREATE VIEW hr_org_secure_view AS
   SELECT * FROM employees
   WHERE employee_id = SYS_CONTEXT('hr_context', 'new_empno');
```

**See Also:**   SYS_CONTEXT on page 7-216

Cloudera Exhibit 1020 - Page 1061 of 1808

Databricks_R2_PA_00003197

# CREATE CONTROLFILE

> **Caution:** Oracle recommends that you perform a full backup of all files in the database before using this statement. For more information, see *Oracle Database Backup and Recovery Basics.*

## Purpose

Use the `CREATE CONTROLFILE` statement to re-create a control file in one of the following cases:

- All copies of your existing control files have been lost through media failure.
- You want to change the name of the database.
- You want to change the maximum number of redo log file groups, redo log file members, archived redo log files, datafiles, or instances that can concurrently have the database mounted and open.

An alternative to the `CREATE CONTROLFILE` statement is `ALTER DATABASE BACKUP CONTROLFILE TO TRACE`, which generates a SQL script in the trace file to re-create the controlfile. If your database contains any read-only or temporary tablespaces, then that SQL script will also contain all the necessary SQL statements to add those files back into the database. Please refer to the `ALTER DATABASE` "BACKUP CONTROLFILE Clause" on page 10-47 for information creating a script based on an existing database controlfile.

## Prerequisites

To create a control file, you must have the `SYSDBA` system privilege.

The database must not be mounted by any instance. Oracle Database leaves the database mounted in `EXCLUSIVE` state after successful creation of the control file. If you are using the database with Real Application Clusters, you must then shut down and remount the database in `SHARED` mode (which is the default if the value of the `CLUSTER_DATABASE` initialization parameter is `TRUE`) before other instances can start up.

If the `REMOTE_LOGIN_PASSWORDFILE` initialization parameter is set to `EXCLUSIVE`, then the database returns an error when you attempt to re-create the control file. To avoid this message, either set the parameter to `SHARED`, or re-create your password file before re-creating the control file.

Cloudera Exhibit 1020 - Page 1062 of 1808

Databricks_R2_PA_00003198

**See Also:**   *Oracle Database Reference* for more information about the REMOTE_LOGIN_PASSWORDFILE parameter

## Syntax

**create_controlfile::=**



(*storage_clause::=* on page 8-60)

**logfile_clause::=**



(*file_specification::=* on page 8-37)

Cloudera Exhibit 1020 - Page 1063 of 1808

Databricks_R2_PA_00003199

CREATE CONTROLFILE

**character_set_clause::=**



## Semantics

When you issue a CREATE CONTROLFILE statement, Oracle Database creates a new control file based on the information you specify in the statement. The control file resides in the location specified in the CONTROL_FILES initialization parameter. If that parameter does not have a value, then the database creates an Oracle-managed control file in the default control file destination, which is one of the following (in order of precedence):

- One or more control files as specified in the DB_CREATE_ONLINE_LOG_DEST_ *n* initialization parameter. The file in the first directory is the primary control file. When DB_CREATE_ONLINE_LOG_DEST_ *n* is specified, the database does not create a control file in DB_CREATE_FILE_DEST or in DB_RECOVERY_FILE_DEST (the flash recovery area).

- If no value is specified for DB_CREATE_ONLINE_LOG_DEST_*n*, but values are set for both the DB_CREATE_FILE_DEST and DB_RECOVERY_FILE_DEST, then the database creates one control file in each location. The location specified in DB_CREATE_FILE_DEST is the primary control file.

- If a value is specified only for DB_CREATE_FILE_DEST, then the database creates one control file in that location.

- If a value is specified only for DB_RECOVERY_FILE_DEST, then the database creates one control file in that location.

If no values are set for any of these parameters, then the database creates a control file in the default location for the operating system on which the database is running. This control file is not an Oracle-managed file.

If you omit any clauses, Oracle Database uses the default values rather than the values for the previous control file. After successfully creating the control file, Oracle Database mounts the database in the mode specified by the initialization parameter CLUSTER_DATABASE. You then must perform media recovery before opening the database. Oracle recommends that you then shut down the instance and take a full backup of all files in the database.

**See Also:** *Oracle Database Backup and Recovery Basics*

Cloudera Exhibit 1020 - Page 1064 of 1808

Databricks_R2_PA_00003200

### REUSE

Specify `REUSE` to indicate that existing control files identified by the initialization parameter `CONTROL_FILES` can be reused, overwriting any information they may currently contain. If you omit this clause and any of these control files already exists, then Oracle Database returns an error.

### DATABASE Clause

Specify the name of the database. The value of this parameter must be the existing database name established by the previous `CREATE DATABASE` statement or `CREATE CONTROLFILE` statement.

### SET DATABASE Clause

Use `SET DATABASE` to change the name of the database. The name of a database can be as long as eight bytes.

### *logfile_clause*

Use the `logfile_clause` to specify the redo log files for your database. You must list all members of all redo log file groups.

Use the redo_log_file_spec form of `file_specification` (see *file_specification* on page 8-37) to list regular redo log files in an operating system file system or to list Automatic Storage Management disk group redo log files. When using a form of `ASM_filename`, you cannot specify the `autoextend_clause` of the `redo_log_file_spec`.

If you specify `RESETLOGS` in this clause, then you must use one of the file creation forms of `ASM_filename`. If you specify `NORESETLOGS`, you must specify one of the reference forms of `ASM_filename`.

> **See Also:** *ASM_filename* on page 8-40 for information on the different forms of syntax and *Oracle Database Administrator's Guide* for general information about using Automatic Storage Management

**GROUP *integer*** Specify the logfile group number. If you specify `GROUP` values, then Oracle Database verifies these values with the `GROUP` values when the database was last open.

If you omit this clause, then the database creates logfiles using system default values. In addition, if either the `DB_CREATE_ONLINE_LOG_DEST_`*n* or `DB_CREATE_FILE_DEST` initialization parameter has been set, and if you have

Databricks_R2_PA_00003201

specified `RESETLOGS`, then the database creates two logs in the default logfile destination specified in the `DB_CREATE_ONLINE_LOG_DEST_n` parameter, and if it is not set, then in the `DB_CREATE_FILE_DEST` parameter.

> **See Also:** *file_specification* on page 8-37 for a full description of this clause

**RESETLOGS**    Specify `RESETLOGS` if you want Oracle Database to ignore the contents of the files listed in the `LOGFILE` clause. These files do not have to exist. Each `redo_log_file_spec` in the `LOGFILE` clause must specify the `SIZE` parameter. The database assigns all online redo log file groups to thread 1 and enables this thread for public use by any instance. After using this clause, you must open the database using the `RESETLOGS` clause of the `ALTER DATABASE` statement.

**NORESETLOGS**    Specify `NORESETLOGS` if you want Oracle Database to use all files in the `LOGFILE` clause as they were when the database was last open. These files must exist and must be the current online redo log files rather than restored backups. The database reassigns the redo log file groups to the threads to which they were previously assigned and reenables the threads as they were previously enabled.

**DATAFILE Clause**
Specify the datafiles of the database. You must list all datafiles. These files must all exist, although they may be restored backups that require media recovery.

Do not include in the `DATAFILE` clause any datafiles in read-only tablespaces. You can add these types of files to the database later. Also, do not include in this clause any temporary datafiles (tempfiles).

Use the datafile_tempfile_spec form of `file_specification` (see *file_specification* on page 8-37) to list regular datafiles and tempfiles in an operating system file system or to list Automatic Storage Management disk group files. When using a form of `ASM_filename`, you must use one of the reference forms of `ASM_filename`. Please refer to *ASM_filename* on page 8-40 for information on the different forms of syntax.

> **See Also:** *Oracle Database Administrator's Guide* for general information about using Automatic Storage Management

**Restriction on DATAFILE**    You cannot specify the `autoextend_clause` of `file_specification` in this `DATAFILE` clause.

### MAXLOGFILES Clause

Specify the maximum number of online redo log file groups that can ever be created for the database. Oracle Database uses this value to determine how much space to allocate in the control file for the names of redo log files. The default and maximum values depend on your operating system. The value that you specify should not be less than the greatest GROUP value for any redo log file group.

### MAXLOGMEMBERS Clause

Specify the maximum number of members, or identical copies, for a redo log file group. Oracle Database uses this value to determine how much space to allocate in the control file for the names of redo log files. The minimum value is 1. The maximum and default values depend on your operating system.

### MAXLOGHISTORY Clause

This parameter is useful only if you are using Oracle Database in archivelog mode with Real Application Clusters. Specify the maximum number of archived redo log file groups for automatic media recovery of Real Application Clusters. The database uses this value to determine how much space to allocate in the control file for the names of archived redo log files. The minimum value is 0. The default value is a multiple of the MAXINSTANCES value and depends on your operating system. The maximum value is limited only by the maximum size of the control file.

### MAXDATAFILES Clause

Specify the initial sizing of the datafiles section of the control file at CREATE DATABASE or CREATE CONTROLFILE time. An attempt to add a file whose number is greater than MAXDATAFILES, but less than or equal to DB_FILES, causes the control file to expand automatically so that the datafiles section can accommodate more files.

The number of datafiles accessible to your instance is also limited by the initialization parameter DB_FILES.

### MAXINSTANCES Clause

Specify the maximum number of instances that can simultaneously have the database mounted and open. This value takes precedence over the value of the initialization parameter INSTANCES. The minimum value is 1. The maximum and default values depend on your operating system.

Databricks_R2_PA_00003203

**ARCHIVELOG | NOARCHIVELOG**

Specify `ARCHIVELOG` to archive the contents of redo log files before reusing them. This clause prepares for the possibility of media recovery as well as instance or system failure recovery.

If you omit both the `ARCHIVELOG` clause and `NOARCHIVELOG` clause, then Oracle Database chooses noarchivelog mode by default. After creating the control file, you can change between archivelog mode and noarchivelog mode with the `ALTER DATABASE` statement.

**FORCE LOGGING**

Use this clause to put the database into `FORCE LOGGING` mode after control file creation. When the database is in this mode, Oracle Database logs all changes in the database except changes to temporary tablespaces and temporary segments. This setting takes precedence over and is independent of any `NOLOGGING` or `FORCE LOGGING` settings you specify for individual tablespaces and any `NOLOGGING` settings you specify for individual database objects. If you omit this clause, the database will not be in `FORCE LOGGING` mode after the control file is created.

> **Note:**  `FORCE LOGGING` mode can have performance effects. Please refer to *Oracle Database Administrator's Guide* for information on when to use this setting.

*character_set_clause*

If you specify a character set, Oracle Database reconstructs character set information in the control file. If media recovery of the database is subsequently required, then this information will be available before the database is open, so that tablespace names can be correctly interpreted during recovery. This clause is required only if you are using a character set other than the default, which depends on your operating system. Oracle Database prints the current database character set to the alert log in $ORACLE_HOME/log during startup.

If you are re-creating your control file and you are using Recovery Manager for tablespace recovery, and if you specify a different character set from the one stored in the data dictionary, then tablespace recovery will not succeed. However, at database open, the control file character set will be updated with the correct character set from the data dictionary.

You cannot modify the character set of the database with this clause.

*Cloudera Exhibit 1020 - Page 1068 of 1808*

Databricks_R2_PA_00003204

> **See Also:**  *Oracle Database Backup and Recovery Basics* for more
> information on tablespace recovery

## Example

**Creating a Controlfile: Example**  This statement re-creates a control file. In this
statement, database `demo` was created with the WE8DEC character set. The example
uses the word *path* where you would normally insert the path on your system to
the appropriate Oracle Database directories.

```
STARTUP NOMOUNT

CREATE CONTROLFILE REUSE DATABASE "demo" NORESETLOGS NOARCHIVELOG
    MAXLOGFILES 32
    MAXLOGMEMBERS 2
    MAXDATAFILES 32
    MAXINSTANCES 1
    MAXLOGHISTORY 449
LOGFILE
  GROUP 1 '/path/oracle/dbs/t_log1.f'  SIZE 500K,
  GROUP 2 '/path/oracle/dbs/t_log2.f'  SIZE 500K
# STANDBY LOGFILE
DATAFILE
  '/path/oracle/dbs/t_db1.f',
  '/path/oracle/dbs/dbu19i.dbf',
  '/path/oracle/dbs/tbs_11.f',
  '/path/oracle/dbs/smundo.dbf',
  '/path/oracle/dbs/demo.dbf'
CHARACTER SET WE8DEC
;
```

Cloudera Exhibit 1020 - Page 1069 of 1808

Databricks_R2_PA_00003205

CREATE DATABASE
_____

# CREATE DATABASE

> **Caution:**   This statement prepares a database for initial use and erases any data currently in the specified files. Use this statement only when you understand its ramifications.

> **Note Regarding Security Enhancements:**   In this release of Oracle Database and in subsequent releases, several enhancements are being made to ensure the security of default database user accounts. You can find a security checklist for this release in *Oracle Database Security Guide.*Oracle Corporation recommends that you read this checklist and configure your database accordingly.

## Purpose

Use the CREATE DATABASE statement to create a database, making it available for general use.

This statement erases all data in any specified datafiles that already exist in order to prepare them for initial database use. If you use the statement on an existing database, then all data in the datafiles is lost.

After creating the database, this statement mounts it in either exclusive or parallel mode, depending on the value of the CLUSTER_DATABASE initialization parameter and opens it, making it available for normal use. You can then create tablespaces for the database.

### See Also:

- ALTER DATABASE on page 10-11 for information on modifying a database

- *Oracle Database Java Developer's Guide* for information on creating an Oracle Java virtual machine

- CREATE TABLESPACE on page 16-80 for information on creating tablespaces

Cloudera Exhibit 1020 - Page 1070 of 1808

Databricks_R2_PA_00003206

## Prerequisites

To create a database, you must have the SYSDBA system privilege.

If the REMOTE_LOGIN_PASSWORDFILE initialization parameter is set to EXCLUSIVE, then Oracle Database returns an error when you attempt to re-create the database. To avoid this message, either set the parameter to SHARED, or re-create your password file before re-creating the database.

**See Also:** *Oracle Database Reference* for more information about the REMOTE_LOGIN_PASSWORDFILE parameter

## Syntax

**create_database::=**



(*database_logging_clauses*::= on page 14-24, *tablespace_clauses*::= on page 14-24, *set_time_zone_clause*::= on page 14-26)

Cloudera Exhibit 1020 - Page 1071 of 1808

Databricks_R2_PA_00003207

CREATE DATABASE

**database_logging_clauses::=**



(*file_specification::=* on page 8-37)

**tablespace_clauses::=**



(*file_specification::=* on page 8-37, *default_tablespace::=* on page 14-24, *default_temp_tablespace::=* on page 14-25, *undo_tablespace::=* on page 14-25)

**default_tablespace::=**



Cloudera Exhibit 1020 - Page 1072 of 1808

Databricks_R2_PA_00003208

**default_temp_tablespace::=**



(*file_specification::=* on page 8-37)

**extent_management_clause::=**



**size_clause::=**



**undo_tablespace::=**



(*file_specification::=* on page 8-37)

Cloudera Exhibit 1020 - Page 1073 of 1808

Databricks_R2_PA_00003209

CREATE DATABASE

**set_time_zone_clause::=**



## Semantics

### *database*

Specify the name of the database to be created. The name must match the value of the DB_NAME initialization parameter. The name can be up to 8 bytes long and can contain only ASCII characters. Oracle Database writes this name into the control file. If you subsequently issue an ALTER DATABASE statement that explicitly specifies a database name, Oracle Database verifies that name with the name in the control file.

> **Note:** You cannot use special characters from European or Asian character sets in a database name. For example, characters with umlauts are not allowed.

If you omit the database name from a CREATE DATABASE statement, then Oracle Database uses the name specified by the initialization parameter DB_NAME. The DB_NAME initialization parameter must be set in the database initialization parameter file, and if you specify a different name from the value of that parameter, then the database returns an error. Please refer to "Schema Object Naming Guidelines" on page 2-111 for additional rules to which database names should adhere.

### USER SYS ..., USER SYSTEM ...

Use these clauses to establish passwords for the SYS and SYSTEM users. These clauses are not mandatory in this release. However, if you specify either clause, you must specify both clauses.

If you do not specify these clauses, then Oracle Database creates default passwords change_on_install for user SYS and manager for user SYSTEM. You can subsequently change these passwords using the ALTER USER statement. You can also use ALTER USER to add password management attributes after database creation.

Cloudera Exhibit 1020 - Page 1074 of 1808

Databricks_R2_PA_00003210

See Also:   ALTER USER on page 13-24

## CONTROLFILE REUSE Clause

Specify CONTROLFILE REUSE to reuse existing control files identified by the initialization parameter CONTROL_FILES, overwriting any information they currently contain. Normally you use this clause only when you are re-creating a database, rather than creating one for the first time. When you create a database for the first time, Oracle Database creates a control file in the default destination, which is dependent on the value or several initialization parameters. See CREATE CONTROLFILE, "Semantics" on page 14-16.

You cannot use this clause if you also specify a parameter value that requires that the control file be larger than the existing files. These parameters are MAXLOGFILES, MAXLOGMEMBERS, MAXLOGHISTORY, MAXDATAFILES, and MAXINSTANCES.

If you omit this clause and any of the files specified by CONTROL_FILES already exist, then the database returns an error.

## MAXDATAFILES Clause

Specify the initial sizing of the datafiles section of the control file at CREATE DATABASE or CREATE CONTROLFILE time. An attempt to add a file whose number is greater than MAXDATAFILES, but less than or equal to DB_FILES, causes the Oracle Database control file to expand automatically so that the datafiles section can accommodate more files.

The number of datafiles accessible to your instance is also limited by the initialization parameter DB_FILES.

## MAXINSTANCES Clause

Specify the maximum number of instances that can simultaneously have this database mounted and open. This value takes precedence over the value of initialization parameter INSTANCES. The minimum value is 1. The maximum and default values depend on your operating system.

## CHARACTER SET Clause

Specify the character set the database uses to store data. The supported character sets and default value of this parameter depend on your operating system.

**Restriction on CHARACTER SET**   You cannot specify the AL16UTF16 character set as the database character set.

Cloudera Exhibit 1020 - Page 1075 of 1808

Databricks_R2_PA_00003211

CREATE DATABASE

---

> **See Also:**   *Oracle Database Globalization Support Guide* for more
> information about choosing a character set

## NATIONAL CHARACTER SET Clause

Specify the national character set used to store data in columns specifically defined
as `NCHAR`, `NCLOB`, or `NVARCHAR2`. Valid values are `AL16UTF16` and `UTF8`. The
default is `AL16UTF16`.

> **See Also:**   *Oracle Database Globalization Support Guide* for
> information on Unicode datatype support.

### *database_logging_clauses*

Use the `database_logging_clauses` to determine how Oracle Database will
handle redo log files for this database.

### LOGFILE Clause

Specify one or more files to be used as redo log files. Use the `redo_log_file_`
`spec` form of `file_specification` to create regular redo log files in an
operating system file system or to create Automatic Storage Management disk
group redo log files. When using a form of `ASM_filename`, you cannot specify the
`autoextend_clause` of `redo_log_file_spec`.

The `redo_log_file_spec` clause specifies a redo log file group containing one or
more redo log file members (copies). All redo log files specified in a `CREATE`
`DATABASE` statement are added to redo log thread number 1.

> **See Also:**   *file_specification* on page 8-37 for a full description of
> this clause

If you omit the `LOGFILE` clause, then Oracle Database creates an Oracle-managed
log file member in the default destination, which is one of the following locations
(in order of precedence):

- If either the `DB_CREATE_ONLINE_LOG_DEST_n` is set, then the database
  creates a log file member in each directory specified, up to the value of the
  `MAXLOGMEMBERS` initialization parameter.

- If the `DB_CREATE_ONLINE_LOG_DEST_n` parameter is not set, but both the
  `DB_CREATE_FILE_DEST` and `DB_RECOVERY_FILE_DEST` initialization
  parameters are set, then the database creates one Oracle-managed log file
  member in each of those locations. The log file in the `DB_CREATE_FILE_DEST`
  destination is the first member.

Cloudera Exhibit 1020 - Page 1076 of 1808

Databricks_R2_PA_00003212

- If only the `DB_CREATE_FILE_DEST` initialization parameter is specified, then Oracle Database creates a log file member in that location.

- If only the `DB_RECOVERY_FILE_DEST` initialization parameter is specified, then Oracle Database creates a log file member in that location.

In all these cases, the parameter settings must correctly specify operating system filenames or creation form Automatic Storage Management filenames, as appropriate.

If no values are set for any of these parameters, then the database creates a log file in the default location for the operating system on which the database is running. This log file is not an Oracle-managed file.

**GROUP** *integer*   Specify the number that identifies the redo log file group. The value of *integer* can range from 1 to the value of the `MAXLOGFILES` parameter. A database must have at least two redo log file groups. You cannot specify multiple redo log file groups having the same `GROUP` value. If you omit this parameter, then Oracle Database generates its value automatically. You can examine the `GROUP` value for a redo log file group through the dynamic performance view `V$LOG`.

### MAXLOGFILES Clause

Specify the maximum number of redo log file groups that can ever be created for the database. Oracle Database uses this value to determine how much space to allocate in the control file for the names of redo log files. The default, minimum, and maximum values depend on your operating system.

### MAXLOGMEMBERS Clause

Specify the maximum number of members, or copies, for a redo log file group. Oracle Database uses this value to determine how much space to allocate in the control file for the names of redo log files. The minimum value is 1. The maximum and default values depend on your operating system.

### MAXLOGHISTORY Clause

This parameter is useful only if you are using Oracle Database in archivelog mode with Real Application Clusters. Specify the maximum number of archived redo log files for automatic media recovery of Real Application Clusters. the database uses this value to determine how much space to allocate in the control file for the names of archived redo log files. The minimum value is 0. The default value is a multiple of the `MAXINSTANCES` value and depends on your operating system. The maximum value is limited only by the maximum size of the control file.

Databricks_R2_PA_00003213

### ARCHIVELOG

Specify `ARCHIVELOG` if you want the contents of a redo log file group to be archived before the group can be reused. This clause prepares for the possibility of media recovery.

### NOARCHIVELOG

Specify `NOARCHIVELOG` if the contents of a redo log file group need not be archived before the group can be reused. This clause does not allow for the possibility of media recovery.

The default is noarchivelog mode. After creating the database, you can change between archivelog mode and noarchivelog mode with the `ALTER DATABASE` statement.

### FORCE LOGGING

Use this clause to put the database into `FORCE LOGGING` mode. Oracle Database will log all changes in the database except for changes in temporary tablespaces and temporary segments. This setting takes precedence over and is independent of any `NOLOGGING` or `FORCE LOGGING` settings you specify for individual tablespaces and any `NOLOGGING` settings you specify for individual database objects.

`FORCE LOGGING` mode is persistent across instances of the database. That is, if you shut down and restart the database, the database is still in `FORCE LOGGING` mode. However, if you re-create the control file, Oracle Database will take the database out of `FORCE LOGGING` mode unless you specify `FORCE LOGGING` in the `CREATE CONTROLFILE` statement.

> **Note:** `FORCE LOGGING` mode can have performance effects. Please refer to *Oracle Database Administrator's Guide* for information on when to use this setting.

**See Also:** CREATE CONTROLFILE on page 14-14

### tablespace_clauses

Use the tablespace clauses to configure the `SYSTEM` and `SYSAUX` tablespaces and to specify a default temporary tablespace and an undo tablespace.

Cloudera Exhibit 1020 - Page 1078 of 1808

Databricks_R2_PA_00003214

### EXTENT MANAGEMENT LOCAL

Use this clause to create a locally managed SYSTEM tablespace. If you omit this clause, the SYSTEM tablespace will be dictionary managed.

---

> **Caution:**   Once you create a locally managed SYSTEM tablespace, you cannot change it to be dictionary managed, nor can you create any other dictionary-managed tablespaces in this database.

---

If you specify this clause, the database must have a default temporary tablespace, because a locally managed SYSTEM tablespace cannot store temporary segments.

- If you specify EXTENT MANAGEMENT LOCAL but you do not specify the DATAFILE clause, you can omit the *default_temp_tablespace* clause. Oracle Database will create a default temporary tablespace called TEMP with one datafile of size 10M with autoextend disabled.

- If you specify both EXTENT MANAGEMENT LOCAL and the DATAFILE clause, then you must also specify the *default_temp_tablespace* clause and explicitly specify a datafile for that tablespace.

If you have opened the instance in Automatic Undo Management mode, similar requirements exist for the database undo tablespace:

- If you specify EXTENT MANAGEMENT LOCAL but you do not specify the DATAFILE clause, you can omit the *undo_tablespace* clause. Oracle Database will create an undo tablespace named SYS_UNDOTBS.

- If you specify both EXTENT MANAGEMENT LOCAL and the DATAFILE clause, then you must also specify the *undo_tablespace* clause and explicitly specify a datafile for that tablespace.

> **See Also:**   *Oracle Database Administrator's Guide* for more information on locally managed and dictionary-managed tablespaces

### SET DEFAULT TABLESPACE Clause

Use this clause to determine the default type of subsequently created tablespaces and of the SYSTEM and SYSAUX tablespaces. Specify either BIGFILE or SMALLFILE to set the default type of subsequently created tablespaces as a bigfile or smallfile tablespace, respectively.

Databricks_R2_PA_00003215

CREATE DATABASE

- A **bigfile tablespace** contains only one datafile or tempfile, which can contain up to $2^{32}$ or 4G blocks. The maximum size of the single datafile or tempfile is 128 terabytes (TB) for a tablespace with 32K blocks and 32TB for a tablespace with 8K blocks.

- A **smallfile tablespace** is a traditional Oracle tablespace, which can contain 1022 datafiles or tempfiles, each of which can contain up to $2^{22}$ or 4M blocks.

If you omit this clause, then Oracle Database creates smallfile tablespaces by default.

> **See Also:**
>
> - *Oracle Database Administrator's Guide* for more information about bigfile tablespaces
> - "Setting the Default Type of Tablespaces: Example" on page 10-59 for an example using this syntax

### SYSAUX Clause

Oracle Database creates both the SYSTEM and SYSAUX tablespaces as part of every database. Use this clause if you are not using Oracle-managed files and you want to specify one or more datafiles for the SYSAUX tablespace.

You must specify this clause if you have specified one or more datafiles for the SYSTEM tablespace using the DATAFILE clause. If you are using Oracle-managed files and you omit this clause, then the database creates the SYSAUX datafiles in the default location set up for Oracle-managed files.

If you have enabled Oracle-managed files and you omit the SYSAUX clause, then the database creates the SYSAUX tablespace as an online, permanent, locally managed tablespace with one datafile of 100 MB, with logging enabled and automatic segment-space management.

The syntax for specifying datafiles for the SYSAUX tablespace is the same as that for specifying datafiles during tablespace creation using the CREATE TABLESPACE statement, whether you are storing files using Automatic Storage Management or in a file system or raw device.

Cloudera Exhibit 1020 - Page 1080 of 1808

Databricks_R2_PA_00003216

**See Also:**

- CREATE TABLESPACE on page 16-80 for information on creating the SYSAUX tablespace during database upgrade and for information on specifying datafiles in a tablespace

- *Oracle Database Administrator's Guide* for more information on creating the SYSAUX tablespace

### default_tablespace

Specify this clause to create a default permanent tablespace for the database. Oracle Database creates a smallfile tablespace and subsequently will assign to this tablespace any non-SYSTEM users for whom you do not specify a different permanent tablespace. If you do not specify this clause, then the SYSTEM tablespace is the default permanent tablespace for non-SYSTEM users.

The DATAFILE clause and *extent_management_clause* have the same semantics they have in a CREATE TABLESPACE statement. Please refer to "DATAFILE | TEMPFILE Clause" on page 16-86 and *extent_management_clause* on page 16-90 for information on these clauses.

### default_temp_tablespace

Specify this clause to create a default temporary tablespace for the database. Oracle Database will assign to this temporary tablespace any users for whom you do not specify a different temporary tablespace. If you do not specify this clause, and if the database does not create a default temporary tablespace automatically in the process of creating a locally managed SYSTEM tablespace, then the SYSTEM tablespace is the default temporary tablespace.

Specify BIGFILE or SMALLFILE to determine whether the default temporary tablespace is a bigfile or smallfile tablespace. These clauses have the same semantics as in the "SET DEFAULT TABLESPACE Clause" on page 14-31.

The TEMPFILE clause part of this clause is optional if you have enabled Oracle-managed files by setting the DB_CREATE_FILE_DEST initialization parameter. If you have not specified a value for this parameter, then the TEMPFILE clause is required. If you have specified BIGFILE, then you can specify only one tempfile in this clause.

The syntax for specifying tempfiles for the default temporary tablespace is the same as that for specifying tempfiles during temporary tablespace creation using the CREATE TABLESPACE statement, whether you are storing files using Automatic Storage Management or in a file system or raw device.

Cloudera Exhibit 1020 - Page 1081 of 1808

Databricks_R2_PA_00003217

CREATE DATABASE

---

**See Also:** CREATE TABLESPACE on page 16-80 for information on specifying tempfiles

---

**Note:** On some operating systems, Oracle does not allocate space for a tempfile until the tempfile blocks are actually accessed. This delay in space allocation results in faster creation and resizing of tempfiles, but it requires that sufficient disk space is available when the tempfiles are later used. To avoid potential problems, before you create or resize a tempfile, ensure that the available disk space exceeds the size of the new tempfile or the increased size of a resized tempfile. The excess space should allow for anticipated increases in disk space use by unrelated operations as well. Then proceed with the creation or resizing operation.

---

**Restrictions on Default Temporary Tablespaces**

- You cannot specify the SYSTEM tablespace in this clause.

- The default temporary tablespace must have a standard block size.

The *extent_management_clause* clause has the same semantics in CREATE DATABASE and CREATE TABLESPACE statements. For complete information, please refer to the CREATE TABLESPACE ... *extent_management_clause* on page 16-90.

### undo_tablespace

If you have opened the instance in automatic undo mode (that is, the UNDO_ MANAGEMENT initialization parameter is set to AUTO), then you can specify the *undo_tablespace* to create a tablespace to be used for undo data. Oracle strongly recommends that you use automatic undo mode. However, if you want undo space management to be handled by way of rollback segments, then you must omit this clause. You can also omit this clause if you have set a value for the UNDO_ TABLESPACE initialization parameter. If that parameter has been set, and if you specify this clause, then *tablespace* must be the same as that parameter value.

- Specify BIGFILE if you want the undo tablespace to be a bigfile tablespace. A **bigfile tablespace** contains only one datafile, which can be up to 8 exabytes (8 million terabytes) in size.

- Specify SMALLFILE if you want the undo tablespace to be a smallfile tablespace. A **smallfile tablespace** is a traditional Oracle Database tablespace, which can contain 1022 datafiles, each of which can be up to 4 MB in size.

Cloudera Exhibit 1020 - Page 1082 of 1808

Databricks_R2_PA_00003218

- ■ The `DATAFILE` clause part of this clause is optional if you have enabled Oracle-managed files by setting the `DB_CREATE_FILE_DEST` initialization parameter. If you have not specified a value for this parameter, then the `DATAFILE` clause is required. If you have specified `BIGFILE`, then you can specify only one datafile in this clause.

The syntax for specifying datafiles for the undo tablespace is the same as that for specifying datafiles during tablespace creation using the `CREATE TABLESPACE` statement, whether you are storing files using Automatic Storage Management or in a file system or raw device.

> **See Also:** CREATE TABLESPACE on page 16-80 for information on specifying datafiles

If you specify this clause, then Oracle Database creates an undo tablespace named *tablespace*, creates the specified datafile(s) as part of the undo tablespace, and assigns this tablespace as the undo tablespace of the instance. Oracle Database will manage undo data using this undo tablespace. The `DATAFILE` clause of this clause has the same behavior as described in "DATAFILE Clause" on page 14-36.

If you have specified a value for the `UNDO_TABLESPACE` initialization parameter in your initialization parameter file before mounting the database, then you must specify the same name in this clause. If these names differ, then Oracle Database will return an error when you open the database.

If you omit this clause, then Oracle Database creates a default database with a default smallfile undo tablespace named `SYS_UNDOTBS` and assigns this default tablespace as the undo tablespace of the instance. This undo tablespace allocates disk space from the default files used by the `CREATE DATABASE` statement, and it has an initial extent of 10M. Oracle Database handles the system-generated datafile as described in "DATAFILE Clause" on page 14-36. If Oracle Database is unable to create the undo tablespace, then the entire `CREATE DATABASE` operation fails.

> **See Also:**
>
> - ■ *Oracle Database Administrator's Guide* for information on Automatic Undo Management and undo tablespaces
> - ■ CREATE TABLESPACE on page 16-80 for information on creating an undo tablespace after database creation

Cloudera Exhibit 1020 - Page 1083 of 1808

Databricks_R2_PA_00003219

## DATAFILE Clause

Specify one or more files to be used as datafiles. All these files become part of the
`SYSTEM` tablespace. Use the datafile_tempfile_spec form of `file_specification`
to create regular datafiles and tempfiles in an operating system file system or to
create Automatic Storage Management disk group files.

> **Caution:**   This clause is optional, as is the `DATAFILE` clause of the
> `undo_tablespace` clause. Therefore, to avoid ambiguity, if your
> intention is to specify a datafile for the `SYSTEM` tablespace with this
> clause, then do *not* specify it immediately after an `undo_`
> `tablespace` clause that does not include the optional `DATAFILE`
> clause. If you do so, Oracle Database will interpret the `DATAFILE`
> clause to be part of the `undo_tablespace` clause.

The syntax for specifying datafiles for the `SYSTEM` tablespace is the same as that for
specifying datafiles during tablespace creation using the `CREATE TABLESPACE`
statement, whether you are storing files using Automatic Storage Management or in
a file system or raw device.

> **See Also:**   CREATE TABLESPACE on page 16-80 for information
> on specifying datafiles

If you are running the database in automatic undo mode and you specify a datafile
name for the `SYSTEM` tablespace, then Oracle Database expects to generate datafiles
for all tablespaces. Oracle Database does this automatically if you are using
Oracle-managed files—that is, you have set a value for the `DB_CREATE_FILE_`
`DEST` initialization parameter. However, if you are not using Oracle-managed files
and you specify this clause, then you must also specify the `undo_tablespace`
clause and the `default_temp_tablespace` clause.

If you omit this clause, then:

- If the `DB_CREATE_FILE_DEST` initialization parameter is set, then Oracle
  Database creates a 100 MB Oracle-managed datafile with a system-generated
  name in the default file destination specified in the parameter.

- If the `DB_CREATE_FILE_DEST` initialization parameter is not set, then Oracle
  Database creates one datafile whose name and size depend on your operating
  system.

> **See Also:**   *file_specification* on page 8-37 for syntax

Cloudera Exhibit 1020 - Page 1084 of 1808

Databricks_R2_PA_00003220

### *set_time_zone_clause*

Use the SET TIME_ZONE clause to set the time zone of the database. You can specify the time zone in two ways:

- By specifying a displacement from UTC (Coordinated Universal Time—formerly Greenwich Mean Time). The valid range of *hh:mm* is -12:00 to +14:00.

- By specifying a time zone region. To see a listing of valid region names, query the TZNAME column of the V$TIMEZONE_NAMES dynamic performance view.

> **Note:**  Oracle recommends that you set the database time zone to UTC (0:00). Doing so can improve performance, especially across databases, as no conversion of time zones will be required.

> **See Also:**  *Oracle Database Reference* for information on the dynamic performance views

Oracle Database normalizes all TIMESTAMP WITH LOCAL TIME ZONE data to the time zone of the database when the data is stored on disk. If you do not specify the SET TIME_ZONE clause, then the database uses the operating system time zone of the server. If the operating system time zone is not a valid Oracle Database time zone, then the database time zone defaults to UTC.

## Examples

**Creating a Database: Example**   The following statement creates a database and fully specifies each argument:

```
CREATE DATABASE sample
   CONTROLFILE REUSE
   LOGFILE
      GROUP 1 ('diskx:log1.log', 'disky:log1.log') SIZE 50K,
      GROUP 2 ('diskx:log2.log', 'disky:log2.log') SIZE 50K
   MAXLOGFILES 5
   MAXLOGHISTORY 100
   MAXDATAFILES 10
   MAXINSTANCES 2
   ARCHIVELOG
   CHARACTER SET AL32UTF8
   NATIONAL CHARACTER SET AL16UTF16
   DATAFILE
```

Cloudera Exhibit 1020 - Page 1085 of 1808

Databricks_R2_PA_00003221

CREATE DATABASE

```
     'disk1:df1.dbf' AUTOEXTEND ON,
     'disk2:df2.dbf' AUTOEXTEND ON NEXT 10M MAXSIZE UNLIMITED
  DEFAULT TEMPORARY TABLESPACE temp_ts
  UNDO TABLESPACE undo_ts
  SET TIME_ZONE = '+02:00';
```

This example assumes that you have enabled Oracle-managed files by specifying a value for the DB_CREATE_FILE_DEST parameter in your initialization parameter file. Therefore no file specification is needed for the DEFAULT TEMPORARY TABLESPACE and UNDO TABLESPACE clauses.

Cloudera Exhibit 1020 - Page 1086 of 1808

Databricks_R2_PA_00003222

# CREATE DATABASE LINK

## Purpose

Use the `CREATE DATABASE LINK` statement to create a database link. A **database link** is a schema object in one database that enables you to access objects on another database. The other database need not be an Oracle Database system. However, to access non-Oracle systems you must use Oracle Heterogeneous Services.

Once you have created a database link, you can use it to refer to tables and views on the other database. In SQL statements, you can refer to a table or view on the other database by appending *@dblink* to the table or view name. You can query a table or view on the other database with the `SELECT` statement. You can also access remote tables and views using any `INSERT`, `UPDATE`, `DELETE`, or `LOCK TABLE` statement.

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for information about accessing remote tables or views with PL/SQL functions, procedures, packages, and datatypes
>
> - *Oracle Database Administrator's Guide* for information on distributed database systems
>
> - *Oracle Database Reference* for descriptions of existing database links in the `ALL_DB_LINKS`, `DBA_DB_LINKS`, and `USER_DB_LINKS` data dictionary views and for information on monitoring the performance of existing links through the `V$DBLINK` dynamic performance view
>
> - DROP DATABASE LINK on page 17-71 for information on dropping existing database links
>
> - INSERT on page 18-65, UPDATE on page 19-75, DELETE on page 17-55, and LOCK TABLE on page 18-85 for using links in DML operations

## Prerequisites

To create a private database link, you must have the `CREATE DATABASE LINK` system privilege. To create a public database link, you must have the `CREATE`

Cloudera Exhibit 1020 - Page 1087 of 1808

Databricks_R2_PA_00003223

CREATE DATABASE LINK

PUBLIC DATABASE LINK system privilege. Also, you must have the CREATE SESSION system privilege on the remote Oracle database.

Oracle Net must be installed on both the local and remote Oracle databases.

## Syntax

**create_database_link::=**





**dblink_authentication::=**

## Keyword and Parameters

### SHARED

Specify SHARED to use a single network connection to create a public database link that can be shared among multiple users.

> **See Also:** *Oracle Database Administrator's Guide* for more information about shared database links

### PUBLIC

Specify PUBLIC to create a public database link available to all users. If you omit this clause, the database link is private and is available only to you.

Cloudera Exhibit 1020 - Page 1088 of 1808

Databricks_R2_PA_00003224

**See Also:**   "Defining a Public Database Link: Example" on page 14-43

### *dblink*

Specify the complete or partial name of the database link. If you specify only the database name, then Oracle Database implicitly appends the database domain of the local database.

If the value of the GLOBAL_NAMES initialization parameter is TRUE, then the database link must have the same name as the database to which it connects. If the value of GLOBAL_NAMES is FALSE, and if you have changed the global name of the database, then you can specify the global name.

The maximum number of database links that can be open in one session or one instance of a Real Application Clusters configuration depends on the value of the OPEN_LINKS and OPEN_LINKS_PER_INSTANCE initialization parameters.

**Restriction on Creating Database Links**   You cannot create a database link in another user's schema, and you cannot qualify *dblink* with the name of a schema. Periods are permitted in names of database links, so Oracle Database interprets the entire name, such as ralph.linktosales, as the name of a database link in your schema rather than as a database link named linktosales in the schema ralph.)

**See Also:**

■   "Referring to Objects in Remote Databases" on page 2-114 for guidelines for naming database links

■   *Oracle Database Reference* for information on the GLOBAL_NAMES, OPEN_LINKS, and OPEN_LINKS_PER_INSTANCE initialization parameters

■   "RENAME GLOBAL_NAME Clause" on page 10-55 (an ALTER DATABASE clause) for information on changing the database global name

## CONNECT TO Clause

The CONNECT TO clause lets you enable a connection to the remote database.

Cloudera Exhibit 1020 - Page 1089 of 1808

Databricks_R2_PA_00003225

CREATE DATABASE LINK

___

**CURRENT_USER Clause**

Specify `CURRENT_USER` to create a **current user database link**. The current user must be a global user with a valid account on the remote database.

If the database link is used directly, that is, not from within a stored object, then the current user is the same as the connected user.

When executing a stored object (such as a procedure, view, or trigger) that initiates a database link, `CURRENT_USER` is the username that owns the stored object, and not the username that called the object. For example, if the database link appears inside procedure `scott.p` (created by `scott`), and user `jane` calls procedure `scott.p`, the current user is `scott`.

However, if the stored object is an invoker-rights function, procedure, or package, the invoker's authorization ID is used to connect as a remote user. For example, if the privileged database link appears inside procedure `scott.p` (an invoker-rights procedure created by `scott`), and user Jane calls procedure `scott.p`, then `CURRENT_USER` is `jane` and the procedure executes with Jane's privileges.

> **See Also:**
>
> - CREATE FUNCTION on page 14-61 for more information on invoker-rights functions
> - "Defining a CURRENT_USER Database Link: Example" on page 14-44

**_user_ IDENTIFIED BY _password_**

Specify the username and password used to connect to the remote database using a **fixed user database link**. If you omit this clause, the database link uses the username and password of each user who is connected to the database. This is called a **connected user database link**.

> **See Also:** "Defining a Fixed-User Database Link: Example" on page 14-43

**_dblink_authentication_**

Specify the username and password on the target instance. This clause authenticates the user to the remote server and is required for security. The specified username and password must be a valid username and password on the remote instance. The username and password are used only for authentication. No other operations are performed on behalf of this user.

You must specify this clause when using the `SHARED` clause.

Cloudera Exhibit 1020 - Page 1090 of 1808

### USING '*connect string*'

Specify the service name of a remote database. If you specify only the database name, then Oracle Database implicitly appends the database domain to the connect string to create a complete service name. Therefore, if the database domain of the remote database is different from that of the current database, then you must specify the complete service name.

> **See Also:** *Oracle Database Administrator's Guide* for information on specifying remote databases

## Examples

The examples that follow assume two databases, one with the database name `local` and the other with the database name `remote`. The examples use the Oracle Database domain. Your database domain will be different.

**Defining a Public Database Link: Example**   The following statement defines a shared public database link named `remote` that refers to the database specified by the service name `remote`:

```
CREATE PUBLIC DATABASE LINK remote
   USING 'remote';
```

This database link allows user `hr` on the `local` database to update a table on the `remote` database (assuming `hr` has appropriate privileges):

```
UPDATE employees@remote
   SET salary=salary*1.1
   WHERE last_name = 'Baer';
```

**Defining a Fixed-User Database Link: Example**   In the following statement, user `hr` on the `remote` database defines a fixed-user database link named `local` to the `hr` schema on the `local` database:

```
CREATE DATABASE LINK local
   CONNECT TO hr IDENTIFIED BY hr
   USING 'local';
```

Once this database link is created, `hr` can query tables in the schema `hr` on the `local` database in this manner:

```
SELECT * FROM employees@local;
```

User `hr` can also use DML statements to modify data on the `local` database:

Cloudera Exhibit 1020 - Page 1091 of 1808

Databricks_R2_PA_00003227

```
INSERT INTO employees@local
   (employee_id, last_name, email, hire_date, job_id)
   VALUES (999, 'Claus', 'sclaus@oracle.com', SYSDATE, 'SH_CLERK');

UPDATE jobs@local SET min_salary = 3000
   WHERE job_id = 'SH_CLERK';

DELETE FROM employees@local
   WHERE employee_id = 999;
```

Using this fixed database link, user hr on the remote database can also access tables owned by other users on the same database. This statement assumes that user hr has SELECT privileges on the oe.customers table. The statement connects to the user hr on the local database and then queries the oe.customers table:

```
SELECT * FROM oe.customers@local;
```

**Defining a CURRENT_USER Database Link: Example**  The following statement defines a current-user database link to the remote database, using the entire service name as the link name:

```
CREATE DATABASE LINK remote.us.oracle.com
   CONNECT TO CURRENT_USER
   USING 'remote';
```

The user who issues this statement must be a global user registered with the LDAP directory service.

You can create a synonym to hide the fact that a particular table is on the remote database. The following statement causes all future references to emp_table to access the employees table owned by hr on the remote database:

```
CREATE SYNONYM emp_table
   FOR oe.employees@remote.us.oracle.com;
```

Databricks_R2_PA_00003228

## CREATE DIMENSION

### Purpose

Use the `CREATE DIMENSION` statement to create a **dimension**. A dimension defines a parent-child relationship between pairs of column sets, where all the columns of a column set must come from the same table. However, columns in one column set (called a **level**) can come from a different table than columns in another set. The optimizer uses these relationships with materialized views to perform **query rewrite**. The SQLAccess Advisor uses these relationships to recommend creation of specific materialized views.

> **Note:** Oracle Database does not automatically validate the relationships you declare when creating a dimension. To validate the relationships specified in the `hierarchy_clause` and the `dimension_join_clause` of `CREATE DIMENSION`, you must run the `DBMS_OLAP.VALIDATE_DIMENSION` procedure.

**See Also:**

- CREATE MATERIALIZED VIEW on page 15-5 for more information on materialized views

- *Oracle Data Warehousing Guide* for more information on query rewrite, the optimizer and the SQLAccess Advisor

- *PL/SQL Packages and Types Reference* for information on the `DBMS_OLAP.VALIDATE_DIMENSION` procedure

### Prerequisites

To create a dimension in your own schema, you must have the `CREATE DIMENSION` system privilege. To create a dimension in another user's schema, you must have the `CREATE ANY DIMENSION` system privilege. In either case, you must have the `SELECT` object privilege on any objects referenced in the dimension.

Cloudera Exhibit 1020 - Page 1093 of 1808

Databricks_R2_PA_00003229

CREATE DIMENSION

## Syntax

**create_dimension::=**



**level_clause::=**



**hierarchy_clause::=**



**dimension_join_clause::=**



**attribute_clause::=**



**14-46**  SQL Reference

**extended_attribute_clause::=**



## Semantics

### schema

Specify the schema in which the dimension will be created. If you do not specify
*schema*, then Oracle Database creates the dimension in your own schema.

### dimension

Specify the name of the dimension. The name must be unique within its schema.

### level_clause

The *level_clause* defines a level in the dimension. A level defines dimension
hierarchies and attributes.

**level**   Specify the name of the level.

**level_table . level_column**   Specify the columns in the level. You can specify up to
32 columns. The tables you specify in this clause must already exist.

**Restrictions on Dimension Level Columns**

- All of the columns in a level must come from the same table.

- If columns in different levels come from different tables, then you must specify
  the *dimension_join_clause*.

- The set of columns you specify must be unique to this level.

- The columns you specify cannot be specified in any other dimension.

- Each *level_column* must be non-null. However, these columns need not have
  NOT NULL constraints.

Cloudera Exhibit 1020 - Page 1095 of 1808

Databricks_R2_PA_00003231

### hierarchy_clause

The `hierarchy_clause` defines a linear hierarchy of levels in the dimension. Each hierarchy forms a chain of parent-child relationships among the levels in the dimension. Hierarchies in a dimension are independent of each other. They may, but need not, have columns in common.

Each level in the dimension should be specified at most once in this clause, and each level must already have been named in the `level_clause`.

**hierarchy**    Specify the name of the hierarchy. This name must be unique in the dimension.

**child_level**    Specify the name of a level that has an **n**:1 relationship with a parent level. That is, the `level_columns` of `child_level` cannot be null, and each `child_level` value uniquely determines the value of the next named `parent_level`.

If the child `level_table` is different from the parent `level_table`, then you must specify a join relationship between them in the `dimension_join_clause`.

**parent_level**    Specify the name of a level.

### dimension_join_clause

The `dimension_join_clause` lets you specify an inner equijoin relationship for a dimension whose columns are contained in multiple tables. This clause is required and permitted only when the columns specified in the hierarchy are not all in the same table.

#### child_key_column

Specify one or more columns that are join-compatible with columns in the parent level.

If you do not specify the schema and table of each `child_column`, then the schema and table are inferred from the `CHILD OF` relationship in the `hierarchy_clause`. If you do specify the schema and column of a `child_key_column`, then the schema and table must match the schema and table of columns in the child of `parent_level` in the `hierarchy_clause`.

#### parent_level

Specify the name of a level.

Cloudera Exhibit 1020 - Page 1096 of 1808

Databricks_R2_PA_00003232

**Restrictions on Join Dimensions**

- You can specify only one *dimension_join_clause* for a given pair of levels in the same hierarchy.

- The *child_key_columns* must be non-null, and the parent key must be unique and non-null. You need not define constraints to enforce these conditions, but queries may return incorrect results if these conditions are not true.

- Each child key must join with a key in the *parent_level* table.

- Self-joins are not permitted. That is, the *child_key_columns* cannot be in the same table as *parent_level*.

- All of the child key columns must come from the same table.

- The number of child key columns must match the number of columns in *parent_level*, and the columns must be joinable.

- You cannot specify multiple child key columns unless the parent level consists of multiple columns.

### attribute_clause

The *attribute_clause* lets you specify the columns that are uniquely determined by a hierarchy level. The columns in *level* must all come from the same table as the *dependent_columns*. The *dependent_columns* need not have been specified in the *level_clause*.

For example, if the hierarchy levels are city, state, and country, then city might determine mayor, state might determine governor, and country might determine president.

### extended_attribute_clause

This clause lets you specify an attribute name for one or more level-to-column relations. The type of attribute you create with this clause is not different from the type of attribute created using the *attribute_clause*. The only difference is that this clause lets you assign a name to the attribute that is different from the level name.

## Examples

**Creating a Dimension: Examples**   This statement was used to create the customers_dim dimension in the sample schema sh:

Cloudera Exhibit 1020 - Page 1097 of 1808

Databricks_R2_PA_00003233

CREATE DIMENSION

```
CREATE DIMENSION customers_dim
   LEVEL customer   IS (customers.cust_id)
   LEVEL city       IS (customers.cust_city)
   LEVEL state      IS (customers.cust_state_province)
   LEVEL country    IS (countries.country_id)
   LEVEL subregion  IS (countries.country_subregion)
   LEVEL region     IS (countries.country_region)
   HIERARCHY geog_rollup (
      customer      CHILD OF
      city          CHILD OF
      state         CHILD OF
      country       CHILD OF
      subregion     CHILD OF
      region
   JOIN KEY (customers.country_id) REFERENCES country
   )
   ATTRIBUTE customer DETERMINES
   (cust_first_name, cust_last_name, cust_gender,
    cust_marital_status, cust_year_of_birth,
    cust_income_level, cust_credit_limit)
   ATTRIBUTE country DETERMINES (countries.country_name)
;
```

Alternatively, the *extended_attribute_clause* could have been used instead of the *attribute_clause*, as shown in the following example:

```
CREATE DIMENSION customers_dim
   LEVEL customer   IS (customers.cust_id)
   LEVEL city       IS (customers.cust_city)
   LEVEL state      IS (customers.cust_state_province)
   LEVEL country    IS (countries.country_id)
   LEVEL subregion  IS (countries.country_subregion)
   LEVEL region     IS (countries.country_region)
   HIERARCHY geog_rollup (
      customer      CHILD OF
      city          CHILD OF
      state         CHILD OF
      country       CHILD OF
      subregion     CHILD OF
      region
   JOIN KEY (customers.country_id) REFERENCES country
   )
   ATTRIBUTE customer_info LEVEL customer DETERMINES
   (cust_first_name, cust_last_name, cust_gender,
    cust_marital_status, cust_year_of_birth,
```

Cloudera Exhibit 1020 - Page 1098 of 1808

Databricks_R2_PA_00003234

```
  cust_income_level, cust_credit_limit)
 ATTRIBUTE country DETERMINES (countries.country_name)
;
```

Cloudera Exhibit 1020 - Page 1099 of 1808

Databricks_R2_PA_00003235

# CREATE DIRECTORY

## Purpose

Use the `CREATE DIRECTORY` statement to create a directory object. A directory object specifies an alias for a directory on the server file system where external binary file LOBs (`BFILE`s) and external table data are located. You can use directory names when referring to `BFILE`s in your PL/SQL code and OCI calls, rather than hard coding the operating system path name, for management flexibility.

All directories are created in a single namespace and are not owned by an individual schema. You can secure access to the `BFILE`s stored within the directory structure by granting object privileges on the directories to specific users.

**See Also:**

- "Large Object (LOB) Datatypes" on page 2-31 for more information on `BFILE` objects
- GRANT on page 18-40 for more information on granting object privileges
- *external_table_clause::=* of `CREATE TABLE` on page 16-18

## Prerequisites

You must have `CREATE ANY DIRECTORY` system privilege to create directories.

When you create a directory, you are automatically granted the `READ` and `WRITE` object privileges on the directory, and you can grant these privileges to other users and roles. The DBA can also grant these privileges to other users and roles.

`WRITE` privileges on a directory are useful in connection with external tables. They let the grantee determine whether the external table agent can write a log file or a bad file to the directory.

You must also create a corresponding operating system directory for file storage. Your system or database administrator must ensure that the operating system directory has the correct read and write permissions for Oracle Database processes.

Privileges granted for the directory are created independently of the permissions defined for the operating system directory, and the two may or may not correspond exactly. For example, an error occurs if sample user `hr` is granted `READ` privilege on the directory object but the corresponding operating system directory does not have `READ` permission defined for Oracle Database processes.

Cloudera Exhibit 1020 - Page 1100 of 1808

Databricks_R2_PA_00003236

CREATE DIRECTORY

```
CREATE DIRECTORY admin AS 'oracle/admin';
```

The following statement redefines directory database object `bfile_dir` to enable access to BFILEs stored in the operating system directory `/private1/lob/files`:

```
CREATE OR REPLACE DIRECTORY bfile_dir AS '/private1/LOB/files';
```

Cloudera Exhibit 1020 - Page 1102 of 1808

Databricks_R2_PA_00003238

# CREATE DISKGROUP

> **Note:**  This SQL statement is valid only if you are using Automatic
> Storage Management and you have started an Automatic Storage
> Management instance. You must issue this statement from within
> the Automatic Storage Management instance, not from a normal
> database instance. For information on starting an Automatic
> Storage Management instance, please refer to *Oracle Database
> Administrator's Guide*.

## Purpose

Use the `CREATE DISKGROUP` clause to create a collection of disks. Oracle Database
manages a disk group as a logical unit and evenly spreads each file across the disks
to balance I/O. Oracle Database also automatically distributes database files across
all available disks in disk groups and rebalances storage automatically whenever
the storage configuration changes.

This statement creates a disk group, assigns one or more disks to the disk group,
and mounts the disk group for the first time. If you want Automatic Storage
Management to mount the disk group automatically in subsequent instances, you
must add the disk group name to the value of the `OSM_DISKGROUPS` initialization
parameter in the initialization parameter file. If you use an `SPFILE`, then the disk
group is added to the initialization parameter automatically.

Cloudera Exhibit 1020 - Page 1103 of 1808

Databricks_R2_PA_00003239

**See Also:**

- ALTER DISKGROUP on page 10-67 for information on modifying disk groups

- *Oracle Database Administrator's Guide* for information on Automatic Storage Management and using disk groups to simplify database administration

- OSM_DISKGROUPS for more information about adding disk group names to the initialization parameter file

- V$OSM_OPERATION for information on monitoring Automatic Storage Management operations

- DROP DISKGROUP on page 17-76 for information on dropping a disk group

## Prerequisites

You must have the SYSDBA system privilege to issue this statement.

Before issuing this statement, you must format the disks using an operating system format utility. Also ensure that the Oracle Database user has read/write permission and the disks can be discovered using the OSM_DISKSTRING.

When you store your database files in Automatic Storage Management disk groups, rather than in a file system or on raw devices, before the database instance can access your files in the disk groups, you must configure and start up an Automatic Storage Management instance to manage the disk groups.

Each database instance communicates with a single Automatic Storage Management instance on the same node as the database. Multiple database instances on the same node can communicate with a single Automatic Storage Management instance.

Cloudera Exhibit 1020 - Page 1104 of 1808

Databricks_R2_PA_00003240

## Syntax

**create_diskgroup::=**



**qualified_disk_clause::=**



**size_clause::=**



## Semantics

### *diskgroup_name*

Specify the name of the disk group. Disk groups are subject to the same naming conventions and restrictions as database schema objects. Please refer to "Schema Object Naming Rules" on page 2-107 for information on database object names.

Cloudera Exhibit 1020 - Page 1105 of 1808

Databricks_R2_PA_00003241

### REDUNDANCY Clause

The `REDUNDANCY` clause lets you specify the redundancy level of the disk group.

- `NORMAL REDUNDANCY` requires the existence of at least two failure groups (see the `FAILGROUP` clause that follows). Automatic Storage Management provides redundancy for all files in the disk group according to the attributes specified in the disk group templates. `NORMAL REDUNDANCY` disk groups can tolerate the loss of one group. Please refer to `ALTER DISKGROUP` ... *diskgroup_template_ clauses* on page 10-76 for more information on disk group templates.

- `HIGH REDUNDANCY` requires the existence of at least three failure groups. Automatic Storage Management provides redundancy for all files in the disk group according to the attributes specified in the disk group templates. `HIGH REDUNDANCY` disk groups can tolerate the loss of two failure groups.

- `EXTERNAL REDUNDANCY` indicates that Automatic Storage Management does not provide any redundancy for the disk group. The disks within the disk group must provide redundancy (for example, using a storage array), or you must be willing to tolerate loss of the disk group if a disk fails (for example, in a test environment). You cannot specify the `FAILGROUP` clause if you specify `EXTERNAL REDUNDANCY`.

### FAILGROUP Clause

Use this clause to specify a name for one or more failure groups. If you omit this clause, and you have specified `NORMAL` or `HIGH REDUNDANCY`, then Oracle Database automatically adds each disk in the disk group to its own failure group. The implicit name of the failure group is the same as the operating system independent disk name (see "NAME Clause" on page 14-59).

You cannot specify this clause if you are creating an `EXTERNAL REDUNDANCY` disk group.

### qualified_disk_clause

Specify `DISK qualified_disk_clause` to add a disk to a disk group.

***search_string***    For each disk you are adding to the disk group, specify the operating system dependent search string that Automatic Storage Management will use to find the disk. The `search_string` must point to a subset of the disks returned by discovery using the strings in the `OSM_DISKSTRING` initialization parameter. If `search_string` does not point to any disks the Oracle Database user has read/write access to, then Automatic Storage Management returns an error. If it

points to one or more disks that have already been assigned to a different disk group, then Oracle Database returns an error unless you also specify `FORCE`.

For each valid candidate disk, Automatic Storage Management formats the disk header to indicate that it is a member of the new disk group.

> **See Also:** The `OSM_DISKSTRING` initialization parameter for more information on specifying the search string

**NAME Clause**  The `NAME` clause is valid only if the *search_string* points to a single disk. This clause lets you specify an operating system independent name for the disk. The name can be up to 30 alphanumeric characters. The first character must be alphabetic. If you omit this clause, then Automatic Storage Management creates a default name of the form *diskgroup_name_####*, where #### is the disk number. You use this name to refer to the disk in subsequent Automatic Storage Management operations.

**SIZE Clause**  Use this clause to specify in bytes the size of the disk. If you specify a size greater than the capacity of the disk, then Automatic Storage Management returns an error. If you specify a size less than the capacity of the disk, then you limit the disk space Automatic Storage Management will use. If you omit this clause, then Automatic Storage Management attempts programmatically to determine the size of the disk.

**FORCE**  Specify `FORCE` if you want Automatic Storage Management to add the disk to the disk group even if the disk is already a member of a different disk group.

> **Caution:**  Using `FORCE` in this way may destroy existing disk groups.

For this clause to be valid, the disk must already be a member of a disk group and the disk cannot be part of a mounted disk group.

**NOFORCE**  Specify `NOFORCE` if you want Automatic Storage Management to return an error if the disk is already a member of a different disk group. `NOFORCE` is the default.

## Examples

The following example assumes that the `OSM_DISKSTRING` parameter is a superset of `$ORACLE_HOME/disks/c*`, `$ORACLE_HOME/disks/c*` points to at least one

Databricks_R2_PA_00003243

CREATE DISKGROUP

device to be used as an Automatic Storage Management disk, and the Oracle
Database user has read/write permission to the disks.

> **See Also:**   *Oracle Database Administrator's Guide* for information on
> Automatic Storage Management and using disk groups to simplify
> database administration

**Creating a Diskgroup: Example**   The following statement creates an Automatic
Storage Management disk group `dgroup_01` where no redundancy for the disk
group is provided by Automatic Storage Management and includes all disks that
match the *search_string*:

```
CREATE DISKGROUP dgroup_01
  EXTERNAL REDUNDANCY
  DISK '$ORACLE_HOME/disks/c*';
```

Cloudera Exhibit 1020 - Page 1108 of 1808

Databricks_R2_PA_00003244

## CREATE FUNCTION

### Purpose

Use the CREATE FUNCTION statement to create a standalone stored function or a call specification.

A **stored function** (also called a **user function** or **user defined function**) is a set of PL/SQL statements you can call by name. Stored functions are very similar to procedures, except that a function returns a value to the environment in which it is called. User functions can be used as part of a SQL expression.

A **call specification** declares a Java method or a third-generation language (3GL) routine so that it can be called from SQL and PL/SQL. The call specification tells Oracle Database which Java method, or which named function in which shared library, to invoke when a call is made. It also tells the database what type conversions to make for the arguments and return value.

> **Note:**   You can also create a function as part of a package using the CREATE PACKAGE statement.

**See Also:**

- CREATE PROCEDURE on page 15-62 for a general discussion of procedures and functions, CREATE PACKAGE on page 15-50 for information on creating packages, ALTER FUNCTION on page 10-84 and DROP FUNCTION on page 17-78 for information on modifying and dropping a function

- "Examples" on page 14-72 for examples of creating functions

- CREATE LIBRARY on page 15-2 for information on shared libraries

- *Oracle Database Application Developer's Guide - Fundamentals* for more information about registering external functions

Cloudera Exhibit 1020 - Page 1109 of 1808

Databricks_R2_PA_00003245

CREATE FUNCTION

## Prerequisites

Before a stored function can be created, the user `SYS` must run a SQL script that is commonly called `DBMSSTDX.SQL`. The exact name and location of this script depend on your operating system.

To create a function in your own schema, you must have the `CREATE PROCEDURE` system privilege. To create a function in another user's schema, you must have the `CREATE ANY PROCEDURE` system privilege. To replace a function in another user's schema, you must have the `ALTER ANY PROCEDURE` system privilege.

To invoke a call specification, you may need additional privileges, for example, `EXECUTE` privileges on a C library for a C call specification.

To embed a `CREATE FUNCTION` statement inside an Oracle precompiler program, you must terminate the statement with the keyword `END-EXEC` followed by the embedded SQL statement terminator for the specific language.

> **See Also:** *PL/SQL User's Guide and Reference* or *Oracle Database Java Developer's Guide* for more information on such prerequisites

Cloudera Exhibit 1020 - Page 1110 of 1808

Databricks_R2_PA_00003246

## Syntax

**create_function::=**



(*invoker_rights_clause*::= on page 14-63, *parallel_enable_clause*::= on page 14-64)

**invoker_rights_clause::=**



Cloudera Exhibit 1020 - Page 1111 of 1808

CREATE FUNCTION

## parallel_enable_clause::=





## streaming_clause::=



## call_spec::=



## Java_declaration::=



## C_declaration::=



Cloudera Exhibit 1020 - Page 1112 of 1808

Databricks_R2_PA_00003248

## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the function if it already exists. Use this clause to change the definition of an existing function without dropping, re-creating, and regranting object privileges previously granted on the function. If you redefine a function, then Oracle Database recompiles it.

Users who had previously been granted privileges on a redefined function can still access the function without being regranted the privileges.

If any function-based indexes depend on the function, then Oracle Database marks the indexes DISABLED.

> **See Also:** ALTER FUNCTION on page 10-84 for information on recompiling functions

### *schema*

Specify the schema to contain the function. If you omit *schema*, Oracle Database creates the function in your current schema.

### *function*

Specify the name of the function to be created. If creating the function results in compilation errors, then Oracle Database returns an error. You can see the associated compiler error messages with the SHOW ERRORS command.

**Restrictions on User-Defined Functions**

- User-defined functions cannot be used in situations that require an unchanging definition. Thus, you cannot use user-defined functions:

    - In a CHECK constraint clause of a CREATE TABLE or ALTER TABLE statement

    - In a DEFAULT clause of a CREATE TABLE or ALTER TABLE statement

- In addition, when a function is called from within a query or DML statement, the function cannot:

    - Have OUT or IN OUT parameters

    - Commit or roll back the current transaction, create a savepoint or roll back to a savepoint, or alter the session or the system. DDL statements implicitly

Cloudera Exhibit 1020 - Page 1113 of 1808

Databricks_R2_PA_00003249

commit the current transaction, so a user-defined function cannot execute any DDL statements.

– Write to the database, if the function is being called from a SELECT statement. However, a function called from a subquery in a DML statement can write to the database.

– Write to the same table that is being modified by the statement from which the function is called, if the function is called from a DML statement.

Except for the restriction on OUT and IN OUT parameters, Oracle Database enforces these restrictions not only for *function* when called directly from the SQL statement, but also for any functions that *function* calls, and on any functions called from the SQL statements executed by *function* or any functions it calls.

**See Also:** "Creating a Function: Examples" on page 14-72

### argument

Specify the name of an argument to the function. If the function does not accept arguments, you can omit the parentheses following the function name.

**Restriction on Function Arguments**   If you are creating an aggregate function, you can specify only one argument.

**IN**   Specify IN to indicate that you must supply a value for the argument when calling the function. This is the default.

**OUT**   Specify OUT to indicate that the function will set the value of the argument.

**IN OUT**   Specify IN OUT to indicate that a value for the argument can be supplied by you and may be set by the function.

**NOCOPY**   Specify NOCOPY to instruct Oracle Database to pass this argument as fast as possible. This clause can significantly enhance performance when passing a large value like a record, an index-by table, or a varray to an OUT or IN OUT parameter. IN parameter values are always passed NOCOPY.

■   When you specify NOCOPY, assignments made to a package variable may show immediately in this parameter, or assignments made to this parameter may show immediately in a package variable, if the package variable is passed as the actual assignment corresponding to this parameter.

Databricks_R2_PA_00003250

- Similarly, changes made either to this parameter or to another parameter may be visible immediately through both names if the same variable is passed to both.

- If the procedure is exited with an unhandled exception, any assignment made to this parameter may be visible in the caller's variable.

These effects may or may not occur on any particular call. You should use NOCOPY only when these effects would not matter.

## RETURN Clause

For datatype, specify the datatype of the return value of the function. Because every function must return a value, this clause is required. The return value can have any datatype supported by PL/SQL.

> **Note:**   Oracle SQL does not support calling of functions with boolean parameters or returns. Therefore, if your user-defined functions will be called from SQL statements, you must design them to return numbers (0 or 1) or character strings ('TRUE' or 'FALSE').

The datatype cannot specify a length, precision, or scale. Oracle Database derives the length, precision, or scale of the return value from the environment from which the function is called.

If the return type is SYS.AnyDataSet and you intend to use the function in the FROM clause of a query, then you must also specify the PIPELINED clause and define a describe method (ODCITableDescribe) as part of the implementation type of the function.

### See Also:

- *PL/SQL User's Guide and Reference* for information on PL/SQL datatypes

- *Oracle Data Cartridge Developer's Guide* for information on defining the ODCITableDescribe function

Cloudera Exhibit 1020 - Page 1115 of 1808

Databricks_R2_PA_00003251

### invoker_rights_clause

The `invoker_rights_clause` lets you specify whether the function executes with the privileges and in the schema of the user who owns it or with the privileges and in the schema of `CURRENT_USER`.

This clause also determines how Oracle Database resolves external names in queries, DML operations, and dynamic SQL statements in the function.

#### AUTHID Clause

- Specify `CURRENT_USER` if you want the function to execute with the privileges of `CURRENT_USER`. This clause creates an **invoker-rights function**.

   This clause also specifies that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of `CURRENT_USER`. External names in all other statements resolve in the schema in which the function resides.

- Specify `DEFINER` if you want the function to execute with the privileges of the owner of the schema in which the function resides, and that external names resolve in the schema where the function resides. This is the default and creates a **definer-rights function**.

      **See Also:**

   - *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how `CURRENT_USER` is determined

   - *Oracle Database Security Guide* for information on invoker-rights and definer-rights types

#### DETERMINISTIC Clause

Specify `DETERMINISTIC` to indicate that the function returns the same result value whenever it is called with the same values for its arguments.

You must specify this keyword if you intend to call the function in the expression of a function-based index or from the query of a materialized view that is marked `REFRESH FAST` or `ENABLE QUERY REWRITE`. When Oracle Database encounters a deterministic function in one of these contexts, it attempts to use previously calculated results when possible rather than re-executing the function.

Do not specify this clause to define a function that uses package variables or that accesses the database in any way that might affect the return result of the function.

Databricks_R2_PA_00003252

The results of doing so will not be captured if Oracle Database chooses not to reexecute the function.

The following semantic rules govern the use of the DETERMINISTIC clause:

- You can declare a top-level subprogram DETERMINISTIC.

- You can declare a package-level subprogram DETERMINISTIC in the package specification but not in the package body.

- You cannot declare DETERMINISTIC a private subprogram (declared inside another subprogram or inside a package body).

- A DETERMINISTIC subprogram can call another subprogram whether the called program is declared DETERMINISTIC or not.

> **See Also:**
>
> - *Oracle Data Warehousing Guide* for information on materialized views
> - CREATE INDEX on page 14-75 for information on function-based indexes

### parallel_enable_clause

PARALLEL_ENABLE is an optimization hint indicating that the function can be executed from a parallel execution server of a parallel query operation. The function should not use session state, such as package variables, as those variables are not necessarily shared among the parallel execution servers.

- The optional PARTITION *argument* BY clause is used only with functions that have a REF CURSOR argument type. It lets you define the partitioning of the inputs to the function from the REF CURSOR argument.

  Partitioning the inputs to the function affects the way the query is parallelized when the function is used as a table function in the FROM clause of the query. ANY indicates that the data can be partitioned randomly among the parallel execution servers. Alternatively, you can specify RANGE or HASH partitioning on a specified column list.

- The optional *streaming_clause* lets you order or cluster the parallel processing by a specified column list.

  - ORDER BY indicates that the rows on a parallel execution server must be locally ordered.

Cloudera Exhibit 1020 - Page 1117 of 1808

Databricks_R2_PA_00003253

CREATE FUNCTION

---

■   CLUSTER BY indicates that the rows on a parallel execution server must have the same key values as specified by the `column_list`.

The columns specified in all of these optional clauses refer to columns that are returned by the REF CURSOR argument of the function.

> **See Also:** *Oracle Database Application Developer's Guide - Fundamentals, Oracle Data Cartridge Developer's Guide,* and *PL/SQL User's Guide and Reference* for more information on user-defined aggregate functions

## PIPELINED Clause

Specify PIPELINED to instruct Oracle Database to return the results of a **table function** iteratively. A table function returns a collection type (a nested table or varray). You query table functions by using the TABLE keyword before the function name in the FROM clause of the query. For example:

```
SELECT * FROM TABLE(function_name(...))
```

Oracle Database then returns rows as they are produced by the function.

■   If you specify the keyword PIPELINED alone (PIPELINED IS ...), the PL/SQL function body should use the PIPE keyword. This keyword instructs the database to return single elements of the collection out of the function, instead of returning the whole collection as a single value.

■   You can specify the PIPELINED USING *implementation_type* clause if you want to predefine an interface containing the start, fetch, and close operations. The implementation type must implement the ODCITable interface and must exist at the time the table function is created. This clause is useful for table functions that will be implemented in external languages such as C++ and Java.

If the return type of the function is SYS.AnyDataSet, then you must also define a describe method (ODCITableDescribe) as part of the implementation type of the function.

> **See Also:**
>
> ■   *PL/SQL User's Guide and Reference* and *Oracle Database Application Developer's Guide - Fundamentals* for more information on table functions
>
> ■   *Oracle Data Cartridge Developer's Guide* for information on ODCI routines

Cloudera Exhibit 1020 - Page 1118 of 1808

Databricks_R2_PA_00003254

## AGGREGATE USING Clause

Specify `AGGREGATE USING` to identify this function as an **aggregate function**, or one that evaluates a group of rows and returns a single row. You can specify aggregate functions in the select list, `HAVING` clause, and `ORDER BY` clause.

When you specify a user-defined aggregate function in a query, you can treat it as an **analytic function** (one that operates on a query result set). To do so, use the `OVER` *analytic_clause* syntax available for built-in analytic functions. See "Analytic Functions" on page 7-11 for syntax and semantics.

In the `USING` clause, specify the name of the implementation type of the function. The implementation type must be an object type containing the implementation of the `ODCIAggregate` routines. If you do not specify *schema*, Oracle Database assumes that the implementation type is in your own schema.

**Restriction on Creating Aggregate Functions**   If you specify this clause, you can specify only one input argument for the function.

> **See Also:**   *Oracle Data Cartridge Developer's Guide* for information on ODCI routines and "Creating Aggregate Functions: Example" on page 14-73

## IS | AS Clause

Use the appropriate part of this clause to declare the body of the function.

***pl/sql_subprogram_body***   Use the `pl/sql_subprogram_body` to declare the function in a PL/SQL subprogram body.

> **See Also:**   *Oracle Database Application Developer's Guide - Fundamentals* for more information on PL/SQL subprograms and "Using a Packaged Procedure in a Function: Example" on page 14-74

***call_spec***   Use the `call_spec` to map a Java or C method name, parameter types, and return type to their SQL counterparts. In `Java_declaration`, `'string'` identifies the Java implementation of the method.

Cloudera Exhibit 1020 - Page 1119 of 1808

Databricks_R2_PA_00003255

**See Also:**

- *Oracle Database Java Developer's Guide*

- *Oracle Database Application Developer's Guide - Fundamentals* for
  an explanation of the parameters and semantics of the `C_`
  `declaration`

**AS EXTERNAL**   In earlier releases, `AS EXTERNAL` was an alternative way of
declaring a C method. This clause has been deprecated and is supported for
backward compatibility only. Oracle recommends that you use the `AS LANGUAGE C`
syntax.

## Examples

**Creating a Function: Examples**   The following statement creates the function `get_`
`bal` on the sample table `oe.orders` (the PL/SQL is in italics):

```
CREATE FUNCTION get_bal(acc_no IN NUMBER)
   RETURN NUMBER
   IS acc_bal NUMBER(11,2);
   BEGIN
      SELECT order_total
      INTO acc_bal
      FROM orders
      WHERE customer_id = acc_no;
      RETURN(acc_bal);
    END;
/
```

The `get_bal` function returns the balance of a specified account.

When you call the function, you must specify the argument `acc_no`, the number of
the account whose balance is sought. The datatype of `acc_no` is `NUMBER`.

The function returns the account balance. The `RETURN` clause of the `CREATE`
`FUNCTION` statement specifies the datatype of the return value to be `NUMBER`.

The function uses a `SELECT` statement to select the `balance` column from the row
identified by the argument `acc_no` in the `orders` table. The function uses a
`RETURN` statement to return this value to the environment in which the function is
called.

The function created in the preceding example can be used in a SQL statement. For
example:

Databricks_R2_PA_00003256

```
SELECT get_bal(165) FROM DUAL;

GET_BAL(165)
------------
        2519
```

The following statement creates a PL/SQL standalone function `get_val` that registers the C routine `c_get_val` as an external function. (The parameters have been omitted from this example; the PL/SQL is in italics.)

```
CREATE FUNCTION get_val
   ( x_val IN NUMBER,
     y_val IN NUMBER,
     image IN LONG RAW )
   RETURN BINARY_INTEGER AS LANGUAGE C
      NAME "c_get_val"
      LIBRARY c_utils
      PARAMETERS (...);
```

**Creating Aggregate Functions: Example**   The next statement creates an aggregate function called `SecondMax` to aggregate over number values. It assumes that the object type `SecondMaxImpl` routines contains the implementations of the `ODCIAggregate` routines:

```
CREATE FUNCTION SecondMax (input NUMBER) RETURN NUMBER
   PARALLEL_ENABLE AGGREGATE USING SecondMaxImpl;
```

> **See Also:**   *Oracle Data Cartridge Developer's Guide* for the complete implementation of type and type body for `SecondMaxImpl`

You would use such an aggregate function in a query like the following statement, which queries the sample table `hr.employees`:

```
SELECT SecondMax(salary), department_id
     FROM employees
     GROUP BY department_id
     HAVING SecondMax(salary) > 9000;

SECONDMAX(SALARY) DEPARTMENT_ID
----------------- -------------
            13500            80
            17000            90
```

Cloudera Exhibit 1020 - Page 1121 of 1808

Databricks_R2_PA_00003257

**Using a Packaged Procedure in a Function: Example**   The following statement creates a function that uses a DBMS_LOB.GETLENGTH procedure to return the length of a CLOB column:

```
CREATE OR REPLACE FUNCTION text_length(a CLOB)
   RETURN NUMBER DETERMINISTIC IS
BEGIN
  RETURN DBMS_LOB.GETLENGTH(a);
END;
```

> **See Also:**   "Creating a Function-Based Index on a LOB Column: Example" on page 14-100 to see how to use this function to create a function-based index

Databricks_R2_PA_00003258