# EXHIBIT 1-5

# CREATE INDEX

## Purpose

Use the `CREATE INDEX` statement to create an index on:

- One or more columns of a table, a partitioned table, an index-organized table, or a cluster
- One or more scalar typed object attributes of a table or a cluster
- A nested table storage table for indexing a nested table column

An **index** is a schema object that contains an entry for each value that appears in the indexed column(s) of the table or cluster and provides direct, fast access to rows. Oracle Database supports several types of index:

- Normal indexes. (By default, Oracle Database creates B-tree indexes.)
- **Bitmap indexes**, which store rowids associated with a key value as a bitmap
- **Partitioned indexes**, which consist of partitions containing an entry for each value that appears in the indexed column(s) of the table
- **Function-based indexes**, which are based on expressions. They enable you to construct queries that evaluate the value returned by an expression, which in turn may include built-in or user-defined functions.
- **Domain indexes**, which are instances of an application-specific index of type `indextype`

  > **See Also:**
  >
  > - *Oracle Database Concepts* for a discussion of indexes
  > - ALTER INDEX on page 10-88 and DROP INDEX on page 17-80

## Prerequisites

To create an index in your own schema, one of the following conditions must be true:

- The table or cluster to be indexed must be in your own schema.
- You must have the `INDEX` object privilege on the table to be indexed.
- You must have the `CREATE ANY INDEX` system privilege.

Cloudera Exhibit 1020 - Page 1123 of 1808

Databricks_R2_PA_00003259

CREATE INDEX

To create an index in another schema, you must have the `CREATE ANY INDEX` system privilege. Also, the owner of the schema to contain the index must have either the `UNLIMITED TABLESPACE` system privilege or space quota on the tablespaces to contain the index or index partitions.

To create a domain index in your own schema, in addition to the prerequisites for creating a conventional index, you must also have the `EXECUTE` object privilege on the indextype. If you are creating a domain index in another user's schema, then the index owner also must have the `EXECUTE` object privilege on the indextype and its underlying implementation type. Before creating a domain index, you should first define the indextype.

To create a function-based index, in addition to the prerequisites for creating a conventional index, if the index is based on user-defined functions, then those functions must be marked `DETERMINISTIC`. Also, you must have the `EXECUTE` object privilege on any user-defined function(s) used in the function-based index if those functions are owned by another user.

**See Also:** CREATE INDEXTYPE on page 14-105

## Syntax

**create_index::=**



**cluster_index_clause::=**



(*index_attributes*::= on page 14-78)

Cloudera Exhibit 1020 - Page 1124 of 1808

Databricks_R2_PA_00003260

**table_index_clause::=**



(*index_properties::=* on page 14-78)

**bitmap_join_index_clause::=**



(*local_partitioned_index::=* on page 14-81, *index_attributes::=* on page 14-78)

**index_expr::=**



Cloudera Exhibit 1020 - Page 1125 of 1808

Databricks_R2_PA_00003261

CREATE INDEX

**index_properties::=**



(*global_partitioned_index*::= on page 14-79, *local_partitioned_index*::= on page 14-81, *index_attributes*::= on page 14-78, *domain_index_clause*::= on page 14-79)

**index_attributes::=**



(*physical_attributes_clause*::= on page 14-79, *logging_clause*::= on page 14-79, *key_compression*::= on page 14-79, *parallel_clause*::= on page 14-83)

Cloudera Exhibit 1020 - Page 1126 of 1808

Databricks_R2_PA_00003262

**physical_attributes_clause::=**



(*storage_clause::=* on page 8-60)

**logging_clause::=**



**key_compression::=**



**domain_index_clause::=**



(*parallel_clause::=* on page 14-83)

**global_partitioned_index::=**



SQL Statements: CREATE CLUSTER to CREATE JAVA    **14-79**

Cloudera Exhibit 1020 - Page 1127 of 1808

Databricks_R2_PA_00003263

CREATE INDEX

(*index_partitioning_clause::=* on page 14-80, *individual_hash_partitions::=* on page 14-80, *hash_partitions_by_quantity::=* on page 14-80)

**individual_hash_partitions::=**



(*partitioning_storage_clause::=* on page 14-80)

**partitioning_storage_clause::=**



**hash_partitions_by_quantity::=**



**index_partitioning_clause::=**



Cloudera Exhibit 1020 - Page 1128 of 1808

Databricks_R2_PA_00003264

(*segment_attributes_clause::=* on page 14-82)

**local_partitioned_index::=**



(*on_range_partitioned_table::=* on page 14-81, *on_list_partitioned_table::=* on page 14-81, *on_hash_partitioned_table::=* on page 14-82, *on_comp_partitioned_table::=* on page 14-82)

**on_range_partitioned_table::=**



(*segment_attributes_clause::=* on page 14-82)

**on_list_partitioned_table::=**



(*segment_attributes_clause::=* on page 14-82)

Cloudera Exhibit 1020 - Page 1129 of 1808

Databricks_R2_PA_00003265

CREATE INDEX

---

**segment_attributes_clause::=**



(*physical_attributes_clause::=* on page 14-79, *logging_clause::=* on page 14-79

**on_hash_partitioned_table::=**



**on_comp_partitioned_table::=**



(*segment_attributes_clause::=* on page 14-82, *index_subpartition_clause::=* on page 14-83)

Cloudera Exhibit 1020 - Page 1130 of 1808

Databricks_R2_PA_00003266

**index_subpartition_clause::=**



**parallel_clause::=**



(*storage_clause::=* on page 8-60)

## Semantics

### UNIQUE

Specify `UNIQUE` to indicate that the value of the column (or columns) upon which the index is based must be unique.

#### Restrictions on Unique Indexes

- You cannot specify both `UNIQUE` and `BITMAP`.

- You cannot specify `UNIQUE` for a domain index.

> **See Also:** "Unique Constraints" on page 8-12 for information on the conditions that satisfy a unique constraint

### BITMAP

Specify `BITMAP` to indicate that *index* is to be created with a bitmap for each distinct key, rather than indexing each row separately. Bitmap indexes store the rowids associated with a key value as a bitmap. Each bit in the bitmap corresponds to a possible rowid. If the bit is set, then it means that the row with the corresponding rowid contains the key value. The internal representation of bitmaps

Cloudera Exhibit 1020 - Page 1131 of 1808

Databricks_R2_PA_00003267

CREATE INDEX

is best suited for applications with low levels of concurrent transactions, such as data warehousing.

> **Note:** Oracle does not index table rows in which all key columns are null except in the case of bitmap indexes. Therefore, if you want an index on all rows of a table, then you must either specify NOT NULL constraints for the index key columns or create a bitmap index.

**Restrictions on Bitmap Indexes**

■ You cannot specify BITMAP when creating a global partitioned index.

■ You cannot create a bitmap secondary index on an index-organized table unless the index-organized table has a mapping table associated with it.

■ You cannot specify both UNIQUE and BITMAP.

■ You cannot specify BITMAP for a domain index.

> **See Also:**
>
> ■ *Oracle Database Concepts* and *Oracle Database Performance Tuning Guide* for more information about using bitmap indexes
>
> ■ CREATE TABLE on page 16-7 for information on mapping tables
>
> ■ "Bitmap Index Example" on page 14-103

### schema

Specify the schema to contain the index. If you omit *schema*, then Oracle Database creates the index in your own schema.

### index

Specify the name of the index to be created.

> **See Also:** "Creating an Index: Example" on page 14-98 and "Creating an Index on an XMLType Table: Example" on page 14-99

Cloudera Exhibit 1020 - Page 1132 of 1808

Databricks_R2_PA_00003268

### cluster_index_clause

Use the `cluster_index_clause` to identify the cluster for which a cluster index is to be created. If you do not qualify cluster with `schema`, then Oracle Database assumes the cluster is in your current schema. You cannot create a cluster index for a hash cluster.

> **See Also:** CREATE CLUSTER on page 14-2 and "Creating a Cluster Index: Example" on page 14-99

### table_index_clause

Specify the table on which you are defining the index. If you do not qualify `table` with `schema`, then Oracle Database assumes the table is contained in your own schema.

You create an index on a nested table column by creating the index on the nested table storage table. Include the `NESTED_TABLE_ID` pseudocolumn of the storage table to create a `UNIQUE` index, which effectively ensures that the rows of a nested table value are distinct.

> **See Also:** "Indexes on Nested Tables: Example" on page 14-103

You can perform DDL operations (such as `ALTER TABLE`, `DROP TABLE`, `CREATE INDEX`) on a temporary table only when no session is bound to it. A session becomes bound to a temporary table by performing an `INSERT` operation on the table. A session becomes unbound to the temporary table by issuing a `TRUNCATE` statement or at session termination, or, for a transaction-specific temporary table, by issuing a `COMMIT` or `ROLLBACK` statement.

**Restrictions on the table_index_clause**

- If `index` is locally partitioned, then `table` must be partitioned.

- If `table` is index-organized, this statement creates a secondary index. The index contains the index key and the logical rowid of the index-organized table. The logical rowid excludes columns that are also part of the index key. You cannot specify `REVERSE` for this secondary index, and the combined size of the index key and the logical rowid should be less than the block size.

- If `table` is a temporary table, then `index` will also be temporary with the same scope (session or transaction) as `table`. The following restrictions apply to indexes on temporary tables:

    - The only part of `index_properties` you can specify is `index_attributes`.

Cloudera Exhibit 1020 - Page 1133 of 1808

Databricks_R2_PA_00003269

- Within *index_attributes*, you cannot specify the *physical_ attributes_clause*, the *parallel_clause*, the *logging_clause*, or TABLESPACE.

    **See Also:** CREATE TABLE on page 16-7 and *Oracle Database Concepts* for more information on temporary tables

### t_alias

Specify a correlation name (alias) for the table upon which you are building the index.

> **Note:** This alias is required if the *index_expr* references any object type attributes or object type methods. See "Creating a Function-based Index on a Type Method: Example" on page 14-100 and "Indexing on Substitutable Columns: Examples" on page 14-103.

### index_expr

For *index_expr*, specify the column or column expression upon which the index is based.

***column*** Specify the name of one or more columns in the table. A bitmap index can have a maximum of 30 columns. Other indexes can have as many as 32 columns. These columns define the **index key**.

If the index is local nonprefixed (see *local_partitioned_index*), then the index key must contain the partitioning key.

You can create an index on a scalar object attribute column or on the system-defined NESTED_TABLE_ID column of the nested table storage table. If you specify an object attribute column, then the column name must be qualified with the table name. If you specify a nested table column attribute, then it must be qualified with the outermost table name, the containing column name, and all intermediate attribute names leading to the nested table column attribute.

**Restriction on Index Columns** You cannot create an index on columns or attributes whose type is user-defined, LONG, LONG RAW, LOB, or REF, except that Oracle Database supports an index on REF type columns or attributes that have been defined with a SCOPE clause.

Databricks_R2_PA_00003270

**column_expression**   Specify an expression built from columns of `table`, constants, SQL functions, and user-defined functions. When you specify `column_expression`, you create a **function-based index**.

> **See Also:**   "Notes on Function-based Indexes" on page 14-87, "Restrictions on Function-based Indexes" on page 14-88, and "Function-Based Index Examples" on page 14-99

Name resolution of the function is based on the schema of the index creator. User-defined functions used in `column_expression` are fully name resolved during the `CREATE INDEX` operation.

After creating a function-based index, collect statistics on both the index and its base table using the `DBMS_STATS` package. Such statistics will enable Oracle Database to correctly decide when to use the index.

> **See Also:**   *PL/SQL Packages and Types Reference* for more information on the `DBMS_STATS` package

### Notes on Function-based Indexes

■   When you subsequently query a table that uses a function-based index, you must ensure in the query that is not null. However, Oracle Database will use a function-based index in a query even if the columns specified in the `WHERE` clause are in a different order than their order in the `column_expression` that defined the function-based index.

> **See Also:**   "Function-Based Index Examples" on page 14-99

■   If the function on which the index is based becomes invalid or is dropped, then Oracle Database marks the index `DISABLED`. Queries on a `DISABLED` index fail if the optimizer chooses to use the index. DML operations on a `DISABLED` index fail unless the index is also marked `UNUSABLE` **and** the parameter `SKIP_UNUSABLE_INDEXES` is set to `true`. Please refer to ALTER SESSION on page 11-59 for more information on this parameter.

■   If a public synonym for a function, package, or type is used in `column_expression`, and later an actual object with the same name is created in the table owner's schema, then Oracle Database disables the function-based index. When you subsequently enable the function-based index using `ALTER INDEX ... ENABLE` or `ALTER INDEX ... REBUILD`, the function, package, or type used in the `column_expression` continues to resolve to the function, package, or

Cloudera Exhibit 1020 - Page 1135 of 1808

Databricks_R2_PA_00003271

type to which the public synonym originally pointed. It will not resolve to the new function, package, or type.

- If the definition of a function-based index generates internal conversion to character data, then use caution when changing NLS parameter settings. Function-based indexes use the current database settings for NLS parameters. If you reset these parameters at the session level, then queries using the function-based index may return incorrect results. Two exceptions are the collation parameters (`NLS_SORT` and `NLS_COMP`). Oracle Database handles the conversions correctly even if these have been reset at the session level.

**Restrictions on Function-based Indexes**

- Any user-defined function referenced in *column_expression* must be `DETERMINISTIC`.

- For a function-based globally partitioned index, the *column_expression* cannot be the partitioning key.

- The *column_expression* can be any form of expression except a scalar subquery expression.

- All functions must be specified with parentheses, even if they have no parameters. Otherwise Oracle Database interprets them as column names.

- Any function you specify in *column_expression* must return a repeatable value. For example, you cannot specify the `SYSDATE` or `USER` function or the `ROWNUM` pseudocolumn.

- The *column_expression* cannot contain any aggregate functions.

> **See Also:** CREATE FUNCTION on page 14-61 and *PL/SQL User's Guide and Reference*

**ASC | DESC**

Use `ASC` or `DESC` to indicate whether the index should be created in ascending or descending order. Indexes on character data are created in ascending or descending order of the character values in the database character set.

Oracle Database treats descending indexes as if they were function-based indexes. As with other function-based indexes, the database does not use descending indexes until you first analyze the index and the table on which the index is defined. See the *column_expression* clause of this statement.

**Restriction on Ascending and Descending Indexes**   You cannot specify either of these clauses for a domain index. You cannot specify `DESC` for a reverse index.

Cloudera Exhibit 1020 - Page 1136 of 1808

Databricks_R2_PA_00003272

Oracle Database ignores DESC if *index* is bitmapped or if the COMPATIBLE initialization parameter is set to a value less than 8.1.0.

**index_attributes**

Specify the optional index attributes.

**physical_attributes_clause**    Use the *physical_attributes_clause* to establish values for physical and storage characteristics for the index.

If you omit this clause, then Oracle Database sets PCTFREE to 10 and INITRANS to 2.

**Restriction on Index Physical Attributes**    You cannot specify the PCTUSED parameter for an index.

>    **See Also:** *physical_attributes_clause* on page 8-54 and *storage_clause* on page 8-57 for a complete description of these clauses

**TABLESPACE**    For *tablespace*, specify the name of the tablespace to hold the index, index partition, or index subpartition. If you omit this clause, then Oracle Database creates the index in the default tablespace of the owner of the schema containing the index.

For a local index, you can specify the keyword DEFAULT in place of *tablespace*. New partitions or subpartitions added to the local index will be created in the same tablespace(s) as the corresponding partitions or subpartitions of the underlying table.

**key_compression**    Specify COMPRESS to enable key compression, which eliminates repeated occurrence of key column values and may substantially reduce storage. Use *integer* to specify the prefix length (number of prefix columns to compress).

- For unique indexes, the valid range of prefix length values is from 1 to the number of key columns minus 1. The default prefix length is the number of key columns minus 1.

- For nonunique indexes, the valid range of prefix length values is from 1 to the number of key columns. The default prefix length is the number of key columns.

    Oracle Database compresses only nonpartitioned indexes that are nonunique or unique indexes of at least two columns.

Databricks_R2_PA_00003273

**Restriction on Key Compression**   You cannot specify COMPRESS for a bitmap index.

> **See Also:**   "Compressing an Index: Example" on page 14-98

**NOCOMPRESS**   Specify NOCOMPRESS to disable key compression. This is the default.

**SORT | NOSORT**   By default, Oracle Database sorts indexes in ascending order when it creates the index. You can specify NOSORT to indicate to the database that the rows are already stored in the database in ascending order, so that Oracle Database does not have to sort the rows when creating the index. If the rows of the indexed column or columns are not stored in ascending order, then the database returns an error. For greatest savings of sort time and space, use this clause immediately after the initial load of rows into a table. If you specify neither of these keywords, then SORT is the default.

**Restrictions on NOSORT**
- You cannot specify REVERSE with this clause.

- You cannot use this clause to create a cluster index partitioned or bitmap index.

- You cannot specify this clause for a secondary index on an index-organized table.

**REVERSE**   Specify REVERSE to store the bytes of the index block in reverse order, excluding the rowid.

**Restrictions on Reverse Indexes**
- You cannot specify NOSORT with this clause.

- You cannot reverse a bitmap index or an index on an index-organized table.

***logging_clause***   Specify whether the creation of the index will be logged (LOGGING) or not logged (NOLOGGING) in the redo log file. This setting also determines whether subsequent Direct Loader (SQL*Loader) and direct-path INSERT operations against the index are logged or not logged. LOGGING is the default.

If *index* is nonpartitioned, then this clause specifies the logging attribute of the index.

If *index* is partitioned, then this clause determines:

Cloudera Exhibit 1020 - Page 1138 of 1808

Databricks_R2_PA_00003274

- The default value of all partitions specified in the CREATE statement, unless you specify the *logging_clause* in the PARTITION description clause

- The default value for the segments associated with the index partitions

- The default value for local index partitions or subpartitions added implicitly during subsequent ALTER TABLE ... ADD PARTITION operations

The logging attribute of the index is independent of that of its base table.

If you omit this clause, then the logging attribute is that of the tablespace in which it resides.

**See Also:**

- *logging_clause* on page 8-47 for a full description of this clause

- *Oracle Database Concepts* and *Oracle Data Warehousing Guide* for more information about logging and parallel DML

- "Creating an Index in NOLOGGING Mode: Example" on page 14-98

**ONLINE**    Specify ONLINE to indicate that DML operations on the table will be allowed during creation of the index.

**Restrictions on Online Index Building**
- Parallel DML is not supported during online index building. If you specify ONLINE and then issue parallel DML statements, then Oracle Database returns an error.

- You cannot specify ONLINE for a bitmap index or a cluster index.

- You cannot specify ONLINE for a conventional index on a UROWID column.

- For a nonunique secondary index on an index-organized table, the number of index key columns plus the number of primary key columns that are included in the logical rowid in the index-organized table cannot exceed 32. The logical rowid excludes columns that are part of the index key.

    **See Also:**    *Oracle Database Concepts* for a description of online index building and rebuilding

**COMPUTE STATISTICS**    In earlier releases, you could use this clause to start or stop the collection of statistics on an index. This clause has been deprecated. Oracle

Cloudera Exhibit 1020 - Page 1139 of 1808

Databricks_R2_PA_00003275

Database now automatically collects statistics during index creation and rebuild. This clause is supported for backward compatibility and will not cause errors.

**Restriction on COMPUTE STATISTICS Clause**   You cannot specify this clause for a domain index.

### parallel_clause

Specify the *parallel_clause* if you want creation of the index to be parallelized.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on CREATE TABLE.

## Index Partitioning Clauses

Use the *global_partitioned_index* clause and the *local_partitioned_index* clauses to partition *index*.

The storage of partitioned database entities in tablespaces of different block sizes is subject to several restrictions. Please refer to *Oracle Database Administrator's Guide* for a discussion of these restrictions.

> **See Also:**   "Partitioned Index Examples" on page 14-101

### global_partitioned_index

The *global_partitioned_index* clause lets you specify that the partitioning of the index is user defined and is not equipartitioned with the underlying table. By default, nonpartitioned indexes are global indexes.

You can partition a global index by range or by hash. In both cases, you can specify up to 32 columns as partitioning key columns. The partitioning column list must specify a left prefix of the index column list. That is, if the index is defined on columns a, b, and c, then for the columns you can specify (a, b, c), or (a, b), or (a, c), but you cannot specify (b, c) or (c) or (b, a). If you omit the partition names, then Oracle Database assigns names of the form SYS_P*n*.

**GLOBAL PARTITION BY RANGE**   Use this clause to create a range-partitioned global index. Oracle Database will partition the global index on the ranges of values from the table columns you specify in the column list.

> **See Also:**   "Creating a Range-Partitioned Global Index: Example" on page 14-101

Databricks_R2_PA_00003276

**GLOBAL PARTITION BY HASH**    Use this clause to create a hash-partitioned global index. Oracle Database assigns rows to the partitions using a hash function on values in the partitioning key columns.

> **See Also:**    the `CREATE TABLE` clause *hash_partitioning* on page 16-50 for information on the two methods of hash partitioning and "Creating a Hash-Partitioned Global Index: Example" on page 14-101

**Restrictions on Global Partitioned Indexes**

- The partitioning key column list cannot contain the `ROWID` pseudocolumn or a column of type `ROWID`.

- The only property you can specify for hash partitions is tablespace storage. Therefore, you cannot specify LOB or varray storage clauses in the *partitioning_storage_clause* of *individual_hash_partitions*.

- You cannot specify the `OVERFLOW` clause of *hash_partitions_by_ quantity*, as that clause is valid only for index-organized table partitions.

> **Note:**    If your enterprise has or will have databases using different character sets, then use caution when partitioning on character columns. The sort sequence of characters is not identical in all character sets.

> **See Also:**    *Oracle Database Globalization Support Guide* for more information on character set support

***index_partitioning_clause***    Use this clause to describe the individual index partitions. The number of repetitions of this clause determines the number of partitions. If you omit *partition*, then Oracle Database generates a name with the form SYS_P*n*.

For `VALUES LESS THAN` (*value_list*), specify the noninclusive upper bound for the current partition in a global index. The value list is a comma-delimited, ordered list of literal values corresponding to the column list in the *global_ partitioned_index* clause. Always specify `MAXVALUE` as the value of the last partition.

Cloudera Exhibit 1020 - Page 1141 of 1808

Databricks_R2_PA_00003277

> **Note:** If the index is partitioned on a DATE column, and if the date format does not specify the first two digits of the year, then you must use the TO_DATE function with a 4-character format mask for the year. The date format is determined implicitly by NLS_TERRITORY or explicitly by NLS_DATE_FORMAT. Please refer to *Oracle Database Globalization Support Guide* for more information on these initialization parameters.

**See Also:** "Range Partitioning Example" on page 16-73

### local_partitioned_index

The *local_partitioned_index* clauses let you specify that the index is partitioned on the same columns, with the same number of partitions and the same partition bounds as *table*. Oracle Database automatically maintains local index partitioning as the underlying table is repartitioned.

**on_range_partitioned_table**    This clause lets you specify the names and attributes of index partitions on a range-partitioned table. If you specify this clause, then the number of PARTITION clauses must be equal to the number of table partitions, and in the same order. If you omit *partition*, then Oracle Database generates a name that is consistent with the corresponding table partition. If the name conflicts with an existing index partition name, then the database uses the form SYS_P*n*.

You cannot specify key compression for an index partition unless you have specified key compression for the index.

**on_list_partitioned_table**    The *on_list_partitioned_table* clause is identical to *on_range_partitioned_table* on page 14-94.

**on_hash_partitioned_table**    This clause lets you specify names and tablespace storage for index partitions on a hash-partitioned table.

If you specify any PARTITION clauses, then the number of these clauses must be equal to the number of table partitions. If you omit *partition*, then Oracle Database generates a name that is consistent with the corresponding table partition. If the name conflicts with an existing index partition name, then the database uses the form SYS_P*n*. You can optionally specify tablespace storage for one or more individual partitions. If you do not specify tablespace storage either here or in the STORE IN clause, then the database stores each index partition in the same tablespace as the corresponding table partition.

Cloudera Exhibit 1020 - Page 1142 of 1808

Databricks_R2_PA_00003278

The `STORE IN` clause lets you specify one or more tablespaces across which Oracle Database will distribute all the index hash partitions. The number of tablespaces need not equal the number of index partitions. If the number of index partitions is greater than the number of tablespaces, then the database cycles through the names of the tablespaces.

***on_comp_partitioned_table***    This clause lets you specify the name and tablespace storage of index partitions on a composite-partitioned table.

The `STORE IN` clause is valid only for range-hash composite-partitioned tables. It lets you specify one or more default tablespaces across which Oracle Database will distribute all index hash subpartitions. You can override this storage by specifying different tablespace storage for the subpartitions of an individual partition in the second `STORE IN` clause in the *index_subpartition_clause*.

For range-list composite-partitioned tables, you can specify default tablespace storage for the list subpartitions in the `PARTITION` clause. You can override this storage by specifying different tablespace storage for the list subpartitions of an individual partition in the `SUBPARTITION` clause of the *index_subpartition_ clause*.

You cannot specify key compression for an index partition unless you have specified key compression for the index.

***index_subpartition_clause***    This clause lets you specify names and tablespace storage for index subpartitions in a composite-partitioned table.

The `STORE IN` clause is valid only for hash subpartitions of a range-hash composite-partitioned table. It lets you specify one or more tablespaces across which Oracle Database will distribute all the index hash subpartitions. The `SUBPARTITION` clause is valid for subpartitions of both range-hash and range-list composite-partitioned tables.

If you specify any `SUBPARTITION` clauses, then the number of those clauses must be equal to the number of table subpartitions. If you omit *subpartition*, then the database generates a name that is consistent with the corresponding table subpartition. If the name conflicts with an existing index subpartition name, then the database uses the form `SYS_SUBP`*n*.

The number of tablespaces need not equal the number of index subpartitions. If the number of index subpartitions is greater than the number of tablespaces, then the database cycles through the names of the tablespaces.

If you do not specify tablespace storage for subpartitions either in the *on_comp_ partitioned_table* clause or in the *index_subpartition_clause*, then

Cloudera Exhibit 1020 - Page 1143 of 1808

Databricks_R2_PA_00003279

Oracle Database uses the tablespace specified for *index*. If you also do not specify tablespace storage for *index*, then the database stores the subpartition in the same tablespace as the corresponding table subpartition.

### domain_index_clause

Use the *domain_index_clause* to indicate that *index* is a domain index, which is an instance of an application-specific index of type *indextype*.

Creating a domain index requires a number of preceding operations. You must first create an implementation type for an indextype. You must also create a functional implementation and then create an operator that uses the function. Next you create an indextype, which associates the implementation type with the operator. Finally, you create the domain index using this clause. Please refer to Appendix E, "Examples", which contains an example of creating a simple domain index, including all of these operations.

**index_expr**   In the *index_expr* (in *table_index_clause*), specify the table columns or object attributes on which the index is defined. You can define multiple domain indexes on a single column only if the underlying indextypes are different and the indextypes support a disjoint set of user-defined operators.

**Restrictions on Domain Indexes**
- The *index_expr* (in *table_index_clause*) can specify only a single column, and the column cannot be of datatype REF, varray, nested table, LONG, or LONG RAW.

- You cannot create a bitmap or unique domain index.

**indextype**   For *indextype*, specify the name of the indextype. This name should be a valid schema object that has already been created.

If you have installed Oracle Text, you can use various built-in indextypes to create Oracle Text domain indexes. For more information on Oracle Text and the indexes it uses, please refer to *Oracle Text Reference*.

> **See Also:**   CREATE INDEXTYPE on page 14-105

**parallel_clause**   Use the *parallel_clause* to parallelize creation of the domain index. For a nonpartitioned domain index, Oracle Database passes the explicit or default degree of parallelism to the ODCIIndexCreate cartridge routine, which in turn establishes parallelism for the index.

Cloudera Exhibit 1020 - Page 1144 of 1808

Databricks_R2_PA_00003280

> **See Also:** *Oracle Data Cartridge Developer's Guide* for complete information on the Oracle Data Cartridge Interface (ODCI) routines

**PARAMETERS**   In the `PARAMETERS` clause, specify the parameter string that is passed uninterpreted to the appropriate ODCI indextype routine. The maximum length of the parameter string is 1000 characters.

When you specify this clause at the top level of the syntax, the parameters become the default parameters for the index partitions. If you specify this clause as part of the `LOCAL` [`PARTITION`] clause, you override any default parameters with parameters for the individual partition.

Once the domain index is created, Oracle Database invokes the appropriate ODCI routine. If the routine does not return successfully, the domain index is marked `FAILED`. The only operations supported on an failed domain index are `DROP INDEX` and (for non-local indexes) `REBUILD INDEX`.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for information on the Oracle Data Cartridge Interface (ODCI) routines

### *bitmap_join_index_clause*

Use the `bitmap_join_index_clause` to define a **bitmap join index**. A bitmap join index is defined on a single table. For an index key made up of dimension table columns, it stores the fact table rowids corresponding to that key. In a data warehousing environment, the table on which the index is defined is commonly referred to as a **fact table**, and the tables with which this table is joined are commonly referred to as **dimension tables**. However, a star schema is not a requirement for creating a join index.

**ON**   In the `ON` clause, first specify the fact table, and then inside the parentheses specify the columns of the dimension tables on which the index is defined.

**FROM**   In the `FROM` clause, specify the joined tables.

**WHERE**   In the `WHERE` clause, specify the join condition.

If the underlying fact table is partitioned, you must also specify one of the `local_partitioned_index` clauses (see *local_partitioned_index* on page 14-94).

**Restrictions on Bitmap Join Indexes**   In addition to the restrictions on bitmap indexes in general (see BITMAP on page 14-83), the following restrictions apply to bitmap join indexes:

Cloudera Exhibit 1020 - Page 1145 of 1808

Databricks_R2_PA_00003281

CREATE INDEX

- You cannot create a bitmap join index on an index-organized table or a temporary table.

- No table may appear twice in the FROM clause.

- You cannot create a function-based join index.

- The dimension table columns must be either primary key columns or have unique constraints.

- If a dimension table has a composite primary key, each column in the primary key must be part of the join.

- You cannot specify the *local_index_clauses* unless the fact table is partitioned.

> **See Also:** *Oracle Data Warehousing Guide* for information on fact and dimension tables and on using bitmap indexes in a data warehousing environment

## Examples

### General Index Examples

**Creating an Index: Example**   The following statement shows how the sample index ord_customer_ix on the customer_id column of the sample table oe.orders was created:

```
CREATE INDEX ord_customer_ix
   ON orders (customer_id);
```

**Compressing an Index: Example**   To create the ord_customer_ix_demo index with the COMPRESS clause, you might issue the following statement:

```
CREATE INDEX ord_customer_ix_demo
   ON orders (customer_id, sales_rep_id)
   COMPRESS 1;
```

The index will compress repeated occurrences of customer_id column values.

**Creating an Index in NOLOGGING Mode: Example**   If the sample table orders had been created using a fast parallel load (so all rows were already sorted), you could issue the following statement to quickly create an index.

```
/* Unless you first sort the table oe.orders, this example fails
   because you cannot specify NOSORT unless the base table is
```

Cloudera Exhibit 1020 - Page 1146 of 1808

Databricks_R2_PA_00003282

```
      already sorted.
*/
CREATE INDEX ord_customer_ix_demo
   ON orders (order_mode)
   NOSORT
   NOLOGGING;
```

**Creating a Cluster Index: Example**    To create an index for the `personnel` cluster, which was created in "Creating a Cluster: Example" on page 14-9, issue the following statement:

```
CREATE INDEX idx_personnel ON CLUSTER personnel;
```

No index columns are specified, because cluster indexes are automatically built on all the columns of the cluster key. For cluster indexes, all rows are indexed.

**Creating an Index on an XMLType Table: Example**    The following example creates an index on the area element of the `xwarehouses` table (created in "XMLType Table Examples" on page 16-72):

```
CREATE INDEX area_index ON xwarehouses e
   (EXTRACTVALUE(VALUE(e),'/Warehouse/Area'));
```

Such an index would greatly improve the performance of queries that select from the table based on, for example, the square footage of a warehouse, as shown in this statement:

```
SELECT e.getClobVal() AS warehouse
   FROM xwarehouses e
   WHERE EXISTSNODE(VALUE(e),'/Warehouse[Area>50000]') = 1;
```

> **See Also:**    EXISTSNODE on page 7-70 and VALUE on page 7-267

### Function-Based Index Examples

The following examples show how to create and use function-based indexes.

**Creating a Function-Based Index: Example**    The following statement creates a function-based index on the `employees` table based on an uppercase evaluation of the `last_name` column:

```
CREATE INDEX upper_ix ON employees (UPPER(last_name));
```

See the "Prerequisites" on page 14-75 for the privileges and parameter settings required when creating function-based indexes.

Cloudera Exhibit 1020 - Page 1147 of 1808

Databricks_R2_PA_00003283

CREATE INDEX

To ensure that Oracle Database will use the index rather than performing a full table scan, be sure that the value returned by the function is not null in subsequent queries. For example, this statement is guaranteed to use the index:

```
SELECT first_name, last_name
   FROM employees WHERE UPPER(last_name) IS NOT NULL
   ORDER BY UPPER(last_name);
```

Without the WHERE clause, Oracle Database may perform a full table scan.

In the next statements showing index creation and subsequent query, Oracle Database will use index income_ix even though the columns are in reverse order in the query:

```
CREATE INDEX income_ix
   ON employees(salary + (salary*commission_pct));

SELECT first_name||' '||last_name "Name"
   FROM employees
   WHERE (salary*commission_pct) + salary > 15000;
```

**Creating a Function-Based Index on a LOB Column: Example**   The following statement uses the function created in "Using a Packaged Procedure in a Function: Example" on page 14-74 to create a function-based index on a LOB column in the sample pm schema. The example then collects statistics on the function-based index and selects rows from the sample table print_media where that CLOB column has fewer than 1000 characters.

```
CREATE INDEX src_idx ON print_media(text_length(ad_sourcetext));

ANALYZE INDEX src_idx COMPUTE STATISTICS;

SELECT product_id FROM print_media
   WHERE text_length(ad_sourcetext) < 1000;

PRODUCT_ID
----------
      3060
      2056
      3106
      2268
```

**Creating a Function-based Index on a Type Method: Example**   This example entails an object type rectangle containing two number attributes: length and width. The area() method computes the area of the rectangle.

Cloudera Exhibit 1020 - Page 1148 of 1808

Databricks_R2_PA_00003284

```
CREATE TYPE rectangle AS OBJECT
( length   NUMBER,
  width    NUMBER,
  MEMBER FUNCTION area RETURN NUMBER DETERMINISTIC
);

CREATE OR REPLACE TYPE BODY rectangle AS
  MEMBER FUNCTION area RETURN NUMBER IS
  BEGIN
   RETURN (length*width);
  END;
END;
```

Now, if you create a table rect_tab of type rectangle, you can create a function-based index on the area() method as follows:

```
CREATE TABLE rect_tab OF rectangle;
CREATE INDEX area_idx ON rect_tab x (x.area());
```

You can use this index efficiently to evaluate a query of the form:

```
SELECT * FROM rect_tab x WHERE x.area() > 100;
```

### Partitioned Index Examples

**Creating a Range-Partitioned Global Index: Example**   The following statement creates a global prefixed index cost_ix on the sample table sh.sales with three partitions that divide the range of costs into three groups:

```
CREATE INDEX cost_ix ON sales (amount_sold)
   GLOBAL PARTITION BY RANGE (amount_sold)
      (PARTITION p1 VALUES LESS THAN (1000),
       PARTITION p2 VALUES LESS THAN (2500),
       PARTITION p3 VALUES LESS THAN (MAXVALUE));
```

**Creating a Hash-Partitioned Global Index: Example**   The following statement creates a hash-partitioned global index cust_last_name_ix on the sample table sh.customers with four partitions:

```
CREATE INDEX company_id_ix ON customers (company_id)
  GLOBAL PARTITION BY HASH (company_id)
  PARTITIONS 4;
```

Cloudera Exhibit 1020 - Page 1149 of 1808

Databricks_R2_PA_00003285

**Creating an Index on a Hash-Partitioned Table: Example.**  The following statement creates a local index on the `product_id` column of the `product_information_part` partitioned table (which was created in "Hash Partitioning Example" on page 16-76). The `STORE IN` clause immediately following `LOCAL` indicates that `product_information_part` is hash partitioned. Oracle Database will distribute the hash partitions between the `tbs1` and `tbs2` tablespaces:

```
CREATE INDEX prod_idx ON product_information_part(product_id) LOCAL
   STORE IN (tbs_1, tbs_2);
```

The creator of the index must have quota on the tablespaces specified. See CREATE TABLESPACE on page 16-80 for examples that create tablespaces `tbs_1` and `tbs_2`.

**Creating an Index on a Composite-Partitioned Table: Example.**  The following statement creates a local index on the `composite_sales` table, which was created in "Composite-Partitioned Table Examples" on page 16-76. The `STORAGE` clause specifies default storage attributes for the index. However, this default is overridden for the five subpartitions of partitions `q3_2000` and `q4_2000`, because separate `TABLESPACE` storage is specified.

The creator of the index must have quota on the tablespaces specified. See CREATE TABLESPACE on page 16-80 for examples that create tablespaces `tbs_1` and `tbs_2`.

```
CREATE INDEX sales_ix ON composite_sales(time_id, prod_id)
   STORAGE (INITIAL 1M MAXEXTENTS UNLIMITED)
   LOCAL
   (PARTITION q1_1998,
    PARTITION q2_1998,
    PARTITION q3_1998,
    PARTITION q4_1998,
    PARTITION q1_1999,
    PARTITION q2_1999,
    PARTITION q3_1999,
    PARTITION q4_1999,
    PARTITION q1_2000,
    PARTITION q2_2000
      (SUBPARTITION pq2001, SUBPARTITION pq2002,
       SUBPARTITION pq2003, SUBPARTITION pq2004,
       SUBPARTITION pq2005, SUBPARTITION pq2006,
       SUBPARTITION pq2007, SUBPARTITION pq2008),
    PARTITION q3_2000
      (SUBPARTITION c1 TABLESPACE tbs_1,
       SUBPARTITION c2 TABLESPACE tbs_1,
```

Cloudera Exhibit 1020 - Page 1150 of 1808

Databricks_R2_PA_00003286

```
      SUBPARTITION c3 TABLESPACE tbs_1,
      SUBPARTITION c4 TABLESPACE tbs_1,
      SUBPARTITION c5 TABLESPACE tbs_1),
   PARTITION q4_2000
     (SUBPARTITION pq4001 TABLESPACE tbs_2,
      SUBPARTITION pq4002 TABLESPACE tbs_2,
      SUBPARTITION pq4003 TABLESPACE tbs_2,
      SUBPARTITION pq4004 TABLESPACE tbs_2)
);
```

### Bitmap Index Example

The following creates a bitmap join index on the table `oe.product_information_part`, which was created in "Hash Partitioning Example" on page 16-76:

```
CREATE BITMAP INDEX product_bm_ix
   ON product_information_part(list_price)
   TABLESPACE tbs_1
   LOCAL(PARTITION ix_p1 TABLESPACE tbs_2,
         PARTITION ix_p2,
         PARTITION ix_p3 TABLESPACE tbs_3,
         PARTITION ix_p4,
         PARTITION ix_p5 TABLESPACE tbs_4 );
```

Because `product_information_part` is a partitioned table, the bitmap join index must be locally partitioned. In this example, the user must have quota on tablespaces specified. See CREATE TABLESPACE on page 16-80 for examples that create tablespaces `tbs_2`, `tbs_3`, and `tbs_4`.

### Indexes on Nested Tables: Example

The sample table `pm.print_media` contains a nested table column `ad_textdocs_ntab`, which is stored in storage table `textdocs_nestedtab`. The following example creates a unique index on storage table `textdocs_nestedtab`:

```
CREATE UNIQUE INDEX nested_tab_ix
     ON textdocs_nestedtab(NESTED_TABLE_ID, document_typ);
```

Including pseudocolumn `NESTED_TABLE_ID` ensures distinct rows in nested table column `ad_textdocs_ntab`.

### Indexing on Substitutable Columns: Examples

You can build an index on attributes of the declared type of a substitutable column. In addition, you can reference the subtype attributes by using the appropriate

Cloudera Exhibit 1020 - Page 1151 of 1808

Databricks_R2_PA_00003287

CREATE INDEX

TREAT function. The following example uses the table `books`, which is created in "Substitutable Table and Column Examples" on page 16-68. The statement creates an index on the `salary` attribute of all employee authors in the `books` table:

```
CREATE INDEX salary_i
   ON books (TREAT(author AS employee_t).salary);
```

The target type in the argument of the TREAT function must be the type that added the attribute being referenced. In the example, the target of TREAT is `employee_t`, which is the type that added the `salary` attribute.

If this condition is not satisfied, then Oracle Database interprets the TREAT function as any functional expression and creates the index as a function-based index. For example, the following statement creates a function-based index on the `salary` attribute of part-time employees, assigning nulls to instances of all other types in the type hierarchy.

```
CREATE INDEX salary_func_i ON persons p
   (TREAT(VALUE(p) AS part_time_emp_t).salary);
```

You can also build an index on the type-discriminant column underlying a substitutable column by using the SYS_TYPEID function.

> **Note:**   Oracle Database uses the type-discriminant column to evaluate queries that involve the IS OF *type* condition. The cardinality of the typeid column is normally low, so Oracle recommends that you build a bitmap index in this situation.

The following statement creates a bitmap index on the typeid of the author column of the books table:

```
CREATE BITMAP INDEX typeid_i ON books (SYS_TYPEID(author));
```

**See Also:**

- "Type Hierarchy Example" on page 17-22 to see the creation of the type hierarchy underlying the `books` table

- the functions TREAT on page 7-256 and SYS_TYPEID on page 7-224 and the condition "IS OF type" on page 6-20

Cloudera Exhibit 1020 - Page 1152 of 1808

Databricks_R2_PA_00003288

# CREATE INDEXTYPE

## Purpose

Use the CREATE INDEXTYPE statement to create an **indextype**, which is an object that specifies the routines that manage a domain (application-specific) index. Indextypes reside in the same namespace as tables, views, and other schema objects. This statement binds the indextype name to an implementation type, which in turn specifies and refers to user-defined index functions and procedures that implement the indextype.

> **See Also:** *Oracle Data Cartridge Developer's Guide* and *Oracle Database Concepts* for more information on implementing indextypes

## Prerequisites

To create an indextype in your own schema, you must have the CREATE INDEXTYPE system privilege. To create an indextype in another schema, you must have the CREATE ANY INDEXTYPE system privilege. In either case, you must have the EXECUTE object privilege on the implementation type and the supported operators.

An indextype supports one or more operators, so before creating an indextype, you must first design the operator or operators to be supported and provide functional implementation for those operators.

> **See Also:** CREATE OPERATOR on page 15-42

## Syntax

**create_indextype::=**



Cloudera Exhibit 1020 - Page 1153 of 1808

Databricks_R2_PA_00003289

CREATE INDEXTYPE

**using_type_clause::=**



**array_DML_clause::=**



## Semantics

### *schema*

Specify the name of the schema in which the indextype resides. If you omit *schema*, then Oracle Database creates the indextype in your own schema.

### *indextype*

Specify the name of the indextype to be created.

### FOR Clause

Use the FOR clause to specify the list of operators supported by the indextype.

- For *schema*, specify the schema containing the operator. If you omit *schema*, then Oracle assumes the operator is in your own schema.

- For *operator*, specify the name of the operator supported by the indextype.

  All the operators listed in this clause must be valid operators.

- For *parameter_type*, list the types of parameters to the operator.

Cloudera Exhibit 1020 - Page 1154 of 1808

Databricks_R2_PA_00003290

### using_type_clause

The USING clause lets you specify the type that provides the implementation for the new indextype.

For *implementation_type*, specify the name of the type that implements the appropriate Oracle Data Cartridge Interface (ODCI).

■   You must specify a valid type that implements the routines in the ODCI.

■   The implementation type must reside in the same schema as the indextype.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for additional information on this interface

### array_DML_clause

Use this clause to let the indextype support the array interface for the ODCIIndexInsert method.

***type* and *varray_type***   If the datatype of the column to be indexed is a user-defined object type, then you must specify this clause to identify the varray *varray_type* that Oracle should use to hold column values of *type*. If the indextype supports a list of types, then you can specify a corresponding list of varray types. If you omit *schema* for either *type* or *varray_type*, then Oracle assumes the type is in your own schema.

If the datatype of the column to be indexed is a built-in system type, then any varray type specified for the indextype takes precedence over the ODCI types defined by the system.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for more information on the ODCI array interface

## Example

**Creating an Indextype: Example**   The following statement creates an indextype named position_indextype and specifies the position_between operator that is supported by the indextype and the position_im type that implements the index interface. Please refer to "Using Extensible Indexing" on page E-1 for an extensible indexing scenario that uses this indextype:

```
CREATE INDEXTYPE position_indextype
   FOR position_between(NUMBER, NUMBER, NUMBER)
   USING position_im;
```

Cloudera Exhibit 1020 - Page 1155 of 1808

Databricks_R2_PA_00003291

CREATE INDEXTYPE

Cloudera Exhibit 1020 - Page 1156 of 1808

Databricks_R2_PA_00003292

## CREATE JAVA

### Purpose

Use the CREATE JAVA statement to create a schema object containing a Java source, class, or resource.

**See Also:**

- *Oracle Database Java Developer's Guide* for Java concepts

- *Oracle Database Java Developer's Guide* for Java stored procedures

- *Oracle Database JDBC Developer's Guide and Reference* for information on JDBC

### Prerequisites

To create or replace a schema object containing a Java source, class, or resource in your own schema, you must have CREATE PROCEDURE system privilege. To create such a schema object in another user's schema, you must have CREATE ANY PROCEDURE system privilege. To replace such a schema object in another user's schema, you must also have ALTER ANY PROCEDURE system privilege.

Cloudera Exhibit 1020 - Page 1157 of 1808

Databricks_R2_PA_00003293

CREATE JAVA

## Syntax

**create_java::=**



**invoker_rights_clause::=**



Cloudera Exhibit 1020 - Page 1158 of 1808

Databricks_R2_PA_00003294

## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the schema object containing the Java class, source, or resource if it already exists. Use this clause to change the definition of an existing object without dropping, re-creating, and regranting object privileges previously granted.

If you redefine a Java schema object and specify RESOLVE or COMPILE, then Oracle Database recompiles or resolves the object. Whether or not the resolution or compilation is successful, the database invalidates classes that reference the Java schema object.

Users who had previously been granted privileges on a redefined function can still access the function without being regranted the privileges.

> **See Also:** ALTER JAVA on page 10-115 for additional information

### RESOLVE | COMPILE

RESOLVE and COMPILE are synonymous keywords. They specify that Oracle Database should attempt to resolve the Java schema object that is created if this statement succeeds.

- When applied to a class, resolution of referenced names to other class schema objects occurs.

- When applied to a source, source compilation occurs.

**Restriction on RESOLVE and COMPILE**   You cannot specify these keywords for a Java resource.

### NOFORCE

Specify NOFORCE to roll back the results of this CREATE command if you have specified either RESOLVE or COMPILE and the resolution or compilation fails. If you do not specify this option, then Oracle Database takes no action if the resolution or compilation fails. That is, the created schema object remains.

### JAVA SOURCE Clause

Specify JAVA SOURCE to load a Java source file.

Cloudera Exhibit 1020 - Page 1159 of 1808

Databricks_R2_PA_00003295

CREATE JAVA

## JAVA CLASS Clause

Specify JAVA CLASS to load a Java class file.

## JAVA RESOURCE Clause

Specify JAVA RESOURCE to load a Java resource file.

## NAMED Clause

The NAMED clause is required for a Java source or resource. The *primary_name* must be enclosed in double quotation marks.

- For a Java source, this clause specifies the name of the schema object in which the source code is held. A successful CREATE JAVA SOURCE statement will also create additional schema objects to hold each of the Java classes defined by the source.

- For a Java resource, this clause specifies the name of the schema object to hold the Java resource.

Use double quotation marks to preserve a lower- or mixed-case *primary_name*.

If you do not specify *schema*, then Oracle Database creates the object in your own schema.

### Restrictions on NAMED Java Classes

- You cannot specify NAMED for a Java class.

- The *primary_name* cannot contain a database link.

## SCHEMA Clause

The SCHEMA clause applies only to a Java class. This optional clause specifies the schema in which the object containing the Java file will reside. If you do not specify this clause, then Oracle Database creates the object in your own schema.

### *invoker_rights_clause*

Use the *invoker_rights_clause* to indicate whether the methods of the class execute with the privileges and in the schema of the user who owns the class or with the privileges and in the schema of CURRENT_USER.

This clause also determines how Oracle Database resolves external names in queries, DML operations, and dynamic SQL statements in the member functions and procedures of the type.

Cloudera Exhibit 1020 - Page 1160 of 1808

Databricks_R2_PA_00003296

### AUTHID CURRENT_USER

CURRENT_USER indicates that the methods of the class execute with the privileges of CURRENT_USER. This clause is the default and creates an **invoker-rights class**.

This clause also specifies that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of CURRENT_USER. External names in all other statements resolve in the schema in which the methods reside.

### AUTHID DEFINER

DEFINER indicates that the methods of the class execute with the privileges of the owner of the schema in which the class resides, and that external names resolve in the schema where the class resides. This clause creates a **definer-rights class**.

> **See Also:**
>
> - *Oracle Database Java Developer's Guide*
>
> - *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how CURRENT_USER is determined

### RESOLVER Clause

The RESOLVER clause lets you specify a mapping of the fully qualified Java name to a Java schema object, where:

- *match_string* is either a fully qualified Java name, a wildcard that can match such a Java name, or a wildcard that can match any name.

- *schema_name* designates a schema to be searched for the corresponding Java schema object.

- A dash (-) as an alternative to *schema_name* indicates that if *match_string* matches a valid Java name, Oracle Database can leave the name unresolved. The resolution succeeds, but the name cannot be used at run time by the class.

This mapping is stored with the definition of the schema objects created in this command for use in later resolutions (either implicit or in explicit ALTER JAVA ... RESOLVE statements).

### USING Clause

The USING clause determines a sequence of character data (CLOB or BFILE) or binary data (BLOB or BFILE) for the Java class or resource. Oracle Database uses the

Cloudera Exhibit 1020 - Page 1161 of 1808

Databricks_R2_PA_00003297

sequence of characters to define one file for a Java class or resource, or one source file and one or more derived classes for a Java source.

### BFILE Clause

Specify the directory and filename of a previously created file on the operating system (`directory_object_name`) and server file (`server_file_name`) containing the sequence. `BFILE` is usually interpreted as a character sequence by CREATE JAVA SOURCE and as a binary sequence by CREATE JAVA CLASS or CREATE JAVA RESOURCE.

### CLOB | BLOB | BFILE *subquery*

Specify a subquery that selects a single row and column of the type specified (`CLOB`, `BLOB`, or `BFILE`). The value of the column makes up the sequence of characters.

> **Note:**  In earlier releases, the `USING` clause implicitly supplied the keyword `SELECT`. This is no longer the case. However, the subquery without the keyword `SELECT` is still supported for backward compatibility.

### *key_for_BLOB*

The `key_for_BLOB` clause supplies the following implicit query:

```
SELECT LOB FROM CREATE$JAVA$LOB$TABLE
   WHERE NAME = 'key_for_BLOB';
```

**Restriction on the *key_for_BLOB* Clause**   For you to use this case, the table CREATE$JAVA$LOB$TABLE must exist in the current schema and must have a column LOB of type `BLOB` and a column `NAME` of type `VARCHAR2`.

### AS *source_text*

Specify a sequence of characters for a Java source.

## Examples

**Creating a Java Class Object: Example**   The following statement creates a schema object containing a Java class using the name found in a Java binary file:

```
CREATE JAVA CLASS USING BFILE (bfile_dir, 'Agent.class');
```

Cloudera Exhibit 1020 - Page 1162 of 1808

Databricks_R2_PA_00003298

This example assumes the directory object `bfile_dir`, which points to the operating system directory containing the Java class `Agent.class`, already exists. In this example, the name of the class determines the name of the Java class schema object.

**Creating a Java Source Object: Example**    The following statement creates a Java source schema object:

```
CREATE JAVA SOURCE NAMED "Hello" AS
   public class Hello {
      public static String hello() {
         return "Hello World";   } };
```

**Creating a Java Resource Object: Example**    The following statement creates a Java resource schema object named `apptext` from a `bfile`:

```
CREATE JAVA RESOURCE NAMED "appText"
   USING BFILE (bfile_dir, 'textBundle.dat');
```

Cloudera Exhibit 1020 - Page 1163 of 1808

Databricks_R2_PA_00003299

CREATE JAVA

Cloudera Exhibit 1020 - Page 1164 of 1808

Databricks_R2_PA_00003300

# 15

# SQL Statements: CREATE LIBRARY to CREATE SPFILE

This chapter contains the following SQL statements:

- CREATE LIBRARY
- CREATE MATERIALIZED VIEW
- CREATE MATERIALIZED VIEW LOG
- CREATE OPERATOR
- CREATE OUTLINE
- CREATE PACKAGE
- CREATE PACKAGE BODY
- CREATE PFILE
- CREATE PROCEDURE
- CREATE PROFILE
- CREATE ROLE
- CREATE ROLLBACK SEGMENT
- CREATE SCHEMA
- CREATE SEQUENCE
- CREATE SPFILE

Cloudera Exhibit 1020 - Page 1165 of 1808

Databricks_R2_PA_00003301

CREATE LIBRARY

---

## CREATE LIBRARY

### Purpose

Use the CREATE LIBRARY statement to create a schema object associated with an operating-system shared library. The name of this schema object can then be used in the *call_spec* of CREATE FUNCTION or CREATE PROCEDURE statements, or when declaring a function or procedure in a package or type, so that SQL and PL/SQL can call to third-generation-language (3GL) functions and procedures.

> **See Also:** CREATE FUNCTION on page 14-61 and *PL/SQL User's Guide and Reference* for more information on functions and procedures

### Prerequisites

To create a library in your own schema, you must have the CREATE LIBRARY system privilege. To create a library in another user's schema, you must have the CREATE ANY LIBRARY system privilege. To use the procedures and functions stored in the library, you must have the EXECUTE object privilege on the library.

The CREATE LIBRARY statement is valid only on platforms that support shared libraries and dynamic linking.

### Syntax

**create_library::=**



---

Cloudera Exhibit 1020 - Page 1166 of 1808

Databricks_R2_PA_00003302

## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the library if it already exists. Use this clause to change the definition of an existing library without dropping, re-creating, and regranting schema object privileges granted on it.

Users who had previously been granted privileges on a redefined library can still access the library without being regranted the privileges.

### libname

Specify the name that will represent this library when a user declares a function or procedure with a call_spec.

### filename

Specify a string literal, enclosed in single quotation marks. This string should be the path or filename your operating system recognizes as naming the shared library.

The filename is not interpreted during execution of the CREATE LIBRARY statement. The existence of the library file is not checked until an attempt is made to execute a routine from it.

### AGENT Clause

Specify the AGENT clause if you want external procedures to be run from a database link other than the server. Oracle Database will use the database link specified by agent_dblink to run external procedures. If you omit this clause, the default agent on the server (extproc) will run external procedures.

## Examples

**Creating a Library: Examples**   The following statement creates library ext_lib:

```
CREATE LIBRARY ext_lib AS '/OR/lib/ext_lib.so';
/
```

The following statement re-creates library ext_lib:

```
CREATE OR REPLACE LIBRARY ext_lib IS '/OR/newlib/ext_lib.so';
/
```

Cloudera Exhibit 1020 - Page 1167 of 1808

Databricks_R2_PA_00003303

CREATE LIBRARY

**Specifying an External Procedure Agent: Example**   The following example creates a library `app_lib` and specifies that external procedures will be run from the public database `sales.hq.acme.com`:

```
CREATE LIBRARY app_lib as '${ORACLE_HOME}/lib/app_lib.so'
   AGENT 'sales.hq.acme.com';
/
```

**See Also:**   "Defining a Public Database Link: Example" on page 14-43 for information on creating database links

Cloudera Exhibit 1020 - Page 1168 of 1808

Databricks_R2_PA_00003304

## CREATE MATERIALIZED VIEW

### Purpose

Use the `CREATE MATERIALIZED VIEW` statement to create a **materialized view**. A materialized view is a database object that contains the results of a query. The `FROM` clause of the query can name tables, views, and other materialized views. Collectively these objects are called **master tables** (a replication term) or **detail tables** (a data warehousing term). This reference uses "master tables" for consistency. The databases containing the master tables are called the **master databases**.

> **Note:** The keyword `SNAPSHOT` is supported in place of `MATERIALIZED VIEW` for backward compatibility.

For replication purposes, materialized views allow you to maintain copies of remote data on your local node. The copies can be updatable with the Advanced Replication feature and are read-only without this feature. You can select data from a materialized view as you would from a table or view. In replication environments, the materialized views commonly created are **primary key**, **rowid**, **object**, and **subquery** materialized views.

> **See Also:** *Oracle Database Advanced Replication* for information on the types of materialized views used to support replication

For data warehousing purposes, the materialized views commonly created are **materialized aggregate views**, **single-table materialized aggregate views**, and **materialized join views**. All three types of materialized views can be used by query rewrite, an optimization technique that transforms a user request written in terms of master tables into a semantically equivalent request that includes one or more materialized views.

> **See Also:**
>
> - ALTER MATERIALIZED VIEW on page 11-2
> - *Oracle Data Warehousing Guide* for information on the types of materialized views used to support data warehousing

Cloudera Exhibit 1020 - Page 1169 of 1808

Databricks_R2_PA_00003305

CREATE MATERIALIZED VIEW

## Prerequisites

The privileges required to create a materialized view should be granted directly rather than through a role.

To create a materialized view **in your own schema:**

- You must have been granted the CREATE MATERIALIZED VIEW system privilege **an**d either the CREATE TABLE or CREATE ANY TABLE system privilege.

- You must also have access to any master tables of the materialized view that you do not own, either through a SELECT object privilege on each of the tables or through the SELECT ANY TABLE system privilege.

To create a materialized view **in another user's schema:**

- You must have the CREATE ANY MATERIALIZED VIEW system privilege.

- The owner of the materialized view must have the CREATE TABLE system privilege. The owner must also have access to any master tables of the materialized view that the schema owner does not own (for example, if the master tables are on a remote database) and to any materialized view logs defined on those master tables, either through a SELECT object privilege on each of the tables or through the SELECT ANY TABLE system privilege.

To create a refresh-on-commit materialized view (ON COMMIT REFRESH clause), in addition to the preceding privileges, you must have the ON COMMIT REFRESH object privilege on any master tables that you do not own or you must have the ON COMMIT REFRESH system privilege.

To create the materialized view **with query rewrite enabled**, in addition to the preceding privileges:

- If the schema owner does not own the master tables, then the schema owner must have the GLOBAL QUERY REWRITE privilege or the QUERY REWRITE object privilege on each table outside the schema.

- If you are defining the materialized view on a prebuilt container (ON PREBUILT TABLE clause), then you must have the SELECT privilege WITH GRANT OPTION on the container table.

The user whose schema contains the materialized view must have sufficient quota in the target tablespace to store the master table and index of the materialized view or must have the UNLIMITED TABLESPACE system privilege.

When you create a materialized view, Oracle Database creates one internal table and at least one index, and may create one view, all in the schema of the

Cloudera Exhibit 1020 - Page 1170 of 1808

Databricks_R2_PA_00003306

materialized view. Oracle Database uses these objects to maintain the materialized view data. You must have the privileges necessary to create these objects.

**See Also:**

- CREATE TABLE on page 16-7, CREATE VIEW on page 17-40, and CREATE INDEX on page 14-75 for information on these privileges

- *Oracle Database Advanced Replication* for information about the prerequisites that apply to creating replication materialized views

- *Oracle Data Warehousing Guide* for information about the prerequisites that apply to creating data warehousing materialized views

Cloudera Exhibit 1020 - Page 1171 of 1808

Databricks_R2_PA_00003307

CREATE MATERIALIZED VIEW

## Syntax

**create_materialized_view::=**



(*physical_properties::=* on page 15-9, *scoped_table_ref_constraint::=* on page 15-9, *materialized_view_props::=* on page 15-9, *physical_attributes_clause::=* on page 15-12, *create_mv_refresh::=* on page 15-11, *subquery::=* on page 19-5)

Cloudera Exhibit 1020 - Page 1172 of 1808

Databricks_R2_PA_00003308

**physical_properties::=**



(*segment_attributes_clause::=* on page 15-11, *table_compression::=* on page 15-12, *index_org_table_clause::=* on page 15-10)

**materialized_view_props::=**



(*column_properties::=* on page 15-12, *table_partitioning_clauses::=* on page 16-19—part of CREATE TABLE syntax, *parallel_clause::=* on page 15-15, *build_clause::=* on page 15-15)

**scoped_table_ref_constraint::=**



Cloudera Exhibit 1020 - Page 1173 of 1808

Databricks_R2_PA_00003309

CREATE MATERIALIZED VIEW

---

**index_org_table_clause::=**



> (*mapping_table_clause*: not supported with materialized views, *key_compression::=* on page 15-10, *index_org_overflow_clause::=* on page 15-10)

**key_compression::=**



**index_org_overflow_clause::=**



> (*segment_attributes_clause::=* on page 15-11)

Cloudera Exhibit 1020 - Page 1174 of 1808

Databricks_R2_PA_00003310

CREATE MATERIALIZED VIEW

**create_mv_refresh::=**



**segment_attributes_clause::=**



(*physical_attributes_clause::=* on page 15-12, *logging_clause::=* on page 15-12)

Cloudera Exhibit 1020 - Page 1175 of 1808

Databricks_R2_PA_00003311

CREATE MATERIALIZED VIEW

**physical_attributes_clause::=**



(*logging_clause*::= on page 8-47)

**logging_clause::=**



**table_compression::=**



**column_properties::=**



(*object_type_col_properties*::= on page 15-13, *nested_table_col_properties*::= on page 15-13, *varray_col_properties*::= on page 15-13, *LOB_partition_storage*::= on page 15-15, *LOB_storage_clause*::= on page 15-14, *XMLType_column_properties*: not supported for materialized views)

Cloudera Exhibit 1020 - Page 1176 of 1808

Databricks_R2_PA_00003312

**object_type_col_properties::=**



(*substitutable_column_clause::=* on page 15-13)

**substitutable_column_clause::=**



**nested_table_col_properties::=**



(*substitutable_column_clause::=* on page 15-13, *object_properties::=* on page 16-11, *physical_properties::=* on page 16-12—part of CREATE TABLE syntax, *column_properties::=* on page 15-12)

**varray_col_properties::=**



Cloudera Exhibit 1020 - Page 1177 of 1808

Databricks_R2_PA_00003313

CREATE MATERIALIZED VIEW

(*substitutable_column_clause::=* on page 15-13, *LOB_parameters::=* on page 15-14)

**LOB_storage_clause::=**



(*LOB_parameters::=* on page 15-14)

**LOB_parameters::=**



(*storage_clause::=* on page 8-60, *logging_clause::=* on page 15-12)

Cloudera Exhibit 1020 - Page 1178 of 1808

Databricks_R2_PA_00003314

**LOB_partition_storage::=**



(*LOB_storage_clause::=* on page 15-14, *varray_col_properties::=* on page 15-13)

**parallel_clause::=**



**build_clause::=**



## Semantics

### schema
Specify the schema to contain the materialized view. If you omit *schema*, then Oracle Database creates the materialized view in your schema.

### materialized_view
Specify the name of the materialized view to be created. Oracle Database generates names for the table and indexes used to maintain the materialized view by adding a prefix or suffix to the materialized view name.

### OF *object_type*
The OF *object_type* clause lets you explicitly create an **object materialized view** of type *object_type*.

SQL Statements: CREATE LIBRARY to CREATE SPFILE   **15-15**

Cloudera Exhibit 1020 - Page 1179 of 1808

Databricks_R2_PA_00003315

CREATE MATERIALIZED VIEW

> **See Also:**   See `CREATE TABLE ...` *object_table* on page 16-9 for more information on the `OF` `type_name` clause

### scoped_table_ref_constraint

Use the `SCOPE FOR` clause to restrict the scope of references to a single object table. You can refer either to the table name with `scope_table_name` or to a column alias. The values in the `REF` column or attribute point to objects in `scope_table_name` or `c_alias`, in which object instances of the same type as the `REF` column are stored. If you specify aliases, then they must have a one-to-one correspondence with the columns in the `SELECT` list of the defining query of the materialized view.

> **See Also:**   "SCOPE REF Constraints"  on page 8-17 for more information

### ON PREBUILT TABLE Clause

The `ON PREBUILT TABLE` clause lets you register an existing table as a preinitialized materialized view. This clause is particularly useful for registering large materialized views in a data warehousing environment. The table must have the same name and be in the same schema as the resulting materialized view.

If the materialized view is dropped, then the preexisting table reverts to its identity as a table.

> **Caution:**   This clause assumes that the table object reflects the materialization of a subquery. Oracle strongly recommends that you ensure that this assumption is true in order to ensure that the materialized view correctly reflects the data in its master tables.

**WITH REDUCED PRECISION**   Specify `WITH REDUCED PRECISION` to authorize the loss of precision that will result if the precision of the table or materialized view columns do not exactly match the precision returned by *subquery*.

**WITHOUT REDUCED PRECISION**   Specify `WITHOUT REDUCED PRECISION` to require that the precision of the table or materialized view columns match exactly the precision returned by *subquery*, or the create operation will fail. This is the default.

**Restrictions on Using Prebuilt Tables**
- Each column alias in *subquery* must correspond to a column in the prebuilt table, and corresponding columns must have matching datatypes.

Cloudera Exhibit 1020 - Page 1180 of 1808

Databricks_R2_PA_00003316

■ If you specify this clause, then you cannot specify a NOT NULL constraint for any column that is not referenced in *subquery* unless you also specify a default value for that column.

> **See Also:** "Creating Prebuilt Materialized Views: Example" on page 15-29

### physical_properties_clause

The components of the *physical_properties_clause* have the same semantics for materialized views that they have for tables, with exceptions and additions described in the sections that follow.

**Restriction on the physical_properties_clause** You cannot specify ORGANIZATION EXTERNAL for a materialized view.

### segment_attributes_clause

Use the *segment_attributes_clause* to establish values for the PCTFREE, PCTUSED, and INITRANS parameters, the storage characteristics for the materialized view, to assign a tablespace, and to specify whether logging is to occur. In the USING INDEX clause, you cannot specify PCTFREE or PCTUSED.

**TABLESPACE Clause** Specify the tablespace in which the materialized view is to be created. If you omit this clause, then Oracle Database creates the materialized view in the default tablespace of the schema containing the materialized view.

> **See Also:** *physical_attributes_clause* on page 8-54 and *storage_clause* on page 8-57 for a complete description of these clauses, including default values

**logging_clause** Specify LOGGING or NOLOGGING to establish the logging characteristics for the materialized view. The default is the logging characteristic of the tablespace in which the materialized view resides.

> **See Also:** *logging_clause* on page 8-47 for a full description of this clause

### table_compression

Use the *table_compression* clause to instruct the database whether to compress data segments to reduce disk and memory use. The COMPRESS keyword enables table compression. The NOCOMPRESS keyword disables table compression.

Cloudera Exhibit 1020 - Page 1181 of 1808

Databricks_R2_PA_00003317

CREATE MATERIALIZED VIEW

> **See Also:**   *table_compression* clause of CREATE TABLE on page 16-33 for more information on table compression

### index_org_table_clause

The ORGANIZATION INDEX clause lets you create an index-organized materialized view. In such a materialized view, data rows are stored in an index defined on the primary key of the materialized view. You can specify index organization for the following types of materialized views:

- Read-only and updatable object materialized views. You must ensure that the master table has a primary key.

- Read-only and updatable primary key materialized views

- Read-only rowid materialized views.

The keywords and parameters of the *index_org_table_clause* have the same semantics as described in CREATE TABLE, with the restrictions that follow.

> **See Also:**   the *index_org_table_clause* of CREATE TABLE on page 16-35

**Restrictions on Index-Organized Materialized Views**
- You cannot specify the following CREATE MATERIALIZED VIEW clauses: CACHE or NOCACHE, CLUSTER, or ON PREBUILT TABLE.

- In the *index_org_table_clause*:
    - You cannot specify the *mapping_table_clause*.
    - You can specify COMPRESS only for a materialized view based on a composite primary key. You can specify NOCOMPRESS for a materialized view based on either a simple or composite primary key.

### CLUSTER Clause

The ORGANIZATION CLUSTER clause lets you create the materialized view as part of the specified cluster. A cluster materialized view uses the space allocation of the cluster. Therefore, you do not specify physical attributes or the TABLESPACE clause with the CLUSTER clause.

**Restriction on Cluster Materialized Views**   If you specify ORGANIZATION CLUSTER, then you cannot specify the *table_partitioning_clauses* in *materialized_view_props*.

Cloudera Exhibit 1020 - Page 1182 of 1808

Databricks_R2_PA_00003318

### materialized_view_props

Use these property clauses to describe a materialized view that is not based on an existing table. To create a materialized view that is based on an existing table, use the ON PREBUILT TABLE clause.

### column_properties

The `column_properties` clause lets you specify the storage characteristics of a LOB, nested table, varray, or XMLType column. The `object_type_col_ properties` are not relevant for a materialized view.

> **See Also:** CREATE TABLE on page 16-7 for detailed information about specifying the parameters of this clause

### table_partitioning_clauses

The `table_partitioning_clauses` let you specify that the materialized view is partitioned on specified ranges of values or on a hash function. Partitioning of materialized views is the same as partitioning of tables.

> **See Also:** *table_partitioning_clauses* on page 16-48 in the CREATE TABLE documentation

### CACHE | NOCACHE

For data that will be accessed frequently, CACHE specifies that the blocks retrieved for this table are placed at the most recently used end of the least recently used (LRU) list in the buffer cache when a full table scan is performed. This attribute is useful for small lookup tables. NOCACHE specifies that the blocks are placed at the least recently used end of the LRU list.

> **Note:** NOCACHE has no effect on materialized views for which you specify KEEP in the *storage_clause*.

> **See Also:** CREATE TABLE on page 16-7 for information about specifying CACHE or NOCACHE

### parallel_clause

The `parallel_clause` lets you indicate whether parallel operations will be supported for the materialized view and sets the default degree of parallelism for queries and DML on the materialized view after creation.

Cloudera Exhibit 1020 - Page 1183 of 1808

Databricks_R2_PA_00003319

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on `CREATE TABLE`.

### build_clause

The `build_clause` lets you specify when to populate the materialized view.

**IMMEDIATE**   Specify `IMMEDIATE` to indicate that the materialized view is to be populated immediately. This is the default.

**DEFERRED**   Specify `DEFERRED` to indicate that the materialized view is to be populated by the next `REFRESH` operation. The first (deferred) refresh must always be a complete refresh. Until then, the materialized view has a staleness value of `UNUSABLE`, so it cannot be used for query rewrite.

## USING INDEX Clause

The `USING INDEX` clause lets you establish the value of the `INITRANS` and `STORAGE` parameters for the default index Oracle Database uses to maintain the materialized view data. If `USING INDEX` is not specified, then default values are used for the index. Oracle Database uses the default index to speed up incremental (`fast`) refresh of the materialized view.

**Restriction on USING INDEX clause**   You cannot specify the `PCTUSED` parameter in this clause.

## USING NO INDEX Clause

Specify `USING NO INDEX` to suppress the creation of the default index. You can create an alternative index explicitly by using the `CREATE INDEX` statement. You should create such an index if you specify `USING NO INDEX` and you are creating the materialized view with the incremental refresh method (`REFRESH FAST`).

### create_mv_refresh

Use the `create_mv_refresh` clause to specify the default methods, modes, and times for the database to refresh the materialized view. If the master tables of a materialized view are modified, then the data in the materialized view must be updated to make the materialized view accurately reflect the data currently in its master tables. This clause lets you schedule the times and specify the method and mode for the database to refresh the materialized view.

Databricks_R2_PA_00003320

**Note:** This clause only sets the default refresh options. For instructions on actually implementing the refresh, refer to *Oracle Database Advanced Replication* and *Oracle Data Warehousing Guide.*

**See Also:**

- "Periodic Refresh of Materialized Views: Example" on page 15-30 and "Automatic Refresh Times for Materialized Views: Example" on page 15-31
- *PL/SQL Packages and Types Reference* for more information on refresh methods

## FAST Clause

Specify FAST to indicate the incremental refresh method, which performs the refresh according to the changes that have occurred to the master tables. The changes for conventional DML changes are stored in the materialized view log associated with the master table.The changes for direct-path INSERT operations are stored in the direct loader log.

If you specify REFRESH FAST, then the CREATE statement will fail unless materialized view logs already exist for the materialized view master tables. Oracle Database creates the direct loader log automatically when a direct-path INSERT takes place. No user intervention is needed.

For both conventional DML changes and for direct-path INSERT operations, other conditions may restrict the eligibility of a materialized view for fast refresh.

Materialized views are not eligible for fast refresh if the defining query contains an analytic function.

Cloudera Exhibit 1020 - Page 1185 of 1808

Databricks_R2_PA_00003321

**See Also:**

- *Oracle Database Advanced Replication* for restrictions on fast refresh in replication environments

- *Oracle Data Warehousing Guide* for restrictions on fast refresh in data warehousing environments

- The EXPLAIN_MVIEW procedure of the DBMS_MVIEW package for help diagnosing problems with fast refresh and the TUNE_MVIEW procedure of the DBMS_MVIEW package correction of fast refresh problems

- "Analytic Functions" on page 7-11

- "Creating a Fast Refreshable Materialized View: Example" on page 15-32

## COMPLETE Clause

Specify COMPLETE to indicate the complete refresh method, which is implemented by executing the defining query of the materialized view. If you request a complete refresh, then Oracle Database performs a complete refresh even if a fast refresh is possible.

## FORCE Clause

Specify FORCE to indicate that when a refresh occurs, Oracle Database will perform a fast refresh if one is possible or a complete refresh otherwise. If you do not specify a refresh method (FAST, COMPLETE, or FORCE), then FORCE is the default.

## ON COMMIT Clause

Specify ON COMMIT to indicate that a fast refresh is to occur whenever the database commits a transaction that operates on a master table of the materialized view. This clause may increase the time taken to complete the commit, because the database performs the refresh operation as part of the commit process.

**Restriction on Refreshing ON COMMIT**   This clause is not supported for materialized views containing object types.

## ON DEMAND Clause

Specify ON DEMAND to indicate that the materialized view will be refreshed on demand by calling one of the three DBMS_MVIEW refresh procedures. If you omit both ON COMMIT and ON DEMAND, ON DEMAND is the default.

Databricks_R2_PA_00003322

**See Also:**

■ *PL/SQL Packages and Types Reference* for information on these procedures

■ *Oracle Data Warehousing Guide* on the types of materialized views you can create by specifying REFRESH ON DEMAND

If you specify ON COMMIT or ON DEMAND, then you cannot also specify START WITH or NEXT.

## START WITH Clause

Specify a datetime expression for the first automatic refresh time.

## NEXT Clause

Specify a datetime expression for calculating the interval between automatic refreshes.

Both the START WITH and NEXT values must evaluate to a time in the future. If you omit the START WITH value, then the database determines the first automatic refresh time by evaluating the NEXT expression with respect to the creation time of the materialized view. If you specify a START WITH value but omit the NEXT value, then the database refreshes the materialized view only once. If you omit both the START WITH and NEXT values, or if you omit the *create_mv_refresh* entirely, then the database does not automatically refresh the materialized view.

## WITH PRIMARY KEY Clause

Specify WITH PRIMARY KEY to create a primary key materialized view. This is the default and should be used in all cases except those described for WITH ROWID. Primary key materialized views allow materialized view master tables to be reorganized without affecting the eligibility of the materialized view for fast refresh. The master table must contain an enabled primary key constraint.

**Restriction on Primary Key Materialized Views**   You cannot specify this clause for an object materialized view. Oracle Database implicitly refreshes object materialized WITH OBJECT ID.

> **See Also:**  *Oracle Database Advanced Replication* for detailed information about primary key materialized views and "Creating Primary Key Materialized Views: Example" on page 15-30

Cloudera Exhibit 1020 - Page 1187 of 1808

Databricks_R2_PA_00003323

### WITH ROWID Clause

Specify `WITH ROWID` to create a rowid materialized view. Rowid materialized views are useful if the materialized view does not include all primary key columns of the master tables. Rowid materialized views must be based on a single table and cannot contain any of the following:

- Distinct or aggregate functions
- `GROUP BY` or `CONNECT BY` clauses
- Subqueries
- Joins
- Set operations

Rowid materialized views are not eligible for fast refresh after a master table reorganization until a complete refresh has been performed.

**Restriction on Rowid Materialized Views**    You cannot specify this clause for an object materialized view. Oracle Database implicitly refreshes object materialized `WITH OBJECT ID`.

> **See Also:**  "Creating Materialized Aggregate Views: Example" on page 15-28 and "Creating Rowid Materialized Views: Example" on page 15-30

### USING ROLLBACK SEGMENT Clause

This clause is not valid if your database is in automatic undo mode, because in that mode Oracle Database uses undo tablespaces instead of rollback segments. Oracle strongly recommends that you use automatic undo mode. This clause is supported for backward compatibility with replication environments containing older versions of Oracle Database that still use rollback segments.

For `rollback_segment`, specify the remote rollback segment to be used during materialized view refresh.

**DEFAULT**    `DEFAULT` specifies that Oracle Database will choose automatically which rollback segment to use. If you specify `DEFAULT`, you cannot specify `rollback_segment`. `DEFAULT` is most useful when modifying, rather than creating, a materialized view.

> **See Also:**  ALTER MATERIALIZED VIEW on page 11-2

Cloudera Exhibit 1020 - Page 1188 of 1808

Databricks_R2_PA_00003324

**MASTER**   `MASTER` specifies the remote rollback segment to be used at the remote master site for the individual materialized view.

**LOCAL**   `LOCAL` specifies the remote rollback segment to be used for the local refresh group that contains the materialized view. This is the default.

> **See Also:**   *Oracle Database Advanced Replication* for information on specifying the local materialized view rollback segment using the `DBMS_REFRESH` package

If you omit `rollback_segment`, then the database automatically chooses the rollback segment to be used. One master rollback segment is stored for each materialized view and is validated during materialized view creation and refresh. If the materialized view is complex, then the database ignores any master rollback segment you specify.

### USING ... CONSTRAINTS Clause

The `USING` ... `CONSTRAINTS` clause lets Oracle Database choose more rewrite options during the refresh operation, resulting in more efficient refresh execution. The clause lets Oracle Database use unenforced constraints, such as dimension relationships or constraints in the `RELY` state, rather than relying only on enforced constraints during the refresh operation.

> **Caution:**   The `USING TRUSTED CONSTRAINTS` clause lets Oracle Database use dimension and constraint information that has been declared trustworthy by the database administrator but that has not been validated by the database. If the dimension and constraint information is valid, then performance may improve. However, if this information is invalid, then the refresh procedure may corrupt the materialized view even though it returns a success status.

If you omit this clause, then the default is `USING ENFORCED CONSTRAINTS`.

### NEVER REFRESH Clause

Specify `NEVER REFRESH` to prevent the materialized view from being refreshed with any Oracle Database refresh mechanism or packaged procedure. Oracle Database will ignore any `REFRESH` statement on the materialized view issued from such a procedure. To reverse this clause, you must issue an `ALTER MATERIALIZED VIEW` ... `REFRESH` statement.

Cloudera Exhibit 1020 - Page 1189 of 1808

Databricks_R2_PA_00003325

CREATE MATERIALIZED VIEW

### FOR UPDATE Clause

Specify FOR UPDATE to allow a subquery, primary key, object, or rowid materialized view to be updated. When used in conjunction with Advanced Replication, these updates will be propagated to the master.

> **See Also:** *Oracle Database Advanced Replication*

### QUERY REWRITE Clause

The QUERY REWRITE clause lets you specify whether the materialized view is eligible to be used for query rewrite.

**ENABLE Clause**    Specify ENABLE to enable the materialized view for query rewrite.

#### Restrictions on Enabling Query Rewrite

- You can enable query rewrite only if all user-defined functions in the materialized view are DETERMINISTIC.

- You can enable query rewrite only if expressions in the statement are repeatable. For example, you cannot include CURRENT_TIME or USER, sequence values (such as the CURRVAL or NEXTVAL pseudocolumns), or the SAMPLE clause (which may sample different rows as the contents of the materialized view change).

---

**Notes:**

- Query rewrite is disabled by default, so you must specify this clause to make materialized views eligible for query rewrite.

- After you create the materialized view, you must collect statistics on it using the DBMS_STATS package. Oracle Database needs the statistics generated by this package to optimize query rewrite.

---

Cloudera Exhibit 1020 - Page 1190 of 1808

Databricks_R2_PA_00003326

**See Also:**

- *Oracle Data Warehousing Guide* for more information on query rewrite

- *PL/SQL Packages and Types Reference* for information about the DBMS_STATS package

- The EXPLAIN_MVIEW procedure of the DBMS_MVIEW package for help diagnosing problems with query rewrite and the TUNE_MVIEW procedure of the DBMS_MVIEW package correction of query rewrite problems

- CREATE FUNCTION on page 14-61

**DISABLE Clause**   Specify DISABLE to indicate that the materialized view is not eligible for use by query rewrite. A disabled materialized view can be refreshed.

## AS *subquery*

Specify the defining query of the materialized view. When you create the materialized view, Oracle Database executes this subquery and places the results in the materialized view. This subquery is any valid SQL subquery. However, not all subqueries are fast refreshable, nor are all subqueries eligible for query rewrite.

**Notes on the Defining Query of a Materialized View**

- Oracle Database does not execute the defining query immediately if you specify BUILD DEFERRED.

- Oracle recommends that you qualify each table and view in the FROM clause of the defining query of the materialized view with the schema containing it.

   **See Also:**   AS subquery on page 16-61 in the CREATE TABLE documentation for some additional caveats

**Restrictions on the Defining Query of a Materialized View**

- The defining query of a materialized view can select from tables, views, or materialized views owned by the user SYS, but you cannot enable QUERY REWRITE on such a materialized view.

- You cannot define a materialized view with a subquery in the select list of the defining query. You can, however, include subqueries elsewhere in the defining query, such as in the WHERE clause.

Cloudera Exhibit 1020 - Page 1191 of 1808

Databricks_R2_PA_00003327

- Materialized join views and materialized aggregate views with a `GROUP BY` clause cannot select from an index-organized table.

- Materialized views cannot contain columns of datatype `LONG`.

- You cannot create a materialized view log on a temporary table. Therefore, if the defining query references a temporary table, then this materialized view will not be eligible for `FAST` refresh, nor can you specify the `QUERY REWRITE` clause in this statement.

- If the `FROM` clause of the defining query references another materialized view, then you must always refresh the materialized view referenced in the defining query before refreshing the materialized view you are creating in this statement.

If you are creating a materialized view enabled for query rewrite, then:

- The defining query cannot contain, either directly or through a view, references to `ROWNUM`, `USER`, `SYSDATE`, remote tables, sequences, or PL/SQL functions that write to a read database or package state.

- Neither the materialized view nor the master tables of the materialized view can be remote.

If you want the materialized view to be eligible for fast refresh using a materialized view log, then some additional restrictions may apply.

> **See Also:**
>
> - *Oracle Data Warehousing Guide* for more information on restrictions relating to data warehousing
>
> - *Oracle Database Advanced Replication* for more information on restrictions relating to replication
>
> - "Creating Materialized Join Views: Example" on page 15-29, "Creating Subquery Materialized Views: Example" on page 15-30, and "Creating a Nested Materialized View: Example" on page 15-32

## Examples

The following examples require the materialized logs that are created in the "Examples" section of CREATE MATERIALIZED VIEW on page 15-5.

**Creating Materialized Aggregate Views: Example**    The following statement creates and populates a materialized aggregate view on the sample `sh.sales` table and specifies the default refresh method, mode, and time. It uses the materialized view

Cloudera Exhibit 1020 - Page 1192 of 1808

Databricks_R2_PA_00003328

log created in "Creating a Materialized View Log: Examples" on page 15-40, as well as the two additional logs shown here:

```
CREATE MATERIALIZED VIEW LOG ON times
   WITH ROWID, SEQUENCE (time_id, calendar_year)
   INCLUDING NEW VALUES;

CREATE MATERIALIZED VIEW LOG ON products
   WITH ROWID, SEQUENCE (prod_id)
   INCLUDING NEW VALUES;

CREATE MATERIALIZED VIEW sales_mv
   BUILD IMMEDIATE
   REFRESH FAST ON COMMIT
   AS SELECT t.calendar_year, p.prod_id,
      SUM(s.amount_sold) AS sum_sales
      FROM times t, products p, sales s
      WHERE t.time_id = s.time_id AND p.prod_id = s.prod_id
      GROUP BY t.calendar_year, p.prod_id;
```

**Creating Materialized Join Views: Example**   The following statement creates and populates the materialized aggregate view sales_by_month_by_state using tables in the sample sh schema. The materialized view will be populated with data as soon as the statement executes successfully. By default, subsequent refreshes will be accomplished by reexecuting the defining query of the materialized view:

```
CREATE MATERIALIZED VIEW sales_by_month_by_state
     TABLESPACE example
     PARALLEL 4
     BUILD IMMEDIATE
     REFRESH COMPLETE
     ENABLE QUERY REWRITE
     AS SELECT t.calendar_month_desc, c.cust_state_province,
        SUM(s.amount_sold) AS sum_sales
        FROM times t, sales s, customers c
        WHERE s.time_id = t.time_id AND s.cust_id = c.cust_id
        GROUP BY t.calendar_month_desc, c.cust_state_province;
```

**Creating Prebuilt Materialized Views: Example**   The following statement creates a materialized aggregate view for the preexisting summary table, sales_sum_table:

```
CREATE TABLE sales_sum_table
   (month VARCHAR2(8), state VARCHAR2(40), sales NUMBER(10,2));
```

Cloudera Exhibit 1020 - Page 1193 of 1808

Databricks_R2_PA_00003329

CREATE MATERIALIZED VIEW

```
CREATE MATERIALIZED VIEW sales_sum_table
   ON PREBUILT TABLE WITH REDUCED PRECISION
   ENABLE QUERY REWRITE
   AS SELECT t.calendar_month_desc AS month,
            c.cust_state_province AS state,
            SUM(s.amount_sold) AS sales
      FROM times t, customers c, sales s
      WHERE s.time_id = t.time_id AND s.cust_id = c.cust_id
      GROUP BY t.calendar_month_desc, c.cust_state_province;
```

In this example, the materialized view has the same name and also has the same number of columns with the same datatypes as the prebuilt table. The `WITH REDUCED PRECISION` clause allows for differences between the precision of the materialized view columns and the precision of the values returned by the subquery.

**Creating Subquery Materialized Views: Example**   The following statement creates a subquery materialized view based on the `customers` and `countries` tables in the `sh` schema at the `remote` database:

```
CREATE MATERIALIZED VIEW foreign_customers FOR UPDATE
   AS SELECT * FROM sh.customers@remote cu
   WHERE EXISTS
     (SELECT * FROM sh.countries@remote co
      WHERE co.country_id = cu.country_id);
```

**Creating Primary Key Materialized Views: Example**   The following statement creates the primary key materialized view `catalog` on the sample table `oe.product_information`:

```
CREATE MATERIALIZED VIEW catalog
   REFRESH FAST START WITH SYSDATE NEXT  SYSDATE + 1/4096
   WITH PRIMARY KEY
   AS SELECT * FROM product_information;
```

**Creating Rowid Materialized Views: Example**   The following statement creates a rowid materialized view on the sample table `oe.orders`:

```
CREATE MATERIALIZED VIEW order_data REFRESH WITH ROWID
   AS SELECT * FROM orders;
```

**Periodic Refresh of Materialized Views: Example**   The following statement creates the primary key materialized view `emp_data` and populates it with data from the sample table `hr.employees`:

Cloudera Exhibit 1020 - Page 1194 of 1808

Databricks_R2_PA_00003330

```
CREATE MATERIALIZED VIEW LOG ON employees
   WITH PRIMARY KEY
   INCLUDING NEW VALUES;

CREATE MATERIALIZED VIEW emp_data
   PCTFREE 5 PCTUSED 60
   TABLESPACE example
   STORAGE (INITIAL 50K NEXT 50K)
   REFRESH FAST NEXT sysdate + 7
   AS SELECT * FROM employees;
```

The statement does not include a START WITH parameter, so Oracle Database determines the first automatic refresh time by evaluating the NEXT value using the current SYSDATE. A materialized view log was created for the employee table, so Oracle Database performs a fast refresh of the materialized view every 7 days, beginning 7 days after the materialized view is created.

Because the materialized view conforms to the conditions for fast refresh, the database will perform a fast refresh. The preceding statement also establishes storage characteristics that the database uses to maintain the materialized view.

**Automatic Refresh Times for Materialized Views: Example**   The following statement creates the complex materialized view all_customers that queries the employee tables on the remote and local databases:

```
CREATE MATERIALIZED VIEW all_customers
   PCTFREE 5 PCTUSED 60
   TABLESPACE example
   STORAGE (INITIAL 50K NEXT 50K)
   USING INDEX STORAGE (INITIAL 25K NEXT 25K)
   REFRESH START WITH ROUND(SYSDATE + 1) + 11/24
   NEXT NEXT_DAY(TRUNC(SYSDATE), 'MONDAY') + 15/24
   AS SELECT * FROM sh.customers@remote
        UNION
      SELECT * FROM sh.customers@local;
```

Oracle Database automatically refreshes this materialized view tomorrow at 11:00 a.m. and subsequently every Monday at 3:00 p.m. The default refresh method is FORCE. The  defining query contains a UNION operator, which is not supported for fast refresh, so the database will automatically perform a complete refresh.

The preceding statement also establishes storage characteristics for both the materialized view and the index that the database uses to maintain it:

Cloudera Exhibit 1020 - Page 1195 of 1808

Databricks_R2_PA_00003331

- The first `STORAGE` clause establishes the sizes of the first and second extents of the materialized view as 50 kilobytes each.

- The second `STORAGE` clause, appearing with the `USING INDEX` clause, establishes the sizes of the first and second extents of the index as 25 kilobytes each.

**Creating a Fast Refreshable Materialized View: Example**    The following statement creates a fast-refreshable materialized view that selects columns from the `order_items` table in the sample `oe` schema, using the `UNION` set operator to restrict the rows returned from the `product_information` and `inventories` tables using `WHERE` conditions. The materialized view logs for `order_items` and `product_information` were created in the "Examples" section of `CREATE MATERIALIZED VIEW LOG` on page 15-40. This example also requires a materialized view log on `oe.inventories`.

```
CREATE MATERIALIZED VIEW LOG ON inventories
   WITH (quantity_on_hand);

CREATE MATERIALIZED VIEW warranty_orders REFRESH FAST AS
  SELECT order_id, line_item_id, product_id FROM order_items o
    WHERE EXISTS
    (SELECT * FROM inventories i WHERE o.product_id = i.product_id
      AND i.quantity_on_hand IS NOT NULL)
  UNION
    SELECT order_id, line_item_id, product_id FROM order_items
    WHERE quantity > 5;
```

This materialized view requires that materialized view logs be defined on `order_items` (with `product_id` as a join column) and on inventories (with `quantity_on_hand` as a filter column). See "Specifying Filter Columns for Materialized View Logs: Example" and "Specifying Join Columns for Materialized View Logs: Example" on page 15-41.

**Creating a Nested Materialized View: Example**    The following example uses the materialized view from the preceding example as a master table to create a materialized view tailored for a particular sales representative in the sample `oe` schema:

```
CREATE MATERIALIZED VIEW my_warranty_orders
  AS SELECT w.order_id, w.line_item_id, o.order_date
  FROM warranty_orders w, orders o
  WHERE o.order_id = o.order_id
  AND o.sales_rep_id = 165;
```

Cloudera Exhibit 1020 - Page 1196 of 1808

Databricks_R2_PA_00003332

## CREATE MATERIALIZED VIEW LOG

### Purpose

Use the `CREATE MATERIALIZED VIEW LOG` statement to create a **materialized view log**, which is a table associated with the master table of a materialized view.

> **Note:** The keyword `SNAPSHOT` is supported in place of `MATERIALIZED VIEW` for backward compatibility.

When DML changes are made to master table data, Oracle Database stores rows describing those changes in the materialized view log and then uses the materialized view log to refresh materialized views based on the master table. This process is called incremental or **fast refresh**. Without a materialized view log, Oracle Database must reexecute the materialized view query to refresh the materialized view. This process is called a **complete refresh**. Usually, a fast refresh takes less time than a complete refresh.

A materialized view log is located in the master database in the same schema as the master table. A master table can have only one materialized view log defined on it. Oracle Database can use this materialized view log to perform fast refreshes for all fast-refreshable materialized views based on the master table.

To fast refresh a materialized join view, you must create a materialized view log for each of the tables referenced by the materialized view.

**See Also:**

■  CREATE MATERIALIZED VIEW on page 15-5, ALTER MATERIALIZED VIEW on page 11-2, *Oracle Database Concepts*, *Oracle Data Warehousing Guide*, and *Oracle Database Advanced Replication* for information on materialized views in general

■  ALTER MATERIALIZED VIEW LOG on page 11-21 for information on modifying a materialized view log

■  DROP MATERIALIZED VIEW LOG on page 17-90 for information on dropping a materialized view log

■  *Oracle Database Concepts* and *Oracle Database Utilities* for information on using direct loader logs

Cloudera Exhibit 1020 - Page 1197 of 1808

Databricks_R2_PA_00003333

CREATE MATERIALIZED VIEW LOG

## Prerequisites

The privileges required to create a materialized view log directly relate to the privileges necessary to create the underlying objects associated with a materialized view log.

- If you own the master table, you can create an associated materialized view log if you have the CREATE TABLE privilege.

- If you are creating a materialized view log for a table in another user's schema, you must have the CREATE ANY TABLE and COMMENT ANY TABLE system privileges, as well as either the SELECT object privilege on the master table or the SELECT ANY TABLE system privilege.

In either case, the owner of the materialized view log must have sufficient quota in the tablespace intended to hold the materialized view log or must have the UNLIMITED TABLESPACE system privilege.

> **See Also:** *Oracle Data Warehousing Guide* for more information about the prerequisites for creating a materialized view log

Cloudera Exhibit 1020 - Page 1198 of 1808

Databricks_R2_PA_00003334

## Syntax

**create_materialized_vw_log::=**



(*physical_attributes_clause::=* on page 15-12, *logging_clause::=* on page 15-36, *parallel_clause::=* on page 15-36, *table_partitioning_clauses::=* on page 16-19 (in CREATE TABLE), *new_values_clause::=* on page 15-36)

Cloudera Exhibit 1020 - Page 1199 of 1808

Databricks_R2_PA_00003335

CREATE MATERIALIZED VIEW LOG

**physical_attributes_clause::=**



(*storage_clause::=* on page 8-60)

**logging_clause::=**



**parallel_clause::=**



**new_values_clause::=**



## Semantics

### *schema*

Specify the schema containing the materialized view log master table. If you omit *schema*, then Oracle Database assumes the master table is contained in your own schema. Oracle Database creates the materialized view log in the schema of its master table. You cannot create a materialized view log for a table in the schema of the user SYS.

Cloudera Exhibit 1020 - Page 1200 of 1808

Databricks_R2_PA_00003336

### table

Specify the name of the master table for which the materialized view log is to be created.

**Restriction on Master Tables of Materialized View Logs**  You cannot create a materialized view log for a temporary table or for a view.

> **See Also:**  "Creating a Materialized View Log: Examples" on page 15-40

### physical_attributes_clause

Use the `physical_attributes_clause` to define physical and storage characteristics for the materialized view log.

> **See Also:**  *physical_attributes_clause* on page 8-54 and *storage_clause* on page 8-57 for a complete description these clauses, including default values

### TABLESPACE Clause

Specify the tablespace in which the materialized view log is to be created. If you omit this clause, then the database creates the materialized view log in the default tablespace of the schema of the materialized view log.

### logging_clause

Specify either `LOGGING` or `NOLOGGING` to establish the logging characteristics for the materialized view log. The default is the logging characteristic of the tablespace in which the materialized view log resides.

> **See Also:**  *logging_clause* on page 8-47 for a full description of this clause

### CACHE | NOCACHE

For data that will be accessed frequently, `CACHE` specifies that the blocks retrieved for this log are placed at the most recently used end of the least recently used (LRU) list in the buffer cache when a full table scan is performed. This attribute is useful for small lookup tables.

`NOCACHE` specifies that the blocks are placed at the least recently used end of the LRU list. The default is `NOCACHE`.

Cloudera Exhibit 1020 - Page 1201 of 1808

Databricks_R2_PA_00003337

CREATE MATERIALIZED VIEW LOG

---

> **Note:**  NOCACHE has no effect on materialized view logs for which you specify KEEP in the *storage_clause*.

> **See Also:**  CREATE TABLE on page 16-7 for information about specifying CACHE or NOCACHE

### parallel_clause

The *parallel_clause* lets you indicate whether parallel operations will be supported for the materialized view log.

For complete information on this clause, please refer to *parallel_clause* on page 16-57 in the documentation on CREATE TABLE.

### table_partitioning_clauses

Use the *table_partitioning_clauses* to indicate that the materialized view log is partitioned on specified ranges of values or on a hash function. Partitioning of materialized view logs is the same as partitioning of tables.

> **See Also:**  *table_partitioning_clauses* on page 16-48 in the CREATE TABLE documentation

### WITH Clause

Use the WITH clause to indicate whether the materialized view log should record the primary key, rowid, object ID, or a combination of these row identifiers when rows in the master are changed. You can also use this clause to add a sequence to the materialized view log to provide additional ordering information for its records.

This clause also specifies whether the materialized view log records additional columns that might be referenced as **filter columns**, which are non-primary-key columns referenced by subquery materialized views, or **join columns**, which are non-primary-key columns that define a join in the subquery WHERE clause.

If you omit this clause, or if you specify the clause without PRIMARY KEY, ROWID, or OBJECT ID, then the database stores primary key values by default. However, the database does not store primary key values implicitly if you specify only OBJECT ID or ROWID at create time. A primary key log, created either explicitly or by default, performs additional checking on the primary key constraint.

Cloudera Exhibit 1020 - Page 1202 of 1808

Databricks_R2_PA_00003338

**OBJECT ID**   Specify `OBJECT ID` to indicate that the system-generated or user-defined object identifier of every modified row should be recorded in the materialized view log.

**Restriction on OBJECT ID**   You can specify `OBJECT ID` only when creating a log on an object table, and you cannot specify it for storage tables.

**PRIMARY KEY**   Specify `PRIMARY KEY` to indicate that the primary key of all rows changed should be recorded in the materialized view log.

**ROWID**   Specify `ROWID` to indicate that the rowid of all rows changed should be recorded in the materialized view log.

**SEQUENCE**   Specify `SEQUENCE` to indicate that a sequence value providing additional ordering information should be recorded in the materialized view log. Sequence numbers are necessary to support fast refresh after some update scenarios.

> **See Also:**   *Oracle Data Warehousing Guide* for more information on the use of sequence numbers in materialized view logs and for examples that use this clause

*column*   Specify the columns whose values you want to be recorded in the materialized view log for all rows that are changed. Typically these columns are filter columns and join columns.

**Restrictions on the WITH Clause**

- You can specify only one `PRIMARY KEY`, one `ROWID`, one `OBJECT ID`, one `SEQUENCE`, and one column list for each materialized view log.

- Primary key columns are implicitly recorded in the materialized view log. Therefore, you cannot specify either of the following combinations if *column* contains one of the primary key columns:

```
WITH ... PRIMARY KEY ... (column)
WITH ... (column) ... PRIMARY KEY
WITH (column)
```

Databricks_R2_PA_00003339

**See Also:**

- CREATE MATERIALIZED VIEW on page 15-5 for information on explicit and implicit inclusion of materialized view log values

- *Oracle Database Advanced Replication* for more information about filter columns and join columns

- "Specifying Filter Columns for Materialized View Logs: Example" on page 15-41 and "Specifying Join Columns for Materialized View Logs: Example" on page 15-41

### NEW VALUES Clause

The NEW VALUES clause lets you determine whether Oracle Database saves both old and new values for update DML operations in the materialized view log.

> **See Also:** "Including New Values in Materialized View Logs: Example" on page 15-41

**INCLUDING** Specify INCLUDING to save both new and old values in the log. If this log is for a table on which you have a single-table materialized aggregate view, and if you want the materialized view to be eligible for fast refresh, then you must specify INCLUDING.

**EXCLUDING** Specify EXCLUDING to disable the recording of new values in the log. This is the default. You can use this clause to avoid the overhead of recording new values. Do not use this clause if you have a fast-refreshable single-table materialized aggregate view defined on the master table.

## Examples

**Creating a Materialized View Log: Examples** The following statement creates a materialized view log on the oe.customers table that specifies physical and storage characteristics:

```
CREATE MATERIALIZED VIEW LOG ON customers
   PCTFREE 5
   TABLESPACE example
   STORAGE (INITIAL 10K NEXT 10K);
```

This materialized view log supports fast refresh for primary key materialized views only. The following statement creates another version of the materialized view log

Cloudera Exhibit 1020 - Page 1204 of 1808

Databricks_R2_PA_00003340

with the `ROWID` clause, which enables fast refresh for more types of materialized views:

```
CREATE MATERIALIZED VIEW LOG ON customers WITH PRIMARY KEY, ROWID;
```

This materialized view log makes fast refresh possible for rowid materialized views and for materialized join views. To provide for fast refresh of materialized aggregate views, you must also specify the `SEQUENCE` and `INCLUDING NEW VALUES` clauses, as shown in the next statement.

**Specifying Filter Columns for Materialized View Logs: Example**   The following statement creates a materialized view log on the `sh.sales` table and is used in "Creating Materialized Aggregate Views: Example" on page 15-28. It specifies as filter columns all of the columns of the table referenced in that materialized view.

```
CREATE MATERIALIZED VIEW LOG ON sales
   WITH ROWID, SEQUENCE(amount_sold, time_id, prod_id)
   INCLUDNG NEW VALUES;
```

**Specifying Join Columns for Materialized View Logs: Example**   The following statement creates a materialized view log on the `order_items` table of the sample `oe` schema. The log records primary keys and `product_id`, which is used as a join column in "Creating a Fast Refreshable Materialized View: Example" on page 15-32.

```
CREATE MATERIALIZED VIEW LOG ON order_items WITH (product_id);
```

**Including New Values in Materialized View Logs: Example**   The following example creates a materialized view log on the `oe.product_information` table that specifies `INCLUDING NEW VALUES`:

```
CREATE MATERIALIZED VIEW LOG ON product_information
   WITH ROWID, SEQUENCE (list_price, min_price, category_id)
   INCLUDING NEW VALUES;
```

You could create the following materialized aggregate view to use the `product_information` log:

```
CREATE MATERIALIZED VIEW products_mv
   REFRESH FAST ON COMMIT
   AS SELECT SUM(list_price - min_price), category_id
         FROM product_information
         GROUP BY category_id;
```

This materialized view is eligible for fast refresh because the log defined on its master table includes both old and new values.

Cloudera Exhibit 1020 - Page 1205 of 1808

Databricks_R2_PA_00003341

CREATE OPERATOR

---

# CREATE OPERATOR

## Purpose

Use the CREATE OPERATOR statement to create a new operator and define its bindings.

Operators can be referenced by indextypes and by SQL queries and DML statements. The operators, in turn, reference functions, packages, types, and other user-defined objects.

> **See Also:** *Oracle Data Cartridge Developer's Guide* and *Oracle Database Concepts* for a discussion of these dependencies and of operators in general

## Prerequisites

To create an operator in your own schema, you must have the CREATE OPERATOR system privilege. To create an operator in another schema, you must have the CREATE ANY OPERATOR system privilege. In either case, you must also have the EXECUTE object privilege on the functions and operators referenced.

## Syntax

**create_operator::=**



**binding_clause::=**



Cloudera Exhibit 1020 - Page 1206 of 1808

Databricks_R2_PA_00003342

**implementation_clause::=**



**context_clause::=**



**using_function_clause::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to replace the definition of the operator schema object.

**Restriction on Replacing an Operator**   You can replace the definition only if the operator has no dependent objects, such as indextypes supporting the operator).

### schema

Specify the schema containing the operator. If you omit *schema*, then the database creates the operator in your own schema.

### operator

Specify the name of the operator to be created.

Cloudera Exhibit 1020 - Page 1207 of 1808

Databricks_R2_PA_00003343

### binding_clause

Use the `binding_clause` to specify one or more parameter datatypes (`parameter_type`) for binding the operator to a function. The signature of each binding—that is, the sequence of the datatypes of the arguments to the corresponding function—must be unique according to the rules of overloading.

The `parameter_type` can itself be an object type. If it is, then you can optionally qualify it with its schema.

**Restriction on Binding Operators**    You cannot specify a `parameter_type` of REF, LONG, or LONG RAW.

> **See Also:**   *PL/SQL User's Guide and Reference* for more information about overloading

### RETURN Clause

Specify the return datatype for the binding.

The `return_type` can itself be an object type. If so, then you can optionally qualify it with its schema.

**Restriction on Binding Return Datatype**    You cannot specify a `return_type` of REF, LONG, or LONG RAW.

### implementation_clause

Use this clause to describe the implementation of the binding.

### ANCILLARY TO Clause

Use the ANCILLARY TO clause to indicate that the operator binding is ancillary to the specified primary operator binding (`primary_operator`). If you specify this clause, then do not specify a previous binding with just one number parameter.

### context_clause

Use the `context_clause` to describe the functional implementation of a binding that is not ancillary to a primary operator binding.

**WITH INDEX CONTEXT, SCAN CONTEXT**    Use this clause to indicate that the functional evaluation of the operator uses the index and a scan context that is specified by the implementation type.

Cloudera Exhibit 1020 - Page 1208 of 1808

Databricks_R2_PA_00003344

**COMPUTE ANCILLARY DATA**   Specify `COMPUTE ANCILLARY DATA` to indicate that the operator binding computes ancillary data.

**WITH COLUMN CONTEXT**   Specify `WITH COLUMN CONTEXT` to indicate that Oracle Database should pass the column information to the functional implementation for the operator.

If you specify this clause, then the signature of the function implemented must include one extra `ODCIFuncCallInfo` structure.

> **See Also:**   *Oracle Data Cartridge Developer's Guide* for instructions on using the `ODCIFuncCallInfo` routine

### using_function_clause

The `using_function_clause` lets you specify the function that provides the implementation for the binding. The `function_name` can be a standalone function, packaged function, type method, or a synonym for any of these.

If the function is subsequently dropped, then the database marks all dependent objects `INVALID`, including the operator. However, if you then subsequently issue an `ALTER OPERATOR ... DROP BINDING` statement to drop the binding, then subsequent queries and DML will revalidate the dependent objects.

## Example

**Creating User-Defined Operators: Example**   This example creates a very simple functional implementation of equality and then creates an operator that uses the function:

```
CREATE FUNCTION eq_f(a VARCHAR2, b VARCHAR2) RETURN NUMBER AS
BEGIN
   IF a = b THEN RETURN 1;
   ELSE RETURN 0;
   END IF;
END;
/

CREATE OPERATOR eq_op
   BINDING (VARCHAR2, VARCHAR2)
   RETURN NUMBER
   USING eq_f;
```

Cloudera Exhibit 1020 - Page 1209 of 1808

Databricks_R2_PA_00003345

# CREATE OUTLINE

## Purpose

Use the CREATE OUTLINE statement to create a **stored outline**, which is a set of attributes used by the optimizer to generate an execution plan. You can then instruct the optimizer to use a set of outlines to influence the generation of execution plans whenever a particular SQL statement is issued, regardless of changes in factors that can affect optimization. You can also modify an outline so that it takes into account changes in these factors.

> **Note:**  The SQL statement you want to affect must be an exact string match of the statement specified when creating the outline.

**See Also:**

- *Oracle Database Performance Tuning Guide* for information on execution plans

- ALTER OUTLINE on page 11-33 for information on modifying an outline

- ALTER SESSION on page 11-59 and ALTER SYSTEM on page 11-79 for information on the USE_STORED_OUTLINES and USE_PRIVATE_OUTLINES parameters

## Prerequisites

To create a public or private outline, you must have the CREATE ANY OUTLINE system privilege.

If you are creating a clone outline from a source outline, you must also have the SELECT_CATALOG_ROLE role.

To create a private outline, you must provide an outline editing table to hold the outline data in your schema by executing the DBMS_OUTLN_EDIT.CREATE_EDIT_TABLES procedure. You must have the EXECUTE object privilege on the DBMS_OUTLN_EDIT package to execute this procedure.

You can enable or disable the use of stored outlines dynamically for an individual session or for the system:

Cloudera Exhibit 1020 - Page 1210 of 1808

Databricks_R2_PA_00003346

- Enable the USE_STORED_OUTLINES parameter to use public outlines

- Enable the USE_PRIVATE_OUTLINES parameter to use private stored outlines.

  **See Also:**

  - *Oracle Database Performance Tuning Guide* for information on using outlines for performance tuning

  - *PL/SQL Packages and Types Reference* for information on the DBMS_OUTLN_EDIT package

## Syntax

**create_outline::=**



> **Note:** None of the clauses after *outline* are required. However, you must specify at least one clause after *outline*, and it must be either the FROM clause or the ON clause.

## Semantics

### OR REPLACE

Specify OR REPLACE to replace an existing outline with a new outline of the same name.

Cloudera Exhibit 1020 - Page 1211 of 1808

Databricks_R2_PA_00003347

## PUBLIC | PRIVATE

Specify PUBLIC if you are creating an outline for use by PUBLIC. This is the default.

Specify PRIVATE to create an outline for private use by the current session only. The data of this outline is stored in the current schema.

> **Note:**   Before first creating a private outline, you must run the OUTLN_PKG.CREATE_EDIT_TABLES procedure to create the required outline tables and indexes in your schema.

### *outline*

Specify the unique name to be assigned to the stored outline. If you do not specify *outline*, then the database generates an outline name.

> **See Also:**   "Creating an Outline: Example" on page 15-49

### FROM *source_outline* Clause

Use the FROM clause to create a new outline by copying an existing one. By default, Oracle Database looks for *source_category* in the public area. If you specify PRIVATE, then the database looks for the outline in the current schema.

**Restriction on Copying an Outline**   If you specify the FROM clause, then you cannot specify the ON clause.

> **See Also:**   "Creating a Private Clone Outline: Example" on page 15-49 and "Publicizing a Private Outline to the Public Area: Example" on page 15-49

### FOR CATEGORY Clause

Specify an optional name used to group stored outlines. For example, you could specify a category of outlines for end-of-week use and another for end-of-quarter use. If you do not specify *category*, then the outline is stored in the DEFAULT category.

### ON Clause

Specify the SQL statement for which the database will create an outline when the statement is compiled. This clause is optional only if you are creating a copy of an existing outline using the FROM clause.

Cloudera Exhibit 1020 - Page 1212 of 1808

Databricks_R2_PA_00003348

You can specify any one of the following statements: SELECT, DELETE, UPDATE, INSERT ... SELECT, CREATE TABLE ... AS SELECT.

**Restrictions on the ON Clause**
- If you specify the ON clause, you cannot specify the FROM clause.

- You cannot create an outline on a multitable INSERT statement.

> **Note:**   You can specify multiple outlines for a single statement, but each outline for the same statement must be in a different category.

## Example

**Creating an Outline: Example**   The following statement creates a stored outline by compiling the ON statement. The outline is called salaries and is stored in the category special.

```
CREATE OUTLINE salaries FOR CATEGORY special
  ON SELECT last_name, salary FROM employees;
```

When this same SELECT statement is subsequently compiled, if the USE_STORED_ OUTLINES parameter is set to special, the database generates the same execution plan as was generated when the outline salaries was created.

**Creating a Private Clone Outline: Example**   The following statement creates a stored private outline my_salaries based on the public category salaries created in the preceding example. In order to create a private outline, the user creating the private outline must have the EXECUTE object privilege on the DBMS_ OUTLN_EDIT package and must execute the CREATE_EDIT_TABLES procedure of that package.

```
EXECUTE DBMS_OUTLN_EDIT.CREATE_EDIT_TABLES;

CREATE OR REPLACE PRIVATE OUTLINE my_salaries
  FROM salaries;
```

**Publicizing a Private Outline to the Public Area: Example**   The following statement copies back (publicizes) a private outline to the public area after private editing:

```
CREATE OR REPLACE OUTLINE public_salaries
  FROM PRIVATE my_salaries;
```

Cloudera Exhibit 1020 - Page 1213 of 1808

Databricks_R2_PA_00003349

## CREATE PACKAGE

### Purpose

Use the `CREATE PACKAGE` statement to create the specification for a stored **package**, which is an encapsulated collection of related procedures, functions, and other program objects stored together in the database. The **package specification** declares these objects. The **package body**, specified subsequently, defines these objects.

> **See Also:**
>
> - CREATE PACKAGE BODY on page 15-55 for information on specifying the implementation of the package
>
> - CREATE FUNCTION on page 14-61 and CREATE PROCEDURE on page 15-62 for information on creating standalone functions and procedures
>
> - ALTER PACKAGE on page 11-35 and DROP PACKAGE on page 17-95 for information on modifying and dropping a package
>
> - *Oracle Database Application Developer's Guide - Fundamentals* and *PL/SQL Packages and Types Reference* for detailed discussions of packages and how to use them

### Prerequisites

Before a package can be created, the user `SYS` must run a SQL script commonly called `DBMSSTDX.SQL`. The exact name and location of this script depend on your operating system.

To create a package in your own schema, you must have the `CREATE PROCEDURE` system privilege. To create a package in another user's schema, you must have the `CREATE ANY PROCEDURE` system privilege.

To embed a `CREATE PACKAGE` statement inside an Oracle Database precompiler program, you must terminate the statement with the keyword `END-EXEC` followed by the embedded SQL statement terminator for the specific language.

> **See Also:**  *PL/SQL User's Guide and Reference*

Cloudera Exhibit 1020 - Page 1214 of 1808

Databricks_R2_PA_00003350

## Syntax

**create_package::=**



**invoker_rights_clause::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the package specification if it already exists. Use this clause to change the specification of an existing package without dropping, re-creating, and regranting object privileges previously granted on the package. If you change a package specification, then Oracle Database recompiles it.

Users who had previously been granted privileges on a redefined package can still access the package without being regranted the privileges.

If any function-based indexes depend on the package, then the database marks the indexes DISABLED.

> **See Also:** ALTER PACKAGE on page 11-35 for information on recompiling package specifications

### schema

Specify the schema to contain the package. If you omit *schema*, then the database creates the package in your own schema.

### package

Specify the name of the package to be created.

Cloudera Exhibit 1020 - Page 1215 of 1808

Databricks_R2_PA_00003351

CREATE PACKAGE

If creating the package results in compilation errors, then the database returns an error. You can see the associated compiler error messages with the SQL*Plus command SHOW ERRORS.

### invoker_rights_clause

The `invoker_rights_clause` lets you specify whether the functions and procedures in the package execute with the privileges and in the schema of the user who owns the package or with the privileges and in the schema of CURRENT_USER. This specification applies to the corresponding package body as well.

This clause also determines how Oracle Database resolves external names in queries, DML operations, and dynamic SQL statements in the package.

### AUTHID CURRENT_USER

Specify CURRENT_USER to indicate that the package executes with the privileges of CURRENT_USER. This clause creates an **invoker-rights package**.

This clause also specifies that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of CURRENT_USER. External names in all other statements resolve in the schema in which the package resides.

### AUTHID DEFINER

Specify DEFINER to indicate that the package executes with the privileges of the owner of the schema in which the package resides and that external names resolve in the schema where the package resides. This is the default and creates a **definer-rights package**.

> **See Also:**
>
> - *PL/SQL User's Guide and Reference*
> - *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how CURRENT_USER is determined

### pl/sql_package_spec

Specify the package specification, which can contain type definitions, cursor declarations, variable declarations, constant declarations, exception declarations, PL/SQL subprogram specifications, and call specifications, which are declarations of a C or Java routine expressed in PL/SQL.

Cloudera Exhibit 1020 - Page 1216 of 1808

Databricks_R2_PA_00003352

**See Also:**

- *PL/SQL User's Guide and Reference* for more information on PL/SQL package program units

- *PL/SQL Packages and Types Reference* for information on Oracle Database supplied packages

- "Restrictions on User-Defined Functions" on page 14-65 for a list of restrictions on user-defined functions in a package

## Example

**Creating a Package: Example**   The following SQL statement creates the specification of the `emp_mgmt` package. The PL/SQL is shown in italics:

```
CREATE OR REPLACE PACKAGE emp_mgmt AS
   FUNCTION hire (last_name VARCHAR2, job_id VARCHAR2,
      manager_id NUMBER, salary NUMBER,
      commission_pct NUMBER, department_id NUMBER)
      RETURN NUMBER;
   FUNCTION create_dept(department_id NUMBER, location_id NUMBER)
      RETURN NUMBER;
   PROCEDURE remove_emp(employee_id NUMBER);
   PROCEDURE remove_dept(department_id NUMBER);
   PROCEDURE increase_sal(employee_id NUMBER, salary_incr NUMBER);
   PROCEDURE increase_comm(employee_id NUMBER, comm_incr NUMBER);
   no_comm EXCEPTION;
   no_sal EXCEPTION;
END emp_mgmt;
/
```

The specification for the `emp_mgmt` package declares the following public program objects:

- The functions `hire` and `create_dept`
- The procedures `remove_emp`, `remove_dept`, `increase_sal`, and `increase_comm`
- The exceptions `no_comm` and `no_sal`

All of these objects are available to users who have access to the package. After creating the package, you can develop applications that call any of these public procedures or functions or raise any of the public exceptions of the package.

Cloudera Exhibit 1020 - Page 1217 of 1808

Databricks_R2_PA_00003353

CREATE PACKAGE

Before you can call this package's procedures and functions, you must define these procedures and functions in the package body. For an example of a CREATE PACKAGE BODY statement that creates the body of the emp_mgmt package, see CREATE PACKAGE BODY on page 15-55.

Cloudera Exhibit 1020 - Page 1218 of 1808

Databricks_R2_PA_00003354

# CREATE PACKAGE BODY

### Purpose

Use the CREATE PACKAGE BODY statement to create the body of a stored **package**, which is an encapsulated collection of related procedures, stored functions, and other program objects stored together in the database. The **package body** defines these objects. The **package specification**, defined in an earlier CREATE PACKAGE statement, declares these objects.

Packages are an alternative to creating procedures and functions as standalone schema objects.

> **See Also:**
>
> - CREATE FUNCTION on page 14-61 and CREATE PROCEDURE on page 15-62 for information on creating standalone functions and procedures
> - CREATE PACKAGE on page 15-50 for a discussion of packages, including how to create packages
> - "Examples" on page 15-57 for some illustrations
> - ALTER PACKAGE on page 11-35 for information on modifying a package
> - DROP PACKAGE on page 17-95 for information on removing a package from the database

### Prerequisites

Before a package can be created, the user SYS must run a SQL script commonly called DBMSSTDX.SQL. The exact name and location of this script depend on your operating system.

To create a package in your own schema, you must have CREATE PROCEDURE system privilege. To create a package in another user's schema, you must have CREATE ANY PROCEDURE system privilege.

To embed a CREATE PACKAGE BODY statement inside an Oracle Database precompiler program, you must terminate the statement with the keyword END-EXEC followed by the embedded SQL statement terminator for the specific language.

Cloudera Exhibit 1020 - Page 1219 of 1808

Databricks_R2_PA_00003355

CREATE PACKAGE BODY

**See Also:**   *PL/SQL User's Guide and Reference*

## Syntax

**create_package_body::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the package body if it already exists. Use this clause to change the body of an existing package without dropping, re-creating, and regranting object privileges previously granted on it. If you change a package body, then Oracle Database recompiles it.

Users who had previously been granted privileges on a redefined package can still access the package without being regranted the privileges.

> **See Also:**   ALTER PACKAGE on page 11-35 for information on recompiling package bodies

### schema

Specify the schema to contain the package. If you omit *schema*, then the database creates the package in your current schema.

### package

Specify the name of the package to be created.

### pl/sql_package_body

Specify the package body, which can contain PL/SQL subprogram bodies or call specifications, which are declarations of a C or Java routine expressed in PL/SQL.

Cloudera Exhibit 1020 - Page 1220 of 1808

Databricks_R2_PA_00003356

**See Also:**

- *Oracle Database Application Developer's Guide - Fundamentals* for more information on writing PL/SQL or C package program units

- *Oracle Database Java Developer's Guide* for information on Java package program units

- "Restrictions on User-Defined Functions" on page 14-65 for a list of restrictions on user-defined functions in a package

## Examples

**Creating a Package Body: Example**   This SQL statement creates the body of the emp_mgmt package created in "Creating a Package: Example" on page 15-53. The PL/SQL is shown in italics:

```
CREATE OR REPLACE PACKAGE BODY emp_mgmt AS
   tot_emps NUMBER;
   tot_depts NUMBER;
FUNCTION hire
   (last_name VARCHAR2, job_id VARCHAR2,
    manager_id NUMBER, salary NUMBER,
    commission_pct NUMBER, department_id NUMBER)
   RETURN NUMBER IS new_empno NUMBER;
BEGIN
   SELECT employees_seq.NEXTVAL
      INTO new_empno
      FROM DUAL;
   INSERT INTO employees
      VALUES (new_empno, 'First', 'Last','first.last@oracle.com',
              '(123)123-1234','18-JUN-02','IT_PROG',90000000,00,
              100,110);
      tot_emps := tot_emps + 1;
   RETURN(new_empno);
END;
FUNCTION create_dept(department_id NUMBER, location_id NUMBER)
   RETURN NUMBER IS
      new_deptno NUMBER;
   BEGIN
      SELECT departments_seq.NEXTVAL
         INTO new_deptno
         FROM dual;
      INSERT INTO departments
```

Cloudera Exhibit 1020 - Page 1221 of 1808

Databricks_R2_PA_00003357

CREATE PACKAGE BODY

```
            VALUES (new_deptno, 'department name', 100, 1700);
        tot_depts := tot_depts + 1;
        RETURN(new_deptno);
    END;
PROCEDURE remove_emp (employee_id NUMBER) IS
    BEGIN
        DELETE FROM employees
        WHERE employees.employee_id = remove_emp.employee_id;
        tot_emps := tot_emps - 1;
    END;
PROCEDURE remove_dept(department_id NUMBER) IS
    BEGIN
        DELETE FROM departments
        WHERE departments.department_id = remove_dept.department_id;
        tot_depts := tot_depts - 1;
        SELECT COUNT(*) INTO tot_emps FROM employees;
    END;
PROCEDURE increase_sal(employee_id NUMBER, salary_incr NUMBER) IS
    curr_sal NUMBER;
    BEGIN
        SELECT salary INTO curr_sal FROM employees
        WHERE employees.employee_id = increase_sal.employee_id;
        IF curr_sal IS NULL
            THEN RAISE no_sal;
        ELSE
            UPDATE employees
            SET salary = salary + salary_incr
            WHERE employee_id = employee_id;
        END IF;
    END;
PROCEDURE increase_comm(employee_id NUMBER, comm_incr NUMBER) IS
    curr_comm NUMBER;
    BEGIN
        SELECT commission_pct
        INTO curr_comm
        FROM employees
        WHERE employees.employee_id = increase_comm.employee_id;
        IF curr_comm IS NULL
            THEN RAISE no_comm;
        ELSE
            UPDATE employees
            SET commission_pct = commission_pct + comm_incr;
        END IF;
    END;
END emp_mgmt;
```

Cloudera Exhibit 1020 - Page 1222 of 1808

Databricks_R2_PA_00003358

/

The package body defines the public program objects declared in the package specification:

- The functions `hire` and `create_dept`
- The procedures `remove_emp`, `remove_dept`, `increase_sal`, and `increase_comm`

These objects are declared in the package specification, so they can be called by application programs, procedures, and functions outside the package. For example, if you have access to the package, you can create a procedure `increase_all_comms` separate from the `emp_mgmt` package that calls the `increase_comm` procedure.

These objects are defined in the package body, so you can change their definitions without causing Oracle Database to invalidate dependent schema objects. For example, if you subsequently change the definition of `hire`, then the database need not recompile `increase_all_comms` before executing it.

The package body in this example also declares private program objects, the variables `tot_emps` and `tot_depts`. These objects are declared in the package body rather than the package specification, so they are accessible to other objects in the package, but they are not accessible outside the package. For example, you cannot develop an application that explicitly changes the value of the variable `tot_depts`. However, the function `create_dept` is part of the package, so `create_dept` can change the value of `tot_depts`.

Cloudera Exhibit 1020 - Page 1223 of 1808

Databricks_R2_PA_00003359

# CREATE PFILE

## Purpose

Use the `CREATE PFILE` statement to export a binary server parameter file into a text initialization parameter file. Creating a text parameter file is a convenient way to get a listing of the current parameter settings being used by the database, and it lets you edit the file easily in a text editor and then convert it back into a server parameter file using the `CREATE SPFILE` statement.

Upon successful execution of this statement, Oracle Database creates a text parameter file on the server. In a Real Application Clusters environment, it will contain all parameter settings of all instances. It will also contain any comments that appeared on the same line with a parameter setting in the server parameter file.

> **See Also:**
> - CREATE SPFILE on page 15-93 for information on server parameter files
> - *Oracle Database Administrator's Guide* for additional information on text initialization parameter files and binary server parameter files
> - *Real Application Clusters Administration* for information on using server parameter files in a Real Application Clusters environment

## Prerequisites

You must have the `SYSDBA` or the `SYSOPER` role to execute this statement. You can execute this statement either before or after instance startup.

## Syntax

**create_pfile::=**



Cloudera Exhibit 1020 - Page 1224 of 1808

Databricks_R2_PA_00003360

## Semantics

### pfile_name

Specify the name of the text parameter file you want to create. If you do not specify *pfile_name*, Oracle Database uses the platform-specific default initialization parameter file name.

### spfile_name

Specify the name of the binary server parameter from which you want to create a text file.

- If you specify *spfile_name*, then the file must exist on the server. If the file does not reside in the default directory for server parameter files on your operating system, then you must specify the full path.

- If you do not specify *spfile_name*, then the database looks in the default directory for server parameter files on your operating system, for the platform-specific default server parameter file name, and uses that file. If that file does not exist in the expected directory, then the database returns an error.

> **See Also:** *Oracle Database Platform Guide for Windows* or the appropriate operating system specific documentation for default parameter file names

## Examples

**Creating a Parameter File: Example**   The following example creates a text parameter file `my_init.ora` from a binary server parameter file `production.ora`:

```
CREATE PFILE = 'my_init.ora' FROM SPFILE = 's_params.ora';
```

> **Note:**   Typically you will need to specify the full path and filename for parameter files on your operating system. Please refer to your Oracle operating system documentation for path information.

Cloudera Exhibit 1020 - Page 1225 of 1808

Databricks_R2_PA_00003361

# CREATE PROCEDURE

## Purpose

Use the CREATE PROCEDURE statement to create a standalone stored procedure or a call specification.

A **procedure** is a group of PL/SQL statements that you can call by name. A **call specification** (sometimes called call spec) declares a Java method or a third-generation language (3GL) routine so that it can be called from SQL and PL/SQL. The call spec tells Oracle Database which Java method to invoke when a call is made. It also tells the database what type conversions to make for the arguments and return value.

Stored procedures offer advantages in the areas of development, integrity, security, performance, and memory allocation.

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for more information on stored procedures, including how to call stored procedures and for information about registering external procedures
>
> - CREATE FUNCTION on page 14-61 for information specific to functions, which are similar to procedures in many ways
>
> - CREATE PACKAGE on page 15-50 for information on creating packages. The CREATE PROCEDURE statement creates a procedure as a standalone schema object. You can also create a procedure as part of a package.
>
> - ALTER PROCEDURE on page 11-40 and DROP PROCEDURE on page 17-97 for information on modifying and dropping a standalone procedure
>
> - CREATE LIBRARY on page 15-2 for more information about shared libraries

## Prerequisites

Before creating a procedure, the user SYS must run a SQL script commonly called DBMSSTDX.SQL. The exact name and location of this script depend on your operating system.

Cloudera Exhibit 1020 - Page 1226 of 1808

Databricks_R2_PA_00003362

To create a procedure in your own schema, you must have the CREATE PROCEDURE system privilege. To create a procedure in another user's schema, you must have the CREATE ANY PROCEDURE system privilege. To replace a procedure in another schema, you must have the ALTER ANY PROCEDURE system privilege.

To invoke a call spec, you may need additional privileges, for example, the EXECUTE object privilege on the C library for a C call spec.

To embed a CREATE PROCEDURE statement inside an Oracle precompiler program, you must terminate the statement with the keyword END-EXEC followed by the embedded SQL statement terminator for the specific language.

> **See Also:**  *PL/SQL User's Guide and Reference* or *Oracle Database Java Developer's Guide* for more information

## Syntax

**create_procedure::=**



**invoker_rights_clause::=**



Cloudera Exhibit 1020 - Page 1227 of 1808

Databricks_R2_PA_00003363

CREATE PROCEDURE

**call_spec::=**



**Java_declaration::=**



**C_declaration::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the procedure if it already exists. Use this clause to change the definition of an existing procedure without dropping, re-creating, and regranting object privileges previously granted on it. If you redefine a procedure, then Oracle Database recompiles it.

Users who had previously been granted privileges on a redefined procedure can still access the procedure without being regranted the privileges.

If any function-based indexes depend on the package, then Oracle Database marks the indexes DISABLED.

> **See Also:** ALTER PROCEDURE on page 11-40 for information on recompiling procedures

### *schema*

Specify the schema to contain the procedure. If you omit *schema*, then the database creates the procedure in your current schema.

Cloudera Exhibit 1020 - Page 1228 of 1808

Databricks_R2_PA_00003364

### procedure

Specify the name of the procedure to be created.

If creating the procedure results in compilation errors, then the database returns an error. You can see the associated compiler error messages with the SQL*Plus command `SHOW ERRORS`.

### argument

Specify the name of an argument to the procedure. If the procedure does not accept arguments, you can omit the parentheses following the procedure name.

**IN**   Specify `IN` to indicate that you must supply a value for the argument when calling the procedure.

**OUT**   Specify `OUT` to indicate that the procedure passes a value for this argument back to its calling environment after execution.

**IN OUT**   Specify `IN OUT` to indicate that you must supply a value for the argument when calling the procedure and that the procedure passes a value back to its calling environment after execution.

If you omit `IN`, `OUT`, and `IN OUT`, then the argument defaults to `IN`.

**NOCOPY**   Specify `NOCOPY` to instruct the database to pass this argument as fast as possible. This clause can significantly enhance performance when passing a large value like a record, an index-by table, or a varray to an `OUT` or `IN OUT` parameter. `IN` parameter values are always passed `NOCOPY`.

- When you specify `NOCOPY`, assignments made to a package variable may show immediately in this parameter, or assignments made to this parameter may show immediately in a package variable, if the package variable is passed as the actual assignment corresponding to this parameter.

- Similarly, changes made either to this parameter or to another parameter may be visible immediately through both names if the same variable is passed to both.

- If the procedure is exited with an unhandled exception, then any assignment made to this parameter may be visible in the caller's variable.

These effects may or may not occur on any particular call. You should use `NOCOPY` only when these effects would not matter.

Cloudera Exhibit 1020 - Page 1229 of 1808

Databricks_R2_PA_00003365

CREATE PROCEDURE

*datatype*    Specify the datatype of the argument. An argument can have any datatype supported by PL/SQL.

Datatypes cannot specify length, precision, or scale. For example, VARCHAR2(10) is not valid, but VARCHAR2 is valid. Oracle Database derives the length, precision, and scale of an argument from the environment from which the procedure is called.

### invoker_rights_clause

The `invoker_rights_clause` lets you specify whether the procedure executes with the privileges and in the schema of the user who owns it or with the privileges and in the schema of CURRENT_USER.

This clause also determines how the database resolves external names in queries, DML operations, and dynamic SQL statements in the procedure.

### AUTHID CURRENT_USER

Specify CURRENT_USER to indicate that the procedure executes with the privileges of CURRENT_USER. This clause creates an **invoker-rights procedure**.

This clause also specifies that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of CURRENT_USER. External names in all other statements resolve in the schema in which the procedure resides.

### AUTHID DEFINER

Specify DEFINER to indicate that the procedure executes with the privileges of the owner of the schema in which the procedure resides, and that external names resolve in the schema where the procedure resides. This is the default and creates a **definer-rights procedure**.

> **See Also:**
>
> - *PL/SQL User's Guide and Reference*
> - *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how CURRENT_USER is determined

### IS | AS Clause

Use the appropriate part of this clause to declare the procedure.

### pl/sql_subprogram_body

Declare the procedure in a PL/SQL subprogram body.

Cloudera Exhibit 1020 - Page 1230 of 1808

Databricks_R2_PA_00003366

> **See Also:**   *Oracle Database Application Developer's Guide - Fundamentals* for more information on PL/SQL subprograms

**call_spec**

Use the `call_spec` to map a Java or C method name, parameter types, and return type to their SQL counterparts.

In the `Java_declaration`, `string` identifies the Java implementation of the method.

> **See Also:**
>
> ■  *Oracle Database Java Developer's Guide* for an explanation of the parameters and semantics of the `Java_declaration`
>
> ■  *Oracle Database Application Developer's Guide - Fundamentals* for an explanation of the parameters and semantics of the `C_declaration`

**AS EXTERNAL**    In earlier releases, the AS EXTERNAL clause was an alternative way of declaring a C method. This clause has been deprecated and is supported for backward compatibility only. Oracle recommends that you use the AS LANGUAGE C syntax.

## Examples

**Creating a Procedure: Example**    The following statement creates the procedure `remove_emp` in the schema `hr`. The PL/SQL is shown in italics:

```
CREATE PROCEDURE remove_emp (employee_id NUMBER) AS
   tot_emps NUMBER;
   BEGIN
      DELETE FROM employees
      WHERE employees.employee_id = remove_emp.employee_id;
   tot_emps := tot_emps - 1;
   END;
/
```

The `remove_emp` procedure removes a specified employee. When you call the procedure, you must specify the `employee_id` of the employee to be removed.

The procedure uses a DELETE statement to remove from the `employees` table the row of `employee_id`.

Cloudera Exhibit 1020 - Page 1231 of 1808

Databricks_R2_PA_00003367

CREATE PROCEDURE

**See Also:** "Creating a Package Body: Example" on page 15-57 to see how to incorporate this procedure into a package

In the following example, external procedure c_find_root expects a pointer as a parameter. Procedure find_root passes the parameter by reference using the BY REFERENCE phrase. The PL/SQL is shown in italics:

```
CREATE PROCEDURE find_root
   ( x IN REAL )
   IS LANGUAGE C
      NAME c_find_root
      LIBRARY c_utils
      PARAMETERS ( x BY REFERENCE );
```

Cloudera Exhibit 1020 - Page 1232 of 1808

Databricks_R2_PA_00003368

# CREATE PROFILE

## Purpose

Use the CREATE PROFILE statement to create a **profile**, which is a set of limits on database resources. If you assign the profile to a user, then that user cannot exceed these limits.

> **See Also:** *Oracle Database Security Guide* for a detailed description and explanation of how to use password management and protection

## Prerequisites

To create a profile, you must have the CREATE PROFILE system privilege.

To specify resource limits for a user, you must:

- Enable resource limits dynamically with the ALTER SYSTEM statement or with the initialization parameter RESOURCE_LIMIT. This parameter does not apply to password resources. Password resources are always enabled.

- Create a profile that defines the limits using the CREATE PROFILE statement

- Assign the profile to the user using the CREATE USER or ALTER USER statement

  > **See Also:**

  - ALTER SYSTEM on page 11-79 for information on enabling resource limits dynamically

  - *Oracle Database Reference* for information on the RESOURCE_LIMIT parameter

  - CREATE USER on page 17-32 and ALTER USER on page 13-24 for information on profiles

Cloudera Exhibit 1020 - Page 1233 of 1808

Databricks_R2_PA_00003369

CREATE PROFILE

## Syntax

**create_profile::=**



**resource_parameters::=**



Cloudera Exhibit 1020 - Page 1234 of 1808

Databricks_R2_PA_00003370

**password_parameters**::=



## Semantics

### profile

Specify the name of the profile to be created. Use profiles to limit the database resources available to a user for a single call or a single session.

Oracle Database enforces resource limits in the following ways:

- If a user exceeds the `CONNECT_TIME` or `IDLE_TIME` session resource limit, then the database rolls back the current transaction and ends the session. When the user process next issues a call, the database returns an error.

- If a user attempts to perform an operation that exceeds the limit for other session resources, then the database aborts the operation, rolls back the current statement, and immediately returns an error. The user can then commit or roll back the current transaction, and must then end the session.

- If a user attempts to perform an operation that exceeds the limit for a single call, then the database aborts the operation, rolls back the current statement, and returns an error, leaving the current transaction intact.

Cloudera Exhibit 1020 - Page 1235 of 1808

Databricks_R2_PA_00003371

CREATE PROFILE

---

**Notes:**

- You can use fractions of days for all parameters that limit time, with days as units. For example, 1 hour is 1/24 and 1 minute is 1/1440.

- You can specify resource limits for users regardless of whether the resource limits are enabled. However, Oracle Database does not enforce the limits until you enable them.

---

**See Also:** "Creating a Profile: Example" on page 15-75

### UNLIMITED

When specified with a resource parameter, `UNLIMITED` indicates that a user assigned this profile can use an unlimited amount of this resource. When specified with a password parameter, `UNLIMITED` indicates that no limit has been set for the parameter.

### DEFAULT

Specify `DEFAULT` if you want to omit a limit for this resource in this profile. A user assigned this profile is subject to the limit for this resource specified in the `DEFAULT` profile. The `DEFAULT` profile initially defines unlimited resources. You can change those limits with the `ALTER PROFILE` statement.

Any user who is not explicitly assigned a profile is subject to the limits defined in the `DEFAULT` profile. Also, if the profile that is explicitly assigned to a user omits limits for some resources or specifies `DEFAULT` for some limits, then the user is subject to the limits on those resources defined by the `DEFAULT` profile.

#### resource_parameters

**SESSIONS_PER_USER**   Specify the number of concurrent sessions to which you want to limit the user.

**CPU_PER_SESSION**   Specify the CPU time limit for a session, expressed in hundredth of seconds.

**CPU_PER_CALL**   Specify the CPU time limit for a call (a parse, execute, or fetch), expressed in hundredths of seconds.

Cloudera Exhibit 1020 - Page 1236 of 1808

Databricks_R2_PA_00003372

**CONNECT_TIME**   Specify the total elapsed time limit for a session, expressed in minutes.

**IDLE_TIME**   Specify the permitted periods of continuous inactive time during a session, expressed in minutes. Long-running queries and other operations are not subject to this limit.

**LOGICAL_READS_PER_SESSION**   Specify the permitted number of data blocks read in a session, including blocks read from memory and disk.

**LOGICAL_READS_PER_CALL**   Specify the permitted the number of data blocks read for a call to process a SQL statement (a parse, execute, or fetch).

**PRIVATE_SGA**   Specify the amount of private space a session can allocate in the shared pool of the system global area (SGA), expressed in bytes.

> **Note:**   This limit applies only if you are using shared server architecture. The private space for a session in the SGA includes private SQL and PL/SQL areas, but not shared SQL and PL/SQL areas.

**COMPOSITE_LIMIT**   Specify the total resource cost for a session, expressed in **service units**. Oracle Database calculates the total service units as a weighted sum of `CPU_PER_SESSION`, `CONNECT_TIME`, `LOGICAL_READS_PER_SESSION`, and `PRIVATE_SGA`.

**See Also:**

- ALTER RESOURCE COST on page 11-48 for information on how to specify the weight for each session resource

- "Setting Profile Resource Limits: Example" on page 15-75

### password_parameters

Use the following clauses to set password parameters. Parameters that set lengths of time are interpreted in number of days. For testing purposes you can specify minutes ($n/1440$) or even seconds ($n/86400$).

**FAILED_LOGIN_ATTEMPTS**   Specify the number of failed attempts to log in to the user account before the account is locked.

Cloudera Exhibit 1020 - Page 1237 of 1808

Databricks_R2_PA_00003373

CREATE PROFILE

**PASSWORD_LIFE_TIME**   Specify the number of days the same password can be used for authentication. If you also set a value for `PASSWORD_GRACE_TIME`, the password expires if it is not changed within the grace period, and further connections are rejected. If you do not set a value for `PASSWORD_GRACE_TIME`, its default of `UNLIMITED` will cause the database to issue a warning but let the user continue to connect indefinitely.

**PASSWORD_REUSE_TIME and PASSWORD_REUSE_MAX**   These two parameters must be set in conjunction with each other. `PASSWORD_REUSE_TIME` specifies the number of days before which a password cannot be reused. `PASSWORD_REUSE_MAX` specifies the number of password changes required before the current password can be reused. For these parameter to have any effect, you must specify an integer for both of them.

- If you specify an integer for both of these parameters, then the user cannot reuse a password until the password has been changed the password the number of times specified for `PASSWORD_REUSE_MAX` during the number of days specified for `PASSWORD_REUSE_TIME`.

  For example, if you specify `PASSWORD_REUSE_TIME` to 30 and `PASSWORD_REUSE_MAX` to 10, then the user can reuse the password after 30 days if the password has already been changed 10 times.

- If you specify an integer for either of these parameters and specify `UNLIMITED` for the other, then the user can never reuse a password.

- If you specify `DEFAULT` for either parameter, then Oracle Database uses the value defined in the `DEFAULT` profile. By default, all parameters are set to `UNLIMITED` in the `DEFAULT` profile. If you have not changed the default setting of `UNLIMITED` in the `DEFAULT` profile, then the database treats the value for that parameter as `UNLIMITED`.

- If you set both of these parameters to `UNLIMITED`, then the database ignores both of them.

**PASSWORD_LOCK_TIME**   Specify the number of days an account will be locked after the specified number of consecutive failed login attempts.

**PASSWORD_GRACE_TIME**   Specify the number of days after the grace period begins during which a warning is issued and login is allowed. If the password is not changed during the grace period, the password expires.

**PASSWORD_VERIFY_FUNCTION**   The `PASSWORD_VERIFY_FUNCTION` clause lets a PL/SQL password complexity verification script be passed as an argument to the

Cloudera Exhibit 1020 - Page 1238 of 1808

Databricks_R2_PA_00003374

CREATE PROFILE statement. Oracle Database provides a default script, but you can create your own routine or use third-party software instead.

- For *function*, specify the name of the password complexity verification routine.

- Specify NULL to indicate that no password verification is performed.

If you specify *expr* for any of the password parameters, the expression can be of any form except scalar subquery expression.

> **See Also:** "Setting Profile Password Limits: Example" on page 15-76

## Examples

**Creating a Profile: Example**   The following statement creates the profile new_ profile:

```
CREATE PROFILE new_profile
  LIMIT PASSWORD_REUSE_MAX 10
        PASSWORD_REUSE_TIME 30;
```

**Setting Profile Resource Limits: Example**   The following statement creates the profile app_user:

```
CREATE PROFILE app_user LIMIT
    SESSIONS_PER_USER          UNLIMITED
    CPU_PER_SESSION            UNLIMITED
    CPU_PER_CALL               3000
    CONNECT_TIME               45
    LOGICAL_READS_PER_SESSION  DEFAULT
    LOGICAL_READS_PER_CALL     1000
    PRIVATE_SGA                15K
    COMPOSITE_LIMIT            5000000;
```

If you assign the app_user profile to a user, the user is subject to the following limits in subsequent sessions:

- The user can have any number of concurrent sessions.

- In a single session, the user can consume an unlimited amount of CPU time.

- A single call made by the user cannot consume more than 30 seconds of CPU time.

- A single session cannot last for more than 45 minutes.

Cloudera Exhibit 1020 - Page 1239 of 1808

Databricks_R2_PA_00003375

- In a single session, the number of data blocks read from memory and disk is subject to the limit specified in the DEFAULT profile.

- A single call made by the user cannot read more than 1000 data blocks from memory and disk.

- A single session cannot allocate more than 15 kilobytes of memory in the SGA.

- In a single session, the total resource cost cannot exceed 5 million service units. The formula for calculating the total resource cost is specified by the ALTER RESOURCE COST statement.

- Since the app_user profile omits a limit for IDLE_TIME and for password limits, the user is subject to the limits on these resources specified in the DEFAULT profile.

**Setting Profile Password Limits: Example**   The following statement creates the app_user2 profile with password limits values set:

```
CREATE PROFILE app_user2 LIMIT
   FAILED_LOGIN_ATTEMPTS 5
   PASSWORD_LIFE_TIME 60
   PASSWORD_REUSE_TIME 60
   PASSWORD_REUSE_MAX 5
   PASSWORD_VERIFY_FUNCTION verify_function
   PASSWORD_LOCK_TIME 1/24
   PASSWORD_GRACE_TIME 10;
```

This example uses the default Oracle Database password verification function, verify_function. Please refer to *Oracle Database Security Guide* for information on using this verification function provided or designing your own verification function.

Databricks_R2_PA_00003376

# CREATE ROLE

## Purpose

Use the `CREATE ROLE` statement to create a **role**, which is a set of privileges that can be granted to users or to other roles. You can use roles to administer database privileges. You can add privileges to a role and then grant the role to a user. The user can then enable the role and exercise the privileges granted by the role.

A role contains all privileges granted to the role and all privileges of other roles granted to it. A new role is initially empty. You add privileges to a role with the `GRANT` statement.

If you create a role that is `NOT IDENTIFIED` or is `IDENTIFIED EXTERNALLY` or `BY password`, then Oracle Database grants you the role with `ADMIN OPTION`. However, if you create a role `IDENTIFIED GLOBALLY`, then the database does not grant you the role.

> **See Also:**
>
> - GRANT on page 18-40 for information on granting roles
>
> - ALTER USER on page 13-24 for information on enabling roles
>
> - ALTER ROLE on page 11-51 and DROP ROLE on page 17-100 for information on modifying or removing a role from the database
>
> - SET ROLE on page 19-63 for information on enabling and disabling roles for the current session
>
> - *Oracle Database Security Guide* for general information about roles and *Oracle Database Heterogeneous Connectivity Administrator's Guide* for a detailed description and explanation of using global roles

## Prerequisites

You must have the `CREATE ROLE` system privilege.

Cloudera Exhibit 1020 - Page 1241 of 1808

Databricks_R2_PA_00003377

CREATE ROLE

## Syntax

**create_role::=**



## Semantics

### *role*

Specify the name of the role to be created. Oracle recommends that the role contain at least one single-byte character regardless of whether the database character set also contains multibyte characters.

Some roles are defined by SQL scripts provided on your distribution media.

> **See Also:** GRANT on page 18-40 for a list of these predefined roles

### NOT IDENTIFIED Clause

Specify NOT IDENTIFIED to indicate that this role is authorized by the database and that no password is required to enable the role.

### IDENTIFIED Clause

Use the IDENTIFIED clause to indicate that a user must be authorized by the specified method before the role is enabled with the SET ROLE statement.

**BY *password*** The BY *password* clause lets you create a **local role** and indicates that the user must specify the password to the database when enabling the role. The password can contain only single-byte characters from your database character set regardless of whether this character set also contains multibyte characters.

Cloudera Exhibit 1020 - Page 1242 of 1808

Databricks_R2_PA_00003378

**USING** *package*    The USING *package* clause lets you create an **application role**, which is a role that can be enabled only by applications using an authorized package. If you do not specify *schema*, then the database assumes the package is in your own schema.

> **Caution:**    When you grant a role to a user, the role is granted as a default role for that user and is therefore enabled immediately upon logon. To retain the security benefits of an application role, you must ensure that the role is not a default role. Immediately after granting the application role to a user, issue an ALTER USER statement with the DEFAULT ROLE ALL EXCEPT *role* clause, specifying the application role. Doing so will enforce the rule that, in subsequent logons by the user, the role will not be enabled except by applications using the authorized package.

> **See Also:**    *Oracle Database Security Guide* for information on creating a secure application role

**EXTERNALLY**    Specify EXTERNALLY to create an **external role.** An external user must be authorized by an external service, such as an operating system or third-party service, before enabling the role.

Depending on the operating system, the user may have to specify a password to the operating system before the role is enabled.

**GLOBALLY**    Specify GLOBALLY to create a **global role.** A global user must be authorized to use the role by the enterprise directory service before the role is enabled with the SET ROLE statement, or at login.

If you omit both the NOT IDENTIFIED clause and the IDENTIFIED clause, then the role defaults to NOT IDENTIFIED.

## Examples

**Creating a Role: Example**    The following statement creates the role dw_manager:

```
CREATE ROLE dw_manager;
```

Users who are subsequently granted the dw_manager will inherit all of the privileges that have been granted to this role.

Cloudera Exhibit 1020 - Page 1243 of 1808

Databricks_R2_PA_00003379

You can add a layer of security to roles by specifying a password, as in the following example:

```
CREATE ROLE dw_manager
   IDENTIFIED BY warehouse;
```

Users who are subsequently granted the dw_manager role must specify the password warehouse to enable the role with the SET ROLE statement.

The following statement creates global role warehouse_user:

```
CREATE ROLE warehouse_user IDENTIFIED GLOBALLY;
```

The following statement creates the same role as an external role:

```
CREATE ROLE warehouse_user IDENTIFIED EXTERNALLY;
```

Cloudera Exhibit 1020 - Page 1244 of 1808

Databricks_R2_PA_00003380

# CREATE ROLLBACK SEGMENT

> **Note:**   Oracle recommends that you run your database in automatic undo management mode instead of using rollback segments. Please refer to *Oracle Database Administrator's Guide* for information on automatic undo management.

## Purpose

Use the CREATE ROLLBACK SEGMENT statement to create a **rollback segment**, which is an object that Oracle Database uses to store data necessary to reverse, or undo, changes made by transactions.

The information in this section assumes that your database is not running in Automatic Undo Mode (the UNDO_MANAGEMENT initialization parameter is set to MANUAL or not set at all). If your database is running in Automatic Undo Management mode (the UNDO_MANAGEMENT initialization parameter is set to AUTO), then user-created rollback segments are irrelevant.

Further, if your database has a locally managed SYSTEM tablespace, then you cannot create rollback segments in any dictionary-managed tablespace. Instead, you must either use the Automatic Undo Management feature or create locally managed tablespaces to hold the rollback segments.

> **Note:**   A tablespace can have multiple rollback segments. Generally, multiple rollback segments improve performance.
>
> - The tablespace must be online for you to add a rollback segment to it.
> - When you create a rollback segment, it is initially offline. To make it available for transactions by your Oracle Database instance, bring it online using the ALTER ROLLBACK SEGMENT statement. To bring it online automatically whenever you start up the database, add the segment name to the value of the ROLLBACK_SEGMENT initialization parameter.

To use objects in a tablespace other than the SYSTEM tablespace:

Cloudera Exhibit 1020 - Page 1245 of 1808

Databricks_R2_PA_00003381

CREATE ROLLBACK SEGMENT

- If you are using rollback segments for undo, at least one rollback segment (other than the SYSTEM rollback segment) must be online.
- If you are running the database in Automatic Undo Management mode, at least one UNDO tablespace must be online.

**See Also:**

- ALTER ROLLBACK SEGMENT on page 11-53 for information on altering a rollback segment
- DROP ROLLBACK SEGMENT on page 17-102 for information on removing a rollback segment
- *Oracle Database Reference* for information on the UNDO_ MANAGEMENT parameter
- *Oracle Database Administrator's Guide* for information on Automatic Undo Management mode

## Prerequisites

To create a rollback segment, you must have the CREATE ROLLBACK SEGMENT system privilege.

## Syntax

**create_rollback_segment::=**



(*storage_clause* on page 8-58)

## Semantics

### PUBLIC

Specify PUBLIC to indicate that the rollback segment is public and is available to any instance. If you omit this clause, the rollback segment is private and is available only to the instance naming it in its initialization parameter ROLLBACK_SEGMENTS.

Cloudera Exhibit 1020 - Page 1246 of 1808

Databricks_R2_PA_00003382

### rollback_segment

Specify the name of the rollback segment to be created.

### TABLESPACE

Use the TABLESPACE clause to identify the tablespace in which the rollback segment is created. If you omit this clause, then the database creates the rollback segment in the SYSTEM tablespace.

> **Note:**    Oracle Database must access rollback segments frequently. Therefore, Oracle strongly recommends that you do not create rollback segments in the SYSTEM tablespace, either explicitly or implicitly by omitting this clause. In addition, to avoid high contention for the tablespace containing the rollback segment, it should not contain other objects such as tables and indexes, and it should require minimal extent allocation and deallocation.
>
> To achieve these goals, create rollback segments in locally managed tablespaces with autoallocation disabled—that is, in tablespaces created with the EXTENT MANAGEMENT LOCAL clause with the UNIFORM setting. The AUTOALLOCATE setting is not supported.

**See Also:**    CREATE TABLESPACE on page 16-80

### storage_clause

The storage_clause lets you specify storage characteristics for the rollback segment.

- The OPTIMAL parameter of the storage_clause is of particular interest, because it applies only to rollback segments.

- You cannot specify the PCTINCREASE parameter of the storage_clause with CREATE ROLLBACK SEGMENT.

**See Also:**    storage_clause on page 8-58

## Examples

**Creating a Rollback Segment: Example**    The following statement creates a rollback segment with default storage values in an appropriately configured tablespace:

```
CREATE TABLESPACE rbs_ts
```

Cloudera Exhibit 1020 - Page 1247 of 1808

Databricks_R2_PA_00003383

```
     DATAFILE 'rbs01.dbf' SIZE 10M
     EXTENT MANAGEMENT LOCAL UNIFORM SIZE 100K;

/* This example and the next will fail if your database is in
   Automatic Undo Management mode.
*/
CREATE ROLLBACK SEGMENT rbs_one
   TABLESPACE rbs_ts;
```

**The preceding statement is equivalent to the following:**

```
CREATE ROLLBACK SEGMENT rbs_one
   TABLESPACE rbs_ts
   STORAGE
   ( INITIAL 10K
     NEXT 10K
     MAXEXTENTS UNLIMITED );
```

Cloudera Exhibit 1020 - Page 1248 of 1808

Databricks_R2_PA_00003384

# CREATE SCHEMA

## Purpose

Use the CREATE SCHEMA statement to create multiple tables and views and perform multiple grants in your own schema in a single transaction.

To execute a CREATE SCHEMA statement, then Oracle Database executes each included statement. If all statements execute successfully, then the database commits the transaction. If any statement results in an error, then the database rolls back all the statements.

> **Note:** This statement does not actually create a schema. Oracle Database automatically creates a schema when you create a user (see CREATE USER on page 17-32). This statement lets you populate your schema with tables and views and grant privileges on those objects without having to issue multiple SQL statements in multiple transactions.

## Prerequisites

The CREATE SCHEMA statement can include CREATE TABLE, CREATE VIEW, and GRANT statements. To issue a CREATE SCHEMA statement, you must have the privileges necessary to issue the included statements.

## Syntax

**create_schema::=**



Cloudera Exhibit 1020 - Page 1249 of 1808

Databricks_R2_PA_00003385

CREATE SCHEMA

## Keyword and Parameters

### *schema*

Specify the name of the schema. The schema name must be the same as your Oracle Database username.

### *create_table_statement*

Specify a CREATE TABLE statement to be issued as part of this CREATE SCHEMA statement. Do not end this statement with a semicolon (or other terminator character).

> **See Also:**    CREATE TABLE on page 16-7

### *create_view_statement*

Specify a CREATE VIEW statement to be issued as part of this CREATE SCHEMA statement. Do not end this statement with a semicolon (or other terminator character).

> **See Also:**    CREATE VIEW on page 17-40

### *grant_statement*

Specify a GRANT statement to be issued as part of this CREATE SCHEMA statement. Do not end this statement with a semicolon (or other terminator character). You can use this clause to grant object privileges on objects you own to other users. You can also grant system privileges to other users if you were granted those privileges WITH ADMIN OPTION.

> **See Also:**    GRANT on page 18-40

The CREATE SCHEMA statement supports the syntax of these statements only as defined by standard SQL, rather than the complete syntax supported by Oracle Database.

The order in which you list the CREATE TABLE, CREATE VIEW, and GRANT statements is unimportant. The statements within a CREATE SCHEMA statement can reference existing objects or objects you create in other statements within the same CREATE SCHEMA statement.

Cloudera Exhibit 1020 - Page 1250 of 1808

Databricks_R2_PA_00003386

**Restriction on Granting Privileges to a Schema**    The syntax of the *parallel_ clause* is allowed for a CREATE TABLE statement in CREATE SCHEMA, but parallelism is not used when creating the objects.

> **See Also:**   the *parallel_clause* on page 16-57 in the CREATE TABLE documentation

## Example

**Creating a Schema: Example**    The following statement creates a schema named oe for the sample order entry user oe, creates the table new_product, creates the view new_product_view, and grants the SELECT object privilege on new_product_ view to the sample human resources user hr.

```
CREATE SCHEMA AUTHORIZATION oe
   CREATE TABLE new_product
      (color VARCHAR2(10)  PRIMARY KEY, quantity NUMBER)
   CREATE VIEW new_product_view
      AS SELECT color, quantity FROM new_product WHERE color = 'RED'
   GRANT select ON new_product_view TO hr;
```

Cloudera Exhibit 1020 - Page 1251 of 1808

Databricks_R2_PA_00003387

# CREATE SEQUENCE

## Purpose

Use the CREATE SEQUENCE statement to create a **sequence**, which is a database object from which multiple users may generate unique integers. You can use sequences to automatically generate primary key values.

When a sequence number is generated, the sequence is incremented, independent of the transaction committing or rolling back. If two users concurrently increment the same sequence, then the sequence numbers each user acquires may have gaps, because sequence numbers are being generated by the other user. One user can never acquire the sequence number generated by another user. Once a sequence value is generated by one user, that user can continue to access that value regardless of whether the sequence is incremented by another user.

Sequence numbers are generated independently of tables, so the same sequence can be used for one or for multiple tables. It is possible that individual sequence numbers will appear to be skipped, because they were generated and used in a transaction that ultimately rolled back. Additionally, a single user may not realize that other users are drawing from the same sequence.

Once a sequence is created, you can access its values in SQL statements with the CURRVAL pseudocolumn, which returns the current value of the sequence, or the NEXTVAL pseudocolumn, which increments the sequence and returns the new value.

> **See Also:**
>
> - Chapter 3, "Pseudocolumns" for more information on using the CURRVAL and NEXTVAL
> - "How to Use Sequence Values" on page 3-5 for information on using sequences
> - ALTER SEQUENCE on page 11-57 or DROP SEQUENCE on page 18-3 for information on modifying or dropping a sequence

## Prerequisites

To create a sequence in your own schema, you must have the CREATE SEQUENCE system privilege.

Databricks_R2_PA_00003388

To create a sequence in another user's schema, you must have the CREATE ANY SEQUENCE system privilege.

## Syntax

**create_sequence::=**



## Semantics

### *schema*

Specify the schema to contain the sequence. If you omit *schema*, then Oracle Database creates the sequence in your own schema.

### *sequence*

Specify the name of the sequence to be created.

If you specify none of the following clauses, then you create an ascending sequence that starts with 1 and increases by 1 with no upper limit. Specifying only

Cloudera Exhibit 1020 - Page 1253 of 1808

Databricks_R2_PA_00003389

INCREMENT BY -1 creates a descending sequence that starts with -1 and decreases with no lower limit.

- To create a sequence that increments without bound, for ascending sequences, omit the MAXVALUE parameter or specify NOMAXVALUE. For descending sequences, omit the MINVALUE parameter or specify the NOMINVALUE.

- To create a sequence that stops at a predefined limit, for an ascending sequence, specify a value for the MAXVALUE parameter. For a descending sequence, specify a value for the MINVALUE parameter. Also specify NOCYCLE. Any attempt to generate a sequence number once the sequence has reached its limit results in an error.

- To create a sequence that restarts after reaching a predefined limit, specify values for both the MAXVALUE and MINVALUE parameters. Also specify CYCLE. If you do not specify MINVALUE, then it defaults to NOMINVALUE, which is the value 1.

**INCREMENT BY**   Specify the interval between sequence numbers. This integer value can be any positive or negative integer, but it cannot be 0. This value can have 28 or fewer digits. The absolute of this value must be less than the difference of MAXVALUE and MINVALUE. If this value is negative, then the sequence descends. If the value is positive, then the sequence ascends. If you omit this clause, then the interval defaults to 1.

**START WITH**   Specify the first sequence number to be generated. Use this clause to start an ascending sequence at a value greater than its minimum or to start a descending sequence at a value less than its maximum. For ascending sequences, the default value is the minimum value of the sequence. For descending sequences, the default value is the maximum value of the sequence. This integer value can have 28 or fewer digits.

> **Note:**   This value is not necessarily the value to which an ascending cycling sequence cycles after reaching its maximum or minimum value.

**MAXVALUE**   Specify the maximum value the sequence can generate. This integer value can have 28 or fewer digits. MAXVALUE must be equal to or greater than START WITH and must be greater than MINVALUE.

**NOMAXVALUE**   Specify NOMAXVALUE to indicate a maximum value of $10^{27}$ for an ascending sequence or -1 for a descending sequence. This is the default.

Cloudera Exhibit 1020 - Page 1254 of 1808

Databricks_R2_PA_00003390

**MINVALUE**   Specify the minimum value of the sequence. This integer value can have 28 or fewer digits. MINVALUE must be less than or equal to START WITH and must be less than MAXVALUE.

**NOMINVALUE**   Specify NOMINVALUE to indicate a minimum value of 1 for an ascending sequence or $-10^{26}$ for a descending sequence. This is the default.

**CYCLE**   Specify CYCLE to indicate that the sequence continues to generate values after reaching either its maximum or minimum value. After an ascending sequence reaches its maximum value, it generates its minimum value. After a descending sequence reaches its minimum, it generates its maximum value.

**NOCYCLE**   Specify NOCYCLE to indicate that the sequence cannot generate more values after reaching its maximum or minimum value. This is the default.

**CACHE**   Specify how many values of the sequence the database preallocates and keeps in memory for faster access. This integer value can have 28 or fewer digits. The minimum value for this parameter is 2. For sequences that cycle, this value must be less than the number of values in the cycle. You cannot cache more values than will fit in a given cycle of sequence numbers. Therefore, the maximum value allowed for CACHE must be less than the value determined by the following formula:

```
(CEIL (MAXVALUE - MINVALUE)) / ABS (INCREMENT)
```

If a system failure occurs, all cached sequence values that have not been used in committed DML statements are lost. The potential number of lost values is equal to the value of the CACHE parameter.

> **Note:**   Oracle recommends using the CACHE setting to enhance performance if you are using sequences in a Real Application Clusters environment.

**NOCACHE**   Specify NOCACHE to indicate that values of the sequence are not preallocated. If you omit both CACHE and NOCACHE, the database caches 20 sequence numbers by default.

**ORDER**   Specify ORDER to guarantee that sequence numbers are generated in order of request. This clause is useful if you are using the sequence numbers as timestamps. Guaranteeing order is usually not important for sequences used to generate primary keys.

Cloudera Exhibit 1020 - Page 1255 of 1808

Databricks_R2_PA_00003391

ORDER is necessary only to guarantee ordered generation if you are using Oracle Database with Real Application Clusters. If you are using exclusive mode, sequence numbers are always generated in order.

**NOORDER**    Specify NOORDER if you do not want to guarantee sequence numbers are generated in order of request. This is the default.

## Example

**Creating a Sequence: Example**    The following statement creates the sequence customers_seq in the sample schema oe. This sequence could be used to provide customer ID numbers when rows are added to the customers table.

```
CREATE SEQUENCE customers_seq
 START WITH      1000
 INCREMENT BY    1
 NOCACHE
 NOCYCLE;
```

The first reference to customers_seq.nextval returns 1000. The second returns 1001. Each subsequent reference will return a value 1 greater than the previous reference.

Cloudera Exhibit 1020 - Page 1256 of 1808

Databricks_R2_PA_00003392

# CREATE SPFILE

## Purpose

Use the `CREATE SPFILE` statement to create a **server parameter file** from a client-side initialization parameter file. Server parameter files are binary files that exist only on the server and are called from client locations to start up the database.

Server parameter files let you make persistent changes to individual parameters. When you use a server parameter file, you can specify in an `ALTER SYSTEM SET parameter` statement that the new parameter value should be persistent. This means that the new value applies not only in the current instance, but also to any instances that are started up subsequently. Traditional client-side parameter files do not let you make persistent changes to parameter values.

Server parameter files are located on the server, so they allow for automatic database tuning by Oracle Database and for backup by Recovery Manager (RMAN).

To use a server parameter file when starting up the database, you must create it from a traditional text initialization parameter file using the `CREATE SPFILE` statement.

All instances in an Real Application Clusters environment must use the same server parameter file. However, when otherwise permitted, individual instances can have different settings of the same parameter within this one file. Instance-specific parameter definitions are specified as `SID.parameter = value`, where `SID` is the instance identifier.

The method of starting up the database with a server parameter file depends on whether you create a default or nondefault server parameter file. Please refer to "Creating a Server Parameter File: Examples" on page 15-95 for examples of how to use server parameter files.

Cloudera Exhibit 1020 - Page 1257 of 1808

Databricks_R2_PA_00003393

CREATE SPFILE

**See Also:**

- CREATE PFILE on page 15-60 for information on creating a
  regular text parameter file from a binary server parameter file

- *Oracle Database Administrator's Guide* for information on
  client-side initialization parameter files and server parameter
  files

- *Real Application Clusters Administration* for information on using
  server parameter files in a Real Application Clusters
  environment

## Prerequisites

You must have the SYSDBA or the SYSOPER system privilege to execute this
statement. You can execute this statement before or after instance startup. However,
if you have already started an instance using *spfile_name*, you cannot specify the
same *spfile_name* in this statement.

## Syntax

**create_spfile::=**



## Semantics

### *spfile_name*

This clause lets you specify a name for the server parameter file you are creating.

- If you do not specify *spfile_name*, then Oracle Database uses the
  platform-specific default server parameter filename. If *spfile_name* already
  exists on the server, then this statement will overwrite it. When using a default
  server parameter file, you start up the database without referring to the file by
  name.

- If you do specify *spfile_name*, then you are creating a nondefault server
  parameter file. In this case, to start up the database, you must first create a
  single-line traditional parameter file that points to the server parameter file, and
  then name the single-line file in your STARTUP command.

Cloudera Exhibit 1020 - Page 1258 of 1808

Databricks_R2_PA_00003394

**See Also:**

- "Creating a Server Parameter File: Examples" on page 15-95 for information on starting up the database with default and nondefault server parameter files

- *Oracle Database Platform Guide for Windows* or the appropriate operating system specific documentation for default parameter file names

### *pfile_name*

Specify the traditional initialization parameter file from which you want to create a server parameter file.

- If you specify *pfile_name*, then the parameter file must reside on the server. If it does not reside in the default directory for parameter files on your operating system, then you must specify the full path.

- If you do not specify *pfile_name*, then Oracle Database looks in the default directory for parameter files on your operating system for the default parameter filename and uses that file. If that file does not exist in the expected directory, then the database returns an error.

> **Note:** In a Real Application Clusters environment, you must first combine all instance parameter files into one file before specifying that filename in this statement to create a server parameter file. For information on accomplishing this step, see *Real Application Clusters Installation and Configuration*.

## Examples

**Creating a Server Parameter File: Examples**   The following example creates a default server parameter file from a client initialization parameter file named t_init1.ora:

```
CREATE SPFILE
   FROM PFILE = '$ORACLE_HOME/work/t_init1.ora';
```

> **Note:** Typically you will need to specify the full path and filename for parameter files on your operating system.

Cloudera Exhibit 1020 - Page 1259 of 1808

Databricks_R2_PA_00003395

When you create a default server parameter file, you subsequently start up the database using that server parameter file by using the SQL*Plus command STARTUP without the PFILE parameter, as follows:

```
STARTUP
```

The following example creates a nondefault server parameter file s_params.ora from a client initialization file named t_init1.ora:

```
CREATE SPFILE = 's_params.ora'
   FROM PFILE = '$ORACLE_HOME/work/t_init1.ora';
```

When you create a nondefault server parameter file, you subsequently start up the database by first creating a traditional parameter file containing the following single line:

```
spfile = 's_params.ora'
```

The name of this parameter file must comply with the naming conventions of your operating system. You then use the single-line parameter file in the STARTUP command. The following example shows how to start up the database, assuming that the single-line parameter file is named new_param.ora:

```
STARTUP PFILE=new_param.ora
```

# 16

## SQL Statements: CREATE SYNONYM to CREATE TRIGGER

This chapter contains the following SQL statements:

- CREATE SYNONYM
- CREATE TABLE
- CREATE TABLESPACE
- CREATE TRIGGER

Cloudera Exhibit 1020 - Page 1261 of 1808

Databricks_R2_PA_00003397

# CREATE SYNONYM

## Purpose

Use the CREATE SYNONYM statement to create a **synonym**, which is an alternative name for a table, view, sequence, procedure, stored function, package, materialized view, Java class schema object, user-defined object type, or another synonym.

Synonyms provide both data independence and location transparency. Synonyms permit applications to function without modification regardless of which user owns the table or view and regardless of which database holds the table or view. However, synonyms are not a substitute for privileges on database objects. Appropriate privileges must be granted to a user before the user can use the synonym.

You can refer to synonyms in the following DML statements: SELECT, INSERT, UPDATE, DELETE, FLASHBACK TABLE, EXPLAIN PLAN, and LOCK TABLE.

You can refer to synonyms in the following DDL statements: AUDIT, NOAUDIT, GRANT, REVOKE, and COMMENT.

> **See Also:** *Oracle Database Concepts* for general information on synonyms

## Prerequisites

To create a private synonym in your own schema, you must have the CREATE SYNONYM system privilege.

To create a private synonym in another user's schema, you must have the CREATE ANY SYNONYM system privilege.

To create a PUBLIC synonym, you must have the CREATE PUBLIC SYNONYM system privilege.

Cloudera Exhibit 1020 - Page 1262 of 1808

Databricks_R2_PA_00003398

## Syntax

**create_synonym::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the synonym if it already exists. Use this clause to change the definition of an existing synonym without first dropping it.

**Restriction on Replacing a Synonym**    You cannot use the OR REPLACE clause for a type synonym that has any dependent tables or dependent valid user-defined object types.

### PUBLIC

Specify PUBLIC to create a public synonym. Public synonyms are accessible to all users. However each user must have appropriate privileges on the underlying object in order to use the synonym.

When resolving references to an object, Oracle Database uses a public synonym only if the object is not prefaced by a schema and is not followed by a database link.

If you omit this clause, then the synonym is private and is accessible only within its schema. A private synonym name must be unique in its schema.

**Notes on Public Synonyms**
- If you create a public synonym and it subsequently has dependent tables or dependent valid user-defined object types, then you cannot create another database object of the same name as the synonym in the same schema as the dependent objects.

- Take care not to create a public synonym with the same name as an existing schema. If you do so, then all PL/SQL units that use that name will be invalidated.

Cloudera Exhibit 1020 - Page 1263 of 1808

Databricks_R2_PA_00003399

### schema

Specify the schema to contain the synonym. If you omit *schema*, then Oracle Database creates the synonym in your own schema. You cannot specify a schema for the synonym if you have specified PUBLIC.

### synonym

Specify the name of the synonym to be created.

---

**Caution:**   The functional maximum length of the synonym name is 32 bytes. Names longer than 30 bytes are permitted for Java functionality only. If you specify a name longer than 30 bytes, then Oracle Database encrypts the name and places a representation of the encryption in the data dictionary. The actual encryption is not accessible, and you cannot use either your original specification or the data dictionary representation as the synonym name.

---

**See Also:**   "CREATE SYNONYM: Examples" on page 16-5 and "Oracle Database Resolution of Synonyms: Example" on page 16-6

## FOR Clause

Specify the object for which the synonym is created. The schema object for which you are creating the synonym can be of the following types:

- Table or object table
- View or object view
- Sequence
- Stored procedure, function, or package
- Materialized view
- Java class schema object
- User-defined object type
- Synonym

The schema object need not currently exist and you need not have privileges to access the object.

Databricks_R2_PA_00003400

**Restriction on the FOR Clause**    The schema object cannot be contained in a package.

**schema**    Specify the schema in which the object resides. If you do not qualify object with *schema*, then the database assumes that the schema object is in your own schema.

If you are creating a synonym for a procedure or function on a remote database, then you must specify *schema* in this CREATE statement. Alternatively, you can create a local public synonym on the database where the object resides. However, the database link must then be included in all subsequent calls to the procedure or function.

**dblink**    You can specify a complete or partial database link to create a synonym for a schema object on a remote database where the object is located. If you specify *dblink* and omit *schema*, then the synonym refers to an object in the schema specified by the database link. Oracle recommends that you specify the schema containing the object in the remote database.

If you omit *dblink*, then Oracle Database assumes the object is located on the local database.

**Restriction on Database Links**    You cannot specify *dblink* for a Java class synonym.

> **See Also:**
>
> - "Referring to Objects in Remote Databases" on page 2-114 for more information on referring to database links
>
> - CREATE DATABASE LINK on page 14-39 for more information on creating database links

## Examples

**CREATE SYNONYM: Examples**    To define the synonym offices for the table locations in the schema hr, issue the following statement:

```
CREATE SYNONYM offices
   FOR hr.locations;
```

To create a PUBLIC synonym for the employees table in the schema hr on the remote database, you could issue the following statement:

Cloudera Exhibit 1020 - Page 1265 of 1808

Databricks_R2_PA_00003401

```
CREATE PUBLIC SYNONYM emp_table
   FOR hr.employees@remote.us.oracle.com;
```

A synonym may have the same name as the underlying object, provided the underlying object is contained in another schema.

**Oracle Database Resolution of Synonyms: Example**   Oracle Database attempts to resolve references to objects at the schema level before resolving them at the PUBLIC synonym level. For example, the schemas oe and sh both contain tables named customers. In the next example, user SYSTEM creates a PUBLIC synonym named customers for oe.customers:

```
CREATE PUBLIC SYNONYM customers FOR oe.customers;
```

If the user sh then issues the following statement, then the database returns the count of rows from sh.customers:

```
SELECT COUNT(*) FROM customers;
```

To retrieve the count of rows from oe.customers, the user sh must preface customers with the schema name. (The user sh must have select permission on oe.customers as well.)

```
SELECT COUNT(*) FROM oe.customers;
```

If the user hr's schema does not contain an object named customers, and if hr has select permission on oe.customers, then hr can access the customers table in oe's schema by using the public synonym customers:

```
SELECT COUNT(*) FROM customers;
```

Databricks_R2_PA_00003402

# CREATE TABLE

## Purpose

Use the CREATE TABLE statement to create one of the following types of tables:

- A **relational table**, which is the basic structure to hold user data.
- An **object table**, which is a table that uses an object type for a column definition. An object table is explicitly defined to hold object instances of a particular type.

You can also create an object type and then use it in a column when creating a relational table.

Tables are created with no data unless a subquery is specified. You can add rows to a table with the INSERT statement. After creating a table, you can define additional columns, partitions, and integrity constraints with the ADD clause of the ALTER TABLE statement. You can change the definition of an existing column or partition with the MODIFY clause of the ALTER TABLE statement.

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals*, *Oracle Database Administrator's Guide*, and CREATE TYPE on page 17-3 for more information about creating objects
> - ALTER TABLE on page 12-2 and DROP TABLE on page 18-7 for information on modifying and dropping tables

## Prerequisites

To create a relational table in your own schema, you must have the CREATE TABLE system privilege. To create a table in another user's schema, you must have the CREATE ANY TABLE system privilege. Also, the owner of the schema to contain the table must have either space quota on the tablespace to contain the table or the UNLIMITED TABLESPACE system privilege.

In addition to these table privileges, to create an object table or a relational table with an object type column, the owner of the table must have the EXECUTE object privilege in order to access all types referenced by the table, or you must have the EXECUTE ANY TYPE system privilege. These privileges must be granted explicitly and not acquired through a role.

Cloudera Exhibit 1020 - Page 1267 of 1808

Databricks_R2_PA_00003403

CREATE TABLE

Additionally, if the table owner intends to grant access to the table to other users, then the owner must have been granted the EXECUTE object privilege on the referenced types WITH GRANT OPTION, or have the EXECUTE ANY TYPE system privilege WITH ADMIN OPTION. Without these privileges, the table owner has insufficient privileges to grant access to the table to other users.

To enable a unique or primary key constraint, you must have the privileges necessary to create an index on the table. You need these privileges because Oracle Database creates an index on the columns of the unique or primary key in the schema containing the table.

To create an external table, you must have the required read and write operating system privileges on the appropriate operating system directories. You must have the READ object privilege on the database directory object corresponding to the operating system directory in which the external data resides. You must also have the WRITE object privilege on the database directory in which the files will reside if you specify a log file or bad file in the *opaque_format_spec* or if you unload data into an external table from a database table by specifying the AS *subquery* clause.

**See Also:**

- CREATE INDEX on page 14-75

- *Oracle Database Application Developer's Guide - Fundamentals* for more information about the privileges required to create tables using types

## Syntax

**create_table::=**



(*relational_table::=* on page 16-9, *object_table::=* on page 16-9, *XMLType_table::=* on page 16-10)

Cloudera Exhibit 1020 - Page 1268 of 1808

Databricks_R2_PA_00003404

**relational_table::=**



> **Note:**   Each of the clauses following the table name is optional for any given relational table. However, for every table you must at least specify either column names and datatypes using the `relational_properties` clause or an `AS subquery` clause using the `table_properties` clause.

(*relational_properties::=* on page 16-10, *physical_properties::=* on page 16-12, *table_properties::=* on page 16-13)

**object_table::=**



Cloudera Exhibit 1020 - Page 1269 of 1808

Databricks_R2_PA_00003405

CREATE TABLE

(*object_table_substitution::=* on page 16-11, *object_properties::=* on page 16-11, *oid_clause::=* on page 16-11, *oid_index_clause::=* on page 16-11, *physical_properties::=* on page 16-12, *table_properties::=* on page 16-13)

## XMLType_table::=



(*XMLType_storage::=* on page 16-16, *XMLSchema_spec::=* on page 16-16, *oid_clause::=* on page 16-11, *oid_index_clause::=* on page 16-11, *physical_properties::=* on page 16-12, *table_properties::=* on page 16-13)

## relational_properties::=



(*constraint::=* on page 8-6)

Cloudera Exhibit 1020 - Page 1270 of 1808

Databricks_R2_PA_00003406

**object_table_substitution::=**



**object_properties::=**



(*constraint::=* on page 8-6, *supplemental_logging_props::=* on page 16-18)

**oid_clause::=**



**oid_index_clause::=**



(*physical_attributes_clause::=* on page 16-12)

Cloudera Exhibit 1020 - Page 1271 of 1808

Databricks_R2_PA_00003407

CREATE TABLE

### physical_properties::=



(*segment_attributes_clause::=* on page 16-12, *table_compression::=* on page 16-13, *index_org_table_clause::=* on page 16-17, *external_table_clause::=* on page 16-18)

### segment_attributes_clause::=



(*physical_attributes_clause::=* on page 16-12, *logging_clause::=* on page 16-15)

### physical_attributes_clause::=



(*storage_clause::=* on page 8-60)

Cloudera Exhibit 1020 - Page 1272 of 1808

Databricks_R2_PA_00003408

**table_compression::=**



**table_properties::=**



(*column_properties::=* on page 16-13, *table_partitioning_clauses::=* on page 16-19, *parallel_clause::=* on page 16-24, *enable_disable_clause::=* on page 16-24, *row_movement_clause::=* on page 16-17, *subquery::=* on page 19-5)

**column_properties::=**



(*object_type_col_properties::=* on page 16-14, *nested_table_col_properties::=* on page 16-14, *varray_col_properties::=* on page 16-14, *LOB_storage_clause::=* on page 16-15, *LOB_partition_storage::=* on page 16-16, *XMLType_column_properties::=* on page 16-16)

Cloudera Exhibit 1020 - Page 1273 of 1808

Databricks_R2_PA_00003409

CREATE TABLE

**object_type_col_properties::=**



**substitutable_column_clause::=**



**nested_table_col_properties::=**



(*substitutable_column_clause::=* on page 16-14, *object_properties::=* on page 16-11, *physical_properties::=* on page 16-12, *column_properties::=* on page 16-13)

**varray_col_properties::=**



(*substitutable_column_clause::=* on page 16-14, *LOB_parameters::=* on page 16-15)

**16-14**  SQL Reference

Cloudera Exhibit 1020 - Page 1274 of 1808

**LOB_storage_clause::=**



(*LOB_parameters::=* on page 16-15)

**LOB_parameters::=**



(*storage_clause::=* on page 8-60)

**logging_clause::=**



SQL Statements: CREATE SYNONYM to CREATE TRIGGER    **16-15**

Cloudera Exhibit 1020 - Page 1275 of 1808

Databricks_R2_PA_00003411

CREATE TABLE

**LOB_partition_storage::=**



(*LOB_storage_clause::=* on page 16-15, *varray_col_properties::=* on page 16-14)

**XMLType_column_properties::=**



(*XMLType_storage::=* on page 16-16, *XMLSchema_spec::=* on page 16-16)

**XMLType_storage::=**



(*LOB_parameters::=* on page 16-15)

**XMLSchema_spec::=**



Cloudera Exhibit 1020 - Page 1276 of 1808

Databricks_R2_PA_00003412

**row_movement_clause::=**



**index_org_table_clause::=**



(*mapping_table_clauses::=* on page 16-17, *key_compression::=* on page 16-17, *index_org_ overflow_clause::=* on page 16-17)

**mapping_table_clauses::=**



**key_compression::=**



**index_org_overflow_clause::=**



(*segment_attributes_clause::=* on page 16-12)

Cloudera Exhibit 1020 - Page 1277 of 1808

Databricks_R2_PA_00003413

CREATE TABLE

**supplemental_logging_props::=**



**supplemental_log_grp_clause::=**



**supplemental_id_key_clause::=**



**external_table_clause::=**



(*external_data_properties::=* on page 16-19)

Cloudera Exhibit 1020 - Page 1278 of 1808

Databricks_R2_PA_00003414

**external_data_properties::=**



(`opaque_format_spec`: See *Oracle Database Utilities* for information on how to specify values for the `opaque_format_spec`.)

**table_partitioning_clauses::=**



(*range_partitioning::=* on page 16-19, *hash_partitioning::=* on page 16-20, *list_partitioning::=* on page 16-20, *composite_partitioning::=* on page 16-20)

**range_partitioning::=**



(*range_values_clause::=* on page 16-22, *table_partition_description::=* on page 16-23)

Cloudera Exhibit 1020 - Page 1279 of 1808

Databricks_R2_PA_00003415

CREATE TABLE

**hash_partitioning::=**



(*individual_hash_partitions::=* on page 16-21, *hash_partitions_by_quantity::=* on page 16-21)

**list_partitioning::=**



(*list_values_clause::=* on page 16-22, *table_partition_description::=* on page 16-23)

**composite_partitioning::=**



(*subpartition_by_list::=* on page 16-21, *subpartition_by_hash::=* on page 16-21, *range_values_clause::=* on page 16-22, *table_partition_description::=* on page 16-23)

Cloudera Exhibit 1020 - Page 1280 of 1808

Databricks_R2_PA_00003416

**subpartition_by_hash::=**



(*subpartition_template::=* on page 16-22)

**individual_hash_partitions::=**



(*partitioning_storage_clause::=* on page 16-24)

**hash_partitions_by_quantity::=**



**subpartition_by_list::=**



(*subpartition_template::=* on page 16-22)

SQL Statements: CREATE SYNONYM to CREATE TRIGGER  **16-21**

CREATE TABLE

**subpartition_template::=**



(*list_values_clause::=* on page 16-22, *partitioning_storage_clause::=* on page 16-24)

**range_values_clause::=**



**list_values_clause::=**



Cloudera Exhibit 1020 - Page 1282 of 1808

Databricks_R2_PA_00003418

**table_partition_description::=**



(*segment_attributes_clause*::= on page 16-12, *table_compression*::= on page 16-13, *LOB_storage_clause*::= on page 16-15, *varray_col_properties*::= on page 16-14, *partition_level_subpartition*::= on page 16-23)

**partition_level_subpartition::=**



(*subpartition_spec*::= on page 16-23)

**subpartition_spec::=**



(*list_values_clause*::= on page 16-22, *partitioning_storage_clause*::= on page 16-24)

Cloudera Exhibit 1020 - Page 1283 of 1808

Databricks_R2_PA_00003419

CREATE TABLE

**partitioning_storage_clause::=**



**parallel_clause::=**



**enable_disable_clause::=**



(*using_index_clause::=* on page 16-25, exceptions_clause not supported in CREATE TABLE statements)

Cloudera Exhibit 1020 - Page 1284 of 1808

Databricks_R2_PA_00003420

**using_index_clause::=**



(*create_index::=* on page 14-76, *index_properties::=* on page 16-25)

**index_properties::=**



(*global_partitioned_index::=* on page 14-79, *local_partitioned_index::=* on page 14-81—part of CREATE INDEX, *index_attributes::=* on page 14-78, domain_ind*ex_clause*: not supported in *using_index_clause*)

Cloudera Exhibit 1020 - Page 1285 of 1808

Databricks_R2_PA_00003421

CREATE TABLE

**index_attributes::=**



(*physical_attributes_clause::=* on page 16-12, *logging_clause::=* on page 8-47, *key_compression::=* on page 16-17, *parallel_clause*: not supported in *using_index_clause*)

## Semantics

### relational_table

#### GLOBAL TEMPORARY

Specify GLOBAL TEMPORARY to indicate that the table is temporary and that its definition is visible to all sessions. The data in a temporary table is visible only to the session that inserts the data into the table.

A temporary table has a definition that persists the same as the definitions of regular tables, but it contains either **session-specific** or **transaction-specific** data. You specify whether the data is session- or transaction-specific with the ON COMMIT keywords.

You can perform DDL operations (such as ALTER TABLE, DROP TABLE, CREATE INDEX) on a temporary table only when no session is bound to it. A session becomes bound to a temporary table by performing an INSERT operation on the

Cloudera Exhibit 1020 - Page 1286 of 1808

Databricks_R2_PA_00003422

table. A session becomes unbound to the temporary table by issuing a TRUNCATE statement or at session termination, or, for a transaction-specific temporary table, by issuing a COMMIT or ROLLBACK statement.

> **See Also:** *Oracle Database Concepts* for information on temporary tables and "Temporary Table Example" on page 16-67

**Restrictions on Temporary Tables**
- Temporary tables cannot be partitioned, clustered, or index organized.
- You cannot specify any foreign key constraints on temporary tables.
- Temporary tables cannot contain columns of nested table.
- You cannot specify the following clauses of the LOB_storage_clause: TABLESPACE, storage_clause, or logging_clause.
- Parallel DML and parallel queries are not supported for temporary tables. Parallel hints are ignored. Specification of the parallel_clause returns an error.
- You cannot specify the segment_attributes_clause, nested_table_col_properties, or parallel_clause.
- Distributed transactions are not supported for temporary tables.

### schema
Specify the schema to contain the table. If you omit schema, then the database creates the table in your own schema.

### table
Specify the name of the table or object table to be created.

> **See Also:** "General Examples" on page 16-66

### relational_properties
The relational properties describe the components of a relational table.

### column
Specify the name of a column of the table.

If you also specify AS subquery, then you can omit column and datatype unless you are creating an index-organized table. If you specify AS subquery when

Cloudera Exhibit 1020 - Page 1287 of 1808

Databricks_R2_PA_00003423

CREATE TABLE

creating an index-organized table, then you must specify *column*, and you must omit *datatype*.

The absolute maximum number of columns in a table is 1000. However, when you create an object table or a relational table with columns of object, nested table, varray, or REF type, Oracle Database maps the columns of the user-defined types to relational columns, in effect creating hidden columns that count toward the 1000-column limit.

### *datatype*

Specify the datatype of a column.

**Notes on Table Column Datatypes**

- If you specify AS *subquery*, then you can omit *datatype*. If you are creating an index-organized table and you specify AS *subquery*, then you must omit the datatype.

- You can also omit *datatype* if the statement designates the column as part of a foreign key in a referential integrity constraint. Oracle Database automatically assigns to the column the datatype of the corresponding column of the referenced key of the referential integrity constraint.

- Do not create a table with LONG columns. Use LOB columns (CLOB, NCLOB, BLOB) instead. LONG columns are supported only for backward compatibility.

**Restriction on Table Column Datatypes**    You can specify a column of type ROWID, but Oracle Database does not guarantee that the values in such columns are valid rowids.

> **See Also:**    "Datatypes" on page 2-1 for information on LONG columns and on Oracle-supplied datatypes

### SORT

The SORT keyword is valid only if you are creating this table as part of a hash cluster and only for columns that are also cluster columns.

This clause instructs the database to sort the rows of the cluster on this column before applying the hash function. Doing so may improve response time during subsequent operations on the clustered data.

> **See Also:**    "CLUSTER Clause" on page 16-39 for information on creating a cluster table

Cloudera Exhibit 1020 - Page 1288 of 1808

Databricks_R2_PA_00003424

## DEFAULT

The `DEFAULT` clause lets you specify a value to be assigned to the column if a subsequent `INSERT` statement omits a value for the column. The datatype of the expression must match the datatype of the column. The column must also be long enough to hold this expression.

The `DEFAULT` expression can include any SQL function as long as the function does not return a literal argument, a column reference, or a nested function invocation.

**Restriction on Default Column Values**   A `DEFAULT` expression cannot contain references to PL/SQL functions or to other columns, the pseudocolumns `CURRVAL`, `NEXTVAL`, `LEVEL`, `PRIOR`, and `ROWNUM`, or date constants that are not fully specified.

> **See Also:**   "About SQL Expressions" on page 5-2 for the syntax of *expr*

## Constraint Clauses

Use these clauses to create constraints on the table columns. You must specify a `PRIMARY KEY` constraint for an index-organized table, and it cannot be `DEFERRABLE`. Please refer to *constraint* on page 8-5 for syntax and description of these constraints as well as examples.

### inline_ref_constraint and out_of_line_ref_constraint

These clauses let you describe a column of type `REF`. The only difference between these clauses is that you specify *out_of_line_ref_constraint* from the table level, so you must identify the `REF` column or attribute you are defining. You specify *inline_ref_constraint* as part of the definition of the `REF` column or attribute.

> **See Also:**   "REF Constraint Examples" on page 8-32

### inline_constraint

Use the *inline_constraint* to define an integrity constraint as part of the column definition.

You can create `UNIQUE`, `PRIMARY KEY`, and `REFERENCES` constraints on scalar attributes of object type columns. You can also create `NOT NULL` constraints on object type columns and `CHECK` constraints that reference object type columns or any attribute of an object type column.

Databricks_R2_PA_00003425

CREATE TABLE

### out_of_line_constraint

Use the *out_of_line_constraint* syntax to define an integrity constraint as part of the table definition.

### supplemental_logging_props

The *supplemental_logging_props* clause lets you instruct the database to put additional data into the log stream to support log-based tools.

**supplemental_log_grp_clause**   Use this clause to create a named log group.

- The NO LOG clause lets you omit from the redo log one or more columns that would otherwise be included in the redo for the named log group. You must specify at least one fixed-length column without NO LOG in the named log group.

- If you specify ALWAYS, then during an update, the database includes in the redo all columns in the log group. This is called an **unconditional log group** (sometimes called an "always log group"), because Oracle Database supplementally logs all the columns in the log group when the associated row is modified. If you omit ALWAYS, then the database supplementally logs all the columns in the log group only if any column in the log group is modified. This is called a **conditional log group**.

You can query the appropriate USER_, ALL_, or DBA_LOG_GROUP_COLUMNS data dictionary view to determine whether any supplemental logging has already been specified.

**supplemental_id_key_clause**   Use this clause to specify that all or a combination of the primary key, unique key, and foreign key columns should be supplementally logged. Oracle Database will generate either an **unconditional log group** or a **conditional log group**. With an unconditional log group, the database supplementally logs all the columns in the log group when the associated row is modified. With a conditional log group, the database supplementally logs all the columns in the log group only if any column in the log group is modified.

- If you specify ALL COLUMNS, then the database includes in the redo log all the fixed-length maximum size columns of that row. Such a redo log is a system-generated unconditional log group.

- If you specify PRIMARY KEY COLUMNS, then for all tables with a primary key, the database places into the redo log all columns of the primary key whenever an update is performed. Oracle Database evaluates which columns to supplementally log as follows:

Cloudera Exhibit 1020 - Page 1290 of 1808

Databricks_R2_PA_00003426

- – First the database chooses columns of the primary key constraint that is validated or marked RELY and is not marked as DISABLED or INITIALLY DEFERRED.

- – If no primary key columns exist, then the database looks for the smallest UNIQUE index with at least one NOT NULL column and uses the columns in that index.

- – If no such index exists, then the database supplementally logs all scalar columns of the table.

- If you specify UNIQUE COLUMNS, then for all tables with a unique key or a bit map index, if any of the unique key or bit map index columns are modified, the database places into the redo log all other columns belonging to the unique key or bit map index. Such a log group is a system-generated conditional log group.

- If you specify FOREIGN KEY COLUMNS, then for all tables with a foreign key, if any foreign key columns are modified, the database places into the redo log all other columns belonging to the foreign key. Such a redo log is a system-generated conditional log group.

If you specify this clause multiple times, then the database creates a separate log group for each specification. You can query the appropriate USER_, ALL_, or DBA_LOG_GROUPS data dictionary view to determine whether any supplemental logging data has already been specified.

### ON COMMIT

The ON COMMIT clause is relevant only if you are creating a temporary table. This clause specifies whether the data in the temporary table persists for the duration of a transaction or a session.

**DELETE ROWS**  Specify DELETE ROWS for a transaction-specific temporary table. This is the default. Oracle Database will truncate the table (delete all its rows) after each commit.

**PRESERVE ROWS**  Specify PRESERVE ROWS for a session-specific temporary table. Oracle Database will truncate the table (delete all its rows) when you terminate the session.

### *physical_properties*

The physical properties relate to the treatment of extents and segments and to the storage characteristics of the table.

Databricks_R2_PA_00003427

CREATE TABLE

### segment_attributes_clause

The `segment_attributes_clause` lets you specify physical attributes and tablespace storage for the table.

**physical_attributes_clause**    The `physical_attributes_clause` lets you specify the value of the `PCTFREE`, `PCTUSED`, and `INITRANS` parameters and the storage characteristics of the table.

- For a nonpartitioned table, each parameter and storage characteristic you specify determines the actual physical attribute of the segment associated with the table.

- For partitioned tables, the value you specify for the parameter or storage characteristic is the default physical attribute of the segments associated with all partitions specified in this `CREATE` statement (and in subsequent `ALTER TABLE ... ADD PARTITION` statements), unless you explicitly override that value in the `PARTITION` clause of the statement that creates the partition.

If you omit this clause, then Oracle Database sets `PCTFREE` to 10, `PCTUSED` to 40, and `INITRANS` to 1.

> **See Also:**
>
> - *physical_attributes_clause* on page 8-54 and *storage_clause* on page 8-57 for a description of these clauses
> - "Storage Example" on page 16-67

**TABLESPACE**    Specify the tablespace in which Oracle Database creates the table, object table OID index, partition, LOB data segment, LOB index segment, or index-organized table overflow data segment. If you omit `TABLESPACE`, then the database creates that item in the default tablespace of the owner of the schema containing the table.

For a heap-organized table with one or more LOB columns, if you omit the `TABLESPACE` clause for LOB storage, then the database creates the LOB data and index segments in the tablespace where the table is created.

For an index-organized table with one or more LOB columns, if you omit `TABLESPACE`, then the LOB data and index segments are created in the tablespace in which the primary key index segment of the index-organized table is created.

For nonpartitioned tables, the value specified for `TABLESPACE` is the actual physical attribute of the segment associated with the table. For partitioned tables, the value specified for `TABLESPACE` is the default physical attribute of the segments

Cloudera Exhibit 1020 - Page 1292 of 1808

Databricks_R2_PA_00003428

associated with all partitions specified in the CREATE statement and on subsequent ALTER TABLE ... ADD PARTITION statements, unless you specify TABLESPACE in the PARTITION description.

> **See Also:** CREATE TABLESPACE on page 16-80 for more information on tablespaces

### logging_clause

Specify whether the creation of the table and of any indexes required because of constraints, partition, or LOB storage characteristics will be logged in the redo log file (LOGGING) or not (NOLOGGING).The logging attribute of the table is independent of that of its indexes.

This attribute also specifies whether subsequent direct loader (SQL*Loader) and direct-path INSERT operations against the table, partition, or LOB storage are logged (LOGGING) or not logged (NOLOGGING).

Please refer to *logging_clause* on page 8-47 for a full description of this clause

### table_compression

The *table_compression* clause is valid only for heap-organized tables. Use this clause to instruct the database whether to compress data segments to reduce disk use. This clause is especially useful in environments such as data warehouses, where the amount of insert and update operations is small. The COMPRESS keyword enables table compression. The NOCOMPRESS keyword disables table compression. NOCOMPRESS is the default.

When you enable table compression, Oracle Database attempts to compress data during direct-path INSERT operations when it is productive to do so. The original import utility (imp) does not support direct-path INSERT, and therefore cannot import data in a compressed format. You can specify table compression for the following portions of a heap-organized table:

- For an entire table, in the *physical_properties* clause of *relational_table* or *object_table*

- For a range partition, in the *table_partition_description* of the *range_partitioning* clause

- For a list partition, in the *table_partition_description* of the *list_partitioning* clause

- For the storage table of a nested table, in the *nested_table_col_properties* clause

Cloudera Exhibit 1020 - Page 1293 of 1808

Databricks_R2_PA_00003429

CREATE TABLE

**See Also:**

- "Conventional and Direct-Path INSERT" on page 18-65 for information on direct-path INSERT operations, including restrictions

- *Oracle Database Performance Tuning Guide* for information on calculating the compression ratio and to *Oracle Data Warehousing Guide* for information on table compression usage scenarios

**Restrictions on Table Compression**
- LOB data segments are not compressed.

- You cannot specify table compression for an index-organized table, any overflow segment or partition of an overflow segment, or any mapping table segment of an index-organized table.

- You cannot define table compression explicitly for hash partitions or hash and list subpartitions. The table compression attribute for those partitions is inherited from the tablespace, the table, or the table partition setting.

- You cannot specify table compression for external tables or for tables that are part of a cluster.

**RECOVERABLE | UNRECOVERABLE**

These keywords are deprecated and have been replaced with LOGGING and NOLOGGING, respectively. Although RECOVERABLE and UNRECOVERABLE are supported for backward compatibility, Oracle strongly recommends that you use the LOGGING and NOLOGGING keywords.

**Restrictions on [UN]RECOVERABLE**
- You cannot specify RECOVERABLE for partitioned tables or LOB storage characteristics.

- You cannot specify UNRECOVERABLE for partitioned or index-organized tables.

- You can specify UNRECOVERABLE only with AS *subquery*.

**ORGANIZATION**

The ORGANIZATION clause lets you specify the order in which the data rows of the table are stored.

Cloudera Exhibit 1020 - Page 1294 of 1808

Databricks_R2_PA_00003430

**HEAP**   `HEAP` indicates that the data rows of `table` are stored in no particular order. This is the default.

**INDEX**   `INDEX` indicates that `table` is created as an index-organized table. In an index-organized table, the data rows are held in an index defined on the primary key for the table.

**EXTERNAL**   `EXTERNAL` indicates that table is a read-only table located outside the database.

> **See Also:**   "External Table Example" on page 16-71

### index_org_table_clause

Use the `index_org_table_clause` to create an index-organized table. Oracle Database maintains the table rows, both primary key column values and nonkey column values, in an index built on the primary key. Index-organized tables are therefore best suited for primary key-based access and manipulation. An index-organized table is an alternative to:

- A noncluster table indexed on the primary key by using the `CREATE INDEX` statement

- A cluster table stored in an indexed cluster that has been created using the `CREATE CLUSTER` statement that maps the primary key for the table to the cluster key

You must specify a primary key for an index-organized table, because the primary key uniquely identifies a row. The primary key cannot be `DEFERRABLE`. Use the primary key instead of the rowid for directly accessing index-organized rows.

If an index-organized table is partitioned and contains LOB columns, then you should specify the `index_org_table_clause` first, then the `LOB_storage_clause`, and then the appropriate `table_partitioning_clauses`.

You cannot use the `TO_LOB` function to convert a `LONG` column to a `LOB` column in the subquery of a `CREATE TABLE ... AS SELECT` statement if you are creating an index-organized table. Instead, create the index-organized table without the `LONG` column, and then use the `TO_LOB` function in an `INSERT ... AS SELECT` statement.

> **See Also:**   "Index-Organized Table Example" on page 16-71

### Restrictions on Index-Organized Tables

- You cannot specify a column of type `ROWID` for an index-organized table.

Cloudera Exhibit 1020 - Page 1295 of 1808

Databricks_R2_PA_00003431

- You cannot specify the *composite_partitioning_clause* for an index-organized table.

**PCTTHRESHOLD** *integer*   Specify the percentage of space reserved in the index block for an index-organized table row. PCTTHRESHOLD must be large enough to hold the primary key. All trailing columns of a row, starting with the column that causes the specified threshold to be exceeded, are stored in the overflow segment. PCTTHRESHOLD must be a value from 1 to 50. If you do not specify PCTTHRESHOLD, the default is 50.

**Restriction on PCTTHRESHOLD**   You cannot specify PCTTHRESHOLD for individual partitions of an index-organized table.

*mapping_table_clauses*   Specify MAPPING TABLE to instruct the database to create a mapping of local to physical ROWIDs and store them in a heap-organized table. This mapping is needed in order to create a bitmap index on the index-organized table. If the index-organized table is partitioned, then the mapping table is also partitioned and its partitions have the same name and physical attributes as the base table partitions.

Oracle Database creates the mapping table or mapping table partition in the same tablespace as its parent index-organized table or partition. You cannot query, perform DML operations on, or modify the storage characteristics of the mapping table or its partitions.

*key_compression*   The *key_compression* clauses let you enable or disable key compression for index-organized tables.

- Specify COMPRESS to enable **key compression**, which eliminates repeated occurrence of primary key column values in index-organized tables. Use *integer* to specify the prefix length, which is the number of prefix columns to compress.

  The valid range of prefix length values is from 1 to the number of primary key columns minus 1. The default prefix length is the number of primary key columns minus 1.

- Specify NOCOMPRESS to disable key compression in index-organized tables. This is the default.

**Restriction on Key Compression of Index-organized Tables**   At the partition level, you can specify COMPRESS, but you cannot specify the prefix length with *integer*.

Cloudera Exhibit 1020 - Page 1296 of 1808

Databricks_R2_PA_00003432

**index_org_overflow_clause**    The `index_org_overflow_clause` lets you instruct the database that index-organized table data rows exceeding the specified threshold are placed in the data segment specified in this clause.

- When you create an index-organized table, Oracle Database evaluates the maximum size of each column to estimate the largest possible row. If an overflow segment is needed but you have not specified `OVERFLOW`, then the database raises an error and does not execute the `CREATE TABLE` statement. This checking function guarantees that subsequent DML operations on the index-organized table will not fail because an overflow segment is lacking.

- All physical attributes and storage characteristics you specify in this clause after the `OVERFLOW` keyword apply only to the overflow segment of the table. Physical attributes and storage characteristics for the index-organized table itself, default values for all its partitions, and values for individual partitions must be specified before this keyword.

- If the index-organized table contains one or more LOB columns, then the LOBs will be stored out-of-line unless you specify `OVERFLOW`, even if they would otherwise be small enough be to stored inline.

- If `table` is partitioned, then the database equipartitions the overflow data segments with the primary key index segments.

**INCLUDING column_name**    Specify a column at which to divide an index-organized table row into index and overflow portions. The primary key columns are always stored in the index. `column_name` can be either the last primary key column or any non primary key column. All non primary key columns that follow `column_name` are stored in the overflow data segment.

If an attempt to divide a row at `column_name` causes the size of the index portion of the row to exceed the specified or default `PCTTHRESHOLD` value, then the database breaks up the row based on the `PCTTHRESHOLD` value.

**Restriction on the INCLUDING Clause**    You cannot specify this clause for individual partitions of an index-organized table.

### external_table_clause

Use the `external_table_clause` to create an external table, which is a read-only table whose metadata is stored in the database but whose data in stored outside the database. Among other capabilities, external tables let you query data without first loading it into the database.

Databricks_R2_PA_00003433

CREATE TABLE

See Also: *Oracle Data Warehousing Guide*, *Oracle Database Administrator's Guide*, and *Oracle Database Utilities* for information on the uses for external tables

Because external tables have no data in the database, you define them with a small subset of the clauses normally available when creating tables.

- Within the `relational_properties` clause, you can specify only *column*, *datatype*, and `inline_constraint`.

- Within the `physical_properties_clause`, you can specify only the organization of the table (`ORGANIZATION EXTERNAL external_table_clause`).

- Within the `table_properties` clause, you can specify only the `parallel_clause`. The `parallel_clause` lets you parallelize subsequent queries on the external data and subsequent operations that populate the external table.

- You can populate the external table at create time by using the `AS subquery` clause.

No other clauses are permitted in the same `CREATE TABLE` statement.

See Also:

- "External Table Example" on page 16-71

- `ALTER TABLE ...` "PROJECT COLUMN Clause" on page 12-61 for information on the effect of changing the default property of the column projection

**Restrictions on External Tables**
- An external table cannot be a temporary table.

- You cannot specify constraints on an external table.

- An external table cannot have object type, varray, or `LONG` columns. However, you can populate LOB columns of an external table with varray or `LONG` data from an internal database table.

**TYPE**  `TYPE access_driver_type` indicates the **access driver** of the external table. The access driver is the API that interprets the external data for the database. Oracle Database provides two access drivers: `ORACLE_LOADER` and `ORACLE_DATAPUMP`. If you do not specify `TYPE`, then the database uses `ORACLE_LOADER` as the default access driver. You must specify the `ORACLE_DATAPUMP` access driver if

Cloudera Exhibit 1020 - Page 1298 of 1808

Databricks_R2_PA_00003434

you specify the AS *subquery* clause to unload data from one Oracle Database and reload it into the same or a different Oracle Database.

> **See Also:**   *Oracle Database Utilities* for information about the ORACLE_LOADER and ORACLE_DATAPUMP access drivers

**DEFAULT DIRECTORY**   DEFAULT DIRECTORY lets you specify a default directory object corresponding to a directory on the file system where the external data sources may reside. The default directory can also be used by the access driver to store auxiliary files such as error logs.

**ACCESS PARAMETERS**   The optional ACCESS PARAMETERS clause lets you assign values to the parameters of the specific access driver for this external table.

- The *opaque_format_spec* lets you list the parameters and their values. Please refer to *Oracle Database Utilities* for information on how to specify values for the *opaque_format_spec*.

  Field names specified in the *opaque_format_spec* must match columns in the table definition. Oracle Database ignores any field in the *opaque_format_ spec* that is not matched by a column in the table definition.

- USING CLOB *subquery* lets you derive the parameters and their values through a subquery. The subquery cannot contain any set operators or an ORDER BY clause. It must return one row containing a single item of datatype CLOB.

Whether you specify the parameters in an *opaque_format_spec* or derive them using a subquery, the database does not interpret anything in this clause. It is up to the access driver to interpret this information in the context of the external data.

**LOCATION**   The LOCATION clause lets you specify one or more external data sources. Usually the *location_specifier* is a file, but it need not be. Oracle Database does not interpret this clause. It is up to the access driver to interpret this information in the context of the external data.

**REJECT LIMIT**   The REJECT LIMIT clause lets you specify how many conversion errors can occur during a query of the external data before an Oracle Database error is returned and the query is aborted. The default value is 0.

### CLUSTER Clause

The CLUSTER clause indicates that the table is to be part of *cluster*. The columns listed in this clause are the table columns that correspond to the cluster columns.

Cloudera Exhibit 1020 - Page 1299 of 1808

Databricks_R2_PA_00003435

Generally, the cluster columns of a table are the column or columns that make up its primary key or a portion of its primary key. Please refer to CREATE CLUSTER on page 14-2 for more information.

Specify one column from the table for each column in the cluster key. The columns are matched by position, not by name.

A cluster table uses the space allocation of the cluster. Therefore, do not use the PCTFREE, PCTUSED, or INITRANS parameters, the TABLESPACE clause, or the *storage_clause* with the CLUSTER clause.

**Restrictions on Cluster Tables**
- Object tables and tables containing LOB columns cannot be part of a cluster.
- You cannot specify CLUSTER with either ROWDEPENDENCIES or NOROWDEPENDENCIES unless the cluster has been created with the same ROWDEPENDENCIES or NOROWDEPENDENCIES setting.

### *table_properties*
The *table_properties* further define the characteristics of the table.

### *column_properties*
Use the *column_properties* clauses to specify the storage attributes of a column.

### *object_type_col_properties*
The *object_type_col_properties* determine storage characteristics of an object column or attribute or of an element of a collection column or attribute.

***column***   For *column*, specify an object column or attribute.

***substitutable_column_clause***   The *substitutable_column_clause* indicates whether object columns or attributes in the same hierarchy are substitutable for each other. You can specify that a column is of a particular type, or whether it can contain instances of its subtypes, or both.

- If you specify ELEMENT, you constrain the element type of a collection column or attribute to a subtype of its declared type.
- The IS OF [TYPE] (ONLY *type*) clause constrains the type of the object column to a subtype of its declared type.
- NOT SUBSTITUTABLE AT ALL LEVELS indicates that the object column cannot hold instances corresponding to any of its subtypes. Also, substitution is

Databricks_R2_PA_00003436

disabled for any embedded object attributes and elements of embedded nested tables and varrays. The default is SUBSTITUTABLE AT ALL LEVELS.

**Restrictions on the *substitutable_column_clause***
- You cannot specify this clause for an attribute of an object column. However, you can specify this clause for a object type column of a relational table and for an object column of an object table if the substitutability of the object table itself has not been set.

- For a collection type column, the only part of this clause you can specify is [NOT] SUBSTITUTABLE AT ALL LEVELS.

***LOB_storage_clause***
The LOB_storage_clause lets you specify the storage attributes of LOB data segments.

For a nonpartitioned table, this clause specifies the storage attributes of LOB data segments of the table.

For a partitioned table, Oracle Database implements this clause depending on where it is specified:

- For a partitioned table specified at the table level—that is, when specified in the physical_properties clause along with one of the partitioning clauses—this clause specifies the default storage attributes for LOB data segments associated with each partition or subpartition. These storage attributes apply to all partitions or subpartitions unless overridden by a LOB_storage_clause at the partition or subpartition level.

- For an individual partition of a partitioned table—that is, when specified as part of a table_partition_description—this clause specifies the storage attributes of the data segments of the partition or the default storage attributes of any subpartitions of the partition. A partition-level LOB_storage_clause overrides a table-level LOB_storage_clause.

- For an individual subpartition of a partitioned table—that is, when specified as part of subpartition_by_hash or subpartition_by_list—this clause specifies the storage attributes of the data segments of the subpartition. A subpartition-level LOB_storage_clause overrides both partition-level and table-level LOB_storage_clauses.

Cloudera Exhibit 1020 - Page 1301 of 1808

Databricks_R2_PA_00003437

**See Also:**

- *Oracle Database Application Developer's Guide - Large Objects* for detailed information about LOBs, including guidelines for creating gigabyte LOBs

- "LOB Column Example" on page 16-70

### LOB_item

Specify the LOB column name or LOB object attribute for which you are explicitly defining tablespace and storage characteristics that are different from those of the table. Oracle Database automatically creates a system-managed index for each *LOB_ item* you create.

### LOB_segname

Specify the name of the LOB data segment. You cannot use *LOB_segname* if you specify more than one *LOB_item*.

### LOB_parameters

The *LOB_parameters* clause lets you specify various elements of LOB storage.

**ENABLE STORAGE IN ROW**    If you enable storage in row, then the LOB value is stored in the row (inline) if its length is less than approximately 4000 bytes minus system control information. This is the default.

**Restriction on Enabling Storage in Row**    For an index-organized table, you cannot specify this parameter unless you have specified an `OVERFLOW` segment in the *index_org_table_clause*.

**DISABLE STORAGE IN ROW**    If you disable storage in row, then the LOB value is stored outside of the row out of line regardless of the length of the LOB value.

The LOB locator is always stored inline regardless of where the LOB value is stored. You cannot change the value of `STORAGE IN ROW` once it is set except by moving the table. See the *move_table_clause* on page 12-89 in the `ALTER TABLE` documentation for more information.

**CHUNK *integer***    Specify the number of bytes to be allocated for LOB manipulation. If *integer* is not a multiple of the database block size, then the database rounds up in bytes to the next multiple. For example, if the database block size is 2048 and *integer* is 2050, then the database allocates 4096 bytes (2 blocks).

Cloudera Exhibit 1020 - Page 1302 of 1808

Databricks_R2_PA_00003438

The maximum value is 32768 (32K), which is the largest Oracle Database block size allowed. The default CHUNK size is one Oracle Database block.

The value of CHUNK must be less than or equal to the value of NEXT, either the default value or that specified in the *storage_clause*. If CHUNK exceeds the value of NEXT, then the database returns an error. You cannot change the value of CHUNK once it is set.

**PCTVERSION *integer***   Specify the maximum percentage of overall LOB storage space used for maintaining old versions of the LOB. The default value is 10, meaning that older versions of the LOB data are not overwritten until they consume 10% of the overall LOB storage space.

You can specify the PCTVERSION parameter whether the database is running in manual or automatic undo mode. PCTVERSION is the default in manual undo mode. RETENTION is the default in automatic undo mode. You cannot specify both PCTVERSION and RETENTION.

**RETENTION**   Use this clause to indicate that Oracle Database should retain old versions of this LOB column. Oracle Database uses the value of the UNDO_RETENTION initialization parameter to determine the amount of committed undo data to retain in the database.

You can specify the RETENTION parameter only if the database is running in automatic undo mode. In this mode, RETENTION is the default value unless you specify PCTVERSION. You cannot specify both PCTVERSION and RETENTION.

> **See Also:**   "Creating an Undo Tablespace: Example" on page 16-97

**FREEPOOLS *integer***   Specify the number of groups of free lists for the LOB segment. Normally *integer* will be the number of instances in a Real Application Clusters environment or 1 for a single-instance database.

You can specify this parameter only if the database is running in automatic undo mode. In this mode, FREEPOOLS is the default unless you specify the FREELIST GROUPS parameter of the *storage_clause*. If you specify neither FREEPOOLS nor FREELIST GROUPS, then the database uses a default of FREEPOOLS 1 if the database is in automatic undo management mode and a default of FREELIST GROUPS 1 if the database is in manual undo management mode.

**Restriction on FREEPOOLS**   You cannot specify both FREEPOOLS and the FREELIST GROUPS parameter of the *storage_clause*.

Cloudera Exhibit 1020 - Page 1303 of 1808

Databricks_R2_PA_00003439

### *varray_col_properties*

The *varray_col_properties* let you specify separate storage characteristics for the LOB in which a varray will be stored. If *varray_item* is a multilevel collection, then the database stores all collection items nested within *varray_item* in the same LOB in which *varray_item* is stored.

- For a nonpartitioned table—that is, when specified in the *physical_properties* clause without any of the partitioning clauses—this clause specifies the storage attributes of the LOB data segments of the varray.

- For a partitioned table specified at the table level—that is, when specified in the *physical_properties* clause along with one of the partitioning clauses—this clause specifies the default storage attributes for the varray LOB data segments associated with each partition (or its subpartitions, if any).

- For an individual partition of a partitioned table—that is, when specified as part of a *table_partition_description*—this clause specifies the storage attributes of the varray LOB data segments of that partition or the default storage attributes of the varray LOB data segments of any subpartitions of this partition. A partition-level *varray_col_properties* overrides a table-level *varray_col_properties*.

- For an individual subpartition of a partitioned table—that is, when specified as part of *subpartition_by_hash* or *subpartition_by_list*—this clause specifies the storage attributes of the varray data segments of this subpartition. A subpartition-level *varray_col_properties* overrides both partition-level and table-level *varray_col_properties*.

**STORE AS LOB Clause**   If you specify STORE AS LOB:

- If the maximum varray size is less than 4000 bytes, then the database stores the varray as an inline LOB unless you have disabled storage in row.

- If the maximum varray size is greater than 4000 bytes or if you have disabled storage in row, then the database stores in the varray as an out-of-line LOB.

If you do not specify STORE AS LOB, then storage is based on the maximum possible size of the varray rather than on the actual size of a varray column. The maximum size of the varray is the number of elements times the element size, plus a small amount for system control information. If you omit this clause:

- If the maximum size of the varray is less than 4000 bytes, then the database does not store the varray as a LOB, but as inline data.

- If the maximum size is greater than 4000 bytes, then the database always stores the varray as a LOB.

Cloudera Exhibit 1020 - Page 1304 of 1808

Databricks_R2_PA_00003440

– If the actual size is less than 4000 bytes, it is stored as an inline LOB

– If the actual size is greater than 4000 bytes, it is stored as an out-of-line LOB, as is true for other LOB columns.

**Restriction on Storing Varrays as LOBs**   You cannot specify the TABLESPACE parameter of *LOB_parameters* as part of this clause. The LOB tablespace for a varray defaults to the tablespace of the containing table or table partition.

***substitutable_column_clause***   The *substitutable_column_clause* has the same behavior as described for *object_type_col_properties* on page 16-40.

> **See Also:**   "Substitutable Table and Column Examples" on page 16-68

### nested_table_col_properties

The *nested_table_col_properties* let you specify separate storage characteristics for a nested table, which in turn enables you to define the nested table as an index-organized table. Unless you explicitly specify otherwise in this clause:

■ For a nonpartitioned table, the storage table is created in the same schema and the same tablespace as the parent table.

■ For a partitioned table, the storage table is created in the default tablespace of the schema.

■ In either case, the storage table uses default storage characteristics, and stores the nested table values of the column for which it was created.

You must include this clause when creating a table with columns or column attributes whose type is a nested table. Clauses within *nested_table_col_properties* that function the same way they function for the parent table are not repeated here.

***nested_item***   Specify the name of a column, or of a top-level attribute of the object type of the tables, whose type is a nested table.

**COLUMN_VALUE**   If the nested table is a multilevel collection, then the inner nested table or varray may not have a name. In this case, specify COLUMN_VALUE in place of the *nested_item* name.

> **See Also:**   "Multi-level Collection Example" on page 16-69 for examples using *nested_item* and COLUMN_VALUE

Cloudera Exhibit 1020 - Page 1305 of 1808

Databricks_R2_PA_00003441

***storage_table***   Specify the name of the table where the rows of `nested_item` reside.

You cannot query or perform DML statements on `storage_table` directly, but you can modify its storage characteristics by specifying its name in an `ALTER TABLE` statement.

**Restriction on the Storage Table**   You cannot partition the storage table of a nested table.

> **See Also:**   ALTER TABLE on page 12-2 for information about modifying nested table column storage characteristics

**RETURN AS**   Specify what Oracle Database returns as the result of a query.

- `VALUE` returns a copy of the nested table itself.

- `LOCATOR` returns a collection locator to the copy of the nested table.

  The locator is scoped to the session and cannot be used across sessions. Unlike a LOB locator, the collection locator cannot be used to modify the collection instance.

If you do not specify the `segment_attributes_clause` or the `LOB_storage_clause`, then the nested table is heap organized and is created with default storage characteristics.

**Restrictions on Nested Table Column Properties**
- You cannot specify this clause for a temporary table.

- You cannot specify the `oid_clause`.

- At create time, you cannot use `object_properties` to specify an `out_of_line_ref_constraint`, `inline_ref_constraint`, or foreign key constraint for the attributes of a nested table. However, you can modify a nested table to add such constraints using `ALTER TABLE`.

  > **See Also:**
  >
  > - ALTER TABLE on page 12-2 for information about modifying nested table column storage characteristics
  >
  > - "Nested Table Example" on page 16-69 and "Multi-level Collection Example" on page 16-69

### XMLType_column_properties

The `XMLType_column_properties` let you specify storage attributes for an `XMLTYPE` column.

**XMLType_storage**    `XMLType` columns can be stored either in LOB or object-relational columns.

- Specify `STORE AS OBJECT RELATIONAL` if you want the database to store the `XMLType` data in object-relational columns. Storing data object relationally lets you define indexes on the relational columns and enhances query performance.

  If you specify object-relational storage, then you must also specify the `XMLSchema_spec` clause.

- Specify `STORE AS CLOB` if you want the database to store the `XMLType` data in a `CLOB` column. Storing data in a `CLOB` column preserves the original content and enhances retrieval time.

  If you specify LOB storage, then you can specify either LOB parameters or the `XMLSchema_spec` clause, but not both. Specify the `XMLSchema_spec` clause if you want to restrict the table or column to particular schema-based XML instances.

**XMLSchema_spec**    This clause lets you specify the URL of a registered XMLSchema, either in the `XMLSCHEMA` clause or as part of the `ELEMENT` clause, and an XML element name. You must specify an element, although the XMLSchema URL is optional. If you do specify an XMLSchema URL, then you must already have registered the XMLSchema using the `DBMS_XMLSCHEMA` package.

> **See Also:**
>
> - *LOB_storage_clause* on page 12-47 for information on the `LOB_segname` and `LOB_parameters` clauses
> - "XMLType Column Examples" on page 16-73 for examples of `XMLType` columns in object-relational tables and "Using XML in SQL Statements" on page E-11 for an example of creating an XMLSchema
> - *Oracle XML DB Developer's Guide* for more information on `XMLType` columns and tables and on creating XMLSchemas
> - *PL/SQL Packages and Types Reference* for information on the `DBMS_XMLSCHEMA` package

Cloudera Exhibit 1020 - Page 1307 of 1808

Databricks_R2_PA_00003443

### table_partitioning_clauses

Use the `table_partitioning_clauses` to create a partitioned table.

**Restrictions on Partitioning in General**

- You cannot partition a table that is part of a cluster.

- You cannot partition a table containing any `LONG` or `LONG RAW` columns.

The storage of partitioned database entities in tablespaces of different block sizes is subject to several restrictions. Please refer to *Oracle Database Administrator's Guide* for a discussion of these restrictions.

> **See Also:** "Partitioning Examples" on page 16-73

#### range_partitioning

Use the `range_partitioning` clause to partition the table on ranges of values from the column list. For an index-organized table, the column list must be a subset of the primary key columns of the table.

#### column

Specify an ordered list of columns used to determine into which partition a row belongs. These columns are the **partitioning key**.

**Restriction on Partitioning Key Columns**   The columns in the column list can be of any built-in datatype except `ROWID`, `LONG`, `LOB`, or `TIMESTAMP WITH TIME ZONE`.

#### PARTITION *partition*

The name `partition` must conform to the rules for naming schema objects and their part as described in "Schema Object Naming Rules" on page 2-107. If you omit `partition`, then the database generates a name with the form SYS_P*n*.

- You can specify up to 64K-1 partitions and 64K-1 subpartitions. For a discussion of factors that might impose practical limits less than this number, please refer to *Oracle Database Administrator's Guide.*

- You can create a partitioned table with just one partition. However, this is different from a nonpartitioned table. For instance, you cannot add a partition to a nonpartitioned table.

#### range_values_clause

Specify the noninclusive upper bound for the current partition. The value list is an ordered list of literal values corresponding to the column list in the `range_`

Cloudera Exhibit 1020 - Page 1308 of 1808

Databricks_R2_PA_00003444

*partitioning* clause. You can substitute the keyword MAXVALUE for any literal in in the value list. MAXVALUE specifies a maximum value that will always sort higher than any other value, including null.

Specifying a value other than MAXVALUE for the highest partition bound imposes an implicit integrity constraint on the table.

---

**Note:** If *table* is partitioned on a DATE column, and if the date format does not specify the first two digits of the year, then you must use the TO_DATE function with the YYYY 4-character format mask for the year. The RRRR format mask is not supported in this clause. The date format is determined implicitly by NLS_TERRITORY or explicitly by NLS_DATE_FORMAT. Please refer to *Oracle Database Globalization Support Guide* for more information on these initialization parameters.

---

**See Also:**

- *Oracle Database Concepts* for more information about partition bounds

- "Range Partitioning Example" on page 16-73

### table_partition_description

Use the *table_partition_description* to define the physical and storage characteristics of the table.

The *segment_attributes_clause* and *table_compression* clause have the same function as described for the *table_properties* of the table as a whole.

The *key_compression* clause and OVERFLOW clause have the same function as described for the *index_org_table_clause*.

**LOB_storage_clause** The *LOB_storage_clause* lets you specify LOB storage characteristics for one or more LOB items in this partition or in any list subpartitions of this partition. If you do not specify the *LOB_storage_clause* for a LOB item, then the database generates a name for each LOB data partition. The system-generated names for LOB data and LOB index partitions take the form SYS_LOB_P*n* and SYS_IL_P*n*, respectively. The corresponding system-generated names for LOB data and index subpartitions are SYS_LOB_SUBP*n* and SYS_IL_SUBP*n*, respectively

Cloudera Exhibit 1020 - Page 1309 of 1808

Databricks_R2_PA_00003445

*varray_col_properties*   The `varray_col_properties` let you specify storage characteristics for one or more varray items in this partition or in any list subpartitions of this partition.

**Restriction on *table_partition_description***   The `partition_level_subpartition` clause is valid only for composite-partitioned tables. See *partition_level_subpartition* on page 16-55.

### hash_partitioning

Use the `hash_partitioning` clause to specify that the table is to be partitioned using the hash method.

Oracle Database assigns rows to partitions using a hash function on values found in columns designated as the partitioning key. You can specify individual hash partitions or you can specify how many subpartitions the database should create.

*column*   Specify an ordered list of columns used to determine into which partition a row belongs (the partitioning key).

*individual_hash_partitions*   Use this clause to specify individual partitions by name. If you omit the partition name, then the database assigns partition names of the form `SYS_Pn`.

**Restriction on Specifying Individual Hash Partitions**   The only clause you can specify in the `partitioning_storage_clause` is the `TABLESPACE` clause.

> **Note:**   If your enterprise has or will have databases using different character sets, use caution when partitioning on character columns. The sort sequence of characters is not identical in all character sets. Please refer to *Oracle Database Globalization Support Guide* for more information on character set support.

*hash_partitions_by_quantity*   Alternatively, you can specify the number of partitions. In this case, the database assigns partition names of the form `SYS_Pn`. The `STORE IN` clause specifies one or more tablespaces where the hash partitions are to be stored. The number of tablespaces does not have to equal the number of partitions. If the number of partitions is greater than the number of tablespaces, then the database cycles through the names of the tablespaces.

For both methods of hash partitioning, for optimal load balancing you should specify a number of partitions that is a power of 2. Also for both methods of hash

Cloudera Exhibit 1020 - Page 1310 of 1808

partitioning, the only attribute you can specify for hash partitions is `TABLESPACE`. Hash partitions inherit all other attributes from table-level defaults.

Tablespace storage specified at the table level is overridden by tablespace storage specified at the partition level, which in turn is overridden by tablespace storage specified at the subpartition level.

If you specify tablespace storage in both the `STORE IN` clause of the *hash_partitions_by_quantity* clause and the `TABLESPACE` clause of the *partitioning_storage_clause*, then the `STORE IN` clause determines placement of partitions as the table is being created. The `TABLESPACE` clause determines the default tablespace at the table level for subsequent operations.

> **See Also:** *Oracle Database Concepts* for more information on hash partitioning

**Restrictions on Hash Partitioning**
- You cannot specify more than 16 partitioning columns.
- The column list cannot contain the `ROWID` or `UROWID` pseudocolumns.
- The column list can be of any built-in datatype except `ROWID`, `LONG`, or LOB.

### *list_partitioning*

Use the *list_partitioning* clause to partition the table on lists of literal values from *column*. List partitioning is useful for controlling how individual rows map to specific partitions.

If you omit the partition name, then the database assigns partition names of the form `SYS_Pn`.

***list_values_clause*** The *list_values_clause* of each partition must have at least one value. No value, including `NULL`, can appear in more than one partition. List partitions are not ordered.

If you specify the literal `NULL` for a partition value in the `VALUES` clause, then to access data in that partition in subsequent queries, you must use an `IS NULL` condition in the `WHERE` clause, rather than a comparison condition.

The `DEFAULT` keyword creates a partition into which the database will insert any row that does not map to another partition. Therefore, you can specify `DEFAULT` for only one partition, and you cannot specify any other values for that partition. Further, the default partition must be the last partition you define. The use of `DEFAULT` is similar to the use of `MAXVALUE` for range partitions.

Cloudera Exhibit 1020 - Page 1311 of 1808

Databricks_R2_PA_00003447

The string comprising the list of values for each partition can be up to 4K bytes. The total number of values for all partitions cannot exceed 64K-1.

**Restrictions on List Partitioning**

- You cannot subpartition a list partition.

- You can specify only one partitioning key in `column_list`, and it cannot be a LOB column.

- If the partitioning key is an object type column, then you can partition on only one attribute of the column type.

- Each value in the `list_values_clause` must be unique among all partitions of `table`.

### composite_partitioning

Use the `composite_partitioning` clause to first partition `table` by range, and then partition the partitions further into hash or list subpartitions. This combination of range partitioning and hash or list subpartitioning is called **composite partitioning**.

After establishing the type of subpartitioning you want for each composite partition, using the *subpartition_by_hash* or *subpartition_by_list* clause, you must define each of the range partitions.

- You must specify the *range_values_clause*, which has the same requirements as for noncomposite range partitions.

- Use the *table_partition_description* to define the physical and storage characteristics of the each partition. Within the *table_partition_description*, you can use the *partition_level_subpartition* clause to define the properties of individual subpartitions.

- If you omit the partition name, then the database generates a name with the form SYS_P*n*.

- The only characteristic you can specify for a hash or list subpartition or a LOB subpartition is TABLESPACE.

**Restriction on Composite Partitioning**   You cannot specify composite partitioning for an index-organized table. Therefore, the OVERFLOW clause of the `table_partition_description` is not valid for composite-partitioned tables.

*subpartition_template*   The `subpartition_template` is an optional element of both range-hash and range-list composite partitioning. The template lets you define

Cloudera Exhibit 1020 - Page 1312 of 1808

Databricks_R2_PA_00003448

default subpartitions for each table partition. Oracle Database will create these default subpartitions in any partition for which you do not explicitly define subpartitions. This clause is useful for creating symmetric partitions. You can override this clause by explicitly defining subpartitions at the partition level, in the *partition_level_subpartition* clause.

When defining subpartitions with a template, you must specify a name for each subpartition.

---

**Note:** When you specify tablespace storage for the subpartition template, it does not override any tablespace storage you have specified explicitly for the partitions of *table*. To specify tablespace storage for subpartitions, do one of these things:

- Omit tablespace storage at the partition level and specify tablespace storage in the subpartition template.

- Define individual subpartitions with specific tablespace storage.

---

**Restrictions on Subpartition Templates**

- For a range-hash composite-partitioned table, you cannot specify the *list_ values_clause*.

- For a range-list composite-partitioned table, you cannot specify the *hash_ subpartition_quantity* clause.

- For both range-hash and range-list partitioned tables, the only clause of the *partitioning_storage_clause* you can specify for subpartitions is the TABLESPACE clause.

- If you specify TABLESPACE for one subpartition, then you must specify TABLESPACE for all subpartitions. You can specify the same tablespace for more than one subpartition.

- If you specify TABLESPACE for one LOB subpartition, then you must specify TABLESPACE for all of the LOB subpartitions of that LOB column. You can specify the same tablespace for more than one LOB subpartition.

- If you specify separate LOB storage for list subpartitions using the *partitioning_storage_clause*, either in the *subpartition_template* or when defining individual subpartitions, then you must specify *LOB_ segname* for both LOB and varray columns.

Databricks_R2_PA_00003449

### subpartition_by_hash

Use the `subpartition_by_hash` clause to indicate that the database should subpartition by hash each partition in `table`. The subpartitioning column list is unrelated to the partitioning key but is subject to the same restrictions (see *column* on page 16-48).

You can define the subpartitions using the `subpartition_template` or the `SUBPARTITIONS quantity` clause. See *subpartition_template* on page 16-52. In either case, for optimal load balancing you should specify a number of partitions that is a power of 2.

**SUBPARTITIONS *quantity***    Specify the default number of subpartitions in each partition of `table`, and optionally one or more tablespaces in which they are to be stored.

The default value is 1. If you omit both this clause and `subpartition_template`, then the database will create each partition with one hash subpartition unless you subsequently specify the `partition_level_subpartition` clause.

**Restriction on Hash Subpartitioning**    In addition to the restrictions for composite partitioning in general (see *composite_partitioning* on page 16-52), for hash subpartitioning in `subpartition_template`, you cannot specify the `list_values_clause`.

### subpartition_by_list

Use the `subpartition_by_list` clause to indicate that the database should subpartition each partition in `table` by literal values from `column`.

If you omit `subpartition_template`, then you can define list subpartitions individually for each partition using the `partition_level_subpartition` clause of `table_partition_description`. If you omit both `subpartition_template` and `partition_level_subpartition`, then the database creates a single `DEFAULT` subpartition.

**Restrictions on List Subpartitioning**

In addition to the restrictions for composite partitioning in general (see *composite_partitioning* on page 16-52), for list subpartitioning:

- You can specify only one subpartitioning key column.

- You must specify the *list_values_clause*, which is subject to the same requirements as at the table level.

Cloudera Exhibit 1020 - Page 1314 of 1808

Databricks_R2_PA_00003450

■ In the `subpartition_template`, you cannot specify the `hash_subpartition_quantity` clause.

### *partition_level_subpartition*

This clause of the `table_partition_description` is valid only for composite-partitioned tables. This clause lets you specify hash or list subpartitions for `partition`. This clause overrides the default settings established for range-hash composite partitions in the `subpartition_by_hash` clause or for range-hash or range-list composite partitions in the `subpartition_template`.

**Notes on Composite Partitions**

■ You can specify the number of subpartitions and optionally one or more tablespaces where they are to be stored. In this case, Oracle Database assigns subpartition names of the form `SYS_SUBPn`. The number of tablespaces does not have to equal the number of subpartitions. If the number of partitions is greater than the number of tablespaces, then the database cycles through the names of the tablespaces.

■ Alternatively, you can use the `subpartition_spec` to specify individual subpartitions by name, and optionally the tablespace where each should be stored.

■ If you omit `partition_level_subpartition` and if you have created a subpartition template, then the database uses the template to create subpartitions. If you have not created a subpartition template, then the database creates one hash subpartition or one `DEFAULT` list subpartition.

■ If you omit `partition_level_subpartition` entirely, then the database assigns subpartition names as follows:

  – If you have specified a subpartition template *and* you have specified partition names, then the database generates subpartition names of the form `partition_name` underscore (_) `subpartition_name` (for example, `P1_SUB1`).

  – If you have not specified a subpartition template *or* if you have specified a subpartition template but did not specify partition names, then the database generates subpartition names of the form `SYS_SUBPn`.

■ In `partition_spec`, the only clause of the `partitioning_storage_clause` you can specify is the `TABLESPACE` clause.

For range-hash composite partitions, the `list_values_clause` of `subpartition_spec` is not relevant and is invalid.

Cloudera Exhibit 1020 - Page 1315 of 1808

Databricks_R2_PA_00003451

CREATE TABLE

For range-list composite partitions:

- The *hash_subpartition_quantity* is not relevant, so you specify *subpartition_spec*.
- Within *subpartition_spec*, you must specify the *list_values_clause* for each subpartition, and the values you specify for each subpartition cannot exist in any other subpartition of the same partition.

**CACHE | NOCACHE | CACHE READS**
Use the CACHE clauses to indicate how Oracle Database should store blocks in the buffer cache. If you specify neither CACHE nor NOCACHE, then:

- In a CREATE TABLE statement, NOCACHE is the default
- In an ALTER TABLE statement, the existing value is not changed.

**CACHE**    For data that is accessed frequently, this clause indicates that the blocks retrieved for this table are placed at the most recently used end of the least recently used (LRU) list in the buffer cache when a full table scan is performed. This attribute is useful for small lookup tables.

As a parameter in the *LOB_storage_clause*, CACHE specifies that the database places LOB data values in the buffer cache for faster access.

**Restriction on CACHE**    You cannot specify CACHE for an index-organized table. However, index-organized tables implicitly provide CACHE behavior.

**NOCACHE**    For data that is not accessed frequently, this clause indicates that the blocks retrieved for this table are placed at the least recently used end of the LRU list in the buffer cache when a full table scan is performed. NOCACHE is the default for LOB storage.

As a parameter in the *LOB_storage_clause*, NOCACHE specifies that the LOB value either is not brought into the buffer cache or is brought into the buffer cache and placed at the least recently used end of the LRU list. The latter is the default behavior.

**Restriction on NOCACHE**    You cannot specify NOCACHE for an index-organized table.

**CACHE READS**    CACHE READS applies only to LOB storage. It specifies that LOB values are brought into the buffer cache only during read operations but not during write operations.

Cloudera Exhibit 1020 - Page 1316 of 1808

Databricks_R2_PA_00003452

> **See Also:** *logging_clause* on page 8-47 for a description of the `logging_clause` when specified as part of `LOB_parameters`

### parallel_clause

The `parallel_clause` lets you parallelize creation of the table and set the default degree of parallelism for queries and the DML `INSERT`, `UPDATE`, `DELETE`, and `MERGE` after table creation.

---

**Note:** The syntax of the `parallel_clause` supersedes syntax appearing in earlier releases of Oracle. Superseded syntax is still supported for backward compatibility but may result in slightly different behavior from that documented.

---

**NOPARALLEL**    Specify `NOPARALLEL` for serial execution. This is the default.

**PARALLEL**    Specify `PARALLEL` if you want Oracle to select a degree of parallelism equal to the number of CPUs available on all participating instances times the value of the `PARALLEL_THREADS_PER_CPU` initialization parameter.

**PARALLEL *integer***    Specification of `integer` indicates the **degree of parallelism**, which is the number of parallel threads used in the parallel operation. Each parallel thread may use one or two parallel execution servers. Normally Oracle calculates the optimum degree of parallelism, so it is not necessary for you to specify `integer`.

### Notes on the *parallel_clause*

- Parallelism is disabled for DML operations on tables on which you have defined a trigger or referential integrity constraint.
- If you define a bitmap index on table, then:
  - If `table` is nonpartitioned, then subsequent DML operations are executed serially.
  - If `table` is partitioned, then the database limits the degree of parallelism to the number of partitions accessed in the DML operation.
- If `table` contains any columns of LOB or user-defined object type, then subsequent `INSERT`, `UPDATE`, `DELETE` or `MERGE` operations that modify the LOB or object type column are executed serially without notification. Subsequent queries, however, will be executed in parallel.

Cloudera Exhibit 1020 - Page 1317 of 1808

Databricks_R2_PA_00003453

CREATE TABLE

- A parallel hint overrides the effect of the `parallel_clause`.

- DML statements and `CREATE TABLE ... AS SELECT` statements that reference remote objects can run in parallel. However, the remote object must really be on a remote database. The reference cannot loop back to an object on the local database, for example, by way of a synonym on the remote database pointing back to an object on the local database.

- DML operations on tables with LOB columns can be parallelized. However, intrapartition parallelism is not supported.

> **See Also:** *Oracle Database Performance Tuning Guide*, *Oracle Database Concepts*, and *Oracle Data Warehousing Guide* for more information on parallelized operations, and "PARALLEL Example" on page 16-68

### NOROWDEPENDENCIES | ROWDEPENDENCIES

This clause lets you specify whether `table` will use **row-level dependency tracking**. With this feature, each row in the table has a system change number (SCN) that represents a time greater than or equal to the commit time of the last transaction that modified the row. You cannot change this setting after `table` is created.

**ROWDEPENDENCIES**   Specify `ROWDEPENDENCIES` if you want to enable row-level dependency tracking. This setting is useful primarily to allow for parallel propagation in replication environments. It increases the size of each row by 6 bytes.

**NOROWDEPENDENCIES**   Specify `NOROWDEPENDENCIES` if you do not want `table` to use the row-level dependency tracking feature. This is the default.

> **See Also:** *Oracle Database Advanced Replication* for information about the use of row-level dependency tracking in replication environments

### MONITORING | NOMONITORING

In earlier releases, you could use these clauses to start or stop the collection of modification statistics on this table. These clauses have been deprecated.

- If you formerly collected modification statistics on tables by using the `DBMS_STATS` package in `GATHER AUTO` or `GATHER STALE` mode, then you no longer have to do anything. Oracle Database now collects these statistics automatically,

*Cloudera Exhibit 1020 - Page 1318 of 1808*

Databricks_R2_PA_00003454

and the `MONITORING` and `NOMONITORING` keywords in existing code will not cause an error.

■  If, for performance reasons, you do not want to collect modification statistics on any tables, then you should set the `STATISTICS_LEVEL` initialization parameter to `BASIC`. Be aware, however, that doing so disables a number of manageability features.

> **See Also:**  *Oracle Database Reference* for information on the `STATISTICS_LEVEL` initialization parameter, including its affect on Oracle Database manageability features

### enable_disable_clause

The `enable_disable_clause` lets you specify whether Oracle Database should apply a constraint. By default, constraints are created in `ENABLE VALIDATE` state.

#### Restrictions on Enabling and Disabling Constraints

■  To enable or disable any integrity constraint, you must have defined the constraint in this or a previous statement.

■  You cannot enable a foreign key constraint unless the referenced unique or primary key constraint is already enabled.

> **See Also:**  *constraint* on page 8-5 for more information on constraints, "ENABLE VALIDATE Example" on page 16-68, and "DISABLE Example" on page 16-69

**ENABLE Clause**   Use this clause if you want the constraint to be applied to the data in the table. This clause is described fully in "ENABLE Clause" on page 8-20 in the documentation on constraints.

**DISABLE Clause**   Use this clause if you want to disable the integrity constraint. This clause is described fully in "DISABLE Clause" on page 8-21 in the documentation on constraints.

**UNIQUE**   The `UNIQUE` clause lets you enable or disable the unique constraint defined on the specified column or combination of columns.

**PRIMARY KEY**   The `PRIMARY KEY` clause lets you enable or disable the primary key constraint defined on the table.

Cloudera Exhibit 1020 - Page 1319 of 1808

Databricks_R2_PA_00003455

CREATE TABLE

**CONSTRAINT**    The CONSTRAINT clause lets you enable or disable the integrity constraint named *constraint*.

**KEEP | DROP INDEX**    This clause lets you either preserve or drop the index Oracle Database has been using to enforce a unique or primary key constraint.

**Restriction on Preserving and Dropping Indexes**    You can specify this clause only when disabling a unique or primary key constraint.

*using_index_clause*    The *using_index_clause* lets you specify an index for Oracle Database to use to enforce a unique or primary key constraint, or lets you instruct the database to create the index used to enforce the constraint. This clause is discussed fully in *using_index_clause* on page 8-22 in the documentation on constraints.

> **See Also:**
>
> - CREATE INDEX on page 14-75 for a description of *index_attributes*, the *global_partitioned_index* and *local_partitioned_index* clauses, NOSORT and the *logging_clause* in relation to indexes
>
> - *constraint* on page 8-5 for information on the *using_index_clause* and on PRIMARY KEY and UNIQUE constraints
>
> - "Explicit Index Control Example" on page 8-33 for an example of using an index to enforce a constraint

**CASCADE**    Specify CASCADE to disable any integrity constraints that depend on the specified integrity constraint. To disable a primary or unique key that is part of a referential integrity constraint, you must specify this clause.

**Restriction on CASCADE**    You can specify CASCADE only if you have specified DISABLE.

**row_movement_clause**

The *row_movement_clause* lets you specify whether the database can move a table row. It is possible for a row to move, for example, during table compression or an update operation on partitioned data.

Cloudera Exhibit 1020 - Page 1320 of 1808

Databricks_R2_PA_00003456

> **Caution:**  If you need static rowids for data access, do not enable
> row movement. For a normal (heap-organized) table, moving a row
> changes the rowid of the row. For a moved row in an
> index-organized table, the logical rowid remains valid, although
> the physical guess component of the logical rowid becomes
> inaccurate.

- Specify `ENABLE` to allow the database to move a row, thus changing the rowid.

- Specify `DISABLE` if you want to prevent the database from moving a row, thus preventing a change of rowid.

If you omit this clause, then the database disables row movement.

**Restriction on Row Movement**   You cannot specify this clause for a nonpartitioned index-organized table.

### AS *subquery*

Specify a subquery to determine the contents of the table. The rows returned by the subquery are inserted into the table upon its creation.

For object tables, *subquery* can contain either one expression corresponding to the table type, or the number of top-level attributes of the table type. Please refer to SELECT on page 19-4 for more information.

If *subquery* returns the equivalent of part or all of an existing materialized view, then the database may rewrite the query to use the materialized view in place of one or more tables specified in *subquery*.

> **See Also:**  *Oracle Data Warehousing Guide* for more information on
> materialized views and query rewrite

Oracle Database derives datatypes and lengths from the subquery. Oracle Database follows the following rules for integrity constraints and other column and table attributes:

- Oracle Database automatically defines on columns in the new table any `NOT NULL` constraints that were explicitly created on the corresponding columns of the selected table if the subquery selects the column rather than an expression containing the column. If any rows violate the constraint, then the database does not create the table and returns an error.

Cloudera Exhibit 1020 - Page 1321 of 1808

Databricks_R2_PA_00003457

- NOT NULL constraints that were implicitly created by Oracle Database on columns of the selected table (for example, for primary keys) are not carried over to the new table.

- In addition, primary keys, unique keys, foreign keys, check constraints, partitioning criteria, indexes, and column default values are not carried over to the new table.

- If the selected table is partitioned, you can choose whether the new table will be partitioned the same way, partitioned differently, or not partitioned. Partitioning is not carried over to the new table. Specify any desired partitioning as part of the CREATE TABLE statement before the AS *subquery* clause.

If all expressions in *subquery* are columns, rather than expressions, then you can omit the columns from the table definition entirely. In this case, the names of the columns of table are the same as the columns in *subquery*.

You can use *subquery* in combination with the TO_LOB function to convert the values in a LONG column in another table to LOB values in a column of the table you are creating.

> **See Also:**
>
> - *Oracle Database Upgrade Guide* for a discussion of why and when to copy LONGs to LOBs
>
> - "Conversion Functions" on page 7-6 for a description of how to use the TO_LOB function
>
> - SELECT on page 19-4 for more information on the *order_by_clause*

**parallel_clause**    If you specify the *parallel_clause* in this statement, then the database will ignore any value you specify for the INITIAL storage parameter and will instead use the value of the NEXT parameter.

> **See Also:**  *storage_clause* on page 8-57 for information on these parameters

**ORDER BY**    The ORDER BY clause lets you order rows returned by the subquery.

When specified with CREATE TABLE, this clause does not necessarily order data cross the entire table. For example, it does not order across partitions. Specify this clause if you intend to create an index on the same key as the ORDER BY key

Databricks_R2_PA_00003458

column. Oracle Database will cluster data on the `ORDER BY` key so that it corresponds to the index key.

**Restrictions on the Defining Query of a Table**

■  The number of columns in the table must equal the number of expressions in the subquery.

■  The column definitions can specify only column names, default values, and integrity constraints, not datatypes.

■  You cannot define a foreign key constraint in a `CREATE TABLE` statement that contains `AS` *subquery*. Instead, you must create the table without the constraint and then add it later with an `ALTER TABLE` statement.

### *object_table*

The `OF` clause lets you explicitly create an **object table** of type *object_type*. The columns of an object table correspond to the top-level attributes of type *object_type*. Each row will contain an object instance, and each instance will be assigned a unique, system-generated object identifier (OID) when a row is inserted. If you omit *schema*, then the database creates the object table in your own schema.

Object tables, as well as `XMLType` tables, object views, and `XMLType` views, do not have any column names specified for them. Therefore, Oracle defines a system-generated pseudocolumn `OBJECT_ID`. You can use this column name in queries and to create object views with the `WITH OBJECT IDENTIFIER` clause.

> **See Also:**  "Object Column and Table Examples" on page 16-78

#### *object_table_substitution*

Use the *object_table_substitution* clause to specify whether row objects corresponding to subtypes can be inserted into this object table.

**NOT SUBSTITUTABLE AT ALL LEVELS**   `NOT SUBSTITUTABLE AT ALL LEVELS` indicates that the object table being created is not substitutable. In addition, substitution is disabled for all embedded object attributes and elements of embedded nested tables and arrays. The default is `SUBSTITUTABLE AT ALL LEVELS`.

Databricks_R2_PA_00003459

**See Also:**

- CREATE TYPE on page 17-3 for more information about creating object types

- "User-Defined Types" on page 2-41, "User-Defined Functions" on page 7-287, "About SQL Expressions" on page 5-2, CREATE TYPE on page 17-3, and *Oracle Database Administrator's Guide* for more information about using REF types

### *object_properties*

The properties of object tables are essentially the same as those of relational tables. However, instead of specifying columns, you specify attributes of the object.

For *attribute*, specify the qualified column name of an item in an object.

### *oid_clause*

The *oid_clause* lets you specify whether the object identifier (OID) of the object table should be system generated or should be based on the primary key of the table. The default is SYSTEM GENERATED.

**Restrictions on the *oid_clause***

- You cannot specify OBJECT IDENTIFIER IS PRIMARY KEY unless you have already specified a PRIMARY KEY constraint for the table.

- You cannot specify this clause for a nested table.

> **Note:**  A primary key OID is locally unique but not necessarily globally unique. If you require a globally unique identifier, then you must ensure that the primary key is globally unique.

### *oid_index_clause*

This clause is relevant only if you have specified the *oid_clause* as SYSTEM GENERATED. It specifies an index, and optionally its storage characteristics, on the hidden object identifier column.

For *index*, specify the name of the index on the hidden system-generated object identifier column. If you omit *index*, then the database generates a name.

Databricks_R2_PA_00003460

### *physical_properties* and *table_properties*

The semantics of these clauses are documented in the corresponding sections under relational tables. See *physical_properties* on page 16-31 and *table_properties* on page 16-40.

## *XMLType_table*

Use the `XMLType_table` syntax to create a table of datatype `XMLType`. Most of the clauses used to create an `XMLType` table have the same semantics that exist for object tables. The clauses specific to `XMLType` tables are described in this section.

Object tables, as well as `XMLType` tables, object views, and `XMLType` views, do not have any column names specified for them. Therefore, Oracle defines a system-generated pseudocolumn `OBJECT_ID`. You can use this column name in queries and to create object views with the `WITH OBJECT IDENTIFIER` clause.

### *XMLType_storage*

This clause lets you determine how Oracle Database manages the storage of the underlying columns.

**OBJECT RELATIONAL**   Specify `OBJECT RELATIONAL` if you want the database to store the `XMLType` data in object relational columns. If you specify `OBJECT RELATIONAL`, then you must also specify an XMLSchema in the *XMLSchema_ storage_clause*, and you must already have registered the schema using the `DBMS_XMLSCHEMA` package. Oracle Database will create the table conforming to the registered schema.

**CLOB**   Specify `CLOB` if you want the database to store the XML data in a `CLOB` column. If you specify `CLOB`, then you may also specify either a LOB segment name, or the *LOB_parameters* clause, or both.

### *XMLSchema_spec*

This clause lets you specify the URL of a registered XMLSchema, either in the `XMLSCHEMA` clause or as part of the `ELEMENT` clause, and an XML element name. You must specify an element, although the XMLSchema URL is optional. If you do specify an XMLSchema URL, then you must already have registered the XMLSchema using the `DBMS_XMLSCHEMA` package.

Cloudera Exhibit 1020 - Page 1325 of 1808

Databricks_R2_PA_00003461

CREATE TABLE

**See Also:**

- *PL/SQL Packages and Types Reference* for information on the DBMS_XMLSCHEMA package

- *Oracle XML DB Developer's Guide* for information on creating and working with XML data

- "XMLType Table Examples" on page 16-72

## Examples

### General Examples
This statement shows how the employees table owned by the sample human resources (hr) schema was created. A hypothetical name is given to the table so that you can duplicate this example in your test database:

```
CREATE TABLE employees_demo
    ( employee_id    NUMBER(6)
    , first_name     VARCHAR2(20)
    , last_name      VARCHAR2(25)
         CONSTRAINT emp_last_name_nn NOT NULL
    , email          VARCHAR2(25)
         CONSTRAINT emp_email_nn      NOT NULL
    , phone_number   VARCHAR2(20)
    , hire_date      DATE  DEFAULT SYSDATE
         CONSTRAINT emp_hire_date_nn  NOT NULL
    , job_id         VARCHAR2(10)
      CONSTRAINT       emp_job_nn  NOT NULL
    , salary         NUMBER(8,2)
      CONSTRAINT       emp_salary_nn  NOT NULL
    , commission_pct NUMBER(2,2)
    , manager_id     NUMBER(6)
    , department_id  NUMBER(4)
    , dn             VARCHAR2(300)
    , CONSTRAINT      emp_salary_min
                      CHECK (salary > 0)
    , CONSTRAINT      emp_email_uk
                      UNIQUE (email)
    ) ;
```

This table contains twelve columns. The employee_id column is of datatype NUMBER. The hire_date column is of datatype DATE and has a default value of

Cloudera Exhibit 1020 - Page 1326 of 1808

Databricks_R2_PA_00003462

SYSDATE. The last_name column is of type VARCHAR2 and has a NOT NULL constraint, and so on.

**Storage Example**  To define the same employees_demo table in the example tablespace with a small storage capacity and limited allocation potential, issue the following statement:

```
CREATE TABLE employees_demo
    ( employee_id     NUMBER(6)
    , first_name      VARCHAR2(20)
    , last_name       VARCHAR2(25)
        CONSTRAINT emp_last_name_nn NOT NULL
    , email           VARCHAR2(25)
        CONSTRAINT emp_email_nn      NOT NULL
    , phone_number    VARCHAR2(20)
    , hire_date       DATE  DEFAULT SYSDATE
        CONSTRAINT emp_hire_date_nn  NOT NULL
    , job_id          VARCHAR2(10)
     CONSTRAINT     emp_job_nn  NOT NULL
    , salary          NUMBER(8,2)
      CONSTRAINT      emp_salary_nn  NOT NULL
    , commission_pct NUMBER(2,2)
    , manager_id      NUMBER(6)
    , department_id  NUMBER(4)
    , dn              VARCHAR2(300)
    , CONSTRAINT      emp_salary_min
                      CHECK (salary > 0)
    , CONSTRAINT      emp_email_uk
                      UNIQUE (email)
    )
  TABLESPACE example
  STORAGE (INITIAL     6144
           NEXT        6144
           MINEXTENTS    1
           MAXEXTENTS    5 );
```

**Temporary Table Example**  The following statement creates a temporary table today_sales for use by sales representatives in the sample database. Each sales representative session can store its own sales data for the day in the table. The temporary data is deleted at the end of the session.

```
CREATE GLOBAL TEMPORARY TABLE today_sales
  ON COMMIT PRESERVE ROWS
  AS SELECT * FROM orders WHERE order_date = SYSDATE;
```

Cloudera Exhibit 1020 - Page 1327 of 1808

Databricks_R2_PA_00003463

CREATE TABLE

**Substitutable Table and Column Examples**    The following statement creates a substitutable table from the `person_t` type, which was created in "Type Hierarchy Example" on page 17-22:

```
CREATE TABLE persons OF person_t;
```

The following statement creates a table with a substitutable column of type `person_t`:

```
CREATE TABLE books (title VARCHAR2(100), author person_t);
```

When you insert into `persons` or `books`, you can specify values for the attributes of `person_t` or any of its subtypes. Examples of insert statements appear in "Inserting into a Substitutable Tables and Columns: Examples" on page 18-80.

You can extract data from such tables using built-in functions and conditions. For examples, see the functions TREAT on page 7-256 and SYS_TYPEID on page 7-224, and the "IS OF type" condition on page 6-20.

**PARALLEL Example**    The following statement creates a table using an optimum number of parallel execution servers to scan `employees` and to populate `dept_80`:

```
CREATE TABLE dept_80
   PARALLEL
   AS SELECT * FROM employees
   WHERE department_id = 80;
```

Using parallelism speeds up the creation of the table, because the database uses parallel execution servers to create the table. After the table is created, querying the table is also faster, because the same degree of parallelism is used to access the table.

**NOPARALLEL Example**    The following statement creates the same table serially. Subsequent DML and queries on the table will also be serially executed.

```
CREATE TABLE dept_80
   AS SELECT * FROM employees
   WHERE department_id = 80;
```

**ENABLE VALIDATE Example**    The following statement shows how the sample table `departments` was created. The example defines a NOT NULL constraint, and places it in ENABLE VALIDATE state. A hypothetical name is given to the table so that you can duplicate this example in your test database:

```
CREATE TABLE departments_demo
    ( department_id    NUMBER(4)
    , department_name  VARCHAR2(30)
```

Cloudera Exhibit 1020 - Page 1328 of 1808

Databricks_R2_PA_00003464

```
        CONSTRAINT  dept_name_nn  NOT NULL
, manager_id       NUMBER(6)
, location_id      NUMBER(4)
, dn               VARCHAR2(300)
) ;
```

**DISABLE Example**   The following statement creates the same departments_ demo table but also defines a disabled primary key constraint:

```
CREATE TABLE departments_demo
    ( department_id   NUMBER(4)   PRIMARY KEY DISABLE
    , department_name VARCHAR2(30)
        CONSTRAINT  dept_name_nn  NOT NULL
    , manager_id      NUMBER(6)
    , location_id     NUMBER(4)
    , dn              VARCHAR2(300)
    ) ;
```

**Nested Table Example**   The following statement shows how the sample table pm.print_media was created with a nested table column ad_textdocs_ntab:

```
CREATE TABLE print_media
    ( product_id       NUMBER(6)
    , ad_id            NUMBER(6)
    , ad_composite     BLOB
    , ad_sourcetext    CLOB
    , ad_finaltext     CLOB
    , ad_fltextn       NCLOB
    , ad_textdocs_ntab textdoc_tab
    , ad_photo         BLOB
    , ad_graphic       BFILE
    , ad_header        adheader_typ
    ) NESTED TABLE ad_textdocs_ntab STORE AS textdocs_nestedtab;
```

**Multi-level Collection Example**   The following example shows how an account manager might create a table of customers using two levels of nested tables:

```
CREATE TYPE phone AS OBJECT (telephone NUMBER);
/
CREATE TYPE phone_list AS TABLE OF phone;
/
CREATE TYPE my_customer AS OBJECT (
   cust_name VARCHAR2(25),
   phones phone_list);
/
```

Cloudera Exhibit 1020 - Page 1329 of 1808

Databricks_R2_PA_00003465

```
CREATE TYPE customer_list AS TABLE OF my_customer;
/
CREATE TABLE business_contacts (
   company_name VARCHAR2(25),
   company_reps customer_list)
   NESTED TABLE company_reps STORE AS outer_ntab
   (NESTED TABLE phones STORE AS inner_ntab);
```

The following variation of this example shows how to use the COLUMN_VALUE keyword if the inner nested table has no column or attribute name:

```
CREATE TYPE phone AS TABLE OF NUMBER;
/
CREATE TYPE phone_list AS TABLE OF phone;
/
CREATE TABLE my_customers (
   name VARCHAR2(25),
   phone_numbers phone_list)
   NESTED TABLE phone_numbers STORE AS outer_ntab
   (NESTED TABLE COLUMN_VALUE STORE AS inner_ntab);
```

**LOB Column Example** The following statement is a variation of the statement that created the pm.print_media table with some added LOB storage characteristics:

```
CREATE TABLE print_media_new
    ( product_id        NUMBER(6)
    , ad_id             NUMBER(6)
    , ad_composite      BLOB
    , ad_sourcetext     CLOB
    , ad_finaltext      CLOB
    , ad_fltextn        NCLOB
    , ad_textdocs_ntab  textdoc_tab
    , ad_photo          BLOB
    , ad_graphic        BFILE
    , ad_header         adheader_typ
    , press_release     LONG
    ) NESTED TABLE ad_textdocs_ntab STORE AS textdocs_nestedtab_new
    LOB (ad_sourcetext, ad_finaltext) STORE AS
      (TABLESPACE example
       STORAGE (INITIAL 6144 NEXT 6144)
       CHUNK 4000
       NOCACHE LOGGING);
```

In the example, the database rounds the value of CHUNK up to 4096 (the nearest multiple of the block size of 2048).

Cloudera Exhibit 1020 - Page 1330 of 1808

Databricks_R2_PA_00003466

**Index-Organized Table Example**    The following statement is a variation of the sample table `hr.countries`, which is index organized:

```
CREATE TABLE countries_demo
    ( country_id      CHAR(2)
      CONSTRAINT country_id_nn NOT NULL
    , country_name    VARCHAR2(40)
    , currency_name   VARCHAR2(25)
    , currency_symbol VARCHAR2(3)
    , region          VARCHAR2(15)
    , CONSTRAINT      country_c_id_pk
                      PRIMARY KEY (country_id ) )
   ORGANIZATION INDEX
   INCLUDING    country_name
   PCTTHRESHOLD 2
   STORAGE
    ( INITIAL  4K
      NEXT  2K
      PCTINCREASE 0
      MINEXTENTS 1
      MAXEXTENTS 1 )
  OVERFLOW
    STORAGE
     ( INITIAL  4K
        NEXT  2K
        PCTINCREASE 0
        MINEXTENTS 1
        MAXEXTENTS 1 );
```

**External Table Example**    The following statement creates an external table that represents a subset of the sample table `hr.departments`. The *opaque_format_spec* is shown in italics. Please refer to *Oracle Database Utilities* for information on the `ORACLE_LOADER` access driver and how to specify values for the *opaque_format_spec*.

```
CREATE TABLE dept_external (
   deptno     NUMBER(6),
   dname      VARCHAR2(20),
   loc        VARCHAR2(25)
)
ORGANIZATION EXTERNAL
(TYPE oracle_loader
 DEFAULT DIRECTORY admin
 ACCESS PARAMETERS
 (
```

Cloudera Exhibit 1020 - Page 1331 of 1808

Databricks_R2_PA_00003467

CREATE TABLE

```
 RECORDS DELIMITED BY newline
 BADFILE 'ulcase1.bad'
 DISCARDFILE 'ulcase1.dis'
 LOGFILE 'ulcase1.log'
 SKIP 20
 FIELDS TERMINATED BY ","  OPTIONALLY ENCLOSED BY '"'
 (
 deptno      INTEGER EXTERNAL(6),
 dname       CHAR(20),
 loc         CHAR(25)
 )
 )
 LOCATION ('ulcase1.ctl')
)
REJECT LIMIT UNLIMITED;
```

> **See Also:**  "Creating a Directory: Examples" on page 14-53 to see how the `admin` directory was created

### XMLType Examples

This section contains brief examples of creating an `XMLType` table or `XMLType` column. For a more expanded version of these examples, please refer to "Using XML in SQL Statements" on page E-11.

**XMLType Table Examples**   The following example creates a very simple `XMLType` table with one implicit `CLOB` column:

```
CREATE TABLE xwarehouses OF XMLTYPE;
```

Because Oracle Database implicitly stores the data in a `CLOB` column, it is subject to all of the restrictions on LOB columns. To avoid these restrictions, you can create an XMLSchema-based table, as shown in the following example. The XMLSchema must already have been created (see "Using XML in SQL Statements" on page E-11 for more information):

```
CREATE TABLE xwarehouses OF XMLTYPE
   XMLSCHEMA "http://www.oracle.com/xwarehouses.xsd"
   ELEMENT "Warehouse";
```

You can define constraints on an XMLSchema-based table, and you can also create indexes on XMLSchema-based tables, which greatly enhance subsequent queries. You can create object-relational views on `XMLType` tables, and you can create `XMLType` views on object-relational tables.

Cloudera Exhibit 1020 - Page 1332 of 1808

Databricks_R2_PA_00003468

**See Also:**

- "Using XML in SQL Statements" on page E-11 for an example of adding a constraint

- "Creating an Index on an XMLType Table: Example" on page 14-99 for an example of creating an index

- "Creating an XMLType View: Example" on page 17-53 for an example of creating an XMLType view

**XMLType Column Examples**    The following example creates a table with an XMLType column stored as a CLOB. This table does not require an XMLSchema, so the content structure is not predetermined:

```
CREATE TABLE xwarehouses (
   warehouse_id        NUMBER,
   warehouse_spec      XMLTYPE)
   XMLTYPE warehouse_spec STORE AS CLOB
   (TABLESPACE example
    STORAGE (INITIAL 6144 NEXT 6144)
    CHUNK 4000
    NOCACHE LOGGING);
```

The following example creates a similar table, but stores XMLType data in an object relational XMLType column whose structure is determined by the specified schema:

```
CREATE TABLE xwarehouses (
   warehouse_id      NUMBER,
   warehouse_spec XMLTYPE)
   XMLTYPE warehouse_spec STORE AS OBJECT RELATIONAL
      XMLSCHEMA "http://www.oracle.com/xwarehouses.xsd"
      ELEMENT "Warehouse";
```

**Partitioning Examples**

**Range Partitioning Example**    The sales table in the sample schema sh is partitioned by range. The following example shows an abbreviated variation of the sales table. Constraints and storage elements have been omitted from the example.

```
CREATE TABLE range_sales
     ( prod_id       NUMBER(6)
     , cust_id       NUMBER
     , time_id       DATE
```

Cloudera Exhibit 1020 - Page 1333 of 1808

Databricks_R2_PA_00003469

CREATE TABLE

```
    , channel_id      CHAR(1)
    , promo_id        NUMBER(6)
    , quantity_sold   NUMBER(3)
    , amount_sold       NUMBER(10,2)
    )
PARTITION BY RANGE (time_id)
  (PARTITION SALES_Q1_1998 VALUES LESS THAN (TO_DATE('01-APR-1998','DD-MON-YYYY')),
   PARTITION SALES_Q2_1998 VALUES LESS THAN (TO_DATE('01-JUL-1998','DD-MON-YYYY')),
   PARTITION SALES_Q3_1998 VALUES LESS THAN (TO_DATE('01-OCT-1998','DD-MON-YYYY')),
   PARTITION SALES_Q4_1998 VALUES LESS THAN (TO_DATE('01-JAN-1999','DD-MON-YYYY')),
   PARTITION SALES_Q1_1999 VALUES LESS THAN (TO_DATE('01-APR-1999','DD-MON-YYYY')),
   PARTITION SALES_Q2_1999 VALUES LESS THAN (TO_DATE('01-JUL-1999','DD-MON-YYYY')),
   PARTITION SALES_Q3_1999 VALUES LESS THAN (TO_DATE('01-OCT-1999','DD-MON-YYYY')),
   PARTITION SALES_Q4_1999 VALUES LESS THAN (TO_DATE('01-JAN-2000','DD-MON-YYYY')),
   PARTITION SALES_Q1_2000 VALUES LESS THAN (TO_DATE('01-APR-2000','DD-MON-YYYY')),
   PARTITION SALES_Q2_2000 VALUES LESS THAN (TO_DATE('01-JUL-2000','DD-MON-YYYY')),
   PARTITION SALES_Q3_2000 VALUES LESS THAN (TO_DATE('01-OCT-2000','DD-MON-YYYY')),
   PARTITION SALES_Q4_2000 VALUES LESS THAN (MAXVALUE))
;
```

For information about partitioned table maintenance operations, see *Oracle Database Administrator's Guide*.

**List Partitioning Example**   The following statement shows how the sample table oe.customers might have been created as a list-partitioned table. Some columns and all constraints of the sample table have been omitted in this example.

```
CREATE TABLE list_customers
   ( customer_id          NUMBER(6)
   , cust_first_name      VARCHAR2(20)
   , cust_last_name       VARCHAR2(20)
   , cust_address         CUST_ADDRESS_TYP
   , nls_territory        VARCHAR2(30)
   , cust_email           VARCHAR2(30))
   PARTITION BY LIST (nls_territory) (
   PARTITION asia VALUES ('CHINA', 'THAILAND'),
   PARTITION europe VALUES ('GERMANY', 'ITALY', 'SWITZERLAND'),
   PARTITION west VALUES ('AMERICA'),
   PARTITION east VALUES ('INDIA'),
   PARTITION rest VALUES (DEFAULT));
```

**Partitioned Table with LOB Columns Example**   This statement creates a partitioned table part_tab with two partitions p1 and p2, and three LOB columns, b, c, and d. The statement uses the sample table pm.print_media, but

Cloudera Exhibit 1020 - Page 1334 of 1808

Databricks_R2_PA_00003470

the LONG column press_release is omitted because LONG columns are not supported in partitioning.

```
CREATE TABLE print_media_demo
   ( product_id NUMBER(6)
   , ad_id NUMBER(6)
   , ad_composite BLOB
   , ad_sourcetext CLOB
   , ad_finaltext CLOB
   , ad_fltextn NCLOB
   , ad_textdocs_ntab textdoc_tab
   , ad_photo BLOB
   , ad_graphic BFILE
   , ad_header adheader_typ
   ) NESTED TABLE ad_textdocs_ntab STORE AS textdocs_nestedtab_demo
     LOB (ad_composite, ad_photo, ad_finaltext)
     STORE AS(STORAGE (NEXT 20M))
   PARTITION BY RANGE (product_id)
     (PARTITION p1 VALUES LESS THAN (3000) TABLESPACE tbs_1
        LOB (ad_composite, ad_photo)
        STORE AS (TABLESPACE tbs_2 STORAGE (INITIAL 10M)),
      PARTITION P2 VALUES LESS THAN (MAXVALUE)
        LOB (ad_composite, ad_finaltext)
        STORE AS (TABLESPACE tbs_3)
      )
   TABLESPACE tbs_4;
```

Partition p1 will be in tablespace tbs_1. The LOB data partitions for ad_composite and ad_finaltext will be in tablespace tbs_2. The LOB data partition for ad_photo will be in tablespace tbs_1. The storage attribute INITIAL is specified for LOB columns ad_composite and ad_finaltext. Other attributes will be inherited from the default table-level specification. The default LOB storage attributes not specified at the table level will be inherited from the tablespace tbs_2 for columns ad_composite and ad_finaltext and from tablespace tbs_1 for column ad_photo. LOB index partitions will be in the same tablespaces as the corresponding LOB data partitions. Other storage attributes will be based on values of the corresponding attributes of the LOB data partitions and default attributes of the tablespace where the index partitions reside.

Partition p2 will be in the default tablespace tbs_4. The LOB data for ad_composite and ad_photo will be in tablespace tbs_3. The LOB data for ad_finaltext will be in tablespace tbs_4. The LOB index for columns ad_composite and ad_photo will be in tablespace tbs_3. The LOB index for column ad_finaltext will be in tablespace tbs_4.

Cloudera Exhibit 1020 - Page 1335 of 1808

Databricks_R2_PA_00003471

**Hash Partitioning Example**    The sample table oe.product_information is not partitioned. However, you might want to partition such a large table by hash for performance reasons, as shown in this example. The tablespace names are hypothetical in this example.

```
CREATE TABLE hash_products
     ( product_id           NUMBER(6)
     , product_name         VARCHAR2(50)
     , product_description  VARCHAR2(2000)
     , category_id          NUMBER(2)
     , weight_class         NUMBER(1)
     , warranty_period      INTERVAL YEAR TO MONTH
     , supplier_id          NUMBER(6)
     , product_status       VARCHAR2(20)
     , list_price           NUMBER(8,2)
     , min_price            NUMBER(8,2)
     , catalog_url          VARCHAR2(50)
     , CONSTRAINT           product_status_lov
                            CHECK (product_status in ('orderable'
                                                     ,'planned'
                                                     ,'under development'
                                                     ,'obsolete')
     ) )
 PARTITION BY HASH (product_id)
 PARTITIONS 5
 STORE IN (tbs_1, tbs_2, tbs_3, tbs_4);
```

**Composite-Partitioned Table Examples**    The table created in the "Range Partitioning Example" on page 16-73 divides data by time of sale. If you plan to access recent data according to distribution channel as well as time, then composite partitioning might be more appropriate. The following example creates a copy of that range_sales table but specifies range-hash composite partitioning. The partitions with the most recent data are subpartitioned with both system-generated and user-defined subpartition names. Constraints and storage attributes have been omitted from the example.

```
CREATE TABLE composite_sales
     ( prod_id        NUMBER(6)
     , cust_id        NUMBER
     , time_id        DATE
     , channel_id     CHAR(1)
     , promo_id       NUMBER(6)
     , quantity_sold  NUMBER(3)
     , amount_sold        NUMBER(10,2)
     )
```

Cloudera Exhibit 1020 - Page 1336 of 1808

```
PARTITION BY RANGE (time_id)
SUBPARTITION BY HASH (channel_id)
   (PARTITION SALES_Q1_1998 VALUES LESS THAN (TO_DATE('01-APR-1998','DD-MON-YYYY')),
    PARTITION SALES_Q2_1998 VALUES LESS THAN (TO_DATE('01-JUL-1998','DD-MON-YYYY')),
    PARTITION SALES_Q3_1998 VALUES LESS THAN (TO_DATE('01-OCT-1998','DD-MON-YYYY')),
    PARTITION SALES_Q4_1998 VALUES LESS THAN (TO_DATE('01-JAN-1999','DD-MON-YYYY')),
    PARTITION SALES_Q1_1999 VALUES LESS THAN (TO_DATE('01-APR-1999','DD-MON-YYYY')),
    PARTITION SALES_Q2_1999 VALUES LESS THAN (TO_DATE('01-JUL-1999','DD-MON-YYYY')),
    PARTITION SALES_Q3_1999 VALUES LESS THAN (TO_DATE('01-OCT-1999','DD-MON-YYYY')),
    PARTITION SALES_Q4_1999 VALUES LESS THAN (TO_DATE('01-JAN-2000','DD-MON-YYYY')),
    PARTITION SALES_Q1_2000 VALUES LESS THAN (TO_DATE('01-APR-2000','DD-MON-YYYY')),
    PARTITION SALES_Q2_2000 VALUES LESS THAN (TO_DATE('01-JUL-2000','DD-MON-YYYY'))
       SUBPARTITIONS 8,
    PARTITION SALES_Q3_2000 VALUES LESS THAN (TO_DATE('01-OCT-2000','DD-MON-YYYY'))
      (SUBPARTITION ch_c,
       SUBPARTITION ch_i,
       SUBPARTITION ch_p,
       SUBPARTITION ch_s,
       SUBPARTITION ch_t),
    PARTITION SALES_Q4_2000 VALUES LESS THAN (MAXVALUE)
       SUBPARTITIONS 4)
;
```

The following examples creates a partitioned table of customers based on the sample table `oe.customers`. In this example, the table is partitioned on the `credit_limit` column and list subpartitioned on the `nls_territory` column. The subpartition template determines the subpartitioning of any subsequently added partitions, unless you override the template by defining individual subpartitions. This composite partitioning makes it possible to query the table based on a credit limit range within a specified region:

```
CREATE TABLE customers_part (
   customer_id        NUMBER(6),
   cust_first_name    VARCHAR2(20),
   cust_last_name     VARCHAR2(20),
   nls_territory      VARCHAR2(30),
   credit_limit       NUMBER(9,2))
   PARTITION BY RANGE (credit_limit)
   SUBPARTITION BY LIST (nls_territory)
      SUBPARTITION TEMPLATE
         (SUBPARTITION east   VALUES
             ('CHINA', 'JAPAN', 'INDIA', 'THAILAND'),
          SUBPARTITION west VALUES
             ('AMERICA', 'GERMANY', 'ITALY', 'SWITZERLAND'),
          SUBPARTITION other VALUES (DEFAULT))
       (PARTITION p1 VALUES LESS THAN (1000),
```

Cloudera Exhibit 1020 - Page 1337 of 1808

Databricks_R2_PA_00003473

CREATE TABLE

```
            PARTITION p2 VALUES LESS THAN (2500),
            PARTITION p3 VALUES LESS THAN (MAXVALUE));
```

**Object Column and Table Examples**

**Creating Object Tables: Examples**  Consider object type `department_typ`:

```
CREATE TYPE department_typ AS OBJECT
   ( d_name    VARCHAR2(100),
     d_address VARCHAR2(200) );
/
```

Object table `departments_obj_t` holds department objects of type `department_typ`:

```
CREATE TABLE departments_obj_t OF department_typ;
```

The following statement creates object table `salesreps` with a user-defined object type, `salesrep_typ`:

```
CREATE OR REPLACE TYPE salesrep_typ AS OBJECT
  ( repId NUMBER,
    repName VARCHAR2(64));

CREATE TABLE salesreps OF salesrep_typ;
```

**Creating a Table with a User-Defined OID: Example**  This example creates an object type and a corresponding object table whose OID is primary key based:

```
CREATE TYPE employees_typ AS OBJECT
   (e_no NUMBER, e_address CHAR(30));

CREATE TABLE employees_obj_t OF employees_typ (e_no PRIMARY KEY)
   OBJECT IDENTIFIER IS PRIMARY KEY;
```

You can subsequently reference the `employees_object_t` object table using either *inline_ref_constraint* or *out_of_line_ref_constraint* syntax

```
CREATE TABLE departments_t
   (d_no     NUMBER,
    mgr_ref REF employees_typ SCOPE IS employees_obj_t);

CREATE TABLE departments_t (
    d_no NUMBER,
    mgr_ref REF employees_typ
       CONSTRAINT mgr_in_emp REFERENCES employees_obj_t);
```

Cloudera Exhibit 1020 - Page 1338 of 1808

Databricks_R2_PA_00003474

**Specifying Constraints on Type Columns: Example**   The following example shows how to define constraints on attributes of an object type column:

```
CREATE TYPE address_t AS OBJECT
  ( hno    NUMBER,
    street VARCHAR2(40),
    city   VARCHAR2(20),
    zip    VARCHAR2(5),
    phone  VARCHAR2(10) );

CREATE TYPE person AS OBJECT
  ( name        VARCHAR2(40),
    dateofbirth DATE,
    homeaddress address,
    manager     REF person );

CREATE TABLE persons OF person
  ( homeaddress NOT NULL,
      UNIQUE (homeaddress.phone),
      CHECK (homeaddress.zip IS NOT NULL),
      CHECK (homeaddress.city <> 'San Francisco') );
```

Cloudera Exhibit 1020 - Page 1339 of 1808

Databricks_R2_PA_00003475

## CREATE TABLESPACE

### Purpose

Use the CREATE TABLESPACE statement to create a **tablespace**, which is an allocation of space in the database that can contain schema objects.

- A **permanent tablespace** contains persistent schema objects. Objects in permanent tablespaces are stored in **datafiles**.

- An **undo tablespace** is a type of permanent tablespace used by Oracle Database to manage undo data if you are running your database in automatic undo management mode. Oracle strongly recommends that you use automatic undo management mode rather than using rollback segments for undo.

- A **temporary tablespace** contains schema objects only for the duration of a session. Objects in temporary tablespaces are stored in **tempfiles**.

When you create a tablespace, it is initially a read/write tablespace. You can subsequently use the ALTER TABLESPACE statement to take the tablespace offline or online, add datafiles or tempfiles to it, or make it a read-only tablespace.

You can also drop a tablespace from the database with the DROP TABLESPACE statement.

> **See Also:**
>
> - *Oracle Database Concepts* for information on tablespaces
> - ALTER TABLESPACE on page 12-105 and DROP TABLESPACE on page 18-11 for information on modifying and dropping tablespaces

### Prerequisites

You must have the CREATE TABLESPACE system privilege. To create the SYSAUX tablespace, you must have the SYSDBA system privilege.

Before you can create a tablespace, you must create a database to contain it, and the database must be open.

> **See Also:** CREATE DATABASE on page 14-22

To use objects in a tablespace other than the SYSTEM tablespace:

Cloudera Exhibit 1020 - Page 1340 of 1808

Databricks_R2_PA_00003476

- If you are running the database in automatic undo management mode, then at least one UNDO tablespace must be online.

- If you are running the database in manual undo management mode, then at least one rollback segment other than the SYSTEM rollback segment must be online.

> **Note:** Oracle strongly recommends that you run your database in automatic undo management mode. For more information, please refer to *Oracle Database Administrator's Guide*.

## Syntax

**create_tablespace::=**



(*permanent_tablespace_clause* on page 16-85, *temporary_tablespace_clause* on page 16-94, *undo_tablespace_clause* on page 16-95)

Cloudera Exhibit 1020 - Page 1341 of 1808

Databricks_R2_PA_00003477

CREATE TABLESPACE

**permanent_tablespace_clause::=**



(*file_specification::=* on page 8-37, *logging_clause::=* on page 16-83, *table_compression::=* on page 16-83, *storage_clause::=* on page 8-60, *extent_management_clause::=* on page 16-83, *segment_management_clause::=* on page 16-83, *flashback_mode_clause::=* on page 16-84)

> **See Also:**  "PERMANENT | TEMPORARY Clauses" on page 16-90 for information on these keywords, which were part of the preceding syntax in earlier releases

Cloudera Exhibit 1020 - Page 1342 of 1808

Databricks_R2_PA_00003478

**logging_clause::=**



**table_compression::=**



(*storage_clause::=* on page 8-60)

**extent_management_clause::=**



**size_clause::=**



**segment_management_clause::=**



SQL Statements: CREATE SYNONYM to CREATE TRIGGER    **16-83**

CREATE TABLESPACE

**flashback_mode_clause::=**



**temporary_tablespace_clause::=**



(*file_specification::=* on page 8-37, *tablespace_group_clause* on page 16-94, *extent_management_clause::=*)

**tablespace_group_clause::=**



**undo_tablespace_clause::=**



(*file_specification::=* on page 8-37, *extent_management_clause::=* on page 16-83, *tablespace_retention_clause::=* on page 16-85)

Cloudera Exhibit 1020 - Page 1344 of 1808

Databricks_R2_PA_00003480

**tablespace_retention_clause::=**



## Semantics

### BIGFILE | SMALLFILE

Use this clause to determine whether the tablespace is a bigfile or smallfile tablespace. This clause overrides any default tablespace type setting for the database.

- A **bigfile tablespace** contains only one datafile or tempfile, which can contain up to $2^{32}$ or 4G blocks. The maximum size of the single datafile or tempfile is 128 terabytes (TB) for a tablespace with 32K blocks and 32TB for a tablespace with 8K blocks.

- A **smallfile tablespace** is a traditional Oracle tablespace, which can contain 1022 datafiles or tempfiles, each of which can contain up to $2^{22}$ or 4M blocks.

If you omit this clause, then Oracle Database uses the current default tablespace type of permanent or temporary tablespace set for the database. If you specify BIGFILE for a permanent tablespace, then the database by default creates a locally managed tablespace with automatic segment-space management.

#### Restrictions on Bigfile Tablespaces
- You can specify only one datafile in the DATAFILE clause or one tempfile in the TEMPFILE clause.

- You cannot specify EXTENT MANAGEMENT DICTIONARY.

    #### See Also:

    - *Oracle Database Administrator's Guide* for more information on using bigfile tablespaces
    - "Creating a Bigfile Tablespace: Example" on page 16-97

### permanent_tablespace_clause

Use the following clauses to create a permanent tablespace. (Some of these clauses are also used to create a temporary or undo tablespace.)

Cloudera Exhibit 1020 - Page 1345 of 1808

Databricks_R2_PA_00003481

***tablespace***

Specify the name of the tablespace to be created.

**Note on the SYSAUX Tablespace**   SYSAUX is a required auxiliary system tablespace. You must use the CREATE TABLESPACE statement to create the SYSAUX tablespace if you are upgrading from a release prior to Oracle Database 10*g*. You must have the SYSDBA system privilege to specify this clause, and you must have opened the database in MIGRATE mode.

You must specify EXTENT MANAGEMENT LOCAL and SEGMENT SPACE MANAGEMENT AUTO for the SYSAUX tablespace. The DATAFILE clause is optional only if you have enabled Oracle-managed files. See "DATAFILE | TEMPFILE Clause" on page 16-86 for the behavior of the DATAFILE clause.

Take care to allocate sufficient space for the SYSAUX tablespace. For guidelines on creating this tablespace, please refer to *Oracle Database Upgrade Guide*.

**Restrictions on the SYSAUX Tablespace**   You cannot specify OFFLINE or TEMPORARY for the SYSAUX tablespace.

**DATAFILE | TEMPFILE Clause**

Specify the datafiles to make up the permanent tablespace or the tempfiles to make up the temporary tablespace. Use the datafile_tempfile_spec form of *file_specification* to create regular datafiles and tempfiles in an operating system file system or to create Automatic Storage Management disk group files.

You must specify the DATAFILE or TEMPFILE clause unless you have enabled Oracle-managed files by setting a value for the DB_CREATE_FILE_DEST initialization parameter. For Automatic Storage Management diskgroup files, the parameter must be set to a multiple file creation form of Automatic Storage Management filenames. If this parameter is set, then the database creates a system-named 100 MB file in the default file destination specified in the parameter. The file has AUTOEXTEND enabled and an unlimited maximum size.

> **Note:**   Media recovery does not recognize tempfiles.

Cloudera Exhibit 1020 - Page 1346 of 1808

Databricks_R2_PA_00003482

**See Also:**

- *Oracle Database Administrator's Guide* for more information on using Automatic Storage Management

- *file_specification* on page 8-37 for a full description, including the AUTOEXTEND parameter and the multiple file creation form of Automatic Storage Management filenames

## Notes on Specifying Datafiles and Tempfiles

- For operating systems that support raw devices, the REUSE keyword of `datafile_tempfile_spec` has no meaning when specifying a raw device as a datafile. Such a CREATE TABLESPACE statement will succeed whether or not you specify REUSE.

- You can create a tablespace within an Automatic Storage Management disk group by providing only the disk group name in the `datafile_tempfile_spec`. In this case, Automatic Storage Management creates a datafile in the specified disk group with a system-generated filename. The datafile is auto-extensible with an unlimited maximum size and a default size of 100 MB. You can use the `autoextend_clause` to override the default size.

- If you use one of the reference forms of the `ASM_filename`, which refers to an existing file, then you must also specify REUSE.

> **Note:** On some operating systems, Oracle does not allocate space for a tempfile until the tempfile blocks are actually accessed. This delay in space allocation results in faster creation and resizing of tempfiles, but it requires that sufficient disk space is available when the tempfiles are later used. To avoid potential problems, before you create or resize a tempfile, ensure that the available disk space exceeds the size of the new tempfile or the increased size of a resized tempfile. The excess space should allow for anticipated increases in disk space use by unrelated operations as well. Then proceed with the creation or resizing operation.

Cloudera Exhibit 1020 - Page 1347 of 1808

Databricks_R2_PA_00003483

CREATE TABLESPACE

**See Also:**

■ *file_specification* on page 8-37 for a full description, including the AUTOEXTEND parameter

■ "Enabling Autoextend for a Tablespace: Example" on page 16-98 and "Creating Oracle-managed Files: Examples" on page 16-98

## MINIMUM EXTENT Clause

This clause is valid only for a dictionary-managed tablespace.Specify the minimum size of an extent in the tablespace. This clause lets you control free space fragmentation in the tablespace by ensuring that the size of every used or free extent in a tablespace is at least as large as, and is a multiple of, *integer*.

**See Also:** *Oracle Database Concepts* for more information about using MINIMUM EXTENT to control fragmentation

## BLOCKSIZE Clause

Use the BLOCKSIZE clause to specify a nonstandard block size for the tablespace. In order to specify this clause, the DB_CACHE_SIZE and at least one DB_$n$K_CACHE_SIZE parameter must be set, and the integer you specify in this clause must correspond with the setting of one DB_$n$K_CACHE_SIZE parameter setting.

**Restriction on BLOCKSIZE**    You cannot specify nonstandard block sizes for a temporary tablespace or if you intend to assign this tablespace as the temporary tablespace for any users.

**See Also:** *Oracle Database Reference* for information on the DB_$n$K_CACHE_SIZE parameter and *Oracle Database Administrator's Guide* for information on allowing multiple block sizes in the buffer cache and for restrictions on using multiple block sizes in partitioned objects

### *logging_clause*

Specify the default logging attributes of all tables, indexes, materialized views, materialized view logs, and partitions within the tablespace. LOGGING is the default. This clause is not valid for a temporary or undo tablespace.

The tablespace-level logging attribute can be overridden by logging specifications at the table, index, materialized view, materialized view log, and partition levels.

Cloudera Exhibit 1020 - Page 1348 of 1808

Databricks_R2_PA_00003484

**See Also:**    *logging_clause* on page 8-47 for a full description of this clause

### FORCE LOGGING

Use this clause to put the tablespace into FORCE LOGGING mode. Oracle Database will log all changes to all objects in the tablespace except changes to temporary segments, overriding any NOLOGGING setting for individual objects. The database must be open and in READ WRITE mode.

This setting does not exclude the NOLOGGING attribute. That is, you can specify both FORCE LOGGING and NOLOGGING. In this case, NOLOGGING is the default logging mode for objects subsequently created in the tablespace, but the database ignores this default as long as the tablespace or the database is in FORCE LOGGING mode. If you subsequently take the tablespace out of FORCE LOGGING mode, then the NOLOGGING default is once again enforced.

> **Note:**  FORCE LOGGING mode can have performance effects. Please refer to *Oracle Database Administrator's Guide* for information on when to use this setting.

**Restriction on Forced Logging**    You cannot specify FORCE LOGGING for an undo or temporary tablespace.

### DEFAULT *storage_clause*

This clause is valid only for a dictionary-managed tablespace. Oracle strongly recommends that you create tablespaces that are locally managed rather than dictionary managed.

This clause lets you specify default storage parameters for all objects created in the tablespace and default compression of data for all tables created in the tablespace. This clause is not valid for a temporary tablespace.

**See Also:**

- *storage_clause* on page 8-57 for information on storage parameters and CREATE TABLE ... *table_compression* on page 16-33 for information about table compression
- "Creating Basic Tablespaces: Examples" on page 16-98

Cloudera Exhibit 1020 - Page 1349 of 1808

Databricks_R2_PA_00003485

**ONLINE | OFFLINE Clauses**

Use these clauses to determine whether the tablespace is online or offline. This clause is not valid for a temporary tablespace.

**ONLINE**   Specify ONLINE to make the tablespace available immediately after creation to users who have been granted access to the tablespace. This is the default.

**OFFLINE**   Specify OFFLINE to make the tablespace unavailable immediately after creation.

The data dictionary view DBA_TABLESPACES indicates whether each tablespace is online or offline.

**PERMANENT | TEMPORARY Clauses**

In earlier releases, you could specify the TEMPORARY keyword after specifying the tablespace name to create a temporary tablespace. (The PERMANENT keyword was available for syntactic consistency.) This syntax has been deprecated. It is still supported in case you are using dictionary-managed tablespaces, which are not supported by the CREATE TEMPORARY TABLESPACE syntax. If you do use this syntax, you cannot specify the EXTENT MANAGEMENT LOCAL clause or the BLOCKSIZE clause.

Oracle strongly recommends that you create locally managed temporary tablespaces containing tempfiles by using the *temporary_tablespace_clause*. The creation of new dictionary-managed tablespaces is scheduled for desupport.

***extent_management_clause***

The *extent_management_clause* lets you specify how the extents of the tablespace will be managed.

> **Note:**   Once you have specified extent management with this clause, you can change extent management only by migrating the tablespace.

■   Specify LOCAL if you want the tablespace to be locally managed. Locally managed tablespaces have some part of the tablespace set aside for a bitmap. This is the default for permanent tablespaces. Temporary tablespaces are always automatically created with locally managed extents.

Cloudera Exhibit 1020 - Page 1350 of 1808

Databricks_R2_PA_00003486

> – AUTOALLOCATE specifies that the tablespace is system managed. Users cannot specify an extent size. You cannot specify AUTOALLOCATE for a temporary tablespace.
>
> – UNIFORM specifies that the tablespace is managed with uniform extents of SIZE bytes. The default SIZE is 1 megabyte. All extents of temporary tablespaces are of uniform size, so this keyword is optional for a temporary tablespace. However, you must specify UNIFORM in order to specify SIZE. You cannot specify UNIFORM for an undo tablespace.

■ Specify DICTIONARY if you want the tablespace to be managed using dictionary tables.

**Restriction on Dictionary-managed Tablespaces**   You cannot specify DICTIONARY if the SYSTEM tablespace of the database is locally managed or if you have specified the *temporary_tablespace_clause*.

> **Note:**   Oracle strongly recommends that you create only locally managed tablespaces. Locally managed tablespaces are much more efficiently managed than dictionary-managed tablespaces. The creation of new dictionary-managed tablespaces is scheduled for desupport.

If you do not specify the *extent_management_clause*, then Oracle Database interprets the MINIMUM EXTENT clause and the DEFAULT *storage_clause* to determine extent management.

■ If you do not specify the DEFAULT *storage_clause*, then the database creates a locally managed autoallocated tablespace.

■ If you did specify the DEFAULT *storage_clause*, then:

> – If you specified the MINIMUM EXTENT clause, then the database evaluates whether the values of MINIMUM EXTENT, INITIAL, and NEXT are equal and the value of PCTINCREASE is 0. If they are equal, then the database creates a locally managed uniform tablespace with extent size = INITIAL. If the MINIMUM EXTENT, INITIAL, and NEXT parameters are not equal, or if PCTINCREASE is not 0, then the database ignores any extent storage parameters you may specify and creates a locally managed, autoallocated tablespace.
>
> – If you did not specify MINIMUM EXTENT clause, then the database evaluates only whether the storage values of INITIAL and NEXT are equal and

Cloudera Exhibit 1020 - Page 1351 of 1808

Databricks_R2_PA_00003487

PCTINCREASE is 0. If they are equal, then the tablespace is locally managed and uniform. Otherwise, the tablespace is locally managed and autoallocated.

**See Also:**    *Oracle Database Concepts* for a discussion of locally managed tablespaces

### Restrictions on Extent Management

- A permanent locally managed tablespace can contain only permanent objects. If you need a locally managed tablespace to store temporary objects, for example, if you will assign it as a user's temporary tablespace, then use the *temporary_ tablespace_clause*.

- If you specify LOCAL, then you cannot specify DEFAULT *storage_clause*, MINIMUM EXTENT, or the *temporary_tablespace_clause*.

    **See Also:**    *Oracle Database Upgrade Guide* for information on changing extent management by migrating tablespaces and "Creating a Locally Managed Tablespace: Example" on page 16-98

### segment_management_clause

The *segment_management_clause* is relevant only for permanent, locally managed tablespaces. It lets you specify whether Oracle Database should track the used and free space in the segments in the tablespace using free lists or bitmaps. This clause is not valid for a temporary tablespace.

**AUTO**    Specify AUTO if you want the database to manage the free space of segments in the tablespace using a bitmap. If you specify AUTO, then the database ignores any specification for PCTUSED, FREELIST, and FREELIST GROUPS in subsequent storage specifications for objects in this tablespace. This setting is called **automatic segment-space management**. Oracle strongly recommends that you create tablespaces with automatic segment-space management.

**MANUAL**    Specify MANUAL if you want the database to manage the free space of segments in the tablespace using free lists.

To determine the segment management of an existing tablespace, query the SEGMENT_SPACE_MANAGEMENT column of the DBA_TABLESPACES or USER_ TABLESPACES data dictionary view.

Cloudera Exhibit 1020 - Page 1352 of 1808

---

> **Notes:** If you specify AUTO segment management, then:
>
> - If you set extent management to LOCAL UNIFORM, then you must ensure that each extent contains at least 5 database blocks.
>
> - If you set extent management to LOCAL AUTOALLOCATE, and if the database block size is 16K or greater, then Oracle manages segment space by creating extents with a minimum size of 5 blocks rounded up to 64K.

**Restrictions on Automatic Segment-space Management**
- You can specify this clause only for a permanent, locally managed tablespace.

- You cannot specify this clause for the SYSTEM tablespace.

> **See Also:**
>
> - *Oracle Database Administrator's Guide* for information on automatic segment-space management and when to use it
>
> - *Oracle Database Reference* for information on the data dictionary views
>
> - "Specifying Segment Space Management for a Tablespace: Example" on page 16-98

### flashback_mode_clause

Use this clause in conjunction with the ALTER DATABASE FLASHBACK clause to specify whether the tablespace can participate in FLASHBACK DATABASE operations. This clause is useful if you have the database in FLASHBACK mode but you do not want Oracle Database to maintain Flashback log data for this tablespace.

This clause is not valid for temporary or undo tablespaces.

**FLASHBACK ON** Specify FLASHBACK ON to put the tablespace in FLASHBACK mode. Oracle Database will save Flashback log data for this tablespace and the tablespace can participate in a FLASHBACK DATABASE operation. If you omit the *flashback_mode_clause*, then FLASHBACK ON is the default.

**FLASHBACK OFF** Specify FLASHBACK OFF to take the tablespace out of FLASHBACK mode. Oracle Database will not save any Flashback log data for this tablespace. You must take the datafiles in this tablespace offline or drop them prior

Cloudera Exhibit 1020 - Page 1353 of 1808

Databricks_R2_PA_00003489

CREATE TABLESPACE

to any subsequent `FLASHBACK DATABASE` operation. Alternatively, you can take the entire tablespace offline. In either case, the database does not drop existing Flashback logs.

> **Note:** The `FLASHBACK` mode of a tablespace is independent of the `FLASHBACK` mode of an individual table.

**See Also:**

- *Oracle Database Backup and Recovery Advanced User's Guide* for information on Oracle Flashback Database

- ALTER DATABASE on page 10-11 and FLASHBACK DATABASE on page 18-30 for information on setting the `FLASHBACK` mode of the entire database and reverting the database to an earlier version

- FLASHBACK TABLE on page 18-33 and *flashback_query_clause* on page 19-18

### temporary_tablespace_clause

Use this clause to create a locally managed temporary tablespace, which is an allocation of space in the database that can contain transient data that persists only for the duration of a session. This transient data cannot be recovered after process or instance failure.

The transient data can be user-generated schema objects such as temporary tables or system-generated data such as temp space used by hash joins and sort operations. When a temporary tablespace, or a tablespace group of which this tablespace is a member, is assigned to a particular user, then Oracle Database uses the tablespace for sorting operations in transactions initiated by that user.

The `TEMPFILE` clause is described in "DATAFILE | TEMPFILE Clause" on page 16-86. The *extent_management_clause* is described in *extent_management_clause* on page 16-90.

> **See Also:** *Oracle Database Security Guide* for information on assigning temporary tablespaces to users

### tablespace_group_clause

This clause is relevant only for temporary tablespaces. Use this clause to determine whether *tablespace* is a member of a tablespace group. A tablespace group lets

Cloudera Exhibit 1020 - Page 1354 of 1808

Databricks_R2_PA_00003490

you assign multiple temporary tablespaces to a single user and increases the addressability of temporary tablespaces.

- Specify a group name to indicate that *tablespace* is a member of this tablespace group. The group name cannot be the same as *tablespace* or any other existing tablespace. If the tablespace group already exists, then Oracle Database adds the new tablespace to that group. If the tablespace group does not exist, then the database creates the group and adds the new tablespace to that group.

- Specify an empty string (' ') to indicate that *tablespace* is not a member of any tablespace group.

    **See Also:**

    - ALTER TABLESPACE on page 12-105 and "Adding a Temporary Tablespace to a Tablespace Group: Example" on page 16-97 for information on adding a tablespace to a tablespace group

    - CREATE USER on page 17-32 for information on assigning a temporary tablespace to a user

    - *Oracle Database Administrator's Guide* for more information on tablespace groups

**Restrictions on Temporary Tablespaces**    The data stored in temporary tablespaces persists only for the duration of a session. Therefore, only a subset of the CREATE TABLESPACE clauses are relevant for temporary tablespaces. The only clauses you can specify for a temporary tablespace are the TEMPFILE clause, the *tablespace_group_clause*, and the *extent_management_clause*.

### undo_tablespace_clause

Specify UNDO to create an undo tablespace. When you run the database in automatic undo management mode, Oracle Database manages undo space using the undo tablespace instead of rollback segments. This clause is useful if you are now running in automatic undo management mode but your database was not created in automatic undo management mode.

Oracle Database always assigns an undo tablespace when you start up the database in automatic undo management mode. If no undo tablespace has been assigned to this instance, then the database uses the SYSTEM rollback segment. You can avoid this by creating an undo tablespace, which the database will implicitly assign to the instance if no other undo tablespace is currently assigned.

Cloudera Exhibit 1020 - Page 1355 of 1808

Databricks_R2_PA_00003491

The `DATAFILE` clause is described in "DATAFILE | TEMPFILE Clause" on page 16-86. The `extent_management_clause` is described in *extent_management_clause* on page 16-90.

### tablespace_retention_clause

This clause is valid only for undo tablespaces.

■ `RETENTION GUARANTEE` specifies that Oracle Database should preserve unexpired undo data in all undo segments of `tablespace` even if doing so forces the failure of ongoing operations that need undo space in those segments. This setting is useful if you need to issue an Oracle Flashback Query or an Oracle Flashback Transaction Query to diagnose and correct a problem with the data.

■ `RETENTION NOGUARANTEE` returns the undo behavior to normal. Space occupied by unexpired undo data in undo segments can be consumed if necessary by ongoing transactions. This is the default.

**Restrictions on Undo Tablespaces**

■ You cannot create database objects in this tablespace. It is reserved for system-managed undo data.

■ The only clauses you can specify for an undo tablespace are the `DATAFILE` clause and the `extent_management_clause` to specify local extent management. You cannot specify dictionary extent management using the `extent_management_clause`. All undo tablespaces are created permanent, read/write, and in logging mode. Values for `MINIMUM EXTENT` and `DEFAULT STORAGE` are system generated.

> **See Also:**
>
> ■ *Oracle Database Administrator's Guide* for information on automatic undo management and undo tablespaces and *Oracle Database Reference* for information on the `UNDO_MANAGEMENT` parameter
>
> ■ CREATE DATABASE on page 14-22 for information on creating an undo tablespace during database creation, and ALTER TABLESPACE on page 12-105 and DROP TABLESPACE on page 18-11
>
> ■ "Creating an Undo Tablespace: Example" on page 16-97

Cloudera Exhibit 1020 - Page 1356 of 1808

Databricks_R2_PA_00003492

## Examples

These examples assume that your database is using 8K blocks.

**Creating a Bigfile Tablespace: Example**    The following example creates a bigfile tablespace `bigtbs_01` with a datafile `bigtbs_f1.dat` of 10 MB:

```
CREATE BIGFILE TABLESPACE bigtbs_01
  DATAFILE 'bigtbs_f1.dat'
  SIZE 20M AUTOEXTEND ON;
```

**Creating an Undo Tablespace: Example**    The following example creates a 10 MB undo tablespace `undots1`:

```
CREATE UNDO TABLESPACE undots1
   DATAFILE 'undotbs_1a.f'
   SIZE 10M AUTOEXTEND ON
   RETENTION GUARANTEE;
```

**Creating a Temporary Tablespace: Example**    This statement shows how the temporary tablespace that serves as the default temporary tablespace for database users in the sample database was created:

```
CREATE TEMPORARY TABLESPACE temp_demo
   TEMPFILE 'temp01.dbf' SIZE 5M AUTOEXTEND ON;
```

If we assume that the default database block size is 2K, and that each bit in the map represents one extent, then each bit maps 2,500 blocks.

The following example sets the default location for datafile creation and then creates a tablespace with an Oracle-managed tempfile in the default location. The tempfile is 100 M and is autoextensible with unlimited maximum size. These are the default values for Oracle-managed files:

```
ALTER SYSTEM SET DB_CREATE_FILE_DEST = '$ORACLE_HOME/rdbms/dbs';

CREATE TEMPORARY TABLESPACE tbs_05;
```

**Adding a Temporary Tablespace to a Tablespace Group: Example**    The following statement creates the `tbs_temp_01` temporary tablespace as a member of the `tbs_grp_01` tablespace group. If the tablespace group does not already exist, then Oracle Database creates it during execution of this statement:

```
CREATE TEMPORARY TABLESPACE tbs_temp_01
  TEMPFILE 'temp02.dbf' SIZE 5M AUTOEXTEND ON
  TABLESPACE GROUP tbs_grp_01;
```

Cloudera Exhibit 1020 - Page 1357 of 1808

Databricks_R2_PA_00003493

**Creating Basic Tablespaces: Examples**   This statement creates a tablespace named `tbs_01` with one datafile:

```
CREATE TABLESPACE tbs_01
   DATAFILE 'tbs_f2.dat' SIZE 40M
   ONLINE;
```

This statement creates tablespace `tbs_03` with one datafile and allocates every extent as a multiple of 500K:

```
CREATE TABLESPACE tbs_03
   DATAFILE 'tbs_f03.dbf' SIZE 20M
   LOGGING;
```

**Enabling Autoextend for a Tablespace: Example**   This statement creates a tablespace named `tbs_02` with one datafile. When more space is required, 500 kilobyte extents will be added up to a maximum size of 100 megabytes:

```
CREATE TABLESPACE tbs_02
   DATAFILE 'diskb:tbs_f5.dat' SIZE 500K REUSE
   AUTOEXTEND ON NEXT 500K MAXSIZE 100M;
```

**Creating a Locally Managed Tablespace: Example**   In the following statement, we assume that the database block size is 2K.

```
CREATE TABLESPACE tbs_04 DATAFILE 'file_1.f' SIZE 10M
   EXTENT MANAGEMENT LOCAL UNIFORM SIZE 128K;
```

This statement creates a locally managed tablespace in which every extent is 128K and each bit in the bit map describes 64 blocks.

**Specifying Segment Space Management for a Tablespace: Example**   The following example creates a tablespace with automatic segment-space management:

```
CREATE TABLESPACE auto_seg_ts DATAFILE 'file_2.f' SIZE 1M
   EXTENT MANAGEMENT LOCAL
   SEGMENT SPACE MANAGEMENT AUTO;
```

**Creating Oracle-managed Files: Examples**   The following example sets the default location for datafile creation and creates a tablespace with a datafile in the default location. The datafile is 100M and is autoextensible with an unlimited maximum size:

```
ALTER SYSTEM SET DB_CREATE_FILE_DEST = '$ORACLE_HOME/rdbms/dbs';

CREATE TABLESPACE omf_ts1;
```

Cloudera Exhibit 1020 - Page 1358 of 1808

Databricks_R2_PA_00003494

The following example creates a tablespace with an Oracle-managed datafile of 100M that is not autoextensible:

```
CREATE TABLESPACE omf_ts2 DATAFILE AUTOEXTEND OFF;
```

Cloudera Exhibit 1020 - Page 1359 of 1808

Databricks_R2_PA_00003495

## CREATE TRIGGER

### Purpose

Use the `CREATE TRIGGER` statement to create and enable a **database trigger**, which is:

- A stored PL/SQL block associated with a table, a schema, or the database or

- An anonymous PL/SQL block or a call to a procedure implemented in PL/SQL or Java

Oracle Database automatically executes a trigger when specified conditions occur.

When you create a trigger, the database enables it automatically. You can subsequently disable and enable a trigger with the `DISABLE` and `ENABLE` clause of the `ALTER TRIGGER` or `ALTER TABLE` statement.

> **See Also:**
>
> - *Oracle Database Concepts* for a description of the various types of triggers and *Oracle Database Application Developer's Guide - Fundamentals* for more information on how to design triggers
>
> - ALTER TRIGGER on page 13-2 and ALTER TABLE on page 12-2 for information on enabling, disabling, and compiling triggers, and DROP TRIGGER on page 18-15 for information on dropping a trigger

### Prerequisites

Before a trigger can be created, the user `SYS` must run a SQL script commonly called `DBMSSTDX.SQL`. The exact name and location of this script depend on your operating system.

- To create a trigger in your own schema on a table in your own schema or on your own schema (`SCHEMA`), you must have the `CREATE TRIGGER` system privilege.

- To create a trigger in any schema on a table in any schema, or on another user's schema (*schema*`.SCHEMA`), you must have the `CREATE ANY TRIGGER` system privilege.

- In addition to the preceding privileges, to create a trigger on `DATABASE`, you must have the `ADMINISTER DATABASE TRIGGER` system privilege.

Databricks_R2_PA_00003496

If the trigger issues SQL statements or calls procedures or functions, then the owner of the trigger must have the privileges necessary to perform these operations. These privileges must be granted directly to the owner rather than acquired through roles.

## Syntax

**create_trigger::=**



Cloudera Exhibit 1020 - Page 1361 of 1808

Databricks_R2_PA_00003497

CREATE TRIGGER

**DML_event_clause::=**



**referencing_clause::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the trigger if it already exists. Use this clause to change the definition of an existing trigger without first dropping it.

### *schema*

Specify the schema to contain the trigger. If you omit *schema*, then Oracle Database creates the trigger in your own schema.

Cloudera Exhibit 1020 - Page 1362 of 1808

Databricks_R2_PA_00003498

### *trigger*

Specify the name of the trigger to be created.

If a trigger produces compilation errors, then it is still created, but it fails on execution. This means it effectively blocks all triggering DML statements until it is disabled, replaced by a version without compilation errors, or dropped. You can see the associated compiler error messages with the SQL*Plus command SHOW ERRORS.

> **Note:** If you create a trigger on a base table of a materialized view, then you must ensure that the trigger does not fire during a refresh of the materialized view. During refresh, the DBMS_MVIEW procedure I_AM_A_REFRESH returns TRUE.

## BEFORE

Specify BEFORE to cause the database to fire the trigger before executing the triggering event. For row triggers, the trigger is fired before each affected row is changed.

### Restrictions on BEFORE Triggers

- You cannot specify a BEFORE trigger on a view or an object view.

- You can write to the :NEW value but not to the :OLD value.

## AFTER

Specify AFTER to cause the database to fire the trigger after executing the triggering event. For row triggers, the trigger is fired after each affected row is changed.

### Restrictions on AFTER Triggers

- You cannot specify an AFTER trigger on a view or an object view.

- You cannot write either the :OLD or the :NEW value.

> **Note:** When you create a materialized view log for a table, Oracle Database implicitly creates an AFTER ROW trigger on the table. This trigger inserts a row into the materialized view log whenever an INSERT, UPDATE, or DELETE statement modifies data in the master table. You cannot control the order in which multiple row triggers fire. Therefore, you should not write triggers intended to affect the content of the materialized view.

Cloudera Exhibit 1020 - Page 1363 of 1808

Databricks_R2_PA_00003499

**See Also:** CREATE MATERIALIZED VIEW LOG on page 15-33 for more information on materialized view logs

## INSTEAD OF

Specify `INSTEAD OF` to cause Oracle Database to fire the trigger instead of executing the triggering event. `INSTEAD OF` triggers are valid for DML events on views. They are not valid for DDL or database events.

If a view is inherently updatable and has `INSTEAD OF` triggers, then the triggers take preference. In other words, the database fires the triggers instead of performing DML on the view.

If the view belongs to a hierarchy, then the trigger is not inherited by subviews.

> **Note:** Oracle Database fine-grained access control lets you define row-level security policies on views. These policies enforce specified rules in response to DML operations. If an `INSTEAD OF` trigger is also defined on the view, then the database will not enforce the row-level security policies, because the database fires the `INSTEAD OF` trigger instead of executing the DML on the view.

### Restrictions on INSTEAD OF Triggers

- `INSTEAD OF` triggers are valid only for views. You cannot specify an `INSTEAD OF` trigger on a table.

- You can read both the `:OLD` and the `:NEW` value, but you cannot write either the `:OLD` or the `:NEW` value.

> **Note:** You can create multiple triggers of the same type (`BEFORE`, `AFTER`, or `INSTEAD OF`) that fire for the same statement on the same table. The order in which Oracle Database fires these triggers is indeterminate. If your application requires that one trigger be fired before another of the same type for the same statement, then combine these triggers into a single trigger whose trigger action performs the trigger actions of the original triggers in the appropriate order.

**See Also:** "Creating an INSTEAD OF Trigger: Example" on page 16-113

Cloudera Exhibit 1020 - Page 1364 of 1808

Databricks_R2_PA_00003500

### DML_event_clause

The `DML_event_clause` lets you specify one of three DML statements that can cause the trigger to fire. Oracle Database fires the trigger in the existing user transaction.

**See Also:** "Creating a DML Trigger: Examples" on page 16-112

### DELETE

Specify `DELETE` if you want the database to fire the trigger whenever a `DELETE` statement removes a row from the table or removes an element from a nested table.

### INSERT

Specify `INSERT` if you want the database to fire the trigger whenever an `INSERT` statement adds a row to a table or adds an element to a nested table.

### UPDATE

Specify `UPDATE` if you want the database to fire the trigger whenever an `UPDATE` statement changes a value in one of the columns specified after `OF`. If you omit `OF`, then the database fires the trigger whenever an `UPDATE` statement changes a value in any column of the table or nested table.

For an `UPDATE` trigger, you can specify object type, varray, and `REF` columns after `OF` to indicate that the trigger should be fired whenever an `UPDATE` statement changes a value in one of the columns. However, you cannot change the values of these columns in the body of the trigger itself.

> **Note:** Using OCI functions or the `DBMS_LOB` package to update LOB values or LOB attributes of object columns does not cause Oracle Database to fire triggers defined on the table containing the columns or the attributes.

**Restrictions on Triggers on UPDATE Operations**
- You cannot specify `UPDATE OF` for an `INSTEAD OF` trigger. Oracle Database fires `INSTEAD OF` triggers whenever an `UPDATE` changes a value in any column of the view.
- You cannot specify a nested table or LOB column in the `UPDATE OF` clause.

Cloudera Exhibit 1020 - Page 1365 of 1808

Databricks_R2_PA_00003501

> **See Also:** AS *subquery* clause of CREATE VIEW on page 17-40 for a list of constructs that prevent inserts, updates, or deletes on a view

Performing DML operations directly on nested table columns does not cause Oracle Database to fire triggers defined on the table containing the nested table column.

### *ddl_event*

Specify one or more types of DDL statements that can cause the trigger to fire. You can create triggers for these events on DATABASE or SCHEMA unless otherwise noted. You can create BEFORE and AFTER triggers for these events. Oracle Database fires the trigger in the existing user transaction.

**Restriction on Triggers on DDL Events**   You cannot specify as a triggering event any DDL operation performed through a PL/SQL procedure.

> **See Also:** "Creating a DDL Trigger: Example" on page 16-113

The following *ddl_event* values are valid:

**ALTER**   Specify ALTER to fire the trigger whenever an ALTER statement modifies a database object in the data dictionary.

**Restriction on Triggers on ALTER Operations**   The trigger will not be fired by an ALTER DATABASE statement.

**ANALYZE**   Specify ANALYZE to fire the trigger whenever the database collects or deletes statistics or validates the structure of a database object.

> **See Also:** ANALYZE on page 13-36 for information on various ways of collecting statistics

**ASSOCIATE STATISTICS**   Specify ASSOCIATE STATISTICS to fire the trigger whenever the database associates a statistics type with a database object.

**AUDIT**   Specify AUDIT to fire the trigger whenever the database tracks the occurrence of a SQL statement or tracks operations on a schema object.

**COMMENT**   Specify COMMENT to fire the trigger whenever a comment on a database object is added to the data dictionary.

Cloudera Exhibit 1020 - Page 1366 of 1808

**CREATE**   Specify CREATE to fire the trigger whenever a CREATE statement adds a new database object to the data dictionary.

**Restriction on Triggers on CREATE Operations**   The trigger will not be fired by a CREATE DATABASE or CREATE CONTROLFILE statement.

**DISASSOCIATE STATISTICS**   Specify DISASSOCIATE STATISTICS to fire the trigger whenever the database disassociates a statistics type from a database object.

**DROP**   Specify DROP to fire the trigger whenever a DROP statement removes a database object from the data dictionary.

**GRANT**   Specify GRANT to fire the trigger whenever a user grants system privileges or roles or object privileges to another user or to a role.

**NOAUDIT**   Specify NOAUDIT to fire the trigger whenever a NOAUDIT statement instructs the database to stop tracking a SQL statement or operations on a schema object.

**RENAME**   Specify RENAME to fire the trigger whenever a RENAME statement changes the name of a database object.

**REVOKE**   Specify REVOKE to fire the trigger whenever a REVOKE statement removes system privileges or roles or object privileges from a user or role.

**TRUNCATE**   Specify TRUNCATE to fire the trigger whenever a TRUNCATE statement removes the rows from a table or cluster and resets its storage characteristics.

**DDL**   Specify DDL to fire the trigger whenever any of the preceding DDL statements is issued.

### database_event

Specify one or more particular states of the database that can cause the trigger to fire. You can create triggers for these events on DATABASE or SCHEMA unless otherwise noted. For each of these triggering events, Oracle Database opens an autonomous transaction scope, fires the trigger, and commits any separate transaction (regardless of any existing user transaction).

> **See Also:**   "Creating a Database Event Trigger: Example" on page 16-113

Cloudera Exhibit 1020 - Page 1367 of 1808

Databricks_R2_PA_00003503

**SERVERERROR**   Specify SERVERERROR to fire the trigger whenever a server error message is logged.

The following errors do not cause a SERVERERROR trigger to fire:

- ORA-01403: no data found

- ORA-01422: exact fetch returns more than requested number of rows

- ORA-01423: error encountered while checking for extra rows in exact fetch

- ORA-01034: ORACLE not available

- ORA-04030: out of process memory when trying to allocate *string* bytes (*string*, *string*)

**LOGON**   Specify LOGON to fire the trigger whenever a client application logs onto the database.

**LOGOFF**   Specify LOGOFF to fire the trigger whenever a client application logs off the database.

**STARTUP**   Specify STARTUP to fire the trigger whenever the database is opened.

**SHUTDOWN**   Specify SHUTDOWN to fire the trigger whenever an instance of the database is shut down.

**SUSPEND**   Specify SUSPEND to fire the trigger whenever a server error causes a transaction to be suspended.

---

**Notes:**

- Only AFTER triggers are relevant for LOGON, STARTUP, SERVERERROR, and SUSPEND.

- Only BEFORE triggers are relevant for LOGOFF and SHUTDOWN.

- AFTER STARTUP and BEFORE SHUTDOWN triggers apply only to DATABASE.

---

**See Also:**   *PL/SQL User's Guide and Reference* for more information on autonomous transaction scope

Cloudera Exhibit 1020 - Page 1368 of 1808

Databricks_R2_PA_00003504

### ON *table* | *view*

The `ON` clause lets you determine the database object on which the trigger is to be created. Specify the `schema` and `table` or `view` name of one of the following on which the trigger is to be created:

- Table or view
- Object table or object view
- A column of nested-table type

If you omit `schema`, then Oracle Database assumes the table is in your own schema. You can create triggers on index-organized tables.

**Restriction on Schema**   You cannot create a trigger on a table in the schema `SYS`.

### NESTED TABLE Clause

Specify the `nested_table_column` of a view upon which the trigger is being defined. Such a trigger will fire only if the DML operates on the elements of the nested table.

**Restriction on Triggers on Nested Tables**   You can specify `NESTED TABLE` only for `INSTEAD OF` triggers.

### DATABASE

Specify `DATABASE` to define the trigger on the entire database. The trigger fires whenever any database user initiates the triggering event.

### SCHEMA

Specify `SCHEMA` to define the trigger on the current schema. The trigger fires whenever any user connected as `schema` initiates the triggering event.

> **See Also:**   "Creating a SCHEMA Trigger: Example" on page 16-114

### *referencing_clause*

The `referencing_clause` lets you specify correlation names. You can use correlation names in the PL/SQL block and `WHEN` condition of a row trigger to refer specifically to old and new values of the current row. The default correlation names are `OLD` and `NEW`. If your row trigger is associated with a table named `OLD` or `NEW`, use this clause to specify different correlation names to avoid confusion between the table name and the correlation name.

Cloudera Exhibit 1020 - Page 1369 of 1808

Databricks_R2_PA_00003505

- If the trigger is defined on a nested table, then OLD and NEW refer to the row of the nested table, and PARENT refers to the current row of the parent table.

- If the trigger is defined on an object table or view, then OLD and NEW refer to object instances.

**Restriction on the *referencing_clause***   The `referencing_clause` is not valid with INSTEAD OF triggers on CREATE DDL events.

### FOR EACH ROW

Specify FOR EACH ROW to designate the trigger as a row trigger. Oracle Database fires a row trigger once for each row that is affected by the triggering statement and meets the optional trigger constraint defined in the WHEN condition.

Except for INSTEAD OF triggers, if you omit this clause, then the trigger is a statement trigger. Oracle Database fires a statement trigger only once when the triggering statement is issued if the optional trigger constraint is met.

INSTEAD OF trigger statements are implicitly activated for each row.

**Restriction on Row Triggers**   This clause is valid only for DML event triggers, not for DDL or database event triggers.

### WHEN Clause

Specify the trigger condition, which is a SQL condition that must be satisfied for the database to fire the trigger. See the syntax description of `condition` in Chapter 6, "Conditions". This condition must contain correlation names and cannot contain a query.

The NEW and OLD keywords, when specified in the WHEN clause, are not considered bind variables, so are not preceded by a colon (:). However, you must precede NEW and OLD with a colon in all references other than the WHEN clause.

> **See Also:**   "Calling a Procedure in a Trigger Body: Example" on page 16-113

**Restrictions on Trigger Conditions**
- If you specify this clause for a DML event trigger, then you must also specify FOR EACH ROW. Oracle Database evaluates this condition for each row affected by the triggering statement.

- You cannot specify trigger conditions for INSTEAD OF trigger statements.

Databricks_R2_PA_00003506

- You can reference object columns or their attributes, or varray, nested table, or LOB columns. You cannot invoke PL/SQL functions or methods in the trigger condition.

### pl/sql_block

Specify the PL/SQL block that Oracle Database executes to fire the trigger.

The PL/SQL block of a database trigger can contain one of a series of built-in functions in the SYS schema designed solely to extract system event attributes. These functions can be used *only* in the PL/SQL block of a database trigger.

**Restrictions on Trigger Implementation**
- The PL/SQL block of a trigger cannot contain transaction control SQL statements (COMMIT, ROLLBACK, SAVEPOINT, and SET CONSTRAINT) if the block is executed within the same transaction.

- You can reference and use LOB columns in the trigger action inside the PL/SQL block. You can modify the :NEW values but not the :OLD values of LOB columns within the trigger action.

    **See Also:**

    - *PL/SQL User's Guide and Reference* for information on PL/SQL, including how to write PL/SQL blocks

    - *Oracle Database Application Developer's Guide - Fundamentals* for information on these functions

    - "Calling a Procedure in a Trigger Body: Example" on page 16-113

### call_procedure_statement

The `call_procedure_statement` lets you call a stored procedure rather than specifying the trigger code inline as a PL/SQL block. The syntax of this statement is the same as that for CALL on page 13-68, with the following exceptions:

- You cannot specify the INTO clause of CALL, because it applies only to functions.

- You cannot specify bind variables in *expr*.

- To reference columns of tables on which the trigger is being defined, you must specify :NEW and :OLD.

Cloudera Exhibit 1020 - Page 1371 of 1808

Databricks_R2_PA_00003507

CREATE TRIGGER

**See Also:**    "Calling a Procedure in a Trigger Body: Example" on page 16-113

## Examples

**Creating a DML Trigger: Examples**    This example shows the basic syntax for a BEFORE statement trigger. You would write such a trigger to place restrictions on DML statements issued on a table, for example, when such statements could be issued.

```
CREATE TRIGGER schema.trigger_name
    BEFORE
    DELETE OR INSERT OR UPDATE
    ON schema.table_name
        pl/sql_block
```

Oracle Database fires such a trigger whenever a DML statement affects the table. This trigger is a BEFORE statement trigger, so the database fires it once before executing the triggering statement.

The next example shows a partial BEFORE row trigger. The PL/SQL block might specify, for example, that an employee's salary must fall within the established salary range for the employee's job:

```
CREATE TRIGGER hr.salary_check
    BEFORE INSERT OR UPDATE OF salary, job_id ON hr.employees
    FOR EACH ROW
        WHEN (new.job_id <> 'AD_VP')
    pl/sql_block
```

Oracle Database fires this trigger whenever one of the following statements is issued:

- An INSERT statement that adds rows to the employees table

- An UPDATE statement that changes values of the salary or job_id columns of the employees table

salary_check is a BEFORE row trigger, so the database fires it before changing each row that is updated by the UPDATE statement or before adding each row that is inserted by the INSERT statement.

salary_check has a trigger condition that prevents it from checking the salary of the administrative vice president (AD_VP).

Cloudera Exhibit 1020 - Page 1372 of 1808

Databricks_R2_PA_00003508

**Creating a DDL Trigger: Example**    This example creates an AFTER statement trigger on any DDL statement CREATE. Such a trigger can be used to audit the creation of new data dictionary objects in your schema.

```
CREATE TRIGGER audit_db_object AFTER CREATE
   ON SCHEMA
      pl/sql_block
```

**Calling a Procedure in a Trigger Body: Example**   You could create the salary_check trigger described in the preceding example by calling a procedure instead of providing the trigger body in a PL/SQL block. Assume you have defined a procedure hr.salary_check, which verifies that an employee's salary is in an appropriate range. Then you could create the trigger salary_check as follows:

```
CREATE TRIGGER hr.salary_check
   BEFORE INSERT OR UPDATE OF salary, job_id ON hr.employees
   FOR EACH ROW
   WHEN (new.job_id <> 'AD_VP')
   CALL check_sal(:new.job_id, :new.salary, :new.last_name);
```

The procedure check_sal could be implemented in PL/SQL, C, or Java. Also, you can specify :OLD values in the CALL clause instead of :NEW values.

**Creating a Database Event Trigger: Example**   This example shows the basic syntax for a trigger to log all errors. The hypothetical PL/SQL block does some special processing for a particular error (invalid logon, error number 1017). This trigger is an AFTER statement trigger, so it is fired after an unsuccessful statement execution, such as unsuccessful logon.

```
CREATE TRIGGER log_errors AFTER SERVERERROR ON DATABASE
   BEGIN
      IF (IS_SERVERERROR (1017)) THEN
         <special processing of logon error>
      ELSE
         <log error number>
      END IF;
   END;
```

**Creating an INSTEAD OF Trigger: Example**   In this example, an oe.order_info view is created to display information about customers and their orders:

```
CREATE VIEW order_info AS
   SELECT c.customer_id, c.cust_last_name, c.cust_first_name,
          o.order_id, o.order_date, o.order_status
   FROM customers c, orders o
```

Cloudera Exhibit 1020 - Page 1373 of 1808

Databricks_R2_PA_00003509

```
WHERE c.customer_id = o.customer_id;
```

Normally this view would not be updatable, because the primary key of the `orders` table (`order_id`) is not unique in the result set of the join view. To make this view updatable, create an `INSTEAD OF` trigger on the view to process `INSERT` statements directed to the view. The PL/SQL trigger implementation is shown in italics.

```
CREATE OR REPLACE TRIGGER order_info_insert
   INSTEAD OF INSERT ON order_info
   DECLARE
     duplicate_info EXCEPTION;
     PRAGMA EXCEPTION_INIT (duplicate_info, -00001);
   BEGIN
     INSERT INTO customers
       (customer_id, cust_last_name, cust_first_name)
     VALUES (
     :new.customer_id,
     :new.cust_last_name,
     :new.cust_first_name);
   INSERT INTO orders (order_id, order_date, customer_id)
   VALUES (
     :new.order_id,
     :new.order_date,
     :new.customer_id);
   EXCEPTION
     WHEN duplicate_info THEN
       RAISE_APPLICATION_ERROR (
         num=> -20107,
         msg=> 'Duplicate customer or order ID');
   END order_info_insert;
/
```

You can now insert into both base tables through the view (as long as all `NOT NULL` columns receive values):

```
INSERT INTO order_info VALUES
   (999, 'Smith', 'John', 2500, '13-MAR-2001', 0);
```

**Creating a SCHEMA Trigger: Example**   The following example creates a `BEFORE` statement trigger on the sample schema `hr`. When a user connected as `hr` attempts to drop a database object, the database fires the trigger before dropping the object:

```
CREATE OR REPLACE TRIGGER drop_trigger
   BEFORE DROP ON hr.SCHEMA
   BEGIN
```

Cloudera Exhibit 1020 - Page 1374 of 1808

Databricks_R2_PA_00003510

```
RAISE_APPLICATION_ERROR (
    num => -20000,
    msg => 'Cannot drop object');
END;
/
```

Cloudera Exhibit 1020 - Page 1375 of 1808

Databricks_R2_PA_00003511

CREATE TRIGGER

Cloudera Exhibit 1020 - Page 1376 of 1808

Databricks_R2_PA_00003512

# 17

# SQL Statements: CREATE TYPE to DROP ROLLBACK SEGMENT

This chapter contains the following SQL statements:

- CREATE TYPE
- CREATE TYPE BODY
- CREATE USER
- CREATE VIEW
- DELETE
- DISASSOCIATE STATISTICS
- DROP CLUSTER
- DROP CONTEXT
- DROP DATABASE
- DROP DATABASE LINK
- DROP DIMENSION
- DROP DIRECTORY
- DROP DISKGROUP
- DROP FUNCTION
- DROP INDEX
- DROP INDEXTYPE
- DROP JAVA

Cloudera Exhibit 1020 - Page 1377 of 1808

Databricks_R2_PA_00003513

- DROP LIBRARY
- DROP MATERIALIZED VIEW
- DROP MATERIALIZED VIEW LOG
- DROP OPERATOR
- DROP OUTLINE
- DROP PACKAGE
- DROP PROCEDURE
- DROP PROFILE
- DROP ROLE
- DROP ROLLBACK SEGMENT

Cloudera Exhibit 1020 - Page 1378 of 1808

Databricks_R2_PA_00003514

## CREATE TYPE

### Purpose

Use the CREATE TYPE statement to create the specification of an **object type**, a **SQLJ object type**, a named varying array (**varray**), a **nested table type**, or an **incomplete object type**. You create object types with the CREATE TYPE and the CREATE TYPE BODY statements. The CREATE TYPE statement specifies the name of the object type, its attributes, methods, and other properties. The CREATE TYPE BODY statement contains the code for the methods that implement the type.

---

**Notes:**

- If you create an object type for which the type specification declares only attributes but no methods, then you need not specify a type body.

- If you create a SQLJ object type, then you cannot specify a type body. The implementation of the type is specified as a Java class.

---

An **incomplete type** is a type created by a forward type definition. It is called "incomplete" because it has a name but no attributes or methods. It can be referenced by other types, and so can be used to define types that refer to each other. However, you must fully specify the type before you can use it to create a table or an object column or a column of a nested table type.

**See Also:**

- CREATE TYPE BODY on page 17-26 for information on creating the member methods of a type

- *PL/SQL User's Guide and Reference*, *Oracle Database Application Developer's Guide - Object-Relational Features*, and *Oracle Database Concepts* for more information about objects, incomplete types, varrays, and nested tables

### Prerequisites

To create a type in your own schema, you must have the CREATE TYPE system privilege. To create a type in another user's schema, you must have the CREATE ANY

Cloudera Exhibit 1020 - Page 1379 of 1808

Databricks_R2_PA_00003515

CREATE TYPE

TYPE system privilege. You can acquire these privileges explicitly or be granted them through a role.

To create a subtype, you must have the UNDER ANY TYPE system privilege or the UNDER object privilege on the supertype.

The owner of the type must be explicitly granted the EXECUTE object privilege in order to access all other types referenced within the definition of the type, or the type owner must be granted the EXECUTE ANY TYPE system privilege. The owner cannot obtain these privileges through roles.

If the type owner intends to grant other users access to the type, then the owner must be granted the EXECUTE object privilege on the referenced types with the GRANT OPTION or the EXECUTE ANY TYPE system privilege with the ADMIN OPTION. Otherwise, the type owner has insufficient privileges to grant access on the type to other users.

## Syntax

**create_type::=**



(*create_incomplete_type::=* on page 17-4, *create_object_type::=* on page 17-5, *create_varray_type::=* on page 17-9, *create_nested_table_type::=* on page 17-9)

**create_incomplete_type::=**



Cloudera Exhibit 1020 - Page 1380 of 1808

**create_object_type::=**



(*invoker_rights_clause::=* on page 17-5, *element_spec::=* on page 17-6)

**invoker_rights_clause::=**



**sqlj_object_type::=**



Cloudera Exhibit 1020 - Page 1381 of 1808

Databricks_R2_PA_00003517

CREATE TYPE

**sqlj_object_type_attr::=**



**element_spec::=**



(*inheritance_clauses::=* on page 17-6, *subprogram_spec::=* on page 17-6, *constructor_spec::=* on page 17-7, *map_order_function_spec::=* on page 17-7, *pragma_clause::=* on page 17-8)

**inheritance_clauses::=**



**subprogram_spec::=**



(*procedure_spec::=* on page 17-6, *function_spec::=* on page 17-7)

**procedure_spec::=**



(*call_spec::=* on page 17-8)

Cloudera Exhibit 1020 - Page 1382 of 1808

Databricks_R2_PA_00003518

**function_spec::=**



(*return_clause::=* on page 17-7)

**constructor_spec::=**



(*call_spec::=* on page 17-8)

**map_order_function_spec::=**



(*function_spec::=* on page 17-7)

**return_clause::=**



Cloudera Exhibit 1020 - Page 1383 of 1808

Databricks_R2_PA_00003519

CREATE TYPE

(*call_spec::=* on page 17-8, *sqlj_object_type_sig::=* on page 17-8)

**sqlj_object_type_sig::=**



**pragma_clause::=**



**call_spec::=**



**Java_declaration::=**



**C_declaration::=**



Cloudera Exhibit 1020 - Page 1384 of 1808

Databricks_R2_PA_00003520

**create_varray_type::=**



**create_nested_table_type::=**



## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the type if it already exists. Use this clause to change the definition of an existing type without first dropping it.

Users previously granted privileges on the re-created object type can use and reference the object type without being granted privileges again.

If any function-based indexes depend on the type, then Oracle Database marks the indexes DISABLED.

### schema

Specify the schema to contain the type. If you omit *schema*, then Oracle Database creates the type in your current schema.

### type_name

Specify the name of an object type, a nested table type, or a varray type.

If creating the type results in compilation errors, then the database returns an error. You can see the associated compiler error messages with the SQL*Plus command SHOW ERRORS.

Cloudera Exhibit 1020 - Page 1385 of 1808

Databricks_R2_PA_00003521

Oracle Database implicitly defines a constructor method for each user-defined type that you create. A **constructor** is a system-supplied procedure that is used in SQL statements or in PL/SQL code to construct an instance of the type value. The name of the constructor method is the same as the name of the user-defined type. You can also create a user-defined constructor using the `constructor_spec` syntax.

The parameters of the object type constructor method are the data attributes of the object type. They occur in the same order as the attribute definition order for the object type. The parameters of a nested table or varray constructor are the elements of the nested table or the varray.

### create_object_type

Use the `create_object_type` clause to create a user-defined object type. The variables that form the data structure are called **attributes**. The member subprograms that define the behavior of the object are called **methods**. The keywords AS OBJECT are required when creating an object type.

> **See Also:**  "Object Type Examples" on page 17-20

### OID Clause

The OID clause is useful for establishing type equivalence of identical objects in more than one database. Please refer to *Oracle Data Cartridge Developer's Guide* for information on this clause.

### invoker_rights_clause

The `invoker_rights_clause` lets you specify whether the member functions and procedures of the object type execute with the privileges and in the schema of the user who owns the object type or with the privileges and in the schema of CURRENT_USER. This specification applies to the corresponding type body as well.

This clause also determines how Oracle Database resolves external names in queries, DML operations, and dynamic SQL statements in the member functions and procedures of the type.

- Specify AUTHID CURRENT_USER if you want the member functions and procedures of the object type to execute with the privileges of CURRENT_USER. This clause creates an **invoker-rights type**.

  This clause also indicates that external names in queries, DML operations, and dynamic SQL statements resolve in the schema of CURRENT_USER. External names in all other statements resolve in the schema in which the type resides.

- Specify `AUTHID DEFINER` if you want the member functions and procedures of the object type to execute with the privileges of the owner of the schema in which the functions and procedures reside, and that external names resolve in the schema where the member functions and procedures reside. This is the default and creates a **definer-rights type**.

**Restrictions on Invoker Rights**
- You can specify this clause only for an object type, not for a nested table or varray type.

- You can specify this clause for clarity if you are creating a subtype. However, subtypes inherit the rights model of their supertypes, so you cannot specify a different value than was specified for the supertype.

- If the supertype was created with definer's rights, then you must create the subtype in the same schema as the supertype.

> **See Also:**
>
> - *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* for information on how `CURRENT_USER` is determined
>
> - *Oracle Database Security Guide* for information on invoker-rights and definer-rights types

## AS OBJECT Clause

Specify `AS OBJECT` to create a top-level object type. Such object types are sometimes called **root** object types.

## UNDER Clause

Specify `UNDER supertype` to create a subtype of an existing type. The existing supertype must be an object type. The subtype you create in this statement inherits the properties of its supertype. It must either override some of those properties or add new properties to distinguish it from the supertype.

> **See Also:**   "Subtype Example" on page 17-21 and "Type Hierarchy Example" on page 17-22

### *sqlj_object_type*

Specify this clause to create a **SQLJ object type**. In a SQLJ object type, you map a Java class to a SQL user-defined type. You can then define tables or columns on the SQLJ object type as you would with any other user-defined type.

Cloudera Exhibit 1020 - Page 1387 of 1808

Databricks_R2_PA_00003523

CREATE TYPE

You can map one Java class to multiple SQLJ object types. If there exists a subtype or supertype of a SQLJ object type, then it must also be a SQLJ object type. That is, all types in the hierarchy must be SQLJ object types.

***java_ext_name***    Specify the name of the Java class. If the class exists, it must be public. The Java external name, including the schema, will be validated.

Multiple SQLJ object types can be mapped to the same class. However:

- A subtype must be mapped to a class that is an immediate subclass of the class to which its supertype is mapped.

- Two subtypes of a common supertype cannot be mapped to the same class.

**SQLData | CustomDatum | OraData**    Choose the mechanism for creating the Java instance of the type. SQLData, CustomDatum, and OraData are the interfaces that determine which mechanism will be used.

> **See Also:**    *Oracle Database JDBC Developer's Guide and Reference* for information on these three interfaces and "SQLJ Object Type Example" on page 17-21

### element_spec
The *element_spec* lets you specify each attribute of the object type.

#### attribute
For *attribute*, specify the name of an object attribute. Attributes are data items with a name and a type specifier that form the structure of the object. You must specify at least one attribute for each object type.

If you are creating a subtype, the attribute name cannot be the same as any attribute or method name declared in the supertype chain.

#### datatype
For *datatype*, specify the Oracle Database built-in datatype or user-defined type of the attribute.

**Restrictions on Attribute Datatypes**
- You cannot specify attributes of type ROWID, LONG, or LONG RAW.

- You cannot specify a datatype of UROWID for a user-defined object type.

Cloudera Exhibit 1020 - Page 1388 of 1808

Databricks_R2_PA_00003524

- If you specify an object of type `REF`, then the target object must have an object identifier.

- If you are creating a collection type for use as a nested table or varray column of a table, then you cannot specify attributes of type `AnyType`, `AnyData`, or `AnyDataSet`.

    **See Also:** "Datatypes" on page 2-1 for a list of valid datatypes

### sqlj_object_type_attr

This clause is valid only if you have specified the `sqlj_object_type` clause—that is, you are mapping a Java class to a SQLJ object type. Specify the external name of the Java field that corresponds to the attribute of the SQLJ object type. The Java `field_name` must already exist in the class. You cannot map a Java `field_name` to more than one SQLJ object type attribute in the same type hierarchy.

This clause is optional when you create a SQLJ object type.

### subprogram_spec

The `subprogram_spec` lets you associate a procedure subprogram with the object type.

### MEMBER Clause

Specify a function or procedure subprogram associated with the object type that is referenced as an attribute. Typically, you invoke `MEMBER` methods in a selfish style, such as `object_expression.method()`. This class of method has an implicit first argument referenced as `SELF` in the method body, which represents the object on which the method has been invoked.

**Restriction on Member Methods**   You cannot specify a `MEMBER` method if you are mapping a Java class to a SQLJ object type.

    **See Also:** "Creating a Member Method: Example" on page 17-24

### STATIC Clause

Specify a function or procedure subprogram associated with the object type. Unlike `MEMBER` methods, `STATIC` methods do not have any implicit parameters. That is, you cannot reference `SELF` in their body. They are typically invoked as `type_name.method()`.

Cloudera Exhibit 1020 - Page 1389 of 1808

Databricks_R2_PA_00003525

CREATE TYPE

**Restrictions on Static Methods**

- You cannot map a MEMBER method in a Java class to a STATIC method in a SQLJ object type.

- For both MEMBER and STATIC methods, you must specify a corresponding method body in the object type body for each procedure or function specification.

> **See Also:** "Creating a Static Method: Example" on page 17-24

### [NOT] FINAL, [NOT] INSTANTIABLE

At the top level of the syntax, these clauses specify the inheritance attributes of the type.

Use the [NOT] FINAL clause to indicate whether any further subtypes can be created for this type:

- Specify FINAL if no further subtypes can be created for this type. This is the default.

- Specify NOT FINAL if further subtypes can be created under this type.

Use the [NOT] INSTANTIABLE clause to indicate whether any object instances of this type can be constructed:

- Specify INSTANTIABLE if object instances of this type can be constructed. This is the default.

- Specify NOT INSTANTIABLE if no default or user-defined constructor exists for this object type. You must specify these keywords for any type with noninstantiable methods and for any type that has no attributes, either inherited or specified in this statement.

### *inheritance_clauses*

As part of the *element_spec*, the *inheritance_clauses* let you specify the relationship between supertypes and subtypes.

**OVERRIDING**    This clause is valid only for MEMBER methods. Specify OVERRIDING to indicate that this method overrides a MEMBER method defined in the supertype. This keyword is required if the method redefines a supertype method. NOT OVERRIDING is the default.

**Restriction on OVERRIDING**    The OVERRIDING clause is not valid for a STATIC method or for a SQLJ object type.

Cloudera Exhibit 1020 - Page 1390 of 1808

Databricks_R2_PA_00003526

**FINAL**   Specify `FINAL` to indicate that this method cannot be overridden by any subtype of this type. The default is `NOT FINAL`.

**NOT INSTANTIABLE**   Specify `NOT INSTANTIABLE` if the type does not provide an implementation for this method. By default all methods are `INSTANTIABLE`.

**Restriction on NOT INSTANTIABLE**   If you specify `NOT INSTANTIABLE`, then you cannot specify `FINAL` or `STATIC`.

> **See Also:**   *constructor_spec* on page 17-17

### procedure_spec or function_spec
Use these clauses to specify the parameters and datatypes of the procedure or function. If this subprogram does not include the declaration of the procedure or function, then you must issue a corresponding `CREATE TYPE BODY` statement.

**Restriction on Procedure and Function Specification**   If you are creating a subtype, then the name of the procedure or function cannot be the same as the name of any attribute, whether inherited or not, declared in the supertype chain.

### return_clause   The first form of the `return_clause` is valid only for a function. The syntax shown is an abbreviated form.

> **See Also:**
>
> - *PL/SQL User's Guide and Reference* for information about method invocation and methods
>
> - CREATE PROCEDURE on page 15-62 and CREATE FUNCTION on page 14-61 for the full syntax with all possible clauses
>
> - CREATE TYPE BODY on page 17-26
>
> - "Restrictions on User-Defined Functions" on page 14-65 for a list of restrictions on user-defined functions

### sqlj_object_type_sig   Use this form of the `return_clause` if you intend to create SQLJ object type functions or procedures.

- If you are mapping a Java class to a SQLJ object type and you specify `EXTERNAL NAME`, then the value of the Java method returned must be compatible with the SQL returned value, and the Java method must be public.

Cloudera Exhibit 1020 - Page 1391 of 1808

Databricks_R2_PA_00003527

CREATE TYPE

___

Also, the method signature (method name plus parameter types) must be unique within the type hierarchy.

- If you specify EXTERNAL VARIABLE NAME, then the type of the Java static field must be compatible with the return type.

**call_spec**
Specify the call specification (call spec) that maps a Java or C method name, parameter types, and return type to their SQL counterparts. If all the member methods in the type have been defined in this clause, then you need not issue a corresponding CREATE TYPE BODY statement.

The *Java_declaration* string identifies the Java implementation of the method.

> **See Also:** *Oracle Database Java Developer's Guide* and *Oracle Database Application Developer's Guide - Fundamentals* for an explanation of the parameters and semantics of the Java and C declarations, respectively

**pragma_clause**
The *pragma_clause* lets you specify a compiler directive. The PRAGMA RESTRICT_REFERENCES compiler directive denies member functions read/write access to database tables, packaged variables, or both, and thereby helps to avoid side effects.

> **Note:** Oracle recommends that you avoid using this clause unless you must do so for backward compatibility of your applications. This clause has been deprecated, because Oracle Database now runs purity checks at run time.

**method** Specify the name of the MEMBER function or procedure to which the pragma is being applied.

**DEFAULT** Specify DEFAULT if you want the database to apply the pragma to all methods in the type for which a pragma has not been explicitly specified.

**WNDS** Specify WNDS to enforce the constraint writes no database state, which means that the method does not modify database tables.

**WNPS** Specify WNPS to enforce the constraint writes no package state, which means that the method does not modify packaged variables.

Cloudera Exhibit 1020 - Page 1392 of 1808

Databricks_R2_PA_00003528

**RNDS**    Specify `RNDS` to enforce the constraint reads no database state, which means that the method does not query database tables.

**RNPS**    Specify `RNPS` to enforce the constraint reads no package state, which means that the method does not reference package variables.

**TRUST**    Specify `TRUST` to indicate that the restrictions listed in the pragma are not actually to be enforced but are simply trusted to be true.

> **See Also:**    *Oracle Database Application Developer's Guide - Fundamentals*

### constructor_spec

Use this clause to create a user-defined constructor, which is a function that returns an initialized instance of a user-defined object type. You can declare multiple constructors for a single object type, as long as the parameters of each constructor differ in number, order, or datatype.

- User-defined constructor functions are always `FINAL` and `INSTANTIABLE`, so these keywords are optional.

- The parameter-passing mode of user-defined constructors is always `SELF IN OUT`. Therefore you need not specify this clause unless you wish to do so for clarity.

- `RETURN SELF AS RESULT` specifies that the run-time type of the value returned by the constructor is the same as the run-time type of the `SELF` argument.

> **See Also:**    *Oracle Database Application Developer's Guide - Object-Relational Features* for more information on and examples of user-defined constructors and "Constructor Example" on page 17-24

### map_order_function_spec

You can define either one `MAP` method or one `ORDER` method in a type specification, regardless how many `MEMBER` or `STATIC` methods you define. If you declare either method, then you can compare object instances in SQL.

You cannot define either `MAP` or `ORDER` methods for subtypes. However, a subtype can override a `MAP` method if the supertype defines a nonfinal `MAP` method. A subtype cannot override an `ORDER` method at all.

Cloudera Exhibit 1020 - Page 1393 of 1808

Databricks_R2_PA_00003529

You can specify either MAP or ORDER when mapping a Java class to a SQL type. However, the MAP or ORDER methods must map to MEMBER functions in the Java class.

If neither a MAP nor an ORDER method is specified, then only comparisons for equality or inequality can be performed. Therefore object instances cannot be ordered. Instances of the same type definition are equal only if each pair of their corresponding attributes is equal. No comparison method needs to be specified to determine the equality of two object types.

Use MAP if you are performing extensive sorting or hash join operations on object instances. MAP is applied once to map the objects to scalar values, and then the database uses the scalars during sorting and merging. A MAP method is more efficient than an ORDER method, which must invoke the method for each object comparison. You must use a MAP method for hash joins. You cannot use an ORDER method because the hash mechanism hashes on the object value.

> **See Also:** *Oracle Database Application Developer's Guide - Fundamentals* for more information about object value comparisons

**MAP MEMBER**   This clause lets you specify a MAP member function that returns the relative position of a given instance in the ordering of all instances of the object. A MAP method is called implicitly and induces an ordering of object instances by mapping them to values of a predefined scalar type. PL/SQL uses the ordering to evaluate Boolean expressions and to perform comparisons.

If the argument to the MAP method is null, then the MAP method returns null and the method is not invoked.

An object specification can contain only one MAP method, which must be a function. The result type must be a predefined SQL scalar type, and the MAP method can have no arguments other than the implicit SELF argument.

> **Note:**   If *type_name* will be referenced in queries containing sorts (through an ORDER BY, GROUP BY, DISTINCT, or UNION clause) or containing joins, and you want those queries to be parallelized, then you must specify a MAP member function.

A subtype cannot define a new MAP method. However it can override an inherited MAP method.

Databricks_R2_PA_00003530

**ORDER MEMBER**    This clause lets you specify an ORDER member function that takes an instance of an object as an explicit argument and the implicit SELF argument and returns either a negative, zero, or positive integer. The negative, positive, or zero indicates that the implicit SELF argument is less than, equal to, or greater than the explicit argument.

If either argument to the ORDER method is null, then the ORDER method returns null and the method is not invoked.

When instances of the same object type definition are compared in an ORDER BY clause, the ORDER method *map_order_function_spec* is invoked.

An object specification can contain only one ORDER method, which must be a function having the return type NUMBER.

A subtype can neither define nor override an ORDER method.

### create_varray_type

The *create_varray_type* lets you create the type as an ordered set of elements, each of which has the same datatype. You must specify a name and a maximum limit of one or more. The array limit must be an integer literal. Oracle Database does not support anonymous varrays.

The type name for the objects contained in the varray must be one of the following:

- A built-in datatype
- A REF
- An object type

**Restrictions on Varray Types**    You can create a VARRAY type of XMLType or of a LOB type for procedural purposes, for example, in PL/SQL or in view queries. However, database storage of such a varray is not supported, so you cannot create an object table or an object type column of such a varray type.

> **See Also:**    "Varray Type Example" on page 17-23

### create_nested_table_type

The *create_nested_table_type* lets you create a named nested table of type *datatype*.

- If *datatype* is an object type, then the nested table type describes a table whose columns match the name and attributes of the object type.

Cloudera Exhibit 1020 - Page 1395 of 1808

Databricks_R2_PA_00003531

- If *datatype* is a scalar type, then the nested table type describes a table with a single, scalar type column called `column_value`.

**Restriction on Nested Table Types**   You cannot specify `NCLOB` for *datatype*. However, you can specify `CLOB` or `BLOB`.

> **See Also:**   "Named Table Type Example" on page 17-23 and "Nested Table Type Containing a Varray" on page 17-23

## Examples

**Object Type Examples**   The following example shows how the sample type `customer_typ` was created for the sample Order Entry (oe) schema. A hypothetical name is given to the table so that you can duplicate this example in your test database:

```
CREATE TYPE customer_typ_demo AS OBJECT
    ( customer_id         NUMBER(6)
    , cust_first_name     VARCHAR2(20)
    , cust_last_name      VARCHAR2(20)
    , cust_address        CUST_ADDRESS_TYP
    , phone_numbers       PHONE_LIST_TYP
    , nls_language        VARCHAR2(3)
    , nls_territory       VARCHAR2(30)
    , credit_limit        NUMBER(9,2)
    , cust_email          VARCHAR2(30)
    , cust_orders         ORDER_LIST_TYP
    ) ;
```

In the following example, the `data_typ` object type is created with one member function `prod`, which is implemented in the `CREATE TYPE BODY` statement:

```
CREATE TYPE data_typ AS OBJECT
    ( year NUMBER,
      MEMBER FUNCTION prod(invent NUMBER) RETURN NUMBER
    );
/

CREATE TYPE BODY data_typ IS
      MEMBER FUNCTION prod (invent NUMBER) RETURN NUMBER IS
          BEGIN
                RETURN (year + invent);
          END;
      END;
```

Cloudera Exhibit 1020 - Page 1396 of 1808

Databricks_R2_PA_00003532

/

**Subtype Example**   The following statement shows how the subtype `corporate_ customer_typ` in the sample `oe` schema was created. It is based on the `customer_typ` supertype created in the preceding example and adds the `account_mgr_id` attribute. A hypothetical name is given to the table so that you can duplicate this example in your test database:

```
CREATE TYPE corporate_customer_typ_demo UNDER customer_typ
    ( account_mgr_id     NUMBER(6)
    );
```

**SQLJ Object Type Example**   The following examples create a SQLJ object type and subtype. The `address_t` type maps to the Java class `Examples.Address`. The subtype `long_address_t` maps to the Java class `Examples.LongAddress`. The examples specify SQLData as the mechanism used to create the Java instance of these types. Each of the functions in these type specifications has a corresponding implementation in the Java class.

> **See Also:**   *Oracle Database Application Developer's Guide - Object-Relational Features* for the Java implementation of the functions in these type specifications

```
CREATE TYPE address_t AS OBJECT
  EXTERNAL NAME 'Examples.Address' LANGUAGE JAVA
  USING SQLData(
    street_attr varchar(250) EXTERNAL NAME 'street',
    city_attr varchar(50) EXTERNAL NAME 'city',
    state varchar(50) EXTERNAL NAME 'state',
    zip_code_attr number EXTERNAL NAME 'zipCode',
    STATIC FUNCTION recom_width RETURN NUMBER
      EXTERNAL VARIABLE NAME 'recommendedWidth',
    STATIC FUNCTION create_address RETURN address_t
      EXTERNAL NAME 'create() return Examples.Address',
    STATIC FUNCTION construct RETURN address_t
      EXTERNAL NAME 'create() return Examples.Address',
    STATIC FUNCTION create_address (street VARCHAR, city VARCHAR,
        state VARCHAR, zip NUMBER) RETURN address_t
      EXTERNAL NAME 'create (java.lang.String, java.lang.String,
java.lang.String, int) return Examples.Address',
    STATIC FUNCTION construct (street VARCHAR, city VARCHAR,
        state VARCHAR, zip NUMBER) RETURN address_t
      EXTERNAL NAME
```

Cloudera Exhibit 1020 - Page 1397 of 1808

Databricks_R2_PA_00003533

CREATE TYPE

```
            'create (java.lang.String, java.lang.String, java.lang.String, int)
    return Examples.Address',
        MEMBER FUNCTION to_string RETURN VARCHAR
          EXTERNAL NAME 'tojava.lang.String() return java.lang.String',
        MEMBER FUNCTION strip RETURN SELF AS RESULT
          EXTERNAL NAME 'removeLeadingBlanks () return Examples.Address'
      ) NOT FINAL;

    CREATE OR REPLACE TYPE long_address_t
    UNDER address_t
    EXTERNAL NAME 'Examples.LongAddress' LANGUAGE JAVA
    USING SQLData(
        street2_attr VARCHAR(250) EXTERNAL NAME 'street2',
        country_attr VARCHAR (200) EXTERNAL NAME 'country',
        address_code_attr VARCHAR (50) EXTERNAL NAME 'addrCode',
        STATIC FUNCTION create_address RETURN long_address_t
          EXTERNAL NAME 'create() return Examples.LongAddress',
        STATIC FUNCTION  construct (street VARCHAR, city VARCHAR,
            state VARCHAR, country VARCHAR, addrs_cd VARCHAR)
          RETURN long_address_t
          EXTERNAL NAME
            'create(java.lang.String, java.lang.String,
            java.lang.String, java.lang.String, java.lang.String)
              return Examples.LongAddress',
        STATIC FUNCTION construct RETURN long_address_t
          EXTERNAL NAME 'Examples.LongAddress()
              return Examples.LongAddress',
        STATIC FUNCTION create_longaddress (
          street VARCHAR, city VARCHAR, state VARCHAR, country VARCHAR,
          addrs_cd VARCHAR) return long_address_t
          EXTERNAL NAME
            'Examples.LongAddress (java.lang.String, java.lang.String,
            java.lang.String, java.lang.String, java.lang.String)
              return Examples.LongAddress',
        MEMBER FUNCTION get_country RETURN VARCHAR
          EXTERNAL NAME 'country_with_code () return java.lang.String'
      );
```

**Type Hierarchy Example**   The following statements create a type hierarchy. Type
employee_t inherits the name and ssn attributes from type person_t and in
addition has department_id and salary attributes. Type part_time_emp_t
inherits all of the attributes from employee_t and, through employee_t, those of
person_t and in addition has a num_hrs attribute. Type part_time_emp_t is
final by default, so no further subtypes can be created under it.

Cloudera Exhibit 1020 - Page 1398 of 1808

Databricks_R2_PA_00003534

```
CREATE TYPE person_t AS OBJECT (name VARCHAR2(100), ssn NUMBER)
  NOT FINAL;

CREATE TYPE employee_t UNDER person_t
  (department_id NUMBER, salary NUMBER) NOT FINAL;

CREATE TYPE part_time_emp_t UNDER employee_t (num_hrs NUMBER);
```

You can use type hierarchies to create substitutable tables and tables with substitutable columns. For examples, see "Substitutable Table and Column Examples" on page 16-68.

**Varray Type Example**   The following statement shows how the `phone_list_typ` varray type with five elements in the sample `oe` schema was created. A hypothetical name is given to the table so that you can duplicate this example in your test database:

```
CREATE TYPE phone_list_typ_demo AS VARRAY(5) OF VARCHAR2(25);
```

**Named Table Type Example**   The following example from the sample schema `pm` creates the named table type `textdoc_tab` of object type `textdoc_typ`:

```
CREATE TYPE textdoc_typ AS OBJECT
    ( document_typ      VARCHAR2(32)
    , formatted_doc     BLOB
    ) ;

CREATE TYPE textdoc_tab AS TABLE OF textdoc_typ;
```

**Nested Table Type Containing a Varray**   The following example of multilevel collections is a variation of the sample table `oe.customers`. In this example, the `cust_address` object column becomes a nested table column with the `phone_list_typ` varray column embedded in it:

```
CREATE TYPE phone_list_typ AS VARRAY(5) OF VARCHAR2(25);

CREATE TYPE cust_address_typ2 AS OBJECT
      ( street_address      VARCHAR2(40)
      , postal_code         VARCHAR2(10)
      , city                VARCHAR2(30)
      , state_province      VARCHAR2(10)
      , country_id          CHAR(2)
      , phone               phone_list_typ
      );
```

Cloudera Exhibit 1020 - Page 1399 of 1808

Databricks_R2_PA_00003535

CREATE TYPE

```
CREATE TYPE cust_nt_address_typ
   AS TABLE OF cust_address_typ2;
```

**Constructor Example**   This example invokes the system-defined constructor to construct the `demo_typ` object and insert it into the `demo_tab` table:

```
CREATE TYPE demo_typ1 AS OBJECT (a1 NUMBER, a2 NUMBER);

CREATE TABLE demo_tab1 (b1 NUMBER, b2 demo_typ1);

INSERT INTO demo_tab1 VALUES (1, demo_typ1(2,3));
```

> **See Also:**   *Oracle Database Application Developer's Guide - Fundamentals* and *PL/SQL User's Guide and Reference* for more information about constructors

**Creating a Member Method: Example**   The following example invokes method constructor `col.getbar()`. The example assumes the `getbar` method already exists.

```
CREATE TYPE demo_typ2 AS OBJECT (a1 NUMBER,
   MEMBER FUNCTION getbar RETURN NUMBER);

CREATE TABLE demo_tab2(col demo_typ2);

SELECT col.getbar() FROM demo_tab2;
```

Unlike function invocations, method invocations require parentheses, even when the methods do not have additional arguments.

**Creating a Static Method: Example**   The following example changes the definition of the `employee_t` type to associate it with the `construct_emp` function. The example first creates an object type `department_t` and then an object type `employee_t` containing an attribute of type `department_t`:

```
CREATE OR REPLACE TYPE department_t AS OBJECT (
   deptno number(10),
   dname CHAR(30));

CREATE OR REPLACE TYPE employee_t AS OBJECT(
   empid RAW(16),
   ename CHAR(31),
   dept REF department_t,
      STATIC function construct_emp
      (name VARCHAR2, dept REF department_t)
```

Cloudera Exhibit 1020 - Page 1400 of 1808

Databricks_R2_PA_00003536

```
      RETURN employee_t
);
```

This statement requires the following type body statement. The PL/SQL is shown in italics:

```
CREATE OR REPLACE TYPE BODY employee_t IS
   STATIC FUNCTION construct_emp
   (name varchar2, dept REF department_t)
   RETURN employee_t IS
      BEGIN
         return employee_t(SYS_GUID(),name,dept);
      END;
END;
```

Next create an object table and insert into the table:

```
CREATE TABLE emptab OF employee_t;
INSERT INTO emptab
   VALUES (employee_t.construct_emp('John Smith', NULL));
```

Cloudera Exhibit 1020 - Page 1401 of 1808

Databricks_R2_PA_00003537

## CREATE TYPE BODY

### Purpose

Use the CREATE TYPE BODY to define or implement the member methods defined in the object type specification. You create object types with the CREATE TYPE and the CREATE TYPE BODY statements. The CREATE TYPE statement specifies the name of the object type, its attributes, methods, and other properties. The CREATE TYPE BODY statement contains the code for the methods that implement the type.

For each method specified in an object type specification for which you did not specify the *call_spec,* you must specify a corresponding method body in the object type body.

> **Note:**  If you create a SQLJ object type, then specified it as a Java class.

> **See Also:**  CREATE TYPE on page 17-3 and ALTER TYPE on page 13-7 for information on creating and modifying a type specification

### Prerequisites

Every member declaration in the CREATE TYPE specification for object types must have a corresponding construct in the CREATE TYPE or CREATE TYPE BODY statement.

To create or replace a type body in your own schema, you must have the CREATE TYPE or the CREATE ANY TYPE system privilege. To create an object type in another user's schema, you must have the CREATE ANY TYPE system privilege. To replace an object type in another user's schema, you must have the DROP ANY TYPE system privilege.

Cloudera Exhibit 1020 - Page 1402 of 1808

Databricks_R2_PA_00003538

## Syntax

**create_type_body::=**



(*subprogram_declaration::=* on page 17-27, *map_order_func_declaration::=* on page 17-28)

**subprogram_declaration::=**



**procedure_declaration::=**



(*call_spec::=* on page 17-8)

**function_declaration::=**



(*call_spec::=* on page 17-8)

Cloudera Exhibit 1020 - Page 1403 of 1808

Databricks_R2_PA_00003539

CREATE TYPE BODY

**constructor_declaration::=**



**map_order_func_declaration::=**



**call_spec::=**



**Java_declaration::=**



**C_declaration::=**



Cloudera Exhibit 1020 - Page 1404 of 1808

Databricks_R2_PA_00003540

## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the type body if it already exists. Use this clause to change the definition of an existing type body without first dropping it.

Users previously granted privileges on the re-created object type body can use and reference the object type body without being granted privileges again.

You can use this clause to add new member subprogram definitions to specifications added with the ALTER TYPE ... REPLACE statement.

### *schema*

Specify the schema to contain the type body. If you omit *schema*, then the database creates the type body in your current schema.

### *type_name*

Specify the name of an object type.

### *subprogram_declaration*

Specify the type of function or procedure subprogram associated with the object type specification.

You must define a corresponding method name and optional parameter list in the object type specification for each procedure or function declaration. For functions, you also must specify a return type.

***procedure_declaration, function_declaration,***    Declare a procedure or function subprogram.

***constructor_declaration***    Declare a user-defined constructor subprogram. The RETURN clause of a constructor function must be RETURN SELF AS RESULT. This setting indicates that the most specific type of the value returned by the constructor function is the same as the most specific type of the SELF argument that was passed in to the constructor function.

Cloudera Exhibit 1020 - Page 1405 of 1808

Databricks_R2_PA_00003541

**See Also:**

- CREATE TYPE on page 17-3 for a list of restrictions on user-defined functions

- *PL/SQL User's Guide and Reference* for information about overloading subprogram names within a package

- CREATE PROCEDURE on page 15-62, CREATE FUNCTION on page 14-61, and *Oracle Database Application Developer's Guide - Fundamentals* for information on the components of type body

- *Oracle Database Application Developer's Guide - Object-Relational Features* for information on and examples of user-defined constructors

***pl/sql_block***   Declare the procedure or function.

**See Also:**   *PL/SQL User's Guide and Reference*

***call_spec***   Specify the call specification (call spec) that maps a Java or C method name, parameter types, and return type to their SQL counterparts.

The `Java_declaration` string identifies the Java implementation of the method.

**See Also:**

- *Oracle Database Java Developer's Guide*

- *Oracle Database Application Developer's Guide - Fundamentals* for an explanation of the parameters and semantics of the `C_declaration`

### map_order_func_declaration

You can declare either one `MAP` method or one `ORDER` method, regardless how many `MEMBER` or `STATIC` methods you declare. If you declare either a `MAP` or `ORDER` method, then you can compare object instances in SQL.

If you do not declare either method, you can compare object instances only for equality or inequality. Instances of the same type definition are equal only if each pair of their corresponding attributes is equal.

Cloudera Exhibit 1020 - Page 1406 of 1808

Databricks_R2_PA_00003542

### MAP MEMBER Clause

Specify MAP MEMBER to declare or implement a MAP member function that returns the relative position of a given instance in the ordering of all instances of the object. A MAP method is called implicitly and specifies an ordering of object instances by mapping them to values of a predefined scalar type. PL/SQL uses the ordering to evaluate Boolean expressions and to perform comparisons.

If the argument to the MAP method is null, then the MAP method returns null and the method is not invoked.

An object type body can contain only one MAP method, which must be a function. The MAP function can have no arguments other than the implicit SELF argument.

### ORDER MEMBER Clause

Specify ORDER MEMBER to specify an ORDER member function that takes an instance of an object as an explicit argument and the implicit SELF argument and returns either a negative integer, zero, or a positive integer, indicating that the implicit SELF argument is less than, equal to, or greater than the explicit argument, respectively.

If either argument to the ORDER method is null, then the ORDER method returns null and the method is not invoked.

When instances of the same object type definition are compared in an ORDER BY clause, Oracle Database invokes the ORDER MEMBER *function_declaration*.

An object specification can contain only one ORDER method, which must be a function having the return type NUMBER.

**function_declaration**    Declare a function subprogram. Please refer to CREATE PROCEDURE on page 15-62 and CREATE FUNCTION on page 14-61 for the full syntax with all possible clauses.

**AS EXTERNAL**    AS EXTERNAL is an alternative way of declaring a C method. This clause has been deprecated and is supported for backward compatibility only. Oracle recommends that you use the *call_spec* syntax with the *C_ declaration*.

## Examples

Several examples of creating type bodies appear in the "Examples" section of CREATE TYPE on page 17-3. For an example of re-creating a type body, please refer to "Adding a Member Function: Example" on page 13-21 in the documentation on ALTER TYPE.

Databricks_R2_PA_00003543

CREATE USER

---

# CREATE USER

## Purpose

Use the CREATE USER statement to create and configure a database **user**, which is an account through which you can log in to the database, and to establish the means by which Oracle Database permits access by the user.

You can enable a user to connect to the database through a proxy application or application server. For syntax and discussion, refer to ALTER USER on page 13-24.

## Prerequisites

You must have the CREATE USER system privilege. When you create a user with the CREATE USER statement, the user's privilege domain is empty. To log on to Oracle Database, a user must have the CREATE SESSION system privilege. Therefore, after creating a user, you should grant the user at least the CREATE SESSION system privilege. Please refer to GRANT on page 18-40 for more information.

Cloudera Exhibit 1020 - Page 1408 of 1808

Databricks_R2_PA_00003544

## Syntax

**create_user::=**



## Semantics

### *user*

Specify the name of the user to be created. This name can contain only characters from your database character set and must follow the rules described in the section "Schema Object Naming Rules" on page 2-107. Oracle recommends that the user name contain at least one single-byte character regardless of whether the database character set also contains multibyte characters.

Cloudera Exhibit 1020 - Page 1409 of 1808

Databricks_R2_PA_00003545

CREATE USER

---

> **Note:**   Oracle Corporation recommends that user names and passwords be encoded in ASCII or EBCDIC characters only, depending on your platform. Please refer to *Oracle Database Administrator's Guide* for more information about this recommendation.

**See Also:**   "Creating a Database User: Example" on page 17-37

## IDENTIFIED Clause

The `IDENTIFIED` clause lets you indicate how Oracle Database authenticates the user.

### BY password

The `BY` *password* clause lets you creates a **local user** and indicates that the user must specify *password* to log on to the database. Passwords can contain only single-byte characters from your database character set regardless of whether character set also contains multibyte characters.

Passwords must follow the rules described in the section "Schema Object Naming Rules" on page 2-107, unless you are using the Oracle Database password complexity verification routine. That routine requires a more complex combination of characters than the normal naming rules permit. You implement this routine with the `UTLPWDMG.SQL` script, which is further described in *Oracle Database Security Guide*.

> **Note:**   Oracle Corporation recommends that user names and passwords be encoded in ASCII or EBCDIC characters only, depending on your platform. Please refer to *Oracle Database Administrator's Guide* for more information about this recommendation.

**See Also:**   *Oracle Database Administrator's Guide* to for a detailed discussion of password management and protection

Cloudera Exhibit 1020 - Page 1410 of 1808

Databricks_R2_PA_00003546

### EXTERNALLY Clause

Specify EXTERNALLY to create an **external user.** Such a user must be authenticated by an external service, such as an operating system or a third-party service. In this case, Oracle Database relies on the login authentication of the operating system to ensure that a specific operating system user has access to a specific database user.

> **Caution:**   Oracle strongly recommends that you do not use IDENTIFIED EXTERNALLY with operating systems that have inherently weak login security. For more information, see *Oracle Database Administrator's Guide*.

> **See Also:**   "Creating External Database Users: Examples" on page 17-38

### GLOBALLY Clause

The GLOBALLY clause lets you create a **global user.** Such a user must be authenticated by the enterprise directory service. The *external_name* string can take one of two forms:

- The X.509 name at the enterprise directory service that identifies this user. It should be of the form CN=*username,other_attributes*, where *other_attributes* is the rest of the user's distinguished name (DN) in the directory.

- A null string (' ') indicating that the enterprise directory service will map authenticated global users to the appropriate database schema with the appropriate roles.

You can control the ability of an application server to connect as the specified user and to activate that user's roles using the ALTER USER statement.

> **See Also:**
>
> - *Oracle Advanced Security Administrator's Guide* for more information on global users
>
> - ALTER USER on page 13-24
>
> - "Creating a Global Database User: Example" on page 17-39

### DEFAULT TABLESPACE Clause

Specify the default tablespace for objects that the user creates. If you omit this clause, then the user's objects are stored in the database default tablespace. If no

Cloudera Exhibit 1020 - Page 1411 of 1808

Databricks_R2_PA_00003547

default tablespace has been specified for the database, then the user's objects are stored in the SYSTEM tablespace.

**Restriction on Default Tablespaces**   You cannot specify a locally managed tablespace, including an undo tablespace, or a dictionary-managed temporary tablespace as a user's default tablespace.

> **See Also:**
>
> - CREATE TABLESPACE on page 16-80 for more information on tablespaces in general and undo tablespaces in particular
>
> - *Oracle Database Security Guide* for more information on assigning default tablespaces to users

## TEMPORARY TABLESPACE Clause

Specify the tablespace or tablespace group for the user's temporary segments. If you omit this clause, then the user's temporary segments are stored in the database default temporary tablespace or, if none has been specified, in the SYSTEM tablespace.

- Specify *tablespace* to indicate the user's temporary tablespace.
- Specify *tablespace_group_name* to indicate that the user can save temporary segments in any tablespace in the tablespace group specified by *tablespace_group_name*.

**Restrictions on Temporary Tablespace**

- The tablespace must be a temporary tablespace and must have a standard block size.
- The tablespace cannot be an undo tablespace or a tablespace with automatic segment-space management.

> **See Also:**
>
> - *Oracle Database Administrator's Guide* for information about tablespace groups and *Oracle Database Security Guide* for information on assigning temporary tablespaces to users
>
> - CREATE TABLESPACE on page 16-80 for more information on undo tablespaces and segment management
>
> - "Assigning a Tablespace Group: Example" on page 13-31

Databricks_R2_PA_00003548

### QUOTA Clause

Use the QUOTA clause to allow the user to allocate up to *integer* bytes of space in the tablespace. This quota is the maximum space in the tablespace the user can allocate.

A CREATE USER statement can have multiple QUOTA clauses for multiple tablespaces.

UNLIMITED lets the user allocate space in the tablespace without bound.

> **See Also:**   *Oracle Database Security Guide* for more information on assigning tablespace quotas

### PROFILE Clause

Specify the profile you want to assign to the user. The profile limits the amount of database resources the user can use. If you omit this clause, then Oracle Database assigns the DEFAULT profile to the user.

> **See Also:**   GRANT on page 18-40 and CREATE PROFILE on page 15-69

### PASSWORD EXPIRE Clause

Specify PASSWORD EXPIRE if you want the user's password to expire. This setting forces the user or the DBA to change the password before the user can log in to the database.

### ACCOUNT Clause

Specify ACCOUNT LOCK to lock the user's account and disable access. Specify ACCOUNT UNLOCK to unlock the user's account and enable access to the account.

## Examples

All of the following examples use the example tablespace, which exists in the seed database and is accessible to the sample schemas.

**Creating a Database User: Example**   If you create a new user with PASSWORD EXPIRE, then the user's password must be changed before the user attempts to log in to the database. You can create the user sidney by issuing the following statement:

```
CREATE USER sidney
```

Cloudera Exhibit 1020 - Page 1413 of 1808

Databricks_R2_PA_00003549

CREATE USER

```
IDENTIFIED BY out_standing1
DEFAULT TABLESPACE example
QUOTA 10M ON example
TEMPORARY TABLESPACE temp
QUOTA 5M ON system
PROFILE app_user
PASSWORD EXPIRE;
```

The user `sidney` has the following characteristics:

- The password `out_standing1`

- Default tablespace `example`, with a quota of 10 megabytes

- Temporary tablespace `temp`

- Access to the tablespace `SYSTEM`, with a quota of 5 megabytes

- Limits on database resources defined by the profile `app_user` (which was created in "Creating a Profile: Example" on page 15-75)

- An expired password, which must be changed before `sidney` can log in to the database

**Creating External Database Users: Examples**   The following example creates an external user, who must be identified by an external source before accessing the database:

```
CREATE USER app_user1
    IDENTIFIED EXTERNALLY
    DEFAULT TABLESPACE example
    QUOTA 5M ON example
    PROFILE app_user;
```

The user `app_user1` has the following additional characteristics:

- Default tablespace `example`

- Default temporary tablespace `example`

- 5M of space on the tablespace `example` and unlimited quota on the temporary tablespace of the database

- Limits on database resources defined by the `app_user` profile

To create another user accessible only by an operating system account, prefix the user name with the value of the initialization parameter `OS_AUTHENT_PREFIX`. For

Cloudera Exhibit 1020 - Page 1414 of 1808

Databricks_R2_PA_00003550

example, if this value is "ops$", you can create the externally identified user `external_user` with the following statement:

```
CREATE USER ops$external_user
   IDENTIFIED EXTERNALLY
   DEFAULT TABLESPACE example
   QUOTA 5M ON example
   PROFILE app_user;
```

**Creating a Global Database User: Example**   The following example creates a global user. When you create a global user, you can specify the X.509 name that identifies this user at the enterprise directory server:

```
CREATE USER global_user
   IDENTIFIED GLOBALLY AS 'CN=analyst, OU=division1, O=oracle, C=US'
   DEFAULT TABLESPACE example
   QUOTA 5M ON example;
```

Cloudera Exhibit 1020 - Page 1415 of 1808

Databricks_R2_PA_00003551

# CREATE VIEW

## Purpose

Use the `CREATE VIEW` statement to define a **view**, which is a logical table based on one or more tables or views. A view contains no data itself. The tables upon which a view is based are called **base tables**.

You can also create an **object view** or a relational view that supports LOBs, object types, `REF`s, nested table, or varray types on top of the existing view mechanism. An object view is a view of a user-defined type, where each row contains objects, each object with a unique object identifier.

You can also create `XMLType` views, which are similar to an object views but display data from XMLSchema-based tables of `XMLType`.

> **See Also:**
>
> - *Oracle Database Concepts, Oracle Database Application Developer's Guide - Fundamentals,* and *Oracle Database Administrator's Guide* for information on various types of views and their uses
>
> - *Oracle XML DB Developer's Guide* for information on `XMLType` views
>
> - ALTER VIEW on page 13-33 and DROP VIEW on page 18-23 for information on modifying a view and removing a view from the database

## Prerequisites

To create a view in your own schema, you must have the `CREATE VIEW` system privilege. To create a view in another user's schema, you must have the `CREATE ANY VIEW` system privilege.

To create a subview, you must have the `UNDER ANY VIEW` system privilege or the `UNDER` object privilege on the superview.

The owner of the schema containing the view must have the privileges necessary to either select, insert, update, or delete rows from all the tables or views on which the view is based. The owner must be granted these privileges directly, rather than through a role.

To use the basic constructor method of an object type when creating an object view, one of the following must be true:

Cloudera Exhibit 1020 - Page 1416 of 1808

Databricks_R2_PA_00003552

- The object type must belong to the same schema as the view to be created.

- You must have the `EXECUTE ANY TYPE` system privileges.

- You must have the `EXECUTE` object privilege on that object type.

> **See Also:** SELECT on page 19-4, INSERT on page 18-65, UPDATE on page 19-75, and DELETE on page 17-55 for information on the privileges required by the owner of a view on the base tables or views of the view being created

## Syntax

**create_view::=**



(*inline_constraint::=* on page 8-7 and *out_of_line_constraint::=* on page 8-7, *object_view_clause::=* on page 17-42, *XMLType_view_clause::=* on page 17-42, *subquery::=* on page 19-5—part of SELECT, *subquery_restriction_clause::=* on page 17-42)

Cloudera Exhibit 1020 - Page 1417 of 1808

Databricks_R2_PA_00003553

CREATE VIEW

**object_view_clause::=**



(*inline_constraint::=* on page 8-7 and *out_of_line_constraint::=* on page 8-7)

**XMLType_view_clause::=**



**XMLSchema_spec::=**



**subquery_restriction_clause::=**



**17-42** SQL Reference

Cloudera Exhibit 1020 - Page 1418 of 1808

## Semantics

### OR REPLACE

Specify OR REPLACE to re-create the view if it already exists. You can use this clause to change the definition of an existing view without dropping, re-creating, and regranting object privileges previously granted on it.

INSTEAD OF triggers defined in the view are dropped when a view is re-created.

If any materialized views are dependent on *view*, then those materialized views will be marked UNUSABLE and will require a full refresh to restore them to a usable state. Invalid materialized views cannot be used by query rewrite and cannot be refreshed until they are recompiled.

> **See Also:**
>
> - ALTER MATERIALIZED VIEW on page 11-2 for information on refreshing invalid materialized views
>
> - *Oracle Database Concepts* for information on materialized views in general
>
> - CREATE TRIGGER on page 16-100 for more information about the INSTEAD OF clause

### FORCE

Specify FORCE if you want to create the view regardless of whether the base tables of the view or the referenced object types exist or the owner of the schema containing the view has privileges on them. These conditions must be true before any SELECT, INSERT, UPDATE, or DELETE statements can be issued against the view.

If the view definition contains any constraints, CREATE VIEW ... FORCE will fail if the base table does not exist or the referenced object type does not exist. CREATE VIEW ... FORCE will also fail if the view definition names a constraint that does not exist.

### NO FORCE

Specify NOFORCE if you want to create the view only if the base tables exist and the owner of the schema containing the view has privileges on them. This is the default.

Cloudera Exhibit 1020 - Page 1419 of 1808

Databricks_R2_PA_00003555

### schema

Specify the schema to contain the view. If you omit *schema*, then Oracle Database creates the view in your own schema.

### view

Specify the name of the view or the object view.

**Restriction on Views**   If a view has `INSTEAD OF` triggers, then any views created on it must have `INSTEAD OF` triggers, even if the views are inherently updatable.

>   **See Also:**   "Creating a View: Example" on page 17-50

### alias

Specify names for the expressions selected by the defining query of the view. The number of aliases must match the number of expressions selected by the view. Aliases must follow the rules for naming Oracle Database schema objects. Aliases must be unique within the view.

If you omit the aliases, the database derives them from the columns or column aliases in the query. For this reason, you must use aliases if the query contains expressions rather than only column names. Also, you must specify aliases if the view definition includes constraints.

**Restriction on View Aliases**   You cannot specify an alias when creating an object view.

>   **See Also:**   "Syntax for Schema Objects and Parts in SQL Statements" on page 2-112

### inline_constraint and out_of_line_constraint

You can specify constraints on views and object views. You define the constraint at the view level using the `out_of_line_constraint` clause. You define the constraint as part of column or attribute specification using the `inline_constraint` clause after the appropriate alias.

Oracle Database does not enforce view constraints. For a full discussion of view constraints, including restrictions, please refer to *constraint* on page 8-5 in the documentation on constraints.

>   **See Also:**   "Creating a View with Constraints: Example" on page 17-50

Databricks_R2_PA_00003556

### object_view_clause

The *object_view_clause* lets you define a view on an object type.

> **See Also:** "Creating an Object View: Example" on page 17-53

### OF *type_name* Clause

Use this clause to explicitly create an **object view** of type *type_name*. The columns of an object view correspond to the top-level attributes of type *type_name*. Each row will contain an object instance and each instance will be associated with an object identifier (OID) as specified in the WITH OBJECT IDENTIFIER clause. If you omit *schema*, then the database creates the object view in your own schema.

Object tables, as well as XMLType tables, object views, and XMLType views, do not have any column names specified for them. Therefore, Oracle Database defines a system-generated pseudocolumn OBJECT_ID. You can use this column name in queries and to create object views with the WITH OBJECT IDENTIFIER clause.

### WITH OBJECT IDENTIFIER Clause

Use the WITH OBJECT IDENTIFIER clause to specify a top-level (root) object view. This clause lets you specify the attributes of the object type that will be used as a key to identify each row in the object view. In most cases these attributes correspond to the primary key columns of the base table. You must ensure that the attribute list is unique and identifies exactly one row in the view.

#### Restrictions on Object Views

- If you try to dereference or pin a primary key REF that resolves to more than one instance in the object view, then the database returns an error.

- You cannot specify this clause if you are creating a subview, because subviews inherit object identifiers from superviews.

> **Note:** The the database8*i*, Release 8.0 syntax WITH OBJECT OID is replaced with this syntax for clarity. The keywords WITH OBJECT OID are supported for backward compatibility, but Oracle recommends that you use the new syntax WITH OBJECT IDENTIFIER.

If the object view is defined on an object table or an object view, then you can omit this clause or specify DEFAULT.

Cloudera Exhibit 1020 - Page 1421 of 1808

Databricks_R2_PA_00003557

**DEFAULT**    Specify `DEFAULT` if you want the database to use the intrinsic object identifier of the underlying object table or object view to uniquely identify each row.

***attribute***    For `attribute`, specify an attribute of the object type from which the database should create the object identifier for the object view.

### UNDER Clause

Use the `UNDER` clause to specify a subview based on an object superview.

#### Restrictions on Subviews

- You must create a subview in the same schema as the superview.

- The object type `type_name` must be the immediate subtype of `superview`.

- You can create only one subview of a particular type under the same superview.

> **See Also:**
>
> - CREATE TYPE on page 17-3 for information about creating objects
>
> - *Oracle Database Reference* for information on data dictionary views

### AS *subquery*

Specify a subquery that identifies columns and rows of the table(s) that the view is based on. The select list of the subquery can contain up to 1000 expressions.

If you create views that refer to remote tables and views, then the database links you specify must have been created using the `CONNECT TO` clause of the `CREATE DATABASE LINK` statement, and you must qualify them with a schema name in the view subquery.

If you create a view with the `flashback_query_clause` in the defining query, the database does not interpret the `AS OF` expression at create time but rather each time a user subsequently queries the view.

> **See Also:**    "Creating a Join View: Example" on page 17-51 and *Oracle Database Application Developer's Guide - Fundamentals* for more information on Oracle Flashback Query

#### Restrictions on the Defining Query of a View

- The subquery cannot select the `CURRVAL` or `NEXTVAL` pseudocolumns.

Databricks_R2_PA_00003558

- If the subquery selects the ROWID, ROWNUM, or LEVEL pseudocolumns, then those columns must have aliases in the view subquery.

- If the subquery uses an asterisk (*) to select all columns of a table, and you later add new columns to the table, then the view will not contain those columns until you re-create the view by issuing a CREATE OR REPLACE VIEW statement.

- For object views, the number of elements in the subquery select list must be the same as the number of top-level attributes for the object type. The datatype of each of the selecting elements must be the same as the corresponding top-level attribute.

- You cannot specify the SAMPLE clause.

The preceding restrictions apply to materialized views as well.

**Notes on Updatable Views**

An updatable view is one you can use to insert, update, or delete base table rows. You can create a view to be inherently updatable, or you can create an INSTEAD OF trigger on any view to make it updatable.

To learn whether and in what ways the columns of an inherently updatable view can be modified, query the USER_UPDATABLE_COLUMNS data dictionary view. The information displayed by this view is meaningful only for inherently updatable views. For a view to be inherently updatable, the following conditions must be met:

- Each column in the view must map to a column of a single table. For example, if a view column maps to the output of a TABLE clause (an unnested collection), then the view is not inherently updatable.

- The view must not contain any of the following constructs:

  A set operator
  a DISTINCT operator
  An aggregate or analytic function
  A GROUP BY, ORDER BY, MODEL, CONNECT BY, or START WITH clause
  A collection expression in a SELECT list
  A subquery in a SELECT list
  A subquery designated WITH READ ONLY
  Joins, with some exceptions, as documented in *Oracle Database Administrator's Guide*

- In addition, if an inherently updatable view contains pseudocolumns or expressions, then you cannot update base table rows with an UPDATE statement that refers to any of these pseudocolumns or expressions.

Cloudera Exhibit 1020 - Page 1423 of 1808

Databricks_R2_PA_00003559

CREATE VIEW

- If you want a join view to be updatable, then all of the following conditions must be true:

    - The DML statement must affect only one table underlying the join.

    - For an `INSERT` statement, the view must not be created `WITH CHECK OPTION`, and all columns into which values are inserted must come from a **key-preserved table**. A key-preserved table is one for which every primary key or unique key value in the base table is also unique in the join view.

    - For an `UPDATE` statement, all columns updated must be extracted from a key-preserved table. If the view was created `WITH CHECK OPTION`, then join columns and columns taken from tables that are referenced more than once in the view must be shielded from `UPDATE`.

- For a `DELETE` statement, if the join results in more than one key-preserved table, then Oracle Database deletes from the first table named in the `FROM` clause, whether or not the view was created `WITH CHECK OPTION`.

    **See Also:**

    - *Oracle Database Administrator's Guide* for more information on updatable views

    - *Oracle Database Application Developer's Guide - Fundamentals* for more information about updating object views or relational views that support object types

    - "Creating an Updatable View: Example" on page 17-51, "Creating a Join View: Example" on page 17-51 for an example of updatable join views and key-preserved tables, and "Creating an INSTEAD OF Trigger: Example" on page 16-113 for an example of an `INSTEAD OF` trigger on a view that is not inherently updatable

An updatable view is one you can use to insert, update, or delete base table rows. You can create a view to be inherently updatable, or you can create an `INSTEAD OF` trigger on any view to make it updatable.

### XMLType_view_clause
Use this clause to create an `XMLType` view, which displays data from an XMLSchema-based table of type `XMLType`. The *XMLSchema_spec* indicates the XMLSchema to be used to map the XML data to its object-relational equivalents.

Cloudera Exhibit 1020 - Page 1424 of 1808

Databricks_R2_PA_00003560

The XMLSchema must already have been created before you can create an `XMLType` view.

Object tables, as well as `XMLType` tables, object views, and `XMLType` views, do not have any column names specified for them. Therefore, Oracle Database defines a system-generated pseudocolumn `OBJECT_ID`. You can use this column name in queries and to create object views with the `WITH OBJECT IDENTIFIER` clause.

> **See Also:**
>
> ■ *Oracle XML DB Developer's Guide* for information on `XMLType` views and XMLSchemas
>
> ■ "Creating an XMLType View: Example" on page 17-53 and "Creating a View on an XMLType Table: Example" on page 17-53

### subquery_restriction_clause

Use the `subquery_restriction_clause` to restrict the defining query of the view in one of the following ways:

**WITH READ ONLY**    Specify `WITH READ ONLY` to indicate that the table or view cannot be updated.

**WITH CHECK OPTION**    Specify `WITH CHECK OPTION` to indicate that Oracle Database prohibits any changes to the table or view that would produce rows that are not included in the subquery. When used in the subquery of a DML statement, you can specify this clause in a subquery in the FROM clause but not in subquery in the `WHERE` clause.

**CONSTRAINT *constraint***    Specify the name of the `CHECK OPTION` constraint. If you omit this identifier, then Oracle automatically assigns the constraint a name of the form `SYS_C`*n*, where n is an integer that makes the constraint name unique within the database.

**WITH READ ONLY**    Specify `WITH READ ONLY` to indicate that the table or view cannot be updated.

**WITH CHECK OPTION**    Specify `WITH CHECK OPTION` to indicate that Oracle Database prohibits any changes to the table or view that would produce rows that are not included in the subquery. When used in the subquery of a DML statement,

Databricks_R2_PA_00003561

you can specify this clause in a subquery in the FROM clause but not in subquery in the WHERE clause.

**CONSTRAINT *constraint*** Specify the name of the CHECK OPTION constraint. If you omit this identifier, then the database automatically assigns the constraint a name of the form SYS_C*n*, where *n* is an integer that makes the constraint name unique within the database.

---

**Note on WITH CHECK OPTION:** For tables, WITH CHECK OPTION guarantees that inserts and updates result in tables that the defining table subquery can select. For views, WITH CHECK OPTION cannot make this guarantee if:

- There is a subquery within the defining query of this view or any view on which this view is based or

- INSERT, UPDATE, or DELETE operations are performed using INSTEAD OF triggers.

---

**See Also:** "Creating a Read-Only View: Example" on page 17-52

## Examples

**Creating a View: Example** The following statement creates a view of the sample table employees named emp_view. The view shows the employees in department 20 and their annual salary:

```
CREATE VIEW emp_view AS
   SELECT last_name, salary*12 annual_salary
   FROM employees
   WHERE department_id = 20;
```

The view declaration need not define a name for the column based on the expression salary*12, because the subquery uses a column alias (annual_salary) for this expression.

**Creating a View with Constraints: Example** The following statement creates a restricted view of the sample table hr.employees and defines a unique constraint on the email view column and a primary key constraint for the view on the emp_id view column:

```
CREATE VIEW emp_sal (emp_id, last_name,
```

Cloudera Exhibit 1020 - Page 1426 of 1808

Databricks_R2_PA_00003562

```
    email UNIQUE RELY DISABLE NOVALIDATE,
  CONSTRAINT id_pk PRIMARY KEY (emp_id) RELY DISABLE NOVALIDATE)
  AS SELECT employee_id, last_name, email FROM employees;
```

**Creating an Updatable View: Example**   The following statement creates an updatable view named `clerk` of all clerks in the `employees` table. Only the employees' IDs, last names, department numbers, and jobs are visible in this view, and these columns can be updated only in rows where the employee is a kind of clerk:

```
CREATE VIEW clerk AS
  SELECT employee_id, last_name, department_id, job_id
  FROM employees
  WHERE job_id = 'PU_CLERK'
     or job_id = 'SH_CLERK'
     or job_id = 'ST_CLERK';
```

This view lets you change the `job_id` of a purchasing clerk to purchasing manager (`PU_MAN`):

```
UPDATE clerk SET job_id = 'PU_MAN' WHERE employee_id = 118;
```

The next example creates the same view `WITH CHECK OPTION`. You cannot subsequently insert a new row into `clerk` if the new employee is not a clerk. You can update an employee's `job_id` from one type of clerk to another type of clerk, but the update in the preceding statement would fail, because the view cannot access employees with non-clerk job_id.

```
CREATE VIEW clerk AS
  SELECT employee_id, last_name, department_id, job_id
  FROM employees
  WHERE job_id = 'PU_CLERK'
     or job_id = 'SH_CLERK'
     or job_id = 'ST_CLERK'
  WITH CHECK OPTION;
```

**Creating a Join View: Example**   A join view is one whose view subquery contains a join. If at least one column in the join has a unique index, then it may be possible to modify one base table in a join view. You can query `USER_UPDATABLE_COLUMNS` to see whether the columns in a join view are updatable. For example:

```
CREATE VIEW locations_view AS
  SELECT d.department_id, d.department_name, l.location_id, l.city
  FROM departments d, locations l
  WHERE d.location_id = l.location_id;
```

Cloudera Exhibit 1020 - Page 1427 of 1808

Databricks_R2_PA_00003563

```
SELECT column_name, updatable
   FROM user_updatable_columns
   WHERE table_name = 'LOCATIONS_VIEW';

COLUMN_NAME                     UPD
------------------------------  ---
DEPARTMENT_ID                   YES
DEPARTMENT_NAME                 YES
LOCATION_ID                     NO
CITY                            NO
```

In the preceding example, the primary key index on the `location_id` column of the `locations` table is not unique in the `locations_view` view. Therefore, `locations` is not a key-preserved table and columns from that base table are not updatable.

```
INSERT INTO locations_view VALUES
   (999, 'Entertainment', 87, 'Roma');
INSERT INTO locations_view VALUES
*
ERROR at line 1:
ORA-01776: cannot modify more than one base table through a join view
```

You can insert, update, or delete a row from the `departments` base table, because all the columns in the view mapping to the `departments` table are marked as updatable and because the primary key of `departments` is retained in the view.

```
INSERT INTO locations_view (department_id, department_name)
   VALUES (999, 'Entertainment');

1 row created.
```

> **Note:** You cannot insert into the table using the view unless the view contains all NOT NULL columns of all tables in the join, unless you have specified DEFAULT values for the NOT NULL columns.

> **See Also:** *Oracle Database Application Developer's Guide - Fundamentals* for more information on updating join views

**Creating a Read-Only View: Example** The following statement creates a read-only view named `customer_ro` of the `oe.customers` table. Only the customers' last names, language, and credit limit are visible in this view:

Cloudera Exhibit 1020 - Page 1428 of 1808

Databricks_R2_PA_00003564

```
CREATE VIEW customer_ro (name, language, credit)
    AS SELECT cust_last_name, nls_language, credit_limit
    FROM customers
    WITH READ ONLY;
```

**Creating an Object View: Example**   The following example shows the creation of the type `inventory_typ` in the `oc` schema, and the `oc_inventories` view that is based on that type:

```
CREATE TYPE inventory_typ AS OBJECT
    ( product_id          number(6)
    , warehouse           warehouse_typ
    , quantity_on_hand    number(8)
    ) ;

CREATE OR REPLACE VIEW oc_inventories OF inventory_typ
    WITH OBJECT IDENTIFIER (product_id)
    AS SELECT i.product_id,
        warehouse_typ(w.warehouse_id, w.warehouse_name, w.location_id),
        i.quantity_on_hand
    FROM inventories i, warehouses w
    WHERE i.warehouse_id=w.warehouse_id;
```

**Creating a View on an XMLType Table: Example**   The following example builds a regular view on the `XMLType` table `xwarehouses`, which was created in "Examples" on page 16-66:

```
CREATE VIEW warehouse_view AS
    SELECT VALUE(p) AS warehouse_xml
    FROM xwarehouses p;
```

You select from such a view as follows:

```
SELECT e.warehouse_xml.getclobval()
    FROM warehouse_view e
    WHERE EXISTSNODE(warehouse_xml, '//Docks') =1;
```

**Creating an XMLType View: Example**   In some cases you may have an object-relational table upon which you would like to build an `XMLType` view. The following example creates an object-relational table resembling the `XMLType` column `warehouse_spec` in the sample table `oe.warehouses`, and then creates an `XMLType` view of that table:

```
CREATE TABLE warehouse_table
(
```

Cloudera Exhibit 1020 - Page 1429 of 1808

Databricks_R2_PA_00003565

CREATE VIEW

```
   WarehouseID        NUMBER,
   Area               NUMBER,
   Docks              NUMBER,
   DockType           VARCHAR2(100),
   WaterAccess        VARCHAR2(10),
   RailAccess         VARCHAR2(10),
   Parking            VARCHAR2(20),
   VClearance         NUMBER
);

INSERT INTO warehouse_table
   VALUES(5, 103000,3,'Side Load','false','true','Lot',15);

CREATE VIEW warehouse_view OF XMLTYPE
 XMLSCHEMA "http://www.oracle.com/xwarehouses.xsd"
    ELEMENT "Warehouse"
    WITH OBJECT ID
    (extract(OBJECT_VALUE, '/Warehouse/Area/text()').getnumberval())
 AS SELECT XMLELEMENT("Warehouse",
              XMLFOREST(WarehouseID as "Building",
                        area as "Area",
                        docks as "Docks",
                        docktype as "DockType",
                        wateraccess as "WaterAccess",
                        railaccess as "RailAccess",
                        parking as "Parking",
                        VClearance as "VClearance"))
   FROM warehouse_table;
```

You query this view as follows:

```
SELECT VALUE(e) FROM warehouse_view e;
```

Cloudera Exhibit 1020 - Page 1430 of 1808

Databricks_R2_PA_00003566

# DELETE

## Purpose

Use the `DELETE` statement to remove rows from:

- An unpartitioned or partitioned table
- The unpartitioned or partitioned base table of a view
- The unpartitioned or partitioned container table of a writable materialized view
- The unpartitioned or partitioned master table of an updatable materialized view.

## Prerequisites

For you to delete rows from a table, the table must be in your own schema or you must have the `DELETE` object privilege on the table.

For you to delete rows from an updatable materialized view, the materialized view must be in your own schema or you must have the `DELETE` object privilege on the materialized view.

For you to delete rows from the base table of a view, the owner of the schema containing the view must have the `DELETE` object privilege on the base table. Also, if the view is in a schema other than your own, you must have the `DELETE` object privilege on the view.

The `DELETE ANY TABLE` system privilege also allows you to delete rows from any table or table partition or from the base table of any view.

You must also have the `SELECT` object privilege on the object from which you want to delete if:

- The object is on a remote database or
- The `SQL92_SECURITY` initialization parameter is set to `TRUE` and the `DELETE` operation references table columns, such as the columns in a *where_clause*.

Cloudera Exhibit 1020 - Page 1431 of 1808

Databricks_R2_PA_00003567

DELETE

## Syntax

**delete::=**



(*DML_table_expression_clause::=* on page 17-56, *where_clause::=* on page 17-57, *returning_clause::=* on page 17-57)

**DML_table_expression_clause::=**



(*subquery::=* on page 19-5, *subquery_restriction_clause::=* on page 17-56, *table_collection_expression::=* on page 17-57)

**subquery_restriction_clause::=**



Cloudera Exhibit 1020 - Page 1432 of 1808

Databricks_R2_PA_00003568

**table_collection_expression::=**



**where_clause::=**



**returning_clause::=**



## Semantics

### *hint*

Specify a comment that passes instructions to the optimizer on choosing an execution plan for the statement.

> **See Also:** "Hints" on page 2-93 and *Oracle Database Performance Tuning Guide* for the syntax and description of hints

### *from_clause*

Use the FROM clause to specify the database objects from which you are deleting rows.

The ONLY syntax is relevant only for views. Use the ONLY clause if the view in the FROM clause belongs to a view hierarchy and you do not want to delete rows from any of its subviews.

### *DML_table_expression_clause*

### *schema*

Specify the schema containing the table or view. If you omit *schema*, then Oracle Database assumes the table or view is in your own schema.

Cloudera Exhibit 1020 - Page 1433 of 1808

Databricks_R2_PA_00003569

DELETE

---

### *table | view | materialized view | subquery*

Specify the name of a table, view, materialized view, or the column or columns resulting from a subquery, from which the rows are to be deleted.

When you delete rows from an updatable view, Oracle Database deletes rows from the base table.

You cannot delete rows from a read-only materialized view. If you delete rows from a writable materialized view, then the database removes the rows from the underlying container table. However, the deletions are overwritten at the next refresh operation.If you delete rows from an updatable materialized view that is part of a materialized view group, then the database also removes the corresponding rows from the master table.

If `table` or the base table of `view` or the master table of `materialized_view` contains one or more domain index columns, then this statements executes the appropriate indextype delete routine.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for more information on these routines

Issuing a `DELETE` statement against a table fires any `DELETE` triggers defined on the table.

All table or index space released by the deleted rows is retained by the table and index.

### PARTITION | SUBPARTITION

Specify the name of the partition or subpartition targeted for deletes within the object.

You need not specify the partition name when deleting values from a partitioned object. However, in some cases, specifying the partition name is more efficient than a complicated `where_clause`.

> **See Also:** "Referring to Partitioned Tables and Indexes" on page 2-117 and "Deleting Rows from a Partition: Example" on page 17-63

### *dblink*

Specify the complete or partial name of a database link to a remote database where the object is located. You can delete rows from a remote object only if you are using Oracle Database distributed functionality.

Cloudera Exhibit 1020 - Page 1434 of 1808

Databricks_R2_PA_00003570

> **See Also:**   "Referring to Objects in Remote Databases" on page 2-114 for information on referring to database links and "Deleting Rows from a Remote Database: Example" on page 17-63

If you omit `dblink`, then the database assumes that the object is located on the local database.

### *subquery_restriction_clause*

The `subquery_restriction_clause` lets you restrict the subquery in one of the following ways:

**WITH READ ONLY**   Specify `WITH READ ONLY` to indicate that the table or view cannot be updated.

**WITH CHECK OPTION**   Specify `WITH CHECK OPTION` to indicate that Oracle Database prohibits any changes to the table or view that would produce rows that are not included in the subquery. When used in the subquery of a DML statement, you can specify this clause in a subquery in the FROM clause but not in subquery in the `WHERE` clause.

**CONSTRAINT *constraint***   Specify the name of the `CHECK OPTION` constraint. If you omit this identifier, then Oracle automatically assigns the constraint a name of the form `SYS_C`*n*, where n is an integer that makes the constraint name unique within the database.

> **See Also:**   "Using the WITH CHECK OPTION Clause: Example" on page 19-48

### *table_collection_expression*

The `table_collection_expression` lets you inform Oracle that the value of `collection_expression` should be treated as a table for purposes of query and DML operations. The `collection_expression` can be a subquery, a column, a function, or a collection constructor. Regardless of its form, it must return a collection value—that is, a value whose type is nested table or varray. This process of extracting the elements of a collection is called **collection unnesting**.

> **Note:**   In earlier releases of Oracle, when `collection_expression` was a subquery, `table_collection_expression` was expressed as `THE` *subquery*. That usage is now deprecated.

Cloudera Exhibit 1020 - Page 1435 of 1808

Databricks_R2_PA_00003571

You can use a `table_collection_expression` in a correlated subquery to delete rows with values that also exist in another table.

> **See Also:** "Table Collections: Examples" on page 19-54

***collection_expression***   Specify a subquery that selects a nested table column from the object from which you are deleting.

### Restrictions on the *DML_table_expression* Clause

- You cannot execute this statement if `table` or the base or master table of `view` or `materialized_view` contains any domain indexes marked `IN_PROGRESS` or `FAILED`.

- You cannot insert into a partition if any affected index partitions are marked `UNUSABLE`.

- You cannot specify the `ORDER BY` clause in the subquery of the `DML_table_expression_clause`.

- You cannot delete from a view except through `INSTEAD OF` triggers if the defining query of the view contains one of the following constructs:

    A set operator
    a `DISTINCT` operator
    An aggregate or analytic function
    A `GROUP BY`, `ORDER BY`, `MODEL`, `CONNECT BY`, or `START WITH` clause
    A collection expression in a `SELECT` list
    A subquery in a `SELECT` list
    A subquery designated `WITH READ ONLY`
    Joins, with some exceptions, as documented in *Oracle Database Administrator's Guide*

If you specify an index, index partition, or index subpartition that has been marked `UNUSABLE`, the `DELETE` statement will fail unless the `SKIP_UNUSABLE_INDEXES` initialization parameter has been set to `true`.

> **See Also:** ALTER SESSION on page 11-59

### where_clause

Use the `where_clause` to delete only rows that satisfy the condition. The condition can reference the object from which you are deleting and can contain a subquery. You can delete rows from a remote object only if you are using Oracle Database distributed functionality. Please refer to Chapter 6, "Conditions" for the syntax of `condition`.

Cloudera Exhibit 1020 - Page 1436 of 1808

Databricks_R2_PA_00003572

If this clause contains a *subquery* that refers to remote objects, then the DELETE operation can run in parallel as long as the reference does not loop back to an object on the local database. However, if the *subquery* in the *DML_table_ expression_clause* refers to any remote objects, then the DELETE operation will run serially without notification. Please refer to the *parallel_clause* on page 16-57 in the CREATE TABLE documentation for additional information.

If you omit *dblink*, then the database assumes that the table or view is located on the local database.

If you omit the *where_clause*, then the database deletes all rows of the object.

***t_alias***    Provide a **correlation name** for the table, view, materialized view, subquery, or collection value to be referenced elsewhere in the statement. This alias is required if the *DML_table_expression_clause* references any object type attributes or object type methods. Table aliases are generally used in DELETE statements with correlated queries.

### returning_clause
This clause lets you return values from deleted columns, and thereby eliminate the need to issue a SELECT statement following the DELETE statement.

The returning clause retrieves the rows affected by a DML statement. You can specify this clause for tables and materialized views and for views with a single base table.

When operating on a single row, a DML statement with a *returning_clause* can retrieve column expressions using the affected row, rowid, and REFs to the affected row and store them in host variables or PL/SQL variables.

When operating on multiple rows, a DML statement with the *returning_clause* stores values from expressions, rowids, and REFs involving the affected rows in bind arrays.

***expr***    Each item in the *expr* list must be a valid expression syntax.

**INTO**    The INTO clause indicates that the values of the changed rows are to be stored in the variable(s) specified in *data_item* list.

***data_item***    Each *data_item* is a host variable or PL/SQL variable that stores the retrieved *expr* value.

For each expression in the RETURNING list, you must specify a corresponding type-compatible PL/SQL variable or host variable in the INTO list.

Cloudera Exhibit 1020 - Page 1437 of 1808

Databricks_R2_PA_00003573

DELETE

**Restrictions**   The following restrictions apply to the RETURNING clause:

- The *expr* is restricted as follows:

  - Each *expr* must be a simple expression or a single-set aggregate function expression. You cannot combine simple expressions and single-set aggregate function expressions in the same *returning_clause*.

  - Single-set aggregate function expressions cannot include the DISTINCT keyword.

- You cannot specify the *returning_clause* for a multitable insert.

- You cannot use this clause with parallel DML or with remote objects.

- You cannot retrieve LONG types with this clause.

- You cannot specify this clause for a view on which an INSTEAD OF trigger has been defined.

    **See Also:**

    - *PL/SQL User's Guide and Reference* for information on using the BULK COLLECT clause to return multiple values to collection variables

    - "Using the RETURNING Clause: Example" on page 17-63

## Examples

**Deleting Rows: Examples**   The following statement deletes all rows from the sample table oe.product_descriptions where the value of the language_id column is AR:

```
DELETE FROM product_descriptions
   WHERE language_id = 'AR';
```

The following statement deletes from the sample table hr.employees purchasing clerks whose commission rate is less than 10%:

```
DELETE FROM employees
   WHERE job_id = 'PU_CLERK'
   AND commission_pct < .1;
```

The following statement has the same effect as the preceding example, but uses a subquery:

```
DELETE FROM (SELECT * FROM employees)
```

Cloudera Exhibit 1020 - Page 1438 of 1808

Databricks_R2_PA_00003574

```
   WHERE job_id = 'PU_CLERK'
   AND commission_pct < .1;
```

**Deleting Rows from a Remote Database: Example**    The following statement deletes specified rows from the `locations` table owned by the user `hr` on a database accessible by the database link `remote`:

```
DELETE FROM hr.locations@remote
   WHERE location_id > 3000;
```

**Deleting Nested Table Rows: Example**    The following example deletes rows of nested table `projs` where the department number is either 123 or 456, or the department budget is greater than 456.78:

```
DELETE TABLE(SELECT projs FROM dept d WHERE d.dno = 123) p
   WHERE p.pno IN (123, 456) OR p.budgets > 456.78;
```

**Deleting Rows from a Partition: Example**    The following example removes rows from partition `sales_q1_1998` of the `sh.sales` table:

```
DELETE FROM sales PARTITION (sales_q1_1998)
   WHERE amount_sold > 10000;
```

**Using the RETURNING Clause: Example**    The following example returns column `salary` from the deleted rows and stores the result in bind variable `:bnd1`. The bind variable must already have been declared.

```
DELETE FROM employees
   WHERE job_id = 'SA_REP'
   AND hire_date + TO_YMINTERVAL('01-00') < SYSDATE;
   RETURNING salary INTO :bnd1;
```

Cloudera Exhibit 1020 - Page 1439 of 1808

Databricks_R2_PA_00003575

# DISASSOCIATE STATISTICS

## Purpose

Use the DISASSOCIATE STATISTICS statement to disassociate default statistics or a statistics type from columns, standalone functions, packages, types, domain indexes, or indextypes.

> **See Also:** ASSOCIATE STATISTICS on page 13-50 for more information on statistics type associations

## Prerequisites

To issue this statement, you must have the appropriate privileges to alter the underlying table, function, package, type, domain index, or indextype.

Databricks_R2_PA_00003576

## Syntax

**disassociate_statistics::=**



## Semantics

### FROM COLUMNS | FUNCTIONS | PACKAGES | TYPES | INDEXES | INDEXTYPES

Specify one or more columns, standalone functions, packages, types, domain indexes, or indextypes from which you are disassociating statistics.

If you do not specify *schema*, then Oracle Database assumes the object is in your own schema.

Cloudera Exhibit 1020 - Page 1441 of 1808

Databricks_R2_PA_00003577

If you have collected user-defined statistics on the object, then the statement fails unless you specify FORCE.

## FORCE

Specify FORCE to remove the association regardless of whether any statistics exist for the object using the statistics type. If statistics do exist, then the statistics are deleted before the association is deleted.

> **Note:** When you drop an object with which a statistics type has been associated, Oracle Database automatically disassociates the statistics type with the FORCE option and drops all statistics that have been collected with the statistics type.

## Example

**Disassociating Statistics: Example**   This statement disassociates statistics from the emp_mgmt package in the hr schema (created in "Creating a Package: Example" on page 15-53):

```
DISASSOCIATE STATISTICS FROM PACKAGES hr.emp_mgmt;
```

Cloudera Exhibit 1020 - Page 1442 of 1808

Databricks_R2_PA_00003578

## DROP CLUSTER

### Purpose

Use the `DROP CLUSTER` clause to remove a cluster from the database.

> **Caution:**   When you drop a cluster, any tables in the recycle bin that were once part of that cluster are purged from the recycle bin and can no longer be recovered with a `FLASHBACK TABLE` operation.

You cannot uncluster an individual table. Instead you must perform these steps:

1. Create a new table with the same structure and contents as the old one, but with no `CLUSTER` clause.

2. Drop the old table.

3. Use the `RENAME` statement to give the new table the name of the old one.

4. Grant privileges on the new unclustered table. Grants on the old clustered table do not apply.

> **See Also:**   CREATE TABLE on page 16-7, DROP TABLE on page 18-7, RENAME on page 18-102, GRANT on page 18-40 for information on these steps

### Prerequisites

The cluster must be in your own schema or you must have the `DROP ANY CLUSTER` system privilege.

### Syntax

**drop_cluster::=**



Cloudera Exhibit 1020 - Page 1443 of 1808

Databricks_R2_PA_00003579

## Semantics

### *schema*

Specify the schema containing the cluster. If you omit *schema*, then the database assumes the cluster is in your own schema.

### *cluster*

Specify the name of the cluster to be dropped. Dropping a cluster also drops the cluster index and returns all cluster space, including data blocks for the index, to the appropriate tablespace(s).

### INCLUDING TABLES

Specify INCLUDING TABLES to drop all tables that belong to the cluster.

### CASCADE CONSTRAINTS

Specify CASCADE CONSTRAINTS to drop all referential integrity constraints from tables outside the cluster that refer to primary and unique keys in tables of the cluster. If you omit this clause and such referential integrity constraints exist, then the database returns an error and does not drop the cluster.

## Example

**Dropping a Cluster: Examples**   The following examples drop the clusters created in the "Examples" section of CREATE CLUSTER on  on page 14-9.

The following statements drops the language cluster:

```
DROP CLUSTER language;
```

The following statement drops the personnel cluster as well as tables dept_10 and dept_20 and any referential integrity constraints that refer to primary or unique keys in those tables:

```
DROP CLUSTER personnel
   INCLUDING TABLES
   CASCADE CONSTRAINTS;
```

Cloudera Exhibit 1020 - Page 1444 of 1808

Databricks_R2_PA_00003580

## DROP CONTEXT

### Purpose

Use the `DROP CONTEXT` statement to remove a context namespace from the database.

Removing a context namespace does not invalidate any context under that namespace that has been set for a user session. However, the context will be invalid when the user next attempts to set that context.

> **See Also:** CREATE CONTEXT on page 14-11 and *Oracle Database Concepts* for more information on contexts

### Prerequisites

You must have the `DROP ANY CONTEXT` system privilege.

### Syntax

**drop_context::=**



### Semantics

#### *namespace*

Specify the name of the context namespace to drop. You cannot drop the built-in namespace `USERENV`.

> **See Also:** SYS_CONTEXT on page 7-216 for information on the `USERENV` namespace

### Example

**Dropping an Application Context: Example**  The following statement drops the context created in CREATE CONTEXT on page 14-11:

```
DROP CONTEXT hr_context;
```

Cloudera Exhibit 1020 - Page 1445 of 1808

Databricks_R2_PA_00003581

# DROP DATABASE

## Purpose

> **Caution:** You cannot roll back a DROP DATABASE statement.

Use the DROP DATABASE statement to drop the database. This statement is useful when you want to drop a test database or drop an old database after successful migration to a new host.

> **See Also:** *Oracle Database Backup and Recovery Advanced User's Guide* for more information on dropping the database

## Prerequisites

You must have the SYSDBA system privilege to issue this statement. The database must be mounted in exclusive and restricted mode, and it must be closed.

## Syntax

**drop_database::=**



## Semantics

When you issue this statement, Oracle Database drops the database and deletes all control files and datafiles listed in the control file. If the database used a server parameter file (spfile), it is also deleted.

Archived logs and backups are not removed, but you can use Recovery Manager (RMAN) to remove them. If the database is on raw disks, this statement does not delete the actual raw disk special files.

Cloudera Exhibit 1020 - Page 1446 of 1808

Databricks_R2_PA_00003582

# DROP DATABASE LINK

## Purpose

Use the DROP DATABASE LINK statement to remove a database link from the database.

> **See Also:** CREATE DATABASE LINK on page 14-39 for information on creating database links

## Prerequisites

A private database link must be in your own schema. To drop a PUBLIC database link, you must have the DROP PUBLIC DATABASE LINK system privilege.

## Syntax

**drop_database_link::=**



## Semantics

### PUBLIC

You must specify PUBLIC to drop a PUBLIC database link.

### *dblink*

Specify the name of the database link to be dropped.

**Restriction on Dropping Database Links**   You cannot drop a database link in another user's schema, and you cannot qualify *dblink* with the name of a schema, because periods are permitted in names of database links. Therefore, Oracle Database interprets the entire name, such as ralph.linktosales, as the name of a database link in your schema rather than as a database link named linktosales in the schema ralph.

Cloudera Exhibit 1020 - Page 1447 of 1808

Databricks_R2_PA_00003583

DROP DATABASE LINK

## Example

**Dropping a Database Link: Example**   The following statement drops the public database link named `remote`, which was created in "Defining a Public Database Link: Example" on page 14-43:

```
DROP PUBLIC DATABASE LINK remote;
```

Cloudera Exhibit 1020 - Page 1448 of 1808

Databricks_R2_PA_00003584

## DROP DIMENSION

### Purpose

Use the DROP DIMENSION statement to remove the named dimension.

This statement does not invalidate materialized views that use relationships specified in dimensions. However, requests that have been rewritten by query rewrite may be invalidated, and subsequent operations on such views may execute more slowly.

> **See Also:**
>
> - CREATE DIMENSION on page 14-45 and ALTER DIMENSION on page 10-62 for information on creating and modifying a dimension
>
> - *Oracle Database Concepts*

### Prerequisites

The dimension must be in your own schema or you must have the DROP ANY DIMENSION system privilege to use this statement.

### Syntax

**drop_dimension::=**



### Semantics

**schema**

Specify the name of the schema in which the dimension is located. If you omit *schema*, then Oracle Database assumes the dimension is in your own schema.

**dimension**

Specify the name of the dimension you want to drop. The dimension must already exist.

Cloudera Exhibit 1020 - Page 1449 of 1808

Databricks_R2_PA_00003585

DROP DIMENSION

## Example

**Dropping a Dimension: Example**   This example drops the `sh.customers_dim` dimension:

```
DROP DIMENSION customers_dim;
```

**See Also:**   "Creating a Dimension: Examples" on page 14-49 and "Modifying a Dimension: Examples" on page 10-65 for examples of creating and modifying this dimension

Cloudera Exhibit 1020 - Page 1450 of 1808

Databricks_R2_PA_00003586

## DROP DIRECTORY

### Purpose

Use the DROP DIRECTORY statement to remove a directory object from the database.

> **See Also:** CREATE DIRECTORY on page 14-52 for information on creating a directory

### Prerequisites

To drop a directory, you must have the DROP ANY DIRECTORY system privilege.

> **Caution:** Do not drop a directory when files in the associated file system are being accessed by PL/SQL or OCI programs.

### Syntax

**drop_directory::=**



### Semantics

#### *directory_name*

Specify the name of the directory database object to be dropped.

Oracle Database removes the directory object but does not delete the associated operating system directory on the server file system.

### Example

**Dropping a Directory: Example**  The following statement drops the directory object bfile_dir:

```
DROP DIRECTORY bfile_dir;
```

> **See Also:** "Creating a Directory: Examples" on page 14-53

Cloudera Exhibit 1020 - Page 1451 of 1808

Databricks_R2_PA_00003587

# DROP DISKGROUP

> **Note:** This SQL statement is valid only if you are using Automatic Storage Management and you have started an Automatic Storage Management instance. You must issue this statement from within the Automatic Storage Management instance, not from a normal database instance. For information on starting an Automatic Storage Management instance, please refer to *Oracle Database Administrator's Guide*.

## Purpose

The `DROP DISKGROUP` statement lets you drop an Automatic Storage Management disk group along with all the files in the disk group. Automatic Storage Management first ensures that no files in the disk group are open. It then drops the disk group and all its member disks and clears the disk header.

> **See Also:**
>
> - CREATE DISKGROUP on page 14-55 and ALTER DISKGROUP on page 10-67 for information on creating and modifying disk groups
>
> - *Oracle Database Administrator's Guide* for information on Automatic Storage Management and using disks groups to simplify database administration

## Prerequisites

You must have the `SYSDBA` system privilege and you must have an Automatic Storage Management instance started, from which you issue this statement. The disk group to be dropped must be mounted.

Cloudera Exhibit 1020 - Page 1452 of 1808

Databricks_R2_PA_00003588

## Syntax

**drop_diskgroup::=**



## Semantics

### *diskgroup_name*

Specify the name of the disk group you want to drop.

### INCLUDING CONTENTS

Specify INCLUDING CONTENTS to confirm that Automatic Storage Management should drop all the files in the disk group. You must specify this clause if the disk group contains any files.

### EXCLUDING CONTENTS

Specify EXCLUDING CONTENTS to ensure that Automatic Storage Management drops the disk group only when the disk group is empty. This is the default. If the disk group is not empty, and error will be returned.

## Example

**Dropping a Diskgroup: Example**   The following statement drops the Automatic Storage Management disk group dgroup_01, which was created in "Creating a Diskgroup: Example" on page 14-60, and all of the files in the disk group:

```
DROP DISKGROUP dgroup_01 INCLUDING CONTENTS;
```

Cloudera Exhibit 1020 - Page 1453 of 1808

Databricks_R2_PA_00003589

# DROP FUNCTION

## Purpose

Use the DROP FUNCTION statement to remove a standalone stored function from the database.

> **Note:** Do not use this statement to remove a function that is part of a package. Instead, either drop the entire package using the DROP PACKAGE statement or redefine the package without the function using the CREATE PACKAGE statement with the OR REPLACE clause.

**See Also:** CREATE FUNCTION on page 14-61 and ALTER FUNCTION on page 10-84 for information on creating and modifying a function

## Prerequisites

The function must be in your own schema or you must have the DROP ANY PROCEDURE system privilege.

## Syntax

**drop_function::=**



## Semantics

### schema

Specify the schema containing the function. If you omit *schema*, then Oracle Database assumes the function is in your own schema.

### function_name

Specify the name of the function to be dropped.

Cloudera Exhibit 1020 - Page 1454 of 1808

Databricks_R2_PA_00003590

Oracle Database invalidates any local objects that depend on, or call, the dropped function. If you subsequently reference one of these objects, then the database tries to recompile the object and returns an error if you have not re-created the dropped function.

If any statistics types are associated with the function, then the database disassociates the statistics types with the FORCE option and drops any user-defined statistics collected with the statistics type.

> **See Also:**
>
> - *Oracle Database Concepts* for more information on how Oracle Database maintains dependencies among schema objects, including remote objects
>
> - ASSOCIATE STATISTICS on page 13-50 and DISASSOCIATE STATISTICS on page 17-64 for more information on statistics type associations

## Example

**Dropping a Function: Example**   The following statement drops the function SecondMax in the sample schema oe and invalidates all objects that depend upon SecondMax:

```
DROP FUNCTION oe.SecondMax;
```

> **See Also:**   "Creating Aggregate Functions: Example" on page 14-73 for information on creating the SecondMax function

Cloudera Exhibit 1020 - Page 1455 of 1808

Databricks_R2_PA_00003591

# DROP INDEX

## Purpose

Use the `DROP INDEX` statement to remove an index or domain index from the database.

When you drop an index, Oracle Database invalidates all objects that depend on the underlying table, including views, packages, package bodies, functions, and procedures.

When you drop a global partitioned index, a range-partitioned index, or a hash-partitioned index, all the index partitions are also dropped. If you drop a composite-partitioned index, all the index partitions and subpartitions are also dropped.

In addition, when you drop a domain index:

- Oracle Database invokes the appropriate routine. For information on these routines, see *Oracle Data Cartridge Developer's Guide*.

- If any statistics are associated with the domain index, then Oracle Database disassociates the statistics types with the `FORCE` clause and removes the user-defined statistics collected with the statistics type.

> **See Also:**
>
> - CREATE INDEX on page 14-75 and ALTER INDEX on page 10-88 for information on creating and modifying an index
>
> - The *domain_index_clause* of CREATE INDEX on page 14-75 for more information on domain indexes
>
> - ASSOCIATE STATISTICS on page 13-50 and DISASSOCIATE STATISTICS on page 17-64 for more information on statistics type associations

## Prerequisites

The index must be in your own schema or you must have the `DROP ANY INDEX` system privilege.

Cloudera Exhibit 1020 - Page 1456 of 1808

Databricks_R2_PA_00003592

## Syntax

**drop_index::=**



## Semantics

*schema*

Specify the schema containing the index. If you omit *schema*, then Oracle Database assumes the index is in your own schema.

*index*

Specify the name of the index to be dropped. When the index is dropped, all data blocks allocated to the index are returned to the tablespace that contained the index.

**Restriction on Dropping Indexes**   You cannot drop a domain index if the index or any of its index partitions is marked IN_PROGRESS.

### FORCE

FORCE applies only to domain indexes. This clause drops the domain index even if the indextype routine invocation returns an error or the index is marked IN PROGRESS. Without FORCE, you cannot drop a domain index if its indextype routine invocation returns an error or the index is marked IN PROGRESS.

## Example

**Dropping an Index: Example**   This statement drops an index named ord_ customer_ix_demo, which was created in "Compressing an Index: Example" on page 14-98:

```
DROP INDEX ord_customer_ix_demo;
```

Cloudera Exhibit 1020 - Page 1457 of 1808

Databricks_R2_PA_00003593

# DROP INDEXTYPE

## Purpose

Use the `DROP INDEXTYPE` statement to drop an indextype as well as any association with a statistics type.

> **See Also:** CREATE INDEXTYPE on page 14-105 for more information on indextypes

## Prerequisites

The indextype must be in your own schema or you must have the `DROP ANY INDEXTYPE` system privilege.

## Syntax

**drop_indextype::=**



## Semantics

### *schema*

Specify the schema containing the indextype. If you omit *schema*, then Oracle Database assumes the indextype is in your own schema.

### *indextype*

Specify the name of the indextype to be dropped.

If any statistics types have been associated with indextype, then the database disassociates the statistics type from the indextype and drops any statistics that have been collected using the statistics type.

> **See Also:** ASSOCIATE STATISTICS on page 13-50 and DISASSOCIATE STATISTICS on page 17-64 for more information on statistics associations

Cloudera Exhibit 1020 - Page 1458 of 1808

Databricks_R2_PA_00003594

## FORCE

Specify FORCE to drop the indextype even if the indextype is currently being referenced by one or more domain indexes. Oracle Database marks those domain indexes INVALID. Without FORCE, you cannot drop an indextype if any domain indexes reference the indextype.

## Example

**Dropping an Indextype: Example**   The following statement drops the indextype textindextype and marks INVALID any domain indexes defined on this indextype:

```
DROP INDEXTYPE textindextype FORCE;
```

Cloudera Exhibit 1020 - Page 1459 of 1808

Databricks_R2_PA_00003595

## DROP JAVA

### Purpose

Use the DROP JAVA statement to drop a Java source, class, or resource schema object.

> **See Also:**
>
> - CREATE JAVA on page 14-109 for information on creating Java objects
>
> - *Oracle Database Java Developer's Guide* for more information on resolving Java sources, classes, and resources

### Prerequisites

The Java source, class, or resource must be in your own schema or you must have the DROP ANY PROCEDURE system privilege. You also must have the EXECUTE object privilege on Java classes to use this command.

### Syntax

**drop_java::=**



### Semantics

#### JAVA SOURCE

Specify SOURCE to drop a Java source schema object and all Java class schema objects derived from it.

#### JAVA CLASS

Specify CLASS to drop a Java class schema object.

Cloudera Exhibit 1020 - Page 1460 of 1808

Databricks_R2_PA_00003596

### JAVA RESOURCE
Specify RESOURCE to drop a Java resource schema object.

#### object_name
Specify the name of an existing Java class, source, or resource schema object.
Enclose the object_name in double quotation marks to preserve lower- or
mixed-case names.

## Example

**Dropping a Java Class Object: Example**   The following statement drops the Java
class MyClass:

```
DROP JAVA CLASS "MyClass";
```

Cloudera Exhibit 1020 - Page 1461 of 1808

Databricks_R2_PA_00003597

# DROP LIBRARY

## Purpose

Use the `DROP LIBRARY` statement to remove an external procedure library from the database.

> **See Also:** CREATE LIBRARY on page 15-2 for information on creating a library

## Prerequisites

You must have the `DROP ANY LIBRARY` system privilege.

## Syntax

**drop_library::=**



## Semantics

### *library_name*
Specify the name of the external procedure library being dropped.

## Example

**Dropping a Library: Example**   The following statement drops the `ext_lib` library, which was created in "Creating a Library: Examples" on page 15-3:

```
DROP LIBRARY ext_lib;
```

Cloudera Exhibit 1020 - Page 1462 of 1808

Databricks_R2_PA_00003598

# DROP MATERIALIZED VIEW

## Purpose

Use the `DROP MATERIALIZED VIEW` statement to remove an existing materialized view from the database.

When you drop a materialized view, Oracle Database does not place it in the recycle bin. Therefore, you cannot subsequently either purge or undrop the materialized view.

---

**Note:** The keyword `SNAPSHOT` is supported in place of `MATERIALIZED VIEW` for backward compatibility.

---

**See Also:**

- CREATE MATERIALIZED VIEW on page 15-5 for more information on the various types of materialized views

- ALTER MATERIALIZED VIEW on page 11-2 for information on modifying a materialized view

- *Oracle Database Advanced Replication* for information on materialized views in a replication environment

- *Oracle Data Warehousing Guide* for information on materialized views in a data warehousing environment

## Prerequisites

The materialized view must be in your own schema or you must have the `DROP ANY MATERIALIZED VIEW` system privilege. You must also have the privileges to drop the internal table, views, and index that the database uses to maintain the materialized view data.

**See Also:** DROP TABLE on page 18-7, DROP VIEW on page 18-23, and DROP INDEX on page 17-80 for information on privileges required to drop objects that the database uses to maintain the materialized view

Cloudera Exhibit 1020 - Page 1463 of 1808

Databricks_R2_PA_00003599

DROP MATERIALIZED VIEW

## Syntax

**drop_materialized_view::=**



## Semantics

### *schema*

Specify the schema containing the materialized view. If you omit *schema*, then Oracle Database assumes the materialized view is in your own schema.

### *materialized_view*

Specify the name of the existing materialized view to be dropped.

- If you drop a simple materialized view that is the least recently refreshed materialized view of a master table, then the database automatically purges from the master table materialized view log only the rows needed to refresh the dropped materialized view.

- If you drop a materialized view that was created on a prebuilt table, then the database drops the materialized view, and the prebuilt table reverts to its identity as a table.

- When you drop a master table, the database does not automatically drop materialized views based on the table. However, the database returns an error when it tries to refresh a materialized view based on a master table that has been dropped.

- If you drop a materialized view, then any compiled requests that were rewritten to use the materialized view will be invalidated and recompiled automatically. If the materialized view was prebuilt on a table, then the table is not dropped, but it can no longer be maintained by the materialized view refresh mechanism.

### PRESERVE TABLE Clause

This clause lets you retain the materialized view container table and its contents after the materialized view object is dropped. The resulting table has the same name as the dropped materialized view.

Oracle Database removes all metadata associated with the materialized view. However, all indexes created on the container table automatically during creation of

Cloudera Exhibit 1020 - Page 1464 of 1808

Databricks_R2_PA_00003600

the materialized are preserved. Also, if the materialized view has any nested table columns, the storage tables for those columns are preserved, along with their metadata.

**Restriction on the PRESERVE TABLE Clause**   This clause is not valid for materialized views that have been imported from releases earlier than Oracle9*i*, when these objects were called "snapshots".

## Examples

**Dropping a Materialized View: Examples**   The following statement drops the materialized view emp_data in the sample schema hr:

```
DROP MATERIALIZED VIEW emp_data;
```

The following statement drops the sales_by_month_by_state materialized view and the underlying table of the materialized view, unless the underlying table was registered in the CREATE MATERIALIZED VIEW statement with the ON PREBUILT TABLE clause:

```
DROP MATERIALIZED VIEW sales_by_month_by_state;
```

Cloudera Exhibit 1020 - Page 1465 of 1808

Databricks_R2_PA_00003601

# DROP MATERIALIZED VIEW LOG

## Purpose

Use the `DROP MATERIALIZED VIEW LOG` statement to remove a materialized view log from the database.

> **Note:** The keyword `SNAPSHOT` is supported in place of `MATERIALIZED VIEW` for backward compatibility.

**See Also:**

- CREATE MATERIALIZED VIEW on page 15-5 and ALTER MATERIALIZED VIEW on page 11-2 for more information on materialized views

- CREATE MATERIALIZED VIEW LOG on page 15-33 for information on materialized view logs

- *Oracle Database Advanced Replication* for information on materialized views in a replication environment

- *Oracle Data Warehousing Guide* for information on materialized views in a data warehousing environment

## Prerequisites

To drop a materialized view log, you must have the privileges needed to drop a table.

**See Also:** DROP TABLE on page 18-7

## Syntax

**drop_materialized_view_log::=**



Cloudera Exhibit 1020 - Page 1466 of 1808

Databricks_R2_PA_00003602

## Semantics

### *schema*

Specify the schema containing the materialized view log and its master table. If you omit *schema*, then Oracle Database assumes the materialized view log and master table are in your own schema.

### *table*

Specify the name of the master table associated with the materialized view log to be dropped.

After you drop a materialized view log, some materialized views based on the materialized view log master table can no longer be fast refreshed. These materialized views include rowid materialized views, primary key materialized views, and subquery materialized views.

> **See Also:** *Oracle Data Warehousing Guide* for a description of these types of materialized views

## Example

**Dropping a Materialized View Log: Example**  The following statement drops the materialized view log on the `oe.customers` master table:

```
DROP MATERIALIZED VIEW LOG ON customers;
```

Cloudera Exhibit 1020 - Page 1467 of 1808

Databricks_R2_PA_00003603

# DROP OPERATOR

## Purpose

Use the DROP OPERATOR statement to drop a user-defined operator.

**See Also:**

- CREATE OPERATOR on page 15-42 and ALTER OPERATOR on page 11-29 for information on creating and modifying operators

- "User-Defined Operators" on page 4-11 and *Oracle Data Cartridge Developer's Guide* for more information on operators in general

- ALTER INDEXTYPE on page 10-112 for information on dropping an operator of a user-defined indextype

## Prerequisites

The operator must be in your schema or you must have the DROP ANY OPERATOR system privilege.

## Syntax

**drop_operator::=**



## Semantics

### schema

Specify the schema containing the operator. If you omit *schema*, then Oracle Database assumes the operator is in your own schema.

### operator

Specify the name of the operator to be dropped.

Cloudera Exhibit 1020 - Page 1468 of 1808

Databricks_R2_PA_00003604

### FORCE

Specify FORCE to drop the operator even if it is currently being referenced by one or more schema objects, such as indextypes, packages, functions, procedures, and so on, and marks those dependent objects INVALID. Without FORCE, you cannot drop an operator if any schema objects reference it.

## Example

**Dropping a User-Defined Operator: Example**    The following statement drops the operator eq_op:

```
DROP OPERATOR eq_op;
```

Because the FORCE clause is not specified, this operation will fail if any of the bindings of this operator are referenced by an indextype.

Cloudera Exhibit 1020 - Page 1469 of 1808

Databricks_R2_PA_00003605

DROP OUTLINE

## DROP OUTLINE

### Purpose

Use the DROP OUTLINE statement to drop a stored outline.

**See Also:**

- CREATE OUTLINE on page 15-46 for information on creating an outline

- *Oracle Database Performance Tuning Guide* for more information on outlines in general

### Prerequisites

To drop an outline, you must have the DROP ANY OUTLINE system privilege.

### Syntax

**drop_outline::=**



### Semantics

**outline**

Specify the name of the outline to be dropped.

After the outline is dropped, if the SQL statement for which the stored outline was created is compiled, then the optimizer generates a new execution plan without the influence of the outline.

### Example

**Dropping an Outline: Example**  The following statement drops the stored outline called salaries.

```
DROP OUTLINE salaries;
```

Cloudera Exhibit 1020 - Page 1470 of 1808

Databricks_R2_PA_00003606

## DROP PACKAGE

### Purpose

Use the DROP PACKAGE statement to remove a stored package from the database. This statement drops the body and specification of a package.

> **Note:** Do not use this statement to remove a single object from a package. Instead, re-create the package without the object using the CREATE PACKAGE and CREATE PACKAGE BODY statements with the OR REPLACE clause.

**See Also:** CREATE PACKAGE on page 15-50

### Prerequisites

The package must be in your own schema or you must have the DROP ANY PROCEDURE system privilege.

### Syntax

**drop_package::=**



### Semantics

#### BODY

Specify BODY to drop only the body of the package. If you omit this clause, then Oracle Database drops both the body and specification of the package.

When you drop only the body of a package but not its specification, the database does not invalidate dependent objects. However, you cannot call one of the procedures or stored functions declared in the package specification until you re-create the package body.

Cloudera Exhibit 1020 - Page 1471 of 1808

Databricks_R2_PA_00003607

DROP PACKAGE

### schema

Specify the schema containing the package. If you omit `schema`, then the database assumes the package is in your own schema.

### package

Specify the name of the package to be dropped.

Oracle Database invalidates any local objects that depend on the package specification. If you subsequently reference one of these objects, then the database tries to recompile the object and returns an error if you have not re-created the dropped package.

If any statistics types are associated with the package, then the database disassociates the statistics types with the FORCE clause and drops any user-defined statistics collected with the statistics types.

> **See Also:**
>
> - *Oracle Database Concepts* for information on how Oracle Database maintains dependencies among schema objects, including remote objects
> - ASSOCIATE STATISTICS on page 13-50 and DISASSOCIATE STATISTICS on page 17-64

## Example

**Dropping a Package: Example**   The following statement drops the specification and body of the emp_mgmt package, which was created in "Creating a Package Body: Example" on page 15-57, invalidating all objects that depend on the specification:

```
DROP PACKAGE emp_mgmt;
```

Cloudera Exhibit 1020 - Page 1472 of 1808

Databricks_R2_PA_00003608

## DROP PROCEDURE

### Purpose

Use the `DROP PROCEDURE` statement to remove a standalone stored procedure from the database. Do not use this statement to remove a procedure that is part of a package. Instead, either drop the entire package using the `DROP PACKAGE` statement, or redefine the package without the procedure using the `CREATE PACKAGE` statement with the `OR REPLACE` clause.

> **See Also:** CREATE PROCEDURE on page 15-62 and ALTER PROCEDURE on page 11-40 for information on creating and modifying a procedure

### Prerequisites

The procedure must be in your own schema or you must have the `DROP ANY PROCEDURE` system privilege.

### Syntax

**drop_procedure::=**



### Semantics

#### schema

Specify the schema containing the procedure. If you omit *schema*, then Oracle Database assumes the procedure is in your own schema.

#### procedure

Specify the name of the procedure to be dropped.

When you drop a procedure, Oracle Database invalidates any local objects that depend upon the dropped procedure. If you subsequently reference one of these objects, then the database tries to recompile the object and returns an error message if you have not re-created the dropped procedure.

Cloudera Exhibit 1020 - Page 1473 of 1808

Databricks_R2_PA_00003609

DROP PROCEDURE

---

**See Also:** *Oracle Database Concepts* for information on how Oracle Database maintains dependencies among schema objects, including remote objects

## Example

**Dropping a Procedure: Example**   The following statement drops the procedure `remove_emp` owned by the user `hr` and invalidates all objects that depend upon `remove_emp`:

```
DROP PROCEDURE hr.remove_emp;
```

Cloudera Exhibit 1020 - Page 1474 of 1808

Databricks_R2_PA_00003610

## DROP PROFILE

### Purpose

Use the `DROP PROFILE` statement to remove a profile from the database. You can drop any profile except the `DEFAULT` profile.

**See Also:** CREATE PROFILE on page 15-69 and ALTER PROFILE on page 11-44 on creating and modifying a profile

### Prerequisites

You must have the `DROP PROFILE` system privilege.

### Syntax

**drop_profile::=**



### Semantics

#### profile

Specify the name of the profile to be dropped.

#### CASCADE

Specify `CASCADE` to deassign the profile from any users to whom it is assigned. Oracle Database automatically assigns the `DEFAULT` profile to such users. You must specify this clause to drop a profile that is currently assigned to users.

### Example

**Dropping a Profile: Example**   The following statement drops the profile `app_user`, which was created in "Creating a Profile: Example" on page 15-75. Oracle Database drops the profile `app_user` and assigns the `DEFAULT` profile to any users currently assigned the `app_user` profile:

```
DROP PROFILE app_user CASCADE;
```

Cloudera Exhibit 1020 - Page 1475 of 1808

Databricks_R2_PA_00003611

DROP ROLE

## DROP ROLE

### Purpose

Use the DROP ROLE statement to remove a role from the database. When you drop a role, Oracle Database revokes it from all users and roles to whom it has been granted and removes it from the database. User sessions in which the role is already enabled are not affected. However, no new user session can enable the role after it is dropped.

**See Also:**

- CREATE ROLE on page 15-77 and ALTER ROLE on page 11-51 for information on creating roles and changing the authorization needed to enable a role

- SET ROLE on page 19-63 for information on disabling roles for the current session

### Prerequisites

You must have been granted the role with the ADMIN OPTION or you must have the DROP ANY ROLE system privilege.

### Syntax

**drop_role::=**



### Semantics

***role***
Specify the name of the role to be dropped.

### Example

**Dropping a Role: Example**   To drop the role dw_manager, which was created in "Creating a Role: Example" on page 15-79, issue the following statement:

Cloudera Exhibit 1020 - Page 1476 of 1808

Databricks_R2_PA_00003612

```
DROP ROLE dw_manager;
```

Cloudera Exhibit 1020 - Page 1477 of 1808

Databricks_R2_PA_00003613

DROP ROLLBACK SEGMENT

---

# DROP ROLLBACK SEGMENT

## Purpose

Use the DROP ROLLBACK SEGMENT to remove a rollback segment from the database. When you drop a rollback segment, all space allocated to the rollback segment returns to the tablespace.

> **Note:** If your database is running in Automatic Undo Management mode, this is the only valid operation on rollback segments. In that mode, you cannot create or alter a rollback segment.

## Prerequisites

You must have the DROP ROLLBACK SEGMENT system privilege.

## Syntax

**drop_rollback_segment::=**



## Semantics

### *rollback_segment*

Specify the name the rollback segment to be dropped.

**Restrictions on Dropping Rollback Segments**

- You can drop a rollback segment only if it is offline. To determine whether a rollback segment is offline, query the data dictionary view DBA_ROLLBACK_SEGS. Offline rollback segments have the value AVAILABLE in the STATUS column. You can take a rollback segment offline with the OFFLINE clause of the ALTER ROLLBACK SEGMENT statement.

- You cannot drop the SYSTEM rollback segment.

Cloudera Exhibit 1020 - Page 1478 of 1808

Databricks_R2_PA_00003614

## Example

**Dropping a Rollback Segment**  The following syntax shows how to drop a rollback segment:

```
DROP ROLLBACK SEGMENT rollback_segment;
```

Cloudera Exhibit 1020 - Page 1479 of 1808

Databricks_R2_PA_00003615

DROP ROLLBACK SEGMENT

Cloudera Exhibit 1020 - Page 1480 of 1808

Databricks_R2_PA_00003616

# 18

# SQL Statements: DROP SEQUENCE to ROLLBACK

This chapter contains the following SQL statements:

- DROP SEQUENCE
- DROP SYNONYM
- DROP TABLE
- DROP TABLESPACE
- DROP TRIGGER
- DROP TYPE
- DROP TYPE BODY
- DROP USER
- DROP VIEW
- EXPLAIN PLAN
- FLASHBACK DATABASE
- FLASHBACK TABLE
- GRANT
- INSERT
- LOCK TABLE
- MERGE
- NOAUDIT

Cloudera Exhibit 1020 - Page 1481 of 1808

Databricks_R2_PA_00003617

- PURGE
- RENAME
- REVOKE
- ROLLBACK

Cloudera Exhibit 1020 - Page 1482 of 1808

Databricks_R2_PA_00003618

# DROP SEQUENCE

## Purpose

Use the `DROP SEQUENCE` statement to remove a sequence from the database.

You can also use this statement to restart a sequence by dropping and then re-creating it. For example, if you have a sequence with a current value of 150 and you would like to restart the sequence with a value of 27, then you can drop the sequence and then re-create it with the same name and a `START WITH` value of 27.

> **See Also:** CREATE SEQUENCE on page 15-88 and ALTER SEQUENCE on page 11-57 for more information on creating and modifying a sequence

## Prerequisites

The sequence must be in your own schema or you must have the `DROP ANY SEQUENCE` system privilege.

## Syntax

**drop_sequence::=**



## Semantics

### schema

Specify the schema containing the sequence. If you omit *schema*, then Oracle Database assumes the sequence is in your own schema.

### sequence_name

Specify the name of the sequence to be dropped.

Cloudera Exhibit 1020 - Page 1483 of 1808

Databricks_R2_PA_00003619

## Example

**Dropping a Sequence: Example**   The following statement drops the sequence
`customers_seq` owned by the user `oe`, which was created in "Creating a
Sequence: Example" on page 15-92). To issue this statement, you must either be
connected as user `oe` or have the `DROP ANY SEQUENCE` system privilege:

```
DROP SEQUENCE oe.customers_seq;
```

Cloudera Exhibit 1020 - Page 1484 of 1808

Databricks_R2_PA_00003620

# DROP SYNONYM

## Purpose

Use the `DROP SYNONYM` statement to remove a synonym from the database or to change the definition of a synonym by dropping and re-creating it.

> **See Also:** CREATE SYNONYM on page 16-2 for more information on synonyms

## Prerequisites

To drop a private synonym, either the synonym must be in your own schema or you must have the `DROP ANY SYNONYM` system privilege.

To drop a `PUBLIC` synonym, you must have the `DROP PUBLIC SYNONYM` system privilege.

## Syntax

**drop_synonym::=**



## Semantics

### PUBLIC

You must specify `PUBLIC` to drop a public synonym. You cannot specify *schema* if you have specified `PUBLIC`.

### *schema*

Specify the schema containing the synonym. If you omit *schema*, then Oracle Database assumes the synonym is in your own schema.

### *synonym*

Specify the name of the synonym to be dropped.

Cloudera Exhibit 1020 - Page 1485 of 1808

Databricks_R2_PA_00003621

If you drop a synonym for the master table of a materialized view, and if the defining query of the materialized view specified the synonym rather than the actual table name, then Oracle Database marks the materialized view unusable.

If an object type synonym has any dependent tables or user-defined types, then you cannot drop the synonym unless you also specify FORCE.

### FORCE

Specify FORCE to drop the synonym even if it has dependent tables or user-defined types.

> **Caution:**   Oracle does not recommend that you specify FORCE to drop object type synonyms with dependencies. This operation can result in invalidation of other user-defined types or marking UNUSED the table columns that depend on the synonym. For information about type dependencies, see *Oracle Database Application Developer's Guide - Object-Relational Features.*

## Example

**Dropping a Synonym: Example**   To drop the public synonym named customers, which was created in "Oracle Database Resolution of Synonyms: Example" on page 16-6, issue the following statement:

```
DROP PUBLIC SYNONYM customers;
```

Databricks_R2_PA_00003622

# DROP TABLE

## Purpose

Use the `DROP TABLE` statement to move a table or object table to the recycle bin or to remove the table and all its data from the database entirely.

> **Caution:** Unless you specify the `PURGE` clause, the `DROP TABLE` statement does not result in space being released back to the tablespace for use by other objects, and the space continues to count toward the user's space quota.

For an external table, this statement removes only the table metadata in the database. It has no affect on the actual data, which resides outside of the database.

When you drop a table that is part of a cluster, the table is moved to the recycle bin. However, if you subsequently drop the cluster, the table is purged from the recycle bin and can no longer be recovered with a `FLASHBACK TABLE` operation.

Dropping a table invalidates dependent objects and removes object privileges on the table. If you want to re-create the table, then you must regrant object privileges on the table, re-create the indexes, integrity constraints, and triggers for the table, and respecify its storage parameters. Truncating has none of these effects. Therefore, removing rows with the `TRUNCATE` statement can be more efficient than dropping and re-creating a table.

**See Also:**

- CREATE TABLE on page 16-7 and ALTER TABLE on page 12-2 for information on creating and modifying tables

- TRUNCATE on page 19-70 and DELETE on page 17-55 for information on removing data from a table

- FLASHBACK TABLE on page 18-33 for information on retrieving a dropped table from the recycle bin

## Prerequisites

The table must be in your own schema or you must have the `DROP ANY TABLE` system privilege.

Cloudera Exhibit 1020 - Page 1487 of 1808

Databricks_R2_PA_00003623

DROP TABLE

---

You can perform DDL operations (such as `ALTER TABLE`, `DROP TABLE`, `CREATE INDEX`) on a temporary table only when no session is bound to it. A session becomes bound to a temporary table by performing an `INSERT` operation on the table. A session becomes unbound to the temporary table by issuing a `TRUNCATE` statement or at session termination, or, for a transaction-specific temporary table, by issuing a `COMMIT` or `ROLLBACK` statement.

## Syntax

**drop_table::=**



## Semantics

### schema

Specify the schema containing the table. If you omit `schema`, then Oracle Database assumes the table is in your own schema.

### table

Specify the name of the table to be dropped. Oracle Database automatically performs the following operations:

- All rows from the table are dropped.

- All table indexes and domain indexes are dropped, as well as any triggers defined on the table, regardless of who created them or whose schema contains them. If `table` is partitioned, then any corresponding local index partitions are also dropped.

- All the storage tables of nested tables and LOBs of `table` are dropped.

- If you drop a range-, hash-, or list-partitioned table, then the database drops all the table partitions. If you drop a composite-partitioned table, then all the partitions and subpartitions are also dropped.

- For an index-organized table, any mapping tables defined on the index-organized table are dropped.

- For a domain index, the appropriate drop routines are invoked. Please refer to *Oracle Data Cartridge Developer's Guide* for more information on these routines.

Cloudera Exhibit 1020 - Page 1488 of 1808

Databricks_R2_PA_00003624

- If any statistic types are associated with the table, then the database disassociates the statistics types with the FORCE clause and removes any user-defined statistics collected with the statistics type.

  **See Also:** ASSOCIATE STATISTICS on page 13-50 and DISASSOCIATE STATISTICS on page 17-64 for more information on statistics type associations

- If the table is not part of a cluster, then the database returns all data blocks allocated to the table and its indexes to the tablespaces containing the table and its indexes.

  To drop a cluster and all its the tables, use the DROP CLUSTER statement with the INCLUDING TABLES clause to avoid dropping each table individually. See DROP CLUSTER on page 17-67.

- If the table is a base table for a view, a container or master table of a materialized view, or if it is referenced in a stored procedure, function, or package, then the database invalidates these dependent objects but does not drop them. You cannot use these objects unless you re-create the table or drop and re-create the objects so that they no longer depend on the table.

  If you choose to re-create the table, then it must contain all the columns selected by the subqueries originally used to define the materialized views and all the columns referenced in the stored procedures, functions, or packages. Any users previously granted object privileges on the views, stored procedures, functions, or packages need not be regranted these privileges.

  If the table is a master table for a materialized view, then the materialized view can still be queried, but it cannot be refreshed unless the table is re-created so that it contains all the columns selected by the defining query of the materialized view.

  If the table has a materialized view log, then the database drops this log and any other direct-path INSERT refresh information associated with the table.

**Restriction on Dropping Tables** You cannot directly drop the storage table of a nested table. Instead, you must drop the nested table column using the ALTER TABLE ... DROP COLUMN clause.

### CASCADE CONSTRAINTS

Specify CASCADE CONSTRAINTS to drop all referential integrity constraints that refer to primary and unique keys in the dropped table. If you omit this clause, and

Cloudera Exhibit 1020 - Page 1489 of 1808

Databricks_R2_PA_00003625

such referential integrity constraints exist, then the database returns an error and does not drop the table.

## PURGE

Specify PURGE if you want to drop the table and release the space associated with it in a single step. If you specify PURGE, then the database does not place the table and its dependent objects into the recycle bin.

> **Caution:** You cannot roll back a DROP TABLE statement with the PURGE clause, nor can you recover the table if you have dropped it with the PURGE clause.

Using this clause is equivalent to first dropping the table and then purging it from the recycle bin. This clause lets you save one step in the process. It also provides enhanced security if you wish to prevent sensitive material from appearing in the recycle bin.

> **See Also:** *Oracle Database Administrator's Guide* for information on the recycle bin and naming conventions for objects in the recycle bin

## Example

**Dropping a Table: Example**   The following statement drops the oe.list_customers table created in "List Partitioning Example" on page 16-74.

```
DROP TABLE list_customers PURGE;
```

Cloudera Exhibit 1020 - Page 1490 of 1808

Databricks_R2_PA_00003626

# DROP TABLESPACE

## Purpose

Use the DROP TABLESPACE statement to remove a tablespace from the database.

When you drop a tablespace, Oracle Database does not place it in the recycle bin. Therefore, you cannot subsequently either purge or undrop the tablespace.

> **See Also:** CREATE TABLESPACE on page 16-80 and ALTER TABLESPACE on page 12-105 for information on creating and modifying a tablespace

## Prerequisites

You must have the DROP TABLESPACE system privilege. You cannot drop a tablespace if it contains any rollback segments holding active transactions.

## Syntax

**drop_tablespace::=**



## Semantics

### tablespace

Specify the name of the tablespace to be dropped.

You can drop a tablespace regardless of whether it is online or offline. Oracle recommends that you take the tablespace offline before dropping it to ensure that no SQL statements in currently running transactions access any of the objects in the tablespace.

Cloudera Exhibit 1020 - Page 1491 of 1808

Databricks_R2_PA_00003627

You cannot drop the SYSTEM tablespace. You can drop the SYSAUX tablespace only if you have the SYSDBA system privilege and you have started the database in MIGRATE mode.

You may want to alert any users who have been assigned the tablespace as either a default or temporary tablespace. After the tablespace has been dropped, these users cannot allocate space for objects or sort areas in the tablespace. You can reassign users new default and temporary tablespaces with the ALTER USER statement.

Any objects that were previously dropped from the tablespace and moved to the recycle bin are purged from the recycle bin. Oracle Database removes from the data dictionary all metadata about the tablespace and all datafiles and tempfiles in the tablespace. The database also automatically drops from the operating system any Oracle-managed datafiles and tempfiles in the tablespace. Other datafiles and tempfiles are not removed from the operating system unless you specify INCLUDING CONTENTS AND DATAFILES.

You cannot use this statement to drop a tablespace group. However, if *tablespace* is the only tablespace in a tablespace group, then Oracle Database removes the tablespace group from the data dictionary as well.

**Restrictions on Dropping Tablespaces**

- You cannot drop a tablespace that contains a domain index or any objects created by a domain index.

- You cannot drop an undo tablespace if it is being used by any instance or if it contains any undo data needed to roll back uncommitted transactions.

- You cannot drop a tablespace that has been designated as the default tablespace for the database. You must first reassign another tablespace as the default tablespace and then drop the old default tablespace.

- You cannot drop a temporary tablespace if it is part of the database default temporary tablespace group. You must first remove the tablespace from the database default temporary tablespace group and then drop it.

- You cannot drop a tablespace, even with the INCLUDING CONTENTS and CASCADE CONSTRAINTS clauses, if doing so would disable a primary key or unique constraint in another tablespace. For example, if the tablespace being dropped contains a primary key index, but the primary key column itself is in a different tablespace, then you cannot drop the tablespace until you have manually disabled the primary key constraint in the other tablespace.

> **See Also:** *Oracle Data Cartridge Developer's Guide* and *Oracle Database Concepts* for more information on domain indexes

Cloudera Exhibit 1020 - Page 1492 of 1808

Databricks_R2_PA_00003628

## INCLUDING CONTENTS

Specify INCLUDING CONTENTS to drop all the contents of the tablespace. You must specify this clause to drop a tablespace that contains any database objects. If you omit this clause, and the tablespace is not empty, then the database returns an error and does not drop the tablespace.

For partitioned tables, DROP TABLESPACE will fail even if you specify INCLUDING CONTENTS, if the tablespace contains some, but not all:

- Partitions of a range- or hash-partitioned table, or
- Subpartitions of a composite-partitioned table.

> **Note:** If all the partitions of a partitioned table reside in *tablespace*, then DROP TABLESPACE ... INCLUDING CONTENTS will drop *tablespace*, as well as any associated index segments, LOB data segments, and LOB index segments in the other tablespace(s).

For a partitioned index-organized table, if all the primary key index segments are in this tablespace, then this clause will also drop any overflow segments that exist in other tablespaces, as well as any associated mapping table in other tablespaces. If some of the primary key index segments are *not* in this tablespace, then the statement will fail. In that case, before you can drop the tablespace, you must use ALTER TABLE ... MOVE PARTITION to move those primary key index segments into this tablespace, drop the partitions whose overflow data segments are not in this tablespace, and drop the partitioned index-organized table.

If the tablespace contains a master table of a materialized view, then the database invalidates the materialized view.

If the tablespace contains a materialized view log, then the database drops the log and any other direct-path INSERT refresh information associated with the table.

## AND DATAFILES

When you specify INCLUDING CONTENTS, the AND DATAFILES clause lets you instruct the database to delete the associated operating system files as well. Oracle Database writes a message to the alert log for each operating system file deleted. This clause is not needed for Oracle-managed files.

Cloudera Exhibit 1020 - Page 1493 of 1808

Databricks_R2_PA_00003629

### CASCADE CONSTRAINTS

Specify CASCADE CONSTRAINTS to drop all referential integrity constraints from tables outside *tablespace* that refer to primary and unique keys of tables inside *tablespace*. If you omit this clause and such referential integrity constraints exist, then Oracle Database returns an error and does not drop the tablespace.

## Example

**Dropping a Tablespace: Example**   The following statement drops the tbs_01 tablespace and drops all referential integrity constraints that refer to primary and unique keys inside tbs_01:

```
DROP TABLESPACE tbs_01
    INCLUDING CONTENTS
        CASCADE CONSTRAINTS;
```

**Deleting Operating System Files: Example**   The following example drops the tbs_02 tablespace and deletes all associated operating system datafiles:

```
DROP TABLESPACE tbs_02
   INCLUDING CONTENTS AND DATAFILES;
```

Cloudera Exhibit 1020 - Page 1494 of 1808

Databricks_R2_PA_00003630

# DROP TRIGGER

## Purpose

Use the `DROP TRIGGER` statement to remove a database trigger from the database.

> **See Also:**   CREATE TRIGGER on page 16-100 and ALTER TRIGGER on page 13-2

## Prerequisites

The trigger must be in your own schema or you must have the `DROP ANY TRIGGER` system privilege. To drop a trigger on `DATABASE` in another user's schema, you must also have the `ADMINISTER DATABASE TRIGGER` system privilege.

## Syntax

**drop_trigger::=**



## Semantics

### *schema*

Specify the schema containing the trigger. If you omit *schema*, then Oracle Database assumes the trigger is in your own schema.

### *trigger*

Specify the name of the trigger to be dropped. Oracle Database removes it from the database and does not fire it again.

## Example

**Dropping a Trigger: Example**   The following statement drops the `salary_check` trigger in the schema `hr`:

```
DROP TRIGGER hr.salary_check;
```

Cloudera Exhibit 1020 - Page 1495 of 1808

Databricks_R2_PA_00003631

# DROP TYPE

## Purpose

Use the DROP TYPE statement to drop the specification and body of an object type, a varray, or a nested table type.

> **See Also:**
>
> - DROP TYPE BODY on page 18-19 for information on dropping just the body of an object type
> - CREATE TYPE on page 17-3 and ALTER TYPE on page 13-7 for information on creating and modifying types

## Prerequisites

The object type, varray, or nested table type must be in your own schema or you must have the DROP ANY TYPE system privilege.

## Syntax

**drop_type::=**



## Semantics

### schema

Specify the schema containing the type. If you omit *schema*, then Oracle Database assumes the type is in your own schema.

### type_name

Specify the name of the object, varray, or nested table type to be dropped. You can drop only types with no type or table dependencies.

Databricks_R2_PA_00003632

If *type_name* is a supertype, then this statement will fail unless you also specify FORCE. If you specify FORCE, then the database invalidates all subtypes depending on this supertype.

If *type_name* is a statistics type, then this statement will fail unless you also specify FORCE. If you specify FORCE, then the database first disassociates all objects that are associated with *type_name* and then drops *type_name*.

> **See Also:** ASSOCIATE STATISTICS on page 13-50 and DISASSOCIATE STATISTICS on page 17-64 for more information on statistics types

If *type_name* is an object type that has been associated with a statistics type, then the database first attempts to disassociate *type_name* from the statistics type and then drop *type_name*. However, if statistics have been collected using the statistics type, then the database will be unable to disassociate *type_name* from the statistics type, and this statement will fail.

If *type_name* is an implementation type for an indextype, then the indextype will be marked INVALID.

If *type_name* has a public synonym defined on it, then the database will also drop the synonym.

Unless you specify FORCE, you can drop only object types, nested tables, or varray types that are standalone schema objects with no dependencies. This is the default behavior.

> **See Also:** CREATE INDEXTYPE on page 14-105

## FORCE

Specify FORCE to drop the type even if it has dependent database objects. Oracle Database marks UNUSED all columns dependent on the type to be dropped, and those columns become inaccessible.

> **Caution:** Oracle does not recommend that you specify FORCE to drop object types with dependencies. This operation is not recoverable and could cause the data in the dependent tables or columns to become inaccessible. For information about type dependencies, see *Oracle Database Application Developer's Guide - Fundamentals*.

Cloudera Exhibit 1020 - Page 1497 of 1808

Databricks_R2_PA_00003633

### VALIDATE

If you specify `VALIDATE` when dropping a type, then Oracle Database checks for stored instances of this type within substitutable columns of any of its supertypes. If no such instances are found, then the database completes the drop operation.

This clause is meaningful only for subtypes. Oracle recommends the use of this option to safely drop subtypes that do not have any explicit type or table dependencies.

## Example

**Dropping an Object Type: Example**    The following statement removes object type `person_t`, which was created in "Type Hierarchy Example" on page 17-22:

```
DROP TYPE person_t;
```

Cloudera Exhibit 1020 - Page 1498 of 1808

Databricks_R2_PA_00003634

## DROP TYPE BODY

### Purpose

Use the `DROP TYPE BODY` statement to drop the body of an object type, varray, or nested table type. When you drop a type body, the object type specification still exists, and you can re-create the type body. Prior to re-creating the body, you can still use the object type, although you cannot call the member functions.

> **See Also:**
>
> - DROP TYPE on page 18-16 for information on dropping the specification of an object along with the body
> - CREATE TYPE BODY on page 17-26 for more information on type bodies

### Prerequisites

The object type body must be in your own schema or you must have the `DROP ANY TYPE` system privilege.

### Syntax

**drop_type_body::=**



### Semantics

#### *schema*

Specify the schema containing the object type. If you omit *schema*, then Oracle Database assumes the object type is in your own schema.

#### *type_name*

Specify the name of the object type body to be dropped.

**Restriction on Dropping Type Bodies**   You can drop a type body only if it has no type or table dependencies.

Cloudera Exhibit 1020 - Page 1499 of 1808

Databricks_R2_PA_00003635

DROP TYPE BODY

## Example

**Dropping an Object Type Body: Example**    The following statement removes object type body data_typ, which was created in "Object Type Examples" on page 17-20:

```
DROP TYPE BODY data_typ;
```

Cloudera Exhibit 1020 - Page 1500 of 1808

Databricks_R2_PA_00003636

# DROP USER

## Purpose

Use the DROP USER statement to remove a database user and optionally remove the user's objects.

When you drop a user, Oracle Database also purges all of that user's schema objects from the recycle bin.

> **Caution:** Do not attempt to drop the users SYS or SYSTEM. Doing so will corrupt your database.

> **See Also:** CREATE USER on page 17-32 and ALTER USER on page 13-24 for information on creating and modifying a user

## Prerequisites

You must have the DROP USER system privilege.

## Syntax

**drop_user::=**



## Semantics

### *user*

Specify the user to be dropped. Oracle Database does not drop users whose schemas contain objects unless you specify CASCADE or unless you first explicitly drop the user's objects.

### CASCADE

Specify CASCADE to drop all objects in the user's schema before dropping the user. You must specify this clause to drop a user whose schema contains any objects.

Cloudera Exhibit 1020 - Page 1501 of 1808

Databricks_R2_PA_00003637

DROP USER

- If the user's schema contains tables, then Oracle Database drops the tables and automatically drops any referential integrity constraints on tables in other schemas that refer to primary and unique keys on these tables.

- If this clause results in tables being dropped, then the database also drops all domain indexes created on columns of those tables and invokes appropriate drop routines.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for more information on these routines

- Oracle Database invalidates, but does not drop, the following objects in other schemas:
  – Views or synonyms for objects in the dropped user's schema
  – Stored procedures, functions, or packages that query objects in the dropped user's schema.

- Oracle Database does not drop materialized views in other schemas that are based on tables in the dropped user's schema. However, because the base tables no longer exist, the materialized views in the other schemas can no longer be refreshed.

- Oracle Database drops all triggers in the user's schema.

- Oracle Database does not drop roles created by the user.

> **Caution:** Oracle Database also drops with FORCE all types owned by the user. See the FORCE keyword of DROP TYPE on page 18-17.

## Examples

**Dropping a Database User: Example**   If user Sidney's schema contains no objects, then you can drop sidney by issuing the statement:

```
DROP USER sidney;
```

If Sidney's schema contains objects, then you must use the CASCADE clause to drop sidney and the objects:

```
DROP USER sidney CASCADE;
```

Cloudera Exhibit 1020 - Page 1502 of 1808

Databricks_R2_PA_00003638

# DROP VIEW

## Purpose

Use the `DROP VIEW` statement to remove a view or an object view from the database. You can change the definition of a view by dropping and re-creating it.

**See Also:** CREATE VIEW on page 17-40 and ALTER VIEW on page 13-33 for information on creating and modifying a view

## Prerequisites

The view must be in your own schema or you must have the `DROP ANY VIEW` system privilege.

## Syntax

**drop_view::=**



## Semantics

### *schema*

Specify the schema containing the view. If you omit *schema*, then Oracle Database assumes the view is in your own schema.

### *view*

Specify the name of the view to be dropped.

Oracle Database does not drop views, materialized views, and synonyms that refer to the view but marks them `INVALID`. You can drop them or redefine views and synonyms, or you can define other views in such a way that the invalid views and synonyms become valid again.

If any subviews have been defined on *view*, then the database invalidates the subviews as well. To learn if the view has any subviews, query the `SUPERVIEW_NAME` column of the `USER_`, `ALL_`, or `DBA_VIEWS` data dictionary views.

Cloudera Exhibit 1020 - Page 1503 of 1808

Databricks_R2_PA_00003639

DROP VIEW

**See Also:**

- CREATE TABLE on page 16-7 and CREATE SYNONYM on page 16-2
- ALTER MATERIALIZED VIEW on page 11-2 for information on revalidating invalid materialized views

### CASCADE CONSTRAINTS

Specify CASCADE CONSTRAINTS to drop all referential integrity constraints that refer to primary and unique keys in the view to be dropped. If you omit this clause, and such constraints exist, then the DROP statement fails.

## Example

**Dropping a View: Example**    The following statement drops the emp_view view, which was created in "Creating a View: Example" on page 17-50:

```
DROP VIEW emp_view;
```

Cloudera Exhibit 1020 - Page 1504 of 1808

Databricks_R2_PA_00003640

# EXPLAIN PLAN

### Purpose

Use the `EXPLAIN PLAN` statement to determine the execution plan Oracle Database follows to execute a specified SQL statement. This statement inserts a row describing each step of the execution plan into a specified table. You can also issue the `EXPLAIN PLAN` statement as part of the SQL trace facility.

If you are using cost-based optimization, then this statement also determines the cost of executing the statement. If any domain indexes are defined on the table, then user-defined CPU and I/O costs will also be inserted.

The definition of a sample output table `PLAN_TABLE` is available in a SQL script on your distribution media. Your output table must have the same column names and datatypes as this table. The common name of this script is `UTLXPLAN.SQL`. The exact name and location depend on your operating system.

Oracle Database provides information on cached cursors through several dynamic performance views:

- For information on the work areas used by SQL cursors, query `V$SQL_WORKAREA`.

- For information on the execution plan for a cached cursor, query `V$SQL_PLAN`.

- For execution statistics at each step or operation of an execution plan of cached cursors (for example, number of produced rows, number of blocks read), query `V$SQL_PLAN_STATISTICS` view.

- For a selective precomputed join of the preceding three views, query `V$SQL_PLAN_STATISTICS_ALL`.

  **See Also:**

  - *Oracle Database Performance Tuning Guide* for information on the output of `EXPLAIN PLAN`, how to use the SQL trace facility, and how to generate and interpret execution plans

  - *Oracle Database Reference* for information on dynamic performance views

Cloudera Exhibit 1020 - Page 1505 of 1808

Databricks_R2_PA_00003641

EXPLAIN PLAN

## Prerequisites

To issue an EXPLAIN PLAN statement, you must have the privileges necessary to insert rows into an existing output table that you specify to hold the execution plan.

You must also have the privileges necessary to execute the SQL statement for which you are determining the execution plan. If the SQL statement accesses a view, then you must have privileges to access any tables and views on which the view is based. If the view is based on another view that is based on a table, then you must have privileges to access both the other view and its underlying table.

To examine the execution plan produced by an EXPLAIN PLAN statement, you must have the privileges necessary to query the output table.

The EXPLAIN PLAN statement is a data manipulation language (DML) statement, rather than a data definition language (DDL) statement. Therefore, Oracle Database does not implicitly commit the changes made by an EXPLAIN PLAN statement. If you want to keep the rows generated by an EXPLAIN PLAN statement in the output table, then you must commit the transaction containing the statement.

> **See Also:** INSERT on page 18-65 and SELECT on page 19-4 for information on the privileges you need to populate and query the plan table

## Syntax

**explain_plan::=**



## Semantics

### SET STATEMENT_ID Clause

Specify the value of the STATEMENT_ID column for the rows of the execution plan in the output table. You can then use this value to identify these rows among others in the output table. Be sure to specify a STATEMENT_ID value if your output table

Cloudera Exhibit 1020 - Page 1506 of 1808

Databricks_R2_PA_00003642

contains rows from many execution plans. If you omit this clause, then the `STATEMENT_ID` value defaults to null.

### INTO *table* Clause

Specify the name of the output table, and optionally its schema and database. This table must exist before you use the `EXPLAIN PLAN` statement.

If you omit `schema`, then the database assumes the table is in your own schema.

The `dblink` can be a complete or partial name of a database link to a remote Oracle Database where the output table is located. You can specify a remote output table only if you are using Oracle Database distributed functionality. If you omit `dblink`, then the database assumes the table is on your local database. See "Referring to Objects in Remote Databases" on page 2-114 for information on referring to database links.

If you omit `INTO` altogether, then the database assumes an output table named `PLAN_TABLE` in your own schema on your local database.

### FOR *statement* Clause

Specify a `SELECT`, `INSERT`, `UPDATE`, `DELETE`, `CREATE TABLE`, `CREATE INDEX`, or `ALTER INDEX ... REBUILD` statement for which the execution plan is generated.

#### Notes on EXPLAIN PLAN

- If `statement` includes the `parallel_clause`, then the resulting execution plan will indicate parallel execution. However, `EXPLAIN PLAN` actually inserts the statement into the plan table, so that the parallel DML statement you submit is no longer the first DML statement in the transaction. This violates the Oracle Database restriction of one parallel DML statement in a single transaction, and the statement will be executed serially. To maintain parallel execution of the statements, you must commit or roll back the `EXPLAIN PLAN` statement, and then submit the parallel DML statement.

- To determine the execution plan for an operation on a temporary table, `EXPLAIN PLAN` must be run from the same session, because the data in temporary tables is session specific.

## Examples

**EXPLAIN PLAN Examples**   The following statement determines the execution plan and cost for an `UPDATE` statement and inserts rows describing the execution plan

Cloudera Exhibit 1020 - Page 1507 of 1808

Databricks_R2_PA_00003643

EXPLAIN PLAN

into the specified `plan_table` table with the `STATEMENT_ID` value of 'Raise in Tokyo':

```
EXPLAIN PLAN
    SET STATEMENT_ID = 'Raise in Tokyo'
    INTO plan_table
    FOR UPDATE employees
        SET salary = salary * 1.10
        WHERE department_id =
            (SELECT department_id FROM departments
                WHERE location_id = 1200);
```

The following `SELECT` statement queries the `plan_table` table and returns the execution plan and the cost:

```
SELECT LPAD(' ',2*(LEVEL-1))||operation operation, options,
object_name, position
    FROM plan_table
    START WITH id = 0 AND statement_id = 'Raise in Tokyo'
    CONNECT BY PRIOR id = parent_id AND
    statement_id = 'Raise in Tokyo';
```

The query returns this execution plan:

```
OPERATION            OPTIONS         OBJECT_NAME      POSITION
-------------------- --------------- ---------------- ----------
UPDATE STATEMENT                                      2
 UPDATE                              EMPLOYEES        1
  TABLE ACCESS       FULL            EMPLOYEES        1
   VIEW                              index$_join$_00  1
                                     2
    HASH JOIN                                         1
     INDEX           RANGE SCAN      DEPT_LOCATION_I  1
                                     X
     INDEX           FAST FULL SCAN  DEPT_ID_PK       2
```

The value in the `POSITION` column of the first row shows that the statement has a cost of 2.

**EXPLAIN PLAN: Partitioned Example**   The sample table `sh.sales` is partitioned on the `time_id` column. Partition `sales_q3_2000` contains time values less than Oct. 1, 2000, and there is a local index `sales_time_bix` on the `time_id` column.

Consider the query:

```
EXPLAIN PLAN FOR
```

Cloudera Exhibit 1020 - Page 1508 of 1808

Databricks_R2_PA_00003644

```
SELECT * FROM sales
    WHERE time_id BETWEEN :h AND '01-OCT-2000';
```

where :h represents an already declared bind variable. EXPLAIN PLAN executes this query with PLAN_TABLE as the output table. The basic execution plan, including partitioning information, is obtained with the following query:

```
SELECT operation, options, partition_start, partition_stop,
    partition_id FROM plan_table;
```

Cloudera Exhibit 1020 - Page 1509 of 1808

Databricks_R2_PA_00003645

# FLASHBACK DATABASE

## Purpose

Use the `FLASHBACK DATABASE` statement to return the database to a past time or system change number (SCN). This statement provides a fast alternative to performing incomplete database recovery.

Following a `FLASHBACK DATABASE` operation, in order to have write access to the flashed back database, you must reopen it with an `ALTER DATABASE OPEN RESETLOGS` statement.

> **Note:**   You cannot Flashback the database beyond the last resetlogs operation (`ALTER DATABASE OPEN RESETLOGS`).

> **See Also:**   *Oracle Database Backup and Recovery Advanced User's Guide* for more information on `FLASHBACK DATABASE`

## Prerequisites

You must have the `SYSDBA` system privilege. A flash recovery area must have been prepared for the database, and the database must have been put in `FLASHBACK` mode with an `ALTER DATABASE FLASHBACK ON` statement. The database must be mounted in exclusive mode but not open.

> **See Also:**   *Oracle Database Backup and Recovery Advanced User's Guide* and the `ALTER DATABASE` ... *flashback_mode_clause* on page 10-56 for information on putting the database in `FLASHBACK` mode

Cloudera Exhibit 1020 - Page 1510 of 1808

Databricks_R2_PA_00003646

## Syntax

**flashback_database::=**



## Semantics

When you issue a `FLASHBACK DATABASE` statement, Oracle Database first verifies that all required archived and online redo logs are available. If they are available, then it reverts all currently online datafiles in the database to the SCN or time specified in this statement.

- The amount of Flashback data retained in the database is controlled by the `DB_FLASHBACK_RETENTION_TARGET` initialization parameter and the size of the flash recovery area. You can determine how far back you can Flashback the database by querying the `V$FLASHBACK_DATABASE_LOG` view.

- If insufficient data remains in the database to perform the Flashback, then you can use standard recovery procedures to recover the database to a past point in time.

- If insufficient data remains for a set of datafiles, then the database returns an error. In this case, you can take those datafiles offline and reissue the statement to revert the remainder of the database. You can then attempt to recover the offline datafiles using standard recovery procedures.

> **See Also:** *Oracle Database Backup and Recovery Advanced User's Guide* for more information on recovering datafiles

### STANDBY

Specify `STANDBY` to revert the standby database to an earlier SCN or time. If the database is not a standby database, then the database returns an error. If you omit this clause, then *database* can be either a primary or a standby database.

> **See Also:** *Oracle Data Guard Concepts and Administration* for information on how you can use `FLASHBACK DATABASE` on a standby database to achieve different delays

SQL Statements: DROP SEQUENCE to ROLLBACK    **18-31**

Databricks_R2_PA_00003647

### SCN *expr*

Specify a system change number (SCN):

- `TO SCN` reverts the database back to its state at the specified SCN.

- `TO BEFORE SCN` reverts the database back to its state at the system change number just preceding the specified SCN.

You can determine the current SCN by querying the `CURRENT_SCN` column of the `V$DATABASE` view. This in turn lets you save the SCN to a spool file, for example, before running a high-risk batch job.

### TIMESTAMP *expr*

Specify a valid datetime expression.

- `TO TIMESTAMP` reverts the database back to its state at the specified timestamp.

- `TO BEFORE TIMESTAMP` reverts the database back to its state one second before the specified timestamp.

 You can represent the timestamp as an offset from a determinate value, such as `SYSDATE`, or as an absolute system timestamp.

## Examples

Assuming that you have prepared a flash recovery area for the database, enable database `FLASHBACK` mode and open the database with the following statements:

```
STARTUP MOUNT EXCLUSIVE
ALTER DATABASE FLASHBACK ON;
ALTER DATABASE OPEN
```

With your database open for at least a day, you can flash back the database one day with the following statements:

```
SHUTDOWN DATABASE
STARTUP MOUNT EXCLUSIVE
FLASHBACK DATABASE TO TIMESTAMP SYSDATE-1;
```

Cloudera Exhibit 1020 - Page 1512 of 1808

Databricks_R2_PA_00003648

## FLASHBACK TABLE

### Purpose

Use the `FLASHBACK TABLE` statement to restore an earlier state of a table in the event of human or application error. The time in the past to which the table can be flashed back is dependent on the amount of undo data in the system. Also, Oracle Database cannot restore a table to an earlier state across any DDL operations that change the structure of the table.

> **Note:** Oracle strongly recommends that you run your database in Automatic Undo Management mode by setting the `UNDO_MANAGEMENT` initialization parameter to `AUTO`. In addition, set the `UNDO_RETENTION` initialization parameter to an interval large enough to include the oldest data you anticipate needing. For more information please refer to the documentation on the `UNDO_MANAGEMENT` and `UNDO_RETENTION` initialization parameters.

You cannot roll back a `FLASHBACK TABLE` statement. However, you can issue another `FLASHBACK TABLE` statement and specify a time just prior to the current time. Therefore, it is advisable to record the current SCN before issuing a `FLASHBACK TABLE` clause.

#### See Also:

- FLASHBACK DATABASE on page 18-30 for information on reverting the entire database to an earlier version
- the *flashback_query_clause* of `SELECT` on page 19-18 for information on retrieving past data from a table
- *Oracle Database Backup and Recovery Advanced User's Guide* for additional information on using the `FLASHBACK TABLE` statement

### Prerequisites

To flash back a table to an earlier SCN or timestamp, you must have either the `FLASHBACK` object privilege on the table or the `FLASHBACK ANY TABLE` system privilege. In addition, you must have the `SELECT`, `INSERT`, `DELETE`, and `ALTER` object privileges on the table. Row movement must be enabled for all tables in the

Cloudera Exhibit 1020 - Page 1513 of 1808

Databricks_R2_PA_00003649

FLASHBACK TABLE

Flashback list. Please refer to *row_movement_clause* on page 10-56 for information on enabling row movement.

To flash back a table to before a DROP TABLE operation, you need only the privileges necessary to drop the table.

## Syntax

**flashback_table::=**



## Semantics

During an Oracle Flashback Table operation, Oracle Database acquires exclusive DML locks on all the tables specified in the Flashback list. These locks prevent any operations on the tables while they are reverting to their earlier state.

The Flashback Table operation is executed in a single transaction, regardless of the number of tables specified in the Flashback list. Either all of the tables revert to the earlier state or none of them do. If the Flashback Table operation fails on any table, then the entire statement fails.

At the completion of the Flashback Table operation, the data in *table* is consistent with *table* at the earlier time. However, FLASHBACK TABLE TO SCN or TIMESTAMP does not preserve rowids, and FLASHBACK TABLE TO BEFORE DROP does not recover referential constraints.

Oracle Database does not revert statistics associated with *table* to their earlier form. Indexes on *table* that exist currently are reverted and reflect the state of the table at the Flashback point. If the index exists now but did not yet exist at the Flashback point, then the database updates the index to reflect the state of the table

Cloudera Exhibit 1020 - Page 1514 of 1808

Databricks_R2_PA_00003650

at the Flashback point. However, indexes that were dropped during the interval between the Flashback point and the current time are not restored.

### schema

Specify the schema containing the table. If you omit *schema*, then the database assumes the table is in your own schema.

### table

Specify the name of one or more tables containing data you want to revert to an earlier version.

#### Restrictions on Flashing Back Tables

- Flashback Table operations are not valid for the following type objects: tables that are part of a cluster, materialized views, Advanced Queuing (AQ) tables, static data dictionary tables, system tables, remote tables, object tables, nested tables, or individual table partitions or subpartitions.

- The following DDL operations change the structure of a table, so that you cannot subsequently use the TO SCN or TO TIMESTAMP clause to flash the table back to a time preceding the operation: upgrading, moving, or truncating a table; adding a constraint to a table, adding a table to a cluster; modifying or dropping a column; adding, dropping, merging, splitting, coalescing, or truncating a partition or subpartition (with the exception of adding a range partition).

## TO SCN Clause

Specify the system change number (SCN) corresponding to the point in time to which you want to return the table. The *expr* must evaluate to a number representing a valid SCN.

## TO TIMESTAMP Clause

Specify a timestamp value corresponding to the point in time to which you want to return the table. The *expr* must evaluate to a valid timestamp in the past.

## ENABLE | DISABLE TRIGGERS

By default, Oracle Database disables all enabled triggers defined on *table* during the Flashback Table operation and then reenables them after the Flashback Table operation is complete. Specify ENABLE TRIGGERS if you want to override this default behavior and keep the triggers enabled during the Flashback process.

Cloudera Exhibit 1020 - Page 1515 of 1808

Databricks_R2_PA_00003651

This clause affects only those database triggers defined on `table` that are already enabled. To enable currently disabled triggers selectively, use the `ALTER TABLE ... enable_disable_clause` before you issue the `FLASHBACK TABLE` statement with the `ENABLE TRIGGERS` clause.

### TO BEFORE DROP Clause

Use this clause to retrieve from the recycle bin a table that has been dropped, along with all possible dependent objects.

> **See Also:**
>
> - *Oracle Database Administrator's Guide* for information on the recycle bin and naming conventions for objects in the recycle bin
> - PURGE on page 18-99 for information on removing objects permanently from the recycle bin

You can specify either the original user-specified name of the table or the system-generated name Oracle Database assigned to the object when it was dropped.

- System-generated recycle bin object names are unique. Therefore, if you specify the system-generated name, then the database retrieves that specified object.

  To see the contents of your recycle bin, query the `USER_RECYCLEBIN` data dictionary review. You can use the `RECYCLEBIN` synonym instead. The following two statements return the same rows:

  ```
  SELECT * FROM RECYCLEBIN;
  SELECT * FROM USER_RECYCLEBIN;
  ```

- If you specify the user-specified name, and if the recycle bin contains more than one object of that name, then the database retrieves the object that was moved to the recycle bin most recently. If you want to retrieve an older version of the table, do one of these things:

  - Specify the system-generated recycle bin name of the table you want to retrieve.
  - Issue additional `FLASHBACK TABLE ... TO BEFORE DROP` statements until you retrieve the table you want.

Oracle Database attempts to preserve the original table name. If a new table of the same name has been created in the same schema since the original table was

Databricks_R2_PA_00003652

dropped, then the database returns an error unless you also specify the RENAME TO clause.

**RENAME TO Clause**  Use this clause to specify a new name for the table being retrieved from the recycle bin.

**Notes on Flashing Back Dropped Tables**

- Oracle Database retrieves all indexes defined on the table retrieved from the recycle bin except for bitmap join indexes. (Bitmap join indexes are not put in the recycle bin during a DROP TABLE operation, so cannot be retrieved.)

- The database also retrieves all triggers and constraints defined on the table except for referential integrity constraints that reference other tables.

  The retrieved indexes, triggers, and constraints have recycle bin names. Therefore it is advisable to query the USER_RECYCLEBIN view before issuing a FLASHBACK TABLE ... TO BEFORE DROP statement so that you can rename the retrieved triggers and constraints to more usable names.

- When you drop a table, all materialized view logs defined on the table are also dropped but are not placed in the recycle bin. Therefore, the materialized view logs cannot be flashed back along with the table.

- When you drop a table, any indexes on the table are dropped and put into the recycle bin along with the table. If subsequent space pressures arise, then the database reclaims space from the recycle bin by first purging indexes. In this case, when you flash back the table, you may not get back all of the indexes that were defined on the table.

- You cannot flash back a table if it has been purged, either by a user or by Oracle Database as a result of some space reclamation operation.

## Examples

**Restoring a Table to an Earlier State: Examples**  The examples below create a new table, employees_demo, with row movement enabled, update values within the new table, and issue the FLASHBACK TABLE statement.

Create table employees_demo, with row movement enabled, from table employees of the sample hr schema:

```
CREATE TABLE employees_demo
  ENABLE ROW MOVEMENT
  AS SELECT * FROM employees;
```

Cloudera Exhibit 1020 - Page 1517 of 1808

Databricks_R2_PA_00003653

As a benchmark, list those salaries less than 2500:

```
SELECT salary
  FROM employees_demo
  WHERE salary < 2500;

    SALARY
----------
      2400
      2200
      2100
      2400
      2200
```

> **Note:** To allow time for the SCN to propagate to the mapping table used by the FLASHBACK TABLE statement, wait a minimum of 5 minutes prior to issuing the following statement. This wait would not be necessary if a previously existing table were being used in this example.

Issue a 10% salary increase to those employees earning less than 2500:

```
UPDATE employees_demo
  SET salary = salary * 1.1
  WHERE salary < 2500;

5 rows updated.
COMMIT;
```

As a second benchmark, list those salaries that remain less than 2500 following the 10% increase:

```
SELECT salary
  FROM employees_demo
  WHERE salary < 2500;

    SALARY
----------
      2420
      2310
      2420
```

Cloudera Exhibit 1020 - Page 1518 of 1808

Databricks_R2_PA_00003654

Restore the table `employees_demo` to its state 1 minute prior to the current system time:

```
FLASHBACK TABLE employees_demo
  TO TIMESTAMP (SYSTIMESTAMP - INTERVAL '1' minute);
```

List those salaries less than 2500. After the `FLASHBACK TABLE` statement issued above, this list should match the list in the first benchmark.

```
SELECT salary
  FROM employees_demo
  WHERE salary < 2500;

    SALARY
----------
      2400
      2200
      2100
      2400
      2200
```

**Retrieving a Dropped Table: Example**   If you accidentally drop the `hr.employees` table and wish to retrieve it, issue the following statement:

```
FLASHBACK TABLE employees TO BEFORE DROP;
```

If another `employees` table has been created in the `hr` schema, use the `RENAME TO` clause to rename the retrieved table:

```
FLASHBACK TABLE employees TO BEFORE DROP RENAME TO employees_old;
```

If you know that the employees table has been dropped multiple times, and you wish to retrieve the oldest version, query the `USER_RECYCLEBIN` table to determine the system-generated name, and then use that name in the `FLASHBACK TABLE` statement. (System-generated names in your database will differ from those shown here.)

```
SELECT object_name, droptime FROM user_recyclebin
   WHERE original_name = 'employees';

OBJECT_NAME                      DROPTIME
------------------------------   -------------------
RB$$45703$TABLE$0                2003-06-03:15:26:39
RB$$45704$TABLE$0                2003-06-12:12:27:27
RB$$45705$TABLE$0                2003-07-08:09:28:01
```

Cloudera Exhibit 1020 - Page 1519 of 1808

Databricks_R2_PA_00003655

# GRANT

## Purpose

Use the `GRANT` statement to grant:

- System privileges to users and roles

- Roles to users and roles. Both privileges and roles are either local, global, or external. Table 18–1 lists the system privileges (organized by the database object operated upon). Table 18–2 lists Oracle Database predefined roles.

- Object privileges for a particular object to users, roles, and `PUBLIC`. Table 18–3 summarizes the object privileges that you can grant on each type of object. Table 18–4 lists object privileges and the operations that they authorize.

**Notes on Authorizing Database Users**   You can authorize database users through means other than the database and the `GRANT` statement.

- Many Oracle Database privileges are granted through supplied PL/SQL and Java packages. For information on those privileges, please refer to the documentation for the appropriate package.

- Some operating systems have facilities that let you grant roles to Oracle Database users with the initialization parameter `OS_ROLES`. If you choose to grant roles to users through operating system facilities, then you cannot also grant roles to users with the `GRANT` statement, although you can use the `GRANT` statement to grant system privileges to users and system privileges and roles to other roles.

> **See Also:**
>
> - CREATE USER on page 17-32 and CREATE ROLE on page 15-77 for definitions of local, global, and external privileges
>
> - *Oracle Database Security Guide* for information about other authorization methods and *Oracle Database Security Guide* for information about privileges
>
> - REVOKE on page 18-104 for information on revoking grants

Databricks_R2_PA_00003656

## Prerequisites

To grant a system privilege, you must either have been granted the system privilege with the ADMIN OPTION or have been granted the GRANT ANY PRIVILEGE system privilege.

To grant a role, you must either have been granted the role with the ADMIN OPTION or have been granted the GRANT ANY ROLE system privilege, or you must have created the role.

To grant an object privilege, you must own the object, or the owner of the object must have granted you the object privileges with the GRANT OPTION, or you must have been granted the GRANT ANY OBJECT PRIVILEGE system privilege.

## Syntax

**grant::=**



(*grant_system_privileges::=* on page 18-41, *grant_object_privileges::=* on page 18-42)

**grant_system_privileges::=**



(*grantee_clause::=* on page 18-42)

Cloudera Exhibit 1020 - Page 1521 of 1808

Databricks_R2_PA_00003657

GRANT

**grant_object_privileges::=**



(*on_object_clause::=* on page 18-42, *grantee_clause::=* on page 18-42)

**on_object_clause::=**



**grantee_clause::=**



## Semantics

### *grant_system_privileges*

Use these clauses to grant system privileges.

Cloudera Exhibit 1020 - Page 1522 of 1808

### system_privilege

Specify the system privilege you want to grant. Table 18–1 lists the system privileges, organized by the database object operated upon.

- If you grant a privilege to a **user**, then the database adds the privilege to the user's privilege domain. The user can immediately exercise the privilege.

- If you grant a privilege to a **role**, then the database adds the privilege to the privilege domain of the role. Users who have been granted and have enabled the role can immediately exercise the privilege. Other users who have been granted the role can enable the role and exercise the privilege.

> **See Also:** Granting a System Privilege to a User: Example on page 18-62 and "Granting System Privileges to a Role: Example" on page 18-62

- If you grant a privilege to `PUBLIC`, then the database adds the privilege to the privilege domains of each user. All users can immediately perform operations authorized by the privilege.

Oracle Database provides a shortcut for specifying all system privileges at once:

- `ALL PRIVILEGES`: Specify `ALL PRIVILEGES` to grant all the system privileges listed in Table 18–1 on page 18-48, except the `SELECT ANY DICTIONARY` privilege.

### role

Specify the role you want to grant. You can grant an Oracle Database predefined role or a user-defined role. Table 18–2 lists the predefined roles.

- If you grant a role to a **user**, then the database makes the role available to the user. The user can immediately enable the role and exercise the privileges in the privilege domain of the role.

- If you grant a role to another **role**, then the database adds the privilege domain of the granted role to the privilege domain of the grantee role. Users who have been granted the grantee role can enable it and exercise the privileges in the granted role's privilege domain.

- If you grant a role to `PUBLIC`, then the database makes the role available to all users. All users can immediately enable the role and exercise the privileges in the privilege domain of the role.

Cloudera Exhibit 1020 - Page 1523 of 1808

Databricks_R2_PA_00003659

GRANT

**See Also:** "Granting a Role to a Role: Example" on page 18-63 and CREATE ROLE on page 15-77 for information on creating a user-defined role

### IDENTIFIED BY Clause

Use the IDENTIFIED BY clause to specifically identify an existing user by password or to create a nonexistent user. This clause is not valid if the grantee is a role or PUBLIC. If the user specified in the *grantee_clause* does not exist, then the database creates the user with the password and with the privileges and roles specified in this clause.

**See Also:** CREATE USER on page 17-32 for restrictions on usernames and passwords

### WITH ADMIN OPTION

Specify WITH ADMIN OPTION to enable the grantee to:

- Grant the role to another user or role, unless the role is a GLOBAL role

- Revoke the role from another user or role

- Alter the role to change the authorization needed to access it

- Drop the role

If you grant a system privilege or role to a user without specifying WITH ADMIN OPTION, and then subsequently grant the privilege or role to the user WITH ADMIN OPTION, then the user has the ADMIN OPTION on the privilege or role.

To revoke the ADMIN OPTION on a system privilege or role from a user, you must revoke the privilege or role from the user altogether and then grant the privilege or role to the user without the ADMIN OPTION.

**See Also:** "Granting a Role with the Admin Option: Example" on page 18-62

### grantee_clause

TO *grantee_clause* identifies users or roles to which the system privilege, role, or object privilege is granted.

**Restriction on Grantees**   A user, role, or PUBLIC cannot appear more than once in TO *grantee_clause*.

Cloudera Exhibit 1020 - Page 1524 of 1808

Databricks_R2_PA_00003660

**PUBLIC**   Specify `PUBLIC` to grant the privileges to all users.

**Restrictions on Granting System Privileges and Roles**
- A privilege or role cannot appear more than once in the list of privileges and roles to be granted.
- You cannot grant a role to itself.
- You cannot grant a role `IDENTIFIED GLOBALLY` to anything.
- You cannot grant a role `IDENTIFIED EXTERNALLY` to a global user or global role.
- You cannot grant roles circularly. For example, if you grant the role `banker` to the role `teller`, then you cannot subsequently grant `teller` to `banker`.

### grant_object_privileges

Use these clauses to grant object privileges.

### object_privilege

Specify the object privilege you want to grant. You can specify any of the values shown in Table 18–3. See also Table 18–4.

**Restriction on Object Privileges**   A privilege cannot appear more than once in the list of privileges to be granted.

### ALL [PRIVILEGES]

Specify `ALL` to grant all the privileges for the object that you have been granted with the `GRANT OPTION`. The user who owns the schema containing an object automatically has all privileges on the object with the `GRANT OPTION`. The keyword `PRIVILEGES` is provided for semantic clarity and is optional.

### column

Specify the table or view column on which privileges are to be granted. You can specify columns only when granting the `INSERT`, `REFERENCES`, or `UPDATE` privilege. If you do not list columns, then the grantee has the specified privilege on all columns in the table or view.

For information on existing column object grants, query the `USER_`,`ALL_`, and `DBA_ COL_PRIVS` data dictionary view.

Cloudera Exhibit 1020 - Page 1525 of 1808

Databricks_R2_PA_00003661

GRANT

---

> **See Also:** *Oracle Database Reference* for information on the data dictionary views and "Granting Multiple Object Privileges on Individual Columns: Example" on page 18-64

### on_object_clause

The `on_object_clause` identifies the object on which the privileges are granted. Directory schema objects and Java source and resource schema objects are identified separately because they reside in separate namespaces.

If you can make this grant only because you have the `GRANT ANY OBJECT PRIVILEGE` system privilege—that is, you are not the owner of *object*, nor do you have *object_privilege* on *object* `WITH GRANT OPTION`—then the effect of this grant is that you are acting on behalf of the object owner. The `*_TAB_PRIVS` data dictionary views will reflect that this grant was made by the owner of *object*.

> **See Also:**
>
> - "Granting Object Privileges to a Role: Example" on page 18-62
> - "Revoke Operations that Use GRANT ANY OBJECT PRIVILEGE: Example" on page 18-113 for more information on using the `GRANT ANY OBJECT PRIVILEGE` system privilege for revoke operations

### WITH GRANT OPTION

Specify `WITH GRANT OPTION` to enable the grantee to grant the object privileges to other users and roles.

**Restriction on Granting WITH GRANT OPTION**   You can specify `WITH GRANT OPTION` only when granting to a user or to `PUBLIC`, not when granting to a role.

### WITH HIERARCHY OPTION

Specify `WITH HIERARCHY OPTION` to grant the specified object privilege on all subobjects of *object*, such as subviews created under a view, including subobjects created subsequent to this statement.

This clause is meaningful only in combination with the `SELECT` object privilege.

***object***   Specify the schema object on which the privileges are to be granted. If you do not qualify *object* with *schema*, then the database assumes the object is in your own schema. The object can be one of the following types:

- Table, view, or materialized view

Cloudera Exhibit 1020 - Page 1526 of 1808

Databricks_R2_PA_00003662

- Sequence
- Procedure, function, or package
- User-defined type
- Synonym for any of the preceding items
- Directory, library, operator, or indextype
- Java source, class, or resource

You cannot grant privileges directly to a single partition of a partitioned table.

> **See Also:** "Granting Object Privileges on a Table to a User:
> Example" on page 18-63, "Granting Object Privileges on a View:
> Example" on page 18-63, and "Granting Object Privileges to a
> Sequence in Another Schema: Example" on page 18-63

**DIRECTORY *directory_name***    Specify a directory schema object on which
privileges are to be granted. You cannot qualify `directory_name` with a schema
name.

> **See Also:** CREATE DIRECTORY on page 14-52 and "Granting an
> Object Privilege on a Directory: Example" on page 18-63

**JAVA SOURCE | RESOURCE**    The `JAVA` clause lets you specify a Java source or
resource schema object on which privileges are to be granted.

> **See Also:** CREATE JAVA on page 14-109

Cloudera Exhibit 1020 - Page 1527 of 1808

Databricks_R2_PA_00003663

GRANT

## Listings of System and Object Privileges

> **Note:** When you grant a privilege on ANY object, such as CREATE ANY CLUSTER, the result is determined by the value of the O7_DICTIONARY_ACCESSIBILITY initialization parameter. By default, this parameter is set to FALSE, so that ANY privileges give the grantee access to that type of object in all schemas except the SYS schema. If you set O7_DICTIONARY_ACCESSIBILITY to TRUE, then the ANY privileges also give the grantee access, in the SYS schema, to all objects except Scheduler objects. For security reasons, Oracle recommends that you use this setting only with great caution.

*Table 18–1    System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| **Advisor Framework Privileges:** All of the advisor framework privileges are part of the DBA role. | |
| ADVISOR | Access the advisor framework through PL/SQL packages such as DBMS_ADVISOR and DBMS_SQLTUNE.<br><br>Please refer to *PL/SQL Packages and Types Reference* for information on these packages. |
| ADMINISTER SQL TUNING SET | Create, drop, select (read), load (write), and delete a SQL tuning set owned by the grantee through the DBMS_SQLTUNE package |
| ADMINISTER ANY SQL TUNING SET | Create, drop, select (read), load (write), and delete a SQL tuning set owned by any user through the DBMS_SQLTUNE package |
| CREATE ANY SQL PROFILE | Accept a SQL Profile recommended by the SQL Tuning Advisor, which is accessed through Enterprise Manager or by the DBMS_SQLTUNE package. |
| DROP ANY SQL PROFILE | Drop an existing SQL Profile |
| ALTER ANY SQL PROFILE | Alter the attributes of an existing SQL Profile |
| **CLUSTERS:** | |
| CREATE CLUSTER | Create clusters in the grantee's schema |
| CREATE ANY CLUSTER | Create a cluster in any schema. Behaves similarly to CREATE ANY TABLE. |
| ALTER ANY CLUSTER | Alter clusters in any schema |

Cloudera Exhibit 1020 - Page 1528 of 1808

Databricks_R2_PA_00003664

*Table 18–1   (Cont.) System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| DROP ANY CLUSTER | Drop clusters in any schema |
| **CONTEXTS:** | |
| CREATE ANY CONTEXT | Create any context namespace |
| DROP ANY CONTEXT | Drop any context namespace |
| **DATABASE:** | |
| ALTER DATABASE | Alter the database |
| ALTER SYSTEM | Issue ALTER SYSTEM statements |
| AUDIT SYSTEM | Issue AUDIT statements |
| **DATABASE LINKS:** | |
| CREATE DATABASE LINK | Create private database links in the grantee's schema |
| CREATE PUBLIC DATABASE LINK | Create public database links |
| DROP PUBLIC DATABASE LINK | Drop public database links |
| **DEBUGGING:** | |
| DEBUG CONNECT SESSION | Connect the current session to a debugger. |
| DEBUG ANY PROCEDURE | Debug all PL/SQL and Java code in any database object. Display information on all SQL statements executed by the application. |
|  | **Note:** Granting this privilege is equivalent to granting the DEBUG object privilege on all applicable objects in the database. |
| **DIMENSIONS:** | |
| CREATE DIMENSION | Create dimensions in the grantee's schema |
| CREATE ANY DIMENSION | Create dimensions in any schema |
| ALTER ANY DIMENSION | Alter dimensions in any schema |
| DROP ANY DIMENSION | Drop dimensions in any schema |
| **DIRECTORIES** | |
| CREATE ANY DIRECTORY | Create directory database objects |
| DROP ANY DIRECTORY | Drop directory database objects |
| **INDEXTYPES:** | |
| CREATE INDEXTYPE | Create an indextype in the grantee's schema |

Cloudera Exhibit 1020 - Page 1529 of 1808

Databricks_R2_PA_00003665

GRANT

*Table 18–1   (Cont.)  System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| CREATE ANY INDEXTYPE | Create an indextype in any schema |
| ALTER ANY INDEXTYPE | Modify indextypes in any schema |
| DROP ANY INDEXTYPE | Drop an indextype in any schema |
| EXECUTE ANY INDEXTYPE | Reference an indextype in any schema |
| **INDEXES:** | |
| CREATE ANY INDEX | Create in any schema a domain index or an index on any table in any schema |
| ALTER ANY INDEX | Alter indexes in any schema |
| DROP ANY INDEX | Drop indexes in any schema |
| **JOB SCHEDULER OBJECTS:** | The following privileges are needed to execute procedures in the DBMS_SCHEDULER package. |
| CREATE JOB | Create jobs, schedules, or programs in the grantee's schema |
| CREATE ANY JOB | Create, alter, or drop jobs, schedules, or programs in any schema |
| | **Note:** This extremely powerful privilege allows the grantee to execute code as any other user. It should be granted with caution. |
| EXECUTE ANY PROGRAM | Use any program in a job in the grantee's schema |
| EXECUTE ANY CLASS | Specify any job class in a job in the grantee's schema |
| MANAGE SCHEDULER | Create, alter, or drop any job class, window, or window group |
| **LIBRARIES:** | |
| CREATE LIBRARY | Create external procedure or function libraries in the grantee's schema |
| CREATE ANY LIBRARY | Create external procedure or function libraries in any schema |
| DROP ANY LIBRARY | Drop external procedure or function libraries in any schema |
| **MATERIALIZED VIEWS:** | |
| CREATE MATERIALIZED VIEW | Create a materialized view in the grantee's schema |
| CREATE ANY MATERIALIZED VIEW | Create materialized views in any schema |
| ALTER ANY MATERIALIZED VIEW | Alter materialized views in any schema |
| DROP ANY MATERIALIZED VIEW | Drop materialized views in any schema |

Cloudera Exhibit 1020 - Page 1530 of 1808

Databricks_R2_PA_00003666

*Table 18–1   (Cont.) System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| QUERY REWRITE | This privilege has been deprecated. No specify privileges are needed to enable rewrite for a materialized view that references tables or views in the user's own schema. |
| GLOBAL QUERY REWRITE | Enable rewrite using a materialized view when that materialized view references tables or views in any schema |
| ON COMMIT REFRESH | Create a refresh-on-commit materialized view on any table in the database |
| | Alter a refresh-on-demand materialized on any table in the database to refresh-on-commit |
| FLASHBACK ANY TABLE | Issue a SQL Flashback Query on any table, view, or materialized view in any schema. This privilege is not needed to execute the DBMS_FLASHBACK procedures. |
| **OPERATORS:** | |
| CREATE OPERATOR | Create an operator and its bindings in the grantee's schema |
| CREATE ANY OPERATOR | Create an operator and its bindings in any schema |
| ALTER ANY OPERATOR | Modify an operator in any schema |
| DROP ANY OPERATOR | Drop an operator in any schema |
| EXECUTE ANY OPERATOR | Reference an operator in any schema |
| **OUTLINES:** | |
| CREATE ANY OUTLINE | Create public outlines that can be used in any schema that uses outlines |
| ALTER ANY OUTLINE | Modify outlines |
| DROP ANY OUTLINE | Drop outlines |
| **PROCEDURES:** | |
| CREATE PROCEDURE | Create stored procedures, functions, and packages in the grantee's schema |
| CREATE ANY PROCEDURE | Create stored procedures, functions, and packages in any schema |
| ALTER ANY PROCEDURE | Alter stored procedures, functions, or packages in any schema |
| DROP ANY PROCEDURE | Drop stored procedures, functions, or packages in any schema |
| EXECUTE ANY PROCEDURE | Execute procedures or functions, either standalone or packaged |
| | Reference public package variables in any schema |

Databricks_R2_PA_00003667

GRANT

*Table 18–1   (Cont.)  System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| **PROFILES:** | |
| CREATE PROFILE | Create profiles |
| ALTER PROFILE | Alter profiles |
| DROP PROFILE | Drop profiles |
| **ROLES:** | |
| CREATE ROLE | Create roles |
| ALTER ANY ROLE | Alter any role in the database |
| DROP ANY ROLE | Drop roles |
| GRANT ANY ROLE | Grant any role in the database |
| **ROLLBACK SEGMENTS:** | |
| CREATE ROLLBACK SEGMENT | Create rollback segments |
| ALTER ROLLBACK SEGMENT | Alter rollback segments |
| DROP ROLLBACK SEGMENT | Drop rollback segments |
| **SEQUENCES:** | |
| CREATE SEQUENCE | Create sequences in the grantee's schema |
| CREATE ANY SEQUENCE | Create sequences in any schema |
| ALTER ANY SEQUENCE | Alter any sequence in the database |
| DROP ANY SEQUENCE | Drop sequences in any schema |
| SELECT ANY SEQUENCE | Reference sequences in any schema |
| **SESSIONS:** | |
| CREATE SESSION | Connect to the database |
| ALTER RESOURCE COST | Set costs for session resources |
| ALTER SESSION | Issue ALTER SESSION statements |
| RESTRICTED SESSION | Logon after the instance is started using the SQL*Plus STARTUP RESTRICT statement |
| **SNAPSHOTS: See MATERIALIZED VIEWS** | |
| **SYNONYMS:** | |
| CREATE SYNONYM | Create synonyms in the grantee's schema |

Cloudera Exhibit 1020 - Page 1532 of 1808

Databricks_R2_PA_00003668

*Table 18–1   (Cont.) System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| CREATE ANY SYNONYM | Create private synonyms in any schema |
| CREATE PUBLIC SYNONYM | Create public synonyms |
| DROP ANY SYNONYM | Drop private synonyms in any schema |
| DROP PUBLIC SYNONYM | Drop public synonyms |
| **TABLES:** | |

**Note:** For external tables, the only valid privileges are CREATE ANY TABLE, ALTER ANY TABLE, DROP ANY TABLE, and SELECT ANY TABLE.

| | |
|---|---|
| CREATE TABLE | Create tables in the grantee's schema |
| CREATE ANY TABLE | Create tables in any schema. The owner of the schema containing the table must have space quota on the tablespace to contain the table. |
| ALTER ANY TABLE | Alter any table or view in any schema |
| BACKUP ANY TABLE | Use the Export utility to incrementally export objects from the schema of other users |
| DELETE ANY TABLE | Delete rows from tables, table partitions, or views in any schema |
| DROP ANY TABLE | Drop or truncate tables or table partitions in any schema |
| INSERT ANY TABLE | Insert rows into tables and views in any schema |
| LOCK ANY TABLE | Lock tables and views in any schema |
| SELECT ANY TABLE | Query tables, views, or materialized views in any schema |
| FLASHBACK ANY TABLE | Issue a SQL Flashback Query on any table, view, or materialized view in any schema. This privilege is not needed to execute the DBMS_FLASHBACK procedures. |
| UPDATE ANY TABLE | Update rows in tables and views in any schema |
| **TABLESPACES:** | |
| CREATE TABLESPACE | Create tablespaces |
| ALTER TABLESPACE | Alter tablespaces |
| DROP TABLESPACE | Drop tablespaces |
| MANAGE TABLESPACE | Take tablespaces offline and online and begin and end tablespace backups |

Cloudera Exhibit 1020 - Page 1533 of 1808

Databricks_R2_PA_00003669

GRANT

*Table 18–1   (Cont.) System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| UNLIMITED TABLESPACE | Use an unlimited amount of any tablespace. This privilege overrides any specific quotas assigned. If you revoke this privilege from a user, then the user's schema objects remain but further tablespace allocation is denied unless authorized by specific tablespace quotas. You cannot grant this system privilege to roles. |
| **TRIGGERS:** | |
| CREATE TRIGGER | Create a database trigger in the grantee's schema |
| CREATE ANY TRIGGER | Create database triggers in any schema |
| ALTER ANY TRIGGER | Enable, disable, or compile database triggers in any schema |
| DROP ANY TRIGGER | Drop database triggers in any schema |
| ADMINISTER DATABASE TRIGGER | Create a trigger on DATABASE. You must also have the CREATE TRIGGER or CREATE ANY TRIGGER system privilege. |
| **TYPES:** | |
| CREATE TYPE | Create object types and object type bodies in the grantee's schema |
| CREATE ANY TYPE | Create object types and object type bodies in any schema |
| ALTER ANY TYPE | Alter object types in any schema |
| DROP ANY TYPE | Drop object types and object type bodies in any schema |
| EXECUTE ANY TYPE | Use and reference object types and collection types in any schema, and invoke methods of an object type in any schema if you make the grant to a specific user. If you grant EXECUTE ANY TYPE to a role, then users holding the enabled role will not be able to invoke methods of an object type in any schema. |
| UNDER ANY TYPE | Create subtypes under any nonfinal object types. |
| **USERS:** | |
| CREATE USER | Create users. This privilege also allows the creator to:<br>■ Assign quotas on any tablespace<br>■ Set default and temporary tablespaces<br>■ Assign a profile as part of a CREATE USER statement |

Cloudera Exhibit 1020 - Page 1534 of 1808

Databricks_R2_PA_00003670

*Table 18–1   (Cont.) System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| ALTER USER | Alter any user. This privilege authorizes the grantee to:<br>■  Change another user's password or authentication method<br>■  Assign quotas on any tablespace<br>■  Set default and temporary tablespaces<br>■  Assign a profile and default roles |
| DROP USER | Drop users |
| **VIEWS:** | |
| CREATE VIEW | Create views in the grantee's schema |
| CREATE ANY VIEW | Create views in any schema |
| DROP ANY VIEW | Drop views in any schema |
| UNDER ANY VIEW | Create subviews under any object views |
| FLASHBACK ANY TABLE | Issue a SQL Flashback Query on any table, view, or materialized view in any schema. This privilege is not needed to execute the DBMS_FLASHBACK procedures. |
| **MISCELLANEOUS:** | |
| ANALYZE ANY | Analyze any table, cluster, or index in any schema |
| AUDIT ANY | Audit any object in any schema using AUDIT schema_objects statements |
| COMMENT ANY TABLE | Comment on any table, view, or column in any schema |
| EXEMPT ACCESS POLICY | Bypass fine-grained access control<br>**Caution:** This is a very powerful system privilege, as it lets the grantee bypass application-driven security policies. Database administrators should use caution when granting this privilege. |
| FORCE ANY TRANSACTION | Force the commit or rollback of any in-doubt distributed transaction in the local database<br>Induce the failure of a distributed transaction |
| FORCE TRANSACTION | Force the commit or rollback of the grantee's in-doubt distributed transactions in the local database |
| GRANT ANY OBJECT PRIVILEGE | Grant any object privilege<br>Revoke any object privilege that was granted by the object owner or by some other user with the GRANT ANY OBJECT PRIVILEGE privilege |

Cloudera Exhibit 1020 - Page 1535 of 1808

Databricks_R2_PA_00003671

GRANT

*Table 18–1   (Cont.) System Privileges*

| System Privilege Name | Operations Authorized |
|---|---|
| GRANT ANY PRIVILEGE | Grant any system privilege |
| RESUMABLE | Enable resumable space allocation |
| SELECT ANY DICTIONARY | Query any data dictionary object in the SYS schema. This privilege lets you selectively override the default FALSE setting of the O7_DICTIONARY_ACCESSIBILITY initialization parameter. |
| SYSDBA | Perform STARTUP and SHUTDOWN operations<br><br>ALTER DATABASE: open, mount, back up, or change character set<br><br>CREATE DATABASE<br><br>ARCHIVELOG and RECOVERY<br><br>CREATE SPFILE<br><br>Includes the RESTRICTED SESSION privilege |
| SYSOPER | Perform STARTUP and SHUTDOWN operations<br><br>ALTER DATABASE: open, mount, or back up<br><br>ARCHIVELOG and RECOVERY<br><br>CREATE SPFILE<br><br>Includes the RESTRICTED SESSION privilege |
| CONNECT, RESOURCE, and DBA | These roles are provided for compatibility with previous versions of Oracle Database. You can determine the privileges encompassed by these roles by querying the DBA_SYS_PRIVS data dictionary view.<br><br>**Note:** Oracle recommends that you design your own roles for database security rather than relying on these roles. These roles may not be created automatically by future versions of Oracle Database.<br><br>**See Also:** *Oracle Database Reference* for a description of the DBA_SYS_PRIVS view |
| DELETE_CATALOG_ROLE EXECUTE_CATALOG_ROLE SELECT_CATALOG_ROLE | These roles are provided for accessing data dictionary views and packages.<br><br>**See Also:** *Oracle Database Administrator's Guide* for more information on these roles |
| EXP_FULL_DATABASE<br>IMP_FULL_DATABASE | These roles are provided for convenience in using the import and export utilities.<br><br>**See Also:** *Oracle Database Utilities* for more information on these roles |

Cloudera Exhibit 1020 - Page 1536 of 1808

Databricks_R2_PA_00003672

**Table 18–1    (Cont.) System Privileges**

| System Privilege Name | Operations Authorized |
|---|---|
| AQ_USER_ROLE | You need these roles to use Oracle Advanced Queuing. |
| AQ_ADMINISTRATOR_ROLE | **See Also:** *Oracle Streams Advanced Queuing User's Guide and Reference* for more information on these roles |
| SNMPAGENT | This role is used by the Enterprise Manager Intelligent Agent. |
| | **See Also:** *Oracle Enterprise Manager Administrator's Guide* |
| RECOVERY_CATALOG_OWNER | You need this role to create a user who owns a recovery catalog. |
| | **See Also:** *Oracle Database Backup and Recovery Advanced User's Guide* for more information on recovery catalogs |

**Table 18–2    Oracle Database Predefined Roles**

| Predefined Role | Purpose |
|---|---|
| HS_ADMIN_ROLE | A DBA using Oracle Database heterogeneous services needs this role to access appropriate tables in the data dictionary. |
| | **See Also:** *Oracle Database Heterogeneous Connectivity Administrator's Guide* for more information |
| SCHEDULER_ADMIN | This role allows the grantee to execute the procedures of the DBMS_SCHEDULER package. It includes all of the job scheduler system privileges and is included in the DBA role. |
| | **See Also:** *Oracle Database Administrator's Guide* for more information on the DBMS_SCHEDULER package |

**Table 18–3    Object Privileges Available for Particular Objects**

| Object Privilege | Table | View | Sequence | Procedure, Function, Package (Note 1) | Materialized View | Directory | Library | User-defined Type | Operator | Indextype |
|---|---|---|---|---|---|---|---|---|---|---|
| ALTER (Note 2) | X | — | X | — | — | — | — | — | — | — |
| DELETE | X | X | — | — | X (Note 3) | — | — | — | — | — |
| EXECUTE | — | — | — | X (Note 2) | — | — | X (Note 2) | X (Note 2) | X (Note 2) | X (Note 2) |
| DEBUG | X | X | — | X | — | — | — | X | — | — |

Cloudera Exhibit 1020 - Page 1537 of 1808

Databricks_R2_PA_00003673

GRANT

*Table 18–3   (Cont.)  Object Privileges Available for Particular Objects*

| Object Privilege | Table | View | Sequence | Procedure, Function, Package (Note 1) | Materialized View | Directory | Library | User-defined Type | Operator | Indextype |
|---|---|---|---|---|---|---|---|---|---|---|
| FLASHBACK | X | X | — | — | X | — | — | — | — | — |
| INDEX | X | — | — | — | — | — | — | — | — | — |
| INSERT | X | X | — | — | X (Note 3) | — | — | — | — | — |
| ON COMMIT REFRESH | X | — | — | — | — | — | — | — | — | — |
| QUERY REWRITE | X | — | — | — | — | — | — | — | — | — |
| READ | — | — | — | — | — | X | — | — | — | — |
| REFERENCES | X | X | — | — | — | — | — | — | — | — |
| SELECT | X | X | X | — | X | — | — | — | — | — |
| UNDER | — | X | — | — | — | — | — | X | — | — |
| UPDATE | X | X | — | — | X (Note 3) | — | — | — | — | — |
| WRITE | — | — | — | — | — | X | — | — | — | — |

**Note 1:** Oracle Database treats a Java class, source, or resource as if it were a procedure for purposes of granting object privileges.

**Note 2:** Job scheduler objects are created using the DBMS_SCHEDULER package. Once these objects are created, you can grant the EXECUTE object privilege on job scheduler classes and programs. You can grant ALTER privilege on job scheduler jobs, programs, and schedules.

**Note 3:** The DELETE, INSERT, and UPDATE privileges can be granted only to updatable materialized views.

Cloudera Exhibit 1020 - Page 1538 of 1808

Databricks_R2_PA_00003674

***Table 18–4    Object Privileges and the Operations They Authorize***

| Object Privilege | Operations Authorized |
|---|---|
| The following **table privileges** authorize operations on a table. Any one of following object privileges allows the grantee to lock the table in any lock mode with the LOCK TABLE statement. | |
| **Note:** For external tables, the only valid object privileges are ALTER and SELECT. | |
| ALTER | Change the table definition with the ALTER TABLE statement. |
| DELETE | Remove rows from the table with the DELETE statement. |
| | **Note:** You must grant the SELECT privilege on the table along with the DELETE privilege if the table is on a remote database. |
| DEBUG | Access, through a debugger: |
| | ▪ PL/SQL code in the body of any triggers defined on the table |
| | ▪ Information on SQL statements that reference the table directly |
| INDEX | Create an index on the table with the CREATE INDEX statement. |
| INSERT | Add new rows to the table with the INSERT statement. |
| REFERENCES | Create a constraint that refers to the table. You cannot grant this privilege to a role. |
| SELECT | Query the table with the SELECT statement. |
| UPDATE | Change data in the table with the UPDATE statement. |
| | **Note:** You must grant the SELECT privilege on the table along with the UPDATE privilege if the table is on a remote database. |
| The following **view privileges** authorize operations on a view. Any one of the following object privileges allows the grantee to lock the view in any lock mode with the LOCK TABLE statement. | |
| To grant a privilege on a view, you must have that privilege with the GRANT OPTION on all of the base tables of the view. | |
| DEBUG | Access, through a debugger: |
| | ▪ PL/SQL code in the body of any triggers defined on the view |
| | ▪ Information on SQL statements that reference the view directly |
| DELETE | Remove rows from the view with the DELETE statement. |
| INSERT | Add new rows to the view with the INSERT statement. |
| REFERENCES | Define foreign key constraints on the view. |
| SELECT | Query the view with the SELECT statement. |

Cloudera Exhibit 1020 - Page 1539 of 1808

Databricks_R2_PA_00003675

GRANT

*Table 18–4   (Cont.) Object Privileges and the Operations They Authorize*

| Object Privilege | Operations Authorized |
|---|---|
| UNDER | Create a subview under this view. You can grant this object privilege only if you have the UNDER ANY VIEW privilege WITH GRANT OPTION on the immediate superview of this view. |
| UPDATE | Change data in the view with the UPDATE statement. |
| The following **sequence privileges** authorize operations on a sequence. | |
| ALTER | Change the sequence definition with the ALTER SEQUENCE statement. |
| SELECT | Examine and increment values of the sequence with the CURRVAL and NEXTVAL pseudocolumns. |
| The following **procedure, function, and package privileges** authorize operations on procedures, functions, and packages. These privileges also apply to **Java sources, classes, and resources**, which Oracle Database treats as though they were procedures for purposes of granting object privileges. | |
| DEBUG | Access, through a debugger, all public and nonpublic variables, methods, and types defined on the object. |
| | Place a breakpoint or stop at a line or instruction boundary within the procedure, function, or package. This privilege grants access to the declarations in the method or package specification and body. |
| EXECUTE | Execute the procedure or function directly, or access any program object declared in the specification of a package, or compile the object implicitly during a call to a currently invalid or uncompiled function or procedure. This privilege does not allow the grantee to explicitly compile using ALTER PROCEDURE or ALTER FUNCTION. For explicit compilation you need the appropriate ALTER system privilege. |
| | Access, through a debugger, public variables, types, and methods defined on the procedure, function, or package. This privilege grants access to the declarations in the method or package specification only. |
| | **Note:** Users do not need this privilege to execute a procedure, function, or package indirectly. |
| | **See Also:** *Oracle Database Concepts* and *Oracle Database Application Developer's Guide - Fundamentals* |
| The following **materialized view privileges** authorize operations on a materialized view. | |
| ON COMMIT REFRESH | Create a refresh-on-commit materialized view on the specified table. |
| QUERY REWRITE | Create a materialized view for query rewrite using the specified table. |
| SELECT | Query the materialized view with the SELECT statement. |

Cloudera Exhibit 1020 - Page 1540 of 1808

Databricks_R2_PA_00003676

***Table 18–4    (Cont.) Object Privileges and the Operations They Authorize***

| Object Privilege | Operations Authorized |
|---|---|
| **Synonym privileges** are the same as the privileges for the base object. Granting a privilege on a synonym is equivalent to granting the privilege on the base object. Similarly, granting a privilege on a base object is equivalent to granting the privilege on all synonyms for the object. If you grant to a user a privilege on a synonym, then the user can use either the synonym name or the base object name in the SQL statement that exercises the privilege. | |
| The following **directory privileges** provide secured access to the files stored in the operating system directory to which the directory object serves as a pointer. The directory object contains the full path name of the operating system directory where the files reside. Because the files are actually stored outside the database, Oracle Database server processes also need to have appropriate file permissions on the file system server. Granting object privileges on the directory database object to individual database users, rather than on the operating system, allows the database to enforce security during file operations. | |
| READ | Read files in the directory. |
| WRITE | Write files in the directory. This privilege is useful only in connection with external tables. It allows the grantee to determine whether the external table agent can write a log file or a bad file to the directory. |
| | **Restriction:** This privilege does not allow the grantee to write to a BFILE. |
| The following **library privilege** authorizes operations on a library. | |
| EXECUTE | Use and reference the specified object and to invoke its methods. |
| The following **object type privileges** authorize operations on a database object type. | |
| DEBUG | Access, through a debugger, all public and nonpublic variables, methods, and types defined on the object type. |
| | Place a breakpoint or stop at a line or instruction boundary within the type body. |
| EXECUTE | Use and reference the specified object and invoke its methods. |
| | Access, through a debugger, public variables, types, and methods defined on the object type. |
| UNDER | Create a subtype under this type. You can grant this object privilege only if you have the UNDER ANY TYPE privilege WITH GRANT OPTION on the immediate supertype of this type. |
| The following **indextype privilege** authorizes operations on indextypes. | |
| EXECUTE | Reference an indextype. |
| The following **operator privilege** authorizes operations on user-defined operators. | |
| EXECUTE | Reference an operator. |

Cloudera Exhibit 1020 - Page 1541 of 1808

Databricks_R2_PA_00003677

GRANT

## Examples

**Granting a System Privilege to a User: Example**   To grant the `CREATE SESSION` system privilege to the sample user `hr`, allowing `hr` to log on to Oracle Database, issue the following statement:

```
GRANT CREATE SESSION
   TO hr;
```

**Granting System Privileges to a Role: Example**   The following statement grants appropriate system privileges to a data warehouse manager role, which was created in the "Creating a Role: Example" on page 15-79:

```
GRANT
    CREATE ANY MATERIALIZED VIEW
  , ALTER ANY MATERIALIZED VIEW
  , DROP ANY MATERIALIZED VIEW
  , QUERY REWRITE
  , GLOBAL QUERY REWRITE
  TO dw_manager
  WITH ADMIN OPTION;
```

The `dw_manager` privilege domain now contains the system privileges related to materialized views.

**Granting a Role with the Admin Option: Example**   To grant the `dw_manager` role with the `ADMIN OPTION` to the sample user `sh`, issue the following statement:

```
GRANT dw_manager
   TO sh
   WITH ADMIN OPTION;
```

User `sh` can now perform the following operations with the `dw_manager` role:

- Enable the role and exercise any privileges in the privilege domain of the role, including the `CREATE MATERIALIZED VIEW` system privilege

- Grant and revoke the role to and from other users

- Drop the role

**Granting Object Privileges to a Role: Example**   The following example grants the `SELECT` object privileges to a data warehouse user role, which was created in the "Creating a Role: Example" on page 15-79:

```
GRANT SELECT ON sh.sales TO warehouse_user;
```

Cloudera Exhibit 1020 - Page 1542 of 1808

Databricks_R2_PA_00003678

**Granting a Role to a Role: Example**    The following statement grants the
warehouse_user role to the dw_manager role. Both roles were created in the
"Creating a Role: Example" on page 15-79:

```
GRANT warehouse_user TO dw_manager;
```

The dw_manager role now contains all of the privileges in the domain of the
warehouse_user role.

**Granting an Object Privilege on a Directory: Example**    To grant READ on directory
bfile_dir to user hr, with the GRANT OPTION, issue the following statement:

```
GRANT READ ON DIRECTORY bfile_dir TO hr
   WITH GRANT OPTION;
```

**Granting Object Privileges on a Table to a User: Example**    To grant all privileges
on the table oe.bonuses, which was created in "Merging into a Table: Example" on
page 18-92, to the user hr with the GRANT OPTION, issue the following statement:

```
GRANT ALL ON bonuses TO hr
   WITH GRANT OPTION;
```

The user hr can subsequently perform the following operations:

- Exercise any privilege on the bonuses table

- Grant any privilege on the bonuses table to another user or role

**Granting Object Privileges on a View: Example**    To grant SELECT and UPDATE
privileges on the view emp_view, which was created in "Creating a View: Example"
on page 17-50, to all users, issue the following statement:

```
GRANT SELECT, UPDATE
   ON emp_view TO PUBLIC;
```

All users can subsequently query and update the view of employee details.

**Granting Object Privileges to a Sequence in Another Schema: Example**    To grant
SELECT privilege on the customers_seq sequence in the schema oe to the user
hr, issue the following statement:

```
GRANT SELECT
   ON oe.customers_seq TO hr;
```

The user hr can subsequently generate the next value of the sequence with the
following statement:

Cloudera Exhibit 1020 - Page 1543 of 1808

Databricks_R2_PA_00003679

GRANT

```
SELECT oe.customers_seq.NEXTVAL
   FROM DUAL;
```

**Granting Multiple Object Privileges on Individual Columns: Example**    To grant to user oe the REFERENCES privilege on the employee_id column and the UPDATE privilege on the employee_id, salary, and commission_pct columns of the employees table in the schema hr, issue the following statement:

```
GRANT REFERENCES (employee_id),
      UPDATE (employee_id, salary, commission_pct)
   ON hr.employees
   TO oe;
```

The user oe can subsequently update values of the employee_id, salary, and commission_pct columns. User oe can also define referential integrity constraints that refer to the employee_id column. However, because the GRANT statement lists only these columns, oe cannot perform operations on any of the other columns of the employees table.

For example, oe can create a table with a constraint:

```
CREATE TABLE dependent
   (dependno    NUMBER,
    dependname  VARCHAR2(10),
    employee    NUMBER
    CONSTRAINT in_emp REFERENCES hr.employees(employee_id) );
```

The constraint in_emp ensures that all dependents in the dependent table correspond to an employee in the employees table in the schema hr.

Cloudera Exhibit 1020 - Page 1544 of 1808

Databricks_R2_PA_00003680

# INSERT

## Purpose

Use the INSERT statement to add rows to a table, the base table of a view, a partition of a partitioned table or a subpartition of a composite-partitioned table, or an object table or the base table of an object view.

## Prerequisites

For you to insert rows into a table, the table must be in your own schema or you must have the INSERT object privilege on the table.

For you to insert rows into the base table of a view, the owner of the schema containing the view must have the INSERT object privilege on the base table. Also, if the view is in a schema other than your own, then you must have the INSERT object privilege on the view.

If you have the INSERT ANY TABLE system privilege, then you can also insert rows into any table or the base table of any view.

### Conventional and Direct-Path INSERT

You can use the INSERT statement to insert data into a table, partition, or view in two ways: conventional INSERT and direct-path INSERT. When you issue a conventional INSERT statement, Oracle Database reuses free space in the table into which you are inserting and maintains referential integrity constraints. With direct-path INSERT, the database appends the inserted data after existing data in the table. Data is written directly into datafiles, bypassing the buffer cache. Free space in the existing data is not reused. This alternative enhances performance during insert operations and is similar to the functionality of the Oracle direct-path loader utility, SQL*Loader.

Direct-path INSERT is subject to a number of restrictions. If any of these restrictions is violated, then Oracle Database executes conventional INSERT serially without returning any message, unless otherwise noted:

- You can have multiple direct-path INSERT statements in a single transaction, with or without other DML statements. However, after one DML statement alters a particular table, partition, or index, no other DML statement in the transaction can access that table, partition, or index.

Cloudera Exhibit 1020 - Page 1545 of 1808

Databricks_R2_PA_00003681

- Queries that access the same table, partition, or index are allowed before the direct-path INSERT statement, but not after it.

- If any serial or parallel statement attempts to access a table that has already been modified by a direct-path INSERT in the same transaction, then the database returns an error and rejects the statement.

- The target table cannot be index organized or part of a cluster.

- The target table cannot contain object type or LOB columns.

- The target table cannot have any triggers or referential integrity constraints defined on it.

- The target table cannot be replicated.

- A transaction containing a direct-path INSERT statement cannot be or become distributed.

   **See Also:**

   - *Oracle Database Administrator's Guide* for a more complete description of direct-path INSERT

   - *Oracle Database Utilities* for information on SQL*Loader

   - *Oracle Database Performance Tuning Guide* for information on how to tune parallel direct-path INSERT

## Syntax

**insert::=**



(*single_table_insert::=* on page 18-66, *multi_table_insert::=* on page 18-67)

**single_table_insert::=**



Cloudera Exhibit 1020 - Page 1546 of 1808

Databricks_R2_PA_00003682

(*insert_into_clause::=* on page 18-67, *values_clause::=* on page 18-67, *returning_clause::=* on page 18-67, *subquery::=* on page 19-5)

**insert_into_clause::=**



(*DML_table_expression_clause::=* on page 18-68)

**values_clause::=**



**returning_clause::=**



**multi_table_insert::=**



(*insert_into_clause::=* on page 18-67, *values_clause::=* on page 18-67, *conditional_insert_clause::=* on page 18-68, *subquery::=* on page 19-5)

Cloudera Exhibit 1020 - Page 1547 of 1808

Databricks_R2_PA_00003683

INSERT

**conditional_insert_clause::=**



(*insert_into_clause::=* on page 18-67, *values_clause::=* on page 18-67)

**DML_table_expression_clause::=**



(*subquery::=* on page 19-5—part of SELECT, *subquery_restriction_clause::=* on page 18-68, *table_collection_expression::=* on page 18-69)

**subquery_restriction_clause::=**



Cloudera Exhibit 1020 - Page 1548 of 1808

Databricks_R2_PA_00003684

**table_collection_expression::=**



## Semantics

### hint

Specify a comment that passes instructions to the optimizer on choosing an execution plan for the statement.

For a multitable insert, if you specify the PARALLEL hint for any target table, then the entire multitable insert statement is parallelized even if the target tables have not been created or altered with PARALLEL specified. If you do not specify the PARALLEL hint, then the insert operation will not be parallelized unless all target tables were created or altered with PARALLEL specified.

**See Also:**

- "Hints" on page 2-93 and *Oracle Database Performance Tuning Guide* for the syntax and description of hints

- "Restrictions on Multitable Inserts" on page 18-77

### single_table_insert

In a **single-table insert**, you insert values into one row of a table, view, or materialized view by specifying values explicitly or by retrieving the values through a subquery.

You can use the `flashback_query_clause` in *subquery* to insert past data into *table*. Please refer to the *flashback_query_clause* of SELECT on page 19-18 for more information on this clause.

**Restriction on Single-table Inserts**   If you retrieve values through a subquery, then the select list of the subquery must have the same number of columns as the column list of the INSERT statement. If you omit the column list, then the subquery must provide values for every column in the table.

**See Also:**   "Inserting Values into Tables: Examples" on page 18-78

Cloudera Exhibit 1020 - Page 1549 of 1808

Databricks_R2_PA_00003685

INSERT

---

### *insert_into_clause*

Use the INSERT INTO clause to specify the target object or objects into which the database is to insert data.

### *DML_table_expression_clause*

Use the INTO *DML_table_expression_clause* to specify the objects into which data is being inserted.

#### Restrictions on the *DML_table_expression_clause*

- You cannot execute this statement if *table* or the base table of *view* contains any domain indexes marked IN_PROGRESS or FAILED.

- You cannot insert into a partition if any affected index partitions are marked UNUSABLE.

- With regard to the ORDER BY clause of the *subquery* in the *DML_table_ expression_clause*, ordering is guaranteed only for the rows being inserted, and only within each extent of the table. Ordering of new rows with respect to existing rows is not guaranteed.

- If a view was created using the WITH CHECK OPTION, then you can insert into the view only rows that satisfy the defining query of the view.

- If a view was created using a single base table, then you can insert rows into the view and then retrieve those values using the *returning_clause*.

- You cannot insert rows into a view except with INSTEAD OF triggers if the defining query of the view contains one of the following constructs:

  A set operator
  a DISTINCT operator
  An aggregate or analytic function
  A GROUP BY, ORDER BY, MODEL, CONNECT BY, or START WITH clause
  A collection expression in a SELECT list
  A subquery in a SELECT list
  A subquery designated WITH READ ONLY
  Joins, with some exceptions, as documented in *Oracle Database Administrator's Guide*

- If you specify an index, index partition, or index subpartition that has been marked UNUSABLE, then the INSERT statement will fail unless the SKIP_ UNUSABLE_INDEXES session parameter has been set to TRUE. Please refer to ALTER SESSION on page 11-59 for information on the SKIP_UNUSABLE_ INDEXES session parameter.

Cloudera Exhibit 1020 - Page 1550 of 1808

Databricks_R2_PA_00003686

***schema***  Specify the schema containing the table, view, or materialized view. If you omit `schema`, then the database assumes the object is in your own schema.

***table | view | materialized_view | subquery***  Specify the name of the table or object table, view or object view, materialized view, or the column or columns returned by a subquery, into which rows are to be inserted. If you specify a view or object view, then the database inserts rows into the base table of the view.

You cannot insert rows into a read-only materialized view. If you insert rows into a writable materialized view, then the database inserts the rows into the underlying container table. However, the insertions are overwritten at the next refresh operation.If you insert rows into an updatable materialized view that is part of a materialized view group, then the database also inserts the corresponding rows into the master table.

If any value to be inserted is a `REF` to an object table, and if the object table has a primary key object identifier, then the column into which you insert the `REF` must be a `REF` column with a referential integrity or `SCOPE` constraint to the object table.

If `table`, or the base table of `view`, contains one or more domain index columns, then this statement executes the appropriate indextype insert routine.

Issuing an `INSERT` statement against a table fires any `INSERT` triggers defined on the table.

> **See Also:**  *Oracle Data Cartridge Developer's Guide* for more information on these routines

**PARTITION | SUBPARTITION**  Specify the name of the partition or subpartition within `table`, or the base table of `view`, targeted for inserts.

If a row to be inserted does not map into a specified partition or subpartition, then the database returns an error.

**Restriction on Target Partitions and Subpartitions**  This clause is not valid for object tables or object views.

> **See Also:**  "Referring to Partitioned Tables and Indexes" on page 2-117

***dblink***  Specify a complete or partial name of a database link to a remote database where the table or view is located. You can insert rows into a remote table or view only if you are using Oracle Database distributed functionality.

Cloudera Exhibit 1020 - Page 1551 of 1808

Databricks_R2_PA_00003687

If you omit *dblink*, then Oracle Database assumes that the table or view is on the local database.

> **See Also:**
>
> - "Syntax for Schema Objects and Parts in SQL Statements" on page 2-112 and "Referring to Objects in Remote Databases" on page 2-114 for information on referring to database links
>
> - "Inserting into a Remote Database: Example" on page 18-79

**subquery_restriction_clause**   Use the *subquery_restriction_clause* to restrict the subquery in one of the following ways:

**WITH READ ONLY**   Specify WITH READ ONLY to indicate that the table or view cannot be updated.

**WITH CHECK OPTION**   Specify WITH CHECK OPTION to indicate that Oracle Database prohibits any changes to the table or view that would produce rows that are not included in the subquery. When used in the subquery of a DML statement, you can specify this clause in a subquery in the FROM clause but not in subquery in the WHERE clause.

**CONSTRAINT *constraint***   Specify the name of the CHECK OPTION constraint. If you omit this identifier, then Oracle automatically assigns the constraint a name of the form SYS_C*n*, where n is an integer that makes the constraint name unique within the database.

> **See Also:**   "Using the WITH CHECK OPTION Clause: Example" on page 19-48

**table_collection_expression**   The *table_collection_expression* lets you inform Oracle that the value of *collection_expression* should be treated as a table for purposes of query and DML operations. The *collection_expression* can be a subquery, a column, a function, or a collection constructor. Regardless of its form, it must return a collection value—that is, a value whose type is nested table or varray. This process of extracting the elements of a collection is called **collection unnesting**.

Cloudera Exhibit 1020 - Page 1552 of 1808

Databricks_R2_PA_00003688

> **Note:**   In earlier releases of Oracle, when `collection_expression` was a subquery, `table_collection_expression` was expressed as `THE subquery`. That usage is now deprecated.

**See Also:**   "Table Collections: Examples" on page 19-54

### t_alias

Specify a **correlation name**, which is an alias for the table, view, materialized view, or subquery to be referenced elsewhere in the statement.

**Restriction on Table Aliases**   You cannot specify `t_alias` during a multitable insert.

### column

Specify a column of the table, view, or materialized view. In the inserted row, each column in this list is assigned a value from the `values_clause` or the subquery.

If you omit one or more of the table's columns from this list, then the column value of that column for the inserted row is the column default value as specified when the table was created or last altered. If any omitted column has a `NOT NULL` constraint and no default value, then the database returns an error indicating that the constraint has been violated and rolls back the `INSERT` statement. Please refer to CREATE TABLE on page 16-7 for more information on default column values.

If you omit the column list altogether, then the `values_clause` or query must specify values for all columns in the table.

### values_clause

For a **single-table insert** operation, specify a row of values to be inserted into the table or view. You must specify a value in the `values_clause` for each column in the column list. If you omit the column list, then the `values_clause` must provide values for every column in the table.

For a **multitable insert** operation, each expression in the `values_clause` must refer to columns returned by the select list of the subquery. If you omit the `values_clause`, then the select list of the subquery determines the values to be inserted, so it must have the same number of columns as the column list of the corresponding `insert_into_clause`. If you do not specify a column list in the `insert_into_clause`, then the computed row must provide values for all columns in the target table.

For both types of insert operations, if you specify a column list in the `insert_into_clause`, then the database assigns to each column in the list a corresponding value from the values clause or the subquery. You can specify DEFAULT for any value in the `values_clause`. If you have specified a default value for the corresponding column of the table or view, then that value is inserted. If no default value for the corresponding column has been specified, then the database inserts null. Please refer to "About SQL Expressions" on page 5-2 and SELECT on page 19-4 for syntax of valid expressions.

> **Note:**   Parallel direct-path INSERT supports only the subquery syntax of the INSERT statement, not the `values_clause`. Please refer to *Oracle Database Concepts* for information on serial and parallel direct-path INSERT.

**Restrictions on Inserted Values**

- You cannot initialize an internal LOB attribute in an object with a value other than empty or null. That is, you cannot use a literal.

- You cannot insert a BFILE value until you have initialized the BFILE locator to null or to a directory name and filename.

  **See Also:**

  - BFILENAME on page 7-26 for information on initializing BFILE values and for an example of inserting into a BFILE

  - *Oracle Call Interface Programmer's Guide* and *Oracle Database Application Developer's Guide - Fundamentals* for information on initializing BFILE locators

- When inserting into a list-partitioned table, you cannot insert a value into the partitioning key column that does not already exist in the `partition_value` list of one of the partitions.

- You cannot specify DEFAULT when inserting into a view.

- If you insert string literals into a RAW column, then during subsequent queries Oracle Database will perform a full table scan rather than using any index that might exist on the RAW column.

Databricks_R2_PA_00003690

**See Also:**

- "Using XML in SQL Statements" on page E-11 for information on inserting values into an XMLType table

- "Inserting into a Substitutable Tables and Columns: Examples", "Inserting Using the TO_LOB Function: Example" on page 18-80, "Inserting Sequence Values: Example" on page 18-79 and "Inserting Using Bind Variables: Example" on page 18-80

### returning_clause

The returning clause retrieves the rows affected by a DML statement. You can specify this clause for tables and materialized views and for views with a single base table.

When operating on a single row, a DML statement with a *returning_clause* can retrieve column expressions using the affected row, rowid, and REFs to the affected row and store them in host variables or PL/SQL variables.

When operating on multiple rows, a DML statement with the *returning_clause* stores values from expressions, rowids, and REFs involving the affected rows in bind arrays.

***expr***   Each item in the *expr* list must be a valid expression syntax.

**INTO**   The INTO clause indicates that the values of the changed rows are to be stored in the variable(s) specified in *data_item* list.

***data_item***   Each *data_item* is a host variable or PL/SQL variable that stores the retrieved *expr* value.

For each expression in the RETURNING list, you must specify a corresponding type-compatible PL/SQL variable or host variable in the INTO list.

**Restrictions**   The following restrictions apply to the RETURNING clause:

- The *expr* is restricted as follows:

   - Each *expr* must be a simple expression or a single-set aggregate function expression. You cannot combine simple expressions and single-set aggregate function expressions in the same *returning_clause*.

   - Single-set aggregate function expressions cannot include the DISTINCT keyword.

Cloudera Exhibit 1020 - Page 1555 of 1808

Databricks_R2_PA_00003691

- You cannot specify the `returning_clause` for a multitable insert.

- You cannot use this clause with parallel DML or with remote objects.

- You cannot retrieve `LONG` types with this clause.

- You cannot specify this clause for a view on which an `INSTEAD OF` trigger has been defined.

> **See Also:** *PL/SQL User's Guide and Reference* for information on using the `BULK COLLECT` clause to return multiple values to collection variables

### multi_table_insert

In a **multitable insert**, you insert computed rows derived from the rows returned from the evaluation of a subquery into one or more tables.

Table aliases are not defined by the select list of the subquery. Therefore, they are not visible in the clauses dependent on the select list. For example, this can happen when trying to refer to an object column in an expression. To use an expression with a table alias, you must put the expression into the select list with a column alias, and then refer to the column alias in the `VALUES` clause or `WHEN` condition of the multitable insert

### ALL *into_clause*

Specify `ALL` followed by multiple `insert_into_clauses` to perform an **unconditional multitable insert**. Oracle Database executes each `insert_into_ clause` once for each row returned by the subquery.

### conditional_insert_clause

Specify the `conditional_insert_clause` to perform a **conditional multitable insert**. Oracle Database filters each `insert_into_clause` through the corresponding `WHEN` condition, which determines whether that `insert_into_ clause` is executed. Each expression in the `WHEN` condition must refer to columns returned by the select list of the subquery. A single multitable insert statement can contain up to 127 `WHEN` clauses.

**ALL**   If you specify `ALL`, then the database evaluates each `WHEN` clause regardless of the results of the evaluation of any other `WHEN` clause. For each `WHEN` clause whose condition evaluates to true, the database executes the corresponding `INTO` clause list.

Databricks_R2_PA_00003692

**FIRST**   If you specify `FIRST`, then the database evaluates each `WHEN` clause in the order in which it appears in the statement. For the first `WHEN` clause that evaluates to true, the database executes the corresponding `INTO` clause and skips subsequent `WHEN` clauses for the given row.

**ELSE clause**   For a given row, if no `WHEN` clause evaluates to true, then:

- If you have specified an `ELSE` clause, then the database executes the `INTO` clause list associated with the `ELSE` clause.

- If you did not specify an else clause, then the database takes no action for that row.

> **See Also:**   "Multitable Inserts: Examples" on page 18-81

**Restrictions on Multitable Inserts**
- You can perform multitable inserts only on tables, not on views or materialized views.

- You cannot perform a multitable insert into a remote table.

- You cannot specify a table collection expression when performing a multitable insert.

- In a multitable insert, all of the *insert_into_clause*s cannot combine to specify more than 999 target columns.

- Multitable inserts are not parallelized in a Real Application Clusters environment, or if any target table is index organized, or if any target table has a bitmap index defined on it.

- Plan stability is not supported for multitable insert statements.

- The subquery of the multitable insert statement cannot use a sequence.

### *subquery*

Specify a subquery that returns rows that are inserted into the table. The subquery can refer to any table, view, or materialized view, including the target tables of the `INSERT` statement. If the subquery selects no rows, then the database inserts no rows into the table.

You can use *subquery* in combination with the `TO_LOB` function to convert the values in a `LONG` column to LOB values in another column in the same or another table. To migrate `LONG`s to LOBs in a view, you must perform the migration on the base table and then add the LOB to the view.

Databricks_R2_PA_00003693

**Notes on Inserting with a Subquery**

- If *subquery* returns the partial or total equivalent of a materialized view, then the database may use the materialized view for query rewrite in place of one or more tables specified in *subquery*.

    **See Also:** *Oracle Data Warehousing Guide* for more information on materialized views and query rewrite

- If *subquery* refers to remote objects, then the INSERT operation can run in parallel as long as the reference does not loop back to an object on the local database. However, if the *subquery* in the *DML_table_expression_clause* refers to any remote objects, then the INSERT operation will run serially without notification. See *parallel_clause* on page 16-57 for more information

    **See Also:**

    - "Inserting Values with a Subquery: Example" on page 18-79

    - BFILENAME on page 7-26 for an example of inserting into a BFILE

    - *Oracle Call Interface Programmer's Guide* and *Oracle Database Application Developer's Guide - Fundamentals* for information on initializing BFILEs

    - "About SQL Expressions" on page 5-2 and SELECT on page 19-4 for syntax of valid expressions

## Examples

**Inserting Values into Tables: Examples**   The following statement inserts a row into the sample table departments:

```
INSERT INTO departments
   VALUES (280, 'Recreation', 121, 1700);
```

If the departments table had been created with a default value of 121 for the manager_id column, then you could issue the same statement as follows:

```
INSERT INTO departments
   VALUES (280, 'Recreation', DEFAULT, 1700);
```

Cloudera Exhibit 1020 - Page 1558 of 1808

Databricks_R2_PA_00003694

The following statement inserts a row with six columns into the `employees` table. One of these columns is assigned `NULL` and another is assigned a number in scientific notation:

```
INSERT INTO employees (employee_id, last_name, email,
     hire_date, job_id, salary, commission_pct)
   VALUES (207, 'Gregory', 'pgregory@oracle.com',
     sysdate, 'PU_CLERK', 1.2E3, NULL);
```

The following statement has the same effect as the preceding example, but uses a subquery in the *DML_table_expression_clause*:

```
INSERT INTO
   (SELECT employee_id, last_name, email, hire_date, job_id,
     salary, commission_pct FROM employees)
   VALUES (207, 'Gregory', 'pgregory@oracle.com',
     sysdate, 'PU_CLERK', 1.2E3, NULL);
```

**Inserting Values with a Subquery: Example**    The following statement copies employees whose commission exceeds 25% of their salary into the `bonuses` table, which was created in "Merging into a Table: Example" on page 18-92:

```
INSERT INTO bonuses
   SELECT employee_id, salary*1.1
   FROM employees
   WHERE commission_pct > 0.25 * salary;
```

**Inserting into a Remote Database: Example**    The following statement inserts a row into the `employees` table owned by the user `hr` on the database accessible by the database link `remote`:

```
INSERT INTO employees@remote
   VALUES (8002, 'Juan', 'Fernandez', 'juanf@hr.com', NULL,
   TO_DATE('04-OCT-1992', 'DD-MON-YYYY'), 'SH_CLERK', 3000,
   NULL, 121, 20);
```

**Inserting Sequence Values: Example**    The following statement inserts a new row containing the next value of the `departments_seq` sequence into the `departments` table:

```
INSERT INTO departments
   VALUES  (departments_seq.nextval, 'Entertainment', 162, 1400);
```

Cloudera Exhibit 1020 - Page 1559 of 1808

Databricks_R2_PA_00003695

INSERT

**Inserting Using Bind Variables: Example**   The following example returns the values of the inserted rows into output bind variables :bnd1 and :bnd2. The bind variables must first be declared.

```
INSERT INTO employees
      (employee_id, last_name, email, hire_date, job_id, salary)
   VALUES
   (employees_seq.nextval, 'Doe', 'john.doe@oracle.com',
       SYSDATE, 'SH_CLERK', 2400)
   RETURNING salary*12, job_id INTO :bnd1, :bnd2;
```

**Inserting into a Substitutable Tables and Columns: Examples**   The following example inserts into the persons table, which is created in "Substitutable Table and Column Examples" on page 16-68. The first statement uses the root type person_t. The second insert uses the employee_t subtype of person_t, and the third insert uses the part_time_emp_t subtype of employee_t:

```
INSERT INTO persons VALUES (person_t('Bob', 1234));
INSERT INTO persons VALUES (employee_t('Joe', 32456, 12, 100000));
INSERT INTO persons VALUES (
   part_time_emp_t('Tim', 5678, 13, 1000, 20));
```

The following example inserts into the books table, which was created in "Substitutable Table and Column Examples" on page 16-68. Notice that specification of the attribute values is identical to that for the substitutable table example:

```
INSERT INTO books VALUES (
   'An Autobiography', person_t('Bob', 1234));
INSERT INTO books VALUES (
   'Business Rules', employee_t('Joe', 3456, 12, 10000));
INSERT INTO books VALUES (
   'Mixing School and Work',
   part_time_emp_t('Tim', 5678, 13, 1000, 20));
```

You can extract data from substitutable tables and columns using built-in functions and conditions. For examples, see the functions TREAT on page 7-256 and SYS_TYPEID on page 7-224, and "IS OF type" on page 6-20.

**Inserting Using the TO_LOB Function: Example**   The following example copies LONG data to a LOB column in the following long_tab table:

```
CREATE TABLE long_tab (pic_id NUMBER, long_pics LONG RAW);
```

First you must create a table with a LOB.

```
CREATE TABLE lob_tab (pic_id NUMBER, lob_pics BLOB);
```

Cloudera Exhibit 1020 - Page 1560 of 1808

Databricks_R2_PA_00003696

Next, use an INSERT ... SELECT statement to copy the data in all rows for the LONG column into the newly created LOB column:

```
INSERT INTO lob_tab
   SELECT pic_id, TO_LOB(long_pics) FROM long_tab;
```

Once you are confident that the migration has been successful, you can drop the long_pics table. Alternatively, if the table contains other columns, then you can simply drop the LONG column from the table as follows:

```
ALTER TABLE long_tab DROP COLUMN long_pics;
```

**Multitable Inserts: Examples**    The following example uses the multitable insert syntax to insert into the sample table sh.sales some data from an input table with a different structure.

> **Note:**    A number of constraints on the sales table have been disabled for purposes of this example, because the example ignores a number of table columns for the sake of brevity.

The input table looks like this:

```
SELECT * FROM sales_input_table;
```

| PRODUCT_ID | CUSTOMER_ID | WEEKLY_ST | SALES_SUN | SALES_MON | SALES_TUE | SALES_WED | SALES_THU | SALES_FRI | SALES_SAT |
|------------|-------------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 111 | 222 | 01-OCT-00 | 100 | 200 | 300 | 400 | 500 | 600 | 700 |
| 222 | 333 | 08-OCT-00 | 200 | 300 | 400 | 500 | 600 | 700 | 800 |
| 333 | 444 | 15-OCT-00 | 300 | 400 | 500 | 600 | 700 | 800 | 900 |

The multitable insert statement looks like this:

```
INSERT ALL
      INTO sales (prod_id, cust_id, time_id, amount)
      VALUES (product_id, customer_id, weekly_start_date, sales_sun)
      INTO sales (prod_id, cust_id, time_id, amount)
      VALUES (product_id, customer_id, weekly_start_date+1, sales_mon)
      INTO sales (prod_id, cust_id, time_id, amount)
      VALUES (product_id, customer_id, weekly_start_date+2, sales_tue)
      INTO sales (prod_id, cust_id, time_id, amount)
      VALUES (product_id, customer_id, weekly_start_date+3, sales_wed)
      INTO sales (prod_id, cust_id, time_id, amount)
      VALUES (product_id, customer_id, weekly_start_date+4, sales_thu)
```

Cloudera Exhibit 1020 - Page 1561 of 1808

Databricks_R2_PA_00003697

INSERT

```
            INTO sales (prod_id, cust_id, time_id, amount)
            VALUES (product_id, customer_id, weekly_start_date+5, sales_fri)
            INTO sales (prod_id, cust_id, time_id, amount)
            VALUES (product_id, customer_id, weekly_start_date+6, sales_sat)
        SELECT product_id, customer_id, weekly_start_date, sales_sun,
          sales_mon, sales_tue, sales_wed, sales_thu, sales_fri, sales_sat
          FROM sales_input_table;
```

Assuming these are the only rows in the `sales` table, the contents now look like this:

```
SELECT * FROM sales;
```

| PROD_ID | CUST_ID | TIME_ID | C | PROMO_ID | QUANTITY_SOLD | AMOUNT | COST |
|---|---|---|---|---|---|---|---|
| 111 | 222 | 01-OCT-00 | | | | 100 | |
| 111 | 222 | 02-OCT-00 | | | | 200 | |
| 111 | 222 | 03-OCT-00 | | | | 300 | |
| 111 | 222 | 04-OCT-00 | | | | 400 | |
| 111 | 222 | 05-OCT-00 | | | | 500 | |
| 111 | 222 | 06-OCT-00 | | | | 600 | |
| 111 | 222 | 07-OCT-00 | | | | 700 | |
| 222 | 333 | 08-OCT-00 | | | | 200 | |
| 222 | 333 | 09-OCT-00 | | | | 300 | |
| 222 | 333 | 10-OCT-00 | | | | 400 | |
| 222 | 333 | 11-OCT-00 | | | | 500 | |
| 222 | 333 | 12-OCT-00 | | | | 600 | |
| 222 | 333 | 13-OCT-00 | | | | 700 | |
| 222 | 333 | 14-OCT-00 | | | | 800 | |
| 333 | 444 | 15-OCT-00 | | | | 300 | |
| 333 | 444 | 16-OCT-00 | | | | 400 | |
| 333 | 444 | 17-OCT-00 | | | | 500 | |
| 333 | 444 | 18-OCT-00 | | | | 600 | |
| 333 | 444 | 19-OCT-00 | | | | 700 | |
| 333 | 444 | 20-OCT-00 | | | | 800 | |
| 333 | 444 | 21-OCT-00 | | | | 900 | |

The next examples insert into multiple tables. Suppose you want to provide to sales representatives some information on orders of various sizes. The following example creates tables for small, medium, large, and special orders and populates those tables with data from the sample table `oe.orders`:

```
CREATE TABLE small_orders
    (order_id      NUMBER(12)    NOT NULL,
     customer_id   NUMBER(6)     NOT NULL,
```

Cloudera Exhibit 1020 - Page 1562 of 1808

Databricks_R2_PA_00003698

```
    order_total    NUMBER(8,2),
    sales_rep_id   NUMBER(6)
    );

CREATE TABLE medium_orders AS SELECT * FROM small_orders;

CREATE TABLE large_orders AS SELECT * FROM small_orders;

CREATE TABLE special_orders
    (order_id       NUMBER(12)    NOT NULL,
     customer_id    NUMBER(6)     NOT NULL,
     order_total    NUMBER(8,2),
     sales_rep_id   NUMBER(6),
     credit_limit   NUMBER(9,2),
     cust_email     VARCHAR2(30)
    );
```

The first multitable insert populates only the tables for small, medium, and large orders:

```
INSERT ALL
   WHEN order_total < 1000000 THEN
      INTO small_orders
   WHEN order_total > 1000000 AND order_total < 2000000 THEN
      INTO medium_orders
   WHEN order_total > 2000000 THEN
      INTO large_orders
   SELECT order_id, order_total, sales_rep_id, customer_id
      FROM orders;
```

You can accomplish the same thing using the ELSE clause in place of the insert into the large_orders table:

```
INSERT ALL
   WHEN order_total < 100000 THEN
      INTO small_orders
   WHEN order_total > 100000 AND order_total < 200000 THEN
      INTO medium_orders
   ELSE
      INTO large_orders
   SELECT order_id, order_total, sales_rep_id, customer_id
      FROM orders;
```

The next example inserts into the small, medium, and large tables, as in the preceding example, and also puts orders greater than 2,900,000 into the special_

Cloudera Exhibit 1020 - Page 1563 of 1808

Databricks_R2_PA_00003699

`orders` table. This table also shows how to use column aliases to simplify the statement:

```
INSERT ALL
   WHEN ottl < 100000 THEN
      INTO small_orders
         VALUES(oid, ottl, sid, cid)
   WHEN ottl > 100000 and ottl < 200000 THEN
      INTO medium_orders
         VALUES(oid, ottl, sid, cid)
   WHEN ottl > 200000 THEN
      into large_orders
         VALUES(oid, ottl, sid, cid)
   WHEN ottl > 290000 THEN
      INTO special_orders
   SELECT o.order_id oid, o.customer_id cid, o.order_total ottl,
      o.sales_rep_id sid, c.credit_limit cl, c.cust_email cem
      FROM orders o, customers c
      WHERE o.customer_id = c.customer_id;
```

Finally, the next example uses the `FIRST` clause to put orders greater than 2,900,000 into the `special_orders` table and exclude those orders from the `large_orders` table:

```
INSERT FIRST
   WHEN ottl < 100000 THEN
      INTO small_orders
         VALUES(oid, ottl, sid, cid)
   WHEN ottl > 100000 and ottl < 200000 THEN
      INTO medium_orders
         VALUES(oid, ottl, sid, cid)
   WHEN ottl > 290000 THEN
      INTO special_orders
   WHEN ottl > 200000 THEN
      INTO large_orders
         VALUES(oid, ottl, sid, cid)
   SELECT o.order_id oid, o.customer_id cid, o.order_total ottl,
      o.sales_rep_id sid, c.credit_limit cl, c.cust_email cem
      FROM orders o, customers c
      WHERE o.customer_id = c.customer_id;
```

Cloudera Exhibit 1020 - Page 1564 of 1808

Databricks_R2_PA_00003700

# LOCK TABLE

## Purpose

Use the `LOCK TABLE` statement to lock one or more tables, table partitions, or table subpartitions in a specified mode. This lock manually overrides automatic locking and permits or denies access to a table or view by other users for the duration of your operation.

Some forms of locks can be placed on the same table at the same time. Other locks allow only one lock for a table.

A locked table remains locked until you either commit your transaction or roll it back, either entirely or to a savepoint before you locked the table.

A lock never prevents other users from querying the table. A query never places a lock on a table. Readers never block writers and writers never block readers.

> **See Also:**
>
> - *Oracle Database Concepts* for a complete description of the interaction of lock modes
> - COMMIT on page 13-76
> - ROLLBACK on page 18-115
> - SAVEPOINT on page 19-2

## Prerequisites

The table or view must be in your own schema or you must have the `LOCK ANY TABLE` system privilege, or you must have any object privilege on the table or view.

Cloudera Exhibit 1020 - Page 1565 of 1808

Databricks_R2_PA_00003701

LOCK TABLE

## Syntax

**lock_table::=**



## Semantics

### *schema*

Specify the schema containing the table or view. If you omit *schema*, then Oracle Database assumes the table or view is in your own schema.

### *table / view*

Specify the name of the table or view to be locked.

If you specify *view*, then Oracle Database locks the base tables of the view.

If you specify PARTITION or SUBPARTITION, then Oracle Database first acquires an implicit lock on the table. The table lock is the same as the lock you specify for *partition* or *subpartition*, with two exceptions:

■ If you specify a SHARE lock for the subpartition, then the database acquires an implicit ROW SHARE lock on the table.

■ If you specify an EXCLUSIVE lock for the subpartition, then the database acquires an implicit ROW EXCLUSIVE lock on the table.

If you specify PARTITION and *table* is composite-partitioned, then the database acquires locks on all the subpartitions of *partition*.

Cloudera Exhibit 1020 - Page 1566 of 1808

Databricks_R2_PA_00003702

**Restriction on Locking Tables**   If *view* is part of a hierarchy, then it must be the root of the hierarchy.

### dblink

Specify a database link to a remote Oracle Database where the table or view is located. You can lock tables and views on a remote database only if you are using Oracle distributed functionality. All tables locked by a `LOCK TABLE` statement must be on the same database.

If you omit *dblink*, then Oracle Database assumes the table or view is on the local database.

> **See Also:**   "Referring to Objects in Remote Databases" on page 2-114 for information on specifying database links

### lockmode Clause

Specify one of the following modes:

**ROW SHARE**   `ROW SHARE` permits concurrent access to the locked table but prohibits users from locking the entire table for exclusive access. `ROW SHARE` is synonymous with `SHARE UPDATE`, which is included for compatibility with earlier versions of Oracle Database.

**ROW EXCLUSIVE**   `ROW EXCLUSIVE` is the same as `ROW SHARE`, but it also prohibits locking in `SHARE` mode. `ROW EXCLUSIVE` locks are automatically obtained when updating, inserting, or deleting.

**SHARE UPDATE**   See `ROW SHARE`.

**SHARE**   `SHARE` permits concurrent queries but prohibits updates to the locked table.

**SHARE ROW EXCLUSIVE**   `SHARE ROW EXCLUSIVE` is used to look at a whole table and to allow others to look at rows in the table but to prohibit others from locking the table in `SHARE` mode or from updating rows.

**EXCLUSIVE**   `EXCLUSIVE` permits queries on the locked table but prohibits any other activity on it.

Cloudera Exhibit 1020 - Page 1567 of 1808

Databricks_R2_PA_00003703

### NOWAIT

Specify NOWAIT if you want the database to return control to you immediately if the specified table, partition, or table subpartition is already locked by another user. In this case, the database returns a message indicating that the table, partition, or subpartition is already locked by another user.

If you omit this clause, then the database waits until the table is available, locks it, and returns control to you.

## Examples

**Locking a Table: Example**   The following statement locks the employees table in exclusive mode but does not wait if another user already has locked the table:

```
LOCK TABLE employees
   IN EXCLUSIVE MODE
   NOWAIT;
```

The following statement locks the remote employees table that is accessible through the database link remote:

```
LOCK TABLE employees@remote
   IN SHARE MODE;
```

Cloudera Exhibit 1020 - Page 1568 of 1808

Databricks_R2_PA_00003704

# MERGE

## Purpose

Use the MERGE statement to select rows from one or more sources for update or insertion into one or more tables. You can specify conditions to determine whether to update or insert into the target tables.

This statement is a convenient way to combine multiple operations. It lets you avoid multiple INSERT, UPDATE, and DELETE DML statements.

MERGE is a deterministic statement. That is, you cannot update the same row of the target table multiple times in the same MERGE statement.

## Prerequisites

You must have the INSERT and UPDATE object privileges on the target table and the SELECT object privilege on the source table. To specify the DELETE clause of the *merge_update_clause*, you must also have the DELETE object privilege on the target table.

## Syntax

**merge::=**



Cloudera Exhibit 1020 - Page 1569 of 1808

Databricks_R2_PA_00003705

MERGE

**merge_update_clause::=**



**merge_insert_clause::=**



**where_clause::=**



## Semantics

### INTO Clause

Use the INTO clause to specify the target table you are updating or inserting into.

### USING Clause

Use the USING clause to specify the source of the data to be updated or inserted. The source can be a table, view, or the result of a subquery.

### ON Clause

Use the ON clause to specify the condition upon which the MERGE operation either updates or inserts. For each row in the target table for which the search condition is

Cloudera Exhibit 1020 - Page 1570 of 1808

Databricks_R2_PA_00003706

true, Oracle Database updates the row with corresponding data from the source table. If the condition is not true for any rows, then the database inserts into the target table based on the corresponding source table row.

### merge_update_clause

The `merge_update_clause` specifies the new column values of the target table. Oracle performs this update if the condition of the ON clause is true. If the update clause is executed, then all update triggers defined on the target table are activated.

Specify the `where_clause` if you want the database to execute the update operation only if the specified condition is true. The condition can refer to either the data source or the target table. If the condition is not true, then the database skips the update operation when merging the row into the table.

Specify the DELETE `where_clause` to clean up data in a table while populating or updating it. The only rows affected by this clause are those rows in the destination table that are updated by the merge operation. That is, the DELETE WHERE condition evaluates the updated value, not the original value that was evaluated by the UPDATE SET ... WHERE condition. If a row of the destination table meets the DELETE condition but is not included in the join defined by the ON clause, then it is not deleted. Any delete triggers defined on the target table will be activated for each row deletion.

You can specify this clause by itself or with the `merge_insert_clause`. If you specify both, then they can be in either order.

#### Restrictions on the *merge_update_clause*
- You cannot update a column that is referenced in the ON `condition` clause.
- You cannot specify DEFAULT when updating a view.

### merge_insert_clause

The `merge_insert_clause` specifies values to insert into the column of the target table if the condition of the ON clause is false. If the insert clause is executed, then all insert triggers defined on the target table are activated. If you omit the column list after the INSERT keyword, then the number of columns in the target table must match the number of values in the VALUES clause.

To insert all of the source rows into the table, you can use a **constant filter predicate** in the ON clause condition. An example of a constant filter predicate is ON (0=1). Oracle Database recognizes such a predicate and makes an unconditional insert of all source rows into the table. This approach is different from omitting the merge_

Cloudera Exhibit 1020 - Page 1571 of 1808

Databricks_R2_PA_00003707

*update_clause*. In that case, the database still must perform a join. With constant filter predicate, no join is performed.

Specify the *where_clause* if you want Oracle Database to execute the insert operation only if the specified condition is true. The condition can refer only to the data source table. Oracle Database skips the insert operation for all rows for which the condition is not true.

You can specify this clause by itself or with the *merge_update_clause*. If you specify both, then they can be in either order.

**Restriction on Merging into a View**   You cannot specify DEFAULT when updating a view.

## Examples

**Merging into a Table: Example**   The following example creates a bonuses table in the sample schema oe with a default bonus of 100. It then inserts into the bonuses table all employees who made sales, based on the sales_rep_id column of the oe.orders table. Finally, the human resources manager decides that employees with a salary of $8000 or less should receive a bonus. Those who have not made sales get a bonus of 1% of their salary. Those who already made sales get an increase in their bonus equal to 1% of their salary. The MERGE statement implements these changes in one step:

```
CREATE TABLE bonuses (employee_id NUMBER, bonus NUMBER DEFAULT 100);

INSERT INTO bonuses(employee_id)
   (SELECT e.employee_id FROM employees e, orders o
   WHERE e.employee_id = o.sales_rep_id
   GROUP BY e.employee_id);

SELECT * FROM bonuses;

EMPLOYEE_ID      BONUS
----------- ----------
        153        100
        154        100
        155        100
        156        100
        158        100
        159        100
        160        100
        161        100
```

Cloudera Exhibit 1020 - Page 1572 of 1808

Databricks_R2_PA_00003708

```
       163        100
```

```
MERGE INTO bonuses D
  USING (SELECT employee_id, salary, department_id FROM employees
  WHERE department_id = 80) S
  ON (D.employee_id = S.employee_id)
  WHEN MATCHED THEN UPDATE SET D.bonus = D.bonus + S.salary*.01
    DELETE WHERE (S.salary > 8000)
  WHEN NOT MATCHED THEN INSERT (D.employee_id, D.bonus)
    VALUES (S.employee_id, S.salary*0.1)
    WHERE (S.salary <= 8000);
```

```
EMPLOYEE_ID    BONUS
----------- ----------
        153    180
        154    175
        155    170
        159    180
        160    175
        161    170
        179    620
        173    610
        165    680
        166    640
        164    720
        172    730
        167    620
        171    740
```

Cloudera Exhibit 1020 - Page 1573 of 1808

Databricks_R2_PA_00003709

# NOAUDIT

## Purpose

Use the NOAUDIT statement to stop auditing operations previously enabled by the AUDIT statement.

The NOAUDIT statement must have the same syntax as the previous AUDIT statement. Further, it reverses the effects only of that particular statement. For example, suppose one AUDIT statement A enables auditing for a specific user. A second statement B enables auditing for all users. A NOAUDIT statement C to disable auditing for all users reverses statement B. However, statement C leaves statement A in effect and continues to audit the user that statement A specified.

> **See Also:** AUDIT on page 13-54 for more information on auditing

## Prerequisites

To stop auditing of SQL statements, you must have the AUDIT SYSTEM system privilege.

To stop auditing of schema objects, you must be the owner of the object on which you stop auditing or you must have the AUDIT ANY system privilege. In addition, if the object you chose for auditing is a directory, then even if you created it, you must have the AUDIT ANY system privilege.

## Syntax

**noaudit::=**



(*sql_statement_clause::=* on page 18-95, *schema_object_clause::=* on page 18-95)

Cloudera Exhibit 1020 - Page 1574 of 1808

Databricks_R2_PA_00003710

**sql_statement_clause::=**



**auditing_by_clause::=**



**schema_object_clause::=**



**auditing_on_clause::=**



Cloudera Exhibit 1020 - Page 1575 of 1808

NOAUDIT

## Semantics

### sql_statement_clause

Use the `sql_statement_clause` to stop auditing of a particular SQL statement.

**statement_option**    For `statement_option`, specify the statement option for which auditing is to be stopped. Please refer to Table 13–1 on page 13-60 and Table 13–2 on page 13-63 for a list of the statement options and the SQL statements they audit.

**ALL**    Specify `ALL` to stop auditing of all statement options currently being audited.

**system_privilege**    For `system_privilege`, specify the system privilege for which auditing is to be stopped. Please refer to Table 18–1 on page 18-48 for a list of the system privileges and the statements they authorize.

**ALL PRIVILEGES**    Specify `ALL PRIVILEGES` to stop auditing of all system privileges currently being audited.

**auditing_by_clause**    Use the `auditing_by_clause` to stop auditing only those SQL statements issued by particular users. If you omit this clause, then Oracle Database stops auditing all users' statements.

- Specify `BY user` to stop auditing only for SQL statements issued by the specified users in their subsequent sessions. If you omit this clause, then Oracle Database stops auditing for all users' statements, except for the situation described for `WHENEVER SUCCESSFUL`.

- Specify `BY proxy` to stop auditing only for the SQL statements issued by the specified proxy, on behalf of a specific user or any user.

### schema_object_clause

Use the `schema_object_clause` to stop auditing of a particular database object.

**object_option**    For `object_option`, specify the type of operation for which auditing is to be stopped on the object specified in the `ON` clause. Please refer to Table 13–3 on page 13-64 for a list of these options.

**ALL**    Specify `ALL` as a shortcut equivalent to specifying all object options applicable for the type of object.

Cloudera Exhibit 1020 - Page 1576 of 1808

Databricks_R2_PA_00003712

***auditing_on_clause*** The `auditing_on_clause` lets you specify the particular schema object for which auditing is to be stopped.

- For object, specify the object name of a table, view, sequence, stored procedure, function, or package, materialized view, or library. If you do not qualify `object` with `schema`, then Oracle Database assumes the object is in your own schema. Please refer to AUDIT on page 13-54 for information on auditing specific schema objects.

- The `DIRECTORY` clause lets you specify the name of the directory on which auditing is to be stopped.

- Specify `DEFAULT` to remove the specified object options as default object options for subsequently created objects.

**WHENEVER [NOT] SUCCESSFUL** Specify `WHENEVER SUCCESSFUL` to stop auditing only for SQL statements and operations on schema objects that complete successfully.

Specify `WHENEVER NOT SUCCESSFUL` to stop auditing only for statements and operations that result in Oracle Database errors.

If you omit this clause, then the database stops auditing for all statements or operations, regardless of success or failure.

## Examples

**Stop Auditing of SQL Statements Related to Roles: Example** If you have chosen auditing for every SQL statement that creates or drops a role, then you can stop auditing of such statements by issuing the following statement:

```
NOAUDIT ROLE;
```

**Stop Auditing of Updates or Queries on Objects Owned by a Particular User: Example** If you have chosen auditing for any statement that queries or updates any table issued by the users `hr` and `oe`, then you can stop auditing for queries by `hr` by issuing the following statement:

```
NOAUDIT SELECT TABLE BY hr;
```

The preceding statement stops auditing only queries by `hr`, so the database continues to audit queries and updates by `oe` as well as updates by `hr`.

Cloudera Exhibit 1020 - Page 1577 of 1808

Databricks_R2_PA_00003713

**Stop Auditing of Statements Authorized by a Particular Object Privilege: Example**   To stop auditing on all statements that are authorized by `DELETE ANY TABLE` system privilege, issue the following statement:

```
NOAUDIT DELETE ANY TABLE;
```

**Stop Auditing of Queries on a Particular Object: Example**   If you have chosen auditing for every SQL statement that queries the `employees` table in the schema `hr`, then you can stop auditing for such queries by issuing the following statement:

```
NOAUDIT SELECT
   ON hr.employees;
```

**Stop Auditing of Queries that Complete Successfully: Example**   You can stop auditing for queries that complete successfully by issuing the following statement:

```
NOAUDIT SELECT
   ON hr.employees
   WHENEVER SUCCESSFUL;
```

This statement stops auditing only for successful queries. Oracle Database continues to audit queries resulting in Oracle Database errors.

Cloudera Exhibit 1020 - Page 1578 of 1808

Databricks_R2_PA_00003714

# PURGE

## Purpose

Use the PURGE statement to remove a table or index from your recycle bin and release all of the space associated with the object, or to remove the entire recycle bin, or to remove part of all of a dropped tablespace from the recycle bin.

> **Caution:**   You cannot roll back a PURGE statement, nor can you recover an object after it is purged.

To see the contents of your recycle bin, query the USER_RECYCLEBIN data dictionary review. You can use the RECYCLEBIN synonym instead. The following two statements return the same rows:

```
SELECT * FROM RECYCLEBIN;
SELECT * FROM USER_RECYCLEBIN;
```

**See Also:**

- *Oracle Database Administrator's Guide* for information on the recycle bin and naming conventions for objects in the recycle bin
- FLASHBACK TABLE on page 18-33 for information on retrieving dropped tables from the recycle bin

## Prerequisites

The database object must reside in your own schema or you must have the DROP ANY... system privilege for the type of object to be purged, or you must have the SYSDBA system privilege.

Cloudera Exhibit 1020 - Page 1579 of 1808

Databricks_R2_PA_00003715

PURGE

## Syntax

**purge::=**



## Semantics

### TABLE or INDEX

Specify the name of the table or index in the recycle bin that you wish to purge. You can specify either the original user-specified name or the system-generated name Oracle Database assigned to the object when it was dropped.

- If you specify the user-specified name, and if the recycle bin contains more than one object of that name, then the database purges the object that has been in the recycle bin the longest.

- System-generated recycle bin object names are unique. Therefore, if you specify the system-generated name, then the database purges that specified object.

When the database purges a table, all table partitions, LOBs and LOB partitions, indexes, and other dependent objects of that table are also purged.

### RECYCLEBIN

Use this clause to purge the current user's recycle bin. Oracle Database will remove all objects from the user's recycle bin and release all space associated with objects in the recycle bin.

### DBA_RECYCLEBIN

This clause is valid only if you have SYSDBA system privilege. It lets you remove all objects from the system-wide recycle bin, and is equivalent to purging the recycle bin of every user. This operation is useful, for example, before backward migration.

Cloudera Exhibit 1020 - Page 1580 of 1808

Databricks_R2_PA_00003716

### TABLESPACE *tablespace*

Use this clause to purge all the objects residing in the specified tablespace from the recycle bin.

**USER *user*** Use this clause to reclaim space in a tablespace for a specified user. This operation is useful when a particular user is running low on disk quota for the specified tablespace.

## Examples

**Remove a File From Your Recycle Bin: Example** The following statement removes the table test from the recycle bin. If more than one version of test resides in the recycle bin, Oracle Database removes the version that has been there the longest:

```
PURGE TABLE test;
```

To determine system-generated name of the table you want removed from your recycle bin, issue a SELECT statement on your recycle bin. Using that object name, you can remove the table by issuing a statement similar to the following statement. (The system-generated name will differ from the one shown in the example.)

```
PURGE TABLE RB$$33750$TABLE$0;
```

**Remove the Contents of Your Recycle Bin: Example** To remove the entire contents of your recycle bin, issue the following statement:

```
PURGE RECYCLEBIN;
```

Cloudera Exhibit 1020 - Page 1581 of 1808

Databricks_R2_PA_00003717

# RENAME

## Purpose

> **Caution:**  You cannot roll back a `RENAME` statement.

Use the `RENAME` statement to rename a table, view, sequence, or private synonym.

- Oracle Database automatically transfers integrity constraints, indexes, and grants on the old object to the new object.

- Oracle Database invalidates all objects that depend on the renamed object, such as views, synonyms, and stored procedures and functions that refer to a renamed table.

> **See Also:**  CREATE SYNONYM on page 16-2 and DROP SYNONYM on page 18-5

## Prerequisites

The object must be in your own schema.

## Syntax

**rename::=**



## Semantics

### *old_name*

Specify the name of an existing table, view, sequence, or private synonym.

### *new_name*

Specify the new name to be given to the existing object. The new name must not already be used by another schema object in the same namespace and must follow the rules for naming schema objects.

Cloudera Exhibit 1020 - Page 1582 of 1808

Databricks_R2_PA_00003718

**Restrictions on Renaming Objects**

■   You cannot rename a public synonym. Instead, drop the public synonym and then re-create the public synonym with the new name.

■   You cannot rename a type synonym that has any dependent tables or dependent valid user-defined object types.

>    **See Also:**   "Schema Object Naming Rules" on page 2-107

## Example

**Renaming a Database Object: Example**   The following example uses a copy of the sample table `hr.departments`. To change the name of table `departments_new` to `emp_departments`, issue the following statement:

```
RENAME departments_new TO emp_departments;
```

You cannot use this statement directly to rename columns. However, you can rename a column using the `ALTER TABLE ...` *rename_column_clause*.

>    **See Also:**   *rename_column_clause* on page 12-58

Another way to rename a column is to use the `RENAME` statement together with the `CREATE TABLE` statement with `AS` *subquery*. This method is useful is you are changing the structure of a table rather than only renaming a column. The following statements re-create the sample table `hr.job_history`, renaming a column from `department_id` to `dept_id`:

```
CREATE TABLE temporary
   (employee_id, start_date, end_date, job_id, dept_id)
AS SELECT
      employee_id, start_date, end_date, job_id, department_id
FROM job_history;

DROP TABLE job_history;

RENAME temporary TO job_history;
```

Any integrity constraints defined on table `job_history` will be lost in the preceding example. You will have to redefine them on the new `job_history` table using an `ALTER TABLE` statement.

Cloudera Exhibit 1020 - Page 1583 of 1808

Databricks_R2_PA_00003719

# REVOKE

## Purpose

Use the REVOKE statement to:

- Revoke system privileges from users and roles
- Revoke roles from users and roles
- Revoke object privileges for a particular object from users and roles

> **See Also:**
>
> - GRANT on page 18-40 for information on granting system privileges and roles
> - Table 18–3 on page 18-57 for a summary of the object privileges for each type of object

## Prerequisites

To revoke a **system privilege,** you must have been granted the privilege with the ADMIN OPTION.

To revoke a **role**, you must have been granted the role with the ADMIN OPTION. You can revoke any role if you have the GRANT ANY ROLE system privilege.

To revoke an **object privilege**, you must previously have granted the object privilege to the user and role or you must have the GRANT ANY OBJECT PRIVILEGE system privilege. In the latter case, you can revoke any object privilege that was granted by the object owner or on behalf of the owner—that is, by a user with the GRANT ANY OBJECT PRIVILEGE. However, you cannot revoke an object privilege that was granted by way of a WITH GRANT OPTION grant.

> **See Also:** "Revoke Operations that Use GRANT ANY OBJECT PRIVILEGE: Example" on page 18-113

The REVOKE statement can revoke only privileges and roles that were previously granted directly with a GRANT statement. You cannot use this statement to revoke:

- Privileges or roles not granted to the revokee
- Roles or object privileges granted through the operating system
- Privileges or roles granted to the revokee through roles

Cloudera Exhibit 1020 - Page 1584 of 1808

Databricks_R2_PA_00003720

## Syntax

**revoke::=**



(*revoke_system_privileges::=* on page 18-105, *revoke_object_privileges::=* on page 18-105)

**revoke_system_privileges::=**



(*grantee_clause::=* on page 18-106)

**revoke_object_privileges::=**



(*on_object_clause::=* on page 18-106, *grantee_clause::=* on page 18-106)

Cloudera Exhibit 1020 - Page 1585 of 1808

Databricks_R2_PA_00003721

REVOKE

**grantee_clause::=**



**on_object_clause::=**



## Semantics

### *revoke_system_privileges*

Use these clauses to revoke system privileges.

### *system_privilege*

Specify the system privilege to be revoked. Please refer to Table 18–1 on page 18-48 for a list of the system privileges.

If you revoke a system privilege from a **user**, then the database removes the privilege from the user's privilege domain. Effective immediately, the user cannot exercise the privilege.

If you revoke a system privilege from a **role**, then the database removes the privilege from the privilege domain of the role. Effective immediately, users with the role enabled cannot exercise the privilege. Also, other users who have been granted the role and subsequently enable the role cannot exercise the privilege.

> **See Also:** "Revoking a System Privilege from a User: Example" on page 18-111 and "Revoking a System Privilege from a Role: Example" on page 18-111

Cloudera Exhibit 1020 - Page 1586 of 1808

Databricks_R2_PA_00003722

If you revoke a system privilege from `PUBLIC`, then the database removes the privilege from the privilege domain of each user who has been granted the privilege through `PUBLIC`. Effective immediately, such users can no longer exercise the privilege. However, the privilege is not revoked from users who have been granted the privilege directly or through roles.

Oracle Database provides a shortcut for specifying all system privileges at once: Specify `ALL PRIVILEGES` to revoke all the system privileges listed in Table 18–1 on page 18-48.

**Restriction on Revoking System Privileges**   A system privilege cannot appear more than once in the list of privileges to be revoked.

### *role*
Specify the role to be revoked.

If you revoke a role from a **user**, then the database makes the role unavailable to the user. If the role is currently enabled for the user, the user can continue to exercise the privileges in the role's privilege domain as long as it remains enabled. However, the user cannot subsequently enable the role.

If you revoke a role from another **role**, then the database removes the privilege domain of the revoked role from the privilege domain of the revokee role. Users who have been granted and have enabled the revokee role can continue to exercise the privileges in the privilege domain of the revoked role as long as the revokee role remains enabled. However, other users who have been granted the revokee role and subsequently enable it cannot exercise the privileges in the privilege domain of the revoked role.

> **See Also:**   "Revoking a Role from a User: Example" on page 18-111 and "Revoking a Role from a Role: Example" on page 18-111

If you revoke a role from `PUBLIC`, then the database makes the role unavailable to all users who have been granted the role through `PUBLIC`. Any user who has enabled the role can continue to exercise the privileges in its privilege domain as long as it remains enabled. However, users cannot subsequently enable the role. The role is not revoked from users who have been granted the role directly or through other roles.

**Restriction on Revoking System Roles**   A system role cannot appear more than once in the list of roles to be revoked. Please refer to Table 18–2 on page 18-57 for a list of the roles predefined by Oracle Database.

Cloudera Exhibit 1020 - Page 1587 of 1808

Databricks_R2_PA_00003723

REVOKE

### grantee_clause

FROM `grantee_clause` identifies users or roles from which the system privilege, role, or object privilege is to be revoked.

**PUBLIC**   Specify `PUBLIC` to revoke the privileges or roles from all users.

### revoke_object_privileges

Use these clauses to revoke object privileges.

### object_privilege

Specify the object privilege to be revoked. You can substitute any of the object privileges listed on Table 18–2 on page 18-57.

> **Note:**   Each privilege authorizes some operation. By revoking a privilege, you prevent the revokee from performing that operation. However, multiple users may grant the same privilege to the same user, role, or `PUBLIC`. To remove the privilege from the grantee's privilege domain, all grantors must revoke the privilege. If even one grantor does not revoke the privilege, then the grantee can still exercise the privilege by virtue of that grant.

If you revoke an object privilege from a **user**, then the database removes the privilege from the user's privilege domain. Effective immediately, the user cannot exercise the privilege.

- If that user has granted that privilege to other users or roles, then the database also revokes the privilege from those other users or roles.

- If that user's schema contains a procedure, function, or package that contains SQL statements that exercise the privilege, then the procedure, function, or package can no longer be executed.

- If that user's schema contains a view on that object, then the database invalidates the view.

- If you revoke the `REFERENCES` object privilege from a user who has exercised the privilege to define referential integrity constraints, then you must specify the `CASCADE CONSTRAINTS` clause.

If you revoke an object privilege from a **role**, then the database removes the privilege from the privilege domain of the role. Effective immediately, users with

Cloudera Exhibit 1020 - Page 1588 of 1808

Databricks_R2_PA_00003724

the role enabled cannot exercise the privilege. Other users who have been granted the role cannot exercise the privilege after enabling the role.

If you revoke an object privilege from PUBLIC, then the database removes the privilege from the privilege domain of each user who has been granted the privilege through PUBLIC. Effective immediately, all such users are restricted from exercising the privilege. However, the privilege is not revoked from users who have been granted the privilege directly or through roles.

### ALL [PRIVILEGES]

Specify ALL to revoke all object privileges that you have granted to the revokee. (The keyword PRIVILEGES is provided for semantic clarity and is optional.)

If no privileges have been granted on the object, then the database takes no action and does not return an error.

**Restriction on Revoking Object Privileges**    A privilege cannot appear more than once in the list of privileges to be revoked. A user, a role, or PUBLIC cannot appear more than once in the FROM clause.

> **See Also:**    "Revoking an Object Privilege from a User: Example" on page 18-111, "Revoking Object Privileges from PUBLIC: Example" on page 18-112, and "Revoking All Object Privileges from a User: Example" on page 18-112

### CASCADE CONSTRAINTS

This clause is relevant only if you revoke the REFERENCES privilege or ALL [PRIVILEGES]. It drops any referential integrity constraints that the revokee has defined using the REFERENCES privilege, which might have been granted either explicitly or implicitly through a grant of ALL [PRIVILEGES].

> **See Also:**    "Revoking an Object Privilege with CASCADE CONSTRAINTS: Example" on page 18-113

### FORCE

Specify FORCE to revoke the EXECUTE object privilege on user-defined type objects with table or type dependencies. You must use FORCE to revoke the EXECUTE object privilege on user-defined type objects with table dependencies.

If you specify FORCE, then all privileges are revoked, all dependent objects are marked INVALID, data in dependent tables becomes inaccessible, and all

Cloudera Exhibit 1020 - Page 1589 of 1808

Databricks_R2_PA_00003725

dependent function-based indexes are marked `UNUSABLE`. Regranting the necessary type privilege will revalidate the table.

> **See Also:** *Oracle Database Concepts* for detailed information about type dependencies and user-defined object privileges

### on_object_clause
The `on_object_clause` identifies the objects on which privileges are to be revoked.

***object***    Specify the object on which the object privileges are to be revoked. This object can be:

- A table, view, sequence, procedure, stored function, or package, materialized view

- A synonym for a table, view, sequence, procedure, stored function, package, materialized view, or user-defined type

- A library, indextype, or user-defined operator

If you do not qualify object with *schema*, then the database assumes the object is in your own schema.

> **See Also:** "Revoking an Object Privilege on a Sequence from a User: Example" on page 18-112

If you revoke the `SELECT` object privilege, with or without the `GRANT OPTION`, on the containing table or materialized view of a materialized view, then the database invalidates the materialized view.

If you revoke the `SELECT` object privilege, with or without the `GRANT OPTION`, on any of the master tables of a materialized view, then the database invalidates both the materialized view and its containing table or materialized view.

**DIRECTORY *directory_name***    Specify the directory object on which privileges are to be revoked. You cannot qualify `directory_name` with *schema*. The object must be a directory.

> **See Also:** CREATE DIRECTORY on page 14-52 and "Revoking an Object Privilege on a Directory from a User: Example" on page 18-113

Databricks_R2_PA_00003726

**JAVA SOURCE | RESOURCE**   The JAVA clause lets you specify a Java source or resource schema object on which privileges are to be revoked.

## Examples

**Revoking a System Privilege from a User: Example**   The following statement revokes the DROP ANY TABLE system privilege from the users hr and oe:

```
REVOKE DROP ANY TABLE
    FROM hr, oe;
```

The users hr and oe can no longer drop tables in schemas other than their own.

**Revoking a Role from a User: Example**   The following statement revokes the role dw_manager from the user sh:

```
REVOKE dw_manager
    FROM sh;
```

The user sh can no longer enable the dw_manager role.

**Revoking a System Privilege from a Role: Example**   The following statement revokes the CREATE TABLESPACE system privilege from the dw_manager role:

```
REVOKE CREATE TABLESPACE
   FROM dw_manager;
```

Enabling the dw_manager role no longer allows users to create tablespaces.

**Revoking a Role from a Role: Example**   To revoke the role dw_user from the role dw_manager, issue the following statement:

```
REVOKE dw_user
  FROM dw_manager;
```

The dw_user role privileges are no longer granted to dw_manager.

**Revoking an Object Privilege from a User: Example**   You can grant DELETE, INSERT, SELECT, and UPDATE privileges on the table orders to the user hr with the following statement:

```
GRANT ALL
    ON orders TO hr;
```

To revoke the DELETE privilege on orders from hr, issue the following statement:

Cloudera Exhibit 1020 - Page 1591 of 1808

Databricks_R2_PA_00003727

```
REVOKE DELETE
   ON orders FROM hr;
```

**Revoking All Object Privileges from a User: Example**   To revoke the remaining privileges on `orders` that you granted to `hr`, issue the following statement:

```
REVOKE ALL
   ON orders FROM hr;
```

**Revoking Object Privileges from PUBLIC: Example**   You can grant `SELECT` and `UPDATE` privileges on the view `emp_details_view` to all users by granting the privileges to the role `PUBLIC`:

```
GRANT SELECT, UPDATE
    ON emp_details_view TO public;
```

The following statement revokes `UPDATE` privilege on `emp_details_view` from all users:

```
REVOKE UPDATE
    ON emp_details_view FROM public;
```

Users can no longer update the `emp_details_view` view, although users can still query it. However, if you have also granted the `UPDATE` privilege on `emp_details_view` to any users, either directly or through roles, then these users retain the privilege.

**Revoking an Object Privilege on a Sequence from a User: Example**   You can grant the user `oe` the `SELECT` privilege on the `departments_seq` sequence in the schema `hr` with the following statement:

```
GRANT SELECT
    ON hr.departments_seq TO oe;
```

To revoke the `SELECT` privilege on `departments_seq` from `oe`, issue the following statement:

```
REVOKE SELECT
    ON hr.departments_seq FROM oe;
```

However, if the user `hr` has also granted `SELECT` privilege on `departments` to `sh`, then `sh` can still use `departments` by virtue of `hr`'s grant.

Cloudera Exhibit 1020 - Page 1592 of 1808

Databricks_R2_PA_00003728

**Revoking an Object Privilege with CASCADE CONSTRAINTS: Example**   You can grant to oe the privileges REFERENCES and UPDATE on the employees table in the schema hr with the following statement:

```
GRANT REFERENCES, UPDATE
    ON hr.employees TO oe;
```

The user oe can exercise the REFERENCES privilege to define a constraint in his or her own dependent table that refers to the employees table in the schema hr:

```
CREATE TABLE dependent
(dependno    NUMBER,
 dependname VARCHAR2(10),
 employee    NUMBER
    CONSTRAINT in_emp REFERENCES hr.employees(employee_id) );
```

You can revoke the REFERENCES privilege on hr.employees from oe by issuing the following statement that contains the CASCADE CONSTRAINTS clause:

```
REVOKE REFERENCES
    ON hr.employees
    FROM oe
    CASCADE CONSTRAINTS;
```

Revoking oe's REFERENCES privilege on hr.employees causes Oracle Database to drop the in_emp constraint, because oe required the privilege to define the constraint.

However, if oe has also been granted the REFERENCES privilege on hr.employees by a user other than you, then the database does not drop the constraint. oe still has the privilege necessary for the constraint by virtue of the other user's grant.

**Revoking an Object Privilege on a Directory from a User: Example**   You can revoke the READ object privilege on directory bfile_dir from hr by issuing the following statement:

```
REVOKE READ ON DIRECTORY bfile_dir FROM hr;
```

**Revoke Operations that Use GRANT ANY OBJECT PRIVILEGE: Example**
Suppose that the database administrator has granted GRANT ANY OBJECT PRIVILEGE to user sh. Now suppose that user hr grants the update privilege on the employees table to oe:

```
CONNECT hr/hr
GRANT UPDATE ON employees TO oe WITH GRANT OPTION;
```

Cloudera Exhibit 1020 - Page 1593 of 1808

Databricks_R2_PA_00003729

REVOKE

This grant gives user `oe` the right to pass the object privilege along to another user:

```
CONNECT oe/oe
GRANT UPDATE ON hr.employees TO pm;
```

User `sh`, who has the `GRANT ANY OBJECT PRIVILEGE`, can now act on behalf of user `hr` and revoke the update privilege from user `oe`, because `oe` was granted the privilege by `hr`:

```
CONNECT sh/sh
REVOKE UPDATE ON hr.employees FROM oe;
```

User `sh` cannot revoke the update privilege from user `pm` explicitly, because `pm` received the grant neither from the object owner (`hr`), nor from `sh`, nor from another user with `GRANT ANY OBJECT PRIVILEGE`, but from user `oe`. However, the preceding statement cascades, removing all privileges that depend on the one revoked. Therefore the object privilege is implicitly revoked from `pm` as well.

Cloudera Exhibit 1020 - Page 1594 of 1808

Databricks_R2_PA_00003730

# ROLLBACK

## Purpose

Use the ROLLBACK statement to undo work done in the current transaction or to manually undo the work done by an in-doubt distributed transaction.

---

**Note:**   Oracle recommends that you explicitly end transactions in application programs using either a COMMIT or ROLLBACK statement. If you do not explicitly commit the transaction and the program terminates abnormally, then Oracle Database rolls back the last uncommitted transaction.

---

**See Also:**

- *Oracle Database Concepts* for information on transactions

- *Oracle Database Heterogeneous Connectivity Administrator's Guide* for information on distributed transactions

- SET TRANSACTION on page 19-66 for information on setting characteristics of the current transaction

- COMMIT on page 13-76 and SAVEPOINT on page 19-2

## Prerequisites

To roll back your current transaction, no privileges are necessary.

To manually roll back an in-doubt distributed transaction that you originally committed, you must have the FORCE TRANSACTION system privilege. To manually roll back an in-doubt distributed transaction originally committed by another user, you must have the FORCE ANY TRANSACTION system privilege.

Databricks_R2_PA_00003731

ROLLBACK

## Syntax

**rollback::=**



## Semantics

### WORK

The keyword WORK is optional and is provided for SQL standard compatibility.

### TO SAVEPOINT Clause

Specify the savepoint to which you want to roll back the current transaction. If you omit this clause, then the ROLLBACK statement rolls back the entire transaction.

Using ROLLBACK without the TO SAVEPOINT clause performs the following operations:

- Ends the transaction
- Undoes all changes in the current transaction
- Erases all savepoints in the transaction
- Releases any transaction locks

**See Also:** SAVEPOINT on page 19-2

Using ROLLBACK with the TO SAVEPOINT clause performs the following operations:

- Rolls back just the portion of the transaction after the savepoint
- Erases all savepoints created after that savepoint. The named savepoint is retained, so you can roll back to the same savepoint multiple times. Prior savepoints are also retained.
- Releases all table and row locks acquired since the savepoint. Other transactions that have requested access to rows locked after the savepoint must continue to wait until the transaction is committed or rolled back. Other transactions that

Cloudera Exhibit 1020 - Page 1596 of 1808

Databricks_R2_PA_00003732

have not already requested the rows can request and access the rows immediately.

**Restriction on In-doubt Transactions**   You cannot manually roll back an in-doubt transaction to a savepoint.

## FORCE Clause

Specify FORCE to manually roll back an in-doubt distributed transaction. The transaction is identified by the *text* containing its local or global transaction ID. To find the IDs of such transactions, query the data dictionary view DBA_2PC_ PENDING.

A ROLLBACK statement with a FORCE clause rolls back only the specified transaction. Such a statement does not affect your current transaction.

**Restriction on Forcing Rollback**   ROLLBACK statements with the FORCE clause are not supported in PL/SQL.

> **See Also:**   *Oracle Database Heterogeneous Connectivity Administrator's Guide* for more information on distributed transactions and rolling back in-doubt transactions

## Examples

**Rolling Back Transactions: Examples**   The following statement rolls back your entire current transaction:

```
ROLLBACK;
```

The following statement rolls back your current transaction to savepoint banda_ sal:

```
ROLLBACK TO SAVEPOINT banda_sal;
```

See "Creating Savepoints: Example" on page 19-3 for a full version of the preceding example.

The following statement manually rolls back an in-doubt distributed transaction:

```
ROLLBACK WORK
    FORCE '25.32.87';
```

Cloudera Exhibit 1020 - Page 1597 of 1808

Databricks_R2_PA_00003733

ROLLBACK

Cloudera Exhibit 1020 - Page 1598 of 1808

Databricks_R2_PA_00003734

# 19

# SQL Statements: SAVEPOINT to UPDATE

This chapter contains the following SQL statements:

- SAVEPOINT
- SELECT
- SET CONSTRAINT[S]
- SET ROLE
- SET TRANSACTION
- TRUNCATE
- UPDATE

Cloudera Exhibit 1020 - Page 1599 of 1808

Databricks_R2_PA_00003735

# SAVEPOINT

## Purpose

Use the SAVEPOINT statement to identify a point in a transaction to which you can later roll back.

> **See Also:**
>
> - *Oracle Database Concepts* for information on savepoints.
> - ROLLBACK on page 18-115 for information on rolling back transactions
> - SET TRANSACTION on page 19-66 for information on setting characteristics of the current transaction

## Prerequisites

None.

## Syntax

**savepoint::=**



## Semantics

### *savepoint*

Specify the name of the savepoint to be created.

Savepoint names must be distinct within a given transaction. If you create a second savepoint with the same identifier as an earlier savepoint, then the earlier savepoint is erased. After a savepoint has been created, you can either continue processing, commit your work, roll back the entire transaction, or roll back to the savepoint.

Cloudera Exhibit 1020 - Page 1600 of 1808

Databricks_R2_PA_00003736

## Example

**Creating Savepoints: Example**   To update Banda's and Greene's salary in the sample table hr.employees, check that the total department salary does not exceed 314,000, then reenter Greene's salary, enter:

```
UPDATE employees
    SET salary = 7000
    WHERE last_name = 'Banda';
SAVEPOINT banda_sal;

UPDATE employees
    SET salary = 12000
    WHERE last_name = 'Greene';
SAVEPOINT greene_sal;

SELECT SUM(salary) FROM employees;

ROLLBACK TO SAVEPOINT banda_sal;

UPDATE employees
    SET salary = 11000
    WHERE last_name = 'Greene';

COMMIT;
```

Cloudera Exhibit 1020 - Page 1601 of 1808

Databricks_R2_PA_00003737

SELECT

# SELECT

## Purpose

Use a SELECT statement or subquery to retrieve data from one or more tables, object tables, views, object views, or materialized views.

If part or all of the result of a SELECT statement is equivalent to an existing materialized view, then Oracle Database may use the materialized view in place of one or more tables specified in the SELECT statement. This substitution is called **query rewrite**. It takes place only if cost optimization is enabled and the QUERY_ REWRITE_ENABLED parameter is set to TRUE. To determine whether query write has occurred, use the EXPLAIN PLAN statement.

> **See Also:**
>
> - Chapter 9, "SQL Queries and Subqueries" for general information on queries and subqueries
> - *Oracle Data Warehousing Guide* for more information on materialized views and query rewrite
> - EXPLAIN PLAN on page 18-25

## Prerequisites

For you to select data from a table or materialized view, the table or materialized view must be in your own schema or you must have the SELECT privilege on the table or materialized view.

For you to select rows from the base tables of a view:

- You must have the SELECT privilege on the view, and
- Whoever owns the schema containing the view must have the SELECT privilege on the base tables.

The SELECT ANY TABLE system privilege also allows you to select data from any table or any materialized view or the base table of any view.

To issue an Oracle Flashback Query using the *flashback_query_clause*, you must have the SELECT privilege on the objects in the select list. In addition, either you must have FLASHBACK object privilege on the objects in the select list, or you must have FLASHBACK ANY TABLE system privilege.

Cloudera Exhibit 1020 - Page 1602 of 1808

Databricks_R2_PA_00003738

## Syntax

**select::=**



(*for_update_clause::=* on page 19-14)

**subquery::=**



(*subquery_factoring_clause::=* on page 19-5, *select_list::=* on page 19-6, *table_reference::=* on page 19-6, *hierarchical_query_clause::=* on page 19-9, *group_by_clause::=* on page 19-9, *model_clause::=* on page 19-10, *order_by_clause::=* on page 19-13)

**subquery_factoring_clause::=**



Cloudera Exhibit 1020 - Page 1603 of 1808

Databricks_R2_PA_00003739

SELECT

**select_list::=**



**table_reference::=**



(*query_table_expression*::= on page 19-7, *flashback_query_clause*::= on page 19-6)

**flashback_query_clause::=**



Cloudera Exhibit 1020 - Page 1604 of 1808

Databricks_R2_PA_00003740

**query_table_expression::=**



(*subquery_restriction_clause::=* on page 19-7, *table_collection_expression::=* on page 19-7)

**sample_clause::=**



**subquery_restriction_clause::=**



**table_collection_expression::=**



Cloudera Exhibit 1020 - Page 1605 of 1808

Databricks_R2_PA_00003741

SELECT

## join_clause::=



## inner_cross_join_clause::=



(*table_reference*::= on page 19-6, *query_partition_clause*::= on page 19-9)

## outer_join_clause::=



(*table_reference*::= on page 19-6, *query_partition_clause*::= on page 19-9)

Cloudera Exhibit 1020 - Page 1606 of 1808

Databricks_R2_PA_00003742

**query_partition_clause::=**



**outer_join_type::=**



**where_clause::=**



**hierarchical_query_clause::=**



**group_by_clause::=**



(*rollup_cube_clause::=* on page 19-10, *grouping_sets_clause::=* on page 19-10)

Cloudera Exhibit 1020 - Page 1607 of 1808

Databricks_R2_PA_00003743

SELECT

**rollup_cube_clause::=**



(*grouping_expression_list::=* on page 19-10)

**grouping_sets_clause::=**



(*rollup_cube_clause::=* on page 19-10, *grouping_expression_list::=* on page 19-10)

**grouping_expression_list::=**



**expression_list::=**



**model_clause::=**



Cloudera Exhibit 1020 - Page 1608 of 1808

Databricks_R2_PA_00003744

(*cell_reference_options::=* on page 19-11, *return_rows_clause::=* on page 19-11, *reference_model::=* on page 19-11, *main_model::=* on page 19-11)

## cell_reference_options::=



## return_rows_clause::=



## reference_model::=



(*model_column_clauses::=* on page 19-12, *cell_reference_options::=* on page 19-11)

## main_model::=



(*model_column_clauses::=* on page 19-12, *cell_reference_options::=* on page 19-11, *model_rules_clause::=* on page 19-12)

Cloudera Exhibit 1020 - Page 1609 of 1808

Databricks_R2_PA_00003745

SELECT

**model_column_clauses::=**



(*query_partition_clause::=* on page 19-9, *model_column::=* on page 19-12)

**model_column::=**



**model_rules_clause::=**



(*cell_assignment::=* on page 19-13, *order_by_clause::=* on page 19-13)

Cloudera Exhibit 1020 - Page 1610 of 1808

Databricks_R2_PA_00003746

**cell_assignment::=**



(*single_column_for_loop*::= on page 19-13, *multi_column_for_loop*::= on page 19-13)

**single_column_for_loop::=**



**multi_column_for_loop::=**



**order_by_clause::=**



Cloudera Exhibit 1020 - Page 1611 of 1808

Databricks_R2_PA_00003747

SELECT

**for_update_clause::=**



## Semantics

### subquery_factoring_clause

The WITH query_name clause lets you assign a name to a subquery block. You can then reference the subquery block multiple places in the query by specifying the query name. Oracle Database optimizes the query by treating the query name as either an inline view or as a temporary table.

You can specify this clause in any top-level SELECT statement and in most types of subqueries. The query name is visible to the main query and to all subsequent subqueries except the subquery that defines the query name itself.

**Restrictions on Subquery Factoring**

- You cannot nest this clause. That is, you cannot specify the *subquery_factoring_clause* within the subquery of another *subquery_factoring_clause*. However, a *query_name* defined in one *subquery_factoring_clause* can be used in the subquery of any subsequent *subquery_factoring_clause*.

- In a query with set operators, the set operator subquery cannot contain the *subquery_factoring_clause*, but the FROM subquery can contain the *subquery_factoring_clause*.

Cloudera Exhibit 1020 - Page 1612 of 1808

Databricks_R2_PA_00003748

**See Also:**

- *Oracle Database Concepts* for information about inline views

- *Oracle Data Warehousing Guide* and *Oracle Database Application Developer's Guide - Fundamentals* for information on using the subquery factoring feature

- "Subquery Factoring: Example" on page 19-38

### hint

Specify a comment that passes instructions to the optimizer on choosing an execution plan for the statement.

> **See Also:** "Hints" on page 2-93 and *Oracle Database Performance Tuning Guide* for the syntax and description of hints

## DISTINCT | UNIQUE

Specify DISTINCT or UNIQUE if you want the database to return only one copy of each set of duplicate rows selected. These two keywords are synonymous. Duplicate rows are those with matching values for each expression in the select list.

### Restrictions on DISTINCT and UNIQUE Queries

- When you specify DISTINCT or UNIQUE, the total number of bytes in all select list expressions is limited to the size of a data block minus some overhead. This size is specified by the initialization parameter DB_BLOCK_SIZE.

- You cannot specify DISTINCT if the *select_list* contains LOB columns.

## ALL

Specify ALL if you want the database to return all rows selected, including all copies of duplicates. The default is ALL.

## * (asterisk)

Specify the asterisk to select all columns from all tables, views, or materialized views listed in the FROM clause.

If you are selecting from a table rather than from a view or a materialized view, then columns that have been marked as UNUSED by the ALTER TABLE SET UNUSED statement are not selected.

Cloudera Exhibit 1020 - Page 1613 of 1808

Databricks_R2_PA_00003749

SELECT

---

**See Also:**  ALTER TABLE on page 12-2, "Simple Query Examples" on page 19-39, and "Selecting from the DUAL Table: Example" on page 19-59

### select_list

The `select_list` lets you specify the columns you want to retrieve from the database.

### query_name

For `query_name`, specify a name already specified in the `subquery_factoring_ clause`. You must have specified the `subquery_factoring_clause` in order to specify `query_name` in the `select_list`. If you specify `query_name` in the `select_list`, then you also must specify `query_name` in the `query_table_ expression` (FROM clause).

### table.* | view.* | materialized view.*

Specify the object name followed by a period and the asterisk to select all columns from the specified table, view, or materialized view. Oracle Database returns a set of column in the order in which the columns were specified when the object was created. A query that selects rows from two or more tables, views, or materialized views is a join.

You can use the schema qualifier to select from a table, view, or materialized view in a schema other than your own. If you omit `schema`, then the database assumes the table, view, or materialized view is in your own schema.

**See Also:**  "Joins" on page 9-13

### expr

Specify an expression representing the information you want to select. A column name in this list can be qualified with `schema` only if the table, view, or materialized view containing the column is qualified with `schema` in the FROM clause. If you specify a member method of an object type, then you must follow the method name with parentheses even if the method takes no arguments.

**See Also:**  "Selecting Sequence Values: Examples" on page 19-60

***c_alias***   Specify an alias for the column expression. Oracle Database will use this alias in the column heading of the result set. The AS keyword is optional. The alias

Cloudera Exhibit 1020 - Page 1614 of 1808

Databricks_R2_PA_00003750

effectively renames the select list item for the duration of the query. The alias can be used in the `order_by_clause` but not other clauses in the query.

> **See Also:**
>
> ■  *Oracle Data Warehousing Guide* for information on using the `expr` AS `c_alias` syntax with the `UNION ALL` operator in queries of multiple materialized views
>
> ■  "About SQL Expressions" on page 5-2 for the syntax of `expr`

**Restrictions on the Select List**

■  If you also specify a *group_by_clause* in this statement, then this select list can contain only the following types of expressions:

–  Constants

–  Aggregate functions and the functions `USER`, `UID`, and `SYSDATE`

–  Expressions identical to those in the `group_by_clause`

–  Expressions involving the preceding expressions that evaluate to the same value for all rows in a group

■  You can select a rowid from a join view only if the join has one and only one key-preserved table. The rowid of that table becomes the rowid of the view.

> **See Also:** *Oracle Database Administrator's Guide* for information on key-preserved tables

■  If two or more tables have some column names in common, and if you are specifying a join in the `FROM` clause, then you must qualify column names with names of tables or table aliases.

## FROM Clause

The `FROM` clause lets you specify the objects from which data is selected.

### query_table_expression

Use the `query_table_expression` clause to identify a table, view, materialized view, partition, or subpartition, or to specify a subquery that identifies the objects.

> **See Also:** "Using Subqueries: Examples" on page 19-49

Cloudera Exhibit 1020 - Page 1615 of 1808

Databricks_R2_PA_00003751

**ONLY**    The ONLY clause applies only to views. Specify ONLY if the view in the FROM clause is a view belonging to a hierarchy and you do not want to include rows from any of its subviews.

### flashback_query_clause

Use the `flashback_query_clause` to retrieve past data from a table, view, or materialized view.

This clause implements SQL-driven Flashback, which lets you specify a different system change number or timestamp for each object in the select list. You can also implement session-level Flashback using the DBMS_FLASHBACK package.

A Flashback Query lets you retrieve a history of changes made to a row. You can retrieve the corresponding identifier of the transaction that made the change using the VERSIONS_XID pseudocolumn. You can also retrieve information about the transaction that resulted in a particular row version by issuing an Oracle Flashback Transaction Query. You do this by querying the FLASHBACK_TRANSACTION_QUERY data dictionary view for a particular transaction ID.

**AS OF**    Specify AS OF to retrieve the single version of the rows returned by the query at a particular change number (SCN) or timestamp. If you specify SCN, then *expr* must evaluate to a number. If you specify TIMESTAMP, then *expr* must evaluate to a timestamp value. Oracle Database returns rows as they existed at the specified system change number or time.

**VERSIONS**    Specify VERSIONS to retrieve multiple versions of the rows returned by the query. Oracle Database returns all committed versions of the rows that existed between two SCNs or between two timestamp values. The rows returned include deleted and subsequently reinserted versions of the rows.

- Specify BETWEEN SCN ... to retrieve the versions of the row that existed between two SCNs. Both expressions must evaluate to a number. MINVALUE and MAXVALUE resolve to the SCN of the oldest and most recent data available, respectively.

- Specify BETWEEN TIMESTAMP ... to retrieve the versions of the row that existed between two timestamps. Both expressions must evaluate to a timestamp value. MINVALUE and MAXVALUE resolve to the timestamp of the oldest and most recent data available, respectively.

Oracle Database provides a group of version query pseudocolumns that let you retrieve additional information about the various row versions. Please refer to "Version Query Pseudocolumns" on page 3-7 for more information.

Databricks_R2_PA_00003752

When both clauses are used together, the AS OF clause determines the SCN or moment in time from which the database issues the query. The VERSIONS clause determines the versions of the rows as seen from the AS OF point. The database returns null for a row version if the transaction started before the first BETWEEN value or ended after the AS OF point.

**Restrictions on Flashback Queries**

- You cannot use the VERSIONS clause in flashback queries to temporary or external tables, or tables that are part of a cluster.

- You cannot use the VERSIONS clause in flashback queries to views. However, you can use the VERSIONS syntax in the defining query of a view.

- You cannot specify this clause if you have specified *query_name* in the *query_table_expression*.

> **See Also:**
>
> - *Oracle Database Application Developer's Guide - Fundamentals* for more information on Oracle Flashback Query
>
> - "Using Flashback Queries: Example" on page 19-40
>
> - *Oracle Database Application Developer's Guide - Fundamentals* and *PL/SQL Packages and Types Reference* for information about session-level Flashback using the DBMS_FLASHBACK package
>
> - *Oracle Database Administrator's Guide* and to the description of FLASHBACK_TRANSACTION_QUERY in the *Oracle Database Reference* for more information about transaction history

**PARTITION | SUBPARTITION**   For PARTITION or SUBPARTITION, specify the name of the partition or subpartition within *table* from which you want to retrieve data.

For range- and list-partitioned data, as an alternative to this clause, you can specify a condition in the WHERE clause that restricts the retrieval to one or more partitions of *table*. Oracle Database will interpret the condition and fetch data from only those partitions. It is not possible to formulate such a WHERE condition for hash-partitioned data.

> **See Also:**   "Referring to Partitioned Tables and Indexes" on page 2-117 and "Selecting from a Partition: Example" on page 19-39

Cloudera Exhibit 1020 - Page 1617 of 1808

Databricks_R2_PA_00003753

**dblink**  For `dblink`, specify the complete or partial name for a database link to a remote database where the table, view, or materialized view is located. This database need not be an Oracle Database.

> **See Also:**
>
> - "Referring to Objects in Remote Databases" on page 2-114 for more information on referring to database links
> - "Distributed Queries" on page 9-20 for more information about distributed queries and "Using Distributed Queries: Example" on page 19-58

If you omit `dblink`, then the database assumes that the table, view, or materialized view is on the local database.

**Restrictions on Database Links**

- You cannot query a user-defined type or an object `REF` on a remote table.
- You cannot query columns of type `AnyType`, `AnyData`, or `AnyDataSet` from remote tables.

**table | view | materialized view**  Specify the name of a table, view, or materialized view from which data is selected.

**sample_clause**

The `sample_clause` lets you instruct the database to select from a random sample of data from the table, rather than from the entire table.

> **See Also:**  "Selecting a Sample: Examples" on page 19-40

**BLOCK**  `BLOCK` instructs the database to attempt to perform random block sampling instead of random row sampling.

Block sampling is possible only during full table scans or index fast full scans. If a more efficient execution path exists, then Oracle Database does not perform block sampling. If you want to guarantee block sampling for a particular table or index, then use the `FULL` or `INDEX_FFS` hint.

**sample_percent**  For `sample_percent`, specify the percentage of the total row or block count to be included in the sample. The value must be in the range .000001 to, but not including, 100. This percentage indicates the probability of each row, or each cluster of rows in the case of block sampling, being selected as part of the sample. It

Cloudera Exhibit 1020 - Page 1618 of 1808

Databricks_R2_PA_00003754

does not mean that the database will retrieve exactly *sample_percent* of the rows of *table*.

> **Caution:**   The use of statistically incorrect assumptions when using this feature can lead to incorrect or undesirable results.

**SEED *seed_value***   Specify this clause to instruct the database to attempt to return the same sample from one execution to the next. The *seed_value* must be an integer between 0 and 4294967295. If you omit this clause, then the resulting sample will change from one execution to the next.

**Restriction on Sampling During Queries**   When sampling from a view, you must ensure that the view is key preserved. One way to do this is to use a CREATE TABLE ... AS *subquery* statement to materialized the result of an arbitrary query and then perform sampling on the resulting query.

***subquery_restriction_clause***   The *subquery_restriction_clause* lets you restrict the subquery in one of the following ways:

**WITH READ ONLY**   Specify WITH READ ONLY to indicate that the table or view cannot be updated.

**WITH CHECK OPTION**   Specify WITH CHECK OPTION to indicate that Oracle Database prohibits any changes to the table or view that would produce rows that are not included in the subquery.  When used in the subquery of a DML statement, you can specify this clause in a subquery in the FROM clause but not in subquery in the WHERE clause.

**CONSTRAINT *constraint***   Specify the name of the CHECK OPTION constraint. If you omit this identifier, then Oracle automatically assigns the constraint a name of the form SYS_C*n*, where n is an integer that makes the constraint name unique within the database.

> **See Also:**   "Using the WITH CHECK OPTION Clause: Example" on page 19-48

***table_collection_expression***

The *table_collection_expression* lets you inform Oracle that the value of *collection_expression* should be treated as a table for purposes of query and DML operations. The *collection_expression* can be a subquery, a column, a

Cloudera Exhibit 1020 - Page 1619 of 1808

Databricks_R2_PA_00003755

function, or a collection constructor. Regardless of its form, it must return a collection value—that is, a value whose type is nested table or varray. This process of extracting the elements of a collection is called **collection unnesting**.

> **Note:**   In earlier releases of Oracle, when `collection_expression` was a subquery, `table_collection_expression` was expressed as `THE` `subquery`. That usage is now deprecated.

The `table_collection_expression` lets you inform the database that the value of `collection_expression` should be treated as a table for purposes of query and DML operations. The `collection_expression` can be a subquery, a column, a function, or a collection constructor. Regardless of its form, it must return a collection value—that is, a value whose type is nested table or varray. This process of extracting the elements of a collection is called **collection unnesting**.

> **Note:**   In earlier releases of Oracle Database, when `collection_expression` was a subquery, `table_collection_expression` was expressed as `THE` `subquery`. That usage is now deprecated.

The `collection_expression` can reference columns of tables defined to its left in the `FROM` clause. This is called **left correlation**. Left correlation can occur only in `table_collection_expression`. Other subqueries cannot contains references to columns defined outside the subquery.

The optional `(+)` lets you specify that `table_collection_expression` should return a row with all fields set to null if the collection is null or empty. The `(+)` is valid only if `collection_expression` uses left correlation. The result is similar to that of an outer join.

When you use the `(+)` syntax in the `WHERE` clause of a subquery in an `UPDATE` or `DELETE` operation, you must specify two tables in the `FROM` clause of the subquery. Oracle Database ignores the outer join syntax unless there is a join in the subquery itself.

**See Also:**

- "Outer Joins" on page 9-15
- "Table Collections: Examples" on page 19-54 and "Collection Unnesting: Examples" on page 19-55

Cloudera Exhibit 1020 - Page 1620 of 1808

Databricks_R2_PA_00003756

### *t_alias*

Specify a **correlation name**, which is alias for the table, view, materialized view, or subquery for evaluating the query. This alias is required if the select list references any object type attributes or object type methods. Correlation names are most often used in a correlated query. Other references to the table, view, or materialized view throughout the query must refer to this alias.

> **See Also:** "Using Correlated Subqueries: Examples" on page 19-58

### *join_clause*

Use the appropriate `join_clause` syntax to identify tables that are part of a join from which to select data. The `inner_cross_join_clause` lets you specify an inner or cross join. The `outer_join_clause` lets you specify an outer join.

> **See Also:** "Joins" on page 9-13 for more information on joins, "Using Join Queries: Examples" on page 19-48, "Using Self Joins: Example" on page 19-50, and "Using Outer Joins: Examples" on page 19-50

### Inner Joins

Inner joins return only those rows that satisfy the join condition.

**INNER**   Specify `INNER` to explicitly specify an inner join.

**JOIN**   The `JOIN` keyword explicitly states that a join is being performed. You can use this syntax to replace the comma-delimited table expressions used in `WHERE` clause joins with `FROM` clause join syntax.

**ON *condition***   Use the `ON` clause to specify a join condition. Doing so lets you specify join conditions separate from any search or filter conditions in the `WHERE` clause.

**USING *column***   When you are specifying an equijoin of columns that have the same name in both tables, the `USING` `column` clause indicates the columns to be used. You can use this clause only if the join columns in both tables have the same name. Within this clause, do not qualify the column name with a table name or table alias.

Cloudera Exhibit 1020 - Page 1621 of 1808

Databricks_R2_PA_00003757

SELECT

### Cross Joins

The CROSS keyword indicates that a cross join is being performed. A cross join produces the cross-product of two relations and is essentially the same as the comma-delimited Oracle Database notation.

### Outer Joins

Outer joins return all rows that satisfy the join condition and also returns some or all of those rows from one table for which no rows from the other satisfy the join condition. You can specify two types of outer joins: a conventional outer join using the `table_reference` syntax on both sides of the join, or a partitioned outer join using the `query_partition_clause` on one side or the other. A partitioned outer join is similar to a conventional outer join except that the join takes place between the outer table and each partition of the inner table. This type of join lets you selectively make sparse data more dense along the dimensions of interest. This process is called **data densification**.

***outer_join_type***    The `outer_join_type` indicates the kind of outer join being performed:

- Specify RIGHT to indicate a right outer join.

- Specify LEFT to indicate a left outer join.

- Specify FULL to indicate a full or two-sided outer join. In addition to the inner join, rows from both tables that have not been returned in the result of the inner join will be preserved and extended with nulls.

- You can specify the optional OUTER keyword following RIGHT, LEFT, or FULL to explicitly clarify that an outer join is being performed.

***query_partition_clause***    The `query_partition_clause` lets you define a **partitioned outer join**. Such a join extends the conventional outer join syntax by applying the outer join to partition returned by the query. Oracle Database creates a partition of rows for each expression you specify in the PARTITION BY clause. The rows in each query partition have same value for the PARTITION BY expression.

The `query_partition_clause` can be on either side of the outer join. The result of a partitioned outer join is a UNION of the outer joins of each of the partitions in the partitioned result set and the table on the other side of the join. This type of result is useful for filling gaps in sparse data, which simplifies analytic calculations.

If you omit this clause, then the database treats the entire table expression—that is, everything specified in `table_reference`—as a single partition, resulting in a conventional outer join.

Cloudera Exhibit 1020 - Page 1622 of 1808

Databricks_R2_PA_00003758

To use the *query_partition_clause* in an analytic function, use the upper branch of the syntax (without parentheses). To use this clause in a model query (in the *model_column_clauses*) or a partitioned outer join (in the *outer_join_clause*), use the lower branch of the syntax (with parentheses).

**Restrictions on Partitioned Outer Joins**

■ You can specify the *query_partition_clause* on either the right or left side of the join, but not both.

■ You cannot specify a FULL partitioned outer join.

■ If you specify the *query_partition_clause* in an outer join with an ON clause, then you cannot specify a subquery in the ON condition.

> **See Also:**
>
> ■ *Oracle Data Warehousing Guide* for a complete discussion of partitioned outer joins and data densification
>
> ■ "Using Partitioned Outer Joins: Examples" on page 19-52

**ON *condition***    Use the ON clause to specify a join condition. Doing so lets you specify join conditions separate from any search or filter conditions in the WHERE clause.

**Restriction on the ON *condition* Clause**    You cannot specify this clause with a NATURAL outer join.

**USING *column***    In an outer join with the USING clause, the query returns a single column which is a coalesce of the two matching columns in the join. The coalesce functions as follows:

```
COALESCE (a, b) = a if a NOT NULL, else b.
```

Therefore:

■ A left outer join returns all the common column values from the left table in the FROM clause.

■ A right outer join returns all the common column values from the right table in the FROM clause.

■ A full outer join returns all the common column values from both joined tables.

**Restriction on the USING *column* Clause**

Cloudera Exhibit 1020 - Page 1623 of 1808

Databricks_R2_PA_00003759

- Within this clause, do not qualify the column name with a table name or table alias.

- You cannot specify a LOB column or a collection column in the USING *column* clause.

- You cannot specify this clause with a NATURAL outer join.

> **See Also:** "Using Outer Joins: Examples" on page 19-50

**NATURAL JOIN** The NATURAL keyword indicates that a natural join is being performed. A natural join is based on all columns in the two tables that have the same name. It selects rows from the two tables that have equal values in the relevant columns. When specifying columns that are involved in the natural join, do not qualify the column name with a table name or table alias.

On occasion, the table pairings in natural or cross joins may be ambiguous. For example:

```
a NATURAL LEFT JOIN b LEFT JOIN c ON b.c1 = c.c1
```

can be interpreted in either of the following ways:

```
a NATURAL LEFT JOIN (b LEFT JOIN c ON b.c1 = c.c1)
(a NATURAL LEFT JOIN b) LEFT JOIN c ON b.c1 = c.c1
```

To avoid this ambiguity, you can use parentheses to specify the pairings of joined tables. In the absence of such parentheses, the database uses left associativity, pairing the tables from left to right.

**Restriction on Natural Joins** You cannot specify a LOB column, columns of AnyType, AnyData, or AnyDataSet, or a collection column as part of a natural join.

### where_clause

The WHERE condition lets you restrict the rows selected to those that satisfy one or more conditions. For *condition*, specify any valid SQL condition.

If you omit this clause, then the database returns all rows from the tables, views, or materialized views in the FROM clause.

Cloudera Exhibit 1020 - Page 1624 of 1808

Databricks_R2_PA_00003760

> **Note:** If this clause refers to a DATE column of a partitioned table or index, then the database performs partition pruning only if you created the table or index partitions by fully specifying the year using the TO_DATE function with a 4-digit format mask, *and* you specify the date in the *where_clause* of the query using the TO_DATE function and either a 2- or 4-digit format mask.

**See Also:**

- Chapter 6, "Conditions" for the syntax description of *condition*
- "Selecting from a Partition: Example" on page 19-39

### hierarchical_query_clause

The *hierarchical_query_clause* lets you select rows in a hierarchical order.

SELECT statements that contain hierarchical queries can contain the LEVEL pseudocolumn in the select list. LEVEL returns the value 1 for a root node, 2 for a child node of a root node, 3 for a grandchild, and so on. The number of levels returned by a hierarchical query may be limited by available user memory.

Oracle processes hierarchical queries as follows:

- A join, if present, is evaluated first, whether the join is specified in the FROM clause or with WHERE clause predicates.
- The CONNECT BY condition is evaluated.
- Any remaining WHERE clause predicates are evaluated.

If you specify this clause, then do not specify either ORDER BY or GROUP BY, because they will destroy the hierarchical order of the CONNECT BY results. If you want to order rows of siblings of the same parent, then use the ORDER SIBLINGS BY clause.

> **See Also:** "Hierarchical Queries" on page 9-3 for a discussion of hierarchical queries and "Using the LEVEL Pseudocolumn: Examples" on page 19-56

### START WITH Clause

Specify a condition that identifies the row(s) to be used as the root(s) of a hierarchical query. Oracle Database uses as root(s) all rows that satisfy this condition. If you omit this clause, then the database uses all rows in the table as root

Cloudera Exhibit 1020 - Page 1625 of 1808

Databricks_R2_PA_00003761

rows. The `START WITH` condition can contain a subquery, but it cannot contain a scalar subquery expression.

### CONNECT BY Clause

Specify a condition that identifies the relationship between parent rows and child rows of the hierarchy. The `connect_by_condition` can be any condition as described in Chapter 6, "Conditions". However, it must use the `PRIOR` operator to refer to the parent row.

**Restriction on the CONNECT BY Clause**    The `connect_by_condition` cannot contain a regular subquery or a scalar subquery expression.

> **See Also:**
> - Chapter 3, "Pseudocolumns" for more information on `LEVEL`
> - "Hierarchical Queries" on page 9-3 for general information on hierarchical queries
> - "Hierarchical Query Examples" on page 19-44

### group_by_clause

Specify the `GROUP BY` clause if you want the database to group the selected rows based on the value of `expr`(s) for each row and return a single row of summary information for each group. If this clause contains `CUBE` or `ROLLUP` extensions, then the database produces superaggregate groupings in addition to the regular groupings.

Expressions in the `GROUP BY` clause can contain any columns of the tables, views, or materialized views in the `FROM` clause, regardless of whether the columns appear in the select list.

The `GROUP BY` clause groups rows but does not guarantee the order of the result set. To order the groupings, use the `ORDER BY` clause.

> **See Also:**
> - *Oracle Data Warehousing Guide* for an expanded discussion and examples of using SQL grouping syntax for data aggregation
> - the GROUP_ID, GROUPING, and GROUPING_ID functions on page 7-83 for examples
> - "Using the GROUP BY Clause: Examples" on page 19-42

Cloudera Exhibit 1020 - Page 1626 of 1808

Databricks_R2_PA_00003762

**ROLLUP**   The ROLLUP operation in the *simple_grouping_clause* groups the selected rows based on the values of the first n, n-1, n-2, ... 0 expressions in the GROUP BY specification, and returns a single row of summary for each group. You can use the ROLLUP operation to produce **subtotal values** by using it with the SUM function. When used with SUM, ROLLUP generates subtotals from the most detailed level to the grand total. Aggregate functions such as COUNT can be used to produce other kinds of superaggregates.

For example, given three expressions (n=3) in the ROLLUP clause of the *simple_grouping_clause*, the operation results in n+1 = 3+1 = 4 groupings.

Rows grouped on the values of the first $n$ expressions are called **regular rows**, and the others are called **superaggregate rows**.

> **See Also:**   *Oracle Data Warehousing Guide* for information on using ROLLUP with materialized views

**CUBE**   The CUBE operation in the *simple_grouping_clause* groups the selected rows based on the values of all possible combinations of expressions in the specification. It returns a single row of summary information for each group. You can use the CUBE operation to produce **cross-tabulation values**.

For example, given three expressions (n=3) in the CUBE clause of the *simple_grouping_clause*, the operation results in $2^n = 2^3 = 8$ groupings. Rows grouped on the values of $n$ expressions are called **regular rows**, and the rest are called **superaggregate rows**.

> **See Also:**
>
> - *Oracle Data Warehousing Guide* for information on using CUBE with materialized views
> - "Using the GROUP BY CUBE Clause: Example" on page 19-42

**GROUPING SETS**   GROUPING SETS are a further extension of the GROUP BY clause that let you specify multiple groupings of data. Doing so facilitates efficient aggregation by pruning the aggregates you do not need. You specify just the desired groups, and the database does not need to perform the full set of aggregations generated by CUBE or ROLLUP. Oracle Database computes all groupings specified in the GROUPING SETS clause and combines the results of individual groupings with a UNION ALL operation. The UNION ALL means that the result set can include duplicate rows.

Within the GROUP BY clause, you can combine expressions in various ways:

Cloudera Exhibit 1020 - Page 1627 of 1808

Databricks_R2_PA_00003763

SELECT

- To specify **composite columns**, you group columns within parentheses so that the database treats them as a unit while computing ROLLUP or CUBE operations.

- To specify **concatenated grouping sets**, you separate multiple grouping sets, ROLLUP, and CUBE operations with commas so that the database combines them into a single GROUP BY clause. The result is a cross-product of groupings from each grouping set.

> **See Also:** "Using the GROUPING SETS Clause: Example" on page 19-43

### HAVING Clause

Use the HAVING clause to restrict the groups of returned rows to those groups for which the specified *condition* is TRUE. If you omit this clause, then the database returns summary rows for all groups.

Specify GROUP BY and HAVING after the *where_clause* and *hierarchical_query_clause*. If you specify both GROUP BY and HAVING, then they can appear in either order.

**Restriction on the HAVING Clause**   The HAVING condition cannot contain a scalar subquery expression.

> **See Also:** "Using the HAVING Condition: Example" on page 19-44

### Restrictions on the GROUP BY Clause:

The expressions can be of any form except scalar subquery expressions.

- You cannot specify LOB columns, nested tables, or varrays as part of *expr*.

- If the *group_by_clause* references any object type columns, then the query will not be parallelized.

### *model_clause*

The *model_clause* lets you perform interrow calculations within SQL. It lets you view the selected rows as a multidimensional array and randomly access cells within that array. Using the *model_clause*, you can specify a series of cell assignments, referred to as **rules**, that invoke calculations on individual cells and ranges of cells. These rules operate on the results of a query and do not update any database tables.

Cloudera Exhibit 1020 - Page 1628 of 1808

Databricks_R2_PA_00003764

When using the *model_clause* in a query, the SELECT and ORDER BY clauses must refer only to those columns defined in the *model_column_clauses*.

> **See Also:**
>
> - the syntax description of *expr* in "About SQL Expressions" on page 5-2 and the syntax description of *condition* in Chapter 6, "Conditions"
> - *Oracle Data Warehousing Guide* for an expanded discussion on interrow calculations and examples of its usage
> - "Interrow Calculations: Examples" on page 19-45

### main_model

The *main_model* clause defines how the selected rows will be viewed in a multidimensional array and what rules will operate on which cells in that array.

### model_column_clauses

The *model_column_clauses* define and classify the columns of a query into three groups: partition columns, dimension columns, and measure columns.

**PARTITION BY**    The PARTITION BY clause specifies the columns that will be used to divide the selected rows into partitions based on the values of the specified columns.

**DIMENSION BY**    The DIMENSION BY clause specifies the columns that will identify a row within a partition. The values of the dimension columns, along with those of the partition columns, serve as array indexes to the measure columns within a row.

**MEASURES**    The MEASURES clause identifies the columns on which interrow calculations can be performed. Measure columns in individual rows are treated like cells that you can reference, by specifying the values for the partition and dimension columns, and update.

**model_column**    *model_column* identifies a column to be used in defining the model. A column alias is required if *expr* is not a column name. Please refer to "Model Expressions" on page 5-15 for information on model expressions.

### cell_reference_options

Use the *cell_reference_options* clause to specify how null and absent values are treated in rules and how column uniqueness is constrained.

Cloudera Exhibit 1020 - Page 1629 of 1808

Databricks_R2_PA_00003765

SELECT

**IGNORE NAV**    When you specify `IGNORE NAV`, the database returns the following values for the null and absent values of the datatype specified:

- Zero for numeric datatypes

- 01-JAN-2000 for datetime datatypes

- An empty string for character datatypes

- Null for all other datatypes

**KEEP NAV**    When you specify `KEEP NAV`, the database returns null for both null and absent cell values. `KEEP NAV` is the default.

**UNIQUE SINGLE REFERENCE**    When you specify `UNIQUE SINGLE REFERENCE`, the database checks only single-cell references on the right-hand side of the rule for uniqueness, not the entire query result set.

**UNIQUE DIMENSION**    When you specify `UNIQUE DIMENSION`, the database checks that the `PARTITION BY` and `DIMENSION BY` columns form a unique key to the query. `UNIQUE DIMENSION` is the default.

### *model_rules_clause*

Use the `model_rules_clause` to specify the cells to be updated, the rules for updating those cells, and optionally, how the rules are to be applied and processed.

Each rule represents an assignment and consists of a left-hand side and right-hand side. The left-hand side of the rule identifies the cells to be updated by the right-hand side of the rule. The right-hand side of the rule evaluates to the values to be assigned to the cells specified on the left-hand side of the rule.

**UPDATE**    When you specify `UPDATE`, the database applies the rules to those cells referenced on the left-hand side of the rule that exist in the multidimensional array. If the cells do not exist, the assignment is ignored.

**UPSERT**    When you specify `UPSERT`, the database applies the rules to those cells referenced on the left-hand side of the rule that exist in the multidimensional array, and inserts new rows for those that do not exist. `UPSERT` behavior only applies when positional referencing is used on the left-hand side and a single cell is referenced. `UPSERT` is the default. Please refer to *cell_assignment* on page 19-33 for more information on positional referencing and single-cell references.

Cloudera Exhibit 1020 - Page 1630 of 1808

Databricks_R2_PA_00003766

UPDATE and UPSERT can be specified for individual rules as well. When either UPDATE or UPSERT is specified for a specific rule, it takes precedence over the option specified in the RULES clause.

**AUTOMATIC ORDER**   When you specify AUTOMATIC ORDER, the database evaluates the rules based on their dependency order. In this case, a cell can be assigned a value once only.

**SEQUENTIAL ORDER**   When you specify SEQUENTIAL ORDER, the database evaluates the rules in the order they appear. In this case, a cell can be assigned a value more than once. SEQUENTIAL ORDER is the default.

**ITERATE...[UNTIL]**   Use ITERATE...[UNTIL] to specify the number of times to cycle through the rules and, optionally, an early termination condition.

When you specify ITERATE...[UNTIL], rules are evaluated in the order in which they appear. Oracle Database returns an error if both AUTOMATIC ORDER and ITERATE...[UNTIL] are specified in the *model_rules_clause*.

### cell_assignment

The *cell_assignment* clause, which is the left-hand side of the rule, specifies one or more cells to be updated. When a *cell_assignment* references a single cell, it is called a **single-cell reference**. When more than one cell is referenced, it is called a **multiple-cell reference**.

All dimension columns defined in the *model_clause* must be qualified in the *cell_assignment* clause. A dimension can be qualified using either symbolic or positional referencing.

A **symbolic reference** qualifies a single dimension column using a boolean condition like *dimension_column=constant*. A **positional reference** is one where the dimension column is implied by its position in the DIMENSION BY clause. The only difference between symbolic references and positional references is in the treatment of nulls.

Using a single-cell symbolic reference such as a[x=null,y=2000], no cells qualify because x=null evaluates to FALSE. However, using a single-cell positional reference such as a[null,2000], a cell where x is null and y is 2000 qualifies because null = null evaluates to TRUE. With single-cell positional referencing, you can reference, update, and insert cells where dimension columns are null.

You can specify a condition or an expression representing a dimension column value using either symbolic or positional referencing. *condition* cannot contain

Cloudera Exhibit 1020 - Page 1631 of 1808

Databricks_R2_PA_00003767

aggregate functions or the CV function, and *condition* must reference a single dimension column. *expr* cannot contain a subquery. Please refer to "Model Expressions" on page 5-15 for information on model expressions.

### single_column_for_loop

The `single_column_for_loop` clause lets you specify a range of cells to be updated within a single dimension column.

The IN clause lets you specify the values of the dimension column as either a list of values or as a subquery. When using *subquery*, it cannot:

■  Be a correlated query

■  Return more than 10,000 rows

■  Be a query defined in the WITH clause

The FROM clause lets you specify a range of values for a dimension column with discrete increments within the range. The FROM clause can only be used for those columns with a datatype for which addition and subtraction is supported. The INCREMENT and DECREMENT values must be positive.

Optionally, you can specify the LIKE clause within the FROM clause. In the LIKE clause, *pattern* is a character string containing a single pattern-matching character %. This character is replaced during execution with the current incremented or decremented value in the FROM clause.

### multi_column_for_loop

The `multi_column_for_loop` clause lets you specify a range of cells to be updated across multiple dimension columns. The IN clause lets you specify the values of the dimension columns as either multiple lists of values or as a subquery. When using *subquery*, it cannot:

■  Be a correlated query

■  Return more than 10,000 rows

■  Be a query defined in the WITH clause

### order_by_clause

Use the ORDER BY clause to specify the order in which cells on the left-hand side of the rule are to be evaluated. The *expr* must resolve to a dimension or measure column. If the ORDER BY clause is not specified, the order defaults to the order of the columns as specified in the DIMENSION BY clause. See *order_by_clause* on page 19-36 for more information.

Cloudera Exhibit 1020 - Page 1632 of 1808

Databricks_R2_PA_00003768

**Restrictions on the *order_by_clause*** You cannot specify SIBLINGS, *position*, or *c_alias* in the *order_by_clause* of the *model_clause*.

### expr

Specify an expression representing the value or values of the cell or cells specified on the right-hand side of the rule. *expr* cannot contain a subquery. Please refer to "Model Expressions" on page 5-15 for information on model expressions.

### return_rows_clause

The *return_rows_clause* lets you specify whether to return all rows selected or only those rows updated by the model rules. ALL is the default.

### reference_model

Use the *reference_model* clause when you need to access multiple arrays from inside the *model_clause*. This clause defines a read-only multidimensional array based on the results of a query.

The subclauses of the *reference_model* clause have the same semantics as for the *main_model* clause. Please refer to *cell_reference_options* on page 19-31, *model_column_clauses* on page 19-31, and *cell_reference_options* on page 19-31.

**Restrictions on the *reference_model* clause**
- PARTITION BY columns cannot be specified for reference models.
- The subquery of the reference model cannot refer to columns in an outer subquery.

## Set Operators: UNION, UNION ALL, INTERSECT, MINUS

The set operators combine the rows returned by two SELECT statements into a single result. The number and datatypes of the columns selected by each component query must be the same, but the column lengths can be different. The names of the columns in the result set are the names of the expressions in the select list preceding the set operator.

If you combine more than two queries with set operators, then the database evaluates adjacent queries from left to right. You can use parentheses to specify a different order of evaluation.

Please refer to "The UNION [ALL], INTERSECT, MINUS Operators" on page 9-9 for information on these operators, including restrictions on their use.

Cloudera Exhibit 1020 - Page 1633 of 1808

Databricks_R2_PA_00003769

### order_by_clause

Use the ORDER BY clause to order rows returned by the statement. Without an *order_by_clause*, no guarantee exists that the same query executed more than once will retrieve rows in the same order.

**SIBLINGS**   The SIBLINGS keyword is valid only if you also specify the *hierarchical_query_clause* (CONNECT BY). ORDER SIBLINGS BY preserves any ordering specified in the hierarchical query clause and then applies the *order_by_clause* to the siblings of the hierarchy.

***expr***   *expr* orders rows based on their value for *expr*. The expression is based on columns in the select list or columns in the tables, views, or materialized views in the FROM clause.

***position***   Specify *position* to order rows based on their value for the expression in this position of the select list. The *position* value must be an integer.

You can specify multiple expressions in the *order_by_clause*. Oracle Database first sorts rows based on their values for the first expression. Rows with the same value for the first expression are then sorted based on their values for the second expression, and so on. the database sorts nulls following all others in ascending order and preceding all others in descending order. Please refer to "Sorting Query Results" on page 9-12 for a discussion of ordering query results.

**ASC | DESC**   Specify whether the ordering sequence is ascending or descending. ASC is the default.

**NULLS FIRST | NULLS LAST**   Specify whether returned rows containing null values should appear first or last in the ordering sequence.

NULLS LAST is the default for ascending order, and NULLS FIRST is the default for descending order.

#### Restrictions on the ORDER BY Clause
The following restrictions apply to the ORDER BY clause:

- If you have specified the DISTINCT operator in this statement, then this clause cannot refer to columns unless they appear in the select list.

- An *order_by_clause* can contain no more than 255 expressions.

- You cannot order by a LOB column, nested table, or varray.

Databricks_R2_PA_00003770

- If you specify a *group_by_clause* in the same statement, then this `order_by_clause` is restricted to the following expressions:

  – Constants

  – Aggregate functions

  – Analytic functions

  – The functions `USER`, `UID`, and `SYSDATE`

  – Expressions identical to those in the `group_by_clause`

  – Expressions comprising the preceding expressions that evaluate to the same value for all rows in a group.

    **See Also:** "Using the ORDER BY Clause: Examples" on page 19-45

### *for_update_clause*

The `FOR UPDATE` clause lets you lock the selected rows so that other users cannot lock or update the rows until you end your transaction. You can specify this clause only in a top-level `SELECT` statement, not in subqueries.

> **Note:**   Prior to updating a LOB value, you must lock the row containing the LOB. One way to lock the row is with an embedded `SELECT ... FOR UPDATE` statement. You can do this using one of the programmatic languages or `DBMS_LOB` package. For more information on lock rows before writing to a LOB, see *Oracle Database Application Developer's Guide - Large Objects*.

Nested table rows are not locked as a result of locking the parent table rows. If you want the nested table rows to be locked, then you must lock them explicitly.

**Restrictions on the FOR UPDATE Clause**

- You cannot specify this clause with the following other constructs: the `DISTINCT` operator, `CURSOR` expression, set operators, *group_by_clause*, or aggregate functions.

- The tables locked by this clause must all be located on the same database and on the same database as any `LONG` columns and sequences referenced in the same statement.

Cloudera Exhibit 1020 - Page 1635 of 1808

Databricks_R2_PA_00003771

**See Also:**  "Using the FOR UPDATE Clause: Examples" on page 19-47

### OF ... *column*

Use the OF ... *column* clause to lock the select rows only for a particular table or view in a join. The columns in the OF clause only indicate which table or view rows are locked. The specific columns that you specify are not significant. However, you must specify an actual column name, not a column alias. If you omit this clause, then the database locks the selected rows from all the tables in the query.

### NOWAIT | WAIT

The NOWAIT and WAIT clauses let you tell the database how to proceed if the SELECT statement attempts to lock a row that is locked by another user.

**NOWAIT**   Specify NOWAIT to return control to you immediately if a lock exists.

**WAIT**   Specify WAIT to instruct the database to wait *integer* seconds for the row to become available and then return control to you.

If you specify neither WAIT nor NOWAIT, then the database waits until the row is available and then returns the results of the SELECT statement.

## Examples

**Subquery Factoring: Example**   The following statement creates the query names dept_costs and avg_cost for the initial query block containing a join, and then uses the query names in the body of the main query.

```
WITH
   dept_costs AS (
      SELECT department_name, SUM(salary) dept_total
         FROM employees e, departments d
         WHERE e.department_id = d.department_id
      GROUP BY department_name),
   avg_cost AS (
      SELECT SUM(dept_total)/COUNT(*) avg
      FROM dept_costs)
SELECT * FROM dept_costs
   WHERE dept_total >
      (SELECT avg FROM avg_cost)
      ORDER BY department_name;
```

Cloudera Exhibit 1020 - Page 1636 of 1808

Databricks_R2_PA_00003772

```
DEPARTMENT_NAME                 DEPT_TOTAL
------------------------------ ----------
Sales                              313800
Shipping                           156400
```

**Simple Query Examples**   The following statement selects rows from the `employees` table with the department number of 30:

```
SELECT *
   FROM employees
   WHERE department_id = 30;
```

The following statement selects the name, job, salary and department number of all employees except purchasing clerks from department number 30:

```
SELECT last_name, job_id, salary, department_id
   FROM employees
   WHERE NOT (job_id = 'PU_CLERK' AND department_id = 30);
```

The following statement selects from subqueries in the `FROM` clause and for each department returns the total employees and salaries as a decimal value of all the departments:

```
SELECT a.department_id "Department",
   a.num_emp/b.total_count "%_Employees",
   a.sal_sum/b.total_sal "%_Salary"
FROM
(SELECT department_id, COUNT(*) num_emp, SUM(salary) sal_sum
   FROM employees
   GROUP BY department_id) a,
(SELECT COUNT(*) total_count, SUM(salary) total_sal
   FROM employees) b;
```

**Selecting from a Partition: Example**   You can select rows from a single partition of a partitioned table by specifying the keyword `PARTITION` in the `FROM` clause. This SQL statement assigns an alias for and retrieves rows from the `sales_q2_2000` partition of the sample table `sh.sales`:

```
SELECT * FROM sales PARTITION (sales_q2_2000) s
   WHERE s.amount_sold > 10000;
```

The following example selects rows from the `oe.orders` table for orders earlier than a specified date:

```
SELECT * FROM orders
   WHERE order_date < TO_DATE('2000-06-15', 'YYYY-MM-DD');
```

Cloudera Exhibit 1020 - Page 1637 of 1808

Databricks_R2_PA_00003773

SELECT

---

**Selecting a Sample: Examples**    The following query estimates the number of orders in the oe.orders table:

```
SELECT COUNT(*) * 10 FROM orders SAMPLE (10);

COUNT(*)*10
-----------
         70
```

Because the query returns an estimate, the actual return value may differ from one query to the next.

```
SELECT COUNT(*) * 10 FROM orders SAMPLE (10);

COUNT(*)*10
-----------
         80
```

The following query adds a seed value to the preceding query. Oracle Database always returns the same estimate given the same seed value:

```
SELECT COUNT(*) * 10 FROM orders SAMPLE(10) SEED (1);

COUNT(*)*10
-----------
        110

SELECT COUNT(*) * 10 FROM orders SAMPLE(10) SEED(4);

COUNT(*)*10
-----------
        120

SELECT COUNT(*) * 10 FROM orders SAMPLE(10) SEED (1);

COUNT(*)*10
-----------
        110
```

**Using Flashback Queries: Example**    The following statements show a current value from the sample table hr.employees and then changes the value:

```
SELECT salary FROM employees
   WHERE last_name = 'Chung';

    SALARY
```

Cloudera Exhibit 1020 - Page 1638 of 1808

Databricks_R2_PA_00003774

```
----------
      3800

UPDATE employees SET salary = 4000
   WHERE last_name = 'Chung';
1 row updated.

SELECT salary FROM employees
   WHERE last_name = 'Chung';

    SALARY
----------
      4000
```

To learn what the value was before the update, you can use the following Flashback Query:

```
SELECT salary FROM employees
   AS OF TIMESTAMP (SYSTIMESTAMP - INTERVAL '1' DAY)
   WHERE last_name = 'Chung';

    SALARY
----------
      3800
```

To learn what the values were during a particular time period, you can use a version Flashback Query:

```
SELECT salary FROM employees
  VERSIONS BETWEEN TIMESTAMP
    SYSTIMESTAMP - INTERVAL '10' MINUTE AND
    SYSTIMESTAMP - INTERVAL '1' MINUTE
  WHERE last_name = 'Chung';

    SALARY
----------
      4000
      3800
```

To revert to the earlier value, use the Flashback Query as the subquery of another UPDATE statement:

```
UPDATE employees SET salary =
   (SELECT salary FROM employees
   AS OF TIMESTAMP (SYSTIMESTAMP - INTERVAL '1' DAY)
   WHERE last_name = 'Chung')
```

Cloudera Exhibit 1020 - Page 1639 of 1808

Databricks_R2_PA_00003775

SELECT

```
   WHERE last_name = 'Chung';
1 row updated.

SELECT salary FROM employees
   WHERE last_name = 'Chung';

    SALARY
----------
      3800
```

**Using the GROUP BY Clause: Examples**   To return the minimum and maximum salaries for each department in the `employees` table, issue the following statement:

```
SELECT department_id, MIN(salary), MAX (salary)
    FROM employees
    GROUP BY department_id;
```

To return the minimum and maximum salaries for the clerks in each department, issue the following statement:

```
SELECT department_id, MIN(salary), MAX (salary)
    FROM employees
    WHERE job_id = 'PU_CLERK'
    GROUP BY department_id;
```

**Using the GROUP BY CUBE Clause: Example**   To return the number of employees and their average yearly salary across all possible combinations of department and job category, issue the following query on the sample tables `hr.employees` and `hr.departments`:

```
SELECT DECODE(GROUPING(department_name), 1, 'All Departments',
       department_name) AS department_name,
    DECODE(GROUPING(job_id), 1, 'All Jobs', job_id) AS job_id,
    COUNT(*) "Total Empl", AVG(salary) * 12 "Average Sal"
    FROM employees e, departments d
    WHERE d.department_id = e.department_id
    GROUP BY CUBE (department_name, job_id);
```

| DEPARTMENT_NAME | JOB_ID | Total Empl | Average Sal |
|---|---|---|---|
| Accounting | AC_ACCOUNT | 1 | 99600 |
| Accounting | AC_MGR | 1 | 144000 |
| Accounting | All Jobs | 2 | 121800 |
| Administration | AD_ASST | 1 | 52800 |
| . . . | | | |

Cloudera Exhibit 1020 - Page 1640 of 1808

Databricks_R2_PA_00003776

```
All Departments          ST_MAN          5      87360
All Departments          All Jobs       107  77798.1308
```

**Using the GROUPING SETS Clause: Example**   The following example finds the sum of sales aggregated for three precisely specified groups:

- `(channel_desc, calendar_month_desc, country_id)`

- `(channel_desc, country_id)`

- `(calendar_month_desc, country_id)`

Without the `GROUPING SETS` syntax, you would have to write less efficient queries with more complicated SQL. For example, you could run three separate queries and `UNION` them, or run a query with a `CUBE(channel_desc, calendar_month_desc, country_id)` operation and filter out five of the eight groups it would generate.

```
SELECT channel_desc, calendar_month_desc, co.country_id,
     TO_CHAR(sum(amount_sold) , '9,999,999,999') SALES$
  FROM sales, customers, times, channels, countries co
  WHERE sales.time_id=times.time_id
     AND sales.cust_id=customers.cust_id
     AND sales.channel_id= channels.channel_id
     AND customers.country_id = co.country_id
     AND channels.channel_desc IN ('Direct Sales', 'Internet')
     AND times.calendar_month_desc IN ('2000-09', '2000-10')
     AND co.country_id IN ('UK', 'US')
  GROUP BY GROUPING SETS(
     (channel_desc, calendar_month_desc, co.country_id),
     (channel_desc, co.country_id),
     ( calendar_month_desc, co.country_id) );
```

```
CHANNEL_DESC          CALENDAR CO SALES$
--------------------- -------- -- --------------
Direct Sales          2000-09  UK    1,378,126
Direct Sales          2000-10  UK    1,388,051
Direct Sales          2000-09  US    2,835,557
Direct Sales          2000-10  US    2,908,706
Internet              2000-09  UK      911,739
Internet              2000-10  UK      876,571
Internet              2000-09  US    1,732,240
Internet              2000-10  US    1,893,753
Direct Sales                   UK    2,766,177
Direct Sales                   US    5,744,263
Internet                       UK    1,788,310
```

Cloudera Exhibit 1020 - Page 1641 of 1808

Databricks_R2_PA_00003777

```
Internet                    US      3,625,993
                    2000-09 UK      2,289,865
                    2000-09 US      4,567,797
                    2000-10 UK      2,264,622
                    2000-10 US      4,802,459
```

> **See Also:**  the functions GROUP_ID, GROUPING, and
> GROUPING_ID on page 7-83 for more information on those
> functions

**Hierarchical Query Examples**  The following query with a CONNECT BY clause
defines a hierarchical relationship in which the employee_id value of the parent
row is equal to the manager_id value of the child row:

```
SELECT last_name, employee_id, manager_id FROM employees
   CONNECT BY employee_id = manager_id;
```

In the following CONNECT BY clause, the PRIOR operator applies only to the
employee_id value. To evaluate this condition, the database evaluates
employee_id values for the parent row and manager_id, salary, and
commission_pct values for the child row:

```
SELECT last_name, employee_id, manager_id FROM employees
   CONNECT BY PRIOR employee_id = manager_id
   AND salary > commission_pct;
```

To qualify as a child row, a row must have a manager_id value equal to the
employee_id value of the parent row and it must have a salary value greater
than its commission_pct value.

**Using the HAVING Condition: Example**  To return the minimum and maximum
salaries for the employees in each department whose lowest salary is less than
$5,000, issue the next statement:

```
SELECT department_id, MIN(salary), MAX (salary)
   FROM employees
   GROUP BY department_id
   HAVING MIN(salary) < 5000;

DEPARTMENT_ID MIN(SALARY) MAX(SALARY)
------------- ----------- -----------
           10        4400        4400
           30        2500       11000
           50        2100        8200
           60        4200        9000
```

Databricks_R2_PA_00003778

**Using the ORDER BY Clause: Examples**   To select all purchasing clerk records from `employees` and order the results by commission in descending order, issue the following statement:

```
SELECT *
   FROM employees
   WHERE job_id = 'PU_CLERK'
   ORDER BY commission_pct DESC;
```

To select information from `employees` ordered first by ascending department number and then by descending salary, issue the following statement:

```
SELECT last_name, department_id, salary
   FROM employees
   ORDER BY department_id ASC, salary DESC;
```

To select the same information as the previous `SELECT` and use the positional `ORDER BY` notation, issue the following statement:

```
SELECT last_name, department_id, salary
   FROM employees
   ORDER BY 2 ASC, 3 DESC;
```

**Interrow Calculations: Examples**   The view created below is based on the sample `sh` schema and is used by the example that follows.

```
CREATE OR REPLACE VIEW sales_view AS
   SELECT country_name country,
          prod_name prod,
          calendar_year year,
          SUM(amount_sold) sale,
          COUNT(amount_sold) cnt
      FROM sales,times,customers,countries,products
      WHERE sales.time_id = times.time_id AND
            sales.prod_id = products.prod_id AND
            sales.cust_id = customers.cust_id AND
            customers.country_id = countries.country_id AND
            ( customers.country_id = 52779 OR
              customers.country_id = 52776 ) AND
            ( prod_name = 'Standard Mouse' OR
              prod_name = 'Mouse Pad' )
      GROUP BY country_name,prod_name,calendar_year;

SELECT country, prod, year, sale
   FROM sales_view
   ORDER BY country, prod, year;
```

Cloudera Exhibit 1020 - Page 1643 of 1808

Databricks_R2_PA_00003779

SELECT

```
COUNTRY      PROD                                   YEAR      SALE
----------   ----------------------------------   --------   ---------
France       Mouse Pad                              1998      2509.42
France       Mouse Pad                              1999      3678.69
France       Mouse Pad                              2000      3000.72
France       Mouse Pad                              2001      3269.09
France       Standard Mouse                         1998      2390.83
France       Standard Mouse                         1999      2280.45
France       Standard Mouse                         2000      1274.31
France       Standard Mouse                         2001      2164.54
Germany      Mouse Pad                              1998      5827.87
Germany      Mouse Pad                              1999      8346.44
Germany      Mouse Pad                              2000      7375.46
Germany      Mouse Pad                              2001      9535.08
Germany      Standard Mouse                         1998      7116.11
Germany      Standard Mouse                         1999      6263.14
Germany      Standard Mouse                         2000      2637.31
Germany      Standard Mouse                         2001      6456.13

16 rows selected.
```

The next example creates a multidimensional array from `sales_view` with columns containing country, product, year, and sales. It also:

- Assigns the sum of the sales of the Mouse Pad for years 1999 and 2000 to the sales of the Mouse Pad for year 2001, if a row containing sales of the Mouse Pad for year 2001 exists.

- Assigns the value of sales of the Standard Mouse for year 2001 to sales of the Standard Mouse for year 2002, creating a new row if a row containing sales of the Standard Mouse for year 2002 does not exist.

```
SELECT country,prod,year,s
  FROM sales_view
  MODEL
    PARTITION BY (country)
    DIMENSION BY (prod, year)
    MEASURES (sale s)
    IGNORE NAV
    UNIQUE DIMENSION
    RULES UPSERT SEQUENTIAL ORDER
    (
      s[prod='Mouse Pad', year=2001] =
        s['Mouse Pad', 1999] + s['Mouse Pad', 2000],
      s['Standard Mouse', 2002] = s['Standard Mouse', 2001]
```

Cloudera Exhibit 1020 - Page 1644 of 1808

Databricks_R2_PA_00003780

```
      )
   ORDER BY country, prod, year;

   COUNTRY      PROD                                        YEAR       SALE
   ----------   ------------------------------------        --------   --------
   France       Mouse Pad                                   1998       2509.42
   France       Mouse Pad                                   1999       3678.69
   France       Mouse Pad                                   2000       3000.72
   France       Mouse Pad                                   2001       6679.41
   France       Standard Mouse                              1998       2390.83
   France       Standard Mouse                              1999       2280.45
   France       Standard Mouse                              2000       1274.31
   France       Standard Mouse                              2001       2164.54
   France       Standard Mouse                              2002       2164.54
   Germany      Mouse Pad                                   1998       5827.87
   Germany      Mouse Pad                                   1999       8346.44
   Germany      Mouse Pad                                   2000       7375.46
   Germany      Mouse Pad                                   2001       15721.9
   Germany      Standard Mouse                              1998       7116.11
   Germany      Standard Mouse                              1999       6263.14
   Germany      Standard Mouse                              2000       2637.31
   Germany      Standard Mouse                              2001       6456.13
   Germany      Standard Mouse                              2002       6456.13
```

`18 rows selected.`

The first rule uses UPDATE behavior because symbolic referencing is used on the left-hand side of the rule. The rows represented by the left-hand side of the rule exist, so the measure columns are updated. If the rows did not exist, then no action would have been taken.

The second rule uses UPSERT behavior because positional referencing is used on the left-hand side and a single cell is referenced. The rows do not exist, so new rows are inserted and the related measure columns are updated. If the rows did exist, then the measure columns would have been updated.

> **See Also:** *Oracle Data Warehousing Guide* for an expanded discussion on interrow calculations and examples of its usage

**Using the FOR UPDATE Clause: Examples**    The following statement locks rows in the employees table with purchasing clerks located in Oxford, which has location_id 2500, and locks rows in the departments table with departments in Oxford that have purchasing clerks:

```
SELECT e.employee_id, e.salary, e.commission_pct
```

Cloudera Exhibit 1020 - Page 1645 of 1808

Databricks_R2_PA_00003781

```
FROM employees e, departments d
WHERE job_id = 'SA_REP'
AND e.department_id = d.department_id
AND location_id = 2500
FOR UPDATE;
```

The following statement locks only those rows in the `employees` table with purchasing clerks located in Oxford. No rows are locked in the `departments` table:

```
SELECT e.employee_id, e.salary, e.commission_pct
   FROM employees e, departments d
   WHERE job_id = 'SA_REP'
   AND e.department_id = d.department_id
   AND location_id = 2500
   FOR UPDATE OF e.salary;
```

**Using the WITH CHECK OPTION Clause: Example**   The following statement is legal even though the third value inserted violates the condition of the subquery *where_clause*:

```
INSERT INTO (SELECT department_id, department_name, location_id
   FROM departments WHERE location_id < 2000)
   VALUES (9999, 'Entertainment', 2500);
```

However, the following statement is illegal because it contains the `WITH CHECK OPTION` clause:

```
INSERT INTO (SELECT department_id, department_name, location_id
   FROM departments WHERE location_id < 2000 WITH CHECK OPTION)
   VALUES (9999, 'Entertainment', 2500);
      *
ERROR at line 2:
ORA-01402: view WITH CHECK OPTION where-clause violation
```

**Using Join Queries: Examples**   The following examples show various ways of joining tables in a query. In the first example, an equijoin returns the name and job of each employee and the number and name of the department in which the employee works:

```
SELECT last_name, job_id, departments.department_id, department_name
   FROM employees, departments
   WHERE employees.department_id = departments.department_id;

LAST_NAME          JOB_ID     DEPARTMENT_ID DEPARTMENT_NAME
------------------ ---------- ------------- ----------------------
. . .
```

Cloudera Exhibit 1020 - Page 1646 of 1808

Databricks_R2_PA_00003782

```
Sciarra          FI_ACCOUNT          100 Finance
Urman            FI_ACCOUNT          100 Finance
Popp             FI_ACCOUNT          100 Finance
. . .
```

You must use a join to return this data because employee names and jobs are stored in a different table than department names. Oracle Database combines rows of the two tables according to this join condition:

```
employees.department_id = departments.department_id
```

The following equijoin returns the name, job, department number, and department name of all sales managers:

```
SELECT last_name, job_id, departments.department_id, department_name
   FROM employees, departments
   WHERE employees.department_id = departments.department_id
   AND job_id = 'SA_MAN';
```

```
LAST_NAME           JOB_ID      DEPARTMENT_ID DEPARTMENT_NAME
------------------- ---------- ------------- ----------------------
Russell             SA_MAN                80 Sales
Partners            SA_MAN                80 Sales
Errazuriz           SA_MAN                80 Sales
Cambrault           SA_MAN                80 Sales
Zlotkey             SA_MAN                80 Sales
```

This query is identical to the preceding example, except that it uses an additional *where_clause* condition to return only rows with a job value of 'SA_MAN'.

**Using Subqueries: Examples**  To determine who works in the same department as employee 'Lorentz', issue the following statement:

```
SELECT last_name, department_id FROM employees
   WHERE department_id =
     (SELECT department_id FROM employees
      WHERE last_name = 'Lorentz');
```

To give all employees in the employees table a 10% raise if they have changed jobs—that is, if they appear in the job_history table—issue the following statement:

```
UPDATE employees
   SET salary = salary * 1.1
   WHERE employee_id IN (SELECT employee_id FROM job_history);
```

Cloudera Exhibit 1020 - Page 1647 of 1808

Databricks_R2_PA_00003783

SELECT

To create a second version of the `departments` table `new_departments`, with only three of the columns of the original table, issue the following statement:

```
CREATE TABLE new_departments
   (department_id, department_name, location_id)
   AS SELECT department_id, department_name, location_id
   FROM departments;
```

**Using Self Joins: Example**    The following query uses a self join to return the name of each employee along with the name of the employee's manager. A `WHERE` clause is added to shorten the output.

```
SELECT e1.last_name||' works for '||e2.last_name
   "Employees and Their Managers"
   FROM employees e1, employees e2
   WHERE e1.manager_id = e2.employee_id
      AND e1.last_name LIKE 'R%';


Employees and Their Managers
-------------------------------
Rajs works for Mourgos
Raphaely works for King
Rogers works for Kaufling
Russell works for King
```

The join condition for this query uses the aliases `e1` and `e2` for the sample table `employees`:

```
e1.manager_id = e2.employee_id
```

**Using Outer Joins: Examples**    The following example shows how a partitioned outer join fills data gaps in rows to facilitate analytic function specification and reliable report formatting. The example first creates a small data table to be used in the join:

```
SELECT d.department_id, e.last_name
   FROM departments d LEFT OUTER JOIN employees e
   ON d.department_id = e.department_id
   ORDER BY d.department_id;
```

Users familiar with the traditional Oracle Database outer joins syntax will recognize the same query in this form:

```
SELECT d.department_id, e.last_name
```

Cloudera Exhibit 1020 - Page 1648 of 1808

Databricks_R2_PA_00003784

```
   FROM departments d, employees e
   WHERE d.department_id = e.department_id(+)
   ORDER BY d.department_id;
```

Oracle strongly recommends that you use the more flexible FROM clause join syntax shown in the former example.

The left outer join returns all departments, including those without any employees. The same statement with a right outer join returns all employees, including those not yet assigned to a department:

> **Note:**  The employee Zeuss was added to the employees table for these examples, and is not part of the sample data.

```
SELECT d.department_id, e.last_name
   FROM departments d RIGHT OUTER JOIN employees e
   ON d.department_id = e.department_id
   ORDER BY d.department_id;

DEPARTMENT_ID LAST_NAME
------------- -------------------------
. . .
          110 Higgins
          110 Gietz
              Grant
              Zeuss
```

It is not clear from this result whether employees Grant and Zeuss have department_id NULL, or whether their department_id is not in the departments table. To determine this requires a full outer join:

```
SELECT d.department_id as d_dept_id, e.department_id as e_dept_id,
       e.last_name
   FROM departments d FULL OUTER JOIN employees e
   ON d.department_id = e.department_id
   ORDER BY d.department_id;

 D_DEPT_ID  E_DEPT_ID LAST_NAME
---------- ---------- -------------------------
  . . .
       110        110 Gietz
       110        110 Higgins
  . . .
```

Cloudera Exhibit 1020 - Page 1649 of 1808

Databricks_R2_PA_00003785

SELECT

```
        260
        270
                999 Zeuss
                    Grant
```

Because the column names in this example are the same in both tables in the join, you can also use the common column feature by specifying the USING clause of the join syntax, which coalesces the two matching columns department_id. The output is the same as for the preceding example:

```
SELECT department_id AS d_e_dept_id, e.last_name
   FROM departments d FULL OUTER JOIN employees e
   USING (department_id)
   ORDER BY department_id;


D_E_DEPT_ID LAST_NAME
----------- -------------------------
 . . .
        110 Higgins
        110 Gietz
 . . .
        260
        270
            Grant
            Zeuss
```

**Using Partitioned Outer Joins: Examples**   The following example shows how a partitioned outer join fills in gaps in rows to facilitate analytic calculation specification and reliable report formatting. The example first creates and populates a simple table to be used in the join:

```
CREATE TABLE inventory (time_id    DATE,
                        product    VARCHAR2(10),
                        quantity   NUMBER);

INSERT INTO inventory VALUES (TO_DATE('01/04/01', 'DD/MM/YY'), 'bottle', 10);
INSERT INTO inventory VALUES (TO_DATE('06/04/01', 'DD/MM/YY'), 'bottle', 10);
INSERT INTO inventory VALUES (TO_DATE('01/04/01', 'DD/MM/YY'), 'can', 10);
INSERT INTO inventory VALUES (TO_DATE('04/04/01', 'DD/MM/YY'), 'can', 10);

SELECT times.time_id, product, quantity FROM inventory
   PARTITION BY  (product)
   RIGHT OUTER JOIN times ON (times.time_id = inventory.time_id)
   WHERE times.time_id BETWEEN TO_DATE('01/04/01', 'DD/MM/YY')
      AND TO_DATE('06/04/01', 'DD/MM/YY')
```

Cloudera Exhibit 1020 - Page 1650 of 1808

Databricks_R2_PA_00003786

```
    ORDER BY  2,1;

TIME_ID   PRODUCT    QUANTITY
--------- ---------- ----------
01-APR-01 bottle            10
02-APR-01 bottle
03-APR-01 bottle
04-APR-01 bottle
05-APR-01 bottle
06-APR-01 bottle            10
06-APR-01 bottle             8
01-APR-01 can               10
01-APR-01 can               15
02-APR-01 can
03-APR-01 can
04-APR-01 can               10
04-APR-01 can               11
05-APR-01 can
06-APR-01 can

15 rows selected.
```

The data is now more dense along the time dimension for each partition of the
product dimension. However, each of the newly added rows within each partition
is null in the quantity column. It is more useful to see the nulls replaced by the
preceding non-NULL value in time order. You can achieve this by applying the
analytic function LAST_VALUE on top of the query result:

```
SELECT time_id, product, LAST_VALUE(quantity IGNORE NULLS)
   OVER (PARTITION BY product ORDER BY time_id) quantity
   FROM ( SELECT times.time_id, product, quantity
              FROM inventory PARTITION BY  (product)
                  RIGHT OUTER JOIN times ON (times.time_id = inventory.time_id)
   WHERE times.time_id BETWEEN TO_DATE('01/04/01', 'DD/MM/YY')
       AND TO_DATE('06/04/01', 'DD/MM/YY'))
   ORDER BY  2,1;

TIME_ID   PRODUCT    QUANTITY
--------- ---------- ----------
01-APR-01 bottle            10
02-APR-01 bottle            10
03-APR-01 bottle            10
04-APR-01 bottle            10
05-APR-01 bottle            10
06-APR-01 bottle             8
```

Cloudera Exhibit 1020 - Page 1651 of 1808

Databricks_R2_PA_00003787

SELECT

```
06-APR-01 bottle         8
01-APR-01 can           15
01-APR-01 can           15
02-APR-01 can           15
03-APR-01 can           15
04-APR-01 can           11
04-APR-01 can           11
05-APR-01 can           11
06-APR-01 can           11

15 rows selected.
```

> **See Also:** *Oracle Data Warehousing Guide* for an expanded discussion on filling gaps in time series calculations and examples of usage

**Using Antijoins: Example**   The following example selects a list of employees who are not in a particular set of departments:

```
SELECT * FROM employees
   WHERE department_id NOT IN
   (SELECT department_id FROM departments
      WHERE location_id = 1700);
```

**Using Semijoins: Example**   In the following example, only one row needs to be returned from the `departments` table, even though many rows in the `employees` table might match the subquery. If no index has been defined on the `salary` column in `employees`, then a semijoin can be used to improve query performance.

```
SELECT * FROM departments
   WHERE EXISTS
   (SELECT * FROM employees
      WHERE departments.department_id = employees.department_id
      AND employees.salary > 2500);
```

**Table Collections: Examples**   You can perform DML operations on nested tables only if they are defined as columns of a table. Therefore, when the *query_table_expr_clause* of an `INSERT`, `DELETE`, or `UPDATE` statement is a *table_collection_expression*, the collection expression must be a subquery that uses the `TABLE` function to select the nested table column of the table. The examples that follow are based on the following scenario:

Suppose the database contains a table `hr_info` with columns `department_id`, `location_id`, and `manager_id`, and a column of nested table type `people`

Cloudera Exhibit 1020 - Page 1652 of 1808

Databricks_R2_PA_00003788

which has `last_name`, `department_id`, and `salary` columns for all the employees of each respective manager:

```
CREATE TYPE people_typ AS OBJECT (
   last_name       VARCHAR2(25),
   department_id   NUMBER(4),
   salary          NUMBER(8,2));
/
CREATE TYPE people_tab_typ AS TABLE OF people_typ;
/
CREATE TABLE hr_info (
   department_id   NUMBER(4),
   location_id     NUMBER(4),
   manager_id      NUMBER(6),
   people          people_tab_typ)
   NESTED TABLE people STORE AS people_stor_tab;

INSERT INTO hr_info VALUES (280, 1800, 999, people_tab_typ());
```

The following example inserts into the `people` nested table column of the `hr_info` table for department 280:

```
INSERT INTO TABLE(SELECT h.people FROM hr_info h
   WHERE h.department_id = 280)
   VALUES ('Smith', 280, 1750);
```

The next example updates the department 280 `people` nested table:

```
UPDATE TABLE(SELECT h.people FROM hr_info h
   WHERE h.department_id = 280) p
   SET p.salary = p.salary + 100;
```

The next example deletes from the department 280 `people` nested table:

```
DELETE TABLE(SELECT h.people FROM hr_info h
   WHERE h.department_id = 280) p
   WHERE p.salary > 1700;
```

**Collection Unnesting: Examples**   To select data from a nested table column, you use the `TABLE` function to treat the nested table as columns of a table. This process is called **collection unnesting**.

You could get all the rows from `hr_info`, which was created in the preceding example, and all the rows from the `people` nested table column of `hr_info` using the following statement:

Cloudera Exhibit 1020 - Page 1653 of 1808

Databricks_R2_PA_00003789

```
SELECT t1.department_id, t2.* FROM hr_info t1, TABLE(t1.people) t2
  WHERE t2.department_id = t1.department_id;
```

Now suppose that `people` is not a nested table column of `hr_info`, but is instead a separate table with columns `last_name`, `department_id`, `address`, `hiredate`, and `salary`. You can extract the same rows as in the preceding example with this statement:

```
SELECT t1.department_id, t2.*
  FROM hr_info t1, TABLE(CAST(MULTISET(
    SELECT t3.last_name, t3.department_id, t3.salary
      FROM people t3
    WHERE t3.department_id = t1.department_id)
    AS people_tab_typ)) t2;
```

Finally, suppose that `people` is neither a nested table column of table `hr_info` nor a table itself. Instead, you have created a function `people_func` that extracts from various sources the name, department, and salary of all employees. You can get the same information as in the preceding examples with the following query:

```
SELECT t1.department_id, t2.* FROM hr_info t1, TABLE(CAST
  (people_func( ... ) AS people_tab_typ)) t2;
```

> **See Also:** *Oracle Database Application Developer's Guide - Fundamentals* for more examples of collection unnesting.

**Using the LEVEL Pseudocolumn: Examples**  The following statement returns all employees in hierarchical order. The root row is defined to be the employee whose job is AD_VP. The child rows of a parent row are defined to be those who have the employee number of the parent row as their manager number.

```
SELECT LPAD(' ',2*(LEVEL-1)) || last_name org_chart,
       employee_id, manager_id, job_id
  FROM employees
  START WITH job_id = 'AD_VP'
  CONNECT BY PRIOR employee_id = manager_id;
```

```
ORG_CHART           EMPLOYEE_ID MANAGER_ID JOB_ID
------------------- ----------- ---------- ----------
Kochhar                     101        100 AD_VP
  Greenberg                 108        101 FI_MGR
    Faviet                  109        108 FI_ACCOUNT
    Chen                    110        108 FI_ACCOUNT
    Sciarra                 111        108 FI_ACCOUNT
    Urman                   112        108 FI_ACCOUNT
```

Cloudera Exhibit 1020 - Page 1654 of 1808

Databricks_R2_PA_00003790

```
    Popp                    113         108 FI_ACCOUNT
  Whalen                    200         101 AD_ASST
  Mavris                    203         101 HR_REP
  Baer                      204         101 PR_REP
  Higgins                   205         101 AC_MGR
    Gietz                   206         205 AC_ACCOUNT
De Haan                     102         100 AD_VP
  Hunold                    103         102 IT_PROG
    Ernst                   104         103 IT_PROG
    Austin                  105         103 IT_PROG
    Pataballa               106         103 IT_PROG
    Lorentz                 107         103 IT_PROG
```

The following statement is similar to the previous one, except that it does not select employees with the job FI_MAN.

```
SELECT LPAD(' ',2*(LEVEL-1)) || last_name org_chart,
       employee_id, manager_id, job_id
    FROM employees
    WHERE job_id != 'FI_MGR'
    START WITH job_id = 'AD_VP'
    CONNECT BY PRIOR employee_id = manager_id;


ORG_CHART             EMPLOYEE_ID MANAGER_ID JOB_ID
------------------- ----------- ---------- ----------
Kochhar                     101         100 AD_VP
    Faviet                  109         108 FI_ACCOUNT
    Chen                    110         108 FI_ACCOUNT
    Sciarra                 111         108 FI_ACCOUNT
    Urman                   112         108 FI_ACCOUNT
    Popp                    113         108 FI_ACCOUNT
  Whalen                    200         101 AD_ASST
  Mavris                    203         101 HR_REP
  Baer                      204         101 PR_REP
  Higgins                   205         101 AC_MGR
    Gietz                   206         205 AC_ACCOUNT
De Haan                     102         100 AD_VP
  Hunold                    103         102 IT_PROG
    Ernst                   104         103 IT_PROG
    Austin                  105         103 IT_PROG
    Pataballa               106         103 IT_PROG
    Lorentz                 107         103 IT_PROG
```

Cloudera Exhibit 1020 - Page 1655 of 1808

Databricks_R2_PA_00003791

Oracle Database does not return the manager Greenberg, although it does return employees who are managed by Greenberg.

The following statement is similar to the first one, except that it uses the LEVEL pseudocolumn to select only the first two levels of the management hierarchy:

```
SELECT LPAD(' ',2*(LEVEL-1)) || last_name org_chart,
employee_id, manager_id, job_id
    FROM employees
    START WITH job_id = 'AD_PRES'
    CONNECT BY PRIOR employee_id = manager_id AND LEVEL <= 2;
```

```
ORG_CHART          EMPLOYEE_ID MANAGER_ID JOB_ID
------------------ ----------- ---------- ----------
King                       100            AD_PRES
  Kochhar                  101        100 AD_VP
  De Haan                  102        100 AD_VP
  Raphaely                 114        100 PU_MAN
  Weiss                    120        100 ST_MAN
  Fripp                    121        100 ST_MAN
  Kaufling                 122        100 ST_MAN
  Vollman                  123        100 ST_MAN
  Mourgos                  124        100 ST_MAN
  Russell                  145        100 SA_MAN
  Partners                 146        100 SA_MAN
  Errazuriz                147        100 SA_MAN
  Cambrault                148        100 SA_MAN
  Zlotkey                  149        100 SA_MAN
  Hartstein                201        100 MK_MAN
```

**Using Distributed Queries: Example**    This example shows a query that joins the departments table on the local database with the employees table on the remote database:

```
SELECT last_name, department_name
  FROM employees@remote, departments
  WHERE employees.department_id = departments.department_id;
```

**Using Correlated Subqueries: Examples**    The following examples show the general syntax of a correlated subquery:

```
SELECT select_list
    FROM table1 t_alias1
    WHERE expr operator
        (SELECT column_list
            FROM table2 t_alias2
```

Cloudera Exhibit 1020 - Page 1656 of 1808

Databricks_R2_PA_00003792

```
              WHERE t_alias1.column
                 operator t_alias2.column);

UPDATE table1 t_alias1
    SET column =
        (SELECT expr
            FROM table2 t_alias2
            WHERE t_alias1.column = t_alias2.column);

DELETE FROM table1 t_alias1
    WHERE column operator
        (SELECT expr
            FROM table2 t_alias2
            WHERE t_alias1.column = t_alias2.column);
```

The following statement returns data about employees whose salaries exceed their department average. The following statement assigns an alias to `employees`, the table containing the salary information, and then uses the alias in a correlated subquery:

```
SELECT department_id, last_name, salary
   FROM employees x
   WHERE salary > (SELECT AVG(salary)
     FROM employees
     WHERE x.department_id = department_id)
   ORDER BY department_id;
```

For each row of the `employees` table, the parent query uses the correlated subquery to compute the average salary for members of the same department. The correlated subquery performs the following steps for each row of the `employees` table:

1. The `department_id` of the row is determined.

2. The `department_id` is then used to evaluate the parent query.

3. If the salary in that row is greater than the average salary of the departments of that row, then the row is returned.

The subquery is evaluated once for each row of the `employees` table.

**Selecting from the DUAL Table: Example**    The following statement returns the current date

```
SELECT SYSDATE FROM DUAL;
```

Cloudera Exhibit 1020 - Page 1657 of 1808

Databricks_R2_PA_00003793

You could select SYSDATE from the employees table, but the database would return 14 rows of the same SYSDATE, one for every row of the employees table. Selecting from DUAL is more convenient.

**Selecting Sequence Values: Examples**    The following statement increments the employees_seq sequence and returns the new value:

```
SELECT employees_seq.nextval
    FROM DUAL;
```

The following statement selects the current value of employees_seq:

```
SELECT employees_seq.currval
    FROM DUAL;
```

Cloudera Exhibit 1020 - Page 1658 of 1808

Databricks_R2_PA_00003794

# SET CONSTRAINT[S]

### Purpose

Use the SET CONSTRAINTS statement to specify, for a particular transaction, whether a deferrable constraint is checked following each DML statement or when the transaction is committed.

### Prerequisites

To specify when a deferrable constraint is checked, you must have SELECT privilege on the table to which the constraint is applied unless the table is in your schema.

### Syntax

**set_constraints::=**



### Semantics

#### *constraint*

Specify the name of one or more integrity constraints.

#### ALL

Specify ALL to set all deferrable constraints for this transaction.

#### IMMEDIATE

Specify IMMEDIATE to indicate that the conditions specified by the deferrable constraint are checked immediately after each DML statement.

Cloudera Exhibit 1020 - Page 1659 of 1808

Databricks_R2_PA_00003795

### DEFERRED

Specify DEFERRED to indicate that the conditions specified by the deferrable constraint are checked when the transaction is committed.

---

**Note:** You can verify the success of deferrable constraints prior to committing them by issuing a SET CONSTRAINTS ALL IMMEDIATE statement.

---

## Examples

**Setting Constraints: Examples**   The following statement sets all deferrable constraints in this transaction to be checked immediately following each DML statement:

```
SET CONSTRAINTS ALL IMMEDIATE;
```

The following statement checks three deferred constraints when the transaction is committed. This example fails if the constraints were specified to be NOT DEFERRABLE.

```
SET CONSTRAINTS emp_job_nn, emp_salary_min ,
   hr.jhist_dept_fk@remote DEFERRED;
```

Cloudera Exhibit 1020 - Page 1660 of 1808

Databricks_R2_PA_00003796

# SET ROLE

## Purpose

Use the SET ROLE statement to enable and disable roles for your current session.

When a user logs on, Oracle Database enables all privileges granted explicitly to the user and all privileges in the user's default roles. During the session, the user or an application can use the SET ROLE statement any number of times to change the roles currently enabled for the session.

You can see which roles are currently enabled by examining the SESSION_ROLES data dictionary view.

> **See Also:**
>
> - CREATE ROLE on page 15-77 for information on creating roles
> - ALTER USER on page 13-24 for information on changing a user's default roles
> - *Oracle Database Reference* for information on the SESSION_ROLES session parameter

## Prerequisites

You must already have been granted the roles that you name in the SET ROLE statement.

## Syntax

**set_role::=**



Cloudera Exhibit 1020 - Page 1661 of 1808

Databricks_R2_PA_00003797

## Semantics

### role

Specify a role to be enabled for the current session. Any roles not listed and not already enabled are disabled for the current session.

In the `IDENTIFIED BY password` clause, specify the password for a role. If the role has a password, then you must specify the password to enable the role.

**Restriction on Setting Roles**    You cannot specify a role unless it was granted to you either directly or through other roles.

### ALL Clause

Specify `ALL` to enable all roles granted to you for the current session except those optionally listed in the `EXCEPT` clause.

Roles listed in the `EXCEPT` clause must be roles granted directly to you. They cannot be roles granted to you through other roles.

If you list a role in the `EXCEPT` clause that has been granted to you both directly and through another role, then the role remains enabled by virtue of the role to which it has been granted.

**Restriction on the ALL Clause**    You cannot use this clause to enable roles with passwords that have been granted directly to you.

### NONE

Specify `NONE` to disable all roles for the current session, including the `DEFAULT` role.

## Examples

**Setting Roles: Examples**    To enable the role `dw_manager` identified by the password `warehouse` for your current session, issue the following statement:

```
SET ROLE dw_manager IDENTIFIED BY warehouse;
```

To enable all roles granted to you for the current session, issue the following statement:

```
SET ROLE ALL;
```

Cloudera Exhibit 1020 - Page 1662 of 1808

Databricks_R2_PA_00003798

To enable all roles granted to you except `dw_manager`, issue the following statement:

```
SET ROLE ALL EXCEPT dw_manager;
```

To disable all roles granted to you for the current session, issue the following statement:

```
SET ROLE NONE;
```

Cloudera Exhibit 1020 - Page 1663 of 1808

Databricks_R2_PA_00003799

# SET TRANSACTION

### Purpose

Use the SET TRANSACTION statement to establish the current transaction as read only or read write, establish its isolation level, or assign it to a specified rollback segment.

The operations performed by a SET TRANSACTION statement affect only your current transaction, not other users or other transactions. Your transaction ends whenever you issue a COMMIT or ROLLBACK statement. Oracle Database implicitly commits the current transaction before and after executing a data definition language (DDL) statement.

> **See Also:** COMMIT on page 13-76 and ROLLBACK on page 18-115

### Prerequisites

If you use a SET TRANSACTION statement, then it must be the first statement in your transaction. However, a transaction need not have a SET TRANSACTION statement.

### Syntax

**set_transaction::=**



Cloudera Exhibit 1020 - Page 1664 of 1808

## Semantics

### READ ONLY

The READ ONLY clause establishes the current transaction as a read-only transaction. This clause established **transaction-level read consistency**.

All subsequent queries in that transaction see only changes that were committed before the transaction began. Read-only transactions are useful for reports that run multiple queries against one or more tables while other users update these same tables.

This clause is not supported for the user SYS. That is, queries by SYS will return changes made during the transaction even if SYS has set the transaction to be READ ONLY.

**Restriction on Read-only Transactions**    Only the following statements are permitted in a read-only transaction:

- Subqueries—that is, SELECT statements without the *for_update_clause*
- LOCK TABLE
- SET ROLE
- ALTER SESSION
- ALTER SYSTEM

> **See Also:**   *Oracle Database Concepts*

### READ WRITE

Specify READ WRITE to establish the current transaction as a read/write transaction. This clause establishes **statement-level read consistency**, which is the default.

**Restriction on Read/Write Transactions**    You cannot toggle between transaction-level and statement-level read consistency in the same transaction.

### ISOLATION LEVEL Clause

Use the ISOLATION LEVEL clause to specify how transactions containing database modifications are handled.

- The SERIALIZALE setting specifies serializable transaction isolation mode as defined in the SQL92 standard. If a serializable transaction contains data manipulation language (DML) that attempts to update any resource that may

Cloudera Exhibit 1020 - Page 1665 of 1808

Databricks_R2_PA_00003801

have been updated in a transaction uncommitted at the start of the serializable transaction, then the DML statement fails.

■   The READ COMMITTED setting is the default Oracle Database transaction behavior. If the transaction contains DML that requires row locks held by another transaction, then the DML statement waits until the row locks are released.

### USE ROLLBACK SEGMENT Clause

> **Note:**   This clause is relevant and valid only if you are using rollback segments for undo. Oracle strongly recommends that you use automatic undo management to handle undo space. If you follow this recommendation and run your database in automatic undo mode, then Oracle Database ignores this clause.

Specify USE ROLLBACK SEGMENT to assign the current transaction to the specified rollback segment. This clause also implicitly establishes the transaction as a read/write transaction.

Parallel DML requires more than one rollback segment. Therefore, if your transaction contains parallel DML operations, the database ignores this clause.

### NAME Clause

Use the NAME clause to assign a name to the current transaction. This clause is especially useful in distributed database environments when you must identify and resolve in-doubt transactions. The *text* string is limited to 255 bytes.

If you specify a name for a distributed transaction, then when the transaction commits, the name becomes the commit comment, overriding any comment specified explicitly in the COMMIT statement.

## Examples

**Setting Transactions: Examples**   The following statements could be run at midnight of the last day of every month to count the products and quantities on hand in the Toronto warehouse in the sample Order Entry (oe) schema. This report would not be affected by any other user who might be adding or removing inventory to a different warehouse.

```
COMMIT;
```

Cloudera Exhibit 1020 - Page 1666 of 1808

Databricks_R2_PA_00003802

```
SET TRANSACTION READ ONLY NAME 'Toronto';

SELECT product_id, quantity_on_hand FROM inventories
   WHERE warehouse_id = 5;

COMMIT;
```

The first COMMIT statement ensures that SET TRANSACTION is the first statement in the transaction. The last COMMIT statement does not actually make permanent any changes to the database. It simply ends the read-only transaction.

Cloudera Exhibit 1020 - Page 1667 of 1808

Databricks_R2_PA_00003803

# TRUNCATE

> **Caution:** You cannot roll back a `TRUNCATE` statement.

## Purpose

Use the `TRUNCATE` statement to remove all rows from a table or cluster. By default, Oracle Database also deallocates all space used by the removed rows except that specified by the `MINEXTENTS` storage parameter and sets the `NEXT` storage parameter to the size of the last extent removed from the segment by the truncation process.

Removing rows with the `TRUNCATE` statement can be more efficient than dropping and re-creating a table. Dropping and re-creating a table invalidates dependent objects of the table, requires you to regrant object privileges on the table, and requires you to re-create the indexes, integrity constraints, and triggers on the table and respecify its storage parameters. Truncating has none of these effects.

**See Also:**

- DELETE on page 17-55 and DROP TABLE on page 18-7 for information on other ways to drop table data from the database
- DROP CLUSTER on page 17-67 for information on dropping cluster tables

## Prerequisites

To truncate a table or cluster, the table or cluster must be in your schema or you must have `DROP ANY TABLE` system privilege.

Cloudera Exhibit 1020 - Page 1668 of 1808

Databricks_R2_PA_00003804

## Syntax

**truncate::=**



## Semantics

### TABLE Clause

Specify the schema and name of the table to be truncated. This table cannot be part of a cluster. If you omit *schema*, then Oracle Database assumes the table is in your own cluster.

- You can truncate index-organized tables and temporary tables. When you truncate a temporary table, only the rows created during the current session are removed.

- Oracle Database changes the NEXT storage parameter of *table* to be the size of the last extent deleted from the segment in the process of truncation.

- Oracle Database also automatically truncates and resets any existing UNUSABLE indicators for the following indexes on *table*: range and hash partitions of local indexes and subpartitions of local indexes.

- If *table* is not empty, then the database marks UNUSABLE all nonpartitioned indexes and all partitions of global partitioned indexes on the table.

- For a domain index, this statement invokes the appropriate truncate routine to truncate the domain index data.

> **See Also:** *Oracle Data Cartridge Developer's Guide* for more information on domain indexes

Cloudera Exhibit 1020 - Page 1669 of 1808

Databricks_R2_PA_00003805

- If a regular or index-organized table contains LOB columns, then all LOB data and LOB index segments are truncated.

- If `table` is partitioned, then all partitions or subpartitions, as well as the LOB data and LOB index segments for each partition or subpartition, are truncated.

> **Note:** When you truncate a table, Oracle Database automatically removes all data in the table's indexes and any materialized view direct-path `INSERT` information held in association with the table. This information is independent of any materialized view log. If this direct-path `INSERT` information is removed, then an incremental refresh of the materialized view may lose data.

**Restrictions on Truncating Tables**

- You cannot individually truncate a table that is part of a cluster. You must either truncate the cluster, delete all rows from the table, or drop and re-create the table.

- You cannot truncate the parent table of an enabled referential integrity constraint. You must disable the constraint before truncating the table. An exception is that you can truncate the table if the integrity constraint is self-referential.

- If a domain index is defined on `table`, then neither the index nor any index partitions can be marked `IN_PROGRESS`.

## MATERIALIZED VIEW LOG Clause

The `MATERIALIZED VIEW LOG` clause lets you specify whether a materialized view log defined on the table is to be preserved or purged when the table is truncated. This clause permits materialized view master tables to be reorganized through export or import without affecting the ability of primary key materialized views defined on the master to be fast refreshed. To support continued fast refresh of primary key materialized views, the materialized view log must record primary key information.

> **Note:** The keyword `SNAPSHOT` is supported in place of `MATERIALIZED VIEW` for backward compatibility.

**PRESERVE**  Specify `PRESERVE` if any materialized view log should be preserved when the master table is truncated. This is the default.

Databricks_R2_PA_00003806

**PURGE**    Specify `PURGE` if any materialized view log should be purged when the master table is truncated.

> **See Also:**    *Oracle Database Advanced Replication* for more information about materialized view logs and the `TRUNCATE` statement

## CLUSTER Clause

Specify the schema and name of the cluster to be truncated. You can truncate only an indexed cluster, not a hash cluster. If you omit *schema*, then the database assumes the cluster is in your own schema.

When you truncate a cluster, the database also automatically deletes all data in the indexes of the cluster tables.

## STORAGE Clauses

The `STORAGE` clauses let you determine what happens to the space freed by the truncated rows. The `DROP STORAGE` clause and `REUSE STORAGE` clause also apply to the space freed by the data deleted from associated indexes.

**DROP STORAGE**    Specify `DROP STORAGE` to deallocate all space from the deleted rows from the table or cluster except the space allocated by the `MINEXTENTS` parameter of the table or cluster. This space can subsequently be used by other objects in the tablespace. Oracle Database also sets the `NEXT` storage parameter to the size of the last extent removed from the segment in the truncation process. This is the default.

**REUSE STORAGE**    Specify `REUSE STORAGE` to retain the space from the deleted rows allocated to the table or cluster. Storage values are not reset to the values when the table or cluster was created. This space can subsequently be used only by new data in the table or cluster resulting from insert or update operations. This clause leaves storage parameters at their current settings.

If you have specified more than one free list for the object you are truncating, then the `REUSE STORAGE` clause also removes any mapping of free lists to instances and resets the high-water mark to the beginning of the first extent.

Cloudera Exhibit 1020 - Page 1671 of 1808

Databricks_R2_PA_00003807

TRUNCATE

## Examples

**Truncating a Table: Example**   The following statement removes all rows from a hypothetical copy of the sample table `hr.employees` and returns the freed space to the tablespace containing `employees`:

```
TRUNCATE TABLE employees_demo;
```

The preceding statement also removes all data from all indexes on `employees` and returns the freed space to the tablespaces containing them.

**Retaining Free Space After Truncate: Example**   The following statement removes all rows from all tables in the `personnel` cluster, but leaves the freed space allocated to the tables:

```
TRUNCATE CLUSTER personnel REUSE STORAGE;
```

The preceding statement also removes all data from all indexes on the tables in the `personnel` cluster.

**Preserving Materialized View Logs After Truncate: Example**   The following statements are examples of truncate statements that preserve materialized view logs:

```
TRUNCATE TABLE sales_demo PRESERVE MATERIALIZED VIEW LOG;
```

```
TRUNCATE TABLE orders_demo;
```

Cloudera Exhibit 1020 - Page 1672 of 1808

Databricks_R2_PA_00003808

# UPDATE

## Purpose

Use the UPDATE statement to change existing values in a table or in the base table of a view or the master table of a materialized view.

## Prerequisites

For you to update values in a table, the table must be in your own schema or you must have the UPDATE object privilege on the table.

For you to update values in the base table of a view:

- You must have the UPDATE object privilege on the view, and
- Whoever owns the schema containing the view must have the UPDATE object privilege on the base table.

The UPDATE ANY TABLE system privilege also allows you to update values in any table or in the base table of any view.

You must also have the SELECT object privilege on the object you want to update if:

- The object is on a remote database or
- The SQL92_SECURITY initialization parameter is set to TRUE and the UPDATE operation references table columns, such as the columns in a *where_clause*.

## Syntax

**update::=**



(*DML_table_expression_clause::=* on page 19-76, *update_set_clause::=* on page 19-77, *where_clause::=* on page 19-77, *returning_clause::=* on page 19-77)

Cloudera Exhibit 1020 - Page 1673 of 1808

Databricks_R2_PA_00003809

UPDATE

## DML_table_expression_clause::=



(*subquery::=* on page 19-5—part of SELECT, *subquery_restriction_clause::=* on page 19-76, *table_collection_expression::=* on page 19-76)

## subquery_restriction_clause::=



## table_collection_expression::=



Cloudera Exhibit 1020 - Page 1674 of 1808

Databricks_R2_PA_00003810

**update_set_clause::=**



**where_clause::=**



**returning_clause::=**



## Semantics

### *hint*

Specify a comment that passes instructions to the optimizer on choosing an execution plan for the statement.

You can place a parallel hint immediately after the UPDATE keyword to parallelize both the underlying scan and UPDATE operations.

> **See Also:**
>
> - *Oracle Database Performance Tuning Guide* and "Hints" on page 2-93 for the syntax and description of hints
>
> - *Oracle Database Performance Tuning Guide* and *Oracle Database Concepts* for detailed information about parallel DML

Cloudera Exhibit 1020 - Page 1675 of 1808

Databricks_R2_PA_00003811

### DML_table_expression_clause

The ONLY clause applies only to views. Specify ONLY syntax if the view in the UPDATE clause is a view that belongs to a hierarchy and you do not want to update rows from any of its subviews.

> **See Also:**    "Restrictions on the DML_table_expression_clause" on page 19-80 and "Updating a Table: Examples" on page 19-84

### schema

Specify the schema containing the object to be updated. If you omit *schema*, then the database assumes the object is in your own schema.

### table | view | materialized_view |subquery

Specify the name of the table, view, materialized view, or the columns returned by a subquery to be updated. Issuing an UPDATE statement against a table fires any UPDATE triggers associated with the table.

- If you specify *view*, then the database updates the base table of the view. You cannot update a view except with INSTEAD OF triggers if the defining query of the view contains one of the following constructs:

  A set operator
  a DISTINCT operator
  An aggregate or analytic function
  A GROUP BY, ORDER BY, MODEL, CONNECT BY, or START WITH clause
  A collection expression in a SELECT list
  A subquery in a SELECT list
  A subquery designated WITH READ ONLY
  Joins, with some exceptions, as documented in *Oracle Database Administrator's Guide*

- In addition, if the view was created with the WITH CHECK OPTION, then you can update the view only if the resulting data satisfies the view's defining query.

- If *table* or the base table of *view* contains one or more domain index columns, then this statement executes the appropriate indextype update routine.

- You cannot update rows in a read-only materialized view. If you update rows in a writable materialized view, then the database updates the rows from the underlying container table. However, the updates are overwritten at the next refresh operation.If you update rows in an updatable materialized view that is

Cloudera Exhibit 1020 - Page 1676 of 1808

Databricks_R2_PA_00003812

part of a materialized view group, then the database also updates the corresponding rows in the master table.

**See Also:**

- *Oracle Data Cartridge Developer's Guide* for more information on the indextype update routines

- CREATE MATERIALIZED VIEW on page 15-5 for information on creating updatable materialized views

### PARTITION | SUBPARTITION

Specify the name of the partition or subpartition within `table` targeted for updates. You need not specify the partition name when updating values in a partitioned table. However in some cases specifying the partition name can be more efficient than a complicated `where_clause`.

**See Also:** "Referring to Partitioned Tables and Indexes" on page 2-117 and "Updating a Partition: Example" on page 19-85

### *dblink*

Specify a complete or partial name of a database link to a remote database where the object is located. You can use a database link to update a remote object only if you are using Oracle Database distributed functionality.

If you omit `dblink`, then the database assumes the object is on the local database.

**See Also:** "Referring to Objects in Remote Databases" on page 2-114 for information on referring to database links

### *subquery_restriction_clause*

Use the `subquery_restriction_clause` to restrict the subquery in one of the following ways:

**WITH READ ONLY**  Specify WITH READ ONLY to indicate that the table or view cannot be updated.

**WITH CHECK OPTION**  Specify WITH CHECK OPTION to indicate that Oracle Database prohibits any changes to the table or view that would produce rows that are not included in the subquery. When used in the subquery of a DML statement, you can specify this clause in a subquery in the FROM clause but not in subquery in the WHERE clause.

Cloudera Exhibit 1020 - Page 1677 of 1808

Databricks_R2_PA_00003813

UPDATE

**CONSTRAINT** *constraint*   Specify the name of the CHECK OPTION constraint. If you omit this identifier, then Oracle automatically assigns the constraint a name of the form SYS_C*n*, where n is an integer that makes the constraint name unique within the database.

> **See Also:**   "Using the WITH CHECK OPTION Clause: Example" on page 19-48

### table_collection_expression

The `table_collection_expression` lets you inform Oracle that the value of `collection_expression` should be treated as a table for purposes of query and DML operations. The `collection_expression` can be a subquery, a column, a function, or a collection constructor. Regardless of its form, it must return a collection value—that is, a value whose type is nested table or varray. This process of extracting the elements of a collection is called **collection unnesting**.

> **Note:**   In earlier releases of Oracle, when `collection_expression` was a subquery, `table_collection_expression` was expressed as THE `subquery`. That usage is now deprecated.

You can use a `table_collection_expression` to update rows in one table based on rows from another table. For example, you could roll up four quarterly sales tables into a yearly sales table.

### t_alias

Specify a **correlation name** (alias) for the table, view, or subquery to be referenced elsewhere in the statement. This alias is required if the `DML_table_expression_clause` references any object type attributes or object type methods.

> **See Also:**   "Correlated Update: Example" on page 19-86

### Restrictions on the *DML_table_expression_clause*

- You cannot execute this statement if `table` or the base table of `view` contains any domain indexes marked IN_PROGRESS or FAILED.

- You cannot insert into a partition if any affected index partitions are marked UNUSABLE.

- You cannot specify the `order_by_clause` in the subquery of the `DML_table_expression_clause`.

Cloudera Exhibit 1020 - Page 1678 of 1808

Databricks_R2_PA_00003814

■ If you specify an index, index partition, or index subpartition that has been marked UNUSABLE, then the UPDATE statement will fail unless the SKIP_ UNUSABLE_INDEXES session parameter has been set to TRUE.

> **See Also:** ALTER SESSION on page 11-59 for information on the SKIP_UNUSABLE_INDEXES session parameter

### update_set_clause

The *update_set_clause* lets you set column values.

#### column

Specify the name of a column of the object that is to be updated. If you omit a column of the table from the *update_set_clause*, then the value of that column remains unchanged.

If *column* refers to a LOB object attribute, then you must first initialize it with a value of empty or null. You cannot update it with a literal. Also, if you are updating a LOB value using some method other than a direct UPDATE SQL statement, then you must first lock the row containing the LOB. See *for_update_clause* on page 19-37 for more information.

If *column* is part of the partitioning key of a partitioned table, then UPDATE will fail if you change a value in the column that would move the row to a different partition or subpartition, unless you enable row movement. Please refer to the *row_ movement_clause* of CREATE TABLE on page 16-7 or ALTER TABLE on page 12-2.

In addition, if *column* is part of the partitioning key of a list-partitioned table, then UPDATE will fail if you specify a value for the column that does not already exist in the *partition_value* list of one of the partitions.

#### subquery

Specify a subquery that returns exactly one row for each row updated.

■ If you specify only one column in the *update_set_clause*, then the subquery can return only one value.

■ If you specify multiple columns in the *update_set_clause*, then the subquery must return as many values as you have specified columns.

■ If the subquery returns no rows, then the column is assigned a null.

■ If this *subquery* refers to remote objects, then the UPDATE operation can run in parallel as long as the reference does not loop back to an object on the local

Cloudera Exhibit 1020 - Page 1679 of 1808

Databricks_R2_PA_00003815

UPDATE

database. However, if the `subquery` in the `DML_table_expression_clause` refers to any remote objects, then the UPDATE operation will run serially without notification.

You can use the `flashback_query_clause` of within the subquery to update `table` with past data. Please refer to the *flashback_query_clause* of SELECT on page 19-18 for more information on this clause.

> **See Also:**
>
> - SELECT on page 19-4 and "Using Subqueries" on page 9-17
> - *parallel_clause* on page 16-62 in the CREATE TABLE documentation

### *expr*

Specify an expression that resolves to the new value assigned to the corresponding column.

> **See Also:** Chapter 5, "Expressions" for the syntax of *expr* and "Updating an Object Table: Example" on page 19-85

**DEFAULT**  Specify DEFAULT to set the column to the value previously specified as the default value for the column. If no default value for the corresponding column has been specified, then the database sets the column to null.

**Restriction on Updating to Default Values**  You cannot specify DEFAULT if you are updating a view.

### VALUE Clause

The VALUE clause lets you specify the entire row of an object table.

**Restriction on the VALUE clause**  You can specify this clause only for an object table.

> **Note:**  If you insert string literals into a RAW column, then during subsequent queries, Oracle Database will perform a full table scan rather than using any index that might exist on the RAW column.

> **See Also:** "Updating an Object Table: Example" on page 19-85

Databricks_R2_PA_00003816