# EXHIBIT 1-6

### where_clause

The *where_clause* lets you restrict the rows updated to those for which the specified *condition* is true. If you omit this clause, then the database updates all rows in the table or view. Please refer to Chapter 6, "Conditions" for the syntax of *condition*.

The *where_clause* determines the rows in which values are updated. If you do not specify the *where_clause*, then all rows are updated. For each row that satisfies the *where_clause*, the columns to the left of the equality operator (=) in the *update_set_clause* are set to the values of the corresponding expressions to the right of the operator. The expressions are evaluated as the row is updated.

### returning_clause

The returning clause retrieves the rows affected by a DML statement. You can specify this clause for tables and materialized views and for views with a single base table.

When operating on a single row, a DML statement with a *returning_clause* can retrieve column expressions using the affected row, rowid, and REFs to the affected row and store them in host variables or PL/SQL variables.

When operating on multiple rows, a DML statement with the *returning_clause* stores values from expressions, rowids, and REFs involving the affected rows in bind arrays.

**expr**  Each item in the *expr* list must be a valid expression syntax.

**INTO**  The INTO clause indicates that the values of the changed rows are to be stored in the variable(s) specified in *data_item* list.

**data_item**  Each *data_item* is a host variable or PL/SQL variable that stores the retrieved *expr* value.

For each expression in the RETURNING list, you must specify a corresponding type-compatible PL/SQL variable or host variable in the INTO list.

**Restrictions**  The following restrictions apply to the RETURNING clause:

- The *expr* is restricted as follows:
    - Each *expr* must be a simple expression or a single-set aggregate function expression. You cannot combine simple expressions and single-set aggregate function expressions in the same *returning_clause*.

Cloudera Exhibit 1020 - Page 1681 of 1808

Databricks_R2_PA_00003817

UPDATE

    – Single-set aggregate function expressions cannot include the `DISTINCT` keyword.

- You cannot specify the *returning_clause* for a multitable insert.

- You cannot use this clause with parallel DML or with remote objects.

- You cannot retrieve `LONG` types with this clause.

- You cannot specify this clause for a view on which an `INSTEAD OF` trigger has been defined.

> **See Also:** *PL/SQL User's Guide and Reference* for information on using the `BULK COLLECT` clause to return multiple values to collection variables

## Examples

**Updating a Table: Examples**   The following statement gives null commissions to all employees with the job `SH_CLERK`:

```
UPDATE employees
   SET commission_pct = NULL
   WHERE job_id = 'SH_CLERK';
```

The following statement promotes Douglas Grant to manager of Department 20 with a $1,000 raise:

```
UPDATE employees SET
   job_id = 'SA_MAN', salary = salary + 1000, department_id = 120
   WHERE first_name||' '||last_name = 'Douglas Grant';
```

The following statement increases the salary of an employee in the `employees` table on the `remote` database:

```
UPDATE employees@remote
   SET salary = salary*1.1
   WHERE last_name = 'Baer';
```

The next example shows the following syntactic constructs of the `UPDATE` statement:

- Both forms of the *update_set_clause* together in a single statement

- A correlated subquery

- A *where_clause* to limit the updated rows

Cloudera Exhibit 1020 - Page 1682 of 1808

Databricks_R2_PA_00003818

```
UPDATE employees a
    SET department_id =
        (SELECT department_id
            FROM departments
            WHERE location_id = '2100'),
        (salary, commission_pct) =
        (SELECT 1.1*AVG(salary), 1.5*AVG(commission_pct)
         FROM employees b
         WHERE a.department_id = b.department_id)
    WHERE department_id IN
        (SELECT department_id
         FROM departments
         WHERE location_id = 2900
            OR location_id = 2700);
```

The preceding UPDATE statement performs the following operations:

- Updates only those employees who work in Geneva or Munich (locations 2900 and 2700)

- Sets department_id for these employees to the department_id corresponding to Bombay (location_id 2100)

- Sets each employee's salary to 1.1 times the average salary of their department

- Sets each employee's commission to 1.5 times the average commission of their department

**Updating a Partition: Example**    The following example updates values in a single partition of the sales table:

```
UPDATE sales PARTITION (sales_q1_1999) s
   SET s.promo_id = 494
   WHERE amount_sold > 9000;
```

**Updating an Object Table: Example**    The following statement updates a row of object table table1 by selecting a row from another object table table2:

```
UPDATE table1 p SET VALUE(p) =
   (SELECT VALUE(q) FROM table2 q WHERE p.id = q.id)
   WHERE p.id = 10;
```

The example uses the VALUE object reference function in both the SET clause and the subquery.

Cloudera Exhibit 1020 - Page 1683 of 1808

Databricks_R2_PA_00003819

UPDATE

**Correlated Update: Example**   The following example updates particular rows of the `projs` nested table corresponding to the department whose department number equals 123:

```
UPDATE TABLE(SELECT projs
            FROM dept d WHERE d.dno = 123)  p
  SET p.budgets = p.budgets + 1
  WHERE p.pno IN (123, 456);
```

**Using the RETURNING Clause During UPDATE: Example**   The following example returns values from the updated row and stores the result in PL/SQL variables bnd1, bnd2, bnd3:

```
UPDATE employees
  SET job_id ='SA_MAN', salary = salary + 1000, department_id = 140
  WHERE last_name = 'Jones'
  RETURNING salary*0.25, last_name, department_id
    INTO :bnd1, :bnd2, :bnd3;
```

The following example shows that you can specify a single-set aggregate function in the expression of the returning clause:

```
UPDATE employees
   SET salary = salary * 1.1
   WHERE department_id = 100
   RETURNING SUM(salary) INTO :bnd1;
```

Cloudera Exhibit 1020 - Page 1684 of 1808

Databricks_R2_PA_00003820

# A

# How to Read Syntax Diagrams

This appendix describes how to read syntax diagrams.

## Graphic Syntax Diagrams

Syntax diagrams are drawings that illustrate valid SQL syntax. To read a diagram, trace it from left to right, in the direction shown by the arrows.

Commands and other keywords appear in UPPERCASE inside rectangles. Type them exactly as shown in the rectangles. Parameters appear in lowercase inside ovals. Variables are used for the parameters. Punctuation, operators, delimiters, and terminators appear inside circles.

If the syntax diagram has more than one path, you can choose any path. For example, in the following syntax you can specify either NOPARALLEL or PARALLEL:

**parallel_clause::=**



If you have the choice of more than one keyword, operator, or parameter, your options appear in a vertical list. For example, in the following syntax diagram, you can specify one or more of the five parameters in the stack:

Cloudera Exhibit 1020 - Page 1685 of 1808

Databricks_R2_PA_00003821

Graphic Syntax Diagrams

**physical_attributes_clause::=**



The following table shows parameters that appear in the syntax diagrams and provides examples of the values you might substitute for them in your statements:

*Table A–1   Syntax Parameters*

| Parameter | Description | Examples |
|---|---|---|
| `table` | The substitution value must be the name of an object of the type specified by the parameter. For a list of all types of objects, see the section, "Schema Objects" on page 2-106. | `employees` |
| `c` | The substitution value must be a single character from your database character set. | `T`<br><br>`s` |
| `'text'` | The substitution value must be a text string in single quotes. See the syntax description of `'text'` in "Text Literals" on page 2-61. | `'Employee records'` |
| `char` | The substitution value must be an expression of datatype CHAR or VARCHAR2 or a character literal in single quotes. | `last_name`<br><br>`'Smith'` |
| `condition` | The substitution value must be a condition that evaluates to TRUE or FALSE. See the syntax description of `condition` in Chapter 6, "Conditions". | `last_name >'A'` |
| `date`<br><br>`d` | The substitution value must be a date constant or an expression of DATE datatype. | `TO_DATE(`<br>`'01-Jan-2002',`<br>`'DD-MON-YYYY')` |
| `expr` | The substitution value can be an expression of any datatype as defined in the syntax description of *expr* in "About SQL Expressions" on page 5-2. | `salary + 1000` |

Cloudera Exhibit 1020 - Page 1686 of 1808

### Table A–1   Syntax Parameters

| Parameter | Description | Examples |
|-----------|-------------|----------|
| *integer* | The substitution value must be an integer as defined by the syntax description of integer in "Integer Literals" on page 2-63. | 72 |
| *number*<br><br>*m*<br><br>*n* | The substitution value must be an expression of NUMBER datatype or a number constant as defined in the syntax description of *number* in "Numeric Literals" on page 2-62. | AVG(salary)<br><br>15 * 7 |
| *raw* | The substitution value must be an expression of datatype RAW. | HEXTORAW('7D') |
| *subquery* | The substitution value must be a SELECT statement that will be used in another SQL statement. See SELECT on page 19-4. | SELECT last_name<br><br>FROM employees |
| *db_name* | The substitution value must be the name of a nondefault database in an embedded SQL program. | sales_db |
| *db_string* | The substitution value must be the database identification string for an Oracle Net database connection. For details, see the user's guide for your specific Oracle Net protocol. | — |

## Required Keywords and Parameters

Required keywords and parameters can appear singly or in a vertical list of alternatives. Single required keywords and parameters appear on the main path, that is, on the horizontal line you are currently traveling. In the following example, *library_name* is a required parameter:

**drop_library::=**



If there is a library named HQ_LIB, then, according to the diagram, the following statement is valid:

```
DROP LIBRARY hq_lib;
```

If multiple keywords or parameters appear in a vertical list that intersects the main path, one of them is required. That is, you must choose one of the keywords or

Cloudera Exhibit 1020 - Page 1687 of 1808

Databricks_R2_PA_00003823

Graphic Syntax Diagrams

parameters, but not necessarily the one that appears on the main path. In the following example, you must choose one of the two settings:

**key_compression::=**



## Optional Keywords and Parameters

If keywords and parameters appear in a vertical list above the main path, they are optional. In the following example, instead of traveling down a vertical line, you can continue along the main path:

**deallocate_unused_clause::=**



**size_clause::=**



According to the diagrams, all of the following statements are valid:

```
DEALLOCATE UNUSED;
DEALLOCATE UNUSED KEEP 1000;
DEALLOCATE UNUSED KEEP 10G;
```

## Syntax Loops

Loops let you repeat the syntax within them as many times as you like. In the following example, after choosing one value expression, you can go back repeatedly to choose another, separated by commas.

Cloudera Exhibit 1020 - Page 1688 of 1808

Databricks_R2_PA_00003824

**query_partition_clause::=**



## Multipart Diagrams

Read a multipart diagram as if all the main paths were joined end to end. The following example is a two-part diagram:

**alter_java::=**



According to the diagram, the following statement is valid:

```
ALTER JAVA SOURCE jsource_1 COMPILE;
```

## Database Objects

The names of Oracle identifiers, such as tables and columns, must not exceed 30 characters in length. The first character must be a letter, but the rest can be any combination of letters, numerals, dollar signs ($), pound signs (#), and underscores (_).

However, if an Oracle identifier is enclosed by double quotation marks ("), it can contain any combination of legal characters, including spaces but excluding quotation marks. Oracle identifiers are not case sensitive except within double quotation marks.

Cloudera Exhibit 1020 - Page 1689 of 1808

Databricks_R2_PA_00003825

Graphic Syntax Diagrams

For more information. see "Schema Object Naming Rules" on page 2-107.

Cloudera Exhibit 1020 - Page 1690 of 1808

Databricks_R2_PA_00003826

# B

# Oracle and Standard SQL

This appendix discusses Oracle's conformance with the SQL:2003 standards. The mandatory portion of SQL:2003 is known as Core SQL:2003 and is found in SQL:2003 Part 2 (Foundation) and Part 11 (Schemata). The Foundation features are analyzed in Annex F of Part 2 in the table "Feature taxonomy and definition for mandatory features of SQL/Foundation". The Schemata features are analyzed in Annex E of Part 11 in the table "Feature taxonomy and definition for mandatory features of SQL/Schemata".

This appendix declares Oracle's conformance to the SQL standards established by the American National Standards Institute (ANSI) and the International Standards Organization (ISO). (The ANSI and ISO SQL standards are identical.) It contains the following sections:

- ANSI Standards

- ISO Standards

- Oracle Compliance To Core SQL:2003

- Oracle Support for Optional Features of SQL/Foundation:2003

- Oracle Compliance with SQL/CLI:2003

- Oracle Compliance with SQL/PSM:2003

- Oracle Compliance with SQL/MED:2003

- Oracle Compliance with SQL/XML:2003

- Oracle Compliance with FIPS 127-2

- Oracle Extensions to Standard SQL

- Character Set Support

Cloudera Exhibit 1020 - Page 1691 of 1808

Databricks_R2_PA_00003827

# ANSI Standards

The following documents of the American National Standards Institute (ANSI) relate to SQL:

- ANSI/ISO/IEC 9075-1:2003, Information technology—Database languages—SQL—Part 1: Framework (SQL/Framework)

- ANSI/ISO/IEC 9075-2:2003, Information technology—Database languages—SQL—Part 2: Foundation (SQL/Foundation)

- ANSI/ISO/IEC 9075-3:2003, Information technology—Database languages—SQL—Part 3: Call-Level Interface (SQL/CLI)

- ANSI/ISO/IEC 9075-4:2003, Information technology—Database languages—SQL—Part 4: Persistent Stored Modules (SQL/PSM)

- ANSI/ISO/IEC 9075-9:2003, Information technology—Database languages—SQL—Part 9: Management of External Data (SQL/MED)

- ANSI/ISO/IEC 9075-10:2003, Information technology—Database languages—SQL—Part 10: Object Language Bindings (SQL/OLB)

- ANSI/ISO/IEC 9075-11:2003, Information technology—Database languages—SQL—Part 11: Information and Definition Schemas (SQL/Schemata)

- ANSI/ISO/IEC 9075-13:2003, Information technology—Database languages—SQL—Part 13: SQL Routines and Types using the Java Programming Language (SQL/JRT)

- ANSI/ISO/IEC 9075-14:2003, Information technology—Database languages—SQL—Part 14: XML-Related Specifications (SQL/XML)

These standards are identical to the corresponding ISO standards listed in the next section.

You can obtain a copy of ANSI standards from this address:

American National Standards Institute
25 West 43rd Street
New York, NY 10036 USA
Telephone: +1.212.642.4900
Fax: +1.212.398.0023

or from their Web site:

`http://webstore.ansi.org/ansidocstore/default.asp`

Cloudera Exhibit 1020 - Page 1692 of 1808

Databricks_R2_PA_00003828

A subset of ANSI standards, including the SQL standard, are INCITS standards. You can obtain these from the InterNational Committee for Information Technology Standards (INCITS) at:

`http://www.incits.org/`

## ISO Standards

The following documents of the International Organization for Standardization (ISO) relate to SQL:

- ISO/IEC 9075-1:2003, Information technology—Database languages—SQL—Part 1: Framework (SQL/Framework)

- ISO/IEC 9075-2:2003, Information technology—Database languages—SQL—Part 2: Foundation (SQL/Foundation)

- ISO/IEC 9075-3:2003, Information technology—Database languages—SQL—Part 3: Call-Level Interface (SQL/CLI)

- ISO/IEC 9075-4:2003, Information technology—Database languages—SQL—Part 4: Persistent Stored Modules (SQL/PSM)

- ISO/IEC 9075-9:2003, Information technology—Database languages—SQL—Part 9: Management of External Data (SQL/MED)

- ISO/IEC 9075-10:2003, Information technology—Database languages—SQL—Part 10: Object Language Bindings (SQL/OLB)

- ISO/IEC 9075-11:2003, Information technology—Database languages—SQL—Part 11: Information and Definition Schemas (SQL/Schemata)

- ISO/IEC 9075-13:2003, Information technology—Database languages—SQL—Part 13: SQL Routines and Types using the Java Programming Language (SQL/JRT)

- ISO/IEC 9075-14:2003, Information technology—Database languages—SQL—Part 14: XML-Related Specifications (SQL/XML)

You can obtain a copy of ISO standards from this address:

International Organization for Standardization
1 Rue de Varembé
Case postale 56
CH-1211, Geneva 20, Switzerland

Cloudera Exhibit 1020 - Page 1693 of 1808

Databricks_R2_PA_00003829

ANSI Standards

Phone: +41.22.749.0111
Fax:   +41.22.733.3430
Web site: http://www.iso.ch/

or from their web store:

http://www.iso.ch/iso/en/prods-services/ISOstore/store.html

## Oracle Compliance To Core SQL:2003

The ANSI and ISO SQL standards require conformance claims to state the type of conformance and the implemented facilities. The minimum claim of conformance is called Core SQL:2003 and is defined in Part 2, SQL/Foundation, and Part 11, SQL/Schemata, of the standard. The following products provide full or partial conformance with Core SQL:2003 as described in the tables that follow:

- Oracle Database database server

- Pro*C/C++, release 9.2.0

- Pro*COBOL, release 9.2.0

- Pro*Fortran, release 1.8.77

- SQL Module for Ada (Mod*Ada), release 9.2.0

- Pro*COBOL 1.8, release 1.8.77

- Pro*PL/I, release 1.6.28

- OTT, release 9.2.0.

- OTT8, release 8.1.8

The Core SQL:2003 features that Oracle fully supports are listed in Table B–1:

*Table B–1    Fully Supported Core SQL:2003 Features*

| Feature ID | Feature |
| --- | --- |
| E011 | Numeric data types |
| E031 | Identifiers |
| E061 | Basic predicates and search conditions |
| E081 | Basic privileges |
| E091 | Set functions |
| E101 | Basic data manipulation |

Cloudera Exhibit 1020 - Page 1694 of 1808

Databricks_R2_PA_00003830

*Table B–1   (Cont.) Fully Supported Core SQL:2003 Features*

| Feature ID | Feature |
|---|---|
| E111 | Single row SELECT statement |
| E131 | Null value support (nulls in lieu of values) |
| E141 | Basic integrity constraints |
| E151 | Transaction support |
| E152 | Basic SET TRANSACTION statement |
| E153 | Updatable queries with subqueries |
| E161 | SQL comments using leading double minus |
| E171 | SQLSTATE support |
| F041 | Basic joined table |
| F051 | Basic date and time |
| F081 | UNION and EXCEPT in views |
| F131 | Grouped operations |
| F181 | Multiple module support |
| F201 | CAST function |
| F221 | Explicit defaults |
| F261 | CASE expressions |
| F311 | Schema definition statement |
| F471 | Scalar subquery values |
| F481 | Expanded NULL predicate |

The Core SQL:2003 features that Oracle partially supports are listed in Table B–2:

Cloudera Exhibit 1020 - Page 1695 of 1808

Databricks_R2_PA_00003831

ANSI Standards

*Table B–2*    ***Partially Supported Core SQL:2003 Features***

| Feature ID, Feature | Partial Support |
|---|---|
| E021, Character data types | Oracle fully supports these subfeatures:<br><br>▪ E021-01, `CHARACTER` data type<br>▪ E021-07, Character concatenation<br>▪ E021-08, `UPPER` and `LOWER` functions<br>▪ E021-09, `TRIM` function<br>▪ E021-10, Implicit casting among character data types<br>▪ E021-12, Character comparison<br><br>Oracle partially supports these subfeatures:<br><br>▪ E021-02, `CHARACTER VARYING` data type (Oracle does not distinguish a zero-length `VARCHAR` string from `NULL`)<br>▪ E021-03, Character literals (Oracle regards the zero-length literal ' ' as being null)<br><br>Oracle has equivalent functionality for these subfeatures:<br><br>▪ E021-04, `CHARACTER_LENGTH` function: use `LENGTH` function instead<br>▪ E021-05, `OCTET_LENGTH` function: use `LENGTHB` function instead<br>▪ E021-06, `SUBSTRING` function: use `SUBSTR` function instead<br>▪ E021-11, `POSITION` function: use `INSTR` function instead |
| E051, Basic query specification | Oracle fully supports the following subfeatures:<br><br>▪ E051-01, `SELECT DISTINCT`<br>▪ E051-02, `GROUP BY` clause<br>▪ E051-04, `GROUP BY` can contain columns not in <select list><br>▪ E051-05, Select list items can be renamed<br>▪ E051-06, `HAVING` clause<br>▪ E051-07, Qualified * in select list<br><br>Oracle partially supports the following subfeatures:<br><br>▪ E051-08, Correlation names in `FROM` clause (Oracle supports correlation names, but not the optional `AS` keyword)<br><br>Oracle does not support the following subfeature:<br><br>▪ E051-09, Rename columns in the `FROM` clause |

Cloudera Exhibit 1020 - Page 1696 of 1808

Databricks_R2_PA_00003832

*Table B–2   (Cont.)  Partially Supported Core SQL:2003 Features*

| Feature ID, Feature | Partial Support |
| --- | --- |
| E071, Basic query expressions | Oracle fully supports the following subfeatures:<br>■ E071-01, UNION DISTINCT table operator<br>■ E071-02, UNION ALL able operator<br>■ E071-05, Columns combined by table operators need not have exactly the same type<br>■ E071-06, table operators in subqueries<br>Oracle has equivalent functionality for the following subfeature:<br>■ E071-03, EXCEPT DISTINCT table operator: Use MINUS instead of EXCEPT DISTINCT |
| E121, Basic cursor support | Oracle fully supports the following subfeatures:<br>■ E121-01, DECLARE CURSOR<br>■ E121-02, ORDER BY columns need not be in select list<br>■ E121-03, Value expressions in ORDER BY clause<br>■ E121-04, OPEN  statement<br>■ E121-06, Positioned UPDATE statement<br>■ E121-07, Positioned DELETE statement<br>■ E121-08, CLOSE statement<br>■ E121-10, FETCH statement, implicit NEXT<br>Oracle partially supports the following subfeatures:<br>■ E121-17, WITH HOLD cursors (in the standard, a cursor is not held through a ROLLBACK, but Oracle does hold through ROLLBACK) |

Cloudera Exhibit 1020 - Page 1697 of 1808

Databricks_R2_PA_00003833

*Table B–2   (Cont.)  Partially Supported Core SQL:2003 Features*

| Feature ID, Feature | Partial Support |
|---|---|
| F031, Basic schema manipulation | Oracle fully supports these subfeatures:<br><br>■ F031-01, `CREATE TABLE` statement to create persistent base tables<br>■ F031-02, `CREATE VIEW` statement<br>■ F031-03, `GRANT` statement<br><br>Oracle partially supports this subfeature:<br><br>■ F031-04, `ALTER TABLE` statement: `ADD COLUMN` clause (Oracle does not support the optional keyword `COLUMN` in this syntax)<br><br>Oracle does not support these subfeatures (because Oracle does not support the keyword `RESTRICT`):<br><br>■ F031-13, `DROP TABLE` statement: `RESTRICT` clause<br>■ F031-16, `DROP VIEW` statement: `RESTRICT` clause<br>■ F031-19, `REVOKE` statement: `RESTRICT` clause |
| F812, Basic flagging | Oracle has a flagger, but it flags SQL-92 compliance rather than SQL:2003 compliance |

Cloudera Exhibit 1020 - Page 1698 of 1808

Databricks_R2_PA_00003834

**Table B–2 (Cont.) Partially Supported Core SQL:2003 Features**

| Feature ID, Feature | Partial Support |
| --- | --- |
| T321, Basic SQL-invoked routines | Oracle fully supports these subfeatures: |
| | ▪ T321-03, function invocation |
| | ▪ T321-04, `CALL` statement |
| | Oracle supports these subfeatures with syntactic differences: |
| | ▪ T321-01, user-defined functions with no overloading |
| | ▪ T321-02, user-defined procedures with no overloading |
| | The Oracle syntax for `CREATE FUNCTION` and `CREATE PROCEDURE` differs from the standard as follows: |
| | ▪ In the standard, the mode of a parameter (`IN`, `OUT` or `INOUT`) comes before the parameter name, whereas in Oracle it comes after the parameter name. |
| | ▪ The standard uses `INOUT`, whereas Oracle uses `IN OUT`. |
| | ▪ Oracle requires either `IS` or `AS` after the return type and before the definition of the routine body, while the standard lacks these keywords. |
| | ▪ If the routine body is in C (for example), then the standard uses the keywords `LANGUAGE C EXTERNAL NAME` to name the routine, whereas Oracle uses `LANGUAGE C NAME`. |
| | ▪ If the routine body is in SQL, then Oracle uses its proprietary procedural extension called PL/SQL. |
| | Oracle supports the following subfeatures in PL/SQL but not in Oracle SQL: |
| | ▪ T321-05, `RETURN` statement |

Oracle has equivalent functionality for the features listed in Table B–3:

Cloudera Exhibit 1020 - Page 1699 of 1808

Databricks_R2_PA_00003835

ANSI Standards

**Table B–3    Equivalent Functionality for Core SQL:2003 Features**

| Feature ID, Feature | Equivalent Functionality |
|---|---|
| F021, Basic information schema | Oracle does not have any of the views in this feature. However, Oracle makes the same information available in other metadata views: |
| | ▪ Instead of `TABLES`, use `ALL_TABLES`. |
| | ▪ Instead of `COLUMNS`, use `ALL_TAB_COLUMNS`. |
| | ▪ Instead of `VIEWS`, use `ALL_VIEWS`. |
| | However, Oracle's `ALL_VIEWS` does not display whether a user view was defined `WITH CHECK OPTION` or if it is updatable. To see whether a view has `WITH CHECK OPTION`, use `ALL_CONSTRAINTS`, with `TABLE_NAME` equal to the view name and look for `CONSTRAINT_TYPE` equal to `'V'`. |
| | ▪ Instead of `TABLE_CONSTRAINTS`, `REFERENTIAL_CONSTRAINTS` and `CHECK_CONSTRAINTS`, use `ALL_CONSTRAINTS`. |
| | However, Oracle's `ALL_CONSTRAINTS` does not display whether a constraint is deferrable or initially deferred. |

The Core SQL:2003 features that Oracle does not support are listed in Table B–4:

**Table B–4    Unsupported Core SQL:2003 Features**

| Feature ID | Feature |
|---|---|
| F501 | Features and conformance views |
| S011 | Distinct data types |

> **Note:**    Oracle does not support E182, Module language. Although this feature is listed in Table 35 in SQL/Foundation, it merely indicates that Core consists of a choice between Module language and embedded language. Module language and embedded language are completely equivalent in capability, differing only in the manner in which SQL statements are associated with the host programming language. Oracle supports embedded language.

Cloudera Exhibit 1020 - Page 1700 of 1808

Databricks_R2_PA_00003836

## Oracle Support for Optional Features of SQL/Foundation:2003

Oracle supports the optional features of SQL/Foundation:2003 listed in Table B–5:

**Table B–5    Fully Supported Optional Features of SQL/Foundation:2003**

| Feature ID | Feature |
|---|---|
| B011 | Embedded Ada |
| B012 | Embedded C |
| B013 | Embedded COBOL |
| B014 | Embedded Fortran |
| B021 | Direct SQL (in Oracle, this is SQL-Plus) |
| F281 | LIKE enhancements |
| F411 | Time zone specification |
| F421 | National character |
| F491 | Constraint management |
| F555 | Enhanced seconds precision (Oracle supports up to 9 places after the decimal point) |
| F561 | Full value expressions |
| F721 | Deferrable constraints |
| F731 | INSERT column privileges |
| F781 | Self-referencing operations |
| F801 | Full set function |
| S151 | Type predicate |
| S161 | Subtype treatment |
| T201 | Comparable data types for referential constraints |
| T351 | Bracketed comments |
| T431 | Extended grouping capabilities |
| T611 | Elementary OLAP operators |
| T621 | Enhanced numeric functions |

Cloudera Exhibit 1020 - Page 1701 of 1808

Databricks_R2_PA_00003837

ANSI Standards

The optional features of SQL/Foundation:2003 that Oracle partially supports are listed in Table B–6:

**Table B–6    Partially Supported Optional Features of SQL/Foundation:2003**

| Feature ID, Feature | Partial Support |
|---|---|
| B031, Basic dynamic SQL | Oracle supports this, with the following restrictions:<br><br>■ Oracle supports a subset of the descriptor items.<br><br>■ For <input using clause>, Oracle only supports <using input descriptor>.<br><br>■ For <output using clause>, Oracle only supports <into descriptor>.<br><br>■ Dynamic parameters are indicated by a colon followed by an identifier rather than a question mark. |
| B032, Extended dynamic SQL | Oracle only implements the ability to declare global statements and global cursors from this feature; the rest of the feature is not supported. |
| F052, Intervals and datetime arithmetic | Oracle only supports the INTERVAL YEAR TO MONTH and INTERVAL DAY TO SECOND data types. |
| F111, Isolations levels other than SERIALIZABLE | In addition to SERIALIZABLE, Oracle supports the READ COMMITTED isolation level. |
| F191, Referential delete actions | Oracle supports ON DELETE CASCADE and ON DELETE SET NULL. |
| F302, INTERSECT table operator | Oracle supports INTERSECT but not INTERSECT ALL. |
| F312, MERGE statement | Oracle's MERGE statement is almost the same as the standard, with these exceptions:<br><br>■ Oracle does not support the optional AS keyword before a table alias<br><br>■ Oracle does not support the <override clause> |
| F391, Long identifiers | Oracle supports identifiers up to 30 characters in length. |
| F401, Extended joined table | Oracle supports FULL outer joins. |
| F531, Temporary tables | Oracle supports GLOBAL TEMPORARY tables. |

Cloudera Exhibit 1020 - Page 1702 of 1808

Databricks_R2_PA_00003838

**Table B–6   (Cont.)   Partially Supported Optional Features of SQL/Foundation:2003**

| Feature ID, Feature | Partial Support |
|---|---|
| F591, Derived tables | Oracle supports <derived table>, with the exception of: <br> ■ Oracle does not support the optional AS keyword before a table alias. <br> ■ Oracle does not support <derived column list>. |
| S111, ONLY in query expressions | Oracle supports the ONLY clause for view hierarchies; Oracle does not support hierarchies of base tables. |
| S162, Subtype treatment for references | The standard requires parentheses around the referenced types name; Oracle does not support parentheses in this position. |
| T041, Basic LOB data type support | Oracle supports this feature, except for <binary string literal> and the ability to specify an upper bound on the length of a LOB or CLOB. |
| T111, Updatable joins, unions and columns | Oracle's updatable join views are a subset of the standard's updatable join capabilities. |
| T121, WITH (excluding RECURSIVE) in query expression | Oracle supports this, except for the ability to rename the columns following the <query name>; instead, you can rename the columns in the <select list> of the query that is the definition of the <query name>. |
| T122, WITH (excluding RECURSIVE) in subquery | Same restriction as Feature T121. |

Cloudera Exhibit 1020 - Page 1703 of 1808

Databricks_R2_PA_00003839

ANSI Standards

*Table B–6  (Cont.)  Partially Supported Optional Features of SQL/Foundation:2003*

| Feature ID, Feature | Partial Support |
|---|---|
| T211, Basic trigger capability | Oracle's triggers differ from the standard as follows: |
| | ■ Oracle does not provide the optional syntax FOR EACH STATEMENT for the default case, the statement trigger. |
| | ■ Oracle does not support OLD TABLE and NEW TABLE; the transition tables specified in the standard (the multiset of before and after images of affected rows) are not available. |
| | ■ The trigger body is written in PL/SQL, which is functionally equivalent to the standard's procedural language PSM, but not the same. |
| | ■ In the trigger body, the new and old transition variables are referenced beginning with a colon. |
| | ■ Oracle's row triggers are executed as the row is processed, instead of buffering them and executing all of them after processing all rows. The standard's semantics are deterministic, but Oracle's in-flight row triggers are more performant. |
| | ■ Oracle's before row and before-statement triggers may perform DML statements, which is forbidden in the standard. On the other hand, Oracle's after-row statements may not perform DML, while it is permitted in the standard. |
| | ■ When multiple triggers apply, the standard says they are executed in order of definition; in Oracle the execution order is nondeterministic. |
| T271, Savepoints | Oracle supports this feature, except: |
| | ■ Oracle does not support RELEASE SAVEPOINT. |
| | ■ Oracle does not support savepoint levels. |
| T331, Basic roles | Oracle supports this feature, except for REVOKE ADMIN OPTION FOR <role name>. |

Oracle has equivalent functionality for the features listed in Table B–7

Cloudera Exhibit 1020 - Page 1704 of 1808

Databricks_R2_PA_00003840

**Table B–7    Equivalent Functionality for Optional Features of SQL/Foundation:2003**

| Feature ID, Feature | Equivalent Functionality |
| --- | --- |
| B031, Basic dynamic SQL | Oracle embedded preprocessors implement this feature, with the following modifications:<br><br>■ Parameters are indicated by a colon followed by an identifier, instead of a question mark.<br><br>■ Oracle's DESCRIBE SELECT LIST FOR statement replaces the standard's DESCRIBE OUTPUT.<br><br>■ Oracle provides DECLARE STATEMENT if you wish to declare a cursor using a dynamic SQL statement physically prior to the PREPARE statement that prepares the dynamic SQL statement. |
| B032, Extended dynamic SQL | Oracle's DESCRIBE BIND VARIABLES is equivalent to the standard's DESCRIBE INPUT. Oracle does not implement the rest of this feature. |
| F033, ALTER TABLE statement: DROP COLUMN clause | Oracle provides a DROP COLUMN clause, but without the RESTRICT or CASCADE options found in the standard. |
| F231, Privilege tables | Oracle makes this information available in the following metadata views:<br><br>■ Instead of TABLE_PRIVILEGES, use ALL_TAB_PRIVS.<br><br>■ Instead of COLUMN_PRIVILEGES, use ALL_COL_PRIVS.<br><br>■ Oracle does not support USAGE privileges so there is no equivalent to USAGE_PRIVILEGES. |
| F381, Extended schema manipulation | Oracle has equivalent functionality for the following parts of this feature:<br><br>■ \<alter column definition>: use the MODIFY keyword (instead of ALTER) in an ALTER TABLE statement to alter a column.<br><br>Oracle does not support the following parts of this feature:<br><br>■ \<drop schema statement><br><br>■ \<alter routine statement> |
| F571, Truth value tests | Oracle's LNNVL function is similar to the standard's IS NOT TRUE. |
| F690, Collation support | Oracle provides functions that may be used to change the collation of character expressions. |

Cloudera Exhibit 1020 - Page 1705 of 1808

Databricks_R2_PA_00003841

**Table B–7   (Cont.)   Equivalent Functionality for Optional Features of**

| Feature ID, Feature | Equivalent Functionality |
|---|---|
| S023, Basic structured types | Oracle's object types are equivalent to structured types in the standard. |
| S025, Final structured types | Oracle's final object types are equivalent to final structured types in the standard. |
| S041, Basic reference types | Oracle's reference types are equivalent to reference types in the standard. |
| S051, Create table of type | Oracle's object tables are equivalent to tables of structured type in the standard. |
| S081, Subtables | Oracle supports hierarchies of object views, but not of object base tables. To emulate a hierarchy of base tables, simply create a hierarchy of views on those base tables. |
| S091, Array types | Oracle's `VARRAY` types are equivalent to array types in the standard. |
| S092, Arrays of user-defined types | Oracle supports `VARRAY`s of object types. |
| S094, Arrays of reference types | Oracle supports `VARRAY`s of references. |
| S241, Transform functions | The Oracle Type Translator (OTT) provides the same capability as transforms. |
| S251, User-defined orderings | Oracle's object type ordering capabilities correspond to the standard's capabilities as follows:<br><br>■ Oracle's `MAP` ordering corresponds to the standard's `ORDER FULL BY MAP` ordering.<br><br>■ Oracle's `ORDER` ordering corresponds to the standard's `ORDER FULL BY RELATIVE` ordering.<br><br>■ If an Oracle object type has neither `MAP` nor `ORDER` declared, this corresponds to `EQUALS ONLY BY STATE` in the standard.<br><br>■ Oracle does not have unordered object types; you can alter the ordering but you cannot drop it. |
| T131, Recursive query | Oracle's `START WITH` and `CONNECT BY` clauses can be used to perform many recursive queries |
| T176, Sequence generator support | Oracle's sequences have the same capabilities as the standard's, though with different syntax. |

Cloudera Exhibit 1020 - Page 1706 of 1808

Databricks_R2_PA_00003842

## Oracle Compliance with SQL/CLI:2003

Oracle's ODBC driver conforms to SQL/CLI:2003.

## Oracle Compliance with SQL/PSM:2003

Oracle's PL/SQL provides functionality equivalent to SQL/PSM:2003, with minor syntactic differences, such as the spelling or arrangement of keywords.

## Oracle Compliance with SQL/MED:2003

Oracle does not comply with SQL/MED:2003.

## Oracle Compliance with SQL/XML:2003

The XML datatype in the standard is XML. The Oracle equivalent datatype is XMLType. We consider a feature of the standard to be fully supported if the only difference between Oracle and the standard is the spelling of the datatype name.

Table B–8 lists the XML features of the standard that are fully supported by Oracle.

**Table B–8    Fully Supported Features of SQL/XML:2003**

| Feature ID | Feature |
| --- | --- |
| X010 | XML type |
| X012 | Multisets of XML type |
| X016 | Persistent XML values |
| X020 | XML Concatenation |
| X031 | XMLElement |
| X032 | XMLForest |
| X034 | XMLAgg |
| X035 | XMLAgg: ORDER BY option |
| X041 | Basic table mapping: null absent |
| X042 | Basic table mapping null as nil |
| X043 | Basic table mapping: table as forest |
| X044 | Basic table mapping: table as element |
| X045 | Basic table mapping: with target namespace |

Cloudera Exhibit 1020 - Page 1707 of 1808

Databricks_R2_PA_00003843

ANSI Standards

*Table B–8    Fully Supported Features of SQL/XML:2003*

| Feature ID | Feature |
|---|---|
| X046 | Basic table mapping: data mapping |
| X047 | Basic table mapping: metadata mapping |
| X061 | XMLParse: CONTENT option |
| X062 | XMLParse: DOCUMENT option |
| X120 | XML parameters in SQL routines |
| X121 | XML parameters in external routines |

**Notes to Table B–8:**

- Features X041 through X047, basic table mappings: Oracle table mappings are available through a Java interface and through a package. Oracle table mappings have been generalized to map queries and not just tables. To map only a table: SELECT * FROM *table_name*.

- Features X061 and X062, XMLParse: These features are undocumented but are supported.

Table B–9 lists the features of SQL/XML:2003 that are supported through equivalent functionality in Oracle:

*Table B–9    Equivalent Functionality for SQL/XML:2003 Features*

| Feature ID, Feature | Equivalent Functionality |
|---|---|
| X011, Arrays of XML Types | In Oracle, array types must be named, whereas in the standard they are anonymous. |
| X014, Attributes of XML type | In Oracle, attributes of object types may be of type XMLType, but the syntax for creating object types is nonstandard. |
| X070, XMLSerialize: CONTENT option | In Oracle, serialization is done by invoking the GETCLOBVALUE method on an instance of XMLType. |
| X080, Namespaces in XML publishing | In the Oracle implementation of XMLElement, XMLAttributes are used to define namespaces (XMLNamespaces is not implemented. |
| X090, XML document predicate | In Oracle, you can test whether an XML value is a document by using the ISFRAGMENT method. |

Table B–10 lists the SQL/XML:2003 features that are not supported by Oracle.

Cloudera Exhibit 1020 - Page 1708 of 1808

Databricks_R2_PA_00003844

*Table B–10   Unsupported SQL/XML:2003 Features*

| Feature ID | Feature |
|---|---|
| X013 | Distinct types of XML |
| X015 | Fields of XML type |
| X033 | XMLRoot |
| X051 | Advanced table mapping: null absent |
| X052 | Advanced table mapping: null as nil |
| X053 | Advanced table mapping: table as forest |
| X054 | Advanced table mapping: table as element |
| X055 | Advanced table mapping: with target namespace |
| X056 | Advanced table mapping: data mapping |
| X057 | Advanced table mapping: metadata mapping |
| X081 | Query-level namespace declarations |
| X082 | XML namespace declarations in DML |
| X083 | XML namespace declarations in DDL |
| X084 | XML namespace declarations in compound statements |
| X100 | Host language support for XML: CONTENT option |
| X101 | Host language support for XML: DOCUMENT option |
| X110 | Host language support for XML: VARCHAR mapping |
| X111 | Host language support for XML: CLOB mapping |

## Oracle Compliance with FIPS 127-2

Oracle complied fully with last Federal Information Processing Standard (FIPS), which was FIPS PUB 127-2. That standard is no longer published. However, for users whose applications depend on information about the sizes of some database constructs that were defined in FIPS 127-2, we list the details of our compliance in Table B–11.

*Table B–11   Sizing for Database Constructs*

| Database Constructs | FIPS | Oracle Database |
|---|---|---|
| Length of an identifier (in bytes) | 18 | 30 |

Cloudera Exhibit 1020 - Page 1709 of 1808

Databricks_R2_PA_00003845

ANSI Standards

*Table B–11   (Cont.)   Sizing for Database Constructs*

| Database Constructs | FIPS | Oracle Database |
|---|---|---|
| Length of `CHARACTER` datatype (in bytes) | 240 | 2000 |
| Decimal precision of `NUMERIC` datatype | 15 | 38 |
| Decimal precision of `DECIMAL` datatype | 15 | 38 |
| Decimal precision of `INTEGER` datatype | 9 | 38 |
| Decimal precision of `SMALLINT` datatype | 4 | 38 |
| Binary precision of `FLOAT` datatype | 20 | 126 |
| Binary precision of `REAL` datatype | 20 | 63 |
| Binary precision of `DOUBLE PRECISION` datatype | 30 | 126 |
| Columns in a table | 100 | 1000 |
| Values in an `INSERT` statement | 100 | 1000 |
| SET clauses in an `UPDATE` statement (Note 1) | 20 | 1000 |
| Length of a row (Note2, Note 3) | 2,000 | 2,000,000 |
| Columns in a `UNIQUE` constraint | 6 | 32 |
| Length of a `UNIQUE` constraint (Note 2) | 120 | (Note 4) |
| Length of foreign key column list (Note 2) | 120 | (Note 4) |
| Columns in a `GROUP BY` clause | 6 | 255 (Note 5) |
| Length of `GROUP BY` column list | 120 | (Note 5) |
| Sort specifications in `ORDER BY` clause | 6 | 255 (Note 5) |
| Length of `ORDER BY` column list | 120 | (Note 5) |
| Columns in a referential integrity constraint | 6 | 32 |
| Tables referenced in a SQL statement | 15 | No limit |
| Cursors simultaneously open | 10 | (Note 6) |
| Items in a select list | 100 | 1000 |

**Note 1:** The number of `SET` clauses in an `UPDATE` statement refers to the number items separated by commas following the `SET` keyword.

**Note 2:** The FIPS PUB defines the length of a collection of columns to be the sum of: twice the number of columns, the length of each character column in bytes, decimal

Cloudera Exhibit 1020 - Page 1710 of 1808

Databricks_R2_PA_00003846

precision plus 1 of each exact numeric column, binary precision divided by 4 plus 1 of each approximate numeric column.

**Note 3:** The Oracle limit for the maximum row length is based on the maximum length of a row containing a LONG value of length 2 gigabytes and 999 VARCHAR2 values, each of length 4000 bytes:  2(254) + 231 + (999(4000)).

**Note 4:** The Oracle limit for a UNIQUE key is half the size of an Oracle data block (specified by the initialization parameter DB_BLOCK_SIZE) minus some overhead.

**Note 5:** Oracle places no limit on the number of columns in a GROUP BY clause or the number of sort specifications in an ORDER BY clause. However, the sum of the sizes of all the expressions in either a GROUP BY clause or an ORDER BY clause is limited to the size of an Oracle data block (specified by the initialization parameter DB_BLOCK_SIZE) minus some overhead.

**Note 6:** The Oracle limit for the number of cursors simultaneously opened is specified by the initialization parameter OPEN_CURSORS. The maximum value of this parameter depends on the memory available on your operating system and exceeds 100 in all cases.

## Oracle Extensions to Standard SQL

Oracle supports numerous features that extend beyond standard SQL. In your Oracle applications, you can use these extensions just as you can use Core SQL:2003.

If you are concerned with the portability of your applications to other implementations of SQL, use Oracle's FIPS Flagger to help identify the use of Oracle extensions to Entry SQL92 in your embedded SQL programs. The FIPS Flagger is part of the Oracle precompilers and the SQL*Module compiler.

> **See Also:**  *Pro*COBOL Programmer's Guide* and *Pro*C/C++ Programmer's Guide* for information on how to use the FIPS Flagger.

## Character Set Support

Oracle supports most national, international, and vendor-specific encoded character set standards. A complete list of character sets supported by Oracle Appears in Appendix A, "Locale Data", in *Oracle Database Globalization Support Guide.*

Unicode is a universal encoded character set that lets you store information from any language using a single character set. Unicode is required by modern standards such as XML, Java, JavaScript, and LDAP. Unicode is compliant with ISO/IEC

Cloudera Exhibit 1020 - Page 1711 of 1808

Databricks_R2_PA_00003847

standard 10646. You can obtain a copy of ISO/IEC standard 10646 from this address:

International Organization for Standardization
1 Rue de Varembé
Case postale 56
CH-1211, Geneva 20, Switzerland
Phone: +41.22.749.0111
Fax:   +41.22.733.3430
Web site: http://www.iso.ch/

Oracle Database complies fully with Unicode 3.0, the third and most recent version of the Unicode standard. For up-to-date information on this standard, visit the Web site of the Unicode Consortium:

http://www.unicode.org

Oracle uses UTF-8 (8-bit) encoding by way of three database character sets, two for ASCII-based platforms (UTF8 and AL32UTF8) and one for EBCDIC platforms (UTFE). If you prefer to implement Unicode support incrementally, you can store Unicode data in either the UTF-16 or UTF-8 encoding form, in the national character set, for the SQL NCHAR datatypes (NCHAR, NVARCHAR2, and NCLOB).

**See Also:**   *Oracle Database Globalization Support Guide* for details on Oracle character set support.

Cloudera Exhibit 1020 - Page 1712 of 1808

Databricks_R2_PA_00003848

# C

# Oracle Regular Expression Support

Oracle's implementation of regular expressions conforms with the IEEE Portable Operating System Interface (POSIX) regular expression standard and to the Unicode Regular Expression Guidelines of the Unicode Consortium.

This appendix contains the following sections:

- Multilingual Regular Expression Syntax
- Regular Expression Operator Multilingual Enhancements

## Multilingual Regular Expression Syntax

Table C–1 lists the full set of operators defined in the POSIX standard Extended Regular Expression (ERE) syntax. Oracle follows the exact syntax and matching semantics for these operators as defined in the POSIX standard for matching ASCII (English language) data. Notes following the table provide more complete descriptions of the operators and their functions, as well as Oracle multilingual enhancements of the operators. Table C–2 summarizes Oracle support for and multilingual enhancement of the POSIX operators.

*Table C–1    Regular Expression Operators and Metasymbols*

| Operator | Description |
|---|---|
| \ [a] | The backslash character can have four different meanings depending on the context. It can:<br><br>■ Stand for itself<br><br>■ Quote the next character<br><br>■ Introduce an operator<br><br>■ Do nothing |

Cloudera Exhibit 1020 - Page 1713 of 1808

Databricks_R2_PA_00003849

Multilingual Regular Expression Syntax

***Table C–1   (Cont.)  Regular Expression Operators and Metasymbols***

| Operator | Description |
|---|---|
| * | Matches zero or more occurrences |
| + | Matches one or more occurrences |
| ? | Matches zero or one occurrence |
| &#124; | Alternation operator for specifying alternative matches |
| ^ [b] | Matches the beginning-of-line character |
| $ [b] | Matches the end-of-line character |
| . [c] | Matches any character in the supported character set except NULL |
| [ ] [d] | Bracket expression for specifying a matching list that should match any one of the expressions represented in the list. A nonmatching list expression begins with a circumflex (^) and specifies a list that matches any character except for the expressions represented in the list. |
| ( ) | Grouping expression, treated as a single subexpression |
| {m} | Matches exactly m times |
| {m,} | Matches at least m times |
| {m,n} | Matches at least m times but no more than n times |
| \n [e] | The backreference expression (n is a digit between 1 and 9) matches the $n^{th}$ subexpression enclosed between '(' and ')' preceding the \n |
| [..] [f] | Specifies one collation element, and can be a multicharacter element (for example, [.ch.] in Spanish) |
| [: :] [g] | Specifies character classes (for example, [:alpha:]). It matches any character within the character class. |
| [==] [h] | Specifies equivalence classes. For example, [=a=] matches all characters having base letter 'a'. |

**Notes on the POSIX operators and Oracle enhancements:**

[a] **'\':** The backslash operator can be used to make the character following it normal if it is an operator. For example, '\*' is interpreted as the asterisk string literal.

[b] **'^' and '$':** The characters '^' and '$' are the POSIX anchoring operators. By default, they match only the beginning or end of an entire string. Oracle lets you specify '^' and '$' to match the start or end of any line anywhere within the source string. This in turns lets you treat the source string as multiple lines.

Cloudera Exhibit 1020 - Page 1714 of 1808

Databricks_R2_PA_00003850

[c] **'.':** In the POSIX standard, the "match any character" operator ('.') is defined to match any English character except NULL and the newline character. In the Oracle implementation, the '.' operator can match any character in the database character set, including the newline character.

[d] **'[]':** In the POSIX standard, a range in a regular expression includes all collation elements between the start and end points of the range in the linguistic definition of the current locale. Therefore, ranges in regular expressions are linguistic ranges rather than byte values ranges, and the semantics of the range expression are independent of character set. Oracle implements this independence by interpreting range expressions according to the linguistic definition determined by the NLS_SORT initialization parameter.

[e] **'\n':** The backreference expression '\n' matches the same string of characters as was matched by the $n^{th}$ subexpression. The character $n$ must be a digit from 1 to 9, designating the $n^{th}$ subexpression, numbered from left to right. The expression is invalid if the source string contains fewer than $n$ subexpressions preceding the \n. For example, the regular expression ^(.*)\1$ matches a line consisting of two adjacent appearances of the same string. Oracle supports the backreference expression in the regular expression pattern and the replacement string of the REGEXP_REPLACE function.

[f] **'[..]':** A collating element is a unit of collation and is equal to one character in most cases, but may comprise two or more characters in some languages. Historically, regular expression syntax does not support ranges containing multicharacter collation elements, such as the range 'a' through 'ch'. The POSIX standard introduces the collation element delimiter '[..]', which lets you delimit multicharacter collection elements such like this one as follows: '[a-[.ch.]]'. The collation elements supported by Oracle are determined by the setting of the NLS_SORT initialization parameter. The collation element is valid only inside the bracketed expression.

[g] **'[::]':** In English regular expressions, range expressions often indicate a character class. For example, '[a-z]' indicates any lowercase character. This convention is not useful in multilingual environments where the first and last character of a given character class may not be the same in all languages. The POSIX standard introduces a portable character class syntax, '[::]'. Oracle supports the following character classes, based on character class definitions in NLS classification data:

| Character Class Syntax | Meaning |
| --- | --- |
| [:alnum:] | All alphanumeric characters |
| [:alpha:] | All alphabetic characters |

Cloudera Exhibit 1020 - Page 1715 of 1808

Databricks_R2_PA_00003851

| Character Class Syntax | Meaning |
|---|---|
| [:blank:] | All blank space characters. |
| [:cntrl:] | All control characters (nonprinting) |
| [:digit:] | All numeric digits |
| [:graph:] | All [:punct:], [:upper:], [:lower:], and [:digit:] characters. |
| [:lower:] | All lowercase alphabetic characters |
| [:print:] | All printable characters |
| [:punct:] | All punctuation characters |
| [:space:] | All space characters (nonprinting) |
| [:upper:] | All uppercase alphabetic characters |
| [:xdigit:] | All valid hexadecimal characters |

This character class syntax lets you make better use of NLS character definitions to write flexible regular expressions. These character classes are valid only inside the bracketed expression.

[h] '[==]': Oracle supports the equivalence classes through the POSIX '[==]' syntax. A base letter and all of its accented versions constitute an equivalence class. For example, the equivalence class '[=a=]' matches ä and â. The equivalence classes are valid only inside the bracketed expression.

**Restriction on equivalence classes:** Composed and decomposed versions of the same equivalence class do not match. For example, ä does not match a followed by umlaut.

# Regular Expression Operator Multilingual Enhancements

When applied to multilingual data, Oracle's implementation of the POSIX operators extends beyond the matching capabilities specified in the POSIX standard. Table C–2 shows the relationship of the operators in the context of the POSIX standard.

- The first column lists the supported operators.
- The second and third columns indicate whether the POSIX standard (Basic Regular Expression--BRE and Extended Regular Expression--ERE, respectively) defines the operator

Cloudera Exhibit 1020 - Page 1716 of 1808

■ The fourth column indicates whether Oracle's implementation extends the operator's semantics for handling multilingual data.

Oracle lets you enter multibyte characters directly, if you have a direct input method, or you can use functions to compose the multibyte characters. You cannot use the Unicode hexadecimal encoding value of the form '\xxxx'. Oracle evaluates the characters based on the byte values used to encode the character, not the graphical representation of the character.

*Table C–2    POSIX and Multilingual Operator Relationships*

| Operator | POSIX BRE syntax | POSIX ERE Syntax | Multilingual Enhancement |
|---|---|---|---|
| \ | Yes | Yes | — |
| * | Yes | Yes | — |
| + | — | Yes | — |
| ? | — | Yes | — |
| \| | — | Yes | — |
| ^ | Yes | Yes | Yes |
| $ | Yes | Yes | Yes |
| . | Yes | Yes | Yes |
| [ ] | Yes | Yes | Yes |
| ( ) | Yes | Yes | — |
| {m} | Yes | Yes | — |
| {m,} | Yes | Yes | — |
| {m,n} | Yes | Yes | — |
| \n | Yes | Yes | Yes |
| [..] | Yes | Yes | Yes |
| [::] | Yes | Yes | Yes |
| [==] | Yes | Yes | Yes |

Cloudera Exhibit 1020 - Page 1717 of 1808

Databricks_R2_PA_00003853

Regular Expression Operator Multilingual Enhancements

Cloudera Exhibit 1020 - Page 1718 of 1808

Databricks_R2_PA_00003854

# D

# Oracle Database Reserved Words

This appendix lists Oracle reserved words. Words followed by an asterisk (*) are also ANSI reserved words.

> **Note:**   In addition to the following reserved words, Oracle uses system-generated names beginning with "SYS_" for implicitly generated schema objects and subobjects. Oracle discourages you from using this prefix in the names you explicitly provide to your schema objects and subobjects to avoid possible conflict in name resolution.

```
ACCESS
ADD *
ALL *
ALTER *
AND *
ANY *
AS *
ASC *
AUDIT
BETWEEN *
BY *
CHAR *
CHECK *
CLUSTER
COLUMN
COMMENT
COMPRESS
CONNECT *
CREATE *
```

Cloudera Exhibit 1020 - Page 1719 of 1808

Databricks_R2_PA_00003855

```
CURRENT *
DATE *
DECIMAL *
DEFAULT *
DELETE *
DESC *
DISTINCT *
DROP *
ELSE *
EXCLUSIVE
EXISTS
FILE
FLOAT *
FOR *
FROM *
GRANT *
GROUP *
HAVING *
IDENTIFIED
IMMEDIATE *
IN *
INCREMENT
INDEX
INITIAL
INSERT *
INTEGER *
INTERSECT *
INTO *
IS *
LEVEL *
LIKE *
LOCK
LONG
MAXEXTENTS
MINUS
MLSLABEL
MODE
MODIFY
NOAUDIT
NOCOMPRESS
NOT *
```

Cloudera Exhibit 1020 - Page 1720 of 1808

Databricks_R2_PA_00003856

```
NOWAIT
NULL *
NUMBER
OF *
OFFLINE
ON *
ONLINE
OPTION *
OR *
ORDER *
PCTFREE
PRIOR *
PRIVILEGES *
PUBLIC *
RAW
RENAME
RESOURCE
REVOKE *
ROW
ROWID
ROWNUM
ROWS *
SELECT *
SESSION *
SET *
SHARE
SIZE *
SMALLINT *
START
SUCCESSFUL
SYNONYM
SYSDATE
TABLE *
THEN *
TO *
TRIGGER
UID
UNION *
UNIQUE *
UPDATE *
USER *
```

Oracle Database Reserved Words   **D-3**

Cloudera Exhibit 1020 - Page 1721 of 1808

Databricks_R2_PA_00003857

```
VALIDATE
VALUES  *
VARCHAR  *
VARCHAR2
VIEW  *
WHENEVER  *
WHERE
WITH  *
```

Cloudera Exhibit 1020 - Page 1722 of 1808

Databricks_R2_PA_00003858

# E

# Examples

The body of the *SQL Reference* contains examples for almost every reference topic. This appendix contains lengthy examples that are appropriate in the context of a single SQL statement. These examples are intended to provide uninterrupted the series of steps that you would use to take advantage of particular Oracle functionality. They do not replace the syntax diagrams and semantics found for each individual SQL statement in the body of the reference. Please use the cross-references provided to access additional information, such as privileges required and restrictions, as well as syntax.

This appendix contains the following sections:

- Using Extensible Indexing
- Using XML in SQL Statements

## Using Extensible Indexing

This section provides examples of the steps entailed in a simple but realistic extensible indexing scenario.

Suppose you want to rank the salaries in the HR.employees table and then find those that rank between 10 and 20. You could use the DENSE_RANK function, as follows:

```
SELECT last_name, salary FROM
   (SELECT last_name, DENSE_RANK() OVER
      (ORDER BY salary DESC) rank_val, salary FROM employees)
   WHERE rank_val BETWEEN 10 AND 20;
```

**See Also:**   DENSE_RANK on page 7-64

Cloudera Exhibit 1020 - Page 1723 of 1808

Databricks_R2_PA_00003859

This nested query is somewhat complex, and it requires a full scan of the `employees` table as well as a sort. An alternative would be to use extensible indexing to achieve the same goal. The resulting query will be simpler. The query will require only an index scan and a table access by rowid, and will therefore perform much more efficiently.

The first step is to create the implementation type `position_im`, including method headers for index definition, maintenance, and creation. (Most of the type body uses PL/SQL, which is shown in italics.)

> **See Also:**
>
> - CREATE TYPE on page 17-3 and CREATE TYPE BODY on page 17-26
>
> - *Oracle Data Cartridge Developer's Guide* for complete information on the ODCI routines in this statement
>
> - *PL/SQL User's Guide and Reference*

```
CREATE OR REPLACE TYPE position_im AS OBJECT
(
  curnum  NUMBER,
  howmany NUMBER,
  lower_bound NUMBER,   --lower_bound and upper_bound are used for the
  upper_bound NUMBER,   --index-based functional implementation.
  STATIC FUNCTION ODCIGETINTERFACES(ifclist OUT SYS.ODCIOBJECTLIST) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXCREATE
    (ia SYS.ODCIINDEXINFO, parms VARCHAR2, env SYS.ODCIEnv) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXTRUNCATE (ia SYS.ODCIINDEXINFO,
                                     env SYS.ODCIEnv) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXDROP(ia SYS.ODCIINDEXINFO,
                             env SYS.ODCIEnv) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXINSERT(ia SYS.ODCIINDEXINFO, rid ROWID,
                             newval NUMBER, env SYS.ODCIEnv) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXDELETE(ia SYS.ODCIINDEXINFO, rid ROWID, oldval NUMBER,
                             env SYS.ODCIEnv) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXUPDATE(ia SYS.ODCIINDEXINFO, rid ROWID, oldval NUMBER,
                             newval NUMBER, env SYS.ODCIEnv) RETURN NUMBER,
  STATIC FUNCTION ODCIINDEXSTART(SCTX IN OUT position_im, ia SYS.ODCIINDEXINFO,
                             op SYS.ODCIPREDINFO, qi SYS.ODCIQUERYINFO,
                             strt NUMBER, stop NUMBER, lower_pos NUMBER,
                             upper_pos NUMBER, env SYS.ODCIEnv) RETURN NUMBER,
  MEMBER FUNCTION ODCIINDEXFETCH(SELF IN OUT position_im, nrows NUMBER,
                             rids OUT SYS.ODCIRIDLIST, env SYS.ODCIEnv)
```

Cloudera Exhibit 1020 - Page 1724 of 1808

Databricks_R2_PA_00003860

```
                                RETURN NUMBER,
  MEMBER FUNCTION ODCIINDEXCLOSE(env SYS.ODCIEnv) RETURN NUMBER
);
/

CREATE OR REPLACE TYPE BODY position_im
IS
   STATIC FUNCTION ODCIGETINTERFACES(ifclist OUT SYS.ODCIOBJECTLIST)
      RETURN NUMBER IS
   BEGIN
      ifclist := SYS.ODCIOBJECTLIST(SYS.ODCIOBJECT('SYS','ODCIINDEX2'));
      RETURN ODCICONST.SUCCESS;
   END ODCIGETINTERFACES;

 STATIC FUNCTION ODCIINDEXCREATE (ia SYS.ODCIINDEXINFO, parms VARCHAR2, env SYS.ODCIEnv) RETURN
NUMBER
  IS
   stmt   VARCHAR2(2000);
  BEGIN
   -- construct the sql statement
   stmt := 'Create Table ' || ia.INDEXSCHEMA || '.' || ia.INDEXNAME ||
           '_STORAGE_TAB' || '(col_val, base_rowid, constraint pk PRIMARY KEY ' ||
           '(col_val, base_rowid)) ORGANIZATION INDEX AS SELECT ' ||
           ia.INDEXCOLS(1).COLNAME || ', ROWID FROM ' ||
           ia.INDEXCOLS(1).TABLESCHEMA || '.' || ia.INDEXCOLS(1).TABLENAME;

   EXECUTE IMMEDIATE stmt;
   RETURN ODCICONST.SUCCESS;
  END;

  STATIC FUNCTION ODCIINDEXDROP(ia SYS.ODCIINDEXINFO, env SYS.ODCIEnv) RETURN NUMBER IS
   stmt VARCHAR2(2000);
  BEGIN
   -- construct the sql statement
   stmt := 'DROP TABLE ' || ia.INDEXSCHEMA || '.' || ia.INDEXNAME ||
   '_STORAGE_TAB';

   EXECUTE IMMEDIATE stmt;
   RETURN ODCICONST.SUCCESS;
  END;

  STATIC FUNCTION ODCIINDEXTRUNCATE(ia SYS.ODCIINDEXINFO, env SYS.ODCIEnv) RETURN NUMBER IS
   stmt VARCHAR2(2000);
  BEGIN
   -- construct the sql statement
```

Cloudera Exhibit 1020 - Page 1725 of 1808

Databricks_R2_PA_00003861

Using Extensible Indexing

```
stmt := 'TRUNCATE TABLE ' || ia.INDEXSCHEMA || '.' || ia.INDEXNAME || '_STORAGE_TAB';

EXECUTE IMMEDIATE stmt;
RETURN ODCICONST.SUCCESS;
END;

STATIC FUNCTION ODCIINDEXINSERT(ia SYS.ODCIINDEXINFO, rid ROWID,
                    newval NUMBER, env SYS.ODCIEnv) RETURN NUMBER IS
stmt VARCHAR2(2000);
BEGIN
  -- construct the sql statement
  stmt := 'INSERT INTO ' || ia.INDEXSCHEMA || '.' || ia.INDEXNAME ||
      '_STORAGE_TAB  VALUES (''' || newval || ''' , ''' || rid || ''' )';

  -- execute the statement
  EXECUTE IMMEDIATE stmt;

  RETURN ODCICONST.SUCCESS;
END;

STATIC FUNCTION ODCIINDEXDELETE(ia SYS.ODCIINDEXINFO, rid ROWID, oldval NUMBER,
                        env SYS.ODCIEnv)
   RETURN NUMBER IS
stmt VARCHAR2(2000);
BEGIN
  -- construct the sql statement
  stmt := 'DELETE FROM ' || ia.INDEXSCHEMA || '.' || ia.INDEXNAME ||
      '_STORAGE_TAB WHERE col_val = ''' || oldval || ''' AND base_rowid = ''' || rid ||
'''';

  -- execute the statement
  EXECUTE IMMEDIATE stmt;

  RETURN ODCICONST.SUCCESS;
END;

STATIC FUNCTION ODCIINDEXUPDATE(ia SYS.ODCIINDEXINFO, rid ROWID, oldval NUMBER,
                    newval NUMBER, env SYS.ODCIEnv) RETURN NUMBER IS
stmt VARCHAR2(2000);
BEGIN
  -- construct the sql statement
  stmt := 'UPDATE ' || ia.INDEXSCHEMA || '.' || ia.INDEXNAME ||
      '_STORAGE_TAB SET col_val = ''' || newval || ''' WHERE f2 = '''|| rid ||'''';

  -- execute the statement
```

**E-4**  SQL Reference

Cloudera Exhibit 1020 - Page 1726 of 1808

Databricks_R2_PA_00003862

```
 EXECUTE IMMEDIATE stmt;

 RETURN ODCICONST.SUCCESS;
END;

STATIC FUNCTION ODCIINDEXSTART(SCTX IN OUT position_im, ia SYS.ODCIINDEXINFO,
                     op SYS.ODCIPREDINFO, qi SYS.ODCIQUERYINFO,
                     strt NUMBER, stop NUMBER, lower_pos NUMBER,
                     upper_pos NUMBER, env SYS.ODCIEnv) RETURN NUMBER IS

  rid                VARCHAR2(5072);
  storage_tab_name   VARCHAR2(65);
  lower_bound_stmt   VARCHAR2(2000);
  upper_bound_stmt   VARCHAR2(2000);
  range_query_stmt   VARCHAR2(2000);
  lower_bound        NUMBER;
  upper_bound        NUMBER;
  cnum               INTEGER;
  nrows              INTEGER;

BEGIN
  -- Take care of some error cases.
  -- The only predicates in which position operator can appear are
  --    op() = 1    OR
  --    op() = 0    OR
  --    op() between 0 and 1
  IF (((strt != 1) AND (strt != 0)) OR
     ((stop != 1) AND (stop != 0)) OR
     ((strt = 1) AND (stop = 0))) THEN
    RAISE_APPLICATION_ERROR(-20101,
                          'incorrect predicate for position_between operator');
  END IF;

  IF (lower_pos > upper_pos) THEN
    RAISE_APPLICATION_ERROR(-20101, 'Upper Position must be greater than or
    equal to Lower Position');
  END IF;

  IF (lower_pos <= 0) THEN
    RAISE_APPLICATION_ERROR(-20101, 'Both Positions must be greater than zero');
  END IF;

  storage_tab_name := ia.INDEXSCHEMA || '.' || ia.INDEXNAME ||
                      '_STORAGE_TAB';
  upper_bound_stmt := 'Select MIN(col_val) FROM (Select /*+ INDEX_DESC(' ||
```

Examples **E-5**

Cloudera Exhibit 1020 - Page 1727 of 1808

Databricks_R2_PA_00003863

Using Extensible Indexing

```
                   storage_tab_name || ') */ DISTINCT ' ||
                   'col_val FROM ' || storage_tab_name || ' ORDER BY ' ||
                   'col_val DESC) WHERE rownum <= ' || lower_pos;
   EXECUTE IMMEDIATE upper_bound_stmt INTO upper_bound;

   IF (lower_pos != upper_pos) THEN
     lower_bound_stmt := 'Select MIN(col_val) FROM (Select /*+ INDEX_DESC(' ||
                     storage_tab_name || ') */ DISTINCT ' ||
                     'col_val FROM ' || storage_tab_name ||
                     ' WHERE col_val < ' || upper_bound || ' ORDER BY ' ||
                     'col_val DESC) WHERE rownum <= ' ||
                     (upper_pos - lower_pos);
     EXECUTE IMMEDIATE lower_bound_stmt INTO lower_bound;
   ELSE
     lower_bound := upper_bound;
   END IF;

   IF (lower_bound IS NULL) THEN
     lower_bound := upper_bound;
   END IF;

   range_query_stmt := 'Select base_rowid FROM ' || storage_tab_name ||
                   ' WHERE col_val BETWEEN ' || lower_bound || ' AND ' ||
                   upper_bound;

   cnum := DBMS_SQL.OPEN_CURSOR;
   DBMS_SQL.PARSE(cnum, range_query_stmt, DBMS_SQL.NATIVE);

   -- set context as the cursor number
   SCTX := position_im(cnum, 0, 0, 0);

   -- return success
   RETURN ODCICONST.SUCCESS;
END;

MEMBER FUNCTION ODCIINDEXFETCH(SELF IN OUT position_im, nrows NUMBER,
                            rids OUT SYS.ODCIRIDLIST, env SYS.ODCIEnv)
 RETURN NUMBER IS
  cnum    INTEGER;
  rid_tab DBMS_SQL.Varchar2_table;
  rlist   SYS.ODCIRIDLIST := SYS.ODCIRIDLIST();
  i       INTEGER;
  d       INTEGER;
BEGIN
  cnum := SELF.curnum;
```

**E-6** SQL Reference

Cloudera Exhibit 1020 - Page 1728 of 1808

Databricks_R2_PA_00003864

```
IF self.howmany = 0 THEN
  dbms_sql.define_array(cnum, 1, rid_tab, nrows, 1);
  d := DBMS_SQL.EXECUTE(cnum);
END IF;

d := DBMS_SQL.FETCH_ROWS(cnum);

IF d = nrows THEN
  rlist.extend(d);
ELSE
  rlist.extend(d+1);
END IF;

DBMS_SQL.COLUMN_VALUE(cnum, 1, rid_tab);

for i in 1..d loop
  rlist(i) := rid_tab(i+SELF.howmany);
end loop;

SELF.howmany := SELF.howmany + d;
rids := rlist;

RETURN ODCICONST.SUCCESS;
END;

MEMBER FUNCTION ODCIINDEXCLOSE(env SYS.ODCIEnv) RETURN NUMBER IS
  cnum INTEGER;
BEGIN
  cnum := SELF.curnum;
  DBMS_SQL.CLOSE_CURSOR(cnum);
  RETURN ODCICONST.SUCCESS;
END;

END;
/
```

The next step is to create the functional implementation `function_for_position_between` for the operator that will be associated with the indextype. (The PL/SQL blocks are shown in parentheses.)

This function is for use with an index-based function evaluation. Therefore, it takes an index context and scan context as parameters.

Cloudera Exhibit 1020 - Page 1729 of 1808

Databricks_R2_PA_00003865

**See Also:**

- *Oracle Data Cartridge Developer's Guide* for information on creating index-based functional implementation

- CREATE FUNCTION on page 14-61 and *PL/SQL User's Guide and Reference*

```
CREATE OR REPLACE FUNCTION function_for_position_between
                        (col NUMBER, lower_pos NUMBER, upper_pos NUMBER,
                         indexctx IN SYS.ODCIIndexCtx,
                         scanctx IN OUT position_im,
                         scanflg IN NUMBER)
RETURN NUMBER AS
  rid             ROWID;
  storage_tab_name VARCHAR2(65);
  lower_bound_stmt VARCHAR2(2000);
  upper_bound_stmt VARCHAR2(2000);
  col_val_stmt    VARCHAR2(2000);
  lower_bound     NUMBER;
  upper_bound     NUMBER;
  column_value    NUMBER;
BEGIN
  IF (indexctx.IndexInfo IS NOT NULL) THEN
    storage_tab_name := indexctx.IndexInfo.INDEXSCHEMA || '.' ||
                        indexctx.IndexInfo.INDEXNAME || '_STORAGE_TAB';
    IF (scanctx IS NULL) THEN
      --This is the first call.  Open a cursor for future calls.
      --First, do some error checking
      IF (lower_pos > upper_pos) THEN
        RAISE_APPLICATION_ERROR(-20101,
          'Upper Position must be greater than or equal to Lower Position');
      END IF;
      IF (lower_pos <= 0) THEN
        RAISE_APPLICATION_ERROR(-20101,
          'Both Positions must be greater than zero');
      END IF;
      --Obtain the upper and lower value bounds for the range we're interested
      --in.
      upper_bound_stmt := 'Select MIN(col_val) FROM (Select /*+ INDEX_DESC(' ||
                        storage_tab_name || ') */ DISTINCT ' ||
                        'col_val FROM ' || storage_tab_name || ' ORDER BY ' ||
                        'col_val DESC) WHERE rownum <= ' || lower_pos;
      EXECUTE IMMEDIATE upper_bound_stmt INTO upper_bound;
      IF (lower_pos != upper_pos) THEN
```

Cloudera Exhibit 1020 - Page 1730 of 1808

Databricks_R2_PA_00003866

```
      lower_bound_stmt := 'Select MIN(col_val) FROM (Select /*+ INDEX_DESC(' ||
                          storage_tab_name || ') */ DISTINCT ' ||
                          'col_val FROM ' || storage_tab_name ||
                          ' WHERE col_val < ' || upper_bound || ' ORDER BY ' ||
                          'col_val DESC) WHERE rownum <= ' ||
                          (upper_pos - lower_pos);
      EXECUTE IMMEDIATE lower_bound_stmt INTO lower_bound;
    ELSE
      lower_bound := upper_bound;
    END IF;
    IF (lower_bound IS NULL) THEN
      lower_bound := upper_bound;
    END IF;
    --Store the lower and upper bounds for future function invocations for
    --the positions.
    scanctx := position_im(0, 0, lower_bound, upper_bound);
  END IF;
  --Fetch the column value corresponding to the rowid, and see if it falls
  --within the determined range.
  col_val_stmt := 'Select col_val FROM ' || storage_tab_name ||
                  ' WHERE base_rowid = ''' || indexctx.Rid || '''';
  EXECUTE IMMEDIATE col_val_stmt INTO column_value;
  IF (column_value <= scanctx.upper_bound AND
      column_value >= scanctx.lower_bound AND
      scanflg = ODCICONST.RegularCall) THEN
    RETURN 1;
  ELSE
    RETURN 0;
  END IF;
ELSE
  RAISE_APPLICATION_ERROR(-20101, 'A column that has a domain index of' ||
                          'Position indextype must be the first argument');
END IF;
END;
/
```

Next, create the position_between operator, which uses the function_for_position_between function. The operator takes an indexed NUMBER column as the first argument, followed by a NUMBER lower and upper bound as the second and third arguments.

**See Also:** CREATE OPERATOR on page 15-42

```
CREATE OR REPLACE OPERATOR position_between
```

Examples    **E-9**

Cloudera Exhibit 1020 - Page 1731 of 1808

Databricks_R2_PA_00003867

```
BINDING (NUMBER, NUMBER, NUMBER) RETURN NUMBER
WITH INDEX CONTEXT, SCAN CONTEXT position_im
USING function_for_position_between;
```

In this `CREATE OPERATOR` statement, the `WITH INDEX CONTEXT, SCAN CONTEXT position_im` clause is included so that the index context and scan context are passed in to the functional evaluation, which is index based.

Now create the `position_indextype` indextype for the `position_operator`:

> **See Also:**  CREATE INDEXTYPE on page 14-105

```
CREATE INDEXTYPE position_indextype
   FOR position_between(NUMBER, NUMBER, NUMBER)
   USING position_im;
```

The operator `position_between` uses an index-based functional implementation. Therefore, a domain index must be defined on the referenced column so that the index information can be passed into the functional evaluation. So the final step is to create the domain index `salary_index` using the `position_indextype` indextype:

> **See Also:**  CREATE INDEX on page 14-75

```
CREATE INDEX salary_index ON employees(salary)
   INDEXTYPE IS position_indextype;
```

Now you can use the `position_between` operator function to rewrite the original query as follows:

```
SELECT last_name, salary FROM employees
   WHERE position_between(salary, 10, 20)=1
   ORDER BY salary DESC;
```

```
LAST_NAME                     SALARY
------------------------- ----------
Tucker                         10000
King                           10000
Baer                           10000
Bloom                          10000
Fox                             9600
Bernstein                       9500
Sully                           9500
Greene                          9500
```

Cloudera Exhibit 1020 - Page 1732 of 1808

Databricks_R2_PA_00003868

```
Hunold                          9000
Faviet                          9000
McEwen                          9000
Hall                            9000
Hutton                          8800
Taylor                          8600
Livingston                      8400
Gietz                           8300
Chen                            8200
Fripp                           8200
Weiss                           8000
Olsen                           8000
Smith                           8000
Kaufling                        7900
```

# Using XML in SQL Statements

This section describes some of the ways you can use XMLType data in the database.

## XMLType Tables

The sample schema oe contains a table warehouses, which contains an XMLType column warehouse_spec. Suppose you want to create a separate table with the warehouse_spec information. The following example creates a very simple XMLType table with one implicit CLOB column:

```
CREATE TABLE xwarehouses OF XMLTYPE;
```

You can insert into such a table using XMLType syntax, as shown in the next statement. (The data inserted in this example corresponds to the data in the warehouse_spec column of the sample table oe.warehouses where warehouse_id = 1.)

```
INSERT INTO xwarehouses VALUES
  (xmltype('<?xml version="1.0"?>
  <Warehouse>
    <WarehouseId>1</WarehouseId>
    <WarehouseName>Southlake, Texas</WarehouseName>
    <Building>Owned</Building>
    <Area>25000</Area>
    <Docks>2</Docks>
    <DockType>Rear load</DockType>
    <WaterAccess>true</WaterAccess>
    <RailAccess>N</RailAccess>
    <Parking>Street</Parking>
```

Cloudera Exhibit 1020 - Page 1733 of 1808

Databricks_R2_PA_00003869

Using XML in SQL Statements

```
    <VClearance>10</VClearance>
</Warehouse>'));
```

> **See Also:** *Oracle XML DB Developer's Guide* for information on
> `XMLType` and its member methods

You can query this table with the following statement:

```
SELECT e.getClobVal() FROM xwarehouses e;
```

Because Oracle implicitly stores the data in a `CLOB` column, it is subject to all of the restrictions on LOB columns. To avoid these restrictions, create an XMLSchema-based table. The XMLSchema maps the XML elements to their object-relational equivalents. The following example registers an XMLSchema locally. The XMLSchema (`xwarhouses.xsd`) reflects the same structure as the `xwarehouses` table. (XMLSchema declarations use PL/SQL and the `DBMS_XMLSCHEMA` package, so the example is shown in italics.)

> **See Also:** *Oracle XML DB Developer's Guide* for information on
> creating XMLSchemas

```
begin
 dbms_xmlschema.registerSchema(
  'http://www.oracle.com/xwarehouses.xsd',
  '<schema xmlns="http://www.w3.org/2001/XMLSchema"
       targetNamespace="http://www.oracle.com/xwarehouses.xsd"
       xmlns:who="http://www.oracle.com/xwarehouses.xsd"
       version="1.0">

  <simpleType name="RentalType">
   <restriction base="string">
    <enumeration value="Rented"/>
    <enumeration value="Owned"/>
   </restriction>
  </simpleType>

  <simpleType name="ParkingType">
   <restriction base="string">
    <enumeration value="Street"/>
    <enumeration value="Lot"/>
   </restriction>
  </simpleType>

  <element name = "Warehouse">
```

**E-12** SQL Reference

Databricks_R2_PA_00003870

```
    <complexType>
     <sequence>
     <element name = "WarehouseId"    type = "positiveInteger"/>
     <element name = "WarehouseName"  type = "string"/>
     <element name = "Building"       type = "who:RentalType"/>
     <element name = "Area"           type = "positiveInteger"/>
     <element name = "Docks"          type = "positiveInteger"/>
     <element name = "DockType"       type = "string"/>
     <element name = "WaterAccess"    type = "boolean"/>
     <element name = "RailAccess"     type = "boolean"/>
     <element name = "Parking"        type = "who:ParkingType"/>
     <element name = "VClearance"     type = "positiveInteger"/>
     </sequence>
    </complexType>
  </element>
</schema>',
   TRUE, TRUE, FALSE, FALSE);
end;
/
```

Now you can create an XMLSchema-based table, as shown in the following
example:

```
CREATE TABLE xwarehouses OF XMLTYPE
   XMLSCHEMA "http://www.oracle.com/xwarehouses.xsd"
   ELEMENT "Warehouse";
```

By default, Oracle stores this as an object-relational table. Therefore, you can insert
into it as shown in the example that follows. (The data inserted in this example
corresponds to the data in the warehouse_spec column of the sample table
oe.warehouses where warehouse_id = 1.)

```
INSERT INTO xwarehouses VALUES(
   xmltype.createxml('<?xml version="1.0"?>
   <who:Warehouse xmlns:who="http://www.oracle.com/xwarehouse.xsd"
   xmlns:xsi="http://www.w3.org/2000/10/XMLSchema-instance"
   xsi:schemaLocation="http://www.oracle.com/xwarehouse.xsd
   http://www.oracle.com/xwarehouse.xsd">
      <WarehouseId>1</WarehouseId>
      <WarehouseName>Southlake, Texas</WarehouseName>
      <Building>Owned</Building>
      <Area>25000</Area>
      <Docks>2</Docks>
      <DockType>Rear load</DockType>
      <WaterAccess>true</WaterAccess>
      <RailAccess>false</RailAccess>
```

Cloudera Exhibit 1020 - Page 1735 of 1808

Databricks_R2_PA_00003871

```
<Parking>Street</Parking>
<VClearance>10</VClearance>
</who:Warehouse>'));
```
...

You can define constraints on an XMLSchema-based table. To do so, you use the `XMLDATA` pseudocolumn to refer to the appropriate attribute within the `Warehouse` XML element:

```
ALTER TABLE xwarehouses ADD (PRIMARY KEY(XMLDATA."WarehouseId"));
```

Because the data in `xwarehouses` is stored object relationally, Oracle rewrites queries to this `XMLType` table to go to the underlying storage when possible. Therefore the following queries would use the index created by the primary key constraint in the preceding example:

```
SELECT * FROM xwarehouses x
   WHERE EXISTSNODE(VALUE(x), '/Warehouse[WarehouseId="1"]') = 1;

SELECT * FROM xwarehouses x
   WHERE EXTRACTVALUE(VALUE(x), '/Warehouse/WarehouseId') = 1;
```

You can also explicitly create indexes on XMLSchema-based tables, which greatly enhance the performance of subsequent queries. You can create object-relational views on `XMLType` tables, and you can create `XMLType` views on object-relational tables.

> **See Also:**
>
> - XMLDATA on page 3-11 for information on the `XMLDATA` pseudocolumn
> - "Creating an XMLType View: Example" on page 17-53
> - "Creating an Index on an XMLType Table: Example" on page 14-99

## XMLType Columns

The sample table `oe.warehouses` was created with a `warehouse_spec` column of type `XMLType`. No storage was specified, so the `XMLType` column is implicitly stored as a `CLOB`. The examples in this section create a shortened form of the `oe.warehouses` table, using two different types of storage.

The first example creates a table with an `XMLType` table stored as a `CLOB`. This table does not require an XMLSchema, so the content structure is not predetermined:

```
CREATE TABLE xwarehouses (
```

Databricks_R2_PA_00003872

```
warehouse_id        NUMBER,
warehouse_spec      XMLTYPE)
XMLTYPE warehouse_spec STORE AS CLOB
(TABLESPACE example
 STORAGE (INITIAL 6144 NEXT 6144)
 CHUNK 4000
 NOCACHE LOGGING);
```

The following example creates a similar table, but stores the XMLType data in an object-relational XMLType column whose structure is determined by the specified XMLSchema:

```
CREATE TABLE xwarehouses (
   warehouse_id    NUMBER,
   warehouse_spec  XMLTYPE)
   XMLTYPE warehouse_spec STORE AS OBJECT RELATIONAL
      XMLSCHEMA "http://www.oracle.com/xwarehouses.xsd"
      ELEMENT "Warehouse";
```

Examples   **E-15**

Using XML in SQL Statements

Cloudera Exhibit 1020 - Page 1738 of 1808

Databricks_R2_PA_00003874

# Index

## Symbols

% (percent) used with LIKE operator,   6-24
+ (plus sign)
    in Automatic Storage management
        filenames,   8-40

## Numerics

20th century,   2-81
21st century,   2-81

## A

ABORT LOGICAL STANDBY clause
    of ALTER DATABASE,   10-52
ABS function,   7-18
ACCESSED GLOBALLY clause
    of CREATE CONTEXT,   14-12
ACCOUNT LOCK clause
    of ALTER USER. *See* CREATE USER
    of CREATE USER,   17-37
ACCOUNT UNLOCK clause
    of ALTER USER. *See* CREATE USER
    of CREATE USER,   17-37
ACOS function,   7-19
ACTIVATE STANDBY DATABASE clause
    of ALTER DATABASE,   10-48
active session history,   11-88
ACTIVE_INSTANCE_COUNT initialization
    parameter
    setting with ALTER SYSTEM,   11-103
A.D. datetime format element,   2-81
AD datetime format element,   2-81

ADD clause
    of ALTER DIMENSION,   10-65
    of ALTER INDEXTYPE,   10-113
    of ALTER TABLE,   12-44
    of ALTER VIEW,   13-34
ADD DATAFILE clause
    of ALTER TABLESPACE,   12-112
ADD LOGFILE clause
    of ALTER DATABASE,   10-19
ADD LOGFILE GROUP clause
    of ALTER DATABASE,   10-43
ADD LOGFILE MEMBER clause
    of ALTER DATABASE,   10-19, 10-44
ADD LOGFILE THREAD clause
    of ALTER DATABASE,   10-43
ADD OVERFLOW clause
    of ALTER TABLE,   12-43
ADD PARTITION clause
    of ALTER TABLE,   12-72, 12-73
ADD PRIMARY KEY clause
    of ALTER MATERIALIZED VIEW LOG,   11-26
ADD ROWID clause
    of ALTER MATERIALIZED VIEW,   11-26
    of ALTER MATERIALIZED VIEW LOG,   11-26
ADD SUPPLEMENTAL LOG DATA clause
    of ALTER DATABASE,   10-45
ADD SUPPLEMENTAL LOG GROUP clause
    of ALTER TABLE,   12-38
ADD TEMPFILE clause
    of ALTER TABLESPACE,   12-112
ADD VALUES clause
    of ALTER TABLE ... MODIFY
        PARTITION,   12-67
ADD_MONTHS function,   7-20

Cloudera Exhibit 1020 - Page 1739 of 1808

Databricks_R2_PA_00003875

adding a constraint, 12-59
ADMINISTER ANY SQL TUNING SET system privilege, 18-48
ADMINISTER DATABASE TRIGGER system privilege, 18-54
ADMINISTER SQL TUNING SET system privilege, 18-48
ADVISE clause
    of ALTER SESSION, 11-60
ADVISOR system privilege, 18-48
AFTER clause
    of CREATE TRIGGER, 16-103
AFTER triggers, 16-103
AGENT clause
    of CREATE LIBRARY, 15-3
aggregate functions, 7-9
    user-defined, creating, 14-71
alias
    for a column, 9-3
    for an expressions in a view query, 17-44
    specifying in queries and subqueries, 19-23
ALL clause
    of SELECT, 19-15
    of SET CONSTRAINTS, 19-61
    of SET ROLE, 19-64
ALL EXCEPT clause
    of SET ROLE, 19-64
ALL operator, 6-5
ALL PRIVILEGES clause
    of GRANT, 18-45
    of REVOKE, 18-109
ALL PRIVILEGES shortcut
    of AUDIT, 13-57
ALL shortcut
    of AUDIT, 13-57
ALL_COL_COMMENTS data dictionary view, 13-74
ALL_INDEXTYPE_COMMENTS data dictionary view, 13-75
ALL_MVIEW_COMMENTS data dictionary view, 13-75
ALL_OPERATOR_COMMENTS data dictionary view, 13-75
ALL_TAB_COMMENTS data dictionary view, 13-74

ALLOCATE EXTENT clause
    of ALTER CLUSTER, 10-8, 10-9
    of ALTER INDEX, 10-97
    of ALTER MATERIALIZED VIEW, 11-8
    of ALTER TABLE, 12-38
ALLOW CORRUPTION clause
    of ALTER DATABASE ... RECOVER, 10-31
ALTER ANY CLUSTER system privilege, 18-48
ALTER ANY DIMENSION system privilege, 18-49
ALTER ANY INDEX system privilege, 18-50
ALTER ANY INDEXTYPE system privilege, 18-50
ALTER ANY MATERIALIZED VIEW system privilege, 18-50
ALTER ANY OPERATOR system privilege, 18-51
ALTER ANY OUTLINE system privilege, 18-51
ALTER ANY PROCEDURE system privilege, 18-51
ALTER ANY ROLE system privilege, 18-52
ALTER ANY SEQUENCE system privilege, 18-52
ALTER ANY SQL PROFILE system privilege, 18-48
ALTER ANY TABLE system privilege, 18-53
ALTER ANY TRIGGER system privilege, 18-54
ALTER ANY TYPE system privilege, 18-54
ALTER CLUSTER statement, 10-6
ALTER DATABASE statement, 10-11
ALTER DATABASE system privilege, 18-49
ALTER DIMENSION statement, 10-62
ALTER DISKGROUP statement, 10-67
ALTER FUNCTION statement, 10-84
ALTER INDEX statement, 10-88
ALTER INDEXTYPE statement, 10-112
ALTER JAVA CLASS statement, 10-115
ALTER JAVA SOURCE statement, 10-115
ALTER MATERIALIZED VIEW LOG statement, 11-21
ALTER MATERIALIZED VIEW statement, 11-2
ALTER object privilege, 18-57
    on a sequence, 18-60
    on a table, 18-59
ALTER OPERATOR statement, 11-29
ALTER OUTLINE statement, 11-33
ALTER PACKAGE statement, 11-35
ALTER PROCEDURE statement, 11-40
ALTER PROFILE statement, 11-44

Cloudera Exhibit 1020 - Page 1740 of 1808

Databricks_R2_PA_00003876

ALTER PROFILE system privilege,   18-52
ALTER RESOURCE COST statement,   11-48
ALTER RESOURCE COST system privilege,   18-52
ALTER ROLE statement,   11-51
ALTER ROLLBACK SEGMENT statement,   11-53
ALTER ROLLBACK SEGMENT system
    privilege,   18-52
ALTER SEQUENCE statement,   11-57
ALTER SESSION statement,   11-59
ALTER SESSION system privilege,   18-52
ALTER SNAPSHOT LOG. *See* ALTER
    MATERIALIZED VIEW LOG
ALTER SNAPSHOT. *See* ALTER MATERIALIZED
    VIEW
ALTER statements
    triggers on,   16-106
ALTER SYSTEM statement,   11-79
ALTER SYSTEM system privilege,   18-49
ALTER TABLE statement,   12-2
ALTER TABLESPACE statement,   12-105
ALTER TABLESPACE system privilege,   18-53
ALTER TRIGGER statement,   13-2
ALTER TYPE statement,   13-7
ALTER USER statement,   13-24
ALTER USER system privilege,   18-55
ALTER VIEW statement,   13-33
alter_external_table_clause
    of ALTER TABLE,   12-18
A.M. datetime format element,   2-81
AM datetime format element,   2-81
American National Standards Institute (ANSI),   B-1
    datatypes,   2-39
        conversion to Oracle datatypes,   2-39
    standards,   1-2, B-2
    supported datatypes,   2-5
analytic functions,   7-11
    AVG,   7-25
    CORR,   7-43
    COUNT,   7-49
    COVAR_POP,   7-51
    COVAR_SAMP,   7-53
    CUME_DIST,   7-54
    DENSE_RANK,   7-64
    FIRST,   7-76
    FIRST_VALUE,   7-79

inverse distribution,   7-138, 7-141
LAG,   7-92
LAST,   7-93
LAST_VALUE,   7-95
LEAD,   7-97
linear regression,   7-166
MAX,   7-108
MIN,   7-112
NTILE,   7-127
OVER clause,   7-11
PERCENT_CONT,   7-138
PERCENT_DISC,   7-141
PERCENT_RANK,   7-136
RANK,   7-151
RATIO_TO_REPORT,   7-154
ROW_NUMBER,   7-179
STDDEV,   7-207
STDDEV_POP,   7-208
STDDEV_SAMP,   7-210
SUM,   7-213
syntax,   7-11
user-defined,   14-71
VAR_POP,   7-268
VAR_SAMP,   7-269
VARIANCE,   7-271
ANALYZE ANY system privilege,   18-55
ANALYZE CLUSTER statement,   13-36
ANALYZE INDEX statement,   13-36
ANALYZE TABLE statement,   13-36
ANCILLARY TO clause
    of CREATE OPERATOR,   15-44
AND condition,   6-10
AND DATAFILES clause
    of DROP TABLESPACE,   18-13
ANSI. *See* American National Standards Institute
    (ANSI)
antijoins,   9-17
ANY operator,   6-5
application servers
    allowing connection as user,   13-29
applications
    allowing connection as user,   13-29
    securing,   14-11
    validating,   14-11
AQ_ADMINISTRATOR_ROLE role,   18-57

Cloudera Exhibit 1020 - Page 1741 of 1808

Databricks_R2_PA_00003877

AQ_TM_PROCESSES initialization parameter
  setting with ALTER SYSTEM,   11-103
AQ_USER_ROLE role,   18-57
ARCHIVE LOG clause
  of ALTER SYSTEM,   11-83
archive logs
  applying to standby database,   10-33
archive mode
  specifying,   14-30
ARCHIVE_LAG_TARGET initialization parameter
  setting with ALTER SYSTEM,   11-103
archived redo logs
  location,   10-28
ARCHIVELOG clause
  of ALTER DATABASE,   10-19, 10-40
  of CREATE CONTROLFILE,   14-20
  of CREATE DATABASE,   14-30
arguments
  of operators,   4-1
arithmetic
  operators,   4-3
  with DATE values,   2-27
AS clause
  of CREATE JAVA,   14-114
AS EXTERNAL clause
  of CREATE FUNCTION,   15-67
  of CREATE TYPE BODY,   17-31
AS OBJECT clause
  of CREATE TYPE,   17-10
AS subquery clause
  of CREATE MATERIALIZED VIEW,   15-27
  of CREATE TABLE,   16-61
  of CREATE VIEW,   17-46
AS TABLE clause
  of CREATE TYPE,   17-19
AS VARRAY clause
  of CREATE TYPE,   17-19
ASC clause
  of CREATE INDEX,   14-88
ASCII
  character set,   2-52
ASCII function,   7-21
ASCIISTR function,   7-21
ASIN function,   7-22
ASSOCIATE STATISTICS statement,   13-50

ATAN function,   7-23
ATAN2 function,   7-24
ATTRIBUTE clause
  of ALTER DIMENSION,   10-64
  of CREATE DIMENSION,   14-46, 14-49
attributes
  adding to a dimension,   10-65
  dropping from a dimension,   10-65
  maximum number of in object type,   16-27
  of dimensions, defining,   14-49
  of user-defined types
    mapping to Java fields,   17-13
AUDIT ANY system privilege,   18-55
AUDIT SYSTEM system privilege,   18-49
AUDIT_FILE_DEST initialization parameter
  setting with ALTER SYSTEM,   11-103
AUDIT_SYS_OPERATIONS initialization parameter
  setting with ALTER SYSTEM,   11-103
AUDIT_TRAIL initialization parameter
  setting with ALTER SYSTEM,   11-103
auditing
  options
    for SQL statements,   13-63
  policies
    value-based,   13-54
  SQL statements,   13-55
    by a proxy,   13-55
    by a user,   13-55
  SQL statements, on a directory,   13-56
  SQL statements, on a schema,   13-56
  SQL statements, stopping,   18-94
  system privileges,   13-55
AUTHENTICATED BY clause
  of CREATE DATABASE LINK,   14-42
AUTHENTICATED clause
  of ALTER USER,   13-30
AUTHENTICATION REQUIRED clause
  of ALTER USER,   13-30
AUTHID CURRENT_USER clause
  of ALTER JAVA,   10-116
  of CREATE FUNCTION,   14-68
  of CREATE JAVA,   14-110, 14-112
  of CREATE PACKAGE,   15-52
  of CREATE PROCEDURE,   15-66
  of CREATE TYPE,   13-15, 17-10

Cloudera Exhibit 1020 - Page 1742 of 1808

Databricks_R2_PA_00003878

AUTHID DEFINER clause
    of ALTER JAVA,   10-116
    of CREATE FUNCTION,   14-68
    of CREATE JAVA,   14-110, 14-112
    of CREATE PACKAGE,   15-52
    of CREATE PROCEDURE,   15-66
    of CREATE TYPE,   13-15, 17-10
AUTOALLOCATE clause
    of CREATE TABLESPACE,   16-91
AUTOEXTEND clause
    of ALTER DATABASE,   10-19
    of CREATE DATABASE,   14-25
Automatic Database Diagnostic Monitor
    collecting statistics for,   11-88
automatic segment-space management,   16-92
Automatic Undo Management mode,   11-53, 14-34
AVG function,   7-25

# B

BACKGROUND_CORE_DUMP initialization
        parameter
    setting with ALTER SYSTEM,   11-103
BACKGROUND_DUMP_DEST initialization
        parameter
    setting with ALTER SYSTEM,   11-103
BACKUP ANY TABLE system privilege,   18-53
BACKUP CONTROLFILE clause
    of ALTER DATABASE,   10-21, 10-47
BACKUP_TAPE_IO_SLAVES initialization
        parameter
    setting with ALTER SYSTEM,   11-103
backups
    incremental
        and block change tracking,   10-55
B.C. datetime format element,   2-81
BC datetime format element,   2-81
BEFORE clause
    of CREATE TRIGGER,   16-103
BEFORE triggers,   16-103
BEGIN BACKUP clause
    of ALTER DATABASE,   10-36
    of ALTER TABLESPACE,   12-111
beginning backup of,   10-36
BFILE

    datatype,   2-35
    locators,   2-35
BFILENAME function,   7-26
BIN_TO_NUM function,   7-27
binary large objects. See BLOB
binary operators,   4-2
BINDING clause
    of CREATE OPERATOR,   15-42
bindings
    adding to an operator,   11-31
    dropping from an operator,   11-31
bit vectors
    converting to numbers,   7-27
BITAND function,   7-28
BITMAP clause
    of CREATE INDEX,   14-83
bitmap indexes,   14-83
    creating join indexes,   14-77
BITMAP_MERGE_AREA_SIZE initialization
        parameter
    setting with ALTER SYSTEM,   11-103
blank padding
    specifying in format models,   2-83
    suppressing,   2-84
BLANK_TRIMMING initialization parameter
    setting with ALTER SYSTEM,   11-103
blank-padded comparison semantics,   2-52
BLOB datatype,   2-36
    transactional support,   2-36
BLOCKSIZE clause
    of CREATE TABLESPACE,   16-88
BODY clause
    of ALTER PACKAGE,   11-37
bottom-N reporting,   7-64, 7-151, 7-179
buffer cache
    flushing,   11-89
BUFFER_POOL parameter
    of STORAGE clause,   8-65
BUILD DEFERRED clause
    of CREATE MATERIALIZED VIEW,   15-20
BUILD IMMEDIATE clause
    of CREATE MATERIALIZED VIEW,   15-20
BY ACCESS clause
    of AUDIT,   13-59
BY proxy clause

Cloudera Exhibit 1020 - Page 1743 of 1808

of AUDIT, 13-58
BY SESSION clause
    of AUDIT, 13-59
BY user clause
    of AUDIT, 13-58
BYTE character semantics, 2-10, 2-11
BYTE length semantics, 12-52

# C

C clause
    of CREATE TYPE, 17-16
    of CREATE TYPE BODY, 17-30
C method
    mapping to an object type, 17-16
CACHE clause
    of ALTER MATERIALIZED VIEW, 11-13
    of ALTER MATERIALIZED VIEW LOG, 11-25
    of ALTER TABLE, 16-56
    of CREATE CLUSTER, 14-9
    of CREATE MATERIALIZED VIEW, 15-19
    of CREATE MATERIALIZED VIEW
        LOG, 15-37
CACHE parameter
    of ALTER SEQUENCE. See CREATE
        SEQUENCE, 11-58
    of CREATE SEQUENCE, 15-91
CACHE READS clause
    of ALTER TABLE, 12-47
    of CREATE TABLE, 16-56
cached cursors
    execution plan for, 18-25
CALL clause
    of CREATE TRIGGER, 16-111
CALL procedure statement
    of CREATE TRIGGER, 16-111
call spec. See call specifications
call specifications
    in procedures, 15-62
    of CREATE PROCEDURE, 15-67
    of CREATE TYPE, 17-16
    of CREATE TYPE BODY, 17-30
CALL statement, 13-68
calls
    limiting CPU time for, 15-72

limiting data blocks read, 15-73
CARDINALITY function, 7-30
Cartesian products, 9-14
CASCADE clause
    of CREATE TABLE, 16-60
    of DROP PROFILE, 17-99
    of DROP USER, 18-21
CASCADE CONSTRAINTS clause
    of DROP CLUSTER, 17-68
    of DROP TABLE, 18-9
    of DROP TABLESPACE, 18-14
    of DROP VIEW, 18-24
    of REVOKE, 18-109
CASE expressions, 5-5
    searched, 5-6
    simple, 5-6
CAST function, 7-30
    MULTISET parameter, 7-31
CATSEARCH condition, 4-1, 6-3
CEIL function, 7-34
chained rows
    listing, 13-43
    of clusters, 13-41
CHANGE CATEGORY clause
    of ALTER OUTLINE, 11-34
CHAR character semantics, 2-10, 2-11
CHAR datatype, 2-10
    converting to VARCHAR2, 2-71
CHAR length semantics, 12-52
character functions, 7-4, 7-5
character large objects. See CLOB
character length semantics, 12-52
character literal. See text
character set
    changing, 10-52
CHARACTER SET parameter
    of CREATE CONTROLFILE, 14-20
    of CREATE DATABASE, 14-27
character sets
    common, 2-52
    database, specifying, 14-27
    multibyte characters, 2-108
    specifying for database, 14-27
character strings
    comparison rules, 2-51

Cloudera Exhibit 1020 - Page 1744 of 1808

Databricks_R2_PA_00003880

exact matching, 2-84
fixed-length, 2-10
national character set, 2-11
variable length, 2-12
variable-length, 2-17
zero-length, 2-10
characters
single, comparison rules, 2-52
CHARTOROWID function, 7-34
CHECK clause
of constraints, 8-15
of CREATE TABLE, 16-29
check constraints, 8-15
CHECK DATAFILES clause
of ALTER SYSTEM, 11-86
CHECKPOINT clause
of ALTER SYSTEM, 11-85
checkpoints
forcing, 11-85
CHR function, 7-35
CHUNK clause
of ALTER TABLE, 12-48
of CREATE TABLE, 16-42
CIRCUITS initialization parameter
setting with ALTER SYSTEM, 11-103
CLEAR LOGFILE clause
of ALTER DATABASE, 10-19, 10-41
CLOB datatype, 2-36
transactional support, 2-36
clone databases
mounting, 10-25
CLOSE DATABASE LINK clause
of ALTER SESSION, 11-61
CLUSTER clause
of ANALYZE, 13-41
of CREATE INDEX, 14-85
of CREATE TABLE, 16-39
of TRUNCATE, 19-73
CLUSTER_DATABASE initialization parameter
setting with ALTER SYSTEM, 11-103
CLUSTER_DATABASE_INSTANCES initialization
parameter
setting with ALTER SYSTEM, 11-103
CLUSTER_INTERCONNECTS initialization
parameter

setting with ALTER SYSTEM, 11-103
clusters
assigning tables to, 16-39
caching retrieved blocks, 14-9
cluster indexes, 14-85
collecting statistics on, 13-41
creating, 14-2
deallocating unused extents, 10-8
degree of parallelism
changing, 10-8, 10-10
when creating, 14-8
dropping tables, 17-68
extents, allocating, 10-8, 10-9
granting system privileges for, 18-48
hash, 14-6
single-table, 14-7
sorted, 14-5, 16-28
indexed, 14-6
key values
allocating space for, 14-6
modifying space for, 10-9
migrated and chained rows in, 13-41, 13-43
modifying, 10-6
physical attributes
changing, 10-7
specifying, 14-5
releasing unused space, 10-10
removing from the database, 17-67
SQL examples, 17-68
storage attributes
changing, 10-7
storage characteristics, changing, 10-9
tablespace in which created, 14-6
validating structure, 13-42
COALESCE clause
for partitions, 12-74
of ALTER INDEX, 10-104
of ALTER TABLE, 12-42, 12-44, 12-66
of ALTER TABLESPACE, 12-110
COALESCE function, 7-37
as a variety of CASE expression, 7-37
COALESCE SUBPARTITION clause
of ALTER TABLE, 12-66
COLLECT function, 7-39
collection types

Cloudera Exhibit 1020 - Page 1745 of 1808

Databricks_R2_PA_00003881

multilevel,   16-45
collections
  inserting rows into,   18-72
  modifying,   12-58
  modifying retrieval method,   12-12
  nested tables,   2-42
  testing for empty,   6-19
  treating as a table,   18-72, 19-21, 19-78, 19-80
  unnesting,   19-21
    examples,   19-55
  varrays,   2-42
collection-typed values
  converting to datatypes,   7-30
column REF constraints,   8-16
  of CREATE TABLE,   16-29
columns
  adding,   12-44
  aliases for,   9-3
  altering storage,   12-46
  associating statistics with,   13-52
  basing an index on,   14-86
  collecting statistics on,   13-45
  comments on,   13-74
  creating comments about,   13-73
  defining,   16-7
  dropping from a table,   12-54
  LOB
    storage attributes,   12-47
  maximum number of,   16-27
  modifying existing,   12-50
  parent-child relationships between,   14-45
  properties, altering,   12-13, 12-46
  qualifying names of,   9-2
  REF
    describing,   8-16
  renaming,   12-58
  restricting values for,   8-5
  specifying as primary key,   8-12
  specifying constraints on,   16-29
  specifying default values,   16-29
  storage properties,   16-40
  substitutable, identifying type,   7-224
COLUMNS clause
  of ASSOCIATE STATISTICS,   13-50, 13-52
COMMENT ANY TABLE system privilege,   18-55

COMMENT clause
  of COMMIT,   13-77
COMMENT statement,   13-73
comments,   2-91
  adding to objects,   13-73
  associating with a transaction,   13-77
  dropping from objects,   13-73
  in SQL statements,   2-91
  on indextypes,   13-75
  on operators,   13-75
  on schema objects,   2-93
  on table columns,   13-74
  on tables,   13-74
  removing from the data dictionary,   13-73
  specifying,   2-92
  viewing,   13-74
commit
  automatic,   13-76
COMMIT IN PROCEDURE clause
  of ALTER SESSION,   11-61
COMMIT statement,   13-76
COMMIT TO SWITCHOVER clause
  of ALTER DATABASE,   10-50
COMMIT_POINT_STRENGTH initialization
    parameter
  setting with ALTER SYSTEM,   11-103
comparison conditions,   6-4
comparison functions
  MAP,   17-31
  ORDER,   17-31
comparison semantics
  blank-padded,   2-52
  nonpadded,   2-51
  of character strings,   2-51
COMPATIBLE initialization parameter
  setting with ALTER SYSTEM,   11-103
COMPILE clause
  of ALTER DIMENSION,   10-65
  of ALTER FUNCTION,   10-85
  of ALTER JAVA SOURCE,   10-116
  of ALTER MATERIALIZED VIEW,   11-18
  of ALTER PACKAGE,   11-36
  of ALTER PROCEDURE,   11-41
  of ALTER TRIGGER,   13-4
  of ALTER TYPE,   13-12

Cloudera Exhibit 1020 - Page 1746 of 1808

Databricks_R2_PA_00003882

of ALTER VIEW, 13-35
of CREATE JAVA, 14-111
compiler switches
    dropping and preserving, 10-86, 11-38, 11-42, 13-5, 13-13
COMPOSE function, 7-39
composite foreign keys, 8-13
composite partitioning
    range-list, 12-65, 16-54
    when creating a table, 16-21, 16-52
composite primary keys, 8-12
COMPOSITE_LIMIT parameter
    of ALTER PROFILE, 11-45
    of CREATE PROFILE, 15-73
compound conditions, 6-12
compound expressions, 5-5
COMPRESS clause
    of ALTER INDEX ... REBUILD, 10-101
    of CREATE TABLE, 16-36
compression
    of index keys, 10-92
COMPUTE STATISTICS clause
    of ALTER INDEX, 10-102
    of ANALYZE, 13-45
    of CREATE INDEX, 14-91
CONCAT function, 7-40
concatenation operator, 4-4
conditions
    comparison, 6-4
    compound, 6-12
    EXISTS, 6-13, 6-14
    floating-point, 6-9
    group comparison, 6-8
    IN, 6-14
    in SQL syntax, 6-1
    IS [NOT] EMPTY, 6-19
    IS ANY, 6-18
    IS OF type, 6-20
    IS PRESENT, 6-21
    LIKE, 6-22
    logical, 6-10
    MEMBER, 6-26
    membership, 6-14, 6-26
    null, 6-12
    range, 6-11

SET, 6-17
    simple comparison, 6-6
    SUBMULTISET, 6-29
    UNDER_PATH, 6-30
CONNECT BY clause
    of queries and subqueries, 19-28
    of SELECT, 9-5, 19-27
CONNECT clause
    of SELECT and subqueries, 19-9
CONNECT role, 18-56
CONNECT THROUGH clause
    of ALTER USER, 13-29
CONNECT TO clause
    of CREATE DATABASE LINK, 14-41
CONNECT_BY_ISCYCLE pseudocolumns, 3-2
CONNECT_BY_ISLEAF pseudocolumns, 3-2
CONNECT_BY_ROOT operator, 4-6
CONNECT_TIME parameter
    of ALTER PROFILE, 11-45
    of ALTER RESOURCE COST, 11-49
CONSIDER FRESH clause
    of ALTER MATERIALIZED VIEW, 11-18
constant values. See literals
CONSTRAINT(S) session parameter, 11-70
constraints
    adding to a table, 12-59
    altering, 12-12
    check, 8-15
    checking
        at end of transaction, 8-19
        at start of transaction, 8-20
        at the end of each DML statement, 8-19
    column REF, 8-16
    deferrable, 8-19, 19-61
        enforcing, 11-70
    defining, 8-5, 16-7
        for a table, 16-30
        on a column, 16-29
    disabling, 16-59
        cascading, 16-60
    disabling after table creation, 12-91
    disabling during table creation, 16-24
    dropping, 12-12, 12-60, 18-14
    enabling, 16-59, 16-60
    enabling after table creation, 12-91

Cloudera Exhibit 1020 - Page 1747 of 1808

Databricks_R2_PA_00003883

enabling during table creation, 16-24
foreign key, 8-13
modifying existing, 12-60
on views
  dropping, 13-35, 18-24
  modifying, 13-34
primary key, 8-12
  attributes of index, 8-22
  enabling, 16-59
referential integrity, 8-13
renaming, 12-60
restrictions, 8-11
setting state for a transaction, 19-61
storing rows in violation, 12-85
table REF, 8-16
unique
  attributes of index, 8-22
  enabling, 16-59
constructor methods
and object types, 17-10
constructors
defining for an object type, 17-17
user-defined, 17-17
CONTAINS condition, 4-1, 6-3
context namespaces
accessible to instance, 14-13
associating with package, 14-11
initializing using OCI, 14-12
initializing using the LDAP directory, 14-12
removing from the database, 17-69
contexts
creating namespaces for, 14-11
granting system privileges for, 18-49
control files
allowing reuse, 14-17, 14-27
backing up, 10-47
force logging mode, 14-20
re-creating, 14-14
CONTROL_FILE_RECORD_KEEP_TIME
  initialization parameter
setting with ALTER SYSTEM, 11-103
CONTROL_FILES initialization parameter
setting with ALTER SYSTEM, 11-104
controlfile clauses
of ALTER DATABASE, 10-21

CONTROLFILE REUSE clause
of CREATE DATABASE, 14-27
controlfiles
standby, creating, 10-46
conversion
functions, 7-6
rules, string to date, 2-87
CONVERT clause
of ALTER DATABASE, 10-11
CONVERT function, 7-41
CORE_DUMP_DEST initialization parameter
setting with ALTER SYSTEM, 11-104
CORR function, 7-43
CORR_K function, 7-47
CORR_S function, 7-46
correlated subqueries, 9-17
correlation functions
Kendall's tau-b, 7-45
Pearson's, 7-43
Spearman's rho, 7-45
correlation names
for base tables of indexes, 14-86
in DELETE, 17-61
in SELECT, 19-23
COS function, 7-47
COSH function, 7-48
COUNT function, 7-49
COVAR_POP function, 7-51
COVAR_SAMP function, 7-53
CPU_COUNT initialization parameter
setting with ALTER SYSTEM, 11-104
CPU_PER_CALL parameter
of ALTER PROFILE, 11-45
of CREATE PROFILE, 15-72
CPU_PER_SESSION parameter
of ALTER PROFILE, 11-45
of ALTER RESOURCE COST, 11-49
of CREATE PROFILE, 15-72
CREATE ANY CLUSTER system privilege, 18-48
CREATE ANY CONTEXT system privilege, 18-49
CREATE ANY DIMENSION system
  privilege, 18-49
CREATE ANY DIRECTORY system
  privilege, 18-49
CREATE ANY INDEX system privilege, 18-50

Cloudera Exhibit 1020 - Page 1748 of 1808

Databricks_R2_PA_00003884

CREATE ANY INDEXTYPE system
  privilege, 18-50
CREATE ANY JOB system privilege, 18-50
CREATE ANY LIBRARY system privilege, 18-50
CREATE ANY MATERIALIZED VIEW system
  privilege, 18-50
CREATE ANY OPERATOR system
  privilege, 18-51
CREATE ANY OUTLINE system privilege, 18-51
CREATE ANY PROCEDURE system
  privilege, 18-51
CREATE ANY SEQUENCE system
  privilege, 18-52
CREATE ANY SQL PROFILE system
  privilege, 18-48
CREATE ANY SYNONYM system privilege, 18-53
CREATE ANY TABLE system privilege, 18-53
CREATE ANY TRIGGER system privilege, 18-54
CREATE ANY TYPE system privilege, 18-54
CREATE ANY VIEW system privilege, 18-55
CREATE CLUSTER statement, 14-2
CREATE CLUSTER system privilege, 18-48
CREATE CONTEXT statement, 14-11
CREATE CONTROLFILE statement, 14-14
CREATE DATABASE LINK statement, 14-39
CREATE DATABASE LINK system
  privilege, 18-49
CREATE DATABASE statement, 14-22
CREATE DATAFILE clause
  of ALTER DATABASE, 10-17, 10-37
CREATE DIMENSION
  system privilege, 18-49
CREATE DIMENSION statement, 14-45
CREATE DIRECTORY statement, 14-52
CREATE DISKGROUP statement, 14-55
CREATE FUNCTION statement, 14-61
CREATE INDEX
  statement, 14-75
CREATE INDEXTYPE
  statement, 14-105
CREATE INDEXTYPE system privilege, 18-49
CREATE JAVA statement, 14-109
CREATE JOB system privilege, 18-50
CREATE LIBRARY statement, 15-2
CREATE LIBRARY system privilege, 18-50

CREATE MATERIALIZED VIEW LOG
  statement, 15-33
CREATE MATERIALIZED VIEW statement, 15-5
CREATE MATERIALIZED VIEW system
  privilege, 18-50
CREATE OPERATOR statement, 15-42
CREATE OPERATOR system privilege, 18-51
CREATE OUTLINE statement, 15-46
CREATE PACKAGE BODY statement, 15-55
CREATE PACKAGE statement, 15-50
CREATE PFILE statement, 15-60
CREATE PROCEDURE statement, 15-62
CREATE PROCEDURE system privilege, 18-51
CREATE PROFILE statement, 15-69
CREATE PROFILE system privilege, 18-52
CREATE PUBLIC DATABASE LINK system
  privilege, 18-49
CREATE PUBLIC SYNONYM system
  privilege, 18-53
CREATE ROLE statement, 15-77
CREATE ROLE system privilege, 18-52
CREATE ROLLBACK SEGMENT statement, 15-81
CREATE ROLLBACK SEGMENT system
  privilege, 18-52
CREATE SCHEMA statement, 15-85
CREATE SEQUENCE statement, 15-88
CREATE SEQUENCE system privilege, 18-52
CREATE SESSION system privilege, 18-52
CREATE SPFILE statement, 15-93
CREATE STANDBY CONTROLFILE clause
  of ALTER DATABASE, 10-21, 10-46
CREATE statements
  triggers on, 16-106
CREATE SYNONYM statement, 16-2
CREATE SYNONYM system privilege, 18-52
CREATE TABLE statement, 16-7
CREATE TABLE system privilege, 18-53
CREATE TABLESPACE statement, 16-80
CREATE TABLESPACE system privilege, 18-53
CREATE TRIGGER statement, 16-100
CREATE TRIGGER system privilege, 18-54
CREATE TYPE BODY statement, 17-26
CREATE TYPE statement, 17-3
CREATE TYPE system privilege, 18-54
CREATE USER statement, 17-32

Cloudera Exhibit 1020 - Page 1749 of 1808

Databricks_R2_PA_00003885

CREATE USER system privilege,  18-54
CREATE VIEW statement,  17-40
CREATE VIEW system privilege,  18-55
CREATE_BITMAP_AREA_SIZE initialization
     parameter
   setting with ALTER SYSTEM,  11-104
CREATE_STORED_OUTLINES initialization
     parameter,  11-70
   setting with ALTER SYSTEM,  11-104
cross joins,  19-24
CUBE clause
   of SELECT statements,  19-29
CUME_DIST function,  7-54
cumulative distributions,  7-54
currency
   group separators,  2-72
currency symbol
   ISO,  2-72
   local,  2-72
   union,  2-74
CURRENT_DATE function,  7-56
CURRENT_SCHEMA session parameter,  11-70
CURRENT_TIMESTAMP function,  7-57
CURRENT_USER clause
   of CREATE DATABASE LINKI,  14-42
CURRVAL pseudocolumn,  3-4, 15-88
CURSOR expressions,  5-8
CURSOR_SHARING initialization parameter
   setting with ALTER SYSTEM,  11-104
CURSOR_SPACE_FOR_TIME initialization
     parameter
   setting with ALTER SYSTEM,  11-104
cursors
   cached,  18-25
CustomDatum Java storage format,  17-12
CV function,  7-59
CYCLE parameter
   of ALTER SEQUENCE. See CREATE
      SEQUENCE,  11-58
   of CREATE SEQUENCE,  15-91

**D**

data
   aggregation

      composite columns of GROUP BY,  19-29
      concatenated grouping sets of GROUP
         BY,  19-29
      grouping sets,  19-29
   analyzing a subset,  7-134
   caching frequently used,  16-56
   independence,  16-2
   integrity checking on input,  2-13
   retrieving,  9-1
   specifying as temporary,  16-26
   undo
      preserving,  12-118, 16-96
data conversion,  2-54
   between character datatypes,  2-57
   implicit
      disadvantages,  2-55
   implicit versus explicit,  2-55
   when performed implicitly,  2-55, 2-57
   when specified explicitly,  2-58
data definition language (DDL)
   events and triggers,  16-106
   statements,  10-2
      and implicit commit,  10-2
      causing recompilation,  10-2
      PL/SQL support,  10-2
   statements requiring exclusive access,  10-2
data dictionary
   adding comments to,  13-73
data manipulation language (DML)
   allowing during indexing,  10-99
   operations
      and triggers,  16-105
      during index creation,  14-91
      during index rebuild,  12-89
   parallelizing,  16-57
   restricting operations,  11-90
   retrieving affected rows,  17-61, 18-75, 19-83
   retrieving rows affected by,  17-61, 18-75, 19-83
   statements,  10-3
      PL/SQL support,  10-3
data object number
   in extended rowids,  2-37
database
   flashing back,  18-30
   returning to a past time,  18-30

Cloudera Exhibit 1020 - Page 1750 of 1808

Databricks_R2_PA_00003886

database links, 9-20
    closing, 11-61
    creating, 2-115, 14-39
    creating synonyms with, 16-5
    current user, 14-42
    granting system privileges for, 18-49
    naming, 2-115
    public, 14-40
        dropping, 17-71
    referring to, 2-116
    removing from the database, 17-71
    shared, 14-40
    syntax, 2-115
    username and password, 2-116
database objects
    dropping, 18-21
    nonschema, 2-106
    schema, 2-106
database triggers. *See* triggers
databases, 10-36
    accounts
        creating, 17-32
    allowing changes to, 11-61
    allowing generation of redo logs, 10-26
    allowing reuse of control files, 14-27
    allowing unlimited resources to users, 15-72
    archive mode
        specifying, 14-30
    blocks
        specifying size, 16-88
    cancel-based recovery, 10-29
        terminating, 10-31
    change-based recovery, 10-29
    changing characteristics, 14-14
    changing global name, 10-55
    changing name, 14-14, 14-17
    character set, specifying, 14-27
    character sets
        specifying, 14-27
    committing to standby status, 10-50
    connect strings, 2-116
    controlling, 10-57
    controlling use, 10-57
    converting from Oracle7 data dictionary, 10-11
    create script for, 10-46

    creating, 14-22
    datafiles
        modifying, 10-37
        specifying, 14-36
    designing media recovery, 10-27
    dropping, 17-70
    ending backup of, 10-36
    erasing all data from, 14-22
    events
        and triggers, 16-107
        auditing, 16-107
        transparent logging of, 16-107
    granting system privileges for, 18-49
    in FLASHBACK mode, 10-56
    in FORCE LOGGING mode, 10-41, 14-20, 14-30
    instances of, 14-27
    limiting resources for users, 15-69
    log files
        modifying, 10-40
        specifying, 14-28
    managed recovery, 10-15
    modifying, 10-11
    mounting, 10-25, 14-22
    moving a subset to a different database, 12-83
    naming, 10-25
    national character set
        specifying, 14-28
    no-data-loss mode, 10-48
    online
        adding log files, 10-42
    opening, 10-26, 14-22
    prepare to re-create, 10-46
    preventing changes to, 10-57
    protection mode of, 10-48
    quiesced state, 11-90
    read-only, 10-26
    read/write, 10-26
    reconstructing damaged, 10-27
    recovering, 10-27, 10-29
    recovery
        allowing corrupt blocks, 10-31
        testing, 10-30
        with backup control file, 10-29
    re-creating control file for, 14-14
    remote

Cloudera Exhibit 1020 - Page 1751 of 1808

accessing, 9-20
authenticating users to, 14-42
connecting to, 14-41
inserting into, 18-71
service name of, 14-43
table locks on, 18-87
resetting
to an earlier version, 10-11
restoring earlier version of, 10-56, 12-117, 16-93
restricting users to read-only transactions, 10-27
resuming activity, 11-90
standby
adding log files, 10-42
suspending activity, 11-90
system user passwords, 14-26
tempfiles
modifying, 10-37
time zone
determining, 7-60
setting, valid values for, 10-56, 14-37
time-based recovery, 10-29
upgrading, 10-11
DATAFILE clause
of CREATE DATABASE, 14-36
DATAFILE clauses
of ALTER DATABASE, 10-17, 10-38
DATAFILE OFFLINE clause
of ALTER DATABASE, 10-39
DATAFILE ONLINE clause
of ALTER DATABASE, 10-38
DATAFILE RESIZE clause
of ALTER DATABASE, 10-39
datafiles
bringing online, 10-38
changing size of, 10-38
creating new, 10-37
defining for a tablespace, 16-82, 16-84
defining for the database, 14-25
designing media recovery, 10-27
dropping, 18-13
enabling autoextend, 8-44
end online backup of, 10-38, 12-112
extending automatically, 8-44
online backup of, 12-111
online, updating information on, 11-86

putting online, 10-38
recover damaged, 10-27
recovering, 10-30
re-creating lost or damaged, 10-37
renaming, 10-37
resizing, 10-39
reusing, 8-44
size of, 8-43
specifying, 8-37
for a tablespace, 16-86
specifying for database, 14-36
system generated, 10-37
taking offline, 10-38, 10-39
datatypes, 2-1
"Any" types, 2-43
ANSI-supported, 2-5
associating statistics with, 13-51, 13-52
BFILE, 2-35
BLOB, 2-36
CHAR, 2-10
character, 2-10
CLOB, 2-36
comparison rules, 2-50
converting to collection-typed values, 7-30
converting to other datatypes, 7-30
DATE, 2-20
datetime, 2-19
interval, 2-19
INTERVAL DAY TO SECOND, 2-26
INTERVAL YEAR TO MONTH, 2-26
length semantics, 2-10, 2-11
LONG, 2-17
LONG RAW, 2-30
media types, 2-48
NCHAR, 2-11
NCLOB, 2-36
NUMBER, 2-12
NVARCHAR2, 2-11
Oracle-supplied types, 2-43
RAW, 2-30
ROWID, 2-37
spatial types, 2-47
TIMESTAMP, 2-23
TIMESTAMP WITH LOCAL TIME ZONE, 2-25
TIMESTAMP WITH TIME ZONE, 2-24

Cloudera Exhibit 1020 - Page 1752 of 1808

Databricks_R2_PA_00003888

UROWID, 2-38
user-defined, 2-41
VARCHAR, 2-12
VARCHAR2, 2-12
XML types, 2-44
DATE columns
converting to datetime columns, 12-51
DATE datatype, 2-20
julian, 2-23
date format models, 2-75, 2-77
long, 2-77
punctuation in, 2-76
short, 2-78
text in, 2-76
date functions, 7-5
dates
arithmetic, 2-27
comparison rules, 2-51
datetime arithmetic, 2-27
boundary cases, 11-71
calculating daylight saving time, 2-29
datetime columns
creating from DATE columns, 12-51
datetime datatypes, 2-19
daylight saving time, 2-29
datetime expressions, 5-10
datetime field
extracting from a datetime or interval
value, 7-72
datetime format elements, 2-76
and Globalization Support, 2-81
capitalization, 2-76
ISO standard, 2-81
RR, 2-81
suffixes, 2-83
datetime functions, 7-5
DAY datetime format element, 2-81
daylight saving time, 2-29
boundary cases, 2-29
going into or coming out of effect, 2-29
DB_BLOCK_CHECKING initialization parameter
setting with ALTER SYSTEM, 11-104
DB_BLOCK_CHECKSUM initialization parameter
setting with ALTER SYSTEM, 11-104
DB_BLOCK_SIZE initialization parameter

setting with ALTER SYSTEM, 11-104
DB_CACHE_ADVICE initialization parameter
setting with ALTER SYSTEM, 11-104
DB_CACHE_SIZE initialization parameter
setting with ALTER SYSTEM, 11-104
DB_CREATE_FILE_DEST initialization parameter
setting with ALTER SYSTEM, 11-104
DB_CREATE_ONLINE_LOG_DEST_n initialization
parameter
setting with ALTER SYSTEM, 11-104
DB_DOMAIN initialization parameter
setting with ALTER SYSTEM, 11-104
DB_FILE_MULTIBLOCK_READ_COUNT
initialization parameter
setting with ALTER SYSTEM, 11-104
DB_FILE_NAME_CONVERT initialization
parameter
setting with ALTER SYSTEM, 11-104
DB_FILES initialization parameter
setting with ALTER SYSTEM, 11-104
DB_FLASHBACK_RETENTION_TARGET
initialization parameter
setting with ALTER SYSTEM, 11-104
DB_KEEP_CACHE_SIZE initialization parameter
setting with ALTER SYSTEM, 11-104
DB_NAME initialization parameter
setting with ALTER SYSTEM, 11-104
DB_nK_CACHE_SIZE initialization parameter
setting with ALTER SYSTEM, 11-104
DB_RECOVERY_FILE_DEST initialization
parameter
setting with ALTER SYSTEM, 11-104
DB_RECOVERY_FILE_DEST_SIZE initialization
parameter
setting with ALTER SYSTEM, 11-104
DB_RECYCLE_CACHE_SIZE initialization
parameter
setting with ALTER SYSTEM, 11-104
DB_UNIQUE_NAME initialization parameter
setting with ALTER SYSTEM, 11-104
DB_WRITER_PROCESSES initialization parameter
setting with ALTER SYSTEM, 11-104
DB2 datatypes, 2-39
conversion to Oracle datatypes, 2-40
restrictions on, 2-41

Cloudera Exhibit 1020 - Page 1753 of 1808

Databricks_R2_PA_00003889

DBA role,  18-56
DBA_2PC_PENDING data dictionary view,  11-60
DBA_COL_COMMENTS data dictionary view,  13-74
DBA_INDEXTYPE_COMMENTS data dictionary view,  13-75
DBA_MVIEW_COMMENTS data dictionary view,  13-75
DBA_OPERATOR_COMMENTS data dictionary view,  13-75
DBA_ROLLBACK_SEGS data dictionary view,  17-102
DBA_TAB_COMMENTS data dictionary view,  13-74
DBMS_OUTPUT package,  13-4
DBMS_ROWID package
  and extended rowids,  2-37
DBMSSTDX.SQL script,  14-62, 15-50, 15-55, 15-62
  and triggers,  16-100
DBTIMEZONE function,  7-60
DBWR_IO_SLAVES initialization parameter
  setting with ALTER SYSTEM,  11-104
DDL. See data definition language (DDL)
DDL_WAIT_FOR_LOCKS initialization parameter
  setting with ALTER SYSTEM,  11-104
DEALLOCATE UNUSED clause
  of ALTER CLUSTER,  10-8, 10-10
  of ALTER INDEX,  10-90
  of ALTER TABLE,  12-38
DEBUG ANY PROCEDURE system
  privilege,  18-49
DEBUG clause
  of ALTER FUNCTION,  10-85
  of ALTER PACKAGE,  11-37
  of ALTER PROCEDURE,  11-42
  of ALTER TRIGGER,  13-4
  of ALTER TYPE,  13-12
DEBUG object privilege,  18-58
  on a function, procedure, or package,  18-60
  on a table,  18-59
  on a view,  18-59
  on an object type,  18-61
debugging
  granting system privileges for,  18-49
decimal characters,  2-64

specifying,  2-72
DECODE function,  7-61
DECOMPOSE function,  7-63
DEFAULT clause
  of ALTER TABLE,  12-45
  of CREATE TABLE,  16-29
DEFAULT COST clause
  of ASSOCIATE STATISTICS,  13-51, 13-53
default index, suppressing,  15-20
DEFAULT profile
  assigning to users,  17-99
DEFAULT ROLE clause
  of ALTER USER,  13-28
DEFAULT SELECTIVITY clause
  of ASSOCIATE STATISTICS,  13-51, 13-53
DEFAULT storage clause
  of ALTER TABLESPACE,  12-109
  of CREATE TABLESPACE,  16-89
default tablespace,  14-33
DEFAULT TABLESPACE clause
  of ALTER DATABASE,  10-53
  of ALTER USER,  13-28
  of ALTER USER. See CREATE USER
  of CREATE USER,  17-35
default tablespaces
  specifying for a user,  13-28
DEFAULT TEMPORARY TABLESPACE clause
  of ALTER DATABASE,  10-53
  of CREATE DATABASE,  14-25
DEFERRABLE clause
  of constraints,  8-19
deferrable constraints,  19-61
DEFERRED clause
  of SET CONSTRAINTS,  19-62
definer-rights functions,  14-68
DELETE ANY TABLE system privilege,  18-53
DELETE object privilege,  18-57
  on a table,  18-59
  on a view,  18-59
DELETE statement,  17-55
  triggers on,  16-105
DELETE STATISTICS clause
  of ANALYZE,  13-44
DELETE_CATALOG_ROLE role,  18-56
deletes during,  18-91

Cloudera Exhibit 1020 - Page 1754 of 1808

Databricks_R2_PA_00003890

DENSE_RANK function, 7-64
DEREF function, 7-67
DESC clause
    of CREATE INDEX, 14-88
DETERMINISTIC clause
    of CREATE FUNCTION, 14-68
DG_BROKER_CONFIG_FILE*n* initialization
        parameter
    setting with ALTER SYSTEM, 11-104
DG_BROKER_START initialization parameter
    setting with ALTER SYSTEM, 11-104
dimensions
    attributes
        adding, 10-65
        changing, 10-62
        defining, 14-49
        dropping, 10-65
    compiling invalidated, 10-65
    creating, 14-45
    defining levels, 14-46
    examples, 14-49
    granting system privileges for, 18-49
    hierarchies
        adding, 10-65
        changing, 10-62
        defining, 14-48
        dropping, 10-65
    levels
        adding, 10-65
        defining, 14-47
        dropping, 10-65
    removing from the database, 17-73
directories. *See* directory objects
directory objects
    as aliases for operating system directories, 14-52
    auditing, 13-59
    creating, 14-52
    granting system privileges for, 18-49
    redefining, 14-53
    removing from the database, 17-75
direct-path INSERT, 18-65
DISABLE ALL TRIGGERS clause
    of ALTER TABLE, 12-92
DISABLE clause
    of ALTER INDEX, 10-103

    of CREATE TABLE, 16-59
DISABLE DISTRIBUTED RECOVERY clause
    of ALTER SYSTEM, 11-88
DISABLE NOVALIDATE constraint state, 8-21
DISABLE PARALLEL DML clause
    of ALTER SESSION, 11-62
DISABLE QUERY REWRITE clause
    of ALTER MATERIALIZED VIEW, 11-17
    of CREATE MATERIALIZED VIEW, 15-26
DISABLE RESTRICTED SESSION clause
    of ALTER SYSTEM, 11-88
DISABLE RESUMABLE clause
    of ALTER SESSION, 11-64
DISABLE ROW MOVEMENT clause
    of ALTER TABLE, 12-41
    of CREATE TABLE, 16-17, 16-60
DISABLE STORAGE IN ROW clause
    of ALTER TABLE, 12-48
    of CREATE TABLE, 16-42
DISABLE TABLE LOCK clause
    of ALTER TABLE, 12-92
DISABLE THREAD clause
    of ALTER DATABASE, 10-54
DISABLE VALIDATE constraint state, 8-21
DISASSOCIATE STATISTICS statement, 17-64
DISCONNECT SESSION clause
    of ALTER SYSTEM, 11-86
disk groups
    altering, 10-67
    creating, 14-55
    creating a tablespace in, 16-86
    creating failure groups, 10-73, 14-58
    creating files in, 8-40
    dropping, 17-76
    specifying files in, 8-40
    specifying files in control files, 14-18
DISK_ASYNCH_IO initialization parameter
    setting with ALTER SYSTEM, 11-104
dispatcher processes
    creating additional, 11-109
    terminating, 11-109
DISPATCHERS initialization parameter
    setting with ALTER SYSTEM, 11-104
DISTINCT clause
    of SELECT, 19-15

Cloudera Exhibit 1020 - Page 1755 of 1808

Databricks_R2_PA_00003891

distinct queries,   19-15
distributed queries,   9-20
   restrictions on,   9-20
DISTRIBUTED_LOCK_TIMEOUT initialization
      parameter
   setting with ALTER SYSTEM,   11-104
DML. *See* data manipulation language (DML)
DML_LOCKS initialization parameter
   setting with ALTER SYSTEM,   11-104
domain indexes,   14-75, 14-96, 14-105
   and LONG columns,   12-51
   associating statistics with,   13-51, 13-52
   creating, prerequisites,   14-96
   determining user-defined CPU and I/O
         costs,   18-25
   example,   E-1
   invoking drop routines for,   18-8
   modifying,   10-102
   parallelizing creation of,   14-96
   rebuilding,   10-99
   removing from the database,   17-80
domain_index_clause
   of CREATE INDEX,   14-79
DOWNGRADE clause
   of ALTER DATABASE,   10-26
DROP ANY CLUSTER system privilege,   18-49
DROP ANY CONTEXT system privilege,   18-49
DROP ANY DIMENSION system privilege,   18-49
DROP ANY DIRECTORY system privilege,   18-49
DROP ANY INDEX system privilege,   18-50
DROP ANY INDEXTYPE system privilege,   18-50
DROP ANY LIBRARY system privilege,   18-50
DROP ANY MATERIALIZED VIEW system
      privilege,   18-50
DROP ANY OPERATOR system privilege,   18-51
DROP ANY OUTLINE system privilege,   18-51
DROP ANY PROCEDURE system privilege,   18-51
DROP ANY ROLE system privilege,   18-52
DROP ANY SEQUENCE system privilege,   18-52
DROP ANY SYNONYM system privilege,   18-53
DROP ANY TABLE system privilege,   18-53
DROP ANY TRIGGER system privilege,   18-54
DROP ANY TYPE system privilege,   18-54
DROP ANY VIEW system privilege,   18-55
DROP clause

   of ALTER DIMENSION,   10-65
   of ALTER INDEXTYPE,   10-113
DROP CLUSTER statement,   17-67
DROP COLUMN clause
   of ALTER TABLE,   12-54
DROP CONSTRAINT clause
   of ALTER TABLE,   12-60
DROP constraint clause
   of ALTER VIEW,   13-35
DROP CONTEXT statement,   17-69
DROP DATABASE LINK statement,   17-71
DROP DATABASE statement,   17-70
DROP DIMENSION statement,   17-73
DROP DIRECTORY statement,   17-75
DROP DISKGROUP statement,   17-76
DROP FUNCTION statement,   17-78
DROP INDEX statement,   17-80
DROP INDEXTYPE statement,   17-82
DROP JAVA statement,   17-84
DROP LIBRARY statement,   17-86
DROP LOGFILE clause
   of ALTER DATABASE,   10-19, 10-44
DROP LOGFILE MEMBER clause
   of ALTER DATABASE,   10-19, 10-45
DROP MATERIALIZED VIEW LOG
      statement,   17-90
DROP MATERIALIZED VIEW statement,   17-87
DROP OPERATOR statement,   17-92
DROP OUTLINE statement,   17-94
DROP PACKAGE BODY statement,   17-95
DROP PACKAGE statement,   17-95
DROP PARTITION clause
   of ALTER INDEX,   10-108
   of ALTER TABLE,   12-75
DROP PRIMARY constraint clause
   of ALTER TABLE,   12-60
DROP PROCEDURE statement,   17-97
DROP PROFILE statement,   17-99
DROP PROFILE system privilege,   18-52
DROP PUBLIC DATABASE LINK system
      privilege,   18-49
DROP PUBLIC SYNONYM system
      privilege,   18-53
DROP ROLE statement,   17-100
DROP ROLLBACK SEGMENT statement,   17-102

Cloudera Exhibit 1020 - Page 1756 of 1808

Databricks_R2_PA_00003892

DROP ROLLBACK SEGMENT system
    privilege, 18-52
DROP SEQUENCE statement, 18-3
DROP statements
    triggers on, 16-106
DROP SUPPLEMENTAL LOG DATA clause
    of ALTER DATABASE, 10-46
DROP SUPPLEMENTAL LOG GROUP clause
    of ALTER TABLE, 12-38
DROP SYNONYM statement, 18-5
DROP TABLE statement, 18-7
DROP TABLESPACE statement, 18-11
DROP TABLESPACE system privilege, 18-53
DROP TRIGGER statement, 18-15
DROP TYPE BODY statement, 18-19
DROP TYPE statement, 18-16
DROP UNIQUE constraint clause
    of ALTER TABLE, 12-60
DROP USER statement, 18-21
DROP USER system privilege, 18-55
DROP VALUES clause
    of ALTER TABLE ... MODIFY
        PARTITION, 12-67
DROP VIEW statement, 18-23
DUAL dummy table, 2-108, 9-19
DUMP ACTIVE SESSION HISTORY clause
    of ALTER SYSTEM, 11-88
DUMP function, 7-68
DY datetime format element, 2-81

**E**

EBCDIC character set, 2-52
embedded SQL, 10-4
    precompiler support, 10-4
EMPTY_BLOB function, 7-69
EMPTY_CLOB function, 7-69
ENABLE ALL TRIGGERS clause
    of ALTER TABLE, 12-92
ENABLE clause
    of ALTER INDEX, 10-103
    of ALTER TRIGGER, 13-3
    of CREATE TABLE, 16-59
ENABLE DISTRIBUTED RECOVERY clause
    of ALTER SYSTEM, 11-88

ENABLE NOVALIDATE constraint state, 8-21
ENABLE PARALLEL DML clause
    of ALTER SESSION, 11-62
ENABLE QUERY REWRITE clause
    of ALTER MATERIALIZED VIEW, 11-17
    of CREATE MATERIALIZED VIEW, 15-26
ENABLE RESTRICTED SESSION clause
    of ALTER SYSTEM, 11-88
ENABLE RESUMABLE clause
    of ALTER SESSION, 11-64
ENABLE ROW MOVEMENT clause
    of ALTER TABLE, 12-41
    of CREATE TABLE, 16-17, 16-60
ENABLE STORAGE IN ROW clause
    of ALTER TABLE, 12-48
    of CREATE TABLE, 16-42
ENABLE TABLE LOCK clause
    of ALTER TABLE, 12-91
ENABLE THREAD clause
    of ALTER DATABASE, 10-54
ENABLE VALIDATE constraint state, 8-20
END BACKUP clause
    of ALTER DATABASE, 10-36
    of ALTER DATABASE ... DATAFILE, 10-39
    of ALTER TABLESPACE, 12-112
ENQUEUE_RESOURCES initialization parameter
    setting with ALTER SYSTEM, 11-104
equality test, 6-5
equijoins, 9-14
    defining for a dimension, 14-48
equivalency tests, 6-16
ERROR_ON_OVERLAP_TIME session
    parameter, 11-71
ESTIMATE STATISTICS clause
    of ANALYZE, 13-47
EVENT initialization parameter
    setting with ALTER SYSTEM, 11-104
EXCEPTIONS INTO clause
    of ALTER TABLE, 12-85
        restrictions, 12-86
EXCHANGE PARTITION clause
    of ALTER TABLE, 12-27, 12-83
EXCHANGE SUBPARTITION clause
    of ALTER TABLE, 12-27, 12-83
exchanging partitions

Cloudera Exhibit 1020 - Page 1757 of 1808

Databricks_R2_PA_00003893

restrictions on, 12-84
EXCLUDING NEW VALUES clause
  of ALTER MATERIALIZED VIEW LOG, 11-27
  of CREATE MATERIALIZED VIEW
    LOG, 15-40
EXCLUSIVE lock mode, 18-87
EXECUTE ANY CLASS system privilege, 18-50
EXECUTE ANY INDEXTYPE system
    privilege, 18-50
EXECUTE ANY OPERATOR system
    privilege, 18-51
EXECUTE ANY PROCEDURE system
    privilege, 18-51
EXECUTE ANY PROGRAM system
    privilege, 18-50
EXECUTE ANY TYPE system privilege, 18-54
EXECUTE object privilege, 18-57
  on a function, procedure, or package, 18-60
  on a library, 18-61
  on an indextype, 18-61
  on an object type, 18-61
  on an operator, 18-61
EXECUTE_CATALOG_ROLE role, 18-56
execution plans
  determining, 18-25
  dropping outlines for, 17-94
  saving, 15-46
EXEMPT ACCESS POLICY system privilege, 18-55
EXISTS condition, 6-14
EXISTS conditions, 6-13
EXISTSNODE function, 7-70
EXP function, 7-71
EXP_FULL_DATABASE role, 18-56
EXPLAIN PLAN statement, 18-25
explicit data conversion, 2-55, 2-58
expressions
  CASE, 5-5
  changing declared type of, 7-256
  comparing, 7-61
  compound, 5-5
  computing with the DUAL table, 9-19
  CURSOR, 5-8
  datetime, 5-10
  in SQL syntax, 5-2
  interval, 5-12

lists of, 5-19
model, 5-15
object access, 5-13
scalar subqueries as, 5-14
simple, 5-3
type constructor, 5-16
variable, 5-18
extended rowids, 2-37
  base 64, 2-37
  not directly available, 2-37
extensible indexing
  example, E-1
EXTENT MANAGEMENT clause
  of CREATE DATABASE, 14-25
  of CREATE TABLESPACE, 16-83, 16-90
EXTENT MANAGEMENT DICTIONARY clause
  of CREATE TABLESPACE, 16-91
EXTENT MANAGEMENT LOCAL clause
  of CREATE DATABASE, 14-31
  of CREATE TABLESPACE, 16-90
extents
  allocating for partitions, 12-38
  allocating for subpartitions, 12-38
  allocating for tables, 12-38
  restricting access by instances, 10-97
  specifying maximum number for an object, 8-63
  specifying number allocated upon object
    creation, 8-62
  specifying the first for an object, 8-61
  specifying the percentage of size increase, 8-62
  specifying the second for an object, 8-61
external functions, 14-61, 15-62
external LOBs, 2-31
external procedures, 15-60, 15-62
  running from remote database, 15-3
external tables, 16-35
  access drivers, 16-38
  altering, 12-61
  creating, 16-37
  ORACLE_DATAPUMP access driver, 16-38
  ORACLE_LOADER access driver, 16-38
  restrictions on, 16-38
external users, 15-78, 17-35
EXTRACT (datetime) function, 7-72
EXTRACT (XML) function, 7-74

Cloudera Exhibit 1020 - Page 1758 of 1808

Databricks_R2_PA_00003894

EXTRACTVALUE function, 7-75

# F

FAILED_LOGIN_ATTEMPTS parameter
    of ALTER PROFILE, 11-45
    of CREATE PROFILE, 15-73
failure groups
    creating for a disk group, 10-73, 14-58
FAL_CLIENT initialization parameter
    setting with ALTER SYSTEM, 11-104
FAL_SERVER initialization parameter
    setting with ALTER SYSTEM, 11-104
FAST_START_MTTR_TARGET initialization
        parameter
    setting with ALTER SYSTEM, 11-104
FAST_START_PARALLEL_ROLLBACK
        initialization parameter
    setting with ALTER SYSTEM, 11-104
FILE_MAPPING initialization parameter
    setting with ALTER SYSTEM, 11-105
FILEIO_NETWORK_ADAPTERS initialization
        parameter
    setting with ALTER SYSTEM, 11-105
files
    specifying as a redo log file group, 8-37
    specifying as datafiles, 8-37
    specifying as tempfiles, 8-37
FILESYSTEMIO_OPTIONS initialization parameter
    setting with ALTER SYSTEM, 11-105
FINAL clause
    of CREATE TYPE, 17-14
FIPS
    compliance, B-19
    flagging, 11-71
FIRST function, 7-76
FIRST_VALUE function, 7-79
FIXED_DATE initialization parameter
    setting with ALTER SYSTEM, 11-105
FLAGGER session parameter, 11-71
FLASHBACK ANY TABLE system
        privilege, 18-51, 18-53, 18-55
FLASHBACK DATABASE statement, 18-30
FLASHBACK object privilege, 18-58
flashback queries, 19-18

pseudocolumns for, 3-7
    using with inserts, 18-69, 19-82
FLASHBACK TABLE statement, 18-33
FLOAT datatype, 2-15
floating-point conditions, 6-9
floating-point numbers, 2-14
    converting to, 7-231, 7-233
    handling NaN, 7-115
FLOOR function, 7-80
FLUSH BUFFER_CACHE clause
    of ALTER SYSTEM, 11-89
FLUSH SHARED POOL clause
    of ALTER SYSTEM, 11-89
FM format model modifier, 2-84
FOR clause
    of ANALYZE ... COMPUTE STATISTICS, 13-45
    of ANALYZE ... ESTIMATE STATISTICS, 13-45
    of CREATE INDEXTYPE, 14-106
    of EXPLAIN PLAN, 18-27, 18-33
FOR EACH ROW clause
    of CREATE TRIGGER, 16-110
FOR UPDATE clause
    of CREATE MATERIALIZED VIEW, 15-26
    of SELECT, 19-14, 19-37
FORCE ANY TRANSACTION system
        privilege, 18-55
FORCE clause
    of COMMIT, 13-77
    of CREATE VIEW, 17-43
    of DISASSOCIATE STATISTICS, 17-66
    of DROP INDEX, 17-81
    of DROP INDEXTYPE, 17-83
    of DROP OPERATOR, 17-93
    of DROP TYPE, 18-17
    of REVOKE, 18-109
    of ROLLBACK, 18-33, 18-117
FORCE LOGGING clause
    of ALTER DATABASE, 10-41
    of ALTER TABLESPACE, 12-114
    of CREATE CONTROLFILE, 14-20
    of CREATE DATABASE, 14-30
    of CREATE TABLESPACE, 16-89
FORCE PARALLEL DML clause
    of ALTER SESSION, 11-62
FORCE TRANSACTION system privilege, 18-55

Cloudera Exhibit 1020 - Page 1759 of 1808

Databricks_R2_PA_00003895

foreign key constraints,   8-13
foreign tables
    rowids of,   2-38
format model modifiers,   2-83
format models,   2-70
    changing the return format,   2-86
    date,   2-75
        changing,   2-75
        default format,   2-75
        format elements,   2-76
        maximum length,   2-75
    modifiers,   2-83
    number,   2-71
    number, elements of,   2-71
    specifying,   2-87
    XML,   2-88
formats
    for dates and numbers. *See* format models
    of return values from the database,   2-70
    of values stored in the database,   2-70
free lists
    specifying for a table, partition, cluster, or
        index,   8-63
    specifying for LOBs,   16-43
FREELIST GROUPS parameter
    of STORAGE clause,   8-63
FREELISTS parameter
    of STORAGE clause,   8-64
FREEPOOLS parameter
    of LOB storage,   16-43
FROM clause
    of queries,   9-14
FROM COLUMNS clause
    of DISASSOCIATE STATISTICS,   17-65
FROM FUNCTIONS clause
    of DISASSOCIATE STATISTICS,   17-65
FROM INDEXES clause
    of DISASSOCIATE STATISTICS,   17-65
FROM INDEXTYPES clause
    of DISASSOCIATE STATISTICS,   17-65
FROM PACKAGES clause
    of DISASSOCIATE STATISTICS,   17-65
FROM TYPES clause
    of DISASSOCIATE STATISTICS,   17-65
FROM_TZ function,   7-81

full outer joins,   19-24
function expressions
    built-in,   5-12
    user-defined,   5-12
function-based indexes,   14-75
    creating,   14-87
    enabling,   10-99, 10-103
    enabling and disabling,   10-99
    refreshing,   10-52
functions
    *See also* SQL functions
    3GL, calling,   15-2
    analytic
        user-defined,   14-71
    associating statistics with,   13-51, 13-52
    avoiding run-time compilation,   10-84
    built_in
        as expressions,   5-12
    calling,   13-68
    changing the declaration of,   14-65
    changing the definition of,   14-65
    datatype of return value,   14-67
    datetime,   7-5
    DECODE,   7-61
    defining an index on,   14-87
    examples,   14-72
    executing,   13-68
        from parallel query processes,   14-69
    external,   14-61, 15-62
    inverse distribution,   7-138, 7-141
    issuing COMMIT or ROLLBACK
        statements,   11-61
    linear regression,   7-166
    naming rules,   2-111
    partitioning
        among parallel query processes,   14-69
    privileges executed with,   13-15, 17-10
    recompiling explicitly,   10-85
    recompiling invalid,   10-84
    re-creating,   14-65, 14-111
    removing from the database,   17-78
    returning collections,   14-70
    returning results iteratively,   14-70
    schema executed in,   13-15, 17-10
    specifying schema and user privileges for,   14-68

Cloudera Exhibit 1020 - Page 1760 of 1808

Databricks_R2_PA_00003896

statistics, assigning default cost,  13-51
statistics, defining default selectivity,  13-51
stored,  14-61
storing return value of,  13-71
synonyms for,  16-2
table,  14-70
user_defined
    as expressions,  5-12
user-defined,  7-287
    aggregate,  14-71
using a saved copy,  14-68
FX format model modifier,  2-84

## G

GC_FILES_TO_LOCKS initialization parameter
    setting with ALTER SYSTEM,  11-105
GCS_SERVER_PROCESSES initialization parameter
    setting with ALTER SYSTEM,  11-105
general recovery clause
    of ALTER DATABASE,  10-13, 10-27
geoimaging,  2-47
global indexes. See indexes, globally partitioned
GLOBAL PARTITION BY HASH clause
    of CREATE INDEX,  14-92
GLOBAL PARTITION BY RANGE clause
    of CREATE INDEX,  14-79, 14-92
GLOBAL QUERY REWRITE system
        privilege,  18-51
GLOBAL TEMPORARY clause
    of CREATE TABLE,  16-26
global users,  15-78, 17-35
GLOBAL_NAMES initialization parameter
    setting with ALTER SYSTEM,  11-105
Globalization Support
    change session settings,  11-67
globally partitioned indexes,  14-92, 14-94
GRANT ANY OBJECT PRIVILEGE system
        privilege,  18-55
GRANT ANY PRIVILEGE system privilege,  18-56
GRANT ANY ROLE system privilege,  18-52
GRANT clause
    of ALTER USER,  13-29
GRANT CONNECT THROUGH clause
    of ALTER USER,  13-26, 13-29

GRAPHIC datatype
    DB2,  2-41
    SQL/DS,  2-41
greater than or equal to tests,  6-5
greater than tests,  6-5
GREATEST function,  7-82
GROUP BY clause
    CUBE extension,  19-29
    identifying duplicate groupings,  7-83
    of SELECT and subqueries,  19-9, 19-28
    ROLLUP extension of,  19-29
group comparison conditions,  6-8
group separator
    specifying,  2-72
GROUP_ID function,  7-83
GROUPING function,  7-84
grouping sets,  19-29
GROUPING SETS clause
    of SELECT and subqueries,  19-29
GROUPING_ID function,  7-85
groupings
    filtering out duplicate,  7-83
GUARD ALL clause
    of ALTER DATABASE,  10-57
GUARD clause
    of ALTER DATABASE,  10-57
        overriding,  11-61
GUARD NONE clause
    of ALTER DATABASE,  10-57
GUARD STANDBY clause
    of ALTER DATABASE,  10-57

## H

hash clusters
    creating,  14-6
    single-table, creating,  14-7
    specifying hash function for,  14-7
HASH IS clause
    of CREATE CLUSTER,  14-7
hash partitioning clause
    of CREATE TABLE,  16-24, 16-50
hash partitions
    adding,  12-73
    coalescing,  12-66

Cloudera Exhibit 1020 - Page 1761 of 1808

Databricks_R2_PA_00003897

HASH_AREA_SIZE initialization parameter
  setting with ALTER SYSTEM,   11-105
HASHKEYS clause
  of CREATE CLUSTER,   14-6
HAVING condition
  of GROUP BY clause,   19-30
heap-organized tables
  creating,   16-7
hexadecimal value
  returning,   2-74
HEXTORAW function,   7-87
HI_SHARED_MEMORY_ADDRESS initialization
    parameter
  setting with ALTER SYSTEM,   11-105
hierarchical queries,   3-3, 9-3, 19-27
  child rows,   3-3, 9-4
  CONNECT_BY_ISCYCLE pseudocolumn,   3-2
  CONNECT_BY_ISLEAF pseudocolumn,   3-2
  CONNECT_BY_ROOT operator,   4-6
  illustrated,   3-3
  leaf rows,   3-3
  ordering,   19-36
  parent rows,   3-3, 9-4
  PRIOR operator,   4-6
  pseudocolumns in,   3-1
  retrieving root and node values,   7-215
hierarchical query clause
  of SELECT and subqueries,   19-9
hierarchies
  adding to a dimension,   10-65
  dropping from a dimension,   10-65
  of dimensions, defining,   14-48
HIERARCHY clause
  of CREATE DIMENSION,   14-46, 14-48
high water mark
  of clusters,   10-10
  of indexes,   10-96
  of tables,   12-38, 13-39
hints,   9-3
  in SQL statements,   2-93
  passing to the optimizer,   19-75
  syntax,   2-94
histograms
  creating equiwidth,   7-273
HS_ADMIN_ROLE role,   18-57

HS_AUTOREGISTER initialization parameter
  setting with ALTER SYSTEM,   11-105

# I

IDENTIFIED BY clause
  of ALTER ROLE. See CREATE ROLE
  of CREATE DATABASE LINK,   14-42
  of SET ROLE,   19-64
IDENTIFIED EXTERNALLY clause
  of ALTER ROLE. See CREATE ROLE
  of ALTER USER. See CREATE USER
  of CREATE ROLE,   15-78
  of CREATE USER,   17-35
IDENTIFIED GLOBALLY clause
  of ALTER ROLE. See CREATE ROLE
  of ALTER USER,   13-27
  of CREATE ROLE,   15-78
  of CREATE USER,   17-35
IDLE_TIME parameter
  of ALTER PROFILE,   11-45
IEEE754
  floating-point arithmetic,   2-16
  Oracle conformance with,   2-16
IFILE initialization parameter
  setting with ALTER SYSTEM,   11-105
IMMEDIATE clause
  of SET CONSTRAINTS,   19-61
IMP_FULL_DATABASE role,   18-56
implicit data conversion,   2-55, 2-57
IN conditions,   6-14
IN OUT parameter
  of CREATE FUNCTION,   14-66
  of CREATE PROCEDURE,   15-65
IN parameter
  of CREATE function,   14-66
  of CREATE PROCEDURE,   15-65
INCLUDING CONTENTS clause
  of DROP TABLESPACE,   18-13
INCLUDING DATAFILES clause
  of ALTER DATABASE TEMPFILE DROP
    clause,   10-40
INCLUDING NEW VALUES clause
  of ALTER MATERIALIZED VIEW LOG,   11-27
  of CREATE MATERIALIZED VIEW

Cloudera Exhibit 1020 - Page 1762 of 1808

Databricks_R2_PA_00003898

LOG,   15-40
INCLUDING TABLES clause
    of DROP CLUSTER,   17-68
incomplete object types,   17-3
    creating,   17-3, 17-4
INCREMENT BY clause
    of ALTER SEQUENCE. *See* CREATE SEQUENCE
INCREMENT BY parameter
    of CREATE SEQUENCE,   15-90
INDEX clause
    of ANALYZE,   13-40
    of CREATE CLUSTER,   14-6
index keys
    compression,   10-92
INDEX object privilege,   18-57
    on a table,   18-59
index partitions
    creating subpartitions,   14-83
index subpartitions,   14-83
indexed clusters
    creating,   14-6
indexes,   10-97
    allocating new extents for,   10-97
    application-specific,   14-105
    ascending,   14-88
    based on indextypes,   14-96
    bitmap,   14-83
    bitmap join,   14-97
    B-tree,   14-75
    changing attributes,   10-97
    changing parallelism of,   10-97
    collecting statistics on,   13-40
    on composite-partitioned tables,   14-95
    computing statistics for,   10-102
    creating,   14-75
    creating on a cluster,   14-76
    creating on a table,   14-77
    deallocating unused space from,   10-96
    descending,   14-88
        and query rewrite,   14-88
        as function-based indexes,   14-88
    direct-path inserts, logging,   10-97
    disassociating statistics types from,   17-81
    domain,   14-75, 14-96, 14-105
    domain, example,   E-1

dropping index partitions,   17-81
examples,   14-98
function-based,   14-75
    creating,   14-87
global partitioned, creating,   14-79
globally partitioned,   14-92, 14-94
    updating,   12-88
granting system privileges for,   18-50
on hash-partitioned tables,   14-94
join, bitmap,   14-97
key compression of,   10-101
key compression, enabling,   10-99
keys, eliminating repetition,   10-99
locally partitioned,   14-94
logging rebuild operations,   10-99
marking as UNUSABLE,   10-104
merging block contents,   10-99
merging contents of index blocks,   10-104
merging contents of index partition
    blocks,   10-107
modifying attributes,   10-99
moving,   10-99
on clusters,   14-85
on composite-partitioned tables, creating,   14-82
on hash-partitioned tables
    creating,   14-82
on index-organized tables,   14-85
on list-partitioned tables
    creating,   14-81
on nested table storage tables,   14-85
on partitioned tables,   14-85
on range-partitioned tables, creating,   14-81
on scalar typed object attributes,   14-85
on table columns,   14-85
on XMLType tables,   14-99
online,   14-91
parallelizing creation of,   14-92
partitioned,   2-117, 14-75
    user-defined,   14-92
partitioning,   14-92
partitions,   14-92
    adding new,   10-108
    changing default attributes,   10-105
    changing physical attributes,   10-97
    changing storage characteristics,   10-105

Cloudera Exhibit 1020 - Page 1763 of 1808

Databricks_R2_PA_00003899

coalescing hash partitions, 10-109
deallocating unused space from, 10-96
dropping, 10-108
marking UNUSABLE, 10-108, 12-86
modifying the real characteristics, 10-106
preventing use of, 10-104
rebuilding, 10-99
rebuilding unusable, 12-86
re-creating, 10-99
removing, 10-105
renaming, 10-108
specifying tablespace, 10-99
specifying tablespace for, 10-101
splitting, 10-105, 10-108
partitions, adding hash, 10-106
preventing use of, 10-104
purging from the recycle bin, 18-99
on range-partitioned tables, 14-94
rebuilding, 10-99
rebuilding while online, 10-102
re-creating, 10-99
removing from the database, 17-80
renaming, 10-99, 10-104
reverse, 10-99, 10-100, 10-102, 14-90
specifying tablespace for, 10-99, 10-101
statistics on, 14-91
statistics on usage, 10-105
subpartitions
    allocating extents for, 10-109
    changing default attributes, 10-105
    changing physical attributes, 10-97
    changing storage characteristics, 10-105
    deallocating unused space from, 10-96,
        10-109
    marking UNUSABLE, 10-109
    modifying, 10-99
    moving, 10-99
    preventing use of, 10-104
    rebuilding, 10-99
    re-creating, 10-99
    renaming, 10-108
    specifying tablespace, 10-99
    specifying tablespace for, 10-101
tablespace containing, 14-89
unique, 14-83

unsorted, 14-90
used to enforce constraints, 12-61, 16-60
validating structure, 13-42
index-organized tables
    bitmap indexes on, creating, 16-36
    creating, 16-7
    mapping tables, 12-90
        moving, 12-70
    mapping tables, creating, 16-36
    merging contents of index blocks, 12-44
    modifying, 12-42
    moving, 12-89
    overflow segments
        specifying storage, 12-43, 16-51
    partitioned, updating secondary
        indexes, 10-107
    PCT_ACCESS_DIRECT statistics, 13-39
    primary key indexes
        coalescing, 12-42
    rebuilding, 12-89
    rowids of, 2-38
    secondary indexes, updating, 10-105
INDEXTYPE clause
    of CREATE INDEX, 14-79, 14-96
indextypes
    adding operators, 10-112
    altering, 10-112
    associating statistics with, 13-51, 13-52
    changing implementation type, 10-112
    comments on, 13-75
    creating, 14-105
    disassociating from statistics types, 17-82
    drop routines, invoking, 17-81
    granting system privileges for, 18-49
    indexes based on, 14-96
    instances, 14-75
    removing from the database, 17-82
in-doubt transactions
    forcing, 13-77
    forcing commit of, 13-77
    forcing rollback, 18-33, 18-117
    rolling back, 18-115
inequality test, 6-5
INITCAP function, 7-87
INITIAL parameter

Cloudera Exhibit 1020 - Page 1764 of 1808

Databricks_R2_PA_00003900

of STORAGE clause, 8-61
initialization parameters
    changing session settings, 11-64
INITIALIZED EXTERNALLY clause
    of CREATE CONTEXT, 14-12
INITIALIZED GLOBALLY clause
    of CREATE CONTEXT, 14-12
INITIALLY DEFERRED clause
    of constraints, 8-20
INITIALLY IMMEDIATE clause
    of constraints, 8-20
INITRANS parameter
    of ALTER CLUSTER, 10-9
    of ALTER INDEX, 10-97
    of ALTER MATERIALIZED VIEW LOG, 11-23
    of ALTER TABLE, 12-36
    of CREATE INDEX. See CREATE TABLE
    of CREATE MATERIALIZED VIEW LOG. See
        CREATE TABLE
    of CREATE MATERIALIZED VIEW. See
        CREATE TABLE
    of CREATE TABLE, 8-56
inline constraints
    of ALTER TABLE, 12-46
    of CREATE TABLE, 16-29
inline views, 9-17
inner joins, 9-14, 19-24
inner-N reporting, 7-179
INSERT ANY TABLE system privilege, 18-53
INSERT clause
    of MERGE, 18-90
INSERT object privilege, 18-57
    on a table, 18-59
    on a view, 18-59
INSERT statement, 18-65
    triggers on, 16-105
inserts
    and simultaneous update, 18-89
    conditional, 18-76
    conventional, 18-65
    direct-path, 18-65
    multitable, 18-76
    multitable, examples, 18-81
    single-table, 18-69
    using MERGE, 18-90

instance recovery
    continue after interruption, 10-27
INSTANCE session parameter, 11-72
INSTANCE_GROUPS initialization parameter
    setting with ALTER SYSTEM, 11-105
INSTANCE_NAME initialization parameter
    setting with ALTER SYSTEM, 11-105
INSTANCE_NUMBER initialization parameter
    setting with ALTER SYSTEM, 11-105
INSTANCE_TYPE initialization parameter
    setting with ALTER SYSTEM, 11-105
instances
    making index extents available to, 10-97
    setting parameters for, 11-92
INSTANTIABLE clause
    of CREATE TYPE, 17-14
INSTEAD OF clause
    of CREATE TRIGGER, 16-104
INSTEAD OF triggers, 16-104
INSTR function, 7-88
INSTR2 function, 7-88
INSTR4 function, 7-88
INSTRB function, 7-88
INSTRC function, 7-88
integers
    generating unique, 15-88
    in SQL syntax, 2-63
    precision of, 2-63
    syntax of, 2-63
integrity constraints. See constraints
internal LOBs, 2-31
International Standards Organization (ISO), B-1
    standards, 1-2, B-2
interrow calculations, 19-30
    CV function, 7-59
    IS ANY condition, 6-18
    IS PRESENT condition, 6-21
    ITERATION_NUMBER function, 7-90
    MODEL clause, 19-10
    model expression, 5-15
    PRESENTNNV function, 7-146
    PRESENTV function, 7-148
    PREVIOUS function, 7-149
INTERSECT set operator, 4-6, 19-35
interval arithmetic, 2-27

Cloudera Exhibit 1020 - Page 1765 of 1808

Databricks_R2_PA_00003901

interval datatypes, 2-19
INTERVAL DAY TO SECOND datatype, 2-26
INTERVAL expressions, 5-12
INTERVAL YEAR TO MONTH datatype, 2-26
INTO clause
    of EXPLAIN PLAN, 18-27
    of INSERT, 18-70
INVALIDATE GLOBAL INDEXES clause
    of ALTER TABLE, 12-88
inverse distribution functions, 7-138, 7-141
invoker rights
    altering for a Java class, 10-116
    altering for an object type, 13-15
    defining for a function, 14-68
    defining for a Java class, 14-110, 14-112
    defining for a package, 15-51
    defining for a procedure, 15-63
    defining for an object type, 17-10
invoker-rights functions
    defining, 14-68
IS [NOT] EMPTY conditions, 6-19
IS ANY condition, 6-18
IS NOT NULL operator, 6-12
IS NULL operator, 6-12
IS OF type condition, 6-20
IS PRESENT condition, 6-21
ISO. See International Standards Organization (ISO)
ISOLATION_LEVEL session parameter, 11-72
ITERATION_NUMBER function, 7-90

J

Java
    class
        creating, 14-109, 14-112
        dropping, 17-84
        resolving, 10-115, 14-111
    Java source schema object
        creating, 14-111
    methods
        return type of, 17-15
    resource
        creating, 14-109, 14-112
        dropping, 17-84
    schema object

    name resolution of, 14-113
    source
        compiling, 10-115, 14-111
        creating, 14-109
        dropping, 17-84
    storage formats
        CustomDatum, 17-12
        SQLData, 17-12
JAVA clause
    of CREATE TYPE, 17-16
    of CREATE TYPE BODY, 17-30
Java methods
    mapping to an object type, 17-16
JAVA_MAX_SESSIONSPACE_SIZE initialization
        parameter
    setting with ALTER SYSTEM, 11-105
JAVA_POOL_SIZE initialization parameter
    setting with ALTER SYSTEM, 11-105
JAVA_SOFT_SESSIONSPACE_LIMIT initialization
        parameter
    setting with ALTER SYSTEM, 11-105
job scheduler object privileges, 18-50
JOB_QUEUE_PROCESSES initialization parameter
    setting with ALTER SYSTEM, 11-105
JOIN clause
    of CREATE DIMENSION, 14-46
JOIN KEY clause
    of ALTER DIMENSION, 10-64
    of CREATE DIMENSION, 14-48
join views
    example, 17-51
    making updatable, 17-48
    modifying, 17-60, 18-70, 19-78
joins, 9-13
    antijoins, 9-17
    conditions
        defining, 9-13
    cross, 19-24
    equijoins, 9-14
    full outer, 19-24
    inner, 9-14, 19-24
    left outer, 19-24
    natural, 19-26
    outer, 9-15
        and data densification, 9-15

Cloudera Exhibit 1020 - Page 1766 of 1808

Databricks_R2_PA_00003902

on grouped tables, 9-15
  restrictions, 9-15
right outer, 19-24
self, 9-14
semijoins, 9-17
without join conditions, 9-14
Julian dates, 2-23

## K

key compression, 16-36
  definition, 10-101
  disabling, 10-101, 14-90
  enabling, 10-99
  of index rebuild, 12-90
  of indexes
    disabling, 10-101
  of index-organized tables, 16-36
key-preserved tables, 17-48
keywords, 2-108
  in object names, 2-108
  optional, A-4
  required, A-3
KILL SESSION clause
  of ALTER SYSTEM, 11-87

## L

LAG function, 7-92
LANGUAGE clause
  of CREATE PROCEDURE, 15-67
  of CREATE TYPE, 17-16
  of CREATE TYPE BODY, 17-30
large objects. See LOB datatypes
LARGE_POOL_SIZE initialization parameter
  setting with ALTER SYSTEM, 11-105
LAST function, 7-93
LAST_DAY function, 7-94
LAST_VALUE function, 7-95
LDAP_DIRECTORY_ACCESS initialization parameter
  setting with ALTER SYSTEM, 11-105
LEAD function, 7-97
LEAST function, 7-98
left outer joins, 19-24

LENGTH function, 7-99
LENGTH2 function, 7-99
LENGTH4 function, 7-99
LENGTHB function, 7-99
LENGTHC function, 7-99
less than tests, 6-5
LEVEL clause
  of ALTER DIMENSION, 10-63
  of CREATE DIMENSION, 14-46, 14-47
level columns
  specifying default values, 16-29
LEVEL pseudocolumn, 3-3, 19-27
  and hierarchical queries, 3-3
levels
  adding to a dimension, 10-65
  dropping from a dimension, 10-65
  of dimensions, defining, 14-47
libraries
  creating, 15-2
  granting system privileges for, 18-50
  re-creating, 15-3
  removing from the database, 17-86
library units. See Java schema objects
LICENSE_MAX_SESSIONS initialization parameter
  setting with ALTER SYSTEM, 11-105
LICENSE_MAX_USERS initialization parameter
  setting with ALTER SYSTEM, 11-105
LICENSE_SESSIONS_WARNING initialization parameter
  setting with ALTER SYSTEM, 11-105
LIKE conditions, 6-22
linear regression functions, 7-166
LIST CHAINED ROWS clause
  of ANALYZE, 13-43
list partitioning
  adding default partition, 12-73
  adding partitions, 12-73
  adding values, 12-67
  creating a default partition, 16-51
  creating partitions, 16-51
  dropping values, 12-67
  merging default with nondefault partitions, 12-81
  splitting default partition, 12-77
list subpartitions

Cloudera Exhibit 1020 - Page 1767 of 1808

Databricks_R2_PA_00003903

adding, 12-65
listeners
  registering, 11-92
literals
  in SQL statements and functions, 2-60
  in SQL syntax, 2-60
LN function, 7-100
LNNVL function, 7-101
LOB columns
  adding, 12-44
  creating from LONG columns, 2-17, 12-51
  defining properties
    for materialized views, 15-12
  modifying, 12-50
  modifying storage, 12-47
  restricted in joins, 9-13
  restrictions on, 2-32
  storage characteristics of materialized
    views, 11-11
LOB datatypes, 2-31
LOB storage clause
  for partitions, 12-49
  of ALTER MATERIALIZED VIEW, 11-11
  of ALTER TABLE, 12-15, 12-47
  of CREATE MATERIALIZED VIEW, 15-12,
    15-14, 15-17, 15-19
  of CREATE TABLE, 16-15, 16-41
LOB_storage_clause
  of ALTER MATERIALIZED VIEW, 11-5
LOBs
  attributes, initializing, 2-32
  columns
    difference from LONG and LONG
      RAW, 2-31
    populating, 2-32
  external, 2-31
  internal, 2-31
  locators, 2-31
  logging attribute, 16-33
  modifying physical attributes, 12-59
  number of bytes manipulated in, 16-42
  saving old versions, 16-43
  saving values in a cache, 12-47, 16-56
  specifying directories for, 14-52
  storage

attributes, 16-41
  characteristics, 8-57
  in-line, 16-42
  tablespace for
    defining, 16-32
LOCAL clause
  of CREATE INDEX, 14-81, 14-94
local users, 15-78, 17-34
LOCAL_LISTENER initialization parameter
  setting with ALTER SYSTEM, 11-105
locale independent, 2-77
locally managed tablespaces
  altering, 12-109
  storage attributes, 8-61
locally partitioned indexes, 14-94
LOCALTIMESTAMP function, 7-102
location transparency, 16-2
LOCK ANY TABLE system privilege, 18-53
LOCK TABLE statement, 18-85
LOCK_SGA initialization parameter
  setting with ALTER SYSTEM, 11-105
locking
  automatic
    overriding, 18-85
locks. See table locks
log data
  collection during update operations, 10-45
log file clauses
  of ALTER DATABASE, 10-19
log files
  adding, 10-40
  dropping, 10-40
  modifying, 10-40
  registering, 10-50
  renaming, 10-37
  specifying for the database, 14-28
LOG function, 7-103
log groups
  adding, 12-38
  dropping, 12-38
LOG_ARCHIVE_CONFIG initialization parameter
  setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_DEST initialization parameter
  setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_DEST_n initialization parameter

Cloudera Exhibit 1020 - Page 1768 of 1808

Databricks_R2_PA_00003904

overriding DELAY setting, 10-33
LOG_ARCHIVE_DEST_*n* initialization parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_DEST_STATE_*n* initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_DUPLEX_DEST initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_FORMAT initialization parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_LOCAL_FIRST initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_MAX_PROCESSES initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_MIN_SUCCEED_DEST
    initialization parameter
    setting with ALTER SYSTEM, 11-105
LOG_ARCHIVE_TRACE initialization parameter
    setting with ALTER SYSTEM, 11-105
LOG_BUFFER initialization parameter
    setting with ALTER SYSTEM, 11-105
LOG_CHECKPOINT_INTERVAL initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_CHECKPOINT_TIMEOUT initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_CHECKPOINTS_TO_ALERT initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOG_FILE_NAME_CONVERT initialization
    parameter
    setting with ALTER SYSTEM, 11-105
LOGFILE clause
    OF CREATE DATABASE, 14-28
LOGFILE GROUP clause
    of CREATE CONTROLFILE, 14-17
logging
    and redo log size, 8-48
    specifying minimal, 8-48
    supplemental
        dropping, 10-46

supplemental, adding log groups, 10-45, 12-38
supplemental, dropping log groups, 10-45,
    12-38
LOGGING clause
    of ALTER INDEX, 10-98
    of ALTER MATERIALIZED VIEW, 11-12
    of ALTER MATERIALIZED VIEW LOG, 11-25
    of ALTER TABLE, 12-37
    of ALTER TABLESPACE, 12-114
    of CREATE MATERIALIZED VIEW, 15-17
    of CREATE MATERIALIZED VIEW
        LOG, 15-37
    of CREATE TABLE, 16-33
    of CREATE TABLESPACE, 16-88
logical conditions, 6-10
logical standby database
    aborting, 10-52
    activating, 10-48
    stopping, 10-52
LOGICAL_READS_PER_CALL parameter
    of ALTER PROFILE, 11-45
LOGICAL_READS_PER_SESSION parameter
    of ALTER PROFILE, 11-45
    of ALTER RESOURCE COST, 11-49
LogMiner
    supplemental logging, 10-45, 12-38, 16-30
LOGMNR_MAX_PERSISTENT_SESSIONS
    initialization parameter
    setting with ALTER SYSTEM, 11-106
LOGOFF database event
    triggers on, 16-108
LOGON database event
    triggers on, 16-108
LONG columns
    and domain indexes, 12-51
    converting to LOB, 2-17, 12-51
    restrictions on, 2-18
    to store text strings, 2-17
    to store view definitions, 2-17
    where referenced from, 2-18
LONG datatype, 2-17
    in triggers, 2-19
LONG RAW datatype, 2-30
    converting from CHAR data, 2-31
LONG VARGRAPHIC datatype

Cloudera Exhibit 1020 - Page 1769 of 1808

Databricks_R2_PA_00003905

DB2, 2-41
    SQL/DS, 2-41
LOWER function, 7-104
LPAD function, 7-105
LTRIM function, 7-106

# M

MAKE_REF function, 7-107
MANAGE SCHEDULER system privilege, 18-50
MANAGE TABLESPACE system privilege, 18-53
managed recovery
    of database, 10-15
    wait period of, 10-32
managed standby recovery
    as background process, 10-32
    overriding delays, 10-32
    returning control during, 10-35
    terminating automatically, 10-33
    terminating existing, 10-35
MANAGED STANDBY RECOVERY clause
    of ALTER DATABASE, 10-31
MAP MEMBER clause
    of ALTER TYPE, 13-14
    of CREATE TYPE, 17-31
MAP methods
    defining for a type, 17-17
    specifying, 13-14
MAPPING TABLE clause
    of ALTER TABLE, 12-70, 12-90
mapping tables
    of index-organized tables, 12-90, 16-36
        modifying, 12-44
master databases, 15-5
master tables, 15-5
MATCHES condition, 4-1, 6-3
materialized join views, 15-33
materialized view logs, 15-33
    adding columns, 11-26
    creating, 15-33
    excluding new values from, 11-27
    logging changes to, 11-25
    object ID based, 11-26
    parallelizing creation, 15-38
    partition attributes, changing, 11-25

partitioned, 15-38
physical attributes
    specifying, 15-37
physical attributes, changing, 11-24
removing from the database, 17-90
required for fast refresh, 15-33
rowid based, 11-26
saving new values in, 11-27
saving old values in, 15-40
storage attributes
    specifying, 15-37
materialized views, 15-20
    allowing update of, 15-26
    changing from rowid-based to
        primary-key-based, 11-16
    changing to primary-key-based, 11-26
    complete refresh, 11-15, 15-22
    compression of, 11-11, 15-17
    constraints on, 8-22
    creating, 15-5
    creating comments about, 13-73
    for data warehousing, 15-5
    degree of parallelism, 11-12, 11-25
        during creation, 15-19
    enabling and disabling query rewrite, 15-26
    examples, 15-28, 15-40
    fast refresh, 11-14, 15-21, 15-22
    forced refresh, 11-15
    granting system privileges for, 18-50
    index characteristics
        changing, 11-12
    indexes that maintain, 15-20
    join, 15-33
    LOB storage attributes, 11-11
    logging changes to, 11-12
    master table, dropping, 17-88
    object type, creating, 15-15
    partitions, 11-12
        compression of, 11-11, 15-17
    physical attributes, 15-17
        changing, 11-11
    primary key, 15-23
        recording values in master table, 11-26
    query rewrite
        eligibility for, 8-22

Cloudera Exhibit 1020 - Page 1770 of 1808

Databricks_R2_PA_00003906

enabling and disabling,   11-17
re-creating during refresh,   11-15
refresh
    using trusted constraints,   15-25
refresh mode
    changing,   11-14
refresh time
    changing,   11-14
refreshing,   10-52
refreshing after DML on master table,   11-15, 15-22
refreshing on next COMMIT,   11-15, 15-22
removing from the database,   17-87
for replication,   15-5
restricting scope of,   15-16
retrieving data from,   19-4
revalidating,   11-18
rowid,   15-24
rowid values
    recording in master table,   11-26
saving blocks in a cache,   11-13
storage attributes,   15-17
    changing,   11-11
subquery,   15-27
suppressing creation of default index,   15-20
synonyms for,   16-2
when to populate,   15-20
MAX function,   7-108
MAX_COMMIT_PROPAGATION_DELAY
    initialization parameter
    setting with ALTER SYSTEM,   11-106
MAX_DISPATCHERS initialization parameter
    setting with ALTER SYSTEM,   11-106
MAX_DUMP_FILE_SIZE initialization parameter
    setting with ALTER SYSTEM,   11-106
MAX_SHARED_SERVERS initialization parameter
    setting with ALTER SYSTEM,   11-106
MAXDATAFILES parameter
    of CREATE CONTROLFILE,   14-19
    of CREATE DATABASE,   14-27
MAXEXTENTS parameter
    of STORAGE clause,   8-63
MAXINSTANCES parameter
    of CREATE CONTROLFILE,   14-19
    OF CREATE DATABASE,   14-27

MAXLOGFILES parameter
    of CREATE CONTROLFILE,   14-19
    of CREATE DATABASE,   14-29
MAXLOGHISTORY parameter
    of CREATE CONTROLFILE,   14-19
    of CREATE DATABASE,   14-29
MAXLOGMEMBERS parameter
    of CREATE CONTROLFILE,   14-19
    of CREATE DATABASE,   14-29
MAXSIZE clause
    of ALTER DATABASE,   10-19
MAXTRANS parameter
    of physical_attributes_clause,   8-57
MAXVALUE parameter
    of ALTER SEQUENCE. *See* CREATE SEQUENCE
    of CREATE SEQUENCE,   15-90
media recovery
    avoid on startup,   10-38
    designing,   10-27
    disabling,   10-36
    from specified redo logs,   10-27
    of database,   10-27
    of datafiles,   10-27
    of standby database,   10-27
    of tablespaces,   10-27
    parallelizing,   10-31
    performing ongoing,   10-31
    preparing for,   10-40
    restrictions,   10-27
    sustained standby recovery,   10-31
MEDIAN function,   7-110
median values,   7-141
MEMBER clause
    of ALTER TYPE,   13-13
    of CREATE TYPE,   17-13
MEMBER conditions,   6-26
membership conditions,   6-14, 6-26
MERGE PARTITIONS clause
    of ALTER TABLE,   12-81
MERGE statement,   18-89, 18-91
    inserts during,   18-91
    updates during,   18-91
merge_insert_clause
    of MERGE,   18-91
methods

Cloudera Exhibit 1020 - Page 1771 of 1808

Databricks_R2_PA_00003907

overriding a method a supertype,    17-14
preventing overriding in subtypes,    17-14
static,    17-13
without implementation,    17-14
migrated rows
    listing,    13-43
    of clusters,    13-41
MIN function,    7-112
MINEXTENTS parameter
    of STORAGE clause,    8-62
MINIMIZE RECORDS PER BLOCK clause
    of ALTER TABLE,    12-41
MINIMUM EXTENT clause
    of ALTER TABLESPACE,    12-109
    of CREATE TABLESPACE,    16-88
MINUS set operator,    4-6, 19-35
MINVALUE parameter
    of ALTER SEQUENCE. See CREATE SEQUENCE
    of CREATE SEQUENCE,    15-91
MOD function,    7-113
MODE clause
    of LOCK TABLE,    18-87
MODEL clause
    of SELECT,    19-10, 19-30
model conditions
    IS ANY,    6-18
    IS PRESENT,    6-21
model expression,    5-15
model functions,    7-18
    CV,    7-59
    ITERATION_NUMBER,    7-90
    PRESENTNNV,    7-146
    PRESENTV,    7-148
    PREVIOUS,    7-149
MODIFY clause
    of ALTER TABLE,    12-50
MODIFY CONSTRAINT clause
    of ALTER TABLE,    12-12, 12-60
    of ALTER VIEW,    13-34
MODIFY DEFAULT ATTRIBUTES clause
    of ALTER INDEX,    10-93, 10-106
    of ALTER TABLE,    12-62
MODIFY LOB storage clause
    of ALTER MATERIALIZED VIEW,    11-6, 11-11
    of ALTER TABLE,    12-59

MODIFY NESTED TABLE clause
    of ALTER TABLE,    12-12, 12-58
MODIFY PARTITION clause
    of ALTER INDEX,    10-106
    of ALTER MATERIALIZED VIEW,    11-12
    of ALTER TABLE,    12-64
MODIFY scoped_table_ref_constraint clause
    of ALTER MATERIALIZED VIEW,    11-13
MODIFY SUBPARTITION clause
    of ALTER INDEX,    10-95, 10-109
    of ALTER TABLE,    12-68
MODIFY VARRAY clause
    of ALTER TABLE,    12-17, 12-59
MON datetime format element,    2-81
MONITORING clause
    of CREATE TABLE,    16-58
MONITORING USAGE clause
    of ALTER INDEX,    10-105
MONTH datetime format element,    2-81
MONTHS_BETWEEN function,    7-114
MOUNT clause
    of ALTER DATABASE,    10-25
MOVE clause
    of ALTER TABLE,    12-32, 12-89
MOVE ONLINE clause
    of ALTER TABLE,    12-89
MOVE PARTITION clause
    of ALTER TABLE,    12-69
MOVE SUBPARTITION clause
    of ALTER TABLE,    12-71
MTS. See shared server
multilevel collections,    16-45
MULTISET EXCEPT operator,    4-8
MULTISET INTERSECT operator,    4-9
multiset operators,    4-7
    MULTISET EXCEPT,    4-8
    MULTISET INTERSECT,    4-9
    MULTISET UNION,    4-10
MULTISET parameter
    of CAST function,    7-31
MULTISET UNION operator,    4-10
multitable inserts,    18-76
    conditional,    18-76
    examples,    18-81
    unconditional,    18-76

Cloudera Exhibit 1020 - Page 1772 of 1808

multi-threaded server. *See* shared server

# N

NAME clause
  of SET TRANSACTION,   19-68
NAMED clause
  of CREATE JAVA,   14-112
namespaces
  and object naming rules,   2-109
  for nonschema objects,   2-110
  for schema objects,   2-109
NANVL function,   7-115
national character set
  changing,   10-52
  fixed versus variable width,   2-11
  multibyte character data,   2-36
  multibyte character sets,   2-11
  variable-length strings,   2-11
NATIONAL CHARACTER SET parameter
  of CREATE DATABASE,   14-28
natural joins,   19-26
NCHAR datatype,   2-11
NCHR function,   7-116
NCLOB datatype,   2-36
  transactional support of,   2-36
negative scale,   2-14
nested subqueries,   9-17
NESTED TABLE clause
  of ALTER TABLE,   12-13, 12-46
  of CREATE TABLE,   16-14, 16-45
  of CREATE TRIGGER,   16-109
nested tables,   2-42, 6-17, 7-144, 7-186
  changing returned value,   12-58
  combining,   4-7
  compared with varrays,   2-54
  comparison rules,   2-54
  creating,   17-3, 17-9
  creating from existing columns,   7-39
  defining as index-organized tables,   12-46
  determining hierarchy,   6-29
  dropping the body of,   18-19
  dropping the specification of,   18-16
  in materialized views,   15-12, 15-13
  indexing columns of,   14-86

  modifying,   12-58, 13-19
  modifying column properties,   12-13
  multilevel,   16-45
  of scalar types, modifying,   13-19
  storage characteristics of,   12-46, 16-45
  update in a view,   16-104
NEW_TIME function,   7-117
NEXT clause
  of ALTER MATERIALIZED
      VIEW...REFRESH,   11-16
NEXT parameter
  of STORAGE clause,   8-61
NEXT_DAY function,   7-118
NEXTVAL pseudocolumn,   3-4, 15-88
NLS_CALENDAR initialization parameter
  setting with ALTER SYSTEM,   11-106
NLS_CHARSET_DECL_LEN function,   7-119
NLS_CHARSET_ID function,   7-120
NLS_CHARSET_NAME function,   7-120
NLS_COMP initialization parameter
  setting with ALTER SYSTEM,   11-106
NLS_CURRENCY initialization parameter
  setting with ALTER SYSTEM,   11-106
NLS_DATE_FORMAT initialization parameter
  setting with ALTER SYSTEM,   11-106
NLS_DATE_LANGUAGE initialization
    parameter,   2-81
  setting with ALTER SYSTEM,   11-106
NLS_DUAL_CURRENCY initialization parameter
  setting with ALTER SYSTEM,   11-106
NLS_INITCAP function,   7-121
NLS_ISO_CURRENCY initialization parameter
  setting with ALTER SYSTEM,   11-106
NLS_LANGUAGE initialization parameter,   2-81,
    9-13
  setting with ALTER SYSTEM,   11-106
NLS_LENGTH_SEMANTICS initialization
    parameter
  overriding,   2-10
  setting with ALTER SYSTEM,   10-85, 11-38,
      11-42, 11-106, 13-5, 13-12
NLS_LOWER function,   7-123
NLS_NCHAR_CONV_EXCP initialization
    parameter
  setting with ALTER SYSTEM,   11-106

Cloudera Exhibit 1020 - Page 1773 of 1808

Databricks_R2_PA_00003909

NLS_NUMERIC_CHARACTERS initialization
    parameter
  setting with ALTER SYSTEM,   11-106
NLS_SORT initialization parameter,   9-13
  setting with ALTER SYSTEM,   11-106
NLS_TERRITORY initialization parameter,   2-81
  setting with ALTER SYSTEM,   11-106
NLS_TIMESTAMP_FORMAT initialization
    parameter
  setting with ALTER SYSTEM,   11-106
NLS_TIMESTAMP_TZ_FORMAT initialization
    parameter
  setting with ALTER SYSTEM,   11-106
NLS_UPPER function,   7-126
NLSPG041,   7-124
NLSSORT function,   7-123
NO FORCE LOGGING clause
  of ALTER DATABASE,   10-41
  of ALTER TABLESPACE,   12-114
NOARCHIVELOG clause
  of ALTER DATABASE,   10-19, 10-41
  of CREATE CONTROLFILE,   14-20
  OF CREATE DATABASE,   10-27, 14-30
NOAUDIT statement,   18-94
NOCACHE clause
  of ALTER CLUSTER,   10-10
  of ALTER MATERIALIZED VIEW,   11-13
  of ALTER MATERIALIZED VIEW LOG,   11-25
  of ALTER SEQUENCE. See CREATE SEQUENCE
  of ALTER TABLE,   16-56
  of CREATE CLUSTER,   14-9
  of CREATE MATERIALIZED VIEW,   15-19
  of CREATE MATERIALIZED VIEW
      LOG,   15-37
  of CREATE SEQUENCE,   15-91
NOCOMPRESS clause
  of ALTER INDEX ... REBUILD,   10-101
  of CREATE INDEX,   14-90
  of CREATE TABLE,   16-36
NOCOPY clause
  of CREATE FUNCTION,   14-66
  of CREATE PROCEDURE,   15-65
NOCYCLE parameter
  of ALTER SEQUENCE. See CREATE
      SEQUENCE,   11-58

  of CREATE SEQUENCE,   15-91
NOFORCE clause
  of CREATE JAVA,   14-111
  of CREATE VIEW,   17-43
NOLOGGING mode
  and force logging mode,   8-48
  for nonpartitioned objects,   8-48
  for partitioned objects,   8-48
NOMAXVALUE parameter
  of ALTER SEQUENCE. See CREATE SEQUENCE
  of CREATE SEQUENCE,   15-90
NOMINIMIZE RECORDS PER BLOCK clause
  of ALTER TABLE,   12-41
NOMINVALUE parameter
  of ALTER SEQUENCE. See CREATE
      SEQUENCE,   11-58
  of CREATE SEQUENCE,   15-91
NOMONITORING clause
  of CREATE TABLE,   16-58
NOMONITORING USAGE clause
  of ALTER INDEX,   10-105
NONE clause
  of SET ROLE,   19-64
nonempty subsets of,   7-144
nonequivalency tests,   6-16
nonpadded comparison semantics,   2-51
nonschema objects
  list of,   2-106
  namespaces,   2-110
NOORDER parameter
  of ALTER SEQUENCE. See CREATE
      SEQUENCE,   11-58
  of CREATE SEQUENCE,   15-92
NOPARALLEL clause
  of CREATE INDEX,   8-52, 16-57
NORELY clause
  of constraints,   8-22
NORESETLOGS clause
  of CREATE CONTROLFILE,   14-18
NOREVERSE parameter
  of ALTER INDEX ... REBUILD,   10-100, 10-102
NOROWDEPENDENCIES clause
  of CREATE CLUSTER,   14-8
  of CREATE TABLE,   16-58
NOSORT clause

Cloudera Exhibit 1020 - Page 1774 of 1808

Databricks_R2_PA_00003910

of ALTER INDEX,   14-90
NOT condition,   6-10
NOT DEFERRABLE clause
    of constraints,   8-19
NOT FINAL clause
    of CREATE TYPE,   17-14
NOT IDENTIFIED clause
    of ALTER ROLE. *See* CREATE ROLE
    of CREATE ROLE,   15-78
NOT IN subqueries
    converting to NOT EXISTS subqueries,   7-101
NOT INSTANTIABLE clause
    of CREATE TYPE,   17-14
NOT NULL clause
    of CREATE TABLE,   16-29
NOWAIT clause
    of LOCK TABLE,   18-88
NTILE function,   7-127
null,   2-89
    difference from zero,   2-89
    in conditions,   2-90
        table of,   2-91
    in functions,   2-90
    with comparison conditions,   2-90
null conditions,   6-12
NULLIF function,   7-128
    as a form of CASE expression,   7-128
NUMBER datatype,   2-12
    converting to VARCHAR2,   2-71
    precision,   2-12
    scale,   2-12
number format models,   2-71
number functions,   7-3
numbers
    comparison rules,   2-50
    floating-point,   2-12, 2-14
    in SQL syntax,   2-62
    precision of,   2-64
    rounding,   2-14
    spelling out,   2-83
    syntax of,   2-63
numeric precedence,   2-17
NUMTODSINTERVAL function,   7-129
NUMTOYMINTERVAL function,   7-130
NVARCHAR2 datatype,   2-11

NVL function,   7-131
NVL2 function,   7-133

## O

O7_DICTIONARY_ACCESSIBILITY initialization
        parameter
    setting with ALTER SYSTEM,   11-106
object access expressions,   5-13
OBJECT IDENTIFIER clause
    of CREATE TABLE,   16-64
object identifiers
    contained in REFs,   2-42
    of object views,   17-45
    primary key,   16-64
    specifying,   16-64, 17-10
    specifying an index on,   16-64
    system-generated,   16-64
object instances
    types of,   6-20
object privileges
    DEBUG,   18-58
    FLASHBACK,   18-58
    granting,   15-77
        multiple,   15-85
        on specific columns,   18-45
    on a database object
        revoking,   18-110
    ON COMMIT REFRESH,   18-58
    QUERY REWRITE,   18-58
    revoking,   18-106
        from a role,   18-104, 18-108
        from a user,   18-104, 18-108
        from PUBLIC,   18-109
    UNDER,   18-58
object reference functions,   7-17
object tables
    adding rows to,   18-65
    as part of hierarchy,   16-63
    creating,   16-9, 16-63
    querying,   16-63
    system-generated column name,   16-63, 16-65,
        17-45, 17-49
    updating to latest version,   12-40
    upgrading,   12-40

Cloudera Exhibit 1020 - Page 1775 of 1808

Databricks_R2_PA_00003911

object type columns
   defining properties
      for materialized views,   15-12, 15-13
   in a type hierarchy,   16-40
   membership in hierarchy,   12-46
   modifying properties
      for tables,   12-13, 12-46
   substitutability,   12-46
object type materialized views
   creating,   15-15
object types,   2-41
   adding methods to,   13-16
   adding new member subprograms,   13-13
   allowing object instances of,   17-14
   allowing subtypes,   17-14
   and subtypes,   13-13
   and supertypes,   13-13
   attributes,   2-119
      in a type hierarchy,   16-40
      membership in hierarchy,   12-46
      substitutability,   12-46
   bodies
      creating,   17-26
      re-creating,   17-29
      SQL examples,   17-31
   comparison rules,   2-54
      MAP function,   2-54
      ORDER function,   2-54
   compiling the specification and body,   13-12
   components of,   2-41
   creating,   17-3, 17-5
   defining member methods of,   17-26
   disassociating statistics types from,   18-16
   dropping methods from,   13-16
   dropping the body of,   18-19
   dropping the specification of,   18-16
   function subprogram
      declaring,   17-31
   function subprograms,   13-13, 17-13
   granting system privileges for,   18-54
   handling dependent types,   13-20
   identifiers,   3-7
   incomplete,   17-3, 17-4
   inheritance,   17-14
   invalidating dependent types,   13-20

MAP methods,   17-17
methods,   2-119
nested table,   17-9
ORDER methods,   17-17
privileges on subtypes,   18-46
procedure subprogram
   declaring,   17-31
procedure subprograms,   13-13, 17-13
references to. See REFs
root, specifying,   17-11
SQL examples,   17-20
static methods of,   17-13
statistics types,   13-50
subtypes, specifying,   17-11
top-level,   17-11
user-defined
   creating,   17-10
values
   comparing,   17-31
values of,   3-8
varrays,   17-9
object views,   17-45
   base tables
      adding rows,   18-65
   creating,   17-45
   creating subviews,   17-46
   defining,   17-40
   querying,   17-45
OBJECT_CACHE_MAX_SIZE_PERCENT
      initialization parameter
   setting with ALTER SYSTEM,   11-106
OBJECT_CACHE_OPTIMAL_SIZE initialization
      parameter
   setting with ALTER SYSTEM,   11-106
OBJECT_ID pseudocolumn,   3-7, 16-63, 16-65,
      17-45, 17-49
OBJECT_VALUE pseudocolumn,   3-8
objects. See object types or database objects
ODCIIndexInsert method
   indextype support of,   10-114, 14-107
OF clause
   of CREATE VIEW,   17-45
OFFLINE clause
   of ALTER TABLESPACE,   12-115
   of CREATE TABLESPACE,   16-90

Cloudera Exhibit 1020 - Page 1776 of 1808

OIDINDEX clause
  of CREATE TABLE,   16-64
OIDs. *See* object identifiers
OLAP_PAGE_POOL_SIZE initialization parameter
  setting with ALTER SYSTEM,   11-106
ON clause
  of CREATE OUTLINE,   15-48
ON COMMIT clause
  of CREATE TABLE,   16-31
ON COMMIT REFRESH object privilege,   18-58
  on a materialized view,   18-60
ON COMMIT REFRESH system privilege,   18-51
ON DATABASE clause
  of CREATE TRIGGER,   16-109
ON DEFAULT clause
  of AUDIT,   13-59
  of NOAUDIT,   18-97
ON DELETE CASCADE clause
  of constraints,   8-15
ON DELETE SET NULL clause
  of constraints,   8-15
ON DIRECTORY clause
  of AUDIT,   13-59
  of NOAUDIT,   18-97
ON NESTED TABLE clause
  of CREATE TRIGGER,   16-109
ON object clause
  of NOAUDIT,   18-97
  of REVOKE,   18-110
ON PREBUILT TABLE clause
  of CREATE MATERIALIZED VIEW,   15-16
ON SCHEMA clause
  of CREATE TRIGGER,   16-109
online backup
  of tablespaces, ending,   12-112
ONLINE clause
  of ALTER TABLESPACE,   12-115
  of CREATE INDEX,   14-91
  of CREATE TABLESPACE,   16-90
online indexes,   14-91
  rebuilding,   12-89
ONLINE parameter
  of ALTER INDEX ... REBUILD,   10-102
online redo logs
  reinitializing,   10-41

OPEN clause
  of ALTER DATABASE,   10-26
OPEN READ ONLY clause
  of ALTER DATABASE,   10-27
OPEN READ WRITE clause
  of ALTER DATABASE,   10-26
OPEN_CURSORS initialization parameter
  setting with ALTER SYSTEM,   11-106
OPEN_LINKS initialization parameter
  setting with ALTER SYSTEM,   11-106
OPEN_LINKS_PER_INSTANCE initialization
    parameter
  setting with ALTER SYSTEM,   11-106
operands,   4-1
operating system files
  dropping,   18-13
  removing,   10-40
operators,   4-1
  adding to indextypes,   10-113
  altering,   11-29
  arithmetic,   4-3
  binary,   4-2
  comments on,   13-75
  concatenation,   4-4
  CONNECT_BY_ROOT,   4-6
  dropping from indextypes,   10-113
  granting
    system privileges for,   18-51
  MULTISET EXCEPT,   4-8
  MULTISET INTERSECT,   4-9
  MULTISET UNION,   4-10
  precedence,   4-2
  PRIOR,   4-6
  set,   4-6, 19-35
  specifying implementation of,   15-43
  unary,   4-2
  user-defined,   4-11
    binding to a function,   11-31, 15-44
    creating,   15-42
    dropping,   17-92
    how bindings are implemented,   15-44
    implementation type,   15-44
    return type of binding,   15-44
  user-defined, compiling,   11-29
OPTIMAL parameter

Cloudera Exhibit 1020 - Page 1777 of 1808

Databricks_R2_PA_00003913

of STORAGE clause, 8-65
OPTIMIZER_DYNAMIC_SAMPLING initialization
   parameter
   setting with ALTER SYSTEM, 11-106
OPTIMIZER_FEATURES_ENABLE initialization
   parameter
   setting with ALTER SYSTEM, 11-106
OPTIMIZER_INDEX_CACHING initialization
   parameter
   setting with ALTER SYSTEM, 11-106
OPTIMIZER_INDEX_COST_ADJ initialization
   parameter
   setting with ALTER SYSTEM, 11-106
OPTIMIZER_MODE initialization parameter
   setting with ALTER SYSTEM, 11-106
OR condition, 6-10, 6-11
OR REPLACE clause
   of CREATE CONTEXT, 14-12
   of CREATE DIRECTORY, 14-53
   of CREATE FUNCTION, 14-65, 14-111
   of CREATE LIBRARY, 15-3
   of CREATE OUTLINE, 15-47
   of CREATE PACKAGE, 15-51
   of CREATE PACKAGE BODY, 15-56
   of CREATE PROCEDURE, 15-64
   of CREATE TRIGGER, 16-102
   of CREATE TYPE, 17-9
   of CREATE TYPE BODY, 17-29
   of CREATE VIEW, 17-43
ORA_HASH function, 7-134
ORA_ROWSCN pseudocolumns, 3-8
Oracle Call Interface, 1-5
Oracle Expression Filter
   conditions, 6-3
   operators, 4-2
Oracle reserved words, D-1
Oracle Text
   built-in conditions, 4-1, 6-3
   CATSEARCH, 4-1, 6-3
   CONTAINS, 4-1, 6-3
   MATCHES, 4-1, 6-3
Oracle Tools
   support of SQL, 1-5
Oracle9*i* Text
   creating domain indexes, 14-96

ORDER BY clause
   of queries, 9-12
   of SELECT, 9-12, 19-13, 19-36
      with ROWNUM, 3-10
ORDER clause
   of ALTER SEQUENCE. *See* CREATE SEQUENCE
ORDER MEMBER clause
   of ALTER TYPE, 13-14
   of CREATE TYPE BODY, 17-31
ORDER methods
   defining for a type, 17-17
   specifying, 13-14
ORDER parameter
   of CREATE SEQUENCE, 15-91
ORDER SIBLINGS BY clause
   of SELECT, 19-36
ordinal numbers
   specifying, 2-83
   spelling out, 2-83
ORDSYS.ORDAudio datatype, 2-48
ORDSYS.ORDDoc datatype, 2-49
ORDSYS.ORDImage datatype, 2-48
ORDSYS.ORDImageSignature datatype, 2-48
ORDSYS.ORDVideo datatype, 2-48
ORDSYS.SI_AverageColor datatype, 2-49
ORDSYS.SI_Color datatype, 2-49
ORDSYS.SI_ColorHistogram datatype, 2-49
ORDSYS.SI_FeatureList datatype, 2-49
ORDSYS.SI_PositionalColorHistogram
   datatype, 2-49
ORDSYS.SI_StillImage datatype, 2-49
ORDSYS.SI_Texture datatype, 2-49
ORGANIZATION EXTERNAL clause
   of CREATE TABLE, 16-35, 16-37
ORGANIZATION HEAP clause
   of CREATE TABLE, 16-35
ORGANIZATION INDEX clause
   of CREATE TABLE, 16-35
OS_AUTHENT_PREFIX initialization parameter
   setting with ALTER SYSTEM, 11-106
OS_ROLES initialization parameter
   setting with ALTER SYSTEM, 11-106
OSM_DISKGROUPS initialization parameter
   setting with ALTER SYSTEM, 10-80, 11-106, 14-56

Cloudera Exhibit 1020 - Page 1778 of 1808

Databricks_R2_PA_00003914

OSM_DISKSTRING initialization parameter
    setting with ALTER SYSTEM,    11-106, 14-59
OSM_POWER_LIMIT initialization parameter
    setting with ALTER SYSTEM,    11-106
OUT parameter
    of CREATE FUNCTION,    14-66
    of CREATE PROCEDURE,    15-65
outer joins,    9-15
    restrictions,    9-15
outlines
    assign to a different category,    11-34
    assigning to a different category,    11-33, 11-35
    copying,    15-48
    creating,    15-46
    creating on statements,    15-48
    dropping from the database,    17-94
    enabling and disabling dynamically,    15-46
    for use by current session,    15-48
    for use by PUBLIC,    15-48
    granting
        system privileges for,    18-51
    private, use by the optimizer,    11-74
    rebuilding,    11-33, 11-35
    recompiling,    11-34
    renaming,    11-33, 11-34, 11-35
    replacing,    15-47
    storing during the session,    11-70
    storing groups of,    15-48
    use by the optimizer,    11-109
    use to generate execution plans,    11-75
    used to generate execution plans,    15-46
out-of-line constraints
    of CREATE TABLE,    16-30
OVER clause
    of analytic functions,    7-11
OVERFLOW clause
    of ALTER INDEX,    10-95
    of ALTER TABLE,    12-43
    of CREATE TABLE,    16-37
OVERRIDING clause
    of ALTER TYPE,    13-13
    of CREATE TYPE,    17-14

**P**

package bodies
    creating,    15-55
    re-creating,    15-56
    removing from the database,    17-95
packaged procedures
    dropping,    17-97
packages
    associating statistics with,    13-51, 13-52
    avoiding run-time compilation,    11-36
    creating,    15-50
    disassociating statistics types from,    17-96
    invoker rights,    15-52
    recompiling explicitly,    11-36
    redefining,    15-51
    removing from the database,    17-95
    specifying schema and privileges of,    15-52
    synonyms for,    16-2
PARALLEL clause
    of ALTER CLUSTER,    10-8, 10-10
    of ALTER DATABASE,    10-31
    of ALTER INDEX,    10-97
    of ALTER MATERIALIZED VIEW,    11-7, 11-12
    of ALTER MATERIALIZED VIEW LOG,    11-24,
        11-25
    of ALTER TABLE,    12-88
    of CREATE CLUSTER,    14-8
    of CREATE INDEX,    14-92
    of CREATE MATERIALIZED VIEW,    15-15,
        15-19
    of CREATE MATERIALIZED VIEW
        LOG,    15-36, 15-38
    of CREATE TABLE,    16-24, 16-57
parallel execution
    of DDL statements,    11-62
    of DML statements,    11-62
PARALLEL_ADAPTIVE_MULTI_USER
        initialization parameter
    setting with ALTER SYSTEM,    11-106
PARALLEL_ENABLE clause
    of CREATE FUNCTION,    14-69
PARALLEL_EXECUTION_MESSAGE_SIZE
        initialization parameter
    setting with ALTER SYSTEM,    11-106

Cloudera Exhibit 1020 - Page 1779 of 1808

Databricks_R2_PA_00003915

PARALLEL_INSTANCE_GROUP initialization
    parameter
    setting with ALTER SYSTEM,   11-106
PARALLEL_MAX_SERVERS initialization
    parameter
    setting with ALTER SYSTEM,   11-106
PARALLEL_MIN_PERCENT initialization
    parameter
    setting with ALTER SYSTEM,   11-107
PARALLEL_MIN_SERVERS initialization
    parameter
    setting with ALTER SYSTEM,   11-107
PARALLEL_THREADS_PER_CPU initialization
    parameter
    setting with ALTER SYSTEM,   11-107
parameter files
    creating,   15-60
parameters
    in syntax
        optional,   A-4
        required,   A-3
PARAMETERS clause
    of CREATE INDEX,   14-97
PARTITION ... LOB storage clause
    of ALTER TABLE,   12-49
PARTITION BY HASH clause
    of CREATE TABLE,   16-50
PARTITION BY LIST clause
    of CREATE TABLE,   16-51
PARTITION BY RANGE clause
    of CREATE TABLE,   16-19, 16-48
PARTITION clause
    of ANALYZE,   13-40
    of CREATE INDEX,   14-93
    of CREATE TABLE,   16-48
    of DELETE,   17-58
    of INSERT,   18-71
    of LOCK TABLE,   18-86
    of UPDATE,   19-79
partition_storage_clause
    of ALTER TABLE,   12-16
partitioned indexes,   2-117, 14-75, 14-94
    local, creating,   14-81
    user-defined,   14-92
partitioned index-organized tables

secondary indexes, updating,   10-107
partitioned tables,   2-117
partition-extended table names
    in DML statements,   2-118
    restrictions on,   2-118
    syntax,   2-118
partitioning
    by range,   16-19
    clauses
        of ALTER INDEX,   10-92
        of ALTER TABLE,   12-62
    of materialized view logs,   11-25, 15-38
    of materialized views,   11-12, 15-9, 15-19
partitions
    adding,   12-62
    adding rows to,   18-65
    allocating extents for,   12-38
    based on literal values,   16-51
    composite
        specifying,   16-52
    converting into nonpartitioned tables,   12-83
    deallocating unused space from,   12-38
    dropping,   12-75
    exchanging with tables,   12-27
    extents
        allocating for an index,   10-97
    hash
        adding,   12-73
        coalescing,   12-74
        specifying,   16-50
    index,   14-92
    inserting rows into,   18-71
    list, adding,   12-73
    LOB storage characteristics of,   12-49
    locking,   18-85
    logging attribute,   16-33
    logging insert operations,   12-37
    merging,   12-81
    modifying,   12-62, 12-64
    moving to a different segment,   12-69
    physical attributes
        changing,   12-36
    range
        adding,   12-72
        specifying,   16-48

Index-42

removing rows from,   12-76, 17-58
renaming,   12-76
revising values in,   19-79
splitting,   12-77
storage characteristics,   8-57
tablespace for
    defining,   16-32
PASSWORD EXPIRE clause
    of ALTER USER. *See* CREATE USER
    of CREATE USER,   17-37
PASSWORD_GRACE_TIME parameter
    of ALTER PROFILE,   11-45
    of CREATE PROFILE,   15-74
PASSWORD_LIFE_TIME parameter
    of ALTER PROFILE,   11-45
    of CREATE PROFILE,   15-74
PASSWORD_LOCK_TIME parameter
    of ALTER PROFILE,   11-45
    of CREATE PROFILE,   15-74
PASSWORD_REUSE_MAX parameter
    of ALTER PROFILE,   11-45
    of CREATE PROFILE,   15-74
PASSWORD_REUSE_TIME parameter
    of ALTER PROFILE,   11-45
    of CREATE PROFILE,   15-74
PASSWORD_VERIFY_FUNCTION parameter
    of ALTER PROFILE,   11-45
    of CREATE PROFILE,   15-74
passwords
    expiration of,   17-37
    grace period,   15-73
    guaranteeing complexity,   15-73
    limiting use and reuse,   15-73
    locking,   15-73
    making unavailable,   15-73
    parameters
        of CREATE PROFILE,   15-71
    special characters in,   15-74
PATH_VIEW,   6-13, 6-30
PCT_ACCESS_DIRECT statistics
    for index-organized tables,   13-39
PCTFREE parameter
    of ALTER CLUSTER,   10-9
    of ALTER INDEX,   10-97
    of ALTER MATERIALIZED VIEW LOG,   11-23

of ALTER TABLE,   12-36
of CREATE MATERIALIZED VIEW LOG. *See*
    CREATE TABLE.
of CREATE MATERIALIZED VIEW. *See*
    CREATE TABLE.
of CREATE TABLE,   8-55
PCTINCREASE parameter
    of STORAGE clause,   8-62
PCTTHRESHOLD parameter
    of CREATE TABLE,   16-36
PCTUSED parameter
    of ALTER CLUSTER,   10-9
    of ALTER INDEX,   10-97
    of ALTER MATERIALIZED VIEW LOG,   11-23
    of ALTER TABLE,   12-36
    of CREATE INDEX. *See* CREATE TABLE
    of CREATE MATERIALIZED VIEW LOG. *See*
        CREATE TABLE.
    of CREATE MATERIALIZED VIEW. *See*
        CREATE TABLE.
    of CREATE TABLE,   8-56
PCTVERSION parameter
    of LOB storage,   16-43
    of LOB storage clause,   12-48
PERCENT_RANK function,   7-136
PERCENTILE_CONT function,   7-138
PERCENTILE_DISC function,   7-141
PERMANENT clause
    of ALTER TABLESPACE,   12-116
PGA_AGGREGATE_TARGET initialization
        parameter
    setting with ALTER SYSTEM,   11-107
physical attributes clause
    of ALTER CLUSTER,   10-7
    of ALTER INDEX,   10-97
    of ALTER MATERIALIZED VIEW LOG,   11-23
    of ALTER TABLE,   12-36
    of CREATE CLUSTER,   14-3
    of CREATE MATERIALIZED VIEW,   15-11
    of CREATE TABLE,   16-17, 16-32
physical standby database
    activating,   10-48
PIPELINED clause
    of CREATE FUNCTION,   14-70
plan stability,   15-46

Cloudera Exhibit 1020 - Page 1781 of 1808

Databricks_R2_PA_00003917

PLAN_TABLE sample table,  18-25
PL/SQL
    program body
        of CREATE FUNCTION,  14-71
PL/SQL compiler
    parameters,  10-85, 11-38, 11-42, 13-5, 13-12
PLSQL_CODE_TYPE initialization parameter
    setting with ALTER SYSTEM,  11-107
PLSQL_DEBUG initialization parameter
    setting with ALTER SYSTEM,  11-107
PLSQL_DEBUG session parameter,  11-72
PLSQL_NATIVE_LIBRARY_DIR initialization
        parameter
    setting with ALTER SYSTEM,  11-107
PLSQL_NATIVE_LIBRARY_SUBDIR_COUNT
        initialization parameter
    setting with ALTER SYSTEM,  11-107
PLSQL_OPTIMIZE_LEVEL initialization parameter
    setting with ALTER SYSTEM,  11-107
PLSQL_V2_COMPATIBILITY initialization
        parameter
    setting with ALTER SYSTEM,  11-107
PLSQL_WARNINGS initialization parameter
    setting with ALTER SYSTEM,  11-107
P.M. datetime format element,  2-81
PM datetime format element,  2-81
POSIX regular expression standard,  C-1
POWER function,  7-143
POWERMULTISET function,  7-144
POWERMULTISET_BY_CARDINALITY
        function,  7-145
PRAGMA clause
    of ALTER TYPE,  13-14
    of CREATE TYPE,  17-8, 17-16
PRAGMA RESTRICT_REFERENCES,  13-14
PRE_PAGE_SGA initialization parameter
    setting with ALTER SYSTEM,  11-107
precedence
    of conditions,  6-4
    of numbers,  2-17
    of operators,  4-2
precision
    number of digits of,  2-64
    of NUMBER datatype,  2-12
precompilers,  1-5

PREPARE TO SWITCHOVER clause
    of ALTER DATABASE,  10-50
PRESENTNNV function,  7-146
PRESENTV function,  7-148
PREVIOUS function,  7-149
PRIMARY KEY clause
    of constraints,  8-12
    of CREATE TABLE,  16-29
primary key constraints,  8-12
    enabling,  16-59
    index on,  16-60
primary keys
    generating values for,  15-88
PRIOR clause
    of hierarchical queries,  9-3
PRIOR operator,  4-6
PRIVATE clause
    of CREATE OUTLINE,  15-48
private outlines
    use by the optimizer,  11-74
PRIVATE_SGA parameter
    of ALTER PROFILE,  11-45
    of ALTER RESOURCE COST,  11-49
privileges
    on subtypes of object types,  18-46
    revoking from a grantee,  18-106
    See also system privileges or object privileges
procedures
    3GL, calling,  15-2
    avoid run-time compilation,  11-41
    calling,  13-68
    compile explicitly,  11-41
    creating,  15-60, 15-62
    declaring
        as a Java method,  15-67
        as C functions,  15-67
    executing,  13-68
    external,  15-60, 15-62
        running from remote database,  15-3
    granting
        system privileges for,  18-51
    invalidating local objects dependent on,  17-97
    issuing COMMIT or ROLLBACK
        statements,  11-61
    naming rules,  2-111

Cloudera Exhibit 1020 - Page 1782 of 1808

Databricks_R2_PA_00003918

privileges executed with, 13-15, 17-10
recompiling, 11-40
re-creating, 15-64
removing from the database, 17-97
schema executed in, 13-15, 17-10
specifying schema and privileges for, 15-66
synonyms for, 16-2
PROCESSES initialization parameter
setting with ALTER SYSTEM, 11-107
PROFILE clause
of ALTER USER. *See* CREATE USER
of CREATE USER, 17-37
profiles
adding resource limits, 11-44
assigning to a user, 17-37
changing resource limits, 11-44
creating, 15-69
examples, 15-75
deassigning from users, 17-99
dropping resource limits, 11-44
granting
system privileges for, 18-52
modifying, examples, 11-46
removing from the database, 17-99
proxy clause
of ALTER USER, 13-26, 13-29
pseudocolumns, 3-1
CONNECT_BY_ISCYCLE, 3-2
CONNECT_BY_ISLEAF, 3-2
CURRVAL, 3-4
hierarchical queries, 3-1
LEVEL, 3-3
NEXTVAL, 3-4
OBJECT_ID, 3-7, 16-63, 16-65, 17-45, 17-49
OBJECT_VALUE, 3-8
ORA_ROWSCN, 3-8
ROWID, 3-9
ROWNUM, 3-10
uses for, 3-11
versions queries, 3-7
XMLDATA, 3-11
PUBLIC clause
of CREATE OUTLINE, 15-48
of CREATE SYNONYM, 16-3
of DROP DATABASE LINK, 17-71

public database links
dropping, 17-71
public synonyms, 16-3
dropping, 18-5
PURGE statement, 18-99

## Q

queries, 9-1, 19-4
comments in, 9-3
compound, 9-12
correlated
left correlation, 19-21
defined, 9-1
distributed, 9-20
grouping returned rows on a value, 19-28
hierarchical. *See* hierarchical queries
hierarchical, ordering, 19-36
hints in, 9-3
join, 9-13, 19-23
locking rows during, 19-37
multiple versions of rows, 19-18
of past data, 19-18
ordering returned rows, 19-36
outer joins in, 19-22
referencing multiple tables, 9-13
select lists of, 9-2
selecting from a random sample of rows, 19-20
sorting results, 9-12
syntax, 9-1
top-level, 9-1
top-N, 3-10
query rewrite
and dimensions, 14-45
defined, 19-4
QUERY REWRITE object privilege, 18-58
on a materialized view, 18-60
QUERY REWRITE system privilege, 18-51
QUERY_REWRITE_ENABLED initialization parameter
setting with ALTER SYSTEM, 11-107
QUERY_REWRITE_INTEGRITY initialization parameter
setting with ALTER SYSTEM, 11-107
QUIESCE RESTRICTED clause

Cloudera Exhibit 1020 - Page 1783 of 1808

Databricks_R2_PA_00003919

of ALTER SYSTEM,   11-90
QUOTA clause
  of ALTER USER. *See* CREATE USER
  of CREATE USER,   17-37

# R

range conditions,   6-11
range partitions
  adding,   12-72
  creating,   16-48
  values of,   16-48
RANK function,   7-151
RATIO_TO_REPORT function,   7-154
RAW datatype,   2-30
  converting from CHAR data,   2-31
RAWTOHEX function,   7-155
RAWTONHEX function,   7-155
RDBMS_SERVER_DN initialization parameter
  setting with ALTER SYSTEM,   11-107
READ object privilege,   18-57
  on a materialized directory,   18-61
READ ONLY clause
  of ALTER TABLESPACE,   12-116
READ WRITE clause
  of ALTER TABLESPACE,   12-116
READ_ONLY_OPEN_DELAYED initialization
    parameter
  setting with ALTER SYSTEM,   11-107
REBUILD clause
  of ALTER INDEX,   10-99
  of ALTER OUTLINE,   11-34
REBUILD PARTITION clause
  of ALTER INDEX,   10-100
REBUILD SUBPARTITION clause
  of ALTER INDEX,   10-100
REBUILD UNUSABLE LOCAL INDEXES clause
  of ALTER TABLE,   12-86
RECOVER AUTOMATIC clause
  of ALTER DATABASE,   10-28
RECOVER CANCEL clause
  of ALTER DATABASE,   10-13, 10-31
RECOVER clause
  of ALTER DATABASE,   10-27
RECOVER CONTINUE clause

of ALTER DATABASE,   10-13, 10-31
RECOVER DATABASE clause
  of ALTER DATABASE,   10-13, 10-29
RECOVER DATAFILE clause
  of ALTER DATABASE,   10-13, 10-30
RECOVER LOGFILE clause
  of ALTER DATABASE,   10-13, 10-30
RECOVER MANAGED STANDBY DATABASE
    clause
  of ALTER DATABASE,   10-15
RECOVER STANDBY DATAFILE clause
  of ALTER DATABASE,   10-30
RECOVER STANDBY TABLESPACE clause
  of ALTER DATABASE,   10-30
RECOVER TABLESPACE clause
  of ALTER DATABASE,   10-13, 10-29
RECOVERABLE,   10-98, 16-34
  *See also* LOGGING clause
recovery
  discarding data,   10-26
  distributed, enabling,   11-88
  instance, continue after interruption,   10-27
  media, designing,   10-27
  media, performing ongoing,   10-31
  of database,   10-13
  parallelizing,   10-31
recovery clauses
  of ALTER DATABASE,   10-13
RECOVERY_CATALOG_OWNER role,   18-57
RECOVERY_PARALLELISM initialization
    parameter
  setting with ALTER SYSTEM,   11-107
recycle bin
  purging objects from,   18-99
redo log files
  specifying,   8-37
  specifying for a controlfile,   14-15
redo logs,   10-26
  adding,   10-40, 10-42
  applying to logical standby database,   10-51
  archive location,   11-85
  automatic archiving,   11-83
    starting,   11-85
    stopping,   11-85
  automatic name generation,   10-27, 10-28

Cloudera Exhibit 1020 - Page 1784 of 1808

Databricks_R2_PA_00003920

clearing,  10-40
disabling specified threads in a cluster
    database,  10-54
dropping,  10-40, 10-44
enabling and disabling thread,  10-40
enabling specified threads in a cluster
    database,  10-54
manual archiving,  11-83
    all,  11-85
    by group number,  11-84
    by SCN,  11-83
    current,  11-84
    next,  11-85
    with sequence numbers,  11-83
members
    adding to existing groups,  10-44
    dropping,  10-45
    renaming,  10-37
remove changes from,  10-26
reusing,  8-44
size of,  8-43
specifying,  8-37, 14-28
    for media recovery,  10-30
specifying archive mode,  14-30
switching groups,  11-89
threads,  11-83
REF columns
rescoping,  11-13
specifying,  16-29
specifying from table or column,  16-29
REF constraints
defining scope, for materialized views,  11-10
of ALTER TABLE,  12-46
REF function,  7-156
REFERENCES clause
of CREATE TABLE,  16-29
REFERENCES object privilege,  18-57
on a table,  18-59
on a view,  18-59
REFERENCING clause
of CREATE TRIGGER,  16-102, 16-109
referential integrity constraints,  8-13
REFRESH clause
of ALTER MATERIALIZED VIEW,  11-10, 11-14
of CREATE MATERIALIZED VIEW,  15-11

REFRESH COMPLETE clause
of ALTER MATERIALIZED VIEW,  11-15
of CREATE MATERIALIZED VIEW,  15-20
REFRESH FAST clause
of ALTER MATERIALIZED VIEW,  11-14
of CREATE MATERIALIZED VIEW,  15-20
REFRESH FORCE clause
of ALTER MATERIALIZED VIEW,  11-15
of CREATE MATERIALIZED VIEW,  15-20
REFRESH ON COMMIT clause
of ALTER MATERIALIZED VIEW,  11-15
of CREATE MATERIALIZED VIEW,  15-20
REFRESH ON DEMAND clause
of ALTER MATERIALIZED VIEW,  11-15
of CREATE MATERIALIZED VIEW,  15-20
REFs,  2-42, 8-16
as containers for OIDs,  2-42
dangling,  13-42
updating,  13-41
validating,  13-41
REFTOHEX function,  7-157
REGISTER clause
of ALTER SYSTEM,  11-92
REGISTER LOGFILE clause
of ALTER DATABASE,  10-50
REGR_AVGX function,  7-166
REGR_AVGY function,  7-166
REGR_COUNT function,  7-166
REGR_INTERCEPT function,  7-166
REGR_R2 function,  7-166
REGR_SLOPE function,  7-166
REGR_SXX function,  7-166
REGR_SXY function,  7-166
REGR_SYY function,  7-166
regular expressions
multilingual syntax,  C-1
operators, multilingual enhancements,  C-4
Oracle support of,  C-1
relational tables
creating,  16-9, 16-26
RELY clause
of constraints,  8-22
REMAINDER function,  7-175
REMOTE_ARCHIVE_ENABLE initialization
    parameter

Cloudera Exhibit 1020 - Page 1785 of 1808

Databricks_R2_PA_00003921

setting with ALTER SYSTEM,   11-107
REMOTE_DEPENDENCIES_MODE initialization
   parameter
   setting with ALTER SYSTEM,   11-107
REMOTE_LISTENER initialization parameter
   setting with ALTER SYSTEM,   11-107
REMOTE_LOGIN_PASSWORDFILE initialization
   parameter
   and control files,   14-14
   and databases,   14-23
   setting with ALTER SYSTEM,   11-107
REMOTE_OS_AUTHENT initialization parameter
   setting with ALTER SYSTEM,   11-107
REMOTE_OS_ROLES initialization parameter
   setting with ALTER SYSTEM,   11-107
RENAME clause
   of ALTER INDEX,   10-104
   of ALTER OUTLINE,   11-34
   of ALTER TABLE,   12-42
   of ALTER TABLESPACE,   12-110
   of ALTER TRIGGER,   13-4
RENAME CONSTRAINT clause
   of ALTER TABLE,   12-60
RENAME DATAFILE clause
   of ALTER TABLESPACE,   12-112
RENAME FILE clause
   of ALTER DATABASE,   10-12, 10-37
RENAME GLOBAL_NAME clause
   of ALTER DATABASE,   10-55
RENAME PARTITION clause
   of ALTER INDEX,   10-108
   of ALTER TABLE,   12-76
RENAME statement,   18-102
RENAME SUBPARTITION clause
   of ALTER INDEX,   10-108
   of ALTER TABLE,   12-76
REPLACE AS OBJECT clause
   of ALTER TYPE,   13-13
REPLACE function,   7-176
replication
   row-level dependency tracking,   14-8, 16-58
REPLICATION_DEPENDENCY_TRACKING
      initialization parameter
   setting with ALTER SYSTEM,   11-107
reserved words,   2-108, D-1

RESET COMPATIBILITY clause
   of ALTER DATABASE,   10-11
reset sequence of,   10-26
RESETLOGS parameter
   of CREATE CONTROLFILE,   14-18
RESOLVE clause
   of ALTER JAVA CLASS,   10-116
   of CREATE JAVA,   14-111
RESOLVER clause
   of ALTER JAVA CLASS,   10-116
   of ALTER JAVA SOURCE,   10-116
   of CREATE JAVA,   14-113
Resource Manager,   11-90
resource parameters
   of CREATE PROFILE,   15-70
RESOURCE role,   18-56
RESOURCE_LIMIT initialization parameter
   setting with ALTER SYSTEM,   11-107
RESOURCE_MANAGER_PLAN initialization
      parameter
   setting with ALTER SYSTEM,   11-107
RESOURCE_VIEW,   6-13, 6-30
RESTRICT_REFERENCES pragma
   of ALTER TYPE,   13-14
restricted rowids,   2-37
   compatibility and migration of,   2-38
RESTRICTED SESSION system privilege,   18-49,
   18-52
resumable space allocation,   11-64
RESUMABLE system privilege,   18-56
RESUMABLE_TIMEOUT initialization parameter
   setting with ALTER SYSTEM,   11-107
RESUME clause
   of ALTER SYSTEM,   11-90
RETENTION parameter
   of LOB storage,   16-43
RETURN clause
   of CREATE FUNCTION,   14-67
   of CREATE OPERATOR,   15-44
   of CREATE TYPE,   17-15
   of CREATE TYPE BODY,   17-31
RETURNING clause
   of DELETE,   17-61
   of INSERT,   18-67, 18-75
   of UPDATE,   19-77, 19-83

Cloudera Exhibit 1020 - Page 1786 of 1808

Databricks_R2_PA_00003922

REUSE clause
    of CREATE CONTROLFILE,   14-17
    of file specifications,   8-44
REUSE SETTINGS clause
    of ALTER FUNCTION,   10-86
    of ALTER PACKAGE,   11-38
    of ALTER PROCEDURE,   11-42
    of ALTER TRIGGER,   13-5
    of ALTER TYPE,   13-13
REVERSE clause
    of CREATE INDEX,   14-90
reverse indexes,   14-90
REVERSE parameter
    of ALTER INDEX ... REBUILD,   10-100, 10-102
REVOKE clause
    of ALTER USER,   13-29
REVOKE CONNECT THROUGH clause
    of ALTER USER,   13-26, 13-29
REVOKE statement,   18-104
right outer joins,   19-24
RNDS attribute
    of PRAGMA RESTRICT_REFERENCES,   17-17
RNPS attribute
    of PRAGMA RESTRICT_REFERENCES,   17-17
roles
    AQ_ADMINISTRATOR_ROLE,   18-57
    AQ_USER_ROLE,   18-57
    authorization
        by a password,   15-78
        by an external service,   15-78
        by the database,   15-78
        by the enterprise directory service,   15-78
        changing,   11-51
    CONNECT,   18-56
    creating,   15-77
    DBA,   18-56
    DELETE_CATALOG_ROLE,   18-56
    disabling
        for the current session,   19-63, 19-64
    enabling
        for the current session,   19-63, 19-64
    EXECUTE_CATALOG_ROLE,   18-56
    EXP_FULL_DATABASE,   18-56
    granting,   18-40
        system privileges for,   18-52

        to a user,   18-43
        to another role,   18-43
        to PUBLIC,   18-43
    HS_ADMIN_ROLE,   18-57
    identifying by password,   15-78
    identifying externally,   15-78
    identifying through enterprise directory
        service,   15-78
    identifying using a package,   15-78
    IMP_FULL_DATABASE,   18-56
    RECOVERY_CATALOG_OWNER,   18-57
    removing from the database,   17-100
    RESOURCE,   18-56
    revoking,   18-104
        from another role,   17-100, 18-107
        from PUBLIC,   18-107
        from users,   17-100, 18-107
    SELECT_CATALOG_ROLE,   18-56
    SNMPAGENT,   18-57
rollback segments
    granting
        system privileges for,   18-52
    removing from the database,   17-102
    specifying optimal size of,   8-65
ROLLBACK statement,   18-115
rollback undo,   11-53, 14-34
ROLLBACK_SEGMENTS initialization parameter
    setting with ALTER SYSTEM,   11-107
ROLLUP clause
    of SELECT statements,   19-29
ROUND function
    date function,   7-178
    format models,   7-286
    number function,   7-177
routines
    calling,   13-68
    executing,   13-68
ROW EXCLUSIVE lock mode,   18-87
ROW SHARE lock mode,   18-87
ROW_NUMBER function,   7-179
ROWDEPENDENCIES clause
    of CREATE CLUSTER,   14-8
    of CREATE TABLE,   16-58
ROWID datatype,   2-37
ROWID pseudocolumn,   2-37, 2-38, 3-9

Cloudera Exhibit 1020 - Page 1787 of 1808

Databricks_R2_PA_00003923

rowids
  block portion of,   2-37
  description of,   2-37
  extended,   2-37
    base 64,   2-37
    not directly available,   2-37
  file portion of,   2-37
  nonphysical,   2-38
  of foreign tables,   2-38
  of index-organized tables,   2-38
  restricted,   2-37
    compatibility and migration of,   2-38
  row portion of,   2-37
  uses for,   3-9
ROWIDTOCHAR function,   7-180
ROWIDTONCHAR function,   7-181
row-level dependency tracking,   14-8, 16-58
ROWNUM pseudocolumn,   3-10
  uses for,   3-11
rows
  adding to a table,   18-65
  allowing movement of between
      partitions,   16-17
  inserting
    into partitions,   18-71
    into remote databases,   18-71
    into subpartitions,   18-71
  movement between partitions,   16-60
  removing
    from a cluster,   19-70
    from a table,   19-70
    from partitions and subpartitions,   17-58
    from tables and views,   17-55
  selecting in hierarchical order,   9-3
  specifying constraints on,   8-15
  storing if in violation of constraints,   12-85
RPAD function,   7-182
RR datetime format element,   2-81
RTRIM function,   7-183
run-time compilation
  avoiding,   11-40, 13-33

**S**

SAMPLE clause

of SELECT,   19-20
  of SELECT and subqueries,   19-7
SAVEPOINT statement,   19-2
savepoints
  erasing,   13-76
  rolling back to,   18-116
  specifying,   19-2
scalar subqueries,   5-14
scalar subquery expressions,   5-14
scale
  greater than precision,   2-14
  negative,   2-14
  of NUMBER datatype,   2-12
SCHEMA clause
  of CREATE JAVA,   14-112
schema objects,   2-106
  auditing
      options,   13-64
  defining default buffer pool for,   8-65
  dropping,   18-21
  in other schemas,   2-114
  list of,   2-106
  name resolution,   2-113
  namespaces,   2-109
  naming
    examples,   2-111
    guidelines,   2-111
    rules,   2-107
  object types,   2-41
  on remote databases,   2-114
  partitioned indexes,   2-117
  partitioned tables,   2-117
  parts of,   2-107
  protecting location,   16-2
  protecting owner,   16-2
  providing alternate names for,   16-2
  reauthorizing,   10-2
  recompiling,   10-2
  referring to,   2-112, 11-70
  remote, accessing,   14-39
  validating structure,   13-42
schemas
  changing for a session,   11-70
  creating,   15-85
  definition of,   2-106

Cloudera Exhibit 1020 - Page 1788 of 1808

Databricks_R2_PA_00003924

scientific notation, 2-72
SCOPE FOR clause
    of ALTER MATERIALIZED VIEW, 11-10
    of CREATE MATERIALIZED VIEW, 15-16
SDO_GEOMETRY datatype, 2-47
SDO_GEORASTER datatype, 2-47
security
    enforcing, 16-100
segment attributes clause
    of CREATE TABLE, 16-17
SEGMENT MANAGEMENT clause
    of CREATE TABLESPACE, 16-92
segments
    space management
        automatic, 16-16
        manual, 16-92
        using bitmaps, 16-92
        using free lists, 16-92
    table
        compacting, 10-97, 11-13, 11-25, 12-39
SELECT ANY DICTIONARY system
    privilege, 18-56
SELECT ANY SEQUENCE system privilege, 18-52
SELECT ANY TABLE system privilege, 18-53
select lists, 9-2
    ordering, 9-12
SELECT object privilege, 18-57
    on a materialized view, 18-60
    on a sequence, 18-60
    on a table, 18-59
    on a view, 18-59
SELECT statement, 9-1, 19-4
SELECT_CATALOG_ROLE role, 18-56
self joins, 9-14
semijoins, 9-17
sequences, 3-4, 15-88
    accessing values of, 15-88
    changing
        the increment value, 11-58
    creating, 15-88
    creating without limit, 15-90
    granting
        system privileges for, 18-52
    guarantee consecutive values, 15-91
    how to use, 3-5

increment value, setting, 15-90
incrementing, 15-88
initial value, setting, 15-90
maximum value
    eliminating, 11-58
    setting, 15-90
    setting or changing, 11-58
minimum value
    eliminating, 11-58
    setting, 15-91
    setting or changing, 11-58
number of cached values, changing, 11-58
ordering values, 11-58
preallocating values, 15-91
recycling values, 11-58
removing from the database, 18-3
renaming, 18-102
restarting, 18-3
    at a different number, 11-58
    at a predefined limit, 15-90
    values, 15-91
reusing, 15-88
stopping at a predefined limit, 15-90
synonyms for, 16-2
where to use, 3-4
SERIAL_REUSE initialization parameter
    setting with ALTER SYSTEM, 11-107
server parameter files
    creating, 15-93
SERVERERROR event
    triggers on, 16-107, 16-108
service name
    of remote database, 14-43
SERVICE_NAMES initialization parameter
    setting with ALTER SYSTEM, 11-107
session control statements, 10-4
    PL/SQL support of, 10-4
session locks
    releasing, 11-87
session parameters
    changing settings, 11-70
    INSTANCE, 11-72
    PLSQL_DEBUG, 11-72
SESSION_CACHED_CURSORS initialization
    parameter

Cloudera Exhibit 1020 - Page 1789 of 1808

Databricks_R2_PA_00003925

setting with ALTER SYSTEM, 11-107
SESSION_MAX_OPEN_FILES initialization
    parameter
    setting with ALTER SYSTEM, 11-107
SESSION_ROLES view, 19-63
sessions
    calculating resource cost limits, 11-48
    changing resource cost limits, 11-48
    disconnecting, 11-86
    granting
        system privileges for, 18-52
    limiting CPU time, 11-49
    limiting data block reads, 11-49
    limiting inactive periods, 11-44
    limiting private SGA space, 11-49
    limiting resource costs, 11-48
    limiting total elapsed time, 11-49
    limiting total resources, 11-44
    modifying characteristics of, 11-64
    restricting, 11-90
    restricting to privileged users, 11-88
    switching to a different instance, 11-72
    terminating, 11-87
    time zone setting, 11-73
SESSIONS initialization parameter
    setting with ALTER SYSTEM, 11-107
SESSIONS_PER_USER parameter
    of ALTER PROFILE, 11-45
SESSIONTIMEZONE function, 7-185
SET clause
    of ALTER SESSION, 11-64
    of ALTER SYSTEM, 11-92
SET conditions, 6-17
SET CONSTRAINT(S) statement, 19-61
SET DANGLING TO NULL clause
    of ANALYZE, 13-42
SET DATABASE clause
    of CREATE CONTROLFILE, 14-17
SET function, 7-186
set operators, 4-6, 19-35
    INTERSECT, 4-6
    MINUS, 4-6
    UNION, 4-6
    UNION ALL, 4-6
SET ROLE statement, 19-63

SET STANDBY DATABASE clause
    of ALTER DATABASE, 10-48
SET STATEMENT_ID clause
    of EXPLAIN PLAN, 18-26
SET TIME_ZONE clause
    of ALTER DATABASE, 10-24, 10-56
    of ALTER SESSION, 11-73
    of CREATE DATABASE, 14-26
SET TRANSACTION statement, 19-66
SET UNUSED clause
    of ALTER TABLE, 12-54
SGA. See system global area (SGA)
SGA_MAX_SIZE initialization parameter
    setting with ALTER SYSTEM, 11-107
SGA_TARGET initialization parameter
    setting with ALTER SYSTEM, 11-107
SHADOW_CORE_DUMP initialization parameter
    setting with ALTER SYSTEM, 11-107
SHARE ROW EXCLUSIVE lock mode, 18-87
SHARE UPDATE lock mode, 18-87
SHARED clause
    of CREATE DATABASE LINK, 14-40
shared pool
    flushing, 11-89
shared server
    processes
        creating additional, 11-109
        terminating, 11-109
    system parameters, 11-109
SHARED_MEMORY_ADDRESS initialization
    parameter
    setting with ALTER SYSTEM, 11-107
SHARED_POOL_RESERVED_SIZE initialization
    parameter
    setting with ALTER SYSTEM, 11-107
SHARED_POOL_SIZE initialization parameter
    setting with ALTER SYSTEM, 11-107
SHARED_SERVER_SESSIONS initialization
    parameter
    setting with ALTER SYSTEM, 11-107
SHARED_SERVERS initialization parameter
    setting with ALTER SYSTEM, 11-108
SHRINK SPACE clause
    of ALTER INDEX, 10-97
    of ALTER MATERIALIZED VIEW, 11-13

Cloudera Exhibit 1020 - Page 1790 of 1808

Databricks_R2_PA_00003926

of ALTER MATERIALIZED VIEW LOG,  11-25
of ALTER TABLE,  12-39
SHUTDOWN clause
of ALTER SYSTEM,  11-91
SHUTDOWN event
triggers on,  16-107
siblings
ordering in a hierarchical query,  19-36
SIGN function,  7-187
simple comparison conditions,  6-6
simple expressions,  5-3
SIN function,  7-188
SINGLE TABLE clause
of CREATE CLUSTER,  14-7
single-row functions,  7-3
miscellaneous,  7-7
single-table insert,  18-69
SINH function,  7-188
SIZE clause
of ALTER CLUSTER,  10-9
of CREATE CLUSTER,  14-6
of file specifications,  8-43
SKIP_UNUSABLE_INDEXES initialization
parameter
setting with ALTER SYSTEM,  11-108
SKIP_UNUSABLE_INDEXES session
parameter,  11-72
SMTP_OUT_SERVER initialization parameter
setting with ALTER SYSTEM,  11-108
SNMPAGENT role,  18-57
SOME operator,  6-5
SORT_AREA_RETAINED_SIZE initialization
parameter
setting with ALTER SYSTEM,  11-108
SORT_AREA_SIZE initialization parameter
setting with ALTER SYSTEM,  11-108
SOUNDEX function,  7-189
SP datetime format element suffix,  2-83
special characters
in passwords,  15-74
SPECIFICATION clause
of ALTER PACKAGE,  11-37
spelled numbers
specifying,  2-83
SPFILE initialization parameter

setting with ALTER SYSTEM,  11-108
SPLIT PARTITION clause
of ALTER INDEX,  10-108
of ALTER TABLE,  12-77
SPTH datetime format element suffix,  2-83
SQL functions
ABS,  7-18
ACOS,  7-19
ADD_MONTHS,  7-20
aggregate,  7-9
analytic,  7-11
applied to LOB columns,  7-2
ASCII,  7-21
ASCIISTR,  7-21
ASIN,  7-22
ATAN,  7-23
ATAN2,  7-24
AVG,  7-25
BFILENAME,  7-26
BIN_TO_NUM,  7-27
BITAND,  7-28
CARDINALITY,  7-30
CAST,  7-30
CEIL,  7-34
character
returning character values,  7-4
returning number values,  7-5
CHARTOROWID,  7-34
CHR,  7-35
COALESCE,  7-37
COLLECT,  7-39
COMPOSE,  7-39
CONCAT,  7-40
conversion,  7-6
CONVERT,  7-41
CORR,  7-43
CORR_K,  7-47
CORR_S,  7-46
COS,  7-47
COSH,  7-48
COUNT,  7-49
COVAR_POP,  7-51
COVAR_SAMP,  7-53
CUME_DIST,  7-54
CURRRENT_DATE,  7-56

Cloudera Exhibit 1020 - Page 1791 of 1808

Databricks_R2_PA_00003927

CURRRENT_TIMESTAMP, 7-57
CV, 7-59
date, 7-5
DBTIMEZONE, 7-60
DECOMPOSE, 7-63
DENSE_RANK, 7-64
DEREF, 7-67
DUMP, 7-68
EMPTY_BLOB, 7-69
EMPTY_CLOB, 7-69
EXISTSNODE, 7-70
EXP, 7-71
EXTRACT (datetime), 7-72
EXTRACT (XML), 7-74
EXTRACTXML, 7-75
FIRST, 7-76
FIRST_VALUE, 7-79
FLOOR, 7-80
FROM_TZ, 7-81
GREATEST, 7-82
GROUP_ID, 7-83
GROUPING, 7-84
GROUPING_ID, 7-85
HEXTORAW, 7-87
INITCAP, 7-87
INSTR, 7-88
INSTR2, 7-88
INSTR4, 7-88
INSTRB, 7-88
INSTRC, 7-88
ITERATION_NUMBER, 7-90
LAG, 7-92
LAST, 7-93
LAST_DAY, 7-94
LAST_VALUE, 7-95
LEAD, 7-97
LEAST, 7-98
LENGTH, 7-99
LENGTH2, 7-99
LENGTH4, 7-99
LENGTHB, 7-99
LENGTHC, 7-99
linear regression, 7-166
LN, 7-100
LNNVL, 7-101

LOCALTIMESTAMP, 7-102
LOG, 7-103
LOWER, 7-104
LPAD, 7-105
LTRIM, 7-106
MAKE_REF, 7-107
MAX, 7-108
MEDIAN, 7-110
MIN, 7-112
MOD, 7-113
model, 7-18
MONTHS_BETWEEN, 7-114
NANVL, 7-115
NCHR, 7-116
NEW_TIME, 7-117
NEXT_DAY, 7-118
NLS_CHARSET_DECL_LEN, 7-119
NLS_CHARSET_ID, 7-120
NLS_CHARSET_NAME, 7-120
NLS_INITCAP, 7-121
NLS_LOWER, 7-123
NLS_UPPER, 7-126
NLSSORT, 7-123
NLV2, 7-133
NTILE, 7-127
NULLIF, 7-128
number, 7-3
NUMTODSINTERVAL, 7-129
NUMTOYMINTERVAL, 7-130
NVL, 7-131
object reference, 7-17
ORA_HASH, 7-134
PERCENT_RANK, 7-136
PERCENTILE_CONT, 7-138
PERCENTILE_DISC, 7-141
POWER, 7-143
POWERMULTISET, 7-144
POWERMULTISET_BY_CARDINALITY, 7-145
PRESENTNNV, 7-146
PRESENTV, 7-148
PREVIOUS, 7-149
RANK, 7-151
RATIO_TO_REPORT, 7-154
RAWTOHEX, 7-155
RAWTONHEX, 7-155

Cloudera Exhibit 1020 - Page 1792 of 1808

Databricks_R2_PA_00003928

REF, 7-156
REFTOHEX, 7-157
REGR_AVGX, 7-166
REGR_AVGY, 7-166
REGR_COUNT, 7-166
REGR_INTERCEPT, 7-166
REGR_R2, 7-166
REGR_SLOPE, 7-166
REGR_SXX, 7-166
REGR_SXY, 7-166
REGR_SYY, 7-166
REMAINDER, 7-175
REPLACE, 7-176
ROUND (date), 7-178
ROUND (number), 7-177
ROW_NUMBER, 7-179
ROWIDTOCHAR, 7-180
ROWIDTONCHAR, 7-181
RPAD, 7-182
RTRIM, 7-183
SESSIONTIMEZONE, 7-185
SET, 7-186
SIGN, 7-187
SIN, 7-188
single-row, 7-3
    miscellaneous, 7-7
SINH, 7-188
SOUNDEX, 7-189
SQRT, 7-190
STATS_BINOMIAL_TEST, 7-191
STATS_CROSSTAB, 7-193
STATS_F_TEST, 7-194
STATS_KS_TEST, 7-196
STATS_MODE, 7-197
STATS_MW_TEST, 7-198
STATS_ONE_WAY_ANOVA, 7-200
STATS_T_TEST_INDEP, 7-202, 7-204
STATS_T_TEST_INDEPU, 7-202, 7-204
STATS_T_TEST_ONE, 7-202, 7-203
STATS_T_TEST_PAIRED, 7-202, 7-203
STATS_WSR_TEST, 7-206
STDDEV, 7-207
STDDEV_POP, 7-208
STDDEV_SAMP, 7-210
SUBSTR, 7-212

SUBSTR2, 7-212
SUBSTR4, 7-212
SUBSTRB, 7-212
SUBSTRC, 7-212
SUM, 7-213
SYS_CONNECT_BY_PATH, 7-215
SYS_CONTEXT, 7-216
SYS_DBURIGEN, 7-221
SYS_EXTRACT_UTC, 7-222
SYS_GUID, 7-223
SYS_TYPEID, 7-224
SYS_XMLAGG, 7-225
SYS_XMLGEN, 7-226
SYSDATE, 7-227
SYSTIMESTAMP, 7-228
TAN, 7-229
TANH, 7-229
TIMESTAMP_TO_SCN, 7-230
TO_BINARY_DOUBLE, 7-231
TO_BINARY_FLOAT, 7-233
TO_CHAR (character), 7-234
TO_CHAR (datetime), 7-235
TO_CHAR (number), 7-237
TO_CLOB, 7-239
TO_DATE, 7-240
TO_DSINTERVAL, 7-241
TO_LOB, 7-242
TO_MULTI_BYTE, 7-243
TO_NCHAR (character), 7-244
TO_NCHAR (datetime), 7-245
TO_NCHAR (number), 7-246
TO_NCLOB, 7-247
TO_NUMBER, 7-247
TO_SINGLE_BYTE, 7-248
TO_TIMESTAMP, 7-249
TO_YMINTERVAL, 7-252
TRANSLATE, 7-253
TRANSLATE...USING, 7-254
TREAT, 7-256
TRIM, 7-257
TRUNC (date), 7-259
TRUNC (number), 7-258
t-test, 7-202
TZ_OFFSET, 7-260
UID, 7-261

Cloudera Exhibit 1020 - Page 1793 of 1808

Databricks_R2_PA_00003929

UNISTR, 7-261
UPDATEXML, 7-262
UPPER, 7-264
USER, 7-264
USERENV, 7-265
VALUE, 7-267
VAR_POP, 7-268
VAR_SAMP, 7-269
VARIANCE, 7-271
VSIZE, 7-272
WIDTH_BUCKET, 7-273
XMLAGG, 7-275
XMLCONCAT, 7-278
SQL statements
    auditing
        by access, 13-59
        by proxy, 13-58
        by session, 13-59
        by user, 13-58
        stopping, 18-94
        successful, 13-60
    DDL, 10-2
    determining the execution plan for, 18-25
    DML, 10-3
    organization of, 10-4
    rolling back, 18-115
    session control, 10-4
    space allocation, resumable, 11-64
    suspending and completing, 11-64
    system control, 10-4
    tracking the occurrence in a session, 13-54
    transaction control, 10-3
    type of, 10-1
    undoing, 18-115
SQL*Loader inserts, logging, 10-97
SQL:99 standards, 1-2
SQL_TRACE initialization parameter, 11-73
    setting with ALTER SYSTEM, 11-108
SQL92_SECURITY initialization parameter
    setting with ALTER SYSTEM, 11-108
SQLData Java storage format, 17-12
SQL/DS datatypes, 2-39
    conversion to Oracle datatypes, 2-40
    restrictions on, 2-41
SQLJ object types

creating, 17-11
    mapping a Java class to, 17-13
SQLTUNE_CATEGORY initialization parameter
    setting with ALTER SYSTEM, 11-108
SQRT function, 7-190
standalone procedures
    dropping, 17-97
standard SQL, B-1
    Oracle extensions to, B-21
standby database
    recovering, 10-30
standby databases
    activating, 10-48
    applying archive logs, 10-33
    committing to primary status, 10-50
    controlling use, 10-57
    designing media recovery, 10-27
    mounting, 10-25
    recovering, 10-29, 10-30
STANDBY_ARCHIVE_DEST initialization
    parameter
    setting with ALTER SYSTEM, 11-108
STANDBY_FILE_MANAGEMENT initialization
    parameter
    setting with ALTER SYSTEM, 11-108
STAR_TRANSFORMATION_ENABLED
    initialization parameter
    setting with ALTER SYSTEM, 11-108
START LOGICAL STANDBY APPLY clause
    of ALTER DATABASE, 10-51
START WITH clause
    of ALTER MATERIALIZED
        VIEW...REFRESH, 11-16
    of queries and subqueries, 19-27
    of SELECT and subqueries, 19-9
START WITH parameter
    of CREATE SEQUENCE, 15-90
STARTUP event
    triggers on, 16-107
startup_clauses
    of ALTER DATABASE, 10-13
STATIC clause
    of ALTER TYPE, 13-13
    of CREATE TYPE, 17-13
statistics

Cloudera Exhibit 1020 - Page 1794 of 1808

Databricks_R2_PA_00003930

collection during index rebuild,   10-99
computing exactly,   13-45
deleting from the data dictionary,   13-44
estimating,   13-47
forcing disassociation,   17-66
on index usage,   10-105
on indexes,   14-91
on scalar object attributes
   collecting,   13-36
on schema objects
   collecting,   13-36
   deleting,   13-36
user-defined
   dropping,   17-81, 17-82, 17-96, 18-8, 18-16
statistics types
   associating
      with columns,   13-52
   associating with datatypes,   13-51, 13-52
   associating with domain indexes,   13-51, 13-52
   associating with functions,   13-51, 13-52
   associating with indextypes,   13-51, 13-52
   associating with packages,   13-51, 13-52
   disassociating
      from columns,   17-64
      from domain indexes,   17-64
      from functions,   17-64
      from indextypes,   17-64
      from packages,   17-64
      from types,   17-64
STATISTICS_LEVEL initialization parameter
   setting with ALTER SYSTEM,   11-108
STATS_BINOMIAL_TEST function,   7-191
STATS_CROSSTAB function,   7-193
STATS_F_TEST function,   7-194
STATS_KS_TEST function,   7-196
STATS_MODE function,   7-197
STATS_MW_TEST function,   7-198
STATS_ONE_WAY_ANOVA function,   7-200
STATS_T_TEST_INDEP function,   7-202, 7-204
STATS_T_TEST_INDEPU function,   7-202, 7-204
STATS_T_TEST_ONE function,   7-202, 7-203
STATS_T_TEST_PAIRED function,   7-202, 7-203
STATS_WSR_TEST function,   7-206
STDDEV function,   7-207
STDDEV_POP function,   7-208

STDDEV_SAMP function,   7-210
STOP LOGICAL STANDBY clause
   of ALTER DATABASE,   10-52
STORAGE clause
   of ALTER CLUSTER,   10-9
   of ALTER INDEX,   10-97
   of ALTER MATERIALIZED VIEW LOG,   11-23
   of CREATE MATERIALIZED VIEW
      LOG,   15-36
   of CREATE MATERIALIZED VIEW LOG. See
      CREATE TABLE
   of CREATE TABLE,   8-57, 16-12
   of CREATE TABLESPACE,   16-83
storage parameters
   default, changing,   12-109
   resetting,   19-70
STORE IN clause
   of ALTER TABLE,   12-43, 16-51
stored functions,   14-61
STREAMS_POOL_SIZE initialization parameter
   setting with ALTER SYSTEM,   11-108
string literals. See text literals.
strings
   converting to ASCII values,   7-21
   converting to unicode,   7-39
Structured Query Language (SQL)
   description,   1-2
   functions,   7-1
   keywords,   A-3
   Oracle Tools support of,   1-5
   parameters,   A-3
   standards,   1-2, B-1
   statements
      determining the cost of,   18-25
   syntax,   10-4, A-1
SUBMULTISET condition,   6-29
SUBPARTITION BY HASH clause
   of CREATE TABLE,   16-21, 16-54
SUBPARTITION BY LIST clause
   of CREATE TABLE,   16-54
SUBPARTITION clause
   of ANALYZE,   13-40
   of DELETE,   17-58
   of INSERT,   18-71
   of LOCK TABLE,   18-86

Cloudera Exhibit 1020 - Page 1795 of 1808

Databricks_R2_PA_00003931

of UPDATE,   19-79
subpartition template
    creating,   12-63
    replacing,   12-63
subpartition-extended table names
    in DML statements,   2-118
    restrictions on,   2-118
    syntax,   2-118
subpartitions
    adding,   12-65
    adding rows to,   18-65
    allocating extents for,   12-38, 12-68
    coalescing,   12-66
    converting into nonpartitioned tables,   12-83
    creating,   16-21
    creating a template for,   12-63, 16-52
    deallocating unused space from,   12-38, 12-68
    exchanging with tables,   12-27
    hash,   16-54
    inserting rows into,   18-71
    list,   16-54
    list, adding,   12-65
    locking,   18-85
    logging insert operations,   12-37
    moving to a different segment,   12-71
    physical attributes
        changing,   12-36
    removing rows from,   12-76, 17-58
    renaming,   12-76
    revising values in,   19-79
    specifying,   16-52
    template, creating,   16-52
    template, dropping,   12-63
    template, replacing,   12-63
subqueries,   9-1, 9-17, 19-4
    assigning names to,   19-14
    containing subqueries,   9-17
    correlated,   9-17
    defined,   9-1
    extended subquery unnesting,   9-19
    factoring of,   19-14
    inline views,   9-17
    nested,   9-17
    of past data,   19-18
    scalar,   5-14

    used as expressions,   5-14
    to insert table data,   16-61
    unnesting,   9-19
    using in place of expressions,   5-14
SUBSTR function,   7-212
SUBSTR2 function,   7-212
SUBSTR4 function,   7-212
SUBSTRB function,   7-212
SUBSTRC function,   7-212
subtotal values
    deriving,   19-29
subtypes,   13-13
    dropping safely,   18-18
SUM function,   7-213
supertypes,   13-13
supplemental logging
    identification key (full),   10-45
    minimal,   10-45
SUSPEND clause
    of ALTER SYSTEM,   11-90
sustained standby recovery mode,   10-31
SWITCH LOGFILE clause
    of ALTER SYSTEM,   11-89
synonyms
    changing the definition of,   18-5
    creating,   16-2
    granting
        system privileges for,   18-52
    local,   16-5
    private, dropping,   18-5
    public,   16-3
        dropping,   18-5
    remote,   16-5
    removing from the database,   18-5
    renaming,   18-102, 18-103
    synonyms for,   16-2
syntax diagrams,   A-1
    loops,   A-4
    multipart diagrams,   A-5
SYS schema
    database triggers stored in,   16-111
    functions stored in,   16-111
SYS user
    assigning password for,   14-26
SYS_CONNECT_BY_PATH function,   7-215

Cloudera Exhibit 1020 - Page 1796 of 1808

Databricks_R2_PA_00003932

SYS_CONTEXT function, 7-216
SYS_DBURIGEN function, 7-221
SYS_EXTRACT_UTC function, 7-222
SYS_GUID function, 7-223
SYS_NC_ROWINFO$ column, 16-65, 17-48
SYS_TYPEID function, 7-224
SYS_XMLAGG function, 7-225
SYS_XMLGEN function, 7-226
SYSAUX clause
   of CREATE DATABASE, 14-32
SYSAUX tablespace
   creating, 14-32, 16-86
SYSDATE function, 7-227
SYSDBA system privilege, 18-56
SYSOPER system privilege, 18-56
system change numbers
   obtaining, 3-8
system control statements, 10-4
   PL/SQL support of, 10-4
system events
   attributes of, 16-111
   triggers on, 16-107
system global area
   flushing, 11-89
   updating, 11-86
system privileges
   ADMINISTER ANY SQL TUNING SET, 18-48
   ADMINISTER DATABASE TRIGGER, 18-54
   ADMINISTER SQL TUNING SET, 18-48
   ADVISOR, 18-48
   ALTER ANY CLUSTER, 18-48
   ALTER ANY DIMENSION, 18-49
   ALTER ANY INDEX, 18-50
   ALTER ANY INDEXTYPE, 18-50
   ALTER ANY MATERIALIZED VIEW, 18-50
   ALTER ANY OPERATOR, 18-51
   ALTER ANY OUTLINE, 18-51
   ALTER ANY PROCEDURE, 18-51
   ALTER ANY ROLE, 18-52
   ALTER ANY SEQUENCE, 18-52
   ALTER ANY SQL PROFILE, 18-48
   ALTER ANY TABLE, 18-53
   ALTER ANY TRIGGER, 18-54
   ALTER ANY TYPE, 18-54
   ALTER DATABASE, 18-49

   ALTER PROFILE, 18-52
   ALTER RESOURCE COST, 18-52
   ALTER ROLLBACK SEGMENT, 18-52
   ALTER SESSION, 18-52
   ALTER SYSTEM, 18-49
   ALTER TABLESPACE, 18-53
   ALTER USER, 18-55
   ANALYZE ANY, 18-55
   AUDIT ANY, 18-55
   AUDIT SYSTEM, 18-49
   BACKUP ANY TABLE, 18-53
   COMMENT ANY TABLE, 18-55
   CREATE ANY CLUSTER, 18-48
   CREATE ANY CONTEXT, 18-49
   CREATE ANY DIMENSION, 18-49
   CREATE ANY DIRECTORY, 18-49
   CREATE ANY INDEX, 18-50
   CREATE ANY INDEXTYPE, 18-50
   CREATE ANY JOB, 18-50
   CREATE ANY LIBRARY, 18-50
   CREATE ANY MATERIALIZED VIEW, 18-50
   CREATE ANY OPERATOR, 18-51
   CREATE ANY OUTLINE, 18-51
   CREATE ANY PROCEDURE, 18-51
   CREATE ANY SEQUENCE, 18-52
   CREATE ANY SQL PROFILE, 18-48
   CREATE ANY SYNONYM, 18-53
   CREATE ANY TABLE, 18-53
   CREATE ANY TRIGGER, 18-54
   CREATE ANY TYPE, 18-54
   CREATE ANY VIEW, 18-55
   CREATE CLUSTER, 18-48
   CREATE DATABASE LINK, 18-49
   CREATE DIMENSION, 18-49
   CREATE INDEXTYPE, 18-49
   CREATE JOB, 18-50
   CREATE LIBRARY, 18-50
   CREATE MATERIALIZED VIEW, 18-50
   CREATE OPERATOR, 18-51
   CREATE PROCEDURE, 18-51
   CREATE PROFILE, 18-52
   CREATE PUBLIC DATABASE LINK, 18-49
   CREATE PUBLIC SYNONYM, 18-53
   CREATE ROLE, 18-52
   CREATE ROLLBACK SEGMENT, 18-52

Cloudera Exhibit 1020 - Page 1797 of 1808

Databricks_R2_PA_00003933

CREATE SEQUENCE, 18-52
CREATE SESSION, 18-52
CREATE SYNONYM, 18-52
CREATE TABLE, 18-53
CREATE TABLESPACE, 18-53
CREATE TRIGGER, 18-54
CREATE TYPE, 18-54
CREATE USER, 18-54
CREATE VIEW, 18-55
DEBUG ANY PROCEDURE, 18-49
DELETE ANY TABLE, 18-53
DROP ANY CLUSTER, 18-49
DROP ANY CONTEXT, 18-49
DROP ANY DIMENSION, 18-49
DROP ANY DIRECTORY, 18-49
DROP ANY INDEX, 18-50
DROP ANY INDEXTYPE, 18-50
DROP ANY LIBRARY, 18-50
DROP ANY MATERIALIZED VEIW, 18-50
DROP ANY OPERATOR, 18-51
DROP ANY OUTLINE, 18-51
DROP ANY PROCEDURE, 18-51
DROP ANY ROLE, 18-52
DROP ANY SEQUENCE, 18-52
DROP ANY SYNONYM, 18-53
DROP ANY TABLE, 18-53
DROP ANY TRIGGER, 18-54
DROP ANY TYPE, 18-54
DROP ANY VIEW, 18-55
DROP PROFILE, 18-52
DROP PUBLIC DATABASE LINK, 18-49
DROP PUBLIC SYNONYM, 18-53
DROP ROLLBACK SEGMENT, 18-52
DROP TABLESPACE, 18-53
DROP USER, 18-55
EXECUTE ANY CLASS, 18-50
EXECUTE ANY INDEXTYPE, 18-50
EXECUTE ANY OPERATOR, 18-51
EXECUTE ANY PROCEDURE, 18-51
EXECUTE ANY PROGRAM, 18-50
EXECUTE ANY TYPE, 18-54
EXEMPT ACCESS POLICY, 18-55
FLASHBACK ANY TABLE, 18-51, 18-53, 18-55
for job scheduler tasks, 18-50
for the Advisor framework, 18-48
FORCE ANY TRANSACTION, 18-55
FORCE TRANSACTION, 18-55
GLOBAL QUERY REWRITE, 18-51
GRANT ANY OBJECT PRIVILEGE, 18-55
GRANT ANY PRIVILEGE, 18-56
GRANT ANY ROLE, 18-52
granting, 15-77, 18-40
    to a role, 18-43
    to a user, 18-43
    to PUBLIC, 18-43
INSERT ANY TABLE, 18-53
list of, 18-48
LOCK ANY TABLE, 18-53
MANAGE SCHEDULER, 18-50
MANAGE TABLESPACE, 18-53
ON COMMIT REFRESH, 18-51
QUERY REWRITE, 18-51
RESTRICTED SESSION, 18-49, 18-52
RESUMABLE, 18-56
revoking, 18-104
    from a role, 18-106
    from a user, 18-106
    from PUBLIC, 18-107
SELECT ANY DICTIONARY, 18-56
SELECT ANY SEQUENCE, 18-52
SELECT ANY TABLE, 18-53
SYSDBA, 18-56
SYSOPER, 18-56
UNDER ANY TYPE, 18-54
UNDER ANY VIEW, 18-55
UNLIMITED TABLESPACE, 18-54
UPDATE ANY TABLE, 18-53
SYSTEM tablespace
    locally managed, 14-31
SYSTEM user
    assigning password for, 14-26
SYSTIMESTAMP function, 7-228

T

table
    XMLType, querying, 16-65
TABLE clause
    of ANALYZE, 13-39
    of INSERT, 18-72

Cloudera Exhibit 1020 - Page 1798 of 1808

Databricks_R2_PA_00003934

of SELECT,   19-21
of TRUNCATE,   19-71
of UPDATE,   19-78, 19-80
table compression,   11-11, 12-37, 15-17, 16-33
table functions
    creating,   14-70
table locks
    disabling,   12-92
    duration of,   18-85
    enabling,   12-91
    EXCLUSIVE,   18-86, 18-87
    modes of,   18-87
    on partitions,   18-86
    on remote database,   18-87
    on subpartitions,   18-86
    and queries,   18-85
    ROW EXCLUSIVE,   18-86, 18-87
    ROW SHARE,   18-86, 18-87
    SHARE,   18-86
    SHARE ROW EXCLUSIVE,   18-87
    SHARE UPDATE,   18-87
table partitions
    compression of,   12-37, 16-33
table REF constraints,   8-16
    of CREATE TABLE,   16-29
tables
    adding rows to,   18-65
    aliases,   2-119
        in CREATE INDEX,   14-86
        in DELETE,   17-61
    allocating extents for,   12-38
    assigning to a cluster,   16-39
    changing degree of parallelism on,   12-88
    changing existing values in,   19-75
    collecting statistics on,   13-39
    comments on,   13-74
    compression of,   12-37, 16-33
    creating,   16-7
        multiple,   15-85
    creating comments about,   13-73
    data stored outside database,   16-37
    deallocating unused space from,   12-38
    default physical attributes
        changing,   12-36
    degree of parallelism

    specifying,   16-7
disassociating statistics types from,   18-8
dropping
    along with cluster,   17-68
    along with owner,   18-21
    indexes of,   18-8
    partitions of,   18-8
external,   16-35
    creating,   16-37
    restrictions on,   16-38
externally organized,   16-35
flashing back to an earlier version,   18-33
granting
    system privileges for,   18-53
heap organized,   16-35
index-organized,   16-35
    overflow segment for,   16-37
    space in index block,   16-36
inserting rows with a subquery,   16-61
inserting using the direct-path method,   18-65
joining in a query,   19-23
LOB storage of,   8-57
locking,   18-85
logging
    insert operations,   12-37
    table creation,   16-33
migrated and chained rows in,   13-43
moving,   12-32
moving to a new segment,   12-89
moving, index-organized,   12-89
nested
    creating,   17-19
    storage characteristics,   16-45
object
    creating,   16-9
object, querying,   16-63
of XMLType, creating,   16-65
organization, defining,   16-34
parallel creation of,   16-57
parallelism
    setting default degree,   16-57
partition attributes of,   12-62
partitioning,   2-117, 16-7, 16-48
    allowing rows to move between
        partitions,   12-41

Cloudera Exhibit 1020 - Page 1799 of 1808

Databricks_R2_PA_00003935

default attributes of, 12-62
physical attributes
  changing, 12-36
purging from the recycle bin, 18-99
relational
  creating, 16-9
remote, accessing, 14-39
removing from the database, 18-7
removing rows from, 17-55
renaming, 12-42, 18-102
restricting
  records in a block, 12-41
retrieving data from, 19-4
saving blocks in a cache, 16-56
SQL examples, 16-66
storage attributes
  defining, 16-7
storage characteristics
  defining, 8-57
storage properties, 16-40
storage properties of, 16-32
subpartition attributes of, 12-62
synonyms for, 16-2
tablespace for
  defining, 16-7, 16-32
temporary
  duration of data, 16-31
  session-specific, 16-26
  transaction specific, 16-26
unclustering, 17-67
updating through views, 17-47
validating structure, 13-42
with unusable indexes, 11-72
TABLESPACE clause
  of ALTER INDEX ... REBUILD, 10-101
  of CREATE CLUSTER, 14-6
  of CREATE INDEX, 14-89
  of CREATE MATERIALIZED VIEW, 15-17
  of CREATE MATERIALIZED VIEW
    LOG, 15-37
  of CREATE TABLE, 16-32
tablespaces, 12-109
  allocating space for users, 17-37
  allowing write operations on, 12-116
  automatic segment-space management, 16-92

backing up datafiles, 12-111
bigfile, 16-85
  database default, 14-31
  default temporary, 14-33
  resizing, 12-110
  undo, 14-34
bringing online, 12-115, 16-90
coalescing free extents, 12-110
converting
  from permanent to temporary, 12-116
  from temporary to permanent, 12-116
creating, 16-80
datafiles
  adding, 12-112
  renaming, 12-112
default, 10-53
  specifying for a user, 13-28
default permanent, 14-33
default temporary, 10-53
  learning name of, 10-53
designing media recovery, 10-27
dropping contents, 18-13
ending online backup, 12-112
extent size, 16-88
granting system privileges for, 18-53
in FLASHBACK mode, 12-117, 16-93
in FORCE LOGGING mode, 12-114, 16-89
locally managed, 8-61
  altering, 12-109
logging attribute, 12-114, 16-88
managing extents of, 16-90
read only, 12-116
reconstructing lost or damaged, 10-27, 10-37
recovering, 10-27, 10-29
removing from the database, 18-11
renaming, 12-110
size of free extents in, 12-109
smallfile, 16-85
  database default, 14-31
  default temporary, 14-33
  undo, 14-34
specifying
  datafiles for, 16-86
  for a table, 16-32
  for a user, 17-35

Cloudera Exhibit 1020 - Page 1800 of 1808

Databricks_R2_PA_00003936

for index rebuild,  12-90
taking offline,  12-115, 16-90
tempfiles
    adding,  12-112
temporary
    specifying for a user,  13-28, 17-36
temporary, creating,  16-94
temporary, defining for the database,  14-25
undo
    altering,  12-109
    creating,  14-34, 16-95
    dropping,  18-12
TAN function,  7-229
TANH function,  7-229
TAPE_ASYNCH_IO initialization parameter
    setting with ALTER SYSTEM,  11-108
TEMPFILE clause
    of ALTER DATABASE,  10-17, 10-39
tempfiles
    bringing online,  10-39
    defining for a tablespace,  16-82, 16-84
    defining for the database,  14-25
    disabling autoextend,  10-39
    dropping,  10-39
    enabling autoextend,  8-44, 10-39
    extending automatically,  8-44
    renaming,  10-37
    resizing,  10-39
    reusing,  8-44
    size of,  8-43
    specifying,  8-37
    taking offline,  10-39
TEMPORARY clause
    of ALTER TABLESPACE,  12-116
    of CREATE TABLESPACE,  16-94
temporary tables
    creating,  16-7, 16-26
    session-specific,  16-26
    transaction-specific,  16-26
TEMPORARY TABLESPACE clause
    of ALTER USER,  13-28
    of ALTER USER. See CREATE USER
    of CREATE USER,  17-36
temporary tablespace groups
    reassigning for a user,  13-28

specifying for a user,  17-36
temporary tablespaces
    creating,  16-94
    default,  10-53
    specifying extent management during database
        creation,  14-25
    specifying for a user,  13-28, 17-36
TEST clause
    of ALTER DATABASE ... RECOVER,  10-30
testing for a set,  6-17
text
    date and number formats,  2-70
    literals in SQL syntax,  2-61
    properties of CHAR and VARCHAR2
        datatypes,  2-62
    syntax of,  2-61
text literals in SQL syntax,  2-61
TH datetime format element suffix,  2-83
THREAD initialization parameter
    setting with ALTER SYSTEM,  11-108
THSP datetime format element suffix,  2-83
TIME datatype
    DB2,  2-41
    SQL/DS,  2-41
time format models
    short,  2-74, 2-79
time zone
    determining for session,  7-185
    formatting,  2-80
    setting for the database,  14-37
time zones
    converting data to particular,  5-10
TIME_ZONE session parameter,  11-73
TIMED_OS_STATISTICS initialization parameter
    setting with ALTER SYSTEM,  11-108
TIMED_STATISTICS initialization parameter
    setting with ALTER SYSTEM,  11-108
timestamp
    converting to local time zone,  5-10
TIMESTAMP datatype,  2-23
    DB2,  2-41
    SQL/DS,  2-41
TIMESTAMP WITH LOCAL TIME ZONE
        datatype,  2-25
TIMESTAMP WITH TIME ZONE datatype,  2-24

Cloudera Exhibit 1020 - Page 1801 of 1808

Databricks_R2_PA_00003937

TIMESTAMP_TO_SCN function, 7-230
TO SAVEPOINT clause
    of ROLLBACK, 18-116
TO_BINARY_DOUBLE function, 7-231
TO_BINARY_FLOAT function, 7-233
TO_CHAR
    datetime conversion function, 7-235
    number conversion function, 7-237
TO_CHAR (character) function, 7-234
TO_CHAR function, 2-71, 2-75, 2-84
TO_CLOB function, 7-239
TO_DATE function, 2-75, 2-81, 2-84, 7-240
TO_DSINTERVAL function, 7-241
TO_LOB function, 7-242
TO_MULTI_BYTE function, 7-243
TO_NCHAR (character) function, 7-244
TO_NCHAR (datetime) function, 7-245
TO_NCHAR (number) function, 7-246
TO_NCLOB function, 7-247
TO_NUMBER function, 2-71, 7-247
TO_SINGLE_BYTE function, 7-248
TO_TIMESTAMP function, 7-249
TO_TIMESTAMP_TZ function
    SQL functions
        TO_TIMESTAMP_TZ, 7-250
TO_YMINTERVAL function, 7-252
top-N reporting, 3-10, 7-64, 7-151, 7-179
TRACE_ENABLED initialization parameter
    setting with ALTER SYSTEM, 11-108
TRACEFILE_IDENTIFIER initialization parameter
    setting with ALTER SYSTEM, 11-108
transaction control statements, 10-3
    PL/SQL support of, 10-4
transactions
    allowing to complete, 11-86
    assigning
        rollback segment to, 19-66
    automatically committing, 13-76
    changes, making permanent, 13-76
    commenting on, 13-77
    distributed, forcing, 11-60
    ending, 13-76
    implicit commit of, 10-2, 10-3, 10-4
    in-doubt
        committing, 13-76

        forcing, 13-77
        resolving, 19-68
    isolation level, 19-66
    locks, releasing, 13-76
    naming, 19-68
    read-only, 19-66
    read/write, 19-66
    rolling back, 11-87, 18-115
        to a savepoint, 18-116
    savepoints for, 19-2
TRANSACTIONS initialization parameter
    setting with ALTER SYSTEM, 11-108
TRANSACTIONS_PER_ROLLBACK_SEGMENT
    initialization parameter
    setting with ALTER SYSTEM, 11-108
TRANSLATE ... USING function, 7-254
TRANSLATE function, 7-253
TREAT function, 7-256
triggers
    AFTER, 16-103
    BEFORE, 16-103
    compiling, 13-2, 13-4
    creating, 16-100
        multiple, 16-104
    database
        altering, 13-3
        dropping, 18-15, 18-21
    disabling, 12-92, 13-2
    enabling, 12-92, 13-2, 13-3, 16-100
    executing
        with a PL/SQL block, 16-111
        with an external procedure, 16-111
    granting
        system privileges for, 18-54
    INSTEAD OF, 16-104
        dropping, 17-43
    on database events, 16-107
    on DDL events, 16-106
    on DML operations, 16-102, 16-105
    on views, 16-104
    order of firing, 16-104
    re-creating, 16-102
    removing from the database, 18-15
    renaming, 13-4
    restrictions on, 16-110

Cloudera Exhibit 1020 - Page 1802 of 1808

Databricks_R2_PA_00003938

row values
    old and new,  16-109
row, specifying,  16-110
SQL examples,  16-112
statement,  16-110
TRIM function,  7-257
TRUNC function
    date function,  7-259
    format models,  7-286
    number function,  7-258
TRUNCATE PARTITION clause
    of ALTER TABLE,  12-76
TRUNCATE statement,  19-70
TRUNCATE SUBPARTITION clause
    of ALTER TABLE,  12-76
TRUST attribute
    of PRAGMA RESTRICT_REFERENCES,  17-17
type constructor expressions,  5-16
type methods
    return type of,  17-15
types. See object types or datatypes
TZ_OFFSET function,  7-260

## U

UID function,  7-261
unary operators,  4-2
UNDER ANY TABLE system privilege,  18-54
UNDER ANY VIEW system privilege,  18-55
UNDER clause
    of CREATE VIEW,  17-46
UNDER object privilege,  18-58
    on a type,  18-61
    on a view,  18-60
UNDER_PATH condition,  6-30
undo
    rollback,  11-53, 14-34
    system managed,  11-53, 14-34
UNDO tablespace clause
    of CREATE DATABASE,  14-34
    of CREATE TABLESPACE,  16-95
undo tablespaces
    creating,  14-34, 16-95
    dropping,  18-12
    modifying,  12-109

preserving unexpired data,  12-118, 16-96
UNDO_MANAGEMENT initialization parameter
    setting with ALTER SYSTEM,  11-108
UNDO_RETENTION initialization parameter
    setting with ALTER SYSTEM,  11-108, 18-33
UNDO_TABLESPACE initialization parameter
    setting with ALTER SYSTEM,  11-108
UNIFORM clause
    of CREATE TABLESPACE,  16-91
UNION ALL set operator,  4-6, 19-35
UNION set operator,  4-6, 19-35
UNIQUE clause
    of CREATE INDEX,  14-83
    of CREATE TABLE,  16-29
    of SELECT,  19-15
unique constraints
    enabling,  16-59
    index on,  16-60
unique elements of,  7-186
unique indexes,  14-83
unique queries,  19-15
UNISTR function,  7-261
universal rowids. See urowids
UNLIMITED TABLESPACE system
        privilege,  18-54
unnesting collections,  19-21
    examples,  19-55
unnesting subqueries,  9-19
UNQUIESCE clause
    of ALTER SYSTEM,  11-90
UNRECOVERABLE,  10-98, 16-34
    See also NOLOGGING clause
unsorted indexes,  14-90
UNUSABLE clause
    of ALTER INDEX,  10-104
UNUSABLE LOCAL INDEXES clause
    of ALTER MATERIALIZED VIEW,  11-12
    of ALTER TABLE,  12-86
UPDATE ANY TABLE system privilege,  18-53
UPDATE BLOCK REFERENCES clause
    of ALTER INDEX,  10-105, 10-107
UPDATE GLOBAL INDEXES clause
    of ALTER TABLE,  12-88
UPDATE object privilege,  18-57
    on a table,  18-59

Cloudera Exhibit 1020 - Page 1803 of 1808

Databricks_R2_PA_00003939

on a view, 18-60
update operations
   collecting supplemental log data for, 10-45
UPDATE SET clause
   of MERGE, 18-90
UPDATE statement, 19-75
   triggers on, 16-105
updates
   and simultaneous insert, 18-89
   using MERGE, 18-90, 18-91
UPDATEXML function, 7-262
UPGRADE clause
   of ALTER DATABASE, 10-26
   of ALTER TABLE, 12-40
UPPER function, 7-264
URLs
   generating, 7-221
UROWID datatype, 2-38
urowids
   and foreign tables, 2-38
   and index-organized tables, 2-38
   description of, 2-38
USE_INDIRECT_DATA_BUFFERS initialization
      parameter
   setting with ALTER SYSTEM, 11-108
USE_PRIVATE_OUTLINES session
      parameter, 11-74
USE_STORED_OUTLINES session
      parameter, 11-75, 11-109
USER function, 7-264
USER SYS clause
   of CREATE DATABASE, 14-26
USER SYSTEM clause
   of CREATE DATABASE, 14-26
USER_COL_COMMENTS data dictionary
      view, 13-74
USER_DUMP_DEST initialization parameter
   setting with ALTER SYSTEM, 11-108
USER_INDEXTYPE_COMMENTS data dictionary
      view, 13-75
USER_MVIEW_COMMENTS data dictionary
      view, 13-75
USER_OPERATOR_COMMENTS data dictionary
      view, 13-75
USER_TAB_COMMENTS data dictionary

view, 13-74
user-defined aggregate functions, 14-71
user-defined functions, 7-287
   name precedence of, 7-289
   naming conventions, 7-290
   restrictions on, 14-65
user-defined operators, 4-11
user-defined statistics
   dropping, 17-81, 17-82, 17-96, 18-8, 18-16
user-defined types, 2-41
   defining, 17-10
   mapping to Java classes, 17-11
USERENV function, 7-265
users
   allocating space for, 17-37
   and database links, 14-42
   assigning
      default roles, 13-28
      profiles, 17-37
   authenticating, 13-30
   authenticating to a remote server, 14-42
   changing authentication, 13-30
   changing global authentication, 13-27
   creating, 17-32
   default tablespaces, 17-35
   default tablespaces for, 13-28
   denying access to tables and views, 18-85
   external, 15-78, 17-35
   global, 15-78, 17-35
   granting
      system privileges for, 18-54
   local, 15-78, 17-34
   locking accounts, 17-37
   password expiration of, 17-37
   removing from the database, 18-21
   SQL examples, 17-37
   temporary tablespaces for, 13-28, 17-36
USING BFILE clause
   of CREATE JAVA, 14-113
USING BLOB clause
   of CREATE JAVA, 14-113
USING clause
   of ALTER INDEXTYPE, 10-113
   of ASSOCIATE STATISTICS, 13-51, 13-52
   of CREATE DATABASE LINK, 14-43

Index-66

Cloudera Exhibit 1020 - Page 1804 of 1808

Databricks_R2_PA_00003940

of CREATE INDEXTYPE,   14-107
USING CLOB clause
    of CREATE JAVA,   14-113
USING INDEX clause
    of ALTER MATERIALIZED VIEW,   11-13
    of ALTER TABLE,   12-33
    of constraints,   8-22
    of CREATE MATERIALIZED VIEW,   15-20
    of CREATE TABLE,   16-60
USING NO INDEX clause
    of CREATE MATERIALIZED VIEW,   15-20
USING ROLLBACK SEGMENT clause
    of ALTER MATERIALIZED
        VIEW...REFRESH,   11-16
    of CREATE MATERIALIZED VIEW,   15-24
UTC
    extracting from a datetime value,   7-222
UTC offset
    replacing with time zone region,   2-24
UTL_FILE_DIR initialization parameter
    setting with ALTER SYSTEM,   11-108
UTLCHN.SQL script,   13-43
UTLEXPT1.SQL script,   12-85
UTLXPLAN.SQL script,   18-25

## V

VALIDATE clause
    of DROP TYPE,   18-18
VALIDATE REF UPDATE clause
    of ANALYZE,   13-41
VALIDATE STRUCTURE clause
    of ANALYZE,   13-42
validation
    of clusters,   13-42
    of database objects
        offline,   13-43
    of database objects, online,   13-43
    of indexes,   13-42
    of tables,   13-42
VALUE function,   7-267
VALUES clause
    of CREATE INDEX,   14-93
    of INSERT,   18-73
VALUES LESS THAN clause

of CREATE TABLE,   16-48
VAR_POP function,   7-268
VAR_SAMP function,   7-269
VARCHAR datatype,   2-12
VARCHAR2 datatype,   2-12
    converting to NUMBER,   2-71
VARGRAPHIC datatype
    DB2,   2-41
    SQL/DS,   2-41
variable expressions,   5-18
VARIANCE function,   7-271
VARRAY
    LOB restriction,   2-33
VARRAY clause
    of ALTER TABLE,   12-15
VARRAY column properties
    of ALTER TABLE,   12-15, 12-47
    of CREATE MATERIALIZED VIEW,   15-13
    of CREATE TABLE,   16-14, 16-44
varrays,   2-42
    changing returned value,   12-58
    compared with nested tables,   2-54
    comparison rules,   2-54
    creating,   17-3, 17-9, 17-19
    dropping the body of,   18-19
    dropping the specification of,   18-16
    increasing size of,   13-19
    modifying column properties,   12-17
    storage characteristics,   12-47, 12-59, 16-44
    storing out of line,   2-42
varying arrays. See varrays
view constraints
    dropping,   18-24
views
    base tables
        adding rows,   18-65
    changing
        definition,   18-23
        values in base tables,   19-75
    creating
        before base tables,   17-43
        comments about,   13-73
        multiple,   15-85
    creating object subviews,   17-46
    defining,   17-40

Cloudera Exhibit 1020 - Page 1805 of 1808

Databricks_R2_PA_00003941

dropping constraints on, 13-35
granting
    system privileges for, 18-55
modifying constraints on, 13-34
object, creating, 17-45
recompiling, 13-33
re-creating, 17-43
remote, accessing, 14-39
removing
    from the database, 18-23
    rows from the base table of, 17-55
renaming, 18-102
retrieving data from, 19-4
subquery of, 17-46
    restricting, 17-49
synonyms for, 16-2
updatable, 17-47
with joins
    and key-preserved tables, 17-48
with joins, making updatable, 17-48
XMLType, 17-48
XMLType, creating, 17-53
XMLType, querying, 17-48
VSIZE function, 7-272

## W

WHEN clause
    of CREATE TRIGGER, 16-110
WHENEVER NOT SUCCESSFUL clause
    of NOAUDIT, 18-97
WHENEVER SUCCESSFUL clause
    of AUDIT sql_statements, 13-60
    of NOAUDIT, 18-97
WHERE clause
    of DELETE, 17-60
    of queries and subqueries, 19-26
    of SELECT, 9-5
    of UPDATE, 19-83
WIDTH_BUCKET function, 7-273
WITH ADMIN OPTION clause
    of GRANT, 18-44
WITH CHECK OPTION clause
    of CREATE VIEW, 17-42, 17-49
    of DELETE, 17-59

of INSERT, 18-73
of SELECT, 19-7
of UPDATE, 19-79
WITH GRANT OPTION clause
    of GRANT, 18-46
WITH HIERARCHY OPTION
    of GRANT, 18-46
WITH INDEX CONTEXT clause
    of CREATE OPERATOR, 15-44
WITH OBJECT ID clause
    of CREATE MATERIALIZED VIEW
        LOG, 15-38
WITH OBJECT IDENTIFIER clause
    of CREATE VIEW, 17-45
WITH OBJECT OID. *See* WITH OBJECT
    IDENTIFIER.
WITH PRIMARY KEY clause
    of ALTER MATERIALIZED VIEW, 11-16
    of CREATE MATERIALIZED VIEW
        LOG, 15-38
    of CREATE MATERIALIZED
        VIEW...REFRESH, 15-23
WITH *query_name* clause
    of SELECT, 19-14
WITH READ ONLY clause
    of CREATE VIEW, 17-42, 17-49
    of DELETE, 17-59
    of INSERT, 18-73
    of SELECT, 19-7
    of UPDATE, 19-79
WITH ROWID clause
    of column ref constraints, 8-17
    of CREATE MATERIALIZED VIEW
        LOG, 15-38
    of CREATE MATERIALIZED
        VIEW...REFRESH, 15-24
WITH SEQUENCE clause
    of CREATE MATERIALIZED VIEW
        LOG, 15-38
WNDS attribute
    of PRAGMA RESTRICT_REFERENCES, 17-16
WNPS attribute
    of PRAGMA RESTRICT_REFERENCES, 17-16
WORKAREA_SIZE_POLICY initialization
    parameter

Cloudera Exhibit 1020 - Page 1806 of 1808

Databricks_R2_PA_00003942

setting with ALTER SYSTEM,   11-108
WRITE object privilege
   on a directory,   18-61

# X

XML
   examples,   E-11
XML data
   storage of,   16-47
XML database repository
   SQL access to,   6-13, 6-30
XML documents
   producing from XML fragments,   7-225
   retrieving from the database,   7-221
XML format models,   2-88
XML fragments,   7-74
XMLAGG function,   7-275
XMLCONCAT function,   7-278
XMLDATA pseudocolumn,   3-11
XMLGenFormatType object,   2-88
XMLType columns
   properties of,   12-49, 16-47
   storage of,   16-47
XMLType storage clause
   of CREATE TABLE,   16-47
XMLType tables
   creating,   16-65, 16-72
   creating index on,   14-99
XMLType views,   17-48
   querying,   17-48

Cloudera Exhibit 1020 - Page 1807 of 1808

Databricks_R2_PA_00003943

Index-70

Cloudera Exhibit 1020 - Page 1808 of 1808