# EXHIBIT 3

PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: Ali Dasdan et al. | Attorney Docket No.: YAH1P034/Y01708US01 |
| Application No.: 11/539,090 | Examiner: Khanh B. Pham |
| Filed: October 5, 2006 | Group: 2166 |
| Title: IMPROVED MAPREDUCE FOR DISTRIBUTED DATABASE PROCESSING | Confirmation No.: 3099 |

CERTIFICATE OF EFS-WEB TRANSMISSION
I hereby certify that this correspondence is being transmitted electronically through EFS-WEB to the Commissioner for Patents, P.O. Box 1450 Alexandria, VA 22313-1450 on November 9, 2011.

Signed: /Mary Terry/
Typed: Mary Terry

# AMENDMENT D

Mail Stop F/O
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

It is respectfully submitted that the Examiner enters the following amendments in response to the Final Office Action dated 9 August 2011, a response to which is due on 9 November 2011.

**Amendments to the Claims** are reflected in the listing of claims which begin on page 2 of this paper.
**Remarks/Arguments** begin on page 14 of this paper.

11/539,090                                              1

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1. (CURRENTLY AMENDED)  A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:

    ~~for~~ partitioning the data of each one of the data groups [[,]] into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition ~~the data of that data group~~ to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that ~~as to result in different key-value pairs~~ different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and

    reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common,

    wherein the mapping and reducing operations are performed by a distributed system.

2. (Original)  The method of claim 1, wherein:

    the at least one output data group is a plurality of output data groups.

3. (Previously Presented)  The method of claim 1, wherein:

    corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group.

11/539,090                                                              2

4.   (Original)  The method of claim 1, wherein:

corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group.

5.   (Original)  The method of claim 1, wherein:

processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group.

6.   (Original)  The method of claim 1, wherein:

the intermediate data includes a plurality of grouped sets of key/value pairs;

the reducing step is carried out by a plurality of reducers;

the method further comprises:

partitioning the intermediate data into a plurality of partitions, each key/value pair of the intermediate data being provided to a separate one of the partitions; and

providing the intermediate data of each partition to a separate one of the reducers.

7.   (Original)  The method of claim 1, wherein:

the intermediate data includes a plurality of grouped sets of key/value pairs;

the reducing step is carried out by a plurality of reducers;

the method further comprises:

11/539,090                                                3

  partitioning the intermediate data into a plurality of partitions, at least some of the key/value pairs of the intermediate data being provided to more than one of the partitions; and

  providing the intermediate data of each partition to a separate one of the reducers.

8. (Original)  The method of claim 7, wherein:

in the partitioning step, all of the key/value pairs of the intermediate data are provided to all of the partitions.

9. (Original)  The method of claim 7, wherein:

at least some of the reducers include a sort, group-by-key and combine task;

the method further comprises

  generating and providing metadata for at least some of the mapping, partitioning, combining, grouping and sorting.

10. (Original)  The method of claim 9, wherein:

the reducing step includes processing the metadata.

11. (Original)  The method of claim 10, wherein:

processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group, wherein the iterator includes providing the associated metadata to the processing of the reducing step.

12. (Previously presented)  The method of claim 5, wherein:

the intermediate data includes a plurality of grouped sets of key/value pairs;

the reducing step is carried out by a plurality of reducers;

for at least one of the reducers, the iterator corresponding to a particular data group, for that reducer, operates according to a different key of a different schema than the iterator corresponding to another particular data group, for that reducer.

13.     (Original)  The method of claim 1, wherein:

the intermediate data processing step of the reducing step further comprises processing data that is not intermediate data.

14.     (Original)  The method of claim 13, wherein:

the reducing step is carried out by a plurality of reducers; and

the data that is not intermediate data, for a particular reducer, includes data that is associated with another reducer.

15.     (Original)  The method of claim 13, wherein:

the reducing step is carried out by a plurality of reducers; and

the data that is not intermediate data, for a particular reducer, includes data that is associated with that reducer.

16.     (Previously presented)  The method of claim 1 wherein the reducing step includes relating the data among the plurality of data groups.

17-23. (CANCELLED)

24.     (CURRENTLY AMENDED)  A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises

11/539,090                                        5

a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:

~~for~~ partitioning the data of each one of the data groups [[,]] into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition ~~the data of that data group~~ to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that ~~as to result in different key-value pairs~~ different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and

reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common.


25.     (Original)  The computer system of claim 24, wherein:

the at least one output data group is a plurality of output data groups.


26.     (Original)  The computer system of claim 24, wherein:

corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with the manner of storage is identifiable to the data group.


27.     (Original)  The computer system of claim 26, wherein:

corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group.

28.  (Previously Presented)  The computer system of claim 24, wherein:

the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group.

29.  (Previously Presented)  The computer system of claim 24, wherein:

the intermediate data includes a plurality of grouped sets of key/value pairs;

the at least one processor and memory are further operable to reduce the intermediate data via a plurality of reducers; and

the at least one processor and memory are further operable to:

partition the intermediate data into a plurality of partitions, to provide each key/value pair of the intermediate data to a separate one of the partitions; and

provide the intermediate data of each partition to a separate one of the reducers.

30.  (Previously Presented)  The computer system of claim 24, wherein:

the intermediate data includes a plurality of grouped sets of key/value pairs;

the at least one processor and memory are further operable to reduce the intermediate data via a plurality of reducers; and

the at least one processor and memory are further operable to:

partition the intermediate data into a plurality of partitions, to provide at least some of the key/value pairs of the intermediate data to more than one of the partitions; and

11/539,090

7

provide the intermediate data of each partition to a separate one of the reducers.

31.     (Previously Presented)  The computer system of claim 30, wherein:

the at least one processor and memory are further operable to, in partitioning, to provide all of the key/value pairs of the intermediate data to all of the partitions.

32.     (Previously Presented)  The computer system of claim 30, wherein:

at least some of the reducers include a sort, group-by-key and combine task;

the at least one processor and memory are further operable to

generate and provide metadata for at least some of the mapping, partitioning, combining, grouping and sorting.

33.     (Original)  The computer system of claim 32, wherein:

the reducing includes processing the metadata.

34.     (Previously Presented)  The computer system of claim 33, wherein:

the at least one processor and memory being further operable to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being further operable to employ an iterator that corresponds to that data group, wherein the iterator is configured to provide the associated metadata to the reducing.

35.     (Previously Presented)  The computer system of claim 28, wherein:

the intermediate data includes a plurality of grouped sets of key/value pairs;

the at least one processor and memory are further operable to reduce the intermediate data via a plurality of reducers;

11/539,090                                          8

for at least one of the reducers, the iterator corresponding to a particular data group, for that reducer, is configured to operate according to a different key of a different schema than the iterator corresponding to another particular data group, for that reducer.

36. (Original)  The computer system of claim 24, wherein:

the intermediate data processing of the reducing further comprises processing data that is not intermediate data.

37. (Previously Presented)  The computer system of claim 36, wherein:

the at least one processor and memory are further operable to reduce the intermediate data via a plurality of reducers; and

the data that is not intermediate data, for a particular reducer, includes data that is associated with another reducer.

38. (Previously Presented)  The computer system of claim 36, wherein:

the at least one processor and memory are further operable to reduce the intermediate data via a plurality of reducers; and

the data that is not intermediate data, for a particular reducer, includes data that is associated with that reducer.

39. (Previously Presented)  The computer system of claim 24, wherein the at least one processor and memory are further operable to reduce by relating the data among the plurality of data groups.

40-46. (CANCELLED)

11/539,090                                      9

47. (CURRENTLY AMENDED) A map-reduce method of processing data from a plurality of groups having different schema over a computer system, the method comprising:

for a first data set having a plurality of first key-value pairs, wherein such first data set belongs to a first data group and the first key-value pairs have a first schema, <u>partitioning the first data set into a plurality of data partitions and providing each data partition to a selected one of a plurality of</u> mapping <u>functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition</u> ~~the first data set~~ to <u>form</u> a first intermediate data set having a first set of resulting key-value pairs;

for a second data set having a plurality of second key-value pairs, wherein such second data set belongs to a second data group and the second key-value pairs have a second schema, <u>partitioning the first data set into a plurality of data partitions and providing each data partition to a selected one of a plurality of</u> mapping <u>functions</u> ~~the second data set~~ to <u>form</u> a second intermediate data set having a second set of resulting key-value pairs differing from the first set of resulting key-value pairs, wherein the first schema differs from the second schema, wherein the first and second schema and the first and second set of resulting key-value pairs have a key in common; and

reducing the first and the second intermediate data set together so as to form an output data set, wherein the reducing is accomplished by iterating on at least one key from the first and second intermediate data set, and the output data set has a different schema than the first and second schema,

wherein the mapping and reducing operations are performed by a distributed system.

48. (Previously presented) The map-reduce method of claim 47, wherein the reducing is accomplished by iterating on at least one key from each of the first and second intermediate data set so that the output data set is a merging of a portion of the first and second intermediate data set.

49. (Previously presented) The map-reduce method of claim 47, wherein the reducing is accomplished by a plurality of reducers, the method further comprises:

partitioning the first or second intermediate data set into a plurality of partitions, at least some of the key-value pairs of the first or second intermediate data being provided to more than one of the partitions; and

11/539,090     10

>> providing the partitioned intermediate data set of each partition to a separate one of the reducers.

50.  (Previously presented)  The map-reduce method of claim 49, wherein all of the key-value pairs of the first and second intermediate data set are provided to all of the reducers.

51.  (Previously presented)  The map-reduce method of claim 49, wherein at least some of the reducers include a sort, group-by-key and combine task, the method further comprises

>> generating and providing metadata for at least some of the mapping, partitioning, combining, grouping and sorting.

52.  (Previously presented)  The map-reduce method of claim 51, wherein the reducing includes processing the metadata.

53.  (Previously presented)  The map-reduce method of claim 52, wherein iterating includes providing the associated metadata to the processing of the reducing step.

54.  (CURRENTLY AMENDED)  A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:

>> for a first data set having a plurality of first key-value pairs, wherein such first data set belongs to a first data group and the first key-value pairs have a first schema, <u>partitioning the first data set into a plurality of data partitions and providing each data partition to a selected one of a plurality of</u> mapping <u>functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition</u> ~~the first data set~~ to <u>form</u> a first intermediate data set having a first set of resulting key-value pairs;

11/539,090                                    11

for a second data set having a plurality of second key-value pairs, wherein such second data set belongs to a second data group and the second key-value pairs have a second schema, <u>partitioning the first data set into a plurality of data partitions and providing each data partition to a selected one of a plurality of</u> mapping <u>functions</u> ~~the second data set~~ to <u>form</u> a second intermediate data set having a second set of resulting key-value pairs differing from the first set of resulting key-value pairs, wherein the first schema differs from the second schema; and

reducing the first and the second intermediate data set together so as to form an output data set, wherein the reducing is accomplished by iterating on at least one key from the first and second intermediate data set, and the output data set has a different schema than the first and second schema,

wherein the first and second schema and the first and second set of resulting key-value pairs have a key in common.

55. (Previously presented) The computer system of claim 54, wherein the reducing is accomplished by iterating on at least one key from each of the first and second intermediate data set so that the output data set is a merging of a portion of the first and second intermediate data set.

56. (Previously Presented) The computer system of claim 54, wherein the reducing is accomplished by a plurality of reducers, the d the at least one processor and memory further operable for:

partitioning the first or second intermediate data set into a plurality of partitions, at least some of the key-value pairs of the first or second intermediate data being provided to more than one of the partitions; and

providing the partitioned intermediate data set of each partition to a separate one of the reducers.

57. (Previously presented) The computer system of claim 56, wherein all of the key-value pairs of the first and second intermediate data set are provided to all of the reducers.

11/539,090 12

58. (Previously Presented) The computer system of claim 56, wherein at least some of the reducers include a sort, group-by-key and combine task, the d the at least one processor and memory are further operable for:

> generating and providing metadata for at least some of the mapping, partitioning, combining, grouping and sorting.

59. (Previously presented) The computer system of claim 58, wherein the reducing includes processing the metadata.

60. (Previously presented) The computer system of claim 59, wherein iterating includes providing the associated metadata to the processing of the reducing step.

## REMARKS

Claims 1, 24, 47, and 54 have been amended. No new matter is introduced by the amendments of these claims. Claims 1-16, 24-39 and 47-60 remain pending.

The amendments are presented herein so as to expedite prosecution, and the original or any other claim scope is not conceded. Applicant reserves the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter supported by the present disclosure, including subject matter found to be specifically disclaimed herein or by any prior prosecution.

The Examiner rejected claim 1-16, 24-39 and 47-60 under 35 U.S.C. §102(e) as being anticipated by Cruanes et al. (U.S. Publication No. 2006/0117036 A1). The Examiner's rejections are respectfully traversed as follows.

Claim 1 is directed towards a "method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups." Claim 1 recites "partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group" and "the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data." Claim 1 further recites that "the different schema and corresponding different intermediate data have a key in common" and "reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common." Claim 24 is directed towards an apparatus for performing similar operations.

Claim 47 is directed towards a "map-reduce method of processing data from a plurality of groups having different schema over a computer system." Claim 47 also recites "for a first data set having a plurality of first key-value pairs, wherein such first data set belongs to a first data group and the first key-value pairs have a first schema, partitioning the first data set into a plurality of data partitions and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of

keys found in such map function's corresponding data partition to form a first intermediate data set having a first set of resulting key-value pairs" and "for a second data set having a plurality of second key-value pairs, wherein such second data set belongs to a second data group and the second key-value pairs have a second schema, partitioning the first data set into a plurality of data partitions and providing each data partition to a selected one of a plurality of mapping functions to form a second intermediate data set having a second set of resulting key-value pairs differing from the first set of resulting key-value pairs, wherein the first schema differs from the second schema." Claim 47 also recites that "the first and second schema and the first and second set of resulting key-value pairs have a key in common" and "reducing the first and the second intermediate data set together so as to form an output data set, wherein the reducing is accomplished by iterating on at least one key from the first and second intermediate data set, and the output data set has a different schema than the first and second schema." Claim 54 is directed towards an apparatus for performing similar operations.

Embodiments of the present invention allow map and reduce processing to be carried out independently on two or more related, but different, datasets (e.g., related by each being characterized by a schema with a key in common). One example of a distributed map-and-reduce processing for different schema groups is illustrated below in Fig. 5:



As shown, a first group "Emp" is partitioned and provided to a plurality of map functions (504) that each independently output lists (506) of "employee" values for a set of "Department identifier" keys that are found in the corresponding input data partition. For example, a map function outputs a list (506) of employees "Smith" and Robinson" for Department ID key "34", as well as providing lists (506) of even and odd keys. Likewise, a second group "Dept" is partitioned and provided to map tasks (504) that each output lists (506) of "department name" for each "department identifier" key that is found in the corresponding input data partition. This intermediate data (506) for the different data groups have different lists of key-value pairs, but also have a key in common. The intermediate data (506) is then reduced or merged by one or more reduce functions (510).

    Although the cited reference Cruanes appears to describe techniques for combining information from two sources, such as Employee and Department tables (See Abstract and Fig. 4), Crunes does not appear to describe techniques or apparatus for providing partitioned data from different schema data groups to different mapping tasks that independently output a plurality of

11/539,090    16

different lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding different intermediate data for the different schema data group, in the manner claimed. Although Cruanes does describe partitioning the initial employee and department tables and sending partitions to different nodes, such nodes merely provide a joining function and do not provide a plurality of mapping functions that output lists for keys found in the data partition, in the manner claimed. Specifically, node 1 and 2 each performs a build phase to indicate hash buckets for a first table (dept). See Paragraph [0056]. A probe phase then operates to scan rows of partitions from a different table (emp) via the same nodes 1 and 2 using bitmap filtering and hash joining. See Paragraph [0057]. Cruanes describes bitmap filtering as using a bitmap filter to indicate whether buckets in the hash table have any entries for a hash join operation. See Paragraphs [0006]-[0010]. However, Cruanes fails to disclose mechanisms for "partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group" using different schemas, in the manner claimed.

In light of the forgoing, it is submitted that claims 1, 24, 47, and 54 are patentable over the cited art. The Examiner's rejections of the dependent claims are also respectfully traversed. However, to expedite prosecution, all of these claims will not be argued separately. Claims 2-16, 25-39, and 48-60 each depend directly or indirectly from independent claims 1, 24, 47, or 54 and, therefore, are respectfully submitted to be patentable over cited art for at least the reasons set forth above with respect to claims 1, 24, 47, or 54. Further, the dependent claims require additional elements that when considered in context of the claimed inventions further patentably distinguish the invention from the cited art.

Applicant believes that all pending claims are allowable and respectfully requests a Notice of Allowance for this application from the Examiner. If the Examiner believes that a telephone conference would expedite the prosecution of this application, the undersigned can be reached at the telephone number listed at the bottom of this page.

Applicants hereby petition for any extension of time that may be required to maintain the pendency of this case, and any required fee for such extension or any further fee required in connection with the filing of this amendment is to be charged to Deposit Account No. 504480 (Order No. YAH1P034).

11/539,090                                             17

        Respectfully submitted,
Weaver Austin Villeneuve & Sampson LLP

/Mary R. Olynick/

Mary R. Olynick
Reg. 42,963

P.O. Box 70250
Oakland, CA 94612-0250
(510) 663-1100

11/539,090      18