# EXHIBIT 7

# Microsoft Computer Dictionary
## Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
   p. ; cm.
 ISBN 0-7356-1495-4
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

AQ76.5. M52267   2002
004'.03--dc21                                                200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

(OCR) software or graphics software. Scanners come in a number of types, including flatbed (scan head passes over a stationary subject), feed (subject is pulled across a stationary scan head), drum (subject is rotated around a stationary scan head), and handheld (user passes device over a stationary subject).

**scan rate** *n.* See refresh rate.

**scatter diagram** *n.* A graph consisting of points whose coordinates represent values of data, often used to illustrate a correlation between one or more variables and a test group. See the illustration. *Also called:* point chart, point diagram.



Scatter diagram.

**schedule** *vb.* To program a computer to perform a specified action at a specified time and date.

**scheduler** *n.* An operating-system process that starts and ends tasks (programs), manages concurrently running processes, and allocates system resources. *Also called:* dispatcher.

**scheduling algorithm** *n.* An algorithm that governs the proper timing of a sequence of events in an operating system or application. For example, an effective motion graphics scheduling algorithm would be able to retrieve the graphic objects, process them, and display them without causing stutter or disruptions. *See also* algorithm.

**schema** *n.* A description of a database to a database management system (DBMS) in the language provided by the DBMS. A schema defines aspects of the database, such as attributes (fields) and domains and parameters of the attributes.

**schematic** *n.* A diagram that shows a circuit's components and the connections between them using lines and a set of standard symbols to represent various electronic components. See the illustration.



Schematic.

**Schottky diode** *n.* A type of diode (device that passes current in one direction) in which a semiconductor layer and a metal layer are brought into contact. It is characterized by very fast switching speeds. *Also called:* hot carrier diode, Schottky barrier diode.

**scientific notation** *n.* A floating-point method of representing a number, especially a very large or very small one, in which numbers are expressed as products consisting of a number between 1 and 10 multiplied by a power of 10. Scientific notation commonly uses the letter E in place of "times 10," as in 5.0E3, meaning 5.0 times 10 to the third power, or $10^3$. *See also* floating-point notation.

**sci. newsgroups** *n.* Usenet newsgroups that are part of the sci. hierarchy and begin with "sci." These newsgroups are devoted to discussions of scientific research and applications, except for computer science, which is discussed in the comp. newsgroups. *See also* newsgroup, traditional newsgroup hierarchy, Usenet. *Compare* comp. newsgroups, misc. newsgroups, news. newsgroups, rec. newsgroups, soc. newsgroups, talk. newsgroups.

**scissoring** *n.* See clip.

**scope** *n.* **1.** In programming, the extent to which an identifier, such as a constant, data type, variable, or routine, can be referenced within a program. Scope can be global

465