IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>Plaintiff,<br><br>v.<br><br>Databricks, Inc.,<br><br>Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>Jury Trial Demanded |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

Pursuant to P.R. 4-5(d) and the Court's Scheduling Order, Plaintiff and Defendant (collectively, the "Parties") jointly file the Claim Construction Chart attached hereto as Exhibit A addressing terms for construction in this case. The Parties will continue to meet and confer in advance of the claim construction hearing and will provide the Court with an updated list to the extent agreements are reached.

Dated: November 22, 2024

Respectfully submitted,

*/s/ Edward R. Nelson III*
Edward R. Nelson III
State Bar No. 00797142
ed@nelbum.com
Brent N. Bumgardner
State Bar No. 00795272
brent@nelbum.com
Christopher G. Granaghan
State Bar No. 24078585
chris@nelbum.com
Carder W. Brooks
State Bar No. 24110604
carder@nelbum.com

**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300

/s/ *Vigen Salmastlian*
Michael J. Sacksteder (Admitted E.D. Texas)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: msacksteder@fenwick.com

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
FENWICK & WEST LLP
801 California Street,
Mountain View, CA 94041
Telephone:    650.988.8500

Fort Worth, Texas 76107
817.377.9111

**COUNSEL FOR
PLAINTIFF R2 SOLUTIONS LLC**

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Facsimile: 650.938.5200

Jessica M. Kaempf (Admitted E.D. Texas)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: jkaempf@fenwick.com

**ATTORNEYS FOR DEFENDANT
DATABRICKS INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Edward R. Nelson III*