# EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

## I. U.S. Pat. No. 8,190,610

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | **Term for Construction:** "processor and memory that are operable to perform the following operations:<br><br>partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and<br><br>reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data | Plain and ordinary meaning. Not subject to 35 U.S.C. § 112, ¶ 6 and not indefinite. See also the proposed constructions for "data group" and "a plurality of mapping functions that are each user-configurable." | Governed by pre-AIA 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** "partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently | |

1

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common." (Claim 17)<br><br>**Complete Claim Language:**<br><br>**17[pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one **processor and memory that are operable to perform the following operations**:<br><br>**partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the** | | than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and<br><br>reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common"<br><br>**Structure:** Indefinite. | |

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and<br><br>reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. |  |  |  |
| 2 | **Term for Construction:** "mapping" / "map" / "mapped" (Claims 1, 17)<br><br>**Example Claim Language:**<br><br>[. . .]<br><br>**1[a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of | Plain and ordinary meaning. | "[processing] / [process] / [processed] key/value pairs to generate intermediate key/value pairs" |  |

**EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | keys found in such **map** function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,<br><br>**1[b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is **mapped** differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and<br><br>[. . .]<br><br>**1[d]** wherein the **mapping** and reducing operations are performed by a distributed system |  |  |  |
| 3 | **Term for Construction:** "reducing" / "reduce" (Claims 1, 17)<br><br>**Example Claim Language:**<br><br>[. . .] | Plain and ordinary meaning. | "[merging] / [merge][1] all intermediate data values sharing the same key into a single key-value pair or a list of values associated with the key" |  |

---

[1] In response to R2's Opening Brief, Databricks amended its proposed construction by replacing "combining/combine" with "merging/merge."  (Dkt. 62 at 21-22.)

4

# EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **1[c] reducing** the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common<br><br>[. . .]<br><br>**1[d]** wherein the mapping and **reducing** operations are performed by a distributed system<br><br>[. . .]<br><br>**17[c] reduce** the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | | | |
| 4 | **Term for Construction:** "providing each data partition to a selected one of a plurality of mapping functions" (Claims 1, 17)<br><br>**Example Claim Language:** | Plain and ordinary meaning. | "providing each data partition to one of a plurality of different mapping functions where | |

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | [. . .]<br><br>**1[a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and **providing each data partition to a selected one of a plurality of mapping functions** that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,<br><br>[. . .] |  | each[2] mapping function is selected for a partition based on the data group the partition originated from" |  |
| 5 | **Term for Construction:** "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to that data group" (Claims 1, 5, 17, 21)<br><br>**Example Claim Language:**<br><br>[. . .]<br><br>**1[c]** reducing the intermediate data for the data groups to at least one output data group, | Plain and ordinary meaning. | "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to the data group from which the intermediate data originated" |  |

---

[2] In response to R2's Opening Brief, Databricks amended its proposed construction by replacing "the" with "each." (Dkt. 62 at 22-26.)

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | including **processing the intermediate data for each data group in a manner that is defined to correspond to that data group**, so as to result in a merging of the corresponding different intermediate data based on the key in common<br><br>[. . .]<br><br>**17[c]** reduce the intermediate data for the data groups to at least one output data group, including **processing the intermediate data for each data group in a manner that is defined to correspond to that data group** so as to result in a merging of the corresponding different intermediate data based on the key in common<br><br>[. . .]<br><br>**21** the at least one processor and memory being configured to **process the intermediate data for each data group in a manner that is defined to correspond to that data group** includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group. | | | |

**EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 6 | **Term for Construction:** "schema" (Claims 1, 17)<br><br>**Example Claim Language:**<br><br>[. . .]<br><br>**1[b]** wherein the data of a first data group has a different **schema** than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different **schema** and corresponding different intermediate data have a key in common; and<br><br>[. . .] | Plain and ordinary meaning. | "a set of attributes (such as DeptID, LastName, DeptName) and their properties (such as their data types: integer DeptID, string LastName, string DeptName)" | |
| 7 | **Term for Construction:** "the different schema and corresponding different intermediate data have a key in common" (Claims 1, 17)<br><br>**Example Claim Language:**<br><br>[. . .]<br><br>**1[b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is | [AGREED] | [AGREED] | "the different data group schemas have a key in common with the corresponding different intermediate data" |

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein **the different schema and corresponding different intermediate data have a key in common**;<br><br>[. . .] |  |  |  |
| 8 | **Term for Construction:** "A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:" (Claim 1)<br><br>**Example Claim Language:**<br><br>**1[pre] A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:**<br><br>[. . .] | [AGREED] | [AGREED] | Limiting preamble in Claim 1. |
| 9 | **Term for Construction:** "A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory | [AGREED] | [AGREED] | Limiting preamble in Claim 17. |

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | that are operable to perform the following operations:" (Claim 1)<br><br>**Example Claim Language:**<br><br>**17[pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:<br><br>[. . .] | | | |
| 10 | **Term for Construction:** "data group" (Claims 1-5, 17-21)<br><br>**Example Claim Language:**<br><br>**1[pre]** A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of **data groups**, the method comprising:<br><br>[. . .]<br><br>**1[a]** partitioning the data of each one of the **data groups** into a plurality of data partitions | [AGREED] | [AGREED] | "a group of data and a mechanism for identifying data from that group" |

EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that **data group** and identifiable to that **data group**,<br><br>[. . .] | | | |
| 11 | **Term for Construction:** "plurality of mapping functions that are each user-configurable" (Claims 1, 17)<br><br>**Example Claim Language:**<br><br>[. . .]<br><br>**1[a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a **plurality of mapping functions that are each user-configurable** to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data | [AGREED] | [AGREED] | "two or more mapping functions that are each configurable by a user" |

**EXHIBIT A - P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| # | Claim Term, Phrase, or Clause | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | group and identifiable to that data group, [. . .] |  |  |  |

12