AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:23-CV-01147-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Paul Reidy on *(date)* Jan 22, 2025, 12:30 pm.

[X] I served the subpoena by delivering a copy to the named individual as follows: personally accepted by Paul Reidy at 701 Josephine St., Austin, TX 78704 on *(date)* Thu, Jan 23 2025 at 4:08pm

[ ] I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $0

My fees are $0 for travel and $    for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: January 24, 2025

*Server's signature*

Kelly Murski    PSC5912

*Printed name and title*

PO Box 495842, Garland, TX 75049

*Server's address*