# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>DATABRICKS, INC.,<br><br>        Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JESSICA M. KAEMPF
## IN SUPPORT OF DATABRICKS, INC.'S MOTION TO COMPEL PLAINTIFF
## R2 SOLUTIONS, LLC TO PRODUCE FINANCIAL DOCUMENTS

I, Jessica M. Kaempf, declare as follows:

1. I am an attorney admitted to this Court, and I am a partner of the law firm of Fenwick and West LLP, counsel of record for Defendant Databricks, Inc. ("Databricks") in this action. I make this declaration in support of Databricks's Motion to Compel Plaintiff R2 Solutions, LLC to produce financial documents.

2. Attached hereto as **Exhibit A** is an excerpt of a true and correct copy of Plaintiff's Second Supplemental Infringement Contentions served by R2 Solutions LLC on January 9, 2025.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my belief, the foregoing is true and correct, and that this Declaration was executed on February 10, 2025.

                                                                                        */s/ Jessica M. Kaempf*
                                                                                        Jessica M. Kaempf

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are demed to have consented to electronic service via the Court's CM/ECF system.

Dated:  February 10, 2025                      */s/ Jessica M. Kaempf*
                                                                   Jessica M. Kaempf