IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Databricks, Inc.,<br><br>  Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>Jury Trial Demanded |

**DECLARATION OF CHRISTOPHER G. GRANAGHAN IN SUPPORT OF
R2 SOLUTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Christopher G. Granaghan, declare as follows:

1. My name is Christopher G. Granaghan. I am an attorney with the law firm of Nelson Bumgardner Conroy P.C., counsel of record for Plaintiff R2 Solutions LLC ("R2") in connection with the above-captioned matter.

2. I submit this declaration in support of R2's Motion for Partial Summary Judgment on Databricks' License Defense Based on Apache Contributions. I have personal knowledge of the facts and statements herein. I am competent to testify to the matters stated in this declaration, and each of the facts and statements set forth below are true and correct.

3. Pursuant to L.R. 7(b), attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,190,610 produced by R2 in this matter with Bates numbers R2_DB_000001 – R2_DB_000013. The cited portions of this exhibit have been highlighted.

4. Exhibit 2 is a true and correct copy of excerpts from the Expert Report of William Davis Concerning Infringement of U.S. Patent No. 8,190,610 and is attached to the Declaration of

William Davis in Support of R2 Solutions LLC's Motion for Partial Summary Judgment submitted concurrently with this declaration. The cited portions of this exhibit have been highlighted.

5. Pursuant to L.R. 7(b), attached as Exhibit 3 is a true and correct copy of an assignment record for U.S. Patent No. 8,190,610 filed with the United States Patent and Trademark Office and produced by R2 in this matter with Bates numbers R2_DB_000471 – R2_DB_000733. The cited portions of this exhibit have been highlighted.

6. Exhibit 4 is a true and correct copy of excerpts from the Expert Report of Jim Bergman and is attached to the Declaration of Jim W. Bergman in Support of R2 Solutions LLC's Motion for Partial Summary Judgment submitted concurrently with this declaration. The cited portions of this exhibit have been highlighted.

7. Pursuant to L.R. 7(b), attached as Exhibit 5 is a true and correct copy of a webpage from The Apache Software Foundation website with URL https://www.apache.org/foundation, produced by R2 in this case with Bates numbers R2_DB_126617 – R2_DB_126620. The cited portions of this exhibit have been highlighted.

8. Pursuant to L.R. 7(b), attached as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Thomas Graves. The cited portions of this exhibit have been highlighted.

9. Pursuant to L.R. 7(b), attached as Exhibit 7 is a true and correct copy of a webpage from The Apache Software Foundation website with URL https://www.apache.org/foundation/license-faq.html#PatentScope, produced by R2 in this case with Bates numbers R2_DB_126730 – R2_DB_126740. The cited portions of this exhibit have been highlighted.

10. Pursuant to L.R. 7(b), attached as Exhibit 8 is a true and correct copy of a webpage from The Apache Software Foundation website with URL https://www.apache.org/licenses/, produced by R2 in this case with Bates numbers R2_DB_127078 – R2_DB_127081. The cited portions of this exhibit have been highlighted.

11. Pursuant to L.R. 7(b), attached as Exhibit 9 is a true and correct copy of a webpage from The Apache Software Foundation website with URL https://projects.apache.org/project.html?spark, produced by R2 in this case with Bates number R2_DB_126741. The cited portions of this exhibit have been highlighted.

12. Pursuant to L.R. 7(b), attached as Exhibit 10 is a true and correct copy of a document entitled "Apache License Version 2.0, January 2004," produced by Databricks in this case with Bates numbers Databricks_R2_00090071 – Databricks_R2_00090075. The cited portions of this exhibit have been highlighted.

13. Pursuant to L.R. 7(b), attached as Exhibit 11 is a true and correct copy of a document entitled [REDACTED], produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0000014 – ASF_R2-DB0000016. The cited portions of this exhibit have been highlighted.

14. Pursuant to L.R. 7(b), attached as Exhibit 12 is a true and correct copy of excerpts from the Opening Expert Report of Dr. Jon Weissman. While certain cited portions of this exhibit have been highlighted, R2 has not highlighted all cited portions in light of the number of paragraphs cited.

15. Pursuant to L.R. 7(b), attached as Exhibit 13 is a true and correct copy of a document entitled [REDACTED]

██████████████████████████, produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0000008 – ASF_R2-DB0000010.

    16.    Pursuant to L.R. 7(b), attached as Exhibit 14 is a true and correct copy of a document entitled ██████████████████████████████████████████████ ██████████████████████████, produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0000003 – ASF_R2-DB0000005.

    17.    Pursuant to L.R. 7(b), attached as Exhibit 15 is a true and correct copy of a document entitled ██████████████████████████████████████████████ ██████████████████████ produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0000020 – ASF_R2-DB0000021.

    18.    Pursuant to L.R. 7(b), attached as Exhibit 16 is a true and correct copy of a document entitled ██████████████████████████████████████████████ ██████████████████████, produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0026655.

    19.    Pursuant to L.R. 7(b), attached as Exhibit 17 is a true and correct copy of a document entitled ██████████████████████████████████████████████ ████████████████████████████████, produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0000006 – ASF_R2-DB0000007.

    20.    Pursuant to L.R. 7(b), attached as Exhibit 17 is a true and correct copy of a document entitled ██████████████████████████████████████████████ ██████████████████████████████████████████████████████, produced by The Apache Software Foundation in this case with Bates numbers ASF_R2-DB_0000017 – ASF_R2-DB0000019.

4

21. Pursuant to L.R. 7(b), attached as Exhibit 19 is a true and correct copy of excerpts from the deposition transcript of Douglass Cutting. The cited portions of this exhibit have been highlighted.

22. Pursuant to L.R. 7(b), attached as Exhibit 20 is a true and correct copy of excerpts from the deposition transcript of Paul Reidy. The cited portions of this exhibit have been highlighted.

23. Pursuant to L.R. 7(b), attached as Exhibit 21 is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Jon Weissman. While certain cited portions of this exhibit have been highlighted, R2 has not highlighted all cited portions in light of the number of paragraphs cited.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2025                                   */s/ Christopher G. Granaghan*
                                                        Christopher G. Granaghan