# Exhibit 10

```
                             Apache License
                       Version 2.0, January 2004
                    http://www.apache.org/licenses/
```

TERMS AND CONDITIONS FOR USE, REPRODUCTION, AND DISTRIBUTION

1. Definitions.

   "License" shall mean the terms and conditions for use, reproduction,
   and distribution as defined by Sections 1 through 9 of this document.

   "Licensor" shall mean the copyright owner or entity authorized by
   the copyright owner that is granting the License.

   "Legal Entity" shall mean the union of the acting entity and all
   other entities that control, are controlled by, or are under common
   control with that entity. For the purposes of this definition,
   "control" means (i) the power, direct or indirect, to cause the
   direction or management of such entity, whether by contract or
   otherwise, or (ii) ownership of fifty percent (50%) or more of the
   outstanding shares, or (iii) beneficial ownership of such entity.

   "You" (or "Your") shall mean an individual or Legal Entity
   exercising permissions granted by this License.

   "Source" form shall mean the preferred form for making modifications,
   including but not limited to software source code, documentation
   source, and configuration files.

   "Object" form shall mean any form resulting from mechanical
   transformation or translation of a Source form, including but
   not limited to compiled object code, generated documentation,
   and conversions to other media types.

   "Work" shall mean the work of authorship, whether in Source or
   Object form, made available under the License, as indicated by a
   copyright notice that is included in or attached to the work
   (an example is provided in the Appendix below).

   "Derivative Works" shall mean any work, whether in Source or Object
   form, that is based on (or derived from) the Work and for which the
   editorial revisions, annotations, elaborations, or other modifications
   represent, as a whole, an original work of authorship. For the purposes
   of this License, Derivative Works shall not include works that remain
   separable from, or merely link (or bind by name) to the interfaces of,
   the Work and Derivative Works thereof.

   "Contribution" shall mean any work of authorship, including
   the original version of the Work and any modifications or additions
   to that Work or Derivative Works thereof, that is intentionally
   submitted to Licensor for inclusion in the Work by the copyright owner
   or by an individual or Legal Entity authorized to submit on behalf of
   the copyright owner. For the purposes of this definition, "submitted"
   means any form of electronic, verbal, or written communication sent
   to the Licensor or its representatives, including but not limited to
   communication on electronic mailing lists, source code control systems,
   and issue tracking systems that are managed by, or on behalf of, the
   Licensor for the purpose of discussing and improving the Work, but
   excluding communication that is conspicuously marked or otherwise
   designated in writing by the copyright owner as "Not a Contribution."

"Contributor" shall mean Licensor and any individual or Legal Entity on behalf of whom a Contribution has been received by Licensor and subsequently incorporated within the Work.

2. Grant of Copyright License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare Derivative Works of, publicly display, publicly perform, sublicense, and distribute the Work and such Derivative Works in Source or Object form.

3. Grant of Patent License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by such Contributor that are necessarily infringed by their Contribution(s) alone or by combination of their Contribution(s) with the Work to which such Contribution(s) was submitted. If You institute patent litigation against any entity (including a cross-claim or counterclaim in a lawsuit) alleging that the Work or a Contribution incorporated within the Work constitutes direct or contributory patent infringement, then any patent licenses granted to You under this License for that Work shall terminate as of the date such litigation is filed.

4. Redistribution. You may reproduce and distribute copies of the Work or Derivative Works thereof in any medium, with or without modifications, and in Source or Object form, provided that You meet the following conditions:

    (a) You must give any other recipients of the Work or Derivative Works a copy of this License; and

    (b) You must cause any modified files to carry prominent notices stating that You changed the files; and

    (c) You must retain, in the Source form of any Derivative Works that You distribute, all copyright, patent, trademark, and attribution notices from the Source form of the Work, excluding those notices that do not pertain to any part of the Derivative Works; and

    (d) If the Work includes a "NOTICE" text file as part of its distribution, then any Derivative Works that You distribute must include a readable copy of the attribution notices contained within such NOTICE file, excluding those notices that do not pertain to any part of the Derivative Works, in at least one of the following places: within a NOTICE text file distributed as part of the Derivative Works; within the Source form or documentation, if provided along with the Derivative Works; or, within a display generated by the Derivative Works, if and wherever such third-party notices normally appear. The contents of the NOTICE file are for informational purposes only and do not modify the License. You may add Your own attribution notices within Derivative Works that You distribute, alongside or as an addendum to the NOTICE text from the Work, provided that such additional attribution notices cannot be construed

```
      as modifying the License.

      You may add Your own copyright statement to Your modifications and
      may provide additional or different license terms and conditions
      for use, reproduction, or distribution of Your modifications, or
      for any such Derivative Works as a whole, provided Your use,
      reproduction, and distribution of the Work otherwise complies with
      the conditions stated in this License.

   5. Submission of Contributions. Unless You explicitly state otherwise,
      any Contribution intentionally submitted for inclusion in the Work
      by You to the Licensor shall be under the terms and conditions of
      this License, without any additional terms or conditions.
      Notwithstanding the above, nothing herein shall supersede or modify
      the terms of any separate license agreement you may have executed
      with Licensor regarding such Contributions.

   6. Trademarks. This License does not grant permission to use the trade
      names, trademarks, service marks, or product names of the Licensor,
      except as required for reasonable and customary use in describing the
      origin of the Work and reproducing the content of the NOTICE file.

   7. Disclaimer of Warranty. Unless required by applicable law or
      agreed to in writing, Licensor provides the Work (and each
      Contributor provides its Contributions) on an "AS IS" BASIS,
      WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or
      implied, including, without limitation, any warranties or conditions
      of TITLE, NON-INFRINGEMENT, MERCHANTABILITY, or FITNESS FOR A
      PARTICULAR PURPOSE. You are solely responsible for determining the
      appropriateness of using or redistributing the Work and assume any
      risks associated with Your exercise of permissions under this License.

   8. Limitation of Liability. In no event and under no legal theory,
      whether in tort (including negligence), contract, or otherwise,
      unless required by applicable law (such as deliberate and grossly
      negligent acts) or agreed to in writing, shall any Contributor be
      liable to You for damages, including any direct, indirect, special,
      incidental, or consequential damages of any character arising as a
      result of this License or out of the use or inability to use the
      Work (including but not limited to damages for loss of goodwill,
      work stoppage, computer failure or malfunction, or any and all
      other commercial damages or losses), even if such Contributor
      has been advised of the possibility of such damages.

   9. Accepting Warranty or Additional Liability. While redistributing
      the Work or Derivative Works thereof, You may choose to offer,
      and charge a fee for, acceptance of support, warranty, indemnity,
      or other liability obligations and/or rights consistent with this
      License. However, in accepting such obligations, You may act only
      on Your own behalf and on Your sole responsibility, not on behalf
      of any other Contributor, and only if You agree to indemnify,
      defend, and hold each Contributor harmless for any liability
      incurred by, or claims asserted against, such Contributor by reason
      of your accepting any such warranty or additional liability.

   END OF TERMS AND CONDITIONS

   APPENDIX: How to apply the Apache License to your work.

      To apply the Apache License to your work, attach the following
```

```
      boilerplate notice, with the fields enclosed by brackets "[]"
      replaced with your own identifying information. (Don't include
      the brackets!)  The text should be enclosed in the appropriate
      comment syntax for the file format. We also recommend that a
      file or class name and description of purpose be included on the
      same "printed page" as the copyright notice for easier
      identification within third-party archives.

   Copyright [yyyy] [name of copyright owner]

   Licensed under the Apache License, Version 2.0 (the "License");
   you may not use this file except in compliance with the License.
   You may obtain a copy of the License at

       http://www.apache.org/licenses/LICENSE-2.0

   Unless required by applicable law or agreed to in writing, software
   distributed under the License is distributed on an "AS IS" BASIS,
   WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
   See the License for the specific language governing permissions and
   limitations under the License.


--------------------------------------------------------------------------------
This product bundles various third-party components under other open source licenses.
This section summarizes those components and their licenses. See licenses/
for text of these licenses.


Apache Software Foundation License 2.0
--------------------------------------

common/network-
common/src/main/java/org/apache/spark/network/util/LimitedInputStream.java
core/src/main/java/org/apache/spark/util/collection/TimSort.java
core/src/main/resources/org/apache/spark/ui/static/bootstrap*
core/src/main/resources/org/apache/spark/ui/static/vis*
docs/js/vendor/bootstrap.js
connector/spark-ganglia-
lgpl/src/main/java/com/codahale/metrics/ganglia/GangliaReporter.java
core/src/main/resources/org/apache/spark/ui/static/d3-flamegraph.min.js
core/src/main/resources/org/apache/spark/ui/static/d3-flamegraph.css

Python Software Foundation License
----------------------------------

python/pyspark/loose_version.py

BSD 3-Clause
------------

python/lib/py4j-*-src.zip
python/pyspark/cloudpickle/*.py
python/pyspark/join.py

The CSS style for the navigation sidebar of the documentation was originally
submitted by Óscar Nájera for the scikit-learn project. The scikit-learn project
is distributed under the 3-Clause BSD license.
```

```
MIT License
-----------

core/src/main/resources/org/apache/spark/ui/static/dagre-d3.min.js
core/src/main/resources/org/apache/spark/ui/static/*dataTables*
core/src/main/resources/org/apache/spark/ui/static/graphlib-dot.min.js
core/src/main/resources/org/apache/spark/ui/static/jquery*
core/src/main/resources/org/apache/spark/ui/static/sorttable.js
docs/js/vendor/anchor.min.js
docs/js/vendor/jquery*
docs/js/vendor/modernizer*

ISC License
-----------

core/src/main/resources/org/apache/spark/ui/static/d3.min.js


Creative Commons CC0 1.0 Universal Public Domain Dedication
-----------------------------------------------------------
(see LICENSE-CC0.txt)

data/mllib/images/kittens/29.5.a_b_EGDP022204.jpg
data/mllib/images/kittens/54893.jpg
data/mllib/images/kittens/DP153539.jpg
data/mllib/images/kittens/DP802813.jpg
data/mllib/images/multi-channel/chr30.4.184.jpg
```