# ECF 114

## FILED UNDER SEAL