# ECF 120

[Filed Under Seal In its Entirety]