# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

R2 SOLUTIONS LLC,

        Plaintiff,

  v.

DATABRICKS, INC.,

        Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

## DECLARATION OF JESSICA M. KAEMPF IN SUPPORT OF DEFENDANT DATABRICKS, INC.'S MOTION FOR SUMMARY JUDGMENT OF LICENSING DEFENSE BASED ON THE ███████████ LICENSES

I, Jessica M. Kaempf, declare as follows:

1.      I am an attorney admitted to this Court, and counsel of record for Defendant Databricks, Inc. ("Databricks") in this action.  I make this declaration in support of Databricks' Motion for Summary Judgment of Licensing Defense Based on the Amazon and Google Licenses.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of annotated excerpts of the Expert Report of Jim W. Bergman Concerning Damages.

3.      Attached hereto as **Exhibit 2** is true and correct copy of annotated excerpts from the Deposition Transcript of William Davis taken on March 27, 2025.

4.      Attached hereto as **Exhibit 3** is true and correct copy of annotated excerpts from the Deposition Transcript of William Davis taken on March 25, 2025.

5.      Attached hereto as **Exhibit 4** is a true and correct annotated copy of the ███████ ████████████████████████████████████████████████ (R2_DB_001881-R2_DB_002054) ("PSA").

6.      Attached hereto as **Exhibit 5** is a true and correct annotated copy of the ███████ ████████████████████████████████████████████ (R2_DB_063128-R2_DB_063238) (███ Agreement").

7.      Attached hereto as **Exhibit 6** is a true and annotated correct copy of the ███████ █████████████████████████████████████████ (R2_DB_106107-R2_DB_106221) ███ Agreement").

8.      Attached hereto as **Exhibit 7** is a true and correct copy of annotated excerpts of the Expert Report of Jon Weissman Concerning Invalidity of U.S. Patent No. 8,190,610 ("Weissman Rep.").

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Databricks' AWS Partner Webpage ((Databricks_R2_00118167-Databricks_R2_00118171).

1

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the AWS Blog Post Titled "Databricks Increases AWS Partner-Led Channel by 300% Year Over Year" (JWeissman_00000499-JWeissman_00000502).

11.     Attached hereto as **Exhibit 10** is a true and correct copy of Databricks' Blog Post Titled "Databricks Wins Four 2024 AWS Partner of the Year Awards" (JWeissman_000003183-JWeissman_000003184) ("AWS Awards").

12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of AWS Partner Network (APN) Blog Posts: Search Results with Tag "Databricks" (JWeissman_000003185-JWeissman_000003189).

13.     Attached hereto as **Exhibit 12** is a true and correct annotated copy of excerpts of the Rebuttal Report of William Davis Concerning the Validity of U.S. Patent No. 8,190,610 ("Davis Reb.")

14.     Attached hereto as **Exhibit 13** is a true and correct annotated copy of the Databricks Webpage for Databricks on Google Cloud (Databricks_R2_00102812-Databricks_R2_00102817) ("Databricks on GCP Overview")

15.     Attached hereto as **Exhibit 14** is a true and correct annotated copy of Google Cloud Marketplace Page for Databricks on GCP (Databricks_R2_00095738- Databricks_R2_00095741) ("Google Cloud Marketplace – Databricks").

16.     Attached hereto as **Exhibit 15** is a true and correct copy of Databricks' Blog Post Titled "Databricks Wins 2024 Google Cloud Partner of the Year Award" (JWeissman_00000553-JWeissman_00000556 ("GCP Awards").

17.     Attached hereto as **Exhibit 16** is a true and correct annotated copy of the Yahoo! Patent Assignment (R2_DB_000446-R2_DB_000470)

2

18.     Attached hereto as **Exhibit 17** is a true and correct annotated copy of the Excalibur Patent Assignment (R2_DB_000471-R2_DB_000733).

19.     Attached hereto as **Exhibit 18** is a true and correct annotated copy of R2's Response to Request for Admission No. 11 (dated Dec. 19, 2024) ("R2's Response to RFA No. 11").

20.     Attached hereto as **Exhibit 19** is a true and correct copy of annotated excerpts from the Amazon.com Inc. Form 10-K for the Fiscal Year Ended Dec. 31, 2024 (dated Feb. 6, 2025).

21.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of an Amazon Web Serves, Inc. invoice to ███████████████████████████████████

22.     Attached hereto as **Exhibit 21** is a true and correct annotated copy of ██████ ███████████████████████████████████████████████ as provided by R2 (R2_DB_106222-R2_DB_106225).

I declare under penalty of perjury under the laws of the United States of America that, to the best of my belief, the foregoing is true and correct, and that this Declaration was executed on April 10, 2025.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf

3

**CERTIFICATE OF AUTHORIZATION TO SEAL**

Pursuant to Local Rule CV-5(a)(7)(B), I am authorized to file the foregoing document under seal pursuant to Protective Order (Dkt. 61) because this document references Designated Material.

/s/ Jessica M. Kaempf
Jessica M. Kaempf


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 10, 2025, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Additionally, I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of these documents via electronic mail per Local Rule CV-5.

/s/ Jessica M. Kaempf
Jessica M. Kaempf

4