# EXHIBIT 8

AWS Partner Databricks



The Databricks Data Intelligence Platform allows your entire organization to use data and AI. It's built on a lakehouse to provide an open, unified foundation for all your data and governance. And it's powered by a Data Intelligence Engine that speaks the language of your organization so anyone can access the data and insights they need.



**AWS PARTNER WEBSITE**

Databricks website 

**HEADQUARTERS**

San Francisco
160 Spear Street
San Francisco, California 94105

**SHARE FEEDBACK**

Rate the Partner

**SHARE VIA...**

  

*AWS Partner descriptions are provided by the AWS Partner and are not verified by AWS.*

# AWS Validated Qualifications ⓘ

Databricks_R2_00118167