# EXHIBIT 9

Databricks – Amazon Web Services (AWS)



## Executive Summary

Databricks expanded its AWS Partner–led customer base by 300 percent in 2019 and again year over year in 2020. The company, which accelerates data analytics and machine learning workloads in the cloud, became an AWS Data and Analytics Competency Partner and joined the APN Global Startup Program to gain credibility as well as co-selling and go-to-market support. As an AWS Partner, Databricks has increased its revenue and customer base and can help customers become faster and more efficient.

## Partner Success Story – Databricks

Databricks was founded in 2013 by seven PhD candidates at the University of California, Berkeley, including the creators of Apache Spark, an open-source unified analytics engine for large-scale data processing. The founders wanted to use cloud technologies to help data engineers and data scientists solve big, challenging data problems. The company looked to Amazon Web Services (AWS) to help scale. "The founders wrote the product to run on AWS for AWS," says Justin Fenton, senior director of AWS alliances at Databricks.

To gain promotional support—including increased visibility for customers and AWS teams, opportunities to engage with customers, and go-to-market resources —the startup joined the AWS Partner Network and became an AWS Advanced Technology Partner. The Databricks workforce has since grown to more than 1,700 employees dedicated to migrating workloads to the cloud and building data analytics systems to help customers make better-informed decisions and be faster and more efficient.



### About the Partner

Founded by seven developers who created Apache Spark —an open-source analytics engine for large-scale data processing that works on AWS—Databricks helps customers migrate workloads to the cloud and provides data analytics and data lake optimization.

**APN Program Participation**

- AWS ISV Accelerate Program
- AWS ISV Workload Migration Program

JWeissman_00000499