# EXHIBIT 10



# Databricks Wins Four 2024 AWS Partner of the Year Awards

by Sarah Jack and Emily Hart

December 3, 2024 in Partners

Share this post

We're thrilled to announce that Databricks has been recognized as a winner in multiple categories at the 2024 AWS Partner of the Year Awards. These awards underscore the strength of our collaboration with AWS and our ongoing commitment to driving innovation for customers worldwide.

Here are the categories where we stood out:

**Winner**

- **Infrastructure Technology Partner of the Year**
- **Industry Partner of the Year – Advertising & Marketing Tech (AMT)**
- **Industry Partner of the Year – Consumer Goods**
- **Aerospace & Satellite Technology Partner of the Year**

**Finalist**

- **Data and Analytics Technology Partner of the Year**
- **Industry Partner of the Year – Auto and Manufacturing**
- **Industry Partner of the Year – Consumer Goods**
- **Industry Partner of the Year – Media, Entertainment, Gaming & Sports**

JWeissman_00003181