# EXHIBIT 11

Databricks | AWS Partner Network (APN) Blog



## AWS Partner Network (APN) Blog

# Tag: Databricks



### Build Customer-Centric Brands and Streamline Operations with AWS Consumer Goods Competency Partners

by Kevin McCurdy and Chris Butler | on 04 DEC 2024 | in Announcements, AWS Partner Network, Foundational (100), Partner solutions, re:invent | Permalink | 💬 Comments | ↱ Share

The consumer goods industry is rapidly evolving, driven by changing customer preferences, supply chain disruptions, and emerging technologies and regulations. We're excited to announce the AWS Consumer Goods Competency, an AWS Specialization that connects industry customers with Partners offering cutting-edge technology solutions. AWS Consumer Goods Competency Partners deliver leading industry technology solutions and expert consulting service—supporting comprehensive transformation of consumer goods companies' operating models.



### Announcing the 2024 Geo and Global AWS Partners of the Year

by Andrew Somera | on 02 DEC 2024 | in Announcements, AWS Partner Network, AWS re:Invent, Customer Solutions, Foundational (100), Launch | Permalink | 💬 Comments | ↱ Share

Each year, we honor members of the AWS Partner Network (APN) from around the globe that play key roles in helping customers drive innovation and build solutions on AWS. Announced during a Partner Awards Gala at AWS re:Invent, the 2024 Geo and Global AWS Partner Awards recognize a wide range of partners whose business models have embraced specialization, innovation, and cooperation over the past year.



### Enhancing Availability and Amazon EC2 Spot Utilization of Databricks Workloads on AWS

by Kinnar Sen, Venkat Viswanathan, Piyush Singh, Dan Kelly, and Andrew Wiegand | on 08 DEC 2023 | in Amazon EC2, AWS Marketplace, AWS Partner Network, Compute, Customer Solutions, Intermediate (200), Technical How-to | Permalink |

JWeissman_00003185

Databricks | AWS Partner Network (APN) Blog

💬 **Comments** | ➡ **Share**

Databricks fleet instances were developed for large Databricks workloads on AWS to improve cluster provisioning process, increase Amazon EC2 Spot utilization, and drive overall cost optimization. Learn how customers can launch clusters using Spot instances using diversified node types. This increases a cluster's chances of getting EC2 Spot instances which in turn further reduces costs. Maximizing availability and EC2 Spot utilization is key to running cost-optimized Databricks workloads on AWS.



### Announcing the 2023 Geo and Global AWS Partners of the Year

by Andrew Somera | on 27 NOV 2023 | in Announcements, AWS Partner Network, AWS re:Invent, Customer Solutions, Foundational (100), Launch | Permalink | 💬 Comments | ➡ Share

Each year, we honor members of the AWS Partner Network (APN) from around the globe that play key roles in helping customers drive innovation and build solutions on AWS. Announced during a Partner Awards Gala at AWS re:Invent, the 2023 Geo and Global AWS Partner Awards recognize a wide range of partners whose business models have embraced specialization, innovation, and cooperation over the past year. Please join us in congratulating these AWS Partners for their continued success!



### Governing Databricks Data Access with AWS Lake Formation and Privacera

by Robert Dutcher, Ayan Ray, Leon Stigter, and Venkat Viswanathan | on 04 AUG 2023 | in Advanced (300), Analytics, AWS Lake Formation, AWS Marketplace, AWS Partner Network, Customer Solutions, Technical How-to, Thought Leadership | Permalink | 💬 Comments | ➡ Share

Many organizations have standardized or plan to standardize their unified data security governance on AWS Lake Formation. Some of these organizations are also leveraging Databricks and would like to create and manage data access policies for Databricks using AWS Lake Formation as well. Learn how Privacera's integrated solution extends AWS Lake Formation source support to Databricks and provides data access policy authorship and maintenance from one safe and convenient location.



### Subscribe and Ingest AWS Data Exchange Data into Databricks and Visualize it with Amazon QuickSight

by Venkatavaradhan Viswanathan, Igor Alekseev, and Ioannis Papadopoulos | on 27 JUN 2023 | in Advanced (300), Amazon QuickSight, Analytics, AWS Data Exchange, AWS Marketplace, AWS Partner Network, Customer Solutions, Technical How-to, Thought Leadership | Permalink | 💬 Comments | ➡ Share

Modern enterprise customers use AWS Marketplace datasets along with their business and operational data to create meaningful and deeper insights to improve their customer experience. Learn how to consume datasets from AWS Data

JWeissman_00003186

**Databricks | AWS Partner Network (APN) Blog**

Exchange to transform and store data in Databricks Lakehouse Platform using Delta Live Tables (DLT) and visualize it in Amazon QuickSight. DLT is a framework for building reliable, maintainable, and testable data processing pipelines.



### Say Hello to 143 AWS Competency, Service Delivery, Service Ready, and MSP Partners Added or Renewed in March

by Derek Belt | on 17 APR 2023 | in Announcements, AWS Partner Network, Customer Solutions, Foundational (100) | Permalink | 💬 Comments | ↪ Share

We are excited to highlight 143 AWS Partners that received new or renewed designations in March for our global AWS Competency, AWS Managed Service Provider (MSP), AWS Service Delivery, and AWS Service Ready programs. These designations span workload, solution, and industry, and help AWS customers identify top AWS Partners that can deliver on core business objectives. AWS Partners are focused on your success, helping customers take full advantage of the business benefits AWS has to offer.



### Say Hello to 120 New AWS Competency, Service Delivery, Service Ready, and MSP Partners Added in November

by Derek Belt | on 20 DEC 2022 | in Announcements, AWS Partner Network, Customer Solutions, Foundational (100) | Permalink | 💬 Comments | ↪ Share

We are excited to highlight 120 AWS Partners that received new designations in November for our global AWS Competency, AWS Managed Service Provider (MSP), AWS Service Delivery, and AWS Service Ready programs. These designations span workload, solution, and industry, and help AWS customers identify top AWS Partners that can deliver on core business objectives. AWS Partners are focused on your success, helping customers take full advantage of the business benefits AWS has to offer.



### Optimize Cost and Performance with Amazon EC2 Spot Ready Partners

by Dan Kelly, Kinnar Kumar Sen, and Joanne Moore | on 30 NOV 2022 | in Amazon EC2, Announcements, AWS Partner Network, AWS re:Invent, Customer Solutions, Foundational (100), Launch | Permalink | 💬 Comments | ↪ Share

As customers look for ways to optimize their cloud computing usage and performance, Amazon EC2 Spot Instances provide the ability to do more for less. The Amazon EC2 Spot Ready specialization helps customers find AWS Partner software products that support Amazon EC2 Spot. Amazon EC2 Spot Ready Partners provide customers the ability to have a cost-optimized, well-architected solution to enable significant savings for their workloads—allowing them to focus on their core offering.

JWeissman_00003187

**Databricks | AWS Partner Network (APN) Blog**



### Announcing the 2022 Regional and Global AWS Partners of the Year

by AWS Editorial Team | on 28 NOV 2022 | in Announcements, AWS Marketplace, AWS Partner Network, AWS re:Invent, Foundational (100), Public Sector Partners | Permalink | 💬 Comments | ➤ Share

Announced during a Partner Awards Gala at AWS re:Invent, the 2022 AWS Partner Awards recognize a wide range of AWS Partners which have embraced specialization, innovation, and collaboration over the past year. AWS Partner Awards honor partners whose business models continue to evolve and thrive on AWS as they work with customers. Please join us in congratulating these top AWS Partners who are dedicated to helping customers build, market, and sell their offerings so they can grow successful cloud businesses.

← **Older posts**

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Accessibility

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

What is Artificial Intelligence (AI)?

What is Generative AI?

What is Machine Learning (ML)?

AWS Cloud Security

What's New

Blogs

Press Releases

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Library

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

## Help

Contact Us

**Create an AWS Account**

https://aws.amazon.com/blogs/apn/tag/databricks/ [02-19-2025 Page - 4]

JWeissman_00003188

**Databricks | AWS Partner Network (APN) Blog**



Get Expert Help

File a Support Ticket

AWS re:Post

Knowledge Center

AWS Support Overview

Legal

AWS Careers

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language** عربي | Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe | Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)

Privacy | Accessibility | Site Terms | Cookie Preferences |

© 2024, Amazon Web Services, Inc. or its affiliates. All rights reserved.

JWeissman_00003189