# EXHIBIT 13

**Databricks Google Cloud Platform (GCP) | Databricks**



Databricks on Google Cloud is a jointly developed service that allows you to store all your data on a simple, open lakehouse platform that combines the best of data warehouses and data lakes to unify all your analytics and AI workloads. Tight integration with Google Cloud Storage, BigQuery and the Google Cloud AI Platform enables Databricks to work seamlessly across data and AI services on Google Cloud.



Databricks_R2_00102812