# EXHIBIT 14

**Databricks – Marketplace – Google Cloud console**



## Databricks

Databricks

All your data, analytics and AI on one Lakehouse platform

✓ **14-Day Trial Available**

[ SUBSCRIBE ]    [ CONTACT SALES ]

OVERVIEW    PRICING    DOCUMENTATION    SUPPORT    RELATED PRODUCTS

### Overview

Powered by Delta Lake, Databricks combines the best of data warehouses and data lakes into a lakehouse architecture, giving you one platform to collaborate on all of your data, analytics and AI workloads.

**Notebooks:** Build data science, data engineering and machine learning notebooks using Python, SQL, R, Scala. Collaborate on these notebooks with your entire data team.

**Analytics:** Use SQL Analytics to query and visualize data in your lakehouse. Easily share insights by grouping visualizations into live dashboards.

**Delta Lake:** Combine the openness and flexibility of data lakes with the performance and reliability of data warehouses to provide all of your analytics and AI workloads with a single data foundation.

**Machine Learning:** From model development to production serving, manage the complete machine learning lifecycle in a collaborative, open environment.

**Based on Open Source:** As the original creators of Apache Spark™, Delta Lake and MLflow, we believe the future of data and AI depends on open source software. Build your business on a cloud-agnostic, open platform.

**Streamlined integrations:** Faster, easier data access with built-in connectors to all Google Cloud including integrations to Google Data Analytics (BigQuery, Pub/Sub, Looker) as well Cloud Infrastructure (GKE) and Storage.

**Integrated Security and Administration:** Simple deployment from the Google Cloud Marketplace with unified billing, SSO and credential passthrough.

**High Performance:** Highly scalable compute running on open standards based Kubernetes platform on GKE.

### Pricing Details

Pricing for workloads on Databricks on Google Cloud is driven by a variety of factors, including workload type and the machine type on which it is run. Please click here ⤤ for more information. Please note that prices listed do not include pricing for any required GCP resources (e.g. compute instances). To estimate workload costs, see Pricing calculator ⤤.

**Consumption Units:** Consumption Units (DBCU) is a consolidated billing metric for measuring all Databricks product features. If you use the following features, your usage will be reflected in this metric with the corresponding

### Additional details

Type: SaaS & APIs
Last product update: 6/26/24
Category: Analytics, Big data, Machine learning

Databricks_R2_00095738

Databricks – Marketplace – Google Cloud console

conversion rates. To see the breakdown of your usage, visit Databricks Account Console > Usage ☒.

- Premium Jobs Compute: 0.15/DBU
- Premium Jobs Compute (Photon): 0.15/DBU
- Premium All-purpose Compute: 0.55/DBU
- Premium All-purpose Compute (Photon): 0.55/DBU
- Premium DLT Core Compute: 0.20/DBU
- Premium DLT Core Compute: (Photon) 0.20/DBU
- Premium DLT Pro Compute: 0.25/DBU
- Premium DLT Pro Compute (Photon): 0.25/DBU
- Premium DLT Advanced Compute: 0.36/DBU
- Premium DLT Advanced Compute (Photon): 0.36/DBU
- Premium SQL Compute: 0.22/DBU

**Universal Commitment:** Databricks provides options to enter into a universal commitment ☒ with Databricks on GCP. For details and questions, contact sales@databricks.com.

Learn more ☒

**About managed services**

Managed Services are fully hosted, managed, and supported by the service providers. Although you register with the service provider to use the service, <mark>Google handles all billing.</mark>

## Pricing

**Product Trial**

This trial lets you try out this solution without paying for solution provider fees up to USD 10,000.00, or for a maximum of 14 days, whichever comes earlier. During the trial, you will be billed for solution provider fees and then credited at the same time for those solution provider fees up to USD 10,000.00. Additionally, you will still be billed for any applicable infrastructure usage charges during the trial.

When your trial use exceeds USD 10,000.00 in solution provider fees or 14 days, whichever comes earlier, you will be charged solution provider fees unless you stop or terminate the subscription. You may cancel the trial at any time by canceling your plan prior to the end of the trial.

**Features**

Here are the features supported by this Product

- Managed Apache Spark: Yes
- Optimized Delta Lake: Yes
- Cluster Autopilot: Yes
- Jobs Scheduling & Workflow: Yes
- Notebooks & Collaboration: Yes
- Databricks Runtime for ML: Yes
- Optimized Runtime Engine: Yes
- Administration Console: Yes
- Single Sign-On (SSO): Yes
- Role-based Access Control: Yes
- Token Management API: Yes

Databricks_R2_00095739