# EXHIBIT 15



# Databricks Wins 2024 Google Cloud Partner of the Year Award

## Databricks Secures Google Cloud Technology Partner of the Year Award for Data – Artificial Intelligence & Machine Learning!



by Katie Cummiskey

April 8, 2024 in Partners

Share this post

We're excited to announce that Databricks has been honored with the 2024 Google Cloud Technology Partner of the Year award for Data – Artificial Intelligence & Machine Learning. This award recognizes top partners who leverage Google Cloud to enhance efficiency, lower costs, and drive innovation. This achievement underscores the strength of our partnership and our commitment to delivering a unified data intelligence platform seamlessly integrated with Google Cloud.

This acknowledgment underscores Databricks' dedication to providing our shared customers with a seamless and cutting-edge data and AI experience on Google Cloud. Databricks' mission is to deliver data intelligence to every Google Cloud customer by allowing organizations to understand and use their unique data to build their own AI systems. This mission is realized through Databricks' and Google Cloud's joint commitment to an open cloud. This open approach assures interoperability and portability for enterprises, including those that want to use multiple public clouds and open source technology, like Kubernetes, MLflow, Apache Spark, Delta Lake, as well as Databricks' recently announced open LLM DBRX for generative AI applications.

JWeissman_00000553