# EXHIBIT 16

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Ali DASDAN | 10/04/2006 |
| Hung-Chih YANG | 10/04/2006 |
| Ruey-Lung HSIAO | 10/03/2006 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Yahoo! Inc. |
| Street Address: | 701 First Avenue |
| City: | SUNNYVALE |
| State/Country: | CALIFORNIA |
| Postal Code: | 94089 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 11539090 |

**CORRESPONDENCE DATA**

Fax Number:        (650)961-8301

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

Phone:        650-961-8300
Email:        ldean@beyerlaw.com
Correspondent Name:        Beyer Weaver & Thomas LLP
Address Line 1:        P.O. Box 70250
Address Line 4:        Oakland, CALIFORNIA 94612-0250

| ATTORNEY DOCKET NUMBER: | YAH1P034 |
|---|---|
| NAME OF SUBMITTER: | Alan S. Hodes |

Total Attachments: 3
source=Assignment#page1.tif
source=Assignment#page2.tif

11539090

CH $40.00

500161384

**PATENT
REEL: 018360 FRAME: 0513**

R2_DB_000466