# EXHIBIT 17

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT3835027

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| YAHOO! INC. | 04/18/2016 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | EXCALIBUR IP, LLC |
| Street Address: | 701 FIRST AVENUE |
| City: | SUNNYVALE |
| State/Country: | CALIFORNIA |
| Postal Code: | 94089 |

### PROPERTY NUMBERS Total: 3181

| Property Type | Number |
|---|---|
| Patent Number: | 5724033 |
| Patent Number: | 5737352 |
| Patent Number: | 5745889 |
| Patent Number: | 5745890 |
| Patent Number: | 5745894 |
| Patent Number: | 5745898 |
| Patent Number: | 5745899 |
| Patent Number: | 5745900 |
| Patent Number: | 5765149 |
| Patent Number: | 5765150 |
| Patent Number: | 5765158 |
| Patent Number: | 5765168 |
| Patent Number: | 5787435 |
| Patent Number: | 5809502 |
| Patent Number: | 5832500 |
| Patent Number: | 5852820 |
| Patent Number: | 5864863 |
| Patent Number: | 5909677 |
| Patent Number: | 5914679 |
| Patent Number: | 5915251 |

PATENT
503788381                                    REEL: 038383 FRAME: 0466

R2_DB_000471

| Property Type | Number |
|---|---|
| **Patent Number:** | 8156053 |
| **Patent Number:** | 8156111 |
| **Patent Number:** | 8156135 |
| **Patent Number:** | 8156240 |
| **Patent Number:** | 8156421 |
| **Patent Number:** | 8160840 |
| **Patent Number:** | 8160925 |
| **Patent Number:** | 8165808 |
| **Patent Number:** | 8166014 |
| **Patent Number:** | 8166016 |
| **Patent Number:** | 8166029 |
| **Patent Number:** | 8166058 |
| **Patent Number:** | 8166069 |
| **Patent Number:** | 8166124 |
| **Patent Number:** | 8166455 |
| **Patent Number:** | 8170349 |
| **Patent Number:** | 8170584 |
| **Patent Number:** | 8170974 |
| **Patent Number:** | 8171010 |
| **Patent Number:** | 8171043 |
| **Patent Number:** | 8171237 |
| **Patent Number:** | 8171429 |
| **Patent Number:** | 8174974 |
| **Patent Number:** | 8175623 |
| **Patent Number:** | 8176058 |
| **Patent Number:** | 8180396 |
| **Patent Number:** | 8180755 |
| **Patent Number:** | 8180769 |
| **Patent Number:** | 8181178 |
| **Patent Number:** | 8185438 |
| **Patent Number:** | 8185524 |
| **Patent Number:** | 8185528 |
| **Patent Number:** | 8185538 |
| **Patent Number:** | 8189924 |
| **Patent Number:** | 8190572 |
| **Patent Number:** | 8190610 |
| **Patent Number:** | 8190724 |
| **Patent Number:** | 8195656 |

R2_DB_000495