███████████████████████████████

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 4:23-cv-01147-ALM |
| DATABRICKS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**DECLARATION OF VIGEN SALMASTLIAN IN SUPPORT OF**
**DEFENDANT DATABRICKS, INC.'S MOTION FOR SUMMARY JUDGMENT**
**IN SUPPORT OF DAMAGES _DAUBERT_ MOTION AND INVALIDITY**

I, Vigen Salmastlian, declare as follows:

1.    I am an attorney admitted to this Court, and counsel of record for Defendant Databricks, Inc. ("Databricks") in this action.  I make this declaration in support of Databricks' Motion for Summary Judgment in Support of Damages *Daubert* Motion and Invalidity.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,190,610.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Expert Report of William Davis Concerning Infringement of U.S. Patent No. 8,190,610.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Rebuttal Expert Report of William Davis Concerning the Validity of U.S. Patent No. 8,190,610.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of *R2 Solutions LLC v. JP Morgan Chase & Co.*, No. 21-cv-00174 (E.D. Tex.), Dkt. 1.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of infringement contentions served by R2 in *R2 Solutions LLC v. JP Morgan Chase & Co.*, No. 21-cv-00174 (E.D. Tex.).

7.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the March 27, 2025 deposition of Bill Davis.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████

9.    Attached hereto as **Exhibit 8** is a true and correct copy of a███████████████

███████████████████████████████████████████████████████████

███████████████████████████

1

10.    Attached hereto as **Exhibit 9** is a true and correct copy of a ███████████

████████████████████████████████████████████████████████

████████████████████████████████

11.    Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the Expert Report of Jim W. Bergman.

12.    Attached hereto as **Exhibit 11** is a true and correct of excerpts of the Opening Expert Report of Dr. Jon Weissman.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the March 25, 2025 deposition of William Davis.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my belief, the foregoing is true and correct, and that this Declaration was executed on April 10, 2025.

/s/ *Vigen Salmastlian*
Vigen Salmastlian

**CERTIFICATE OF AUTHORIZATION TO SEAL**

Pursuant to Local Rule CV-5(a)(7)(B) that I am authorized to file the foregoing document under seal pursuant to Protective Order (Dkt. 61) because this document references Designated Material.

/s/ Vigen Salmastlian
Vigen Salmastlian

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 10, 2025, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Additionally, I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of these documents via electronic mail per Local Rule CV-5.

/s/ Vigen Salmastlian
Vigen Salmastlian

3