# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

R2 SOLUTIONS LLC,

        Plaintiff,

   v.

DATABRICKS, INC.,

        Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

**DECLARATION OF JESSICA M. KAEMPF IN SUPPORT OF
DEFENDANT DATABRICKS, INC.'S MOTION FOR SUMMARY
JUDGMENT OF NO PRE-SUIT DAMAGES OR WILLFUL INFRINGEMENT**

I, Jessica M. Kaempf, declare as follows:

1.    I am an attorney admitted to this Court, and counsel of record for Defendant Databricks, Inc. ("Databricks") in this action.  I make this declaration in support of Databricks' Motion for Summary Judgment in Support of Damages *Daubert* Motion and Invalidity.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Expert Report of William Davis Concerning Infringement of U.S. Patent No. 8,190,610 (annotated).

3.    Attached hereto as **Exhibit 2** is true and correct copy of excerpts of the Expert Report of Jim W. Bergman (annotated).

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Expert Rebuttal Report of Gareth Macartney, Ph.D. (annotated).

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Plaintiff R2 Solutions LLC's Objections and Responses to Defendant Databricks, Inc.'s First Set of Interrogatories, served on November 25, 2024 (annotated).

6.    Attached hereto as **Exhibit 5** is a true and correct copy of the ███████████ ██████████████████████████████████████████████████████ (annotated).

7.    Attached hereto as **Exhibit 6** is a true and correct copy of the ███████████ ██████████████████████████████████████████████████████ (annotated).

8.    Attached hereto as **Exhibit 7** is a true and correct copy of the ███████████ ████████████████████████████████████ (annotated).

9.    Attached hereto as **Exhibit 8** is a true and correct copy of the infringement contentions R2 served in R2 *Solutions LLC v. Charles Schwab Corp.*, 4:21-cv-00122-ALM (E.D. Tex.) (annotated).

1

10.    Attached hereto as **Exhibit 9** is a true and correct copy of the infringement contentions R2 served in *R2 Solutions LLC v. Fidelity Brokerage Services LLC*, 4:21-cv-00123-ALM (E.D. Tex.) (annotated).

11.    Attached hereto as **Exhibit 10** is a true and correct copy of the infringement contentions R2 served in *R2 Solutions LLC v. Walmart Inc.*, 4:21-cv-00091-ALM (E.D. Tex.) (annotated).

12.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the March 25, 2025 deposition of Bill Davis (annotated).

13.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the January 16, 2025 deposition of Joshua Rosen (annotated).

14.    Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of a Databricks webpage article titled "Databricks is now Generally Available" (annotated).

15.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the April 1, 2025 deposition of Jim Bergman (annotated).

16.    Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the subpoena to Databricks served in *R2 Solutions LLC v. American Airlines., Inc.*, 4:22-cv-00353-ALM (E.D. Tex.).

17.    Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of a ███████

████████████████████████████████████████████████████████

████████████████████████

18.    Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of Plaintiff R2 Solutions LLC's Objections and Responses to Defendant Databricks, Inc.'s Fourth Set of Interrogatories (Nos. 27-31) (annotated), served on February 12, 2025 ("ROG 31").  R2's response to Interrogatory No. 31 establishes that Exhibit 16 is tied to Exhibits 5-7.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my belief, the foregoing is true and correct, and that this Declaration was executed on April 10, 2025.

/s/ Jessica M. Kaempf
Jessica M. Kaempf

**CERTIFICATE OF AUTHORIZATION TO SEAL**

Pursuant to Local Rule CV-5(a)(7)(B) that I am authorized to file the foregoing document under seal pursuant to Protective Order (Dkt. 61) because this document references Designated Material.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 10, 2025, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Additionally, I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of these documents via electronic mail per Local Rule CV-5.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf