# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>  Defendant. | Civil Action No. 4:23-cv-01147-ALM |

**EXPERT REPORT OF WILLIAM DAVIS CONCERNING INFRINGEMENT OF U.S. PATENT NO. 8,190,610**

**HIGHLY CONFIDENTIAL - SOURCE CODE**

HIGHLY CONFIDENTIAL – SOURCE CODE

infringing product rather than the alleged available, acceptable alternative; (c) whether the alleged acceptable non-infringing substitute has a higher price or cost; (d) whether the alleged acceptable non-infringing substitute possesses characteristics significantly different from the patented product; (e) the maturity of the proposed alternative technology; (f) whether purchasers are motivated to purchase because of particular infringing features of a product that are not available in the alleged non-infringing substitute; and (g) the cost and/or difficulty of implementing the alleged substitute. I also understand that the mere existence of a competing device in the marketplace does not necessarily make that device an acceptable substitute because a product on the market which lacks the advantages of the patented product can hardly be termed a substitute acceptable to the customer who wants those advantages.

## IV.    SUMMARY OF OPINIONS

35.    In this case, I expect to testify about background technologies and functionalities necessary to understand the technology at issue. I also expect to testify concerning the form, structure, and functionality of source code in the Accused Devices. I also expect to testify on issues of infringement, including how Databricks infringes the '610 patent, both directly and indirectly.

### Summary of Accused Instrumentalities

36.    It is my understanding that R2 has accused of infringement the Databricks Data Intelligence Platform / Databricks Lakehouse Platform and any other platform provided by Databricks that utilizes Apache Spark or any other similar programming or functionality. As explained below, I also understand that Databricks Runtime is part of the Databricks Data Intelligence Platform / Databricks Lakehouse Platform and includes Apache Spark. I will refer to the products that include Databricks Runtime, which R2 accuses of infringement, as the "Databricks platform."

10

HIGHLY CONFIDENTIAL – SOURCE CODE

37.     I understand that R2 contends that the use of the Databricks platform infringes claims 1, 5, 17, and 21 of the '610 Patent.

## V.     BRIEF SUMMARY OF INFRINGEMENT OPINIONS

38.     It is my opinion that Databricks directly infringes claims 1, 5, 17, and 21 of the '610 Patent. See Sections IX and XI to this Report.

39.     It is my opinion that Databricks induces infringement of claims 1, 5, 17, and 21 of the '610 Patent. See Section IX and XI to this Report.

40.     Other opinions are expressed elsewhere in this report.

## VI.     BACKGROUND AND IMPORTANCE OF THE '610 PATENT

### Description of the '610 Patent

41.     The '610 Patent relates to improvements in MapReduce programming methodology.

42.     The '610 patent describes ways of improving MapReduce that center around implementing grouped sets of key/value pairs. The '610 patent recognizes that while MapReduce is efficient at processing large amounts of input data, it is inefficient when it comes to combining data from two distinct datasets that may have different schemas but share a key in common. This is a type of equijoin which is specifically "a join over equal keys." '610 pat. at 5:52.

43.     In the improved MapReduce architecture described in the '610 patent, "the input, intermediate and output data sets are partitioned into a set of data groups." *Id.* at 3:48-50. This partitioning "enables a mechanism to associate (group) identifiers with data sets, map functions and iterators (useable within reduce functions to access intermediate data) and, also, to produce output data sets with (group) identifiers." *Id.* at 3:58-61. Generating this metadata regarding the output data groups enables several benefits including the capability to "speed up comparisons" (*id.*

11

HIGHLY CONFIDENTIAL – SOURCE CODE

266.    Databricks contends that an acceptable non-infringing alternative would be to not process the intermediate data for each data group in a manner that is defined to correspond to the data group from which the intermediate data originated. I disagree. Again, eliminating this feature would result in the MapReduce bottleneck described above and is not an acceptable alternative.

267.    Databricks contends that an acceptable non-infringing alternative would be to eliminate any way to define a reduce based on any data group and/or intermediate data. I disagree for the same reasons set forth in the paragraph above.

268.    Databricks contends that an acceptable non-infringing alternative would be to eliminate any way to identify intermediate data as originating from any data group. I disagree for the same reasons set forth two paragraphs above.

269.    In summary, none of the purported alternatives proposed by Databricks are acceptable non-infringing alternatives as they do not provide the same features and benefits to Databricks as do the benefits provided by the '610 patent, or otherwise are not alternatives at all.

Dated: February 20, 2025

_____

William Davis

95