# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |
|---|---|
| R2 Solutions LLC,<br><br>     Plaintiff,<br><br>v.<br><br>Roadget Business Pte. Ltd.,<br><br>     Defendant. | Civil Action No. 4:24-cv-00971-ALM<br><br>Jury Trial Demanded |

**Page 1 of 6**

## <u>SCHEDULING ORDER</u>

It is hereby **ORDERED**, after consultation with the parties, that the following scheduling will apply in this case:

| Model Order Date | Proposed Date | Event |
|---|---|---|
| **TBD at Mgmt. Conf.** | | Mediation. The Court will discuss appointing a mediator at the Scheduling Conference. |
| **May 6, 2025** [No later than 21 days before Mgmt. Conf.] | | Deadline for Motions to Transfer. |
| **May 27, 2025, at 9:00 a.m.** | | Case Management Conference (Mgmt. Conf.) to be held via Zoom or telephone. Counsel for each party, with authority to bind their respective clients, and all unrepresented parties, shall be present. Continuance of the management conference will not be allowed absent a showing of good cause. |
| **June 6, 2025** [10 days after Mgmt. Conf.] | | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |
| **July 1, 2025** [5 weeks after Mgmt. Conf.] | | Join Additional Parties. |
| **July 1, 2025** [5 weeks after Mgmt. Conf.] | | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| **July 11, 2025** [No later than 45 days after Mgmt. Conf.] | | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| **July 15, 2025** [7 weeks after Mgmt. Conf.] | **December 17, 2025** | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| **July 31, 2025** [No later than 65 days after Mgmt. Conf.] | | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |

| Model Order Date | Proposed Date | Event |
|---|---|---|
| **August 26, 2025** [13 weeks after Mgmt. Conf.] | | Parties' Final Amended Pleadings **(a motion for leave is required)**. |
| **August 31, 2025** [No later than 95 days after Mgmt. Conf.] | **August 29, 2025** | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| **September 16, 2025** [16 weeks after Mgmt. Conf.] | | Respond to Amended Pleadings. |
| **September 29, 2025** [No later than 125 days after Mgmt. Conf.] | | Completion date for discovery on claim construction (P.R. 4-4). |
| **October 14, 2025** [No later than 140 days after Mgmt. Conf.] | | Opening claim construction brief (P.R. 4-5(a)). |
| **October 24, 2025** [4 weeks before claim construction hearing] | | Submit technology synopsis/tutorial (both hard copy and disk). |
| **October 28, 2025** [No later than 2 weeks after claim construction brief] | | Responsive claim construction brief (P.R. 4-5(b)). |
| **November 4, 2025** [No later than 7 days after response] | | Reply claim construction brief (P.R. 4-5(c)). |
| **November 11, 2025** [At least 10 days before claim construction hearing] | | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |

| Model Order Date | Proposed Date | Event |
|---|---|---|
| | **December 8, 2025** | Deadline for substantial completion of document production. |
| **November 21, 2025, at 9:00 a.m.** | | **Proposed Claim Construction Hearing** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| **December 26, 2025** [5 weeks after claim construction hearing] | **January 7, 2026** | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. |
| | **January 23, 2026** | Fact Discovery Deadline and Deadline to File Motions to Compel related to Fact Discovery. All discovery must be served in time to be completed by this date. |
| **January 23, 2026** [9 weeks after claim construction hearing] | **January 30, 2026** | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B). |
| **January 23, 2026** [9 weeks after claim construction hearing] | **January 30, 2026** | Comply with P.R. 3-7 (Designation of Willfulness Opinions). |
| **February 6, 2026** [11 weeks after claim construction hearing] | **February 13, 2026** | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B). **Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |
| **February 20, 2026** | **February 27, 2026** | Expert Discovery Deadline. |

| Model Order Date | Proposed Date | Event |
|---|---|---|
| [13 weeks after claim construction hearing] | | |
| **February 20, 2026** [13 weeks after claim construction hearing (no later than 110 days prior to the filing of the Joint Final PTO)] | **March 13, 2026** | File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7.<br><br>**Responses to motions shall be due in accordance with Local Rule CV-7(e).** |
| **June 1, 2026** [5 weeks before final pretrial conference] | | Notice of intent to offer certified records. |
| **June 1, 2026** [5 weeks before final pretrial conference] | | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| **June 8, 2026** [4 weeks before final pretrial conference] | | Serve Pretrial Disclosures (Witness List, Deposition Designations, Exhibit Lists, and Video Deposition Designation) by the Party with the Burden of Proof. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and request cross- examination line and page numbers to be included. Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the Court.<br><br>The party who filed an initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations, the applicable Federal Rules of |

| Model Order Date | Proposed Date | Event |
|---|---|---|
| | | Civil Procedure, and the Court's rulings on objections. |
| | **June 22, 2026** | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures. |
| | **June 29, 2026** | Serve Objections to Rebuttal Pretrial Disclosures. |
| **June 7, 2026** [30 days before final pretrial conference] | **June 8, 2026** | Motions *in limine* due. File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the court. At this date all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |
| **June 22, 2026** [2 weeks before final pretrial conf] | | Responses to motions *in limine* due. File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed the court may set a hearing prior to the final pretrial conference. File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov, by this date. |
| **July 6, 2026 at 9:00 a.m.** | | **Final Pretrial Conference** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |
| **TBD – 10:00 a.m.** | | **Jury Selection and Trial** at the at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. |