# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| R2 Solutions LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Databricks, Inc.,<br><br>                    Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>Jury Trial Demanded |

## PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

Pursuant to Patent Rules 3-1 and 3-2 of the Eastern District of Texas, Plaintiff R2 Solutions LLC ("R2" or "Plaintiff") serves its Second Supplemental Disclosure of Asserted Claims and Infringement Contentions on Defendant Databricks, Inc. ("Databricks" or "Defendant") for infringement of U.S. Patent No. 8,190,610 ("the '610 patent" or "patent-in-suit").

In its preliminary infringement contentions served on June 21, 2024, R2 identified the claim elements as software limitations, or as being associated with software limitations, for the purposes of P.R. 3-1(g). Databricks then produced open-source code with its invalidity contentions on July 16, 2024. R2 questioned that such code was sufficient to show the operations of aspects of the Accused Instrumentalities. Nevertheless, exercising caution, R2 served its first supplemental infringement contentions on September 20, 2024 to include refences to the produced open-source code. Then, upon entry of an amended protective order, Databricks produced certain proprietary source code, amounting to a one-for-one match to the open-source code identified in R2's supplemental contentions. This was far less than what R2 expected or believed would be produced.

On December 10, 2024, the Court entered its Claim Construction Memorandum Opinion and Order construing terms of the '610 patent. Thereafter, on December 19, 2024, the parties agreed to, and filed, their Joint Stipulation Regarding Source Code (ECF 73). Pursuant to P.R. 3-6(1), and in view of the Joint Stipulation Regarding Source Code, R2 now serves these second supplemental infringement contentions.

The following asserted claims and contentions are based upon R2's good faith evaluation of information known to R2 at this time, including publicly-available information and documents, source code produced by Databricks, and representations by Databricks regarding the Accused Instrumentalities (*see, e.g.*, ECF 73). For the avoidance of doubt, R2 continues to identify the claim elements identified in the attached chart as software limitations, or associated with software limitations, for the purposes of P.R. 3-1(g) promulgated by this Court (ECF 28 at 5-6), and, to the extent that such elements are performed by hardware, firmware, software, and/or any combination thereof, the particular details continue to be in Databricks' possession, custody, and/or control. R2 reserves its right to supplement and/or amend these contentions in view of further information and/or documents that may be obtained during discovery, further investigation, applicable case law and authorities, and/or any other reason permitted under the Court's Scheduling Order, the Local Rules, and the Federal Rules of Civil Procedure.

Additionally, R2 incorporates by reference the allegations made in its live complaint in this case, including the allegations related to the identity of asserted claims, the allegations related to the identity of accused instrumentalities, and all factual allegations related thereto.

## I.    P. R. 3-1: Disclosure of Asserted Claims and Infringement Contentions

**(a) Each claim of each patent in suit that is allegedly infringed by each opposing party.**

Databricks directly and/or indirectly infringes Claims 1-5 and 17-21 of the '610 patent (collectively, the "asserted claims"). R2 reserves the right to augment or supplement its contentions to identify additional claims infringed by Databricks after discovery, in response to Databricks' continuing productions, or as permitted under the Court's Scheduling Order, the Local Rules, and the Federal Rules of Civil Procedure.

**(b) Separately for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware. This identification shall be as specific as possible. Each product, device, and apparatus must be identified by name or model number, if known. Each method or process must be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process.**

The "Accused Instrumentalities" include the Databricks Data Intelligence Platform / Databricks Lakehouse Platform and any other platform provided by Databricks that utilizes Apache Spark or any other similar programming or functionality. The Accused Instrumentalities infringe each of the asserted claims as set forth in Exhibit A hereto. By making, using, testing, offering for sale, selling, and/or importing any of the Accused Instrumentalities, Databricks directly infringes the asserted claims. In addition, Databricks indirectly infringes each of these claims by inducing vendors, customers, end users, and/or others to make, use, or sell the Accused Instrumentalities in an infringing manner.

R2 reserves the right, in response to discovery or as otherwise permitted, to supplement the identification of Accused Instrumentalities to include additional instrumentalities made, used, sold, offered for sale, or imported by Databricks.

**(c) A chart identifying specifically where each element of each asserted claim is found within each Accused Instrumentality, including for each element that such party contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or materials(s) in the Accused Instrumentality that performs the claimed functions.**

Exhibit A, attached hereto, sets forth where in the Accused Instrumentalities each element of the asserted claims is found. R2 reserves the right to modify or seek leave of Court to augment or supplement these contentions after discovery from Databricks, in response to Databricks' continuing productions, or as permitted under the Court's Scheduling Order, Local Rules, and the Federal Rules of Civil Procedure.

**(d) Whether each element of each asserted claim is claimed to be literally present or present under the doctrine of equivalents in the Accused Instrumentality.**

Based on its current understanding of the claim language, publicly-available information pertaining to the Accused Instrumentalities, and the code produced by Databricks, R2 asserts that the Accused Instrumentalities literally infringe each element or step of the asserted claims. However, any claim element or step not literally present in or performed by the Accused Instrumentalities is satisfied under the doctrine of equivalents because any difference between such claim element or step and the accused element or step is insubstantial. In other words, the accused element or step performs substantially the same function, in substantially the same way, to achieve substantially the same result.

**(e) For any patent that claims priority to an earlier application, the priority date to which each asserted claim allegedly is entitled.**

The patent-in-suit is entitled to a priority date no later than the filing date of the earliest application to which it claims priority. As such, the claims of the '610 patent are entitled to a priority date at least as early as October 5, 2006.

4

**(f)** **If a party claiming patent infringement wishes to preserve the right to rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, the party must identify, separately for each asserted claim, each such apparatus, product, device, process, method, act, or other instrumentality that incorporates or reflects that particular claim.**

R2 is not aware of any apparatus, product, device, process, method, act, or other instrumentality of its own that practices the claimed inventions of the patents-in-suit.

## II.    P. R. 3-2: Document Production Accompanying Disclosure

R2 made its P.R. 3-2 document production on June 21, 2024.

Dated: January 9, 2025                                    Respectfully submitted,

                                                         /s/ Edward R. Nelson III
                                                         EDWARD R. NELSON III
                                                         State Bar No. 00797142
                                                         ed@nelbum.com
                                                         BRENT N. BUMGARDNER
                                                         State Bar No. 00795272
                                                         brent@nelbum.com
                                                         CHRISTOPHER G. GRANAGHAN
                                                         State Bar No. 24078585
                                                         chris@nelbum.com
                                                         JOHN P. MURPHY
                                                         State Bar No. 24056024
                                                         murphy@nelbum.com
                                                         CARDER W. BROOKS
                                                         State Bar No. 24105536
                                                         carder@nelbum.com
                                                         **NELSON BUMGARDNER CONROY PC**
                                                         3131 West 7th Street, Suite 300
                                                         Fort Worth, Texas 76107
                                                         817.377.9111

                                                         **COUNSEL FOR**
                                                         **PLAINTIFF R2 SOLUTIONS LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on all counsel of record for this matter by electronic means on January 9, 2025.

*/s/ Edward R. Nelson III*

# Exhibit A

# Second Supplemental Infringement Contentions

*R2 Solutions LLC v. Databricks, Inc.*
**Civil Action No. 4:23-cv-01147 (E.D. Tex.)**



**U.S. Pat. No. 8,190,610**

**Claims 1-5 and 17-21**

# Second Supplemental Infringement Contentions

R2 Solutions LLC ("R2" or "Plaintiff") contends that Databricks, Inc. ("Databricks" or "Defendant"), its partners, and its customers have infringed and continue to infringe U.S. Pat. No. 8,190,610 (the "'610 Patent"), at least by, among other things, making, having made, using, offering for sale, and/or selling within this judicial district and elsewhere in the United States and/or importing into this judicial district and into the United States – without license or authority – the "Accused Instrumentalities" in a manner that infringes the claims of the '610 Patent as set forth in this chart. The "Accused Instrumentalities" include the Databricks Data Intelligence Platform/Databricks Lakehouse Platform and any other platforms provided by Databricks that utilize Apache Spark or any other similar functionality. The Accused Instrumentalities practice the steps of the asserted claims or are capable of performing the claim elements of the asserted claims, or otherwise satisfy all elements, described or set forth in one or more claims of the '610 Patent.

# Second Supplemental Infringement Contentions

R2 contends that each and every limitation of the asserted claims of the '610 Patent is literally present or performed and infringed by each and every Accused Instrumentality. In the alternative, R2 contends that all limitations of the asserted claims are present under the doctrine of equivalents because (1) to the extent there are any differences between the Accused Instrumentalities and those claim limitations (which R2 denies), such differences are insubstantial. Equivalency may also be shown by the fact that (2) the Accused Instrumentalities perform substantially the same function, in substantially the same way, to achieve substantially the same result as the functions recited in the limitations of the asserted claims.

R2 reserves the right to supplement or amend its claim charts, operative infringement contentions, and expert reports as may be appropriate or permissible under the applicable rules and Scheduling Order, including the Court's modifications to P.R. 3-1 available in the Scheduling Order. Any reference or citation to the specification is for illustrative purposes only and is not intended to suggest that the scope of the claimed invention is limited to any particular preferred embodiment. R2 does not hereby waive any applicable work product protections.

For the avoidance of doubt, the claim elements charted herein are software limitations and/or associated with software limitations for the purposes of P.R. 3-1(g), and to the extent that such elements are performed by hardware, firmware, software, and/or any combination thereof, the particular details are in Databricks' possession, custody, and control.

3

# References Cited

The following chart presents R2 Solutions' analysis of the Accused Instrumentalities based on publicly available information and the open-source code produced by Databricks. The citations in the chart refer to the following documents, which are incorporated by reference as if fully set forth herein.

This infringement analysis is preliminary, and R2's investigation into Databricks' infringement is ongoing. R2 reserves the right to provide additional theories under which Databricks products/systems infringe this patent.

- "Platform features," https://www.databricks.com/product/pricing/platform-addons.
- "Apache Spark on Databricks," https://docs.databricks.com/en/spark/index.html.
- "Apache Spark FAQ," https://spark.apache.org/faq.html.
- "RDD Programming Guide," http://spark.apache.org/docs/latest/rdd-programming-guide.html.
- "Spark in Action," https://dokumen.pub/qdownload/spark-in-action-2nbsped-9781617295522.html.
- "Learning Spark," https://cs.famaf.unc.edu.ar/~damian/tmp/bib/Learning_Spark_Lightning-Fast_Big_Data_Analysis.pdf.
- "Spark RDD Transformations with examples," https://sparkbyexamples.com/apache-spark-rdd/spark-rdd-transformations/.
- "Apache Spark Quick Start Guide," https://learning.oreilly.com/library/view/apache-spark-quick/9781789349108/0ee1a5e2-09d0-49f0-99f5-9dee8336258d.xhtml.

4

# References Cited (continued)

- "Spark SQL Shuffle Partitions," https://sparkbyexamples.com/spark/spark-shuffle-partitions/.

- "Apache Spark Map vs. FlatMap Operation," https://data-flair.training/blogs/apache-spark-map-vs-flatmap/.

- "Hints," https://spark.apache.org/docs/latest/sql-ref-syntax-qry-select-hints.html.

- "Spark SQL", https://kks32-courses.gitbook.io/data-analytics/spark/spark-sql.

- "Spark SQL, DataFrames and Datasets Guide," https://spark.apache.org/docs/2.2.0/sql-programming-guide.html.

- "Delta Lake on Databricks," https://www.databricks.com/product/delta-lake-on-databricks

- "ETL," https://www.databricks.com/glossary/extract-transform-load

- "Transform Data with Delta Live Tables," https://docs.databricks.com/en/delta-live-tables/transform.html

- "Chapter 4. Reductions in Spark," https://www.oreilly.com/library/view/data-algorithms-with/9781492082378/ch04.html

- Open Source Spark Code**

**NOTE: citations to file paths (e.g., "org/apache/spark/Partitioner.scala", etc.) throughout have a root address of https://github.com/apache/spark/blob/master/core/src/main/scala. Thus, as a few examples:

- org/apache/spark/rdd/PairRDDFunctions.scala refers to https://github.com/apache/spark/blob/master/core/src/main/scala/org/apache/spark/rdd/PairRDDFunctions.scala

- org/apache/spark/Partitioner.scala refers to https://github.com/apache/spark/blob/master/core/src/main/scala/org/apache/spark/Partitioner.scala

# U.S. Patent No. 8,190,610



**Title:** MAPREDUCE FOR DISTRIBUTED DATABASE PROCESSING

**Priority Date:** October 5, 2006

**Filing Date:** October 5, 2006

**Issue Date:** May 29, 2012

**Expiration Date:** October 14, 2029

(57) **ABSTRACT**

An input data set is treated as a plurality of grouped sets of key/value pairs, which enhances the utility of the MapReduce programming methodology. By utilizing such a grouping, map processing can be carried out independently on two or more related but possibly heterogeneous datasets (e.g., related by being characterized by a common primary key). The intermediate results of the map processing (key/value pairs) for a particular key can be processed together in a single reduce function by applying a different iterator to intermediate values for each group. Different iterators can be arranged inside reduce functions in ways however desired.

6

# Claim 1

**1[pre]**    A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:

**1[a]**    partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,

**1[b]**    wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and

**1[c]**    reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common,

**1[d]**    wherein the mapping and reducing operations are performed by a distributed system.

7

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | Databricks infringes Claim 1 of the '610 Patent. Each of the Accused Instrumentalities performs a method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising the steps discussed herein. The Accused Instrumentalities are based on Apache Spark, Delta Lake, and/or other similar functionality which enables processing of data of a data set over a distributed system, wherein the data set comprises a plurality of data groups. The particular details are within Databricks' possession, custody, and control. |



**Platform Features**

**Apache Spark on Databricks**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | The Accused Instrumentalities implement Spark and/or other similar functionality which enables processing of data of a data set over a distributed system. Users can submit jobs to a Spark cluster using the spark-submit tool.  **bin/spark-submit** |

### Launching Applications with spark-submit

Once a user application is bundled, it can be launched using the `bin/spark-submit` script. This script takes care of setting up the classpath with Spark and its dependencies, and can support different cluster managers and deploy modes that Spark supports:

```
./bin/spark-submit \
  --class <main-class> \
  --master <master-url> \
  --deploy-mode <deploy-mode> \
  --conf <key>=<value> \
  ... # other options
  <application-jar> \
  [application-arguments]
```

9

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | The SparkSubmit job is the main entry point for job submissions to a Spark Cluster |



```
/**
 * Main gateway of launching a Spark application.
 *
 * This program handles setting up the classpath with relevant Spark dependencies and provides
 * a layer over the different cluster managers and deploy modes that Spark supports.
 */
private[spark] class SparkSubmit extends Logging {

  import ...

  def doSubmit(args: Array[String]): Unit = {
    // Initialize logging if it hasn't been done yet. Keep track of whether logging needs to
    // be reset before the application starts.
    val uninitLog = initializeLogIfNecessary(true, silent = true)

    val appArgs = parseArguments(args)
    if (appArgs.verbose) {
      logInfo(appArgs.toString)
    }
    appArgs.action match {
      case SparkSubmitAction.SUBMIT => submit(appArgs, uninitLog)
      case SparkSubmitAction.KILL => kill(appArgs)
      case SparkSubmitAction.REQUEST_STATUS => requestStatus(appArgs)
      case SparkSubmitAction.PRINT_VERSION => printVersion()
    }
  }
}
```

**org/apache/spark/deploy/SparkSubmit.scala**

10

# Claim Chart — Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | See, as further examples,<br><br>• org/apache/spark/SparkContext.scala<br>• org/apache/spark/executor/Executor.scala<br>• org/apache/spark/scheduler/DAGScheduler.scala<br>• org/apache/spark/scheduler/TaskSchedulerImpl.scala<br>• org/apache/spark/scheduler/TaskSetManager.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

11

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | As another example, end users can use the spark-shell tool for interactive analysis<br><br>### Interactive Analysis with the Spark Shell<br>**Basics**<br>Spark's shell provides a simple way to learn the API, as well as a powerful tool to analyze data interactively. It is available in either Scala (which runs on the Java VM and is thus a good way to use existing Java libraries) or Python. Start it by running the following in the Spark directory:<br><br>Python | **Scala**<br><br>`./bin/spark-shell`<br><br>Spark's primary abstraction is a distributed collection of items called a Dataset. Datasets can be created from Hadoop InputFormats (such as HDFS files) or by transforming other Datasets. Let's make a new Dataset from the text of the README file in the Spark source directory:<br><br>**bin/spark-shell** |

12

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | |

```scala
def main(args: Array[String]): Unit = {
  isShellSession = true
  doMain(args, new SparkILoop)
}

// Visible for testing
private[repl] def doMain(args: Array[String], _interp: SparkILoop): Unit = {
  interp = _interp
  val jars = Utils.getLocalUserJarsForShell(conf)
    // Remove file:///, file:// or file:/ scheme if exists for each jar
    .map { x => if (x.startsWith("file:")) new File(new URI(x)).getPath else x }
    .mkString(File.pathSeparator)
  val interpArguments = List(
    "-Yrepl-class-based",
    "-Yrepl-outdir", s"${outputDir.getAbsolutePath}",
    "-classpath", jars
  ) ++ args.toList

  val settings = new GenericRunnerSettings(scalaOptionError)
  settings.processArguments(interpArguments, true)

  if (!hasErrors) {
    interp.process(settings) // Repl starts and goes in loop of R.E.P.L
    Option(sparkContext).foreach(_.stop)
  }
}
```

**org/apache/spark/repl/Main.scala**

13

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of <span style="color:red">processing data of a data set over a distributed system</span>, wherein the data set comprises a plurality of data groups, the method comprising: | See, as further examples,<br><br>• org/apache/spark/repl/SparkILoop.scala<br>• org/apache/spark/sql/SparkSession.scala<br>• org/apache/spark/SparkContext.scala<br>• org/apache/spark/sql/catalyst/parser/AbstractSqlParser.scala (e.g. parsePlan)<br>• org/apache/spark/sql/Dataset.scala e.g. (join(right: Dataset[_], usingColumns: Seq[String], joinType: String))<br>• org/apache/spark/sql/catalyst/plans/logical/basicLogicalOperators.scala e.g. "case class Join(...)"<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | The Accused Instrumentalities implement Spark and/or other similar functionality which enables processing of data of a data set over a distributed system, wherein the data set comprises a plurality of data groups. For example, Spark utilizes RDDs which, in one example, are groups of data with, upon information and belief, a mechanism to identify data from that group. The particular details are within Databricks' possession, custody, and control. |

**Apache Spark FAQ**

Spark is a fast and general processing engine compatible with Hadoop data. It can run in Hadoop clusters through YARN or Spark's standalone mode, and it can process data in HDFS, HBase, Cassandra, Hive, and any Hadoop InputFormat. It is designed to perform both batch processing (similar to MapReduce) and new workloads like streaming, interactive queries, and machine learning.

**RDD Programming Guide**

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | In another example, a mechanism to identify data from Spark RDDs is demonstrated by Spark's "hints" (e.g., partitioning hints, join hints, etc.). The particular details are within Databricks' possession, custody, and control. |



**Partitioning Hints**

Partitioning hints allow users to suggest a partitioning strategy that Spark should follow. COALESCE, REPARTITION, and REPARTITION_BY_RANGE hints are supported and are equivalent to coalesce, repartition, and repartitionByRange Dataset APIs, respectively. The REBALANCE can only be used as a hint .These hints give users a way to tune performance and control the number of output files in Spark SQL. When multiple partitioning hints are specified, multiple nodes are inserted into the logical plan, but the leftmost hint is picked by the optimizer.

**Partitioning Hints Types**

- **COALESCE**

  The COALESCE hint can be used to reduce the number of partitions to the specified number of partitions. It takes a partition number as a parameter.

- **REPARTITION**

  The REPARTITION hint can be used to repartition to the specified number of partitions using the specified partitioning expressions. It takes a partition number, column names, or both as parameters.

- **REPARTITION_BY_RANGE**

  The REPARTITION_BY_RANGE hint can be used to repartition to the specified number of partitions using the specified partitioning expressions. It takes column names and an optional partition number as parameters.

- **REBALANCE**

  The REBALANCE hint can be used to rebalance the query result output partitions, so that every partition is of a reasonable size (not too small and not too big). It can take column names as parameters, and try its best to partition the query result by these columns. This is a best-effort: if there are skews, Spark will split the skewed partitions, to make these partitions not too big. This hint is useful when you need to write the result of this query to a table, to avoid too small/big files. This hint is ignored if AQE is not enabled.

**Hints**

16

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** <span style="color:red">A method of processing data of a data set over a distributed system</span>, <span style="color:green">wherein the data set comprises a plurality of data groups</span>, the method comprising: | The Accused Instrumentalities implement Spark and/or other similar functionality which enables processing of data of a data set over a distributed system, wherein the data set comprises a plurality of data groups. The particular details are within Databricks' possession, custody, and control.  |

17

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | `/**`<br>`* A Resilient Distributed Dataset (RDD), the basic abstraction in Spark. Represents an immutable,`<br>`* partitioned collection of elements that can be operated on in parallel. This class contains the`<br>`* basic operations available on all RDDs, such as `map`, `filter`, and `persist`. In addition,`<br>`* [[org.apache.spark.rdd.PairRDDFunctions]]` contains operations available only on RDDs of key-value`<br>`* pairs, such as `groupByKey` and `join`;`<br>`* [[org.apache.spark.rdd.DoubleRDDFunctions]]` contains operations available only on RDDs of`<br>`* Doubles; and`<br>`* [[org.apache.spark.rdd.SequenceFileRDDFunctions]]` contains operations available on RDDs that`<br>`* can be saved as SequenceFiles.`<br>`* All operations are automatically available on any RDD of the right type (e.g. RDD[(Int, Int)])`<br>`* through implicit.`<br>`*`<br>`* Internally, each RDD is characterized by five main properties:`<br>`*`<br>`*  - A list of partitions`<br>`*  - A function for computing each split`<br>`*  - A list of dependencies on other RDDs`<br>`*  - Optionally, a Partitioner for key-value RDDs (e.g. to say that the RDD is hash-partitioned)`<br>`*  - Optionally, a list of preferred locations to compute each split on (e.g. block locations for`<br>`*    an HDFS file)`<br>`*`<br>`* All of the scheduling and execution in Spark is done based on these methods, allowing each RDD`<br>`* to implement its own way of computing itself. Indeed, users can implement custom RDDs (e.g. for`<br>`* reading data from a new storage system) by overriding these functions. Please refer to the`<br>`* <a href="http://people.csail.mit.edu/matei/papers/2012/nsdi_spark.pdf">Spark paper</a>`<br>`* for more details on RDD internals.`<br>`*/`<br>`abstract class RDD[T: ClassTag](`<br>`    @transient private var _sc: SparkContext,`<br>`    @transient private var deps: Seq[Dependency[_]]`<br>`  ) extends Serializable with Logging {` |

For example, an RDD is the fundamental data structure that represents an immutable, distributed collection of objects that can be processed in parallel across a cluster. It is broken into a set of partitions. A partition is a fundamental unit of parallelism in Spark and represents a logical chunk of an RDD (Resilient Distributed Dataset).

**org/apache/spark/rdd/RDD.scala**

18

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [pre]** A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | See, as further examples,<br><br>• org/apache/spark/Partitioner.scala<br>• org/apache/spark/HashPartitioner.scala<br>• org/apache/spark/RangePartitioner.scala<br>• org/apache/spark/sql/catalyst/analysis/ResolveHints.scala<br>• org/apache/spark/sql/catalyst/plans/logical/basicLogicalOperators.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The method performed by each of the Accused Instrumentalities includes partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group. For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, a data group is partitioned into a plurality of elements and distributed across nodes. This distribution of elements is called a resilient distributed dataset (RDD). The particular details are within Databricks' possession, custody, and control. |

**Overview**

At a high level, every Spark application consists of a *driver program* that runs the user's main function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

**Resilient Distributed Datasets (RDDs)**

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or *referencing* a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to parallelize (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

**RDD Programming Guide**

20

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | **Spark in Action** <br><br> Each part (piece or slice) of an RDD is called a *partition*. [2] When you load a text file from your local filesystem into Spark, for example, the file's contents are split into partitions, which are evenly distributed to nodes in a cluster. More than one partition may end up on the same node. The sum of all those partitions forms your RDD. This is where the word *distributed* in *resilient distributed dataset* comes from. Figure 4.1 shows the distribution of lines of a text file loaded into an RDD in a five-node cluster. The original file had 15 lines of text, so each RDD partition was formed with 3 lines of text. Each RDD maintains a list of its partitions and an optional list of preferred locations for computing the partitions. <br><br>  <br> Figure 4.1. Simplified look at partitions of an RDD in a five-node cluster. The RDD was created by loading a text file using the `textFile` method of `SparkContext`. The loaded text file had 15 lines of text, so each partition was formed with 3 lines of text. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into <span style="color:green">a plurality of data partitions that each have a plurality of key-value pairs</span> and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data partitions each have a plurality of key-value pairs. For example, one form of the RDDs is a pair RDD, which includes key/value pairs. The particular details are within Databricks' possession, custody, and control. |

**Learning Spark**

> Spark provides special operations on RDDs containing key/value pairs. These RDDs are called *pair RDDs*. Pair RDDs are a useful building block in many programs, as they expose operations that allow you to act on each key in parallel or regroup data across the network. For example, pair RDDs have a `reduceByKey()` method that can aggregate data separately for each key, and a `join()` method that can merge two RDDs together by grouping elements with the same key. It is common to extract fields from an RDD (representing, for instance, an event time, customer ID, or other identifier) and use those fields as keys in pair RDD operations.

**Spark in Action**

> **4.1. WORKING WITH PAIR RDDS**
>
> Storing data as key-value pairs offers a simple, general, and extensible data model because each key-value pair can be stored independently and it's easy to add new types of keys and new types of values. This extensibility and simplicity have made this practice fundamental to several frameworks and applications. For example, many popular caching systems and NoSQL databases, such as memcached and Redis, are key-value stores. Hadoop's MapReduce also operates on key-value pairs (as you can see in appendix A).
>
> Keys and values can be simple types such as integers and strings, as well as more-complex data types. Data structures traditionally used to represent key-value pairs are *associative arrays*, also called *dictionaries* in Python and *maps* in Scala and Java.
>
> In Spark, RDDs containing key-value tuples are called *pair RDDs*. Although you don't have to use data in Spark in the form of key-value pairs (as you've seen in the previous chapters), pair RDDs are well suited (and indispensable) for many use cases. Having keys along with the data enables you to aggregate, sort, and join the data, as you'll soon see. But before doing any of that, the first step is to create a pair RDD, of course.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | For example, partitioning pair RDDs is reflected in the Spark source code. |

For example, partitioning pair RDDs is reflected in the Spark source code.

**org/apache/spark/rdd/RDD.scala**

```
/**
 * An identifier for a partition in an RDD.
 */
trait Partition extends Serializable {
  /**
   * Get the partition's index within its parent RDD
   */
  def index: Int

  // A better default implementation of HashCode
  override def hashCode(): Int = index

  override def equals(other: Any): Boolean =
super.equals(other)
}
```

**org/apache/spark/rdd/RDD.scala**

```
/**
 * A Resilient Distributed Dataset (RDD), the basic abstraction in Spark. Represents an immutable,
 * partitioned collection of elements that can be operated on in parallel. This class contains the
 * basic operations available on all RDDs, such as `map`, `filter`, and `persist`. In addition,
 * [[org.apache.spark.rdd.PairRDDFunctions]] contains operations available only on RDDs of key-value
 * pairs, such as `groupByKey` and `join`;
 * [[org.apache.spark.rdd.DoubleRDDFunctions]] contains operations available only on RDDs of
 * Doubles; and
 * [[org.apache.spark.rdd.SequenceFileRDDFunctions]] contains operations available on RDDs that
 * can be saved as SequenceFiles.
 * All operations are automatically available on any RDD of the right type (e.g. RDD[(Int, Int)])
 * through implicit.
 *
 * Internally, each RDD is characterized by five main properties:
 *
 *  - A list of partitions
 *  - A function for computing each split
 *  - A list of dependencies on other RDDs
 *  - Optionally, a Partitioner for key-value RDDs (e.g. to say that the RDD is hash-partitioned)
 *  - Optionally, a list of preferred locations to compute each split on (e.g. block locations for
 *    an HDFS file)
 *
 * All of the scheduling and execution in Spark is done based on these methods, allowing each RDD
 * to implement its own way of computing itself. Indeed, users can implement custom RDDs (e.g. for
 * reading data from a new storage system) by overriding these functions. Please refer to the
 * <a href="http://people.csail.mit.edu/matei/papers/2012/nsdi_spark.pdf">Spark paper</a>
 * for more details on RDD internals.
 */
abstract class RDD[T: ClassTag](
    @transient private var _sc: SparkContext,
    @transient private var deps: Seq[Dependency[_]]
  ) extends Serializable with Logging {
```

23

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, as further examples, <br><br> • org/apache/spark/rdd/RDD.scala <br> • org/apache/spark/rdd/PairRDDFunctions.scala <br> • org/apache/spark/rdd/PairRDDFunctions.scala <br> • org/apache/spark/rdd/OrderedRDDFunctions.scala <br><br> The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, each data partition is provided to a selected one of a plurality of mapping functions. For example, the RDDs support two types of data operations: transformations and actions. Mapping functions are examples of transformation functions. The particular details are within Databricks' possession, custody, and control.  **RDD Programming Guide** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the transformation operations include narrow and wide transformations. Wide transformations (also called "shuffles") operate on data from multiple partitions. Wide transformations include aggregateByKey, reduceByKey, etc. The particular details are within Databricks' possession, custody, and control. |

**RDD Transformation Types**

There are two types are transformations.

Functions such as `map()`, `mapPartition()`, `flatMap()`, `filter()`, `union()` are some examples of narrow transformation

**Narrow Transformation**

Narrow transformations are the result of `map()` and `filter()` functions and these compute data that live on a single partition meaning there will not be any data movement between partitions to execute narrow transformations.

**Wider Transformation**

Wider transformations are the result of `groupByKey()` and `reduceByKey()` functions and these compute data that live on many partitions meaning there will be data movements between partitions to execute wider transformations. Since these shuffles the data, they also called shuffle transformations.

Functions such as `groupByKey()`, `aggregateByKey()`, `aggregate()`, `join()`, `repartition()` are some examples of a wider transformations.

**Spark RDD Transformations**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | **Apache Spark Quick Start Guide**<br><br>## Wide transformations<br><br>Wide transformations involve a shuffle of the data between the partitions. The `groupByKey()`, `reduceByKey()`, `join()`, `distinct()`, and `intersect()` are some examples of wide transformations. In the case of these transformations, the result will be computed using data from multiple partitions and thus requires a shuffle. Wide transformations are similar to the shuffle-and-sort phase of MapReduce. Let's understand the concept with the help of the following example:<br><br>  |

27

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, when executing a shuffle transformation, a map task is first run on all data partitions. The particular details are within Databricks' possession, custody, and control.

**Spark SQL Shuffle Partitions**

### What is Spark Shuffle?

Shuffling is a mechanism Spark uses to redistribute the data across different executors and even across machines. Spark shuffling triggers when we perform certain transformation operations like `gropByKey()`, `reducebyKey()`, `join()` on RDD and DataFrame.

When creating an RDD or DataFrame, Spark doesn't necessarily store the data for all keys in a partition since at the time of creation there is no way we can set the key for data set.

Hence, when we run the reduceByKey() operation to aggregate the data on keys, Spark does the following. needs to first run tasks to collect all the data from all partitions and

For example, when we perform reduceByKey() operation, Spark does the following

- Spark first runs *map* tasks on all partitions which groups all values for a single key.
- The results of the map tasks are kept in memory.
- When results do not fit in memory, Spark stores the data into a disk.
- Spark shuffles the mapped data across partitions, some times it also stores the shuffled data into a disk for reuse when it needs to recalculate.
- Run the garbage collection
- Finally runs reduce tasks on each partition based on key. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** <span style="color:red">partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | For example, ResultTask.scala generates a result task for each partition that is being processed within the Spark architecture, reflecting that Spark partitions data to, e.g., be fed into mapping functions. Specifically, the DAGScheduler creates a ResultTask for each input partition to track work for each stage of the computation.  The runTask function of that ResultTask is responsible for executing the distributed task on each input partition.<br><br>**org/apache/spark/scheduler/ResultTask.scala**<br><br>```scala
private[spark] class ResultTask[T, U](
  stageId: Int,
  stageAttemptId: Int,
  taskBinary: Broadcast[Array[Byte]],
  partition: Partition,
  numPartitions: Int,
  locs: Seq[TaskLocation],
  val outputId: Int,
  artifacts: JobArtifactSet,
  localProperties: Properties,
  serializedTaskMetrics: Array[Byte],
  jobId: Option[Int] = None,
  appId: Option[String] = None,
  appAttemptId: Option[String] = None,
  isBarrier: Boolean = false)
  extends Task[U](stageId, stageAttemptId, partition.index, numPartitions, artifacts,
    localProperties, serializedTaskMetrics, jobId, appId, appAttemptId, isBarrier)
  with Serializable {

  @transient private[this] val preferredLocs: Seq[TaskLocation] = {
    if (locs == null) Nil else locs.distinct
  }

  override def runTask(context: TaskContext): U = {
    // Deserialize the RDD and the func using the broadcast variables.
    val threadMXBean = ManagementFactory.getThreadMXBean
    val deserializeStartTimeNs = System.nanoTime()
    val deserializeStartCpuTime = if (threadMXBean.isCurrentThreadCpuTimeSupported) {
      threadMXBean.getCurrentThreadCpuTime
    } else 0L
    val ser = SparkEnv.get.closureSerializer.newInstance()
    val (rdd, func) = ser.deserialize[(RDD[T], (TaskContext, Iterator[T]) => U)](
      ByteBuffer.wrap(taskBinary.value), Thread.currentThread.getContextClassLoader)
    _executorDeserializeTimeNs = System.nanoTime() - deserializeStartTimeNs
    _executorDeserializeCpuTime = if (threadMXBean.isCurrentThreadCpuTimeSupported) {
      threadMXBean.getCurrentThreadCpuTime - deserializeStartCpuTime
    } else 0L

    func(context, rdd.iterator(partition, context))
  }
``` |

**29**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, the EnsureRequirements class ensures that input data is partitioned according to the requirements of later mapping functions by inserting Shuffle mapping operators where necessary. |

Evidence code:

```
/**
 * Ensures that the [[org.apache.spark.sql.catalyst.plans.physical.Partitioning Partitioning]]
 * of input data meets the
 * [[org.apache.spark.sql.catalyst.plans.physical.Distribution Distribution]] requirements for
 * each operator by inserting [[ShuffleExchangeExec]] Operators where required.  Also ensure that
 * the input partition ordering requirements are met.
 *
 * @param optimizeOutRepartition A flag to indicate that if this rule should optimize out
 *                               user-specified repartition shuffles or not. This is mostly true,
 *                               but can be false in AQE when AQE optimization may change the plan
 *                               output partitioning and need to retain the user-specified
 *                               repartition shuffles in the plan.
 * @param requiredDistribution The root required distribution we should ensure. This value is used
 *                             in AQE in case we change final stage output partitioning.
 */
case class EnsureRequirements(
    optimizeOutRepartition: Boolean = true,
    requiredDistribution: Option[Distribution] = None)
  extends Rule[SparkPlan] {
```

**org/apache/spark/sql/execution/exchange/EnsureRequirements.scala**

30

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, as further examples,<br><br>• org/apache/spark/sql/execution/QueryExecution.scala<br>• org/apache/spark/sql/execution/adaptive/AdaptiveExecutionExec.scala<br>• org/apache/spark/sql/execution/adaptive/ShufflePartitionsUtil.scala<br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala<br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, the Accused Instrumentalities utilize an Extract Transform Load (ETL) process, which includes providing each data partition to a selected one of a plurality of mapping functions. The particular details are within Databricks' possession, custody, and control. |

**Evidence (continued):**

## Automated and trusted data engineering

Simplify data engineering with Delta Live Tables — an easy way to build and manage data pipelines for fresh, high-quality data on Delta Lake. It helps data engineering teams by simplifying ETL development and management with declarative pipeline development, improved data reliability and cloud-scale production operations to help build the lakehouse foundation.

**Delta Lake on Databricks**

### Transform

The second step consists of transforming the raw data that has been extracted from the sources into a format that can be used by different applications. In this stage, data gets cleansed, mapped and transformed, often to a specific schema, so it meets operational needs. This process entails several types of transformation that ensure the quality and integrity of data. Data is not usually loaded directly into the target data source, but instead it is common to have it uploaded into a staging database. This step ensures a quick roll back in case something does not go as planned. During this stage, you have the possibility to generate audit reports for regulatory compliance, or diagnose and repair any data issues.

**ETL**

You can define a dataset against any query that returns a DataFrame. You can use Apache Spark built-in operations, UDFs, custom logic, and MLflow models as transformations in your Delta Live Tables pipeline. Once data has been ingested into your Delta Live Tables pipeline, you can define new datasets against upstream sources to create new streaming tables, materialized views, and views.

**Transform Data with Delta Live Table**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the plurality of mapping functions are each user-configurable. For example, when executing a shuffle transformation, a map task, defined by custom business logic, is first run on all data partitions. The particular details are within Databricks' possession, custody, and control. |

**Apache Spark Map vs. FlatMap**

## i. Spark Map Transformation

A **map** is a transformation operation in **Apache Spark.** It applies to each element of **RDD** and it returns the result as new RDD. In the Map, operation developer can define his own custom business logic. The same logic will be applied to all the elements of RDD.

Spark Map function takes one element as input process it according to custom code (specified by the developer) and returns one element at a time. Map transforms an **RDD** of length N into another RDD of length N. The input and output RDDs will typically have the same number of records.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In one example, the ShuffleExchangeExec class is a mapping function that generates intermediate data (from, e.g., a partition of parent pair RDD) to be subsequently routed to a correct node later in a shuffle process for additional processing. See prepareShuffleDependency for details on how that is accomplished.<br><br>**org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala**<br><br>```\n/**\n * A [[ShuffleDependency]] that will partition rows of its child based on\n * the partitioning scheme defined in `newPartitioning`. Those partitions of\n * the returned ShuffleDependency will be the input of shuffle.\n */\n@transient\nlazy val shuffleDependency : ShuffleDependency[Int, InternalRow, InternalRow] = {\n  val dep = ShuffleExchangeExec.prepareShuffleDependency(\n    inputRDD,\n    child.output,\n    outputPartitioning,\n    serializer,\n    writeMetrics)\n  metrics("numPartitions").set(dep.partitioner.numPartitions)\n  val executionId = sparkContext.getLocalProperty(SQLExecution.EXECUTION_ID_KEY)\n  SQLMetrics.postDriverMetricUpdates(\n    sparkContext, executionId, metrics("numPartitions") :: Nil)\n  dep\n}\n``` |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | Specifically, in one example, the HashPartitioning class is a mechanism that can be used by the ShuffleExchangeExec that is responsible for identifying which rows are in which partition based on a configurable expression and mapping the data accordingly, based on the query being executed. It also includes a number of intermediate data sets to create (inherited through trait Partitioning via HashPartitioningLike) |

**org/apache/spark/sql/catalyst/plans/physical/partitioning.scala**

```
/**
 * Represents a partitioning where rows are split up across partitions based on the hash
 * of `expressions`.  All rows where `expressions` evaluate to the same values are guaranteed to be
 * in the same partition.
 *
 * Since [[StatefulOpClusteredDistribution]] relies on this partitioning and Spark requires
 * stateful operators to retain the same physical partitioning during the lifetime of the query
 * (including restart), the result of evaluation on `partitionIdExpression` must be unchanged
 * across Spark versions. Violation of this requirement may bring silent correctness issue.
 */
case class HashPartitioning(expressions: Seq[Expression], numPartitions: Int)
  extends HashPartitioningLike {

  override def createShuffleSpec(distribution: ClusteredDistribution): ShuffleSpec =
    HashShuffleSpec(this, distribution)

  /**
   * Returns an expression that will produce a valid partition ID(i.e. non-negative and is less
   * than numPartitions) based on hashing expressions.
   */
  def partitionIdExpression: Expression = Pmod(new Murmur3Hash(expressions), Literal(numPartitions))

  override protected def withNewChildrenInternal(
    newChildren: IndexedSeq[Expression]): HashPartitioning = copy(expressions = newChildren)
}
```

```
/**
 * Describes how an operator's output is split across
 * partitions. It has 2 major properties:
 *  1. number of partitions.
 *  2. if it can satisfy a given distribution.
 */
trait Partitioning {
  /** Returns the number of partitions that the data
 is split across */
  val numPartitions: Int
```

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, ZippedPartitionsRDD.scala reflects that RDDs and/or partitions thereof are provided to mapping functions to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group. ZippedPartitionsRDD.scala receives intermediate data generated from mapping functions (e.g., ShuffleExchangeExec) and packages the intermediate data together to be ultimately transmitted to, e.g., SortMergeJoinExec.scala for reduction. Specifically, the ZippedPartitionsPartition creates an abstraction which contains multiple sets of intermediate data as a single "partition" to be passed along in the processing chain. In this example, the abstraction represents the 2 sets of intermediate data which have a different schema and share a join key. |

```scala
private[spark] class ZippedPartitionsPartition(
    idx: Int,
    @transient private val rdds: Seq[RDD[_]],
    @transient val preferredLocations: Seq[String])
  extends Partition {

  override val index: Int = idx
  var partitionValues = rdds.map(rdd => rdd.partitions(idx))
  def partitions: Seq[Partition] = partitionValues

  @throws(classOf[IOException])
  private def writeObject(oos: ObjectOutputStream): Unit = Utils.tryOrIOException {
    // Update the reference to parent split at the time of task serialization
    partitionValues = rdds.map(rdd => rdd.partitions(idx))
    oos.defaultWriteObject()
  }
}
```

**org/apache/spark/rdd/ZippedPartitionsRDD.scala**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, ShuffleExchangeExec (e.g., mapping function) is user-configurable. When a ShuffleExchangeExec has been added to execution (via EnsureRequirements for example) Spark calls the internal function prepareShuffleDependency which instructs the scheduler on how to physically shuffle the data. it includes as input a "newPartitioning" configuration variable which can include a user defined expression (e.g. DeptId), which the mapping function uses to complete the mapping.<br><br>`/**`<br>` * Returns a [[ShuffleDependency]] that will partition rows of its child based on`<br>` * the partitioning scheme defined in `newPartitioning`. Those partitions of`<br>` * the returned ShuffleDependency will be the input of shuffle.`<br>` */`<br>`def prepareShuffleDependency(`<br>`    rdd: RDD[InternalRow],`<br>`    outputAttributes: Seq[Attribute],`<br>`    newPartitioning: Partitioning,`<br>`    serializer: Serializer,`<br>`    writeMetrics: Map[String, SQLMetric])`<br>` : ShuffleDependency[Int, InternalRow, InternalRow] = {`<br><br>**org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:magenta">providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,</span> | In another example, when the Accused Instrumentalities perform a join operation on data having different schemas, there is a left side and a right side, each of which is represented by RDDs characterized by different schema. The mapping function is responsible for identifying in its respective partition which field is the "key" field, which is then used later in the join operation. Such fields can be named differently between the differing schema. Thus, the mapping functions are necessarily different and selected for a partition based on the data group and schema that the RDD originated from.<br><br>Demonstrating this, the Accused Instrumentalities can insert two ShuffleExchangeExec nodes into the execution tree, which appear as follows: |

```
case class ShuffleExchangeExec(
        override val outputPartitioning: Partitioning,
        child: SparkPlan,
        shuffleOrigin: ShuffleOrigin = ENSURE_REQUIREMENTS,
        advisoryPartitionSize: Option[Long] = None)
extends ShuffleExchangeLike {
```

**org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala**

The "outputPartitioning" parameter will be configured per RDD, and be an instance of, for example, a HashPartitioning class which has been configured with the field(s) to hash the RDD on. In such an example, there are two HashPartitioning classes, each of which has a different field (stored in a variable called "expressions") which it will hash from each row of the RDD in order to generate the partitions.

```
trait HashPartitioningLike extends Expression with Partitioning with Unevaluable {
    def expressions: Seq[Expression]
```

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of <span style="color:magenta">a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,</span> | In another example, Spark will insert ShuffleMapStages into the query execution graph to produce data used for a shuffle map operation, meaning that the user-made query defines the shuffle stages. Those shuffle operations are physically executed via the ShuffleExchangeExec class. |

### org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala

```
/**
 * ShuffleMapStages are intermediate stages in the execution DAG that produce data for a shuffle.
 * They occur right before each shuffle operation, and might contain multiple pipelined operations
 * before that (e.g. map and filter). When executed, they save map output files that can later be
 * fetched by reduce tasks. The `shuffleDep` field describes the shuffle each stage is part of,
 * and variables like `outputLocs` and `numAvailableOutputs` track how many map outputs are ready.
 *
 * ShuffleMapStages can also be submitted independently as jobs with DAGScheduler.submitMapStage.
 * For such stages, the ActiveJobs that submitted them are tracked in `mapStageJobs`. Note that
 * there can be multiple ActiveJobs trying to compute the same shuffle map stage.
 */
private[spark] class ShuffleMapStage(
    id: Int,
    rdd: RDD[_],
    numTasks: Int,
    parents: List[Stage],
    firstJobId: Int,
    callSite: CallSite,
    val shuffleDep: ShuffleDependency[_, _, _],
    mapOutputTrackerMaster: MapOutputTrackerMaster,
    resourceProfileId: Int)
  extends Stage(id, rdd, numTasks, parents, firstJobId, callSite, resourceProfileId) {

  private[this] var _mapStageJobs: List[ActiveJob] = Nil
```

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, the intermediate data output from ShuffleExchangeExec is identifiable to the original RDD from which it came, such as via, e.g., metadata (an example of which is discussed in Claim 3 with respect to ZippedPartitionsRDD), the query graph generated by Spark, and via maintaining the "left" and "right" orientations assigned to the data groups being joined as specified in a user query. This is apparent through, e.g., SortMergeJoinEvaluatorFactory.scala (an example of the reducing phase) which comprehends which intermediate data (generated by, e.g., one instantiation of ShuffleExchangeExec) should be on the "left" side of the join, and which intermediate data (generated by, e.g., another instantiation of ShuffleExchangeExec) should be on the "right" side of the join, after both sets of intermediate data have been packaged up by ZippedPartitionsRDD.<br><br>**org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala**<br><br>case class SortMergeJoinExec(<br>    *leftKeys*: Seq[Expression],<br>    *rightKeys*: Seq[Expression],<br>    *joinType*: JoinType,<br>    *condition*: Option[Expression],<br>    *left*: SparkPlan,<br>    *right*: SparkPlan,<br>    *isSkewJoin*: Boolean = false) extends ShuffledJoin {<br><br>**org/apache/spark/rdd/ZippedPartitionsRDD.scala** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, as further examples, <br><br> • org/apache/spark/shuffle/sort/SortShuffleWriter.scala <br> • org/apache/spark/shuffle/sort/SortShuffleManager.scala <br> • org/apache/spark/shuffle/ShuffleManager.scala <br> • org/apache/spark/shuffle/ShuffleWriteProcessor.scala <br> • org/apache/spark/shuffle/ShuffleWriter.scala <br> The particular details are within Databricks' possession, custody, and control. |

41

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, when a mapping function is applied, intermediate files are created for that partition, and, upon information and belief, the intermediate data is identifiable to the data group from which it originated. The particular details are within Databricks' possession, custody, and control. |

**Spark in Action**

### 4.2.2. Understanding and avoiding unnecessary shuffling

Physical movement of data between partitions is called *shuffling*. It occurs when data from multiple partitions needs to be combined in order to build partitions for a new RDD. When grouping elements by key, for example, Spark needs to examine all of the RDD's partitions, find elements with the same key, and then physically group them, thus forming new partitions.

To visualize what happens with partitions during a shuffle, we'll use the previous example with the aggregateByKey transformation (from section 4.1.2). The shuffle that occurs during that transformation is illustrated in figure 4.2.

The transform function puts all values of each key in a single partition (partitions P1 to P3) into a list. Spark then writes this data to intermediate files on each node. In the next phase, the merge function is called to merge lists from different partitions, but of the same key, into a single list for each key. The default partitioner (HashPartitioner) then kicks in and puts each key in its proper partition.

Tasks that immediately precede and follow the shuffle are called *map* and *reduce* tasks, respectively. The results of *map* tasks are written to intermediate files (often to the OS's filesystem cache only) and read by reduce tasks. In addition to being written to disk, the data is sent over the network, so it's important to try to minimize the number of shuffles during Spark jobs.

42

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In this example, the aggregateByKey transformation operation (shuffle) is performed on three exemplary partitions. The particular details are within Databricks' possession, custody, and control.<br><br>**Spark in Action**<br><br> |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form **corresponding intermediate data** for that data group and **identifiable to that data group,** | In the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, such that the processing architecture can distinguish between intermediate data based on the data group from which it came. The particular details are within Databricks' possession, custody, and control. |

**Hints**

## Join Hints

Join hints allow users to suggest the join strategy that Spark should use. Prior to Spark 3.0, only the BROADCAST Join Hint was supported. MERGE, SHUFFLE_HASH and SHUFFLE_REPLICATE_NL Joint Hints support was added in 3.0. When different join strategy hints are specified on both sides of a join, Spark prioritizes hints in the following order: BROADCAST over MERGE over SHUFFLE_HASH over SHUFFLE_REPLICATE_NL. When both sides are specified with the BROADCAST hint or the SHUFFLE_HASH hint, Spark will pick the build side based on the join type and the sizes of the relations. Since a given strategy may not support all join types, Spark is not guaranteed to use the join strategy suggested by the hint.

### Join Hints Types

- **BROADCAST**

  Suggests that Spark use broadcast join. The join side with the hint will be broadcast regardless of autoBroadcastJoinThreshold. If both sides of the join have the broadcast hints, the one with the smaller size (based on stats) will be broadcast. The aliases for BROADCAST are BROADCASTJOIN and MAPJOIN.

- **MERGE**

  Suggests that Spark use shuffle sort merge join. The aliases for MERGE are SHUFFLE_MERGE and MERGEJOIN.

- **SHUFFLE_HASH**

  Suggests that Spark use shuffle hash join. If both sides have the shuffle hash hints, Spark chooses the smaller side (based on stats) as the build side.

- **SHUFFLE_REPLICATE_NL**

  Suggests that Spark use shuffle-and-replicate nested loop join.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, as further examples, <br><br> • org/apache/spark/sql/catalyst/plans/JoinStrategyHints.scala <br> • org/apache/spark/sql/DataFrameJoinSuite.scala <br> • org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala <br> • org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala <br> • org/apache/spark/sql/execution/joins/ShuffledHashJoinExec.scala <br> • org/apache/spark/sql/execution/joins/JoinSelection.scala <br> • org/apache/spark/sql/execution/QueryExecution.scala <br> • org/apache/spark/sql/catalyst/plans/QueryPlan.scala <br> • org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala <br><br> The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In summary, and in one example, for a join operation, Spark will create an execution plan which will execute a mapping function which reads into memory the partitions of input pair RDDs, filters the input RDD for null values against the key fields being joined, and hashpartitions the partitions of the input RDDs according to the key fields being joined (all via, e.g., ShuffleExchangeExec). The resulting intermediate data is sorted according to the key field being joined (via, e.g., SortExec). A shuffle step then sends the intermediate data with the same key to the same reducing executor (via, e.g., ShuffleExchangeExec). In short, the output from the mapping functions (e.g., ShuffleExchangeExec) is a plurality of lists of values for each of a set of keys found in the data partition that was fed to the mapping function, i.e., intermediate data. The intermediate data is represented as RDDs for each data group being used in the join operation. The intermediate data is processed further by ZippedPartitionsRDD to package up the intermediate data to be fed to the reducing phase (e.g., SortMergeJoinExec, HashJoin.innerJoin, etc.).<br><br>**org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala**<br>**org/apache/spark/sql/execution/SortExec.scala**<br>**org/apache/spark/rdd/ZippedPartitionsRDD.scala** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. For example, Spark and Delta Lake support multiple types of structured data, each with its own schema. The particular details are within Databricks' possession, custody, and control.

**Spark SQL**

**Structured Data with Spark SQL**

Spark SQL is a component added in Spark 1.0 that is quickly becoming Spark's preferred way to work with structured and semistructured data. By structured data, we mean data that has a *schema*—that is, a consistent set of fields across data records. Spark SQL supports multiple structured data sources as input, and because it understands their schema, it can efficiently read only the fields you require from these data sources. We will cover Spark SQL in more detail in **Chapter 9**, but for now, we show how to use it to load data from a few common sources.

**Apache Hive**

One common structured data source on Hadoop is Apache Hive. Hive can store tables in a variety of formats, from plain text to column-oriented formats, inside HDFS or other storage systems. Spark SQL can load any table supported by Hive.

**JSON**

If you have JSON data with a consistent schema across records, Spark SQL can infer their schema and load this data as rows as well, making it very simple to pull out the fields you need. To load JSON data, first create a `HiveContext` as when using Hive. (No installation of Hive is needed in this case, though—that is, you don't need a *hive-site.xml* file.) Then use the `HiveContext.jsonFile` method to get an RDD of Row objects for the whole file. Apart from using the whole Row object, you can also register this RDD as a table and select specific fields from it. For example, suppose that we had a JSON file containing tweets in the format shown in **Example 5-33**, one per line. |

47

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and |  |

**Delta Lake on Databricks**

**Learning Spark**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | **Spark SQL, DataFrames and Datasets Guide**<br><br>**Inferring the Schema Using Reflection**<br><br>Scala  Java  Python<br><br>The Scala interface for Spark SQL supports automatically converting an RDD containing case classes to a DataFrame. The case class defines the schema of the table. The names of the arguments to the case class are read using reflection and become the names of the columns. Case classes can also be nested or contain complex types such as `Seq`s or `Array`s. This RDD can be implicitly converted to a DataFrame and then be registered as a table. Tables can be used in subsequent SQL statements.<br><br>**Programmatically Specifying the Schema**<br><br>Scala  Java  Python<br><br>When case classes cannot be defined ahead of time (for example, the structure of records is encoded in a string, or a text dataset will be parsed and fields will be projected differently for different users), a `DataFrame` can be created programmatically with three steps.<br><br>1. Create an RDD of `Row`s from the original RDD;<br>2. Create the schema represented by a `StructType` matching the structure of `Row`s in the RDD created in Step 1.<br>3. Apply the schema to the RDD of `Row`s via `createDataFrame` method provided by `SparkSession`. |

49

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | For example, SortMergeJoinEvaluatorFactory.scala and SortMergeJoinExec.scala accomplish joinder of data of different schema that is passed to these functions. E.g., data from an employees table can be joined with data from a departments table (an example of a schema for each of these tables is provided below). In SortMergeJoinEvaluatorFactory.scala, the "left" and "right" data can have different schemas. Specifically, the SortMergeJoinEvaluatorFactory creates an iterator which is used by SortMergeJoinExec passing the left and right side tables of the join to orchestrate iteration over the rows of the partition. |

### org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala

```
class SortMergeJoinEvaluatorFactory(
    leftKeys: Seq[Expression],
    rightKeys: Seq[Expression],
    joinType: JoinType,
    condition: Option[Expression],
    left: SparkPlan,
    right: SparkPlan,
    output: Seq[Attribute],
    inMemoryThreshold: Int,
    spillThreshold: Int,
    numOutputRows: SQLMetric,
    spillSize: SQLMetric,
    onlyBufferFirstMatchedRow: Boolean)
  extends PartitionEvaluatorFactory[InternalRow, InternalRow] {
```

**Example data schema for SortMergeJoinEvaluatorFactory.scala**

```
scala> employees_df.printSchema
root
 |-- DeptId: string (nullable = true)
 |-- Empname: string (nullable = true)


scala> departments_df.printSchema
root
 |-- DeptId: string (nullable = true)
 |-- DeptName: string (nullable = true)
```

50

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and <span style="color:red">the data of the first data group is mapped differently than the data of the second data group so that</span> <span style="color:orange">different lists of values are output for the corresponding different intermediate data</span>, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data. The particular details are within Databricks' possession, custody, and control. |



**Spark in Action**

**LanguageManual Transform**

Transform/Map-Reduce Syntax

Users can also plug in their own custom mappers and reducers in the data stream by using features natively supported in the Hive language. e.g. in order to run a custom mapper script - map_script - and a custom reducer script - reduce_script - the user can issue the following command which uses the TRANSFORM clause to embed the mapper and the reducer scripts.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and <span style="color:red">the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data</span>, wherein the different schema and corresponding different intermediate data have a key in common; and | In one example, when creating a HashPartioning mechanism (which is a mechanism used by the ShuffleExchangeExec mapping function), EnsureRequirements will use a reference to an expression which may, for example, reference an AttributeReference to identify which field of the data group to hash for the portioning operation. This will be different per data group as the AttributeReference is globally unique across all data groups created in the system. |

**org/apache/spark/sql/catalyst/plans/ physical/partitioning.scala**

```scala
case class HashPartitioning(expressions:
Seq[Expression], numPartitions: Int)
    extends HashPartitioningLike {

    override def createShuffleSpec(distribution:
ClusteredDistribution): ShuffleSpec =
        HashShuffleSpec(this, distribution)
```

**org/apache/spark/sql/catalyst/expressions/namedExpressions.scala**

```scala
/**
 * A reference to an attribute produced by another operator in the tree.
 *
 * @param name The name of this attribute, should only be used during analysis or for debugging.
 * @param dataType The [[DataType]] of this attribute.
 * @param nullable True if null is a valid value for this attribute.
 * @param metadata The metadata of this attribute.
 * @param exprId A globally unique id used to check if different AttributeReferences refer to the
 *               same attribute.
 * @param qualifier An optional string that can be used to referred to this attribute in a fully
 *                  qualified way. Consider the examples tableName.name, subQueryAlias.name.
 *                  tableName and subQueryAlias are possible qualifiers.
 */
case class AttributeReference(
    name: String,
    dataType: DataType,
    nullable: Boolean = true,
    override val metadata: Metadata = Metadata.empty)(
    val exprId: ExprId = NamedExpression.newExprId,
    val qualifier: Seq[String] = Seq.empty[String])
extends Attribute with Unevaluable {
```

52

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the different schema and corresponding different intermediate data have a key in common. The particular details are within Databricks' possession, custody, and control. |



**Spark in Action**

Figure 4.2. A shuffle during the example `aggregateByKey` transformation on an RDD with three partitions. The transform function, passed to `aggregateByKey`, merges values in partitions. The merge function merges values between partitions during the shuffle phase. Intermediate files hold values merged per partition and are used during the shuffle phase.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In one example, the SortMergeJoinExec contains a reference to leftKeys and rightKeys that are a key in common for the different schemas. This may, for example, be references to an AttributeReference. |

```
case class SortMergeJoinExec(
    leftKeys: Seq[Expression],
    rightKeys: Seq[Expression],
    joinType: JoinType,
    condition: Option[Expression],
    left: SparkPlan,
    right: SparkPlan,
    isSkewJoin: Boolean = false) extends ShuffledJoin {
```

**org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The method performed by each of the Accused Instrumentalities includes reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common. For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the intermediate data is reduced to an output data group via merging the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control.<br><br>**Spark SQL Shuffle Partitions**<br><br>**What is Spark Shuffle?**<br><br>Shuffling is a mechanism Spark uses to redistribute the data across different executors and even across machines. Spark shuffling triggers when we perform certain transformation operations like `gropByKey()`, `reducebyKey()`, `join()` on RDD and DataFrame.<br><br>When creating an RDD or DataFrame, Spark doesn't necessarily store the data for all keys in a partition since at the time of creation there is no way we can set the key for data set.<br><br>Hence, when we run the reduceByKey() operation to aggregate the data on keys, Spark does the following. needs to first run tasks to collect all the data from all partitions and<br><br>For example, when we perform reduceByKey() operation, Spark does the following<br><br>• Spark first runs map tasks on all partitions which groups all values for a single key.<br>• The results of the map tasks are kept in memory.<br>• When results do not fit in memory, Spark stores the data into a disk.<br>• Spark shuffles the mapped data across partitions, some times it also stores the shuffled data into a disk for reuse when it needs to recalculate.<br>• Run the garbage collection<br>• Finally runs reduce tasks on each partition based on key. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** <span style="color:red">reducing the intermediate data for the data groups to at least one output data group</span>, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, <span style="color:orange">so as to result in a merging of the corresponding different intermediate data based on the key in common</span>, | **Spark in Action**<br><br>**4.2.2. Understanding and avoiding unnecessary shuffling**<br><br>Physical movement of data between partitions is called *shuffling*. It occurs when data from multiple partitions needs to be combined in order to build partitions for a new RDD. When grouping elements by key, for example, Spark needs to examine all of the RDD's partitions, find elements with the same key, and then physically group them, thus forming new partitions.<br><br>To visualize what happens with partitions during a shuffle, we'll use the previous example with the aggregateByKey transformation (from section 4.1.2). The shuffle that occurs during that transformation is illustrated in figure 4.2.<br><br>The transform function puts all values of each key in a single partition (partitions P1 to P3) into a list. Spark then writes this data to intermediate files on each node. In the next phase, the merge function is called to merge lists from different partitions, but of the same key, into a single list for each key. The default partitioner (HashPartitioner) then kicks in and puts each key in its proper partition.<br><br>Tasks that immediately precede and follow the shuffle are called *map* and *reduce tasks*, respectively. The results of map tasks are written to intermediate files (often to the OS's filesystem cache only) and read by reduce tasks. In addition to being written to disk, the data is sent over the network, so it's important to try to minimize the number of shuffles during Spark jobs. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | **Spark in Action**  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | In one example, and as explained above, SortMergeJoinEvaluatorFactory creates an Iterator[InternalRow] which is used by SortMergeJoinExec. Inside of SortMergeJoinExec, the SortMergeJoinScanner is used to match up individual rows via the group-specific iterators. This shows that intermediate data (received from ZippedPartitionRDD) is processed in a manner defined to correspond to the particular data group, i.e., via specific iterators. |

```
class SortMergeJoinEvaluatorFactory(
    leftKeys: Seq[Expression],
    rightKeys: Seq[Expression],
    joinType: JoinType,
    condition: Option[Expression],
    left: SparkPlan,
    right: SparkPlan,
    output: Seq[Attribute],
    inMemoryThreshold: Int,
    spillThreshold: Int,
    numOutputRows: SQLMetric,
    spillSize: SQLMetric,
    onlyBufferFirstMatchedRow: Boolean)
  extends PartitionEvaluatorFactory[InternalRow, InternalRow] {
  override def createEvaluator(): PartitionEvaluator[InternalRow, InternalRow] =
    new SortMergeJoinEvaluator
```

**org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala**

```
private class SortMergeJoinEvaluator extends PartitionEvaluator[InternalRow, InternalRow] {

  private def cleanupResources(): Unit = {
    IndexedSeq(left, right).foreach(_.cleanupResources())
  }
  private def createLeftKeyGenerator(): Projection =
    UnsafeProjection.create(leftKeys, left.output)

  private def createRightKeyGenerator(): Projection =
    UnsafeProjection.create(rightKeys, right.output)

  override def eval(
      partitionIndex: Int,
      inputs: Iterator[InternalRow]*): Iterator[InternalRow] = {
    assert(inputs.length == 2)
    val leftIter = inputs(0)
    val rightIter = inputs(1)

    val boundCondition: InternalRow => Boolean = {
      condition.map { cond =>
        Predicate.create(cond, left.output ++ right.output).eval _
      }.getOrElse {
        (r: InternalRow) => true
      }
    }

    // An ordering that can be used to compare keys from both sides.
    val keyOrdering = RowOrdering.createNaturalAscendingOrdering(leftKeys.map(_.dataType))
    val resultProj: InternalRow => InternalRow = UnsafeProjection.create(output, output)
```

58

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | joinRow creates an output from joining sets of keys in the left and right data. |

**org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala**

```scala
joinType match {
  case _: InnerLike =>
    new RowIterator {
      private[this] var currentLeftRow: InternalRow = _
      private[this] var currentRightMatches: ExternalAppendOnlyUnsafeRowArray = _
      private[this] var rightMatchesIterator: Iterator[UnsafeRow] = null
      private[this] val smjScanner = new SortMergeJoinScanner(
        createLeftKeyGenerator(),
        createRightKeyGenerator(),
        keyOrdering,
        RowIterator.fromScala(leftIter),
        RowIterator.fromScala(rightIter),
        inMemoryThreshold,
        spillThreshold,
        spillSize,
        cleanupResources)
      private[this] val joinRow = new JoinedRow

      if (smjScanner.findNextInnerJoinRows()) {
        currentRightMatches = smjScanner.getBufferedMatches
        currentLeftRow = smjScanner.getStreamedRow
        rightMatchesIterator = currentRightMatches.generateIterator()
      }

    }.toScala
```

```scala
override def advanceNext(): Boolean = {
  while (rightMatchesIterator != null) {
    if (!rightMatchesIterator.hasNext) {
      if (smjScanner.findNextInnerJoinRows()) {
        currentRightMatches = smjScanner.getBufferedMatches
        currentLeftRow = smjScanner.getStreamedRow
        rightMatchesIterator = currentRightMatches.generateIterator()
      } else {
        currentRightMatches = null
        currentLeftRow = null
        rightMatchesIterator = null
        return false
      }
    }
    joinRow(currentLeftRow, rightMatchesIterator.next())
    if (boundCondition(joinRow)) {
      numOutputRows += 1
      return true
    }
  }
  false
}

override def getRow: InternalRow = resultProj(joinRow)
}.toScala
```

59

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The SortMergeJoinScanner.findNextInnerJoinRows function is responsible for identifying the actual matches between the left side and right side keys. It advances both input iterators, returning true if it finds rows with matching join keys. |

```scala
final def findNextInnerJoinRows(): Boolean = {
  while (advancedStreamed() && streamedRowKey.anyNull()) {
    // Advance the streamed side of the join until we find the next row whose join key contains
    // no nulls or we hit the end of the streamed iterator.
  }
  val found = if (streamedRow == null) {
    // We have consumed the entire streamed iterator, so there can be no more matches.
    matchJoinKey = null
    bufferedMatches.clear()
    false
  } else if (matchJoinKey != null && keyOrdering.compare(streamedRowKey, matchJoinKey) == 0) {
    // The new streamed row has the same join key as the previous row, so return the same matches.
    true
  } else if (bufferedRow == null) {
    // The streamed row's join key does not match the current batch of buffered rows and there are
    // no more rows to read from the buffered iterator, so there can be no more matches.
    matchJoinKey = null
    bufferedMatches.clear()
    false
  } else {
    // Advance both the streamed and buffered iterators to find the next pair of matching rows.
    var comp = keyOrdering.compare(streamedRowKey, bufferedRowKey)
    do {
      if (streamedRowKey.anyNull()) {
        advancedStreamed()
      } else {
        assert(!bufferedRowKey.anyNull())
        comp = keyOrdering.compare(streamedRowKey, bufferedRowKey)
        if (comp > 0) advancedBufferedToRowWithNullFreeJoinKey()
        else if (comp < 0) advancedStreamed()
      }
    }
```

```scala
  } while (streamedRow != null && bufferedRow != null && comp != 0)
  if (streamedRow == null || bufferedRow == null) {
    // We have either hit the end of one of the iterators, so there can be no more
    matches.
    matchJoinKey = null
    bufferedMatches.clear()
    false
  } else {
    // The streamed row's join key matches the current buffered row's join, so walk through the
    // buffered iterator to buffer the rest of the matching rows.
    assert(comp == 0)
    bufferMatchingRows()
    true
  }
  }
  if (!found) eagerCleanupResources()
  found
}
```

**org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala**

60

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The Spark execution plan uses the "SortMergeJoinExec.doExecute" function to instruct the executors to reduce the intermediate data to a at least one output data group. It specifies the intermediate "left" and "right" data groups, which correspond to data groups which may be of a different schema. SortMergeJoinExec executes the zipPartitions function to create a ZippedPartitionsRDD2 identifying the 2 RDDs corresponding to the join operation. |

**org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala**

```
protected override def doExecute(): RDD[InternalRow] = {
  val numOutputRows = longMetric("numOutputRows")
  val spillSize = longMetric("spillSize")
  val spillThreshold = getSpillThreshold
  val inMemoryThreshold = getInMemoryThreshold
  val evaluatorFactory = new SortMergeJoinEvaluatorFactory(
    leftKeys,
    rightKeys,
    joinType,
    condition,
    left,
    right,
    output,
    inMemoryThreshold,
    spillThreshold,
    numOutputRows,
    spillSize,
    onlyBufferFirstMatchedRow
  )
  if (conf.usePartitionEvaluator) {
    left.execute().zipPartitionsWithEvaluator(right.execute(), evaluatorFactory)
  } else {
    left.execute().zipPartitions(right.execute()) { (leftIter, rightIter) =>
      val evaluator = evaluatorFactory.createEvaluator()
      evaluator.eval(0, leftIter, rightIter)
    }
  }
}
```

**org/apache/spark/rdd/ZippedPartitionsRDD.scala**

```
private[spark] class ZippedPartitionsRDD2[A: ClassTag,
  B: ClassTag, V: ClassTag](
    sc: SparkContext,
    var f: (Iterator[A], Iterator[B]) => Iterator[V],
    var rdd1: RDD[A],
    var rdd2: RDD[B],
    preservesPartitioning: Boolean = false)
  extends ZippedPartitionsBaseRDD[V](sc, List(rdd1,
rdd2), preservesPartitioning) {
```

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The ZippedPartitionsRDD2 created in the previous step is wrapped in a ZippedPartitionsPartition prior to being processed by the SortMergeJoinEvaluatorFactory via the evaluator.eval(0, leftIter, rightIter) function, which reduces the intermediate data identified by the leftIter and rightIter variables. |

**org/apache/spark/rdd/ZippedPartitionsRDD.scala**

```scala
override def getPartitions: Array[Partition] = {
  val numParts = rdds.head.partitions.length
  if (!rdds.forall(rdd => rdd.partitions.length == numParts)) {
    throw new IllegalArgumentException(
      s"Can't zip RDDs with unequal numbers of partitions:
${rdds.map(_.partitions.length)}")
  }
  Array.tabulate[Partition](numParts) { i =>
    val prefs = rdds.map(rdd => rdd.preferredLocations(rdd.partitions(i)))
    // Check whether there are any hosts that match all RDDs; otherwise return the union
    val exactMatchLocations = prefs.reduce((x, y) => x.intersect(y))
    val locs = if (!exactMatchLocations.isEmpty) exactMatchLocations else prefs.flatten.distinct
    new ZippedPartitionsPartition(i, rdds, locs)
  }
}
```

```scala
private class SortMergeJoinEvaluator extends PartitionEvaluator[InternalRow, InternalRow] {

  private def cleanupResources(): Unit = {
    IndexedSeq(left, right).foreach(_.cleanupResources())
  }
  private def createLeftKeyGenerator(): Projection =
    UnsafeProjection.create(leftKeys, left.output)

  private def createRightKeyGenerator(): Projection =
    UnsafeProjection.create(rightKeys, right.output)

  override def eval(
    partitionIndex: Int,
    inputs: Iterator[InternalRow]*): Iterator[InternalRow] = {
    assert(inputs.length == 2)
    val leftIter = inputs(0)
    val rightIter = inputs(1)
```

**org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The SortMergeJoinEvaluator uses SortMergeJoinScanner to reduce the two intermediate data groups into at least one output data group.<br><br>org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala<br><br>case _: InnerLike =><br>  new RowIterator {<br>    private[this] var *currentLeftRow*: InternalRow = _<br>    private[this] var *currentRightMatches*: ExternalAppendOnlyUnsafeRowArray<br>= _<br>    private[this] var *rightMatchesIterator*: Iterator[UnsafeRow] = null<br>    private[this] val *smjScanner* = new SortMergeJoinScanner(<br>      createLeftKeyGenerator(),<br>      createRightKeyGenerator(),<br>      keyOrdering,<br>      RowIterator.*fromScala*(leftIter),<br>      RowIterator.*fromScala*(rightIter),<br>      inMemoryThreshold,<br>      spillThreshold,<br>      spillSize,<br>      cleanupResources)<br>    private[this] val *joinRow* = new JoinedRow |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The SortMergeJoinEvaluatorFactory uses the JoinedRow class (aliased to "joinRow") to represent two rows of key values pairs as a single row. |

org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala

```
override def advanceNext(): Boolean = {
  while (rightMatchesIterator != null) {
    if (!rightMatchesIterator.hasNext) {
      if (smjScanner.findNextInnerJoinRows()) {
        currentRightMatches = smjScanner.getBufferedMatches
        currentLeftRow = smjScanner.getStreamedRow
        rightMatchesIterator = currentRightMatches.generateIterator()
      } else {
        currentRightMatches = null
        currentLeftRow = null
        rightMatchesIterator = null
        return false
      }
    }
    joinRow(currentLeftRow, rightMatchesIterator.next())
    if (boundCondition(joinRow)) {
      numOutputRows += 1
      return true
    }
  }
  false
}
```

```
/**
 * A mutable wrapper that makes two rows appear as a single concatenated row. Designed to
 * be instantiated once per thread and reused.
 */
class JoinedRow extends InternalRow {
  private[this] var row1: InternalRow = _
  private[this] var row2: InternalRow = _
```

org/apache/spark/sql/catalyst/expressions/JoinedRow.scala

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | Further, MapPartitionsRDD is a class or wrapper function which takes as input an RDD and a function to apply to that RDD. It takes RDDs of Type (ClassTag) T to rows of Type (ClassTag) U. Compute() executes a function (f) where f(T) => U. In this example, the function is SortJoinMergeExec, and it takes a left side row and creates new rows with matching keys concatenating values from both tables by applying SortJoinMergeExec to the ZippedPartitionRDD output. |

**org/apache/spark/rdd/ MapPartitionsRDD.scala**

```
 * An RDD that applies the provided function to every partition of the parent RDD.
 *
 * @param prev the parent RDD.
 * @param f The function used to map a tuple of (TaskContext, partition index, input iterator) to
 *           an output iterator.
 * @param preservesPartitioning Whether the input function preserves the partitioner, which should
 *                               be `false` unless `prev` is a pair RDD and the input function
 *                               doesn't modify the keys.
 * @param isFromBarrier Indicates whether this RDD is transformed from an RDDBarrier, a stage
 *                       containing at least one RDDBarrier shall be turned into a barrier stage.
 * @param isOrderSensitive whether or not the function is order-sensitive. If it's order
 *                          sensitive, it may return totally different result when the input order
 *                          is changed. Mostly stateful functions are order-sensitive.
 */
private[spark] class MapPartitionsRDD[U: ClassTag, T: ClassTag](
    var prev: RDD[T],
    f: (TaskContext, Int, Iterator[T]) => Iterator[U],  // (TaskContext, partition index, iterator)
    preservesPartitioning: Boolean = false,
    isFromBarrier: Boolean = false,
    isOrderSensitive: Boolean = false)
  extends RDD[U](prev) {

  override val partitioner = if (preservesPartitioning) firstParent[T].partitioner else None

  override def getPartitions: Array[Partition] = firstParent[T].partitions

  override def compute(split: Partition, context: TaskContext): Iterator[U] =
    f(context, split.index, firstParent[T].iterator(split, context))
```

65

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | As another example, HashJoin.innerJoin is a different mechanism (i.e., different from SortMergeJoinExec) to join two different tables. In the case of a Hash Join, a hash table is created based on the join key of the smaller dataset and then looping over the larger dataset to match the hashed join key fields, showing that the sets of intermediate data are processed in a way that corresponds to their data groups. |

```scala
private def innerJoin(
    streamIter: Iterator[InternalRow],
    hashedRelation: HashedRelation): Iterator[InternalRow] = {
  val joinRow = new JoinedRow
  val joinKeys = streamSideKeyGenerator()

  if (hashedRelation == EmptyHashedRelation) {
    Iterator.empty
  } else if (hashedRelation.keyIsUnique) {
    streamIter.flatMap { srow =>
      joinRow.withLeft(srow)
      val matched = hashedRelation.getValue(joinKeys(srow))
      if (matched != null) {
        Some(joinRow.withRight(matched)).filter(boundCondition)
      } else {
        None
      }
    }
  } else {
    streamIter.flatMap { srow =>
      joinRow.withLeft(srow)
      val matches = hashedRelation.get(joinKeys(srow))
      if (matches != null) {
        matches.map(joinRow.withRight).filter(boundCondition)
      } else {
        Seq.empty
      }
    }
  }
}
```

**org/apache/spark/sql/execution/joins/HashJoin.scala**

66

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | In summary, and in one example, intermediate data packaged by ZippedPartitionsRDD is passed to SortMergeJoinEvaluatorFactory.scala and SortMergeJoinExec.scala (or to HashJoin.innerJoin) to be reduced by merging on common keys. These functions process each set of intermediate data in a manner is defined to correspond to the data group, i.e., different iterators are employed for each intermediate data that corresponds to each data group.<br><br><br>**org/apache/spark/rdd/ZippedPartitionsRDD.scala**<br><br>**org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala**<br><br>**org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala**<br><br>**org/apache/spark/sql/execution/joins/HashJoin.scala** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | See, as further examples,<br><br>• org/apache/spark/sql/execution/QueryExecution.scala<br>• org/apache/spark/sql/execution/adaptive/AdaptiveExecutionExec.scala<br>• org/apache/spark/sql/execution/adaptive/ShufflePartitionsUtil.scala<br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala<br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, and the processing architecture can distinguish between intermediate data based on the data group from which it came to process intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

**Hints**

## Join Hints

Join hints allow users to suggest the join strategy that Spark should use. Prior to Spark 3.0, only the BROADCAST Join Hint was supported. MERGE, SHUFFLE_HASH and SHUFFLE_REPLICATE_NL Joint Hints support was added in 3.0. When different join strategy hints are specified on both sides of a join, Spark prioritizes hints in the following order: BROADCAST over MERGE over SHUFFLE_HASH over SHUFFLE_REPLICATE_NL. When both sides are specified with the BROADCAST hint or the SHUFFLE_HASH hint, Spark will pick the build side based on the join type and the sizes of the relations. Since a given strategy may not support all join types, Spark is not guaranteed to use the join strategy suggested by the hint.

### Join Hints Types

- **BROADCAST**

  Suggests that Spark use broadcast join. The join side with the hint will be broadcast regardless of autoBroadcastJoinThreshold. If both sides of the join have the broadcast hints, the one with the smaller size (based on stats) will be broadcast. The aliases for BROADCAST are BROADCASTJOIN and MAPJOIN.

- **MERGE**

  Suggests that Spark use shuffle sort merge join. The aliases for MERGE are SHUFFLE_MERGE and MERGEJOIN.

- **SHUFFLE_HASH**

  Suggests that Spark use shuffle hash join. If both sides have the shuffle hash hints, Spark chooses the smaller side (based on stats) as the build side.

- **SHUFFLE_REPLICATE_NL**

  Suggests that Spark use shuffle-and-replicate nested loop join.

69

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, *including processing the intermediate data for each data group in a manner that is defined to correspond to that data group*, so as to result in a merging of the corresponding different intermediate data based on the key in common, | |

**Join Types**

**Inner Join**

The inner join is the default join in Spark SQL. It selects rows that have matching values in both relations.

Syntax:

`relation [ INNER ] JOIN relation [ join_criteria ]`

**Left Join**

A left join returns all values from the left relation and the matched values from the right relation, or appends NULL if there is no match. It is also referred to as a left outer join.

Syntax:

`relation LEFT [ OUTER ] JOIN relation [ join_criteria ]`

**Right Join**

A right join returns all values from the right relation and the matched values from the left relation, or appends NULL if there is no match. It is also referred to as a right outer join.

Syntax:

`relation RIGHT [ OUTER ] JOIN relation [ join_criteria ]`

**Full Join**

A full join returns all values from both relations, appending NULL values on the side that does not have a match. It is also referred to as a full outer join.

Syntax:

`relation FULL [ OUTER ] JOIN relation [ join_criteria ]`

**Cross Join**

A cross join returns the Cartesian product of two relations.

Syntax:

`relation CROSS JOIN relation [ join_criteria ]`

**Semi Join**

A semi join returns values from the left side of the relation that has a match with the right. It is also referred to as a left semi join.

Syntax:

`relation [ LEFT ] SEMI JOIN relation [ join_criteria ]`

**Anti Join**

An anti join returns values from the left relation that has no match with the right. It is also referred to as a left anti join.

**Examples**

```
-- Use employee and department tables to demonstrate different type of joins.
SELECT * FROM employee;
+---+-----+------+
| id| name|deptno|
+---+-----+------+
|105|Chloe|     5|
|103| Paul|     3|
|101| John|     1|
|102| Lisa|     2|
|104| Evan|     4|
|106|  Amy|     6|
+---+-----+------+

SELECT * FROM department;
+------+-----------+
|deptno|   deptname|
+------+-----------+
|     3|Engineering|
|     2|      Sales|
|     1|    Marketing|
+------+-----------+

-- Use employee and department tables to demonstrate inner join.
SELECT id, name, employee.deptno, deptname
    FROM employee INNER JOIN department ON employee.deptno = department.deptno;
+---+-----+------+-----------/
| id| name|deptno|   deptname|
+---+-----+------+-----------/
|103| Paul|     3|Engineering|
|101| John|     1|  Marketing|
|102| Lisa|     2|      Sales|
+---+-----+------+-----------/
```

**Spark SQL, DataFrames and Datasets Guide**

70

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [c]** reducing the intermediate data for the data groups to at least one output data group, <span style="color:cyan">including processing the intermediate data for each data group in a manner that is defined to correspond to that data group</span>, so as to result in a merging of the corresponding different intermediate data based on the key in common, | See, as further examples, <br><br>• org/apache/spark/sql/catalyst/plans/JoinStrategyHints.scala <br>• org/apache/spark/sql/DataFrameJoinSuite.scala <br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala <br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala <br>• org/apache/spark/sql/execution/joins/ShuffledHashJoinExec.scala <br>• org/apache/spark/sql/execution/joins/JoinSelection.scala <br>• org/apache/spark/sql/execution/QueryExecution.scala <br>• org/apache/spark/sql/catalyst/plans/QueryPlan.scala <br>• org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala <br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [d]** wherein the mapping and reducing operations are performed by a distributed system. | In each of the Accused Instrumentalities the mapping and reducing operations are performed by a distributed system. For example, the Accused Instrumentalities that implement Spark and/or other similar functionality perform mapping and reducing operations over a distributed system. The particular details are within Databricks' possession, custody, and control. |

**RDD Programming Guide**

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1 [d]** wherein the mapping and reducing operations are performed by a distributed system. | In one example, the DAGScheduler is responsible for inputting a query from a user function and creating a set of logical and physical steps to transform the input data into the desired output format utilizing a cluster of multiple distributed executors (depending on cluster configuration) which run computations in parallel. |

```
/**
 * Run an action job on the given RDD and pass all the results to the resultHandler function as
 * they arrive.
 *
 * @param rdd target RDD to run tasks on
 * @param func a function to run on each partition of the RDD
 * @param partitions set of partitions to run on; some jobs may not want to compute on all
 *   partitions of the target RDD, e.g. for operations like first()
 * @param callSite where in the user program this job was called
 * @param resultHandler callback to pass each result to
 * @param properties scheduler properties to attach to this job, e.g. fair scheduler pool name
 *
 * @note Throws `Exception` when the job fails
 */
def runJob[T, U](
  rdd: RDD[T],
  func: (TaskContext, Iterator[T]) => U,
  partitions: Seq[Int],
  callSite: CallSite,
  resultHandler: (Int, U) => Unit,
  properties: Properties): Unit = {
 val start = System.nanoTime
 val waiter = submitJob(rdd, func, partitions, callSite, resultHandler, properties)
 ThreadUtils.awaitReady(waiter.completionFuture, Duration.Inf)
 waiter.completionFuture.value.get match {
  case scala.util.Success(_) =>
   logInfo("Job %d finished: %s, took %f s".format
    (waiter.jobId, callSite.shortForm, (System.nanoTime - start) / 1e9))
  case scala.util.Failure(exception) =>
   logInfo("Job %d failed: %s, took %f s".format
    (waiter.jobId, callSite.shortForm, (System.nanoTime - start) / 1e9))
   // SPARK-8644: Include user stack trace in exceptions coming from DAGScheduler.
   val callerStackTrace = Thread.currentThread().getStackTrace.tail
   exception.setStackTrace(exception.getStackTrace ++ callerStackTrace)
   throw exception
 }
}
```

**org/apache/spark/scheduler/DAGScheduler.scala**

73

# Claim 2

**2[pre]**   The method of claim 1, wherein:

**2[a]**   the at least one output data group is a plurality of output data groups.

# Claim Chart – Claim 2

| Claim Feature | Evidence |
|---|---|
| **2 [pre]** The method of claim 1, wherein: | Databricks infringes Claim 2 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 1. |

# Claim Chart – Claim 2

| Claim Feature | Evidence |
|---|---|
| **2 [a]** the at least one output data group is a plurality of output data groups. | Additionally, in the method performed by the Accused Instrumentalities, the at least one output data group is a plurality of output data groups. In one example, a resulting RDD from a reduce operation is partitioned into three chunks. The particular details are in Databricks' possession, custody, and control.<br><br>**Chapter 4. Reductions in Spark:**<br><br><br>Since we directed the `reduceByKey()` transformation to create three partitions, the resulting RDD will be partitioned into three chunks, as depicted in Figure 4-7. The RDD operations are compiled into a directed acyclic graph of RDD objects, where each RDD maintains a pointer to the parent(s) it depends on. As this figure shows, at shuffle boundaries the DAG is partitioned into *stages* (Stage 1, Stage 2, etc.) that are executed in order.<br><br>*Figure 4-7. Spark's shuffle concept* |

# Claim Chart – Claim 2

| Claim Feature | Evidence |
|---|---|
| **2 [a]** the at least one output data group is a plurality of output data groups. | In one example, ShuffleExchangeExec can also take place after a reduction (e.g., SortMergeJoinExec or HashJoin.innerJoin) and implement the procedure whereby Spark can adjust the number of partitions for a given output RDD. outputPartitioning describes how those partitions created.<br><br>**org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala**<br><br>// Indicates that the shuffle operator was added by the user-specified rebalance operator with<br>// columns. Spark will try to rebalance partitions that make per-partition size not too small and<br>// not too big.<br>// Different from `REBALANCE_PARTITIONS_BY_NONE`, local shuffle read cannot be used for it as<br>// the output needs to be partitioned by the given columns.<br>case object REBALANCE_PARTITIONS_BY_COL extends ShuffleOrigin<br><br>/**<br> * Performs a shuffle that will result in the desired partitioning.<br> */<br>case class ShuffleExchangeExec(<br>  override val *outputPartitioning*: Partitioning,<br>  *child*: SparkPlan,<br>  *shuffleOrigin*: ShuffleOrigin = ENSURE_REQUIREMENTS,<br>  *advisoryPartitionSize*: Option[Long] = None)<br>  extends ShuffleExchangeLike { |

# Claim Chart – Claim 2

| Claim Feature | Evidence |
|---|---|
| **2 [a]** the at least one output data group is a plurality of output data groups. | As a further example, DAGScheduler implements the high-level scheduling layer that implements stage-oriented scheduling. It supports multiple ResultTasks for each of the plurality of output partitions that are computed. |

**org/apache/spark/scheduler/DAGScheduler.scala**

```scala
case stage: ResultStage =>
  partitionsToCompute.map { id =>
    val p: Int = stage.partitions(id)
    val part = partitions(p)
    val locs = taskIdToLocations(id)
    new ResultTask(stage.id, stage.latestInfo.attemptNumber,
      taskBinary, part, stage.numPartitions, locs, id, artifacts, properties,
      serializedTaskMetrics, Option(jobId), Option(sc.applicationId),
      sc.applicationAttemptId, stage.rdd.isBarrier())
  }
}
```

# Claim Chart – Claim 2

| Claim Feature | Evidence |
|---|---|
| **2 [a]** the at least one output data group is a plurality of output data groups. | See, as further examples,<br><br>• org/apache/spark/rdd/PairRDDFunctions.scala<br>• org/apache/spark/Aggregator.scala<br>• org/apache/spark/rdd/ShuffledRDD.scala<br>• org/apache/spark/HashPartitioner.scala<br>• org/apache/spark/Partitioner.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim 3

**3[pre]**     The method of claim 1, wherein:

**3[a]**     corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group.

# Claim Chart – Claim 3

| Claim Feature | Evidence |
|---|---|
| **3 [pre]** The method of claim 1, wherein: | Databricks infringes Claim 3 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 1. |

# Claim Chart – Claim 3

| Claim Feature | Evidence |
|---|---|
| **3 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group. | Additionally, in the method performed by the Accused Instrumentalities, corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group. For example, intermediate data (e.g., records emitted from map functions) are stored such that metadata in association with the data that is identifiable to the data group. The particular details are in Databricks' possession, custody, and control.<br><br>**MapReduce Tutorial**<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>**Map Parameters**<br><br>A record emitted from a map will be serialized into a buffer and metadata will be stored into accounting buffers. |

# Claim Chart – Claim 3

| Claim Feature | Evidence |
|---|---|
| **3 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group. | In one example, intermediate data may be stored in a ZippedPartitionsPartitions which includes the preferredLocations, (e.g. block locations for an HDFS file). Spark's RDDs include a plethora of metadata associated with them.<br><br>**org/apache/spark/rdd/ZippedPartitionsRDD.scala**<br><br>private[spark] class ZippedPartitionsPartition(<br>    idx: Int,<br>    @transient private val *rdds*: Seq[RDD[_]],<br>    @transient val *preferredLocations*: Seq[String])<br>  extends Partition { |

# Claim 4

**4[pre]**    The method of claim 1, wherein:

**4[a]**    corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group.

# Claim Chart – Claim 4

| Claim Feature | Evidence |
|---|---|
| **4 [pre]** The method of claim 1, wherein: | Databricks infringes Claim 4 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 1. |

# Claim Chart – Claim 4

| Claim Feature | Evidence |
|---|---|
| **4 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group. | Additionally, in the method performed by the Accused Instrumentalities, corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group. The intermediate data (e.g., intermediate files) are stored in association with the data that is identifiable to the data group (e.g., group identifier). The particular details are in Databricks' possession, custody, and control.<br><br>**Spark in Action**<br> |

# Claim Chart – Claim 4

| Claim Feature | Evidence |
|---|---|
| **4 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group. | **Learning Spark**<br><br>Spark provides special operations on RDDs containing key/value pairs. These RDDs are called pair RDDs. Pair RDDs are a useful building block in many programs, as they expose operations that allow you to act on each key in parallel or regroup data across the network. For example, pair RDDs have a `reduceByKey()` method that can aggregate data separately for each key, and a `join()` method that can merge two RDDs together by grouping elements with the same key. It is common to extract fields from an RDD (representing, for instance, an event time, customer ID, or other identifier) and use those fields as keys in pair RDD operations.<br><br>**Spark in Action**<br><br>**4.1. WORKING WITH PAIR RDDS**<br><br>Storing data as key-value pairs offers a simple, general, and extensible data model because each key-value pair can be stored independently and it's easy to add new types of keys and new types of values. This extensibility and simplicity have made this practice fundamental to several frameworks and applications. For example, many popular caching systems and NoSQL databases, such as memcached and Redis, are key-value stores. Hadoop's MapReduce also operates on key-value pairs (as you can see in appendix A).<br><br>Keys and values can be simple types such as integers and strings, as well as more-complex data structures. Data structures traditionally used to represent key-value pairs are *associative arrays*, also called *dictionaries* in Python and *maps* in Scala and Java.<br><br>In Spark, RDDs containing key-value tuples are called *pair RDDs*. Although you don't have to use data in Spark in the form of key-value pairs (as you've seen in the previous chapters), pair RDDs are well suited (and indispensable) for many use cases. Having keys along with the data enables you to aggregate, sort, and join the data, as you'll soon see. But before doing any of that, the first step is to create a pair RDD, of course. |

# Claim Chart – Claim 4

| Claim Feature | Evidence |
|---|---|
| **4 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group. | In another example, when Spark schedules and runs tasks, it creates a single task for data stored in one partition, and that task will require, by default, a single core in the cluster to execute. Out of the box, Spark will infer what it thinks is a good degree of parallelism for RDDs, and this is sufficient for many uses cases. Input RDDs typically choose parallelism based on the underlying storage systems, reflecting an association between RDDs and data that is identifiable to the data group. The particular details are in Databricks' possession, custody, and control. |

**Learning Spark**

## Level of Parallelism

The logical representation of an RDD is a single collection of objects. During physical execution, as discussed already a few times in this book, an RDD is divided into a set of partitions with each partition containing some subset of the total data. When Spark schedules and runs tasks, it creates a single task for data stored in one partition, and that task will require, by default, a single core in the cluster to execute. Out of the box, Spark will infer what it thinks is a good degree of parallelism for RDDs, and this is sufficient for many use cases. Input RDDs typically choose parallelism based on the underlying storage systems. For example, HDFS input RDDs have one partition for each block of the underlying HDFS file. RDDs that are derived from shuffling other RDDs will have parallelism set based on the size of their parent RDDs.

# Claim Chart – Claim 4

| Claim Feature | Evidence |
|---|---|
| **4 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group. | In another example, the left and right intermediate data used as input to the reduce function SortMergeJoinExec are of type SparkPlan. An instantiation of a SparkPlan stores data associated with the specific data group or RDD and the stages that were applied to the data group. For example, SortExec is an example of a SparkPlan class which stores the sort order associated with the data group. |

**org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala**

```
case class SortMergeJoinExec(
    leftKeys: Seq[Expression],
    rightKeys: Seq[Expression],
    joinType: JoinType,
    condition: Option[Expression],
    left: SparkPlan,
    right: SparkPlan,
    isSkewJoin: Boolean = false) extends ShuffledJoin {
```

**org/apache/spark/sql/execution/SortExec.scala**

```
case class SortExec(
    sortOrder: Seq[SortOrder],
    global: Boolean,
    child: SparkPlan,
    testSpillFrequency: Int = 0)
  extends UnaryExecNode with BlockingOperatorWithCodegen {

    override def output: Seq[Attribute] = child.output
```

# Claim Chart – Claim 4

| Claim Feature | Evidence |
|---|---|
| **4 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group. | See, as further examples,<br><br>• org/apache/spark/rdd/PairRDDFunctions.scala<br>• org/apache/spark/rdd/OrderedRDDFunctions.scala<br>• org/apache/spark/rdd/RDD.scala<br>• org/apache/spark/Partitioner.scala<br>• org/apache/spark/HashPartitioner.scala<br>• org/apache/spark/rdd/ShuffledRDD.scala<br>• org/apache/spark/rdd/CombineByKey.scala<br><br>The particular details are in Databricks' possession, custody, and control. |

# Claim 5

**5[pre]**     The method of claim 1, wherein:

**5[a]**     processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group.

# Claim Chart – Claim 5

| Claim Feature | Evidence |
|---|---|
| **5 [pre]** The method of claim 1, wherein: | Databricks infringes Claim 5 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 1. |

# Claim Chart – Claim 5

| Claim Feature | Evidence |
|---|---|
| **5 [a]** processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group. | Additionally, in the method performed by the Accused Instrumentalities, processing the intermediate data for each data group in a manner that is defined to correspond to the data group includes, for each data group, employing an iterator that corresponds to that data group. For example, the Accused Instrumentalities employ iterators that correspond to, e.g., a particular RDD. The particular details are in Databricks' possession, custody, and control.<br><br>See, for example,<br><br>• org/apache/spark/Partition.scala<br>• org/apache/spark/rdd/ZippedPartitionsRDD2.scala<br><br>**Spark in Action**  zipPartitions accepts two sets of arguments. In the first set, you give it RDDs; and in the second, a function that takes a matching number of Iterator objects used for accessing elements in each partition. The function must return a new Iterator, which can be a different type (matching the resulting RDD). This function has to take into account that RDDs may have different numbers of elements in partitions and guard against iterating beyond Iterator lengths. |

# Claim Chart – Claim 5

| Claim Feature | Evidence |
|---|---|
| **5 [a]** processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group. | In another example, when the SortMergeJoinEvaluator is performing an inner join, it creates iterators in the form of RowIterators for both the "left" and "right" data groups.<br><br>org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala<br><br>```scala<br>private[this] val smjScanner = new SortMergeJoinScanner(<br>  createLeftKeyGenerator(),<br>  createRightKeyGenerator(),<br>  keyOrdering,<br>  RowIterator.fromScala(leftIter),<br>  RowIterator.fromScala(rightIter),<br>  inMemoryThreshold,<br>  spillThreshold,<br>  spillSize,<br>  cleanupResources)<br>private[this] val joinRow = new JoinedRow<br>``` |

# Claim 17

**17[pre]**   A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:

**17[a]**   partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,

**17[b]**   wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and

**17[c]**   reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | Databricks infringes Claim 17 of the '610 Patent (*see, e.g.*, the corresponding slides for Claim 1). Each of the Accused Instrumentalities includes a computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the operations specified in the claim. For example, the Accused Instrumentalities are based on Apache Spark, Delta Lake, and/or other similar functionality which runs over compute clusters (having at least one processor and memory) to process data of a data set. The particular details are within Databricks' possession, custody, and control. |



**Platform Features**

**Apache Spark on Databricks**

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** <span style="color:red">A computer system including a plurality of computing devices, the computer system configured to process data of a data set,</span> wherein the data set comprises a plurality of data groups, <span style="color:red">the computer system comprises at least one processor and memory</span> that are operable to perform the following operations: | **RDD Programming Guide**<br><br>**Resilient Distributed Datasets (RDDs)**<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | The Accused Instrumentalities that implement Spark and/or other similar functionality are configured to process data of a data set, wherein the data set comprises a plurality of data groups. For example, Spark utilizes RDDs which, in one example, are groups of data with, upon information and belief, a mechanism to identify data from that group. The particular details are within Databricks' possession, custody, and control. |

**Apache Spark FAQ**

Spark is a fast and general processing engine compatible with Hadoop data. It can run in Hadoop clusters through YARN or Spark's standalone mode, and it can process data in HDFS, HBase, Cassandra, Hive, and any Hadoop InputFormat. It is designed to perform both batch processing (similar to MapReduce) and new workloads like streaming, interactive queries, and machine learning.

**RDD Programming Guide**

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

98

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | The Accused Instrumentalities that implement Spark and/or other similar functionality are configured to process data of a data set, wherein the data set comprises a plurality of data groups. For example, Spark utilizes RDDs which, in one example, are groups of data with, upon information and belief, a mechanism to identify data from that group.<br><br>See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/rdd/RDD.scala<br>• org/apache/spark/sql/Dataset.scala<br>• org/apache/spark/Partition.scala<br>• org/apache/spark/sql/SparkSession.scala<br>• org/apache/spark/SparkContext.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, <span style="color:green">the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups,</span> the computer system comprises at least one processor and memory that are operable to perform the following operations: | In another example, a mechanism to identify data from Spark RDDs is demonstrated by Spark's "hints" (e.g., partitioning hints, join hints, etc.). The particular details are within Databricks' possession, custody, and control. |

### Partitioning Hints

Partitioning hints allow users to suggest a partitioning strategy that Spark should follow. `COALESCE`, `REPARTITION`, and `REPARTITION_BY_RANGE` hints are supported and are equivalent to `coalesce`, `repartition`, and `repartitionByRange` Dataset APIs, respectively. The `REBALANCE` can only be used as a hint .These hints give users a way to tune performance and control the number of output files in Spark SQL. When multiple partitioning hints are specified, multiple nodes are inserted into the logical plan, but the leftmost hint is picked by the optimizer.

### Partitioning Hints Types

- **COALESCE**

  The `COALESCE` hint can be used to reduce the number of partitions to the specified number of partitions. It takes a partition number as a parameter.

- **REPARTITION**

  The `REPARTITION` hint can be used to repartition to the specified number of partitions using the specified partitioning expressions. It takes a partition number, column names, or both as parameters.

- **REPARTITION_BY_RANGE**

  The `REPARTITION_BY_RANGE` hint can be used to repartition to the specified number of partitions using the specified partitioning expressions. It takes column names and an optional partition number as parameters.

- **REBALANCE**

  The `REBALANCE` hint can be used to rebalance the query result output partitions, so that every partition is of a reasonable size (not too small and not too big). It can take column names as parameters, and try its best to partition the query result by these columns. This is a best-effort: if there are skews, Spark will split the skewed partitions, to make these partitions not too big. This hint is useful when you need to write the result of this query to a table, to avoid too small/big files. This hint is ignored if AQE is not enabled.

**Hints**

100

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: | See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/Partitioner.scala<br>• org/apache/spark/HashPartitioner.scala<br>• org/apache/spark/RangePartitioner.scala<br>• org/apache/spark/sql/catalyst/analysis/ResolveHints.scala<br>  org/apache/spark/sql/catalyst/plans/logical/basicLogicalOperators.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [pre]** A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations: |  |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** <span style="color:#4a90d9">partitioning the data of each one of the data groups into a plurality of data partitions</span> that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The Accused Instrumentalities partition the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and provide each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group. For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, a data group is partitioned into a plurality of elements and distributed across nodes. This distribution of elements is called a resilient distributed dataset (RDD). The particular details are within Databricks' possession, custody, and control. |

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

## Resilient Distributed Datasets (RDDs)

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or *referencing* a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

**RDD Programming Guide**

103

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | **Spark in Action** <br><br> Each part (piece or slice) of an RDD is called a *partition*.[2] When you load a text file from your local filesystem into Spark, for example, the file's contents are split into partitions, which are evenly distributed to nodes in a cluster. More than one partition may end up on the same node. The sum of all those partitions forms your RDD. This is where the word *distributed* in *resilient distributed dataset* comes from. Figure 4.1 shows the distribution of lines of a text file loaded into an RDD in a five-node cluster. The original file had 15 lines of text, so each RDD partition was formed with 3 lines of text. Each RDD maintains a list of its partitions and an optional list of preferred locations for computing the partitions. <br><br>  <br> Figure 4.1. Simplified look at partitions of an RDD in a five-node cluster. The RDD was created by loading a text file using the `textFile` method of SparkContext. The loaded text file had 15 lines of text, so each partition was formed with 3 lines of text. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data partitions each have a plurality of key-value pairs. For example, one form of the RDDs is a pair RDD, which includes key/value pairs. The particular details are within Databricks' possession, custody, and control. |

**Learning Spark**

Spark provides special operations on RDDs containing key/value pairs. These RDDs are called pair RDDs. Pair RDDs are a useful building block in many programs, as they expose operations that allow you to act on each key in parallel or regroup data across the network. For example, pair RDDs have a `reduceByKey()` method that can aggregate data separately for each key, and a `join()` method that can merge two RDDs together by grouping elements with the same key. It is common to extract fields from an RDD (representing, for instance, an event time, customer ID, or other identifier) and use those fields as keys in pair RDD operations.

**Spark in Action**

**4.1. WORKING WITH PAIR RDDS**

Storing data as key-value pairs offers a simple, general, and extensible data model because each key-value pair can be stored independently and it's easy to add new types of keys and new types of values. This extensibility and simplicity have made this practice fundamental to several frameworks and applications. For example, many popular caching systems and NoSQL databases, such as memcached and Redis, are key-value stores. Hadoop's MapReduce also operates on key-value pairs (as you can see in appendix A).

Keys and values can be simple types such as integers and strings, as well as more-complex data structures. Data structures traditionally used to represent key-value pairs are *associative arrays*, also called *dictionaries* in Python and *maps* in Scala and Java.

In Spark, RDDs containing key-value tuples are called *pair RDDs*. Although you don't have to use data in Spark in the form of key-value pairs (as you've seen in the previous chapters), pair RDDs are well suited (and indispensable) for many use cases. Having keys along with the data enables you to aggregate, sort, and join the data, as you'll soon see. But before doing any of that, the first step is to create a pair RDD, of course.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/rdd/RDD.scala<br>• org/apache/spark/rdd/PairRDDFunctions.scala<br>• org/apache/spark/rdd/PairRDDFunctions.scala<br>• org/apache/spark/rdd/OrderedRDDFunctions.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, each data partition is provided to a selected one of a plurality of mapping functions. For example, the RDDs support two types of data operations: transformations and actions. Mapping functions are examples of transformation functions. The particular details are within Databricks' possession, custody, and control. |



RDD Programming Guide

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the transformation operations include narrow and wide transformations. Wide transformations (also called "shuffles") operate on data from multiple partitions. Wide transformations include aggregateByKey, reduceByKey, etc. The particular details are within Databricks' possession, custody, and control. |



**Spark RDD Transformations**

108

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | **Apache Spark Quick Start Guide**<br><br>## Wide transformations<br><br>Wide transformations involve a shuffle of the data between the partitions. The `groupByKey()`, `reduceByKey()`, `join()`, `distinct()`, and `intersect()` are some examples of wide transformations. In the case of these transformations, the result will be computed using data from multiple partitions and thus requires a shuffle. Wide transformations are similar to the shuffle-and-sort phase of MapReduce. Let's understand the concept with the help of the following example:<br><br>  |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, when executing a shuffle transformation, a map task is first run on all data partitions. The particular details are within Databricks' possession, custody, and control.<br><br>**Spark SQL Shuffle Partitions**<br><br>**What is Spark Shuffle?**<br><br>Shuffling is a mechanism Spark uses to redistribute the data across different executors and even across machines. Spark shuffling triggers when we perform certain transformation operations like `gropByKey()`, `reducebyKey()`, `join()` on RDD and DataFrame.<br><br>When creating an RDD or DataFrame, Spark doesn't necessarily store the data for all keys in a partition since at the time of creation there is no way we can set the key for data set.<br><br>Hence, when we run the reduceByKey() operation to aggregate the data on keys, Spark does the following. needs to first run tasks to collect all the data from all partitions and<br><br>For example, when we perform reduceByKey() operation, Spark does the following<br><br>• Spark first runs *map tasks* on all partitions which groups all values for a single key.<br>• The results of the map tasks are kept in memory.<br>• When results do not fit in memory, Spark stores the data into a disk.<br>• Spark shuffles the mapped data across partitions, some times it also stores the shuffled data into a disk for reuse when it needs to recalculate.<br>• Run the garbage collection<br>• Finally runs reduce tasks on each partition based on key. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/sql/execution/QueryExecution.scala<br>• org/apache/spark/sql/execution/adaptive/AdaptiveExecutionExec.scala<br>• org/apache/spark/sql/execution/adaptive/ShufflePartitionsUtil.scala<br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala<br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and <span style="color:red">providing each data partition to a selected one of a plurality of mapping functions</span> that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, the Accused Instrumentalities utilize an Extract Transform Load (ETL) process, which includes providing each data partition to a selected one of a plurality of mapping functions. The particular details are within Databricks' possession, custody, and control. |

### Automated and trusted data engineering

Simplify data engineering with Delta Live Tables — an easy way to build and manage data pipelines for fresh, high-quality data on Delta Lake. It helps data engineering teams by simplifying ETL development and management with declarative pipeline development, improved data reliability and cloud-scale production operations to help build the lakehouse foundation.

**Delta Lake on Databricks**

### Transform

The second step consists of transforming the raw data that has been extracted from the sources into a format that can be used by different applications. In this stage, data gets cleansed, mapped and transformed, often to a specific schema, so it meets operational needs. This process entails several types of transformation that ensure the quality and integrity of data. Data is not usually loaded directly into the target data source, but instead it is common to have it uploaded into a staging database. This step ensures a quick roll back in case something does not go as planned. During this stage, you have the possibility to generate audit reports for regulatory compliance, or diagnose and repair any data issues.

**ETL**

You can define a dataset against any query that returns a DataFrame. You can use Apache Spark built-in operations, UDFs, custom logic, and MLflow models as transformations in your Delta Live Tables pipeline. Once data has been ingested into your Delta Live Tables pipeline, you can define new datasets against upstream sources to create new streaming tables, materialized views, and views.

**Transform Data with Delta Live Table**

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the plurality of mapping functions are each user-configurable. For example, when executing a shuffle transformation, a map task, defined by custom business logic, is first run on all data partitions. The particular details are within Databricks' possession, custody, and control.<br><br>**Apache Spark Map vs. FlatMap** |

### i. Spark Map Transformation

A **map** is a transformation operation in **Apache Spark.** It applies to each element of **RDD** and it returns the result as new RDD. In the Map, operation developer can define his own custom business logic. The same logic will be applied to all the elements of RDD.

Spark Map function takes one element as input process it according to custom code (specified by the developer) and returns one element at a time. Map transforms an **RDD** of length N into another RDD of length N. The input and output RDDs will typically have the same number of records.

113

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In another example, when a mapping function is applied, intermediate files are created for that partition, and, upon information and belief, the intermediate data is identifiable to the data group from which it originated. The particular details are within Databricks' possession, custody, and control.

**Spark in Action**

**4.2.2. Understanding and avoiding unnecessary shuffling**

Physical movement of data between partitions is called *shuffling*. It occurs when data from multiple partitions needs to be combined in order to build partitions for a new RDD. When grouping elements by key, for example, Spark needs to examine all of the RDD's partitions, find elements with the same key, and then physically group them, thus forming new partitions.

To visualize what happens with partitions during a shuffle, we'll use the previous example with the `aggregateByKey` transformation (from section 4.1.2). The shuffle that occurs during that transformation is illustrated in figure 4.2.

The transform function puts all values of each key in a single partition (partitions P1 to P3) into a list. Spark then writes this data to intermediate files on each node. In the next phase, the merge function is called to merge lists from different partitions, but of the same key, into a single list for each key. The default partitioner (`HashPartitioner`) then kicks in and puts each key in its proper partition.

Tasks that immediately precede and follow the shuffle are called *map* and *reduce* tasks, respectively. The results of *map* tasks are written to intermediate files (often to the OS's filesystem cache only) and read by reduce tasks. In addition to being written to disk, the data is sent over the network, so it's important to try to minimize the number of shuffles during Spark jobs. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In this example, the aggregateByKey transformation operation (shuffle) is performed on three exemplary partitions. The particular details are within Databricks' possession, custody, and control.<br><br>**Spark in Action**<br> |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | In the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, such that the processing architecture can distinguish between intermediate data based on the data group from which it came. The particular details are within Databricks' possession, custody, and control. |

**Hints**

## Join Hints

Join hints allow users to suggest the join strategy that Spark should use. Prior to Spark 3.0, only the `BROADCAST` Join Hint was supported. `MERGE`, `SHUFFLE_HASH` and `SHUFFLE_REPLICATE_NL` Joint Hints support was added in 3.0. When different join strategy hints are specified on both sides of a join, Spark prioritizes hints in the following order: `BROADCAST` over `MERGE` over `SHUFFLE_HASH` over `SHUFFLE_REPLICATE_NL`. When both sides are specified with the `BROADCAST` hint or the `SHUFFLE_HASH` hint, Spark will pick the build side based on the join type and the sizes of the relations. Since a given strategy may not support all join types, Spark is not guaranteed to use the join strategy suggested by the hint.

### Join Hints Types

- **BROADCAST**

  Suggests that Spark use broadcast join. The join side with the hint will be broadcast regardless of `autoBroadcastJoinThreshold`. If both sides of the join have the broadcast hints, the one with the smaller size (based on stats) will be broadcast. The aliases for `BROADCAST` are `BROADCASTJOIN` and `MAPJOIN`.

- **MERGE**

  Suggests that Spark use shuffle sort merge join. The aliases for `MERGE` are `SHUFFLE_MERGE` and `MERGEJOIN`.

- **SHUFFLE_HASH**

  Suggests that Spark use shuffle hash join. If both sides have the shuffle hash hints, Spark chooses the smaller side (based on stats) as the build side.

- **SHUFFLE_REPLICATE_NL**

  Suggests that Spark use shuffle-and-replicate nested loop join.

116

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/sql/catalyst/plans/JoinStrategyHints.scala<br>• org/apache/spark/sql/DataFrameJoinSuite.scala<br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala<br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala<br>• org/apache/spark/sql/execution/joins/ShuffledHashJoinExec.scala<br>• org/apache/spark/sql/execution/joins/JoinSelection.scala<br>• org/apache/spark/sql/execution/QueryExecution.scala<br>• org/apache/spark/sql/catalyst/plans/QueryPlan.scala<br>• org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. For example, Spark and Delta Lake support multiple types of structured data, each with its own schema. The particular details are within Databricks' possession, custody, and control. |

**Spark SQL**

> **Structured Data with Spark SQL**
>
> Spark SQL is a component added in Spark 1.0 that is quickly becoming Spark's preferred way to work with structured and semistructured data. By structured data, we mean data that has a *schema*—that is, a consistent set of fields across data records. Spark SQL supports multiple structured data sources as input, and because it understands their schema, it can efficiently read only the fields you require from these data sources. We will cover Spark SQL in more detail in **Chapter 9**, but for now, we show how to use it to load data from a few common sources.

> **Apache Hive**
>
> One common structured data source on Hadoop is Apache Hive. Hive can store tables in a variety of formats, from plain text to column-oriented formats, inside HDFS or other storage systems. Spark SQL can load any table supported by Hive.

> **JSON**
>
> If you have JSON data with a consistent schema across records, Spark SQL can infer their schema and load this data as rows as well, making it very simple to pull out the fields you need. To load JSON data, first create a `HiveContext` as when using Hive. (No installation of Hive is needed in this case, though—that is, you don't need a *hive-site.xml* file.) Then use the `HiveContext.jsonFile` method to get an RDD of Row objects for the whole file. Apart from using the whole Row object, you can also register this RDD as a table and select specific fields from it. For example, suppose that we had a JSON file containing tweets in the format shown in **Example 5-33**, one per line.

118

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** <span style="color:red">wherein the data of a first data group has a different schema than the data of a second data group</span> and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | |



**Delta Lake on Databricks**

**File Formats**

Spark makes it very simple to load and save data in a large number of file formats. Formats range from unstructured, like text, to semistructured, like JSON, to structured, like SequenceFiles (see Table 5-1). The input formats that Spark wraps all transparently handle compressed formats based on the file extension.

*Table 5-1. Common supported file formats*

| Format name | Structured | Comments |
|---|---|---|
| Text files | No | Plain old text files. Records are assumed to be one per line. |
| JSON | Semi | Common text-based format, semistructured; most libraries require one record per line. |
| CSV | Yes | Very common text-based format, often used with spreadsheet applications. |
| SequenceFiles | Yes | A common Hadoop file format used for key/value data. |
| Protocol buffers | Yes | A fast, space-efficient multilanguage format. |
| Object files | Yes | Useful for saving data from a Spark job to be consumed by shared code. Breaks if you change your classes, as it relies on Java Serialization. |

**Learning Spark**

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** <span style="color:red">wherein the data of a first data group has a different schema than the data of a second data group</span> and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | **Spark SQL, DataFrames and Datasets Guide**<br><br>**Inferring the Schema Using Reflection**<br><br>Scala   Java   Python<br><br>The Scala interface for Spark SQL supports automatically converting an RDD containing case classes to a DataFrame. The case class defines the schema of the table. The names of the arguments to the case class are read using reflection and become the names of the columns. Case classes can also be nested or contain complex types such as Seqs or Arrays. This RDD can be implicitly converted to a DataFrame and then be registered as a table. Tables can be used in subsequent SQL statements.<br><br>**Programmatically Specifying the Schema**<br><br>Scala   Java   Python<br><br>When case classes cannot be defined ahead of time (for example, the structure of records is encoded in a string, or a text dataset will be parsed and fields will be projected differently for different users), a DataFrame can be created programmatically with three steps.<br><br>1. Create an RDD of Rows from the original RDD;<br>2. Create the schema represented by a StructType matching the structure of Rows in the RDD created in Step 1.<br>3. Apply the schema to the RDD of Rows via createDataFrame method provided by SparkSession. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data. The particular details are within Databricks' possession, custody, and control.



**Spark in Action**

**LanguageManual Transform**

Transform/Map-Reduce Syntax

Users can also plug in their own custom mappers and reducers in the data stream by using features natively supported in the Hive language. e.g. in order to run a custom mapper script - map_script - and a custom reducer script - reduce_script - the user can issue the following command which uses the TRANSFORM clause to embed the mapper and the reducer scripts. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [b]** wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | In the Accused Instrumentalities that implement Spark and/or other similar functionality, the different schema and corresponding different intermediate data have a key in common. The particular details are within Databricks' possession, custody, and control.<br><br>**Spark in Action**<br><br>Figure 4.2. A shuffle during the example aggregateByKey transformation on an RDD with three partitions. The transform function, passed to aggregateByKey, merges values in partitions. The merge function merges values between partitions during the shuffle phase. Intermediate files hold values merged per partition and are used during the shuffle phase. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | The Accused Instrumentalities reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. For example, in the Accused Instrumentalities that implement Spark and/or other similar functionality, the intermediate data is reduced to an output data group via merging the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

**Spark SQL Shuffle Partitions**



### What is Spark Shuffle?

Shuffling is a mechanism Spark uses to redistribute the data across different executors and even across machines. Spark shuffling triggers when we perform certain transformation operations like `gropBy()`, `reducebyKey()`, `join()` on RDD and DataFrame.

When creating an RDD or DataFrame, Spark doesn't necessarily store the data for all keys in a partition since at the time of creation there is no way we can set the key for data set.

Hence, when we run the reduceByKey() operation to aggregate the data on keys, Spark does the following. needs to first run tasks to collect all the data from all partitions and

For example, when we perform reduceByKey() operation, Spark does the following

- Spark first runs map tasks on all partitions which groups all values for a single key.
- The results of the map tasks are kept in memory.
- When results do not fit in memory, Spark stores the data into a disk.
- Spark shuffles the mapped data across partitions, some times it also stores the shuffled data into a disk for reuse when it needs to recalculate.
- Run the garbage collection
- Finally runs reduce tasks on each partition based on key.

123

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/sql/execution/QueryExecution.scala<br>• org/apache/spark/sql/execution/adaptive/AdaptiveExecutionExec.scala<br>• org/apache/spark/sql/execution/adaptive/ShufflePartitionsUtil.scala<br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala<br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | **Spark in Action**<br><br>**4.2.2. Understanding and avoiding unnecessary shuffling**<br><br>Physical movement of data between partitions is called *shuffling*. It occurs when data from multiple partitions needs to be combined in order to build partitions for a new RDD. When grouping elements by key, for example, Spark needs to examine all of the RDD's partitions, find elements with the same key, and then physically group them, thus forming new partitions.<br><br>To visualize what happens with partitions during a shuffle, we'll use the previous example with the aggregateByKey transformation (from section 4.1.2). The shuffle that occurs during that transformation is illustrated in figure 4.2.<br><br>The transform function puts all values of each key in a single partition (partitions P1 to P3) into a list. Spark then writes this data to intermediate files on each node. In the next phase, the merge function is called to merge lists from different partitions, but of the same key, into a single list for each key. The default partitioner (HashPartitioner) then kicks in and puts each key in its proper partition.<br><br>Tasks that immediately precede and follow the shuffle are called *map* and *reduce tasks*, respectively. The results of map tasks are written to intermediate files (often to the OS's filesystem cache only) and read by reduce tasks. In addition to being written to disk, the data is sent over the network, so it's important to try to minimize the number of shuffles during Spark jobs. |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | **Spark in Action**<br> |

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, *including processing the intermediate data for each data group in a manner that is defined to correspond to that data group* so as to result in a merging of the corresponding different intermediate data based on the key in common. | In the Accused Instrumentalities that implement Spark and/or other similar functionality, upon information and belief, intermediate data is identifiable to data groups, and the processing architecture can distinguish between intermediate data based on the data group from which it came to process intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. The particular details are within Databricks' possession, custody, and control. |

**Hints**



## Join Hints

Join hints allow users to suggest the join strategy that Spark should use. Prior to Spark 3.0, only the BROADCAST Join Hint was supported. MERGE, SHUFFLE_HASH and SHUFFLE_REPLICATE_NL Joint Hints support was added in 3.0. When different join strategy hints are specified on both sides of a join, Spark prioritizes hints in the following order: BROADCAST over MERGE over SHUFFLE_HASH over SHUFFLE_REPLICATE_NL. When both sides are specified with the BROADCAST hint or the SHUFFLE_HASH hint, Spark will pick the build side based on the join type and the sizes of the relations. Since a given strategy may not support all join types, Spark is not guaranteed to use the join strategy suggested by the hint.

### Join Hints Types

- **BROADCAST**

  Suggests that Spark use broadcast join. The join side with the hint will be broadcast regardless of autoBroadcastJoinThreshold. If both sides of the join have the broadcast hints, the one with the smaller size (based on stats) will be broadcast. The aliases for BROADCAST are BROADCASTJOIN and MAPJOIN.

- **MERGE**

  Suggests that Spark use shuffle sort merge join. The aliases for MERGE are SHUFFLE_MERGE and MERGEJOIN.

- **SHUFFLE_HASH**

  Suggests that Spark use shuffle hash join. If both sides have the shuffle hash hints, Spark chooses the smaller side (based on stats) as the build side.

- **SHUFFLE_REPLICATE_NL**

  Suggests that Spark use shuffle-and-replicate nested loop join.

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | |

### Join Types

**Inner Join**

The inner join is the default join in Spark SQL. It selects rows that have matching values in both relations.

Syntax:

`relation [ INNER ] JOIN relation [ join_criteria ]`

**Left Join**

A left join returns all values from the left relation and the matched values from the right relation, or appends NULL if there is no match. It is also referred to as a left outer join.

Syntax:

`relation LEFT [ OUTER ] JOIN relation [ join_criteria ]`

**Right Join**

A right join returns all values from the right relation and the matched values from the left relation, or appends NULL if there is no match. It is also referred to as a right outer join.

Syntax:

`relation RIGHT [ OUTER ] JOIN relation [ join_criteria ]`

**Full Join**

A full join returns all values from both relations, appending NULL values on the side that does not have a match. It is also referred to as a full outer join.

Syntax:

`relation FULL [ OUTER ] JOIN relation [ join_criteria ]`

**Cross Join**

A cross join returns the Cartesian product of two relations.

Syntax:

`relation CROSS JOIN relation [ join_criteria ]`

**Semi Join**

A semi join returns values from the left side of the relation that has a match with the right. It is also referred to as a left semi join.

Syntax:

`relation [ LEFT ] SEMI JOIN relation [ join_criteria ]`

**Anti Join**

An anti join returns values from the left relation that has no match with the right. It is also referred to as a left anti join.

### Examples

```
-- Use employee and department tables to demonstrate different type of joins.
SELECT * FROM employee;
+---+-----+------+
| id| name|deptno|
+---+-----+------+
|105|Chloe|     5|
|103| Paul|     3|
|101| John|     1|
|102| Lisa|     2|
|104| Evan|     4|
|106|  Amy|     6|
+---+-----+------+

SELECT * FROM department;
+------+-----------+
|deptno|   deptname|
+------+-----------+
|     3|Engineering|
|     2|      Sales|
|     1|  Marketing|
+------+-----------+

-- Use employee and department tables to demonstrate inner join.
SELECT id, name, employee.deptno, deptname
    FROM employee INNER JOIN department ON employee.deptno = department.deptno;
+---+-----+------+-----------+
| id| name|deptno|   deptname|
+---+-----+------+-----------+
|103| Paul|     3|Engineering|
|101| John|     1|  Marketing|
|102| Lisa|     2|      Sales|
+---+-----+------+-----------+
```

**Spark SQL, DataFrames and Datasets Guide**

128

# Claim Chart – Claim 17

| Claim Feature | Evidence |
|---|---|
| **17 [c]** reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group so as to result in a merging of the corresponding different intermediate data based on the key in common. | See, for example, the analysis for Claim 1, and<br><br>• org/apache/spark/sql/catalyst/plans/JoinStrategyHints.scala<br>• org/apache/spark/sql/DataFrameJoinSuite.scala<br>• org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala<br>• org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala<br>• org/apache/spark/sql/execution/joins/ShuffledHashJoinExec.scala<br>• org/apache/spark/sql/execution/joins/JoinSelection.scala<br>• org/apache/spark/sql/execution/QueryExecution.scala<br>• org/apache/spark/sql/catalyst/plans/QueryPlan.scala<br>• org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

**18[pre]**    The computer system of claim 17, wherein:

**18[a]**    the at least one output data group is a plurality of output data groups.

# Claim Chart – Claim 18

| Claim Feature | Evidence |
|---|---|
| **18 [pre]** The computer system of claim 17, wherein: | Databricks infringes Claim 18 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 17. |

# Claim Chart – Claim 18

| Claim Feature | Evidence |
|---|---|
| **18 [a]** the at least one output data group is a plurality of output data groups. | Additionally, in the Accused Instrumentalities, the at least one output data group is a plurality of output data groups. In one example, a resulting RDD from a reduce operation is partitioned into three chunks. The particular details are in Databricks' possession, custody, and control.<br><br>**Chapter 4. Reductions in Spark:**<br><br> |

# Claim Chart – Claim 18

| Claim Feature | Evidence |
|---|---|
| **18 [a]** the at least one output data group is a plurality of output data groups. | See, for example, the analysis for Claim 2, and<br><br>• org/apache/spark/rdd/PairRDDFunctions.scala<br>• org/apache/spark/Aggregator.scala<br>• org/apache/spark/rdd/ShuffledRDD.scala<br>• org/apache/spark/HashPartitioner.scala<br>• org/apache/spark/Partitioner.scala<br><br>The particular details are within Databricks' possession, custody, and control. |

133

# Claim 19

**19[pre]**   The computer system of claim 17, wherein:

**19[a]**   corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with the manner of storage is identifiable to the data group.

# Claim Chart – Claim 19

| Claim Feature | Evidence |
|---|---|
| **19 [pre]** The computer system of claim 17, wherein: | Databricks infringes Claim 19 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 17. |

# Claim Chart – Claim 19

| Claim Feature | Evidence |
|---|---|
| **19 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with the manner of storage is identifiable to the data group. | Additionally, in the Accused Instrumentalities, corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group. For example, intermediate data (e.g., records emitted from map functions) are stored such that metadata in association with the data that is identifiable to the data group. The particular details are in Databricks' possession, custody, and control.<br><br>**MapReduce Tutorial**<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br><br>**Map Parameters**<br><br>A record emitted from a map will be serialized into a buffer and metadata will be stored into accounting buffers. |

136

# Claim Chart – Claim 19

| Claim Feature | Evidence |
|---|---|
| **19 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with the manner of storage is identifiable to the data group. | See, for example, the analysis for Claim 3. The particular details are within Databricks' possession, custody, and control. |

# Claim 20

**20[pre]**    The computer system of claim 17, wherein:

**20[a]**    corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group.

# Claim Chart – Claim 20

| Claim Feature | Evidence |
|---|---|
| **20 [pre]** The computer system of claim 19, wherein: | Databricks infringes Claim 20 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 17. |

# Claim Chart – Claim 20

| Claim Feature | Evidence |
|---|---|
| **20 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group | Additionally, in the Accused Instrumentalities, corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group. The intermediate data (e.g., intermediate files) are stored in association with the data that is identifiable to the data group (e.g., group identifier). The particular details are in Databricks' possession, custody, and control.<br><br>**Spark in Action**<br><br> |

# Claim Chart – Claim 20

| Claim Feature | Evidence |
|---|---|
| **20 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group | **Learning Spark**<br><br>Spark provides special operations on RDDs containing key/value pairs. These RDDs are called pair RDDs. Pair RDDs are a useful building block in many programs, as they expose operations that allow you to act on each key in parallel or regroup data across the network. For example, pair RDDs have a `reduceByKey()` method that can aggregate data separately for each key, and a `join()` method that can merge two RDDs together by grouping elements with the same key. It is common to extract fields from an RDD (representing, for instance, an event time, customer ID, or other identifier) and use those fields as keys in pair RDD operations.<br><br>**Spark in Action**<br><br>**4.1. WORKING WITH PAIR RDDS**<br><br>Storing data as key-value pairs offers a simple, general, and extensible data model because each key-value pair can be stored independently and it's easy to add new types of keys and new types of values. This extensibility and simplicity have made this practice fundamental to several frameworks and applications. For example, many popular caching systems and NoSQL databases, such as memcached and Redis, are key-value stores. Hadoop's MapReduce also operates on key-value pairs (as you can see in appendix A).<br><br>Keys and values can be simple types such as integers and strings, as well as more-complex data structures. Data structures traditionally used to represent key-value pairs are *associative arrays*, also called *dictionaries* in Python and *maps* in Scala and Java.<br><br>In Spark, RDDs containing key-value tuples are called *pair RDDs*. Although you don't have to use data in Spark in the form of key-value pairs (as you've seen in the previous chapters), pair RDDs are well suited (and indispensable) for many use cases. Having keys along with the data enables you to aggregate, sort, and join the data, as you'll soon see. But before doing any of that, the first step is to create a pair RDD, of course. |

# Claim Chart – Claim 20

| Claim Feature | Evidence |
|---|---|
| **20 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group | In another example, when Spark schedules and runs tasks, it creates a single task for data stored in one partition, and that task will require, by default, a single core in the cluster to execute. Out of the box, Spark will infer what it thinks is a good degree of parallelism for RDDs, and this is sufficient for many uses cases. Input RDDs typically choose parallelism based on the underlying storage systems, reflecting an association between RDDs and data that is identifiable to the data group. The particular details are in Databricks' possession, custody, and control. |

**Learning Spark**

## Level of Parallelism

The logical representation of an RDD is a single collection of objects. During physical execution, as discussed already a few times in this book, an RDD is divided into a set of partitions with each partition containing some subset of the total data. When Spark schedules and runs tasks, it creates a single task for data stored in one partition, and that task will require, by default, a single core in the cluster to execute. Out of the box, Spark will infer what it thinks is a good degree of parallelism for RDDs, and this is sufficient for many use cases. Input RDDs typically choose parallelism based on the underlying storage systems. For example, HDFS input RDDs have one partition for each block of the underlying HDFS file. RDDs that are derived from shuffling other RDDs will have parallelism set based on the size of their parent RDDs.

142

# Claim Chart – Claim 20

| Claim Feature | Evidence |
|---|---|
| **20 [a]** corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group | See, for example, the analysis for Claim 4, and<br><br>• org/apache/spark/rdd/PairRDDFunctions.scala<br>• org/apache/spark/rdd/OrderedRDDFunctions.scala<br>• org/apache/spark/rdd/RDD.scala<br>• org/apache/spark/Partitioner.scala<br>• org/apache/spark/HashPartitioner.scala<br>• org/apache/spark/rdd/ShuffledRDD.scala<br>• org/apache/spark/rdd/CombineByKey.scala<br><br>The particular details are in Databricks' possession, custody, and control. |

# Claim 21

**21[pre]**   The computer system of claim 17, wherein:

**21[a]**   the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group.

# Claim Chart – Claim 21

| Claim Feature | Evidence |
|---|---|
| **21 [pre]** The computer system of claim 17, wherein: | Databricks infringes Claim 21 of the '610 patent. R2 incorporates herein by reference its discussion above of how Databricks infringes each and every element of Claim 17. |

# Claim Chart – Claim 21

| Claim Feature | Evidence |
|---|---|
| **21 [a]** the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group. | Additionally, in the Accused Instrumentalities, the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to the data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group. For example, the Accused Instrumentalities employ iterators that correspond to, e.g., a particular RDD. The particular details are in Databricks' possession, custody, and control.<br><br>See, for example,<br><br>• org/apache/spark/Partition.scala<br>• org/apache/spark/rdd/ZippedPartitionsRDD2.scala<br><br>**Spark in Action**  zipPartitions accepts two sets of arguments. In the first set, you give it RDDs; and in the second, a function that takes a matching number of Iterator objects used for accessing elements in each partition. The function must return a <u>new Iterator, which can be a different type (matching the resulting RDD)</u>. This function has to take into account that RDDs may have different numbers of elements in partitions and guard against iterating beyond Iterator lengths. |

# Claim Chart – Claim 21

| Claim Feature | Evidence |
|---|---|
| **21 [a]** the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group. | See, for example, the analysis for Claim 5. The particular details are within Databricks' possession, custody, and control. |



