# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>   Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>   Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF VIGEN SALMASTLIAN IN SUPPORT OF DATABRICKS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DATABRICK'S LICENSE DEFENSE BASED ON APACHE CONTRIBUTIONS**

I, Vigen Salmastlian, declare as follows:

1.  I am an attorney admitted to this Court, and I am a partner of the law firm of Fenwick and West LLP, counsel of record for Defendant Databricks, Inc. ("Databricks") in this action. I make this declaration in support of Databricks, Inc.'s Opposition to Plaintiff R2 Solutions LLC's Motion for Partial Summary Judgment on Databricks' License Defense Based on Apache Contributions.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00090071-0075, which is the Apache License, Version 2.0, January 2004.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000001-0002, which is an Apache Individual Contributor License Agreement executed by ▬▬▬▬▬.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000003-0005, which is an Apache Individual Contributor License Agreement executed by ▬▬▬▬▬.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000006-0007, which is an Apache Individual Contributor License Agreement executed by ▬▬▬▬▬.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000008-0010, which is an Apache Individual Contributor License Agreement executed by ▬▬▬▬▬.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000011-0013, which is an Apache Individual Contributor License

1

Agreement executed by ▮▮▮▮.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000014-0016, which is an Apache Individual Contributor License Agreement executed by ▮▮▮▮.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0000020-0021, which is an Apache Individual Contributor License Agreement executed by ▮▮▮▮.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the document bearing Bates number ASF_R2-DB_0026655, which is an Apache Individual Contributor License Agreement executed by ▮▮▮▮.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the document bearing Bates numbers ASF_R2-DB_0026656-6657, which is an Apache Individual Contributor License Agreement executed by ▮▮▮▮.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the March 25, 2025 deposition of William Davis.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the February 13, 2025 deposition of ▮▮▮▮.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the January 31, 2025 deposition of ▮▮▮▮.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the Expert Report of Jon Weissman Concerning Invalidity of U.S. Patent No. 8,190,610.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the February 12, 2025 deposition of ▮▮▮▮

17. Attached hereto as **Exhibit 16** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00102767-2769, which is an archived webpage on the Apache Spark website titled "Current Committers."

18. Attached hereto as **Exhibit 17** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00118512-8514, which is a webpage on the Yahoo Open Source Guide website titled "Special Recordkeeping for Special Projects."

19. Attached hereto as **Exhibit 18** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00097024-7025, which is a webpage on the Apache Software Foundation Blog website titled "The Apache Software Foundation Announces Apache Spark as a Top-Level Project."

20. Attached hereto as **Exhibit 19** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00118660-8661, which is document titled "Yahoo! Commits to Apache Software Foundation as Platinum Sponsor."

21. Attached hereto as **Exhibit 20** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00091755-1757, which is an archived webpage on the Yahoo Developer Network website titled "The Backstory of Yahoo and Hadoop."

22. Attached hereto as **Exhibit 21** is a true and correct copy of Databricks' Initial Disclosures dated July 16, 2024.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of Databricks' Omnibus Supplemental Objections and Responses to R2's Interrogatories (Nos. 1-36).

24. Attached hereto as **Exhibit 23** is a true and correct copy of R2's Third Supplemental Objections and Responses to Databricks' Second Set of Interrogatories (No. 25).

25. Attached hereto as **Exhibit 24** is a true and correct copy of the document bearing

3

Bates numbers R2_DB_001881-1891, 1934, which is █████████████████████

█████████████████████████████████

26. Attached hereto as **Exhibit 25** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00096253-6271, which is a presentation titled "Hadoop and Spark Join Forces at Yahoo."

27. Attached hereto as **Exhibit 26** is a true and correct copy of the document bearing Bates numbers R2_DB_126730-6740, which is a webpage on the Apache Software Foundation website titled "Frequent Questions About Apache Licensing."

28. Attached hereto as **Exhibit 27** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00118771-8844, which is a compilation of webpages on the Apache Spark GitHub website showing Yahoo employee contributions to Apache Spark.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00118845-8861, which is a compilation of webpages on the CaffeOnSpark GitHub website showing Yahoo employee contributions to CaffeOnSpark.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the Expert Report of Gareth Macartney, Ph.D.

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the Expert Report of Jim W. Bergman.

32. Attached hereto as **Exhibit 31** is a true and correct copy of the document bearing Bates numbers GYehuda_00000241-0254, which is webpage on the Apache Software Foundation Blog website titled "The Apache Software Foundation Celebrates 20 Years of Community-Led Development 'The Apache Way.'"

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the Expert

Report of William Davis Concerning Infringement of U.S. Patent No. 8,190,610.

34. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the transcript of the March 27, 2025 deposition of William Davis.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00116703-6712, which is webpage on the Apache Spark GitHub website showing a contribution to the file "RDD.scala" in Apache Spark.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00116732-6733, which is webpage on the Apache Spark GitHub website showing a contribution to the file "PairRDDFunctions.scala" in Apache Spark.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the document bearing Bates numbers JWeissman_00006422-6423, which is webpage on the Apache Spark GitHub website showing a contribution to the file "ShuffleHandle.scala" in Apache Spark.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00117414-7419, which is webpage on the Apache Spark GitHub website showing a contribution to the file "ShuffleExchange.scala" in Apache Spark.

39. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the transcript of the March 21, 2025 deposition of Jon Weissman.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00098922-8925, which is webpage on the Apache Spark GitHub website showing a contribution to the file "ZippedPartitionsRDD.scala" in Apache Spark.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00098908-8909, which is webpage on the Apache Spark GitHub website showing a contribution to the file "ZippedRDD.scala" in Apache Spark.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the document bearing Bates numbers JWeissman_00000110-0126, which is webpage on the Apache Spark GitHub website showing a contribution to the file "DAGScheduler.scala" in Apache Spark.

43. Attached hereto as **Exhibit 42** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00116132-6133, which is webpage on the Apache Hadoop website titled "Apache Hadoop NextGen MapReduce (YARN)."

44. Attached hereto as **Exhibit 43** is a true and correct copy of the document bearing Bates numbers R2_DB_105120, 5218, which is excerpts of infringement contentions served by R2 in *R2 Solutions LLC v. Cloudera, Inc.*, No. 1:23-cv-1205 (W.D. Tex.).

45. Attached hereto as **Exhibit 44** is a true and correct copy of the document bearing Bates numbers R2_DB_065079, 5087, which is excerpts of infringement contentions served by R2 in *R2 Solutions LLC v. JP Morgan Chase & Co.*, No. 21-cv-00174 (E.D. Tex.).

46. Attached hereto as **Exhibit 45** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00118639-8644, which is webpage on the Yahoo Developer Network website titled "CaffeOnSpark Open Sourced for Distributed Deep Learning on Big Data Clusters."

47. Attached hereto as **Exhibit 46** is a true and correct copy of the document bearing Bates numbers Databricks_R2_00108087-8088, which is an archived webpage of the CaffeOnSpark GitHub code repository.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my belief, the foregoing is true and correct.

Executed on May 1, 2025.

*/s/ Vigen Salmastlian*
Vigen Salmastlian

**CERTIFICATE OF AUTHORIZATION TO SEAL**

Pursuant to Local Rule CV-5(a)(7)(B), I am authorized to file the foregoing document under seal pursuant to Protective Order (Dkt. 61) because this document references Designated Material.

*/s/ Vigen Salmastlian*
Vigen Salmastlian

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 1, 2025, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Additionally, I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of these documents via electronic mail per Local Rule CV-5.

*/s/ Vigen Salmastlian*
Vigen Salmastlian