# EXHIBIT 14

# [Redacted]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

R2 SOLUTIONS LLC,

        Plaintiff,

    v.

DATABRICKS, INC.,

        Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

## OPENING EXPERT REPORT OF DR. JON WEISSMAN

## CONTAINS MATERIAL DESIGNATED HIGHLY CONFIDENTIAL

## ATTORNEYS' EYES ONLY

2/20/25

Date

Signature

project's open source license and warrant that you have the legal
authority to do so.

(Databricks_R2_00116011 at 6012.)

991.    All source code released under a project that has the Apache 2.0 license affixed is licensed under the terms of the Apache 2.0 license.  (Databricks_R2_00096968.)

992.    The Apache Software Foundation hosts hundreds of Apache projects, including, for example, Apache Hadoop, Apache Hadoop YARN (MapReduce 2.0), Apache Pig (including Spark on Pig), Apache ZooKeeper, Apache Oozie, Apache Storm, Apache Omid, Apache Hive, Apache HBase, Apache Spark, all released under the Apache 2.0 license.  (*See, e.g.*, Databricks_R2_00118333; ███████████████████; ███████████████ at 0158; ███████████████████; *see generally* █████████., ████████, ████████████ Because each Apache open-source project is governed by the Apache 2.0 license, all contributions to these projects are subject to the Apache 2.0 license.  (*Id.*)  Additionally, third parties including Yahoo release open-source projects under the Apache 2.0 license, including, for example, CaffeOnSpark and Streaming-benchmarks.  (*Id.*)



993.    ████████████████████████████████████████████ ████████ testified that Yahoo understood the terms of the Apache 2.0 license as a granting a license all Yahoo patents that covered the open-source projects that Yahoo employees contributed to. ████████ at 20:20-21:19, 64:25-65:17, 71:24-72:5.)

994.    ████████████████████████████████████████████ ████████████████████████ testified that "Yahoo was aware of the patent clause within the Apache license, and Yahoo hired [him] to contribute software to the Apache Software Foundation under its license with that understanding." ████████ at 104:11-14; *id.* at 122:24-123:6 ("My understanding as a board member of the Apache Software Foundation [for

six consecutive terms] was that hiring employees to work on Apache projects and paying them to do so was implicitly providing a license to all intellectual property contributed as specified in the Apache license rather clearly that one's employer's implicated as the licensor, and including patent license as specified in the patent clause.").)  Further, "Yahoo was very aware of the patent clause in the Apache license . . . [because it] was discussed internally extensively within—within Yahoo. [And] Yahoo was aware that the software that they contributed would implicate any patents [and] contribute any patents that they owned to the Apache Software Foundation."  (*Id.* at 123:13-19; *see also id.* at 136:8-13 ("Yahoo employees were required to use their Yahoo e-mail address; that their management requested they do this so they be identified as Yahoo employees and credited. So not to do so as individuals, but they were acting as agents of Yahoo."); *id.* at 137:12-15 ("[P]ress releases by Yahoo embracing Apache, donations by Yahoo to Apache, [are all] written endorsements and support of Apache's mission and—and use of its license.").)

995.    Yahoo did not execute a corporate contributor license agreement with Apache, but that was not required to be bound by the terms of the Apache 2.0 license.  (███████ at 131:3-13.)  As explained in more detail below, Yahoo was hiring engineers with the specific purpose of contributing to open-source projects such as Apache Hadoop, Apache Hive, Apache Pig (including Pig on Spark), Apache Oozie, Apache ZooKeeper, Apache Spark, CaffeOnSpark, streaming-benchmarks, and others.  (*Id.* at 33:15-34:10.)  And Yahoo as a corporation, together with Yahoo's Open Source Program Office, Yahoo legal, Yahoo executive leadership, and Yahoo management responsible for the engineers working on each of these open source teams, approved Yahoo employee contributions to these projects.  In fact, Doug Cutting's Statement of Work with Yahoo in March 2005 expressly stated that his implementation of MapReduce in Apache Hadoop would be contributed to Apache open source.  (Cutting Decl. Ex. 12, Databricks_R2_00113377 at 3614.)

And as ███████████ testified, ████████████████████████████████████████

███████████ which was tasked with developing technology for Apache Spark and contributing that technology to open-source Apache Spark.  (████████████████████)  And, as Yahoo's open-source strategy expanded, Yahoo even stopped using CLAs altogether, because Yahoo "realized that this notion of asserting a CLA as a barrier was not productive," and thus, "stopped asking people for CLAs." (██████████████████.)  These CLAs were a "belt and suspenders" approach "that's confirming and confirming of a confirmation that's already confirmed by . . . the license itself" and through Yahoo's sweeping open-source policy and Yahoo's sweeping approval of employee contributions to open-source projects related to MapReduce technology and distributed processing.  (*Id.* at 131:3-13.)

996.   ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

| Yahoo employee | Dates of employment | Open-source projects Yahoo employee contributed to | ███████ |
|---|---|---|---|
| ████████ | 2007–June 2017[5] | Apache Spark under Apache 2.0 license<br><br>Apache Hadoop under Apache 2.0 license<br><br>Apache Storm under Apache 2.0 license<br><br>Streaming-benchmarks under Apache 2.0 license | ████████████████ |

---

[5] (████████████████

| Yahoo employee | Dates of employment | Open-source projects Yahoo employee contributed to | ████ |
|---|---|---|---|
| ████ | November 2007-September 2016[6] | Apache Spark under Apache 2.0 license | ████ |
| | April 2011-December 2017[7] | Apache Spark under Apache 2.0 license<br><br>CaffeOnSpark under Apache 2.0 license<br><br>TensorFlowOnSpark under Apache 2.0 license<br><br>Streaming-benchmarks under Apache 2.0 license | |
| ████ | August 2007-June 2017[8] | Apache Hadoop under Apache 2.0 license<br><br>Streaming-benchmarks under Apache 2.0 license | ████ |
| ████ | December 2014-March 2016[9] | Apache Spark under Apache 2.0 license | ████ |
| ████ | March 2005-August 2009[10] | Apache Lucene under Apache 2.0 license<br><br>Apache Nutch under Apache 2.0 license<br><br>Apache Hadoop under Apache 2.0 license | ████ |
| ████ | March 2012-April 2015[11] | Shark (Hive-on-Spark) under Apache 2.0 license | ████ |

---

[6] (JWeissman_00000590-0595; JWeissman_00000596-0599.)

[7] (Databricks_R2_00102966.)

[8] (Databricks_R2_00102999.)

[9] (JWeissman_00000135-0140.)

[10] (Databricks_R2_00113377 at 3604-3618; Cutting Dep. at 100:19, 130:10-18.)

[11] (Databricks_R2_00102942-2943.)

| Yahoo employee | Dates of employment | Open-source projects Yahoo employee contributed to | ███████ |
|---|---|---|---|
| ████████ | April      2012-October 2015[12] | Apache Spark under Apache 2,0 license[13] | ████████████ |
| ██████████████ | April      2015-September 2021[14] | Apache Spark under Apache 2.0 license[15]  Streaming-benchmarks under Apache 2.0 license[16] | ████████████ |

997.    These ICLAs included a "Grant of Patent License" provision identical to the Apache 2.0 license. (*E.g.*, ASF_R2-DB_0000006-0007.) They further included a representation[17] on behalf of the individual contributor:

> You represent that you are legally entitled to grant the above license. If your employer(s) has rights to intellectual property that you create that includes your Contributions, you represent that you have received permission to make Contributions on behalf of that employer, that your employer has waived such rights for your Contributions to the Foundation, *or* that your employer has executed a separate Corporate CLA with the Foundation.

(*E.g.*, ASF_R2-DB_0000006 at 0007.) Yahoo had the right to the intellectual property created by its employees, and Yahoo employees obtained approval from Yahoo to contribute to these open-

---

[12] ████████ was an employee of Yahoo! JAPAN. (Databricks_R2_00102984.) Kai Sasaki contributed to Apache Spark while employed by Yahoo under the GitHub name (*See* JWeissman_00000001-0002; JWeissman_00000003-0006.)
[13] (JWeissman_00000003-0006.)
[14] (JWeissman_00000583-0589.)
[15] (████████████████)
[16] (Databricks_R2_00118538-8548.)
[17] ████████████████████████████████████

source projects. ███████████ at 20:20-21:25, 25:13-24; ███████████ 236:18-237:6, 237:8-14.)
And Yahoo's sweeping open-source policies related to all MapReduce and distributed processing
technology, hiring of engineers specifically to contribute to these open-source projects, and broad
approval of contributions by hundreds of engineers to these projects are examples of how Yahoo
provided approval for these employee contributions. (*See generally* ███████████
Cutting Dep.)

> ### 2.    Yahoo's Sweeping Open-Source Strategy Related to MapReduce and Distributed Processing Technology

998.    Beginning in 2005 when Yahoo hired Doug Cutting to develop Yahoo's distributed
data processing technology through an open-source Apache project, Yahoo developed a sweeping
open-source strategy for its technology. (Cutting Decl. Ex. 12, Databricks_R2_00113377 at 3614.)
Yahoo hired hundreds of engineers to contribute to Apache open-source projects and approved
their contributions to open-source on behalf of Yahoo. ███████████ 33:15-34:10 ("[T]here
were hundreds of engineers who contributed Open Source.  And a subset of those who contributed
to Open Source as their primary job. . . . [E]specially in the big data space where their primary role
was to work on these technologies and to ensure that those contributions would succeed in the
Open Source community."); ██████████ at 95:15-18, 237:8-14; Databricks_R2_00118333.)  The
Yahoo Open Source Program Office approved open-source contributions with the knowledge and
approval of Yahoo's executive leadership and Yahoo legal. ███████████ at 65:9-66:4.)
Specifically, ██████████ testified that "certainly the Yahoo legal team understood," "the head of
technology understood," and "the CEO of the company likely understood" that "when Yahoo
contributed to an Open Source project like Spark under [the Apache 2.0] license that Yahoo was
granting a license to Yahoo patents that covered Apache Spark." (*Id.* at 65:9-66:11.)  And "the
executives who were familiar with the technology or legality would understand full well that the

point of contributing to an Open Source project under this kind of license is to include the patents that are necessarily infringed by [a] contribution [] alone or in combination as the [text] says." (*Id.*)  I also had a conversation with ███████████████████████████ ████ and in our conversation, he reiterated Yahoo's open-source commitment, open-source policies and practices, and broad approval of employee contributions to open-source projects related to MapReduce and distributed data processing technology, including, for example, Apache Hadoop, Apache Spark, CaffeOnSpark, and the Apache open-source projects discussed below. (Conversation with ██████████ on February 19, 2025.)

999.   Yahoo became a platinum sponsor of Apache in 2007. (Databricks_R2_00118660.)  In a press release, Yahoo acknowledged that "several members of Yahoo's development teams are active, long-term code contributors to Apache Hadoop."  (*Id.*) Yahoo also recognized that it "is contributing to an open source version of these powerful tools which are freely available to anyone who needs them . . . and is committed to advancing the state-of-the-art in distributed computing through the incubation of new Apache projects." (*Id.*)

1000.   Yahoo's executive and legal teams understood that by creating and contributing to open-source projects under the Apache 2.0 license, Yahoo was granting a license to all patents that covered each project.  ██████████. at 20:20-21:25.)  As discussed further below, Yahoo's leadership publicized its open-source strategy and the reasons for it.  And because Yahoo's open-source strategy was an ongoing ethos of the company, employee contributions to open-source were broadly and informally approved.

a.   ████████████████████████████████ Publicized the Reasons for Yahoo's Sweeping Open-Source Strategy

1001.  In 2011, ██████████████████████████████████████████████ ████████████, published an article on the Yahoo Developer Network website explaining the

reasons the "Hadoop team at Yahoo is so passionate about our open source mission." (Databricks_R2_00091755.) As ██████████ testified, ████████████████ was one of the executives at Yahoo that "helped set Yahoo Open Source Strategy" in the areas of MapReduce and distributed processing technology, and more generally. (████████████ at 50:5-17.) ██████ ████████████ stated that, at the time in 2011, Yahoo had "nearly 100 people working on Apache Hadoop and related projects such as Pig, ZooKeeper, Hive, Howl, HBase and Oozie." (Databricks_R2_00091755.) He then identified the reasons for Yahoo's open-source commitment starting with Hadoop in 2006, which continued to related open-source projects. (*Id.*)

1002.   First, Yahoo's investment in open source helps "recruiting world class scientists." (*Id.* at 1756.) ████████████████ stated that if the scientists it wanted to hire knew Apache Hadoop, "then they would know Yahoo had a great big data platform." (*Id.* at 1755.) ████████████ also explained that "open sourcing projects like Hadoop and contributing to projects like Open Source Spark" "help[ed] recruit world class scientists" and was "critical to the mission." (████████ ██ at 51:25-52:3.) He further explained that data scientists "wouldn't want to work at a company where their contributions couldn't be made public because when they wanted to leave that company they wouldn't have the reputation" in their area of expertise. (*Id.* at 53:18-23.) "Whereas if they were to go to Facebook and work on H-Base or Cassandra . . . or Hive [which] came out of Facebook . . . they could develop a public reputation." (*Id.* at 53:23-54:2.) A 2011 internal Yahoo newsletter also notes that "[r]eleasing technology to the open source community helps Yahoo build recognition and a technical brand in the technical community, and also develop relationships with universities and companies." (YAHOO_000230 at 0232..) As explained in Section XIII.A.2b. below, the Yahoo Open Source Program Office further leveraged the benefits of open source for recruiting by giving presentations regarding Yahoo's open-source strategy. ████████████ also

testified that Yahoo's open-source strategy helped "recruit[e] world-class scientists" in "a couple ways[:] . . . by being open source, many of the programs and APIs were known to people [so] they were aware of how to use them coming in[;] . . . [the programs] themselves allowed just being able to process and run on massive amounts of data, thus solving big, hard problems[;]" and finally, "people liked the idea of contributing to open source" and "liked the idea of doing something that then gets published open source and used by hundreds of thousands of companies and people." (████████    158:17-159:18.)

1003.  Second, ████████████ explained that by helping to build open-source Apache Hadoop and related projects, Yahoo was "able to take advantage of big Hadoop projects like HBASE and Hive that [it did] not needed to build [itself]." (Databricks_R2_00091755 at 1756.)  For example, ████████████████ co-authored a paper related to Apache Hadoop with employees from Hortonworks, Microsoft, InMobi, and Facebook. (Databricks_R2_00096040.)  ████████████ also testified that Yahoo "could have other companies adding features that would then be beneficial to Yahoo.  And so the rate at which [projects] would [] grow and get better would be improved." (████████ at 53:6-10.) ████████ ████ further testified that by collaborating with competitors, Yahoo could "enhance the project more quickly and get more ideas from people of different backgrounds and companies, which all work together, collaborate, to benefit everyone." (*Id.* at 64:5-14.) ████████████ also testified that new hires "aware of using Hadoop and the APIs . . . would be able to join Yahoo and [start] contributing and making a difference quicker [] than if they had to learn something from scratch." (*Id.* at 162:7-14.)  In summary of this benefit, ████████ testified that "leveraging the behaviors of Open Source collaboration" allowed Yahoo to "internally, gain a[] . . . disproportionate advantage." (████████ at 7:13-16.)

1004.   Third, Yahoo's open-source strategy gave it "[a]ccess to trained talent and easier collaboration." (Databricks_R2_00091755 at 1756.) ████████████ r noted that many Yahoo partners "use Hadoop extensively too." (*Id.*)  As a result, Yahoo acquired its "first Hadoop based startup (dapper.net)," and ████████████ explained "this will not be the last time we partner up with another company that uses Hadoop extensively." (*Id.*)  Moreover, in 2011 Yahoo and Benchmark Capital "formed a separate company called Hortonworks." (YAHOO_000378 at 0381.)  Hortonworks became Yahoo's "independent company with a commercial mandate" and enabled "the money-earning future of the software [] from surrounding services." (*Id.* at 0380-0382.)  Therefore, as ████████████ noted, "the productization of Hadoop" was critical for Yahoo's related business ventures.  (*Id.* at 0380.)  ████████████ also testified "the idea [was] that by making these Yahoo projects open source, [] potential new Yahoo job candidates would already have experience working with these projects."  (██████████ at 161:16-162:5.)  David Chaiken also stated that as a result of Yahoo's contribution of Apache Hadoop to Apache open-source,and Yahoo's extensive collaboration with the open-source community to continue developing and improving Apache Hadoop, was able to recruit and immediately utilize talent in the area of machine learning as early as 2008.  (Conversation with David Chaiken on February 19, 2025.)  Specifically, Yahoo was able to use its market presence associated with the development of open-source Apache Hadoop to recruit statisticians in China, who had earned degrees that taught key concepts that enabled these statisticians to develop and implement early nachine learning technology.  (*Id.*)  Through the open-source Apache Hadoop platform, Yahoo was able to provide these newly hired machine learning engineers immediate access to extensive collections of Yahoo data related to search, and these engineers were able to use open-source Apache Hadoop (including its MapReduce technology) to perform the data processing and analysis that was necessary to train

early machine learning models that improved Yahoo search. (*Id.*) Within six months, Yahoo machine learning for search was operational and was increasing revenue from search. (*Id.*) David Chaiken explained that in this case, Yahoo's commitment to open-source Apache Hadoop was an immediate value-add by providing access to trained talent in a new technology area, while also providing a way to immediately utilize that talent too improve Yahoo search technology in a way that ultimately contributed to one-third of Yahoo's market capitalization. (*Id.*) As discussed in Section XIII.A.4.b.(3), Yahoo also contributed machine learning technology back to open source under the Apache 2.0 license with CaffeOnSpark.

 1005. Fourth, ████████████ explained Yahoo's open-source strategy was necessary for "Avoiding Obsolescence." (Databricks_R2_00091755 at 1756.) ████ ████████ acknowledged that because Apache Hadoop is open source, you can "get Hadoop support and tools from major enterprise players" and "Hadoop is going to get better for years to come, with or without further investment from Yahoo." (*Id.*) ████████ testified that "in 2010, Yahoo's popularity was waning [and] Open Source was viewed as a way to get a lot of attention and to get things accomplished . . . beyond just the number of engineers [Yahoo was] able to dedicate to a technology. ████████ at 7:17-21.) ████████ also testified that by "contributing its various open source projects to open source," Yahoo tried "to garner as much industry support as possible so that [the] projects could become industry standards." ████████ at 163:7-13.) ████████ further testified that if Yahoo did not have a sweeping open-source policy, its business would have failed:

> So the idea behind avoiding obsolescence is imagine—imagine that Yahoo was the only company in the world using Hadoop. And we hired 100 people to work for Doug Cutting and we spent millions of dollars on salaries, because these people made a lot of money. And we had them working at Hadoop. And no one else knew. No one else was—no one knew what it was. No one else was able to find it

or use it or they felt that they had the—no one else felt that they had the right to use it.

In that world we would eventually run out of steam.  We would—we would eventually not be able to pay or those people would leave and then we would be stuck with technology that no one else knew.  And everyone we had to hire, we would have to train them on that.  We realized that was a dead end.

Whereas making it public we create—we give it life.  We enable people to work on it.  They'll leave and virally infect other . . . companies to want to use Hadoop and grow with their ecosystems.  And then we would be able to hire people into our ecosystem.  And hire people directly into the company who had maybe worked on Hadoop in another company.  And they came up with their ideas that we were able to leverage.  Creating that life was—was really at the essence of the Open Source philosophy.

[REDACTED]          at 55:2-56:3.)  Additionally, I understand from David Chaiken that one of the economic benefits that Yahoo realized from open-source Apache Hadoop is that it neutralized competition in the field of MapReduce and distributed data processing technology.  (Conversation with David Chaiken on February 19, 2025.)  Before Yahoo developed Apache Hadoop, Google had a competitive advantage in the field because it had its own internal implementation of MapReduce.  (*Id.*)  Open sourcing Apache Hadoop leveled the playing field, and the resulting community contributions established Apache Hadoop and related projects as the industry standard.  (*Id.*)

1006.  Fifth, [REDACTED] explained that Yahoo's open-source strategy gives it "[g]ood will from doing good."  (Databricks_R2_00091755 at 1756.)  He noted that "Hadoop is now out there, solving world class problems in all sorts of places we never imagined," which was a source of goodwill for Yahoo's business.  (*Id.*)  To further build goodwill, [REDACTED] collaborated with the Yahoo engineering teams to publish on the Yahoo Developer Network blog and ensure that Yahoo's contribution to open-source projects were properly attributed to the Yahoo teams and Yahoo employees that were doing the work for these open-source projects at Yahoo.

434

█████████ at 35:17-36:9; *see, e.g.*, Databricks_R2_00118639-8644 (announcing the Yahoo CaffeOnSpark open-source project); Databricks_R2_00118645-8649 (announcing the Yahoo TensorFlowOnSpark open-source project); Databricks_R2_00118538-8548 (announcing the Yahoo streaming-benchmarks open-source project); Databricks_R2_00118636 at 8637 (celebrating "that 10 years have [] passed since Hadoop was started at Yahoo"); Databricks_R2_00118630-8635 (describing Yahoo's distributed deep learning on Hadoop clusters using CaffeOnSpark).) █████████ also explained that "good will for doing good" meant by "open sourcing the software, which is good for the community, good for everybody else . . . in return, [Yahoo also got] the community contributing and thanking Yahoo, as well as interested in working there to continue contributing and making things better." (█████████ 165:3-11.)

1007. █████████ concluded that the "Yahoo team is committed to open source because we love seeing our work change and the world and because open sourcing our work via Apache Hadoop remains the most cost-effective way for Yahoo to meet key business goals." (Databricks_R2_00091755 at 1757.)

1008. Yahoo's investment in, publications about, and extensive contributions to open-source Apache projects sent a strong message to the open-source community about Yahoo's commitment to open-source for the reasons discussed above. Yahoo's open-source policies allowed it to recruit world class scientists. █████████. at 51:25-52:3, 53:18-23.) And if Yahoo did not foster an open-source culture, █████████ testified that its employees may rather "go to Facebook and work on H-Base or Cassandra . . . or Hive [which] came out of Facebook" to develop a reputation in the open-source community. (*Id.* at 53:23-54:2.) Yahoo also internally leveraged the open-source contributions of its competitors for a "disproportionate advantage." (*Id.* at 7:13-16; Databricks_R2_00091755 at 1756 (Yahoo was "able to take advantage of big Hadoop

projects like HBASE and Hive that [it has] not needed to build [itself].").)  Without its open-source strategy, ███████ explained that Yahoo "would eventually run out of steam . . . [and] be stuck with technology that no one else knew." ███████. at 54:21-56:14.)  And in exchange for promoting and contributing to open-source projects like Apache Hadoop, which others began adopting as industry standards, Yahoo made a promise to "set code free"—a mantra of the Yahoo Open Source Office quoted by ███████ and included in Yahoo Open Source Program Office materials.  (*Id.* at 42:20-43:3; *see, e.g.*, ███████████)  All of these benefits are exactly why the Apache 2.0 license requires granting a licenses to all patents that cover the open-source project a party contributes to.  Indeed, "it would be fundamentally unfair for Yahoo to make these projects publicly available for free, wait for companies to adopt them as industry standards, and then sue them for patent infringement." (███████ 163:22-164:6 (objection omitted).)  As Doug Cutting testified "there was concern that people might try to contribute patented software and then charge all the users of that software with licensing fees for those patents"—but the Apache 2.0 license's "patent clause was meant to prevent that." (Cutting Dep. at 125:7-16.)  And as ███ ███████ testified, Yahoo shared that concern when "Google had been awarded a patent on MapReduce." (*Id.* at 66:20-67:18.)  But as he explained, Yahoo was "relieved knowing that [Google] understood, as [Yahoo] understood, that although we would collect patents by virtue of contributing to [a] project, we were bound by the terms of [the Apache 2.0] license." (*Id.*)  Accordingly, Yahoo abided by its commitment to open source and its obligations under the Apache 2.0 license and never accused any open-source project it contributed to, including Apache Hadoop and Apache Spark, as infringing any Yahoo patents. (███████. at 100:1-101:17; ███████ at 67:9-69:5; ███████████)

b.    **Yahoo's Open Source Program Office Publicized Yahoo's Sweeping Open-Source Strategy**

1009.    ████████████████████████████████████████████████

████████████    Yahoo publicized its sweeping commitment to open-source projects in the area of MapReduce and distributed processing technology.

1010.    ██████████ testified that "part of [his] role was to create a public perception that Yahoo was an extremely Open Source friendly company." (██████████ at 40:21-23.) He further testified that this "is why [he] ran the [Yahoo Developer Network] blog," "why [he] created a podcast," and "why [he] would speak at external events." (*Id.* at 40:21-25.)  In doing so, ██

██████    testified, Yahoo signaled "yes, we use Open Source, which means that if you're an engineer you'll be comfortable working at Yahoo.  You won't have to learn proprietary technology" and "[w]hat you already know you'll be able to bring." (*Id.* at 40:21-41:4.) ██

██████    testified that this is all part of "the ethos of contributing." (*Id.* at 41:6.)  And Yahoo "funded activities in Open Source in the world of Apache, Linux, and others because [it] wanted to see those ecosystems grow" and "wanted to be known for being part of seeing those ecosystems grow." (*Id.* at 41:5-13.)

1011.   The Yahoo Open Source Program Office website notes: "We know that engineers love working at companies that support open source.  We love working with engineers who embody open source principles in their work.  Check out this site to see what we have published, how you can work with us, and maybe even work at Yahoo.  We're hiring." (Databricks_R2_00118884.)    Here, Yahoo acknowledges that its sweeping open-source commitment is mutually beneficial to its employees and is part of its hiring practice. (*Id.*) ██

██████    testified that this "was part of the corporate strategy to ensure that [employee] contributions were public because—in some part because a lot of the engineers, [] desire to come

and work on the projects knowing that they can build a personal reputation.  And at the same time allow the company to leverage the growth in that technology, which we saw was accelerating in public at a much faster rate than it would be accelerating if it was proprietary and internal." █████████. at 54:5-13.)

1012.  █████████ also testified that the Open Source Program Office publicized Yahoo's open-source strategy through "a lot of presentations."  (*Id.* at 37:3-14.)  █████████ presented Yahoo's open-source strategy to a wide audience, including a presentation at the White House, and at times gave academic presentations to college students.  (*Id.*)  For example, in 2011 he gave "an academic presentation where [Yahoo was] reaching reaching out to college students and telling them about the Yahoo technology story." (*Id.*; ███████████████████.)  The presentation notes Yahoo's open-source contributions to "Apache Hadoop, Pig, Zookeeper, Oozie, Hive, etc." █████████ at 37:3-14; ███████████████████.)  █████████ testified that this list of Yahoo contributions also includes the open-source contributions to Apache Spark and its CaffeOnSpark project.  █████████ at 39:15-21.)  Another slide notes that working for an open-source company may include "using," "giving," and "selling" related to open-source. █████████████ at 0157.)  █████████ testified that this slide conveyed that Yahoo was actively "using and giving" to open source and would later sell open-source services with the launch of Hortonworks. (███████████████████  The final slide notes that "Yahoo! loves Open Source"; "[Yahoo] use[s] Open Source tools, products, and code"; "[Yahoo] give[s] back to projects by way of big fixes and extensions"; and "[Yahoo] sponsor[s] Open Source projects, large and small." (███████████████████  █████████ testified that "the message that Yahoo was sending through [these] presentations [was] that it was giving" and through "talks and publications" it showed "that it fully embraced Open Source." █████████ 40:16-21.)

1013.   The Open Source Program Office also shared Yahoo's sweeping open-source commitments at "an internal technology festival known as Tech Pulse."  (*Id.* at 41:21-22.)  The Open Source Program Office created a poster as "another way that Yahoo would communicate to engineers internally about its commitment to Open Source and Open Source projects."  (*Id.* at 43:8-12.) ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████ testified that the poster was meant "to remind the engineers across the company that [Yahoo has] an Open Source policy." ███████████ at 42:20-23.) ████████████ further testified that the poster contained "the messages that we want [the engineers across the company] to know[;]" "be open," "[w]e want to set code free," and "let us know if you have questions because we want to do it right."  (*Id.* at 42:20-43:3.)

> ### c.    Yahoo's Sweeping Open-Source Policy Allowed for Informal Approval of Employee Contributions to Open-Source Projects Related to MapReduce and Distributed Processing Technology

1014.   Yahoo's sweeping open-source policy allowed for informal approval of Yahoo employee contributions to open-source projects in the area of MapReduce and distributed data processing technology—i.e., Apache Hadoop, Apache Hadoop Yarn (MapReduce 2.0), Apache Pig (including Pig on Spark), Apache Zookeeper, Apache Oozie, Apache Storm, Apache Omid, Apache Hive, Apache HBase, Apache Spark, CaffeOnSpark (under the Apache 2.0 license), streaming-benchmarks (under the Apache 2.0 license) and others.

1015.   ███████████ testified that "many, many of the people who worked on Open Source projects were hired specifically to work on those projects," and in many cases "they had already been working on those projects at other companies." ███████████ at 25:13-24.)  He further testified that Yahoo "would send engineers to conferences or [make] posts to promote the brand

of Open Source.  (*Id.* at 8:15-17.)  In turn, "[Yahoo employees] would meet [contributors] at conferences and say would you like to work at Yahoo where you could continue to work on [open-source projects]."  (*Id.* at 25:13-24.)  As a result, "engineers would work on [a] project" as new Yahoo employees and ████████ "would find out about it after the fact when [he] wanted to update [the Open Source Program Office's] records."  (*Id.*)

1016.    ████████ also testified that it "was a significant [part] of [his] job" to "discuss with Yahoo leadership and Yahoo legal the impact of contributing to [] Open Source projects, including on [] Yahoo intellectual property."  ████████ at 22:7-13.)  ████████ also testified that the "Yahoo open source policy . . . was [] commonly known and understood by Yahoo employees that worked on [] open source projects."  (████████ at 166:2-7.)

1017.    ████████ also testified that Yahoo especially encouraged Yahoo employees to contribute to open-source projects for distributed data processing:

> Q.  And so on that point, distributed data processing like MapReduce, Hadoop, Spark, those are areas that Yahoo was openly contributing its patents through its contributions, right?
>
> A.  Openly, let's put it this way.  *There was a green light with a, you know, hit the accelerator, we want to grow this space and the big data stream processing, MapReduce.*  The greater Hadoop ecosystem, that included Tez, Spark, Storm, Oozie, Bookkeeper, Zookeeper, Flink, and then [Kafka] and Pulsar.  And, again, this body of work that's largely in the Apache ecosystem, there was quite a desire, like let's—let's grow this quickly because we needs this space for us to grow.

████████. at 128:10-23 (emphasis added).)

1018.    ████████ also testified that Yahoo's patent portfolio was never a concern or limiting factor on its contributions to MapReduce and distributed data processing technology.  (*Id.* at 129:11-12 ("[W]e never denied a request for patent reasons, and certainly not for Apache Spark.").)  ████████ testified that, rather, "filing a patent was in some ways to ensure that

someone else wouldn't." (*Id.* at 130:9-21.)  He explained that "the messaging that [he] would share with the engineers was that by creating a patent and then open sourcing the project that reads on [the] patent, we protect the Open Source community from somebody asserting that patent against it because it's our patent and we licensed it to this project to protect it from [] this very thing." (*Id.*) ███████ further explained that Yahoo shared an understanding of its open-source policy with other competitors like Google, specifically related to MapReduce technology:

> [W]e knew that Google had been awarded a patent on MapReduce. And the day that happened, or the day after that happened, I don't remember which one, we had a fairly senior level conversation where we were worried and said, oh, no, now that Google has this patent on the MapReduce would they assert it.  And they sent a communication to use with of [] course not.  *We contribute to Hadoop under the terms of the Apache license.  And we understand what that means.*
>
> *And we were all relieved knowing that they understood, as we understood, that although we would collect patents by virtue of contributing to this project, we were bound by the terms of this license.*
>
> . . . .
>
> Q. So under that understanding, if Yahoo sued members of the Open Source community of projects that Yahoo contributed to, like Spark or Hadoop, that would have been a big deal, wouldn't it?
>
> A. That—that would have been—that would not have happened. *There isn't a scenario where Yahoo would have sued an Open Source project.*  That would be—that would be like throwing a stone into the well that you drink from.

(*Id.* at 66:20-67:18.)

1019.  ███████ also testified that Yahoo had "never denied . . . [an employee] request to contribute" to open-source projects in distributed data processing. (*Id.* at 129:10-17.)  And more specifically, Yahoo "never denied a request for patent reasons, and certainly not for Apache Spark." (*Id.*)  He also testified that "the same is true for CaffeOnSpark" because Yahoo "created

and published CaffeOnSpark deliberately," and "the same is true for Hadoop" because Apache Hadoop "was the treasured technology that [Yahoo] wanted to grow and were afraid that somebody else would do that." (*Id.* at 129:13-19.) ███████ also testified that Yahoo "would delay a contribution to ensure that [it] could file a patent" but "then tell the engineer, great, now that you filed a patent, go for it and contribute." (*Id.* at 129:21-25.)

1020.   By contrast, ███████ testified that for "search technology" and "ad related technologies, Yahoo avoided contributing to Open Source projects in those spaces because they wanted patent protection." (*Id.* at 83:22-84:5.) But he specifically noted that if a contribution was not "going to ads or search" and was "going to big data," Yahoo responded to employees by saying "great, go for it." (*Id.* at 84:6-14.)

1021.   ███████ testified that "the process for creating a *new* Open Source project" "would have to get approvals because [Yahoo wanted] to make sure that there [was not] somebody else at Yahoo who says absolutely no, you can't, this is something very special for some reason." (*Id.* at 102:22-103:3 (emphasis added).)   Contributions to existing projects like Apache Spark would not require documentation because "if a [new employee is] contributing it's likely because [Yahoo is] using the project or [the employee] is making a fix." (*Id.* at 103:5-16.)  He gave the example that "if person A is contributing to Apache Tez then of course person B, C, and D can contribute to Apache Tez because we clearly want to contribute to Apache Tez." (*Id.*)   As explained above, for existing distributed data processing projects like Apache Hadoop and Apache Spark, Yahoo broadly approved and encouraged employee contributions.

1022.   ███████ explained that originally, Yahoo tracked employee contributions to open source using forms and a JIRA ticketing system where employees would document projects they wanted approval to contribute to. (*Id.* at 90:13-25.)  However, he noted that the "formal

process" was only meant to address "some developers [who] were very new to this . . . who were unsure . . . [or who] were reluctant." (*Id.*; *id.* at 91:10-25.) ████████ further testified that he would handhold these employees "through the process, encourage them to ask questions, and remind[] them that [Yahoo's] process isn't designed to slow them down[, it's] to make sure that they don't make mistakes." (*Id.*)  Further, "there were many people who were not on record because they were part of a verbal conversation with a manager," and ████████ "would work with [] people like ████████ who was a manager" because ████████ "didn't have time to talk to hundreds of people" individually." (*Id.* at 92:22-93:13.)

1023. ████████ testified that when he took over the Open Source Program Office in 2010, he initially replaced the cumbersome JIRA ticket system for approving open source contributions with a short form.  (*See* ████████. at 47:4-24, 79:19-80:6, 101:21-102:10; ████████.) But ████████ testified that he did not recall whether the form was ever used, and that in a short time, the Open Source Program Office stopped using the form entirely because it had become a barrier to Yahoo's open-source strategy.  (*See* ████████ at 47:4-24, 79:19-80:6, 101:21-102:10.) ████████ further testified that Yahoo "got rid of that process really altogether and just had more of a let's document who is contributing to what and then make it really easy for people to ask questions if they have them" because this allowed the Open Source Program Office to "not be a barrier but to be a service." (*Id.* at 127:1-9.)

1024. ████████ testified that over time, Yahoo developed "zones of operations," and "big data was a very well known zone of operation" that Yahoo "absolutely wanted" its "big data technology to be in the Open Source community." (*Id.* at 23:22-24:6.)

- 3.0/core/src/test/java/org/apache/oozie/action/hadoop/TestMapReduceMain.java,

- 3.0/examples/src/main/java/org/apache/oozie/example/DemoMapReduceMain.java.

(*Id.*)

1075.   Thus, Yahoo's contribution of the Oozie project to open-source under the Apache 2.0 license, as well as Yahoo's executed license agreement with the Apache Software Foundation, confirm Yahoo granted all users of Apache Oozie a license to the '610 patent.

### (4)    Apache ZooKeeper

1076.   Apache ZooKeeper "is a centralized service for maintaining configuration information, naming, providing distributed synchronization, and providing group services." (Databricks_R2_00116676.)  Apache ZooKeeper was originally a subproject of Apache Hadoop. (*Id.*)    Yahoo was the original contributor to the Apache ZooKeeper source code. (Databricks_R2_00107271.)    Apache ZooKeeper is licensed under the Apache 2.0 license. (Databricks_R2_00118549 at 8553.)

1077.   Yahoo contributed to Apache ZooKeeper, as shown by the documentation described below.  An archived Apache ZooKeeper committer list as of April 2013 identifies Yahoo employee committers Flavio Junqueira, Benjamin Reed, and Ivan Kelly. (Databricks_R2_00107345.)  At least two Yahoo employees contributed to Apache Zookeeper on behalf of Yahoo between 2007 and 2012: Benjamin Reed and Flavio Junqueira. (Databricks_R2_00118549-8616.)

### 4.    The Accused Open-Source Apache Spark Functionality Implemented by the Databricks' Data Intelligence Platform is Licensed Under the Apache 2.0 License

1078.   Apache Spark is "a unified analytics engine for large-scale data processing." (Databricks_R2_00118771 at 8773.)  Apache Spark is a project that was created under the Apache 2.0 license, and thus, all contributions to the project are subject to the terms of the license.  (*Id.* at

8776.) "Spark uses the Hadoop core library to talk to HDFS and other Hadoop-supported storage systems." (*Id.* at 8774.)

1079.   As discussed above, R2 accuses open-source Apache Spark functionality that is implemented by the Databricks Data Intelligence Platform as purportedly infringing the asserted claims of the '610 patent.  I disagree that open-source Apache Spark meets the requirements of the asserted claims for at least the reasons discussed in Databricks' response to Interrogatory No. 7, and as I will further explain in my rebuttal non-infringement report. But, even if one were to assume that the accused open-source Apache Spark functionality meets the requirements of the asserted claims, Yahoo granted a license to the '610 patent—as well as every other Yahoo patent—that purportedly covers open-source Apache Spark by virtue of (1) Yahoo's contributions to open-source Apache Spark under the Apache 2.0 license, and (2) Yahoo's contributions to open-source projects that were combined with, based on and derived from open-source Apache Spark, including Pig on Spark, CaffeOnSpark, and streaming-benchmarks.  As explained below, Yahoo made these contributions during the time it owned the '610 patent—i.e., between the October 5, 2006 filing date of the '610 patent and the April 18, 2016 assignment to Excalibur, and thus, granted all users of open-source Apache Spark a license to the '610 patent. (R2_DB_000466 at 0468 (patent assignment from named inventors to Yahoo dated October 4, 2006); R2_DB_000471 (patent assignment from Yahoo to Excalibur IP, LLC dated April 18, 2016).)

### a.    The Accused Open-Source Apache Spark Functionality is in the Versions of Apache Spark to which Yahoo Contributed

1080.   As an initial matter, R2 alleges Databricks first infringed the '610 patent on June 15, 2015, when open-source Apache Spark first introduced SortMergeJoin functionality.  This functionality was contributed to Apache Spark while Yahoo owned the '610 patent and was first committed on April 15, 2015. (JWeissman_00000294-0325; JWeissman_00003139-3140.) Thus,

under R2's own allegations that that the accused functionality as of June 2015 purportedly meets the asserted claims of the '610 patent (which I disagree with), Yahoo granted all users of Apache Spark a license to the '610 patent under the Apache 2.0 license.

1081.   Below I further analyze the versions of Apache Spark that implemented the files that R2 accuses in its infringement contentions. I reserve the right to supplement my opinions in view of R2's forthcoming opening report.

### (1)    Apache Spark 1.0

1082.   The GitHub repository for Apache Spark Branch 1.0 includes the Apache 2.0 license and is part of the Apache-licensed "Work." (Databricks_R2_00116013-6031.) ███████ ███████ was a Yahoo employee that was managing Yahoo's internal open-source Apache Spark team, and he committed to Apache Spark Branch 1.0 between October 30, 2013 and June 12, 2014.[18] (Databricks_R2_00116032-6039.)  Additionally, █████████████ was also a Yahoo employee on ████████████ internal Yahoo team working on open-source Apache Spark and committed code to Apache Spark Branch 1.0 between April 7, 2013 and March 19, 2014.[19] (JWeissman_00000103-0109.)

1083.   Beginning with Apache Spark 1.0, released May 30, 2014, Apache Spark "included shuffle functionality . . . functionality to merge datasets . . . [and] the ability to join datasets that had different schema." (███████████ 92:2-22.) █████████ personally "contribute[d] to the [Spark] shuffle functionality . . . running on YARN." (*Id.* at 224:12-22.) Additionally, ████████ █████████████████ contributed to at least the following additional functionalities, including,    for    example,    RDDs,    SparkContext,    and    Schedulers.    (*See,    e.g.,*

---

[18] ██████████████████████████████████████████

██ ██████████████████████████████████████████

Databricks_R2_00116703;          Databricks_R2_00116732;          Databricks_R2_00116847;

Databricks_R2_00116855;          Databricks_R2_00116866;          Databricks_R2_00116890;

Databricks_R2_00116974; JWeissman_00000110-0126.)

### (a)    Partitioning

1084.  I understand that R2 alleges org/apache/spark/rdd/RDD.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/rdd/RDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116677; Databricks_R2_00117669.)

1085. I understand that R2 alleges org/apache/spark/rdd/PairRDDFunctions.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/rdd/PairRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00116713; Databricks_R2_00117671.)

1086. I understand that R2 alleges org/apache/spark/rdd/DoubleRDDFunctions.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/rdd/DoubleRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116734; Databricks_R2_00117675.)

1087. I understand that R2 alleges org/apache/spark/rdd/ SequenceFileRDDFunctions.scala allegedly meets the claimed partitioning functionality.  (*See*

*generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/rdd/SequenceFileRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116740; Databricks_R2_00117677.)

1088. I understand that R2 alleges org/apache/spark/scheduler/ResultTask.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as core/src/main/scala/ org/apache/spark/scheduler/ResultTask.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116976; Databricks_R2_00117678.)

1089. I understand that R2 alleges org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was originally available in Apache Spark-1.0 as sql/core/src/main/scala/org/apache/ spark/sql/execution/Exchange.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116754; Databricks_R2_00117681.) Exchange.scala was renamed to ShuffleExchange.scala on February 21, 2016. (Databricks_R2_00117683.) The relevant commit on GitHub notes that the "old Exchange operator has been renamed into ShuffleExchange in order to clearly separate between Shuffled and Broadcasted exchanges." (*Id.*) ShuffleExchange.scala was renamed to ShuffleExchangeExec.scala on September 27, 2017. (Databricks_R2_00117744.) The relevant commit on GitHub notes that this was "as simple rename" and the "Exec suffix" was added "to all physical operators." (JWeissman_00000141-0143.)

1090. I understand that R2 alleges org/apache/spark/sql/catalyst/plans/physical/partitioning.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/ plans/physical/partitioning.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (JWeissman_00000144-0148; JWeissman_00000149-0150.)

1091. I understand that R2 alleges org/apache/spark/rdd/ZippedPartitionsRDD.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as core/src/main /scala/org/apache/spark/rdd/ZippedPartitionsRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116760; Databricks_R2_00117765.)

### (b)    Mapping

1092. I understand that R2 alleges org/apache/spark/sql/execution/exchange/ ShuffleExchangeExec.scala, org/apache/spark/rdd/ZippedPartitionsRDD.scala and/or org/apache/ spark/sql/catalyst/plans/physical/partitioning.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) As explained above, such code was available in Apache Spark-1.0 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1093. I understand that R2 alleges wide transformations including the functions aggregateByKey and reduceByKey allegedly meet the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such functions were available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/rdd/ PairRDDFunctions.scala prior to April 18, 2016,

when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116713; Databricks_R2_00117767.)

1094. I understand that R2 alleges org/apache/spark/sql/catalyst/expressions/ namedExpressions.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/expressions/ namedExpressions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116769; Databricks_R2_00117771.)

### (c)    Reducing

1095. I understand that R2 alleges org/apache/spark/rdd/ZippedPartitionsRDD.scala allegedly meets the claimed reducing functionality. (*See generally* R2 Infringement Contentions, Ex. A.) As explained above, such code was available in Apache Spark-1.0 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1096. I understand that R2 alleges org/apache/spark/rdd/MapPartitionsRDD.scala allegedly meets the claimed reducing functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as core/src/main/scala/ org/apache/spark/rdd/MapPartitionsRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116773; Databricks_R2_00117773.)

### (d)    Mapping and reducing done on a distributed system

1097. I understand that R2 alleges org/apache/spark/rdd/RDD.scala, org/apache/spark/rdd/PairRDDFunctions.scala,

org/apache/spark/rdd/DoubleRDDFunctions.scala,

and org/apache/spark/rdd/SequenceFileRDDFunctions.scala allegedly meet the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) As explained above, such code was available in Apache Spark-1.0 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1098. I understand that R2 alleges org/apache/spark/scheduler/DAGScheduler.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/scheduler/DAGScheduler.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116775; Databricks_R2_00117775.)

1099. I understand that R2 alleges org/apache/spark/Partitioner.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/Partitioner.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116743; Databricks_R2_00117779.)

1100. I understand that R2 alleges org/apache/spark/HashPartitioner.scala and org/apache/spark/RangePartitioner.scala allegedly meet the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) The Apache Spark path that R2 identifies does not contain any HashPartitioner or RangePartitioner files. To the extent R2 accuses the HashPartitioner and RangePartitioner classes, these were available in Partitioner.scala in Apache Spark-1.0 as core/src/main/scala/

org/apache/spark/Partitioner.scala prior to April 18, 2016, when Yahoo owned the '610 patent and

was contributing to Apache Spark. (Databricks_R2_00116743; Databricks_R2_00117779.)

1101. I understand that R2 alleges org/apache/spark/sql/catalyst/

plans/logical/basicLogicalOperators.scala allegedly meets the claimed functionality for mapping

and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)

Such code was available in Apache Spark-1.0 as

sql/core/src/main/scala/org/apache/spark/sql/execution/basicOperators.scala prior to April 18,

2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

(Databricks_R2_00116747; Databricks_R2_00117782.) basicOperators.scala was renamed to

basicLogicalOperators.scala and basicPhysicalOperators.scala to restructure the

sql.execution.command package and break the commands into multiple files on April 23, 2016.

(JWeissman_00000343-0365.)

1102. I understand that R2 alleges org/apache/spark/sql/catalyst/plans/QueryPlan.scala

allegedly meets the claimed functionality for mapping and reducing done on a distributed system.

(*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-

1.0 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/plans/QueryPlan.scala prior to

April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

(Databricks_R2_00116764; Databricks_R2_00117785.)

1103. I understand that R2 alleges org/apache/spark/rdd/MapPartitionsRDD.scala

allegedly meets the claimed functionality for mapping and reducing done on a distributed system.

(*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-

1.0 as core/src/main/scala/org/apache/spark/rdd/MapPartitionsRDD.scala prior to April 18, 2016,

when Yahoo owned the '610 patent and was contributing to Apache Spark.
(Databricks_R2_00116773; Databricks_R2_00117786.)

1104.  I understand that R2 alleges org/apache/spark/Aggregator.scala allegedly meets the
claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2
Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-1.0 as
core/src/main/scala/org/apache/spark/Aggregator.scala prior to April 18, 2016, when Yahoo
owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00116803;
Databricks_R2_00117788.)

1105.  I understand that R2 alleges org/apache/spark/rdd/ShuffledRDD.scala allegedly
meets the claimed functionality for mapping and reducing done on a distributed system.  (*See
generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.0 as
core/src/main/scala/org/apache/spark/rdd/ShuffledRDD.scala prior to April 18, 2016, when Yahoo
owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00116806;
Databricks_R2_00117792.)

1106.  I understand that R2 alleges org/apache/spark/rdd/OrderedRDDFunctions.scala
allegedly meets the claimed functionality for mapping and reducing done on a distributed system.
(*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-
1.0 as core/src/main/scala/org/apache/spark/rdd/OrderedRDDFunctions.scala prior to April 18,
2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.
(Databricks_R2_00116808; Databricks_R2_00117794.)

1107.  I understand that R2 alleges org/apache/spark/Partition.scala allegedly meets the
claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2
Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-1.0 as

core/src/main/scala/org/apache/spark/Partition.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.   (Databricks_R2_00116810; Databricks_R2_00117795.)

1108.   I understand that R2 alleges org/apache/spark/SparkContext.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-1.0 as core/src/main/scala/org/apache/spark/SparkContext.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.   (Databricks_R2_00116812; Databricks_R2_00117796.)

### (2)   Apache Spark 1.6.1

1109.   The GitHub repository for Apache Spark Branch 1.6.1, released March 9, 2016, additionally affixes the Apache 2.0 license and is part of the Apache-licensed "Work." (Databricks_R2_00116067-6080; Databricks_R2_00097863.)   Yahoo employee █████████ committed to Apache Spark Branch 1.6.1 between January 9, 2014, and January 8, 2016.[20] (Databricks_R2_00116081-6086. Additionally, ████████████ was also a Yahoo employee on ████████████ internal Yahoo team working on open-source Apache Spark and committed code to Apache Spark 1.6.1 between April 7, 2013 and March 19, 2014.[21]  (JWeissman_00000127-0134.)

1110.   Beginning with Apache Spark 1.0, released May 30, 2014, Apache Spark "included shuffle functionality . . . functionality to merge datasets . . . [and] the ability to join datasets that had different schema." (█████████ at 92:2-22.) █████████ personally "contribute[d] to the

───────────────

■ ████████████████████████████████████████████

■ ████████████████████████████████████████████

[Spark] shuffle functionality . . . running on YARN." (*Id.* at 224:12-22.)  Additionally, ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ contributed to at least the following additional functionalities, including, for example, RDDs, SparkContext, and Schedulers. (*See, e.g.* Databricks_R2_00116703; Databricks_R2_00116732; Databricks_R2_00116847; Databricks_R2_00116855; Databricks_R2_00116866; Databricks_R2_00116890; Databricks_R2_00116974; JWeissman_00000110-0126.)

### (a)    Partitioning

1111.  I understand that R2 alleges org/apache/spark/rdd/RDD.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/rdd/RDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00116980; Databricks_R2_00117800.)

1112.  I understand that R2 alleges org/apache/spark/rdd/PairRDDFunctions.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/rdd/PairRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117016; Databricks_R2_00117802.)

1113.  I understand that R2 alleges org/apache/spark/rdd/DoubleRDDFunctions.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/rdd/DoubleRDDFunctions.scala prior to April 18, 2016,

when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117042; Databricks_R2_00117804.)

1114. I understand that R2 alleges org/apache/spark/rdd/SequenceFileRDDFunctions.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/rdd/ SequenceFileRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117048; Databricks_R2_00117807.)

1115. I understand that R2 alleges org/apache/spark/scheduler/ResultTask.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/ scheduler/ResultTask.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117265; Databricks_R2_00117809.)

1116. I understand that R2 alleges org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was originally available in Apache Spark-1.6.1 as sql/core/src/main/ scala/org/apache/spark/sql/ execution/Exchange.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117086; Databricks_R2_00117813.) Exchange.scala was renamed to ShuffleExchange.scala on February 21, 2016. (Databricks_R2_00117683.) The relevant commit on GitHub notes that the "old Exchange operator has been renamed into ShuffleExchange in order to clearly separate between Shuffled and Broadcasted exchanges." *Id.* ShuffleExchange.scala was renamed to

ShuffleExchangeExec.scala on September 27, 2017.  (Databricks_R2_00117744.)  The relevant commit on GitHub notes that this was "as simple rename" and the "Exec suffix" was added "to all physical operators."  (JWeissman_00000141-0143.)

1117.  I    understand    that    R2    alleges    org/apache/spark/sql/catalyst/ plans/physical/partitioning.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/plans/physical/ partitioning.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (JWeissman_00000263-0269; JWeissman_00000270-0272.)

1118.  I understand that R2 alleges org/apache/spark/rdd/ ZippedPartitionsRDD.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions,    Ex.    A.)    Such    code    was    available    in    Apache    Spark-1.6.1    as core/src/main/scala/org/apache/spark/rdd/ZippedPartitionsRDD.scala prior  to  April  18,  2016, when  Yahoo  owned  the  '610  patent  and  was  contributing  to  Apache  Spark. (Databricks_R2_00117099; Databricks_R2_00117819.)

1119.  I    understand    that    R2    alleges    org/apache/spark/sql/execution/ joins/BroadcastHashJoinExec.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as sql/core/src/main/scala/org/apache/spark/sql/ execution/joins/BroadcastHashJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117082; Databricks_R2_00117822.)  BroadcastHashJoin.scala was renamed to BroadcastHashJoinExec.scala in a patch to add the "Exec" suffix to all physical operators on April 22, 2016.  (JWeissman_00000151-0262.)

1120. I understand that R2 alleges org/apache/spark/sql/DataFrameJoinSuite.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.6.1 as sql/core/src/ test/scala/org/apache/spark/sql/DataFrameJoinSuite.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117103; Databricks_R2_00117825.)

1121. I understand that R2 alleges org/apache/spark/sql/execution/ datasources/DataSourceStrategy.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.6.1 as sql/core/src/main/scala/org/apache/spark/sql/ execution/datasources/DataSourceStrategy.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (JWeissman_00000273-0283; Databricks_R2_00117827.)

### (b)    Mapping

1122. I understand that R2 alleges org/apache/spark/sql/execution/exchange/ ShuffleExchangeExec.scala, org/apache/spark/rdd/ZippedPartitionsRDD.scala, and org/apache/ spark/sql/catalyst/plans/physical/partitioning.scala allegedly meet the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) As explained above, such code was available in Apache Spark-1.6.1 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1123. I understand that R2 alleges wide transformations including the functions aggregateByKey and reduceByKey allegedly meet the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such functions were available in Apache Spark- 1.6.1 as core/src/main/scala/org/apache/spark/rdd/PairRDDFunctions.scala prior to April 18,

2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117016; Databricks_R2_00117802.)

1124. I understand that R2 alleges org/apache/spark/sql/catalyst/expressions/ namedExpressions.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.6.1 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/    expressions/namedExpressions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117127; Databricks_R2_00117831.)

1125. I understand that R2 alleges org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-1.6.1 as sql/core/src/main/scala/org/apache/spark/sql/execution/joins/ SortMergeJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117119; Databricks_R2_00117834.) SortMergeJoin.scala was renamed to SortMergeJoinExec.scala in a patch to add the "Exec" suffix to all physical operators on April 22, 2016. (JWeissman_00000151-0262.)

1126. I understand that R2 alleges org/apache/spark/sql/execution/joins/ SortMergeJoinEvaluatorFactory.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) SortMergeJoin.scala has the same or substantially similar functionality as the functionality R2 accuses within SortMergeJoinEvaluatorFactory.scala. Such code was available in Apache Spark-1.6.1 as sql/core/src/main/scala/org/ apache/spark/sql/execution/ joins/SortMergeJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (JWeissman_00000284-0290;

JWeissman_00000291-0293.)   I further understand that in response to a question regarding whether R2 alleges that Databricks infringes in the absence of SortMergeJoinEvaluatorFactory.scala, R2 alleged that Databricks first infringed when it "introduced the SortMergeJoin functionality as part of its offerings."  (JWeissman_00003139-3140.)   SortMergeJoin.scala was available in Apache Spark-1.6.1 as of April 15, 2015. (JWeissman_00000294-0325.)

### (c)    Reducing

1127.  I understand that R2 alleges org/apache/spark/rdd/ZippedPartitionsRDD.scala, org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala, org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala, org/apache/spark/sql/DataFrameJoinSuite.scala, org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala, and  org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala allegedly  meet the claimed reducing functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  As explained above, such code was available in Apache Spark-1.6.1 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1128.  I understand that R2 alleges org/apache/spark/rdd/MapPartitionsRDD.scala allegedly meets the claimed reducing functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/rdd/MapPartitionsRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117134; Databricks_R2_00117842.)

1129.  I understand that R2 alleges org/apache/spark/sql/execution/joins/HashJoin.scala allegedly meets the claimed reducing functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)    Such code was available in Apache Spark-1.6.1 as sql/core/src/main/scala/ org/apache/spark/sql/execution/joins/HashJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.    (Databricks_R2_00117136; Databricks_R2_001178441.)

### (d)    Mapping and reducing done on a distributed system

1130.  I    understand    that    R2    alleges    org/apache/spark/rdd/RDD.scala, org/apache/spark/rdd/PairRDDFunctions.scala,

org/apache/spark/rdd/DoubleRDDFunctions.scala,

and    org/apache/spark/rdd/SequenceFileRDDFunctions.scala    allegedly    meet    the    claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)  As explained above, such code was available in Apache Spark-1.6.1 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1131.  I understand that R2 alleges org/apache/spark/scheduler/DAGScheduler.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/ scheduler/DAGScheduler.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117139; Databricks_R2_00117847.)

1132.  I understand that R2 alleges org/apache/spark/Partitioner.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2

Infringement Contentions, Ex. A.)    Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/Partitioner.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.    (Databricks_R2_00117051; Databricks_R2_00117850.)

1133.    I understand that R2 alleges org/apache/spark/HashPartitioner.scala and org/apache/spark/RangePartitioner.scala allegedly meet the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)  The Apache Spark path that R2 identifies does not contain any HashPartitioner or RangePartitioner files.    To the extent R2 accuses the HashPartitioner and RangePartitioner classes, these were available in Partitioner.scala in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/Partitioner.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117051; Databricks_R2_00117850.)

1134.    I understand that R2 alleges org/apache/spark/sql/catalyst/plans/logical/basicLogicalOperators.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as sql/core/src/main/scala/org/apache/spark/sql/execution/basicOperators.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.    (Databricks_R2_00117058; Databricks_R2_00117854.)  basicOperators.scala was renamed to basicLogicalOperators.scala and basicPhysicalOperators.scala to restructure the sql.execution.command package and break the commands into multiple files on April 23, 2016.  (JWeissman_00000343-0365.)

1135.    I understand that R2 alleges org/apache/spark/sql/execution/QueryExecution.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.

(*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Spark-1.6.1 as sql/core/src/main/scala/org/apache/ spark/sql/execution/QueryExecution.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117072; Databricks_R2_00117857.)

1136.  I understand that R2 alleges org/apache/spark/sql/catalyst/plans/QueryPlan.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as sql/catalyst/src/main/scala/ org/apache/spark/sql/catalyst/plans/QueryPlan.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117107; Databricks_R2_00117859.)

1137.  I understand that R2 alleges  org/apache/spark/rdd/MapPartitionsRDD.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as  core/src/main/scala/org/apache/spark/rdd/MapPartitionsRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117134; Databricks_R2_00117863.)

1138.  I understand that R2 alleges org/apache/spark/Aggregator.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/Aggregator.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117175; Databricks_R2_00117865.)

1139.  I understand that R2 alleges org/apache/spark/rdd/ShuffledRDD.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/rdd/ShuffledRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117177; Databricks_R2_00117867.)

1140.  I understand that R2 alleges org/apache/spark/rdd/OrderedRDDFunctions.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/ spark/rdd/OrderedRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117180 1.6.1; Databricks_R2_00117870.)

1141.  I understand that R2 alleges org/apache/spark/Partition.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/Partition.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.   (Databricks_R2_00117201; Databricks_R2_00117873.)

1142.  I understand that R2 alleges org/apache/spark/SparkContext.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as core/src/main/scala/org/apache/spark/SparkContext.scala prior to April 18, 2016, when Yahoo

owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117203;
Databricks_R2_00117874.)

1143.  I understand that R2 alleges org/apache/spark/sql/Dataset.scala allegedly meets the
claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2
Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-1.6.1 as
sql/core/src/main/scala/org/apache/spark/sql/Dataset.scala prior to April 18, 2016, when Yahoo
owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117183;
Databricks_R2_00117877.)

### (3)    Apache Spark 2.0

1144.  The GitHub repository for Apache Spark Branch 2.0 also affixes the Apache 2.0
license and is part of the Apache-licensed "Work." (Databricks_R2_00116040-6052.)  Yahoo
employee ███████████ committed code to Apache Spark Branch 2.0 between October 30, 2013,
and January 8, 2016.[22] (Databricks_R2_00116053-6061.)  Additionally, ████████████ was
also a Yahoo employee on ██████████ internal Yahoo team working on open-source Apache
Spark and committed code to Apache Spark Branch 2.0 between April 28, 2013, and March 19,
2014.[23] (Databricks_R2_00116062-6066; ██████████ 84:10-85:17.)

1145.  Beginning with Apache Spark 1.0, released May 30, 2014, Apache Spark "included
shuffle functionality . . . functionality to merge datasets . . . [and] the ability to join datasets that
had different schema." ██████████ 92:2-22.)  ██████████ personally "contribute[d] to the
[Spark] shuffle functionality . . . running on YARN." (*Id.* at 224:12-22.)  Additionally, ██████
██████████████████ contributed to at least the following additional functionalities,

_____

██ ███████████████████████████████████████████████████████████
██ ███████████████████████████████████████████████
████████████████████████

including, for example, RDDs, SparkContext, and Schedulers. (*See, e.g.* Databricks_R2_00116703; Databricks_R2_00116732; Databricks_R2_00116847; Databricks_R2_00116855; Databricks_R2_00116866; Databricks_R2_00116890; Databricks_R2_00116974; (JWeissman_00000110-0126.) The open-source Apache Spark functionalities R2 accuses in its infringement contentions were committed to open-source Apache Spark 2.0 before April 18, 2016, as discussed in detail below.

### (a)    Partitioning

1146.  I understand that R2 alleges org/apache/spark/rdd/RDD.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/rdd/RDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117268; Databricks_R2_00117881.)

1147. I understand that R2 alleges org/apache/spark/rdd/PairRDDFunctions.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/ rdd/PairRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117308; Databricks_R2_00117883.)

1148. I understand that R2 alleges org/apache/spark/rdd/DoubleRDDFunctions.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as core/src/main/scala/org/ apache/spark/rdd/DoubleRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the

'610 patent and was contributing to Apache Spark. (Databricks_R2_00117336; Databricks_R2_00117886.)

1149. I understand that R2 alleges org/apache/spark/rdd/ SequenceFileRDDFunctions.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/rdd/SequenceFileRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117342; Databricks_R2_00117890.)

1150. I understand that R2 alleges org/apache/spark/scheduler/ResultTask.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Spark-2.0 as core/src/main/scala/org/apache/spark/scheduler/ResultTask.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117667; Databricks_R2_00117892.)

1151. I understand that R2 alleges org/apache/spark/sql/execution/exchange/ShuffleExchangeExec.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was originally available in Apache Spark-2.0 as sql/core/src/main/scala/org/ apache/spark/sql/execution/Exchange.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117414; Databricks_R2_00117897.) ShuffleExchange.scala was renamed to ShuffleExchangeExec.scala on September 27, 2017. (Databricks_R2_00117744.) The relevant commit on GitHub notes that this was "as simple rename" and the "Exec suffix" was added "to all physical operators." (JWeissman_00000141-0143.)

1152.  I        understand        that        R2        alleges org/apache/spark/sql/catalyst/plans/physical/partitioning.scala  allegedly  meets  the  claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available    in    Apache    Spark-2.0    as    sql/catalyst/src/main/scala/org/apache/spark/ sql/catalyst/plans/physical/ partitioning.scala prior to April 18, 2016, when Yahoo owned the '610 patent   and   was   contributing   to   Apache   Spark.     (JWeissman_00000326-0333; JWeissman_00000334-0337.)

1153.  I  understand  that  R2  alleges  org/apache/spark/rdd/ZippedPartitionsRDD.scala allegedly  meets  the  claimed  partitioning  functionality.    (*See generally* R2 Infringement Contentions,   Ex.   A.)     Such   code   was   available   in   Apache   Spark-2.0   as core/src/main/scala/org/apache/spark/rdd/ZippedPartitionsRDD.scala prior  to  April  18,  2016, when  Yahoo  owned  the  '610  patent  and  was  contributing  to  Apache  Spark. (Databricks_R2_00117422; Databricks_R2_00117922.)

1154.  I    understand    that    R2    alleges    org/apache/spark/sql/execution/joins/ BroadcastHashJoinExec.scala  allegedly  meets  the  claimed  partitioning  functionality.    (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/ execution/joins/BroadcastHashJoin.scala  prior  to April  18,  2016,  when  Yahoo  owned  the  '610  patent  and  was  contributing  to  Apache  Spark. (Databricks_R2_00117404;       Databricks_R2_00117925;       Databricks_R2_00117930.) BroadcastHashJoin.scala  was  renamed  to  BroadcastHashJoinExec.scala  in  a  patch  to  add  the "Exec" suffix to all physical operators on April 22, 2016.  (JWeissman_00000151-0262.)

1155.  I  understand  that  R2  alleges  org/apache/spark/sql/DataFrameJoinSuite.scala allegedly  meets  the  claimed  partitioning  functionality.    (*See generally* R2  Infringement

Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/core/src/test/scala/ org/apache/spark/sql/DataFrameJoinSuite.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117426; Databricks_R2_00117932.)

1156. I understand that R2 alleges org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/ execution/datasources/DataSourceStrategy.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117443; Databricks_R2_00117935.)

1157. I understand that R2 alleges org/apache/spark/sql/execution/exchange/ EnsureRequirements.scala allegedly meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/execution/    exchange/EnsureRequirements.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117370; Databricks_R2_00117937.)

1158. I understand that R2 alleges org/apache/spark/sql/execution/joins/ ShuffledHashJoinExec.scala meets the claimed partitioning functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/execution/joins/ ShuffledHashJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117432;    Databricks_R2_00117938;    Databricks_R2_00117939.)

ShuffledHashJoin.scala was renamed to ShuffledHashJoinExec.scala in a patch to add the "Exec" suffix to all physical operators on April 22, 2016. (JWeissman_00000151-0262.)

1159. I understand that R2 alleges org/apache/spark/sql/execution/SortExec.scala allegedly meets the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as sql/core/src/ main/scala/org/apache/spark/sql/execution/Sort.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117454; Databricks_R2_00117943; Databricks_R2_00117944.) Sort.scala was renamed to SortExec.scala in a patch to add the "Exec" suffix to all physical operators on April 22, 2016. (JWeissman_00000151-0262.)

### (b)    Mapping

1160. I understand that R2 alleges org/apache/spark/sql/execution/ exchange/ShuffleExchangeExec.scala, org/apache/spark/rdd/ZippedPartitionsRDD.scala, and org/apache/spark/sql/catalyst/plans/physical/partitioning.scala allegedly meet the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) As explained above, such code was available in Apache Spark-2.0 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1161. I understand that R2 alleges wide transformations including the functions aggregateByKey and reduceByKey allegedly meet the claimed partitioning functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such functions were available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/rdd/PairRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117308; Databricks_R2_00117947.)

1162. I understand that R2 alleges org/apache/spark/sql/catalyst/ expressions/namedExpressions.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/expressions/ namedExpressions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117479; Databricks_R2_00117950.)

1163. I understand that R2 alleges org/apache/spark/sql/execution/joins/ SortMergeJoinExec.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/execution/joins/ SortMergeJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117458; Databricks_R2_00117955; Databricks_R2_00117957.) SortMergeJoin.scala was renamed to SortMergeJoinExec.scala in a patch to add the "Exec" suffix to all physical operators on April 22, 2016. (JWeissman_00000151-0262.)

1164. I understand that R2 alleges org/apache/spark/sql/execution/joins/ SortMergeJoinEvaluatorFactory.scala allegedly meets the claimed mapping functionality. (*See generally* R2 Infringement Contentions, Ex. A.) SortMergeJoin.scala has the same or substantially similar functionality as the functionality R2 accuses within SortMergeJoinEvaluatorFactory.scala. Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/ apache/spark/sql/execution/joins/SortMergeJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (JWeissman_00000338-0342.) I further understand that in response to a question regarding whether R2 alleges that Databricks infringes in the absence of SortMergeJoinEvaluatorFactory.scala, R2 alleged that Databricks first infringed

488

when it "introduced the SortMergeJoin functionality as part of its offerings." (JWeissman_00003139-3140.)  SortMergeJoin.scala was available in Spark as of April 15, 2015. (JWeissman_00000294-0325.)

### (c)    Reducing

1165.  I understand that R2 alleges org/apache/spark/rdd/ZippedPartitionsRDD.scala, org/apache/spark/sql/execution/joins/SortMergeJoinEvaluatorFactory.scala, org/apache/spark/sql/execution/joins/SortMergeJoinExec.scala, org/apache/spark/sql/execution/joins/BroadcastHashJoinExec.scala, org/apache/spark/sql/DataFrameJoinSuite.scala, org/apache/spark/sql/execution/datasources/DataSourceStrategy.scala, and org/apache/spark/sql/execution/joins/ShuffledHashJoinExec.scala allegedly meet the claimed reducing functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  As explained above, such code was available in Apache Spark-2.0 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1166.  I understand that R2 alleges org/apache/spark/rdd/MapPartitionsRDD.scala allegedly meets the claimed reducing functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as core/src/main/scala/ org/apache/spark/rdd/MapPartitionsRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117487; Databricks_R2_00117962.)

1167.  I understand that R2 alleges org/apache/spark/sql/execution/joins/HashJoin.scala allegedly meets the claimed reducing functionality.  (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/

org/apache/spark/sql/execution/joins/HashJoin.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.     (Databricks_R2_00117489; Databricks_R2_00117964.)

                                       **(d)**      **Mapping and reducing done on a distributed system**

1168.  I   understand   that   R2   alleges   org/apache/spark/rdd/RDD.scala,

org/apache/spark/rdd/PairRDDFunctions.scala,

org/apache/spark/rdd/DoubleRDDFunctions.scala,

and  org/apache/spark/rdd/SequenceFileRDDFunctions.scala  allegedly  meet  the  claimed functionality  for  mapping  and  reducing  done  on  a  distributed  system.   (*See generally* R2 Infringement Contentions, Ex. A.)  As explained above, such code was available in Apache Spark-2.0 prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.

1169.  I  understand  that  R2  alleges  org/apache/spark/scheduler/DAGScheduler.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0  as  core/src/main/scala/org/apache/spark/scheduler/DAGScheduler.scala  prior  to  April  18, 2016,  when  Yahoo  owned  the  '610  patent  and  was  contributing  to  Apache  Spark. (Databricks_R2_00117495; Databricks_R2_00117969.)

1170.  I understand that R2 alleges org/apache/spark/Partitioner.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement  Contentions,  Ex.  A.)    Such  code  was  available  in  Apache  Spark-2.0  as core/src/main/scala/org/apache/spark/Partitioner.scala prior to April 18, 2016, when Yahoo owned

the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117345; Databricks_R2_00117970.)

1171. I understand that R2 alleges org/apache/spark/HashPartitioner.scala and org/apache/spark/RangePartitioner.scala allegedly meet the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) The Apache Spark path that R2 identifies does not contain any HashPartitioner or RangePartitioner files. To the extent R2 accuses the HashPartitioner and RangePartitioner classes, these were available in Partitioner.scala in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/Partitioner.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117345; Databricks_R2_00117970.)

1172. I understand that R2 alleges org/apache/spark/sql/catalyst/plans/logical/basicLogicalOperators.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/plans/logical/basicOperators.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117352; Databricks_R2_00117975; Databricks_R2_00117979.) basicOperators.scala was renamed to basicLogicalOperators.scala and basicPhysicalOperators.scala to restructure the sql.execution.command package and break the commands into multiple files on April 23, 2016. (JWeissman_00000343-0365.)

1173. I understand that R2 alleges org/apache/spark/sql/execution/QueryExecution.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-

2.0 as sql/core/src/main/scala/org/apache/ spark/sql/execution/QueryExecution.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117376; Databricks_R2_00117984.)

1174.  I understand that R2 alleges org/apache/spark/sql/catalyst/plans/QueryPlan.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as sql/catalyst/src/main/scala/org/apache/spark/sql/catalyst/plans/QueryPlan.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117434; Databricks_R2_00117988.)

1175.  I understand that R2 alleges org/apache/spark/rdd/MapPartitionsRDD.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/rdd/MapPartitionsRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117487; Databricks_R2_00117991.)

1176.  I understand that R2 alleges org/apache/spark/Aggregator.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/Aggregator.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117529; Databricks_R2_00117993.)

1177.  I understand that R2 alleges org/apache/spark/rdd/ShuffledRDD.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See*

*generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/rdd/ShuffledRDD.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.  (Databricks_R2_00117531; Databricks_R2_00117995.)

1178.   I understand that R2 alleges org/apache/spark/rdd/OrderedRDDFunctions.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.)  Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/rdd/OrderedRDDFunctions.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117534; Databricks_R2_00117998.)

1179.   I understand that R2 alleges org/apache/spark/Partition.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache Spark-2.0 as core/src/main/scala/org/apache/spark/Partition.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.   (Databricks_R2_00117591; Databricks_R2_00118001.)

1180.   I understand that R2 alleges org/apache/spark/SparkContext.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system.  (*See generally* R2 Infringement Contentions, Ex. A.)   Such code was available in Apache  Spark-2.0 as core/src/main/scala/org/apache/spark/SparkContext.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark.   (Databricks_R2_00117613; Databricks_R2_00118002.)

1181. I understand that R2 alleges org/apache/spark/sql/Dataset.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/Dataset.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117537; Databricks_R2_00118005.)

1182. I understand that R2 alleges org/apache/spark/sql/SparkSession.scala allegedly meets the claimed functionality for mapping and reducing done on a distributed system. (*See generally* R2 Infringement Contentions, Ex. A.) Such code was available in Apache Spark-2.0 as sql/core/src/main/scala/org/apache/spark/sql/SparkSession.scala prior to April 18, 2016, when Yahoo owned the '610 patent and was contributing to Apache Spark. (Databricks_R2_00117593; Databricks_R2_00118007.)

### b.    Yahoo and Yahoo Employee Contributions to Apache Spark

1183. At least four Yahoo employees contributed to Apache Spark on behalf of Yahoo between 2013 and 2016: ███████████████████████████████████. (Databricks_R2_00118771-8844.) For example, ███████████ s contributed while employed by Yahoo between 2013 and 2017; ████████████ contributed while employed by Yahoo between 2013 and 2016; ██████████ contributed while employed by Yahoo in 2013; and ████ contributed while employed by Yahoo between 2015 and 2016. (Databricks_R2_00118771-8844; Databricks_R2_00103001; Databricks_R2_00102962 at 2963; JWeissman_00000135-0140; JWeissman_00000590-0599.) ████████ testified that Yahoo "never denied . . . a request to contribute." (*Id.* at 129:10-17.) ████████ also testified that ████████████████ were "employed by Yahoo with the purpose of contributing to Open Source Spark." ███████ 129:10-17.) And ████████ *repeatedly* testified that he "receive[d] permission

494

from Yahoo to make [his] contributions to open source Apache Spark and other open source projects during [his] employment at Yahoo." (███████ at 147:19-148:2, 218:10-13.)

1184. ████████████████████████████████████████████████

███████ testified that his contributions to Apache Spark on behalf of Yahoo included making Apache Spark compatible with Apache Hadoop YARN software, adding security features, creating connections between different daemons and hosts, job scheduling, and bug fixes. (███████ at 18:9-19:18.)  More generally, ███████ also contributed enhancements and bug fixes to Apache Spark that were necessary as the scale of the project increased.  (*Id.*)

1185.  Yahoo employees including ███████ also contributed to several pull requests in the Apache Spark GitHub repository while Yahoo owned the '610 patent.  (*See, e.g.*, Databricks_R2_00099020-9308; Databricks_R2_00098600-8699.)

1186.  Yahoo employees also contributed to the operation of the Apache Spark project. ███████ was an Apache Spark PMC member, which allowed him to influence the management and direction of the project.  He testified that "Yahoo support[ed him] serving as [a] open source Apache Spark PMC [member] during [his] employment at Yahoo."  (███████ at 43:6-10.)  Further, Yahoo "encouraged" employees "to continue to contribute and become PMC members."  (*Id.* at 43:12-17.)  ███████, also a Yahoo employee, served as an Apache Spark PMC member but contributed more to "higher-level design-type features" for Apache Spark.  (*Id.* at 44:20-46:2.)  Additionally, ███████ testified that he recalled managing a team of four or five employees that all contributed to Apache Spark on behalf of Yahoo.  (*Id.* at 15:2-5.)

1187.  Apache Spark release notes for Apache Spark versions 0.8.0 through 1.6.0 also credit the contributions of Yahoo employees between September 2013 and January 2016.

(Databricks_R2_00097878-7977 (release notes for Apache Spark-0.8.0 through -1.6.1 acknowledging the contributions of Yahoo employees); Databricks_R2_00102938-2994, Databricks_R2_00102995-3002;    JWeissman_00000135-0140;    JWeissman_00000590-0599; (LinkedIn profiles verifying Yahoo employment of contributors); *see also* Databricks_R2_00098596-102063 (Apache Spark GitHub contributions in the relevant period for Yahoo employees ███████████████████████████████ ███████).)

1188.   Yahoo employee contributions to Apache Spark are further supported by issue tickets in Apache JIRA filed and resolved by Yahoo employees to improve the project. Databricks_R2_00102771-2802.  For example, JIRA ticket SPARK-1474 was assigned to ██████ ██████  to  fix  a  bug  related  Apache  Spark's  use  of  YARN  technology. (Databricks_R2_00102798.)  As another example, JIRA ticket SPARK-1202 assigned to Yahoo employee █████████ adds a new feature, a "cancel" button in the Apache Spark user interface. (Databricks_R2_00102780.)

1189.   A presentation given by █████████████████ at Yahoo in December 2013 also describes Yahoo's contributions to Apache Spark.  The presentation slides note that "Spark plays an important role in machine learning at Yahoo" and "Hadoop continues to be the core of our big-data platform."  (Databricks_R2_00096253 at 6265.)  The same slide also shares that "Yahoo is excited about your continued contribution to Apache Spark," and identified that Yahoo had "4 committers," and gave the examples of "Spark-on-Yarn, Shark, security, scalability, and operability."  (*Id.*)  This presentation also provides a "Spark-on-YARN: Roadmap" which summarizes Yahoo's contributions to Apache Spark-0.6, -0.7, -0.8.0, -0.8.X, and -0.9.X.  (*Id.* at 6267.)

1190.   In February 2014, when Apache announced Apache Spark as a top-level project,
████████████████████████████████ made a public statement on the Apache Software
Foundation Blog about Yahoo's contributions to Apache Spark: "*Yahoo has played a leading role
in evolving Hadoop* and related big-data technologies, *including Spark*.  While Apache Hadoop
serves as the foundation of our big-data platform, Spark is an attractive technology for iterative
applications such as machine learning.  *Yahoo has made significant contributions to the
development of Spark* and we congratulate Spark on becoming an Apache top-level project."
(Databricks_R2_00097024 (emphasis added).)

1191.   In September 2015, a Yahoo publication stated: "In the last 10 years, Yahoo has
progressively invested in building and scaling Apache Hadoop clusters with the current footprint
of more than 40,000 servers and 600 petabytes of storage spread across 19 clusters."
(Databricks_R2_00118630.)   The article further stated that Yahoo plans "*to invest further in
Hadoop, Spark*, and Caffe to make deep learning more effective on [its] clusters." (*Id.* at 8634.)

1192.   The Yahoo GitHub repository also contains an Open Source Guide including
guidance on recordkeeping for special projects.  (Databricks_R2_00118512.)   The page states:
"Yahoo has dozens of active participant positions in Apache projects.  Some employees are Project
Management Committee (PMC) members, chairs, or committers.  Apache requires contributors to
sign CLAs. . . Currently, we contribute to Apache Druid, Hadoop, HBase, Hive, OMID, Oozie,
Pig, Phoenix, Pulsar, *Spark*, Storm, Tez, and Traffic Server (and probably others too)."  (*Id.*)

### (1)   Yahoo Introduced Apache Spark on Hadoop YARN (MapReduce 2.0), Which Was Contributed to Apache Spark

1193.   A major contribution by Yahoo to Apache Spark relates to Apache Hadoop YARN.
YARN stands for "Yet Another Resource Negotiator" and is also referred to as MapReduce 2.0 or
"improved MapReduce," which Yahoo developed and contributed to open source through the

Apache Hadoop project in Apache Hadoop-0.23. (Databricks_R2_00106898; ████████ at 57:10-58:15.)

1194.   As explained above in Section XIII.A.3.c., Yahoo contributed to Apache Spark by making Apache Spark compatible with Apache Hadoop YARN.  (████████ 18:9-19:16.) Apache Hadoop YARN splits up the functionality of the MapReduce job tracker into a resource manager and application masters. (Databricks_R2_00116132.) Application masters manage each node and negotiate with a central resource manager for resources.  (*Id.*)  Yahoo brought Apache Spark and YARN together to combine Apache Spark job execution functionality with the YARN resource manager to allocate resources to Hadoop nodes.  (████████ 60:5-61:5.) ████ ████████ created the initial source code for Spark-on-YARN functionality then delegated it to ████████.  (*Id.* at 85:5-11.)  Yahoo began contributing YARN functionality in Apache Spark-0.6 and continued its contributions through later versions of Apache Spark through at least April 2016, and later.  (*Id.* at 76:12-22; Databricks_R2_00116013-6031; Databricks_R2_00116067-6080; Databricks_R2_00116040-6052; Databricks_R2_00107709-7995.)

1195.   A presentation by ████████ from Yahoo at the 2014 Hadoop Summit also supports that Spark-on-YARN was a Yahoo contribution to open source. ████████ explains "the reasons for Spark users to seriously think to leverage Spark-on-YARN to do your job, and that is the reason why Yahoo has been working with our community to bring Spark-on-YARN available for everybody to use."  (Databricks_R2_00095945 at 13:37-14:12.)  This presentation also acknowledges the contributions of "████████ ████████. from Yahoo" as well as contributors from other companies, including Databricks. (*Id.* at 35:52.)  In a 2013 paper co-authored by Yahoo employees ████████

498

████████, and employees from Facebook, Hortonworks, and InMobi, "thank[s] Yahoo for both supporting YARN via massive contributions and heavy usage." (Databricks_R2_00096040 at 6053.)

1196.  The GitHub repository for Apache Spark Branch 1.0 instructs users on how to run Apache Spark on Apache YARN. (Databricks_R2_00116013 at 6016; ████████ at 89:3-9 ("Q. Why did Yahoo include an example program identifying how to run Apache Spark 1.0 on YARN? A. Because we contributed the functionality back, and we wanted users to know how to use it." (objection omitted)).)  In fact, within the Apache Spark project, YARN cannot be used without the underlying Apache Spark 1.0 functionality. (████████ at 89:11-14.) The Apache Spark GitHub repository further shows that the Yahoo-contributed YARN functionality is integrated into the Apache Spark source code. (Databricks_R2_00107709-7992 (Yahoo employee commit history to GitHub Apache Spark Repository, "spark / yarn").)

1197.  Based on R2's own allegations that open-source Apache Spark functionality purportedly meets the claims, Yahoo's contributions to Apache Spark under the Apache 2.0 license granted all users of Apache Spark a license to the '610 patent. (*See e.g.*, ████████ at 20:20-21:19; 64:25-65:17; 71:24-72:5; Cutting Dep. at 121:21-125:16.)

### (2)     Apache Pig (Including Pig on Spark)

1198.  As discussed in Section XIII.A.3.b.(2), open-source Apache Spark functionality was added to the Apache Pig open-source project (known as Pig on Spark) long before April 2016, and Yahoo made contributions to the Pig on Spark functionality, as well as continued making contributions to the Apache Pig as a whole.  (*See* JWeissman_00000013-0017; *see also* JWeissman_00000018-0034.) ████████████

████████████████████

████████████████████

One Yahoo employee that made numerous contributions to Pig on Spark was Rohini Palaniswamy, and his GitHub profile confirms that he was employed at Yahoo during the relevant time. (*See id.*; *see also* JWeissman_00000035-0068.)   In fact, in September 2013, Rohini Palaniswamy was appointed as a Project Management Committee member for the Apache Pig project within the scope of his employment at Yahoo, and was appointed to the "office of "Vice President, Apache Pig" in March 2016.   (*See* Databricks_R2_00107098 at 7133, 7144; *see also* JWeissman_00000070-0102; Databricks_R2_00107096.)

1199.   Thus, Yahoo's contributions to open-source Apache Pig on Spark under the Apache 2.0 license were intentionally submitted to Licensor—Yahoo—for inclusion in the Work—Apache Spark—because Yahoo contributed to the code that allows Apache Pig to run on Apache Spark. (*See e.g.*, ██████████ at 20:20-21:19, 64:25-65:17, 71:24-72:5; ██████████ 121:21-125:16.)

### (3)    CaffeOnSpark Under the Apache 2.0 License

1200.   Yahoo also created CaffeOnSpark, an open-source project hosted in Yahoo's GitHub repository.   Yahoo explained that CaffeOnSpark "brings deep learning to Hadoop and Spark clusters." (Databricks_R2_00108087.)   CaffeOnSpark combines "salient features from deep learning framework Caffe and big-data frameworks Apache Spark and Apache Hadoop" to enable "distributed deep learning on a cluster of GPU and CPU servers." (*Id.*)

1201.   CaffeOnSpark is a Yahoo open-source project that was created under the Apache 2.0 license, and thus, all contributions to the project are subject to the terms of the license. (Databricks_R2_00118848.) The CaffeOnSpark GitHub repository also notes that "CaffeOnSpark supports both Spark 1.x and 2.x," which included at least Apache Spark-2.0 before Yahoo assigned the '610 patent on April 18, 2016. (Databricks_R2_00118845 at 8847; *see also* ██████████ at 129:8-11.)

1202.  On February 24, 2016, Yahoo announced the release of CaffeOnSpark to open source under the Apache 2.0 license.  (Databricks_R2_00118639.)

1203.  On the same day, Yahoo employee Jun Shi committed the initial CaffeOnSpark code to the GitHub repository under the Apache 2.0 license.  (Databricks_R2_00114918.)  The GitHub repository for CaffeOnSpark also shows commits from Yahoo employees ███████ ████████████████████ from the February 24, 2016 release through April 1, 2016. (Databricks_R2_00118845-8861.)

1204.  "CaffeOnSpark . . . [would not] work without the underlying Apache Spark functionality."  (████████ at 71:5-8.)  CaffeOnSpark is designed to be an Apache Spark deep learning package and enables deep learning that Apache Spark MLlib lacked in February 2016. (Databricks_R2_00118639 at 8640.)  The "CaffeOnSpark API supports dataframes" for users to "easily interface with a training dataset that was prepared using a Spark application." (*Id.*)  Further, CaffeOnSpark applications are "launched by standard Spark commands." (*Id.* at 8642.)  A Yahoo-published figure of the CaffeOnSpark system architecture shows how the CaffeOnSpark functionality uses Spark Drivers and Spark Executors.  (Databricks_R2_00118643.)  A Yahoo publication also notes that CaffeOnSpark is "based upon" the Apache Spark and Caffe open-source libraries.  (Databricks_R2_00118630.)  ███████████ testified that "Yahoo engineers that had invested and contributed back to both . . . blended them together to create this blended project, CaffeOnSpark."  (████████ at 17:3-6.)

1205.  Based on R2's own allegations that open-source Apache Spark functionality purportedly meets the claims, Yahoo's open-source CaffeOnSpark under the Apache 2.0 license is a "Contribution" that was intentionally submitted to Licensor—Yahoo—for inclusion in the Work—Apache Spark—because Yahoo created the code to make Caffe's deep learning

functionality work with Apache Spark as part of the CaffeOnSpark project. (*See e.g.,* ███████

at 16:4-17:11, 20:20-21:19; 64:25-65:17; 71:24-72:5, 129:13-15; Cutting Dep. at 121:21-125:16.)

### (4)    Hive on Spark (Shark) Under the Apache 2.0 License

1206.    Another contribution by Yahoo to Apache Spark relates to AMPLab Shark, also
known as Hive on Spark.  Databricks_R2_00108079.  AMPLab Shark is a project created under
the Apache 2.0 license, and thus, all contributions to AMPLab Shark are subject to the terms of
the license. (Databricks_R2_00108081-8086.)

1207.    Yahoo employees Ram Sriharsha and Sundeep Narravula committed code to
AMPLab Shark in 2012 and 2013.    (Databricks_R2_00108073; Databricks_R2_00108077;
Databricks_R2_00102942-2943;  Databricks_R2_00102976-2977.)    Further, a 2013 Yahoo
presentation by Tim Tully, Chief Data Architect at Yahoo, identifies Yahoo contributions
beginning in 2012 including map split pruning, column pruning, and map-side joins.
(Databricks_R2_00108299; Databricks_R2_00108298.)

1208.    The SQL functionality from the AMPLab Shark project (which Yahoo contributed
to) was later used to add SQL functionality to Apache Spark 1.0.  ████████ at 74:9-75:6;
Databricks_R2_00097903; conversation with J. Rosen on Feb. 19, 2025.)  Before Spark 1.0,
Apache Spark did not include SQL functionality at all.   (████████ at 74:9-75:6;
Databricks_R2_00097903)

1209.    Based on R2's own allegations that the accused Apache Spark functionality meets
the claims, Yahoo's contributions to the AMPLab Shark project under the Apache 2.0 license were
intentionally submitted to Licensor—Yahoo—for inclusion in the Work—Apache Spark—
because Yahoo contributed to the SQL functionality of Shark that runs on Apache Spark, which
was also what was added provide SQL functionality in Spark 1.0. (*See e.g.,* ████████ at 20:20-
21:19; 64:25-65:17; 71:24-72:5; ████████ at 121:21-125:16.)