# ECF 144

[Filed Under Seal

In its Entirety]