# ECF 141

# Filed Under Seal