# Exhibit 3



databricks                                        COMMUNITY      SUPPORT      FEEDBACK      TRY DATABRICKS

Documentation  >  Databricks release notes  >  Databricks Runtime release notes versions and compatibility

# Databricks Runtime release notes versions and compatibility

August 19, 2024

This article lists all Databricks Runtime releases and the schedule for supported releases. Each Databricks Runtime version includes updates that improve the usability, reliability, performance, and security of the Databricks platform.

To learn about the Databricks Runtime support lifecycle, generally available releases, and Beta releases, see Databricks support lifecycles. For information on maintenance updates issued for Databricks Runtime releases, see Databricks Runtime maintenance updates.

**In this article:**

- Databricks Runtime versions comparison tool
- Supported Databricks Runtime LTS releases
- All supported Databricks Runtime releases
- MLflow–Databricks Runtime compatibility matrix
- Feature Engineering compatibility matrix

Databricks_R2_00090685

Case 4:23-cv-01147-ALM     Document 156-4     Filed 05/08/25     Page 3 of 10 PageID #: 16124

- Apache Spark migration guidance
- Beta releases
- Unsupported releases

# Databricks Runtime versions comparison tool

For information on migrating between Databricks Runtime versions, see the Databricks Runtime migration guide.

# Supported Databricks Runtime LTS releases

The following table lists supported Databricks Runtime long-term support (LTS) version releases in addition to the Apache Spark version, release date, and end-of-support date. For optimal lifespan, use a Databricks Runtime LTS version.

> **Note**
>
> *LTS* means this version is under *long-term support*. See Databricks Runtime LTS version lifecycle.

| Version | Variants | Apache Spark version | Release date | End-of-support date |
|---------|----------|---------------------|--------------|---------------------|
| 15.4 LTS | • Databricks Runtime 15.4 LTS <br> • Databricks Runtime 15.4 LTS for Machine Learning | 3.5.0 | Aug 19, 2024 | Aug 19, 2027 |
| 14.3 LTS | • Databricks Runtime 14.3 LTS <br> • Databricks Runtime 14.3 LTS for Machine Learning | 3.5.0 | Feb 1, 2024 | Feb 1, 2027 |

Databricks_R2_00090686

| Version | Variants | Apache Spark version | Release date | End-of-support date |
|---------|----------|----------------------|--------------|---------------------|
| 13.3 LTS | • Databricks Runtime 13.3 LTS<br>• Databricks Runtime 13.3 LTS for Machine Learning | 3.4.1 | Aug 22, 2023 | Aug 22, 2026 |
| 12.2 LTS | • Databricks Runtime 12.2 LTS<br>• Databricks Runtime 12.2 LTS for Machine Learning | 3.3.2 | Mar 1, 2023 | Mar 1, 2026 |
| 11.3 LTS | • Databricks Runtime 11.3 LTS<br>• Databricks Runtime 11.3 LTS for Machine Learning | 3.3.0 | Oct 19, 2022 | Oct 19, 2025 |
| 10.4 LTS | • Databricks Runtime 10.4 LTS<br>• Databricks Runtime 10.4 LTS for Machine Learning | 3.2.1 | Mar 18, 2022 | Mar 18, 2025 |
| 9.1 LTS | • Databricks Runtime 9.1 LTS<br>• Databricks Runtime 9.1 LTS for Machine Learning | 3.1.2 | Sep 23, 2021 | Dec 19, 2024 |

# All supported Databricks Runtime releases

The following table lists the Apache Spark version, release date, and end-of-support date for supported Databricks Runtime releases. For optimal lifespan, use a Databricks Runtime LTS version.

Databricks_R2_00090687

8/29/24, 11:05 AM    Databricks Runtime release notes versions and compatibility | Databricks Docs on AWS

| Version | Variants | Apache Spark version | Release date | End-of-support date |
|---------|----------|---------------------|--------------|---------------------|
| 15.4 LTS | • Databricks Runtime 15.4 LTS<br>• Databricks Runtime 15.4 LTS for Machine Learning | 3.5.0 | Aug 19, 2024 | Aug 19, 2027 |
| 15.3 | • Databricks Runtime 15.3<br>• Databricks Runtime 15.3 for Machine Learning | 3.5.0 | Jun 24, 2024 | Dec 24, 2024 |
| 15.2 | • Databricks Runtime 15.2<br>• Databricks Runtime 15.2 for Machine Learning | 3.5.0 | May 22, 2024 | Nov 22, 2024 |
| 15.1 | • Databricks Runtime 15.1<br>• Databricks Runtime 15.1 for Machine Learning | 3.5.0 | Apr 30, 2024 | Oct 30, 2024 |
| 14.3 LTS | • Databricks Runtime 14.3 LTS<br>• Databricks Runtime 14.3 LTS for Machine Learning | 3.5.0 | Feb 1, 2024 | Feb 1, 2027 |
| 14.2 | • Databricks Runtime 14.2<br>• Databricks Runtime 14.2 for Machine Learning | 3.5.0 | Nov 22, 2023 | Oct 1, 2024 |

Databricks_R2_00090688

Case 4:23-cv-01147-ALM     Document 156-4     Filed 05/08/25     Page 6 of 10 PageID #: 16127

| Version | Variants | Apache Spark version | Release date | End-of-support date |
|---------|----------|---------------------|--------------|---------------------|
| 14.1 | • Databricks Runtime 14.1<br>• Databricks Runtime 14.1 for Machine Learning | 3.5.0 | Oct 11, 2023 | Oct 1, 2024 |
| 13.3 LTS | • Databricks Runtime 13.3 LTS<br>• Databricks Runtime 13.3 LTS for Machine Learning | 3.4.1 | Aug 22, 2023 | Aug 22, 2026 |
| 12.2 LTS | • Databricks Runtime 12.2 LTS<br>• Databricks Runtime 12.2 LTS for Machine Learning | 3.3.2 | Mar 1, 2023 | Mar 1, 2026 |
| 11.3 LTS | • Databricks Runtime 11.3 LTS<br>• Databricks Runtime 11.3 LTS for Machine Learning | 3.3.0 | Oct 19, 2022 | Oct 19, 2025 |
| 10.4 LTS | • Databricks Runtime 10.4 LTS<br>• Databricks Runtime 10.4 LTS for Machine Learning | 3.2.1 | Mar 18, 2022 | Mar 18, 2025 |
| 9.1 LTS | • Databricks Runtime 9.1 LTS<br>• Databricks Runtime 9.1 LTS for Machine Learning | 3.1.2 | Sep 23, 2021 | Dec 19, 2024 |

Databricks_R2_00090680

Case 4:23-cv-01147-ALM   Document 156-4   Filed 05/08/25   Page 7 of 10 PageID #:
16128

# MLflow–Databricks Runtime compatibility matrix

This section lists Databricks Runtime ML versions and their respective MLflow versions.

| Databricks Runtime ML version | MLflow version |
|---|---|
| 15.4 LTS | 2.13.1 |
| 15.3 | 2.11.3 |
| 15.2 | 2.11.3 |
| 15.1 | 2.10.2 |
| 14.3 LTS | 2.9.2 |
| 14.2 | 2.8.0 |
| 14.1 | 2.7.1 |
| 13.3 LTS – 14.0 | 2.5.0 |
| 12.2 LTS | 2.1.1 |
| 11.3 LTS | 1.29.0 |
| 10.4 LTS | 1.24.0 |

Databricks_R2_00090690

| Databricks Runtime ML version | MLflow version |
|---|---|
| 9.1 LTS | 1.20.2 |

# Feature Engineering compatibility matrix

This section lists Databricks Runtime ML versions and their respective Feature Engineering and Workspace Feature Store client versions.

| Databricks Runtime ML version | `databricks-feature-engineering` version | `databricks-feature-store` version |
|---|---|---|
| 15.4 LTS | 0.6.x | None |
| 15.3 | 0.5.x | None |
| 15.2 | 0.4.x | None |
| 15.1 | 0.3.x | None |
| 14.3 LTS | 0.2.x | None |
| 14.2 | 0.1.x | 0.16.1 |
| 14.1 | 0.1.x | 0.15.1 |

Databricks_R2_00090691

| Databricks Runtime ML version | databricks-feature-engineering version | databricks-feature-store version |
|---|---|---|
| 13.3 LTS | 0.1.x | 0.14.1 |
| 12.2 LTS | Not supported | 0.10.0 |
| 11.3 LTS | Not supported | 0.7.0 (requires MLflow < 2.0) |
| 10.4 LTS | Not supported | 0.3.8 (requires MLflow < 2.0) |
| 9.1 LTS | Not supported | 0.3.4 (requires MLflow < 2.0) |

# Apache Spark migration guidance

You can find Spark-specific migration information in the Apache Spark documentation. The migration information for each Spark version can be found at a URL like the following:

```
https://spark.apache.org/docs/<version>/migration-guide.html.
```

Replace `<version>` with the Spark version included in the Databricks Runtime version you're migrating to. For example, the URL with migration information for Spark 3.5.0, included in Databricks Runtime 14.3 LTS, is https://spark.apache.org/docs/3.5.0/migration-guide.html.

# Beta releases

*There are no Databricks Runtime Beta releases at this time.*

Databricks_R2_00090692

Case 4:23-cv-01147-ALM   Document 156-4   Filed 05/09/25   Page 10 of 10 PageID #:
16131

# Unsupported releases

For information on unsupported Databricks Runtime version release notes, see Unsupported Databricks Runtime release notes. The unsupported Databricks Runtime versions have been retired and might not be updated.

---

© Databricks 2024. All rights reserved. Apache, Apache Spark, Spark, and the Spark logo are trademarks of the Apache Software Foundation.

Send us feedback | Privacy Policy | Terms of Use

Databricks_R2_00090693