UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DATABRICKS, INC.,<br><br>   Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ORAL HEARING REGARDING
DATABRICKS' MOTION TO EXCLUDE AND SUMMARY JUDGMENT MOTIONS**

  On April 10, 2025 Databricks, Inc. filed: (1) a Motion for Summary Judgment in Support of Damages *Daubert* Motion and Invalidity (Dkt. 116); (2) a Motion for Summary Judgment of Non-Infringement (Dkt. 117); (3) a Motion for Summary Judgment of No Pre-Suit Damages or Willful Infringement (Dkt. 118); (4) a Motion to Exclude Testimony of Jim W. Bergman (Dkt. 119); and (5) a Motion for Summary Judgment of Licensing Defense Based on the Amazon and Google Licenses (Dkt. 120). As of May 29, 2025, these motions will be fully briefed. (*See* Dkt. 146 (setting deadline for sur-replies for May 29, 2025).)

  Databricks, Inc. respectfully requests an oral hearing regarding these Motions (Dkts. 116-120) pursuant to Local Rule CV-7(g) as soon as the Court's calendar will allow after May, 29, 2025. Pursuant to Local Rule CV-7(h), counsel for parties conferred by email and R2 Solutions stated that it does not oppose this motion.

Dated: May 15, 2025                                Respectfully submitted,

/s/ *Jessica M. Kaempf*
Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Gregory Sefian
CA Bar No. 341802 (Admitted *Pro Hac Vice*)
Email: gsefian@fenwick.com
S. Emma Lee
CA Bar No. 344074 (Admitted *Pro Hac Vice*)
Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, CA 90401
Telephone:     310.434.5400

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Derron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 32, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant Databricks, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirements in Local Rule CV-7(h), and this motion is UNOPPOSED.

/s/ Jessica M. Kaempf
Jessica M. Kaempf

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on May 15, 2025.

/s/ Jessica M. Kaempf
Jessica M. Kaempf