# ECF 160

**Filed Under Seal**