[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

R2 SOLUTIONS LLC,

Plaintiff,

v.

DATABRICKS, INC.,

Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

[redacted]

# DECLARATION OF JON WEISSMAN

[redacted]

I, Jon Weissman, declare as follows:

1. My name is Jon Weissman. I have been retained by counsel for Databricks, Inc. to offer my opinions as a technical expert in this case. On March 13, 2025, I provided a rebuttal expert report concerning U.S. Patent No. 8,190,610.

2. Following this Declaration is a true and correct copy of excerpts from my report. The opinions reflected in the excerpts (and all of the opinions in my report) are true and correct. I am competent to, and would, testify to those opinions under oath before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2025 at Middlebury, Vermont.

Jon Weissman
Jon Weissman

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]