**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC, | |
| Plaintiff, | Civil Action No. 4:23-cv-01147-ALM |
| v. | **JURY TRIAL DEMANDED** |
| DATABRICKS, INC., | |
| Defendant. | |

**DECLARATION OF JON WEISSMAN**

Docusign Envelope ID: 17FA9DCD-DF9D-430G-8207-F8A08172A387

I, Jon Weissman, declare as follows:

1.      My name is Jon Weissman.  I have been retained by counsel for Databricks, Inc. to offer my opinions as a technical expert in this case.  On February 20, 2025, I provided an expert report concerning U.S. Patent No. 8,190,610.

2.      Following this Declaration is a true and correct copy of excerpts from my report. The opinions reflected in the excerpts (and all of the opinions in my report) are true and correct.  I am competent to, and would, testify to those opinions under oath before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 14, 2025 at Middlebury, Vermont.


_Jon Weissman_ _____

Jon Weissman

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

R2 SOLUTIONS LLC,

          Plaintiff,

    v.

DATABRICKS, INC.,

          Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

**OPENING EXPERT REPORT OF DR. JON WEISSMAN**

**CONTAINS MATERIAL DESIGNATED HIGHLY CONFIDENTIAL**

**ATTORNEYS' EYES ONLY**

2/20/25

Date

Signature

2. The Oracle 10g System Architecture ..................................................... 92

D. U.S. Patent No. 6,343,295 ("MacLeod I") ................................................ 94

VIII. ASSESSMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE PATENT-IN-SUIT ............................................................................................... 96

A. Summary of Opinions .................................................................................... 96

B. Motivations to Combine the Art ................................................................... 97

1. Motivation to Combine the Hadoop System with MacLeod I ................. 98

2. Motivation to Combine the Nutch System with MacLeod I ................... 102

3. Motivation to Combine the Oracle 10g System with MacLeod I ........... 105

C. The Hadoop System alone, or in view of MacLeod I invalidates the asserted claims of the '610 patent ................................................................ 109

1. Claim 1 ................................................................................................... 109

a. 1.pre: A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: ............................................. 109

(1) The Hadoop System Discloses this Limitation. ............... 109

(2) R2 █████ Admitted that the Hadoop System Discloses this Limitation. ................................................. 113

(3) The Hadoop System in Combination with MacLeod I Further Discloses this Limitation. ..................................... 117

b. 1.a: partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and ........................................................................... 121

(1) The Hadoop System Discloses this Limitation. ............... 122

(2) R2 █████ Admitted that the Hadoop System Discloses this Limitation. ................................................. 126

(3) The Hadoop System in Combination with MacLeod I Further Discloses this Limitation. ..................................... 133

c. 1.b: providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to ............ 135

(1)     The Hadoop System Discloses This Limitation...............136

(2)     R2 █████████ Admitted that the Hadoop System Discloses this Limitation...................................140

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation....................................144

d.     1.c: independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, ....................................146

(1)     The Hadoop System discloses this Limitation................146

(2)     R2 █████████ admitted that the Hadoop System Discloses this Limitation..................................150

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation....................................155

e.     1.d: wherein the data of a first data group has a different schema than the data of a second data group and ....................................157

(1)     The Hadoop System Discloses this Limitation................158

(2)     R2 █████████ Admitted that the Hadoop System Discloses this Limitation..................................160

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation....................................165

f.     1.e: the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data,......166

(1)     The Hadoop System Discloses this Limitation................167

(2)     R2 █████████ Admitted that the Hadoop System Discloses this Limitation..................................171

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation....................................176

g.     1.f: wherein the different schema and corresponding different intermediate data have a key in common; and...........................179

(1)     The Hadoop System Discloses this Limitation................180

(2)     R2 Admitted that the Hadoop System Discloses this Limitation.................................................................184

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.....................................186

h.     1.g: reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group,.......................................189

(1)     The Hadoop System Discloses this Limitation................190

(2)     R2 ▮▮▮▮▮ Admitted that the Hadoop System Discloses this Limitation.................................................196

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.....................................202

i.     1.h: so as to result in a merging of the corresponding different intermediate data based on the key in common,.........................206

(1)     The Hadoop System Discloses this Limitation................206

(2)     R2 ▮▮▮▮▮ Admitted that the Hadoop System Discloses this Limitation.................................................209

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.....................................216

j.     1.i: wherein the mapping and reducing operations are performed by a distributed system................................................218

(1)     The Hadoop System Discloses this Limitation................218

(2)     R2 ▮▮▮▮▮ Admitted that the Hadoop System Discloses this Limitation.................................................219

(3)     The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.....................................222

2.     Claim 3: The method of claim 1, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group. ....224

a.     The Hadoop System Discloses this Limitation.............................224

b.  R2 ▇▇▇▇▇ Admitted that the Nutch System Discloses this Limitation..................................................................225

c.  The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.............................................227

3.  Claim 4: The method of claim 1, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group.........................................228

a.  The Hadoop System Discloses this Limitation..........................229

b.  R2 ▇▇▇▇▇ Admitted that the Nutch System Discloses this Limitation..................................................................229

c.  The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.............................................230

4.  Claim 5: The method of claim 1, wherein: processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group. ............................231

a.  The Hadoop System Discloses this Limitation..........................232

b.  The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.............................................232

5.  Claim 17.................................................................................233

a.  17.pre: A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:..............................................................233

b.  17.a: partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and ............................................................234

c.  17.b: providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to ...........................................................................234

d.  17.c: independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data

partition to form corresponding intermediate data for that data group and identifiable to that data group ....................................234

e.      17.d: wherein the data of a first data group has a different schema than the data of a second data group and ........................235

f.      17.e: the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data,......235

g.      17.f: wherein the different schema and corresponding different intermediate data have a key in common; and.............................235

h.      17.g: reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group,........................................................235

i.      17.h: so as to result in a merging of the corresponding different intermediate data based on the key in common. ..........................235

6.    Claim 19: The computer system of claim 17, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with the manner of storage is identifiable to the data group...............................................................236

7.    Claim 20: The computer system of claim 19, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group. ..................................................236

8.    Claim 21: The computer system of claim 17, wherein: the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group.........................................................236

D.    The Nutch System alone, or in view of the MacLeod I invalidates the asserted claims of the '610 patent .......................................................237

1.    Claim 1 ...........................................................................237

a.      1.pre: A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:............................................237

**C.    The Hadoop System alone, or in view of MacLeod I invalidates the asserted claims of the '610 patent**

    **1.    Claim 1**

        **a.    1.pre: A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:**

280.    My understanding is that the Court construed the preamble as limiting.  (Dkt. 71 at 6.)  I further understand the Court construed "data group" as "a group of data and a mechanism for identifying data from that group."  (Dkt. 71 at 6.)  The Hadoop System discloses limitation 1.pre as construed by the Court for the reasons discussed below.  (*See also supra* Section VII.A.2.)  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

        **(1)    The Hadoop System Discloses this Limitation.**

281.    The Hadoop System discloses "[a] method of processing data of a data set over a distributed system."

282.    The Hadoop System discloses applying the MapReduce programming model on a "set of input files," which together represent a data set.  (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/src/java/org/apache/hadoop/mapred/JobConf.java ("A map/reduce job configuration . . . indicates the set of input files"), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Reducer.java, hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/JobConf.html, hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Reducer.html.)  The MapReduce programming model "process[es] data" from this "data set" by transmuting input key-value pairs into new key-value

pairs during a mapping phase and reduces these new key-value pairs into final output of key-value pairs. (*See supra* Section VII.A.1.k; *see also* Hadoop V, Databricks_R2_PA_00000372-0373.) The Hadoop System further discloses processing data from the data set "over a distributed system" by using the MapReduce programming model to express a large computation as "a sequence of distributed operations" using a "Distributed File System." (*See supra* Section VII.A.1.k; *see also* Hadoop V, Databricks_R2_PA_00000372-0373; Hadoop VI, Databricks_R2_PA_00000376 ("Hadoop is a collection of code libraries and programs useful for creating very large distributed systems.") (disclosing "MapReduce-like programming model" "built on top of DFS".); Hadoop VIII, Databricks_R2_PA_00000378 ("Hadoop is a distributed computing platform written in Java. It incorporates features similar to those of the Google File System and of MapReduce."); Hadoop XI, Databricks_R2_PA_00000384-0289 (summarizing requirements of HDFS, "a fault tolerant scalable distributed storage component of the Hadoop distributed high performance computing platform.").))

283.    The Hadoop System discloses "wherein the data set comprises a plurality of data groups." As explained above, I understand the Court construed "data group" as "a group of data and a mechanism for identifying data from that group." (Dkt. 71 at 6.) The Hadoop System discloses this limitation as construed by the Court.

284.    Each input file is a "data group" because it includes "a group of data and a mechanism for identifying data from that group." Each input file is a sequence file, which is a file type formatted for key-value pairs. (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001                at                hadoop-0.1.0/src/java/org/apache/hadoop/mapred/SequenceFileInputFormat.java; *see also* Hadoop VI, Databricks_R2_PA_00000376 (disclosing "classes for handling key-value pairs"), hadoop-

110

0.1.0/docs/api/org/apache/hadoop/mapred/SequenceFileInputFormat.html.)    These key-value pairs represent "a group of data."  (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001                    at                    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/SequenceFileInputFormat.java,                    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/SequenceFileInputFormat.html.)

285.    Each key and value in the SequenceFile are also associated with a different class. (*See supra* Section VI.C.)  For example, an input file called "cities" named after the value class ("City"), which may contain key-value pairs with a zip code (key) and city (value) (e.g., the key, value pair 77068, Houston).  The key class would be "ZIP," and each key object would store a ZIP code.  Similarly, the value class would be "City", and each value object would store the name of a city.  Here, the "cities" file is a data group and the city class for each object represents "a mechanism for identifying data from" a specific data group.  Specifically, the value class ("City") identifies that each city (e.g., Houston) belongs to the "cities" file—i.e., the claimed "data group."

286.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "[a] method of processing data of a data set" "wherein the data set comprises a plurality of data groups."

287.    Hadoop Demo 1 discloses a "method of processing data of a data set" because it maps and reduces input data using the MapReduce functionality.  (Hadoop Demo 1, lines 48-82, 111-130.)    Hadoop Demo 1 processes two sequence files, **/tmp/in/names** and **/tmp/in/phones** which are both stored in the **/tmp/in** directory, and each represent a data group and together are a data set.  (Hadoop Demo 1, lines 91-109, 114.) The two input sequence files each store key-value pairs, which is a "group of data."  Specifically, the **/tmp/in/names** data group stores social security numbers (keys) and names (values), and the **/tmp/in/phones**

data group stores social security numbers (keys) and phones (values). (Hadoop Demo 1, lines 116-118; *see also supra* Section VII.A.1.k(1).)"

```
91      w = new Writer(fs,"/tmp/in/names",UTF8.class,ObjectWritable.class);
92      w.append(new UTF8("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"), new ObjectWritable(new Name(name:"Allen allenson")));
93      w.append(new UTF8("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"), new ObjectWritable(new Name(name:"robert frost")));
94      w.append(new UTF8("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"), new ObjectWritable(new Name(name:"Bob Stevenson")));
95      w.append(new UTF8("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"), new ObjectWritable(new Name(name:"Jack Frost")));
96      w.append(new UTF8("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"), new ObjectWritable(new Name(name:"keyser soze")));
97      w.append(new UTF8("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"), new ObjectWritable(new Name(name:"mario Luigi")));
98      w.close();
99
100     w = new Writer(fs,"/tmp/in/phones",UTF8.class,ObjectWritable.class);
101     w.append(new UTF8("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"), new ObjectWritable(new Phone(phone:"(555)555-5555")));
102     w.append(new UTF8("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"), new ObjectWritable(new Phone(phone:"(555)-123-5930")));
103     w.append(new UTF8("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"), new ObjectWritable(new Phone(phone:"555-505-5050")));
104     w.append(new UTF8("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"), new ObjectWritable(new Phone(phone:"(555)111-7777")));
105     w.append(new UTF8("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"), new ObjectWritable(new Phone(phone:"(555)000-0101")));
106     w.append(new UTF8("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"), new ObjectWritable(new Phone(phone:"555-222-5555")));
107     w.close();
```

(Hadoop Demo 1, lines 91-107.) Like the example discussed above, the filenames correspond to the value class **Name** or **Phone**.

288.    Hadoop Demo 1 also discloses a "mechanism for identifying data from that data group." As discussed above, a class association can be used to identify data in an input file. Hadoop Demo 1 implements a **Name** class and a **Phone** class.

```
34      public static class Name extends UTF8 {        // a person's name
35        public Name() {}
36        Name(String name) { super(name); }
37      }
38      public static class Phone extends UTF8 {       // a person's phone number
39        public Phone() {}
40        Phone(String phone) { super(phone); }
41      }
```

(Hadoop Demo 1, lines 34-41.) The **Name** class is used to create "**name**" objects, and the **Phone** class is used to create "**phone**" objects.

289.    Because the **Name** class is associated with the name values within the **/tmp/in/names** file when it is created, the **Name** class acts as a mechanism for identifying data

from the **`/tmp/in/names`** data group.  Similarly, the **`Phone`** class is associated with the phone

number values within the **`/tmp/in/phones`** file when it is created, and acts as a mechanism for

identifying data from the **`/tmp/in/phones`** data group.



```
File: /tmp/in/names
----------
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,Allen allenson
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,robert frost
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,Bob Stevenson
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,Jack Frost
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,keyser soze
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,mario Luigi
----------
File: /tmp/in/phones
----------
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,(555)555-5555
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,(555)-123-5930
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,555-505-5050
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,(555)111-7777
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,(555)000-0101
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,555-222-5555
```

(Hadoop Demo 1 Files, Databricks_R2_00113392; *see also* Hadoop Demo 1, lines 91-114;

Section VII.A.1.k(1).)

**(2)    R2 ▮▮▮▮▮▮▮    Admitted that the Hadoop System Discloses this Limitation.**

290.    As explained below, R2 ▮▮▮▮▮ admit that Hadoop discloses this limitation in

infringement contentions R2 served on JP Morgan Chase, infringement contentions R2 served on

Cloudera, infringement contentions in this case, and infringement contentions that ▮▮▮▮▮▮▮

▮▮▮▮▮▮ . (JPMorgan Contentions, R2_DB_065075-5079; *see also* Cloudera Contentions,

R2_DB_105120; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮ .)

291.    For example, in the JPMorgan Contentions, R2 argued that Apache Hadoop's MapReduce is "a programming model for large scale data processing" that acts as a "method of processing data of a data set."  (JPMorgan Contentions, R2_DB_065079.)  R2 further argued that Apache Hadoop leverages the "Hadoop Distributed File System," to process this data "over a distributed system."  (JPMorgan Contentions, R2_DB_065079.)  R2 accused the same Hadoop functionality in the Cloudera Contentions.  (Cloudera Contentions, R2_DB_105120.)  ███████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████

| '610 Patent Claim | Chase Big Data System |
|---|---|
| | Apache Hadoop, software which Chase uses, runs on a distributed system. Thus, Chase performs a method of processing data across a distributed system. |
| | **The Apache Hadoop framework is composed of the following modules**<br><br>1. Hadoop Common: contains libraries and utilities needed by other Hadoop modules<br>2. Hadoop Distributed File System (HDFS): a distributed file-system that stores data on the commodity machines, providing very high aggregate bandwidth across the cluster<br>3. Hadoop YARN: a resource-management platform responsible for managing compute resources in clusters and using them for scheduling of users' applications<br>4. Hadoop MapReduce: a programming model for large scale data processing<br><br>All the modules in Hadoop are designed with a fundamental assumption that hardware failures (of individual machines, or racks of machines) are common and thus should be automatically handled in software by the framework. Apache Hadoop's MapReduce<br><br>Sachin P. Bappalige, "An introduction to Apache Hadoop for big data," opensource.com (Aug. 26, 2014), *available at* https://opensource.com/life/14/8/intro-apache-hadoop-big-data. |

(JPMorgan Contentions, R2_DB_065079.)



292.    Moreover, R2 argued that the Hadoop Distributed File System discloses this limitation in its infringement contentions in this case.  (R2 Infringement Contentions, Ex. A at 15.)



(R2 Infringement Contentions, Ex. A at 15.)

293.    The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 ▮▮▮▮▮▮▮ admitted.  The Hadoop System is "a framework for running applications on large clusters built of commodity hardware." (Hadoop V, Databricks_R2_PA_00000372.)  It "implements a computational paradigm named Map/Reduce, where the application is divided into many small fragments of work, each of which may be executed or reexecuted on any node in the cluster." (*Id.*)  In other words, the Map/Reduce paradigm is "a programming paradigm that expresses a large distributed computation as a sequence of distributed operations on data sets of key/value pairs." (*Id.*) "In addition, [the Hadoop System] provides a distributed file system that stores data on the compute nodes." (*Id.*)

294.    Specifically, the Hadoop System includes the **org.apache.hadoop.mapred** package that acts as a "system for scalable, fault-tolerant, distributed computation over large data collections." (*See    supra*    Section    VII.A.1.k;    *see    also*    Hadoop    0.1.0    SC,

Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/package-summary.html.)

295.    The **org.apache.hadoop.mapred** package implements "Mapper and Reducer interfaces" on "data stored in a FileSystem." (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/package-summary.html.) This FileSystem includes a "distributed implementation" in the form of the "Hadoop Distributed File System" which "is a multi-machine system." (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/src/java/org/apache/hadoop/fs/FileSystem.java ("An abstract base class for a fairly generic filesystem. It may be implemented as a distributed filesystem . . . The Hadoop DFS is a multi-machine system . . ."), hadoop-0.1.0/src/java/org/apache/hadoop/dfs/DistributedFileSystem.java; Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/fs/FileSystem.html.) Thus, the Hadoop System discloses this limitation in the same way accused by R2.

### (3)    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.

296.    The Hadoop System discloses this limitation as discussed above. The Hadoop System in combination with MacLeod I further discloses this limitation.

297.    MacLeod I discloses "[a] method of processing data of a data set" "wherein the data set comprises a plurality of data groups" where a "data group" is "a group of data and a mechanism for identifying data from that group." MacLeod I teaches how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract, Fig. 5.)



FIGURE 5

(MacLeod I at Fig. 5.)

298.     Data lineage "may track the movement of data, the transformation of data, or both." (MacLeod I at 6:59-7:14.)  For example, "lineage information could indicate that data originated" from one database, passed through another, and then moved to a final database.  (MacLeod I at 6:59-7:14.)  As illustrated in Figure 5, data lineage may be added to any data file by adding a unique identifier as an additional data field (or column).  (MacLeod I at Abstract, Fig. 5.)  Because the unique identifier can show common lineage, a user can identify the originating "data group."

> Data that share a common lineage can be identified by virtue of sharing a common lineage identifier.  The lineage identifier can then be used to trace the source of the data, i.e., data having a common identifier share a common history.  Additionally, the lineage identifier can provide details about transformations undergone by the data.  For example, the lineage identifier can act as a pointer to a detailed history [of] files of operations that were performed on the data to transform it into its current form.  Preferably, the lineage identifier tracks program modules as well as specific versions of the program modules that transformed the particular data under consideration.").)

(MacLeod I at Abstract.)

118

299.    A POSITA would have found it obvious to combine the Hadoop System with MacLeod I, as both references are directed to the processing of large-scale data.  (*See, e.g.*, Hadoop V, Databricks_R2_PA_00000372 ("Map/Reduce is a programming paradigm that expresses a large distributed computation as a sequence of distributed operations. . ."); MacLeod I at 1:30-40 ("very large conventional database systems provide a storehouse for data generated from a variety of locations and applications . . ."); *see also supra* Section VII.B.1.)  A POSITA would have been motived to implement the data lineage identifier as taught in MacLeod I to improve the implementation of the Hadoop System by allowing users to track data lineage using a data group identifier within a key-value pair.  In the combined system, the Hadoop System would have incorporated a unique identifier as taught by MacLeod I that corresponds to its data group. A POSITA would have further understood that this combination is a simple addition of known elements to obtain predictable and expected results.

300.    In fact, as Doug Cutting testified, the Hadoop System already implemented the concept of an identifier in each data group in the context of web indexing, where the URL associated with the data was used as the identifier associated with the data. (Cutting Dep. at 76:16-77:20, 117:1-120:19.)

301.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2.  Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "[a] method of processing data of a data set" "wherein the data set comprises a plurality of data groups."

302.    Hadoop Demo 2 discloses a "method of processing data of a data set" because it maps and reduces input data using the MapReduce functionality.  (Hadoop Demo 2, lines 34-44, 54-69.)  Hadoop Demo 2 Mapper processes the two input files—**/tmp/in/names** and

119

**`/tmp/in/phones`**—and checks if the data being processed is associated with the

**`/tmp/in/names`** data group or the **`/tmp/in/phones`** data group via a unique data group

identifier. (*See supra* Section VII.A.1.k(1).)

```
78    w = new Writer(fs,"/tmp/in/names",UTF8.class,ObjectWritable.class);
79    w.append(new UTF8("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"),new ObjectWritable(new String[]{"Allen allenson","names"}));
80    w.append(new UTF8("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"),new ObjectWritable(new String[]{"robert frost","names"}));
81    w.append(new UTF8("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"),new ObjectWritable(new String[]{"Bob Stevenson","names"}));
82    w.append(new UTF8("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"),new ObjectWritable(new String[]{"Jack Frost","names"}));
83    w.append(new UTF8("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"),new ObjectWritable(new String[]{"keyser soze","names"}));
84    w.append(new UTF8("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"),new ObjectWritable(new String[]{"mario Luigi","names"}));
85    w.close();
86
87    w = new Writer(fs,"/tmp/in/phones",UTF8.class,ObjectWritable.class);
88    w.append(new UTF8("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"),new ObjectWritable(new String[]{"(555)555-5555","phones"}));
89    w.append(new UTF8("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"),new ObjectWritable(new String[]{"(555)-123-5930","phones"}));
90    w.append(new UTF8("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"),new ObjectWritable(new String[]{"555-505-5050","phones"}));
91    w.append(new UTF8("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"),new ObjectWritable(new String[]{"5551117777","phones"}));
92    w.append(new UTF8("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"),new ObjectWritable(new String[]{"(555)000-0101","phones"}));
93    w.append(new UTF8("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"),new ObjectWritable(new String[]{"555-222-5555","phones"}));
94    w.close();
```

(Hadoop Demo 2, lines 78-94.) Like the example discussed above, the filenames correspond to

the data group (**`/tmp/in/names`** and **`/tmp/in/phones`**).

303.    Hadoop Demo 2 also discloses a "mechanism for identifying data from that data

group." As discussed above, a class association can be used to identify data in an input file. It

was well known in the prior art that data lineage identifiers could be added to each row of data to

identify the data and trace it throughout data processing operations, such as MapReduce. As

discussed above, an example of a data lineage identifier used in this way is described in MacLeod I.

This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier from

MacLeod I would have been implemented by a POSITA within the input file as a data group

identifier, which could then be used as part of the user-configured map and reduce functions.

304.    For example, the **`/tmp/in/names`** file contains key-value pairs of social security

number (key) and an array that includes a name and data group identifier (value) (e.g., "**`111-11-`**

**`1111`**," ["**`Allen allenson`**," "**`names`**"]), while the **`/tmp/in/phones`** file contains key-

value pairs of social security number (key) and an array that includes a phone number and data group identifier (value) (e.g., "**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**," ["**(555)555-5555**," "**phones**"]). I have also included a visual representation of each data group below, with the data group identifier highlighted.

| /tmp/in/names ("names" data group) ||
| :---: | :---: |
| **Keys** (social security number) | **Values** (name, data group identifier) |
| 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 | [Allen allenson, names] |
| 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 | [robert frost, names] |
| 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 | [Bob Stevenson, names] |
| 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 | [Jack Frost, names] |
| 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 | [keyser soze, names] |
| 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 | [mario luigi, names] |

| /tmp/in/phones ("phones" data group) ||
| :---: | :---: |
| **Keys** (social security number) | **Values** (phone number, data group identifier) |
| 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 | [(555)555-5555, phones] |
| 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 | [(555)-123-5930, phones] |
| 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 | [555-505-5050, phones] |
| 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 | [5551117777, phones] |
| 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 | [(555)000-0101, phones] |
| 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 | [555-222-5555, phones] |

The highlighted data group identifiers for each data group as taught by MacLeod I is a mechanism for identifying data in a specific data group that can track the data lineage of the data originating from that data group throughout data processing operations.

> **b.    1.a: partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and**

305.    As discussed above, the Hadoop System discloses "data groups" as construed by the Court.  (*See supra* Sections VIII.C.1.a.)  The Hadoop System discloses this limitation 1.a as construed by the Court for the reasons discussed below.  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

**(1)      The Hadoop System Discloses this Limitation.**

306.    The Court construed "data group" as "a group of data and a mechanism for identifying data from that group." (Dkt. 71 at 6.) As discussed with respect to limitation 1.pre, the Hadoop System processes "data group[s]" as construed by the Court in the form of input files. The data of each of these data groups is partitioned into a plurality of data partitions that each have a plurality of key-value pairs.

307.    Specifically, The Hadoop System starts with an input "data set of key/value pairs" and "splits the input data set into a large number of fragments and assigns each fragment to a map task." (Hadoop V,        Databricks_R2_PA_00000372;    *see    also*    Hadoop III, Databricks_R2_PA_00000345 (disclosing that key value pairs from a split are read into map functions).) Each "map task [then] consumes key/value pairs from its assigned fragment and produces a set of intermediate key/value pairs." (Hadoop V, Databricks_R2_PA_00000373.) The Hadoop System uses a function called "getSplits" to "split on record boundaries," which ensures that each output data partition includes data originating from a specific, single input file and that key-value    pairs    are    preserved    during    partitioning.    (Hadoop    0.1.0    SC, Databricks_R2_PA_00000001                          at                          /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html,                          hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/SequenceFileInputFormat.html; *see also id.* at /hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java.) The output of the Hadoop System's partitioning is illustrated below.

# MapReduce job processing



(Cutting III, Databricks_R2_PA_00000104; *see also* Hadoop V, Databricks_R2_PA_00000372.).

308.    As discussed above, the Hadoop System also discloses that an input file is formatted as sequence file, which contains "a plurality of key-value pairs."  (*See supra* Section VIII.D.1.a.) The input for each "map(k, v)" are "sequences of <key, value> pairs."  Thus, each partition is comprised of a plurality of key-value pairs.

## Hadoop MapReduce

- Platform for reliable, scalable computing.
- All data is sequences of <key,value> pairs.
- Programmer specifies two primary methods:
  - map(k, v) → <k', v'>*
  - reduce(k', <v'>*) → <k', v'>*
  - also partition(), compare(), & others
- All v' with same k' are reduced together, in order.
  - bonus: built-in support for sort/merge!



(Cutting III, Databricks_R2_PA_00000103.)

309.    The Hadoop System does not partition based on file size alone and takes the underlying data group into account.  (*See generally* Hadoop X, Databricks_R2_PA_00000382 ("[t]he number of maps is usually driven by the number of DFS blocks in the input files" but "[a]ctually controlling the number of maps is subtle" and pre-specified parameters merely "hint" at the "number of maps" because the Hadoop System must split on record boundaries.).)  "[I]f you've got a file which contains many gigabytes and you want to split it into chunks of let's say, a hundred megabytes each, you can't split it at an arbitrary point. You can't split a record between two processes, so you have to find a record boundary." (Cutting Dep. at 94:4-10; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java, /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html; Cutting Dep. 91:1-94:21.)  In other words, splitting acts on one input file at a time and preserves key-value pairs by "look[ing] for a point where records start and end" and splitting files only at these "synchronization points." (Cutting Dep. 91:1-94:21; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java, /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html.)  Whenever the Hadoop System partitions an input file, these partitions will consist ***only*** of a subset of data originating from a single data group or input file.  (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java, /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html; Cutting Dep. 91:1-94:21.)  Key-value pairs and their classes are also preserved during partitioning.  (*Id*.; *see, e.g.*, Hadoop Demo 1 Files, Databricks_R2_00113392; Hadoop Demo 1 Tasks, Databricks_R2_00113393; Hadoop Demo 2 Files, Databricks_R2_00113400; Hadoop Demo 2 Tasks, Databricks_R2_00113401.)

Known configurations of the Hadoop System included data of different data groups and schema within separate input files ensuring that partitions are data-group specific. (Cutting III, Databricks_R2_PA_00000117.)

310. Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates discloses "partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs."

311. As discussed above, the **/tmp/in/names** and **/tmp/in/phones** sequence files are each a data group, where each file contains key-value pairs. (*See supra* Sections VII.A.1.k(1), VIII.C.1.a.)

312. The Hadoop Demo 1 configuration specifies that the job will utilize four (4) map tasks, and that the input data is expected to be in SequenceFile format.

```
113        job.setNumMapTasks(4);
114        job.setInputDir(new File("/tmp/in/"));
115        job.setMapperClass(Personnel.class);
116        job.setInputFormat(SequenceFileInputFormat.class);
117        job.setInputKeyClass(UTF8.class);
118        job.setInputValueClass(ObjectWritable.class);
```

(Hadoop Demo 1, lines 113-118.) Hadoop Demo 1 includes a call to **System.out.println** in the Mapper to show each individual task and to show the partitioning of the input data during each task. (*See* Hadoop Demo 1, line 51.) Because the Mapper will process two input files, it allocates two map tasks to process the **/tmp/in/names** file and two map tasks to process the **/tmp/in/phones** file.

313. During a map task, the **/tmp/in/phones** file (a first "data group") is partitioned. The first partition is assigned to map task "task_m_1w7ooo," which processes the following three key-value pairs in the file.

```
task_m_1w7ooo Map in: 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,(555)111-7777
task_m_1w7ooo Map in: 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,(555)000-0101
task_m_1w7ooo Map in: 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,555-222-5555
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)    The second partition of the

**/tmp/in/phones** file is assigned to map task "task_m_4oic7t," which processes the following

three key-value pairs in the file.

```
task_m_4oic7t Map in: 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,(555)555-5555
task_m_4oic7t Map in: 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,(555)-123-5930
task_m_4oic7t Map in: 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,555-505-5050
```

314.    This process is similar for the **/tmp/in/names** file (a second "data group").  The

first partition is assigned to map task "task_m_2o56e5," which processes the following three key-

value pairs in the file.

```
task_m_2o56e5 Map in: 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,Allen allenson
task_m_2o56e5 Map in: 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,robert frost
task_m_2o56e5 Map in: 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,Bob Stevenson
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)    The second partition of the

**/tmp/in/names** file is assigned to map task "task_m_2kmzaq," which processes the following

three key-value pairs in the file.

```
task_m_2kmzaq Map in: 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,Jack Frost
task_m_2kmzaq Map in: 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,keyser soze
task_m_2kmzaq Map in: 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,mario Luigi
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)

315.    Thus, as disclosed by the Hadoop System and illustrated by Hadoop Demo 1, each

data group—**/tmp/in/names** and **/tmp/in/phones**—is partitioned into multiple partitions

where each partition has multiple key-value pairs.

**(2)    R2 ███████ a Admitted that the Hadoop System
Discloses this Limitation.**

316.    R2 ██████ admitted that the Hadoop System discloses this limitation.

317.    I understand that R2 has previously accused Apache Hadoop as meeting this limitation.  (JPMorgan Contentions, R2_DB_065080-5081.)  Specifically, R2 argued that Apache Hadoop meets this limitation because an Apache Hadoop job "splits the input data-set into independent chunks which are processed by the map tasks" that "map[] input key/value pairs to a set of intermediate key-value pairs."  (JPMorgan Contentions, R2_DB_065080-5081.)  I further understand that R2 continues to accuse the same Hadoop functionality of meeting this limitation. (Cloudera Contentions, R2_DB_105135-5136.)  I further understand that ███████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████

| '610 Patent Claim | Chase Big Data System |
| --- | --- |
| **[1a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The Method performed by the Chase system includes partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group.<br><br>In Chase's MapReduce framework, the input data is partitioned into independent chunks (i.e., a plurality of data partitions), which are processed by Mapper functions.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The data partitions with key-value pairs are passed to user-configurable Mapper functions for further processing. |

| '610 Patent Claim | Chase Big Data System |
| --- | --- |
| | As key-value pairs are read from the RecordReader they are passed to the configured ⊙ Mapper. The user supplied Mapper does whatever it wants with the input pair and calls ⊙ OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality.<br><br>ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce.<br>The Mapper function maps the key-value pairs to form intermediate key-value pairs.<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

(JPMorgan Contentions, R2_DB_065080-5081.)





318.    The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  The Hadoop System starts with an input "data set of key/value pairs" and "splits the input data set into a large number of fragments and assigns each fragment to a map task."  (Hadoop V, Databricks_R2_PA_00000372; *see also* Hadoop III, Databricks_R2_PA_00000345 (disclosing that key value pairs from a split are read into map functions).)  Each "map task [then] consumes key/value pairs from its assigned fragment and produces a set of intermediate key/value pairs."  (Hadoop V, Databricks_R2_PA_00000373.)  Thus, the prior art Hadoop System discloses this limitation as admitted by R2.

319.    Specifically, the Hadoop System processes data stored in a Sequence File, which is a file type formatted for key-value pairs.  (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001                    at                    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/SequenceFileInputFormat.java.)  Such "[i]nput files are stored in a FileSystem" and are partitioned by "split[ting] [each file] across multiple machines." (Hadoop        0.1.0        SC,        Databricks_R2_PA_00000001        at        hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java,                    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/SequenceFileInputFormat.html; *see also* Hadoop IX, Databricks_R2_PA_00000379.)   These input files are partitioned by using a function called "getSplits" to "split on record boundaries," which ensures that each output data partition includes data originating from a specific, single input file and that key-value pairs are preserved during partitioning.        (Hadoop        0.1.0        SC,        Databricks_R2_PA_00000001        at        /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html,                    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/SequenceFileInputFormat.html; *see also* Hadoop 0.1.0 SC,                    Databricks_R2_PA_00000001                    at                    /hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java.)  These partitions contain "key/value pairs from an [original] input file" and each partition can then be processed by a mapping function using a function called "RecordReader."   (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/RecordReader.html,                    /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001                    at                    hadoop-0.1.0/docs/src/java/apache/hadoop/mapred/RecordReader.java,                    /hadoop-0.1.0/docs/src/java/apache/hadoop/mapred/InputFormat.java;                    Hadoop                    III,

Databricks_R2_PA_00000345.)  The Hadoop System "***must***" partition a file by "split[ting] on record boundaries" when the partitions are created because "RecordReader" processes files as a "sequence of records."    (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at /hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/InputFormat.html;  *see also*  Hadoop 0.1.0 SC, Databricks_R2_PA_00000001                          at                          /hadoop-0.1.0/src/java/org/apache/hadoop/mapred/InputFormat.java.)

320.    Additionally, the Hadoop System discloses that an input file or is partitioned into multiple partitions, each containing a plurality of key-value pairs, when a user creates multiple separate map jobs such as "parse and "fetch" that provide the corresponding intermediate data to a single reduce called "index."  (Cutting III,  Databricks_R2_PA_00000113-0114, 0117-0118; *see also*  Hadoop    0.1.0    SC,    Databricks_R2_PA_00000001    at    hadoop-0.1.0/src/examples/org/apache/hadoop/examples/Grep.java (showing that Hadoop System code can be used to configure sequential Hadoop jobs like the "parse," "fetch," and "index" of Cutting III); *Id.* at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityMapper.html (showing that the Hadoop System's Mapper may process input data by passing the input data as the output without transforming it).)

321.    R2 further admitted that Apache Hadoop's framework "operates exclusively on <key, value> pairs."  (Cloudera Contentions, R2_DB_105135-5136.)  This is equally true of the prior art Hadoop System.  (Cutting III, Databricks_R2_PA_00000103.)  Thus, the Hadoop System discloses this limitation in the same way that R2 accuses that MapReduce purportedly meets this limitation.

(3)    **The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

322.    The Hadoop System discloses this limitation as discussed above.  The Hadoop System in combination with MacLeod I further discloses this limitation.

323.    As discussed above regarding limitation 1.pre, the Hadoop System in combination with MacLeod I further discloses "data groups" as construed by the Court.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier."  (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Sections VIII.B.1, VIII.C.1.a.)

324.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2.  Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs."  As discussed above, the **/tmp/in/names** and **/tmp/in/phones** sequence files are each a data group, where each file contains key-value pairs.  (*See supra* Sections VII.A.1.k(1), VIII.C.1.a(3).)

325.    The Hadoop Demo 2 configuration specifies that the job will utilize four (4) map tasks, and that the input data is expected to be in SequenceFile format.

```
100        job.setNumMapTasks(4);
101        job.setInputDir(new File("/tmp/in/"));
102        job.setMapperClass(Personnel2.class);
103        job.setInputFormat(SequenceFileInputFormat.class);
104        job.setInputKeyClass(UTF8.class);
105        job.setInputValueClass(ObjectWritable.class);
```

(Hadoop Demo 2, lines 100-105.)  Hadoop Demo 2 includes a call to `System.out.println` in the Mapper to show each individual task and to show the partitioning of the input data during each task.  (*See* Hadoop Demo 2, line 42.)  Because the Mapper will process two input files, it allocates two map tasks to process the `/tmp/in/names` file and two map tasks to process the `/tmp/in/phones` file.

326.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.)  (*See supra* Section VIII.C.1.a(3).)  It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce.  As discussed above, an example of a data lineage identifier used in this way is described in MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

327.    During a map task, the `/tmp/in/phones` file (a first "data group") is partitioned. The first partition is assigned to map task "task_m_2sysjj," which processes the following three key-value pairs in the file

```
task_m_2sysjj Map in: 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,5551117777,phones
task_m_2sysjj Map in: 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,(555)000-0101,phones
task_m_2sysjj Map in: 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,555-222-5555,phones
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)     The second partition of the `/tmp/in/phones` file is assigned to map task "task_m_2b379g," which processes the following three key-value pairs in the file.

```
task_m_2b379g Map in: 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,(555)555-5555,phones
task_m_2b379g Map in: 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,(555)-123-5930,phones
task_m_2b379g Map in: 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,555-505-5050,phones
```

328.    This process is similar for the `/tmp/in/names` file (a second "data group").  The first partition is assigned to map task "task_m_7uwbea," which processes the following three key-value pairs in the file.

```
task_m_7uwbea Map in: 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,Allen allenson,names
task_m_7uwbea Map in: 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,robert frost,names
task_m_7uwbea Map in: 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,Bob Stevenson,names
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)    The second partition of the `/tmp/in/names` file is assigned to map task "task_m_73mnkn," which processes the following three key-value pairs in the file.

```
task_m_73mmkn Map in: 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,Jack Frost,names
task_m_73mmkn Map in: 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,keyser soze,names
task_m_73mmkn Map in: 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,mario Luigi,names
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)

329.    As discussed above, the data group identifier taught by MacLeod I and implemented in each data group allows a user to track which partition corresponds to which data group.  (*See supra* Section VIII.C.1.a(3).)  Thus, as disclosed by the Hadoop System and illustrated by Hadoop Demo 2, each data group—`/tmp/in/names` and `/tmp/in/phones`—is partitioned into multiple partitions where each partition has multiple key-value pairs.

### c.    1.b: providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to

330.    The Hadoop System discloses "providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to."

331.    As discussed above, the Hadoop System discloses "data group" as construed by the Court.  (*See supra* Sections VIII.C.1.a-b.)  The Court construed "providing each data partition to a selected one of a plurality of mapping functions" as "providing each data partition to one of a plurality of different mapping functions where each mapping function is selected for a partition based on the data group the partition originated from."  (Dkt. 71 at 27.)  The Court further

construed "plurality of mapping functions that are each user-configurable" as "two or more mapping functions that are each configurable by a user." (Dkt. 71 at 6.) The Hadoop System discloses limitation 1.b as construed by the Court for the reasons discussed below. (*See also supra* Section VII.A.2.) Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

332. The Court construed "mapping" as having its plain meaning. (Dkt. 71 at 17.) Google's original MapReduce paper explains that "mapping" involves "process[ing] a key/value pair to generate a set of intermediate key/value pairs." (Dean III, Databricks_R2_PA_00000329.) The '610 patent incorporates this paper by reference as "Background." ('610 patent at 1:6-16.) The '610 patent also notes "[b]asically, a 'map' function maps key-value pairs to new (intermediate) key-value pairs." ('610 patent at 1:17-18.) A POSITA would have understood the plain meaning of "mapping" consistent with these descriptions. A POSITA would further have understood that the Hadoop System discloses mapping consistent with these descriptions as discussed below.

### (1)    The Hadoop System Discloses This Limitation.

333. As discussed above, I understand the Court has construed "providing each data partition to a selected one of a plurality of mapping functions" as "providing each data partition to one of a plurality of different mapping functions where each mapping function is selected for a partition based on the data group the partition originated from." (Dkt. 71 at 27.) I understand the Court has further construed "plurality of mapping functions that are each user-configurable" as "two or more mapping functions that are each configurable by a user." (*Id.* at 6.) The Hadoop System discloses this limitation as construed by the Court.

334. The Hadoop System discloses "providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable." The Hadoop System starts with

data groups in the form of "key/value pairs" and partitions each data group by "split[ting] the input data set into a large number of fragments and assigns each fragment to a map task."  (Hadoop V, Databricks_R2_PA_00000372; *see also* Hadoop III, Databricks_R2_PA_00000345 (disclosing that key value pairs from a split are read into map functions).)  Each "map task [then] consumes key/value pairs from its assigned fragment and produces a set of intermediate key/value pairs." (Hadoop V, Databricks_R2_PA_00000373.)   Thus, the Hadoop System "provid[es] each data partition to one of a plurality of different mapping functions."

335.    The Hadoop System allows a user to provide custom application code including a custom Mapper.   (Hadoop III, Databricks_R2_PA_00000350-0353; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC,                Databricks_R2_PA_00000001                at               hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html,                hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)  The user-configurability allows a user to configure the Hadoop System such that the Mapper will invoke different mapping functions based on what data group the partition originated from. (*See also* Cutting Dep., 117:1-120:19.)

336.    The Hadoop System discloses providing two or more mapping functions that are each configurable by a user.  When configuring a job, a user may specify what input data to use, how to map input data, how to reduce intermediate data output from a mapping function, what the output data should look like, and the number of tasks.   (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001                              at                        hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/JobConf.html,                              hadoop-

0.1.0/src/java/org/apache/hadoop/mapred/JobConf.java;    Hadoop    0.1.0    SC, Databricks_R2_PA_00000001    at    hadoop-0.1.0/src/examples/org/apache/hadoop/examples/Grep.java (disclosing sequential jobs).)

337.    In one known configuration of the Hadoop System, entirely different map jobs were assigned to data from two different data groups. (Cutting III, Databricks_R2_PA_00000113-0114, 0117-0118.)   A map job called "Fetch" was applied to input data from the first data group. (Cutting III,    Databricks_R2_PA_00000113;    *see    generally*    Hadoop    0.1.0    SC, Databricks_R2_PA_00000001    at    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityReducer.html (illustrating that "Reduce is identity" means skipping reducing entirely such that the "Fetch" job is a map job), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityReducer.java.)    "Fetch" was selectively applied only to input data partitions from a data group associated with the "CrawlDatum" class. (Cutting III, Databricks_R2_PA_00000113.)  A map job called "Parse" was applied to input data from the second data group.  (Cutting III, Databricks_R2_PA_00000114; *see generally* Hadoop 0.1.0    SC,    Databricks_R2_PA_00000001    at    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityReducer.html (illustrating that "Reduce is identity" means processing the input data by passing the input as the output of reduce function, which    results    in    applying    the    "Parse"    job    as    a    map    job), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityReducer.java.)    "Parse" was selectively applied only to input data partitions from a data group associated with the "Content" class. (Cutting III, Databricks_R2_PA_00000114.)  The outputs of these map jobs were then fed into a reduce job called "Index."  (Cutting III, Databricks_R2_PA_00000117; *see generally* Hadoop 0.1.0    SC,    Databricks_R2_PA_00000001    at    hadoop-

0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityMapper.html (illustrating that "Map() is identity" means processing the input data by passing the input as the output of map function, which results in applying the "Index" job as a reduce job), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityMapper.java.)

338.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System "provid[es] each data partition to a selected one of a plurality of mapping functions that are each user-configurable."

339.    As discussed above, Hadoop Demo 1 assigns four map tasks, which partitions the input files.  (*See supra* Section VIII.C.1.b; *see also* Hadoop Demo 1, lines 91-118.)  The Mapper selects and applies to each partition one of two user configured mapping functions depending on the value class of the data partition.  The value class, **Name** or **Phone**, identifies whether the partition originates from the names or phones data group as illustrated below.

```
48 ∨   public void map(WritableComparable key, Writable val,
49                       OutputCollector output, Reporter reporter) throws IOException {
50         Object v = ((ObjectWritable)val).get();
51         System.out.println("Map in: "+key+","+v);
52         if (v instanceof Name)                    // choose map based on type
53           v = mapName((Name)v);
54         if (v instanceof Phone)
55           v = mapPhone((Phone)v);
56         System.out.println("Map out: "+key+","+v);
57         output.collect(key, new ObjectWritable(v));   // wrap value
58   }
```

(Hadoop Demo 1, lines 48-58.)  Here, Hadoop Demo 1 uses the **instanceof()** keyword to check whether a value is an instance of a specified class.

340.    If the value being processed is associated with the **Name** class (which relates to the **/tmp/in/names** data group), the map task will apply the **mapName** function.

```
60     private Name mapName(Name name) {                 // lowercase names
61       return new Name(name.toString().toLowerCase());
62   }
```

(Hadoop Demo 1, lines 60-62.)  If the value being processed is associated with the **Phone** class (which relates to the **/tmp/in/phones** data group), the map task will apply the **mapPhone** function.

```
64    private Phone mapPhone(Phone phone) {          // clean phone numbers
65      return new Phone(phone.toString().replaceAll("[()-]",""));
66    }
```

(Hadoop Demo 1, lines 64-66.)  Thus, the Hadoop System discloses providing each data partition to a selected one of a plurality of mapping functions that are each user-configuratable, where each mapping function is selected for a partition based on the data group the partition originated from.

**(2)    R2 ▮▮▮▮▮ Admitted that the Hadoop System Discloses this Limitation.**

341.    I understand that R2 previously accused Apache Hadoop as meeting this limitation. (JPMorgan Contentions, R2_DB_065080-5081.)  Specifically, R2 argued that Apache Hadoop meets this limitation because an Apache Hadoop job "splits the input data-set into independent chunks which are processed by the map tasks" that "map[] input key/value pairs to a set of intermediate key-value pairs."  (JPMorgan Contentions, R2_DB_065080-5081.)  I further understand that R2 continues to accuse the same Hadoop functionality of meeting this limitation. (Cloudera Contentions, R2_DB_105135-5136; JPMorgan Contentions, R2_DB_065080-5081.)  I further understand that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| '610 Patent Claim | Chase Big Data System |
|---|---|
| **[1a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The Method performed by the Chase system includes partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group.

In Chase's MapReduce framework, the input data is partitioned into independent chunks (i.e., a plurality of data partitions), which are processed by Mapper functions.

> A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.

MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-core/MapReduceTutorial.html.

The data partitions with key-value pairs are passed to user-configurable Mapper functions for further processing. |

| '610 Patent Claim | Chase Big Data System |
|---|---|
| | As key-value pairs are read from the RecordReader they are passed to the configured 🔵 Mapper. The user supplied Mapper does whatever it wants with the input pair and calls 🔵 OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality.

ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce.
The Mapper function maps the key-value pairs to form intermediate key-value pairs.

> **Mapper**
> Mapper maps input key/value pairs to a set of intermediate key/value pairs.
> Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.

MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

(JPMorgan Contentions, R2_DB_065080-5081.)





342.   The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  The Hadoop System starts with an input "data set of key/value pairs" and partitions each data group by "split[ting] the input data set into a large number of fragments and assigns each fragment to a map task."  (Hadoop V, Databricks_R2_PA_00000372; *see also* Hadoop III, Databricks_R2_PA_00000345 (disclosing that key value pairs from a split are read into map functions).)  Each "map task [then] consumes key/value pairs from its assigned fragment and produces a set of intermediate key/value pairs." (Hadoop V, Databricks_R2_PA_00000373.)   As R2 admits, the "user supplied Mapper [of Hadoop] does whatever it wants with the input [key-value] pair."  (Cloudera Contentions,

R2_DB_105135-5136.)  Thus, the prior art Hadoop System discloses this limitation in the same way that R2 admitted Hadoop meets this limitation.

> **(3)**     **The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

343.    The Hadoop System discloses this limitation as discussed above.  The Hadoop System in combination with MacLeod I further discloses this limitation.

344.    As discussed above regarding limitation 1.pre, the Hadoop System in combination with MacLeod I further discloses "data groups" as construed by the Court.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier."  (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Sections VIII.B.1, VIII.C.1.a.)

345.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2.  Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable."

346.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.)  (*See supra* Section VIII.C.1.a(3).)  It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce.  As discussed above, an example of a data lineage identifier used in this way is described in MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier

from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

347.    As discussed above, Hadoop Demo 2 assigns four map tasks, which partitions the data groups.  (*See supra* Section VIII.C.1.b; *see also* Hadoop Demo 2, lines 78-94.)  The Mapper selects and applies to each partition one of two user configured mapping functions depending on the data group identifier of the data partition being processed.  The data group identifier identifies whether the partition originates from the **/tmp/in/names** or **/tmp/in/phones** data group as illustrated below.

```
34      public void map(WritableComparable key, Writable val,
35                      OutputCollector output, Reporter reporter) throws IOException {
36        String[] row = (String[])((ObjectWritable)val).get();
37        System.out.println("Map in: "+key+","+rowToString(row));
38        if (row[1].equals("names"))                     // choose map based on table
39          row[0] = mapName(row[0]);
40        if (row[1].equals("phones"))
41          row[0] = mapPhone(row[0]);
42        System.out.println("Map out: "+key+","+rowToString(row));
43        output.collect(key, new ObjectWritable(row));
44      }
```

(Hadoop Demo 2, lines 34-44.)  Here, Hadoop Demo 2 first checks if the data group identifier is "**names**" ("**if (row[1].equals("names")**") or "**phones**" ("**if (row[1].equals("phones")**").

348.    If the data group identifier is "**names**" (which relates to the **/tmp/in/names** data group), the map task will apply the **mapName** function.

```
46      private String mapName(String name) {           // lowercase names
47        return name.toLowerCase();
48      }
```

(Hadoop Demo 2, lines 46-48.)  If the data group identifier is "**phones**" (which relates to the **/tmp/in/phones** data group), the map task will apply the **mapPhone** function.

```
50    private String mapPhone(String phone) {        // clean phone numbers
51      return phone.replaceAll("[()-]","");
52    }
```

(Hadoop Demo 2, lines 50-52.)

349.    As discussed above, the data group identifier taught by MacLeod I and implemented in each data group allows a user to track which partition corresponds to which data group.  (*See supra* Section VIII.C.1.a(3).)  Thus, as disclosed by the Hadoop System and illustrated by Hadoop Demo 2, the data group identifier is also used to determine which mapping function is used for a given partition.  Thus, the Hadoop System discloses providing each data partition to a selected one of a plurality of mapping functions that are each user-configuratable, where each mapping function is selected for a partition based on the data group the partition originated from.

    **d.**　　**1.c: independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group,**

350.    As discussed above, the Hadoop System discloses "data group" as construed by the Court.  (*See supra Sections* VIII.C.1.a-c.)  The Hadoop System discloses limitation 1.c as construed by the Court for the reasons discussed below.  (*See also supra* Section VII.A.2.)  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

    **(1)　　The Hadoop System discloses this Limitation.**

351.    The Hadoop System discloses "independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group"

352.    The Hadoop System discloses "independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition."  The Hadoop

System's Mapper "consumes key/value pairs . . . and produces a set of intermediate key/value pairs" by invoking a "user defined map function that transmutes" "each input key/value pair" "into a different key/value pair" disclosing "independently output[ting] a plurality of lists of values for each of a set of keys found in such map functions corresponding data partition to form corresponding intermediate data." (Hadoop V, Databricks_R2_PA_00000373; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)

353. The Hadoop System discloses "to form corresponding intermediate data for that data group and identifiable to that data group." The Hadoop System allows a user to provide custom application code including a custom Mapper. (Hadoop III, Databricks_R2_PA_00000350-53; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.) This user-configurability allows a user to configure the Hadoop System Mapper to invoke a different mapping function based on the origin of a data partition. (*See supra* Section VIII.C.1.a.) As discussed above, the "mechanism for identifying data" for each data group also allows for corresponding intermediate data to be identifiable to the data group the data originated from. (*See supra* Section VIII.C.1.a.) Thus, the Mapper may "form corresponding intermediate data for [a specific] data group" by performing a different mapping for each data group and forming intermediate data that has the same "class" as

the original data group, and thus, remains identifiable to the original data group through that same "class."

354.    Below is a table of data from my earlier example of a "cities" file; this file contains key-value pairs with a ZIP code (key) and city (value).

| "cities" File ("cities" data group) | |
|---|---|
| Keys (zip codes) | Values (cities) |
| 77068 | Houston |
| 78745 | Austin |
| 94112 | San Francisco |
| 30005 | Atlanta |

As discussed above, the Hadoop System can be configured so that the Mapper will invoke different mapping functions based on the origin of data partitions. (*See supra* Sections VIII.C.1.a-b.)  Here, the Mapper will partition the "cities" input file, and work on each partition as an individual map task.  As I also explained above, the "cities" file is a data group and the class association for each object represents "a mechanism for identifying data from" a specific data group.  (*See supra* Section VIII.C.1.a.)  Each of those partitions corresponds to the "cities" input file (a data group).  Once the entire "cities" file is done being processed, the output (intermediate data) will continue to correspond to the "cities" file, because the values remain associated with the "City" class.  (*See supra* Section VIII.C.1.a.)

355.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System can "independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group."

356.    As discussed above, the Hadoop Demo 1 Mapper processes the two input files—/tmp/in/names and /tmp/in/phones—and checks if the object being processed is

associated with the **Name** class (which relates to the **/tmp/in/names** data group) or the **Phone** class (which relates to the **/tmp/in/phones** data group). (*See supra* Sections VIII.C.l.b-c.)

357.    For example, the partition assigned to map task "task_m_1w7ooo" takes key-value pairs where the keys are the social security numbers "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," "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," "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."

```
task_m_1w7ooo Map in: 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,(555)111-7777
task_m_1w7ooo Map in: 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,(555)000-0101
task_m_1w7ooo Map in: 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,555-222-5555
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.) Because the values are associated with the **Phone** class, the partition assigned to this map task is identified as originating from the **/tmp/in/phones** data group. This discloses a "set of keys found in such map function's corresponding data partition."

```
48 ∨    public void map(WritableComparable key, Writable val,
49                       OutputCollector output, Reporter reporter) throws IOException {
50         Object v = ((ObjectWritable)val).get();
51         System.out.println("Map in: "+key+","+v);
52         if (v instanceof Name)                        // choose map based on type
53           v = mapName((Name)v);
54         if (v instanceof Phone)
55           v = mapPhone((Phone)v);
56         System.out.println("Map out: "+key+","+v);
57         output.collect(key, new ObjectWritable(v));   // wrap value
58      }
```

(Hadoop Demo 1, lines 48-58.)

358.    When the Mapper identifies these values associated with the **Phone** class, it applies the **mapPhone** function to those values by cleaning the phone numbers so any non-number characters are removed. (*See supra* Section VIII.C.l.c.)

```
task_m_1w7ooo Map out: 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,5551117777
task_m_1w7ooo Map out: 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,5550000101
task_m_1w7ooo Map out: 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,5552225555
```

149

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)  These processed values disclose how the Hadoop System "independently output[s] a plurality of lists of values" for this set of keys.  It also represents intermediate data.

359.   The above intermediate data is identifiable to the "data group" it originated from using the same "mechanism for identifying data . . ." explained for limitation 1(pre).  (*See supra* Section VIII.C.1.a.)   Specifically, the above intermediate data values are from the **/tmp/in/phones** data group because the values are associated with the **Phone** class.  (Hadoop Demo 1, lines 91-107, 57 (using "ObjectWritable" to maintain **Phone** and **Name** classes in intermediate data); *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/io/ObjectWritable.html, hadoop-0.1.0/src/java/org/apache/hadoop/io/ObjectWritable.java.)  Thus, the intermediate data retains the same class as its original data group, and thus, remains identifiable to the original data group through that same class.

**(2)     R2 ███████     admitted that the Hadoop System Discloses this Limitation.**

360.   I understand that R2 previously accused Apache Hadoop as meeting this limitation. (JPMorgan Contentions, R2_DB_065080-5081.)   Specifically, R2 accused Apache Hadoop's Mapper that "maps input key/value pairs to a set of intermediate key/value pairs" as meeting this claim requirement.   (JPMorgan Contentions, R2_DB_065080-5081.)   I understand that R2 continues to accuse the same Hadoop functionality of meeting this limitation.  (Cloudera Contentions, R2_DB_105136.) I further understand that ████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

| '610 Patent Claim | Chase Big Data System |
|---|---|
| **[1a]** partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The Method performed by the Chase system includes partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group.<br><br>In Chase's MapReduce framework, the input data is partitioned into independent chunks (i.e., a plurality of data partitions), which are processed by Mapper functions.<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks.<br><br>MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.<br><br>The data partitions with key-value pairs are passed to user-configurable Mapper functions for further processing. |

| '610 Patent Claim | Chase Big Data System |
|---|---|
| | As key-value pairs are read from the RecordReader they are passed to the configured 🔵 Mapper. The user supplied Mapper does whatever it wants with the input pair and calls 🔵 OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality.<br><br>ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce.<br>The Mapper function maps the key-value pairs to form intermediate key-value pairs.<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

(JPMorgan Contentions, R2_DB_065080-5081.)





361.     The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  The Hadoop System starts with data groups that have "key/value pairs" and partitions each data group into "splits . . . [that are] a large number of fragments and assigns each fragment to a map task."     (Hadoop V, Databricks_R2_PA_00000372; *see also* Hadoop III, Databricks_R2_PA_00000345 (disclosing that key value pairs from a split are read into map functions).)  Each "map task [then] consumes key/value pairs from its assigned fragment and produces a set of intermediate key/value pairs.  For each key/value pair (K,V), the map task invokes a user defined map function that transmutes the input into a different key/value pair (K',V')."     (Hadoop V, Databricks_R2_PA_00000373;

Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.) Thus, the prior art Hadoop System discloses this limitation in the same way that R2 admitted this limitation is met.

**(3)    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

362.    The Hadoop System discloses this limitation as discussed above. The Hadoop System in combination with MacLeod I further discloses this limitation.

363.    MacLeod I further discloses this claim for the same reasons discussed above. (*See supra* Section VIII.C.1.a.) MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract.) A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above. (*See supra* Sections VIII.B.1, VIII.C.1.a.)

364.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2. Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group."

365.    As discussed above, Hadoop Demo 2 discloses a "method of processing data of a data set" because it maps and reduces input data using the MapReduce functionality. (Hadoop Demo 2, lines 34-44, 54-69.) The Hadoop Demo 2 Mapper processes two data groups—

155

`/tmp/in/names` and `/tmp/in/phones`—and checks if the partitioned data being processed is associated with the `/tmp/in/names` data group or the `/tmp/in/phones` data group via a unique data group identifier.  (*See supra* Sections VII.A.1.k(1), VIII.C.l.a-c.)

366.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.)  (*See supra* Section VIII.C.1.a(3).)  It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce.  As discussed above, an example of a data lineage identifier used in this way is described in MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

367.    For example, the partition assigned to map task "task_m_2sysjj" takes key-value pairs where the keys are the social security numbers "**444-44-444**," "**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**," "**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**."

```
task_m_2sysjj Map in: 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,5551117777,phones
task_m_2sysjj Map in: 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,(555)000-0101,phones
task_m_2sysjj Map in: 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,555-222-5555,phones
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)

368.    Because the data group identifier for the map task "task_m_2sysjj" is "**phones**," the partition assigned to this map task is identified as originating from the `/tmp/in/phones` data group.  This discloses a "set of keys found in such map function's corresponding data partition."  And when the Mapper identifies the data group identifier as "**phones**," it applies the `mapPhone` function to those values by cleaning the phone numbers so any non-number characters are removed.  The intermediate data is shown below, which retains the same "**phones**" data group

identifier, and thus, is identifiable to the original data group based on the "`phones`" data group identifier in both the original data group and the intermediate data.

```
task_m_2sysjj Map out: 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,5551117777,phones
task_m_2sysjj Map out: 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,5550000101,phones
task_m_2sysjj Map out: 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,5552225555,phones
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)

369.    As discussed above, the data group identifier taught by MacLeod I and implemented in each data group allows a user to track which partition corresponds to which data group.  (*See supra* Section VIII.C.1.a(3).)  Thus, as disclosed by the Hadoop System and illustrated by Hadoop Demo 2, the above intermediate data is identifiable to the "data group" it originated from using the same "mechanism for identifying data . . ." explained for limitation 1(pre) and as taught by MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  Specifically, the above intermediate data values are from the `/tmp/in/phones` data group because in both the group identifier is "`phones`."  (Hadoop Demo 2, lines 87-94.)

> **e.    1.d: wherein the data of a first data group has a different schema than the data of a second data group and**

370.    As discussed above, the Hadoop System discloses "data group" as construed by the Court.  (*See supra* Sections VIII.C.1.a-d.)The Hadoop System discloses limitation 1.d as construed by the Court for the reasons discussed below.  (*See also supra* Section VII.A.2.)  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

371.    The Court construed "schema" as having its plain meaning.  (Dkt. 71 at 34.)  The '610 patent notes "schema of each data set, such as the FIG. 3 relational tables includes a set of attributes (such as DeptID, LastName, DeptName) and their properties (such as their data types: integer DeptId, string LastName, string DeptName)."  ('610 patent at 3:36-41; Fig. 3.)  A POSITA

would have understood the plain meaning of "schema" consistent with the '610 patent's description. The Hadoop System discloses this limitation consistent with the plain meaning of "schema."



Fig. 3

('610 patent at Fig. 3.)

### (1)    The Hadoop System Discloses this Limitation.

372.    The Hadoop System discloses "wherein the data of a first data group has a different schema than the data of a second data group."

373.    The slide below shows an example of how the MapReduce programming paradigm may be used to process data from "data groups" with "different schema."

## Algorithm: Index

- MapReduce: create Lucene indexes

  In: multiple files, values wrapped in <Class, Object>

      <url, ParseData> from parse, for title, metadata, etc.

      <url, ParseText> from parse, for text

      <url, Inlinks> from invert, for anchors

      <url, CrawlDatum> from fetch, for fetch date

  Map() is identity

  Reduce() create a Lucene Document

      call existing Nutch indexing plugins

  Out: build Lucene index; copy to fs at end



(Cutting III, Databricks_R2_PA_00000117.) The Hadoop System may process "multiple files," each containing groups of data with unique data fields. (Cutting III, Databricks_R2_PA_00000117; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/io/ObjectWritable.html, hadoop-0.1.0/src/java/org/apache/hadoop/io/ObjectWritable.java.)

374.    As noted above, a first input file may contain a "title" and "metadata" data fields; a second input file may contain a "text" data field; a third input file may contain an "anchors" data field; and a fourth input file may contain a "date" data field. (Cutting III, Databricks_R2_PA_00000117.) Each input file with unique data fields represents a "different schema."

375.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "wherein the data of a first data group has a different schema than the data of a second data group." As discussed above, the **/tmp/in/names** and **/tmp/in/phones** sequence files are each a data group, where each file contains key-value

pairs.  (*See supra* Sections VII.A.1.k(1), VIII.D.1.a.)  Each of the **/tmp/in/names** and **/tmp/in/phones** files are of "different schema" because they each contain unique input data fields.  The **/tmp/in/names** file (a first data group) contains social security numbers (keys) and names (values), while the **/tmp/in/phones** file (a second data group) contains social security numbers (keys) and phone numbers (values).  (Hadoop Demo 1, lines 91-107.)  These data groups have different schema because of the different names and phones data fields.

**(2)    R2** ██████████ **Admitted that the Hadoop System Discloses this Limitation.**

376.    I understand that R2 has previously accused Apache Hadoop as meeting this limitation.  (JPMorgan Contentions, R2_DB_065081-5083.)  Specifically, R2 argues that Apache Hadoop's Mapper can process data of different data groups of different schema because the "user supplied Mapper does whatever it wants with the input."  (JPMorgan Contentions, R2_DB_065081-5083.)  I further understand that ██████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████  ████████████████████████████████████████ ████████████████████████████

| [1b] wherein the data of a first data group has a different schema | In Chase's Big Data System, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. |
|---|---|

| than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | Data partitions can be processed by using different user-configured Mappers (i.e., the data of the first data group is mapped differently than the data of the second data group).<br><br>As key-value pairs are read from the RecordReader they are passed to the configured Mapper. The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality.<br><br>ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce. |
|---|---|

| | The Mapper function maps the key-value pairs to form intermediate key-value pairs. Similarly, different Mappers generate different intermediate results.<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.<br><br>MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |
|---|---|

(JPMorgan Contentions, R2_DB_065081-5083.)

| [1b] wherein the data of a first data group has a different schema | In Chase's Big Data System, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. |
|---|---|





377.    The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  Specifically, the Hadoop System allows a user to provide custom application code including a custom Mapper.   (Hadoop III, Databricks_R2_PA_00000350-53; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html;                    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)  As R2 has admitted, the "user supplied

Mapper [of Hadoop] does whatever it wants with the input [key-value] pair." (Cloudera Contentions, R2_DB_105135-5136.) Thus, the Hadoop System allows a user to input and process data from a variety of data groups without limitations meeting this limitation as R2 has admitted.

### (3)    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.

378.    The Hadoop System discloses this limitation as discussed above. The Hadoop System in combination with MacLeod I further discloses this limitation.

379.    MacLeod I further discloses this claim for the same reasons discussed above. (*See supra* Section VIII.C.1.a.) MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract.) A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above. (*See supra* Sections VIII.B.1, VIII.C.1.a.)

380.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2. Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "wherein the data of a first data group has a different schema than the data of a second data group."

381.    As discussed above, the `/tmp/in/names` and `/tmp/in/phones` sequence files are each a data group, where each file contains key-value pairs. (*See supra* Sections VII.A.1.k(1), VIII.C.1.a(3).)

382.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.) (*See supra* Section VIII.C.1.a(3).) It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce. As discussed above, an example of a

data lineage identifier used in this way is described in MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

383.    Each of the `/tmp/in/names` and `/tmp/in/phones` data groups are of "different schema" because they each contain unique input data fields, including the data group identifier taught by MacLeod I.  The `/tmp/in/names` file contains key-value pairs of social security number (key) and an array that includes a name and data group identifier (value) (e.g., "`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`," ["`Allen allenson`," "`names`"]), while the `/tmp/in/phones` file contains key-value pairs of social security number (key) and an array that includes a phone number and data group identifier (value) (e.g., "`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`," ["`(555)555-5555`," "`phones`"]).  These data groups have different schema because of the different names and phones data fields as well as the different "`names`" and "`phones`" data group identifiers.

As discussed above, the data group identifier taught by MacLeod I and implemented in each data group allows a user to identify which partition corresponds to which data group, regardless of the different schema for the data groups.  (*See supra* Section VIII.C.1.a(3).)

> **f.      1.e: the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data,**

384.    As discussed above, the Hadoop System discloses "data group" and "mapping" as construed by the Court.  (*See supra* Sections VIII.C.1.a-g.)  The Hadoop System discloses this limitation as construed by the Court for the reasons discussed below.  (*See also supra* Section VII.A.2.)  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

**(1)     The Hadoop System Discloses this Limitation.**

385.    The Hadoop System discloses "the data of the first data group is mapped differently than the data of the second data group."

386.    When configuring a job, a user may specify what input data to use, how to map input data, how to reduce intermediate data output from a mapping function, what the output data should look like, and the number of jobs  (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/JobConf.html;    *see    also*    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/JobConf.java;    Hadoop    0.1.0    SC, Databricks_R2_PA_00000001                    at                    hadoop-0.1.0/src/examples/org/apache/hadoop/examples/Grep.java  (disclosing  sequential  jobs);  *see generally*    Hadoop    0.1.0    SC,    Databricks_R2_PA_00000001    at    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html,                    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)

387.    In one known configuration of the Hadoop System, entirely different map jobs were assigned to data from two different data groups.  (Cutting III, Databricks-R2-PA-00000113-0114, 0117-0118.)  A map job called "Fetch" was applied to input data from the first data group. (Cutting III,    Databricks-R2-PA-00000113;    *see    generally*    Hadoop    0.1.0    SC, Databricks_R2_PA_00000001                    at                    hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityReducer.html (illustrating that "Reduce is identity" means skipping reducing entirely such that the "Fetch" job is a map job), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityReducer.java.)    "Fetch"  was  selectively applied only to input data partitions from a data group associated with the "CrawlDatum" class. (Cutting III, Databricks-R2-PA-00000113.)  A map job called "Parse" was applied to input data from the second data group.  (Cutting III, Databricks-R2-PA-00000114; *see generally* Hadoop

0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityReducer.html (illustrating that "Reduce is identity" means processing the input data by passing the input as the output of reduce function, which results in applying the "Parse" job as a map job), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityReducer.java.) "Parse" was selectively applied only to input data partitions from a data group associated with the "Content" class. (Cutting III, Databricks-R2-PA-00000114.) The outputs of these map jobs were then fed into a reduce job called "Index." (Cutting III, Databricks-R2-PA-00000117; *see generally* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityMapper.html (illustrating that "Map() is identity" means processing the input data by passing the input as the output of map function, which results in applying the "Index" job as a reduce job), hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityMapper.java.)

388.    The Hadoop System allows a user to provide custom application code including a custom Mapper. (Hadoop III, Databricks_R2_PA_00000350-0353; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.) The user-configurability allows a user to configure the Hadoop System such that the Mapper will invoke different mapping functions based on what data group the partition originated from. (*See also* Cutting Dep., 117:1-120:19.) Thus,

based on the different user-configured mapping functions, the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data

389.    The Hadoop System discloses "that different lists of values are output for the corresponding different intermediate data." (*See generally supra* Section VII.A.2.)  As discussed above, the Hadoop System discloses that an input file is partitioned into fragments, which are each assigned to a corresponding map task. (*See supra* Section VIII.C.1.d; *see also* Hadoop V, Databricks_R2_PA_00000372-0373; Hadoop III, Databricks_R2_PA_00000345; *supra* Section VII.A.2.)  The resulting data processed by the map function is intermediate data, where the intermediate data includes values. (*See supra* Section VIII.C.1.d.)  Different lists of values may be output by different Hadoop map tasks. (*See, e.g.*, Cutting III, Databricks-R2-PA-00000113-0114, 0117-0118.)  In the exemplary, "Fetch" map job, a map task is applied that maps key-value pairs <url,CrawlDatum> to new intermediate key-value pairs <url,FetcherOutput>. (Cutting III, Databricks-R2-PA-00000113.)  In the exemplary, "Parse" map job, a map task is applied that maps key-value pairs <url,Content> to new intermediate key-value pairs <url,Parse>. (Cutting III, Databricks-R2-PA-00000114.)  Each of these data groups is mapped differently so that different lists of values—"Parse" versus "Content"—are output for the corresponding different intermediate data.

390.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how a user can configure different mapping functions to map"the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data."

169

391.    As discussed above, the **/tmp/in/names** and **/tmp/in/phones** sequence files are each a data group, where each file contains key-value pairs.  (*See supra* Sections VII.A.1.k, VIII.C.1.a.)    The **/tmp/in/names** file is a first data group, and the **/tmp/in/phones** file is a second data group.  (*See supra* Sections VII.A.1.k, VIII.C.1.e.)

392.    The Mapper selects and applies to each partition from each of these data groups one of two user configured mapping functions depending on the value class of the data the partition.  (*See supra* Sections VII.A.1.k, VIII.C.1.c.)  The value class, **Name** or **Phone**, identifies whether the partition originates from the **/tmp/in/names** or **/tmp/in/phones** data group.  (*See supra* Sections VII.A.1.k, VIII.C.1.c.)    Specifically, Hadoop Demo 1 uses the **instanceof()** keyword to check whether an object is an instance of a specified class—**Name** or **Phone**.  If the objects are part of the **Name** class, then the **map** function called by the Mapper is **mapName.**  If the objects are part of the **Phone** class, then the **map** function called by the Mapper is **mapPhone**.  (*See supra* Sections VII.A.1.k, VIII.C.1.c.)  Thus, the Mapper applies a different user-configured **map** function for each partition based on the data group the partition originates from by using the concept of a class—i.e., **Name** or **Phone**—which identifies what original data group—**/tmp/in/names** or **/tmp/in/phones**—the partition originates from.

393.    Data from the **/tmp/in/names** file is mapped differently than the data of the **/tmp/in/phones** file.  If the object being processed is associated with the **Name** class (which identifies the data in the **/tmp/in/names** data group), the map task will apply the **mapName** function.  (Hadoop Demo 1, lines 60-62.)  If the object being processed is associated with the **Phone** class (which identifies data in the **/tmp/in/phones** data group), the map task will apply the **mapPhone** function.  (Hadoop Demo 1, lines 64-66.)

394.    These two functions result in different intermediate data.  For example, the

intermediate data for data mapped from the **`/tmp/in/names`** data group is shown below:

```
task_m_2o56e5 Map out: 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,allen allenson
task_m_2o56e5 Map out: 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,robert frost
task_m_2o56e5 Map out: 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,bob stevenson

task_m_2kmzaq Map out: 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,jack frost
task_m_2kmzaq Map o        5555,keyser soze
task_m_2kmzaq Map out: 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,mario luigi
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)  The intermediate data for data mapped from

the **`/tmp/in/phones`** data group is shown below:

```
task_m_4oic7t Map out: 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,5555555555
task_m_4oic7t Map out: 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,5551235930
task_m_4oic7t Map out: 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,5555055050

task_m_1w7ooo Map out: 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,5551117777
task_m_1w7ooo Map out: 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,5550000101
task_m_1w7ooo Map out: 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,5552225555
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)  As shown above, the intermdiate data was

mapped differently because the names map function changed all names to lower case, and the

phones map function changed all phone numbres by removing parentheticals, spaces and hyphens.

The result is that the intermediate data has different lists of values as one set of intermediate data

has names and the other set of intermediate data has phone numbers.  Moreover, the values

themselves are different.

          **(2)    R2 ▆▆▆▆▆    Admitted that the Hadoop System
Discloses this Limitation.**

395.    I understand that R2 has previously accused Apache Hadoop as meeting this

limitation.  (JPMorgan Contentions, R2_DB_065081-5083.)  Specifically, R2 argues that Apache

Hadoop's Mapper can map data of different data groups of different schema differently because

the "user supplied Mapper does whatever it wants with the input."  (JPMorgan Contentions,

R2_DB_065081-5083.)  I understand that R2 continues to accuse the same functionality.

(Cloudera Contentions, R2_DB_105182-5183.)  I further understand that ████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████

| [1b] wherein the data of a first data group has a different schema | In Chase's Big Data System, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. |
|---|---|

| than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | Data partitions can be processed by using different user-configured Mappers (i.e., the data of the first data group is mapped differently than the data of the second data group).

As key-value pairs are read from the RecordReader they are passed to the configured 🌐 Mapper. The user supplied Mapper does whatever it wants with the input pair and calls 🌐 OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality.

ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce. |
|---|---|

The Mapper function maps the key-value pairs to form intermediate key-value pairs. Similarly, different Mappers generate different intermediate results.

> Mapper maps input key/value pairs to a set of intermediate key/value pairs.
>
> Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs.

MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html.

(JPMorgan Contentions, R2_DB_065081-5083.)

| [1b] wherein the data of a first data group has a different schema | In Chase's Big Data System, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. |
|---|---|





396.    The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  Specifically, the Hadoop System allows a user to provide custom application code including a custom Mapper.  (Hadoop III, Databricks_R2_PA_00000350-53; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html,                    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)  As R2 has admitted, the "user supplied

Mapper [of Hadoop] does whatever it wants with the input [key-value] pair." (Cloudera Contentions, R2_DB_105135-5136.) Thus, as R2 ████████ admit, if a user configured different map functions for each data group, then the data of the first data group would be mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data. Indeed, the list of values that are output by each map function would result in different intermediate data with different lists of values because the input data groups themselves are different and have different values.

397. R2 has further admitted that the Hadoop System ensures that "data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding data group." Specifically, The Hadoop System starts with an input "data set of key/value pairs" and "splits the input data set into a large number of fragments and assigns each fragment to a map task." (Hadoop V, Databricks_R2_PA_00000372; see also Hadoop III, Databricks_R2_PA_00000345 (disclosing that key value pairs from a split are read into map functions).) Each "map task [then] consumes key/value pairs from its assigned fragment and produces a set of intermediate key/value pairs." (Hadoop V, Databricks_R2_PA_00000373.) As R2 admits, because a different partition comprised of different data is processed by each map task, "different Mappers generate different intermediate results" and "the data of the first data group is mapped differently than the data of the second data group." (JPMorgan, R2_DB_065081-5083.)

### (3) The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.

398. The Hadoop System discloses this limitation as discussed above. The Hadoop System in combination with MacLeod I further discloses this limitation.

399.    MacLeod I further discloses this claim for the same reasons discussed above.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier."  (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Section VIII.B.1, VIII.C.1.a.)

400.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2.  Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data."

401.    As discussed above, the Hadoop Demo 2 Mapper processes two data groups—**/tmp/in/names** and **/tmp/in/phones**—and checks if the partitioned data being processed is associated with the **/tmp/in/names** data group or the **/tmp/in/phones** data group via a unique data group identifier.  (*See supra* Sections VII.A.1.k(1), VIII.C.l.a-c.)  Moreover, the **/tmp/in/names** file is a first data group, and the **/tmp/in/phones** file is a second data group.  (*See supra* Sections VII.A.1.k, VIII.C.1.e.)

402.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.)  (*See supra* Section VIII.C.1.a(3).)  It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce.  As discussed above, an example of a data lineage identifier used in this way is described in MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier

from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

403.    Here, the Mapper selects and applies to each partition from each of these data groups one of two user configured mapping functions depending on the data group identifier of the partition.  (*See supra* Sections VII.A.1.k, VIII.C.1.c.)  The data group identifier identifies whether the partition originates from the **/tmp/in/names** and **/tmp/in/phones**  data groups as illustrated below.

```
34   public void map(WritableComparable key, Writable val,
35                    OutputCollector output, Reporter reporter) throws IOException {
36     String[] row = (String[])((ObjectWritable)val).get();
37     System.out.println("Map in: "+key+","+rowToString(row));
38     if (row[1].equals("names"))                   // choose map based on table
39       row[0] = mapName(row[0]);
40     if (row[1].equals("phones"))
41       row[0] = mapPhone(row[0]);
42     System.out.println("Map out: "+key+","+rowToString(row));
43     output.collect(key, new ObjectWritable(row));
44   }
```

(Hadoop Demo 2, lines 34-44.)

404.    The Hadoop Demo 2 uses the data group identifier taught by MacLeod I to identify the data group the data originated from.  If the data group identifier is "**names**," then the **map** function called by the Mapper is **mapPhone.**  If the data group identifier is "**phones**," then the **map** function called by the Mapper is **mapPhone**.  (*See supra* Sections VII.A.1.k, VIII.C.1.c(3).) Thus, the Mapper applies a different user-configured **map** function for each partition based on the data group identifier by using the data group identifier as taught by MacLeod I.

405.    The data from the **/tmp/in/names** file is mapped differently than the data of the **/tmp/in/phones** file.  If the data group identifier is associated with the **/tmp/in/names** data group, the map task will apply the **mapName** function.  (Hadoop Demo 2, lines 46-48.)  If the

data group identifier is associated with the **/tmp/in/phones** data group, the map task will apply the **mapPhone** function. (Hadoop Demo 2, lines 50-52.)

406.    These two functions result in different intermediate data. For example, the intermediate data for data mapped from the **/tmp/in/names** data group is shown below:

```
task_m_7uwbea Map out: 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,allen allenson,names
task_m_7uwbea Map out: 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,robert frost,names
task_m_7uwbea Map out: 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,bob stevenson,names

task_m_73mmkn Map out: 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,jack frost,names
task_m_73mmkn Map out: 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,keyser soze,names
task_m_73mmkn Map out: 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,mario luigi,names
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.) The intermediate data for data mapped from the **/tmp/in/phones** data group is shown below:

```
task_m_2b379g Map out: 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,5555555555,phones
task_m_2b379g Map out: 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,5551235930,phones
task_m_2b379g Map out: 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,5555055050,phones

task_m_2sysjj Map out: 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,5551117777,phones
task_m_2sysjj Map out: 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,5550000101,phones
task_m_2sysjj Map out: 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,5552225555,phones
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113393.) As shown above, the interemdiate data was mapped differently because the **mapName** function changed all names to lower case, and the **mapPhone** function changed all phone numbres by removing parentheticals, spaces and hyphens. The result is that the intermediate data has different lists of values as one set of intermediate data has names and the other set of intermediate data has phone numbers. Moreover, the values themselves are different.

g.    **1.f: wherein the different schema and corresponding different intermediate data have a key in common; and**

407.    I understand the Court has construed "the different schema and corresponding different intermediate data have a key in common" as "the different data group schemas have a key in common with the corresponding different intermediate data." (Dkt. 71 at 34 (emphasis

omitted).)  The Hadoop System discloses this limitation as construed.  (*See also supra* Section VII.A.2.)  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

### (1)    The Hadoop System Discloses this Limitation.

408.    The Hadoop System discloses "wherein the different schema and corresponding different intermediate data have a key in common."

409.    The Hadoop System discloses an `IdentityMapper` function that "[i]mplements the identity function, mapping inputs directly to outputs" illustrating that mapping does not have to change input keys.    (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/lib/IdentityMapper.html;    hadoop-/src/java/org/apache/hadoop/mapred/lib/IdentityMapper.java.)

410.    As discussed above, each input data group has a different schema.  (*See supra* Section VIII.C.1.e.)  Because each input data group has different schema, the intermediate data will also have different schema.  For example, below is a table of two input files—i.e., data groups—along with the key-value pairs of each data group.  The first input file is from my earlier example of a "cities" data group that contains key-value pairs that have a ZIP code (key) and city (value).  (*See supra* Sections VIII.C.1.a-d.)  The second input file is a "states" data group that contains key-value pairs that each have a ZIP code (key) and state (value).

| Input File "cities" | | Input File "states" | |
|---|---|---|---|
| Keys (zip codes) | Values (cities) | Keys (zip codes) | Values (states) |
| 77068 | Houston | 77068 | Texas |
| 78745 | Austin | 78745 | Texas |
| 94112 | San Francisco | 94112 | California |
| 30005 | Atlanta | 30005 | Georgia |

411.    The "cities" data group has a different schema (ZIP code (key) and city (value)) than the "states data group (ZIP code (key) and state (value)).  However, both data groups share

the same keys (ZIP Code). As discussed above, the Hadoop System can be configured so the Mapper will invoke different mapping functions to map the values of the data groups in different ways based on what data group each partition originated from. (*See supra* Sections VIII.C.1.a-b.) As explained above, the Hadoop System also disclosesthat a Mapper may be implemented that preserves keys during mapping—e.g., an **IdentityMapper** function--which would cause the intermediate data from both data groups to retain the keys they share in common—ZIP codes. (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityMapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityMapper.java; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)

412. The user-configurability of the Hadoop System's Mapper also allows users to ensure that different subsets of intermediate data from different data groups will also share common keys. (*Id.*) In fact, the Hadoop System relies on the presence of common key's within different subsets of intermediate data to merge data into a final output. (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Reducer.java; *see also* Hadoop XII, Databricks_R2_PA_00000392 (disclosing using a "sort-merge-join" technique on a "series of sorted Sequence Files.").)

413.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System maps data groups of different schema wherein, "the different schema and corresponding different intermediate data have a key in common."  As discussed above, the Hadoop Demo 1 processes data from different "data groups."  (*See supra* Section VIII.C.1.a.)

414.    During the mapping phase, the Hadoop Demo 1 does not alter or transform the keys contained in either the **/tmp/in/phones** or the **/tmp/in/phones** data groups.

```
48 ∨    public void map(WritableComparable key, Writable val,
49                        OutputCollector output, Reporter reporter) throws IOException {
50         Object v = ((ObjectWritable)val).get();
51         System.out.println("Map in: "+key+","+v);
52         if (v instanceof Name)                    // choose map based on type
53           v = mapName((Name)v);
54         if (v instanceof Phone)
55           v = mapPhone((Phone)v);
56         System.out.println("Map out: "+key+","+v);
57         output.collect(key, new ObjectWritable(v));   // wrap value
58    }
```

(Hadoop Demo 1, lines 48-66.)

415.    The mapping functions only transforms the values, and thus, the original "data group[s]" and the intermediate data will share common keys after the mapping phase is complete. (Hadoop    Demo 1,    lines    48-66,    113-118;    *see    also*    Hadoop    Demo 1    Files, Databricks_R2_00113392.)

416.    As discussed above, if the object being processed is associated with the **Name** class (which relates to the **/tmp/in/names** data group), the map task will apply the **mapName** function.

```
60    private Name mapName(Name name) {            // lowercase names
61      return new Name(name.toString().toLowerCase());
62    }
```

(Hadoop Demo 1, lines 60-62.)  If the object being processed is associated with the **Phone** class (which relates to the **/tmp/in/phones** data group), the map task will apply the **mapPhone** function.

```
64      private Phone mapPhone(Phone phone) {           // clean phone numbers
65        return new Phone(phone.toString().replaceAll("[()-]",""));
66      }
```

(Hadoop Demo 1, lines 64-66.)

417.    As discussed above, these two functions result in different intermediate data.  For example, the intermediate data for data mapped from the **/tmp/in/names** data group is shown below:

```
task_m_2o56e5 Map out: 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,allen allenson
task_m_2o56e5 Map out: 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,robert frost
task_m_2o56e5 Map out: 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,bob stevenson

task_m_2kmzaq Map out: 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,jack frost
task_m_2kmzaq Map o         5555,keyser soze
task_m_2kmzaq Map out: 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,mario luigi
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)  The intermediate data for data mapped from the **/tmp/in/phones** data group is shown below:

```
task_m_4oic7t Map out: 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,5555555555
task_m_4oic7t Map out: 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,5551235930
task_m_4oic7t Map out: 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,5555055050

task_m_1w7ooo Map out: 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,5551117777
task_m_1w7ooo Map out: 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,5550000101
task_m_1w7ooo Map out: 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,5552225555
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)  As shown above, the original data groups and both sets of intermediate data continue to share the same social security numbers (keys).  Additionally, the intermediate data for data mapped from **/tmp/in/phones** and **/tmp/in/names** also share common keys.

**(2)    R2 Admitted that the Hadoop System Discloses this Limitation.**

418.    I understand that R2 has previously accused Apache Hadoop as meeting this limitation.  (JPMorgan Contentions, R2_DB_065081-5083.)  Specifically, R2 argues that Apache Hadoop's Mapper can ensure "the different schema and corresponding intermediate data have a key in common" because the "user supplied Mapper does whatever it wants with the input."  (*Id.*)

| [1b] wherein the data of a first data group has a different schema | In Chase's Big Data System, the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common. |
|---|---|

| than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | Data partitions can be processed by using different user-configured Mappers (i.e., the data of the first data group is mapped differently than the data of the second data group). |
|---|---|
| | As key-value pairs are read from the RecordReader they are passed to the configured Mapper. The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality. |
| | ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce. |

| | The Mapper function maps the key-value pairs to form intermediate key-value pairs. Similarly, different Mappers generate different intermediate results. |
|---|---|
| | Mapper maps input key/value pairs to a set of intermediate key/value pairs. |
| | Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs. |
| | MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

(JPMorgan Contentions, R2_DB_065081-5083.)

419.    The functionality R2 accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  Specifically, the Hadoop System allows a user to provide custom application code including a custom Mapper.  (Hadoop III, Databricks_R2_PA_00000350-0353; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Mapper.html,                    hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)  As R2 admitted, the "user supplied Mapper [of Hadoop] does whatever it wants with the input [key-value] pair."  (Cloudera Contentions, R2_DB_105135-5136.)  Thus, the Hadoop System  allows a user to ensure that "the different data group schemas have a key in common with the corresponding different intermediate data."

### (3)    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.

420.    The Hadoop System discloses this limitation as discussed above.  The Hadoop System in combination with MacLeod I further discloses this limitation.

421.    MacLeod I further discloses this claim for the same reasons discussed above.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier."  (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Section VIII.B.1, VIII.C.1.a.)

422.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2. Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "wherein the different schema and corresponding different intermediate data have a key in common." As discussed above, the Hadoop Demo 2 processes data from different "data groups," which each include a unique data group identifier as taught by MacLeod I. (*See supra* Section VIII.C.1.a(3).)

423.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.) (*See supra* Section VIII.C.1.a(3).) It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce. As discussed above, an example of a data lineage identifier used in this way is described in MacLeod I. (*See supra* Section VIII.C.1.a(3).) This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

424.    During the mapping phase, the Hadoop Demo 2 does not alter or transform the keys contained in either the **/tmp/in/phones** or the **/tmp/in/phones** data groups.

```
34    public void map(WritableComparable key, Writable val,
35                        OutputCollector output, Reporter reporter) throws IOException {
36      String[] row = (String[])((ObjectWritable)val).get();
37      System.out.println("Map in: "+key+","+rowToString(row));
38      if (row[1].equals("names"))                    // choose map based on table
39        row[0] = mapName(row[0]);
40      if (row[1].equals("phones"))
41        row[0] = mapPhone(row[0]);
42      System.out.println("Map out: "+key+","+rowToString(row));
43      output.collect(key, new ObjectWritable(row));
44    }
```

(Hadoop Demo 2, lines 34-44.) The mapping functions only transforms the values, and thus, the original "data group[s]" and the corresponding intermediate data will share common keys after the

mapping phase is complete.  (Hadoop Demo 2, lines 34-44; *see also* Hadoop Demo 2 Files,
Databricks_R2_00113400.)

425.    As discussed above, if the data group identifier of the partition is "**names**" (which
relates to the **/tmp/in/names** data group), the map task will apply the **mapName** function.

```
46      private String mapName(String name) {        // lowercase names
47        return name.toLowerCase();
48      }
```

(Hadoop Demo 2, lines 46-48.)  If the data group identifier is "**phones**" (which relates to the
**/tmp/in/phones** data group), the map task will apply the **mapPhone** function.

```
50      private String mapPhone(String phone) {        // clean phone numbers
51        return phone.replaceAll("[()-]","");
52      }
```

(Hadoop Demo 2, lines 50-52.)

426.    As discussed above, these two functions result in different intermediate data.  For
example, the intermediate data for data mapped from the **/tmp/in/names** data group is shown
below:

```
task_m_7uwbea Map out: 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,allen allenson,names
task_m_7uwbea Map out: 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,robert frost,names
task_m_7uwbea Map out: 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,bob stevenson,names

task_m_73mmkn Map out: 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,jack frost,names
task_m_73mmkn Map out: 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,keyser soze,names
task_m_73mmkn Map out: 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,mario luigi,names
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)  The intermediate data for data mapped from
the **/tmp/in/phones** data group is shown below:

```
task_m_2b379g Map out: 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,5555555555,phones
task_m_2b379g Map out: 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,5551235930,phones
task_m_2b379g Map out: 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,5555055050,phones

task_m_2sysjj Map out: 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,5551117777,phones
task_m_2sysjj Map out: 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,5550000101,phones
task_m_2sysjj Map out: 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,5552225555,phones
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)  As shown above, the original data groups and both sets of intermediate data continue to share the same social security numbers (keys).  The interemdiate data was mapped differently because the map function for the **`/tmp/in/names`** data group (with the data group identifier "**`names`**") changed all the name values to lower case (i.e., **`mapName`**), and the map function  for the **`/tmp/in/phones`** data group (with the data group identifier "**`phones`**") changed all phone number values by removing parentheticals, spaces and hyphens (i.e., **`mapPhone`**).  (*See supra* Section VIII.C.1.f(3).)  The data group identifier taught by MacLeod I and implemented in each data group allows a user to track which partition corresponds to which data group without having to transform or otherwise alter the key.  (*See supra* Section VIII.C.1.a(3).)

427.    The result is that the intermediate data has different lists of values as one set of intermediate data has names and the other set of intermediate data has phone numbers.

> **h.    1.g: reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group,**

428.    As discussed above, the Hadoop System discloses "data group" as construed by the Court.  (*See supra* Sections VIII.C.1.a-g.)  The Court further construed "reducing" as "representing all mapped (intermediate) key-value pairs sharing the same key as a single key-value pair or a list of values." (Dkt. 71 at 21.)  The Court further construed "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to that data group" as "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to the data group from which the intermediate data originated." (Dkt. 71 at 30.)  The Hadoop System discloses limitation 1.g as construed by the Court for the reasons discussed below.

(*See also supra* Section VII.A.2.)    Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

### (1)    The Hadoop System Discloses this Limitation.

429.    The Hadoop System discloses "reducing the intermediate data for the data groups to at least one output data group."

430.    The Hadoop System invokes a user defined Reducer that reduces intermediate data into an "output key/value pair."  (Hadoop V, Databricks_R2_PA_00000373; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Reducer.java.)  The final output of the Reducer "will consist of one output file per Reduce task run."  (Hadoop IX, Databricks_R2_PA_00000380.)  These output files are "data groups" because they are comprised of "a group of data and a mechanism for identifying data from that group."  (Dkt. 71 at 6).  Specifically, the output of the Reducer is "a group of data" in the form of output key-value pairs.    (Hadoop V, Databricks_R2_PA_00000373.)  This output data may use the same "mechanism[s] for identifying data from that group" discussed above.  (*See supra* Section VIII.C.1.a.)

431.    The Hadoop System's Reducer represents "all mapped (intermediate) key-value pairs haring the same key as a single key-value pair or a list of values."  Specifically, "*all* values are combined into zero or one value" per key during reducing.  (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html (emphasis added); *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java;  Hadoop V,  Databricks_R2_PA_00000373 ("In the reduce phase, each reduce task consumes the fragment of (K', V'*) tuples assigned to it.

For each such tuple it invokes a user defined *reduce function* that transmutes the tuple into an output key/value pair (K, V).").)

432.    The Hadoop System further discloses "processing the intermediate data for each data group in a manner that is defined to correspond to that data group."  I understand the Court construed "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to that data group" as "[processing] / [process] the intermediate data for each data group in a manner that is defined to correspond to the data group from which the intermediate data originated."  (Dkt. 71 at 30.)  The Hadoop System discloses this limitation as construed.

433.    As discussed above, the Hadoop System includes a user-configurable Reducer that can be configured to "process[] the intermediate data from the data group in a manner that is defined to correspond to that data group."  (*See, e.g.*, Cutting III, Databricks-R2-PA-00000117.) Specifically, users can configure several parameters that define how the Reducer will process intermediate data.  (Hadoop III, Databricks_R2_PA_00000350-0353; *see also* Hadoop V, Databricks_R2_PA_00000373 ("In the reduce phase, each reduce task consumes the fragment of (K', V'*) tuples assigned to it.  For each such tuple it invokes a user defined *reduce function* that transmutes the tuple into an output key/value pair (K, V)."); Hadoop IX, Databricks_R2_PA_00000380 ("In the end the output will consist of one output file per Reduce task run.  The format of the files can be specified with JobConf.setOutputFormat.  If SequentialOutputFormat is used the output Key and Value classes must also be specified.").)  The user would configure the Reducer to "process[] the intermediate data for each data group in a manner that is defined to correspond to that data group."  (*See, e.g.*, Cutting III, Databricks-R2-PA-00000113-0114, 0117-0118 (disclosing an exemplary use of the Hadoop System with a

reducing job "Index" that makes use of value class [e.g. "ParseData," "ParseText," "CrawlDatum"] preserved by wrapping values "in <Class,Object>").)

434.    For example, the slide below demonstrates how the Hadoop System can "process[] the intermediate data from the data group in a manner that is defined to correspond to that data group" during reducing.

## Algorithm: Index

- MapReduce: create Lucene indexes

  In: multiple files, values wrapped in <Class, Object>

    <url, ParseData> from parse, for title, metadata, etc.
    <url, ParseText> from parse, for text
    <url, Inlinks> from invert, for anchors
    <url, CrawlDatum> from fetch, for fetch date

  Map() is identity

  Reduce() create a Lucene Document

    call existing Nutch indexing plugins

  Out: build Lucene index; copy to fs at end



(Cutting III, Databricks_R2_PA_00000117.)  The Hadoop System may process "multiple files," each containing groups of data with unique data fields.    (Cutting III, Databricks_R2_PA_00000117; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/io/ObjectWritable.html,                    hadoop-0.1.0/src/java/org/apache/hadoop/io/ObjectWritable.java.)

435.    As noted above, a first input file may contain a "title" and "metadata" data fields; a second input file may contain a "text" data field; a third input file may contain an "anchors" data field; and a fourth input file may contain a "date" data field.    (Cutting III, Databricks_R2_PA_00000117.)  Each input file with unique data fields represents a "different

schema." (*See also* Hadoop XII, Databricks_R2_PA_00000392 (disclosing using a "sort-merge-join" technique on a "series of sorted Sequence Files.").)

436.    Each schema is associated with a unique class "ParseData," "ParseText," "Inlinks," or "CrawlDatum" that identifies data of that "schema" as originating from that "schema." (Cutting III, Databricks_R2_PA_00000117.)  For example, the "CrawlDatum" class is associated with data of the "date" data field.  (*Id.*)  By using ObjectWritable to preserve these classes, class may be used when deciding how to merge the corresponding different intermediate data based on a common key.  (*Id.*; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/io/ObjectWritable.html, hadoop-0.1.0/src/java/org/apache/hadoop/io/ObjectWritable.java.)  For example, the "Index" function could determine that data of the "date" data field is being processed because of the presence of the "CrawlDatum" class and selectively merge it after data of the "title" data field.

437.    Additionally, the reduce "represent[s] all mapped (intermediate) key-value pairs sharing the same key as a single key-value pair or a list of values" as construed by the Court.  As discussed above the reduce is applied to the mapped intermediate data, and thus, all the mapped intermediate key-values pairs sharing the same key are represented in reduced output data group by common key.

438.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "reducing the intermediate data from the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group."

439.    Hadoop Demo 1 has a **Contact** class, which is used to store "**contact**" objects and is associated with the merged name and phone number value created by the Reducer.

```
42    public static class Contact extends UTF8 {        // a name and a phone number
43      public Contact() {}
44      Contact(String contact) { super(contact); }
45    }
```

(Hadoop Demo 1, lines 42-45.)  Like the **Name** and **Phone**  classes, the **Contact** class is associated with the output file created by the Reducer.  Hadoop Demo 1 also specifies that the Reducer will utilize one (1) reduce task, and that the output data is expected to be in SequenceFile format.

```
120    job.setNumReduceTasks(1);
121    job.setOutputDir(new File("/tmp/out/names_phones"));
122    job.setReducerClass(Personnel.class);
123    job.setOutputFormat(SequenceFileOutputFormat.class);
124    job.setOutputKeyClass(UTF8.class);
125    job.setOutputValueClass(ObjectWritable.class);
```

(Hadoop Demo 1, lines 120-125.)

440.    Once the input files have been processed by the Mapper, the intermediate data is passed along to the Reducer.

```
68    public void reduce (WritableComparable social, Iterator values,
69                        OutputCollector output, Reporter reporter) throws IOException {
70      System.out.println("Reduce key: "+social);
71      Name name = null;
72      Phone phone = null;
73      while (values.hasNext()) {                // collect name & phone for each SS
74        Object v = ((ObjectWritable)values.next()).get();
75        System.out.println("Reduce value: "+v);
76        if (v instanceof Name)
77          name = (Name)v;
78        if (v instanceof Phone)
79          phone = (Phone)v;
80      }
81      output.collect(social, new ObjectWritable(new Contact(name+","+phone)));
82    }
83
```

(Hadoop Demo 1, lines 68-82.)  First, the Reducer initializes **name** ("**Name name = null**") and **phones** ("**Phone  phone  =  null**") variables, which will store the name and phone number values associated with the social security number (key) being processed.  Next, it iterates through the list of values associated with the social security number (key) being processed and identify that value's class.  Like the Mapper, the Reducer is defined to process the data based on

the value class using the **`instanceof()`** keyword.  If the value being processed is associated with the **`Name`** class (which relates to the **`/tmp/in/names`** data group), that value is stored in the **`name`**  variable created earlier.  (Hadoop Demo 1, lines 76-77.)  If the value being processed is associated with the **`Phone`** class (which relates to the **`/tmp/in/phones`** data group), that value is stored in the **`phone`** variable created earlier.  (Hadoop Demo 1, lines 78-79.)  Thus, the intermediate data corresponding to the **`/tmp/in/names`** data group is processed in a manner defined to correspond to that specific data group, which the intermediate data originated from.  The same is true for the processing of intermediate data corresponding to the **`/tmp/in/phones`** data group.

441.    Next, the Reducer creates a new **`Contact`** object, which contains the joined name and phone number values, as a single value.  This value, along with its corresponding social security number (key) is stored in a single output data group called **`/tmp/out/names_phones/part-00000.`**

```
File: /tmp/out/names_phones/part-00000
----------
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,allen allenson,5555555555
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,robert frost,5551235930
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,bob stevenson,5555055050
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,jack frost,5551117777
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,keyser soze,5550000101
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,mario luigi,5552225555
----------
```

(Hadoop Demo 1 Files, Databricks_R2_00113392.)  The result is an output file (i.e., the claimed output data group) that contains key-value pairs as shown above.  As discussed above, the **`Contact`** class is associated with the joined name and phone number values within the **`/tmp/out/names_phones/part-00000`** data group when it is created.  Therefore, the output data group also includes a mechanism that identifies the joined name and phone number

values as belonging to the output data group /**tmp/out/names_phones/part-00000** as required by the Court's construction of "data group."

442.     Additionally, as shown above, the reduce "represent[s] all mapped (intermediate) key-value pairs sharing the same key as a single key-value pair or a list of values" as construed by the Court.  As shown above, all names and phone numbers from the mapped intermediate key-values pairs sharing the same key are represented in the /**tmp/out/names_phones/part-00000** output data group by common key.

> **(2)     R2** ▮▮▮▮▮ **Admitted that the Hadoop System Discloses this Limitation.**

443.     R2 ▮▮▮▮ admitted that the Hadoop System discloses this limitation.  I understand that R2 has previously accused Apache Hadoop's "Reducer" as meeting this limitation.  (JPMorgan Contentions, R2_DB_065084-5086.)  I further understand that R2 continues to accuse the same Hadoop functionality of meeting this limitation.   (Cloudera Contentions, R2_DB_105201-5203.)  I further understand that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮







| '610 Patent Claim | Chase Big Data System |
|---|---|
| [1c] reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | Chase's Big Data System further performs the step of reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common.<br><br>The Reducer function reduces the intermediate values into a smaller set of values. This function operates in three phases: (1) Shuffle; (2) Sort; and (3) Reduce. The Shuffle and Sort phases operate on the output of various Mappers and group data before the final Reduce phase based on a common key.<br><br>**Reducer**<br><br>Reducer reduces a set of intermediate values which share a key to a smaller set of values.<br><br>The number of reduces for the job is set by the user via Job.setNumReduceTasks(int).<br><br>Overall, Reducer implementations are passed the Job for the job via the Job.setReducerClass(Class) method and can override it to initialize themselves. The framework then calls reduce(WritableComparable, Iterable<Writable>, Context) method for each <key, (list of values)> pair in the grouped inputs. Applications can then override the cleanup(Context) method to perform any required cleanup.<br><br>MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| '610 Patent Claim | Chase Big Data System |
|---|---|
| | The intermediate data is processed such that the corresponding different intermediate data gets merged based on keys that are common to individual elements of the intermediate data.<br><br>Reduces a set of intermediate values which share a key to a smaller set of values.<br><br>The number of Reducers for the job is set by the user via JobConf.setNumReduceTasks(int). Reducer implementations can access the JobConf for the job via the JobConfigurable.configure(JobConf) method and initialize themselves. Similarly they can use the Closeable.close() method for de-initialization.<br><br>Reducer has 3 primary phases:<br><br>1. **Shuffle**<br><br>Reducer is input the grouped output of a Mapper. In the phase the framework, for each Reducer, fetches the relevant partition of the output of all the Mappers, via HTTP.<br><br>2. **Sort**<br><br>The framework groups Reducer inputs by keys (since different Mappers may have output the same key) in this stage.<br><br>The shuffle and sort phases occur simultaneously i.e. while outputs are being fetched they are merged.<br><br>**Secondary Sort**<br><br>If equivalence rules for keys while grouping the intermediates are different from those for grouping keys before reduction, then one may specify a Comparator via JobConf.setOutputValueGroupingComparator(Class). Since JobConf.setOutputKeyComparatorClass(Class) can be used to control how intermediate keys are grouped, these can be used in conjunction to simulate secondary sort on values.<br><br>For example, say that you want to find duplicate web pages and tag them all with the url of the "best" known example. You would set up the job like:<br>  • Map Input Key: url<br>  • Map Input Value: document<br>  • Map Output Key: document checksum, url pagerank<br>  • Map Output Value: url<br>  • Partitioner: by checksum<br>  • OutputKeyComparator: by checksum and then decreasing pagerank<br>  • Output/ValueGroupingComparator: by checksum<br><br>3. **Reduce**<br><br>In this phase the reduce(Object, Iterator, OutputCollector, Reporter) method is called for each <key, (list of values)> pair in the grouped inputs.<br><br>Interface Reducer<K2,V2,K3,V3>, *available at* https://hadoop.apache.org/docs/r2.8.0/api/org/apache/hadoop/mapred/Reducer.html. |



(JPMorgan Contentions, R2_DB_065084-5086.)

444.    The functionality R2 accuses was equally present in the prior art Hadoop System and satisfies this limitation under R2's infringement read.   The Hadoop System includes a "Reducer" that "Reduces a set of intermediate values which share a key to a smaller set of values." (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.) This "Reducer" "combines values for a given key." (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.)  "Typically all values are combine into zero or one value" per key.   (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-

/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC,

Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.)



(Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-

/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC,

Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.)

Thus, the prior art Hadoop System discloses this limitation as previously admitted by R2.

### (3)    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.

445.    The Hadoop System discloses this limitation as discussed above.    The Hadoop

System in combination with MacLeod I further discloses this limitation.

446.    MacLeod I further discloses this claim for the same reasons discussed above.    (*See*

*supra* Section VIII.C.1.a.)    MacLeod I discloses how to "track[] the lineage of data in a database .

. . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage

can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract.) A

POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the

same reasons discussed above. (*See supra* Sections VIII.B.1, VIII.C.1.a.)

447.    The combination of the Hadoop System and MacLeod I is further demonstrated in

Hadoop Demo 2. Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how

the Hadoop System discloses "reducing the intermediate data from the data groups to at least one

output data group, including processing the intermediate data for each data group in a manner that

is defined to correspond to that data group."

448.    As discussed above, a data lineage identifier can be used to identify data in a data

group (i.e., an input file.) (*See supra* Section VIII.C.1.a(3).) It was well known in the prior art

that data lineage identifiers could be added to each row of data to identify the data and trace it

throughout data processing operations, such as MapReduce. As discussed above, an example of a

data lineage identifier used in this way is described in MacLeod I. (*See supra* Section

VIII.C.1.a(3).) This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier

from MacLeod I would have been implemented by a POSITA within the data group as a data group

identifier, which could then be used as part of the user-configured map and reduce functions.

449.    Additionally, the reduce "represent[s] all mapped (intermediate) key-value pairs

sharing the same key as a single key-value pair or a list of values" as construed by the Court. As

discussed above the reduce is applied to the mapped intermediate data, and thus, all the mapped

intermediate key-values pairs sharing the same key are represented in reduced output data group

by common key.

450.    Hadoop Demo 2 specifies that the Reducer will utilize one (1) reduce task, and that the output data is expected to be in SequenceFile format.

```
107        job.setNumReduceTasks(1);
108        job.setOutputDir(new File("/tmp/out/names_phones"));
109        job.setReducerClass(Personnel2.class);
110        job.setOutputFormat(SequenceFileOutputFormat.class);
111        job.setOutputKeyClass(UTF8.class);
112        job.setOutputValueClass(ObjectWritable.class);
```

(Hadoop Demo 2, lines 107-112.)  Once the input files have been processed by the Mapper, the intermediate data is passed along to the Reducer.

```
54    public void reduce (WritableComparable social, Iterator values,
55                        OutputCollector output, Reporter reporter) throws IOException {
56      System.out.println("Reduce key: "+social);
57      String name = null;
58      String phone = null;
59      while (values.hasNext()) {              // collect name & phone for each SS
60        String[] row = (String[])((ObjectWritable)values.next()).get();
61        System.out.println("Reduce value: "+rowToString(row));
62        if (row[1].equals("names"))
63          name = row[0];
64        if (row[1].equals("phones"))
65          phone = row[0];
66      }
67      output.collect(social, new ObjectWritable(new String[]{name,"names",
68                                                             phone,"phones"}));
69    }
```

(Hadoop Demo 2, lines 54-69.)

451.    First, the Reducer initializes **name** ("**String name = null**") and **phone** ("**String phone = null**") variables, which will store the name and phone number values associated with the social security number (key) being processed.  Next, it iterates through the list of values associated with the social security number (key) being processed and identify the corresponding data group identifier.  Like the Mapper, the Reducer is defined to process the data based on the data group identifier.  If the value being processed is associated with the data group identifier "names" (which relates to the **/tmp/in/names** data group), that value is stored in the

**name** variable created earlier. (Hadoop Demo 2, line 57.) If the value being processed is associated with the data group identifier "phones" (which relates to the **/tmp/in/phones** data group), that value is stored in the **phone** variable created earlier. (Hadoop Demo 1, line 58.) Thus, the intermediate data corresponding to the **/tmp/in/names** data group is processed in a manner defined to correspond to that specific data group, which the intermediate data originated from. The same goes for the processing of intermediate data corresponding to the **/tmp/in/phones** data group.

452.  Next, the Reducer creates a new array, which contains the joined name or phone number values and its corresponding data group identifier. This array, along with its corresponding social security number (key) is stored in a single output data group called **/tmp/out/names_phones/part-00000**.

```
File: /tmp/out/names_phones/part-00000
----------
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,allen allenson,names,5555555555,phones
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,robert frost,names,5551235930,phones
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,bob stevenson,names,5555055050,phones
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,jack frost,names,5551117777,phones
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,keyser soze,names,5550000101,phones
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,mario luigi,names,5552225555,phones
----------
```

(Hadoop Demo 2 Files, Databricks_R2_00113400.) The result is an output file (i.e., the claimed output data group) that contains key-value pairs as shown above.

453.  The data group identifier taught by MacLeod I and implemented in each data group allows a user to track which partition corresponds to which data group without having to transform or otherwise alter the key. (*See supra* Section VIII.C.1.a(3).) The result is that the intermediate data has different lists of values as one set of intermediate data has names, and the other set of intermediate data has phone numbers. (*See supra* Section VIII.C.1.g(3).) Thus, the combination

of the Hadoop System and MacLeod I discloses "processing the intermediate data for each data group in a manner that is defined to correspond to that data group."

454.    Using the first row as an example, the "**111-11-111**" is the social security number (key), and the remaining data is a value array with the following data: (1) "**allen allenson**," which is the value corresponding to the **/tmp/in/names** data group; (2) "**names**," which is the data group identifier that is used to identify that "**allen allenson**" originated from the **/tmp/in/names** data group; (3) "**5555555555**," which is the value corresponding to the **/tmp/in/phones** data group; and (4) "**phones**," which is the data group identifier that is used to identify that "**5555555555**" originated from the **/tmp/in/phones** data group.

455.    Additionally, as shown above, the reduce "represent[s] all mapped (intermediate) key-value pairs sharing the same key as a single key-value pair or a list of values" as construed by the Court.  As shown above, all names and phone numbers from the mapped intermediate key-values pairs sharing the same key are represented in the /**tmp/out/names_phones/part-00000** output data group by common key.

    **i.**    **1.h: so as to result in a merging of the corresponding different intermediate data based on the key in common,**

456.    The Hadoop System discloses this limitation as construed by the Court for the reasons discussed below.  (*See also supra* Section VII.A.2.)  Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

    **(1)**    **The Hadoop System Discloses this Limitation.**

457.    The Hadoop System discloses "so as to result in a merging of the corresponding different intermediate data based on the key in common."

458.    As discussed above, The Hadoop System includes a Reducer that "[r]educes a set of intermediate values which share a key." (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Reducer.java; *see also* Hadoop XII, Databricks_R2_PA_00000392 (disclosing using a "sort-merge-join" technique on a "series of sorted Sequence Files.").) When keys are preserved during mapping as discussed for limitation 1.f, reducing will be based on common keys in the intermediate data, which are the same keys that were preserved from the original data groups.. (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/lib/IdentityMapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/lib/IdentityMapper.java; *see also* Hadoop V, Databricks_R2_PA_00000373 ("the map task invokes a user defined map function"); Hadoop IX, Databricks_R2_PA_00000379 ("The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing."); Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.).)

459.    Hadoop Demo 1 is a Hadoop System demonstrative that further illustrates how the Hadoop System uses a Reducer that merges "so as to result in a merging of the corresponding different intermediate data based on the key in common."

460.    As discussed above, the Reducer merges the intermediate data processed from the **/tmp/in/names** and **/tmp/in/phones** data groups. (*See supra* Section VIII.C.1.i(1).) The following data represents the intermediate data that is sent to the Reducer.

```
task_m_2o56e5 Map out: 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,allen allenson
task_m_2o56e5 Map out: 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,robert frost
task_m_2o56e5 Map out: 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,bob stevenson
```

```
task_m_2kmzaq Map out: 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,jack frost
task_m_2kmzaq Map o          5555,keyser soze
task_m_2kmzaq Map out: 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,mario luigi

task_m_4oic7t Map out: 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,5555555555
task_m_4oic7t Map out: 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,5551235930
task_m_4oic7t Map out: 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,5555055050

task_m_1w7ooo Map out: 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,5551117777
task_m_1w7ooo Map out: 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,5550000101
task_m_1w7ooo Map out: 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,5552225555
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)

461.    As shown below, the Reducer has a common key shared between the data in the

/tmp/in/names and /tmp/in/phones data groups (Reduce key).

```
task_r_5b0v61 Reduce key: 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
task_r_5b0v61 Reduce key: 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
task_r_5b0v61 Reduce key: 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
task_r_5b0v61 Reduce key: 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
task_r_5b0v61 Reduce key: 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
task_r_5b0v61 Reduce key: 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
task_r_5b0v61 Reduce value: 5550000101
task_r_5b0v61 Reduce value: 5551117777
task_r_5b0v61 Reduce value: 5551235930
task_r_5b0v61 Reduce value: 5552225555
task_r_5b0v61 Reduce value: 5555055050
task_r_5b0v61 Reduce value: 5555555555
task_r_5b0v61 Reduce value: allen allenson
task_r_5b0v61 Reduce value: bob stevenson
task_r_5b0v61 Reduce value: jack frost
task_r_5b0v61 Reduce value: keyser soze
task_r_5b0v61 Reduce value: mario luigi
task_r_5b0v61 Reduce value: robert frost
```

(Hadoop Demo 1 Tasks, Databricks_R2_00113393.)  The result is the

/tmp/out/names_phones/part-00000 output file (data group) that contains key-value

pairs as shown below, where the data in the /tmp/in/names and /tmp/in/phones data

groups are reduced and merged based on the common key of social security numbers.

```
File: /tmp/out/names_phones/part-00000
----------
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,allen allenson,5555555555
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,robert frost,5551235930
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,bob stevenson,5555055050
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,jack frost,5551117777
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,keyser soze,5550000101
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,mario luigi,5552225555
----------
```

(Hadoop Demo 1 Files, Databricks_R2_00113392.)

**(2)  R2 ▉▉▉▉▉  Admitted that the Hadoop System Discloses this Limitation.**

462.    I understand that R2 has previously accused Apache Hadoop's "Reducer" as meeting this limitation.  (JPMorgan Contentions, R2_DB_065084-5086.)  I further understand that R2 continues to accuse the same Hadoop functionality of meeting this limitation.  (Cloudera Contentions, R2_DB_105201-5203.)  I further understand that ▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| '610 Patent Claim | Chase Big Data System |
|---|---|
| **[1e]** reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | Chase's Big Data System further performs the step of reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common. The Reducer function reduces the intermediate values into a smaller set of values. This function operates in three phases: (1) Shuffle; (2) Sort; and (3) Reduce. The Shuffle and Sort phases operate on the output of various Mappers and group data before the final Reduce phase based on a common key. <br><br> **Reducer** <br><br> Reducer reduces a set of intermediate values which share a key to a smaller set of values. <br><br> The number of reduces for the job is set by the user via Job.setNumReduceTasks(int). <br><br> Overall, Reducer implementations are passed the Job for the job via the Job.setReducerClass(Class) method and can override it to initialize themselves. The framework then calls reduce(WritableComparable, Iterable<Writable>, Context) method for each <key, (list of values)> pair in the grouped inputs. Applications can then override the cleanup(Context) method to perform any required cleanup. <br><br> MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html. |

| '610 Patent Claim | Chase Big Data System |
|---|---|
|  | The intermediate data is processed such that the corresponding different intermediate data gets merged based on keys that are common to individual elements of the intermediate data. <br><br> Reduces a set of intermediate values which share a key to a smaller set of values. <br><br> The number of Reducers for the job is set by the user via JobConf.setNumReduceTasks(int). Reducer implementations can access the JobConf for the job via the JobConfigurable.configure(JobConf) method and initialize themselves. Similarly they can use the Closeable.close() method for de-initialization. <br><br> Reducer has 3 primary phases: <br><br> 1. **Shuffle** <br><br> Reducer is input the grouped output of a Mapper. In the phase the framework, for each Reducer, fetches the relevant partition of the output of all the Mappers, via HTTP. <br><br> 2. **Sort** <br><br> The framework groups Reducer inputs by keys (since different Mappers may have output the same key) in this stage. <br><br> The shuffle and sort phases occur simultaneously i.e. while outputs are being fetched they are merged. <br><br> **Secondary Sort** <br><br> If equivalence rules for keys while grouping the intermediates are different from those for grouping keys before reduction, then one may specify a Comparator via JobConf.setOutputValueGroupingComparator(Class). Since JobConf.setOutputKeyComparatorClass(Class) can be used to control how intermediate keys are grouped, these can be used in conjunction to simulate secondary sort on values. <br><br> For example, say that you want to find duplicate web pages and tag them all with the url of the "best" known example. You would set up the job like: <br> • Map Input Key: url <br> • Map Input Value: document <br> • Map Output Key: document checksum, url pagerank <br> • Map Output Value: url <br> • Partitioner: by checksum <br> • OutputKeyComparator: by checksum and then decreasing pagerank <br> • Output-ValueGroupingComparator: by checksum <br><br> 3. **Reduce** <br><br> In this phase the reduce(Object, Iterator, OutputCollector, Reporter) method is called for each <key, (list of values)> pair in the grouped inputs. <br><br> Interface Reducer<K2,V2,K3,V3>, *available at* https://hadoop.apache.org/docs/r2.8.0/api/org/apache/hadoop/mapred/Reducer.html. |

| '610 Patent Claim | Chase Big Data System |
|---|---|
| | The Reduce function operates on different sets of input data (intermediate data) that have a key in common. From this processing, the Reduce function populates an output file.<br><br> |

(JPMorgan Contentions, R2_DB_065084-5086.)







463.    The functionality R2 accuses was equally present in the prior art Hadoop System and satisfies this limitation under R2's infringement read.  The Hadoop System includes a "Reducer" that "Reduces a set of intermediate values which share a key to a smaller set of values." (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Reducer.java.)  The Hadoop System This "Reducer" "combines values for a given key."  (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.)

"Typically all values are combine into zero or one value" per key.  (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.)

---

org.apache.hadoop.mapred
## Interface Reducer

**All Superinterfaces:**
Closeable, JobConfigurable

**All Known Implementing Classes:**
IdentityReducer, LongSumReducer, WordCount.Reduce

public interface Reducer
extends JobConfigurable, Closeable

Reduces a set of intermediate values which share a key to a smaller set of values. Input values are the grouped output of a Mapper.

### Method Summary

| void | reduce(WritableComparable key, Iterator values, OutputCollector output, Reporter reporter)<br>Combines values for a given key. |
| --- | --- |

### Method Detail

**reduce**

void reduce(WritableComparable key,
            Iterator values,
            OutputCollector output,
            Reporter reporter)
            throws IOException

Combines values for a given key. Output values must be of the same type as input values. Input keys must not be altered. Typically all values are combined into zero or one value. Output pairs are collected with calls to OutputCollector.collect(WritableComparable,Writable).

**Parameters:**
key - the key
values - the values to combine
output - to collect combined values
**Throws:**
IOException

---

(Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/mapred/Reducer.java.) Thus, the prior art Hadoop System discloses this limitation as previously admitted by R2.

> **(3)    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

464.    The Hadoop System discloses this limitation as discussed above.  The Hadoop System in combination with MacLeod I further discloses this limitation.

465.    As discussed above regarding limitation 1.pre, the Hadoop System in combination with MacLeod I further discloses "data groups" as construed by the Court.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier."  (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Sections VIII.B.1, VIII.C.1.a.)

466.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2.  Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "so as to result in a merging of the corresponding different intermediate data based on the key in common."

467.    As discussed above, a data lineage identifier can be used to identify data in a data group (i.e., an input file.)  (*See supra* Section VIII.C.1.a(3).)  It was well known in the prior art that data lineage identifiers could be added to each row of data to identify the data and trace it throughout data processing operations, such as MapReduce.  As discussed above, an example of a data lineage identifier used in this way is described in MacLeod I.  (*See supra* Section VIII.C.1.a(3).)  This Hadoop Demo 2 illustrates how this simple concept of a data lineage identifier from MacLeod I would have been implemented by a POSITA within the data group as a data group identifier, which could then be used as part of the user-configured map and reduce functions.

468.    As discussed above, the Reducer merges the intermediate data processed from the

**/tmp/in/names** and **/tmp/in/phones** data groups. (*See supra* Section VIII.C.1.i(3).) The

following data represents the intermediate data that is sent to the Reducer.

```
task_m_7uwbea Map out: 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,allen allenson,names
task_m_7uwbea Map out: 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,robert frost,names
task_m_7uwbea Map out: 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,bob stevenson,names

task_m_73mmkn Map out: 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,jack frost,names
task_m_73mmkn Map out: 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,keyser soze,names
task_m_73mmkn Map out: 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,mario luigi,names

task_m_2b379g Map out: 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,5555555555,phones
task_m_2b379g Map out: 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,5551235930,phones
task_m_2b379g Map out: 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,5555055050,phones

task_m_2sysjj Map out: 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,5551117777,phones
task_m_2sysjj Map out: 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,5550000101,phones
task_m_2sysjj Map out: 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,5552225555,phones
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)  As shown below, the Reducer has a common

key shared between the data in the **/tmp/in/names** and **/tmp/in/phones** data groups

(Reduce key).

```
task_r_5rq6er Reduce key: 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
task_r_5rq6er Reduce key: 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
task_r_5rq6er Reduce key: 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
task_r_5rq6er Reduce key: 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
task_r_5rq6er Reduce key: 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
task_r_5rq6er Reduce key: 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
task_r_5rq6er Reduce value: 5550000101,phones
task_r_5rq6er Reduce value: 5551117777,phones
task_r_5rq6er Reduce value: 5551235930,phones
task_r_5rq6er Reduce value: 5552225555,phones
task_r_5rq6er Reduce value: 5555055050,phones
task_r_5rq6er Reduce value: 5555555555,phones
task_r_5rq6er Reduce value: allen allenson,names
task_r_5rq6er Reduce value: bob stevenson,names
task_r_5rq6er Reduce value: jack frost,names
task_r_5rq6er Reduce value: keyser soze,names
task_r_5rq6er Reduce value: mario luigi,names
task_r_5rq6er Reduce value: robert frost,names
```

(Hadoop Demo 2 Tasks, Databricks_R2_00113401.)

469.    The data group identifier taught by MacLeod I and implemented in each data group

allows a user to track which partition corresponds to which data group without having to transform

217

or otherwise alter the key. (*See supra* Section VIII.C.1.a(3).) The result is that the intermediate data has different lists of values as one set of intermediate data has names, and the other set of intermediate data has phone numbers. (*See supra* Section VIII.C.1.g(3).)

```
File: /tmp/out/names_phones/part-00000
----------
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,allen allenson,names,5555555555,phones
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,robert frost,names,5551235930,phones
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,bob stevenson,names,5555055050,phones
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,jack frost,names,5551117777,phones
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,keyser soze,names,5550000101,phones
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,mario luigi,names,5552225555,phones
----------
```

(Hadoop Demo 2 Files, Databricks_R2_00113400.) The result is the **/tmp/out/names_phones/part-00000** output file (data group) that contains key-value pairs as shown below, where the data in the **/tmp/in/names** and **/tmp/in/phones** data groups are reduced and merged based on the common key of social security numbers.

> **j.    1.i: wherein the mapping and reducing operations are performed by a distributed system.**

470.    As discussed above, the Hadoop System discloses "reducing" and "mapping" as construed by the Court. (*See supra* Sections VIII.C.1.a-h.) The Hadoop System discloses this limitation as construed by the Court for the reasons discussed below. (*See also supra* Section VII.A.2.) Additionally, the Hadoop System in combination with MacLeod I discloses this limitation as construed by the Court for the reasons discussed below.

> **(1)    The Hadoop System Discloses this Limitation.**

471.    The Hadoop System discloses "wherein the mapping and reducing operations are performed by a distributed system."

472.    As discussed above, the Hadoop System processes data of a data set over a distributed system. (*See supra* Section VIII.C.1.a.) The MapReduce programming model "process[es] data" from this "data set" by transmuting input key-value pairs into new key-value

pairs during a mapping phase and reduces these new key-value pairs into final output of key-value pairs. (*See supra* Section VII.A.1.k; *see also* Hadoop V, Databricks_R2_PA_00000372-73.) The Hadoop System further discloses processing data from the data set "over a distributed system" by using the MapReduce programming model to express a large computation as "a sequence of distributed operations" using a "Distributed File System." (*See supra* Section VII.A.1.k; *see also* Hadoop V, Databricks_R2_PA_00000372-0373; Hadoop VI, Databricks_R2_PA_00000376 ("Hadoop is a collection of code libraries and programs useful for creating very large distributed systems.") (disclosing "MapReduce-like programming model" "built on top of DFS".); Hadoop VIII, Databricks_R2_PA_00000378 ("Hadoop is a distributed computing platform written in Java. It incorporates features similar to those of the Google File System and of MapReduce."); Hadoop XI, Databricks_R2_PA_00000384-0289 (summarizing requirements of HDFS, "a fault tolerant scalable distributed storage component of the Hadoop distributed high performance computing platform.").))

    (2)  **R2** ▮▮▮▮▮▮ **Admitted that the Hadoop System Discloses this Limitation.**

473. I understand that R2 has previously accused Apache Hadoop as meeting this limitation. (JPMorgan Contentions, R2_DB_065087.) Specifically, R2 argued that Apache Hadoop's MapReduce and "Hadoop Distributed File System," to process this data "over a distributed system" satisfy this limitation. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I further understand that R2 continues to accuse this functionality as infringing. (Cloudera Contentions, R2_DB_105218.)

| '610 Patent Claim | Chase Big Data System |
|---|---|
| **[1d]** wherein the mapping and reducing operations are performed by a distributed system. | The mapping and reducing operations performed by Chase's Big Data System are performed by a distributed system. The Hadoop framework used by Chase is a distributed system.<br><br><br><br>Sachin P. Bappalige, "An introduction to Apache Hadoop for big data," opensource.com (Aug. 26, 2014), *available at* https://opensource.com/life/14/8/intro-apache-hadoop-big-data. |

(JPMorgan Contentions, R2_DB_065087.)

474.    The functionality R2 previously accused was equally present in the prior art Hadoop System and satisfies this limitation as R2 admits.  The Hadoop System is "a framework for running applications on large clusters built of commodity hardware."    (Hadoop V, Databricks_R2_PA_00000372.)  It "implements a computational paradigm named Map/Reduce, where the application is divided into many small fragments of work, each of which may be executed or reexecuted on any node in the cluster."  (*Id.*)  In other words, the Map/Reduce paradigm is "a programming paradigm that expresses a large distributed computation as a sequence of distributed operations on data sets of key/value pairs."  (*Id.*)  "In addition, [the Hadoop System] provides a distributed file system that stores data on the compute nodes."  (*Id.*)

475.    Specifically, the Hadoop System includes the **org.apache.hadoop.mapred** package that acts as a "system for scalable, fault-tolerant, distributed computation over large data collections."  (*See supra* Section VII.A.1.k; Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/    package-summary.html.)    The **org.apache.hadoop.mapred** package implements "Mapper and Reducer interfaces" on "data stored in a FileSystem."  (*See supra* Section VII.A.1.k)  This FileSystem includes a "distributed implementation" in the form of the "Hadoop Distributed File System" which "is a multi-machine system."  (*See supra* Section VII.A.1.k; *see also* Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/src/java/org/apache/hadoop/fs/FileSystem.java ("An abstract base class for a fairly generic filesystem. It may be implemented as a distributed filesystem . . .  The Hadoop DFS is a multi-machine    system . . ."),    hadoop-0.1.0/src/java/org/apache/hadoop/dfs/DistributedFileSystem.java.)hadoop-/docs/api/org/apache/hadoop/fs/FileSystem.html,    hadoop-0.1.0/docs/api/org/apache/hadoop/dfs/DistributedFileSystem. html.).)

```
public abstract class FileSystem
extends Configured
```

An abstract base class for a fairly generic filesystem. It may be implemented as a distributed filesystem, or as a "local" one that reflects the locally-connected disk. The local version exists for small Hadopp instances and for testing.

All user code that may potentially use the Hadoop Distributed File System should be written to use a FileSystem object. The Hadoop DFS is a multi-machine system that appears as a single disk. It's useful because of its fault tolerance and potentially very large capacity.

The local implementation is `LocalFileSystem` and distributed implementation is `DistributedFileSystem`.

(Hadoop    0.1.0    SC,    Databricks_R2_PA_00000001    at    hadoop-/docs/api/org/apache/hadoop/fs/FileSystem.html,    hadoop-/src/java/org/apache/hadoop/fs/FileSystem.java.)  Thus, the prior art Hadoop System discloses this limitation as previously admitted by R2.  The Hadoop System discloses "wherein the mapping and reducing operations are performed by a distributed system.

> (3)    **The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

476.    The Hadoop System discloses this limitation as discussed above.  The Hadoop System in combination with MacLeod I further discloses this limitation.

477.    As discussed above regarding limitation 1.pre, the Hadoop System in combination with MacLeod I further discloses "data groups" as construed by the Court.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier."  (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Sections VIII.B.1, VIII.C.1.a.)

478.    The combination of the Hadoop System and MacLeod I is further demonstrated in Hadoop Demo 2.  Hadoop Demo 2 is a Hadoop System demonstrative that further illustrates how the Hadoop System discloses "wherein the mapping and reducing operations are performed by a distributed system."

479.    As discussed above, Hadoop Demo 2 shows the Hadoop System's "mapping and reducing operations."  (*See supra* Sections VIII.C.1.c(3), VIII.C.1.h(3).)

```java
34   public void map(WritableComparable key, Writable val,
35                    OutputCollector output, Reporter reporter) throws IOException {
36     String[] row = (String[])((ObjectWritable)val).get();
37     System.out.println("Map in: "+key+","+rowToString(row));
38     if (row[1].equals("names"))                  // choose map based on table
39       row[0] = mapName(row[0]);
40     if (row[1].equals("phones"))
41       row[0] = mapPhone(row[0]);
42     System.out.println("Map out: "+key+","+rowToString(row));
43     output.collect(key, new ObjectWritable(row));
44   }
```

(Hadoop Demo 2, lines 34-44.)

```java
54   public void reduce (WritableComparable social, Iterator values,
55                       OutputCollector output, Reporter reporter) throws IOException {
56     System.out.println("Reduce key: "+social);
57     String name = null;
58     String phone = null;
59     while (values.hasNext()) {              // collect name & phone for each SS
60       String[] row = (String[])((ObjectWritable)values.next()).get();
61       System.out.println("Reduce value: "+rowToString(row));
62       if (row[1].equals("names"))
63         name = row[0];
64       if (row[1].equals("phones"))
65         phone = row[0];
66     }
67     output.collect(social, new ObjectWritable(new String[]{name,"names",
68                                                             phone,"phones"}));
69   }
```

(Hadoop Demo 2, lines 54-69.)

480.    As discussed above, the Hadoop System performs mapping and reducing operations over a "distributed system."  (*See supra* Sections VII.A.1.k, VIII.C.1.a; *see also* Hadoop V, Databricks_R2_PA_00000372-0373.)

> **2.    Claim 3: The method of claim 1, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group.**

481.    The Hadoop System discloses claim 1 as discussed above.  The Hadoop System also discloses "corresponding intermediate data for a data group being identifiable to the data group" as discussed regarding limitation 1.c above.  (*See supra* Section VIII.C.1.d; *see also supra* Section VII.A.2.)

### a.    The Hadoop System Discloses this Limitation.

482.    The Hadoop System discloses "the corresponding intermediate data being stored such that metadata associated with a manner of storage is identifiable to the data group."  As discussed above, the Hadoop System implements a "class" as the "mechanism for identifying data" of each data group, as well as the intermediate data.  (*See supra* Sections VIII.C.1.a, d; *see also supra* Section VII.A.2.) Additionally, as explained regarding Hadoop Demo 1 above, because the original data group **/tmp/in/names** is identified by the **Name** class, the corresponding intermediate data—after applying the **mapName** function—continues to be identified by the **Name** class, because the **Name** class is a mechanism that causes the intermediate data for a data group to be identifiable to the data group.  (*Id.*)  The same is true for the **Phone** class.

483.    Additionally, the Hadoop System discloses "the corresponding intermediate data being stored."  Before the reducing phase, the Hadoop System copies intermediate data files originally "scattered in many files, across all nodes where map tasks ran" into a single location for each reduce task.  (Hadoop IX, Databricks_R2_PA_00000380.)

484.    Moreover, the **Name** or **Phone** classes of the intermediate data makes "metadata associated with a manner of storage" of the intermediate data "identifiable to the data group." When the Hadoop System copies intermediate data files into a single location for a particular reduce task, the **Name** or **Phone** class continues to be part of the corresponding intermediate data, and thus, is metadata associated with the manner of storage of the intermediate data, and makes the intermediate data "identifiable to" its corresponding input file (i.e., corresponding to the `/tmp/in/names` or `/tmp/in/phones` data group).

        **b.**    **R2** ███████ **Admitted that the Nutch System Discloses this Limitation.**

485.    I understand that R2 has previously accused Apache Hadoop's "Mapper" as disclosing this claim.    (FedEx Contentions, R2_DB_065446; *see also* R2 Infringement Contentions, Ex. A at 82.)  Specifically, R2 argued that "intermediate data (e.g., records emitted from map functions) are stored such that metadata in association with the data that is identifiable to the data group."  (FedEx Contentions, R2_DB_065446.)



(FedEx Contentions, R2_DB_065446.)

486. As discussed for claim 1, the prior art Hadoop System included the same Mapper accused by R2. (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.) The output of this Mapper may also be stored as transient data in a buffer as accused by R2. (Hadoop III, Databricks_R2_PA_00000345.)



(Hadoop III, Databricks_R2_PA_00000345.)

487.    The Hadoop System also tracks and stores metadata data associated with this intermediate data as admitted by R2.  (*See, e.g.*, Hadoop Demo 1 Tasks, Databricks_R2_00113393 (disclosing map task identification associated with inputs and outputs of each map task); Hadoop Demo 2 Tasks, Databricks_R2_00113401 (disclosing map task identification associated with inputs and outputs of each map task), Hadoop III, Databricks_R2_PA_00000354-0356.)  Thus, the prior art Hadoop System discloses this claim as R2 admits.

### c.    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.

488.    The Hadoop System in combination with MacLeod I further discloses this claim for the same reasons discussed above.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a

table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract.) A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above. (*See supra* Sections VIII.B.1, VIII.C.1.a.)

489.    As discussed above, the Hadoop System implements a data group identifier as the "mechanism for identifying data" of each data group, as well as the intermediate data. (*See supra* Sections VIII.C.1.a, d; *see also supra* Section VII.A.2.) Additionally, as explained regarding Hadoop Demo 2 above, the values in the data group **/tmp/in/names** are identified by the "**names**" data group identifier as taught by MacLeod I. This "**names**" data group identifier  is a mechanism that causes the intermediate data for a data group to be identifiable to that data group. The same is true for the values in the data group **/tmp/in/phones**. Thus, these data group identifiers ("**names**" and "**phones**") are "metadata associated with a manner of storage" of the intermediate data "identifiable to the data group." Because these data group identifiers remain during and after the Mapper has processed the data into intermediate data, the values in the intermediate data are identifiable when stored via these data group identifiers.

### 3.    Claim 4: The method of claim 1, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group.

490.    The Hadoop System discloses claim 1 as discussed above. The Hadoop System discloses "corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored in association with data that is identifiable to the data group." (*See generally supra* Section VII.A.2.)

#### a.       The Hadoop System Discloses this Limitation.

491.    As discussed above, the Hadoop System discloses "corresponding intermediate data for a data group being identifiable to the data group."  (*See supra* Section VIII.C.1.d.)

492.    The Hadoop System discloses that "the corresponding intermediate data being stored in association with data that is identifiable to the data group."  As discussed above regarding Hadoop Demo 1, the Hadoop System discloses the use of classes—e.g., the **Name** and **Phone** classes—that identify the original **/tmp/in/names** or **/tmp/in/phones** data group.  (*See supra* Sections VIII.C.1.a, d; *see also* Cutting III, Databricks_R2_PA_00000113-0114, 0117-0118.)  Additionally, after applying **mapName** or **mapPhone**, the corresponding intermediate data is also identified by the corresponding **Name** and **Phone** classes.  (*See supra* Sections VIII.C.1.a, d; *see also* Cutting III, Databricks_R2_PA_00000113-0114, 0117-0118.).)    The corresponding class of **Name** or **Phone** is a mechanism that causes the intermediate data for a data group to be identifiable to the original **/tmp/in/names** or **/tmp/in/phones** data group. This class is stored together with the intermediate data such that the "intermediate data being stored"—i.e., social security number and names or social security number and phone numbers— is "stored in association with data that identifiable to the data group—i.e., the corresponding **Name** or **Phone** class.

#### b.       R2 ████████    Admitted that the Nutch System Discloses this Limitation.

493.    I understand that R2 has previously accused Apache Hadoop's "Mapper" as disclosing this claim.  (JPMorgan Contentions, R2_DB_065088.)  Specifically, R2 argued that "intermediate data (i.e., intermediate values) are stored in association with the data that is identifiable to the data group."  (*Id.*)



(JPMorgan Contentions, R2_DB_065088.)

494.    As discussed for claim 1, the prior art Hadoop System included the same Mapper accused by R2.    (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-0.1.0/docs/api/org/apache/hadoop/mapred/Mapper.html, hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Mapper.java.)  As further discussed for claim 1, all input and output data associated with this Mapper is "identifiable to the data group," including both keys and values associated with the intermediate data.  Thus, the prior art Hadoop System discloses this claim as R2 admits.

**c.    The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

495.    The Hadoop System in combination with MacLeod I further discloses this claim for the same reasons discussed above.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a

table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract.) A POSITA would have found it obvious to combine the Hadoop System with MacLeod I for the same reasons discussed above. (*See supra* Sections VIII.B.1, VIII.C.1.a.)

496.    As discussed above, the Hadoop System implements a data group identifier as the "mechanism for identifying data" of each data group, as well as the intermediate data. (*See supra* Sections VIII.C.1.a, d; *see also supra* Section VII.A.2.) Additionally, as explained regarding Hadoop Demo 2 above, the values in the data group `/tmp/in/names` are identified by the "`names`" data group identifier as taught by MacLeod I.

497.    The corresponding class of `Name` or `Phone` are a mechanism that causes the intermediate data for a data group to be identifiable to the original `/tmp/in/names` or `/tmp/in/phones` data group. These data group identifiers are stored together with the intermediate data such that the "intermediate data being stored"—i.e., social security number and names or social security number and phone numbers—is "stored in association with data that identifiable to the data group—i.e., the corresponding "`names`" and "`phones`" data group identifier.

### 4.    Claim 5: The method of claim 1, wherein: processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group.

498.    The Hadoop System discloses claim 1 as discussed above. The Hadoop System discloses "processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, employing an iterator that corresponds to that data group." (*See generally supra* Section VII.A.2.)

a.       **The Hadoop System Discloses this Limitation.**

499.    As discussed above, the Hadoop System discloses "processing the intermediate data for each data group in a manner that is defined to correspond to that data group includes." (*See supra* Section VIII.C.1.h.)

500.    The Hadoop System discloses "for each data group, employing an iterator that corresponds to that data group."  As discussed above, the Hadoop System discloses an iterator. (*See supra* Section VIII.D.1.h.)  During the reducing phase, the Reducer iterates through the values in the intermediate data that are associated with a particular key.   (Hadoop 0.1.0 SC, Databricks_R2_PA_00000001 at hadoop-/docs/api/org/apache/hadoop/mapred/Reducer.html; *see also*  hadoop-0.1.0/src/java/org/apache/hadoop/mapred/Reducer.java.)    Because it uses an independent iterator for every value, the Hadoop System uses an iterator that corresponds to the input file (i.e., the data group) that corresponds to the associated class for that value.  For example, as shown in Hadoop Demo 1, the Hadoop System implements an iterator that corresponds to the `/tmp/in/names` data group for the `Name` class and implements an iterator that corresponds to the `/tmp/in/phones` data group for the `Phone` class.  (*See supra* Section VIII.C.1.a, h; *see also* Cutting III, Databricks_R2_PA_00000113-0114, 0117-0118.)

b.       **The Hadoop System in Combination with MacLeod I Further Discloses this Limitation.**

501.    The Hadoop System in combination with MacLeod I further discloses this claim for the same reasons discussed above.  (*See supra* Section VIII.C.1.a.)  MacLeod I discloses how to "track[] the lineage of data in a database . . . . [b]y adding a lineage identifier to each row in a table" and that data with "a common lineage can be identified by virtue of sharing a common lineage identifier." (MacLeod I at Abstract.)  A POSITA would have found it obvious to combine

the Hadoop System with MacLeod I for the same reasons discussed above.  (*See supra* Sections VIII.B.1, VIII.C.1.a.)

As discussed above, the Hadoop System implements a data group identifier as the "mechanism for identifying data" of each data group, as well as the intermediate data.  (*See supra* Sections VIII.C.1.a, d; *see also supra* Section VII.A.2.)  Additionally, as explained regarding Hadoop Demo 2 above, the values in the data group **/tmp/in/names** are identified by the "**names**" data group identifier as taught by MacLeod I.

In Hadoop Demo 2, the Hadoop System implements an iterator that corresponds to the **/tmp/in/names** data group for the "**names**" data group identifier and implements an iterator that corresponds to the **/tmp/in/phones** data group for "**phones**" data group.  (*See supra* Section VIII.C.1.a, h; *see also* Cutting III, Databricks_R2_PA_00000113-0114, 0117-0118.)

### 5.    Claim 17

      **a.    17.pre: A computer system including a plurality of computing devices, the computer system configured to process data of a data set, wherein the data set comprises a plurality of data groups, the computer system comprises at least one processor and memory that are operable to perform the following operations:**

502.    This limitation is substantially similar to limitation 1.pre and is obvious for the reasons in Section VIII.C.1.a.

503.    Additionally, the Hadoop System discloses "[a] computer system including a plurality of computing devices" where "the computer system comprises at least one processor and memory" configured to process data as described in claim 1.  Specifically, The Hadoop System is "a framework for running applications on large clusters built of commodity hardware." (Hadoop V, Databricks_R2_PA_00000372.)  It "implements a computational paradigm named Map/Reduce, where the application is divided into many small fragments of work, each of which

may be executed or reexecuted on any node in the cluster." (Hadoop V, Databricks_R2_PA_00000372.)  In other words, the Map/Reduce paradigm is "a programming paradigm that expresses a large distributed computation as a sequence of distributed operations on data sets of key/value pairs." (*Id.*)  "In addition, [the Hadoop System] provides a distributed file system that stores data on the compute nodes." (*Id.*)

504.    Additionally, each of the Hadoop Demo 1 and Hadoop Demo 2 illustrate examples of how users configured the Hadoop System to process data of a data set in the specific way the claim requires, on a computer system that comprises at least one process and memory that are operable to perform each data processing step required by the claim.

     **b.**    **17.a: partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and**

505.    This limitation is substantially similar to limitation 1.a and is obvious for the reasons in Section VIII.C.1.b.

     **c.**    **17.b: providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to**

506.    This limitation is substantially similar to limitation 1.b and is obvious for the reasons in Section VIII.C.1.c.

     **d.**    **17.c: independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group**

507.    This limitation is substantially similar to limitation 1.c and is obvious for the reasons discussed in Section VIII.C.1.d.

  e.  **17.d: wherein the data of a first data group has a different schema than the data of a second data group and**

508. This limitation is substantially similar to limitation 1.d and is obvious for the reasons discussed in Section VIII.C.1.e.

  f.  **17.e: the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data,**

509. This limitation is substantially similar to limitation 1.e and is obvious for the reasons discussed in Section VIII.C.1.f.

  g.  **17.f: wherein the different schema and corresponding different intermediate data have a key in common; and**

510. This limitation is substantially similar to limitation 1.f and is obvious for the reasons discussed in Section VIII.C.1.g.

  h.  **17.g: reduce the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group,**

511. This limitation is substantially similar to limitation 1.g and is obvious for the reasons discussed in Section VIII.C.1.h.

  i.  **17.h: so as to result in a merging of the corresponding different intermediate data based on the key in common.**

512. This limitation is substantially similar to limitation 1.h and is obvious for the reasons discussed in Section VIII.C.1.i.

6.      **Claim 19: The computer system of claim 17, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the corresponding intermediate data being stored such that metadata associated with the manner of storage is identifiable to the data group.**

513.    The computer system of claim 17 is disclosed as discussed in Section VIII.C.5. This limitation is substantially similar to claim 3 and is obvious for the reasons discussed in Section VIII.C.2.

7.      **Claim 20: The computer system of claim 19, wherein: corresponding intermediate data for a data group being identifiable to the data group includes the computer system being configured to store the corresponding intermediate data in association with data that is identifiable to the data group.**

514.    The computer system of claims 17 and 19 as disclosed as discussed in Sections VIII.C.5-6.  This limitation is substantially similar to claims 3 and 4 and is obvious for the reasons discussed in Sections VIII.C.2-3.

8.      **Claim 21: The computer system of claim 17, wherein: the at least one processor and memory being configured to process the intermediate data for each data group in a manner that is defined to correspond to that data group includes, for each data group, the at least one processor and memory being configured to employ an iterator that corresponds to that data group.**

515.    The computer system of claim 17 is disclosed as discussed in Section VIII.C.5. This limitation is substantially similar to claim 5 and is obvious for the reasons discussed in Section VIII.C.4.