# ECF 183

## FILED UNDER SEAL IN ITS ENTIRETY