**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>DATABRICKS, INC.,<br><br>    Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED**<br><br>**FILED UNDER SEAL** |

**DECLARATION OF JON WEISSMAN**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

I, Jon Weissman, declare as follows:

1. My name is Jon Weissman. I have been retained by counsel for Databricks, Inc. to offer my opinions as a technical expert in this case. On February 20, 2025, I provided an expert report concerning U.S. Patent No. 8,190,610.

2. Following this Declaration is a true and correct copy of excerpts from my report. The opinions reflected in the excerpts (and all of the opinions in my report) are true and correct. I am competent to, and would, testify to those opinions under oath before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2025 at Saint Paul, Minnesota.

*Jon Weissman*
Jon Weissman

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>        Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

## OPENING EXPERT REPORT OF DR. JON WEISSMAN

### CONTAINS MATERIAL DESIGNATED HIGHLY CONFIDENTIAL

### ATTORNEYS' EYES ONLY

2/20/25

Date

_____

Signature