**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br><br> Databricks, Inc., <br><br> Defendant. | Civil Action No. 4:23-cv-01147-ALM <br><br><br> Jury Trial Demanded |

## <u>ORDER</u>

Before the Court is Plaintiff R2 Solutions LLC's unopposed motion for oral hearing regarding the pending motion to compel (Dkt. #133).  On June 6, 2025, the Court entered a Memorandum Opinion and Order (Dkt. #200) on Plaintiff's motion to compel.

It is therefore ORDERED that R2's motion for oral hearing is DENIED AS MOOT.

**IT IS SO ORDERED.**
 **SIGNED this 9th day of June, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE