# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Databricks, Inc.,<br><br>    Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is Plaintiff R2 Solutions LLC and Defendant Databricks, Inc.'s Joint Motion to Amend Scheduling Order (Dkt. #203). After considering the Motion, IT IS HEREBY ORDERED THAT the motion is **GRANTED**. The Scheduling Order is amended as follows:

| Event | Current Deadline | Modified Deadline and Additional Limitations |
|---|---|---|
| Deadline for production of source code and technical documentation in accordance with Court Order ECF 200. | 6/16/2025<br>10 days from Order | 6/20/2025<br>14 days from Order |
| Deadline for R2 to serve its supplemental Infringement Contentions based on production of source code and technical documentation in accordance with Court Order ECF 200. | | 8/1/2025 |
| Deadline for Databricks to serve its supplemental Invalidity Contentions tied to R2's supplements related to Photon and Aether. | | 8/22/2025 |
| Fact discovery deadline pertaining to source code and technical documentation produced in accordance with Court Order ECF 200. | 2/13/2025 | 8/29/2025<br><br>Limitations on Fact Discovery: |

| | | |
|---|---|---|
| | | • Fact discovery to be limited to the production of source code and technical documentation regarding Photon and Aether in accordance with Court Order ECF 200, and issues directly related to R2's supplemental infringement contentions, if any.<br>• Parties shall not serve any additional discovery, including RFAs or Interrogatories without leave. To the extent that either party seeks to serve additional written discovery upon the other, the parties shall meet and confer and consent shall not be withheld unreasonably.<br>• Parties may supplement their discovery responses solely to address issues raised by supplemental contentions.<br>• 30(b)(6) deposition of Databricks' witness is limited to 7 hours and limited to issues relating to Photon and Aether. |
| Deadline to supplement opening expert reports (limited to Photon and Aether, and issues tied to R2's supplemental Infringement Contentions related to Photon and Aether, if any). | 2/20/2025 | 9/5/2025 |
| Deadline to supplement rebuttal expert reports (limited to Photon and Aether, and issues tied to R2's supplemental Infringement Contentions related to Photon and Aether, if any). | 3/13/2025 | 10/6/2025 |
| Expert discovery deadline pertaining to report supplementation. | 3/27/2025 | 10/20/2025 (2 weeks after deadline to supplement rebuttal reports)<br><br>Note: Any expert depositions are strictly limited to supplemental reporting and 3 hours per report. |
| MSJ / Daubert / Motion to Strike, if any, limited to the | | 11/6/2025 |

| | | |
|---|---|---|
| parties' supplementation arising from the production in accordance with Court Order ECF 200. | | Note: One MSJ limited to 15 pages. Daubert / Motion to Strike limited to 10 pages total. |
| Oppositions to MSJ / Daubert / Motion to Strike.<br>Replies re MSJ / Daubert / Motion to Strike. | | 11/20/2025<br><br>12/11/2025<br><br>MSJ reply limited to 5 pages.<br>Daubert/Motion to Strike reply(ies) limited to 5 pages total. |
| Sur-replies re MSJ / Daubert / Motion to Strike. | | 12/19/2025 |
| Notice of intent to offer certified records. | 6/16/2025 | 1/8/2025 |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). | 6/16/2025 | 12/22/2025 |
| Deadline to narrow case to the claims and defenses that each party intends to present at trial. | | 1/19/2026 (45 days before the PTC) |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, Exhibit Lists, and Video Deposition Designation) by the party with the burden of proof. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any | 6/23/2025 | 1/29/2026 |

| | | |
|---|---|---|
| objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | | |
| Motions in Limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. | 6/20/2025 | 1/29/2026 |
| Serve Objections to Pretrial Disclosures; and serve Rebuttal Pretrial Disclosures. | 7/7/2025 | 2/19/2026 (3 weeks after affirmative pretrial disclosures) |
| Responses to Motions in Limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous | 7/7/2025 | 2/19/2026 (3 weeks after opening MILs) |

| | | |
|---|---|---|
| objections are filed, the court may set a hearing prior to docket call. File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | | |
| Serve Objections to Rebuttal Pretrial Disclosures. | 7/14/2025 | 2/26/2026 (1 week after rebuttal pretrial disclosures) |
| **Final Pretrial Conference at 1:30 pm.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | 7/21/2025 | 3/5/2026 |
| **Jury selection and trial** at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | TBD | TBD |

    **IT IS SO ORDERED.**

    SIGNED this 23rd day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE