UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DATABRICKS, INC.,<br><br>Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

Before the Court is Plaintiff R2 Solutions LLC and Defendant Databricks, Inc.'s Joint Motion to Amend Scheduling Order (ECF 213). After considering the Motion, IT IS HEREBY ORDERED THAT the motion is **GRANTED**. The Scheduling Order is amended as follows:

| Event | Current Deadline and Additional Limitations | Modified Deadline |
|---|---|---|
| Deadline to supplement rebuttal expert reports (limited to Photon and Aether, and issues tied to R2's supplemental Infringement Contentions related to Photon and Aether, if any). | 3 weeks after the Court rules on R2's Motions (ECF 205 and 207) | 3 weeks after the Court rules on R2's Motions (ECF 205 and 207) and Databricks' Motions (ECF 223 and 224) |
| Expert discovery deadline pertaining to report supplementation. | 2 weeks after deadline to supplement rebuttal reports<br><br>Note: Any expert depositions are strictly limited to supplemental reporting and 3 hours per report. | 2 weeks after deadline to supplement rebuttal reports<br><br>Note: Any expert depositions are strictly limited to supplemental reporting and 3 hours per report. |
| MSJ / Daubert / Motion to Strike, if any, limited to the parties' supplemental theories arising from | 17 days after expert discovery deadline | 17 days after expert discovery deadline |

| | | |
|---|---|---|
| the production in accordance with Court Order ECF 200. | pertaining to report supplementation<br><br>Note: One MSJ limited to 15 pages. Daubert / Motion to Strike limited to 10 pages total. | pertaining to report supplementation<br><br>Note: One MSJ limited to 15 pages. Daubert / Motion to Strike limited to 10 pages total. |
| Oppositions to MSJ / Daubert / Motion to Strike. | 14 days after opposing party files MSJ/Daubert/Motion to Strike | 14 days after opposing party files MSJ/Daubert/Motion to Strike |
| Replies re MSJ / Daubert / Motion to Strike. | 21 days after opposing party files Opposition to MSJ/Daubert/Motion to Strike<br><br>MSJ reply limited to 5 pages. Daubert/Motion to Strike reply(ies) limited to 5 pages total. | 21 days after opposing party files Opposition to MSJ/Daubert/Motion to Strike<br><br>MSJ reply limited to 5 pages. Daubert/Motion to Strike reply(ies) limited to 5 pages total. |
| Sur-replies re MSJ / Daubert / Motion to Strike. | 8 days after opposing party files Replies re MSJ/Daubert/Motion to Strike | 8 days after opposing party files Replies re MSJ/Daubert/Motion to Strike |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). | 3 days after deadline for sur-replies re MSJ / Daubert / Motion to Strike | 3 days after deadline for sur-replies re MSJ / Daubert / Motion to Strike |
| Notice of intent to offer certified records. | 20 days after deadline for sur-replies re MSJ / Daubert / Motion to Strike | 20 days after deadline for sur-replies re MSJ / Daubert / Motion to Strike |
| Deadline to narrow case to the claims and defenses that each party intends to present at trial. | 11 days after deadline for notice of intent to offer certified records | 11 days after deadline for notice of intent to offer certified records |
| Serve Pretrial Disclosures (Witness List, Deposition Designations, Exhibit Lists, and Video Deposition Designation) by the | 10 days after deadline to narrow case to the claims and defenses that each | 10 days after deadline to narrow case to the claims and defenses that each |

| | | |
|---|---|---|
| party with the burden of proof. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | party intends to present at trial | party intends to present at trial |
| Motions in Limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. | 10 days after deadline to narrow case to the claims and defenses that each party intends to present at trial | 10 days after deadline to narrow case to the claims and defenses that each party intends to present at trial |
| Serve Objections to Pretrial Disclosures; and serve Rebuttal Pretrial Disclosures. | 3 weeks after affirmative pretrial disclosures | 3 weeks after affirmative pretrial disclosures |
| Responses to Motions in Limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, | 3 weeks after opening MILs | 3 weeks after opening MILs |

| | | |
|---|---|---|
| listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | | |
| Serve Objections to Rebuttal Pretrial Disclosures. | 1 week after rebuttal pretrial disclosures | 1 week after rebuttal pretrial disclosures |
| **Final Pretrial Conference at 1:30 pm.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | TBD at the Court's discretion | TBD at the Court's discretion |
| **Jury selection and trial** at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | TBD at the Court's discretion | TBD at the Court's discretion |