**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>DATABRICKS, INC.,<br><br>           Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ORAL HEARING REGARDING PENDING MOTIONS
TO STRIKE AND MOTION FOR SUPPLEMENTAL CLAIM CONSTRUCTION**

Defendant Databricks, Inc. respectfully requests an oral hearing on four pending motions. On August 29, 2025, Plaintiff R2 Solutions LLC filed a Motion to Strike Databricks' Fourth Supplemental Invalidity Contentions (Dkt. 205), which was fully briefed on September 25, 2025. On September 12, 2025, R2 Solutions filed a Motion to Strike Certain Expert Opinions (Dkt. 207), which was fully briefed on October 10, 2025.  On October 10, 2025, Databricks, Inc. filed a Motion to Strike R2 Solutions LLC's Supplemental Infringement Contentions and Supplemental Opening Expert Report of Mr. William Davis (Dkt. 223), which will be fully briefed by November 4, 2025. On October 15, 2025, Databricks filed a Motion for Supplemental Claim Construction (Dkt. 224), which will be fully briefed by November 13, 2025.

Databricks respectfully requests an oral hearing regarding these Motions (Dkts. 205, 207, 223, 224) pursuant to Local Rule CV-7(g) as soon as the Court's calendar will allow after November 13, 2025.  Each of these Motions relate to similar issues involving R2's supplemental infringement theories and Databricks' responsive supplemental invalidity theories.  In view of the

related issues in these Motions, Databricks respectfully requests that Databricks be permitted to provide oral argument on all four Motions during a single hearing. Pursuant to Local Rule CV-7(h), counsel for parties conferred by email and R2 Solutions stated that it does not oppose this motion.

Dated: October 28, 2025                    Respectfully submitted,

/s/ Vigen Salmastlian
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Eric B. Young
CA Bar No. 318754 (Admitted E.D. Texas)
Email: eyoung@fenwick.com
Gregory Sefian
CA Bar No. 341802 (Admitted *Pro Hac Vice*)
Email: gsefian@fenwick.com
S. Emma Lee
CA Bar No. 344074 (Admitted *Pro Hac Vice*)
Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, CA 90401
Telephone:     310.434.5400

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 32, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant*
*Databricks, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirements in Local Rule CV-7(h), and this motion is UNOPPOSED.

*/s/ Vigen Salmastlian*
Vigen Salmastlian

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on October 28, 2025.

*/s/ Vigen Salmastlian*
Vigen Salmastlian