**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>DATABRICKS, INC.,<br><br>       Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT DATABRICKS, INC.'S
UNOPPOSED MOTION FOR ORAL HEARING REGARDING PENDING MOTIONS
TO STRIKE AND MOTION FOR SUPPLEMENTAL CLAIM CONSTRUCTION**

The Court, having considered Defendant Databricks, Inc.'s Unopposed Motion for Oral Hearing Regarding Pending Motions to Strike and Motion for Supplemental Claim Construction:

**IT IS HEREBY ORDERED** that Databricks' Motion is **GRANTED**. A date for oral hearing will issue on the docket.