# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

R2 SOLUTIONS LLC,

        Plaintiff,

    v.

DATABRICKS, INC.,

        Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

## UNOPPOSED MOTION BY DEFENDANT DATABRICKS FOR CLARIFICATION OF FOOTNOTE 4 OF FEBRUARY 10, 2026 ORDER (DKT. NO. 246)

Defendant Databricks, Inc. respectfully moves for clarification regarding Footnote 4 from the Court's February 10, 2026 Order (Dkt. 246).[1]  Plaintiff R2 Solutions does not oppose this motion.  The footnote states:

> In the event that Defendant elects to serve a supplemental rebuttal expert report responding to Mr. Davis's opinions, ***it is expressly prohibited from including anything relating to 'shuffle hash join' functionality***.  Indeed, as made abundantly clear throughout the Court's February 2 Order, any opinions relating to "shuffle hash joins" are neither considered to be "tied to R2's supplemental Infringement Contentions related to Photon and Aether" nor "limited to Photon and Aether" (*See generally* Dkt. #242). Accordingly, these opinions do not fall within those narrowly authorized by this Court in its order granting the parties leave to serve supplemental contentions and supplemental expert reports (See e.g., Dkt. #204; Dkt. #213; Dkt. #243).

In his supplemental report, R2's technical expert, Mr. Davis, opines that "Photon Shuffled Hash Join" infringes the asserted claims. He also opines that "Spark Shuffled Hash Join" is not a non-infringing alternative because it likewise infringes. Thus, supplemental rebuttal opinions from Databricks' experts that directly respond to such opinions by Mr. Davis are "tied to R2's supplemental Infringement Contentions related to Photon and Aether" and are proper rebuttal opinions under Fed. R. Civ. P. 26(a)(2)(D)(ii). Databricks' rebuttal experts did not previously rebut expert infringement opinions regarding "Photon Shuffled Hash Join" or "Spark Shuffled Hash Join" because R2's original opening expert reports did not address these functionalities.

Accordingly, for the foregoing reasons, Databricks respectfully requests that the Court clarify Footnote 4 of the February 10, 2026 Order to permit Databricks' non-infringement and damages experts to directly respond to the supplemental opinions of R2's infringement and damages experts, respectively, regarding "Photon Shuffled Hash Join" and "Spark Shuffled Hash Join." For clarity, Databricks is only seeking to respond in its supplemental rebuttal expert reports

---

[1] Databricks' present request is limited to Footnote 4 from the Court's February 10, 2026 Order (Dkt. 246), and Databricks does not seek to provide expert opinion prohibited by the remainder of the Court's orders (Dkts. 242, 246).

to directly address the specific "Photon Shuffled Hash Join" and "Spark Shuffled Hash Join" functionalities discussed in Mr. Davis's supplemental infringement report. Databricks is not seeking to provide any discussion or opinions related to generic "shuffled hash join" functionality.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Eric B. Young
CA Bar No. 318754 (Admitted E.D. Texas)
Email:  eyoung@fenwick.com
S. Emma Lee
CA Bar No. 344074 (Admitted *Pro Hac Vice*)
Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, CA 90401
Telephone:    310.434.5400

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 32, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant*
*Databricks, Inc.*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and counsel for Defendant conferred regarding the relief south by this motion and that this motion is agreed and presented jointly.

> /s/ Michael J. Sacksteder
> Michael J. Sacksteder

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on February 20, 2026.

> /s/ Michael J. Sacksteder
> Michael J. Sacksteder

4