**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC, | |
| Plaintiff, | Civil Action No. 4:23-cv-01147-ALM |
| v. | **JURY TRIAL DEMANDED** |
| DATABRICKS, INC., | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT DATABRICKS FOR CLARIFICATION OF FOOTNOTE 4 OF FEBRUARY 10, 2026 ORDER (DKT. NO. 246)**

The Court, having considered the Unopposed Motion by Defendant Databricks for Clarification of Footnote 4 of February 10, 2026 Order (Dkt. No. 246):

**IT IS HEREBY ORDERED** that Databricks' Unopposed Motion is **GRANTED.**