**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 Solutions LLC, | |
| Plaintiff, | Civil Action No. 4:23-cv-01147-ALM |
| v. | Jury Trial Demanded |
| Databricks, Inc., | |
| Defendant. | |

**PLAINTIFF R2 SOLUTIONS LLC'S UNOPPOSED MOTION FOR
ENLARGEMENT OF PAGE LIMIT FOR PLAINTIFF'S
<u>MOTION TO STRIKE CERTAIN SUPPLEMENTAL EXPERT OPINIONS</u>**

Plaintiff R2 Solutions, LLC ("R2") respectfully moves this Court, unopposed, to modify the page limits set forth in the Amended Scheduling Order (ECF 243) to permit R2 an additional twelve (12) pages for its Motion to Strike Certain Expert Opinions filed concurrently herewith (ECF 257), as well as to permit Databricks twelve (12) pages to respond.

The Court's Amended Scheduling Order limits the parties' respective motions to strike to ten pages in total. ECF 243. R2's prior motion addressing Databricks' previous supplemental opinions was ten pages long. ECF 207. R2 now respectfully requests that the Court permit it an additional twelve pages to address additional supplemental opinions (not yet served at the time of R2's prior motion) that R2 contends are improper.  The parties agree that good cause exists for this relief.

For the foregoing reasons, R2 respectfully requests that the Court grant this Motion and allow R2 twelve (12) pages for its Motion to Strike Certain Expert Opinions filed concurrently herewith (ECF 257), and also allow Databricks twelve (12) pages to respond.

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Dated: March 26, 2026                    Respectfully Submitted,

By: /s/ Carder W. Brooks
EDWARD R. NELSON III
STATE BAR NO. 00797142
CHRISTOPHER G. GRANAGHAN
STATE BAR NO. 24078585
CARDER W. BROOKS
STATE BAR NO. 24105536
NELSON BUMGARDNER CONROY PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111
ed@nelbum.com
chris@nelbum.com
carder@nelbum.com

COUNSEL FOR
PLAINTIFF R2 SOLUTIONS LLC

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for R2 Solutions has complied with the meet and confer requirements in Local Rule CV-7(h) and FRCP 37(a)(1), that Defendant Databricks disagrees with the relief requested by this motion, and, thus, this motion is opposed.

/s/ Carder W. Brooks

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, a true and correct copy of the foregoing document was served via electronic mail upon all counsel of record.

/s/ Carder W. Brooks

2