**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 Solutions LLC, | Civil Action No. 4:23-cv-01147-ALM |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| Databricks, Inc., | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF R2 SOLUTIONS LLC'S
UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR PLAINTIFF'S
MOTION TO STRIKE CERTAIN SUPPLEMENTAL EXPERT OPINIONS**

Plaintiff R2 Solutions LLC ("R2") moved this Court for an enlargement of page limit for its motion to strike certain supplemental expert opinions contained in Defendant Databricks, Inc.'s (Databricks) supplemental rebuttal expert reports. Having considered the Motion, the Court is of the opinion that it should be, and is hereby, **GRANTED.** Plaintiff is permitted twelve (12) additional pages for its motion, and Defendant is granted twelve (12) pages to respond.