**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>DATABRICKS, INC.,<br><br>     Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT DATABRICKS, INC.'S UNOPPOSED MOTION FOR
ENLARGEMENT OF PAGE LIMITS FOR DATABRICKS' MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT BY PHOTON**

Defendant Databricks, Inc. ("Databricks") respectfully moves unopposed to modify page limits in the Amended Scheduling Order (ECF 243) to permit Databricks an additional three (3) pages for its Reply in Support of its Motion for Partial Summary Judgment of Non-Infringement by Photon (ECF 260), as well as to permit R2 an additional three (3) pages to respond.

The Court's Amended Scheduling Order limits the parties' respective Reply and Sur-reply to five (5) pages in total. (ECF 243 at 2.) Databricks now requests that the Court permit the parties an additional three (3) pages. Good cause exists because these motions address complex issues and the additional pages will enable the parties to better explain these issues and the parties' respective positions to the Court.

For these reasons, Databricks respectfully requests that the Court grant this motion and enter an order consistent with the relief requested. A proposed order has been submitted with this motion for this purpose.

1

Dated: April 20, 2026

Respectfully submitted,

/s/ *Vigen Salmastlian*
Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Eric B. Young
CA Bar No. 318754 (Admitted E.D. Texas)
Email: eyoung@fenwick.com
S. Emma Lee
CA Bar No. 344074 (Admitted *Pro Hac Vice*)
Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, CA 90401

2

Telephone:    310.434.5400

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 32, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant
Databricks, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Databricks has complied with the meet and confer requirements in Local Rule CV-7(h) and that Plaintiff R2 Solutions LLC does not oppose this motion.

/s/ Vigen Salmastlian
Vigen Salmastlian

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on April 20, 2026.

/s/ Vigen Salmastlian
Vigen Salmastlian