**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Databricks, Inc., <br><br> Defendant. | Civil Action No. 4:23-cv-01147-ALM <br><br> Jury Trial Demanded |

**PLAINTIFF R2 SOLUTIONS LLC'S NOTICE OF INTENT**
**TO OFFER CERTIFIED RECORDS**

Pursuant to the Court's April 15, 2026 Order Granting Joint Motion to Amend Scheduling Order (ECF 283), Plaintiff R2 Solutions LLC ("Plaintiff" or "R2") hereby submits this Notice of Intent to Offer Certified Records. R2 may offer the following certified records into evidence at trial:

- U.S. Pat. No. 8,190,610 and its prosecution history;

- Assignment records for the '610 patent that have been recorded with the USPTO, including:

  o October 4, 2006 assignment from Ali Dasdan, Hung-Chih Yang, and Ruey-Lung Hsiao to Yahoo! Inc.;

  o April 18, 2016 assignment from Yahoo! Inc. to Excalibur IP, LLC;

  o May 31, 2016 assignment from Excalibur IP, LLC to Yahoo! Inc.;

  o May 31, 2016 assignment from Yahoo! Inc. to Excalibur IP, LLC;

  o April 28, 2020 assignment from Excalibur IP, LLC to R2 Solutions LLC;

  o June 4, 2020 patent security agreement from Acacia Research Group LLC et al. to

1

Starboard Value Intermediate Fund LP, as collateral agent;

- o June 4, 2020 corrective assignment to correct the assignor name previously recorded at reel: 052853 frame: 0153 from R2 Solutions LLC to Starboard Value Intermediate Fund LP, as collateral agent;

- o June 30, 2020 release of security interest in patents from Starboard Value Intermediate Fund LP to Acacia Research Group LLC et al.;

- o June 30, 2020 corrective assignment to correct the assignee name previously recorded and confirmation of the release of security interest granted from Starboard Value Intermediate Fund LP to R2 Solutions LLC; and

- o January 27, 2021 abstract of title.

- Certificate of Formation for R2 Solutions LLC, filed in the Texas Office of the Secretary of State on May 16, 2016;

- May 20, 2021 Certificate of Fact regarding the Certificate of Formation for R2 Solutions LLC;

- Amended Joint Stipulation Regarding Source Code (ECF 275);

- Decision Denying Institution of Inter Partes Review in *Databricks, Inc. v. R2 Sols. LLC*, IPR2024-00659, Paper 16 (PTAB June 11, 2024); and

- Certified domestic records of regularly conducted activity produced and authenticated by Liminex Inc. d/b/a GoGuardian (GoGuardian0001-0062).

The Court and all parties are advised that the foregoing documents shall be provided to the Court in accordance with the April 15, 2026 Amended Scheduling Order for the purpose of their admission into evidence as exhibits at trial. R2 reserves the right to object to and/or use or offer any certified records identified by the Databricks. R2 does not waive its right to authenticate these

2

documents by other means, including those allowed under the Federal Rules of Evidence or by judicial notice.

Dated: June 11, 2026                          Respectfully Submitted,


By: */s/ Carder W. Brooks*
Edward R. Nelson III
State Bar No. 00797142
Christopher G. Granaghan
State Bar No. 24078585
Carder W. Brooks
State Bar No. 24105536
Jinming Zhang
Virginia Bar No. 96210
Nelson Bumgardner Conroy PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111
ed@nelbum.com
chris@nelbum.com
carder@nelbum.com
jinming@nelbum.com

COUNSEL FOR
PLAINTIFF R2 SOLUTIONS LLC