**FUNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC, | Civil Action No. 4:23-cv-01147-ALM |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| DATABRICKS, INC., | **FILED UNDER SEAL** |
| Defendant. | |

**DATABRICKS, INC.'S NOTICE OF INTENT TO OFFER CERTIFIED RECORDS**

Pursuant to the Court's Scheduling Order (Dkt. 243), Defendant Databricks, Inc. ("Databricks") hereby provides notice of its intent to rely upon the following certified records during the trial of this matter:

1.      U.S. Patent No. 8,190,610;

2.      Prosecution History of U.S. Patent No. 8,190,610;

3.      U.S. Patent No. 6,343,295;

4.      Declaration of Ali Dasdan produced at Beginning Bates No. Databricks_R2_00113368, and all documents and/or exhibits referenced therein;

5.      Declaration of Amy Miller produced at Beginning Bates No. Databricks_R2_00113357, and all documents and/or exhibits referenced therein;

6.      Declaration of David DeWitt produced at Beginning Bates No. Databricks_R2_PA00059013, and all documents and/or exhibits referenced therein;

7.      Declaration of Douglass R. Cutting produced at Beginning Bates No. Databricks_R2_00113377, and all documents and/or exhibits referenced therein;

8.      Declaration of Goetz Graefe produced at Beginning Bates No. Databricks_R2_PA00058933, and all documents and/or exhibits referenced therein;

9.      Declaration of Howard Yaun produced at Beginning Bates No. Databricks_R2_00119199, and all documents and/or exhibits referenced therein;

10.     Declaration of Jasmine Murcia produced at Beginning Bates No. Databricks_R2_00103219, and all documents and/or exhibits referenced therein;

1

11. Declaration of Lisa Ripley produced at Beginning Bates No. Databricks_R2_00103295, and all documents and/or exhibits referenced therein;

12. Declaration of Lisa Y. Leung Dong produced at Beginning Bates No. Databricks_R2_00103298, and all documents and/or exhibits referenced therein;

13. Declaration of Melanie Cofield produced at Beginning Bates No. Databricks_R2_PA00059050, and all documents and/or exhibits referenced therein;

14. Declaration of Miloche Kottman produced at Beginning Bates No. Databricks_R2_00103220, and all documents and/or exhibits referenced therein;

15. Declaration of Rachel Watters produced at Beginning Bates No. Databricks_R2_00098579, and all documents and/or exhibits referenced therein;

16. Declaration of Roman Shaposhnik produced at Beginning Bates No. Databricks_R2_00119194, and all documents and/or exhibits referenced therein;

17. Declaration of Scott Delman produced at Beginning Bates No. Databricks_R2_00103224, and all documents and/or exhibits referenced therein;

18. Declaration of Scott Delman produced at Beginning Bates No. Databricks_R2_00103274, and all documents and/or exhibits referenced therein;

19. Declaration of Sean O'Bryan produced at Beginning Bates No. Databricks_R2_00103291, and all documents and/or exhibits referenced therein;

20. Declaration of Tanya Zeif produced at Beginning Bates No. Databricks_R2_00103092, and all documents and/or exhibits referenced therein;

21. Declaration of Tanya Zeif produced at Beginning Bates No. Databricks_R2_00103140, and all documents and/or exhibits referenced therein;

22.     Declaration of Tanya Zeif produced at Beginning Bates No.

Databricks_R2_00103211, and all documents and/or exhibits referenced therein;

23.     Declaration of Wayne Frawner produced at Beginning Bates No.

R2_DB_126577, and all documents and/or exhibits referenced therein; and

24.     Second Declaration of Wayne Frawner produced at Beginning Bates No.

R2_DB_126581, and all documents and/or exhibits referenced therein.

To the extent any additional certified records were produced by Databricks, disclosed in

Databricks initial disclosures, and/or identified in Databricks expert reports, Databricks further

incorporates those certified records by reference.  Databricks reserves the right to object to, use,

and/or offer any certified records identified by Plaintiff R2 Solutions LLC ("R2").  In the event

R2, despite good faith negotiations, objects to the authentication of any document produced by the

parties in this litigation, Databricks reserves the right to use and/or offer additional certified

records.

Dated: June 11, 2026                               Respectfully submitted,


*/s/ Vigen Salmastlian*
Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Eric B. Young
CA Bar No. 318754 (Admitted E.D. Texas)
Email: eyoung@fenwick.com
S. Emma Lee
CA Bar No. 344074 (Admitted *Pro Hac Vice*)

Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:      415.875.2300
Facsimile:      415.281.1350

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:      206.389.4510
Facsimile:      206.389.4511

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, CA 90401
Telephone:      310.434.5400

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 32, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant*
*Databricks, Inc.*

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 11, 2026, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Vigen Salmastlian
Vigen Salmastlian
