**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| R2 SOLUTIONS LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>DATABRICKS, INC.,<br><br>       Defendant. | Civil Action No. 4:23-cv-01147-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND SCHEDULING ORDER AND EXTEND TIME FOR
RESPONSE TO MOTION TO BIFURCATE**

Plaintiff R2 Solutions LLC ("R2") and Defendant Databricks, Inc. ("Databricks") respectfully move, pursuant to Federal Rule of Civil Procedure 16(b)(4), to amend the current Scheduling Order (ECF 283) and to extend the deadline for Databricks to respond to R2's Motion to Bifurcate Equitable Issues for Trial to the Court ("Motion to Bifurcate") (Dkt. 308). The Parties jointly request that the Court extend the deadline for each party to serve objections and counter-designations to the other party's deposition designations from July 9, 2026 to July 16, 2026.  The Parties also joint request that the Court extend the deadline for Databricks to respond to R2's Motion to Bifurcate from July 6, 2026 to July 14, 2026.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." "The Fifth Circuit applies a four-factor balancing test to determine whether good cause exists to modify a scheduling order's deadline for the designation of experts and the filing of expert reports: (1) the explanation for the failure to adhere to the deadline; (2) the importance of the proposed modification to the scheduling order; (3)

1

potential prejudice [in amending the schedule]; and (4) the availability of a continuance to cure such prejudice." *Harrison v. Int'l Catastrophe Ins. Managers*, No. 1:10-CV-683, 2012 U.S. Dist. LEXIS 204400, at \*3-4 (E.D. Tex. Jan. 28, 2012).

Good cause supports modifying the case schedule as the parties now propose. The parties' requests for extension are intended to give the parties adequate time to address the issues at dispute in R2's Motion to Bifurcate and each designation across a number of witnesses. The requested amended schedule will not result in any prejudice to either Party or a continuance of any other deadline, hearing, or trial.

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and amend the Scheduling Order as set forth above.

Dated: July 1, 2025

Respectfully submitted,

/s/ *Carder W. Brooks*
Edward R. Nelson III
Texas Bar No. 00797142
E-mail: ed@nelbum.com
Brent N. Bumgardner
Texas Bar No. 00795272
E-mail: brent@nelbum.com
Christopher G. Granaghan
Texas Bar No. 24078585
chris@nelbum.com
John P. Murphy
Texas Bar No. 24056024
murphy@nelbum.com
Carder W. Brooks
Texas Bar No. 24105536
carder@nelbum.com
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: 817.377.9111

*Attorneys for Plaintiff R2 Solutions*

/s/ *Jessica M. Kaempf*
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
S. Emma Lee
Ca Bar No. 344074 (Admitted *Pro Hac Vice*)
Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Flr
San Francisco, California 94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

2

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, California 90401
Telephone:    310.434.5400
Facsimile:    650.938.5200

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Derron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 32, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant Databricks, Inc.*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and counsel for Defendant conferred regarding the relief sought by this motion and that this motion is agreed and presented jointly.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5 on July 1, 2026.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf