**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

R2 SOLUTIONS LLC,

Plaintiff,

v.

DATABRICKS, INC.,

Defendant.

Civil Action No. 4:23-cv-01147-ALM

**JURY TRIAL DEMANDED**

**DATABRICKS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED REPLY BRIEF IN SUPPORT OF ITS MOTION FOR A DETERMINATION OF AN ABSTRACT IDEA UNDER 35 U.S.C. § 101**

Defendant Databricks, Inc. ("Databricks") respectfully moves unopposed for leave to file a corrected reply brief in support of its Motion for a Determination of an Abstract Idea Under 35 U.S.C. § 101.

On August 21, 2026, Databricks filed a reply brief in support of its Motion for a Determination of an Abstract Idea Under 35 U.S.C. § 101. (Dkt. 357 ("Reply").) On August 25, 2026, counsel for R2 Solutions LLC ("R2") notified Databricks' counsel that the Reply includes a quotation that does not appear in a cited case. (Ex. 3 at 4.) Databricks' counsel immediately investigated the issue and determined that the incorrect quotation was the result of two errors as explained in the attached Declaration. Once the cause of the error was identified, Databricks' counsel immediately sought to confer with R2 about correcting the error. (Salmastlian Decl., ¶ 10.) The proposed corrected reply brief attached as **Exhibit 1**[1] corrects the error.

The parties met and conferred on August 26, 2026. Plaintiff stated that it does not oppose this motion for leave to file a corrected reply brief. The parties also agree, subject to approval from the Court, that the deadline for any sur-reply brief responding to Defendant's Reply brief be set for seven days from the filing and electronic service of this unopposed motion for leave and attached proposed corrected reply brief, in accordance with Local Rule CV-6.

For these reasons, Databricks respectfully requests that the Court (1) grant Databricks unopposed motion for leave to file a corrected brief, attached as **Exhibit 1**; (2) strike the original Reply brief (Dkt. 357) from the record; and (3) extend the deadline for R2's sur-reply brief to be seven days from the date of filing and electronic service of this motion.

[1] All exhibits are attached to the Declaration of Vigen Salmastlian ("Salmastlian Decl.") submitted in support of this motion.

August 26, 2026

Respectfully submitted,

/s/ Vigen Salmastlian

Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Texas)
Email: msacksteder@fenwick.com
Eric B. Young
CA Bar No. 318754 (Admitted E.D. Texas)
Email: eyoung@fenwick.com
S. Emma Lee
CA Bar No. 344074 (Admitted *Pro Hac Vice*)
Email: emma.lee@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

Vigen Salmastlian
CA Bar No. 276846 (Admitted E.D. Texas)
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
801 California Street,
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Jessica M. Kaempf
WA Bar No. 51666 (Admitted E.D. Texas)
Email: jkaempf@fenwick.com
Jonathan G. Tamimi
WA Bar No. 54858 (Admitted E.D. Texas)
Email: jtamimi@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Texas)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Ave, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400

Jennifer Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903.923.9000
Facsimile: 903.923.9099

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117

*Attorneys for Defendant Databricks, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant has complied with L.R. 7(h) regarding this motion. On August 26, 2026, counsel for Defendant met and conferred with counsel for Plaintiff via telephone, and counsel for Plaintiff indicated that it does not oppose the relief requested by this motion.

*/s/ Vigen Salmastlian*
Vigen Salmastlian

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 26, 2026.

*/s/ Vigen Salmastlian*
Vigen Salmastlian